**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Millenkamp Cattle, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-0603892** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **471 N 300 Rd W** **Jerome, ID 83338** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Jerome** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Millenkamp Cattle, Inc.**                                    Case number (*if known*) _____
         Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___1121___

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

---

Debtor    **Millenkamp Cattle, Inc.**                                                    Case number (*if known*) _____
    Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

---

**11.** **Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?    **471 N 300 Rd W**
    **Jerome, ID, 83338-0000**
    Number, Street, City, State & ZIP Code

Is the property insured?

☐ No
■ Yes.    Insurance agency    **Penn Millers Insurance Company**
    Contact name _____
    Phone    **800-233-8347**

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor  **Millenkamp Cattle, Inc.**                                                    Case number (*if known*)
Name

| | | |
|---|---|---|
| **16.** **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ■ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Millenkamp Cattle, Inc.**                                                    Case number (*if known*) _____
        Name

███  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April  2, 2024**
             MM / DD / YYYY

X _~signature~_                                    **William J. Millenkamp**
Signature of authorized representative of debtor    Printed name

Title  **President**

---

**18. Signature of attorney**

X _~signature~_                                    Date  **April  2, 2024**
Signature of attorney for debtor                         MM / DD / YYYY

**Matthew T. Christensen**
Printed name

**JOHNSON MAY**
Firm name

**199 N. Capitol Blvd Ste 200**
**Boise, ID 83702**
Number, Street, City, State & ZIP Code

Contact phone  **208-384-8588**      Email address  **mtc@johnsonmaylaw.com**

**7213 ID**
Bar number and State

Debtor  **Millenkamp Cattle, Inc.**                                   Case number *(if known)* _____
         Name

---

| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

DISTRICT OF IDAHO
_____

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
  amended filing

---

## FORM 201. VOLUNTARY PETITION

### <u>Pending Bankruptcy Cases Attachment</u>

| Debtor | **Black Pine Cattle LLC** | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | **East Valley Cattle, LLC** | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | **Goose Ranch LLC** | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | **Idaho Jersey Girls Jerome Dairy LLC** | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | **Idaho Jersey Girls LLC** | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | **Millenkamp Properties II LLC** | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | **Millenkamp Properties, L.L.C.** | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Millenkamp Cattle, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF IDAHO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BUNGE Canada 2765 Solution Center Chicago, IL 60677** | | **Trade Debt** | | | | **$1,145,983.84** |
| **Cargill Meat Solutions Corp 5252 Treasure Valley Way Nampa, ID 83687** | | **Trade Debt** | | | | **$600,702.66** |
| **Clear Lakes Products PO Box 246 Buhl, ID 83316** | | **Trade Debt** | | | | **$560,365.35** |
| **Eagle View Farms 970 E 3700 N Castleford, ID 83321** | | **Trade Debt** | | | | **$559,656.97** |
| **East Valley Development, LLC Attn: General Counsel 4675 MacArthur Ct., Ste. 800 Newport Beach, CA 92660** | | **Trade Debt** | | | | **$2,156,089.13** |
| **Ed & Matt Chojnacky 298 N. 100 W Jerome, ID 83338** | | **Trade Debt** | | | | **$706,083.60** |
| **Grant & Hagan, Inc. PO Box 326 Hazelton, ID 83335** | | **Trade debt** | | | | **$604,551.60** |
| **Hollifield Ranches, Inc. 22866 Hwy 30 Hansen, ID 83334** | | **Trade debt** | | | | **$2,044,794.31** |

