**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) <br> ) <br> Millenkamp Cattle, Inc ) <br> 471 North 300 West ) <br> Jerome, ID 83338 ) <br> ) <br> Social Security No.: ) <br> Employer's Tax I.D. No.: 26–0603892 ) <br> ) <br> Debtor ) <br> ) <br> _____ | Case Number:   24–40158–NGH <br><br> Chapter Number: 11 |

**DEFICIENCY NOTICE**

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately or the case may be DISMISSED after the due dates listed below.

Schedule A/B due 04/16/2024
Schedule D due 04/16/2024
Equity Sec. Holders List due 04/16/2024
Schedule E/F due 04/16/2024
Summary of Schedules due 04/16/2024
Schedule G due 04/16/2024
Schedule H due 04/16/2024
Stmt. of Fin. Affairs due 04/16/2024

Dated: 4/3/24

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court