# Notice Recipients

District/Off: 0976–8     User: admin     Date Created: 4/3/2024
Case: 24–40158–NGH     Form ID: def     Total: 2

**Recipients of Notice of Electronic Filing:**
aty     Matthew T. Christensen     mtc@johnsonmaylaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Millenkamp Cattle, Inc     471 North 300 West     Jerome, ID 83338

TOTAL: 1