| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Millenkamp Cattle, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF IDAHO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BUNGE Canada<br>2765 Solution Center<br>Chicago, IL 60677 | | Trade Debt | | | | $1,145,983.84 |
| Cargill Meat Solutions Corp<br>5252 Treasure Valley Way<br>Nampa, ID 83687 | | Trade Debt | | | | $600,702.66 |
| Clear Lakes Products<br>PO Box 246<br>Buhl, ID 83316 | | Trade Debt | | | | $560,365.35 |
| Eagle View Farms<br>970 E 3700 N<br>Castleford, ID 83321 | | Trade Debt | | | | $559,656.97 |
| East Valley Development, LLC<br>Attn: General Counsel<br>4675 MacArthur Ct., Ste. 800<br>Newport Beach, CA 92660 | | Trade Debt | | | | $2,156,089.13 |
| Ed & Matt Chojnacky<br>298 N. 100 W<br>Jerome, ID 83338 | | Trade Debt | | | | $706,083.60 |
| Grant & Hagan, Inc.<br>PO Box 326<br>Hazelton, ID 83335 | | Trade debt | | | | $604,551.60 |
| Hollifield Ranches, Inc.<br>22866 Hwy 30<br>Hansen, ID 83334 | | Trade debt | | | | $2,044,794.31 |

Debtor  **Millenkamp Cattle, Inc.**                                       Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **J.D. Heiskell & Co.** 139 River Vista Place Ste 102 Twin Falls, ID 83301 | | **Trade debt** | | | | $598,407.90 |
| **Jack Verbree Dairies** 1574 E 2900 S Wendell, ID 83355 | | **Trade Debt** | | | | $854,345.31 |
| **Landview Inc - Livestock** PO Box 475 Rupert, ID 83350 | | **Trade debt** | | | | $5,541,024.72 |
| **Metropolitan Life Ins. Co.** 10801 Mastin Blvd, Ste. 930 Overland Park, KS 66210 | | **Various personal property of the Debtor** | | $180,473,929.72 | $150,000,000.00 | $30,473,929.72 |
| **Metropolitan Tower Life Ins.** 205 East River Park Circle Suite 430 Fresno, CA 93720 | | **Various personal property of the Debtor** | | $180,473,929.72 | $150,000,000.00 | $30,473,929.72 |
| **MWI Veterinary** 3041 W Pasadena Dr Boise, ID 83705 | | **Trade debt for Black Pine Cattle, Inc., Idaho Jersey Girls Jerome Dairy LLC, Idaho Jersey Girls LLC (Milkers), and Millenkamp Cattle Inc** | | | | $2,309,920.39 |
| **Prime Ridge Beef, LLC** 8143 W Broadway St. Idaho Falls, ID 83402 | | **Trade Debt** | | | | $1,180,715.80 |
| **Receptor Food Group** PO Box 475 Rupert, ID 83350 | | **Trade debt** | | | | $867,772.00 |
| **Rocky Mountain Agronomics** 1912 W Main Burley, ID 83318 | | **Trade debt** | | | | $694,888.94 |
| **Triple C Farms, L.L.C.** 474 S. 500 W Jerome, ID 83338 | | **Trade debt** | | | | $1,000,195.27 |

Debtor **Millenkamp Cattle, Inc.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **True West Beef<br>6026 US-93<br>Jerome, ID 83338** | | **Trade Debt** | | | | **$580,740.96** |
| **Viterra Grain LLC<br>1111 Bedke Blvd<br>Burley, ID 83318** | | **Trade debt** | | | | **$1,128,769.71** |