Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *PHV pending*
Robert E. Richards, *PHV pending*
Tirzah Roussell, *PHV pending*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re:<br><br>MILLENKAMP CATTLE, INC.<br><br>                   Debtor. | Case No. 24-_____-NGH<br><br>Chapter 11 |
|---|---|

**DECLARATION OF MATTHEW T. CHRISTENSEN IN SUPPORT OF APPLICATION TO EMPLOY LOCAL CO-COUNSEL FOR DEBTORS IN POSSESSION[1]**

---

[1] The Debtors in the Chapter 11 Cases are: Millenkamp Cattle, Inc.; Idaho Jersey Girls LLC; East Valley Cattle, LLC; Millenkamp Properties, L.L.C.; Millenkamp Properties II LLC; Millenkamp Family LLC; Goose Ranch, LLC; Idaho Jersey Girls Jerome Dairy LLC; Black Pine Cattle LLC; and Millenkamp Enterprises LLC. This Declaration is in support of an Application that seeks employment to represent ALL of the Debtors in the respective bankruptcy cases, which are being sought to be jointly administered.

DECLARATION OF MATTHEW T. CHRISTENSEN – Page 1

| | |
|---|---|
| STATE OF IDAHO | ) |
| | ) ss: |
| COUNTY OF ADA | ) |

Matthew T. Christensen, states as follows:

1.   I am a practicing attorney and an attorney with the law firm of Johnson May with offices at 199 N. Capitol Blvd., Ste 200, Boise ID 83702, (208) 384-8588.

2.   I have read the application of Millenkamp Cattle, Inc., and its affiliated Debtors, for authority to employ and retain Johnson May.

3.   My firm previously received a bankruptcy retainer from the Debtor of $140,000.00. (There were also retainers related to the state-court litigation outlined below, but those retainers have been exhausted.) Pre-filing fees and expenses (including bankruptcy filing fees) drawn against the retainer total $82,227.22, leaving approximately $57,772.78 remaining in the retainer, which is currently being held in our firm's client trust account on behalf of Debtors.

4.   I and the law firm of Johnson May have no connection with the Debtors other than previous pre-petition representation related to this bankruptcy case, and representation related to several Idaho state court proceedings, as follows:

    a.   Jerome County Case No. CV27-24-00122; a lien foreclosure case by several farmer Plaintiffs.  My firm appeared on behalf of Millenkamp Cattle, Inc.

    b.   Jerome County Case No. CV27-24-00101; a lien foreclosure case by a chopping company.  My firm appeared on behalf of Millenkamp Cattle, Inc.

    c.   Jerome County Case No. CV27-24-00131; a lien foreclosure case by a farming entity.  My firm appeared on behalf of Millenkamp Cattle, Inc.  This case has been dismissed.

DECLARATION OF MATTHEW T. CHRISTENSEN – Page 2

    d. Cassia County Case No. CV16-24-00111; a lien foreclosure case by a farming entity. My firm appeared on behalf of Millenkamp Cattle, Inc.

    e. Jerome County Case No. CV27-24-00083; a lien foreclosure case by a grain company. My firm appeared on behalf of Millenkamp Cattle, Inc.

    f. Ada County Case No. CV01-24-01156; a case filed by Rabo Agrifinance LLC, seeking appointment of a Receiver for multiple defendants. My firm appeared on behalf of all Defendants, which included all of the entities named in footnote 1 above, as well as William and Susan Millenkamp (individually, and as Trustees of the WBJ 2012 Trust and the SJM 2012 Trust). Simultaneously with this bankruptcy filing, we have moved to withdraw from further representation of William and Susan Millenkamp (individually and as Trustees of their Trusts) in this case.

  5. I and the law firm of Johnson May have no connection with any personnel employed in the Office of the United States Trustee, the creditors or any party in interest, nor with their respective attorneys or accountants, other than normal professional relationships with attorneys and accountants.

  6. I believe I and the Johnson May law firm are disinterested persons as defined in 11 U.S.C. § 101(14) and represent no interest adverse to the debtors in possession or bankruptcy estate in matters upon which I am to be engaged, and believe that I and the law firm can undertake representation of the Debtors in Possession in this case without any type of restriction.

/

/

/

/

DECLARATION OF MATTHEW T. CHRISTENSEN – Page 3

/

/

7. The hourly rates to be charged by myself and other professionals at my firm are outlined in the engagement letter between my firm and Debtors, a copy of which is attached to the Application to Employ Counsel as Exhibit A.

8. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of April, 2024.

                                         */s/ Matt Christensen*
                                         MATTHEW T. CHRISTENSEN