Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV pending*
Robert E. Richards, *PHV pending*
Tirzah Roussell, *PHV pending*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 24-_____-NGH |
|---|---|
| MILLENKAMP CATTLE, INC. | Chapter 11 |
| Debtor. | Joint Administration Requested |

**APPLICATION TO EMPLOY LEAD COUNSEL FOR DEBTORS IN POSSESSION[1]**

---

[1] The Debtors in the Chapter 11 Cases are: Millenkamp Cattle, Inc.; Idaho Jersey Girls LLC; East Valley Cattle, LLC; Millenkamp Properties, L.L.C.; Millenkamp Properties II LLC; Millenkamp Family LLC; Goose Ranch, LLC; Idaho Jersey Girls Jerome Dairy LLC; Black Pine Cattle LLC; and Millenkamp Enterprises LLC. This Application seeks employment to represent ALL of the Debtors in the respective bankruptcy cases, which are being sought to be jointly administered.

APPLICATION TO EMPLOY LEAD COUNSEL FOR DEBTOR IN POSSESSION – PAGE 1

> **Notice of Application to Employ Lead Counsel for Debtor
> and Opportunity to Object and for a Hearing**
>
> <u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection.</u> The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

Millenkamp Cattle, Inc., ("Millenkamp Cattle") and its affiliated debtors and debtors in possession (collectively, the "Debtors" or "Applicants") make application for authority to retain lead counsel, and in support thereof respectfully show:

1. Debtors have filed petitions initiating cases seeking relief under Chapter 11 of the Bankruptcy Code and are currently in possession of their property and operation of their business.

2. Pursuant to Bankruptcy Code Sections 1107 and 327, the Applicants wish to employ lead counsel to render professional services for them as debtors-in-possession, in the following matters (all as outlined on the Engagement Letter attached as **Exhibit A**):

    a. Preparation and filing of a petition, Schedules, Statement of Financial Affairs, and other related forms;
    b. Attendance at all meetings of creditors, hearings, pretrial conferences, and trials in the case or any litigation arising in connection with the case, whether in state or federal court;
    c. Preparation, filing, and presentation to the Bankruptcy Court of any pleadings requesting relief;
    d. Preparation, filing, and presentation to the court of a disclosure statement (if required) and plan or arrangement under Chapter 11 of the Bankruptcy Code;
    e. Review of claims made by creditors or interested parties, preparation, and prosecution of any objections to claims as appropriate;
    f. Preparation, filing, and presentation to the court of all applications to employ and compensate professionals in the Chapter 11 proceeding; and

      g. Preparation and presentation of a final accounting and motion for final decree closing the bankruptcy cases.

3. Applicants desire to retain counsel immediately and would retain Krystal Mikkilineni and other attorneys from Dentons ("Firm"). These attorneys are not currently admitted to practice before this court, but will seek and associate with co-counsel, Johnson May.

4. Said attorneys are familiar with the Bankruptcy Code and Rules and the Local Rules of the United States Bankruptcy Court for the District of Idaho.

5. Filed contemporaneously with this Application is a Declaration of Krystal Mikkilineni in Support of Application to Employ Lead Counsel for Debtors in Possession. The Declaration describes the pre-filing fees and expenses incurred (which includes the court filing fee) and what amount remains in the retainer. The remaining amount is being held in the attorney's client trust account on behalf of the Applicant.

6. The Applicants have selected this Firm and its attorneys because they have experience in matters of this character and the Applicants believe they are well qualified to represent them as debtors-in-possession in these cases.

7. To the best of the Applicants' knowledge, neither this attorney nor the Firm have connections with Debtors (other than as described in the Declaration contemporaneously filed with this Application, including prior representation of the Debtors), any personnel employed in the Office of the United States Trustee, the creditors or any other party in interest (other than as described in the Declaration), or their respective attorneys or accountants (other than normal professional relationships), nor does this attorney represent or hold any interest adverse to the Debtors or the estates herein in the matters upon which they are to be engaged, and their employment would be in the best interests of the estates and their creditors.

APPLICATION TO EMPLOY LEAD COUNSEL FOR DEBTOR IN POSSESSION – PAGE 3

8. The Applicants wish to employ the Firm under a general retainer because of the extensive legal services required herein.

9. The Application is supported by the Declaration of Krystal Mikkilineni, filed contemporaneously herewith.

WHEREFORE, the Applicants pray that they be authorized to employ and retain Krystal Mikkilineni and other attorneys from Dentons, to represent them as debtors-in-possession of these estates upon a general retainer.

