Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *PHV pending*
Robert E. Richards, *PHV pending*
Tirzah Roussell, *PHV pending*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 24-_____-NGH |
|---|---|
| MILLENKAMP CATTLE, INC. | Chapter 11 |
| Debtor. | |

**DECLARATION OF KRYSTAL R. MIKKILINENI IN SUPPORT OF**

**APPLICATION TO EMPLOY LEAD COUNSEL FOR DEBTORS IN POSSESSION**[1]

---

[1] The Debtors in the Chapter 11 Cases are: Millenkamp Cattle, Inc.; Idaho Jersey Girls LLC; East Valley Cattle, LLC; Millenkamp Properties, L.L.C.; Millenkamp Properties II LLC; Millenkamp Family LLC; Goose Ranch, LLC; Idaho Jersey Girls Jerome Dairy LLC; Black Pine Cattle LLC; and Millenkamp Enterprises LLC. This Declaration is in support of an Application that seeks employment to represent ALL of the Debtors in the respective bankruptcy cases, which are being sought to be jointly administered.

#3880305

STATE OF IOWA        )
                     ) ss:
COUNTY OF POLK       )

Krystal R. Mikkilineni, being first duly sworn upon oath, deposes, and says:

1. I am a practicing attorney and an attorney with the law firm of Dentons Davis Brown PC ("Dentons") with offices at 215 10th Street, Suite 1300, Des Moines IA 50309, (515) 246-7943. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates.

2. I have read the application of Millenkamp Cattle, Inc. and its affiliated debtors and debtors in possession, for authority to employ and retain Dentons.

3. My firm previously received a retainer from the Debtors of $200,000.00. Pre-filing fees and expenses drawn against the retainer total $124,236.04, leaving approximately $75,763.96 remaining in the retainer, which is currently being held in our firm's client trust account on behalf of Debtors.

4. I and the law firm of Dentons have no connection with the Debtors other than previous pre-petition representation related to these bankruptcy cases.

5. I and the law firm of Dentons have no connection with any personnel employed in the Office of the United States Trustee, the creditors or any party in interest, nor with their respective attorneys or accountants, other than normal professional relationships with attorneys and accountants except as follows:

   a. Dentons may represent certain creditors or investors in matters unrelated to the Debtors. Other than as described below, none of that representation involves the Debtors or any claims against the Debtors. If such a conflict arises, we will either

DECLARATION OF KRYSTAL MIKKILINENI – Page 2

seek an appropriate conflict waiver, or have the Debtors' representation handled by Johnson May, our co-counsel.

b. Dentons currently represents Metropolitan Life Insurance Company or certain related entities ("MetLife") in other proceedings unrelated to these Debtors. Such representation is not currently in conflict with the Debtors. However, should the Debtors become adverse to MetLife, those matters will be handled by Johnson May.

c. Dentons also currently represents Sandton Capital Partners ("Sandton") in other proceedings unrelated to these Debtors. Such representation is not currently in conflict with the Debtors. Should the Debtors become adverse to Sandton, those matters will also be handled by Johnson May.

6. I believe I and the Dentons law firm are disinterested persons as defined in Bankruptcy Code section 101(14) and represent no interest adverse to the debtors in possession or bankruptcy estates in matters upon which I am to be engaged, and believe that I and the law firm can undertake representation of the debtors in possession in these cases without any type of restriction.

7. The hourly rates to be charged by myself and other professionals at my firm are outlined in the engagement letter between my firm and Debtors, a copy of which is attached to the Application to Employ Counsel as Exhibit A.

8. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of April, 2024.

*/s/ Krystal Mikkilineni*
KRYSTAL R. MIKKILINENI

DECLARATION OF KRYSTAL MIKKILINENI – Page 3