5/06
Form: Pro Hac Vice

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In Re:

MILLENKAMP CATTLE, INC.

Debtors

Case No. _____
Chapter No. _____
APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of Idaho, Krystal R. Mikkilineni , hereby applies for admission pro hac vice to appear and participate in this case on behalf of Millenkamp Cattle, Inc. (and related entities) .

The applicant hereby attests under penalty of perjury, as follows:

1. Applicant resides in Des Moines, Iowa , and practices at the following address and phone number Dentons Davis Brown, 215 10th St. Ste. 1300, Des Moines, Iowa 50309 Phone: (515) 246-7943

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:
See attached Exhibit A

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other courts.

5. Matthew Christensen , a member in good standing of the bar of this court, of the firm of Johnson May , practices at the following office address and phone number: 199 N. Capital Blvd. Suite 200, Boise, ID, 83702 (208) 384-8588

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 2 day of April , 2024 .

_Krystal Mikkilineni_
Applicant

_M. Christensen_
Designee

Signed under penalty of perjury.

## Exhibit A:

| Court | Date |
|---|---|
| U.S. Bankruptcy Court, Central District of Illinois | March 5, 2019 |
| U.S. Bankruptcy Court, District of Nebraska | February 7, 2019 |
| US Bankruptcy Court for the Northern District of Iowa | August 11, 2014 |
| US Bankruptcy Court for the Southern District of Iowa | July 28, 2014 |
| US District Court for the District of Nebraska | February 7, 2019 |
| US District Court for the Northern District of Iowa | August 11, 2014 |
| US District Court for the Southern District of Iowa | July 28, 2014 |