5/06
Form: Pro Hac Vice

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

MILLENKAMP CATTLE, INC.

Debtors

Case No.
Chapter No.
APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of Idaho, Tirzah R. Roussell, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Millenkamp Cattle, Inc. (and related entities).

The applicant hereby attests under penalty of perjury, as follows:

1. Applicant resides in Des Moines, Iowa, and practices at the following address and phone number 215 10th Street, Suite 1300, Des Moines, Iowa 50309 Phone: (515) 246-7943

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:
See attached Exhibit A

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other courts.

5. Matthew Christensen, a member in good standing of the bar of this court, of the firm of Johnson May, practices at the following office address and phone number: 199 N. Capital Blvd. Suite 200, Boise, ID, 83702 (208) 384-8588

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 2 day of April, 2024.

Applicant

Designee

Signed under penalty of perjury.

**Exhibit A:**

| Court | Date |
|---|---|
| U.S. Bankruptcy Court for the Southern District of Iowa | September 22, 2021 |
| U.S. District Court for the Southern District of Iowa | September 22, 2021 |
| U.S. Bankruptcy Court for the Northern District of Iowa | September 23, 2021 |
| U.S. District Court for the Northern District of Iowa | March 11, 2024 |
| U.S. District Court for the District of Nebraska | January 31, 2024 |
| U.S. Bankruptcy Court for the District of Nebraska | February 5, 2024 |