Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
    jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV pending*
Robert E. Richards, *PHV pending*
Tirzah Roussell, *PHV pending*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
    Robert.richards@dentons.com
    Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 24-_____-NGH |
|---|---|
| MILLENKAMP CATTLE, INC. | Chapter 11 |
| Debtor. | |

**DECLARATION OF KEN NOFZIGER IN SUPPORT OF APPLICATION TO EMPLOY FINANCIAL ADVISOR FOR DEBTOR IN POSSESSION[1]**

---

[1] The Debtors in the Chapter 11 Cases are: Millenkamp Cattle, Inc.; Idaho Jersey Girls LLC; East Valley Cattle, LLC; Millenkamp Properties, L.L.C.; Millenkamp Properties II LLC; Millenkamp Family LLC; Goose Ranch, LLC; Idaho Jersey Girls Jerome Dairy LLC; Black Pine Cattle LLC; and Millenkamp Enterprises LLC.  This Declaration is in support of an Application that seeks employment to represent ALL of the Debtors in the respective bankruptcy cases, which are being sought to be jointly administered.

STATE OF ILLINOIS            )
                             ) ss:
COUNTY OF DUPAGE             )

Ken Nofziger, being first duly sworn upon oath, deposes, and says:

1. I am Managing Director of Kander LLC (the "Company") with offices at 2538 Carrolwood Road, Naperville, IL 60540, (217) 649-5849. The Company is a strategic and financial advisory firm dedicated to helping business owners, managers, investors and lenders create and maximize value.

2. I have read the application of Millenkamp Cattle, Inc., for authority to employ and retain the Company.

3. Prior to the commencement of Debtors' Chapter 11 case, the Company received an earned upon receipt base fee in the amount of $60,000 as an initial fee for services provided and an advance payment retainer from the Debtor in the amount of $100,000.00 for bankruptcy related services. On April 1, 2024, prior to filing, the Company applied $43,350.50 of the $100,000.00 retainer in payment of fees for bankruptcy related services. The retainer balance in the amount of $56,649.50 is being held in the Company's account and will not be applied to post-petition fees and costs until further order of the Court.

4. I and the Company have no connection with the Debtors other than previous pre-petition representation related to this bankruptcy case.

5. I and the Company have no connection with any personnel employed in the Office of the United States Trustee, the creditors or any party in interest, nor with their respective attorneys or accountants, other than normal professional relationships with attorneys and accountants except as follows:

  a. The Company frequently serves as financial advisor to companies, debtors, and lenders in the agribusiness industry both in and outside of bankruptcy. The Company has worked on projects in various capacities with lenders and potential lenders identified in this case.

6. I believe I and the Company are disinterested persons as defined in 11 U.S.C. § 101(14) and represent no interest adverse to the debtor in possession or bankruptcy estate in matters upon which I am to be engaged, and believe that I and the firm can undertake representation of the Debtor in Possession in this case without any type of restriction.

7. The hourly rates to be charged by myself and other professionals at the Company are outlined in the engagement letter between the Company and Debtors, a copy of which is attached to the Application to Employ Financial Advisor as Exhibit A.

8. I declare under penalty of perjury that the foregoing is true and correct.

 DATED this 2nd day of April, 2024.

_____
KEN NOFZIGER

DECLARATION OF KEN NOFZIGER – Page 3