Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV pending*
Robert E. Richards, *PHV pending*
Tirzah Roussell, *PHV pending*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      Robert.richards@dentons.com
      Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 24-_____-NGH |
|---|---|
| MILLENKAMP CATTLE, INC. | Chapter 11 |
| Debtor. | |

**MOTION FOR ORDER ESTABLISHING**
**INTERIM FEE AND EXPENSE REIMBURSEMENT PROCEDURES**

    Millenkamp Cattle, Inc., the Debtor in Possession in the above-captioned Chapter 11 case,

(the "Debtor")[1], by and through its counsel of record, JOHNSON MAY, moves the Court for an

---

[1] The Debtors in the Chapter 11 Cases are: Millenkamp Cattle, Inc.; Idaho Jersey Girls LLC; East Valley Cattle, LLC; Millenkamp Properties, L.L.C.; Millenkamp Properties II LLC; Millenkamp Family LLC;

MOTION FOR ORDER ESTABLISHING INTERIM FEE AND EXPENSE REIMBURSEMENT
PROCEDURES – Page 1

order authorizing procedures for Professionals (as defined herein) that are both currently employed and to be employed by order of the Court to (i) file and serve monthly notices in order to receive interim compensation and reimbursement of expenses and (ii) file and serve periodic applications for approval of interim compensation and reimbursement of expenses incurred pursuant to section 331 of Title 11 of the United States Code (the "Bankruptcy Code").

This Motion is based on the supporting Memorandum of Points and Authorities, the statements, arguments and representations of counsel who appear at the hearing on the Motion, sections 102, 105, 330 and 331 of the Bankruptcy Code, rules 2002, 2016 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and any other evidence properly before the Court prior to or at the hearing on the Motion.

In connection with the administration of the Debtor's Chapter 11 case and pursuant to orders entered or to be entered by this Court, the Debtor has employed and may continue to employ attorneys, accountants and other professionals that will be subject to the Bankruptcy Code's provisions relating to the employment and compensation of professionals (collectively, the "Debtor's Professionals"). In addition, the Official Committee of Unsecured Creditors (if constituted - the "Committee") may seek to employ additional counsel and financial advisors (collectively, the "Committee's Professionals"). In this Motion, the Debtor's Professionals and the Committee's Professionals shall be collectively referred to as the "Professionals." Section 331 of the Bankruptcy Code authorizes applications for interim compensation once every one-hundred twenty (120) days, unless the court orders otherwise.

---

Goose Ranch, LLC; Idaho Jersey Girls Jerome Dairy LLC; Black Pine Cattle LLC; and Millenkamp Enterprises LLC. This Motion seeks to establish interim fee procedures related to ALL of the Debtors in the respective bankruptcy cases, which are being sought to be jointly administered.

MOTION FOR ORDER ESTABLISHING INTERIM FEE AND EXPENSE REIMBURSEMENT PROCEDURES – Page 2

The Debtor believes that in a case of this scope, it is both necessary and appropriate to establish a procedure for paying and monitoring the interim compensation due from the estate on a monthly basis. By reviewing the amounts requested on a monthly basis, rather than every one-hundred twenty (120) days, the Debtor, the Committee, the U.S. Trustee and other parties in interest will be in a better position to monitor and control the costs and fees of these Professionals on a current and regular basis.

Additionally, the various Professionals have already devoted and will be required to devote substantial time, effort and expense to the Debtor's case. The absence of a procedure for awarding interim compensation on a current basis would cause undue financial burdens on the Professionals, and unfairly compel the retained Professionals to finance this chapter 11 case.

Therefore, the Debtor requests that the Court adopt the procedures for awarding interim compensation and reimbursement of expenses to all Professionals as set forth in the supporting Memorandum of Points and Authorities.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order establishing an interim fee notice and expense reimbursement procedure described in below, and granting such other and further relief as this Court deems just:

1. Commencing for the month ending April 30, 2024, and continuing each month thereafter, each Professional seeking the payment of interim compensation concerning the previous calendar month shall file with the Court and serve on the U.S. Trustee, the Debtor and any Committee (collectively, the "Notice Parties") an abbreviated notice of interim compensation and reimbursement of expenses (the "Cover Sheet Application"). The Cover Sheet Application shall be filed and served no later than thirty (30) days after the end of the month for which compensation is sought.

MOTION FOR ORDER ESTABLISHING INTERIM FEE AND EXPENSE REIMBURSEMENT
PROCEDURES – Page 3

2. The Cover Sheet Application shall (1) relate to services rendered and expenses incurred during the prior month; (2) seek payment of interim compensation in an amount equal to (or less than) seventy-five percent (75%) of the fees sought and one hundred percent (100%) of the expenses incurred during the prior month and (3) indicate the amount requested, the total time expended, the names of the Professionals who performed the services and the hourly billing rate for each timekeeper. The Cover Sheet Application shall be accompanied by a detailed listing of the time expended by each timekeeper that performed the services, and the costs incurred by category during the month for the period set forth on the Cover Sheet Application. The Cover Sheet Application shall also comply with the requirements of the Guidelines. A proposed form for the Cover Sheet Application is annexed hereto as **Exhibit A**.

