Sheila R. Schwager, ISB No. 5059
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com

Attorneys for Rabo AgriFinance LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that Sheila R. Schwager of Hawley Troxell Ennis &

Hawley LLP hereby enters her appearance on behalf of creditor Rabo AgriFinance, LLC, and

hereby requests that all notices given or required to be given in this case, and all papers served,

or required to be served, be given to and served upon:

> Sheila R. Schwager
> sschwager@hawleytroxell.com
> HAWLEY TROXELL ENNIS & HAWLEY LLP
> P.O. Box 1617
> Boise, Idaho 83701

The foregoing requests all notices, copies, and pleadings referred to in Bankruptcy Rule 2002,

including without limitation, notices of any orders, motions, demands, complaints, petitions,

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 1

pleadings, or requests, applications, and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

DATED THIS _April 2, 2024_

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
Sheila R. Schwager, ISB No. ISB No. 5059
Attorneys for Rabo AgriFinance LLC

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 2

59797.0002.17011597.2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 2nd day of April, 2024, I electronically filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

Matthew T. Christensen                 mtc@johnsonmaylaw.com

U.S. Trustee                           Ustp.region18.bs.ecf@usdoj.gov

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail** (list names and addresses):

**Millenkamp Cattle, Inc**
471 North 300 West
Jerome, ID 83338

Sheila R. Schwager

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 3

59797.0002.17011597.2