Supplement      Page 1 of 2



U.S. Department of Justice

Office of the United States Trustee

District of Idaho

550 W. Fort St. Suite 698          Voice  (208) 334-1300
Boise, ID  83724                       Fax     (208) 334-9756

April 2, 2024

Matthew T. Christensen
Johnson May
199 N. Capital Blvd, Ste 200
Boise, ID 83702
Via email only:  mtc@johnsonmaylaw.com

    Re:    MILLENKAMP CATTLE, INC
          Case No.: 24-40158-NGH

Dear Mr. Christensen:

Enclosed are the United States Trustee's Chapter 11 Guidelines and Reporting Requirements for Chapter 11 Debtors, and a Receipt and Certification Concerning Chapter 11 Guidelines and Reporting Requirements.  Please also provide a copy of this letter and its enclosures to your client.  The Chapter 11 Operating Report forms, along with instructions, can also be obtained at the following link: https://www.justice.gov/ust/chapter-11-operating-reports

    It is important that you emphasize the following to your client:

- The Initial Financial Report is due to this office 14 days after the petition date.

- Monthly Operating Reports are due by the 21st of the following month.  The reports are to be filed electronically with the Bankruptcy Court; a hard copy with an original signature is to be submitted to this office.  Failure to file the required reports on a timely basis will result in a motion by our office seeking to dismiss the case or convert it to Chapter 7.

- Prompt payment of Chapter 11 quarterly fees is imperative.  Pursuant to 28 U.S.C. § 1930(a)(6), quarterly fees are due and payable on the last day of the month following the calendar quarter for which the fee is owed.  Failure to pay quarterly fees when due will result in a motion by our office seeking to dismiss the case or convert it to Chapter 7.

- The debtor must provide proof of insurance as part of the Initial Financial Report.  The debtor is required to maintain adequate insurance to preserve the interests of its creditors by protecting estate assets.  Such insurance may include a combination of commercial, extended, liquor, automobile, or product liability; property insurance; worker's compensation; malpractice insurance; contractor or employee fidelity bonds; or other coverage customary in the debtor's business.  Failure to maintain adequate insurance coverage will result in a motion by our office

April 2, 2024
Matthew T. Christensen

seeking to dismiss the case or convert it to Chapter 7.

If this case involves a "small business debtor" as defined in 11 U.S.C. § 101(51D), please note that there are additional requirements. Among other things, the debtor must:

1) Attach to its petition its most recent Balance Sheet, Statement of Operations, Cash Flow Statement, and Federal Income Tax Return; or a statement under penalty of perjury that such documents do not exist.

2) Through its senior management personnel and counsel, attend all meetings scheduled by the court or the United States Trustee.

3) File on a timely basis all post-petition financial and other reports required by the Federal Rules of Bankruptcy Procedure or by local rules.

4) Allow the inspection by the United States Trustee, or its designated representative, of its business premises, and books and records at reasonable times, after prior written notice.

Finally, please note that all fee applications filed by the professionals employed in the case should comply with the United States Trustee's professional fee guidelines. See Appendix A to 28 C.F.R. Part 58, available at http://www.justice.gov/ust/eo/rules_regulations/guidelines/index.htm

Please return the signed Receipt and Certification Concerning Operating and Reporting Requirements as soon as possible. In the near future a Bankruptcy Analyst from this office will be calling to schedule an Initial Debtor Interview with you and the debtor to discuss the Chapter 11 Guidelines and Reporting Requirements, the specifics of this case, and the debtor's plans for reorganizing its business and financial affairs.

Yours truly,

GREGORY M. GARVIN
Acting United States Trustee for Region 18


/s/ Brett R. Cahoon
BRETT R. CAHOON
United States Trial Attorney

Enclosures (2)