Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV pending*
Robert E. Richards, *PHV pending*
Tirzah Roussell, *PHV pending*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      Robert.richards@dentons.com
      Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC. | Chapter 11 |
| Debtor. | |

**MOTION TO SHORTEN TIME FOR NOTICE OF INTERIM HEARING**[1]

---

[1] The Debtors in the Chapter 11 Cases are: Millenkamp Cattle, Inc.; Idaho Jersey Girls LLC; East Valley Cattle, LLC; Millenkamp Properties, L.L.C.; Millenkamp Properties II LLC; Millenkamp Family LLC; Goose Ranch, LLC; Idaho Jersey Girls Jerome Dairy LLC; Black Pine Cattle LLC; and Millenkamp Enterprises LLC. This Declaration is in support of an Application that seeks employment to represent ALL of the Debtors in the respective bankruptcy cases, which are being sought to be jointly administered.

Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), by and through its counsel of record, Johnson May, pursuant to Fed. R. Bankr. P. 4001(b)(2) and Local Rule ("LBR") 4001.1, hereby move the Court for an order shortening the required time for notice of the hearing on Debtor's following concurrently filed motions:

1. *Emergency and Continuing Motion for Authorization to Use Cash Collateral* (Docket No. 22 - the "Cash Collateral Motion");

2. *Emergency Motion for Entry of an Order Authorizing Debtors to Honor Prepetition Obligations to Critical Vendors* (Docket No. 23 - the "Critical Vendors Motion");

3. *Emergency Motion of Debtors for Interim and Final Orders (A) Authoring the Debtors to obtain Post-Petition Financing; (B) Granting adequate protection to pre-petition secured creditors; and (C) setting a final hearing* (Docket No. 24 - the "DIP Motion");

4. *Emergency Motion for Entry of an Order: (I) Authorizing the Debtors to (A) Pay pre-petition employee wages and salaries, and (B) Pay and honor employee benefits and other workforce obligations; and (II) Authorizing and Directing the applicable bank to pay all checks and electronic payment requests made by the Debtors relating to the foregoing* (Docket No. 25 - the "Payroll Motion", and together with the Cash Collateral Motion, Critical Vendors Motion, and DIP Motion, the "Motions").

The Debtors respectfully request that an emergency hearing be held on the Motions on **Thursday, April 4, 2024, at 1:30 p.m.** (MT). Notice of this hearing date would be shortened to two (2) days due to the emergent nature of the request. The requested emergency as set forth in the Motions will the allow the Debtors to continue operations pending a final hearing on the Motions, which will be set with the applicable assigned bankruptcy judge (and likely set at the time of the interim hearing).

MOTION TO SHORTEN TIME FOR NOTICE OF INTERIM HEARING – Page 2

Good cause exists for the Court to grant Debtors' request to shorten time to conduct an emergency hearing on the Debtors' Motions. The Debtors filed bankruptcy petitions on April 2, 2024. The Debtors operate calf ranch, dairy, farming and trucking facilities in Jerome, Twin Falls and Cassie counties, including caring for, raising and/or milking over 100,000 head of cattle. The Debtors' operations include transporting and feeding cattle at the sites (and transporting for others, in the case of custom calf raising), as well as the ongoing dairy operations. Debtors need to continue operations, including, but not limited to, covering payroll, feed and other vendor costs.

Without the Court's grant of the emergency relief requested in the Motions, the Debtors' operations will likely shutdown, which will result in immediate and irreparable harm to the estate (including the death of many of the Debtors' cattle). *See* LBR 4001.1(d)(2)(A). Bankruptcy Courts in this district have provided similar emergency relief in other cases. *See e.g.*, *In re Ryan Hinton Inc.*, Case No. 19-40481-JDP (Bankr. Idaho 2019) (entering orders approving payments on emergency and ongoing basis for trucking transportation and logistics company, Dkt. Nos. 37, 41, 60*); In re Safe Haven Health Care, Inc*., Case No. 18-01044-JDP (Bankr. Idaho 2018) (entering orders approving payments on emergency and ongoing basis for healthcare provider and assisted living facility, Dkt. Nos. 23, 39, 71, and 78).

The specific emergency relief sought by the Motions is set forth in the Motions and the proposed orders attached to each. *See* LBR 4001.1(d)(2)(B). Moreover, Debtors' counsel has been in close contact with the bankruptcy court's scheduling clerk about available emergency hearing dates. April 4, 2024, was best date available for a hearing that could be held in a reasonable time to avoid a shutdown of the Debtors' operations.

Consistent with LBR 4001.1(d)(1), the Motions and a notice of the requested emergency hearing (Docket No. 27 - "Emergency Hearing Notice") is being mailed to all unsecured creditors

and affected secured creditors on April 2, 2024.  The Debtors further delivered by email, copies of the Motions and Notice of Emergency Hearing on United States Trustee, and the creditors with known email addresses (via their attorneys) whose rights the Debtors believe may be directly affected in the requested relief, including the following:

>  MetLife
>  Rabo Agrifinance
>  Conterra Agricultural Capital
>  Farm Silage farmers
>  Western States Caterpillar
>  H&M Custom
>  Viterra Grain USA
>  Land View, Inc.
>  Viserion Grain

For these reasons, the Debtor requests the Court allow shortened time for the notice of the emergency hearing on the Motions.

DATED this 2nd day of April, 2024.

> */s/ Matt Christensen*
> MATTHEW T. CHRISTENSEN
> Attorney for the Debtors