5/06
Form: Pro Hac Vice

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

Millenkamp Cattle, Inc.

Debtor

Case No.  24-40158-NGH
Chapter No. 11
APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Bankruptcy Rule 9010.1 of the United States Bankruptcy Court for the District of Idaho, Andrew Schoulder, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Rabo AgriFinance LLC.

The applicant hereby attests under penalty of perjury, as follows:

1. Applicant resides in New York, and practices at the following address and phone number 1301 Avenue of the Americas, New York, NY 10019-6022; (212) 318-3030.

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:
United States District Court, Eastern District of New York
United States District Court, Southern District of New York

Dates:
November 4, 2003
November 4, 2003

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other courts.

5. Sheila R. Schwager, a member in good standing of the bar of this court, of the firm of Hawley Troxell Ennis & Hawley LLP, practices at the following office address and phone number: P.O. Box 1617, Boise, Idaho 83701-1617; (208) 344-6000.

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 2nd day of April, 2024.

/s/ Andrew Schoulder
Applicant

/s/ Sheila R. Schwager
Designee

Signed under penalty of perjury.