UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | ) CASE NO. 24-40158-NGH |
| | ) CHAPTER 11 |
| MILLENKAMP CATTLE, INC. | ) |
| | ) Joint Administration Requested |
| Debtor. | ) **APPLICATION FOR ADMISSION** |
| | ) **PRO HAC VICE** |
| | ) |
| | ) FEE: $250.00 |

Pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of Idaho, James J. Niemeier, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Viterra USA Grain, LLC and affiliates.

The applicant hereby attests under penalty of perjury as follows:

1. Applicant resides in Omaha, Douglas County, Nebraska, and practices at the following address and phone number: 1601 Dodge Street, Ste. 3700, Omaha, NE 68102, (402) 341-3070.

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Nebraska | 1988 |
| U.S. Court of Appeals, Eight Circuit | 1999 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other court.

5. James J. Niemeier, a member in good standing of the bar of this court, of the firm of McGrath North Mullin & Kratz, PC LLO, practices at the following office address and phone number: 1601 Dodge Street, Ste. 3700, Omaha, NE 68102, (402) 341-3070, email: jniemeier@mcgrathnorth.com and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 3rd day of April 2024.

Applicant                                                                 Designee

Signed under penalty of perjury.