Kimbell D. Gourley, ISB No. 3578
JONES, WILLIAMS, FUHRMAN & GOURLEY, P.A.
225 N. 9th Street, Suite 820
Boise, ID  83701
Telephone (208)331-1170
kgourley@idalaw.com

Attorneys for Metropolitan Life Insurance Company
and MetLife Real Estate Lending LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No.: 24-40158-NGH |
|---|---|
| MILLENKAMP CALTTLE INC. | **Chapter 11** |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

NOTICE IF HEREBY GIVEN that Kimbell D. Gourley of JONES WILLIAMS FUHRMAN GOURLEY P.A. hereby enters an appearance on behalf of creditors, Metropolitan Life Insurance Company and MetLife Real Estate Lending LLC, and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to, and served upon:

    Kimbell D. Gourley
    JONES, WILLIAMS, FUHRMAN & GOURLEY, P.A.
    225 N. 9th Street, Suite 820
    Boise, ID  83701
    kgourley@idalaw.com

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 1

The forgoing requests all notices, copies, and pleadings referred to in Federal Rule of Bankruptcy Procedure 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

Dated this 3rd day of April, 2024.

JONES ♦ WILLIAMS ♦ FUHRMAN ♦ GOURLEY, P.A.

  /s/ Kimbell D. Gourley
Kimbell D. Gourley
Attorneys for Metropolitan Life Insurance Company
and MetLife Real Estate Lending LLC

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of April, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System which sent a Notice of Electronic Filing to the following persons:

- **Matthew T. Christensen**     mtc@johnsonmaylaw.com
- **US Trustee/Brett R. Cahoon**     ustp.region18.bs.ecf@usdoj.gov
- **Sheila Rae Schwager**     sschwager@hawleytroxell.com
- **Brent Russel Wilson**     bwilson@hawleytroxell.com
- **Heidi Buck Morrison**     heidi@racineolson.com
- **Daniel C. Green**     dan@racineolson.com

           */s/ Kimbell D. Gourley*
           Kimbell D. Gourley

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 3