5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

In Re:

MILLENKAMP CATTLE INC.

Debtor.

Case No. 24-40158-NGH

APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Nikolaus F. Schandlbauer, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Metropolitan Life Insurance Company and MetLife Real Estate Lending LLC.

The applicant hereby attests as follows:

1. Applicant resides in Washington, DC, and practices at the following address and phone number 20 F Street NW, Suite 500, Washington, DC 20001; (202) 478-1221

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| See Exhibit "A" attached hereto. | |
| Idaho District Court (pro hac vice) | 2/28/2024 - Current |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Kimbell D. Gourley, a member in good standing of the bar of this court, of the firm of Jones Williams Fuhrman Gourley, P.A., practices at the following office address and phone number: 225 N. 9th Street, Suite 820, Boise, Idaho 83702; (208) 331-1170

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 2nd day of April, 2024.

_____
Applicant

_____
Designee

Signed under penalty of perjury.

Exhibit "A"

| Courts to which Admitted | Location | Date Admitted | Bar ID Number |
|---|---|---|---|
| United States District Court for the District of Columbia | Washington, DC | August 2, 1993 | 434314 |
| Court of Appeals of Maryland | Maryland | December 19, 1990 | 9012190249 |
| United States Supreme Court | Washington, DC | May 14, 2001 | n/a |
| Court of Appeals of Washington DC | Washington, DC | September 11, 1992 | n/a |
| United States District Court for the District of Maryland | Maryland | February 1, 1991 | 08304 |
| Superior Court for the District of Columbia | Washington, DC | September 11, 1992 | 434314 |
| | | | |