5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

In Re: )
) Case No. 24-40158-NGH
)
v. MILLENKAMP CATTLE INC. )
) APPLICATION FOR ADMISSION
) PRO HAC VICE
Debtor. )
)
) Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Ron C. Bingham, II, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Metropolitan Life Insurance Company and MetLife Real Estate Lending LLC.

The applicant hereby attests as follows:

1. Applicant resides in Atlanta, GA, and practices at the following address and phone number 3424 Peachtree Road NE, Suite 1600, Atlanta, GA 30326; (470) 427-3701

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| See Exhibit "A" attached hereto. | |
| Idaho District Court (pro hac vice) | 2/28/2024 - Current |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Kimbell D. Gourley, a member in good standing of the bar of this court, of the firm of Jones Williams Fuhrman Gourley, P.A., practices at the following office address and phone number: 225 N. 9th Street, Suite 820, Boise, Idaho 83702; (208) 331-1170

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 2nd day of April, 2024.

_____    _____
Applicant                                  Designee

Signed under penalty of perjury.

Exhibit "A"

| Name of State or Federal Bar or Court | Bar Number | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| Supreme Court of Georgia | 057240 | 6/1996 | Active |
| Georgia Court of Appeals | 057240 | 6/1996 | Active |
| U.S. District/Bankruptcy Courts for the Northern District of Georgia | 057240 | 6/1996 | Active |
| U.S. District/Bankruptcy Courts for the Middle District of Georgia | 057240 | 6/1996 | Active |
| U.S. District/Bankruptcy Courts for the Southern District of Georgia | 057240 | 8/2008 | Active |