UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Millenkamp Cattle, Inc. ) | Case No. 24-40158 |
| ) | |
| Debtors. ) | Chapter 11 |
| ) | |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Scott C. Powers of Spencer Fane LLP, pursuant to Bankruptcy Rules 9010(b) and 2002(g)(i), hereby enters his appearance in this action on behalf of Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC ("Conterra"), creditor and party in interest herein, and requests that all notices, pleadings and other documents filed or served in this case, including all notices described in Bankruptcy Rule 2002, be sent to him at the address below.

Neither this Entry of Appearance nor any subsequent appearance, pleading, claims, or suit is intended to waive: (i) Conterra's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) Conterra's right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related thereto, (iii) Conterra's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Conterra is or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Bank expressly reserves.

DATED April 3, 2024.

Respectfully submitted,

SPENCER FANE LLP

*/s/Scott C. Powers*

Scott C. Powers  #9958
Spencer Fane LLP
10 Exchange Place, 11th Floor
Salt Lake City, UT 84111
Telephone: 801-322-9164
Email: spowers@spencerfane.com
Attorney for Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 3, 2024 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| U.S. Trustee | Ustp.region18.bs.ecf@usdoj.gov |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Daniel C. Green | dan@racineolson.com |
| Heidi Buck Morrison | heidi@racineolson.com |

The undersigned further certifies that on April 3, 2024 a true and correct copy of the foregoing was served to the following by first class, postage prepaid U.S. Mail:

Millenkamp Cattle, Inc.  
471 N 300 Rd W  
Jerome, ID  83338

Matthew T. Christensen  
Johnson May  
199 N. Capitol Blvd Ste 200  
Boise, ID  83702

/s/Scott C. Powers  
Scott C. Powers

DE 8641950.1