UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Millenkamp Cattle, Inc. | ) | Case No. 24-40158 |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

**APPLICATION FOR ADMISSION PRO HAC VICE**

Pursuant to Local rule 83.4(e) of the United States District Court for the District of Idaho, John O'Brien, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC.

The applicate hereby attests as follows:

1. Applicant resides in Colorado, and practices at the following address and phone number: Spencer Fane LLP, 1700 Lincoln Street, Suite 2000, Denver, CO 80203, 303-839-3800.

2. Applicant has been admitted to practice before the following courts on the following dates:

| Court | Admission Date |
|---|---|
| United States Supreme Court | June 28, 2004 |
| United States Court of Appeals for the Tenth Circuit | November 1985 |
| United States Court of Appeals for the Fifth Circuit | February 24, 2017 |
| United States Court of Appeals for the Ninth Circuit | March 2005 |
| United States Court of Appeals for the Eighth Circuit | May 31, 2000 |
| United States Court of Appeals for the Eleventh Circuit | November 15, 2016 |

| | |
|---|---|
| United States District Court for the District of Colorado | November 1985 |
| United States District Court for the District of Nebraska | June 2002 |
| State of Colorado | November 1985 |
| United States District Court for the Northern District of Ohio | January 27, 2010 |
| United States District Court for the Northern District of Indiana | April 20, 2011 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Scott C. Powers, a member in good standing of the bar of this court, of the firm of Spencer Fane LLP, practices at the following office address and phone number: 10 Exchange Place, 11th Floor, Salt Lake City, Utah 84111, 801-322-9164 and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 3rd day of April, 2024

/s/John O'Brien  
John O'Brien  
Applicant

/s/Scott C. Powers  
Scott C. Powers  
Designee

Signed under penalty of perjury.

DE 8625583.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 3, 2024 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| U.S. Trustee | Ustp.region18.bs.ecf@usdoj.gov |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Daniel C. Green | dan@racineolson.com |
| Heidi Buck Morrison | heidi@racineolson.com |

The undersigned further certifies that on April 3, 2024 a true and correct copy of the foregoing was served to the following by first class, postage prepaid U.S. Mail:

| | |
|---|---|
| Millenkamp Cattle, Inc.<br>471 N 300 Rd W<br>Jerome, ID  83338 | Matthew T. Christensen<br>Johnson May<br>199 N. Capitol Blvd Ste 200<br>Boise, ID  83702 |

/s/Scott C. Powers
Scott C. Powers