J.B. Evans (SBN 10537)
evans.jb@dorsey.com
DORSEY & WHITNEY LLP
101 South Capitol Boulevard Suite 1701
Boise, ID 83702
Telephone: (208) 617-2550
Facsimile: (208) 545-5343

*Attorneys for Creditor Western States Equipment Company*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | Chapter 11 |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW Jon Brian (J.B.) Evans and hereby gives notice of the entry of his appearance as attorney of record for and on behalf of Western States Equipment Company, Creditor in the above-entitled proceeding, and hereby requests that copies of any and all further pleadings, orders, documents, hearings and notices, as such may arise or affect said proceedings, be served upon said attorney.

DATED this 3rd day of April, 2024.

DORSEY & WHITNEY LLP

/s/ J.B. Evans
J.B. EVANS
Attorneys for Creditor
Western States Equipment Company

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April, 2024, I filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

| | |
|---|---|
| U.S. Trustee, Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Scott C. Powers | spowers@spencerfane.com |
| Sheila Rae Schwager<br>Brent R. Wilson | sschwager@hawleytroxell.com<br>bwilson@hawleytroxell.com |
| Daniel C. Green<br>Heidi Buck Morrison | dan@racineolson.com<br>heidi@racineolson.com |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participant(s) in the manner indicated:

Via First Class Mail, postage prepaid addressed as follows:

| | | |
|---|---|---|
| US Trustee<br>550 West Fort St Ste 698<br>Boise, ID  83724-0101 | Matthew T. Christensen<br>Johnson May, PLLC<br>199 N Capitol Blvd Ste 200<br>Boise ID  83702-6197 | Twin Falls<br>U.S. Bankruptcy Court<br>801 East Sherman<br>Pocatello, ID  83201-5730 |
| MetLife Real Estate Lending LLC<br>c/o Kimbell D. Gourley<br>POB 1097<br>Boise, ID  83701-1097 | Rabo AgriFinance LLC<br>c/o Sheila R. Schwager<br>P.O. Box 1617<br>Boise, ID  83701-1617 | Viterra USA Grain, LLC<br>Viterra USA Ingre<br>c/o Racine Olson, PLLP<br>P.O. Box 1391<br>Pocatello, ID  83204-1391 |
| Metropolitan Life Insurance Company<br>c/o Kimbell D. Gourley<br>POB 1097<br>Boise, ID  83701-1097 | | |

*/s/ J.B. Evans*
J.B. Evans

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 2