J.B. Evans (SBN 10537)
evans.jb@dorsey.com
DORSEY & WHITNEY LLP
101 South Capitol Boulevard Suite 1701
Boise, ID 83702
Telephone: (208) 617-2550
Facsimile: (208) 545-5343

*Attorneys for Creditor Western States Equipment Company*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | Chapter 11 |
| Debtor. | |

**DECLARATION OF ALEX FRETER**

**IN SUPPORT OF MOTION FOR ADEQUATE PROTECTION**

I, Alex J. Freter, hereby state and declare as follows:

1. I am the Vice-President of Sales at Western States Equipment Company ("**WSECO**"). This Declaration is based upon my personal knowledge of the matters set forth herein, my review of relevant documents, or my opinion based on my experience, knowledge, and information concerning WSECO's historical contractual relationships with Millenkamp Cattle, Inc. ("**MK Cattle**").

2.  On or about July 1, 2022, WSECO and MK Cattle entered into a Rental Agreement (together with the terms and conditions applicable thereto, the "***Previous Rental Agreement***") pursuant to which WSECO provided equipment to MK Cattle on the terms and conditions set forth therein.

3.  The equipment that WSECO provided and continues to provide to MK Cattle consists of Caterpillar loaders worth millions of dollars that are absolutely essential to the survival of the Debtors' livestock. Without the loaders or like replacements, the Debtors' livestock will surely die.

4.  On March 8, 2024, WSECO provided MK Cattle with notice of the occurrence of an Event of Default under the Previous Rental Agreement (the "***Event of Default***"). MK Cattle did not dispute the occurrence of the Event of Default and began negotiating with WSECO and Ampleo, a court-appointed Receiver (the "***Receiver***") to ensure a path to the continued use of WSECO's equipment.

5.  WSECO, MK Cattle, and the Receiver entered into an Amended and Restated Rental Agreement, dated as of March 25, 2024 (the "***Rental Agreement***"), a redacted version of which is appended hereto as **Exhibit A**.

6.  Pursuant to the terms of the Rental Agreement, WSECO agreed to rent forty-one units of Caterpillar equipment to MK Cattle ("***WSECO's Equipment***") through June 30, 2024, in exchange for, among other things, (1) rent and expense payments for April 2024 ($171,097.42), May 2024 ($173,268.74), and June 2024 ($175,440.05) and (2) Back Rent payments (as defined in the Rental Agreement) totaling $596,071.03. The parties agreed that the Back Rent payments would be paid in three equal installments of $198,690.34 on April 15, May 15, and June 15, 2024.

DECLARATION OF ALEX FRETER IN SUPPORT OF MOTION FOR ADEQUATE PROTECTION - 2

7. WSECO's Equipment is at risk during the early stages of the Bankruptcy Case due to the continuing, near-nonstop use of the Equipment to sustain MK Cattle and Debtors' operations. Although insurance and other provisions of the agreement are important to adequately protect WSECO, each hour of use of the WSECO's Equipment causes it to depreciate to WSECO's detriment, such that if WSECO does not receive timely payments for the WSECO Equipment or, alternatively, immediate possession of the WSECO Equipment, then it is not adequately protected in the Bankruptcy Case.

I declare under penalty of perjury, under the laws of the State of Idaho and the laws of the United States, that the foregoing is true and correct and is executed this 3rd day of April, 2024.

_____
Alex Freter

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April 2024, I filed the foregoing **DECLARATION OF ALEX FRETER IN SUPPORT OF MOTION FOR ADEQUATE PROTECTION** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

| | |
|---|---|
| U.S. Trustee, Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Scott C. Powers | spowers@spencerfane.com |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Daniel C. Green | dan@racineolson.com |
| Heidi Buck Morrison | heidi@racineolson.com |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participant(s) in the manner indicated:

Via First Class Mail, postage prepaid addressed as follows:

US Trustee
550 West Fort St Ste 698
Boise, ID  83724-0101

Matthew T. Christensen
Johnson May, PLLC
199 N Capitol Blvd Ste 200
Boise ID  83702-6197

Twin Falls
U.S. Bankruptcy Court
801 East Sherman
Pocatello, ID  83201-5730

MetLife Real Estate Lending LLC
c/o Kimbell D. Gourley
POB 1097
Boise, ID  83701-1097

Rabo AgriFinance LLC
c/o Sheila R. Schwager
P.O. Box 1617
Boise, ID  83701-1617

Viterra USA Grain, LLC
Viterra USA Ingre
c/o Racine Olson, PLLP
P.O. Box 1391
Pocatello, ID  83204-1391

Metropolitan Life Insurance Company
c/o Kimbell D. Gourley
POB 1097
Boise, ID  83701-1097

/s/ J.B. Evans
J.B. Evans

DECLARATION OF ALEX FRETER IN SUPPORT OF MOTION FOR ADEQUATE PROTECTION - 4