J.B. Evans (SBN 10537)
evans.jb@dorsey.com
DORSEY & WHITNEY LLP
101 South Capitol Boulevard Suite 1701
Boise, ID 83702
Telephone:  (208) 617-2550
Facsimile:  (208) 545-5343

*Attorneys for Creditor Western States Equipment Company*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No.  24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | Chapter 11 |
| Debtor. | |

**MOTION TO SHORTEN TIME FOR NOTICE OF HEARING**

Western States Equipment Company ("***WSECO***"), by and through its counsel of record, Dorsey & Whitney LLP, pursuant to Federal Rule of Bankruptcy Procedure 9006(c), hereby moves the Court for an order shortening the required time for notice of the hearing (the "***Motion***") on WSECO's concurrently filed *Motion to Condition Use of WSECO's Equipment on Receipt of Adequate Protection* (the "***Adequate Protection Motion***"). Alternatively, to the extent the Court believes it is an appropriate exercise of its discretion, WSECO requests that the Court enter an Order on the Adequate Protection Motion on an *ex parte* basis. The Motion is supported by the

MOTION TO SHORTEN TIME FOR NOTICE OF HEARING - 1

Declaration of Alex J. Freter, filed contemporaneously herewith, which is incorporated by reference herein in full.

In the event the Court is not inclined to enter an *ex parte* order, WSECO respectfully requests that an expedited hearing be held on the Adequate Protection Motion on **Thursday, April 4, 2024 at 1:30 p.m. (MT)**, at the same time as the emergency hearing scheduled in connection with Debtors' first-day motions. Notice of this hearing date would be shortened to one day based on the urgent nature of WSECO's request for relief sought in the Adequate Protection Motion.

Federal Rule of Bankruptcy Procedure 9006(c) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced." Fed. R. Bankr. P. 9006(c).

Here, good cause exists to grant the Motion because WSECO's interests are in imminent jeopardy. WSECO has forty-one Caterpillar loaders (the "***Equipment***") worth millions of dollars onsite with Millenkamp Cattle, Inc. The Equipment is being used around the clock to sustain Debtors' operations despite without compensation to WSECO, causing the Equipment to depreciate by the hour. To the extent Millenkamp Cattle continues to operate as the debtor-in-possession in the early days of the bankruptcy as it seeks to reorganize, it will inevitably do so using WSECO's Equipment. WSECO thus urgently needs an order providing for adequate protection in the form of cash payments, confirmation that insurance is in place, and other protections as set forth in the Adequate Protection Motion.

Counsel for WSECO has conferred with the Court's scheduling clerk to determine the date requested herein based on the Court's availability. WSECO has provided adequate notice of the

Motion to all parties-in-interest as required by the Federal and Local Rules of Bankruptcy Procedure.

For these reasons, WSECO respectfully requests that the Court enter an order allowing for shortened time of the expedited hearing on the Motion.

DATED this 3rd day of April, 2024.

> DORSEY & WHITNEY LLP
>
> */s/ J.B. Evans*
> J.B. Evans
> Attorneys for Creditor
> Western States Equipment Company

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April 2024, I filed the foregoing **MOTION TO SHORTEN TIME FOR NOTICE OF HEARING** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

| | |
|---|---|
| U.S. Trustee, Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Scott C. Powers | spowers@spencerfane.com |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Daniel C. Green | dan@racineolson.com |
| Heidi Buck Morrison | heidi@racineolson.com |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participant(s) in the manner indicated:

Via First Class Mail, postage prepaid addressed as follows:

| | | |
|---|---|---|
| US Trustee<br>550 West Fort St Ste 698<br>Boise, ID  83724-0101 | Matthew T. Christensen<br>Johnson May, PLLC<br>199 N Capitol Blvd Ste 200<br>Boise ID  83702-6197 | Twin Falls<br>U.S. Bankruptcy Court<br>801 East Sherman<br>Pocatello, ID  83201-5730 |
| MetLife Real Estate Lending LLC<br>c/o Kimbell D. Gourley<br>POB 1097<br>Boise, ID  83701-1097 | Rabo AgriFinance LLC<br>c/o Sheila R. Schwager<br>P.O. Box 1617<br>Boise, ID  83701-1617 | Viterra USA Grain, LLC<br>Viterra USA Ingre<br>c/o Racine Olson, PLLP<br>P.O. Box 1391<br>Pocatello, ID  83204-1391 |
| Metropolitan Life Insurance Company<br>c/o Kimbell D. Gourley<br>POB 1097<br>Boise, ID  83701-1097 | | |

                                              */s/ J.B. Evans*
                                              J.B. Evans