**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Millenkamp Cattle, Inc ) | Case Number:   24–40158–NGH |
| 471 North 300 West ) | |
| Jerome, ID 83338 ) | Chapter Number: 11 |
| ) | |
| Social Security No.: ) | |
| Employer's Tax I.D. No.: 26–0603892 ) | |
| ) | |
| Debtor ) | |
| ) | |

_____

**DEFICIENCY NOTICE**

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately or the case may be DISMISSED after the due dates listed below.

Income and Expense Statement due 4/16/2024. Corporate Ownership Statement due 4/16/2024. Corporate Resolution Statement due 4/16/2024.

Dated: 4/3/24

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court