# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 4/3/2024 |
| Case: 24–40158–NGH | Form ID: defntc2 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    Matthew T. Christensen    mtc@johnsonmaylaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Millenkamp Cattle, Inc    471 North 300 West    Jerome, ID 83338

TOTAL: 1