STATE OF KANSAS            )
                           )ss.
COUNTY OF JOHNSON          )

      Before me, the undersigned Notary Public in and for the State and County aforesaid, personally appeared _____, with whom I am personally acquainted, and who, acknowledged himself/herself to be a _____ of MetLife Investment Advisors, LLC, a Delaware limited liability company, the investment manager of MetLife Real Estate Lending LLC, a Delaware limited liability company, and that (s)he, on behalf of such limited liability company as investment manager of such company, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing the name of MetLife Investment Advisors, LLC, the investment manager of MetLife Real Estate Lending LLC by himself/herself as _____ of such limited liability company as his/her free act and deed and the free act and deed of said limited liability company as investment manager of such company.

WITNESS my hand and official seal this _____ day of September, 2018.

[SEAL]

                                             Signature: _____
                                                        Notary Public in and for said
                                                        County and State

                                           My Commission Expires:_____

ACKNOWLEDGMENT BY THE BORROWER

WILLIAM JOHN MILLENKAMP a/k/a Bill Millenkamp, SUSAN JO MILLENKAMP a/k/a Susie Millenkamp, EAST VALLEY CATTLE, LLC, an Idaho limited liability company, MILLENKAMP CATTLE, INC., an Idaho corporation doing business as BLACK PINE CATTLE, MILLENKAMP FAMILY LLC, an Idaho limited liability company, IDAHO JERSEY GIRLS LLC, an Idaho limited liability company, IDAHO JERSEY GIRLS JEROME DAIRY LLC, an Idaho limited liability company, GOOSE RANCH LLC, an Idaho limited liability company, and MILLENKAMP PROPERTIES, L.L.C., an Idaho limited liability company, SUSAN MILLENKAMP AS TRUSTEE OF THE WJM 2012 TRUST, and WILLIAM MILLENKAMP AS TRUSTEE OF THE SJM 2012 TRUST (collectively, the "**Borrower**" in the foregoing Intercreditor Agreement (the "**Agreement**"), hereby acknowledges and agrees as follows: (a) that it has received a copy of the Agreement, consents thereto, and agrees to recognize all priorities and other rights granted thereby to the parties thereto (including without limitation the additional secured advances described in Section 6(h)), and will do no act or perform any obligation that is not in accordance with the priorities and agreements set forth in the Agreement; (b) that RAF and MetLife may exchange information regarding the undersigned and may advise each other of any breaches or defaults by the undersigned or terminations by RAF, including, without limitation, as provided in Paragraphs 7, 10, 25 and 26 of the Agreement; (c) to the indemnity set forth in Paragraph 20 of the Agreement; (d) to execute and deliver to RAF and/or MetLife such additional documents and authorizations as either RAF or MetLife may require to carry out the intent and purposes of the Agreement; and (e) without limiting any provision hereof or of any other document, that the terms of the Intercreditor Agreement does not give it any substantive rights against RAF or MetLife, and the undersigned shall not use the violation of this Intercreditor Agreement by any party as a defense to the enforcement by RAF or MetLife of any of its respective rights or remedies.

[*Remainder of this page intentionally left blank.*]

IN WITNESS WHEREOF, the parties hereto have entered into this Agreement as of the date first above written.

