PARCEL NO. 10:

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 34:   E½SE¼; AND That part of the SW¼SE¼ lying South of the right of way of the U-4 lateral or coulee of the North Side Canal Company, Ltd., as located and operated over and across said land,

**EXCEPTING THEREFROM** the following described tracts:

TRACT NO. 1:
Commencing at the Southeast corner of Section 34; Thence North 89°47' West, 2033.74 feet along the Southerly boundary of Section 34 to THE TRUE POINT OF BEGINNING;
Thence North 0°13'00" East, 283.88 feet to the Southerly bank (right of way) of the Northside Canal Company "U-4" Lateral;
Thence along said "U-4 Lateral South 70°46'54" West, 79.00 feet;
South 52°49'10" West, 79.35 feet;
South 45°31'07" West, 73.56 feet;
Thence departing said lateral South 4°01'42" East, 158.10 feet to the Southerly boundary of Section 34;
Thence South 89°47' East, 178.11 feet along the Southerly boundary of Section 34 to THE TRUE POINT OF BEGINNING.

TRACT NO. 2:
Beginning at the Southeast corner of Section 34;
Thence North 89°47'00" West, 1866.74 feet along the Southerly boundary of Section 34 to THE TRUE POINT OF BEGINNING;
Thence North 0°13' East, 355.00 feet to the Southerly bank of the Northside Canal Company "U-4"Lateral;
Thence South 67°08'57" West, 181.51 feet along the Southerly bank of said Lateral;
Thence South 0°13' West, 283.88 feet to the Southerly boundary of Section 34;
Thence South 89°47'00" East, 167.00 feet along said Southerly boundary to THE TRUE POINT OF BEGINNING.

TRACT NO. 3:
Beginning at the Southeast corner for Section 34, THE TRUE POINT OF BEGINNING;
Thence North 89°47'00" West, 672.70 feet along the Southerly boundary of Section 34;
Thence North 0°11'26" West, 451.32 feet;

Exhibit A - Page 21

Thence South 89°47'00" East, 672.70 feet to the Easterly boundary of Section 34;
Thence South 0°11'26" East, 451.32 feet along the Easterly boundary of Section 34 to THE TRUE POINT OF BEGINNING.

TRACT NO. 4:
Beginning at a point on the south line of said SW¼SE¼, which point is 287 feet east of the Southwest corner of said SW¼SE¼;
Thence in an easterly direction along said south line 144 feet;
Thence running North 5°30' West 176 feet to the center of the U-4 lateral of the North Side Canal Co. Ltd as now constructed;
Thence Southwesterly along said centerline of said lateral 242 feet to the Point of Beginning.

PARCEL NO. 11:

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN, JEROME COUNTY, IDAHO

Section 28:   Part of the SW¼NW¼, and Part of the NW¼SW¼, described as follows:

Commencing at a 5/8-inch iron pin with a plastic cap stamped PLS 3623 marking the Southwest corner of the Northwest ¼ of said Section 28, being also the POINT OF BEGINNING, from which an aluminum cap stamped PLS 884 marking the Southwest corner of the Southwest ¼ of said Section 28 bears South 00°06'53" West at a distance of 2639.06 feet, and also from which a ½-inch iron pin with cap stamped PLS 884 marking the Northwest corner of the Northwest ¼ of said Section 28 bears North 00°05'13" East at a distance of 2639.50 feet;
Thence along the West line of the Southwest ¼ of the Northwest ¼ of said Section 28, North 00°05'13" East, a distance of 329.94 feet to the Northwest corner of the South 10 Acres of said Southwest ¼ of the Northwest ¼, being also the Southwest corner of a parcel of land described as Parcel No. 36 in a Quitclaim Deed to L&S Land Holdings LLC as recorded in the Jerome County Recorder's Office on December 31, 2008 as Instrument Number 2086830.
Thence along the North line of said 10 acres, being also the South line of said Parcel No. 36, South 89°21'43" East, a distance of 418.77 feet (North 89°52'42" West, 418.37 feet, record) to the Southeast corner of said Parcel No. 36, being also the Northwest corner of a parcel of land described as Parcel No. 2 in a Warranty Deed to William J. and Susie J. Millenkamp as recorded in the Jerome County Recorder's Office on March 2, 2005 as Instrument Number 2051133;
Thence along the Westerly line of said Parcel No. 2 the following bearings and distances;
South 45°00'52" East, a distance of 61.09 feet (North 45°28'11" West, 64.96 feet, record);

