RECORDING REQUESTED BY
AND WHEN RECORDED RETURN TO:
Metropolitan Life Insurance Company
Agricultural Investments
205 E. River Park Circle, Suite 430
Fresno, California 93720
Attn: Director, WRO

**Instrument # 2201726**
JEROME COUNTY, JEROME, IDAHO
04-15-2020    02:37:01 PM    No. of Pages: 14
Recorded for: TITLEONE - TWIN FALLS
MICHELLE EMERSON    Fee: $49.00
Ex-Officio Recorder Deputy: jw
Electronically Recorded by Simplifile

ELECTRONICALLY RECORDED
STAMPED FIRST PAGE NOW
INCORPORATED AS PART OF
THE ORIGINAL DOCUMENT.

18311603-A

Loan No. 200638

## SECOND AMENDMENT TO INTERCREDITOR AGREEMENT

This Second Amendment to Intercreditor Agreement (this "**Agreement**") dated effective as of April 15, 2020 is made by and among RABO AGRIFINANCE, LLC, a Delaware limited liability company, formerly known as Rabo Agrifinance, Inc., a Delaware corporation ("**RAF**"), METROPOLITAN TOWER LIFE INSURANCE COMPANY, a Nebraska corporation ("**MetLife Tower**"), and METLIFE REAL ESTATE LENDING LLC, a Delaware limited liability company ("**MetLife**").

### RECITALS

A.  MetLife, MetLife Tower and RAF have previously entered into that certain Intercreditor Agreement dated as of September 18, 2018 and recorded on October 1, 2018 in the Official Records of Cassia County, Idaho as Document No. 2018-003847 and in the Official Records of Jerome County, Idaho as Document No. 2184033, as amended by that certain First Amendment thereto dated as of July 10, 2019 and recorded in the Official Records of Cassia County, Idaho as Document No. 2019002759, in the Official Records of Gooding County, Idaho as Instrument No. 265476 and in the Official Records of Jerome County, Idaho as Document No. 2193388 (as amended, the "**Intercreditor Agreement**"), which was acknowledged by WILLIAM JOHN MILLENKAMP a/k/a Bill Millenkamp, SUSAN JO MILLENKAMP a/k/a Susie Millenkamp, EAST VALLEY CATTLE, LLC, an Idaho limited liability company, MILLENKAMP CATTLE, INC., an Idaho corporation, MILLENKAMP FAMILY LLC, an Idaho limited liability company, IDAHO JERSEY GIRLS JEROME DAIRY LLC, an Idaho limited liability company, GOOSE RANCH LLC, an Idaho limited liability company, and MILLENKAMP PROPERTIES, L.L.C., an Idaho limited liability company (herein, individually and collectively, "**MetLife Borrower**"). Capitalized terms used but not defined herein shall have the meanings given to such terms in the Intercreditor Agreement.

B.  MetLife has agreed to extend an additional loan to MetLife Borrower and certain affiliates of MetLife Borrower, to be evidenced and secured by a promissory note and other documents as more fully set forth below.

1

Second Amendment to Intercreditor Agreement
Millenkamp
Loan No. 200638

104890343.3 0053564-00440

**EXHIBIT 18**

```
                                                        CASSIA COUNTY
                                                        RECORDED FOR:
                                                        TITLEONE - TWIN FALLS
                                                        03:05:16 PM  04-15-2020
                                                        2020-001709
                                                        NO. PAGES: 14    FEE: $50.00
RECORDING REQUESTED BY                                  JOSEPH W. LARSEN
AND WHEN RECORDED RETURN TO:                            COUNTY CLERK
Metropolitan Life Insurance Company                     DEPUTY: CVELASQUEZ
Agricultural Investments                                Electronically Recorded by Simplifile
205 E. River Park Circle, Suite 430
Fresno, California  93720
Attn: Director, WRO
```

ELECTRONICALLY RECORDED STAMPED FIRST PAGE NOW INCORPORATED AS PART OF THE ORIGINAL DOCUMENT.

18311603-A

Loan No. 200638

## SECOND AMENDMENT TO INTERCREDITOR AGREEMENT

This Second Amendment to Intercreditor Agreement (this "**Agreement**") dated effective as of April 15, 2020 is made by and among RABO AGRIFINANCE, LLC, a Delaware limited liability company, formerly known as Rabo Agrifinance, Inc., a Delaware corporation ("**RAF**"), METROPOLITAN TOWER LIFE INSURANCE COMPANY, a Nebraska corporation ("**MetLife Tower**"), and METLIFE REAL ESTATE LENDING LLC, a Delaware limited liability company ("**MetLife**").

