3

CASSIA COUNTY
RECORDED FOR:
TITLEONE - TWIN FALLS
12:57:30 PM 04-21-2021
**2021-002102**
NO. PAGES: 16    FEE: $57.00
**JOSEPH W. LARSEN
COUNTY CLERK
DEPUTY: EV**
Electronically Recorded by Simplifile

RECORDING REQUESTED BY
AND WHEN RECORDED RETURN TO:
MetLife Real Estate Lending LLC
c/o MetLife Investment Management
Agricultural Investments
205 E. River Park Circle, Suite 430
Fresno, California  93720
Attn: Director

18311603-B

Loan Nos. 201559, 201560

### THIRD AMENDMENT TO INTERCREDITOR AGREEMENT

This Third Amendment to Intercreditor Agreement (this "**Agreement**") dated effective as of April 21, 2021 is made by and among RABO AGRIFINANCE, LLC, a Delaware limited liability company, formerly known as Rabo Agrifinance, Inc., a Delaware corporation ("**RAF**"), METROPOLITAN TOWER LIFE INSURANCE COMPANY, a Nebraska corporation ("**MetLife Tower**"), and METLIFE REAL ESTATE LENDING LLC, a Delaware limited liability company ("**MetLife**").

RECITALS

A.   MetLife, MetLife Tower and RAF have previously entered into that certain Intercreditor Agreement dated as of September 18, 2018 and recorded on October 1, 2018 in the Official Records of Cassia County, Idaho as Document No. 2018-003847 and in the Official Records of Jerome County, Idaho as Document No. 2184033, as amended by that certain First Amendment thereto dated as of July 10, 2019 and recorded in the Official Records of Cassia County, Idaho as Document No. 2019002759, in the Official Records of Gooding County, Idaho as Instrument No. 265476 and in the Official Records of Jerome County, Idaho as Document No. 2193388, and as further amended by that certain Second Amendment thereto dated as of April 15, 2020 and recorded in the Official Records of Cassia County, Idaho as Document No. 2020-001709, and in the Official Records of Jerome County, Idaho as Document No. 2201726 (as amended, the "**Intercreditor Agreement**"), which was acknowledged by WILLIAM JOHN MILLENKAMP a/k/a Bill Millenkamp, SUSAN JO MILLENKAMP a/k/a Susie Millenkamp, EAST VALLEY CATTLE, LLC, an Idaho limited liability company, MILLENKAMP CATTLE, INC., an Idaho corporation, MILLENKAMP FAMILY LLC, an Idaho limited liability company, IDAHO JERSEY GIRLS JEROME DAIRY LLC, an Idaho limited liability company, GOOSE RANCH LLC, an Idaho limited liability company, MILLENKAMP PROPERTIES, L.L.C., an Idaho limited liability company, and MILLENKAMP PROPERTIES II, LLC, an Idaho limited liability company (herein, individually and collectively, "**MetLife Borrower**").  Capitalized terms used but not defined herein shall have the meanings given to such terms in the Intercreditor Agreement.

B.   MetLife has agreed to extend its additional Loan Nos. 201559 and 201560 to MetLife Borrower (the "**Additional Loans**") to be evidenced by (i) that certain Promissory Note D dated

1

Third Amendment to Intercreditor Agreement
Millenkamp
Loan Nos. 201559 and 201560
109818237.2 0053564-00504

EXHIBIT
**19**

RECORDING REQUESTED BY
AND WHEN RECORDED RETURN TO:
MetLife Real Estate Lending LLC
c/o MetLife Investment Management
Agricultural Investments
205 E. River Park Circle, Suite 430
Fresno, California 93720
Attn: Director

**Instrument # 2212267**
JEROME COUNTY, JEROME, IDAHO
04-21-2021    12:27:54 PM    No. of Pages: 16
Recorded for: TITLEONE - TWIN FALLS
MICHELLE EMERSON    Fee: $45.00
Ex-Officio Recorder Deputy: jw
Electronically Recorded by Simplifile

18311603-B

Loan Nos. 201559, 201560

## THIRD AMENDMENT TO INTERCREDITOR AGREEMENT

This Third Amendment to Intercreditor Agreement (this "**Agreement**") dated effective as of April 21, 2021 is made by and among RABO AGRIFINANCE, LLC, a Delaware limited liability company, formerly known as Rabo Agrifinance, Inc., a Delaware corporation ("**RAF**"), METROPOLITAN TOWER LIFE INSURANCE COMPANY, a Nebraska corporation ("**MetLife Tower**"), and METLIFE REAL ESTATE LENDING LLC, a Delaware limited liability company ("**MetLife**").

