IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the day and year first above written.

First Lender:

**METLIFE REAL ESTATE LENDING LLC,**
a Delaware limited liability company

By:   MetLife Investment Management, LLC,
a Delaware limited liability company,
its investment manager

By: _____
Name: Douglas A. Gibson
Title: Authorized Signatory and Director

Second Lender:

**RABO AGRIFINANCE, LLC,**
a Delaware limited liability company, in its capacity as agent for the benefit of certain lenders and other secured parties

By: _Michael Hayes_
Name: MICHAEL HAYES
Title: VP

**METROPOLITAN LIFE INSURANCE COMPANY**, a New York corporation

By:   MetLife Investment Management, LLC,
a Delaware limited liability company,
its investment manager

By: _____
Name: Douglas A. Gibson
Title: Authorized Signatory and Director

STATE OF _Minnesota_ )
                     ) ss.
COUNTY OF _Hennepin_ )

On _October 3_, 2022, before me the undersigned, a Notary Public in and for said State, personally appeared _MICHAEL HAYES_, know or identified to me to be the _VICE PRESIDENT_ of **Rabo Agrifinance LLC**, the limited liability company that executed the within and foregoing instrument, and acknowledged to me that they executed the same for and on behalf of said limited liability company.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

[SEAL]



Signature: _Benjamin Ramli_
Notary Public in and for said
County and State _HENNEPIN, MN_

My Commission Expires: _1/31/2024_

## ACKNOWLEDGEMENT OF DEBTORS

The undersigned Debtors consent to the foregoing Subordination and Intercreditor Agreement and acknowledge that they are not third party beneficiaries of such Agreement; and Debtors waive any claim or right against any of the parties thereto arising by virtue of said Agreement.

_____
WILLIAM JOHN MILLENKAMP

_____
SUSAN JO MILLENKAMP


EAST VALLEY CATTLE, LLC,
an Idaho limited liability company

By: _____
WILLIAM J. MILLENKAMP
Manager


IDAHO JERSEY GIRLS JEROME DAIRY LLC,
an Idaho limited liability company

By: _____
WILLIAM J. MILLENKAMP
Manager


IDAHO JERSEY GIRLS LLC,
an Idaho limited liability company

By: _____
WILLIAM J. MILLENKAMP
Manager


*[Subordination and Intercreditor Agreement Signature Pages]*

Subordination and Intercreditor Agreement
Millenkamp

GOOSE RANCH LLC,
an Idaho limited liability company

By:   Millenkamp Family LLC
      an Idaho limited liability company
      its sole member

      By: _____
          WILLIAM J. MILLENKAMP
          Manager

MILLENKAMP PROPERTIES, L.L.C.,
an Idaho limited liability company

By:   Millenkamp Family LLC
      an Idaho limited liability company
      its sole member

      By: _____
          WILLIAM J. MILLENKAMP
          Manager

MILLENKAMP PROPERTIES II, LLC,
an Idaho limited liability company

By:   Millenkamp Family LLC
      an Idaho limited liability company
      its sole member

      By: _____
          WILLIAM J. MILLENKAMP
          Manager

[*Subordination and Intercreditor Agreement Signature Pages*]

Subordination and Intercreditor Agreement
Millenkamp

MILLENKAMP CATTLE, INC.,
an Idaho corporation

By: _/s/ William J. Millenkamp_
WILLIAM J. MILLENKAMP
President

By: _/s/ Susan J. Millenkamp_
SUSAN J. MILLENKAMP
Secretary

MILLENKAMP FAMILY LLC,
an Idaho limited liability company

By: _/s/ William J. Millenkamp_
WILLIAM J. MILLENKAMP
Manager

*[Acknowledgement pages follow]*

*[Subordination and Intercreditor Agreement Signature Pages]*

Subordination and Intercreditor Agreement
Millenkamp

STATE OF IDAHO )
)ss.
COUNTY OF Jerome )

This record was acknowledged before me on Sept 13, 2022 by WILLIAM JOHN MILLENKAMP.

*Lisa Nelson*
Notary Public for Idaho
Printed Name: Lisa Nelson
Commission Expires: April 13, 2024

STATE OF IDAHO )
)ss.
COUNTY OF Jerome )

This record was acknowledged before me on Sept 14, 2022, by SUSAN JO MILLENKAMP.

