5/06
Form: Pro Hac Vice

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

In Re:

MILLENKAMP CATTLE, INC.

Debtors

Case No. 24-40158-NGH
Chapter No.
APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of Idaho, Adam A. Lewis, hereby applies for admission pro hac vice to appear and participate in this case on behalf of East Valley Development, LLC.

The applicant hereby attests under penalty of perjury, as follows:

1. Applicant resides in Oakland, California, and practices at the following address and phone number Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105; (415) 268-7232

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| USBC Northern, Central, Eastern, Southern Districts of CA | 1979, 1980, 1980, 1980 |
| USDC Northern, Central, Eastern, Southern Districts of CA | 1979, 2007, 1980, 1980 |
| USDC District of Colorado | 2007 |
| US Circuit Courts, Second, Seventh, Ninth, Eleventh | 2014, 2005, 1992, 2004 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other courts.

5. Janine P. Reynard, a member in good standing of the bar of this court, of the firm of Avery Law, practices at the following office address and phone number: 3090 E. Gentry Way, Ste 250, Meridian ID 83642; (208) 639-9400

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 3rd day of April 2024.

_____
Applicant

_____
Designee

Signed under penalty of perjury.

UNITED STATES BANKRUPTCY COURT, DISTRICT OF IDAHO

**Application for Special Admission Pro Hac Vice (East Valley Development, LLC) Attachment**

Adam A. Lewis, CA State Bar No. 88736

United States Bankruptcy Courts for the Northern (1979), Central (1980), Eastern (1980) and Southern (1980) District of California

United States District Courts for the Northern (1979), Central (2007), Eastern (1980) and Southern (1980) District of California

United States District Court District of Colorado (2007)

United States Circuit Courts for the Second (2014), Seventh (2005), Ninth (1992) and Eleventh (2004) Circuits

United States Bankruptcy Appellate Panel for the Ninth Circuit (1993)

United States Supreme Court (2012)

sf-5868851