Gery W. Edson
GERY W. EDSON, P.A.
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, Idaho  83702
Phone:(208) 345-8700
Fax:  (208) 389-9449
Idaho Bar No. 2984
Email:  gedson@gedson.com
Attorney for Land View, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 24-40158-NGH |
| | ) | |
| | ) | NOTICE OF APPEARANCE AND |
| MILLENKAMP CATTLE, INC., | ) | REQUEST FOR SERVICE ON |
| | ) | BEHALF OF LAND VIEW, INC. |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

NOTICE IS HEREBY GIVEN that Gery W. Edson of the firm GERY W. EDSON, P.A., hereby enters his appearance on behalf of creditor Land View, Inc., and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to and served upon:

>Gery W. Edson
>GERY W. EDSON, P.A.
>250 South Fifth Street, Suite 820
>P. O. Box 448
>Boise, Idaho  83702
>Email:  gedson@gedson.com

The foregoing requests all notices, copies, and pleadings referred to in Bankruptcy Rule 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other document brought before the Court in this case,

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE ON BEHALF OF
LAND VIEW, INC. - Page 1

whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

Dated this 3rd day of April, 2024.

GERY W. EDSON, P.A.,

By /s/ Gery W. Edson
Gery W. Edson
Attorney for Land View, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

Matthew T. Christensen
mtc@johnsonmaylaw.com
*Attorney for Debtor*

Brett Cahoon
Ustp.region18.bs.ecf@usdog.gov
*United States Trustee*

Shelia R. Schwager
sschwager@hawleytroxell.com
*Attorney for Rabo AgriFinance, LLC*

Brent R. Wilson
bwilson@hawleytroxell.com
*Attorney for Rabo AgriFinance, LLC*

Daniel C. Green
dan@racineolson.com
heidi@racineolson.com
*Attorney for Viterra USCA Grain, LLC, and Viterra USA Ingredients, LLC*

Kimbell D. Gourley
kgourley@idalaw.com
*Attorney for Metropolitan Life Insurance Company and MetLife Real Estate Lending, LLC*

Scott C. Powers
spowers@spencerfane.com
*Attorney for Conterra Holdings*

J.B. Evans
evans.jb@dorsey.com
*Attorney for Western States Equipment*

David A. Coleman
david@colemanjacobsonlaw.com
*Attorney for B&H Farming and Youree Land & Livestock, Inc.*

By /s/ Gery W. Edson
Gery W. Edson

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE ON BEHALF OF LAND VIEW, INC. - Page 2