# EXHIBIT 1



**BORROWING BASE CERTIFICATE**
Millenkamp Cattle et al
March 31, 2023

| BORROWING BASE (CATTLE): | Collateral Value | Advance Percentage | Lending Value |
|---|---|---|---|
| Eligible Dairy Cattle | $ 81,125,168 | 75% | $ 60,843,876.00 |
| Eligible Cattle other than Dairy Cattle (Steers) | $ 19,739,085 | 75% | $ 14,804,314 |
| Eligible Cattle other than Dairy Cattle (Cows) | 2,500,000 | 75% | 1,875,000 |
| Subtotal | $ 103,364,253 | | $ 77,523,190 |
| less Producer Payables (Cattle) | $ 819,030 | 100% | $ 819,030 |
| Other | | 100% | - |
| Subtotal | $ 819,030 | | $ 819,030 |
| **TOTAL HERD VALUE** | $ 102,545,223 | | $ 76,704,160 |

| BORROWING BASE (OTHER THAN CATTLE): | Collateral Value | Advance Percentage | Lending Value |
|---|---|---|---|
| Eligible Inventory | $ 24,452,316 | 75% | $ 18,339,237.00 |
| Eligible Prepaid Expenses | - | 80% | - |
| Eligible Accounts Receivable | 12,381,493 | 80% | 9,905,194.58 |
| Eligible Growing Crop Investment | 4,512,089 | 100% | 4,512,089 |
| Eligible Deposit Accounts | - | 100% | - |
| Eligible Margin Accounts | 144,118 | 100% | 144,118 |
| Eligible Milk Accounts | 14,563,533 | 100% | 14,563,533 |
| Subtotal | $ 56,053,550 | 100% | $ 47,464,172 |
| less Producer Payables (other than Cattle) | $ 29,598,795 | 100% | $ 29,598,795 |
| Other adjustments | | 100% | - |
| Subtotal | 29,598,795 | | 29,598,795 |
| **TOTAL FEED VALUE** | $ 26,454,755 | | $ 17,865,377 |
| Total Collateral | $ 128,999,978 | | $ 94,569,537 |
| Total lines outstanding | | | $ 87,183,841 |
| | | | $ 87,183,841 |
| **TOTAL COLLATERAL MARGIN / DEFICIT** | | | $ 7,385,696 |
| **TOTAL COLLATERAL ADVANCE RATE** | | | 67.58% |

**DRAFT BORROWING BASE CERTIFICATE***
Millenkamp Cattle et al
February 29, 2024
--DRAFT--- Subject to Material Edits

Rabo AgriFinance

| BORROWING BASE (CATTLE): | Collateral Value | Advance Percentage | Lending Value |
|---|---|---|---|
| Eligible Dairy Cattle | $ 82,173,824 | 75% | $ 61,630,368 |
| Eligible Cattle other than Dairy Cattle (Steers) | 13,920,366 | 75% | 10,440,275 |
| Eligible Cattle other than Dairy Cattle (Cows) | 2,500,000 | 75% | 1,875,000 |
| Subtotal | $ 98,594,190 | | 73,945,643 |
| less Est. Producer Payables (Cattle) | $ 496,258 | 100% | $ 496,258 |
| Other | | 100% | - |
| Subtotal | $ 496,258 | | $ 496,258 |
| **TOTAL HERD VALUE** | $ 98,097,933 | | $ 73,449,385 |

| BORROWING BASE (OTHER THAN CATTLE): | Collateral Value | Advance Percentage | Lending Value |
|---|---|---|---|
| Eligible Inventory | $ 28,672,597 | 75% | $ 21,504,448 |
| Eligible Prepaid Expenses | - | 80% | - |
| Eligible Accounts Receivable | 9,007,828 | 80% | 7,206,262 |
| Eligible Growing Crop Investment | 3,857,439 | 100% | 3,857,439 |
| Eligible Deposit Accounts | - | 100% | - |
| Eligible Margin Accounts | - | 100% | - |
| Eligible Milk Accounts | 11,315,583 | 100% | 11,315,583 |
| Subtotal | $ 52,853,447 | 100% | $ 43,883,732 |
| less Est. Producer Payables (other than Cattle) | $ 40,145,603 | 100% | $ 40,145,603 |
| Other adjustments | | 100% | - |
| Subtotal | 40,145,603 | | 40,145,603 |
| **TOTAL FEED VALUE** | $ 12,707,844 | | $ 3,738,129 |

| | | | |
|---|---|---|---|
| Total Collateral | $ 110,805,776 | | $ 77,187,514 |
| Total lines outstanding | | | $ 90,094,977 |
| | | ** | $ 90,094,977 |
| **TOTAL COLLATERAL MARGIN / DEFICIT** | | | $ (12,907,463) |
| **TOTAL COLLATERAL ADVANCE RATE** | | | 69.66% |

*Ampleo has not independently verified data presented here, and makes no written or implied representation as to its accuracy. Ampleo is aware of certain liens filed by feed suppliers which may impair eligible feed value presented here.

**Per QuickBooks Rabo LOC transaction reports provided by Millenkamp Team, LOC balances for the BBC as of 2/29/24 for the Main LOC and Hedge LOC (the Equipment LOC is not included in the BBC)