# EXHIBIT 3

$ in actual amounts

### Summary of Interest & Fees

| Term | Sandton | Rabobank | Variance Fav./(Unfav.) |
|---|---|---|---|
| Commitment | $ 35,000,000 | $ 32,000,000 | $ (3,000,000) |
| Interim Commitment | 15,000,000 | Discuss[1] | |
| Maturity | 9 months | 9 months | – |
| Maturity Extension | 3 months | 3 months | – |
| Interest | 15.00% PIK | 12.00% PIK | 3.00% |
| Default Rate | 2.00% | 2.00% | – |
| Fees: | | | |
|   *Issuance Fee* | *2.50%* | *2.00%* | *0.50%* |
|   *Exit Fee* | *2.50%* | *2.00%* | *0.50%* |
|   *Renewal Fee (if applicable)* | *2.50%* | *2.00%* | *0.50%* |
|   *Unused Fee* | *2.50%* | *2.00%* | *0.50%* |
|   *Minimum Multiple of Invested Capital Fee* | *1.15x* | *-* | *1.15x* |

### Implied Interest & Fee Cost (excl. Unused Fee):

| | Sandton | Rabobank | Variance Fav./(Unfav.) |
|---|---|---|---|
| **No Renewal Scenario (9 month case):** | | | |
| Issuance Fee | $ 875,000 | $ 640,000 | $ 235,000 |
| Exit Fee | 875,000 | 640,000 | 235,000 |
| PIK Interest Expense | 4,140,226 | 2,997,929 | 1,142,297 |
| Minimum MOIC Fee (assume no extension)[2] | 1,109,774 | - | 1,109,774 |
| **Total** | **$ 7,000,000** | **$ 4,277,929** | **$ 2,722,071** |
| **Renewal Scenario (12 month case):** | | | |
| Issuance Fee | $ 875,000 | $ 640,000 | $ 235,000 |
| Exit Fee | 875,000 | 640,000 | 235,000 |
| PIK Interest Expense | 5,626,408 | 4,058,401 | 1,568,007 |
| Renewal Fee | 875,000 | 640,000 | 235,000 |
| **Total** | **$ 8,251,408** | **$ 5,978,401** | **$ 2,273,007** |

1. Interim commitment sized in accordance with Company's budget.
2. MOIC definition is unclear, the value of above assumes the MOIC fee deducts 9 month of PIK interest expense.