# EXHIBIT 8

8 Week Cash Flow Budget

| | Wk1 26-Feb 3-Mar | Wk2 4-Mar 10-Mar | Wk3 11-Mar 17-Mar | Wk4 18-Mar 24-Mar | Wk5 25-Mar 31-Mar | Wk6 1-Apr 7-Apr | Wk7 8-Apr 14-Apr | Wk8 15-Apr 21-Apr | TOTAL 26-Feb 21-Apr |
|---|---|---|---|---|---|---|---|---|---|
| **SUMMARY CASH FLOW** | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | |
| Net Milk Checks | $ 4,595,263 | $ - | $ - | $ 5,850,499 | $ - | $ 5,142,610 | $ - | $ 6,639,337 | $ 22,227,709 |
| Custom Feeding Receipts | - | - | 1,204,350 | - | - | 1,290,375 | - | 1,376,400 | 3,871,125 |
| Net Cattle Sales Receipts | - | - | 801,750 | 387,900 | 778,400 | 232,500 | 1,023,275 | 218,625 | 3,442,450 |
| Trucking Income | - | 140,000 | - | 150,000 | - | 160,000 | - | 150,000 | 600,000 |
| Digester Income | - | 210,000 | - | 225,000 | - | 240,000 | - | 225,000 | 900,000 |
| AR Collections | 2,770,720 | 750,000 | - | - | 1,632,109 | - | - | - | 5,152,829 |
| **TOTAL Cash Receipts** | $ 7,365,983 | $ 1,100,000 | $ 2,006,100 | $ 6,613,399 | $ 2,410,509 | $ 7,065,485 | $ 1,023,275 | $ 8,609,362 | $ 36,194,113 |
| **Cash Disbursements** | | | | | | | | | |
| Payroll | $ - | $ 1,071,482 | $ - | $ 1,148,016 | $ - | $ 1,224,551 | $ - | $ 1,148,016 | $ 4,592,065 |
| EE Benefits | 68,389 | - | - | - | - | 68,389 | - | - | 136,778 |
| AP Payments to Critical Vendors | | | | | | | | | |
| Feed | 493,800 | 493,800 | 493,800 | 493,800 | 493,800 | 493,800 | 493,800 | 493,400 | 3,950,000 |
| Supplies | 67,300 | 67,300 | 67,300 | 67,300 | 67,300 | 67,300 | 67,300 | 65,900 | 537,000 |
| Vet/Med | 141,300 | 141,300 | 141,300 | 141,300 | 141,300 | 141,300 | 141,300 | 140,900 | 1,130,000 |
| Semen | 23,800 | 23,800 | 23,800 | 23,800 | 23,800 | 23,800 | 23,800 | 23,400 | 190,000 |
| Repairs & Maintenance | 101,300 | 101,300 | 101,300 | 101,300 | 101,300 | 101,300 | 101,300 | 100,900 | 810,000 |
| Chemicals | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 400,000 |
| Professional Fees | 545,000 | - | - | - | - | - | - | - | 545,000 |
| Other | 9,400 | 9,400 | 9,400 | 9,400 | 9,400 | 9,400 | 9,400 | 9,200 | 75,000 |
| **Total AP Payments to Critical Vendors** | 1,431,900 | 886,900 | 886,900 | 886,900 | 886,900 | 886,900 | 886,900 | 883,700 | 7,637,000 |
