| | | Sandton DIP | | | Idaho Milk DIP | | | |
|---|---|---|---|---|---|---|---|---|
| **Total DIP** | | $ 35,000,000.00 | | | $ 35,000,000.00 | | | |
| Initial Draw 4/7/24 | | $ 15,000,000.00 | | | $ 15,000,000.00 | | | # # |
| Issuance Fee | 2.50% | | $ 375,000.00 | 2.00% | | $ 300,000.00 | | # |
| Draw 6/15/24 | | $ 10,000,000.00 | | | $ 10,000,000.00 | | | |
| Issuance Fee | 2.50% | | $ 250,000.00 | 2.00% | | $ 200,000.00 | | |
| Draw 9/1/24 | | $ 10,000,000.00 | | | $ 10,000,000.00 | | | |
| Issuance Fee | 2.50% | | $ 250,000.00 | 2.00% | | $ 200,000.00 | | |
| | | | | | | | | |
| PIK Interest | 15% | | SOFR + 9% | 14.33% | | | | |
| PIK interest to 5/1 + UF | | | 142,078.63 | | | 135,675.55 | | |
| PIK interest to 6/1 + UF | | | 193,446.94 | | | 182,973.74 | | |
| PIK interest to 6/15 + UF | | | 94,660.73 | | | 88,432.42 | | |
| PIK interest to 7/1 + UF | | | 156,241.23 | | | 149,671.75 | | |
| PIK interest to 8/1 + UF | | | 326,234.58 | | | 311,249.93 | | |
| PIK interest to 9/1 + UF | | | 330,390.72 | | | 315,038.05 | | |
| Fully Drawn | | | | | | | | |
| PIK interest to 10/1 | 30 | | $ 446,832.16 | 30 | | $ 426,873.65 | | |
| PIK interest to 11/1 | 31 | | $ 461,726.56 | 31 | | $ 441,102.78 | | |
| PIK interest to 12/1 | 30 | | $ 446,832.16 | 30 | | $ 426,873.65 | | |
| | 31 | | $ 461,726.56 | 31 | | $ 441,102.78 | | |
| | 2 | | $ 29,788.81 | 2 | | $ 28,458.24 | | |
| | | | $ 3,089,959.07 | | | $ 2,947,452.56 | | |
| | | | | | | | | |
| Unused Fee | 2.50% | | | 2.00% | | | | |
| to 5/1 | 23 | $ 20,000,000 | 31,506.85 | 23 | $ 20,000,000 | 25,205.48 | | |
| to 6/1 | 31 | $ 20,000,000 | 42,465.75 | 31 | $ 20,000,000 | 33,972.60 | | |
| to 6/15 | 15 | $ 20,000,000 | 20,547.95 | 15 | $ 20,000,000 | 16,438.36 | | |
| to 7/1 | 15 | $ 10,000,000 | 10,273.97 | 15 | $ 10,000,000 | 8,219.18 | | |
| to 8/1 | 31 | $ 10,000,000 | 21,232.88 | 31 | $ 10,000,000 | 16,986.30 | | |
| to 9/1 | 31 | $ 10,000,000 | 21,232.88 | 31 | $ 10,000,000 | 16,986.30 | | |
| | | | 147,260.27 | | | 117,808.22 | | |
| | | | | | | | | |
| Exit Fee | 2.50% | $ 875,000.00 | | 1.00% | | $ 350,000.00 | | |
| | | | | | | | | |
| Total Cost of Loan at Exit | | 4,987,219.34 | | | | $ 4,115,260.77 | | |
| | | | | | | | | |
| Minimum Multiple of Invested Capital 1.15x | | | | | | | | |
| | | $ 3,089,959.07 | | | | | | |
| | | 8.828% | | | | | | |
| | Multiple Hurdle | 15.00% | | | | | | |
| | | 6.17% | | | | | | |
| | | | | | | | | |
| Sandton additional fee at exit | | $ 2,160,040.93 | | | | | | |
| | Check | $ 0.15 | | | | | | |
| | | | | | | | | |
| **Total Cost of Sandton DIP** | | $ 7,147,260.27 | | **Total Cost of Idaho Milk DIP** | | $ 4,115,260.77 | | |
| **Difference** | | $ 3,031,999.50 | | | | $ (3,031,999.50) | | |

EXHIBIT B