Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      Robert.richards@dentons.com
      Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Tirzah Roussell enters her appearance on behalf of Debtor, Millenkamp Cattle, Inc., in the above-captioned matter and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to and served upon:

#3880403

        Tirzah Roussell
        DENTONS
        215 10th Street, Ste 1300
        Des Moines, IA 50309
        Phone: (515) 288-2500
        Fax: (515) 243-0654
        Email: Tirzah.roussell@dentons.com

The foregoing requests all notices, copies, and pleadings referred to in Bankruptcy Rule 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED this 4th day of April 2024.

                DENTONS

                */s/ Tirzah R. Roussell*
                TIRZAH R. ROUSSELL
                Attorney for Debtors

**NOTICE OF APPEARANCE** – Page 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF APPEARANCE electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Matthew T. Christensen        mtc@johnsonmaylaw.com
    US Trustee                       ustp.region18.bs.ecf@usdoj.gov

Any others as listed on the Court's ECF Notice.

                                    */s/  Tirzah R. Roussell*
                                    TIRZAH R. ROUSSELL