**Jed W. Manwaring, ISB #3040**
**Aaron R. Bell, ISB #10918**
**EVANS KEANE LLP**
**1161 W. River Street, Suite 100**
**P. O. Box 959**
**Boise, Idaho  83701-0959**
**Telephone:  (208) 384-1800**
**Facsimile:   (208) 345-3514**
**Email:   jmanwaring@evanskeane.com**
             **abell@evanskeane.com**

*Local Counsel to MWI Veterinary Supply, Inc.*

**KLEHR HARRISON HARVEY BRANZBURG LLP**
**Domenic E. Pacitti, Esq.**
**919 N. Market Street, Suite 1000**
**Wilmington, Delaware  19801-3062**
**Telephone: (302) 426-1189**
**Email:  dpacitti@klehr.com**

**Morton R. Branzburg, Esq.**
**1835 Market Street**
**Philadelphia, Pennsylvania 19103**
**Telephone: (215) 569-2700**
**Email:  mbranzburg@klehr.com**

*Pro Hac Vice Counsel to MWI Veterinary Supply, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | ) Chapter 11 |
| MILLENKAMP CATTLE, INC., *et al.* | ) Case No. 24-40158-NGH |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that MWI Veterinary Supply, Inc. ("MWI") hereby appears by and through its counsel, Jed W. Manwaring ("Counsel") as designated local counsel for Domenic E. Pacitti, Esq., and Morton R. Branzburg, Esq., of Klehr Harrison Harvey Branzburg LLP  who are

*NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002 -* 1

appearing *pro hac vice*. Counsel hereby enters his appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and LBR 9010-1 and requests that the undersigned be added to the official mailing matrix and service lists in the above-captioned case. Counsel requests, pursuant to Bankruptcy Rules 2002 and 9007, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon MWI through service upon Counsel, at the address, telephone, and facsimile numbers set forth below:

> **Jed W. Manwaring, ISB #3040**
> **EVANS KEANE LLP**
> 1161 W. River Street, Suite 100
> P. O. Box 959
> Boise, Idaho 83701-0959
> Telephone:  (208) 384-1800
> Facsimile:   (208) 345-3514
> Email: jmanwaring@evanskeane.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of MWI including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference

withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which MWI may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this 4th day of April, 2024.

        EVANS KEANE LLP

          /s/  Jed W. Manwaring
        Jed Manwaring, Of the Firm
        *Local Counsel to MWI Veterinary Supply, Inc.*

DATED this 4th day of April, 2024.

        KLEHR HARRISON HARVEY BRANZBURG LLP

          /s/ Morton R. Branzburg
        Morton R. Branzburg, Of the Firm
        *Pro Hac Vice Counsel to MWI Veterinary Supply, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2024, I served a copy of the following on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

- **Heidi Buck Morrison**   heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com
- **Brett R Cahoon**   ustp.region18.bs.ecf@usdoj.gov
- **Matthew T. Christensen**   mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com
- **David A Coleman**   david@colemanjacobsonlaw.com
- **Jon B Evans**   evans.jb@dorsey.com, sattler.carla@dorsey.com
- **Kimbell D Gourley**   kgourley@idalaw.com, shudson@idalaw.com
- **Daniel C Green**   dan@racineolson.com, mcl@racinelaw.net
- **Scott C Powers**   spowers@spencerfane.com, mw@scmlaw.com
- **Janine Patrice Reynard**   janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com
- **Sheila Rae Schwager**   sschwager@hawleytroxell.com, amay@hawleytroxell.com;jbrocious@hawleytroxell.com
- **US Trustee**   ustp.region18.bs.ecf@usdoj.gov
- **Brent Russel Wilson**   bwilson@hawleytroxell.com, amay@hawleytroxell.com

               ___/s/ Jed W. Manwaring_____
               Jed W. Manwaring