5/06
Form: Pro Hac Vice

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

Millenkamp Cattle, Inc.
                    Debtors

Case No.   24-40158-NGH
Chapter No.
APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of Idaho, Domenic E. Pacitti _____, hereby applies for admission pro hac vice to appear and participate in this case on behalf of MWI Veterinary Supply, Inc. _____.

The applicant hereby attests under penalty of perjury, as follows:

1. Applicant resides in Jenkintown, Pennsylvania _____, and practices at the following address and phone number Klehr Harrison Harvey Branzburg LLP, 919 Market Street, Suite 1000, Wilmington, DE 19801-3
Phone: 302-426-5511

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Pennsylvania | 1987 |
| New Jersey | 1987 |
| Delaware | 2000 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other courts.

5. Jed Manwaring _____, a member in good standing of the bar of this court, of the firm of Evans Keane LLP _____, practices at the following office address and phone number:
1161 W. River Street, Suite 100, Boise, ID 83701
Phone: 208-384-1800

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 3rd day of April, 2024.

_____          /s/ Jed W. Manwaring
Applicant                                Designee

Signed under penalty of perjury.