Meredith L. Thielbahr, ISB No. 9733
mthielbahr@grsm.com
Karyn Lloyd, ISB No. 5482
klloyd@grsm.com
Gordon Rees Scully Mansukhani, LLP
999 W. Main Street, #100
Boise, ID  83702
Telephone:   (208) 489-9095
Facsimile:    (208) 957-5704

*Attorneys for CNH Industrial Capital America LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| Millencamp Cattle, Inc., | NOTICE OF APPEARANCE |
| Debtors. | |

TO:   THE CLERK AND ALL COUNSEL OF RECORD

   PLEASE TAKE NOTICE that Meredith L. Thielbahr and Karyn Lloyd of Gordon Rees Scully Mansukhani LLP hereby appear in the above-entitled action as attorneys of record for CNH Industrial Capital America LLC.

   Service of all further pleadings, notices, documents or other papers herein, exclusive of original process, should be served upon CNH Industrial Capital America LLC via the court's CM / ECF system, or in the appropriate circumstance, by office email, at the address below stated.

NOTICE OF APPEARANCE - 1
CASE NO. 24-40158-NGH

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, Washington  98104
(206) 695-5100

| | | |
|---|---|---|
| 1 | Dated: April 4, 2024 | GORDON REES SCULLY MANSUKHANI, LLP |
| 2 | | |
| 3 | | By:  /s/ Meredith L. Thielbahr |
| 4 | |      Meredith L. Thielbahr, ISB No. 9733 |
| 5 | | By:  /s/ Karyn Lloyd |
| | |      Karyn Lloyd, ISB No. 5482 |
| 6 | | 999 W. Main Street, #100 |
| 7 | | Boise, ID  83702 |
| | | Telephone:   (208) 489-9095 |
| 8 | | Facsimile:    (208) 957-5704 |
| | | Email:  mthielbahr@grsm.com |
| | | Email:  klloyd@grsm.com |

*Attorneys for CNH Industrial Capital America LLC*

NOTICE OF APPEARANCE - 2
CASE NO. 1:22-CV-3076-SAB