5/06
Form: Pro Hac Vice

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In Re:

Millenkamp Cattle, Inc.

                Debtors

)
)
)
)
)
)
)
)
)

Case No. 24-40158-NGH
Chapter No. 11
APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of Idaho, W. Kent Carter, hereby applies for admission pro hac vice to appear and participate in this case on behalf of CNH Industrial Capital America LLC.

The applicant hereby attests under penalty of perjury, as follows:

1. Applicant resides in the state of Illinois, and practices at the following address and phone number One North Franklin, Suite 800, Chicago, IL 60606, 312-619-4900

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:
- SEE ATTACHMENT
- SEE ATTACHMENT
- SEE ATTACHMENT
- SEE ATTACHMENT

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other courts.

5. Karyn Lloyd, a member in good standing of the bar of this court, of the firm of Gordon, Rees, Scully, Mansukhani, practices at the following office address and phone number: 999 W. Main Street, #100, Boise, ID 83702.

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 4th day of April, 2024.

_____      /s/ Karyn Lloyd
Applicant                                                     Designee

Signed under penalty of perjury.

5/06
Form: Pro Hac Vice

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

Millenkamp Cattle, Inc.

           Debtors

Case No. 24-40158-NGH
Chapter No. 11

| Court | Date of Admission |
|---|---|
| State of Illinois | 1997 |
| Northern District of Illinois | 1997 |
| Northern District of Illinois Bankruptcy Court | 2005 |
| Central District of Illinois | 2009 |
| Central District of Illinois Bankruptcy Court | 2009 |
| Southern District of Illinois | 2010 |
| Southern District of Illinois Bankruptcy Court | 2004 |
| Eastern District of Michigan | 2007 |
| Eastern District of Michigan Bankruptcy Court | 2007 |
| Western District of Michigan | 2008 |
| Western District of Michigan Bankruptcy Court | 2008 |
| Eastern District of Wisconsin | 2004 |
| 6th Circuit Court of Appeals | 2013 |
| Northern District of Indiana | 2016 |
| Southern District of Indiana | 2018 |
| Southern District of Georgia Bankruptcy Court | 2017 |