**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE: ) | CASE NO. 24-40158-NGH |
| ) | |
| MILLENKAMP CATTLE, INC. ) | CHAPTER 11 |
| ) | |
| Debtor. ) | **ENTRY OF APPEARANCE AND** |
| ) | **REQUEST FOR NOTICE** |
| ) | |
| ) | |
| ) | |
| ) | |

James J. Niemeier and McGrath North Mullin & Kratz, PC LLO, counsel for Viterra USA Grain, LLC and affiliates, respectfully request that James J. Niemeier of the law firm McGrath North Mullin & Kratz, PC LLO, be placed on the Court's master matrix and that all notices to parties-in-interest provided for by Rule 2002; all other notices, orders, applications, motions, reports, and other papers filed, served, or required to be served by parties-in-interest in this case; and all notices, orders and other papers filed by the Court or issued by the Court be served upon him as counsel for Viterra USA Grain, LLC and affiliates as follows:

James J. Niemeier , Esq.
McGrath North Mullin & Kratz, PC LLO
1601 Dodge Street, Suite 3700
Omaha, Nebraska 68102
Telephone: (402) 341-3070
E-Mail jniemeier@mcgrathnorth.com

Pursuant to §1109(b) of the Bankruptcy Code, this request includes the notices and notices of the filing or service of any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, or otherwise.

MCGRATH NORTH MULLIN & KRATZ, PC LLO,

By: /s/ James J. Niemeier
James J. Niemeier (*Pro Hac Vice*) NE#18838
1601 Dodge Street, Suite 3700
Omaha, NE 68102
Telephone: (402) 341-3070
E-mail: jniemeier@mcgrathnorth.com
*Counsel for Viterra USA Grain, LLC and affiliates*

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the above was served electronically upon those registered with the CM/ECF, on this 4th day of April 2024.

/s/ James J. Niemeier