Rhett M. Miller, ISB No. 11163
PARSONS, LOVELAND, SHIRLEY
& LINDSTROM, LLP
137 West 13th Street
P. O. Box 910
Burley, ID  83318
rmiller@magicvalley.law
Telephone: (208) 878-8382
Facsimile:  (208) 878-0146
*Counsel for Creditor Raft River Rural Electric Cooperative, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., *et al*.,. | Chapter 11 |
| Debtor. | |

**NOTICE OF APPEARANCE FOR RAFT RIVER RURAL ELECTRIC COOPERATIVE, INC.**

TO:  The Clerk of the Court and all parties and attorneys of record:

PLEASE TAKE NOTICE that Rhett M. Miller of the firm of Parsons, Loveland, Shirley & Lindstrom, LLP, appears on behalf of Creditor Raft River Rural Electric Cooperative, Inc, an Idaho non-profit corporation in the above captioned bankruptcy proceeding, and hereby requests that he be (a) provided with copies of all documents or pleadings filed in the case; (b) included in the master mailing list as attorney for Raft River Rural Electric Cooperative, Inc.; and (c) be provided with copies of all notices as provided by Rule 2002 of the Federal Rules of Bankruptcy Procedure.

All mailings should be addressed as follows:

Rhett M. Miller
PARSONS, LOVELAND, SHIRLEY & LINDSTROM, LLP
137 West 13th Street
P. O. Box 910
Burley, ID  83318
rmiller@magicvalley.law

NOTICE OF APPEARANCE -Page 1

DATED April 4, 2024.

PARSONS, LOVELAND, SHIRLEY & LINDSTROM, LLP

/s/ Rhett M. Miller

Rhett M. Miller
