5/06
Form: Pro Hac Vice

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

MILLENKAMP CATTLE, INC.

Debtors

Case No. 24-40158-NGH
Chapter No.
APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of Idaho, Miranda Russell, hereby applies for admission pro hac vice to appear and participate in this case on behalf of East Valley Development, LLC.

The applicant hereby attests under penalty of perjury, as follows:

1. Applicant resides in New York, and practices at the following address and phone number Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019, (212) 468-8000

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:
USDC Eastern District of New York
USDC Southern District of New York
New York (5852439)

Dates:
6/9/2022
5/31/2022
6/24/2021

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other courts.

5. Janine P. Reynard, a member in good standing of the bar of this court, of the firm of Avery Law, practices at the following office address and phone number: 3090 E. Gentry Way, Ste 250, Meridian ID 83642; (208) 639-9400

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 4 day of April, 2024

_____
Applicant (Miranda Russell)

_____
Designee

Signed under penalty of perjury.