ANDREW J. WALDERA
[Idaho State Bar No. 6608]
EVAN T. ROTH
[Idaho State Bar No. 9033]
BRIAN A. FARIA
[Idaho State Bar No. 10798]
SAWTOOTH LAW OFFICES, PLLC
1101 W. River St., Ste. 110
Boise, Idaho 833707
Telephone: (208) 629-7447
Facsimile: (208) 629-7559
E-mail: andy@sawtoothlaw.com
 evan@sawtoothlaw.com
 brian@sawtoothlaw.com

*Attorneys for Viserion Grain, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., | (Chapter 7) |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Biran A. Faria, of the firm Sawtooth Law Offices, PLLC, hereby gives notice of

the entry of his appearance as attorney of record for and on behalf of Viserion Grain, LLC, in the above –

entitled proceeding, and hereby requests that copies of any and all further pleadings, orders, documents, hearings

and notices, as such may arise or affect said proceeding, be served upon said attorney.

DATED this 4th day of April, 2024.

SAWTOOTH LAW OFFICES, PLLC

by: */s/ Brian A. Faria*
    Brian A. Faria
    *Attorney for Viserion Grain, LLC*

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2024, a true and correct copy of the

foregoing document was served as follows:

Brett R Cahoon
ustp.region18.bs.ecf@usdoj.gov

Sheila Rae Schwager
sschwager@hawleytroxell.com
amay@hawleytroxell.com
jbrocious@hawleytroxell.com

Matthew T. Christensen
mtc@johnsonmaylaw.com
mtcecf@gmail.com
acs@johnsonmaylaw.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
mt@johnsonmaylaw.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Daniel C. Green
dan@racineolson.com
heidi@racineolson.com


AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF
Registered Participants via U.S. Mail, First-Class, postage prepaid and addressed as follows:

Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID 83338


_/s/ Evan T. Roth_____
Evan T. Roth


NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 2