Matthew W. Grimshaw, #10716
GRIMSHAW LAW GROUP, P.C.
800 W. Main Street, Ste. 1460
Boise, Idaho 83702
(208) 391-7860
matt@grimshawlawgroup.com

Ad Hoc Committee of Corn Silage Growers

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In re: | Chapter 11 |
|---|---|
| MILLENDAMP CATTLE, INC., *et al.*, | Case No. 24-40158-NGH |
| Debtor. | |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that Matthew W. Grimshaw of Grimshaw Law Group, P.C. hereby enters an appearance on behalf of an Ad Hoc Committee of Corn Silage Growers and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to and served upon:

> Matthew W. Grimshaw
> matt@grimshawlawgroup.com
> Grimshaw Law Group, P.C.
> 800 W. Main Street, Ste. 1460
> Boise, Idaho 83702

The foregoing requests all notices, copies, and pleadings referred to in Federal Rule of Bankruptcy Procedure 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before the Court in this case, and any jointly administered case,

1
NOTICE OF APPEARANCE

whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

Dated: <u>4 April 2024</u>                    GRIMSHAW LAW GROUP, P.C.

                                                              By: <u>/s/ Matthew W. Grimshaw</u>
                                                                    Matthew W. Grimshaw

CERTIFICATE OF MAILING

I certify that on April 4, 2024, the foregoing *Notice of Appearance and Request for Service* was filed electronically through the Bankruptcy Court's CM/ECF filing system, and upon such filing the CM/ECF registered participants in this case were served by electronic means as more fully reflected on the Notice of Electronic Filing.

- Matthew T. Christensen – mtc@johnsonmaylaw.com
- Krystal R. Mikkilineni – krystal.mikkilineni@dentons.com
- Tirzah R. Roussell – tirzah.roussell@dentons.com
- US Trustee – ustp.region18.bs.ecf@usdoj.gov
- Heidi Buck Morrison – heidi@racineolson.com
- Daniel C. Green – dan@ racineolson.com
- David A. Coleman – david@colemanjacobsonlaw.com
- JB Evans – evans.jb@dorsey.com
- Kimbell D. Gourley – kgourley@idalaw.com
- Scott C. Powers – spowers@spencerfane.com
- Zachary Fairlie – zfairlie@ spencerfane.com
- John O'Brien – jobrien@ spencerfane.com
- Janine Patrice Reynard – janine@averylaw.net
- Sheila Rae Schwager – sschwager@hawleytroxell.com
- Brent Wilson – bwilson@hawleytroxell.com
- Gery W. Edson – gedson@gedson.com
- Andrew J. Waldera – andy@sawtoothlaw.com
- Jed W. Manwaring – jmanwaring@evanskeane.com
- Aaron Robert Bell abell@evanskeane.com
- Meredith Leigh Thielbahr – mthielbahr@grsm.com
- Karyn Lloyd – klloyd@grsm.com
- James Niemeier – jniemeier@mcgrathnorth.com
- Rhett Michael Miller – rmiller@magicvalley.law
- Evan T. Roth - evan@sawtoothlaw.com
- Brian A. Faria – brian@sawtoothlaw.com

      /s/ Matthew W. Grimshaw
      Matthew W. Grimshaw