# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., | Chapter 11 |
| Debtor. | |

### ORDER CONTINUING HEARING AND ESTABLISHING DEADLINES REGARDING DEBTOR-IN-POSSESSION FINANCING

On April 4, 2024, the Court conducted a telephonic preliminary hearing on, among other matters, the following motions filed by the Debtor:

- *Emergency and Continuing Motion for Authorization to Use Cash Collateral* (Doc. No. 22);
- *Emergency Motion for Entry of an Order Authorizing Debtors to Honor Prepetition Obligations to Critical Vendors* (Doc. No. 23);
- *Emergency Motion of Debtors for Interim and Final Orders (A) Authoring the Debtors to obtain Post-Petition Financing; (B) Granting adequate protection to pre-petition secured creditors; and (C) Setting a final hearing* (Doc. No. 24); and
- *Motion to Shorten Time for Notice of Interim Hearing* (Doc. No. 28)*;*

and the following motions filed by Western States Equipment Company:

- *Motion to Condition Use of WSECO's Equipment on Receipt of Adequate Protection* (Doc. No. 43); and
- *Motion to Shorten Time for Notice of Hearing* (Doc. No. 47);

collectively the "Motions." After discussion with the parties and as stated on the record,

**IT IS HEREBY ORDERD** that:

1. Further hearing on the Motions is continued to **April 9, 2024, at 9:00 a.m. Mountain Time** at the U.S. Bankruptcy Court, James A. McClure Federal Building and

SCHEDULING ORDER - 1

U.S. Courthouse, Courtroom 5, 550 West Fort Street, Boise, Idaho.[1]  The hearing will be conducted in-person.

2. Interested parties may submit post-petition financing proposals to the Debtor by **April 5, 2024, at 12:00 noon MDT**.

3. Debtor has through **April 6, 2024**, to choose its preferred post-petition financing proposal and file a supplement to its post-petition financing motion reflecting its choice.

4. Any objections to Debtor's chosen post-petition financing proposal or any further post-petition financing proposals shall be filed by **April 8, 2024**. //end of text//

DATED: April 5, 2024

_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

---

[1] On the record, the Court granted in part Debtor's motion to shorten time with respect to its Emergency Motion for Entry of an Order: (I) Authorizing the Debtors to (A) Pay prepetition employee wages and salaries, and (B) Pay and honor employee benefits and other workforce obligations; and (II) Authorizing and Directing the applicable bank to pay all checks and electronic payment requests made by the Debtors relating to the foregoing.  *See* Doc. No. 102.

SCHEDULING ORDER - 2