# Notice Recipients

District/Off: 0976–8   User: admin   Date Created: 4/5/2024
Case: 24–40158–NGH   Form ID: pdf070   Total: 63

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr   CNH Industrial Capital America LLC
cr   Bunge Canada

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust   US Trustee   ustp.region18.bs.ecf@usdoj.gov
aty   Aaron Robert Bell   abell@evanskeane.com
aty   Brent Russel Wilson   bwilson@hawleytroxell.com
aty   Brett R Cahoon   ustp.region18.bs.ecf@usdoj.gov
aty   Brian Faria   brian@sawtoothlaw.com
aty   Daniel C Green   dan@racineolson.com
aty   David A Coleman   david@colemanjacobsonlaw.com
aty   Evan Thomas Roth   evan@sawtoothlaw.com
aty   Gery W Edson   gedson@gedson.com
aty   Heidi Buck Morrison   heidi@racineolson.com
aty   Holly Roark   holly@roarklawboise.com
aty   James Niemeier   jniemeier@mcgrathnorth.com
aty   Janine Patrice Reynard   janine@averylaw.net
aty   Jed W. Manwaring   jmanwaring@evanskeane.com
aty   John O'Brien   jobrien@spencerfane.com
aty   Jon B Evans   evans.jb@dorsey.com
aty   Kimbell D Gourley   kgourley@idalaw.com
aty   Krystal R. Mikkilineni   krystal.mikkilineni@dentons.com
aty   Matthew T. Christensen   mtc@johnsonmaylaw.com
aty   Matthew W Grimshaw   matt@grimshawlawgroup.com
aty   Meredith Leigh Thielbahr   mthielbahr@grsm.com
aty   Rhett Michael Miller   rmiller@magicvalley.law
aty   Robert A Faucher   rfaucher@hollandhart.com
aty   Scott C Powers   spowers@spencerfane.com
aty   Sheila Rae Schwager   sschwager@hawleytroxell.com
aty   Tirzah R. Roussell   tirzah.roussell@dentons.com
aty   Zachary Fairlie   zfairlie@spencerfane.com

TOTAL: 27

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Millenkamp Cattle, Inc   471 North 300 West   Jerome, ID 83338
cr   Rabo AgriFinance LLC   c/o Sheila R. Schwager   P.O. Box 1617   Boise, ID 83701
cr   Viterra USA Grain, LLC and Viterra USA Ingredients, LLC   c/o Racine Olson, PLLP   P.O. Box 1391   Pocatello, ID 83204
cr   MetLife Real Estate Lending LLC   c/o Kimbell D. Gourley   POB 1097   Boise, ID 83701 UNITED STATES
cr   Metropolitan Life Insurance Company   c/o Kimbell D. Gourley   c/o Kimbell D. Gourley   POB 1097   Boise, ID 83701 UNITED STATES
cr   Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att   Spencer Fane   1700 Lincoln Street   Suite 2000   Denver, CO 80203
cr   Western States Equipment Co.   500 East Overland Road   Meridian, ID 83642
cr   c/o David A. Coleman Youree Land & Livestock, Inc.   Coleman, Ritchie & Jacobson   PO BOX 525   TWIN FALLS, ID 83303–0525 UNITED STATES
cr   c/o David A. Coleman B & H Farming   Coleman, Ritchie & Jacobson   PO BOX 525   TWIN FALLS, ID 83303–0525 UNITED STATES
cr   East Valley Development, LLC   c/o Avery Law   3090 E Gentry Way, Ste 250   Meridian, ID 83642
cr   Land View, Inc.   P.O. Box 475   Rupert, ID 83350
cr   MWI Veterinarian Supply, Inc.   3041 W PASADENA DRIVE   Boise, ID 83705 UNITED STATES
cr   Raft River Rural Electric Cooperative, Inc.   c/o Rhett M. Miller   P.O. Box 910   Burley, ID 83318
cr   Viserion Grain, LLC   c/o Sawtooth Law Offices, PLLC   213 Canyon Crest Dr., Ste 200   Twin Falls, ID 83301 UNITED STATES
cr   Ad Hoc Committee of Corn Silage Growers   153 East Main Street   PO Box 168   Jerome, ID 83338
cr   Progressive Dairy Service & Supply Corp.   485 S IDAHO ST   WENDELL, ID 83355–5241
cr   Elevation Electric, LLC   485 S IDAHO ST   WENDELL, ID 83355–5241
intp   Glanbia Foods Inc   c/o Robert A Faucher   POB 2527   Boise, ID 83701
aty   Adam A Lewis   Morrison & Foerster LLP   425 Market Street   San Francisco, CA 94105
aty   Andrew Schoulder   1301 Avenue of The Americas   New York, NY 10019–6022
aty   Domenic E Pacitti   Klehr Harrison Harvey Branzburg LLP   919 Market Street   Suite 1000   Wilmington, DE 19801
aty   James J Niemeier   McGrath North Mullin & Kratz, PC LLO   1601 Dodge Street   Ste 3700   Omaha, NE 68102

| | | | | | |
|---|---|---|---|---|---|
| aty | John O'Brien | Spencer Fane LLP | 1700 Lincoln Steet | Suite 2000 | Denver, CO 80203 |
| aty | Karyn Lloyd | Gordon Rees Scully Mansukhani, LLP | 999 W Main Street | 100 | Boise, ID 83702 |
| aty | Krystal R Mikkilineni | Dentons Davis Brown | 215 10th St | Ste 1300 | Des Moines, IA 50309 |
| aty | Morton R Branzburg | Klehr Harrison Harvey Branzburg LLP | 1835 Market St | Suite 1400 | Philadelphia, PA 19103 |
| aty | Nikolaus F Schandlbauer | 20 F Street NW | Suite 500 | Washington DC 20001 | |
| aty | Robert E. Richards | 233 South Wacker Drive | Suite 5900 | Chicago, IL 60606–6361 | |
| aty | Ron C Bingham, II | 3424 Peachtree Road NE | Suite 1600 | Atlanta, GA 30326 | |
| aty | Tirzah R. Roussell | 215 10th Street | Suite 1300 | Des Moines, IA 50309 | |
| aty | Zachary Fairlie | Spencer Fane LLP | 1000 Walnut Street | Suite 1400 | Kansas City, MO 64106 |
| 5335094 | Bunge Canada | c/o David D. Farrell | THOMPSON COBURN LLP | One USBank Plaza, Suite 2700 | Saint Louis, Missouri 63101 |
| 5334742 | NameAddress1Address2Address3CityStateZip | 116 & West805 W Idaho StSte 300Boise | 2020 Window ServicePO Box 6056Twin F | A & K Trucking1897 E 990 SHazeltonI | A. Scott Jackson TruckingPO Box 56Je | A. Scott JacksonTrucking IncPO Box 56 |
| 5335058 | Quill Corporation | PO Box 102419 | Columbia, SC 29224 | | |

TOTAL: 34