Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC. | Chapter 11 |
| Debtor. | |

**MOTION TO SHORTEN TIME FOR NOTICE OF HEARING**

Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), by and through its counsel of record, Johnson May, pursuant to Fed. R. Bankr. P. 4001(b)(2) and Local Rule ("LBR") 4001.1, hereby move the Court for an order shortening the

MOTION TO SHORTEN TIME – Page 1

required time for notice of the hearing on Debtor's concurrently filed Motion to Assume Western States Lease (the "Motion").

The Debtor respectfully requests that a hearing be held on the Motion on **Tuesday, April 9, 2024, at 9:00 a.m.** (MT). Good cause exists for shortening time, as outlined in Western State's Motion to Shorten Time (Docket No. 47), which the Debtor incorporates here.

DATED this 2nd day of April, 2024.

                                             */s/ Matt Christensen*
                                             MATTHEW T. CHRISTENSEN
                                             Attorney for the Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5TH day of April 2024, I caused to be served a true and correct copy of the foregoing MOTION electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on the 5th day of April, I served a copy of the foregoing on the 20 largest unsecured creditors, as listed on Docket No. 75, via US Mail, postage prepaid.

                                             /s/ Matt Christensen
                                             MATTHEW T. CHRISTENSEN