UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., | Chapter 11 |
| Debtor. | |

**ORDER CONTINUING HEARING AND ESTABLISHING DEADLINES REGARDING DEBTOR-IN-POSSESSION FINANCING**

On April 4, 2024, the Court conducted a telephonic preliminary hearing on, among other matters, the following motions filed by the Debtor:

- *Emergency and Continuing Motion for Authorization to Use Cash Collateral* (Doc. No. 22);
- *Emergency Motion for Entry of an Order Authorizing Debtors to Honor Prepetition Obligations to Critical Vendors* (Doc. No. 23);
- *Emergency Motion of Debtors for Interim and Final Orders (A) Authoring the Debtors to obtain Post-Petition Financing; (B) Granting adequate protection to pre-petition secured creditors; and (C) Setting a final hearing* (Doc. No. 24); and
- *Motion to Shorten Time for Notice of Interim Hearing* (Doc. No. 28);

and the following motions filed by Western States Equipment Company:

- *Motion to Condition Use of WSECO's Equipment on Receipt of Adequate Protection* (Doc. No. 43); and
- *Motion to Shorten Time for Notice of Hearing* (Doc. No. 47);

collectively the "Motions." After discussion with the parties and as stated on the record,

**IT IS HEREBY ORDERD** that:

1. Further hearing on the Motions is continued to **April 9, 2024, at 9:00 a.m. Mountain Time** at the U.S. Bankruptcy Court, James A. McClure Federal Building and

SCHEDULING ORDER - 1

U.S. Courthouse, Courtroom 5, 550 West Fort Street, Boise, Idaho.[1] The hearing will be conducted in-person.

2. Interested parties may submit post-petition financing proposals to the Debtor by **April 5, 2024, at 12:00 noon MDT**.

3. Debtor has through **April 6, 2024**, to choose its preferred post-petition financing proposal and file a supplement to its post-petition financing motion reflecting its choice.

4. Any objections to Debtor's chosen post-petition financing proposal or any further post-petition financing proposals shall be filed by **April 8, 2024**. //end of text//

DATED: April 5, 2024

NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

---

[1] On the record, the Court granted in part Debtor's motion to shorten time with respect to its Emergency Motion for Entry of an Order: (I) Authorizing the Debtors to (A) Pay prepetition employee wages and salaries, and (B) Pay and honor employee benefits and other workforce obligations; and (II) Authorizing and Directing the applicable bank to pay all checks and electronic payment requests made by the Debtors relating to the foregoing. *See* Doc. No. 102.

