5/06
Form: Pro Hac Vice

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In Re:

Millenkamp Cattle, Inc.

Debtors

Case No. 24-40158-NGH
Chapter No.
APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of Idaho, Richard J. Bernard, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Sandton Capital Partners LP.

The applicant hereby attests under penalty of perjury, as follows:

1. Applicant resides in New York, and practices at the following address and phone number 1177 Avenue of the Americas, 41st Floor, New York, New York 10036

   Telephone: (212) 248-3263

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:
See attached Exhibit A

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other courts.

5. John F. Kurtz, Jr., a member in good standing of the bar of this court, of the firm of Kurtz Law PLLC, practices at the following office address and phone number:

910 W Main Street, Ste 364, Boise, Idaho 83702

Telephone: (208) 287-8167

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 8th day of April, 2024.

/s/ Richard J. Bernard
Applicant

/s/ John F. Kurtz, Jr.
Designee

Signed under penalty of perjury.

# EXHIBIT A

| | |
|---|---|
| Florida State Bar (Bar #572660) | September 26, 1995 |
| Connecticut State Bar (Bar #413177) | April 27, 1998 |
| New York State Bar (Bar #4047056) | April 8, 2002 |
| 11th Circuit Court of Appeals | July 11, 2000 |
| 6th Circuit Court of Appeals | August 4, 2006 |
| U.S. District Court for the Southern District of New York | May 21, 2002 |
| U.S. District Court for the Eastern District of New York | February 25, 2004 |
| U.S. District Court for the Northern District of New York | February 26, 2004 |
| U.S. District Court for the Southern District of Florida | January 19, 1996 |
| U.S. District Court for the Middle District of Florida | May 19, 1998 |
| U.S. District Court for the Northern District of Florida | October 16, 1998 |
| U.S. District Court for the Eastern District of Michigan | November 16, 2009 |
| U.S. District Court for the District of Connecticut | September 2, 2011 |