5/06
Form: Pro Hac Vice

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In Re:

Millenkamp Cattle, Inc.

Debtors

Case No. 24-40158-NGH
Chapter No.
APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of Idaho, __Michael R. Stewart__, hereby applies for admission pro hac vice to appear and participate in this case on behalf of __Sandton Capital Partners LP__.

The applicant hereby attests under penalty of perjury, as follows:

1. Applicant resides in __Minneapolis__, and practices at the following address and phone number __2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402__

Telephone: (612) 766-7928

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Minnesota Supreme Court | October 24, 1980 |
| U.S. Supreme Court | January 12, 1987 |
| U.S. Court of Appeals for the Eighth Circuit | January 7, 1986 |
| U.S. District Court, District of Minnesota | November 20, 1980 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other courts.

5. __John F. Kurtz, Jr.__, a member in good standing of the bar of this court, of the firm of __Kurtz Law PLLC__, practices at the following office address and phone number:

__910 W Main Street, Ste 364, Boise, Idaho 83702__

Telephone: (208) 287-8167

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this __8th__ day of __April__, __2024__.

__/s/ Michael R. Stewart__
Applicant

__/s/ John F. Kurtz, Jr.__
Designee

Signed under penalty of perjury.