UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Millenkamp Cattle, Inc. | ) Case No. 24-40158 |
| | ) |
| Debtors. | ) Chapter 11 |
| | ) |

### DECLARATION OF PAUL ERICKSON

I, Paul Erickson, having personal knowledge and under penalty of perjury declare as follows:

1. I am the Chief Executive Officer of Conterra Agricultural Capital, LLC ("Conterra").

2. In my capacity as CEO of Conterra I am familiar with the two loans described below which Conterra arranged and which Conterra services. Conterra is also the holder of a limited power of attorney for the two loans described below.

3. I am a custodial the loan documents described below and attached to this Declaration.

### The $16,500,000 Note Held By Ag Funding

4. Millenkamp Cattle, Inc., Idaho Jersey Girls, LLC, Idaho Jersey Girls Jerome Dairy LLC, East Valley Cattle, LLC, Millenkamp Family LLC, Millenkamp Properties, L.L.C., Millenkamp Properties II LLC, Goose Ranch, LLC, William J. Millenkamp and Susan J. Millenkamp (collectively, the "$16,500,000 Note Borrowers") executed and delivered to Conterra a promissory note dated October 20, 2022 in the original principal amount of $16,500,000 which Conterra endorsed to Ag Funding SC II LLC ("Ag Funding"), a true and correct copy of which with the Allonge is attached hereto as Exhibit 1 (the "$16,500,000 Note").

5. Conterra is Ag Funding's servicer for the $16,500,000 Note.

1

6. The $16,500,000 Note was in default before the Bankruptcy Petition was filed in the above captioned case.

7. As of April 2, 2024 the unpaid balance of the $16,500,000 Note was $18,884,265.52 calculated as follows:

| | |
|---|---:|
| Unpaid Principal | $16,500,000.00 |
| Accrued Interest through 4/2/24 | 1,457,810.41 |
| Late Fees | 830,614.58 |
| Reimbursable Expenses | 95,840.53 |
| Total unpaid balance as of 4/2/24 | $18,884,265.52 |

The $16,500,000 Note continues to accrue interest on and after April 3, 2024 at the default rate of 18% per annum and the current default per diem is $8,250.

8. To secure the $16,500,000 Note the $16,500,000 Note Borrowers executed and delivered a Loan And Security Agreement dated October 20, 2022, a true and correct copy of which is attached hereto as Exhibit 2 (the "Loan And Security Agreement") which granted a security interest in the following property of the $16,500,000 Note Borrowers (the "$16,500,000 Note Personal Property Collateral"):

> The Borrowing Base Assets, wherever located, whether now existing or hereafter from time to time arising or acquired.
>
> "Borrowing Base Assets" means the following property and interests in property of Borrowers, whether now owned or existing or hereafter acquired or arising and wheresoever located: all Accounts, Inventory, Equipment, Farm Products, goods, General Intangibles, commercial tort claims, Deposit Accounts, Margin Accounts, commodity accounts, commodity contracts, securities accounts, investment property, instruments, letter of credit rights, Documents, chattel paper, electronic chattel paper, tangible chattel paper, all accessions to, substitutions for, and all replacements, products and proceeds of the foregoing (including without limitation, proceeds of insurance policies insuring any of the foregoing), all books and records pertaining to any of the foregoing (including without limitation), customer lists, credit files, computer programs, printouts and other computer materials

DE 8649688.2

and records), and all insurance policies insuring any of the foregoing.

"Accounts" means all of Borrowers' present and future rights (including, without limitation, rights under any Margin Accounts) to payment for Inventory or other goods sold or leased or for services rendered, which rights are not evidenced by instruments or chattel paper, regardless of whether such rights have been earned by performance and any other "accounts" (as defined in the Internal Revenue Code and UCC).

"Deposit Accounts" means, (a) all deposit accounts (as defined in the Internal Revenue Code and UCC) of Borrowers, as applicable, now or hereafter maintained with Lender or any of Lender's affiliates, and (b) deposit accounts (as defined in the Internal Revenue Code and UCC) at other banks or financial institutions acceptable to Lender.

