

# STATE OF IDAHO

*Phil McGrane | Secretary of State*

**Business Office**
450 North 4th Street
PO Box 83720
Boise, ID 83720

SPENCER FANE LLP
JOHN O'BRIEN
STE 2000
1700 N LINCOLN ST
DENVER, CO  80203-4554

February 19, 2024 10:09 AM

Lien Doc #:20240226411
DLN #:  B0882-2286

## Lien Acknowledgment

This acknowledges the filing of the attached Lien document.  Please review the data to ensure database information corresponds with information on the submitted Lien form.  In the event a discrepancy is found, please note the error and return the entire package to our office.  If we may be of any further service to you, please contact us at the number noted below.

Phil McGrane
**Idaho Secretary of State**

Enclosures:  Original Documents

**DEBTOR INFORMATION**

| | |
|---|---|
| Debtor Name: | MILLENKAMP CATTLE, INC. |
| Debtor Address: | 471 NORTH 300 WEST |
| | JEROME, ID 83338 |
| Debtor Name: | IDAHO JERSEY GIRLS, LLC |
| Debtor Address: | 471 NORTH 300 WEST |
| | JEROME, ID 83338 |
| Debtor Name: | IDAHO JERSEY GIRLS JEROME DAIRY LLC |
| Debtor Address: | 471 NORTH 300 WEST |
| | JEROME, ID 83338 |
| Debtor Name: | EAST VALLEY CATTLE, LLC |
| Debtor Address: | 471 NORTH 300 WEST |
| | JEROME, ID 83338 |
| Debtor Name: | MILLENKAMP FAMILY LLC |
| Debtor Address: | 471 NORTH 300 WEST |
| | JEROME, ID 83338 |
| Debtor Name: | MILLENKAMP PROPERTIES, L.L.C. |

| | |
|---|---|
| Debtor Address: | 471 NORTH 300 WEST |
| | JEROME, ID 83338 |
| Debtor Name: | MILLENKAMP PROPERTIES II LLC |
| Debtor Address: | 471 NORTH 300 WEST |
| | JEROME, ID 83338 |
| Debtor Name: | GOOSE RANCH, LLC |
| Debtor Address: | 471 NORTH 300 WEST |
| | JEROME, ID 83338 |
| Debtor Name: | MILLENKAMP, WILLIAM J. |
| Debtor Address: | 471 NORTH 300 WEST |
| | JEROME, ID 83338 |
| Debtor Name: | MILLENKAMP, SUSAN J. |
| Debtor Address: | 471 NORTH 300 WEST |
| | JEROME, ID 83338 |

**SECURED PARTY INFORMATION**

| | |
|---|---|
| Secured Party Name: | AG FUNDING SC II LLC |
| Secured Party Address: | 5465 MILLS CIVIC PARKWAY |
| | SUITE 201 |
| | WEST DES MOINES, IA 50266 |

**FILING INFORMATION**

| | |
|---|---|
| Lien Type: | UCC |
| Lien Doc #: | 20240226411 |
| Filing Date: | 2/19/2024 10:06 AM |
| Lapse Date: | 2/19/2029 11:59 PM |
| Alt Filing Type (6a) | Not Applicable |
| Alt Filing Type 1 (6b) | Not Applicable |

Phone: (208) 334-3191  *  Website:  https://sosbiz.idaho.gov

EXHIBIT 3    Page 2 of 6

20240226411

**STATE OF IDAHO**
*Office of the secretary of state, Phil McGrane*
**UCC1 FINANCING STATEMENT**
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee - $3 submitted online, $6 print & mail or $12 if 3 or more pages. Make checks payable to Secretary of State.

For Office Use Only
**-FILED-**
File #: 20240226411
Date Filed: 2/19/2024 10:06:32 AM

| Contact at Filer: | |
|---|---|
| Contact Name | John O'Brien |
| Contact Phone | (303) 839-3800 |
| Contact Email | jobrien@spencerfane.com |

| Send acknowledgment to: | |
|---|---|
| Name | Spencer Fane LLP |
| Address | JOHN O'BRIEN<br>1700 N LINCOLN ST<br>STE 2000<br>DENVER, CO 80203-4554 |

**Debtors:**

| DEBTOR'S NAME | MAILING ADDRESS |
|---|---|
| Millenkamp Cattle, Inc. | William Millenkamp<br>471 North 300 West<br>Jerome, ID 83338 |
| Idaho Jersey Girls, LLC | William Millenkamp<br>471 North 300 West<br>Jerome, ID 83338 |
| Idaho Jersey Girls Jerome Dairy LLC | William Millenkamp<br>471 North 300 West<br>Jerome, ID 83338 |
| East Valley Cattle, LLC | William Millenkamp<br>471 North 300 West<br>Jerome, ID 83338 |
| Millenkamp Family LLC | William Millenkamp<br>471 North 300 West<br>Jerome, ID 83338 |
| Millenkamp Properties, L.L.C. | William Millenkamp<br>471 North 300 West<br>Jerome, ID 83338 |
| Millenkamp Properties II LLC | William Millenkamp<br>471 North 300 West<br>Jerome, ID 83338 |
| Goose Ranch, LLC | William Millenkamp<br>471 North 300 West<br>Jerome, ID 83338 |
| William J. Millenkamp | 471 North 300 West<br>Jerome, ID 83338 |
| Susan J. Millenkamp | 471 North 300 West<br>Jerome, ID 83338 |

