# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 4/8/2024 |
| Case: 24–40158–NGH | Form ID: 309F1 | Total: 72 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          CNH Industrial Capital America LLC
cr          MWI Veterinary Supply Inc.
                                                                                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Millenkamp Cattle, Inc        471 North 300 West        Jerome, ID 83338
ust         US Trustee        550 West Fort St, Ste 698        Boise, ID 83724
cr          Rabo AgriFinance LLC        c/o Sheila R. Schwager        P.O. Box 1617        Boise, ID 83701
cr          Viterra USA Grain, LLC and Viterra USA Ingredients, LLC        c/o Racine Olson, PLLP        P.O. Box 1391        Pocatello, ID 83204
cr          MetLife Real Estate Lending LLC        c/o Kimbell D. Gourley        POB 1097        Boise, ID 83701 UNITED STATES
cr          Metropolitan Life Insurance Company        c/o Kimbell D. Gourley        c/o Kimbell D. Gourley        POB 1097        Boise, ID 83701 UNITED STATES
cr          Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att        Spencer Fane        1700 Lincoln Street        Suite 2000        Denver, CO 80203
cr          Western States Equipment Co.        500 East Overland Road        Meridian, ID 83642
cr          c/o David A. Coleman Youree Land & Livestock, Inc.        Coleman, Ritchie & Jacobson        PO BOX 525        TWIN FALLS, ID 83303–0525 UNITED STATES
cr          c/o David A. Coleman B & H Farming        Coleman, Ritchie & Jacobson        PO BOX 525        TWIN FALLS, ID 83303–0525 UNITED STATES
cr          East Valley Development, LLC        c/o Avery Law        3090 E Gentry Way, Ste 250        Meridian, ID 83642
cr          Land View, Inc.        P.O. Box 475        Rupert, ID 83350
cr          MWI Veterinarian Supply, Inc.        3041 W PASADENA DRIVE        Boise, ID 83705 UNITED STATES
cr          Raft River Rural Electric Cooperative, Inc.        c/o Rhett M. Miller        P.O. Box 910        Burley, ID 83318
cr          Viserion Grain, LLC        c/o Sawtooth Law Offices, PLLC        213 Canyon Crest Dr., Ste 200        Twin Falls, ID 83301 UNITED STATES
cr          Ad Hoc Committee of Corn Silage Growers        153 East Main Street        PO Box 168        Jerome, ID 83338
cr          Progressive Dairy Service & Supply Corp.        485 S IDAHO ST        WENDELL, ID 83355–5241
cr          Elevation Electric, LLC        485 S IDAHO ST        WENDELL, ID 83355–5241
cr          Bunge Canada C/O David D. Farrell        David D. Farrell. Esq.        One Bank Plaza        Suite 2700        St. Louis, MO 63101
intp        Glanbia Foods Inc        c/o Robert A Faucher        POB 2527        Boise, ID 83701
intp        Sandton Capital Partners LP        16 W 46th Street, 1st Floor        New York, NY 10036
aty         Aaron Robert Bell        Evans Keane LLP        P.O. Box 959        Boise, ID 83701
aty         Adam A Lewis        Morrison & Foerster LLP        425 Market Street        San Francisco, CA 94105
aty         Andrew Schoulder        1301 Avenue of The Americas        New York, NY 10019–6022
aty         Brent Russel Wilson        Hawley Troxell Ennis & Hawley, LLP        877 Main Street, Suite 200        Boise, ID 83702
aty         Brett R Cahoon        DOJ–UST        550 West Fort St.        Ste 698        Boise, ID 83724
aty         Brian Faria        Sawtooth Law Offices, PLLC        1101 W. River Street, Suite 110        83702        Boise, ID 83702
aty         Daniel C Green        Racine Olson, PLLP        201 East Center        PO Box 1391        Pocatello, ID 83204
aty         David A Coleman        PO Box 525        Twin Falls, ID 83303–0525
aty         Domenic E Pacitti        Klehr Harrison Harvey Branzburg LLP        919 Market Street        Suite 1000        Wilmington, DE 19801
aty         Evan Thomas Roth        1101 W. River St., Ste 110        Boise, ID 83707
aty         Gery W Edson        POB 448        Boise, ID 83701
aty         Heidi Buck Morrison        Racine Olson, PLLP        201 East Center Street        Pocatello, ID 83201
aty         Holly Roark        Roark Law Offices        950 Bannock St. Ste. 1100        Boise, ID 83702
