5/06
Form: Pro Hac Vice

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

)
)    Case No. 24-40158-NGH
)    Chapter No.

In Re:        )    APPLICATION FOR ADMISSION
          )    PRO HAC VICE
Millenkamp Cattle, Inc.    )

      Debtors    )

)    Fee: $250.00

Pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of Idaho,
Scott F. Gautier _____, hereby applies for admission pro hac vice to appear and participate
in this case on behalf of ____Sandton Capital Partners LP_____.

The applicant hereby attests under penalty of perjury, as follows:

1. Applicant resides in _____Manhatten Beach_____, and practices at the following
address and phone number 1800 Century Park East, Ste. 1500, Los Angeles, California 90067
_____Telephone: (310) 500-2165_____

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:                      Dates:
____See attached Exhibit A_____    _____

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other courts.

5. ___John F. Kurtz, Jr._____, a member in good standing of the bar of this court, of the firm of
Kurtz Law PLLC_____, practices at the following office address and phone number:
910 W Main Street, Ste 364, Boise, Idaho 83702
Telephone: (208) 287-8167

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents
to this designation by signing this application.

Dated this 8th day of April, 2024.

__/s/ Scott F. Gautier_____      __/s/ John F. Kurtz, Jr._____
Applicant                  Designee

Signed under penalty of perjury.

## EXHIBIT A

| | |
|---|---|
| California Supreme Court (Bar #211742) | 2000 |
| Illinois Supreme Court (Bar #6242954) | 1997 |
| U.S. District Court for the Central District of California | 2000 |
| U.S. District Court for the Southern District of California | 2005 |
| U.S. District Court for the Northern District of California | 2002 |
| U.S. District Court for the Northern District of Illinois | 1997 |
| U.S. Court of Appeals for the Ninth Circuit | 2021 |
| U.S. Court of Appeals for the Eighth District | 2008 |