# Notice Recipients

District/Off: 0976–8            User: admin                Date Created: 4/8/2024
Case: 24–40158–NGH              Form ID: pdf033            Total: 4

**Recipients of Notice of Electronic Filing:**
ust     US Trustee           ustp.region18.bs.ecf@usdoj.gov
aty     Brett R Cahoon       ustp.region18.bs.ecf@usdoj.gov
aty     Jason Ronald Naess   Jason.r.naess@usdoj.gov

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Millenkamp Cattle, Inc     471 North 300 West      Jerome, ID 83338

TOTAL: 1