Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re<br><br>MILLENKAMP CATTLE, INC., *et. al.*,<br><br>                Debtors.[1] | Case No. 24-40158-NGH<br><br>Chapter 11 |

---

[1] The Debtors in the Chapter 11 Cases along with the last four digits of their respective tax identification number or registration number in the applicable jurisdiction are: Millenkamp Cattle, Inc. (26-0603892); Idaho Jersey Girls LLC (46-3084467); East Valley Cattle, LLC (20-3238613); Millenkamp Properties, L.L.C. (26-0604003); Millenkamp Properties II LLC (84-3797719); Millenkamp Family LLC (46-1868279); Goose Ranch, LLC; Idaho Jersey Girls Jerome Dairy LLC (81-4713431); Black Pine Cattle LLC; and Millenkamp Enterprises LLC. The location of the Debtors' service address for purposes of the Chapter 11 Cases is 471 N 300 W., Jerome, ID 83338.

#3892633

# SUPPLEMENT TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO HONOR PREPETITION OBLIGATIONS TO CRITICAL VENDORS

Millenkamp Cattle, Inc. ("Millenkamp Cattle") and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, hereby respectfully submit this *Supplement to Debtors' Motion for Entry of an Order Authorizing Debtors to Honor Prepetition Obligations to Critical Vendors* and in support of this Amendment, the Debtors represent as follows:

1. On April 2, 2024, the Debtors filed a Motion for Entry of an Order Authorizing Debtors to Honor Prepetition Obligations to Critical Vendors (Docket No. 27) (the "Motion").

2. The Debtors file this supplement to amend and revise the Critical Vendor Cap.

3. By this Amendment, the Debtors seek authority to continue to pay and/or honor the prepetition claims of the Critical Vendors up to $40.1 million (the "Critical Vendor Cap"), with, (i) an interim amount of up to $7.5 million, and only as needed to avoid immediate and irreparable harm; and (ii) an additional amount, of up to $32.6 million and only as needed to avoid immediate and irreparable harm.

4. Attached hereto as Exhibit A is an updated list of the Critical Vendors[2] and the payments being made to them.

DATED this 8th day of April 2024

                                                            DENTONS

                                                            */s/ Tirzah R. Roussell*
                                                            TIRZAH R. ROUSSELL
                                                           Attorney for the Debtors

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

SUPPLEMENT TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO HONOR PREPETITION OBLIGATIONS TO CRITICAL VENDORS - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of April 2024, I caused to be served a true and correct copy of the foregoing NOTICE electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Matthew T. Christensen mtc@johnsonmaylaw.com
    Krystal R. Mikkilineni krystal.mikkilineni@dentons.com
    US Trustee ustp.region18.bs.ecf@usdoj.gov
    Heidi Buck Morrison heidi@racineolson.com
    David A. Coleman david@colemanjacobsonlaw.com
    Gery W. Edson gedson@gedson.com
    J.B. Evans evans.jb@dorsey.com
    Zachary Fairlie zfairlie@spencerfane.com
    Kimbell D. Gourley kgourley@idalaw.com
    Daniel C. Green dan@racineolson.com
    John O'Brien jobrien@spencerfane.com
    Scott C. Powers spowers@spencerfane.com
    Janine P. Reynard janine@averylaw.net
    Sheila R. Schwager sschwager@hawleytroxell.com
    Brent R. Wilson bwilson@hawleytroxell.com
    Zachary Fairlie zfairlie@spencerfance.com
    John O'Brien jobrien@spencerfane.com
    Gery W. Edson gedson@gedson.com
    Aaron Bell abell@evanskeane.com
    Brian Faria brian@sawtoothlaw.com
    Robert A. Faucher rfaucher@hollandhart.com
    Matthew W. Grimshaw matt@grimshawlawgroup.com
    Karen Lloyd klloyd@grsm.com
    James Justin May jjm@johnsonmaylaw.com
    Rhett Michael Miller rmiller@magicvalley.law
    Robert E. Richards robert.richards@dentons.com
    Holly Roark holly@roarklawboise.com
    Evan Thomas Roth evan@sawtoothlaw.com

    Any others as listed on the Court's ECF Notice.

