RAÚL R. LABRADOR
Attorney General

JEFF NYE
Deputy Attorney General
Criminal Law Division

CHERYL RAMBO
Deputy Attorney General
Idaho State Police
700 S. Stratford Drive
Meridian, Idaho 83642
Telephone:    (208) 884-7050
Facsimile:     (208) 884-7228
Idaho State Bar No. 6200

cheryl.rambo@isp.idaho.gov

Attorneys for the Idaho State Police – Idaho State Brand Inspector's Office

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| In Re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE INC.<br><br>Debtor.<br><br>_____ | **Chapter 11** |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that Cheryl Rambo, Deputy Attorney General of the Idaho Attorney General's Office hereby enters an appearance on behalf of creditor the Idaho State Brand Inspector's Office (Department) and

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE                               1

hereby requests that all notices given or required given in this case, and all papers served or required to be served, be given to, and served upon:

> Cheryl Rambo
> Deputy Attorney General
> Idaho State Brand Inspector's Office
> 700 S. Stratford Dr.
> Meridian, ID  83642
> Cheryl.rambo@isp.idaho.gov

The forgoing requests all notices, copies and pleadings referred to in Federal Rule of Bankruptcy Procedure 2002, including and without limitation, notices of any orders, motions, demands, complaints petitions, pleading, or requests, applications, and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

Dated this 9th day of April, 2024.

OFFICE OF THE ATTORNEY GENERAL
　　　　　　　　　　　　FOR THE STATE OF IDAHO

　　　　　　　　　　　　/S/  CHERYL RAMBO_____
　　　　　　　　　　　　CHERYL RAMBO
　　　　　　　　　　　　DEPUTY ATTORNEY GENERAL
　　　　　　　　　　　　IDAHO STATE POLICE
　　　　　　　　　　　　IDAHO STATE BRAND DEPARTMENT

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE　　　　　　　　　　　　2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of April, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System which sent a Notice of Electronic Filing to the following persons:

- Matthew T. Christensen mtc@johnsonmaylaw.com
- **US Trustee/Brett R. Cahoon** ustp.region18.bs.ecf@usdoj.gov
- Sheila Rae Schwager sschwager@hawleytroxell.com
- Brent Russel Wilson bwilson@hawleytroxell.com
- Heidi Buck Morrison heidi@racineolson.com
- Daniel C. Green dan@racineolson.com
- Kimbell D. Gourley kgourley@idalaw.com

/s/ CHERYL RAMBO_____
CHERYL RAMBO