**BANKRUPTCY COURT**
Exhibit List

| CASE NAME:<br>Millenkamp Cattle, LLC | COURT DATE:<br>April 9-10, 2024 | CASE NUMBER:<br>24-40158-NGH |
|---|---|---|

| | |
|---|---|
| **Debtor(s) Counsel:**<br>Matthew T. Christensen, Krystal R Mikkilineni, Robert E. Richards, Tirzah R. Roussell, Justin May - 1000 Exhibit Series<br><br>**United States Trustee Counsel:**<br>Brett Cahoon, Jason Naess - 4000 Exhibit Series | **Creditor MetLife Real Estate Lending LLC, Metropolitan Life Insurance Company – Counsel:** Ron C Bingham, II, Nikolaus F Schandlbauer, Kimbell D. Gourley - 2000 Exhibit Series<br><br>**Creditor Rabo AgriFinance LLC – Counsel:** Andrew Schoulder, Sheila Rae Schwager, Brent Russel Wilson - 3000 Exhibit Series<br><br>**Creditor Western States Equipment Co. – Counsel:** JB Evans - 5000 Exhibit Series<br><br>**Creditor CNH Industrial Capital America LLC – Counsel:** Kent Carter, Meredith Thielbahr - 6000 Exhibit Series<br><br>**Creditor Conterra Holdings, LLC – Counsel:** Zachary Fairlie, John O'Brien, Scott Powers - 7000 Exhibit Series |

| PRESIDING JUDGE: Noah G Hillen | COURTROOM DEPUTY: | Melanie Battle |
|---|---|---|

| Debtor | Admitted | Exhibit Description |
|---|---|---|
| 1000 | | Appraisal – East Valley Dairy |
| 1001 | | Appraisal – German Dairy |
| 1002 | | Appraisal – Idaho Jersey Girls Jerome Dairy |
| 1003 | | Appraisal – Millenkamp Canyonlands |
| 1004 | | Appraisal – Goose Ranch |
| 1005 | | Appraisal – McGregor |
| 1006 | | Appraisal – Moonshine Ranch |
| 1007 | | Appraisal – Calf Ranch |
| 1008 | | Summary of Real Estate Appraisals |
| 1009 | Admitted 4.9.24 | Inventory List |
| 1010 | | Equipment Appraisal (2023) |
| 1011 | Admitted 4.9.24 | Rabo DIP Proposal |

| 1012 | Admitted 4.9.24 | Sandton DIP Proposal |
| 1013 | Admitted 4.9.24 | Schoulder letter to O'brian |
| 1014 | | Non-Financial considerations |
| 1015 | Admitted 4.9.24 | 4/8 Updated DIP Budget |
| 1016 | Admitted 4.9.24 | Amended Western States Lease |
| 1017 | Admitted 4.9.24 | 3/6 Draft Budget |
| | | |
| Metlife | | |
| 2000 | Admitted 4.9.24 | Promissory Note A |
| 2001 | Admitted 4.9.24 | Promissory Note B |
| 2002 | Admitted 4.9.24 | Promissory Note C |
| 2003 | Admitted 4.9.24 | Promissory Note D |
| 2004 | Admitted 4.9.24 | Promissory Note E |
| 2005 | Admitted 4.9.24 | Promissory Note 199858 |
| 2006 | Admitted 4.9.24 | 2018 Mortgage |
| 2007 | Admitted 4.9.24 | First Amendment to 2018 Mortgage |
| 2008 | Admitted 4.9.24 | Second Amendment to 2018 Mortgage |
| 2009 | Admitted 4.9.24 | 2019 Mortgage |
| 2010 | Admitted 4.9.24 | Milk Creek Assignment Agreement (Note A) |
| 2011 | Admitted 4.9.24 | Milk Creek Assignment Agreement (Note B) |
| 2012 | Admitted 4.9.24 | Milk Creek Assignment Agreement (Note C) |
| 2013 | Admitted 4.9.24 | Milk Creek Assignment Agreement (Note C) |
| 2014 | Admitted 4.9.24 | Milk Creek Assignment Agreement (Note D and E) |
| 2015 | Admitted 4.9.24 | Intercreditor Agreement (RAF) |
| 2016 | Admitted 4.9.24 | First Amendment to Intercreditor Agreement (RAF) |
| 2017 | Admitted 4.9.24 | Second Amendment to Intercreditor Agreement (RAF) |
| 2018 | Admitted 4.9.24 | Third Amendment to Intercreditor Agreement (RAF) |
| 2019 | Admitted 4.9.24 | Subordination and Intercreditor Agreement (RAF) |
| 2020 | Admitted 4.9.24 | Subordination and Intercreditor Agreement (Conterra) |

