Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      Robert.richards@dentons.com
      Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |

# NOTICE OF HEARING

    NOTICE IS HEREBY provided that a further interim hearing will be held on the Debtor's Motion to Incur Post-Petition Financing (Docket No. 24 – the "DIP Motion") on the **16th day of April, 2024, at 3:00 p.m. (mountain time)**, or as soon thereafter as the hearing may be held.  This

hearing will be via telephone. All interested parties shall call 1-669-254-5252 (Passcode: 160-5422-0978) at least ten minutes prior to the start of the hearing.

Contemporaneously with this Notice, the Debtors are serving a copy of the Supplement to the Motion, which contains a copy of the proposed DIP Loan Agreement and a revised Interim Order on the DIP Motion. Any party desiring to object to terms of the DIP Loan Agreement may appear at the April 16 hearing and object to those terms.

DATED this 11th day of April, 2024.

    /s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtor

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 11th day of April 2024, I caused to be served a true and correct copy of the foregoing NOTICE electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

                                                /s/ Matt Christensen
                                                MATTHEW T. CHRISTENSEN