Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
   jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
   Robert.richards@dentons.com
   Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |

**Notice of Motions and Opportunity to Object**
**(L.B.R. 2002-2(e)(4))**

No Objection. The Court may consider granting an order without further notice, at the hearing, unless a party in interest files and serves an objection at least fourteen (14) days prior to the date of the hearing set forth in this notice. If an objection is not timely filed and served, the Court may consider the objection waived and the motion may be granted at the hearing.

Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

## NOTICE OF HEARING

NOTICE IS HEREBY provided that a final hearing will be held on the Motions listed below on the **8th day of May, 2024, at 9:00 p.m. (mountain time)**, or as soon thereafter as the hearing may be held. This hearing will be in person at the federal courthouse located at 550 W. Fort Street, Boise ID 83724.

The Motions to be heard at this hearing include the following:

1. Motion re Utility Providers (Docket No. 14 – the "Utilities Motion");

2. Motion for Allowance and payment of Section 503(b)(9) Claims (Docket No. 15 – the "503(b)(9) Claims Motion");

3. Motion for Order Establishing Interim Fee and Expense Reimbursement Procedures (Docket No. 16 – the "Interim Fee Procedures Motion");

4. Motion to Use Cash Collateral (Docket No. 22 – the "Cash Collateral Motion") (previously approved on an interim basis);

5. Motion to Honor Prepetition Obligations to Critical Vendors (Docket No. 23 – the "Critical Vendor Motion") (previously approved on an interim basis);

6. Motion to Incur Secured Post-Petition Debt (Docket No. 24 – the "DIP Motion") (Debtors anticipate approval on an interim basis prior to the final hearing);

7. Motion to Pay pre-petition wages and benefits (Docket No. 25 – the "Wages Motion") (previously approved on an interim basis);

8. Motion to Assume Lease (Docket No. 114 – the "Western States Lease Motion");

9. Motion for Approval to Maintain and Pay Insurance (Docket No. 169 – the "Insurance Motion").

DATED this 11th day of April, 2024.

                                                /s/ Matt Christensen
                                                MATTHEW T. CHRISTENSEN
                                                Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April 2024, I caused to be served a true and correct copy of the foregoing NOTICE electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

    /s/ Matt Christensen
MATTHEW T. CHRISTENSEN