UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 24-40158-NGH |
| MILLENKAMP CATTLE, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | |

**INTERIM ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO HONOR PREPETITION OBLIGATIONS TO CRITICAL VENDORS**

The *Debtor's Emergency Motion for Entry of an Order Authorizing Debtors to Honor Prepetition Obligations to Critical Vendors* (Docket No. 23 - the "Motion") and the Court, having reviewed the Motion and subsequent supplements; having held an interim hearing on the relief requested in the Motion on April 9 and **2**1**0**[1]; and having heard the statements of counsel in support of the relief requested in the Motion at the hearing, finds that the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Motion and the Interim Hearing were sufficient under the circumstances given the nature of the debt owed to the creditors identified herein and that no further notice need be given on an interim basis; and the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing, and for the reasons outlined on the record at the hearing held April 10, 2024 therefore

**IT IS HEREBY ORDERED** that:

1. The Motion is granted on an interim basis subject to the terms of this Interim Order.

---

[1] The bold and underlined text in this Order was modified by the Court.

2. The Court will hold a Final Hearing on the Motion on May 8, 2024, at 9:00 a.m. (MDT).  This will be an in-person hearing **at the James A. McClure Federal Building and United States Courthouse 550 W. Fort Street, Boise ID, 83724.  No party shall be permitted to present evidence or testimony to the Court at the Final Hearing unless that party files a witness list and exhibit list by May 3, 2024.**

3. The Debtor~~s are~~ **(Millenkamp Cattle, Inc.) is** authorized, but not directed, in ~~**their**~~ **its** sole discretion, to continue to pay and/or honor the prepetition claims of the critical vendors listed below, up to the amounts listed, in the ordinary course of ~~their~~ **its** business on an interim basis, pursuant to the Protocol as described in the Motion and subject to certain Terms and Conditions and the Accountability Requirements, as set forth more fully in the Motion.  **Debtor shall file an Interim Critical Vendors Report, as defined in the Motion, for the month of April 2024, no later than May 3, 2024.  Debtor shall not file the Interim Critical Vendors Report under seal.**  The vendors authorized to be paid on an interim basis are as follows:

H & M Custom: $2,500,000.00

Healthy Earth Enterprises, LLC: $60,000.00

Silage Farmers Group:  $2,000,000.00

MWI:  $500,000.00

Coastline: $140,000.00

//end of text//

DATED:  April 11, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by: Matthew T. Christensen, counsel for the Debtor

Approved as to form:

___/s/ Jason Naess (email approval)_____

Jason Naess, attorney for the U.S. Trustee