# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 4/11/2024 |
| Case: 24–40158–NGH | Form ID: pdf016 | Total: 86 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr　　　CNH Industrial Capital America LLC
cr　　　MWI Veterinary Supply Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust　　　US Trustee　　　ustp.region18.bs.ecf@usdoj.gov
aty　　　Aaron Robert Bell　　　abell@evanskeane.com
aty　　　Brent Russel Wilson　　　bwilson@hawleytroxell.com
aty　　　Brett R Cahoon　　　ustp.region18.bs.ecf@usdoj.gov
aty　　　Brian Faria　　　brian@sawtoothlaw.com
aty　　　Cheryl Rambo　　　cheryl.rambo@isp.idaho.gov
aty　　　Daniel C Green　　　dan@racineolson.com
aty　　　David A Coleman　　　david@colemanjacobsonlaw.com
aty　　　Evan Thomas Roth　　　evan@sawtoothlaw.com
aty　　　Gery W Edson　　　gedson@gedson.com
aty　　　Heidi Buck Morrison　　　heidi@racineolson.com
aty　　　Holly Roark　　　holly@roarklawboise.com
aty　　　James Niemeier　　　jniemeier@mcgrathnorth.com
aty　　　James Justin May　　　jjm@johnsonmaylaw.com
aty　　　Janine Patrice Reynard　　　janine@averylaw.net
aty　　　Jason Ronald Naess　　　Jason.r.naess@usdoj.gov
aty　　　Jed W. Manwaring　　　jmanwaring@evanskeane.com
aty　　　John O'Brien　　　jobrien@spencerfane.com
aty　　　John D Munding　　　john@mundinglaw.com
aty　　　John F Kurtz, Jr　　　jfk@kurtzlawllc.com
aty　　　Jon B Evans　　　evans.jb@dorsey.com
aty　　　Kimbell D Gourley　　　kgourley@idalaw.com
aty　　　Krystal R. Mikkilineni　　　krystal.mikkilineni@dentons.com
aty　　　Laura E Burri　　　lburri@morrowfischer.com
aty　　　Matthew A Sturzen　　　matt@shermlaw.com
aty　　　Matthew T. Christensen　　　mtc@johnsonmaylaw.com
aty　　　Matthew W Grimshaw　　　matt@grimshawlawgroup.com
aty　　　Meredith Leigh Thielbahr　　　mthielbahr@grsm.com
aty　　　Morton R. Branzburg　　　mbranzburg@klehr.com
aty　　　Rhett Michael Miller　　　rmiller@magicvalley.law
aty　　　Robert A Faucher　　　rfaucher@hollandhart.com
aty　　　Robert E Richards　　　robert.richards@dentons.com
aty　　　Scott C Powers　　　spowers@spencerfane.com
aty　　　Sheila Rae Schwager　　　sschwager@hawleytroxell.com
aty　　　Tirzah R. Roussell　　　tirzah.roussell@dentons.com
aty　　　Zachary Fairlie　　　zfairlie@spencerfane.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 36

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　Millenkamp Cattle, Inc　　　471 North 300 West　　　Jerome, ID 83338
cr　　　Rabo AgriFinance LLC　　　c/o Sheila R. Schwager　　　P.O. Box 1617　　　Boise, ID 83701
cr　　　Viterra USA Grain, LLC and Viterra USA Ingredients, LLC　　　c/o Racine Olson, PLLP　　　P.O. Box 1391　　　Pocatello, ID 83204
cr　　　MetLife Real Estate Lending LLC　　　c/o Kimbell D. Gourley　　　POB 1097　　　Boise, ID 83701 UNITED STATES
cr　　　Metropolitan Life Insurance Company　　　c/o Kimbell D. Gourley　　　c/o Kimbell D. Gourley　　　POB 1097　　　Boise, ID 83701 UNITED STATES
cr　　　Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att　　　Spencer Fane　　　1700 Lincoln Street　　　Suite 2000　　　Denver, CO 80203
cr　　　Western States Equipment Co.　　　500 East Overland Road　　　Meridian, ID 83642
cr　　　c/o David A. Coleman Youree Land & Livestock, Inc.　　　Coleman, Ritchie & Jacobson　　　PO BOX 525　　　TWIN FALLS, ID 83303–0525 UNITED STATES
cr　　　c/o David A. Coleman B & H Farming　　　Coleman, Ritchie & Jacobson　　　PO BOX 525　　　TWIN FALLS, ID 83303–0525 UNITED STATES
cr　　　East Valley Development, LLC　　　c/o Avery Law　　　3090 E Gentry Way, Ste 250　　　Meridian, ID 83642
cr　　　Land View, Inc.　　　P.O. Box 475　　　Rupert, ID 83350
cr　　　MWI Veterinarian Supply, Inc.　　　3041 W PASADENA DRIVE　　　Boise, ID 83705 UNITED STATES
cr　　　Raft River Rural Electric Cooperative, Inc.　　　c/o Rhett M. Miller　　　P.O. Box 910　　　Burley, ID 83318
cr　　　Viserion Grain, LLC　　　c/o Sawtooth Law Offices, PLLC　　　213 Canyon Crest Dr., Ste 200　　　Twin Falls, ID 83301 UNITED STATES
cr　　　Ad Hoc Committee of Corn Silage Growers　　　153 East Main Street　　　PO Box 168　　　Jerome, ID 83338

