# TRANSCRIPT ORDER

**Due Date:**

| | |
|---|---|
| Name: Dana Perea, Spencer Fane | Phone #: (303) 839-3800 |
| | Date: April 10, 2024 |

Mailing Address: 1700 Lincoln Street, Suite 2000
City: Denver
State: CO
Zip: 80203

Email Address: dperea@spencerfane.com

Case #: 24-40158
Judicial Official: Noah Hillen
Dates of Proceedings: 4/10/24

Case Name: Millenkamp v Rabo Agrifinance et al
Location of Proceedings: Idaho

Order for:
- [ ] Appeal
- [ ] Criminal
- [ ] Criminal Justice Act
- [✔] Bankruptcy
- [ ] Non-Appeal
- [ ] Civil
- [ ] In Forma Pauperis
- [ ] Other

Transcript Requested: Specify portion(s) and date(s) of Proceeding(s) for which transcript is requested.

- [ ] Entire Proceeding
- [✔] Portion(s):

Date: 4/10/24

Start of hearing through beginning of testimony of first witness (approximately 20 minutes)

## ORDER

| CATEGORY | Original (Includes free copy for Court) | First Copy | Additional Copies | No. of Estimated Pages | Estimated Cost |
|---|---|---|---|---|---|
| 30-DAY (Ordinary) | [ ] | $ 0.00 | $ 0.00 | | $ 0.00 |
| 14-DAY | [ ] | $ 0.00 | $ 0.00 | | $ 0.00 |
| 7-DAY (Expedited) | [ ] | $ 0.00 | $ 0.00 | | $ 0.00 |
| 3-DAY | [✔] | $ 0.00 | $ 0.00 | | $ 0.00 |
| NEXT DAY (Daily) | [ ] | $ 0.00 | $ 0.00 | | $ 0.00 |
| 2-HOUR (Hourly) | [ ] | $ 0.00 | $ 0.00 | | $ 0.00 |

Processed by/Phone Number:
Estimate Total: **$ 0.00**

Transcript to be prepared by:
-Make Selection-

Court Address:
U.S. Courts – District of Idaho
550 W. Fort Street
Boise, ID 83724

| Order Received | Date | By | Purchase Order Number or CJA Voucher | |
|---|---|---|---|---|
| Transcript Ordered | | | Total Due | **$ 0.00** |