# TRANSCRIPT ORDER

| | |
|---|---|
| Due Date: | |

| Name: | Phone #: | Date: |
|---|---|---|
| | | |

| Mailing Address: | City: | State: | Zip: |
|---|---|---|---|
| | | | |

Email Address:

| Case #: | Judicial Official: | Dates of Proceedings: |
|---|---|---|
| Case Name: | | Location of Proceedings: |

Order for:  ☐ Appeal   ☐ Criminal   ☐ Criminal Justice Act   ☐ Bankruptcy
            ☐ Non-Appeal   ☐ Civil   ☐ In Forma Pauperis   ☐ Other

Transcript Requested: Specify portion(s) and date(s) of Proceeding(s) for which transcript is requested.

☐ Entire Proceeding     Date:
☐ Portion(s):

## ORDER

| CATEGORY | Original (Includes free copy for Court) | First Copy | Additional Copies | No. of Estimated Pages | Estimated Cost |
|---|---|---|---|---|---|
| 30-DAY (Ordinary) | ☐ | | | | |
| 14-DAY | ☐ | | | | |
| 7-DAY (Expedited) | ☐ | | | | |
| 3-DAY | ☐ | | | | |
| NEXT DAY (Daily) | ☐ | | | | |
| 2-HOUR (Hourly) | ☐ | | | | |

| Processed by/Phone Number: | Estimate Total: | |
|---|---|---|

| Transcript to be prepared by: | Court Address: U.S. Courts – District of Idaho  550 W. Fort Street  Boise, ID 83724 |
|---|---|

| Order Received | Date | By | Purchase Order Number or CJA Voucher | |
|---|---|---|---|---|
| Transcript Ordered | | | Total Due | |