UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re<br><br>MILLENKAMP CATTLE, INC., *et. al.*,<br><br>Debtors.[1] | Case No. 24-40158-NGH<br><br>Chapter 11 |

### SECOND INTERIM ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL

THIS MATTER came before the court for a further interim hearing on Debtors' *Emergency and Continuing Motion for Interim and Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection and Setting a Final Hearing* (Docket No. 22) (the "Cash Collateral Motion") held on April 9 and 10, 2024, upon the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157; and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors; and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby:

---

[1] The Debtors in the Chapter 11 Cases are Millenkamp Cattle, Inc.; Idaho Jersey Girls LLC; East Valley Cattle, LLC; Millenkamp Properties, L.L.C.; Millenkamp Properties II LLC; Millenkamp Family LLC; Goose Ranch, LLC; Idaho Jersey Girls Jerome Dairy LLC; Black Pine Cattle LLC; and Millenkamp Enterprises LLC. Joint Administration is pending.

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is granted as set forth herein.

2. The Debtors are authorized use of cash collateral effective as of April 11[2], 2024, through May 8, 2024, as follows:

    a. The Debtors are granted use of cash collateral through May 8, 2024, for payment of the expenses outlined on the attached Exhibit A.

    b. Rabo AgriFinance, LLC ("RAF"), Metropolitan Life Insurance Company ("MLIC") and MetLife Real Estate Lending LLC (collectively, "MetLife"), and Conterra Holdings, LLC, d/b/a Conterra Ag Capital ("Conterra") (collectively, the "Pre-Petition Secured Lenders") shall be granted and shall maintain (without further action by any of RAF, MetLife or Conterra) adequate protection liens on all post-petition cash collateral to the same **validity,** extent, and priority as existed pre-petition, to the extent of any cash collateral the secured creditor has an interest in and is actually used by the Debtors;[3] provided, however, that such replacement liens shall not attach to any proceeds of any avoidance actions. To be clear, the use of cash collateral is also subject to a replacement lien on all Prepetition RLOC Collateral and Prepetition MetLife Collateral (as defined in the Cash Collateral Motion), including milk proceeds, to the extent the secured creditor has a pre-petition security interest, and it is actually used by the Debtors.

3. The Debtors use of cash collateral is further conditioned upon the following:

---

[2] A prior oral order was entered extending the terms of the original Interim Order through April 10, 2024.
[3] Modified by court.

a. The Debtors shall provide weekly variance reports to the Pre-Petition Secured Lenders (as defined in the Cash Collateral Motion) (i.e., reports reflecting the difference between the budgeted amount of revenue and expenses and the actual amounts) in the same format as the original Budget (the "Variance Reports"). Said Variance Reports shall be due on or before 5:00 p.m. (MDT), beginning on Wednesday, April 17, 2024, and continuing on the same day of each following week until termination of this Order.

b. The Debtors shall provide a weekly borrowing base certificate to RAF beginning on April 17, 2024, and computed as of the preceding Sunday of each such week. Each borrowing base certificate shall be in the form used for borrowing base certificates pre-petition (or such other form as the Debtors and RAF may establish by mutual agreement), and shall quantify the Debtors' then-current herd count and value, accounts receivable and milk accounts, utilizing the valuation principles and advance rates applicable to such assets in a manner consistent with the preparation of borrowing base certificates pursuant to the Pre-Petition RLOC Credit Agreement. Debtors may add new cattle (whether raised or purchased by Debtors in accordance with past and normal business practices) to the borrowing base. All calculations of the borrowing base shall add as a component of the borrowing base the amount of funds then on-deposit in a Cattle Sales Reserve Account (as defined below). A copy of this borrowing base certificate shall also be provided to Conterra and MetLife.

c. The Debtors shall provide on a weekly basis beginning April 17, 2024, to the Pre-Petition Secured Lenders any production or sales reports prepared by or on behalf of the Debtors' product off-takers.

d. During the period from the Petition Date through the entry of the Final Order (as such term is defined in the Cash Collateral Motion) the Debtors shall utilize the net proceeds of any cattle sales as follows: first, to replace each of the sold cattle with the same number of replacement cattle such that the head count of Debtors' herd is not reduced as a result of such sales; second, Debtors may utilize up to $3,000,000 to fund Debtor's operations in the ordinary course of business; and third, any remaining funds shall be deposited into a separate deposit account in the name of Debtors maintained at the institution otherwise holding the Debtors' Debtor-in-Possession bank accounts (the "Cattle Sales Reserve Account"). Upon this Court's entry of the Final Order, Debtors shall deposit into the Cattle Sales Reserve Account an amount of cash equal to the amount of net proceeds from cattle sales applied to fund Debtor's operations pursuant to this paragraph 3(d). Funds deposited in the Cattle Sales Reserve Account shall be held for the benefit of RAF and/or Conterra for distribution to such parties in accordance with their lien priority on the effective date of the Debtors' Plan or as may be otherwise ordered by this Court. The Debtors' and other parties' rights to advocate against the inclusion of this provision in any Final Order (for cattle sales that occur after the final hearing on the Cash Collateral Motion) are preserved for the final hearing.

