# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 4/15/2024 |
| Case: 24–40158–NGH | Form ID: pdf016 | Total: 91 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        CNH Industrial Capital America LLC
cr        MWI Veterinary Supply Inc.
       TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust        US Trustee        ustp.region18.bs.ecf@usdoj.gov
aty        Aaron Robert Bell        abell@evanskeane.com
aty        Brent Russel Wilson        bwilson@hawleytroxell.com
aty        Brett R Cahoon        ustp.region18.bs.ecf@usdoj.gov
aty        Brian Faria        brian@sawtoothlaw.com
aty        Cheryl Rambo        cheryl.rambo@isp.idaho.gov
aty        Daniel C Green        dan@racineolson.com
aty        David A Coleman        david@colemanjacobsonlaw.com
aty        Evan Thomas Roth        evan@sawtoothlaw.com
aty        Gery W Edson        gedson@gedson.com
aty        Heidi Buck Morrison        heidi@racineolson.com
aty        Holly Roark        holly@roarklawboise.com
aty        James Niemeier        jniemeier@mcgrathnorth.com
aty        James Justin May        jjm@johnsonmaylaw.com
aty        Janine Patrice Reynard        janine@averylaw.net
aty        Jason Ronald Naess        Jason.r.naess@usdoj.gov
aty        Jed W. Manwaring        jmanwaring@evanskeane.com
aty        John O'Brien        jobrien@spencerfane.com
aty        John D Munding        john@mundinglaw.com
aty        John F Kurtz, Jr        jfk@kurtzlawllc.com
aty        Jon B Evans        evans.jb@dorsey.com
aty        Kimbell D Gourley        kgourley@idalaw.com
aty        Krystal R. Mikkilineni        krystal.mikkilineni@dentons.com
aty        Laura E Burri        lburri@morrowfischer.com
aty        Matthew A Sturzen        matt@shermlaw.com
aty        Matthew T. Christensen        mtc@johnsonmaylaw.com
aty        Matthew W Grimshaw        matt@grimshawlawgroup.com
aty        Meredith Leigh Thielbahr        mthielbahr@grsm.com
aty        Morton R. Branzburg        mbranzburg@klehr.com
aty        Rhett Michael Miller        rmiller@magicvalley.law
aty        Robert A Faucher        rfaucher@hollandhart.com
aty        Robert E Richards        robert.richards@dentons.com
aty        Scott C Powers        spowers@spencerfane.com
aty        Sheila Rae Schwager        sschwager@hawleytroxell.com
aty        Tirzah R. Roussell        tirzah.roussell@dentons.com
aty        Zachary Fairlie        zfairlie@spencerfane.com
       TOTAL: 36

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Millenkamp Cattle, Inc        471 North 300 West        Jerome, ID 83338
cr        Rabo AgriFinance LLC        c/o Sheila R. Schwager        P.O. Box 1617        Boise, ID 83701
cr        Viterra USA Grain, LLC and Viterra USA Ingredients, LLC        c/o Racine Olson, PLLP        P.O. Box 1391        Pocatello, ID 83204
cr        MetLife Real Estate Lending LLC        c/o Kimbell D. Gourley        POB 1097        Boise, ID 83701 UNITED STATES
cr        Metropolitan Life Insurance Company        c/o Kimbell D. Gourley        c/o Kimbell D. Gourley        POB 1097        Boise, ID 83701 UNITED STATES
cr        Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att        Spencer Fane        1700 Lincoln Street        Suite 2000        Denver, CO 80203
cr        Western States Equipment Co.        500 East Overland Road        Meridian, ID 83642
cr        c/o David A. Coleman Youree Land & Livestock, Inc.        Coleman, Ritchie & Jacobson        PO BOX 525        TWIN FALLS, ID 83303–0525 UNITED STATES
cr        c/o David A. Coleman B & H Farming        Coleman, Ritchie & Jacobson        PO BOX 525        TWIN FALLS, ID 83303–0525 UNITED STATES
cr        East Valley Development, LLC        c/o Avery Law        3090 E Gentry Way, Ste 250        Meridian, ID 83642
cr        Land View, Inc.        P.O. Box 475        Rupert, ID 83350
cr        MWI Veterinarian Supply, Inc.        3041 W PASADENA DRIVE        Boise, ID 83705 UNITED STATES
cr        Raft River Rural Electric Cooperative, Inc.        c/o Rhett M. Miller        P.O. Box 910        Burley, ID 83318
cr        Viserion Grain, LLC        c/o Sawtooth Law Offices, PLLC        213 Canyon Crest Dr., Ste 200        Twin Falls, ID 83301 UNITED STATES
cr        Ad Hoc Committee of Corn Silage Growers        153 East Main Street        PO Box 168        Jerome, ID 83338

