# TRANSCRIPT ORDER

**Due Date:**

| | |
|---|---|
| **Name:** Janine P. Reynard, Avery Law | **Phone #:** (208) 994-6905 |
| **Date:** April 15, 2024 | |

**Mailing Address:** 3090 E. Gentry Way, Ste 250  
**City:** Meridian  **State:** ID  **Zip:** 83642

**Email Address:** janine@averylaw.net

**Case #:** 24-40158  **Judicial Official:** Noah Hillen  **Dates of Proceedings:** 04/09/2024

**Case Name:** Millenkamp Cattle, Inc., et al.  **Location of Proceedings:** Boise, Idaho

**Order for:** ☐ Appeal  ☐ Criminal  ☐ Criminal Justice Act  ☑ Bankruptcy  
☐ Non-Appeal  ☐ Civil  ☐ In Forma Pauperis  ☐ Other

**Transcript Requested:** Specify portion(s) and date(s) of Proceeding(s) for which transcript is requested.

☑ Entire Proceeding  **Date:** 04/09/2024  
☐ Portion(s):

## ORDER

| CATEGORY | Original (Includes free copy for Court) | First Copy | Additional Copies | No. of Estimated Pages | Estimated Cost |
|---|---|---|---|---|---|
| 30-DAY (Ordinary) | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 14-DAY | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 7-DAY (Expedited) | ☑ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 3-DAY | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| NEXT DAY (Daily) | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 2-HOUR (Hourly) | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |

**Processed by/Phone Number:**  **Estimate Total:** $ 0.00

**Transcript to be prepared by:** -Make Selection-

**Court Address:**  
U.S. Courts – District of Idaho  
550 W. Fort Street  
Boise, ID 83724

| Order Received | Date | By | Purchase Order Number or CJA Voucher | |
|---|---|---|---|---|
| Transcript Ordered | | | Total Due | $ 0.00 |