# TRANSCRIPT ORDER

**Due Date:**

| | |
|---|---|
| **Name:** Janine P. Reynard, Avery Law | **Phone #:** (208) 994-6905 |
| | **Date:** April 15, 2024 |

| Mailing Address: | City: | State: | Zip: |
|---|---|---|---|
| 3090 E. Gentry Way, Ste 250 | Meridian | ID | 83642 |

**Email Address:** janine@averylaw.net

| Case #: 24-40158 | Judicial Official: Noah Hillen | Dates of Proceedings: 04/10/2024 |
|---|---|---|
| Case Name: Millenkamp Cattle, Inc., et al. | | Location of Proceedings: Boise, Idaho |

**Order for:**
- [ ] Appeal
- [ ] Criminal
- [ ] Criminal Justice Act
- [✔] Bankruptcy
- [ ] Non-Appeal
- [ ] Civil
- [ ] In Forma Pauperis
- [ ] Other

**Transcript Requested:** Specify portion(s) and date(s) of Proceeding(s) for which transcript is requested.

- [✔] Entire Proceeding
- [ ] Portion(s):

**Date:** 04/10/2024

## ORDER

| CATEGORY | Original (Includes free copy for Court) | First Copy | Additional Copies | No. of Estimated Pages | Estimated Cost |
|---|---|---|---|---|---|
| 30-DAY (Ordinary) | [ ] | $ 0.00 | $ 0.00 | | $ 0.00 |
| 14-DAY | [ ] | $ 0.00 | $ 0.00 | | $ 0.00 |
| 7-DAY (Expedited) | [✔] | $ 0.00 | $ 0.00 | | $ 0.00 |
| 3-DAY | [ ] | $ 0.00 | $ 0.00 | | $ 0.00 |
| NEXT DAY (Daily) | [ ] | $ 0.00 | $ 0.00 | | $ 0.00 |
| 2-HOUR (Hourly) | [ ] | $ 0.00 | $ 0.00 | | $ 0.00 |

| Processed by/Phone Number: | Estimate Total: | $ 0.00 |
|---|---|---|

**Transcript to be prepared by:** -Make Selection-

**Court Address:**
U.S. Courts – District of Idaho
550 W. Fort Street
Boise, ID 83724

| Order Received | Date | By | Purchase Order Number or CJA Voucher | |
|---|---|---|---|---|
| Transcript Ordered | | | Total Due | $ 0.00 |