UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re<br><br>MILLENKAMP CATTLE, INC.,<br>    Debtor. | Case No. 24-40158-NGH<br>Chapter 11 |
| In re<br><br>IDAHO JERSEY GIRLS, LLC,<br>    Debtor. | Case No. 24-40159-NGH<br>Chapter 11 |
| In re<br><br>EAST VALLEY CATTLE, LLC,<br>    Debtor. | Case No. 24-40160-NGH<br>Chapter 11 |
| In re<br><br>MILLENKAMP PROPERTIES, LLC,<br>    Debtor. | Case No. 24-40161-NGH<br>Chapter 11 |
| In re<br><br>MILLENKAMP PROPERTIES II, LLC<br>    Debtor. | Case No. 24-40162-NGH<br>Chapter 11 |
| In re<br><br>MILLENKAMP FAMILY, LLC<br>    Debtor. | Case No. 24-40163-NGH<br>Chapter 11 |

| | |
|---|---|
| In re<br><br>GOOSE RANCH, LLC<br>     Debtor. | Case No. 24-40164-NGH<br>Chapter 11 |
| In re<br><br>IDAHO JERSEY GIRLS JEROME DAIRY, LLC<br>     Debtor. | Case No. 24-40165-NGH<br>Chapter 11 |
| In re<br><br>BLACK PINE CATTLE, LLC,<br>     Debtor. | Case No. 24-40166-NGH<br>Chapter 11 |
| In re<br><br>MILLENKAMP ENTERPRISES, LLC,<br>     Debtor. | Case No. 24-40167-NGH<br>Chapter 11 |

**ORDER GRANTING DEBTORS' MOTIONS FOR JOINT ADMINISTRATION OF CASES**

THIS MATTER came before the court on Debtors' *Emergency Motions for an Order Directing Joint Administration of Debtors' Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b)* (the "Joint Administration Motions"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that the relief requested in the Motions is in the best interests of the Debtors, the estates, the creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** that:

1. The Motions are granted subject to the following modifications:

    a. The approved joint administration does not affect each Debtor's obligation to file separate financial reports specific to its financial condition; and

    b. Nothing in this order approves or affects any estate's liability for allowed professional fees and costs. Those issues will be addressed in subsequent orders related to employment and compensation of professionals.

2. The parties are directed to use a single docket and caption, with the Millenkamp Cattle, Inc., Case designated as the lead case (*In re Millenkamp Cattle, Inc.*, Case No. 24-40158-NGH – the "Millenkamp Cattle Case"), for administrative matters, including the filing, lodging, and docketing of pleadings and orders. All interested parties are directed to use the caption attached hereto as Exhibit 1. Each pleading or paper filed, however, shall designate which of the Debtors are affected by or is a party to the subject filing.

3. Notice of filed pleadings shall be provided to creditors and interested parties listed in the Millenkamp Cattle Case;

4. All hearings shall be scheduled and notice provided in the Millenkamp Cattle Case;

5. The Debtor shall promptly file notice of the joint administration of the estate to be separately filed and docketed in each of the cases in the form substantially similar to Exhibit 2 attached hereto.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

//end of text//

DATED: April 16, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by: Matthew T. Christensen, counsel for the Debtors

Approved as to form by:

__/s/ Jason Naess (email approval)__

Jason R. Naess, attorney for the U.S. Trustee

**<u>(EXHIBIT 1 – Caption)</u>**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor.<br> | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**(EXHIBIT 2 – Proposed Notice)**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**NOTICE OF JOINT ADMINISTRATION OF CASES AND**

**REQUIREMENTS FOR FILING DOCUMENTS**

**TO ALL INTERESTED PARTIES:**

On April 16, 2024, an order was entered granting a motion to approve joint administration of cases pursuant to FRBP 1015, under the lead case indicated in the caption of this notice.

1. **Required Caption on Documents:** All documents filed must contain a caption substantially the same format and content as the caption of this notice.

2. **Debtors Affected by a Filed Document:** All documents filed must indicated, by checking appropriate boxes, the debtor or debtors affected by the filed document.

3. **Filing Documents on Main Case Docket:** Unless indicated below in paragraph 4, all documents must be filed on the docket of the lead case indicated on the caption of this notice.

4. **Filing Proof of Claims on Docket of Individual Case:** Notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

5. **Parties to File a Notice of Appearance and Request for Notice:** To facilitate notice and service of documents via Notice of Electronic Filing, all parties who previously electronically filed documents only in cases other than the lead case must promptly file in the lead case a Notice of Appearance and Request for Notice.