5/06

Form: Pro Hac Vice

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

)
)    Case No.  24-40158-NGH
)    Chapter No. 11

In Re:             )    APPLICATION FOR ADMISSION

Millenkamp Cattle, Inc.    )    PRO HAC VICE

_____    )

        Debtors    )

_____    )    Fee: $250.00

Pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of Idaho,

W. Kent Carter _____, hereby applies for admission pro hac vice to appear and participate

in this case on behalf of  CNH  Industrial Capital America LLC _____.

The applicant hereby attests under penalty of perjury, as follows:

1. Applicant resides in the state of Illinois _____, and practices at the following

address and phone number One North Franklin, Suite 800, Chicago, IL 60606, 312-619-4900 _____

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| SEE ATTACHMENT | |
| SEE ATTACHMENT | |
| SEE ATTACHMENT | |
| SEE ATTACHMENT | |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other courts.

5. Karyn Lloyd _____, a member in good standing of the bar of this court, of the firm of

Gordon, Rees, Scully, Mansukhani _____, practices at the following office address and phone number:

999 W. Main Street, #100, Boise, ID 83702. _____

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes.  Said designee hereby consents to this designation by signing this application.

Dated this  16th  day of April _____, 2024 ____.

_____         /s/ Karyn Lloyd _____

Applicant                  Designee

Signed under penalty of perjury.

5/06

Form: Pro Hac Vice

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

)
)
)
)
In Re:                                                    )
                                                          )
Millenkamp Cattle, Inc.                                   )
                                                          )
                              Debtors                      )
                                                          )

Case No.  24-40158-NGH
Chapter No. 11

| Court | Date of Admission |
|---|---|
| State of Illinois | 1997 |
| Northern District of Illinois | 1997 |
| Northern District of Illinois Bankruptcy Court | 2005 |
| Central District of Illinois | 2009 |
| Central District of Illinois Bankruptcy Court | 2009 |
| Southern District of Illinois | 2010 |
| Southern District of Illinois Bankruptcy Court | 2004 |
| Eastern District of Michigan | 2007 |
| Eastern District of Michigan Bankruptcy Court | 2007 |
| Western District of Michigan | 2008 |
| Western District of Michigan Bankruptcy Court | 2008 |
| Eastern District of Wisconsin | 2004 |
| 6th Circuit Court of Appeals | 2013 |
| Northern District of Indiana | 2016 |
| Southern District of Indiana | 2018 |
| Southern District of  Georgia Bankruptcy Court | 2017 |