Rhett M. Miller, ISB No. 11163
PARSONS, LOVELAND, SHIRLEY
& LINDSTROM, LLP
137 West 13th Street
P. O. Box 910
Burley, ID  83318
rmiller@magicvalley.law
Telephone: (208) 878-8382
Facsimile:  (208) 878-0146
*Counsel for Creditor Moss Farms Operations, LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>MILLENKAMP CATTLE, INC.<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**NOTICE OF APPEARANCE FOR MOSS FARMS OPERATIONS, LLC**

TO:  The Clerk of the Court and all parties and attorneys of record:

PLEASE TAKE NOTICE that Rhett M. Miller of the firm of Parsons, Loveland, Shirley & Lindstrom, LLP, appears on behalf of Creditor Moss Farms Operations, LLC, an Idaho limited liability company in the above captioned bankruptcy proceeding, and hereby requests that he be (a) provided with copies of all documents or pleadings filed in the case; (b) included in the

NOTICE OF APPEARANCE -Page 1

master mailing list as attorney for Moss Farms Operations, LLC.; and (c) be provided with copies of all notices as provided by Rule 2002 of the Federal Rules of Bankruptcy Procedure.

All mailings should be addressed as follows:

>Rhett M. Miller
>PARSONS, LOVELAND, SHIRLEY & LINDSTROM, LLP
>137 West 13th Street
>P. O. Box 910
>Burley, ID  83318
>rmiller@magicvalley.law

DATED April 16, 2024.

PARSONS, LOVELAND, SHIRLEY & LINDSTROM, LLP

*/s/ Rhett M. Miller*

Rhett M. Miller

NOTICE OF APPEARANCE -Page 2