Rhett M. Miller, ISB No. 11163
PARSONS, LOVELAND, SHIRLEY
& LINDSTROM, LLP
137 West 13th Street
P. O. Box 910
Burley, ID  83318
rmiller@magicvalley.law
Telephone: (208) 878-8382
Facsimile:  (208) 878-0146
*Counsel for Creditor United Electric Co-op, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>MILLENKAMP CATTLE, INC.<br><br>                Debtor. | Case No. 24-40158-NGH<br><br><br>Jointly Administered with Case Nos.: |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**NOTICE OF APPEARANCE FOR UNITED ELECTRIC CO-OP, INC.**

TO:  The Clerk of the Court and all parties and attorneys of record:

      PLEASE TAKE NOTICE that Rhett M. Miller of the firm of Parsons, Loveland, Shirley & Lindstrom, LLP, appears on behalf of Creditor United Electric Co-op, Inc., an Idaho non-profit corporation in the above captioned bankruptcy proceeding, and hereby requests that he be (a) provided with copies of all documents or pleadings filed in the case; (b) included in the master mailing list as attorney for United Electric Co-op, Inc..; and (c) be provided with copies

NOTICE OF APPEARANCE -Page 1

of all notices as provided by Rule 2002 of the Federal Rules of Bankruptcy Procedure.

All mailings should be addressed as follows:

Rhett M. Miller
PARSONS, LOVELAND, SHIRLEY & LINDSTROM, LLP
137 West 13th Street
P. O. Box 910
Burley, ID  83318
rmiller@magicvalley.law

DATED April 16, 2024.

PARSONS, LOVELAND, SHIRLEY & LINDSTROM, LLP

*/s/ Rhett M. Miller*

Rhett M. Miller