## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Millenkamp Cattle, Inc. | ) | Case No.  24-40158 |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

**SECOND SUPPLEMENTAL OBJECTION TO THE EMERGENCY MOTION OF DEBTORS FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING THE DEBTORS TO OBTAIN POST-PETITION FINANCING; (B) GRANTING ADEQUATE PROTECTION TO PRE-PETITION SECURED CREDITORS; AND (C) SETTING A FINAL HEARING**

Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney ("Conterra") for Rooster Capital IV LLC ("Rooster Capital") and Ag Funding SC II LLC ("Ag Funding") by and through its attorneys, Spencer Fane LLP, for its Second Supplemental Objection to the Emergency Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to Obtain Post-Petition Financing; (B) Granting Adequate Protection to Pre-Petition Secured Creditors; and (C) Setting a Final Hearing ("DIP Motion"), and  states as follows:

1.      The Debtors (as defined in the DIP Motion) filed the DIP Motion on April 2, 2024.

2.      On April 11, 2024, the Debtors filed a Supplement to the DIP Motion [Doc. 170], which included a proposed interim order ("Proposed Order").

3.      Since that time, Conterra has provided comments and revisions to the Proposed Order. As of the date of this filing, Conterra has not received confirmation that all proposed comments and revisions are acceptable to the Debtors.

4.      In addition to the comments and revisions that the Debtors confirmed were included as of April 16, 2024 in the revised Proposed Order by email from the Debtors' counsel at 6:44am central, Conterra requests that the following language be included in the Proposed Order:

10.     Notwithstanding anything herein to the contrary, the Conterra Stipulation is not modified or altered in any way by this Order, and is hereby approved and authorized in all respects, and specifically, the Debtors shall make the adequate protection payments to Conterra pursuant to the Conterra Stipulation and the DIP Lender shall have a junior lien on the German Dairy.

5.     This proposed revision merely memorializes the stipulation between the parties vis-à-vis the loans Conterra services, which was read into the record at the hearing on April 10, 2024 ("Conterra Stipulation"). The Proposed Order should not supersede the Conterra Stipulation but should memorialize it, which is what the proposed paragraph 10 seeks to accomplish. This should not be objectionable to any party given there were no objections to the Conterra Stipulation on the record at the hearing on April 10, 2024.

WHEREFORE, Conterra, solely in its capacity as the servicer and power of attorney for Rooster Capital and Ag Funding, respectfully requests that the Court enter an order (i) approving the DIP Motion only to the extent it includes Conterra's proposed paragraph 10 above; and (ii) granting such other and further relief as the Court deems just and appropriate.

DATED April 16, 2024.

Respectfully submitted,

SPENCER FANE LLP

/s/*Zachary R.G. Fairlie*
John O'Brien (Pro Hac Vice)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554
Telephone: 303-839-3800
Email: jobrien@spencerfane.com

Scott C. Powers #9958
Spencer Fane LLP
10 Exchange Place, 11th Floor
Salt Lake City, UT 84111
Telephone: 801-322-9164
Email: spowers@spencerfane.com

Zachary R.G. Fairlie (Pro Hac Vice)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Telephone: 816-474-8100
Fax: 816-474-3216
Email: zfairlie@spencerfane.com

Attorney for Conterra Holdings, LLC d/b/a
Conterra Ag Capital as loan servicer and power of
attorney for Ag Funding SC II LLC and Conterra
Holdings, LLC d/b/a Conterra Ag Capital as loan
servicer and power of attorney for Rooster Capital
IV LLC

### CERTIFICATE OF SERVICE

The undersigned certifies that on April 16, 2024 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| U.S. Trustee | Ustp.region18.bs.ecf@usdoj.gov |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Daniel C. Green | dan@racineolson.com |
| Heidi Buck Morrison | heidi@racineolson.com |

The undersigned further certifies that on April 16, 2024 a true and correct copy of the foregoing was served to the following by first class, postage prepaid U.S. Mail:

Millenkamp Cattle, Inc.
471 N 300 Rd W
Jerome, ID  83338

Matthew T. Christensen
Johnson May
199 N. Capitol Blvd Ste 200
Boise, ID  83702

*/s/ Zachary R.G. Fairlie*
Zachary R.G. Fairlie