Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
    jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
    Robert.richards@dentons.com
    Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With Case Nos.: |
| ☒ ALL DEBTORS | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Millenkamp Cattle, Inc. | 24-40160-NGH (East Valley Cattle) |
| ☐ Idaho Jersey Girls | 24-40161-NGH (Millenkamp Properties) |
| ☐ East Valley Cattle | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Properties II | 24-40164-NGH (Goose Ranch) |
| | 24-40166-NGH (Black Pine Cattle) |
| | 24-40167-NGH (Millenkamp Enterprises) |
| | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

DEBTORS' EX PARTE MOTION TO EXTEND TIME – Page 1

| | |
|---|---|
| ☐ Millenkamp Family | |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

### DEBTORS' EX PARTE MOTION TO EXTEND TIME

The Debtors in the above-referenced cases, by and through their counsel of record, JOHNSON MAY, move this Court for an order extending the deadline for filing schedules, statements and other documents in the cases. The cases were originally filed on April 2, 2024 (the "Filing Date"). Additional schedules, statements and other documents are due to be filed by April 16, 2024. See, e.g., Fed. R. Bankr. Proc. 1007(c). Since the Filing Date, the Debtors have been diligently working to prepare the required schedules, statements and other documents. At the same time, the Debtors have been pursuing court approval of several important first day motions, including cash collateral and debtor-in-possession financing, including attending at least 4 court hearings (2 of them lasting nearly all day in person) on those motions. Due to the Debtors' involvement in those first day motions and hearings, they have had insufficient time to complete the required additional filings. By this Motion, the Debtors assert good cause exists to extend the time for filing the additional documents, with the new deadline for filing those schedules, statements and other documents being April 23, 2024, and request the Court enter an order setting the new deadline accordingly.

DATED this 16th day of April, 2024.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtors

DEBTORS' EX PARTE MOTION TO EXTEND TIME – Page 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of April 2024, I caused to be served a true and correct copy of the foregoing MOTION electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |

Any others as listed on the Court's ECF Notice.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN

DEBTORS' EX PARTE MOTION TO EXTEND TIME – Page 3