Debtor  **Millenkamp Cattle, Inc.**
　　　　　Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **J.D. Heiskell & Co. 139 River Vista Place Ste 102 Twin Falls, ID 83301** | | **Trade debt** | | | | **$598,407.90** |
| **Jack Verbree Dairies 1574 E 2900 S Wendell, ID 83355** | | **Trade Debt** | | | | **$854,345.31** |
| **Landview Inc - Livestock PO Box 475 Rupert, ID 83350** | | **Trade debt** | | | | **$5,541,024.72** |
| **Metropolitan Life Ins. Co. 10801 Mastin Blvd, Ste. 930 Overland Park, KS 66210** | | **Various personal property of the Debtor** | | **$180,473,929.72** | **$150,000,000.00** | **$30,473,929.72** |
| **Metropolitan Tower Life Ins. 205 East River Park Circle Suite 430 Fresno, CA 93720** | | **Various personal property of the Debtor** | | **$180,473,929.72** | **$150,000,000.00** | **$30,473,929.72** |
| **MWI Veterinary 3041 W Pasadena Dr Boise, ID 83705** | | **Trade debt for Black Pine Cattle, Inc., Idaho Jersey Girls Jerome Dairy LLC, Idaho Jersey Girls LLC (Milkers), and Millenkamp Cattle Inc** | | | | **$2,309,920.39** |
| **Prime Ridge Beef, LLC 8143 W Broadway St. Idaho Falls, ID 83402** | | **Trade Debt** | | | | **$1,180,715.80** |
| **Receptor Food Group PO Box 475 Rupert, ID 83350** | | **Trade debt** | | | | **$867,772.00** |
| **Rocky Mountain Agronomics 1912 W Main Burley, ID 83318** | | **Trade debt** | | | | **$694,888.94** |
| **Triple C Farms, L.L.C. 474 S. 500 W Jerome, ID 83338** | | **Trade debt** | | | | **$1,000,195.27** |

Debtor  **Millenkamp Cattle, Inc.**                                        Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **True West Beef**<br>**6026 US-93**<br>**Jerome, ID 83338** | | **Trade Debt** | | | | **$580,740.96** |
| **Viterra Grain LLC**<br>**1111 Bedke Blvd**<br>**Burley, ID 83318** | | **Trade debt** | | | | **$1,128,769.71** |

**United States Bankruptcy Court**
**District of Idaho**

In re   Millenkamp Cattle, Inc.

Debtor(s)

Case No.
Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   April  2, 2024

William J. Millenkamp/President
Signer/Title

```
116   West
805 W Idaho St
Ste 300
Boise, ID 83702


2020 Window Service
PO Box 6056
Twin Falls, ID 83303


A   K Trucking
1897 E 990 S
Hazelton, ID 83335


A. Scott Jackson Trucking
PO Box 56
Jerome, ID 83338


A. Scott JacksonTrucking Inc
PO Box 56
Jerome, ID 83338


A.M.I. Supply Inc
PO Box 1145
Burley, ID 83318


ABS Global Inc
Box 22144 Network Place
Chicago, IL 60673-1221


Aden Brook Trading Corp
PO Box 217
Montgomery, NY 12549


ADM Animal Nutrition
75 Remittance Dr
Ste #1365
Chicago, IL 60675
```