DATED this 2nd day of April, 2024.

                                                    _____
                                                  Bill Millenkamp, as President and/or
                                                  Manager/Member of the Debtors

APPLICATION TO EMPLOY LEAD COUNSEL FOR DEBTOR IN POSSESSION – PAGE 4

# EXHIBIT A

**DENTONS**

Krystal Mikkilineni
Attorney

krystal.mikkilineni@dentons.com
M (515) 246-7943

Dentons Davis Brown PC
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, IA 50309
United States
dentons.com

Bill Millenkamp
Millenkamp Cattle, Inc. and related entities
471 N 300 Rd W.
Jerome, ID 83338

March 6, 2024

RE: Millenkamp Cattle, Inc. – Chapter 11 Engagement Letter

Dear Bill,

Thank you for choosing Dentons Davis Brown PC ("Dentons") to represent you in the matters described below. We may obtain assistance from lawyers from other Dentons-related firms including without limitation Dentons US on this matter.

**Our Client**. The purpose of this Engagement Letter, as well as the associated Terms of Business, is to set forth the Engagement Letter by which Dentons will represent Millenkamp Cattle, Inc., Black Pine Cattle LLC, Millenkamp Enterprises LLC, Millenkamp Family LLC, Idaho Jersey Girls, LLC, Idaho Jersey Girls Jerome Dairy, LLC, Millenkamp Properties, LLC, Millenkamp Properties II LLC, Goose Ranch LLC, and East Valley Cattle, LLC (referred to collectively herein as the "Millenkamp Companies").

**Scope of Representation**. We have agreed to provide legal services in relation to preparing and filing Chapter 11 bankruptcy cases for the Millenkamp Companies. In connection with this representation, we will prepare and file with the bankruptcy court all necessary and appropriate documents required by applicable law in connection with the operation of the bankruptcy cases for the filing of the bankruptcies, the financing of the bankruptcies, for a Chapter 11 plan or other Chapter 11 exit and other matters that may arise from time to time in connection with the bankruptcies or preparation for the bankruptcies or related matters, including out of court workout Our retention includes representation of the Millenkamp Companies' interests as required under applicable bankruptcy laws and rules. We and/or our co-counsel Johnson May will appear virtually or in person as required at hearings where the attorney for the debtors is required to appear.

**Uncertain Outcome**. We have discussed with you various legal and factual considerations involved in our representing the Millenkamp Companies in the bankruptcy cases. It is our goal to assist you with a Chapter 11 plan. It is our further goal that such plan be approved by the requisite number of creditors and by the bankruptcy court, and that the plan, so approved, be fully consummated. However, we cannot provide any guaranty of the results that may eventually

3839524

**DENTONS**

Bill Millenkamp
March 6, 2024
Page 2

dentons.com

occur. Furthermore, because of the various uncertainties involved in Chapter 11 proceedings, we cannot guaranty any maximum fee that may be incurred by Dentons as a result of our representation as counsel for the Millenkamp Companies. We have discussed with you the various uncertainties related to Chapter 11 proceedings and you have acknowledged your understanding of the existence of those uncertainties.

**Terms of Business**. Attached is a copy of our Terms of Business.

**Our Team and Charges**. Although I will be principally responsible for this engagement, it is anticipated that other lawyers and professionals will be involved. Our fees will be based on the time devoted to the representation, and the billing rates charged by each timekeeper. Currently, my time is billed at $415 per hour and Tirzah Roussell's time is billed at $285 per hour. Our representation of the Millenkamp Companies also will involve costs, which are reviewed in the Terms. All attorneys' fees and expenses incurred after the bankruptcy is filed must be approved by the bankruptcy court based upon fee applications which we will file periodically. Those applications contain a complete description of all the services performed and the time spent performing same. All items will be itemized in the fee application.

**Retainer**. You have agreed to pay us a retainer of $200,000.00. You consent to the deposit of the retainer in our general funds in any jurisdiction in which we maintain an office, as opposed to a separate account. The retainer will be held in trust and billed against prior to filing the bankruptcy cases for any pre-bankruptcy time billed. Any remaining retainer after the pre-bankruptcy bill has been deducted will be retained in trust until our fee applications are approved by the bankruptcy court.