3. Each Professional electing to file a Cover Sheet Application shall serve: (1) a copy of such Cover Sheet Application on the Notice Parties and (2) a notice of said Cover Sheet Application, substantially in the form of notice annexed hereto as **Exhibit B** (the "Notice") on the Notice Parties and any party who has requested special notice in the Debtor's Chapter 11 case.

4. Any objection to the payment of fees or reimbursement of expenses in a Cover Sheet Application must be filed with the Court and served on the Debtor, the Professional whose Cover Sheet Application is the subject of the objection, counsel for the Debtor and counsel for the Committee, within fourteen (14) calendar days of the date that the Notice was mailed. If no objection is timely filed and served, the Cover Sheet Application shall be deemed approved on an interim basis, and the Debtor shall be authorized and directed to make payment as requested therein within fourteen (14) calendar days following the expiration of the objection period without the Court holding a hearing or entering any further order thereon. If an objection is timely filed and served, then the Debtor shall be authorized to make payment only for those amounts that are not

in dispute within fourteen (14) calendar days following the expiration of the period in which to file objections. The disputed amounts in the Cover Sheet Application shall be heard and resolved by the Court at the next hearing to be held pursuant to the procedures set forth below, or at such other time as may be noticed by the affected Professional.

5.    Notwithstanding the monthly fee request and payment thereof pursuant to Cover Sheet Applications, within thirty (30) days after the end of each four-month period, commencing with the period that ends July 31, 2024, each Professional who has elected to file a Cover Sheet Application, or is otherwise seeking interim compensation, shall file with the Court and serve on the Notice Parties an interim fee application with a summary of the activities of the Professional (the "Interim Application"), in accordance with Bankruptcy Code section 331 and rules 2016 and 2002(a)(6) of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules"). The Interim Applications shall seek approval of one hundred percent (100%) (including the twenty-five percent (25%) held back from monthly payments) of the requested interim compensation (or less, as determined by the professional) and reimbursement of expenses, including any compensation and reimbursement made pursuant to Cover Sheet Applications, during the prior four-month period.

6.    Any Interim Application shall be accompanied by a notice of hearing on the Interim Application (or notice and opportunity for a hearing using applicable negative notice procedures), which shall be served on the Notice Parties and those parties who have requested special notice in the Debtor' case.  Any party in interest who has timely filed a written objection to a Professional's Interim Application or Cover Sheet Application shall be entitled to be heard upon such objection at the hearing to consider approval of the Interim Applications, as shall the Professional whose fees or expenses are the subject of any objection. If an objection is sustained, or the Court otherwise so orders, such Professional shall disgorge to the Debtor any payments it may have received for

MOTION FOR ORDER ESTABLISHING INTERIM FEE AND EXPENSE REIMBURSEMENT PROCEDURES – Page 5

fees or costs with respect to which such objection is sustained, pending final allowance at the conclusion of such Professional's final fee application. If an objection is not sustained and the fees or expenses approved, any unpaid amount shall be paid promptly by the Debtor to the Professional.

7. Nothing in this Motion shall relieve any Professional from the obligation to file a final application for allowance of Fees pursuant to section 330 of the Bankruptcy Code.

DATED this 2nd day of April, 2024.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for the Debtor

MOTION FOR ORDER ESTABLISHING INTERIM FEE AND EXPENSE REIMBURSEMENT
PROCEDURES – Page 6

# EXHIBIT A

# FORM OF COVER SHEET APPLICATION

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-_____-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | Chapter 11 |
| Debtor. | [No Hearing Required] |

### [NAME OF PROFESSIONAL]'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF _____

[Name of Professional] (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of _____ (the "Application Period") in accordance with the *Order Establishing Interim Fee Application And Expense Reimbursement Procedures* entered by the Court on _____, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A. The Firm is _____ to/for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.    The Firm billed a total of $_____ in fees and expenses during the Application Period. The total fees represent _____ hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
|  | $ | $ | $ |

C.    Accordingly, the Firm seeks allowance of interim compensation in the amount of $_____ at this time. This total is comprised as follows: $_____ (75% of the fees for services rendered) plus $_____ (100% of the expenses incurred).

D.    Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E.    Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: _____          _____
                              FIRM NAME
                              Individual

MOTION FOR ORDER ESTABLISHING INTERIM FEE AND EXPENSE REIMBURSEMENT PROCEDURES – Page 8

**EXHIBIT B**

**FORM OF NOTICE**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-_____-NGH |
| MILLENKAMP CATTLE, INC., | Chapter 11 |
| Debtor. | [No Hearing Required] |

**NOTICE OF [NAME OF PROFESSIONAL]'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD _____ - _____**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing _____ and ending _____ (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee Application And Expense Reimbursement Procedures* entered by the Court on _____, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written

MOTION FOR ORDER ESTABLISHING INTERIM FEE AND EXPENSE REIMBURSEMENT PROCEDURES – Page 9

objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtor, and any Official Committee of Unsecured Creditors appointed herein.

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: _____, 2024.


DATE: _____              _____
                                 FIRM NAME
                                 Individual