**BORROWER:**

Address for notices:
471 North 300 West
Jerome, Idaho 83338

*/s/ William John Millenkamp*
WILLIAM JOHN MILLENKAMP

Address for notices:
471 North 300 West
Jerome, Idaho 83338

*/s/ Susan Jo Millenkamp*
SUSAN JO MILLENKAMP

Address for notices:
471 North 300 West
Jerome, Idaho 83338

**EAST VALLEY CATTLE, LLC,**
an Idaho limited liability company

By: */s/ William J. Millenkamp*
WILLIAM J. MILLENKAMP
Manager

Address for notices:
471 North 300 West
Jerome, Idaho 83338

**IDAHO JERSEY GIRLS JEROME DAIRY LLC,**
an Idaho limited liability company

By: */s/ William J. Millenkamp*
WILLIAM J. MILLENKAMP
Manager

Address for notices:
471 North 300 West
Jerome, Idaho 83338

**GOOSE RANCH LLC,**
an Idaho limited liability company

By: Millenkamp Family LLC,
an Idaho limited liability company
its sole member

By: */s/ William J. Millenkamp*
WILLIAM J. MILLENKAMP
Manager

Address for notices:
471 North 300 West
Jerome, Idaho 83338

**MILLENKAMP PROPERTIES, L.L.C.,**
an Idaho limited liability company

By: Millenkamp Family LLC,
an Idaho limited liability company
its sole member

By: _____
WILLIAM J. MILLENKAMP
Manager

Address for notices:
471 North 300 West
Jerome, Idaho 83338

**MILLENKAMP CATTLE, INC.,**
an Idaho corporation

By: _____
WILLIAM J. MILLENKAMP
President

By: _____
SUSAN J. MILLENKAMP
Secretary

Address for notices:
471 North 300 West
Jerome, Idaho 83338

**MILLENKAMP FAMILY, L.L.C.,**
an Idaho limited liability company

By: _____
WILLIAM J. MILLENKAMP
Manager

97966865.2 0053564-00330

Address for notices:
471 North 300 West
Jerome, Idaho  83338

**IDAHO JERSEY GIRLS LLC,**
an Idaho limited liability company

By: _____
WILLIAM J. MILLENKAMP
As President of Millenkamp Cattle, Inc.
its sole member

WJM 2012 TRUST

_____
By Susan Millenkamp as Trustee of the WJM 2012 TRUST

SJM 2012 TRUST

_____
By William Millenkamp as Trustee of the SJM 2012 TRUST

97966865.2 0053564-00330

ACKNOWLEDGMENTS

STATE OF IDAHO           )
                         )ss.
COUNTY OF Jerome         )

On September 26, 2018, before me, the undersigned, a Notary Public, personally appeared WILLIAM JOHN MILLENKAMP, known or identified to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

[SEAL: LAURY LAMB NOTARY PUBLIC STATE OF IDAHO]

_____
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

STATE OF IDAHO           )
                         )ss.
COUNTY OF Jerome         )

On September 26, 2018, before me, the undersigned, a Notary Public, personally appeared SUSAN JO MILLENKAMP, known or identified to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that she executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

[SEAL: LAURY LAMB NOTARY PUBLIC STATE OF IDAHO]

_____
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

STATE OF IDAHO           )
                         )ss.
COUNTY OF Jerome         )

On this 26 day of September, 2018, before me, the undersigned, a Notary Public in and for said State, personally appeared WILLIAM J. MILLENKAMP, known or identified to me to be the Manager of East Valley Cattle, LLC, an Idaho limited liability company, that he executed the instrument and acknowledged to me that he executed the same for and on behalf of that said limited liability company.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

[SEAL: LAURY LAMB NOTARY PUBLIC STATE OF IDAHO]

_____
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

97966865.2 0053564-00330

STATE OF IDAHO            )
                          )ss.
COUNTY OF __Jerome__      )

On this 24 day of September, 2018, before me, the undersigned, a Notary Public in and for said State, personally appeared WILLIAM J. MILLENKAMP, known or identified to me to be the Manager of Idaho Jersey Girls Jerome Dairy LLC, an Idaho limited liability company, that he executed the instrument and acknowledged to me that he executed the same for and on behalf of that said limited liability company.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.



```
                              Notary Public for Idaho
                              Printed Name: Laury Lamb
                              Commission Expires: 04/02/2022
```

STATE OF IDAHO            )
                          )ss.
COUNTY OF __Jerome__      )

On this 26 day of September, 2018, before me, the undersigned, a Notary Public in and for said State, personally appeared William J. Millenkamp, known or identified to me to be the Manager of Millenkamp Family, LLC, said limited liability company that is the Sole Member of Goose Ranch, LLC, the limited liability company that executed the instrument and acknowledged to me that he executed the same for and on behalf of Millenkamp Family, LLC, the limited liability company that executed on behalf of Goose Ranch, LLC, and that said limited liability company executed it.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

```
                              Notary Public for Idaho
                              Printed Name: Laury Lamb
                              Commission Expires: 04/02/2022
```