Exhibit A - Page 22

Thence South 52°06'54" East, a distance of 141.47 feet (North 52°35'55" West, 141.53 feet, record);

Thence South 59°59'23" East, a distance of 72.92 feet (North 60°28'11" West, 72.97 feet, record);

Thence South 66°01'21" East, a distance of 418.43 feet to a ½-inch iron rod with plastic cap stamped PLS 3623 marking the intersection with the South line of the Southwest ¼ of the Northwest ¼ of said Section 28 (North 66°30'17" West, 415.61 feet, record);

Thence along the South line of said Southwest ¼ of the Northwest ¼, North 89°21'54" West, a distance of 229.89 feet to the intersection with the W3 Lateral of the North Side Canal Company;

Thence along the center of said W3 Lateral the following bearings and distances; South 33°36'43" West, a distance of 232.99 feet to the beginning of a curve tangent to said line;

Thence Southwesterly and Westerly a distance of 292.87 feet along the curve concave to the Northwest, having a radius of 338.33 feet, a central angle of 49°35'51", and being subtended by a chord that bears South 58°24'39" West 283.81 feet;

Thence South 83°12'35" West tangent to said curve, a distance of 96.35 feet to the beginning of a curve tangent to said line;

Thence Westerly, Southwesterly and Southerly a distance of 107.95 feet along the curve concave to the Southeast, having a radius of 75.00 feet, a central angle of 82°28'03", and being subtended by a chord that bears South 41°58'33" West 98.87 feet;

Thence South 00°44'31" West tangent to said curve, a distance of 201.65 feet to the beginning of a curve tangent to said line;

Thence Southerly, Southwesterly and Westerly a distance of 153.04 feet along the curve concave to the Northwest, having a radius of 110.00 feet, a central angle of 79°42'55", and being subtended by a chord that bears South 40°35'58" West 140.99 feet;

Thence South 80°27'26" West tangent to said curve, a distance of 141.62 feet;

Thence South 85°21'09" West, a distance of 24.78 feet to a ½-inch rebar with cap stamped PLS 9858 marking the intersection with the West line of the Northwest ¼ of the Southwest ¼ of said Section 28;

Thence along the West line of said Northwest ¼ of the Southwest ¼, North 00°06'53" East, a distance of 770.52 feet to the POINT OF BEGINNING.

**AND**

TOWNSHIP 7 SOUTH, RANGE 16 EAST BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Exhibit A - Page 23

97966865.3 0053564-00330

Section 28: Part of the SW¼NW¼, previously described as Parcel No. 36 in Quitclaim Deed from Luis M. & Sharon Bettencourt to L&S Land Holdings as recorded on December 31, 2008 as Instrument Number 2086830, now being described as follows:

Commencing at a 1/2-inch iron pin with cap stamped PLS 884 marking the Northwest corner of the West ½ of said Section 28; Thence along the West line of the Northwest ¼ of said Section 28, South 00°05'13" West, a distance of 1761.60 feet (South 00°23'30" East, 1761.83 feet, record), to a 1/2-inch iron pin marking the POINT OF BEGINNING.
Thence South 35°44'37" East, a distance of 457.46 feet (South 36°14'06" East, 457.64 feet, record);
Thence South 37°41'44" East, a distance of 170.64 feet (South 38°11'57" East, 170.68 feet, record);
Thence South 45°00'52" East, a distance of 65.53 feet (South 45°28'11" East, 64.61 feet, record) to the North line of the South 10 Acres of the Southwest ¼ of the Northwest ¼ of said Section 28;
Thence along the North line of said South 10 Acres, North 89°21'43" West, a distance of 418.77 feet (North 89°52'42" West, 418.37 feet, record) to the West line of the Southwest ¼ of the Northwest ¼ of said Section 28;
Thence along the West line of said Southwest ¼ of the Northwest ¼, North 00°05'13" East, a distance of 547.97 feet (North 00°23'30" West, 547.70 feet, record) to the POINT OF BEGINNING.