### RECITALS

A.   MetLife, MetLife Tower and RAF have previously entered into that certain Intercreditor Agreement dated as of September 18, 2018 and recorded on October 1, 2018 in the Official Records of Cassia County, Idaho as Document No. 2018-003847 and in the Official Records of Jerome County, Idaho as Document No. 2184033, as amended by that certain First Amendment thereto dated as of July 10, 2019 and recorded in the Official Records of Cassia County, Idaho as Document No. 2019002759, in the Official Records of Gooding County, Idaho as Instrument No. 265476 and in the Official Records of Jerome County, Idaho as Document No. 2193388 (as amended, the "**Intercreditor Agreement**"), which was acknowledged by WILLIAM JOHN MILLENKAMP a/k/a Bill Millenkamp, SUSAN JO MILLENKAMP a/k/a Susie Millenkamp, EAST VALLEY CATTLE, LLC, an Idaho limited liability company, MILLENKAMP CATTLE, INC., an Idaho corporation, MILLENKAMP FAMILY LLC, an Idaho limited liability company, IDAHO JERSEY GIRLS JEROME DAIRY LLC, an Idaho limited liability company, GOOSE RANCH LLC, an Idaho limited liability company, and MILLENKAMP PROPERTIES, L.L.C., an Idaho limited liability company (herein, individually and collectively, "**MetLife Borrower**").  Capitalized terms used but not defined herein shall have the meanings given to such terms in the Intercreditor Agreement.

B.   MetLife has agreed to extend an additional loan to MetLife Borrower and certain affiliates of MetLife Borrower, to be evidenced and secured by a promissory note and other documents as more fully set forth below.

1

Second Amendment to Intercreditor Agreement
Millenkamp
Loan No. 200638

104890343.3 0053564-00440

RECORDING REQUESTED BY
AND WHEN RECORDED RETURN TO:
Metropolitan Life Insurance Company
Agricultural Investments
205 E. River Park Circle, Suite 430
Fresno, California  93720
Attn: Director, WRO

18311603-A

---

Loan No. 200638

## SECOND AMENDMENT TO INTERCREDITOR AGREEMENT

This Second Amendment to Intercreditor Agreement (this "**Agreement**") dated effective as of April 15, 2020 is made by and among RABO AGRIFINANCE, LLC, a Delaware limited liability company, formerly known as Rabo Agrifinance, Inc., a Delaware corporation ("**RAF**"), METROPOLITAN TOWER LIFE INSURANCE COMPANY, a Nebraska corporation ("**MetLife Tower**"), and METLIFE REAL ESTATE LENDING LLC, a Delaware limited liability company ("**MetLife**").

### RECITALS

A.    MetLife, MetLife Tower and RAF have previously entered into that certain Intercreditor Agreement dated as of September 18, 2018 and recorded on October 1, 2018 in the Official Records of Cassia County, Idaho as Document No. 2018-003847 and in the Official Records of Jerome County, Idaho as Document No. 2184033, as amended by that certain First Amendment thereto dated as of July 10, 2019 and recorded in the Official Records of Cassia County, Idaho as Document No. 2019002759, in the Official Records of Gooding County, Idaho as Instrument No. 265476 and in the Official Records of Jerome County, Idaho as Document No. 2193388 (as amended, the "**Intercreditor Agreement**"), which was acknowledged by WILLIAM JOHN MILLENKAMP a/k/a Bill Millenkamp, SUSAN JO MILLENKAMP a/k/a Susie Millenkamp, EAST VALLEY CATTLE, LLC, an Idaho limited liability company, MILLENKAMP CATTLE, INC., an Idaho corporation, MILLENKAMP FAMILY LLC, an Idaho limited liability company, IDAHO JERSEY GIRLS JEROME DAIRY LLC, an Idaho limited liability company, GOOSE RANCH LLC, an Idaho limited liability company, and MILLENKAMP PROPERTIES, L.L.C., an Idaho limited liability company (herein, individually and collectively, "**MetLife Borrower**").  Capitalized terms used but not defined herein shall have the meanings given to such terms in the Intercreditor Agreement.

B.    MetLife has agreed to extend an additional loan to MetLife Borrower and certain affiliates of MetLife Borrower, to be evidenced and secured by a promissory note and other documents as more fully set forth below.