### RECITALS

A.    MetLife, MetLife Tower and RAF have previously entered into that certain Intercreditor Agreement dated as of September 18, 2018 and recorded on October 1, 2018 in the Official Records of Cassia County, Idaho as Document No. 2018-003847 and in the Official Records of Jerome County, Idaho as Document No. 2184033, as amended by that certain First Amendment thereto dated as of July 10, 2019 and recorded in the Official Records of Cassia County, Idaho as Document No. 2019002759, in the Official Records of Gooding County, Idaho as Instrument No. 265476 and in the Official Records of Jerome County, Idaho as Document No. 2193388, and as further amended by that certain Second Amendment thereto dated as of April 15, 2020 and recorded in the Official Records of Cassia County, Idaho as Document No. 2020-001709, and in the Official Records of Jerome County, Idaho as Document No. 2201726 (as amended, the "**Intercreditor Agreement**"), which was acknowledged by WILLIAM JOHN MILLENKAMP a/k/a Bill Millenkamp, SUSAN JO MILLENKAMP a/k/a Susie Millenkamp, EAST VALLEY CATTLE, LLC, an Idaho limited liability company, MILLENKAMP CATTLE, INC., an Idaho corporation, MILLENKAMP FAMILY LLC, an Idaho limited liability company, IDAHO JERSEY GIRLS JEROME DAIRY LLC, an Idaho limited liability company, GOOSE RANCH LLC, an Idaho limited liability company, MILLENKAMP PROPERTIES, L.L.C., an Idaho limited liability company, and MILLENKAMP PROPERTIES II, LLC, an Idaho limited liability company (herein, individually and collectively, "**MetLife Borrower**"). Capitalized terms used but not defined herein shall have the meanings given to such terms in the Intercreditor Agreement.

B.    MetLife has agreed to extend its additional Loan Nos. 201559 and 201560 to MetLife Borrower (the "**Additional Loans**") to be evidenced by (i) that certain Promissory Note D dated

1

substantially of even date herewith executed by MetLife Borrower to the order of MetLife in the original principal amount of up to $17,954,226.00, and (ii) that certain Promissory Note E dated substantially of even date herewith executed by MetLife Borrower to the order of MetLife in the original principal amount of $15,978,409 ("**Note E**") (individually and together, the "**Additional Notes**") . MetLife Borrower shall contribute the additional real property situated in Cassia County, Idaho and described on Exhibit A-1 attached hereto (the "**Additional Property**") as collateral securing the MetLife Loan and the Additional Loans.

        C.      RAF, certain financial institutions, and Borrower (as defined below) are entering into a Third Amended and Restated Loan and Security Agreement dated as of the date hereof.

        D.      RAF and MetLife have agreed to amend the Intercreditor Agreement to reflect the addition of the new loans, promissory notes, security documents and other related loan documents to the terms and conditions of the Intercreditor Agreement, including the defined terms set forth below.

NOW, THEREFORE, FOR VALUABLE CONSIDERATION, the receipt and sufficiency of which is hereby acknowledged, RAF, MetLife and MetLife Tower hereby agree as follows:

## AGREEMENT

        1.      Reaffirmation of Agreement.  MetLife, MetLife Tower and RAF hereby each and every term of the Intercreditor Agreement.