*Lisa Nelson*
Notary Public for Idaho
Printed Name: Lisa Nelson
Commission Expires: April 13, 2024

STATE OF IDAHO )
)ss.
COUNTY OF Jerome )

This record was acknowledged before me on Sept 13, 2022, by WILLIAM J. MILLENKAMP as the Member/Manager of East Valley Cattle, LLC, an Idaho limited liability company.

*Lisa Nelson*
Notary Public for Idaho
Printed Name: Lisa Nelson
Commission Expires: April 13, 2024

*[Acknowledgement pages continued]*

*[Subordination and Intercreditor Agreement Signature Pages]*
Subordination and Intercreditor Agreement
Millenkamp

STATE OF IDAHO              )
                            )ss.
COUNTY OF __Jerome__        )

This record was acknowledged before me on __Sept 13__, 2022, by WILLIAM J. MILLENKAMP the Manager of Idaho Jersey Girls Jerome Dairy LLC, an Idaho limited liability company.

_____Lisa Nelson_____
Notary Public for Idaho
Printed Name: __Lisa Nelson__
Commission Expires: __April 13, 2024__

STATE OF IDAHO              )
                            )ss.
COUNTY OF __Jerome__        )

This record was acknowledged before me on __Sept 13__, 2022, by WILLIAM J. MILLENKAMP the Manager of Idaho Jersey Girls LLC, an Idaho limited liability company.

_____Lisa Nelson_____
Notary Public for Idaho
Printed Name: __Lisa Nelson__
Commission Expires: __April 13, 2024__

STATE OF IDAHO              )
                            )ss.
COUNTY OF __Jerome__        )

This record was acknowledged before me on __Sept 13__, 2022, by William J. Millenkamp, as the Manager of Millenkamp Family LLC, the sole Member of Goose Ranch LLC, an Idaho limited liability company.

_____Lisa Nelson_____
Notary Public for Idaho
Printed Name: __Lisa Nelson__
Commission Expires: __April 13, 2024__

*[Acknowledgement pages continued]*

*[Subordination and Intercreditor Agreement Signature Pages]*

Subordination and Intercreditor Agreement
Millenkamp

STATE OF IDAHO )
)ss.
COUNTY OF __Jerome__ )

This record was acknowledged before me on __Sept__ __13__, 2022, by William J. Millenkamp, as Manager of Millenkamp Family LLC, an Idaho limited liability company, the sole Member of Millenkamp Properties, L.L.C., an Idaho limited liability company.

_____Lisa Nelson_____
Notary Public for Idaho
Printed Name: __Lisa Nelson__

STATE OF IDAHO )
)ss.
COUNTY OF __Jerome__ )

This record was acknowledged before me on __Sept__ __13__, 2022, by William J. Millenkamp, as Manager of Millenkamp Family LLC, an Idaho limited liability company, the sole Member of Millenkamp Properties II LLC, an Idaho limited liability company.

_____Lisa Nelson_____
Notary Public for Idaho
Printed Name: __Lisa Nelson__

STATE OF IDAHO )
)ss.
COUNTY OF __Jerome__ )

This record was acknowledged before me on __Sept__ __13__, 2022, by WILLIAM J. MILLENKAMP, the President of Millenkamp Cattle, Inc.

_____Lisa Nelson_____
Notary Public for Idaho
Printed Name: __Lisa Nelson__
Commission Expires: __April 13, 2024__

*[Acknowledgement pages continued]*

*[Subordination and Intercreditor Agreement Signature Pages]*

Subordination and Intercreditor Agreement
Millenkamp

STATE OF IDAHO         )
                       )ss.
COUNTY OF  Jerome      )

This record was acknowledged before me on **Sept 14**, 2022, by SUSAN J. MILLENKAMP, the Secretary of Millenkamp Cattle, Inc.

                     _Lisa Nelson_
Notary Public for Idaho
Printed Name: Lisa Nelson
Commission Expires: April 13, 2024

STATE OF IDAHO         )
                       )ss.
COUNTY OF  Jerome      )

This record was acknowledged before me on **Sept 13**, 2022, by WILLIAM J. MILLENKAMP, the Manager of Millenkamp Family LLC.