| Ongoing Op. Expenses - COD | | | | | | | | | |
| Feed | 1,000,000 | 1,000,000 | 1,000,000 | 2,000,000 | 1,500,000 | 1,850,000 | 1,000,000 | 4,880,000 | 14,230,000 |
| Cattle | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 800,000 |
| Supplies | 127,000 | 127,000 | 127,000 | 127,000 | 127,000 | 127,000 | 127,000 | 127,000 | 1,016,000 |
| Utilities | - | - | - | 238,000 | - | - | - | 250,000 | 488,000 |
| Vet/Med | 250,000 | 150,000 | 150,000 | 150,000 | 250,000 | 150,000 | 150,000 | 150,000 | 1,400,000 |
| Fuel | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 | 912,000 |
| Trucking | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 416,000 |
| Compost Turning & Hauling | 77,000 | 77,000 | 77,000 | 77,000 | 77,000 | 77,000 | 77,000 | 77,000 | 616,000 |
| Semen | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 440,000 |
| Repairs & Maintenance | 243,000 | 243,000 | 243,000 | 243,000 | 243,000 | 243,000 | 243,000 | 243,000 | 1,944,000 |
| Insurance | - | - | - | 148,000 | - | - | - | 148,000 | 296,000 |
| Chemicals | - | - | - | - | - | - | - | 125,000 | 125,000 |
| Rent | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 48,000 |
| Professional Fees | - | - | - | - | - | - | - | - | - |
| Loan/Lease Payments | 163,700 | 43,800 | 106,600 | - | 9,800 | 195,900 | 47,700 | 102,700 | 670,200 |
| Other | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 680,000 |
| **Total Ongoing Op. Expenses - COD** | 2,272,700 | 2,052,800 | 2,115,600 | 3,395,000 | 2,618,800 | 3,054,900 | 2,056,700 | 6,514,700 | 24,081,200 |
| **TOTAL Cash Disbursements** | $ 3,772,989 | $ 4,011,182 | $ 3,002,500 | $ 5,429,916 | $ 3,505,700 | $ 5,234,740 | $ 2,943,600 | $ 8,546,416 | $ 36,447,043 |
| Starting Cash | $ 352,597 | $ 3,945,592 | $ 1,034,410 | $ 38,010 | $ 1,221,492 | $ 126,301 | $ 1,957,047 | $ 36,722 | $ 352,597 |
| Net Change in Cash | 3,592,994 | (2,911,182) | (996,400) | 1,183,482 | (1,095,191) | 1,830,745 | (1,920,325) | 62,946 | (252,929) |
| **Ending Cash** | $ 3,945,592 | $ 1,034,410 | $ 38,010 | $ 1,221,492 | $ 126,301 | $ 1,957,047 | $ 36,722 | $ 99,668 | $ 99,668 |