SCHEDULING ORDER - 2

United States Bankruptcy Court
District of Idaho

In re:  Case No. 24-40158-NGH
Millenkamp Cattle, Inc  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8  User: admin  Page 1 of 3
Date Rcvd: Apr 05, 2024  Form ID: pdf070  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |
| aty | + | Adam A Lewis, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105-2482 |
| aty | | Andrew Schoulder, 1301 Avenue of The Americas, New York, NY 10019-6022 |
| aty | + | Domenic E Pacitti, Klehr Harrison Harvey Branzburg LLP, 919 Market Street, Suite 1000, Wilmington, DE 19801-3030 |
| aty | + | James J Niemeier, McGrath North Mullin & Kratz, PC LLO, 1601 Dodge Street, Ste 3700, Omaha, NE 68102-1650 |
| aty | + | John O'Brien, Spencer Fane LLP, 1700 Lincoln Steet, Suite 2000, Denver, CO 80203-4554 |
| aty | + | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| aty | + | Morton R Branzburg, Klehr Harrison Harvey Branzburg LLP, 1835 Market St, Suite 1400, Philadelphia, PA 19103-2945 |
| aty | + | Nikolaus F Schandlbauer, 20 F Street NW, Suite 500, Washington DC 20001-6703 |
| aty | | Robert E. Richards, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361 |
| aty | + | Ron C Bingham, II, 3424 Peachtree Road NE, Suite 1600, Atlanta, GA 30326-1139 |
| aty | + | Tirzah R. Roussell, 215 10th Street, Suite 1300, Des Moines, IA 50309-3616 |
| aty | + | Zachary Fairlie, Spencer Fane LLP, 1000 Walnut Street, Suite 1400, Kansas City, MO 64106-2168 |
| cr | + | Ad Hoc Committee of Corn Silage Growers, 153 East Main Street, PO Box 168, Jerome, ID 83338-0168 |
| cr | + | Conterra Holdings, LLC d/b/a Conterra Ag Capital a, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| cr | + | East Valley Development, LLC, c/o Avery Law, 3090 E Gentry Way, Ste 250, Meridian, ID 83642-3596 |
| cr | | Elevation Electric, LLC, 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| intp | + | Glanbia Foods Inc, c/o Robert A Faucher, POB 2527, Boise, ID 83701-2527 |
| cr | + | Land View, Inc., P.O. Box 475, Rupert, ID 83350-0475 |
| cr | + | MWI Veterinarian Supply, Inc., 3041 W PASADENA DRIVE, Boise, ID 83705, UNITED STATES 83705-4776 |
| cr | + | MetLife Real Estate Lending LLC, c/o Kimbell D. Gourley, POB 1097, Boise, ID 83701, UNITED STATES 83701-1097 |
| cr | + | Metropolitan Life Insurance Company, c/o Kimbell D. Gourley, c/o Kimbell D. Gourley, POB 1097, Boise, ID 83701 UNITED STATES 83701-1097 |
| cr | | Progressive Dairy Service & Supply Corp., 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| cr | + | Rabo AgriFinance LLC, c/o Sheila R. Schwager, P.O. Box 1617, Boise, ID 83701-1617 |
| cr | + | Raft River Rural Electric Cooperative, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | Viserion Grain, LLC, c/o Sawtooth Law Offices, PLLC, 213 Canyon Crest Dr., Ste 200, Twin Falls, ID 83301, UNITED STATES 83301-3053 |
| cr | + | Viterra USA Grain, LLC and Viterra USA Ingredients, c/o Racine Olson, PLLP, P.O. Box 1391, Pocatello, ID 83204-1391 |
| cr | + | Western States Equipment Co., 500 East Overland Road, Meridian, ID 83642-6606 |
| cr | + | c/o David A. Coleman B & H Farming, Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| cr | + | c/o David A. Coleman Youree Land & Livestock, Inc., Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| 5335094 | + | Bunge Canada, c/o David D. Farrell, THOMPSON COBURN LLP, One USBank Plaza, Suite 2700, Saint Louis, Missouri 63101-1693 |
| 5335058 | + | Quill Corporation, PO Box 102419, Columbia, SC 29224-2419 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0976-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2024 | Form ID: pdf070 | Total Noticed: 32 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bunge Canada |
| cr | | CNH Industrial Capital America LLC |
| 5334742 | | NameAddress1Address2Address3CityStateZip, 116 & West805 W Idaho StSte 300Boise, 2020 Window ServicePO Box 6056Twin F, A & K Trucking1897 E 990 SHazeltonI, A. Scott Jackson TruckingPO Box 56Je, A. Scott JacksonTrucking IncPO Box 56 |
| aty | ##+ | Karyn Lloyd, Gordon Rees Scully Mansukhani, LLP, 999 W Main Street, 100, Boise, ID 83702-9001 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2024                          Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Robert Bell | on behalf of Creditor MWI Veterinarian Supply  Inc. abell@evanskeane.com |
| Brent Russel Wilson | on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com  amay@hawleytroxell.com |
| Brett R Cahoon | on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov |
| Brian Faria | on behalf of Creditor Viserion Grain  LLC brian@sawtoothlaw.com |
| Daniel C Green | on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net |
| David A Coleman | on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com |
| David A Coleman | on behalf of Creditor c/o David A. Coleman Youree Land & Livestock  Inc. david@colemanjacobsonlaw.com |
| Evan Thomas Roth | on behalf of Creditor Viserion Grain  LLC evan@sawtoothlaw.com |
| Gery W Edson | on behalf of Creditor Land View  Inc. gedson@gedson.com, tfurey@gedson.com |
| Heidi Buck Morrison | on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com |
| Holly Roark | on behalf of Creditor Elevation Electric  LLC holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net |
| Holly Roark | on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net |
| James Niemeier | on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com |
| Janine Patrice Reynard | |

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 05, 2024 | Form ID: pdf070 | Total Noticed: 32 |

|  |  |
|---|---|
| | on behalf of Creditor East Valley Development LLC janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com |
| Jed W. Manwaring | |
| | on behalf of Creditor MWI Veterinarian Supply Inc. jmanwaring@evanskeane.com, duskin@evanskeane.com;abell@evanskeane.com |
| John O'Brien | |
| | on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com |
| Jon B Evans | |
| | on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com sattler.carla@dorsey.com |
| Kimbell D Gourley | |
| | on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com shudson@idalaw.com |
| Kimbell D Gourley | |
| | on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com shudson@idalaw.com |
| Krystal R. Mikkilineni | |
| | on behalf of Debtor Millenkamp Cattle Inc krystal.mikkilineni@dentons.com |
| Matthew T. Christensen | |
| | on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com |
| Matthew T. Christensen | |
| | on behalf of Debtor Millenkamp Cattle Inc mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com |
| Matthew W Grimshaw | |
| | on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com |
| Meredith Leigh Thielbahr | |
| | on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com ckaiser@grsm.com |
| Rhett Michael Miller | |
| | on behalf of Creditor Raft River Rural Electric Cooperative Inc. rmiller@magicvalley.law |
| Robert A Faucher | |
| | on behalf of Interested Party Glanbia Foods Inc rfaucher@hollandhart.com boiseintaketeam@hollandhart.com;spturner@hollandhart.com |
| Scott C Powers | |
| | on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mw@scmlaw.com |
| Sheila Rae Schwager | |
| | on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com amay@hawleytroxell.com;jbrocious@hawleytroxell.com |
| Tirzah R. Roussell | |
| | on behalf of Debtor Millenkamp Cattle Inc tirzah.roussell@dentons.com |
| US Trustee | |
| | ustp.region18.bs.ecf@usdoj.gov |
| Zachary Fairlie | |
| | on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com |

TOTAL: 31