"Documents" means any and all warehouse receipts, bills of lading or similar documents of title relating to goods in which Borrowers at any time have an interest and any other "documents" (as defined in the Internal Revenue Code and UCC).

"Equipment" means any and all goods, other than Inventory, (including without limitation, equipment, machinery, motor vehicles, implements, tools, parts and accessories) that are at any time owned by Borrowers, together with any and all accessions, parts and appurtenances thereto and any other "equipment" (as defined in the Internal Revenue Code and UCC).

"Farm Products" means all personal property of Borrowers used or for use in farming or livestock operations, including without limitation, seed and harvested or un-harvested crops of all types and descriptions, whether annual or perennial and including trees, vines and the crops growing thereon, native grass, grain, feed, feed additives, feed ingredients, feed supplements, fertilizer, hay, silage, crop residues, supplies (including without limitation, chemicals, veterinary supplies and related goods), livestock of all types and descriptions (including without limitation, the offspring of such livestock and livestock in gestation) and any other "farm products" (as defined in the Internal Revenue Code and UCC).

"General Intangibles" means all of Borrowers' present and future right, title and interest in and to any customer deposit accounts, deposits, rights related to prepaid expenses, chose in action, causes of action and all other intangible personal property of every

3

DE 8649688.2

kind and nature (other than Accounts), including without limitation, payment intangibles, beneficial interests in trusts, corporate or other business records, inventions, designs, patents, patent applications, trademarks, trade names, trade secrets, goodwill, registrations, copyrights, licenses, franchises, customer lists, tax refunds, tax refund claims, customs claims, guarantee claims, contract rights, membership interests, partnership interests, Equity Interests, cooperative memberships or patronage benefits, obligations payable to Borrowers for capital stock or other claims against any Borrowers, rights to any government subsidy, set aside, diversion, deficiency or disaster payment or payment in kind, milk bases, brands and brand registrations, Commodity Credit Corporation storage agreements or contracts, leasehold interests in real and personal property, Water Rights, and any security interests or other security held by or granted to Borrowers to secure payment by any Account Debtor of any of the Accounts, and any other "general intangibles" (as defined in the Internal Revenue Code and UCC).

"Inventory" means any and all goods which shall at any time constitute "inventory" (as defined in the Internal Revenue Code and UCC) or Farm Products of Borrowers, wherever located (including without limitation, goods in transit and goods in the possession of third parties), or which from time to time are held for sale, lease or consumption in Borrowers' business, furnished under any contract of service or held as raw materials, work in process, finished inventory or supplies (including without limitation, packaging and/or shipping materials).

"Margin Accounts" means, collectively, all commodity accounts and all commodity contracts and (to the extent not including in commodity accounts or commodity contracts) all Swap Contracts maintained by Borrowers with respect to Inventory.

9. To perfect its lien on the $16,5000,000 Note Personal Property Collateral Ag Funding filed the following financing statements (collectively, the "$16,500,000 Note Financing Statements"):

    A. Financing Statement filed with the Idaho Secretary of State on February 19, 2024 as Doc. No. 20240226411, a true and correct copy of which is attached hereto as Exhibit 3; and

    B. Financing Statement filed with the Idaho Secretary of State on February 20, 2024 as Doc. No. 20240226555, a true and correct copy of which is attached hereto as Exhibit 4.