**Secured Parties:**

| SECURED PARTY'S NAME | MAILING ADDRESS |
|---|---|

Page 1 of 4    Page 1 of 4

B0882-2286 02/19/2024 10:08 AM Received by Office of the Idaho Secretary of State

EXHIBIT 3    Page 3 of 6

| Ag Funding SC II LLC | 5465 Mills Civic Parkway<br>Suite 201<br>West Des Moines, IA 50266 |
|---|---|

Collateral:

B0882-2287 02/19/2024 10:08 AM Received by Office of the Idaho Secretary of State

B0882-2288 02/19/2024 10:08 AM Received by Office of the Idaho Secretary of State

| | |
|---|---|
| The financing statement covers the following collateral: | The Borrowing Base Assets, wherever located, whether now existing or hereafter from time to time arising or acquired. Borrowing Base Assets means the following property and interests in property of Debtors, whether now owned or existing or hereafter acquired or arising and wheresoever located: all Accounts, Inventory, Equipment, Farm Products, goods, General Intangibles, commercial tort claims, Deposit Accounts, Margin Accounts, commodity accounts, commodity contracts, securities accounts, investment property, instruments, letter of credit rights, Documents, chattel paper, electronic chattel paper, tangible chattel paper, all accessions to, substitutions for, and all replacements, products and proceeds of the foregoing (including without limitation, proceeds of insurance policies insuring any of the foregoing), all books and records pertaining to any of the foregoing (including without limitation), customer lists, credit files, computer programs, printouts and other computer materials and records), and all insurance policies insuring any of the foregoing. Accounts means all of Debtors' present and future rights (including, without limitation, rights under any Margin Accounts) to payment for Inventory or other goods sold or leased or for services rendered, which rights are not evidenced by instruments or chattel paper, regardless of whether such rights have been earned by performance and any other accounts (as defined in the Internal Revenue Code and UCC). Deposit Accounts means, (a) all deposit accounts (as defined in the Internal Revenue Code and UCC) of Debtors, as applicable, now or hereafter maintained with Lender or any of Lender's affiliates, and (b) deposit accounts (as defined in the Internal Revenue Code and UCC) at other banks or financial institutions acceptable to Lender. Documents means any and all warehouse receipts, bills of lading or similar documents of title relating to goods in which Debtors at any time have an interest and any other documents (as defined in the Internal Revenue Code and UCC). Equipment means any and all goods, other than Inventory, (including without limitation, equipment, machinery, motor vehicles, implements, tools, parts and accessories) that are at any time owned by Debtors, together with any and all accessions, parts and appurtenances thereto and any other equipment (as defined in the Internal Revenue Code and UCC). Farm Products means all personal property of Debtors used or for use in farming or livestock operations, including without limitation, seed and harvested or un-harvested crops of all types and descriptions, whether annual or perennial and including trees, vines and the crops growing thereon, native grass, grain, feed, feed additives, feed ingredients, feed supplements, fertilizer, hay, silage, crop residues, supplies (including without limitation, chemicals, veterinary supplies and related goods), livestock of all types and descriptions (including without limitation, the offspring of such livestock and livestock in gestation) and any other farm products (as defined in the Internal Revenue Code and UCC). General Intangibles means all of Debtors' present and future right, title and interest in and to any customer deposit accounts, deposits, rights related to prepaid expenses, chose in action, causes of action and all other intangible personal property of every kind and nature (other than Accounts), including without limitation, payment intangibles, beneficial interests in trusts, corporate or other business records, inventions, designs, patents, patent applications, trademarks, trade names, trade secrets, goodwill, registrations, copyrights, licenses, franchises, customer lists, tax refunds, tax refund claims, customs claims, guarantee claims, contract rights, membership interests, |



B0882-2289 02/19/2024 10:08 AM Received by Office of the Idaho Secretary of State

|  |  |
|---|---|
|  | partnership interests, Equity Interests, cooperative memberships or patronage benefits, obligations payable to Debtors for capital stock or other claims against any Debtors, rights to any government subsidy, set aside, diversion, deficiency or disaster payment or payment in kind, milk bases, brands and brand registrations, Commodity Credit Corporation storage agreements or contracts, leasehold interests in real and personal property, Water Rights, and any security interests or other security held by or granted to Debtors to secure payment by any Account Debtor of any of the Accounts, and any other general intangibles (as defined in the Internal Revenue Code and UCC). Inventory means any and all goods which shall at any time constitute inventory (as defined in the Internal Revenue Code and UCC) or Farm Products of Debtors, wherever located (including without limitation, goods in transit and goods in the possession of third parties), or which from time to time are held for sale, lease or consumption in Debtors' business, furnished under any contract of service or held as raw materials, work in process, finished inventory or supplies (including without limitation, packaging and/or |
| The collateral is: | Not Applicable |
| **Designations:** |  |
| Select a designation which describes this financing statement: | Not Applicable |
| Select an additional designation which describes this financing statement: | Not Applicable |
| **Alternative Designations:** |  |
| Select the alternative designation which describes this financing statement: | Not Applicable |
| Optional Filer Reference Data: |  |