aty         James Niemeier        McGrath North        1601 Dodge Street        Suite 3700        Omaha, NE 68102
aty         James J Niemeier        McGrath North Mullin & Kratz, PC LLO        1601 Dodge Street        Ste 3700        Omaha, NE 68102
aty         James Justin May        Johnson May        199 N. Capitol Blvd.        Ste. 200        Boise, ID 83702
aty         Janine Patrice Reynard        Avery Law        3090 E. Gentry Way        Suite 250        Meridian, ID 83642
aty         Jason Ronald Naess        DOJ–UST        550 West Fort St.        Ste 698        Boise, ID 83724
aty         Jed W. Manwaring        Evans Keane LLP        1161 W. River St.        Suite 100        PO Box 959        Boise, ID 83701–0959
aty         John O'Brien        Spencer Fane        1700 Lincoln Street        Ste 2000        Denver, CO 80203
aty         John O'Brien        Spencer Fane LLP        1700 Lincoln Steet        Suite 2000        Denver, CO 80203
aty         John F Kurtz, Jr        Kurtz Law PLLC        910 W. Main        Suite 364        Boise, ID 83702
aty         Jon B Evans        Dorsey & Whitney LLP        101 S Capitol Blvd Ste 1701        Boise, ID 83702–7705
aty         Karyn Lloyd        Gordon Rees Scully Mansukhani, LLP        999 W Main Street        100        Boise, ID 83702
aty         Kimbell D Gourley        POB 1097        Boise, ID 83701
aty         Krystal R Mikkilineni        Dentons Davis Brown        215 10th St        Ste 1300        Des Moines, IA 50309
aty         Krystal R. Mikkilineni        Dentons Davis Brown        215 10th Street        Suite 1300        Des Moines, IA 50309

| | | | | | |
|---|---|---|---|---|---|
| aty | Matthew T. Christensen | Johnson May, PLLC | 199 N. Capitol Blvd | Suite 200 | Boise, ID 83702 |
| aty | Matthew W Grimshaw | Grimshaw Law Group, P.C. | 800 W. Main Street, Ste. 1460 | | Boise, ID 83702 |
| aty | Meredith Leigh Thielbahr | Gordon & Rees – Seattle | 701 Fifth Avenue | Ste 2100 | Seattle, WA 98104 |
| aty | Morton R Branzburg | Klehr Harrison Harvey Branzburg LLP | 1835 Market St | Suite 1400 | Philadelphia, PA 19103 |
| aty | Morton R. Branzburg | Klehr Harrison Harvey Branzburg, LLP | 1835 Market Street | Suite 1400 | Philadelphia, PA 19103 |
| aty | Nikolaus F Schandlbauer | 20 F Street NW | Suite 500 | Washington DC 20001 | |
| aty | Rhett Michael Miller | Parsons, Loveland, Shirley & Lindstrom, LLP | P.O. Box 910 | Burley, ID 83318 | |
| aty | Robert A Faucher | POB 2527 | Boise, ID 83701 | | |
| aty | Robert E Richards | Dentons US LLP | 233 South Wacker Drive | Ste 7800 | Chicago, IL 60606 |
| aty | Robert E. Richards | 233 South Wacker Drive | Suite 5900 | Chicago, IL 60606–6361 | |
| aty | Ron C Bingham, II | 3424 Peachtree Road NE | Suite 1600 | Atlanta, GA 30326 | |
| aty | Scott C Powers | Spencer Fane LLP | 10 Exchange Place 11th Flr | Salt Lake City, UT 84111 | |
| aty | Sheila Rae Schwager | Hawley Troxell Ennis & Hawley, LLP | 877 Main Street, Suite 200 | P.O. Box 1617 | Boise, ID 83702 |
| aty | Tirzah R. Roussell | 215 10th Street | Suite 1300 | Des Moines, IA 50309 | |
| aty | Tirzah R. Roussell | Dentons Davis Brown PC | The Davis Brown Tower | 215 10th Street | Suite 1300 Des Moines, IA 50309–8004 |
| aty | Zachary Fairlie | Spencer Fane | 1000 Walnut | Ste 1400 | Kansas City, MO 64106 |
| aty | Zachary Fairlie | Spencer Fane LLP | 1000 Walnut Street | Suite 1400 | Kansas City, MO 64106 |
| 5335094 | Bunge Canada | c/o David D. Farrell | THOMPSON COBURN LLP | One USBank Plaza, Suite 2700 | Saint Louis, Missouri 63101 |
| 5335227 | CenturyTel Service Group, LLC dba CenturyLink | Lumen Technologies Group | 931 14th Street, 9th Floor (Attn: Legal–BKY) | Denver, CO 80202 | |
| 5334742 | NameAddress1Address2Address3CityStateZip | 116 & West805 W Idaho StSte 300Boise | 2020 Window ServicePO Box 6056Twin F | A & K Trucking1897 E 990 SHazeltonI | A. Scott Jackson TruckingPO Box 56Je   A. Scott JacksonTrucking IncPO Box 56 |
| 5335058 | Quill Corporation | PO Box 102419 | Columbia, SC 29224 | | |
| 5335378 | Westway Feed | BARR Credit Services | 3444 N Country Club Rd | Ste 200 | Tucson, AZ 85716 |

TOTAL: 70