                           /s/ *Tirzah R. Roussell*
                           TIRZAH R. ROUSSELL

**Critical Vendor Payments**
04.08.24

| | BK Wk1 2-Apr 7-Apr | BK Wk2 8-Apr 14-Apr | BK Wk3 15-Apr 21-Apr | BK Wk4 22-Apr 28-Apr | BK Wk5 29-Apr 5-May | BK Wk6 6-May 12-May | BK Wk7 13-May 19-May | BK Wk8 20-May 26-May | BK Wk9 27-May 2-Jun | BK Wk10 3-Jun 9-Jun | BK Wk11 10-Jun 16-Jun | BK Wk12 17-Jun 23-Jun | BK Wk13 24-Jun 30-Jun | BK Wk14 1-Jul 7-Jul | BK Wk15 8-Jul 14-Jul | BK Wk16 15-Jul 21-Jul | BK Wk17 22-Jul 28-Jul | BK Wk18 29-Jul 4-Aug | BK Wk19 5-Aug 11-Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Feed** | - | - | 5,285,068 | 75,000 | 1,575,000 | 775,000 | 550,000 | 50,000 | 1,550,000 | 650,000 | 525,000 | - | 250,000 | 1,600,000 | - | - | - | 1,600,000 | - |
| Aden Brook Trading Corp | | | 600,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | | | | | | | | |
| American Calf Products | | | 25,000 | 25,000 | 25,000 | 25,000 | | | | | | | | | | | | | |
| BUNGE Canada | | | | | | | | | | | | | | | | | | | |
| Carne I Corp. | | | 25,000 | 25,000 | | 25,000 | | 25,000 | | 25,000 | | | | | | | | | |
| H&M Custom | | | 2,000,000 | | 500,000 | | 500,000 | | 500,000 | | 500,000 | | 250,000 | | | | | | |
| Healthy Earth Enterprises, LLC | | | 60,068 | | | | | | | | | | | | | | | | |
| J.D. Heiskell & Co. | | | 100,000 | | | | | | | | | | | | | | | | |
| Land View, Inc-Livestock- Animal Care | | | 1,000,000 | | | 500,000 | | | | 500,000 | | | | 500,000 | | | | 500,000 | |
| Milner Hay Co. | | | 50,000 | | | | | | | | | | | | | | | | |
| PerforMix Nutrition Systems | | | | | | | | | | | | | | | | | | | |
| Receptor Food Group | | | 100,000 | | | 100,000 | | | | 100,000 | | | | 100,000 | | | | 100,000 | |
| Wada Farms | | | 175,000 | | 100,000 | | | | | | | | | | | | | | |
| Viserion Grain, LLC | | | | | | | | | | | | | | | | | | | |
| Viterra USA Grain, LLC | | | | | | | | | | | | | | | | | | | |
| WAG Services Inc | | | 150,000 | | | | | | | | | | | | | | | | |
| [Silage Group] | | | 1,000,000 | | 1,000,000 | | | | 1,000,000 | | | | | 1,000,000 | | | | 1,000,000 | |
| **Vet/Med** | - | - | 137,500 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | - | - | - | - | - |
| David Clark DVM | | | 12,500 | | | | | | | | | | | | | | | | |
| MWI Veterinary - Black Pine | | | | | | | | | | | | | | | | | | | |
| MWI Veterinary - Milkers | | | | | | | | | | | | | | | | | | | |
| MWI Veterinary - Millenkamp | | | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | | | | | |
| MWI Veterinary Idaho Jersey Girls | | | | | | | | | | | | | | | | | | | |
| **Repairs & Maintenance** | - | - | 1,206,190 | 12,500 | 12,500 | 12,500 | 211,190 | 12,500 | 12,500 | 12,500 | 211,190 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | - |
| Automation Werx, LLC | | | 100,000 | | | | | | | | | | | | | | | | |
| Boyce Equipment & Parts Co., Inc. | | | 7,500 | | | | | | | | | | | | | | | | |
| Clear Water Products, LLC | | | 200,000 | | | | | | | | | | | | | | | | |
| Coastline | | | 140,000 | | | | | | | | | | | | | | | | |
| Electrical Werx & Construction, LLC | | | 50,000 | | | | | | | | | | | | | | | | |
| Elevation Electric | | | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | |
| Ferguson Enterprises, Inc. | | | 5,000 | | | | | | | | | | | | | | | | |
| Floyd Lilly Company, Inc | | | 7,500 | | | | | | | | | | | | | | | | |
| G.J. Verti-line Pumps, Inc. | | | 135,000 | | | | | | | | | | | | | | | | |
| Green Source Automation | | | 150,000 | | | | | | | | | | | | | | | | |
| Progressive Dairy Service and Supplies | | | 60,000 | | | | | | | | | | | | | | | | |
| Schows Truck Center - Heyburn | | | | | | | | | | | | | | | | | | | |
| Schow's Auto Parts - Rupert | | | 25,000 | | | | | | | | | | | | | | | | |
| The Dairy Solutions Group | | | 70,000 | | | | | | | | | | | | | | | | |
| Western States Cat | | | 198,690 | | | | 198,690 | | | | 198,690 | | | | | | | | |
| Western States Cat - Rent | | | | | | | | | | | | | | | | | | | |
| Xavier Farm Services, LLC | | | 45,000 | | | | | | | | | | | | | | | | |
| **Chemicals** | - | - | 212,500 | 32,500 | 32,500 | 32,500 | 32,500 | 32,500 | 32,500 | 32,500 | 32,500 | 32,500 | 32,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | - |
| Rocky Mountain Agronomics | | | 200,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | | | | | | |
| Clear Lakes Products | | | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | |
| **Semen** | - | - | 86,551 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ABS Global, Inc. | | | 86,551 | | | | | | | | | | | | | | | | |
| **Trucking** | - | - | 251,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| JF Fams Inc. | | | 75,000 | | | | | | | | | | | | | | | | |
| Llanos Trucking LLC | | | 51,000 | | | | | | | | | | | | | | | | |
| Novoa Trucking | | | 40,000 | | | | | | | | | | | | | | | | |
| S & O Mata Trucking LLC | | | 20,000 | | | | | | | | | | | | | | | | |
| Taqueria Tamazula Trucking | | | 50,000 | | | | | | | | | | | | | | | | |
| V & M Trucking LLC | | | 15,000 | | | | | | | | | | | | | | | | |
| **Other** | - | - | 105,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Butte Irrigation Inc | | | 50,000 | | | | | | | | | | | | | | | | |
| Darling Ingredients | | | 15,000 | | | | | | | | | | | | | | | | |
| J & C Hoof Trimming, Inc | | | 40,000 | | | | | | | | | | | | | | | | |
| **TOTAL** | - | - | 7,283,809 | 245,000 | 1,745,000 | 945,000 | 918,690 | 220,000 | 1,720,000 | 820,000 | 893,690 | 170,000 | 420,000 | 1,750,000 | 25,000 | 25,000 | 25,000 | 1,625,000 | - |