| | | |
|---|---|---|
| Rabo | | |
| 3000 | Admitted 4.9.24 | Third Amended and Restated Loan and Security Agreement, dated April 21, 2021 ("Loan Agreement") |
| 3001 | Admitted 4.9.24 | First Amendment to Third Amended and Restated Loan and Security Agreement, dated June 23, 2021 ("First Amendment") |
| 3002 | Admitted 4.9.24 | Second Amendment to Third Amended and Restated Loan and Security Agreement, dated October 21, 2022 ("Second Amendment") |
| 3003 | Admitted 4.9.24 | Intercreditor Agreement, dated September 18, 2018 ("First Intercreditor Agreement") |
| 3004 | Admitted 4.9.24 | Milk Check Assignment Agreement ("Milk Agreements") |
| 3005 | Admitted 4.9.24 | Collateral Assignment of Milk Contracts ("Collateral Assignment") |
| 3006 | Admitted 4.9.24 | Long-Term Forbearance Agreement, effective October 20, 2022 ("Forbearance Agreement") |
| 3007 | Admitted 4.9.24 | Subordination and Intercreditor Agreement, dated October 20, 2022 ("Second Intercreditor Agreement") |
| 3008 | Admitted 4.9.24 | DL Control Account Agreement |
| 3009 | | August 11, 2023, email from Borrowers ("August 11 Conversion Email" |
| 3010 | Admitted 4.9.24 | Notice of Termination of Forbearance Agreement, dated August 14, 2023 ("Termination Notice") |
| 3011 | Admitted 4.9.24 | Rabo AgriFinance – Borrowing Base Certificate for Millenkamp Cattle et al / dated March 31, 2023 |
| 3012 | Admitted 4.9.24 | Rabo AgriFinance – Borrowing Base Certificate for Millenkamp Cattle et al / dated May 31, 2023 |
| 3013 | Admitted 4.9.24 | Rabo AgriFinance – Borrowing Base Certificate for Millenkamp Cattle et al / dated December 31, 2023 |
| 3014 | Admitted 4.10.24 | Draft Borrowing Base Certificate – dated February 29, 2024 |
| 3015 | Admitted 4.10.24 | Rabo – Debtors' Long Term Projections as of March 29, 2024 |
| 3016 | Admitted 4.9.24 | Standton Priming DIP Facility and RAF proposed DIP Facility |
| 3017 | | Financial Support Agreement, dated February 19, 2024 |
| 3018 | | Blank |
| 3019 | | Stipulated Facts and Exhibits for Receivership Hearing, February 9, 2024 |
| 3020 | Admitted 4.10.24 | Order Appointing Receiver, filed February 16, 2024 |
| 3021 | Admitted 4.9.24 | 8 Week Cash Flow Budget – Receivership Action Budget |
| 3022 | Admitted 4.9.24 | Cash Flow Budget, as of March 22, 2024 |
| 3023 | | Redline Receivership Terms Comparison – Sandton DIP Term Sheet |
| 3024 | | Updated – Rabobank Term Sheet Redline (compared to Redline Term Sheet filed by RAF on April 3, 2024) |
| 3025 | | Updated Rabobank Term Sheet Redline (compared to Sandton Term Sheet) |
| 3026 | | Pricing Comparison of Rabobank DIP Financing Compared to Sandton and Conterra |

| 3027 | | Declaration of Matthew Reardon in support of Emergency Motion for Entry of Revised Receivership Order |
|------|------|------|
| 3028 | | Status Report and Renewed Request for Entry of Revised Receivership Order on Emergency Motion |
| 3029 | Admitted 4.9.24 | Debtors' Cash Collateral Motion – filed April 2, 2024 |
| 3030 | Admitted 4.9.24 | Debtors' DIP Financing Motion – filed April 2, 2024 |
| 3031 | Admitted 4.9.24 | Declaration of William John Millenkamp in support of First Day Motions –filed April 2, 2024 |
| 3032 | Admitted 4.9.24 | DIP Proposal Comparison |
| 3033 | Admitted 4.10.24 | Debtors Leverage Summary as of the Petition date |
| 3034 | Admitted 4.9.24 | Rabobank Term Sheet as of 4.8.24 |
| 3035 | | Declaration of Kati Churchill |
| 3036 | Admitted 4.10.24 | Rabobank Redline Term Sheet |
| 3037 | Admitted 4.10.24 | Creditor CNH Industrial Capital America LLC Objection to Debtor's Emergency Motion for Interim and Final Orders, Doc. No. 126 |
| 3038 | Admitted 4.9.24 | Email Exchange |
| 3039 | Admitted 4.10.24 | Supplement to Rabo AgriFinance LLC's Second Supplement to Rabo AgriFinance LLC's Omnibus Objection |
| 3040 | Admitted 4.10.24 | Supplement to Motion to Obtain Post-Petition Financing |
| | | |
| Conterra Holdings | | |
| 7001 | Admitted 4.9.24 | Conterra endorsed to Ag Funding SC II LLC ("Ag Funding"), Exhibit 1 (the "$16,500,000 Note") |
| 7002 | Admitted 4.9.24 | Loan And Security Agreement dated October 20, 2022, Exhibit 2 |
| 7003 | Admitted 4.9.24 | Financing Statement filed with the Idaho Secretary of State on February 19, 2024 as Doc. No. 20240226411, Exhibit 3 |
| 7004 | Admitted 4.9.24 | Financing Statement filed with the Idaho Secretary of State on February 20, 2024 as Doc. No. 20240226555, Exhibit 4 |
| 7005 | Admitted 4.9.24 | Note Borrowers executed and delivered a Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing (Third Priority) dated October 20, 2022, Exhibit 5 |
| 7006 | Admitted 4.9.24 | Conterra endorsed to Rooster Capital IV LLC ("Rooster"), Exhibit 6 |
| 7007 | Admitted 4.9.24 | Note Borrowers executed and delivered a Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated October 20, 2022, Exhibit 7 |
| 7008 | Admitted 4.9.24 | Financing Statement filed with the Idaho Secretary of State on October 28, 2022 as Doc. No. 20221833441, Exhibit 8 |
| 7009 | Admitted 4.9.24 | Financing Statement filed with the Jerome County Clerk and Recorder on October 20, 2022 at Instrument No. 2224756, Exhibit 9 |
| 7010 | Admitted 4.9.24 | Note Borrowers executed and delivered a Milk Check Assignment Agreement For Glanbia Foods, Inc. dated October 26, 2022, Exhibit 10 |
| | | |
| | | |