| | | | | | |
|---|---|---|---|---|---|
| cr | Progressive Dairy Service & Supply Corp. | 485 S IDAHO ST | WENDELL, ID 83355–5241 | | |
| cr | Elevation Electric, LLC | 485 S IDAHO ST | WENDELL, ID 83355–5241 | | |
| cr | Bunge Canada C/O David D. Farrell | David D. Farrell. Esq. | One Bank Plaza | Suite 2700 | St. Louis, MO 63101 |
| intp | Glanbia Foods Inc | c/o Robert A Faucher | POB 2527 | Boise, ID 83701 | |
| intp | Sandton Capital Partners LP | 16 W 46th Street, 1st Floor | New York, NY 10036 | | |
| cr | Automation Werx, LLC | Morrow & Fischer, PLLC | 4 Ogden Avenue | Nampa, ID 83651 | |
| cr | Wilbur–Ellis Company LLC | c/o Matthew A. Sturzen | P.O. Box 2247 | Salem, OR 97308 | |
| cr | PerforMix Nutrition Systems, LLC | MUNDING, P.S. | 309 E. FARWELL RD., STE 310 | Spokane, WA 99218 UNITED STATES | |
| cr | Idaho State Brand Department | 700 S. Stratford Dr. | Meridian, ID 83642 UNITED STATES | | |
| aty | Adam A Lewis | Morrison & Foerster LLP | 425 Market Street | San Francisco, CA 94105 | |
| aty | Andrew Schoulder | 1301 Avenue of The Americas | New York, NY 10019–6022 | | |
| aty | Domenic E Pacitti | Klehr Harrison Harvey Branzburg LLP | 919 Market Street | Suite 1000 | Wilmington, DE 19801 |
| aty | James J Niemeier | McGrath North Mullin & Kratz, PC LLO | 1601 Dodge Street | Ste 3700 | Omaha, NE 68102 |
| aty | John O'Brien | Spencer Fane LLP | 1700 Lincoln Steet | Suite 2000 | Denver, CO 80203 |
| aty | Karyn Lloyd | Gordon Rees Scully Mansukhani, LLP | 999 W Main Street | 100 | Boise, ID 83702 |
| aty | Krystal R Mikkilineni | Dentons Davis Brown | 215 10th St | Ste 1300 | Des Moines, IA 50309 |
| aty | Michael R Stewart | 2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402 | |
| aty | Miranda Russell | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019 | |
| aty | Morton R Branzburg | Klehr Harrison Harvey Branzburg LLP | 1835 Market St | Suite 1400 | Philadelphia, PA 19103 |
| aty | Nikolaus F Schandlbauer | 20 F Street NW | Suite 500 | Washington DC 20001 | |
| aty | Richard Bernard | 1177 Avenue of the Americas | 41st Floor | New York, NY 10036 | |
| aty | Robert E. Richards | 233 South Wacker Drive | Suite 5900 | Chicago, IL 60606–6361 | |
| aty | Ron C Bingham, II | 3424 Peachtree Road NE | Suite 1600 | Atlanta, GA 30326 | |
| aty | Scott F Gautier | 1800 Century Park East | Ste 1500 | Los Angeles, CA 90067 | |
| aty | Tirzah R. Roussell | 215 10th Street | Suite 1300 | Des Moines, IA 50309 | |
| aty | Zachary Fairlie | Spencer Fane LLP | 1000 Walnut Street | Suite 1400 | Kansas City, MO 64106 |
| aty | Zachery J McCraney | Holland & Hart | Po Box 2527 | 800 W Main Street | Suite 1750    Boise, ID 83701 |
| 5335094 | Bunge Canada | c/o David D. Farrell | THOMPSON COBURN LLP | One USBank Plaza, Suite 2700 | Saint Louis, Missouri 63101 |
| 5335227 | CenturyTel Service Group, LLC dba CenturyLink | Lumen Technologies Group | 931 14th Street, 9th Floor (Attn: Legal–BKY) | Denver, CO 80202 | |
| 5335499 | Coastline Equipment Company | 2000 E Overland Rd | Meridian, ID 83642 | | |
| 5334742 | NameAddress1Address2Address3CityStateZip | 116 & West805 W Idaho StSte 300Boise | 2020 Window ServicePO Box 6056Twin F | A & K Trucking1897 E 990 SHazeltonI | A. Scott Jackson TruckingPO Box 56Je    A. Scott JacksonTrucking IncPO Box 56 |
| 5335058 | Quill Corporation | PO Box 102419 | Columbia, SC 29224 | | |
| 5335378 | Westway Feed | BARR Credit Services | 3444 N Country Club Rd | Ste 200 | Tucson, AZ 85716 |

TOTAL: 48