e. Upon notice to this Court and this Court's entry of a suitable order, RAF or Conterra may withdraw its consent to the Debtor's use of the Prepetition RLOC Secured Parties' cash collateral in the event Debtors fail to pay, within forty-five (45) days after the applicable invoice date, one or more accounts payable in an amount not less than $100,000 in each instance or $500,000 in the aggregate during the Chapter

11 Cases, to any one or more trade creditors in respect of any of Debtors' obligations arising on or after the Petition Date.

4. The Debtors will operate in compliance with the U.S. Trustee's Guidelines unless otherwise approved or directed by this Court.

5. Nothing in this Order will be deemed or construed as an admission or waiver by the Pre-Petition Secured Lenders as to adequate protection, or any other issue in the case, and this Order will not constitute consent by Pre-Petition Secured Lenders to the use of each of their Cash Collateral other than for the limited purpose expressly provided herein.

6. Nothing herein alters or affects the valid liens and lien priority of the Pre-Petition Secured Lenders.

7. To the extent applicable to the relief granted in this order, the provisions of Bankruptcy Rule 6003 are met as the relief granted herein is necessary to avoid immediate and irreparable harm.

8. A final hearing on the relief granted herein shall be held on May 8, 2024, at 9 a.m. (MT) ("<u>Final Hearing</u>"). Any opposition to the granting of relief on the Debtors' Cash Collateral Motion on a final basis shall be filed and served by May 1, 2024. The Debtors may file a reply to any opposition or present their reply at the Final Hearing.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.  //end of text//

DATED: April 15, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by: Matthew T. Christensen, counsel for the Debtors

Approved as to form and content by:

___/s/ Andrew Schoulder (email approval)___

Andrew Schoulder, attorney for Rabo AgriFinance LLC

Approved as to form and content by:

___/s/ Ron Bingham (email approval)___

Ron Bingham, attorney for MetLife parties

Approved as to form and content by:

___/s/ John O'Brien (email approval)___

John O'Brien, attorney for Conterra

Approved as to form by:

___/s/ Jason Naess (email approval)___

Jason R. Naess, attorney for the U.S. Trustee

## EXHIBIT A

### (Authorized second interim budget)

| | BK Wk1 | BK Wk2 | BK Wk3 | BK Wk4 | BK Wk5 | BK Wk6 |
|---|---|---|---|---|---|---|
| | 2-Apr | 8-Apr | 15-Apr | 22-Apr | 29-Apr | 6-May |
| | 7-Apr | 14-Apr | 21-Apr | 28-Apr | 5-May | 12-May |
| Payroll | | $ - | $ 1,148,016 | - | 1,148,016 | - |
| EE Benefits | - | 68,389 | - | - | 68,389 | - |
| **AP Payments to Critical Vendors** | | | | | | |
| Feed | - | - | 4,560,000 | | | |
| Vet/Med | - | - | 500,000 | | | |
| Repairs & Maintenance | - | - | 140,000 | | | |
| **Ongoing Op. Expenses - COD** | | | | | | |
| Feed | 995,484 | 2,072,000 | 2,072,000 | 2,072,000 | 2,077,000 | 2,077,000 |
| Straw Bedding | - | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 |
| Cattle | - | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 |
| Supplies | 110,000 | 110,000 | 110,000 | 110,000 | 127,000 | 127,000 |
| Utilities | 15,474 | - | 250,000 | - | - | - |
| Vet/Med | | 150,000 | 150,000 | 150,000 | 173,000 | 173,000 |
| Fuel | - | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 |
| Trucking | - | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 |
| Compost Turning & Hauling | - | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 |
| Semen | - | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 |
| Repairs & Maintenance | 195,000 | 195,000 | 195,000 | 195,000 | 279,000 | 279,000 |
| Chemicals | - | - | - | 310,000 | 310,000 | 310,000 |
| Rent | - | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| Loan/Lease Pmt | - | 119,865 | 102,679 | 37,402 | 319,368 | 119,865 |
| Rabo Int Payment | - | - | - | - | 691,612 | - |
| Other | 130,000 | 45000 | 45000 | 45000 | 45000 | 45000 |