| | | | | | |
|---|---|---|---|---|---|
| cr | Progressive Dairy Service & Supply Corp. | 485 S IDAHO ST | WENDELL, ID 83355–5241 | | |
| cr | Elevation Electric, LLC | 485 S IDAHO ST | WENDELL, ID 83355–5241 | | |
| cr | Bunge Canada C/O David D. Farrell | David D. Farrell. Esq. | One Bank Plaza | Suite 2700 | St. Louis, MO 63101 |
| intp | Glanbia Foods Inc | c/o Robert A Faucher | POB 2527 | Boise, ID 83701 | |
| intp | Sandton Capital Partners LP | 16 W 46th Street, 1st Floor | New York, NY 10036 | | |
| cr | Automation Werx, LLC | Morrow & Fischer, PLLC | 4 Ogden Avenue | Nampa, ID 83651 | |
| cr | Wilbur–Ellis Company LLC | c/o Matthew A. Sturzen | P.O. Box 2247 | Salem, OR 97308 | |
| cr | PerforMix Nutrition Systems, LLC | MUNDING, P.S. | 309 E. FARWELL RD., STE 310 | Spokane, WA 99218 UNITED STATES | |
| cr | Idaho State Brand Department | 700 S. Stratford Dr. | Meridian, ID 83642 UNITED STATES | | |
| aty | Adam A Lewis | Morrison & Foerster LLP | 425 Market Street | San Francisco, CA 94105 | |
| aty | Andrew Schoulder | 1301 Avenue of The Americas | New York, NY 10019–6022 | | |
| aty | Domenic E Pacitti | Klehr Harrison Harvey Branzburg LLP | 919 Market Street | Suite 1000 | Wilmington, DE 19801 |
| aty | James J Niemeier | McGrath North Mullin & Kratz, PC LLO | 1601 Dodge Street | Ste 3700 | Omaha, NE 68102 |
| aty | John O'Brien | Spencer Fane LLP | 1700 Lincoln Steet | Suite 2000 | Denver, CO 80203 |
| aty | Karyn Lloyd | Gordon Rees Scully Mansukhani, LLP | 999 W Main Street | 100 | Boise, ID 83702 |
| aty | Krystal R Mikkilineni | Dentons Davis Brown | 215 10th St | Ste 1300 | Des Moines, IA 50309 |
| aty | Michael R Stewart | 2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402 | |
| aty | Miranda Russell | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019 | |
| aty | Morton R Branzburg | Klehr Harrison Harvey Branzburg LLP | 1835 Market St | Suite 1400 | Philadelphia, PA 19103 |
| aty | Nikolaus F Schandlbauer | 20 F Street NW | Suite 500 | Washington DC 20001 | |
| aty | Richard Bernard | 1177 Avenue of the Americas | 41st Floor | New York, NY 10036 | |
| aty | Robert E. Richards | 233 South Wacker Drive | Suite 5900 | Chicago, IL 60606–6361 | |
| aty | Ron C Bingham, II | 3424 Peachtree Road NE | Suite 1600 | Atlanta, GA 30326 | |
| aty | Scott F Gautier | 1800 Century Park East | Ste 1500 | Los Angeles, CA 90067 | |
| aty | Tirzah R. Roussell | 215 10th Street | Suite 1300 | Des Moines, IA 50309 | |
| aty | Zachary Fairlie | Spencer Fane LLP | 1000 Walnut Street | Suite 1400 | Kansas City, MO 64106 |
| aty | Zachery J McCraney | Holland & Hart | Po Box 2527 | 800 W Main Street | Suite 1750    Boise, ID 83701 |
| 5336402 | Automation Werx, LLC | PO Box 3066 | Idaho Falls, ID 83401 | | |
| 5335094 | Bunge Canada | c/o David D. Farrell | THOMPSON COBURN LLP | One USBank Plaza, Suite 2700 | Saint Louis, Missouri 63101 |
| 5335227 | CenturyTel Service Group, LLC dba CenturyLink | Lumen Technologies Group | 931 14th Street, 9th Floor (Attn: Legal–BKY) | Denver, CO 80202 | |
| 5335499 | Coastline Equipment Company | 2000 E Overland Rd | Meridian, ID 83642 | | |
| 5336403 | Electrical Werx & Construction, LLC | PO Box 3066 | Idaho Falls, ID 83401 | | |
| 5336173 | Elevation Electric, LLC | 485 S. Idaho St. | Wendell, ID 83355 | | |
| 5334742 | NameAddress1Address2Address3CityStateZip | 116 & West805 W Idaho StSte 300Boise | 2020 Window ServicePO Box 6056Twin F | A & K Trucking1897 E 990 SHazeltonI | A. Scott Jackson TruckingPO Box 56Je    A. Scott JacksonTrucking IncPO Box 56 |
| 5336174 | Progressive Dairy Service & Supply Corp. | 485 S. Idaho St. | Wendell, ID 83355 | | |
| 5335058 | Quill Corporation | PO Box 102419 | Columbia, SC 29224 | | |
| 5335378 | Westway Feed | BARR Credit Services | 3444 N Country Club Rd | Ste 200 | Tucson, AZ 85716 |
| 5336406 | Youree Land & Livestock Inc. | 3953 North 3300 East | Twin Falls, ID 83301 | | |

TOTAL: 53