Advantage Signs   Banners
488 Blue Lakes Blvd. N
Ste 10
Twin Falls, ID 83301


Ag Funding SC II LLC
5465 Mills Civic Pkwy
Suite 201
West Des Moines, IA 50266


Ag-Rows, Inc
321 S Hwy 27
Burley, ID 83318


Agri-Service, Inc.
300 Agri-Service Way
Kimberly, ID 83341


Ah-Zet Dairy
970 E 3700 N
Castleford, ID 83321


Al-Mar Dairy
1255 Grandview Ave
Parma, ID 83660


Alexander K. Reed
4296 N 2100 E
Filer, ID 83328


ALL PRO LINEN INC
500 East 10th St
Burley, ID 83318


All Wireless Communications
1112 Oakley Ave
Burley, ID 83318

Allegiance Dairy Services
111 Overland Ave
Burley, ID 83318


AllFlex USA
PO Box 848533
Dallas, TX 75284


AlphaGraphics
1680 Bentley Way
Idaho Falls, ID 83401


American Calf Products
PO Box 3046
Turlock, CA 95381


American Construction
195 Eastland
Twin Falls, ID 83301


American Express
Box 0001
Los Angeles, CA 90096


Aquabest, LLC
1414 Valencia St
Twin Falls, ID 83301


Ardurra Group
2471 S. Titanium PL
Meridian, ID 83642


Arlene's Flower Garden Inc.
900 South Lincoln
Jerome, ID 83338

ATC Communications
PO Box 98
Albion, ID 83311


Automated Dairy Systems
PO Box 170
1575 S Lincoln
Jerome, ID 83338


Automation Werx, LLC
PO Box 3066
Idaho Falls, ID 83403


B   H Farming
PO Box 123
Rupert, ID 83350


B   N Machine
375 American Ave
Jerome, ID 83338


B A Farms/Bo Stevenson
1001 S 1900 E
Hazelton, ID 83335


Badger Bearing PTP, Inc
230 W 20 S
Burley, ID 83318


Barclay Mechanical Services
PO Box 360
490 W 100 S
Paul, ID 83347


Beams Flooring
1475 Elm Street N
Twin Falls, ID 83301

Bear Necessities Prtbl Rstrm
PO Box 1952
Twin Falls, ID 83303


Bedmaster, Inc
599 N 3400 E
Lewisville, ID 83431


Bills Sewer and Drain Srvc
PO Box 5759
Twin Falls, ID 83303


Bison Pipe and Supply
PO Box 258
Jerome, ID 83338


Black Cat Dairy
5655 S Black Cat Rd
Meridian, ID 83642


Black Eagle Construction LLC
PO Box 562
Meridian, ID 83680


Black Pine Construction, LLC
1100 E 1000 S
Albion, ID 83311


BLN Huettig Farms
1247 S. 2000 E.
Hazelton, ID 83335


Blue Cross of Idaho
PO Box 6948
Boise, ID 83707

BMO Bank NA
PO Box 660310
Sacramento, CA 95866-0310


Bo Stevenson
1001 S 1900 E
Hazelton, ID 83335


Boyce Equipment Parts Co,Inc
2893 S American Way
Ogden, UT 84401


Brandi Ann M Bartholomew


Brett Jensen Farms
2000 W 113 N
Idaho Falls, ID 83402


Bruce Farms
388 Wells Ave.
Felt, ID 83424


BUNGE Canada
2765 Solution Center
Chicago, IL 60677


Burks Tractor Company
3140 Kimberly Rd.
Twin Falls, ID 83301


Burks Tractor Company, Inc.
3140 Kimberly Rd.
Twin Falls, ID 83301

Business Techs
502 Main Ave S
Twin Falls, ID 83301


Butte Irrigation Inc
PO Box 790
Paul, ID 83347


Cargill Meat Solutions Corp
5252 Treasure Valley Way
Nampa, ID 83687


Carne I Corp.
134 E Highway 81
Burley, ID 83318


Cassia County Tax Collector
1459 Overland Ave
Rm 102
Burley, ID 83318


Caterpillar Financial Svcs.
2120 West End Avenue
Nashville, TN 37203


Century Link 2041
PO Box 2961
Phoenix, AZ 85062-2961


CenturyLink
PO Box 2956
Phoenix, AZ 85062-2956


Christine E. Deal

Ciocca Dairy
1674 E 2900 S
Wendell, ID 83355


Circle C Equipment
23 N 150 W
Jerome, ID 83338


Clear Lakes Products
PO Box 246
Buhl, ID 83316


Clear Water Products LLC
1834 1st Ave
Greeley, CO 80631


Clint D. Thompson
298 North 200 West
Jerome, ID 83338


Clint Thompson
298 North 200 West
Jerome, ID 83338


CNH Industrial Capital
500 Diller Ave.
New Holland, PA 17557


CNH Industrial Capital
PO Box 71264
Philadelphia, PA 19176-6264


CNH Industrial Retail Accts.
PO Box 71264
Philadelphia, PA 19176-6264

CNH Productivity Plus BP
PO Box 71264
Philadelphia, PA 19176-6264


CNH Productivity Plus MC
PO Box 71264
Philadelphia, PA 19176-6264


Coastline Equipment
2000E Overland Rd
Meridian, ID 83642


Coastline Equipment
26 E 300 S
Jerome, ID 83338


Coastline Equipment Co.
26 E 300 S
Jerome, ID 83338


Commnty True Value Bldg Sply
PO Box 29
Murtaugh, ID 83344


Commodities Plus
5207 E 3rd Ave
Spokane, WA 99212


Conterra Agricultural Cap.
5465 Mills Civic Pkwy
Suite 201
West Des Moines, IA 50266