**Conflicts.** Dentons may represent certain creditors or investors in matters unrelated to the Millenkamp Companies. If entities or persons related to the Millenkamp Companies become directly adverse or otherwise have a conflict of interest with any such parties in the future, Dentons will consult with you at that time and either (i) seek any appropriate waivers or (ii) have the matter handled by Johnson May as our Idaho co-counsel. Dentons currently represents Metropolitan Life Insurance Company or certain related entities. Such representation is not currently a direct adversity or a conflict of interest. However, if such conflict or direct adversity arises, you agree that such matter will be handled by Johnson May.

**Multiple Representations.** By this Letter, we seek your informed consent that we may simultaneously represent multiple entities and persons related to the Millenkamp Companies.

We have discussed with you the potential for a conflict of interest to arise in the future by virtue of such multiple representations. You have indicated that your interests presently coincide, and that you have agreed between yourselves that we should represent all of you. In the event that your interests continue to coincide, this joint representation should be more efficient and economical than would be the case if separate counsel were retained for each of you. However, such joint representation does have potential disadvantages. For example, one of the potential conflicts associated with such joint representation of a group of clients is that the lawyer may tend to emphasize the interests of the group as a whole more than any particular

**DENTONS**

Bill Millenkamp
March 6, 2024
Page 3

dentons.com

individual. While we will represent each of the Millenkamp Companies to the best of our ability, our emphasis will be on all of you as a group.

An additional disadvantage relates to confidentiality of the information you provide to us. Where we represent one client alone, communications between client and lawyer for the purpose of seeking legal advice are considered privileged and confidential. Where we represent several clients in the same matter, nothing we learn in such representation is confidential as to any of them, though it may remain privileged and confidential as to third parties outside the group. If we learn something from one of you that we think the other needs to know, we will disclose the information to the other. If we learn something in confidence from one of you that we do not believe is relevant to the other and that the other does not need to know, we will not share the information with the other. You also should be aware that if any dispute among you ever results in litigation, you will be precluded from claiming, against one another, the lawyer client privilege with respect to the joint representation.

It is possible that a conflict among the related entities may arise in the future. Should such a conflict arise, we have agreed that we may terminate our representation of the applicable entity to which the conflict relates or have that conflict addressed by co-counsel or special counsel. By signing this Letter in the space provided below, the entity or person with the conflict agrees that if such a conflict arises, it will not seek to disqualify us from our continued representation of the other Millenkamp Companies and will not object to our use of confidential or privileged information obtained during the course of the joint representation. Your execution of this Letter will reflect the consent of the Millenkamp Companies and all such entities and parties to, and your understanding of the potential disadvantages of, joint representation.

\*\*\*

**DENTONS**

Bill Millenkamp
March 6, 2024
Page 4

dentons.com

Please indicate your agreement to the Letter and Terms by executing a copy of this Letter in the space provided below and returning it. A scanned copy delivered via email are as acceptable as an original. We appreciate prompt receipt of an executed copy, but will commence work based on the understandings contained in this letter prior to our receipt of your signature. Of course, please contact me if you have any questions about anything in this Letter or the Terms, or with respect to any aspect of our representation of you.

Very truly yours,

*Krystal Mikkilineni*

Krystal Mikkilineni
Shareholder
Dentons Davis Brown PC

Enclosure    *Terms of Business*

### Agreement and Acceptance

The undersigned entities hereby acknowledges and agrees that they have reviewed and understands the terms and conditions of this Letter and the Terms. The undersigned entities further agrees and accepts these provisions, including, but not limited to, all disclosures regarding conflicts of interest, and hereby waives any conflict or potential conflict of interest as set forth therein.

Dated: __3-28-24__    _____
Millenkamp Cattle, Inc.
Bill Millenkamp, Owner

Dated: __3-28-24__    _____
Black Pine Cattle LLC
Bill Millenkamp, Authorized Signatory

Dated: __3-28-24__    _____
Millenkamp Enterprises LLC
Bill Millenkamp, Authorized Signatory

**DENTONS**

Bill Millenkamp
March 6, 2024
Page 5

dentons.com

Dated: 3-28-24

*[signature]*
Millenkamp Family LLC
Bill Millenkamp, Authorized Signatory

Dated: 3-28-24

*[signature]*
Idaho Jersey Girls, LLC
Bill Millenkamp, Authorized Signatory

Dated: 3-28-24

*[signature]*
Idaho Jersey Girls Jerome Dairy, LLC
Bill Millenkamp, Authorized Signatory

Dated: 3-28-24

*[signature]*
Millenkamp Properties, LLC
Bill Millenkamp, Authorized Signatory

Dated: 3-28-24

*[signature]*
Millenkamp Properties II, LLC
Bill Millenkamp, Authorized Signatory