(LAURY LAMB, NOTARY PUBLIC, STATE OF IDAHO)

STATE OF IDAHO           )
                         )ss.
COUNTY OF __Jerome__     )

On this __26__ day of September, 2018, before me, the undersigned, a Notary Public in and for said State, personally appeared William J. Millenkamp, known or identified to me to be the Manager of Millenkamp Family, LLC, said limited liability company that is the Sole Member of Millenkamp Properties, L.L.C., the limited liability company that executed the instrument and acknowledged to me that he executed the same for and on behalf of Millenkamp Family, LLC, the limited liability company that executed on behalf of Goose Ranch, LLC, and that said limited liability company executed it.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____/s/ Laury Lamb_____
Notary Public for Idaho
Printed Name: __Laury Lamb__
Commission Expires: __04/02/2022__

[SEAL: LAURY LAMB NOTARY PUBLIC STATE OF IDAHO]

STATE OF IDAHO           )
                         )ss.
COUNTY OF __Jerome__     )

On __26__, 2018, before me, __the undersigned__, a Notary Public, personally appeared WILLIAM J. MILLENKAMP, known or identified to me to be the President of Millenkamp Cattle, Inc. that executed the above instrument or the person who executed the instrument on behalf of said corporation and acknowledged to me that such corporation executed the same.

_____/s/ Laury Lamb_____
Notary Public for Idaho
Printed Name: __Laury Lamb__
Commission Expires: __04/02/2022__

[SEAL: LAURY LAMB NOTARY PUBLIC STATE OF IDAHO]

STATE OF IDAHO           )
                         )ss.
COUNTY OF __Jerome__     )

On __26__, 2018, before me, __the undersigned__, a Notary Public, personally appeared SUSAN J. MILLENKAMP, known or identified to me to be the Secretary of Millenkamp Cattle, Inc. that executed the above instrument or the person who executed the instrument on behalf of said corporation and acknowledged to me that such corporation executed the same.

_____/s/ Laury Lamb_____
Notary Public for Idaho
Printed Name: __Laury Lamb__
Commission Expires: __04/02/2022__

[SEAL: LAURY LAMB NOTARY PUBLIC STATE OF IDAHO]

97966865.2 0053564-00330

STATE OF IDAHO          )
                        )ss.
COUNTY OF __Jerome__    )

On this __26__ day of September, 2018, before me, the undersigned, a Notary Public in and for said State, personally appeared WILLIAM J. MILLENKAMP, known or identified to me to be the Manager of Millenkamp Family LLC, an Idaho limited liability company, that he executed the instrument and acknowledged to me that he executed the same for and on behalf of that said limited liability company.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

[Notary Seal: LAURY LAMB, NOTARY PUBLIC, STATE OF IDAHO]
Commission Expires: 04/02/2022

Notary Public for Idaho
Printed Name: __Laury Lamb__

STATE OF IDAHO          )
                        )ss.
COUNTY OF __Jerome__    )

On this __26__ day of September, 2018, before me, the undersigned, a Notary Public in and for said State, personally appeared William J. Millenkamp, known or identified to me to be the President of Millenkamp Cattle, Inc., said corporation that is the Sole Member of Idaho Jersey Girls, LLC, the limited liability company that executed the instrument and acknowledged to me that he executed the same for and on behalf of Millenkamp Cattle, Inc., the said corporation that executed on behalf of Idaho Jersey Girls, LLC, and that said limited liability company executed it.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

[Notary Seal: LAURY LAMB, NOTARY PUBLIC, STATE OF IDAHO]

Notary Public for Idaho
Printed Name: __Laury Lamb__
Commission Expires: __04/02/2022__

STATE OF IDAHO            )
                          )ss.
COUNTY OF Jerome          )

On this 26 day of September, 2018, before me, the undersigned, a Notary Public in and for said State, personally appeared SUSAN MILLENKAMP, known or identified to me to be the Trustee of the WJM 2012 Trust, that she executed the instrument and acknowledged to me that she executed the same for and on behalf of that said trust.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

[Seal: LAURY LAMB NOTARY PUBLIC STATE OF IDAHO]

Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

STATE OF IDAHO            )
                          )ss.
COUNTY OF Jerome          )