**AND**

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 28: Part of the NE¼SW¼, described as follows:

Commencing at a brass cap marking the Southeast corner of the Southwest ¼ of said Section 28, from which an aluminum cap stamped PLS 884 marking the Southwest corner of the Southwest ¼ of said Section 28 bears North 89°22'57" West at a distance of 2646.57 feet; Thence along the East line of said Southwest ¼, North 00°05'51" East, a distance of 1931.80 feet to a ½-inch rebar with plastic cap stamped PLS 9858 marking the POINT OF BEGINNING.
Thence North 39°19'22" West, a distance of 125.38 feet to a ½-inch rebar with plastic cap stamped PLS 9858;
Thence North 42°05'52" West, a distance of 294.98 feet to a ½-inch rebar with plastic cap stamped PLS 9858;
Thence North 44°25'46" West, a distance of 368.54 feet to a ½-inch rebar with plastic cap stamped PLS 9858;

Exhibit A - Page 24

Thence North 51°33'57" West, a distance of 89.01 feet to a ½-inch rebar with plastic cap stamped PLS 9858;

Thence North 72°47'53" West, a distance of 237.80 feet to a ½-inch rebar with plastic cap stamped PLS 9858;

Thence North 84°18'05" West, a distance of 124.52 feet to a ½-inch rebar with cap stamped PLS 9858 marking the intersection with the North line of the Northeast ¼ of the Southwest ¼ of said Section 28;

Thence along the North line of said Northeast ¼ of the Southwest ¼, South 89°21'54" East, a distance of 957.25 feet to a 5/8-inch rebar with aluminum cap stamped PLS 9858 marking the Northeast corner of said Northeast ¼ of the Southwest ¼;

Thence along the East line of said Northeast ¼ of the Southwest ¼, South 00°05'51" West, a distance of 706.46 feet to the POINT OF BEGINNING.

## TRACT NO. 5

## CASSIA COUNTY

PARCEL NO. 1:

TOWNSHIP 11 SOUTH, RANGE 26 EAST OF THE BOISE MERIDIAN, CASSIA COUNTY, IDAHO

Section 36:   E½

## JEROME COUNTY

PARCEL NO. 2:

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN, JEROME COUNTY, IDAHO

Section 21:   That portion of the N½SW¼, lying South of the centerline of the Northside Canal Company "W" Canal, more particularly described as follows:

Commencing at the Northwest corner of said N½SW¼; Thence South 0°07'58" East, 562.38 feet along the Westerly boundary of said N½SW¼ to the center of the Northside Canal Company "W" Canal and THE TRUE POINT OF BEGINNING;

Thence South 0°07'58" East, 758.11 feet to the Southwest corner of said N½SW¼;

Thence South 89°41'11" East, 2643.72 feet to the center of said "W" Canal;

Thence Westerly along the approximate center of said "W" Canal the following courses and distances:

Thence North 26°19'12" West, 237.37 feet;

Exhibit A - Page 25

Thence North 44°56'58" West, 199.28 feet;
Thence South 52°21'52" West, 240.71 feet;
Thence North 67°19'08" West, 646.97 feet;
Thence North 87°18'51" West, 178.79 feet;
Thence North 64°23'23" West, 203.61 feet;
Thence South 73°01'14" West, 419.96 feet;
Thence North 62°58'56" West, 355.62 feet (335.62 feet recorded);
Thence North 71°13'41" West, 561.62 feet to THE TRUE POINT OF BEGINNING.