1

C. RAF and MetLife have agreed to amend the Intercreditor Agreement to reflect the addition of the new loan, promissory note, security documents and other related loan documents to the terms and conditions of the Intercreditor Agreement, including the defined terms "MetLife", "MetLife Loan", "MetLife Mortgage", "MetLife Notes", "Real Property", and "MetLife Priority Personal Property" and certain other agreements.

NOW, THEREFORE, FOR VALUABLE CONSIDERATION, the receipt and sufficiency of which is hereby acknowledged, RAF and MetLife hereby agree as follows:

AGREEMENT

1. Reaffirmation of Agreement. MetLife, MetLife Tower and RAF hereby each and every term of the Intercreditor Agreement.

2. Amendments to Defined Terms. The definition of "**MetLife Loan**" set forth in the Intercreditor Agreement is hereby revised to mean MetLife Loan Nos. 155534, 199535 as previously agreed, and MetLife Loan No. 200638 in the principal amount of up to $13,000,000.00. The definition of "**MetLife Mortgages**" set forth in the Intercreditor Agreement is hereby revised to include that certain Mortgage, Assignment of Rents, Security Agreement and Fixture Filing executed by MetLife Borrower in favor of Lender, dated as of September 26, 2018 and recorded October 1, 2018 as Document No. 2018-003845 in the records of Cassia County, Idaho, and as Instrument No. 2184031 in the records of Jerome County, Idaho, as modified by that certain First Amendment to Mortgage, Assignment of Rents, Security Agreement and Fixture Filing dated substantially of even date herewith to be recorded in Cassia and Jerome Counties, Idaho (the "**Amended September 2018 Mortgage**"). The definition of "**MetLife Notes**" is hereby revised to include that certain Promissory Note dated April 15, 2020 in the original principal amount of up to $13,000,000.00 and secured by the Amended September 2018 Mortgage. The definition of "**MetLife Borrower**" is hereby revised to add MILLENKAMP PROPERTIES II LLC, an Idaho limited liability company. The definition of "**Borrower**" is hereby revised to add MILLENKAMP PROPERTIES II LLC, an Idaho limited liability company.

3. No Further Amendment. Except as expressly set forth herein, the Intercreditor Agreement shall remain unmodified and in full force and effect. The parties hereby reaffirm the terms of the Intercreditor Agreement as of the date hereof.

4. Counterparts. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original but all of which taken together shall constitute one and the same agreement.

*[signature page follows]*

2

IN WITNESS WHEREOF, the parties hereto have entered into this Second Amendment to Intercreditor Agreement as of the date first above written.

**RAF:**

**RABO AGRIFINANCE, LLC,**
a Delaware limited liability company

By: _____
Name: _____
Title: _____

**METLIFE:**

**METLIFE REAL ESTATE LENDING LLC,**
a Delaware limited liability company

By: MetLife Investment Management, LLC,
its investment manager

By: *Jonathan B. Dressler*
Name: Jonathan B Dressler
Its:  Authorized Signatory
 and Director

**METROPOLITAN TOWER LIFE INSURANCE COMPANY,**
a Nebraska corporation

By: MetLife Investment Management, LLC,
its investment manager

By: *Jonathan B. Dressler*
Name: Jonathan B Dressler
Its:  Authorized Signatory
 and Director

3

Second Amendment to Intercreditor Agreement
Millenkamp
Loan No. 200638

104890343.3 0053564-00440

IN WITNESS WHEREOF, the parties hereto have entered into this Second Amendment to Intercreditor Agreement as of the date first above written.

**RAF:**

RABO AGRIFINANCE, LLC,
a Delaware limited liability company

By: _\[signature\]_
Name: Erwin Samoss
Title: Vice President

**METLIFE:**

METLIFE REAL ESTATE LENDING LLC,
a Delaware limited liability company

By: MetLife Investment Management, LLC,
   its investment manager

   By: _____
   Name: _____
   Its:     Authorized Signatory
            and Director

METROPOLITAN TOWER LIFE INSURANCE COMPANY,
a Nebraska corporation

By: MetLife Investment Management, LLC,
   its investment manager

   By: _____
   Name: _____
   Its:     Authorized Signatory
            and Director

3

STATE OF MISSOURI )
                  ) ss.
County of St. Louis )