        2.      Amendments to Defined Terms.  The definition of "**MetLife Loan**" set forth in the Intercreditor Agreement is hereby revised to mean MetLife Loan Nos. 155534, 199535 as previously agreed, and MetLife Loan No. 200638 in the principal amount of up to $13,000,000.00.  The definition of "**MetLife Mortgages**" set forth in the Intercreditor Agreement is hereby revised to include that certain Mortgage, Assignment of Rents, Security Agreement and Fixture Filing executed by MetLife Borrower in favor of Lender, dated as of September 26, 2018 and recorded October 1, 2018 as Document No. 2018-003845 in the records of Cassia County, Idaho, and as Instrument No. 2184031 in the records of Jerome County, Idaho, as modified by that certain First Amendment to Mortgage, Assignment of Rents, Security Agreement and Fixture Filing dated substantially of even date herewith to be recorded in Cassia and Jerome Counties, Idaho (the "**Amended September 2018 Mortgage**").  The definition of "**MetLife Notes**" is hereby revised to include that certain Promissory Note dated April 15, 2020 in the original principal amount of up to $13,000,000.00 and secured by the Amended September 2018 Mortgage. The definition of "**MetLife Borrower**" is hereby revised to add MILLENKAMP PROPERTIES II LLC, an Idaho limited liability company.  The definition of "**Borrower**" is hereby revised to add MILLENKAMP PROPERTIES II LLC, an Idaho limited liability company, BLACK PINE CATTLE, LLC, an Idaho limited liability company, and MILLENKAMP ENTERPRISES LLC, an Idaho limited liability company.

        3.      No Further Amendment.  Except as expressly set forth herein, the Intercreditor Agreement shall remain unmodified and in full force and effect. The parties hereby reaffirm the terms of the Intercreditor Agreement as of the date hereof.

        4.      Counterparts.  This Agreement may be executed in one or more counterparts, each of which shall be deemed an original but all of which taken together shall constitute one and the same agreement.

*[signature page follows]*

2

Third Amendment to Intercreditor Agreement
Millenkamp
Loan Nos. 201559 and 201560
109818237.2 0053564-00504

IN WITNESS WHEREOF, the parties hereto have entered into this Second Amendment to Intercreditor Agreement as of the date first above written.

**RAF:**

RABO AGRIFINANCE, LLC,
a Delaware limited liability company

By: _____
Name: _Charles Hopkins_
Title: _Vice President_

**METLIFE:**

METLIFE REAL ESTATE LENDING LLC,
a Delaware limited liability company

By: MetLife Investment Management, LLC,
    its investment manager

    By: _____
    Name: _____
    Its:    Authorized Signatory
         and Director

METROPOLITAN TOWER LIFE INSURANCE
COMPANY, a Nebraska corporation

By: MetLife Investment Management, LLC,
    its investment manager

    By: _____
    Name: _____
    Its:    Authorized Signatory
         and Director

3

IN WITNESS WHEREOF, the parties hereto have entered into this Second Amendment to Intercreditor Agreement as of the date first above written.

**RAF:**

RABO AGRIFINANCE, LLC,
a Delaware limited liability company

By: _____
Name: _____
Title: _____

**METLIFE:**

METLIFE REAL ESTATE LENDING LLC,
a Delaware limited liability company

By: MetLife Investment Management, LLC,
its investment manager

By: *[signature]*
Name: Jonathan B. Dressler
Its: Authorized Signatory and Director

METROPOLITAN TOWER LIFE INSURANCE COMPANY, a Nebraska corporation

By: MetLife Investment Management, LLC,
its investment manager

By: *[signature]*
Name: Jonathan B. Dressler
Its: Authorized Signatory and Director

3

Third Amendment to Intercreditor Agreement
Millenkamp
Loan Nos. 201559 and 201560
109818237.2 0053564-00504

STATE OF ~~MISSOURI~~ Idaho  ）
）ss.
County of Bonneville ）

On April 20, 2021, before me, the undersigned, a Notary Public in and for said State, personally appeared Charles Hopkins, known or identified to me to be the Vice President of **Rabo Agrifinance, LLC**, the limited liability company that executed the within and foregoing instrument, and acknowledged to me that he executed the same for and on behalf of said corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____
Notary Public for ~~Missouri~~ Idaho
Residing at Idaho Falls
My commission expires: 3/27/2026

```
AMY THURMAN
COMMISSION #20201115
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 03/27/2026
```

4

Third Amendment to Intercreditor Agreement
Millenkamp
Loan Nos. 201559 and 201560
109818237.2 0053564-00504

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF __Fresno__       )

On __April 19__, 2021 before me, __Erin E Thorpe__, Notary Public, personally appeared __Jonathan B. Dressler__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature: __Erin E Thorpe__        (seal)

ERIN E. THORPE
COMM. #2311628
Notary Public - California
Fresno County
My Comm. Expires Dec. 4, 2023