                     _Lisa Nelson_
Notary Public for Idaho
Printed Name: Lisa Nelson
Commission Expires: April 13, 2024

*[Subordination and Intercreditor Agreement Signature Pages]*

Subordination and Intercreditor Agreement
Millenkamp

# EXHIBIT "A"

## DESCRIPTION OF REAL ESTATE

[*begins on following page*]

TRACT A - CASSIA COUNTY

PARCEL NO. 1:
TOWNSHIP 12 SOUTH, RANGE 26 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 1:        SW¼SE¼

Section 12:       NW¼NE¼

PARCEL NO. 2:
TOWNSHIP 12 SOUTH, RANGE 26 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 1:        NW¼SE¼

PARCEL NO. 3:
TOWNSHIP 12 SOUTH, RANGE 26 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 1:        Lots 1, 2, 3, and 4, S½NW¼, NE¼SE¼, S½NE¼

Section 2:        Lots 1 and 2, S½NE¼

PARCEL NO. 4:
TOWNSHIP 11 SOUTH, RANGE 26 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 36:       W½

Section 35:       E½ EXCEPTING THEREFROM:

Beginning at a point which is 25 feet West and 20 feet North of the Southeast corner of said Section 35;
Thence West 100 feet;
Thence North 100 feet;
Thence East 100 feet;
Thence South 100 feet to the Point of Beginning.

        ALSO EXCEPTING the following described tract:

Part of the SW¼SE¼, more particularly described as follows:

Beginning at the South ¼ section corner of said Section 35, said corner marked by a 5/8 inch rebar; Thence South 89°48'07" East along the South line of Section 35 for a distance of 35.00 feet to a ½ inch rebar which shall be the Point of Beginning;
Thence North 00°11'53" East for a distance of 219.16 feet to a ½ inch rebar;
Thence North 49°21'41" East for a distance of 346.29 feet to a ½ inch rebar;
Thence along a non-tangent curve to the left for a distance of 836.37 feet to a ½ inch rebar; said curve having a radius of 1358.85 feet and a central angle of 35°15'56" with a long chord of bearing of South 58°38'55" East for a distance of 823.23 feet;
Thence South 00°11'53" West for a distance of 19.72 feet to a ½ inch rebar on the South line of Section 35;
Thence North 89°48'07" West along the South line of Section 35 for a distance of 966.50 feet to the Point of Beginning.

PARCEL NO. 5:
TOWNSHIP 12 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 1:        N½, EXCEPT the following described tract:

Beginning at the Northwest corner and running thence East 250 feet;
Thence South 174 feet;
Thence West 250 feet;
Thence North 174 feet to the Point of Beginning.

PARCEL NO. 6:
TOWNSHIP 12 SOUTH, RANGE 28 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 6:        Lots 1, 2, 3 and 4

PARCEL NO. 7:
TOWNSHIP 11 SOUTH, RANGE 28 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 31:       SW¼

PARCEL NO. 8:
A 30 foot wide Pipeline Easement as created by Warranty Deed recorded May 15, 1992 as Instrument No. 219021, records of Cassia County, Idaho, located in the SE¼ of said Section 31 of Township 11 South, Range 28 East of the Boise Meridian, Cassia County, State of Idaho, more particularly described as follows:

Beginning at the Southeast corner of said Section 31, said corner marked by a U.S. General Land Office pipe with brass cap; thence North 88°41'16" West along section line for 36.14 feet to the Point of Beginning;
Thence North 88°41'16" West along section line for 30.00 feet to a point;
Thence North 1°18'44" East for 46.48 feet to a point;
Thence North 44°29'16" West for 1841.47 feet to a point;
Thence North 88°31'26" West for 1211.50 feet to a point on the West line of the SE¼;
Thence North 0°18'45" East along the West line of the SE¼ for 30.00 feet to a point;
Thence South 88°31'26" East for 1224.24 feet to a point;
Thence South 44°29'16" East for 1866.27 feet to a point;
Thence South 1°18'44" West for 59.16 feet to the Point of Beginning.

PARCEL NO. 9:
TOWNSHIP 11 SOUTH, RANGE 26 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 35:       Part of the SW¼SE¼, more particularly described as follows:

Beginning at the South ¼ section corner of said Section 35, said corner marked by a 5/8 inch rebar; Thence South 89°48'07" East along the South line of Section 35 for a distance of 35.00 feet to a ½ inch rebar which shall be the Point of Beginning;
Thence North 00°11'53" East for a distance of 219.16 feet to a ½ inch rebar;
Thence North 49°21'41" East for a distance of 346.29 feet to a ½ inch rebar;
Thence along a non-tangent curve to the left for a distance of 836.37 feet to a ½ inch rebar; said curve having a radius of 1358.85 feet and a central angle of 35°15'56" with a long chord of bearing of South 58°38'55" East for a distance of 823.23 feet;
Thence South 00°11'53" West for a distance of 19.72 feet to a ½ inch rebar on the South line of Section 35;
Thence North 89°48'07" West along the South line of Section 35 for a distance of 966.50 feet to the Point of Beginning.