8 Week Cash Flow Budget

| DETAILS | | Wk1<br>26-Feb<br>3-Mar | Wk2<br>4-Mar<br>10-Mar | Wk3<br>11-Mar<br>17-Mar | Wk4<br>18-Mar<br>24-Mar | Wk5<br>25-Mar<br>31-Mar | Wk6<br>1-Apr<br>7-Apr | Wk7<br>8-Apr<br>14-Apr | Wk8<br>15-Apr<br>21-Apr | TOTAL<br>26-Feb<br>21-Apr |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | |
| **NET MILK CHECKS** | | | | | | | | | | |
| Milk Check Date | | | | | | | | | | |
| Period | | 1-Mar | | 15-Mar | 18-Mar | | 1-Apr | | 18-Apr | |
| | | 2/1 - 2/15 | | 2/16 - 2/29 | 2/16 - 2/29 | | 3/1 - 3/15 | | 3/16 - 3/31 | |
| Days | | 15 | | 14 | 14 | | 15 | | 16 | |
| Avg Milking Head | | 33,605 | | | 33,200 | | 32,700 | | 32,200 | |
| lbs/hd/day | | 56.9 | | | 59.9 | | 60.9 | | 61.5 | |
| Total Lbs | | 28,694,996 | | | 27,841,520 | | 29,871,450 | | 31,684,800 | 118,092,766 |
| **GLANBIA** | | | | | 85% | | 85% | | 85% | |
| lbs | | 24,397,304 | | | 23,671,654 | | 25,397,559 | | 26,939,321 | 100,405,838 |
| CWT | | 243,973 | | | 236,717 | | 253,976 | | 269,393 | |
| $/CWT | | $22.19 | | | $22.19 | | $23.32 | | $23.32 | |
| Gross | $ | 5,413,859 | | | $ 5,252,835 | | $ 5,922,711 | | $ 6,282,250 | $ 22,871,654 |
| *less* | | | | | | | | | | |
| National Dairy Promos | | (12,199) | | | (11,836) | | (12,699) | | (13,470) | |
| ID Dairy Commissions | | (26,837) | | | (26,039) | | (27,937) | | (29,633) | |
| Haul & Hauling Surcharge | | (212,257) | | | (205,943) | | (220,959) | | (234,372) | |
| Conterra | | (25,029) | | | | | (25,029) | | | |
| MetLife | | (1,077,767) | | | (415,766) | | (1,077,767) | | (415,766) | |
| Net Milk Check | $ | 4,059,771 | | | $ 4,593,251 | | $ 4,558,320 | | $ 5,589,009 | $ 18,800,351 |
| **IFS** | | | | | 15% | | 15% | | 15% | |
| lbs | | 4,297,692 | | | 4,169,866 | | 4,473,891 | | 4,745,479 | 17,686,928 |
| CWT | | 42,977 | | | 41,699 | | 44,739 | | 47,455 | |
| $/CWT | | $13.30 | | | $22.19 | | $13.90 | | $23.32 | |
| Gross | $ | 571,593 | | | $ 1,307,392 | | $ 621,871 | | $ 1,106,646 | $ 3,607,502 |
| *less* | | | | | | | | | | |
| National Dairy Promos | | - | | | (4,234) | | - | | (4,610) | |
| ID Dairy Commissions | | - | | | (9,314) | | - | | (10,141) | |
| ISDA Mill Levy | | - | | | (1,524) | | - | | (1,659) | |
| Haul & Hauling Surcharge | | (36,101) | | | (35,027) | | (37,581) | | (39,862) | |
| Other | | - | | | (45) | | - | | (45) | |
| Net Milk Check | $ | 535,492 | | | $ 1,257,248 | | $ 584,290 | | $ 1,050,328 | $ 3,427,359 |
| **TOTAL Net Milk Checks** | $ | 4,595,263 | $ - | $ 1,204,350 | $ 5,850,499 | $ - | $ 5,142,610 | $ - | $ 6,639,337 | $ 22,227,709 |
| **CUSTOM FEEDING RECEIPTS** | | | | | | | | | | |
| Custom Feeding Income | | | | | | | | | | |
| Period | | | | 15-Mar | | | 5-Apr | | 15-Apr | |
| | | | | 2/16 - 2/29 | | | 3/1 - 3/15 | | 3/1 - 3/31 | |
| Days | | | | 14 | | | 15 | | 16 | |
| $/hd/day | | | | $3.70 | | | $3.70 | | $3.70 | |
| Custom Feeding, Headcount | | | | 23,250 | | | 23,250 | | 23,250 | |
| Custom Feeding Income | | | | $ 1,204,350 | | | $ 1,290,375 | | $ 1,376,400 | $ 3,871,125 |
| **TOTAL Custom Feeding Receipts** | $ | - | $ - | $ 1,204,350 | $ - | $ - | $ 1,290,375 | $ - | $ 1,376,400 | $ 3,871,125 |