4

DE 8649688.2

10. To further secure the $16,500,000 Note the $16,500,000 Note Borrowers executed and delivered a Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing (Third Priority) dated October 20, 2022 and recorded on October 20, 2022 at Reception No. 2022-004554, Cassia County records and re-recorded on October 20, 2022 at Instrument No. 2224761, Jerome County records and re-recorded on October 20, 2022 at Reception No. 2022018724, Twin Falls County records which was assigned by virtue of an Assignment of Mortgage dated October 20, 2022 and recorded on October 20, 2022 at Reception No. 2022-004555, Cassia County records and re-recorded on October 20, 2022 at Instrument No. 2224762, Jerome County records and re-recorded on October 20, 2022 at Reception No. 2022018725, Twin Falls County records a true and correct copy is attached hereto as Exhibit 5 (the "$16,5000,000 Note Mortgage") encumbering all or substantially all of the Debtors' Real Property except for the "German Dairy" (the "$16,500,000 Note Real Property Collateral").

The $2,549,750 Note Held By Rooster

11. Millenkamp Cattle, Inc., Millenkamp Family LLC, Millenkamp Properties II LLC, Millenkamp Properties, L.L.C., East Valley Cattle, LLC, Idaho Jersey Girls Jerome Dairy LLC, and William J. Millenkamp (collectively, the "$2,549,750 Note Borrowers") executed and delivered to Conterra a promissory note dated October 20, 2022 in the original principal amount of $2,549,750 which Conterra endorsed to Rooster Capital IV LLC ("Rooster"), a true and correct copy of which with the Allonge is attached hereto as Exhibit 6 (the "$2,549,750 Note").

12. Conterra is Rooster's servicer for the $2,549,750 Note.

13. The $2,549,750 Note was in default before the Bankruptcy Petition was filed in the above captioned case.

14. As of April 2, 2024 the unpaid balance of the $2,549,750 Note is $2,576,728.08 calculated as follows:

| | |
|---|---:|
| Unpaid Principal | $2,508,860.41 |
| Accrued Interest through 4/2/24 | 67,867.67 |
| Total unpaid balance as of 4/2/24 | $2,576,728.08 |

The $2,549,750 Note continues to accrue interest on and after April 3, 2024 at the default rate of 18% per annum and the current default per diem is $1,254.43.

15. To secure the $2,549,750 Note the $2,549,750 Note Borrowers executed and delivered a Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated October 20, 2022 and recorded on October 20, 2022 at Instrument No. 2224754, Jerome County records which was assigned by virtue of an Assignment of Mortgage dated October 20, 2022 and recorded on October 20, 2022 at Instrument No. 2224755, Jerome County records, a true and correct copy is attached hereto as Exhibit 7 (the "$2,549,750 Note Mortgage")

16. The $2,549,740 Mortgage is a first lien on an 80 acre parcel owned by Millenkamp Properties, LLC commonly known as the "German Dairy" (the $2,549,750 Note Real Property Collateral").

17. The $2,549,750 Note Real Property Collateral is an 80 acre parcel. 53 acres are irrigated farmland. 25 acres are a dairy facility. 2 acres are waste. The 25 acre dairy facility has a milking parlor for sicks and animals in abeyance pending medicine withdrawal.

18. Conterra has an appraisal on the $2,549,750 Note Real Property Collateral dated April 15, 2022 stating a market value of $4,250,000.

19. Rooster filed the following financing statements (collectively, the "$2,549,750 Note Financing Statements"):

    A.    Financing Statement filed with the Idaho Secretary of State on October 28, 2022 as Doc. No. 20221833441, a true and correct copy of which is attached hereto as <u>Exhibit 8</u>; and

    B.    Financing Statement filed with the Jerome County Clerk and Recorder on October 20, 2022 at Instrument No. 2224756, a true and correct copy of which is attached hereto as <u>Exhibit 9</u>.

20. To further secure the $2,549,750 Note the $2,549,750 Note Borrowers executed and delivered a Milk Check Assignment Agreement For Glanbia Foods, Inc. dated October 26, 2022, a true and correct copy of which is attached hereto as <u>Exhibit 10</u> (the "Milk Assignment").

Executed on April 8, 2024 at West Des Moines, Iowa.

CONTERRA AGRICULTURAL CAPITAL, LLC

By: _____
Paul Erickson
Its:    Chief Executive Officer

7

DE 8649688.2