Critical Vendor Payments
04.08.24

| | TOTAL | AP 4/1 | Payments | Remaining |
|---|---:|---:|---:|---:|
| **Feed** | **14,485,068** | **32,061,512** | **14,485,068** | **17,576,444** |
| Aden Brook Trading Corp | 800,000 | 1,323,511 | 800,000 | 523,511 |
| American Calf Products | 100,000 | 232,697 | 100,000 | 132,697 |
| BUNGE Canada | - | 1,145,984 | - | 1,145,984 |
| Carne I Corp. | 200,000 | 345,907 | 200,000 | 145,907 |
| H&M Custom | 4,250,000 | 4,769,171 | 4,250,000 | 519,171 |
| Healthy Earth Enterprises, LLC | 60,068 | 60,068 | 60,068 | - |
| J.D. Heiskell & Co. | 100,000 | 697,314 | 100,000 | 597,314 |
| Land View, Inc-Livestock- Animal Care | 3,000,000 | 7,455,560 | 3,000,000 | 4,455,560 |
| Milner Hay Co. | 50,000 | 114,885 | 50,000 | 64,885 |
| PerforMix Nutrition Systems | - | 213,744 | - | 213,744 |
| Receptor Food Group | 500,000 | 1,207,064 | 500,000 | 707,064 |
| Wada Farms | 275,000 | 374,433 | 275,000 | 99,433 |
| Viserion Grain, LLC | - | 3,168,353 | - | 3,168,353 |
| Viterra USA Grain, LLC | - | 4,183,892 | - | 4,183,892 |
| WAG Services Inc | 150,000 | 231,722 | 150,000 | 81,722 |
| [Silage Group] | 5,000,000 | 6,537,208 | 5,000,000 | 1,537,208 |
| **Vet/Med** | **1,512,500** | **2,566,784** | **1,512,500** | **1,054,284** |
| David Clark DVM | 12,500 | (8,810) | 12,500 | (21,310) |
| MWI Veterinary - Black Pine | - | 15,650 | - | 15,650 |
| MWI Veterinary - Milkers | - | 25,376 | - | 25,376 |
| MWI Veterinary - Millenkamp | 1,500,000 | 2,063,020 | 1,500,000 | 563,020 |
| MWI Veterinary Idaho Jersey Girls | - | 471,547 | - | 471,547 |
| **Repairs & Maintenance** | **1,791,071** | **2,902,314** | **1,791,071** | **1,111,243** |
| Automation Werx, LLC | 100,000 | 218,691 | 100,000 | 118,691 |
| Boyce Equipment & Parts Co., Inc. | 7,500 | 10,191 | 7,500 | 2,691 |
| Clear Water Products, LLC | 200,000 | 611,426 | 200,000 | 411,426 |
| Coastline | 140,000 | 151,844 | 140,000 | 11,844 |
| Electrical Werx & Construction, LLC | 50,000 | 76,276 | 50,000 | 26,276 |
| Elevation Electric | 200,000 | 468,083 | 200,000 | 268,083 |
| Ferguson Enterprises, Inc. | 5,000 | 6,880 | 5,000 | 1,880 |
| Floyd Lilly Company, Inc | 7,500 | 152 | 7,500 | (7,348) |
| G.J. Verti-line Pumps, Inc. | 135,000 | 140,732 | 135,000 | 5,732 |
| Green Source Automation | 150,000 | 313,697 | 150,000 | 163,697 |
| Progressive Dairy Service and Supplies | 60,000 | 83,089 | 60,000 | 23,089 |
| Schows Truck Center - Heyburn | - | 446 | - | 446 |
| Schow's Auto Parts - Rupert | 25,000 | 28,410 | 25,000 | 3,410 |
| The Dairy Solutions Group | 70,000 | 261,863 | 70,000 | 191,863 |
| Western States Cat | 596,071 | 97,544 | 596,071 | (498,527) |
| Western States Cat - Rent | - | 369,788 | - | 369,788 |
| Xavier Farm Services, LLC | 45,000 | 63,201 | 45,000 | 18,201 |
| **Chemicals** | **600,000** | **1,416,263** | **600,000** | **816,263** |
| Rocky Mountain Agronomics | 400,000 | 728,399 | 400,000 | 328,399 |
| Clear Lakes Products | 200,000 | 687,864 | 200,000 | 487,864 |
| **Semen** | **86,551** | **606,967** | **86,551** | **520,416** |
| ABS Global, Inc. | 86,551 | 606,967 | 86,551 | 520,416 |
| **Trucking** | **251,000** | **288,899** | **251,000** | **37,899** |
| JF Farms Inc. | 75,000 | 128,160 | 75,000 | 53,160 |
| Llanos Trucking LLC | 51,000 | 52,590 | 51,000 | 1,590 |
| Novoa Trucking | 40,000 | 42,314 | 40,000 | 2,314 |
| S & O Mata Trucking LLC | 20,000 | 24,090 | 20,000 | 4,090 |
| Taqueria Tamazula Trucking | 50,000 | 24,035 | 50,000 | (25,965) |
| V & M Trucking LLC | 15,000 | 17,710 | 15,000 | 2,710 |
| **Other** | **105,000** | **228,752** | **105,000** | **123,752** |
| Butte Irrigation Inc | 50,000 | 204,910 | 50,000 | 154,910 |
| Darling Ingredients | 15,000 | 23,842 | 15,000 | 8,842 |
| J & C Hoof Trimming, Inc | 40,000 | - | 40,000 | (40,000) |
| **TOTAL** | **18,831,190** | **40,071,491** | **18,831,190** | **21,240,301** |

| | |
|---|---:|
| TOTAL AP 4/01 | 48,409,307 |
| AP at Exit | Balance |
| Critical | 21,240,301 |
| Other | 8,337,817 |
| | 29,578,118 |