Cook Pest Control
PO Box 532
Twin Falls, ID 83303

Culligan
1230 Cheney Drive
Twin Falls, ID 83301


D B Supply
3303 E Linden
Caldwell, ID 83605


Daimler Truck Financial Svcs
14372 Heritage Pkwy
Suite 400
Fort Worth, TX 76177


Dairy Tech Inc.
PO Box 250
Severance, CO 80546


Daniels Manufacturing Co.
PO Box 67
Ainsworth, NE 69210


Darling Ingredients
PO Box 554885
Detroit, MI 48255-4885


Darrington Brothers Ag
2740 Mt Harrison Dr
Burley, ID 83318


David A. Coleman
PO Box 525
Twin Falls, ID 83303-0525


David Clark DVM
PO Box 452
Albion, ID 83311

David Clark MWI
PO Box 452
Albion, ID 83311


David Shirley
PO Box 910
Burley, ID 83318-0910


Deere   Company
6400 NW 86th St.
Johnston, IA 50131


deJong Dairy
127 W 400 S
Jerome, ID 83338


Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0038


DHI Provo
1525 West 820 North
Provo, UT 84601


Diamond B Dairy
2169 E 3200 S
Wendell, ID 83355


Diesel Depot
PO Box 730
Aberdeen, ID 83210


DMR Supplies
6701 Parkway Circle
Ste 102
Minneapolis, MN 55430

Double V LLC
1587 E 3100 S
Wendell, ID 83355


Douglas J Grant
2050 E 500 S
Hazelton, ID 83335


Driscoll Brothers
2043 E Center
Pocatello, ID 83201


Dusty Brow Farms
2601 E 1100 S
Hazelton, ID 83335-6235


Dusty Brow Farms, Inc.
2601 E 1100 S
Hazelton, ID 83335-6235


Eagle View East
970 E 3700 N
Castleford, ID 83321


Eagle View Farms
970 E 3700 N
Castleford, ID 83321


East Valley Development, LLC
Attn: General Counsel
4675 MacArthur Ct., Ste. 800
Newport Beach, CA 92660


Ed  Matt Chojnacky
298 N. 100 W
Jerome, ID 83338

Ed Chojnacky
298 N. 100 W
Jerome, ID 83338


Eide Bailly LLP
1505 Madrona St N
#800
Twin Falls, ID 83301


Electrical Werx Construction
PO Box 3066
Idaho Falls, ID 83401


Element Heating and Cooling
347 Locust St
Twin Falls, ID 83301


Elevation Electric
485 S Idaho St
Wendell, ID 83355


Evans Plumbing
111 Gulf Stream Lane
Hailey, ID 83333


Farmers Bank
PO Box 505
Jerome, ID 83338


Farmers Bank
1441 South Lincoln
Jerome, ID 83338


Farmore
642 Farmore Rd
Jerome, ID 83338

```
Ferguson Enterprises, Inc
PO Box 847411
Dallas, TX 75284-7411


Fletcher Law Office
PO Box 248
Burley, ID 83318-0248


Floyd Lilly Company Inc
PO Box 461
353 3rd Ave S
Twin Falls, ID 83303


Franklin Building Supply
1390 Highland Ave E
Twin Falls, ID 83301


Fred Kenyon Repair
141 Bridon Way
Jerome, ID 83338


G.J. Verti-line Pumps Inc
1970 Highland Ave E
PO Box 892
Twin Falls, ID 83303


Galeno's Trucking
561 E Ellis St
Paul, ID 83347


Garner Farms
147 South 2550 East
Declo, ID 83323


Gem State Paper Supply
PO Box 469
Twin Falls, ID 83303
```