Dated: 3-28-24

*[signature]*
Goose Ranch LLC
Bill Millenkamp, Authorized Signatory

Dated: 3-28-24

*[signature]*
East Valley Cattle, LLC
Bill Millenkamp, Authorized Signatory

# Terms of Business

## Dentons Davis Brown PC

January 2024

## Welcome to Dentons.

**Dentons and You**

1. The accompanying Engagement Letter ("Letter") identifies our only client(s) in this matter ("you" and "your"), as well as any specific limitations on those that may instruct us, and the scope of our representation of you. Except as provided in the Letter, we do not represent any other persons or entities, including any of your owners, subsidiaries, or other affiliates. Our advice and work are provided solely for the benefit of our client(s) identified in the Letter which, together with these Terms, form our Engagement Agreement ("Agreement") with you, and applies as soon as we start acting on your instruction, regardless of when and whether you sign the Letter.

2. The partners of Dentons Davis Brown PC also are partners of Dentons United States LLP, which is the US Region member of Dentons Group (a Swiss Verein), whose members and their respective subsidiaries, affiliates and related entities (each, a "Dentons Legal Practice," and, collectively, "Dentons") provide legal and related services around the world. The identity of each Dentons Legal Practice providing legal services in a particular location may be found at dentons.com/legal-notices.

3. The Agreement is between you and the specific Dentons Legal Practice named in the Letter only ("we", "us", or "our") and not with any other Dentons Legal Practice; any individual partner, employee, or agent; or any other Dentons entity.

4. Other Dentons Legal Practices outside the US Region represent clients, including entities and individuals that may enter into transactions or have disputes with you or your related entities. Unless otherwise agreed in writing, you agree that Dentons' representations in other countries do not conflict with our representation of you in this country, and that you will not assert that Dentons Legal Practices in other countries are precluded from representing those entities and individuals.

5. We may involve different Dentons Legal Practices, within or outside the US Region, or others to help with your matter. Unless we state otherwise, we will do so by subcontract and we will remain responsible for reporting to you and invoicing for all the work performed on the matter. In such circumstances, you agree to your data and documents being disclosed and that we may pay or apportion part of our fees and costs for the work in a manner that may be considered a referral fee in some jurisdictions.

**Our Working Relationship**

6. Effective representation requires open and honest communication throughout our relationship. We need you to give clear and timely instructions, provide relevant information and documents, and make yourself available for consultation.

7. Generally, communications between a lawyer and client regarding legal advice are privileged and confidential. You may jeopardize these protections by disclosing our communications to others. You agree we are under no duty to disclose to you or use any information that is confidential to another client or any other person.

8. We may communicate with you through various forms of electronic communications. While we take great care to protect our communications from unauthorized access, viruses and other associated risks, we cannot guarantee their safety and security. We recommend that you use secure platforms for communication and collaboration with us, and we discourage use of unsecure third-party services. Where you choose to use such services, you accept the risks of unauthorized access and indemnify and hold us harmless if the security of such communications are breached.

9. You should carefully check for any insurance policies that might relate to the work we do for you, and notify your insurers promptly to protect your rights. Unless you provide copies of these policies to us and we commit to advise on them in the Letter, you agree we are not responsible for advising you about the existence or applicability of any insurance coverage.

**Advance Clearance of Conflicts**

10. We represent a wide variety of entities and individuals, some of whom may be in your sector or industry or, for instance, may be your borrowers, investors, shareholders, creditors, or other parties with interests in a business transaction (*e.g.*, mergers and acquisitions, financings, investments and negotiation of commercial agreements), litigation, bankruptcy, insolvency, administrative or regulatory proceedings, lobbying or other matters, which may conflict with yours. As a condition of our representation of you, you agree that, without further consent or notice, we may represent other clients in such matters, and you will not seek to disqualify us from such matters, even if they are directly adverse to you,

as long as: (1) those matters are not substantially related to our representation of you; (2) we screen our lawyers and professionals who have your confidential information that may be relevant to such matters from any involvement in the adverse representation; and (3) we conclude that such other representation will not conflict with our professional responsibilities to you. Of course, we will not use any confidential information received from you in any way inconsistent with our professional responsibilities. By signing the Letter, you consent that we may be adverse to you on behalf of other clients as described herein, and acknowledge that you had the opportunity to seek the advice of independent counsel. If this waiver is not effective for any reason, you agree that we may withdraw from our representation of you and you will not oppose such withdrawal.  In such event, you would need to retain new counsel at your expense.