On this 26 day of September, 2018, before me, the undersigned, a Notary Public in and for said State, personally appeared WILLIAM MILLENKAMP, known or identified to me to be the Trustee of the SJM 2012 Trust, that he executed the instrument and acknowledged to me that he executed the same for and on behalf of that said trust.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

[Seal: LAURY LAMB NOTARY PUBLIC STATE OF IDAHO]

Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

97966865.2 0053564-00330

## EXHIBIT A

### LEGAL DESCRIPTION

### TRACT NO. 1 - CASSIA COUNTY:

PARCEL NO. 1:

TOWNSHIP 12 SOUTH, RANGE 26 EAST OF THE BOISE MERIDIAN, CASSIA COUNTY, IDAHO

Section 1:    SW¼SE¼

Section 12:   NW¼NE¼

PARCEL NO. 2:

TOWNSHIP 12 SOUTH, RANGE 26 EAST OF THE BOISE MERIDIAN, CASSIA COUNTY, IDAHO

Section 1:    NW¼SE¼

PARCEL NO. 3:

TOWNSHIP 12 SOUTH, RANGE 26 EAST OF THE BOISE MERIDIAN, CASSIA COUNTY, IDAHO

Section 1:    Lots 1, 2, 3, and 4, S½NW¼, NE¼SE¼, S½NE¼

Section 2:    Lots 1 and 2, S½NE¼

PARCEL NO. 4:

TOWNSHIP 11 SOUTH, RANGE 26 EAST OF THE BOISE MERIDIAN, CASSIA COUNTY, IDAHO

Section 36:   W½

Section 35:   E½ **EXCEPTING THEREFROM:** Beginning at a point which is 25 feet West and 20 feet North of the Southeast corner of said Section 35;
Thence West 100 feet;
Thence North 100 feet;
Thence East 100 feet;
Thence South 100 feet to the Point of Beginning.

Exhibit A - Page 1

97966865.2 0053564-00330

**ALSO EXCEPTING** the following described tract:

Part of the SW¼SE¼, more particularly described as follows:

Beginning at the South ¼ section corner of said Section 35, said corner marked by a 5/8 inch rebar; Thence South 89°8'07" East along the South line of Section 35 for a distance of 35.00 feet to a ½ inch rebar which shall be the Point of Beginning;
Thence North 00°11'53" East for a distance of 219.16 feet to a ½ inch rebar;
Thence North 49°21'41" East for a distance of 346.29 feet to a ½ inch rebar;
Thence along a non-tangent curve to the left for a distance of 836.37 feet to a ½ inch rebar; said curve having a radius of 1358.85 feet and a central angle of 35°15'56" with a long chord of bearing of South 58°38'55" East for a distance of 823.23 feet;
Thence South 00°11'53" West for a distance of 19.72 feet to a ½ inch rebar on the South line of Section 35;
Thence North 89°48'07" West along the South line of Section 35 for a distance of 966.50 feet to the Point of Beginning.

PARCEL NO. 5:

TOWNSHIP 12 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN, CASSIA COUNTY, IDAHO

Section 1:   N½, **EXCEPT** the following described tract:

Beginning at the Northwest corner and running thence East 250 feet;
Thence South 174 feet;
Thence West 250 feet;
Thence North 174 feet to the Point of Beginning.

PARCEL NO. 6:

TOWNSHIP 12 SOUTH, RANGE 28 EAST OF THE BOISE MERIDIAN, CASSIA COUNTY, IDAHO

Section 6:   Lots 1, 2, 3 and 4

PARCEL NO. 7:

TOWNSHIP 11 SOUTH, RANGE 28 EAST OF THE BOISE MERIDIAN,

Exhibit A - Page 2

CASSIA COUNTY, IDAHO

Section 31:    SW¼

PARCEL NO. 8:

A 30 foot wide Pipeline Easement as created by Warranty Deed recorded May 15, 1992 as Instrument No. 219021, records of Cassia County, Idaho, located in the SE¼ of said Section 31 of Township 11 South, Range 28 East of the Boise Meridian, Cassia County, State of Idaho, more particularly described as follows:

> Beginning at the Southeast corner of said Section 31, said corner marked by a U.S. General Land Office pipe with brass cap; thence North 88°41'16" West along section line for 36.14 feet to the Point of Beginning;
> Thence North 88°41'16" West along section line for 30.00 feet to a point;
> Thence North 1°18'44" East for 46.48 feet to a point;
> Thence North 44°29'16" West for 1841.47 feet to a point;
> Thence North 88°31'26" West for 1211.50 feet to a point on the West line of the SE¼;
> Thence North 0°18'45" East along the West line of the SE¼ for 30.00 feet to a point;
> Thence South 88°31'26" East for 1224.24 feet to a point;
> Thence South 44°29'16" East for 1866.27 feet to a point;
> Thence South 1°18'44" West for 59.16 feet to the Point of Beginning.

PARCEL NO. 9:

TOWNSHIP 11 SOUTH, RANGE 26 EAST OF THE BOISE MERIDIAN, CASSIA COUNTY, IDAHO

Section 35:    Part of the SW¼SE¼, more particularly described as follows:

> Beginning at the South ¼ section corner of said Section 35, said corner marked by a 5/8 inch rebar; Thence South 89°48'07" East along the South line of Section 35 for a distance of 35.00 feet to a ½ inch rebar which shall be the Point of Beginning;
> Thence North 00°11'53" East for a distance of 219.16 feet to a ½ inch rebar;
> Thence North 49°21'41" East for a distance of 346.29 feet to a ½ inch rebar;
> Thence along a non-tangent curve to the left for a distance of 836.37 feet to a ½ inch rebar; said curve having a radius of 1358.85 feet and a central angle of 35°15'56" with a long chord of bearing of South 58°38'55" East for a distance of 823.23 feet;

Exhibit A - Page 3

Thence South 00°11'53" West for a distance of 19.72 feet to a ½ inch rebar on the South line of Section 35;
Thence North 89°48'07" West along the South line of Section 35 for a distance of 966.50 feet to the Point of Beginning.

PARCEL NO. 10:

TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 13:   ALL

PARCEL NO. 11:

TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 22:   E½

Section 26:   NW¼ and E½, **EXCEPT** a part of the SE¼SE¼, described as follows:

Beginning at the Southeast corner of said Section 26; said point marked by a U.S. Government Brass Cap; thence North 89°59' West (Basis of Bearing) along section line for 443.86 feet to a ½ inch rebar, which shall be the Point of Beginning;
Thence North 89°59' West along said section line for 290.70 feet to a ½ inch rebar;
Thence North 0°39'53" West for 59.71 feet to a ½ inch rebar;
Thence South 88°51'10" West for 32.32 feet to a ½ inch rebar;
Thence South 0°39'18" East for 59.05 feet to a ½ inch rebar on section line;
Thence North 89°59' West along said section line for 122.05 feet to a ½ inch rebar;
Thence North 0°45'03" West for 439.49 feet to a ½ inch rebar;
Thence South 74°47'15" East for 85.63 feet to a ½ inch rebar;
Thence South 41°26'14" East for 556.38 feet to the Point of Beginning.

Section 27:   NE¼

Exhibit A - Page 4

PARCEL NO. 12:

TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN, CASSIA COUNTY, IDAHO

Section 27:    SW¼

PARCEL NO. 13:

TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN, CASSIA COUNTY, IDAHO

Section 27:    NW¼ and SE¼

PARCEL NO. 14:

TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN, CASSIA COUNTY, IDAHO

Section 35:    S½ **EXCEPTING THEREFROM** the following described tract of land:

    Beginning at the Northwest corner of the SW¼ of said Section 35;
    Thence running East along the centerline of said Section 35 to the Northeast corner of the SE¼ thereof;
    Thence South along the East boundary line of said Section 35 a distance of 24 feet;
    Thence West on a line parallel with and 24 feet South of the centerline of said Section 35 to the West boundary line thereof;
    Thence North along said West boundary line of said Section 35 for 24 feet to the Point of Beginning.

PARCEL NO. 15:

TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN, CASSIA COUNTY, IDAHO

Section 35:    N½

Exhibit A - Page 5

97966865.3 0053564-00330