PARCEL NO. 3:

TOWNSHIP 10 SOUTH, RANGE 20 EAST OF THE BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 10:    A parcel of land located in the N½NW¼, described as follows:

Commencing at the Northeast corner of the N½NW¼, which corner bears North 8°44'54" West, 213.81 feet from Station 296+20.43 of Interstate 80N, Project No. 1-80N-3(18)191 Highway Survey; Thence South 0°06'44" East along the East line of said N½NW¼, a distance of 378.42 feet to a point that bears South 9°11'09" East, 160.00 feet from Station 295+60.35 of said Highway Survey and being the REAL POINT OF BEGINNING;
Thence South 79°55'36" West, 640.33 feet to a point in a line parallel with and 170.0 feet Southerly from the centerline and opposite Station 289+20.09 of said Highway Survey;
Thence along said parallel line as follows:
Westerly along a 5899.58 foot radius curve right 1603.00 feet to a point which bears South 6°22'56" West, 170.0 feet from Station 273+63.28 of said Highway Survey;
North 83°37'04" West, 398.99 feet to a point in the West line of said N½NW¼ and bears South 6°22'56" West, 170.0 feet from the Station 269+64.29 of said Highway Survey;
Thence South 0°03'34" East along said West line 842.0 feet, more or less, to the Southwest corner of said N½NW¼;
Thence Easterly along the South line of said N½NW¼, a distance of 2640.0 feet, more or less, to the Southeast corner thereof;
Thence North 0°06'44" West along the East line of said N½NW¼ a distance of 942.0 feet, more or less, to THE REAL POINT OF BEGINNING.

**EXCEPTING THEREFROM** a parcel of land described as follows:

Beginning at the North quarter corner of said Section 10; Thence South 0°04'39" West along the center section line of said Section 10 for a distance of 370.80 feet

Exhibit A - Page 26

97966865.3 0053564-00330

to the South right of way line of Interstate 80N, Project No. I-80N-3(18)191 and being the REAL POINT OF BEGINNING;

Thence from the REAL POINT OF BEGINNING South 0°04'39" West along the center section line of said Section 10 for a distance of 951.05 feet to the Southeast corner of the N½NW¼;

Thence North 89°58'21" West along the South line of the N½NW¼ for a distance of 233.66 feet;

Thence North 0°04'39" East for a distance of 910.82 feet to the South right of way line of Interstate 80N;

Thence North 79°57'46" East along the South right of way line of Interstate 80N for a distance of 223.00 feet;

Thence North 84°56'39" East along the South right of way line of Interstate 80N for a distance of 14.19 feet to the REAL POINT OF BEGINNING.

**FURTHER EXCEPTING THEREFROM** that part of the NW¼, described as follows:

Commencing at the Northwest corner of said Section 10; Thence South 0°00'13" West along the West boundary of said Section 10 for a distance of 1073.5 feet to THE TRUE POINT OF BEGINNING;

Thence North 89°30'00" East for a distance of 210.00 feet;

Thence South 0°00'13" West parallel with the West boundary of Section 10 for a distance of 211.04 feet;

Thence South 89°30'00" West for a distance of 113.0 feet;

Thence North 84°00'00" West for a distance of 97.5 feet to a point on the West boundary of Section 10;

Thence North 0°00'13" East along the West boundary of Section 10 for a distance of 200.00 feet to THE TRUE POINT OF BEGINNING.

PARCEL NO. 4:

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN, JEROME COUNTY, IDAHO

Section 34:   SE¼NE¼; NE¼NE¼

PARCEL NO. 5:

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN, JEROME COUNTY, IDAHO

Section 28:   NE¼NE¼, more particularly described as follows:

Exhibit A - Page 27

97966865.3 0053564-00330

Beginning at the Northeast corner of said Section 28, said point being the TRUE POINT OF BEGINNING;

Thence North 89°39' West along the North boundary of the NE¼NE¼, 1320.00 feet, more or less, to the Northwest corner of NE¼NE¼;

Thence South 0°02' East along the West boundary of the NE¼NE¼, 1320.00 feet, more or less, to the Southwest corner of the NE¼NE¼;

Thence South 89°39' East along the South boundary of the NE¼NE¼, 1320.00 feet, more or less, to the Southeast corner of the NE¼NE¼;

Thence North 0°02' West along the East boundary of the NE¼NE¼, 1320.00 feet, more or less, to the TRUE POINT OF BEGINNING.

### TRACT NO. 6 – JEROME COUNTY

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN, JEROME COUNTY, IDAHO

Section 29:     S½NE¼NE¼

## EXHIBIT B

### Equipment

All wells (including domestic), underground pipelines, filter stations, emitters, drip, overhead and micro-sprinkler systems and equipment, any and all well permits.