On April 14, 2020, before me, the undersigned, a Notary Public in and for said State, personally appeared Erwin Sandee, known or identified to me to be the Vice President of **Rabo Agrifinance, LLC**, the limited liability company that executed the within and foregoing instrument, and acknowledged to me that he executed the same for and on behalf of said corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____
Notary Public for Missouri
Residing at St Louis
My commission expires: 7-16-2021

TAMMIE J. SCOTT
Notary Public – Notary Seal
St Charles County – State of Missouri
Commission Number 13481333
My Commission Expires Jul 16, 2021

4

Second Amendment to Intercreditor Agreement
Millenkamp
Loan No. 200638

104890343.3 0053564-00440

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA  ) 
COUNTY OF Fresno ) ss.
 )

On April 10, 2020 before me, Erin E Thorpe, Notary Public, personally appeared Jonathan B Dressler, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _Erin E Thorpe_ (seal)

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA  ) 
COUNTY OF Fresno ) ss.
 )

[Notary Seal: ERIN E. THORPE, COMM. #2311628, Notary Public - California, Fresno County, My Comm. Expires Dec. 4, 2023]

On April 10, 2020 before me, Erin E Thorpe, Notary Public, personally appeared Jonathan B Dressler, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _Erin E Thorpe_ (seal)

[Notary Seal: ERIN E. THORPE, COMM. #2311628, Notary Public - California, Fresno County, My Comm. Expires Dec. 4, 2023]

5

Second Amendment to Intercreditor Agreement
Millenkamp
Loan No. 200638

104890343.3 0053564-00440

## ACKNOWLEDGMENT BY THE BORROWER

WILLIAM JOHN MILLENKAMP a/k/a Bill Millenkamp, SUSAN JO MILLENKAMP a/k/a Susie Millenkamp, EAST VALLEY CATTLE, LLC, an Idaho limited liability company, MILLENKAMP CATTLE, INC., an Idaho corporation, MILLENKAMP FAMILY LLC, an Idaho limited liability company, IDAHO JERSEY GIRLS JEROME DAIRY LLC, an Idaho limited liability company, GOOSE RANCH LLC, an Idaho limited liability company, and MILLENKAMP PROPERTIES, L.L.C., an Idaho limited liability company, individually and collectively, known as the "**MetLife Borrower**" in the Second Amendment to Intercreditor Agreement (the "**Second Amendment**") to which this acknowledgement is attached, hereby jointly and severally acknowledge and agree as follows: (a) that they have received a copy of the Intercreditor Agreement (as defined in the Second Amendment) and the Second Amendment, consent thereto, and agree to recognize all priorities and other rights granted thereby to the parties thereto, and will do no act or perform any obligation that is not in accordance with the priorities and agreements set forth in the Intercreditor Agreement; and (b) agree, renew and confirm the acknowledgements and agreements contained in the Acknowledgement to the original Intercreditor Agreement.

*[Remainder of this page intentionally left blank.]*

6

IN WITNESS WHEREOF, the parties hereto have entered into this Acknowledgement to as of the date first above written.

**BORROWER:**

Address for notices:
471 North 300 West
Jerome, Idaho  83338

_____
**WILLIAM JOHN MILLENKAMP**

Address for notices:
471 North 300 West
Jerome, Idaho  83338

_____
**SUSAN JO MILLENKAMP**

Address for notices:
471 North 300 West
Jerome, Idaho  83338

**EAST VALLEY CATTLE, LLC**,
an Idaho limited liability company

By: _____
WILLIAM J. MILLENKAMP
Member

Address for notices:
471 North 300 West
Jerome, Idaho  83338

**IDAHO JERSEY GIRLS JEROME DAIRY LLC**,
an Idaho limited liability company

By: _____
WILLIAM J. MILLENKAMP
Manager

Address for notices:
471 North 300 West
Jerome, Idaho  83338

**GOOSE RANCH LLC**,
an Idaho limited liability company

By:   Millenkamp Family LLC,
      an Idaho limited liability company
      its sole member