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF _____ )

On _____, 2021 before me, _____, Notary Public, personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature: _____        (seal)

5

Third Amendment to Intercreditor Agreement
Millenkamp
Loan Nos. 201559 and 201560
109818237.2 0053564-00504

ACKNOWLEDGMENT BY THE BORROWER

WILLIAM JOHN MILLENKAMP a/k/a Bill Millenkamp, SUSAN JO MILLENKAMP a/k/a Susie Millenkamp, EAST VALLEY CATTLE, LLC, an Idaho limited liability company, MILLENKAMP CATTLE, INC., an Idaho corporation, MILLENKAMP FAMILY LLC, an Idaho limited liability company, IDAHO JERSEY GIRLS JEROME DAIRY LLC, an Idaho limited liability company, GOOSE RANCH LLC, an Idaho limited liability company, and MILLENKAMP PROPERTIES, L.L.C., an Idaho limited liability company, individually and collectively, known as the "**MetLife Borrower**" in the Second Amendment to Intercreditor Agreement (the "**Second Amendment**") to which this acknowledgement is attached, hereby jointly and severally acknowledge and agree as follows: (a) that they have received a copy of the Intercreditor Agreement (as defined in the Second Amendment) and the Second Amendment, consent thereto, and agree to recognize all priorities and other rights granted thereby to the parties thereto, and will do no act or perform any obligation that is not in accordance with the priorities and agreements set forth in the Intercreditor Agreement; and (b) agree, renew and confirm the acknowledgements and agreements contained in the Acknowledgement to the original Intercreditor Agreement.

*[Remainder of this page intentionally left blank.]*

IN WITNESS WHEREOF, the parties hereto have entered into this Acknowledgement to as of the date first above written.

Address for notices:
471 North 300 West
Jerome, Idaho  83338

**BORROWER:**

*/s/ William John Millenkamp/*
**WILLIAM JOHN MILLENKAMP**

Address for notices:
471 North 300 West
Jerome, Idaho  83338

*/s/ Susan Jo Millenkamp/*
**SUSAN JO MILLENKAMP**

Address for notices:
471 North 300 West
Jerome, Idaho  83338

**EAST VALLEY CATTLE, LLC**,
an Idaho limited liability company

By: */s/ William J. Millenkamp/*
WILLIAM J. MILLENKAMP
Member

Address for notices:
471 North 300 West
Jerome, Idaho  83338

**IDAHO JERSEY GIRLS JEROME DAIRY LLC**,
an Idaho limited liability company

By: */s/ William J. Millenkamp/*
WILLIAM J. MILLENKAMP
Manager

Address for notices:
471 North 300 West
Jerome, Idaho  83338

**GOOSE RANCH LLC**,
an Idaho limited liability company

By:  Millenkamp Family LLC,
     an Idaho limited liability company
     its sole member

     By: */s/ William J. Millenkamp/*
         WILLIAM J. MILLENKAMP
         Manager

7

Third Amendment to Intercreditor Agreement
Millenkamp
Loan Nos. 201559 and 201560
109818237.2 0053564-00504

Address for notices:
471 North 300 West
Jerome, Idaho 83338

**MILLENKAMP PROPERTIES, L.L.C.**,
an Idaho limited liability company

By: Millenkamp Family LLC,
an Idaho limited liability company
its sole member

By: _____
WILLIAM J. MILLENKAMP
Manager

Address for notices:
471 North 300 West
Jerome, Idaho 83338

**MILLENKAMP CATTLE, INC.**,
an Idaho corporation

By: _____
WILLIAM J. MILLENKAMP
President

By: _____
SUSAN J. MILLENKAMP
Secretary

Address for notices:
471 North 300 West
Jerome, Idaho 83338

**MILLENKAMP FAMILY LLC**,
an Idaho limited liability company

By: _____
WILLIAM J. MILLENKAMP
Manager

Address for notices:
471 North 300 West
Jerome, Idaho 83338

**MILLENKAMP PROPERTIES II LLC**,
an Idaho limited liability company

By: Millenkamp Family LLC,
an Idaho limited liability company
its sole member

By: _____
WILLIAM J. MILLENKAMP
Manager

[*Acknowledgement page follow*]

8

Third Amendment to Intercreditor Agreement
Millenkamp
Loan Nos. 201559 and 201560
109818237.2 0053564-00504

ACKNOWLEDGMENTS

STATE OF IDAHO )
)ss.
COUNTY OF Jerome )

This record was acknowledged before me on April 19, 2021 by WILLIAM JOHN MILLENKAMP.