PARCEL NO. 10:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 13:       ALL

PARCEL NO. 11:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 22:       E½

Section 26:       NW¼ and E½, EXCEPT a part of the SE¼SE¼, described as follows:

Beginning at the Southeast corner of said Section 26; said point marked by a U.S. Government Brass Cap; thence North 89°59' West (Basis of Bearing) along section line for 443.86 feet to a ½ inch rebar, which shall be the Point of Beginning;
Thence North 89°59' West along said section line for 290.70 feet to a ½ inch rebar;
Thence North 0°39'53" West for 59.71 feet to a ½ inch rebar;
Thence South 88°51'10" West for 32.32 feet to a ½ inch rebar;
Thence South 0°39'18" East for 59.05 feet to a ½ inch rebar on section line;
Thence North 89°59' West along said section line for 122.05 feet to a ½ inch rebar;
Thence North 0°45'03" West for 439.49 feet to a ½ inch rebar;
Thence South 74°47'15" East for 85.63 feet to a ½ inch rebar;

Thence South 41°26'14" East for 556.38 feet to the Point of Beginning.

Section 27:      NE¼

PARCEL NO. 12:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 27:      SW¼

PARCEL NO. 13:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 27:      NW¼ and SE¼

PARCEL NO. 14:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 35:      S½ EXCEPTING THEREFROM the following described tract of land:

Beginning at the Northwest corner of the SW¼ of said Section 35;
Thence running East along the centerline of said Section 35 to the Northeast corner of the SE¼ thereof;
Thence South along the East boundary line of said Section 35 a distance of 24 feet;
Thence West on a line parallel with and 24 feet South of the centerline of said Section 35 to the West boundary line thereof;
Thence North along said West boundary line of said Section 35 for 24 feet to the Point of Beginning.

PARCEL NO. 15:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 35:      N½

PARCEL NO. 16:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 36:      ALL

PARCEL NO. 17:
TOWNSHIP 11 SOUTH, RANGE 28 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 31:      Part of the SW¼NW¼ of said Section 31, more particularly described as follows:

Beginning at the Northwest corner of said Section 31, said corner marked by a U.S. General Land Office Pipe with brass cap; thence South 0°06'00" West along section line for 1919.63 feet to the POINT OF BEGINNING;
Thence South 89°54'00" East for 108.07 feet to a point;
Thence South 0°06'00" West for 100.00 feet to a point;
Thence North 89°54'00" West for 108.07 feet to a point on section line;
Thence North 0°06'00" East along section line for 100.00 feet to the Point of Beginning.

PARCEL NO. 18:
TOWNSHIP 12 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 2:      N½

Section 3:      N½

PARCEL NO. 19:
TOWNSHIP 12 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 4:      NE¼ (Lots 1 and 2 and the S½NE¼)

PARCEL NO. 20:
TOWNSHIP 11 SOUTH, RANGE 28 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 31:    N½ and SE¼, EXCEPT the following described tract:

Beginning at the Northwest corner of said Section 31, said corner marked by a U.S. General Land Office Pipe with brass cap; Thence South 0°06'00" West along section line for 1919.63 feet to the Point of Beginning;
Thence South 89°54'00" East for 108.07 feet to a point;
Thence South 0°06'00" West for 100.00 feet to a point;
Thence North 89°54'00" West for 108.07 feet to a point on section line;
Thence North 0°06'00" East along section line for 100.00 feet to the Point of Beginning.

PARCEL NO. 21:
TOWNSHIP 11 SOUTH, RANGE 28 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 32:    W½

PARCEL NO. 22:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 26:    SW¼

PARCEL NO. 23:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 35:    The North 24 feet of the S½ of said Section 35, more particularly described as follows:

Beginning at the Northwest corner of the SW¼ of said Section 35;
Thence East along the centerline of the said section to the Northeast corner of the SE¼ thereof;
Thence South along the East boundary line of said Section 35 a distance of 24 feet;
Thence West on a line parallel with and 24 feet South of the centerline of said section to the West boundary line of said section;
Thence North 24 feet to the Point of Beginning.