8 Week Cash Flow Budget

| | | | Wk1 26-Feb 3-Mar | Wk2 4-Mar 10-Mar | Wk3 11-Mar 17-Mar | Wk4 18-Mar 24-Mar | Wk5 25-Mar 31-Mar | Wk6 1-Apr 7-Apr | Wk7 8-Apr 14-Apr | Wk8 15-Apr 21-Apr | TOTAL 26-Feb 21-Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NET CATTLE SALES** | | | | | | | | | | | |
| **HEADCOUNT SOLD** | | | | | | | | | | | |
| | Cull - Voluntary | | 240 | 240 | 240 | 240 | 225 | 225 | 225 | 225 | 1,860 |
| | Cull - Involuntary | | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 560 |
| | Feeders | | 1,375 | - | 750 | - | 1,375 | - | 750 | - | 4,250 |
| | Fats | | - | 150 | 150 | - | 150 | - | 150 | - | 600 |
| | Open Heifers | | - | - | 100 | - | 100 | - | 100 | - | 300 |
| | **TOTAL HEADCOUNT SOLD** | | **1,685** | **460** | **1,310** | **310** | **1,920** | **295** | **1,295** | **295** | **7,570** |
| **SUMMARY - AMOUNT** | | | | | | | | | | | |
| $925 | Cull - Voluntary | $ | 222,000 | $ 222,000 | $ 222,000 | $ 222,000 | $ 208,125 | $ 208,125 | $ 208,125 | $ 208,125 | $ 1,720,500 |
| $150 | Cull - Involuntary | | 10,500 | 10,500 | 10,500 | 10,500 | 10,500 | 10,500 | 10,500 | 10,500 | 84,000 |
| $1,035 | Feeders | | 1,423,125 | - | 776,250 | - | 1,423,125 | - | 776,250 | - | 4,398,750 |
| $2,590 | Fats | | - | 388,500 | 388,500 | - | 388,500 | - | 388,500 | - | 1,554,000 |
| $800 | Open Heifers | | - | - | 80,000 | - | 80,000 | - | 80,000 | - | 240,000 |
| | **TOTAL AMOUNT** | | **1,655,625** | **621,000** | **1,477,250** | **232,500** | **2,110,250** | **218,625** | **1,463,375** | **218,625** | **7,997,250** |
| | **Fats & Feeders** | $ | 1,423,125 | $ 388,500 | $ 1,164,750 | $ - | $ 1,811,625 | $ - | $ 1,164,750 | $ - | $ 5,952,750 |
| 60% | Amount to Rabo | | 853,875 | 233,100 | 698,850 | - | 1,086,975 | - | 698,850 | - | 3,571,650 |
| 40% | Amount to Millenkamp | | 569,250 | 155,400 | 465,900 | - | 724,650 | - | 465,900 | - | 2,381,100 |
| | **Culls & Open Heifers** | $ | 232,500 | $ 232,500 | $ 312,500 | $ 232,500 | $ 298,625 | $ 218,625 | $ 298,625 | $ 218,625 | $ 2,044,500 |
| 0% | Amount to Rabo | | - | - | - | - | - | - | - | - | - |
| 100% | Amount to Millenkamp | | 232,500 | 232,500 | 312,500 | 232,500 | 298,625 | 218,625 | 298,625 | 218,625 | 2,044,500 |
| | **TOTAL To Millenkamp** | | **801,750** | **387,900** | **778,400** | **232,500** | **1,023,275** | **218,625** | **764,525** | **218,625** | **4,425,600** |
| | **TOTAL Net Cattle Sales Receipts** | | $ 801,750 | $ 387,900 | $ 801,750 | $ 387,900 | $ 778,400 | $ 232,500 | $ 1,023,275 | $ 218,625 | $ 3,442,450 |

| **TRUCKING INCOME** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Trucking Income | | 5-Mar | | 20-Mar | | 5-Apr | | 20-Apr | |
| Period | | 2/16 - 2/29 | | 3/1 - 3/15 | | 3/16 - 3/31 | | 4/1 - 4/15 | |
| Days | | 14 | | 15 | | 16 | | 15 | |
| Income per Day | | $10,000 | | $10,000 | | $10,000 | | $10,000 | |
| Trucking Income | | $ 140,000 | | $ 150,000 | | $ 160,000 | | $ 150,000 | |
| **TOTAL Trucking Income** | $ - | $ 140,000 | $ - | $ 150,000 | $ - | $ 160,000 | $ - | $ 150,000 | $ 600,000 |

| **DIGESTER INCOME** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Digester Income Check Date | | 5-Mar | | 20-Mar | | 5-Apr | | 20-Apr | |
| Period | | 2/16 - 2/29 | | 3/1 - 3/15 | | 3/16 - 3/31 | | 4/1 - 4/15 | |
| Days | | 14 | | 15 | | 16 | | 15 | |
| Income per Day | | $15,000 | | $15,000 | | $15,000 | | $15,000 | |
| Digester Income | | $ 210,000 | | $ 225,000 | | $ 240,000 | | $ 225,000 | |
| **TOTAL Digester Income** | $ - | $ 210,000 | $ - | $ 225,000 | $ - | $ 240,000 | $ - | $ 225,000 | $ 900,000 |