Gem State Welders Supply Inc
1440 Kimberly Rd
Twin Falls, ID 83303


Givens Pursely LLP
PO Box 2720
Boise, ID 83701


Grainger
PO Box 419267
Kansas City, MO 64141-6267


Grant  Hagan, Inc.
PO Box 326
Hazelton, ID 83335


Grant 4-D Farms, LLC
707 E 600 N
Rupert, ID 83350


GreatAmerica Financial Serv.
PO Box 660831
Dallas, TX 75266-0831


Green Source Automation
3506 Moore Rd
Ceres, CA 95307


H M Custom, LLC
PO Box 722
Burley, ID 83318


H.D. Fowler Company
PO Box 84368
Seattle, WA 98124-5668

Harper Family Partnership
2045 E 850 S
Declo, ID 83323


Healthy Earth EnterprisesLLC
76 N 400 W
Jerome, ID 83338


Heeringa Construction, LLC
18521 E Queen Creek Rd
#105-481
Queen Creek, AZ 85142


Heglar Creek Dairy
41 N Yale Rd.
Declo, ID 83323


High Desert Dairy Lab, Inc
5311 Ridgewood
Nampa, ID 83687


Holesinksky Farms LLC
PO Box 246
Buhl, ID 83316


Hollifield Ranches, Inc.
22866 Hwy 30
Hansen, ID 83334


HP IFS
Great America Financial
PO Box 660831
Dallas, TX 75266-0831


Hub City Building, Inc
PO Box 38
163 S Idaho
Wendell, ID 83355

IBA Magic Valley Dairy Systm
122 West 465 South


Idaho Hydro Jetting Inc
PO Box 468
Jerome, ID 83338


Idaho Materials Construction
1310 Addison Ave W
Twin Falls, ID 83301


Idaho Power
PO Box 6062
Boise, ID 83707-6062


Idaho State Brand Department
PO Box 2927
Twin Falls, ID 83303


Idaho State Tax Commission
PO Box 36
Boise, ID 83707


Idaho Udder Health Systems
PC 4455
S Meridian Rd
Meridian, ID 83642


Indust Electric Motor Srvc
PO Box 1912
Twin Falls, ID 83303


Integrated Technologies
PO Box 1843
Twin Falls, ID 83303

Intermountain Gas HQ
555 S Cle Rd.
Boise, ID 83709


Intermountain WorkMed
PO Box 30180
Salt Lake City, UT 84130-0180


Interstate Advanced Material
PO Box 888094
Los Angeles, CA 90088-8094


Irace Construction LLC
1726 E 4500 N
Buhl, ID 83316


J C Hoof Trimming Inc
3690 N 2570 E
Twin Falls, ID 83301


J V Dairy
602 W 620 N.
Shoshone, ID 83352


J.D. Heiskell  Co.
139 River Vista Place
Ste 102
Twin Falls, ID 83301


Jack Verbree Dairies
1574 E 2900 S
Wendell, ID 83355


Jackson Group Peterbilt
PO Box 2208
Decatur, AL 35609-2208

```
Jae Foundation
1881 Pole Line Rd E
Twin Falls, ID 83301


James Farrell   Company
PO Box 94583
Seattle, WA 98104


Jean L. Thompson
255 North 250 West
Jerome, ID 83338


Jeffrey E. Rolig
PO Box 5455
Twin Falls, ID 83303-5455


JF Farms Inc
1879 Shoestring Rd
Gooding, ID 83330


John Deere Const.   Forestry
One John Deere Place
Moline, IL 61265


John Deere Financial
PO Box 4450
Carol Stream, IL 60197-4450


John Deere Financial
6400 NW 86th St
PO Box 6630
Johnston, IA 50131


John O'Brien
Spencer Fane LLP
1700 N. Lincoln - Ste. 2000
Denver, CO 80203-4554
```