**Fees and Costs**

11. Our billing rates are set out in the Letter, but may be adjusted from time to time. You will be charged the rates in effect at the time services are performed.

12. We may charge and you agree to pay for costs including travel, delivery services, imaging, printing, court fees, auditing and assurance services, and other expenses. For items we purchase in bulk or through fixed fee arrangements, such as computerized research, technology and support services, we will charge you a rate reasonably apportioned to you. You agree to pay costs to any third parties retained by us on your behalf, including experts, consultants and local counsel. In some circumstances, we may advance costs on your behalf and you agree to reimburse us within 30 days. We may not hold originals of receipts for costs, which may be available only in electronic form.

13. Any estimate creates neither a floor nor a ceiling on your obligation to pay. Actual fees and costs may deviate significantly. We undertake no obligation to update a prior estimate.

14. Our fees and costs, as well as those from any other Dentons Legal Practice or third parties, exclude any sales, services, use, excise, transfer, value-added or similar taxes. Those taxes will be included in our invoices and are payable by you. If you or another payor is required to make any deduction when paying our invoices, you must increase the overall payment so that we receive a net sum equal to our full invoiced amount.

15. Our policy is to bill monthly, except that we reserve the right to issue an interim bill and to change the frequency of billing and the time for payment. If you disagree with any invoice, please contact us immediately; otherwise we will understand that the invoice is agreeable to you. Our invoices are payable when delivered on the terms set forth therein, and you remain responsible for paying them even if you have an arrangement with a third party payor for payment. If full payment is not received when due, we reserve the right to suspend services, terminate our representation, withdraw, charge reasonable interest, and hold you responsible for any collection costs, including reasonable attorneys' fees.

16. In adversarial proceedings, you agree that as of 90 days before any scheduled trial or arbitration date (or a later time that we may make such request), all fees and costs incurred up to that point will be paid and you will either provide us with a deposit (or augment any existing deposit) or make another satisfactory arrangement to ensure payment of all fees and costs estimated to be incurred from that point through the end of trial or arbitration.

**Privacy and Data Protection**

17. Anti-money laundering, anti-bribery, antiterrorist and similar laws require compliance with client identification, verification, and other rules. We may not be able to represent you until we have all the information we need for these purposes.

18.  Dentons is committed to ensuring the privacy and confidentiality of personal data disclosed to us in the course of our work for you. We will handle personal data you send to us about you, your employees, agents, contractors or other individuals in accordance with data protection and privacy standards equivalent to or higher than those required by law. We may transfer such data between locations in order to provide legal services to you.

19.  Where we process personal data as provided above we do so as a data controller and we ultimately take responsibility for carrying out the data processing in compliance with applicable data protection and privacy laws. An overview of the categories of personal data we collect and how we use it is provided in the Privacy Policy that you may find at www.dentons.com/en/privacy-policy. You confirm to us that, to the extent reasonable, you will communicate this Privacy Policy to any individuals whose personal data you provide to us. Any personal data supplied by us to you about our employees and/or any other individuals may only be used for the expressed purposes for which that information is provided to you.

**Financial Crime and Regulations**

20. Under the Corporate Transparency Act (and similar state laws), certain corporations, limited liability companies and other entities may be required to file reports with the government concerning their beneficial owners and other related information regarding the entity. While this reporting obligation may apply either to you (as an existing entity) or to an entity formed or qualified to do business in the United States in connection with our representation of you, you agree that we will have no obligation to prepare or file such reports on your behalf unless we specifically agree to do so in writing. In addition, we shall have no obligation to update any such reports, even if we agreed to file the initial report, unless we specifically agree to do so in writing. If we agree to update the required report, you will remain responsible for promptly informing us of any changes that require updated reporting. If we agree to file reports on your behalf, you represent that all information you provide to us for filing shall be accurate in all respects and you acknowledge that we will have no obligation to verify such information independently.

21. We do not tolerate bribery or corruption.  In some jurisdictions, the law may require reporting of knowledge or suspicion that certain criminal offenses have been committed, regardless of whether a client or third party committed the offence. In these circumstances, we may not be able to discuss these reports with you because of those restrictions and we may have to stop acting for you. You agree that Dentons is not responsible for any adverse impact you may suffer as a result of compliance with these laws and regulations.