Together with all main and hand lines, valve openers, end plugs, risers, stems, sprinkler birds, wiring switch panels, shafting, hoses, tubing, bowls, suction pipe, cones, reducers, above and below ground pipe, etc. pertaining to the above listed irrigation equipment.

Together with all milking equipment located in the dairy facilities, including, but not limited to, motors, hoppers, augers, pipelines, couplers, compressors, feed drops, tubes, tanks and washers located on or used in connection with the operation of the dairy facilities, situated on the Real Property described on Exhibit A, whether now owned or hereafter acquired, and whether now existing or hereafter arising, and all accessions, parts, additions, replacements and substitutions for any such property.

**EXHIBIT C**

**Water Rights**

IDWR Water Rights:

| EAST VALLEY CATTLE WATER RIGHTS ||||||||
|---|---|---|---|---|---|---|---|
| Water Right ||| Basis | Status | Priority Date | Source | Water Use |
| 43 | 2313 | D | Decreed | Active | 06/19/1948 | GROUND WATER | IRRIGATION |
| 43 | 2317 | C | Decreed | Active | 08/14/1948 | GROUND WATER | IRRIGATION |
| 43 | 2317 | E | Decreed | Active | 08/14/1948 | GROUND WATER | IRRIGATION |
| 43 | 2317 | F | Decreed | Active | 08/14/1948 | GROUND WATER | IRRIGATION |
| 43 | 2320 | A | Decreed | Active | 09/10/1948 | GROUND WATER | IRRIGATION |
| 43 | 2320 | B | Decreed | Active | 09/10/1948 | GROUND WATER | IRRIGATION |
| 43 | 2321 | B | Decreed | Active | 09/24/1948 | GROUND WATER | IRRIGATION |
| 43 | 2339 | C | Decreed | Active | 02/27/1950 | GROUND WATER | IRRIGATION |
| 43 | 2339 | E | Decreed | Active | 02/27/1950 | GROUND WATER | IRRIGATION |
| 43 | 2339 | F | Decreed | Active | 02/27/1950 | GROUND WATER | IRRIGATION |
| 43 | 2340 |   | Decreed | Active | 03/20/1950 | GROUND WATER | IRRIGATION |
| 43 | 2343 |   | Decreed | Active | 04/28/1950 | GROUND WATER | IRRIGATION |
| 43 | 2345 |   | Decreed | Active | 05/02/1950 | GROUND WATER | IRRIGATION |
| 43 | 2364 |   | Decreed | Active | 07/09/1951 | GROUND WATER | IRRIGATION |
| 43 | 2365 |   | Decreed | Active | 07/27/1951 | GROUND WATER | IRRIGATION |
| 43 | 2423 | C | Decreed | Active | 03/01/1955 | GROUND WATER | IRRIGATION |
| 43 | 2423 | E | Decreed | Active | 03/01/1955 | GROUND WATER | IRRIGATION |