      By: _____
          WILLIAM J. MILLENKAMP
          Manager

7

Second Amendment to Intercreditor Agreement
Millenkamp
Loan No. 200638

104890343.3 0053564-00440

Address for notices:
471 North 300 West
Jerome, Idaho  83338

**MILLENKAMP PROPERTIES, L.L.C.**,
an Idaho limited liability company

By:  Millenkamp Family LLC,
an Idaho limited liability company
its sole member

By: _____
WILLIAM J. MILLENKAMP
Manager

Address for notices:
471 North 300 West
Jerome, Idaho  83338

**MILLENKAMP CATTLE, INC.**,
an Idaho corporation

By: _____
WILLIAM J. MILLENKAMP
President

By: _____
SUSAN J. MILLENKAMP
Secretary

Address for notices:
471 North 300 West
Jerome, Idaho  83338

**MILLENKAMP FAMILY LLC**,
an Idaho limited liability company

By: _____
WILLIAM J. MILLENKAMP
Manager

Address for notices:
471 North 300 West
Jerome, Idaho  83338

**MILLENKAMP PROPERTIES II LLC**,
an Idaho limited liability company

By:  Millenkamp Family LLC,
an Idaho limited liability company
its sole member

By: _____
WILLIAM J. MILLENKAMP
Manager Manager

8

[*Acknowledgement page follow*]

9

Second Amendment to Intercreditor Agreement
Millenkamp
Loan No. 200638

104890343.3 0053564-00440

ACKNOWLEDGMENTS

STATE OF IDAHO )
 )ss.
COUNTY OF JEROME )

This record was acknowledged before me on April 14, 2020 by WILLIAM JOHN MILLENKAMP.

[Notary stamp: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]

_/s/ Laury Lamb_
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

STATE OF IDAHO )
 )ss.
COUNTY OF JEROME )

This record was acknowledged before me on April 14, 2020, by SUSAN JO MILLENKAMP.

[Notary stamp: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]

_/s/ Laury Lamb_
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

STATE OF IDAHO )
 )ss.
COUNTY OF JEROME )

This record was acknowledged before me on April 14, 2020, by WILLIAM J. MILLENKAMP as the Member of East Valley Cattle, LLC, an Idaho limited liability company.

[Notary stamp: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]

_/s/ Laury Lamb_
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

10

Second Amendment to Intercreditor Agreement
Millenkamp
Loan No. 200638

104890343.3 0053564-00440

STATE OF IDAHO            )
                          )ss.
COUNTY OF JEROME          )

This record was acknowledged before me on April 14, 2020, by WILLIAM J. MILLENKAMP the Manager of Idaho Jersey Girls Jerome Dairy LLC, an Idaho limited liability company.

[Notary Seal: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]

Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/12022

STATE OF IDAHO            )
                          )ss.
COUNTY OF JEROME          )

This record was acknowledged before me on April 14, 2020, by William J. Millenkamp, as the Manager of Millenkamp Family LLC, the sole Member of Goose Ranch LLC, an Idaho limited liability company.

[Notary Seal: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]

Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

STATE OF IDAHO            )
                          )ss.
COUNTY OF JEROME          )

This record was acknowledged before me on April 14, 2020, by William J. Millenkamp, as Manager of Millenkamp Family LLC, an Idaho limited liability company, the sole Member of Millenkamp Properties, L.L.C., an Idaho limited liability company.

[Notary Seal: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]

Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

11

Second Amendment to Intercreditor Agreement
Millenkamp
Loan No. 200638

104890343.3 0053564-00440

STATE OF IDAHO           )
                         )ss.
COUNTY OF JEROME         )

This record was acknowledged before me on April 14, 2020, by WILLIAM J. MILLENKAMP, the President of Millenkamp Cattle, Inc.

*[Notary seal: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]*

_____
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

STATE OF IDAHO           )
                         )ss.
COUNTY OF JEROME         )

This record was acknowledged before me on April 14, 2020, by SUSAN J. MILLENKAMP, the Secretary of Millenkamp Cattle, Inc.

*[Notary seal: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]*

_____
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

STATE OF IDAHO           )
                         )ss.
COUNTY OF JEROME         )

This record was acknowledged before me on April 14, 2020, by WILLIAM J. MILLENKAMP, the Manager of Millenkamp Family LLC.

*[Notary seal: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]*

_____
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

12

Second Amendment to Intercreditor Agreement
Millenkamp
Loan No. 200638

104890343.3 0053564-00440

STATE OF IDAHO           )
                         )ss.
COUNTY OF JEROME         )

This record was acknowledged before me on April 14, 2020, by William J. Millenkamp, as Manager of Millenkamp Family LLC, an Idaho limited liability company, the sole Member of Millenkamp Properties II LLC, an Idaho limited liability company.

*[Notary seal: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]*

_____
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

13

Second Amendment to Intercreditor Agreement
Millenkamp
Loan No. 200638

104890343.3 0053564-00440