*[Signature: Laury Lamb]*
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

**[Seal: LAURY LAMB COMMISSION #41905 NOTARY PUBLIC STATE OF IDAHO]**

STATE OF IDAHO )
)ss.
COUNTY OF Jerome )

This record was acknowledged before me on April 19, 2021, by SUSAN JO MILLENKAMP.

*[Signature: Laury Lamb]*
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

**[Seal: LAURY LAMB COMMISSION #41905 NOTARY PUBLIC STATE OF IDAHO]**

STATE OF IDAHO )
)ss.
COUNTY OF Jerome )

This record was acknowledged before me on April 19, 2021, by WILLIAM J. MILLENKAMP as the Member of East Valley Cattle, LLC, an Idaho limited liability company.

*[Signature: Laury Lamb]*
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

**[Seal: LAURY LAMB COMMISSION #41905 NOTARY PUBLIC STATE OF IDAHO]**

STATE OF IDAHO )

9

Third Amendment to Intercreditor Agreement
Millenkamp
Loan Nos. 201559 and 201560
109818237.2 0053564-00504

**STATE OF IDAHO** )
)ss.
COUNTY OF Jerome )

This record was acknowledged before me on April 19, 2021, by WILLIAM J. MILLENKAMP the Manager of Idaho Jersey Girls Jerome Dairy LLC, an Idaho limited liability company.

*[Notary seal: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]*

Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

STATE OF IDAHO )
)ss.
COUNTY OF Jerome )

This record was acknowledged before me on April 19, 2021, by William J. Millenkamp, as the Manager of Millenkamp Family LLC, the sole Member of Goose Ranch LLC, an Idaho limited liability company.

*[Notary seal: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]*

Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

STATE OF IDAHO )
)ss.
COUNTY OF Jerome )

This record was acknowledged before me on April 19, 2021, by William J. Millenkamp, as Manager of Millenkamp Family LLC, an Idaho limited liability company, the sole Member of Millenkamp Properties, L.L.C., an Idaho limited liability company.

*[Notary seal: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]*

Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

10

STATE OF IDAHO          )
                        )ss.
COUNTY OF Jerome        )

This record was acknowledged before me on April 19, 2021, by WILLIAM J. MILLENKAMP, the President of Millenkamp Cattle, Inc.

[LAURY LAMB / COMMISSION #41905 / NOTARY PUBLIC / STATE OF IDAHO]

Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

STATE OF IDAHO          )
                        )ss.
COUNTY OF Jerome        )

This record was acknowledged before me on April 19, 2021, by SUSAN J. MILLENKAMP, the Secretary of Millenkamp Cattle, Inc.

[LAURY LAMB / COMMISSION #41905 / NOTARY PUBLIC / STATE OF IDAHO]

Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: //STATE OF IDAHO///// 04/02/2022

STATE OF IDAHO          )
                        )ss.
COUNTY OF Jerome        )

This record was acknowledged before me on April 19, 2021, by WILLIAM J. MILLENKAMP, the Manager of Millenkamp Family LLC.

[LAURY LAMB / COMMISSION #41905 / NOTARY PUBLIC / STATE OF IDAHO]

Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

11

STATE OF IDAHO             )
                           )ss.
COUNTY OF  Jerome          )

This record was acknowledged before me on April 19, 2021, by William J. Millenkamp, as Manager of Millenkamp Family LLC, an Idaho limited liability company, the sole Member of Millenkamp Properties II LLC, an Idaho limited liability company.