PARCEL NO. 24:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 34:    ALL

PARCEL NO. 25:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 26:    Part of the SE¼SE¼ described as follows:

Beginning at the Southeast corner of said Section 26; said point marked by a U.S. Government Brass Cap; thence North 89°59' West (Basis of Bearing) along section line for 443.86 feet to a ½ inch rebar, which shall be the Point of Beginning;
Thence North 89°59' West along said section line for 290.70 feet to a ½ inch rebar;
Thence North 0°39'53" West for 59.71 feet to a ½ inch rebar;
Thence South 88°51'10" West for 32.32 feet to a ½ inch rebar;
Thence South 0°39'18" East for 59.05 feet to a ½ inch rebar on section line;
Thence North 89°59' West along said section line for 122.05 feet to a ½ inch rebar;
Thence North 0°45'03" West for 439.49 feet to a ½ inch rebar;
Thence South 74°47'15" East for 85.63 feet to a ½ inch rebar;
Thence South 41°26'14" East for 556.38 feet to the Point of Beginning.

PARCEL NO. 26:
An access easement for the benefit of Parcel No. 25 as conveyed by Quitclaim Deed between the Hunsaker Family Partnership, a Limited Partnership, and Reginald Hunsaker and Ruth J. Hunsaker, husband and wife, individually, Grantors, and Jack M. Hunsaker and Bonita P. Hunsaker, Grantees, dated August 10, 1983 and recorded August 12, 1983 as Instrument No. 154185 on Film No. 139, records of Cassia County, more particularly described as follows:

TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 26:    Part of the SE¼SE¼ described as follows:

Beginning at the Southeast corner of said Section 26, said point marked by a U.S. Government Brass Cap which shall be the Point of Beginning;
Thence North 89°59' West (Basis of Bearing) along section line for 443.86 feet to a ½ inch rebar;
Thence North 41°26'14" West for 33.36 feet to a point;
Thence South 89°59' East for 466.09 feet to a point on section line;
Thence South 0°21' West along said section line for 25.0 feet to the Point of Beginning.

PARCEL NO. 27:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 22:    W½

### TRACT B - CASSIA COUNTY:

PARCEL NO. 1:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 10:    All, EXCEPT the N½NW¼NW¼ and N½NE¼NW¼ of Section 10:

ALSO EXCEPTING the following described tracts:

Tract No. 1:
Beginning at the Northwest corner of said Section 10, said corner marked by a U.S. Government Brass Cap; Thence South 0°09'00" East (Basis of Bearing) along section line for 1219.10 feet to a ½ inch rebar which shall be the Point of Beginning;
Thence North 89°51' East for 300.00 feet to a ½ inch rebar;
Thence South 0°09'00" East for 300.00 feet to a ½ inch rebar;
Thence South 89°51' West for 300.00 feet to a ½ inch rebar on section line;
Thence North 0°09'00" West along said section line for 300.00 feet to the Point of Beginning.

Tract No. 2:
Beginning at the Northwest corner of the Northeast corner of said Section 10; Thence South 127.5 feet to the True Point of Beginning;
Thence South 255.6 feet;
Thence East 199.5 feet;
Thence North 179 feet;
Thence Northwest 213.69 feet to the True Point of Beginning.

Section 11:    Beginning at a point on the North line of Section 11, said point being 1760.7 feet West of the Northeast corner of said Section 11;
Thence at right angles South 489.7 feet;
Thence North 88°40' West 671.9 feet;
Thence South 9°34' East 160.7 feet;
Thence North 85°59' West 1253.6 feet;
Thence South 6°47' West 953.6 feet;
Thence South 4°37' West 1661.7 feet;
Thence South 89°37' West 1307.8 feet more or less to the West line;
Thence North 0°21' East along the West line 3156.8 feet, more or less to the Northwest corner;
Thence East along said North line 3430.4 feet, more or less to the Point of Beginning.

Section 14:    Beginning at the Southwest corner of Section 14;
Thence South 89°26' East along the South line 1535.1 feet;
Thence North 19°49' West 4452.0 feet more or less to the West line;
Thence South 0°21' West 4173.0 feet more or less to the Point of Beginning.

Section 15:    All

Section 16:    S½ and the NW¼

Section 17:    SE¼SE¼