8 Week Cash Flow Budget

| | Wk1 26-Feb 3-Mar | Wk2 4-Mar 10-Mar | Wk3 11-Mar 17-Mar | Wk4 18-Mar 24-Mar | Wk5 25-Mar 31-Mar | Wk6 1-Apr 7-Apr | Wk7 8-Apr 14-Apr | Wk8 15-Apr 21-Apr | TOTAL 26-Feb 21-Apr |
|---|---|---|---|---|---|---|---|---|---|
| **AR COLLECTED** | | | | | | | | | |
| **Custom Feed AR** | | | | | | | | | |
| Ah-Zet Dairy | 17,497 | - | - | - | 15,218 | - | - | - | 32,715 |
| Ciocca Dairy | 17,146 | - | - | - | 16,602 | - | - | - | 33,748 |
| deJong Dairy | - | - | - | - | 39,051 | - | - | - | 39,051 |
| Diamond B Dairy | 61,654 | - | - | - | 30,639 | - | - | - | 92,292 |
| Double V, LLC | 80,401 | - | - | - | 78,638 | - | - | - | 159,039 |
| Eagle View East | 57,554 | - | - | - | 54,614 | - | - | - | 112,167 |
| Eagle View Farms, LLC 1700 | 66,829 | - | - | - | 60,975 | - | - | - | 127,805 |
| Eagle View Farms. | 94,534 | - | - | - | 88,138 | - | - | - | 182,672 |
| Heglar Creek Dairy | 31,099 | - | - | - | 39,264 | - | - | - | 70,363 |
| J & V Dairy | - | - | - | - | 48,596 | - | - | - | 48,596 |
| Jack Verbree Dairies | 695,970 | - | - | - | 161,428 | - | - | - | 857,398 |
| Nelsen Farms LLC | 13,076 | - | - | - | 22,518 | - | - | - | 35,594 |
| No View Dairy, LLC | 55,826 | - | - | - | 53,572 | - | - | - | 109,398 |
| Oppedyk Dairy | 83,424 | - | - | - | 43,929 | - | - | - | 127,353 |
| Prime Ridge Beef, LLC | 436,677 | - | - | - | 451,750 | - | - | - | 888,427 |
| Red Rock Dairy | - | - | - | - | 22,470 | - | - | - | 22,470 |
| Schilder Dairy, LLC. | - | - | - | - | 73,667 | - | - | - | 73,667 |
| Silva Brothers | - | - | - | - | 4,684 | - | - | - | 4,684 |
| South View Dairy | - | - | - | - | 74,021 | - | - | - | 74,021 |
| Stouder Holsteins LLP | 67,747 | - | - | - | 32,841 | - | - | - | 100,588 |
| Van Dyk Dairy | 62,053 | - | - | - | 57,801 | - | - | - | 119,854 |
| **Custom Feed AR Collection** | $ 1,841,484 | $ - | $ - | $ - | $ 1,470,417 | $ - | $ - | $ - | $ 3,311,902 |
| **Digester** | | | | | | | | | |
| East Valley Development LLC | - | 750,000 | - | - | - | - | - | - | 750,000 |
| **Digester AR Collection** | $ - | $ 750,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 750,000 |
| **Cattle Sales - Fats & Feeders** | | | | | | | | | |
| 7L Livestock | 1,839,225 | - | - | - | - | - | - | - | 1,839,225 |
| Fredin Brothers Inc. | - | - | - | - | 4,200 | - | - | - | 4,200 |
| Summit Livestock Ltd | - | - | - | - | 604,190 | - | - | - | 604,190 |
| True West Beef | 609,686 | - | - | - | - | - | - | - | 609,686 |
| **Cattle Sales (Fats & Feeders) AR Collection** | $ 2,448,911 | $ - | $ - | $ - | $ 608,390 | $ - | $ - | $ - | $ 3,057,301 |
| 60%   Amount to Rabo | 1,469,347 | - | - | - | 365,034 | - | - | - | 1,834,381 |
| 40%   Amount to Millenkamp | 587,739 | - | - | - | 146,014 | - | - | - | 733,752 |
| **Cattle Sales - Culls & Open Heifers** | | | | | | | | | |
| Cargill Meat Solutions Corporation | 291,375 | - | - | - | - | - | - | - | 291,375 |
| Producers Livestock | 4,394 | - | - | - | 15,678 | - | - | - | 20,073 |
| Valley Beef | 45,727 | - | - | - | - | - | - | - | 45,727 |
| **Cattle Sales (Culls & Open Heifers) AR Collection** | $ 341,497 | $ - | $ - | $ - | $ 15,678 | $ - | $ - | $ - | $ 357,175 |
| **SUMMARY** | | | | | | | | | |
| Custom Feed AR Collection | 1,841,484 | - | - | - | 1,470,417 | - | - | - | 3,311,902 |
| Digester AR Collection | - | 750,000 | - | - | - | - | - | - | 750,000 |
| Cattle Sales (Fats & Feeders) AR to Millenkamp | 587,739 | - | - | - | 146,014 | - | - | - | 733,752 |
| Cattle Sales (Culls & Open Heifers) AR Collection | 341,497 | - | - | - | 15,678 | - | - | - | 357,175 |
| **TOTAL AR Collections to Millenkamp** | $ 2,770,720 | $ 750,000 | $ - | $ - | $ 1,632,109 | $ - | $ - | $ - | $ 5,152,829 |