John Sprattling
550 Terrace Dr
Burley, ID 83318


Kander LLC
c/o Natalia Sirju
2538 Carrolwood Rd
Naperville, IL 60540


Ken   Jean Thompson
255 N 250 W
Jerome, ID 83338


Kentworth Sales Company
Dept #1
PO Box 27088
Salt Lake City, UT 84127-0088


Kinetico of Magic Valley
201 Nevada St E
Twin Falls, ID 83301


Kody Youree
3953 N 3300 E
Twin Falls, ID 83301


Kraus Farms, LLC
165 S 400 W
Rupert, ID 83350


Kyle Hoskins
325 6th Ave. W #A
Jerome, ID 83338


Landview Inc - Industrial
PO Box 475
Rupert, ID 83350

Landview Inc - Livestock
PO Box 475
Rupert, ID 83350


Laser Line
PO Box 2412
Twin Falls, ID 83303


Lee's Radiator
550 West Main
Jerome, ID 83338


Leedstone
222 Co Rd 173 SE
Melrose, MN 56352


Leonard Petroleum Equipmnt
PO Box 1924
1859 Highland Ave E
Twin Falls, ID 83303


Les Schwab Tire Center - BP
2555 S Overland
Burley, ID 83318


Les Schwab Tire Center - MC
1848 S Lincoln
Jerome, ID 83338


Liberty Basin LLC
134 E Highway 81
Burley, ID 83318


Llanos Trucking LLC
84 S 200 W
Burley, ID 83318

```
M M Designs
32 E 400 N
Jerome, ID 83338


Macrae Custom Farming, Inc
355 S 950 W
Heyburn, ID 83336


Magaw Industries
5461 US Hwy 93
Jerome, ID 83338


Magic Valley Equipment Inc
517 East Ellis
PO Box 746
Paul, ID 83347


Magic Valley Hydraulics Repr
76 N 400 W
Jerome, ID 83338


Magic Valley Pipe   Steel
04 N 150
Jerome, ID 83338


Mavrix, LLC
925 Main St., Ste. 300-18
Stone Mountain, GA 30083-3098


McAlvain Concrete, Inc.
5559 W Gowen Rd #100
Boise, ID 83709


McCall Industrial Supply
PO Box 15427
Boise, ID 83715
```

Mercedes-Benz Financial Svcs
PO Box 279274
Sacramento, CA 95827-9274


MetLife Agricultural Finance
10801 Mastin Blvd
Ste 930
Overland Park, KS 66210


MetLife Real Estate Lending
10801 Mastin Blvd., Ste. 930
Overland Park, KS 66210


Metropolitan Life Ins. Co.
10801 Mastin Blvd, Ste. 930
Overland Park, KS 66210


Metropolitan Tower Life Ins.
205 East River Park Circle
Suite 430
Fresno, CA 93720


Michael Chojnacky
51 W 600 N.
Jerome, ID 83338


MicroProteins
8019 W Buckskin
Pocatello, ID 83201


Mike Chojnacky
51 W 600 N
Jerome, ID 83338


Mike Winmill Construction
410 5th Ave E
Wendell, ID 83355

Milner Hay Co.
1154 W 200 S
Jerome, ID 83338


Milner Hay Company, LLC
1154 W 200 S
Jerome, ID 83338


Minidoka Irrigation District
98 W 50 S
Rupert, ID 83350


Minidoka Memorial Hospital
ATTN: Amy - Business Office
1224 8th St
Rupert, ID 83350-1527


Mitch's Repair, Inc
148 Frontage Rd
Jerome, ID 83338


Mobile Modular Mgmt Corp
PO Box 45043
San Francisco, CA 94145


Moss Grain Partnership
301 Scott Ave., Ste. 4
Rupert, ID 83350


Moss Grain Partnership
301 Scott Ave.
Ste 4
Rupert, ID 83350


MWI Veterinary
3041 W Pasadena Dr
Boise, ID 83705

Napa Auto Parts
PO Box 1425
Twin Falls, ID 83303-1425


Narisco Perez



Nelsen Farms LLC
120 E 600 N
Jerome, ID 83338


Nelson Jameson, Inc
PO Box 1147
Marshfield, WI 54449


New Life Community Church
800 W Main St
Wendell, ID 83355


No View Dairy, LLC
3298 East 3600 North
Kimberly, ID 83341


Norco, Inc
PO Box 35144
Seattle, WA 98124-5144


North Side Canal Company
921 N Lincoln
Jerome, ID 83338


Northwest Seed, Inc.
PO Box 65
Hazelton, ID 83335

Novoa Trucking
1751 Occidental Ave
Burley, ID 83318


Oppedyk Dairy
PO Box 399
Mountain Home, ID 83647


Pacific Steel   Recycling
PO Box 1413
Twin Falls, ID 83303-1413


Penn Millers Insurance Co
c/o Chubb Agribusiness
PO Box 62453
Baltimore, MD 21264-2453