22. Our anti-money laundering, anti-bribery, anti-terrorism and sanctions policies may require us to carry out due diligence on our clients and, where applicable, anyone who instructs us on the client's behalf, and review that due

diligence on an ongoing basis. These policies are in compliance with the various laws and rules applicable in the locations in which we operate and also based on our risk assessment. These policies may apply to you and any individuals who instruct us on your behalf and we may not be able to represent you (or continue to represent you) until we have all of the information we need for these purposes. We will process any such information in accordance with any applicable laws.

23. We follow all applicable governmental sanctions requirements. We may not be able to receive payments from certain countries or may be required to make report of such payments. You agree to inform us immediately if you or your directors, officers, shareholders or beneficial owners are, or become, subject to sanctions or are located or resident in a sanctioned location, and agree that in such a case we may terminate our representation of you without liability.

**Files and Documents**

24. We may maintain a client file relating to our representation of you. Absent legal requirements or written agreement with you to the contrary, we may dispose of the client file and other records relating to our representation of you seven years after we last performed work on the matter without further notice to you. Documents containing our work product, mental impressions, notes, drafts, and emails will not be considered part of the client file. Following written request and payment for involved costs, we may provide a copy of the client file to you.

25. If we use or prepare a translation, you should be aware that words and legal concepts used in one language may not have equivalents in another. You should not assume that any translation exactly replicates the original text.

**General**

26. While we will exercise reasonable care and skill in all matters undertaken by us, we do not guarantee any particular outcome. Our professional fees and your obligation to pay for them in full are not dependent or contingent upon the business or commercial outcome of your matter. We shall not be providing, obtaining or reviewing on your behalf any non-legal advice (such as business, commercial, financial, technical, insurance, accounting, broking, actuarial, environmental, or information technology) or technical matters (such as engineering specifications or financial calculations), except where we expressly agree to do so. Where documents that we draft, or on which we comment, include provisions covering such matters, you should review those provisions, or arrange for other qualified advisers to do so, to satisfy yourself that they meet your commercial objectives.

27. Any advice provided by us is our opinion only, based on the facts known to us and on our professional judgment, and is subject to any changes in the law after the date on which the advice is given. We are not liable for errors in, or omissions from, any information provided by third parties.

28. Our advice relates only to each particular matter on which you engage us. Once that matter has concluded, we will not owe you any duty or liability with respect to any related or other matters unless you specifically instruct us in those related or other matters.

29. If we act for more than one person or entity on your matters, you agree that we can accept instructions from any of you, unless otherwise agreed in writing. We may terminate the Engagement Agreement where, in our sole opinion, there is or may be a conflict of interest between any of you, or if we would otherwise be obliged to act in a manner contrary to the interests of one of you. By entering into the Engagement Agreement, you each agree to immediately notify us if there is any dispute or a conflict of interest which arises between you while we act for you. Your liability to us under our Engagement Agreement is joint and several. You may request us to apportion any bill between you, but this will not affect your joint and several liability to us.

30. We are often asked for information about our experience. You consent to our disclosure that you are a client, as well as a general description of our work for you.

31. You will not refer to our advice in connection with any financial statement or public document unless otherwise agreed in writing.

32. The Engagement Agreement cannot be modified by any policies, procedures, guidelines, correspondence, or other document from you unless otherwise agreed to in writing by a partner of this Dentons Legal Practice. If there is a conflict between these Terms and the Letter, the provisions of the Letter control. If any part of the Engagement Agreement is held to be illegal, invalid or unenforceable, it shall not form part of the agreement and the balance shall remain enforceable and shall not be affected.

33. We do not intend any of the Terms to be enforceable by any person who is not a party to the Engagement Agreement. We do not require consent from third parties to rescind, vary, waive, assign, novate or otherwise dispose of all or any of our respective rights or obligations under the Engagement Agreement.

**Conclusion of Representation**

34. You may terminate our representation of you at any time for any reason. We may terminate our representation of you at any time, consistent with our ethical obligations. We expressly reserve the right to stop acting for you, and you expressly consent to our right to terminate, if you fail to pay for amounts invoiced or requested on account for prospective fees and costs. You remain responsible for paying fees and costs related to work performed before the end of the representation, and we will not be liable for any resulting loss.

35. If not terminated otherwise, our representation of you will end when we have completed the services described in the Letter; send our final invoice; or, unless otherwise agreed in writing, after six months of furnishing no billable services to you, whichever occurs sooner without further written confirmation. Any new representation will require a new signed Engagement Letter, notwithstanding any communications or administrative actions after that period.