Exhibit C - Page 1

97966865.2 0053564-00330

| 43 | 2423 | F | Decreed | Active | 03/01/1955 | GROUND WATER | IRRIGATION |
|---|---|---|---|---|---|---|---|
| 43 | 2467 | C | Decreed | Active | 12/23/1958 | GROUND WATER | IRRIGATION |
| 43 | 2467 | E | Decreed | Active | 12/23/1958 | GROUND WATER | IRRIGATION |
| 43 | 2467 | F | Decreed | Active | 12/23/1958 | GROUND WATER | IRRIGATION |
| 43 | 2510 | C | Decreed | Active | 06/18/1961 | GROUND WATER | IRRIGATION |
| 43 | 2510 | E | Decreed | Active | 06/18/1961 | GROUND WATER | IRRIGATION |
| 43 | 2510 | F | Decreed | Active | 06/18/1961 | GROUND WATER | IRRIGATION |
| 43 | 2574 | B | Decreed | Active | 07/19/1963 | GROUND WATER | IRRIGATION |
| 43 | 2574 | E | Decreed | Active | 07/19/1963 | GROUND WATER | IRRIGATION |
| 43 | 2576 | B | Decreed | Active | 03/24/1964 | GROUND WATER | IRRIGATION |
| 43 | 2576 | E | Decreed | Active | 03/24/1964 | GROUND WATER | IRRIGATION |
| 43 | 4002 | C | Decreed | Active | 07/01/1963 | GROUND WATER | IRRIGATION |
| 43 | 4002 | E | Decreed | Active | 07/01/1963 | GROUND WATER | IRRIGATION |
| 43 | 4002 | F | Decreed | Active | 07/01/1963 | GROUND WATER | IRRIGATION |
| 43 | 4012 | B | Decreed | Active | 07/01/1952 | GROUND WATER | IRRIGATION, STOCKWATER |
| 43 | 4012 | C | Decreed | Active | 06/01/1963 | GROUND WATER | IRRIGATION, STOCKWATER |
| 43 | 4012 | D | Decreed | Active | 06/01/1954 | GROUND WATER | IRRIGATION, STOCKWATER |
| 43 | 4013 | B | Decreed | Active | 06/15/1963 | GROUND WATER | IRRIGATION, STOCKWATER |
| 43 | 4014 | A | Decreed | Active | 07/01/1952 | GROUND WATER | DOMESTIC, IRRIGATION, STOCKWATER |
| 43 | 4014 | B | Decreed | Active | 06/01/1954 | GROUND WATER | IRRIGATION |
| 43 | 4015 | B | Decreed | Active | 09/26/1953 | GROUND WATER | IRRIGATION, STOCKWATER |

Exhibit C - Page 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 43 | 4060 | D | Decreed | Active | 04/05/1954 | GROUND WATER | IRRIGATION |
| 43 | 4063 | D | Decreed | Active | 05/01/1955 | GROUND WATER | IRRIGATION |
| 43 | 4186 | | Decreed | Active | 01/01/1960 | GROUND WATER | DOMESTIC |
| 43 | 4187 | | Decreed | Active | 09/02/1948 | GROUND WATER | STOCKWATER |
| 43 | 4188 | | Decreed | Active | 01/01/1960 | GROUND WATER | DOMESTIC, STOCKWATER |
| 43 | 4189 | | Decreed | Active | 01/01/1920 | GROUND WATER | DOMESTIC, STOCKWATER |
| 43 | 10019 | | Decreed | Active | 06/30/1985 | GROUND WATER | IRRIGATION |
| 43 | 10020 | | Decreed | Active | 01/01/1950 | GROUND WATER | DOMESTIC |
| 43 | 10027 | | Decreed | Active | 01/01/1984 | GROUND WATER | DOMESTIC, STOCKWATER |
| 43 | 10045 | | Decreed | Active | 04/01/1906 | RAFT RIVER | IRRIGATION |
| 43 | 10046 | | Decreed | Active | 04/01/1909 | RAFT RIVER | IRRIGATION |
| 43 | 10180 | | Decreed | Active | 01/01/1948 | GROUND WATER | DOMESTIC, STOCKWATER |
| 43 | 10181 | | Decreed | Active | 01/01/1948 | GROUND WATER | DOMESTIC |
| 43 | 10365 | | Decreed | Active | 06/30/1985 | GROUND WATER | IRRIGATION |
| 43 | 10366 | | Decreed | Active | 06/30/1985 | GROUND WATER | IRRIGATION |
| 43 | 10394 | | Decreed | Active | 12/31/1960 | GROUND WATER | DOMESTIC, STOCKWATER |
| 43 | 10443 | | Decreed | Active | 08/23/1986 | GROUND WATER | DOMESTIC |
| 43 | 10787 | | Decreed | Active | 01/31/1955 | GROUND WATER | IRRIGATION |
| 43 | 10795 | | Decreed | Active | 05/01/1957 | GROUND WATER | IRRIGATION |
| 43 | 11271 | | Decreed | Active | 01/01/1960 | GROUND WATER | DOMESTIC, STOCKWATER |
| 43 | 12923 | | Decreed | Active | 06/30/1985 | GROUND WATER | IRRIGATION |
| 43 | 12933 | | Decreed | Active | 06/30/1985 | GROUND | IRRIGATION |