_____
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

[Notary Seal: LAURY LAMB / COMMISSION #41905 / NOTARY PUBLIC / STATE OF IDAHO]

12

<u>**EXHIBIT A-1**</u>

**Additional Property**

TRACT NO. 7 - CASSIA COUNTY

PARCEL NO. 1:

TOWNSHIP 12 SOUTH, RANGE 28 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 2: W½SW¼

Section 3: SE¼, E½SW¼, S½NW¼

Section 4: All

Section 9: SW¼

Section 10: All

Section 11: W½NW¼, NW¼SW¼; W½SE¼, SW¼SW¼, E½SW¼, SE¼NW¼, SW¼NE¼

Section 13: W½, W½E½

Section 14: All

Section 15: All

TOWNSHIP 12 SOUTH, RANGE 28 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 3: Lots 2, 3, 4 and W½SW¼

SAVE AND EXCEPT, the following described property:

Part of Lot 4, more particularly described as follows:

Beginning at the Northwest corner of said Section 3, said corner marked by a U.S. General Land Office pipe with cap; Thence South 89°27'00" East along section line for 42.58 feet to a ½ inch rebar which shall be the POINT OF BEGINNING;
Thence South 89°27'00" East along section for 226.35 feet to a ½ inch rebar;
Thence South 2°34'06" West for 238.97 feet to a ½ inch rebar;
Thence North 88°01'42" West for 212.97 feet to a ½ inch rebar in the center of a gravel road;
Thence North 0°40'58" West along the center of said road for 233.59 feet to the POINT OF BEGINNING.

PARCEL NO. 2:

TOWNSHIP 12 SOUTH, RANGE 28 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

13

Third Amendment to Intercreditor Agreement
Millenkamp
Loan Nos. 201559 and 201560
109818237.2 0053564-00504

Section 3: Part of Lot 4, more particularly described as follows:

Beginning at the Northwest corner of said Section 3, said corner marked by a U.S. General Land Office pipe with cap; Thence South 89°27'00" East along section line for 42.58 feet to a ½ inch rebar which shall be the POINT OF BEGINNING;
Thence South 89°27'00" East along section for 226.35 feet to a ½ inch rebar;
Thence South 2°34'06" West for 238.97 feet to a ½ inch rebar;
Thence North 88°01'42" West for 212.97 feet to a ½ inch rebar in the center of a gravel road;
Thence North 0°40'58" West along the center of said road for 233.59 feet to the POINT OF BEGINNING.

PARCEL NO. 3:

TOWNSHIP 12 SOUTH, RANGE 28 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 9: E½

PARCEL NO. 4:

TOWNSHIP 11 SOUTH, RANGE 28 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 35: SE¼NE¼ and E½SE¼

Section 34: Part of the SE¼SW¼ more particularly described as follows:

Beginning at the Southwest corner of the SE¼SW¼ of Section 34, the TRUE POINT OF BEGINNING;
Thence North along the West boundary of the SE¼SW¼ of Section 34 for 400 feet;
Thence East along a line parallel to the South boundary of said SE¼SW¼, Section 34 for 600 feet;
Thence South 400 feet to the South boundary of the SE¼SW¼ of Section 34;
Thence West along the South boundary of the SE¼SW¼ of Section 34 for 600 feet to the POINT OF BEGINNING.

EASEMENT NO. 1:

A 25 foot easement for ingress and egress to the E½SE¼ of Section 35, Township 11 South, Range 28 East, Boise Meridian and for Section 36, Township 11 South, Range 28 East Boise Meridian, as reserved in Warranty Deed dated April 1, 1986 and recorded May 8, 1986 as Instrument No. 178224 on Film No. 180, records of Cassia County, Idaho, more particularly described as follows:

Beginning at the Southwest corner of the E½SW¼, Section 34, Township 11 South, Range 28 East Boise Meridian;
Thence East along the North boundary of Section 3, Township 12 South, Range 28 East of the Boise Meridian to a point that is 25 feet West of the Northeast corner of said Section 3;
Thence South 25 feet;
Thence East 25 feet to the East boundary of said Section 3;
Thence continuing East and 25 feet South of the North boundary of Section 2, Township 12 South, Range 28 East, Boise Meridian, to the East boundary of said Section 2;

14

Thence North 25 feet to the Northeast corner of said Section 2;
Thence West along the North boundary of said Section 2 to the Northwest corner of said Section 2;
Thence North 25 feet;
Thence West to the West boundary of the E½SW¼ of Section 34, Township 11 South, Range 28 East Boise Meridian;
Thence South 25 feet to the POINT OF BEGINNING.

Third Amendment to Intercreditor Agreement
Millenkamp
Loan Nos. 201559 and 201560
109818237.2 0053564-00504