8 Week Cash Flow Budget

| | Wk1<br>26-Feb<br>3-Mar | Wk2<br>4-Mar<br>10-Mar | Wk3<br>11-Mar<br>17-Mar | Wk4<br>18-Mar<br>24-Mar | Wk5<br>25-Mar<br>31-Mar | Wk6<br>1-Apr<br>7-Apr | Wk7<br>8-Apr<br>14-Apr | Wk8<br>15-Apr<br>21-Apr | | TOTAL<br>26-Feb<br>21-Apr |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Disbursements** | | | | | | | | | | |
| **PAYROLL** | | | | | | | | | | |
| Payroll Check Date | | 5-Mar | | 20-Mar | | 5-Apr | | 20-Apr | | |
| Period | | 2/16 - 2/29 | | 3/1 - 3/15 | | 3/16 - 3/31 | | 4/1 - 4/15 | | |
| Headcount | | 502 | | 502 | | 502 | | 502 | | |
| Days | | 14 | | 15 | | 16 | | 15 | | |
| Wages, Daily | | $70,445 | | $70,445 | | $70,445 | | $70,445 | | |
| **Total Wages** | | $ 986,228 | | $ 1,056,673 | | $ 1,127,118 | | $ 1,056,673 | | $ 4,226,692 |
| Less EE Tax Liability | | (105,877) | | (113,440) | | (121,003) | | (113,440) | | (453,761) |
| **Net Payroll Liability** | | $ 880,351 | | $ 943,233 | | $ 1,006,115 | | $ 943,233 | | $ 3,772,932 |
| FITW43 and Related Taxes, EE | | $ 97,974 | | $ 104,972 | | $ 111,970 | | $ 104,972 | | $ 419,889 |
| FITW43 and Related Taxes, ER | | 75,446 | | 80,835 | | 86,225 | | 80,835 | | 323,342 |
| FUTA and Related Taxes, ER | | 1,711 | | 1,833 | | 1,956 | | 1,833 | | 7,334 |
| ID and Related Taxes, EE | | 7,903 | | 8,468 | | 9,033 | | 8,468 | | 33,872 |
| IDSUI and Related Taxes, ER | | 8,096 | | 8,674 | | 9,253 | | 8,674 | | 34,697 |
| **Tax Liability** | | $ 191,131 | | $ 204,783 | | $ 218,436 | | $ 204,783 | | $ 819,133 |
| **TOTAL Payroll** | $ - | $ 1,071,482 | $ - | $ 1,148,016 | $ - | $ 1,224,551 | $ - | $ 1,148,016 | | $ 4,592,065 |