Performance Plus Idaho LLC
S 500 E
Jerome, ID 83338


Performance Plus-Idaho, LLC
314 5500 E
Jerome, ID 83338


Performix Nutrition Systems
2201 N. 20th Street
Nampa, ID 83687


Pitney Bowes
PO Box 981026
Boston, MA 02298-1022


Platt
PO Box 418759
Boston, MA 02241-8759

Prime Ridge Beef, LLC
8143 W Broadway St.
Idaho Falls, ID 83402


Prime Time, Inc
6730 E McDowell Rd
Scottsdale, AZ 85257


Pro Rentals   Sales
PO Box 5450
Kalispell, MT 59903


Pro Sales Inc
411 E 340 S
Jerome, ID 83338


Progressive Dairy Srvc Spply
485 S Idaho St
Wendell, ID 83355


PTG of Idaho, LLC
541 Arlen Dr.
Jerome, ID 83338


Quality Truss
21005 Highway 30
Filer, ID 83328


Rabo Agrifinance LLC
14767 North Outer 40 Road
Suite 400
Chesterfield, MO 63017


Rabo Agrifinance, Inc.
12443 Olive Blvd., Suite 5
Saint Louis, MO 63141

Rangen
PO Box 706
Buhl, ID 83316


Receptor Food Group
PO Box 475
Rupert, ID 83350


RedRock Dairy
1130 E 3700 N
Buhl, ID 83316


Reed Farms
4296 N 2100 E
Filer, ID 83328


Reed Gibby
873 Pebble Dr.
Burley, ID 83318


Riveron RTS, LLC
PO Box 679265
Dallas, TX 75267-9265


Riverside Trailer
322 W Yakima
Jerome, ID 83338


Robert E. Williams
Williams, Meservy  Larsen
PO Box 168
Jerome, ID 83338-0168


Robert E. Williams
Williams, Merservy  Larsen
PO Box 168
Jerome, ID 83338-0168

Rocky Mountain Agronomics
1912 W Main
Burley, ID 83318


Rocky Mountain Pharma
13159 Hanford-Armona Rd
Hanford, CA 93230-9395


Rogers Machinery
PO Box 35142
LB 1502
Seattle, WA 98124-5142


Rooster Capital IV LLC
5465 Mills Civic Pkwy,
Suite 201
West Des Moines, IA 50266


S O Mata Trucking LLC
365 E 27th St
Burley, ID 83318


S P Trucking LLC
3570 NW Foxtrotter Lane
Mountain Home, ID 83647


Safe Salt Supply
625 Gary St
Pocatello, ID 83201-7037


Sally F. and Mark Rose
212 N 200 W
Jerome, ID 83338


Sawtooth Law Offices PLLC
1101 W River St., Ste. 110
Boise, ID 83702-7067

Schaeffer Mfg. Co.
PO Box 790100
Dept. 3518
Saint Louis, MO 63179-0100


Schilder Dairy
1164 E 3700 N
Buhl, ID 83316


Scholes Dermatology
PO Box 31001-3306
Pasadena, CA 91110-3306


Schow's Auto Parts
PO Box 94
Rupert, ID 83350


SeCon LLC
24829 Simplot Blvd
Wilder, ID 83676


Select Sires Mid America Inc
833 W 400 N
Logan, UT 84321


Sherwin Williams
1936 Kimberly Rd
Twin Falls, ID 83301


Signed Sealed   Delivered
201 E Main St
Jerome, ID 83338


Silva Brothers
1202 E 4150 N
Buhl, ID 83316

SiteOne Landscape
1773 Eldridge Ave
Twin Falls, ID 83301-7909


SKS EVC, LLC
Attn: Scott Stepenoff
20411 N 17th Way
Phoenix, AZ 85024


South View Dairy
PO Box 200
Wendell, ID 83355


ST Genetics
PO Box 842923
Dallas, TX 75284-2923


Standing 16 Ranch
335 W 300 N
Jerome, ID 83338


Standlee Premium Products
22349 Kimberly Rd
Ste E
Kimberly, ID 83341


Stapleman Veterinary LLC
799 W 200 N
Paul, ID 83347


Star Falls
Steven  Doug Huettig
1908 E 1300 S
Hazelton, ID 83335


Star Falls Farms LLC
1908 E 1300 S
Hazelton, ID 83335

State Insurance Fund
PO Box 990002
Boise, ID 83799-0002


Steel Ranch LLC
2597 E 1100 S
Hazelton, ID 83335-6215


Steven Huettig
1908 E 1300 S
Hazelton, ID 83335-5428


Stouder Holsteins
455 Bob Barton Rd
Jerome, ID 83338


Streamline Precision
120 S 100 W
Burley, ID 83318


Stukenholtz Laboratory
PO Box 353
Twin Falls, ID 83303-0353


Super Sort
4908 9th Ave SW
Watertown, SD 57201


Susan J. Millenkamp
471 N 300 W
Jerome, ID 83338


Synchrony Bank/Amazon
PO Box 960013
Orlando, FL 32896-0013

T.L.K. Dairy Inc
650 N 2nd E
Mountain Home, ID 83647


Tacoma Screw Products
Attn: Accounts Receivable
2001 Center St
Tacoma, WA 98409-7895