Exhibit C - Page 3

| | | | | | | WATER | |
|---|---|---|---|---|---|---|---|
| 43 | 13296 | | Decreed | Active | 05/29/1950 | GROUND WATER | STOCKWATER |
| 43 | 13298 | | Decreed | Active | 11/27/1957 | GROUND WATER | STOCKWATER |
| 43 | 13300 | | Decreed | Active | 11/30/1957 | GROUND WATER | STOCKWATER |
| 43 | 13301 | | Decreed | Active | 05/29/1950 | GROUND WATER | IRRIGATION |
| 43 | 13302 | | Decreed | Active | 05/29/1950 | GROUND WATER | STOCKWATER |
| 43 | 13303 | | Decreed | Active | 11/27/1957 | GROUND WATER | IRRIGATION |
| 43 | 13304 | | Decreed | Active | 11/27/1957 | GROUND WATER | STOCKWATER |
| 43 | 13305 | | Decreed | Active | 11/30/1957 | GROUND WATER | IRRIGATION |
| 43 | 13306 | | Decreed | Active | 11/30/1957 | GROUND WATER | STOCKWATER |
| 43 | 13307 | | Decreed | Active | 06/01/1978 | GROUND WATER | DOMESTIC |
| 43 | 13309 | | Decreed | Active | 01/01/1960 | GROUND WATER | DOMESTIC, STOCKWATER |
| 43 | 13405 | | Decreed | Active | 06/30/1985 | GROUND WATER | IRRIGATION |
| 43 | 13448 | | Decreed | Active | 03/02/1950 | GROUND WATER | IRRIGATION |
| 43 | 13449 | | Decreed | Active | 03/02/1950 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13450 | | Decreed | Active | 02/27/1957 | GROUND WATER | IRRIGATION |
| 43 | 13451 | | Decreed | Active | 02/27/1957 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13452 | | Decreed | Active | 08/26/1957 | GROUND WATER | IRRIGATION |
| 43 | 13453 | | Decreed | Active | 08/26/1957 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13454 | | Decreed | Active | 03/30/1959 | GROUND WATER | IRRIGATION |
| 43 | 13455 | | Decreed | Active | 03/30/1959 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13456 | | Decreed | Active | 04/06/1961 | GROUND WATER | IRRIGATION |

Exhibit C - Page 4

| 43 | 13457 | | Decreed | Active | 04/06/1961 | GROUND WATER | COMMERCIAL, STOCKWATER |
|---|---|---|---|---|---|---|---|
| 43 | 13458 | | Decreed | Active | 01/09/1959 | GROUND WATER | IRRIGATION |
| 43 | 13459 | | Decreed | Active | 01/09/1959 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13460 | | Decreed | Active | 02/24/1956 | GROUND WATER | IRRIGATION |
| 43 | 13461 | | Decreed | Active | 02/24/1956 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13462 | | Decreed | Active | 12/14/1965 | GROUND WATER | IRRIGATION |
| 43 | 13463 | | Decreed | Active | 12/14/1965 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13490 | | Decreed | Active | 08/14/1948 | GROUND WATER | IRRIGATION |
| 43 | 13491 | | Decreed | Active | 08/14/1948 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13492 | | Decreed | Active | 02/27/1950 | GROUND WATER | IRRIGATION |
| 43 | 13493 | | Decreed | Active | 02/27/1950 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13494 | | Decreed | Active | 03/02/1950 | GROUND WATER | IRRIGATION |
| 43 | 13495 | | Decreed | Active | 03/02/1950 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13496 | | Decreed | Active | 02/20/1952 | GROUND WATER | IRRIGATION |
| 43 | 13497 | | Decreed | Active | 02/20/1952 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13498 | | Decreed | Active | 03/01/1955 | GROUND WATER | IRRIGATION |
| 43 | 13499 | | Decreed | Active | 03/01/1955 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13500 | | Decreed | Active | 12/23/1958 | GROUND WATER | IRRIGATION |
| 43 | 13501 | | Decreed | Active | 12/23/1958 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13502 | | Decreed | Active | 12/14/1965 | GROUND WATER | IRRIGATION |
| 43 | 13503 | | Decreed | Active | 12/14/1965 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13504 | | Decreed | Active | 01/12/1961 | GROUND | IRRIGATION |