Taqueria Tamazula Trucking
1842 Hansen Ave
Burley, ID 83318


The Dairy Solutions Group
396 Railway St
Jerome, ID 83338


Theodore Larsen
153 E. Main St.
Jerome, ID 83338-2332


Thomas Petroleum LLC
445 E 5th St N
Burley, ID 83318


Tillage Management INC
21346 Rd 140
Tulare, CA 93274


TMG Services
3216 E Portland Ave
Tacoma, WA 98404


ToreUp
PO Box 1181
Twin Falls, ID 83303

Toshiba Financial Svcs
PO Box 41602
Philadelphia, PA 19101-1602


Total Waste Management
PO Box 309
Heyburn, ID 83336


Triple B Farms, LLC
131 Broncho Rd
Blackfoot, ID 83221


Triple C Farms, L.L.C.
474 S. 500 W
Jerome, ID 83338


True West Beef
6026 US-93
Jerome, ID 83338


TSK Enterprises
255 Blue Lakes Blvd N
PMB 617
Twin Falls, ID 83301


Twin Falls Canal Co.
PO Box 326
Twin Falls, ID 83303


Tyche Ag, LLC
PO Box 123
Rupert, ID 83350


Udder Health Systems
4455 S Meridian Rd
Meridian, ID 83642

Udder Tech
2520 151st Ct W
Rosemount, MN 55068


ULINE
PO Box 88741
Chicago, IL 60680-1741


United Electric Co-op
1330 21st St
Heyburn, ID 83336


United Oil
PO Box 94591
Seattle, WA 98124-6891


United Wholesale Mortgage
PO Box 54040
Los Angeles, CA 90054-0040


V M Trucking LLC
259 Diana Dr
Burley, ID 83318


Valley Beef
3051 S. 2000 E.
Wendell, ID 83355


Valley Co-op Tanker
2114 N 20th St
Nampa, ID 83687


Valley Wide COOP
2114 N 20th St
Nampa, ID 83687

Valley Wide Coop. Energy
837 W Main St.
Jerome, ID 83338


Vanden Bosch Inc
PO Box 543
Jerome, ID 83338


Vandyk Dairy
270 N 500 W
Jerome, ID 83338


Vantage Dairy Supplies LLC
799 W 200 N
Paul, ID 83347


Viserion Grain LLC
c/o Gibby Group
134 E Highway 81
Burley, ID 83318


Viserion Grain, LLC
44 Cook St. Ste. 320
Denver, CO 80206


Viterra Grain LLC
1111 Bedke Blvd
Burley, ID 83318


Wada Farms Partnership
326 S 1400 W
Pingree, ID 83262


WAG Services Inc
8121 W Harrison St
Tolleson, AZ 85353

WageWorks Inc
PO Box 8363
Pasadena, CA 91109-8363


Watts Hydraulic  Repair
1982 Floral Ave
Twin Falls, ID 83301


Webb Nursery
136 Eastland Dr
Twin Falls, ID 83301


Westec Concrete Cutting LLC
53 N 200 W
Jerome, ID 83338


Westec Storage
53 N 200 W
Jerome, ID 83338


Western States Cat
PO Box 3805
Seattle, WA 98124-3805


Western States Equipment Co.
3085 Kimberly Rd Suite A
Twin Falls, ID 83301


Western Trailers
PO Box 5598
Boise, ID 83705


Western Truck and Equipment
11 W 300 S
PO Box 563
Jerome, ID 83338

Western Waste Services
PO Box 714
Jerome, ID 83338


Westway Feed Products
365 Canal St
Ste 2929
New Orleans, LA 70130


William J. Millenkamp
471 N 300 W
Jerome, ID 83338


Wisconsin Vet Diagnostic Lab
445 Easterday Lane
Madison, WI 53706


Wright Brothers Law Office
PO Box 5678
Twin Falls, ID 83303-5678


Xavier Farm Services LLC
PO Box 850
Hilmar, CA 95324


Young Automotive Group
PO Box 684
Layton, UT 84041


Youree Land  Livestock
3953 North 3300 East
Twin Falls, ID 83301


Zoro Tools Inc
PO Box 5233
Janesville, WI 53547-5233