Exhibit C - Page 5

97966865.2 0053564-00330

| | | | | | | | WATER | |
|---|---|---|---|---|---|---|---|---|
| 43 | 13505 | | Decreed | Active | 01/12/1961 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13506 | | Decreed | Active | 06/18/1961 | GROUND WATER | IRRIGATION |
| 43 | 13507 | | Decreed | Active | 06/18/1961 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13508 | | Decreed | Active | 07/01/1963 | GROUND WATER | IRRIGATION |
| 43 | 13509 | | Decreed | Active | 07/01/1963 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13510 | | Decreed | Active | 03/15/1962 | GROUND WATER | IRRIGATION |
| 43 | 13511 | | Decreed | Active | 03/15/1962 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13763 | | Decreed | Active | 08/26/1957 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13807 | | | Active | 02/24/1956 | GROUND WATER | IRRIGATION |
| **MILLENKAMP PROPERTIES, LLC WATER RIGHTS** ||||||||
| Water Right ||| Basis | Status | Priority Date | Source | Water Use |
| 36 | 4157 | F | Decreed | Active | 06/01/1956 | GROUND WATER | STOCKWATER |
| 36 | 14152 | | Decreed | Active | 12/31/1933 | GROUND WATER | DOMESTIC, STOCKWATER |
| 36 | 14536 | | Decreed | Active | 09/01/1986 | GROUND WATER | DOMESTIC |
| 36 | 16242 | | Decreed | Active | 06/11/1957 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 36 | 16244 | | Decreed | Active | 05/11/1957 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 36 | 16914 | | License | Active | 04/24/1990 | GROUND WATER | IRRIGATION |
| 36 | 16915 | | License | Active | 04/24/1990 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 36 | 16927 | | Decreed | Active | 11/26/1974 | GROUND WATER | IRRIGATION |
| **IDAHO JERSEY GIRLS JEROME DAIRY, LLC WATER RIGHTS** ||||||||
| Water Right ||| Basis | Status | Priority Date | Source | Water Use |
| 36 | 2586 | D | Decreed | Active | 01/28/1964 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 36 | 10894 | | Decreed | Active | 09/30/1981 | GROUND | DOMESTIC, |

Exhibit C - Page 6

|    |       |   |         |        |            | WATER            | STOCKWATER              |
|----|-------|---|---------|--------|------------|------------------|-------------------------|
| 36 | 14035 | D | Decreed | Active | 05/26/1976 | GROUND WATER     | COMMERCIAL              |
| 36 | 8706  |   |         | Active | 02/10/1993 | GROUND WATER     | COMMERCIAL, STOCKWATER  |

| WILLIAM & SUSAN MILLENKAMP WATER RIGHTS |||||||
|----|-------|---------|--------|------------|--------------|------------|
| Water Right || Basis | Status | Priority Date | Source | Water Use |
| 36 | 16926 | Decreed | Active | 11/26/1974 | GROUND WATER | IRRIGATION |
| 45 | 7290  | Decreed | Active | 07/26/1977 | GROUND WATER | IRRIGATION |
| 45 | 7331  | Decreed | Active | 10/12/1978 | GROUND WATER | IRRIGATION |
| 36 | 16916 | License | Active | 04/24/1990 | GROUND WATER | IRRIGATION |
| 45 | 11912 | Decreed | Active | 11/06/1981 | GROUND WATER | IRRIGATION |
| 45 | 11913 | Decreed | Active | 03/01/1900 | GROUND WATER | DOMESTIC   |
| 45 | 11914 | Decreed | Active | 03/01/1960 | GROUND WATER | DOMESTIC   |

Water Shares

| CERTIFICATE NUMBER | NUMBER OF SHARES |
|---|---|
| Northside Canal Company: | |
| 27305 | 40 |
| 26737 | 160 |
| 27187 | 28 |
| 26736 | 80 |
| 26738 | 40 |
| 27122 | 40 |
| 26739 | 50 |
| **TOTAL SHARES** | **438** |

Exhibit C - Page 7