UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No.  24-40158-NGH |
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | |
| ☐ ALL DEBTORS | Jointly Administered with Case Nos.: |
| ☒ Millenkamp Cattle, Inc. | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Idaho Jersey Girls | 24-40160-NGH (East Valley Cattle) |
| | 24-40161-NGH (Millenkamp Properties) |
| ☐ East Valley Cattle | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Properties II | 24-40164-NGH (Goose Ranch) |
| | 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Family | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Goose Ranch | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | Chapter 11 Cases |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**ORDER GRANTING MOTION TO CONDITION USE OF WSECO'S EQUIPMENT ON RECEIPT OF ADEQUATE PROTECTION**

THIS MATTER came before the Court upon Creditor Western States Equipment Company's ("**WSECO**") *Motion to Condition Use of WSECO's Equipment on Receipt of Adequate Protection* filed in the above-captioned case with respect to Debtor Millenkamp, Cattle, Inc., on April 3, 2024 [Dkt. No. 43] (the "**Motion**"). The Court first considered the Motion at a hearing on April 4, further considered the Motion at an evidentiary hearing on April 9, 2024, and has considered the Motion and the record before it. The Court finds that good cause exists for the

requested relief to be granted. Now therefore, it is hereby ORDERED that the Motion is GRANTED in accordance with the following:

ORDERED, that the Debtor shall timely issue the monthly rent payments called for by the Amended and Restated Rental Agreement, by and between WSECO and Millenkamp Cattle, Inc., dated as of March 25, 2024 (the "**Rental Agreement**") but shall not be required to pay the Back Rent (as defined in the Rental Agreement) that comes due under the Rental Agreement until a further hearing on *Debtor's Motion for Order Authorizing the Debtor to Assume Unexpired Lease with Western States Equipment Company* [Dkt. No. 114] (the "**Motion to Assume**") is held on May 8, 2024 (the "**Final Hearing**") and an order entered on the Motion to Assume;

ORDERED, that the Debtor shall maintain required insurance coverage on WSECO's equipment that is the subject of the Rental Agreement (the "**Equipment**");

ORDERED, that Millenkamp Cattle, Inc. shall immediately assemble and surrender the Equipment to WSECO at a reasonable location of WSECO's choosing upon the earlier of the occurrence of an uncured Event of Default (other than an Event of Default based on failure to pay Back Rent prior to the entry of an order on the Motion to Assume) or July 1, 2024;

ORDERED, that, under the Rental Agreement, WSECO has no obligation to continue renting the Equipment to **Millenkamp Cattle, Inc.** ~~MK Cattle, Inc.~~ after June 30, 2024;[1] and

ORDERED that, upon (1) the occurrence of an Event of Default (other than an Event of Default based on the failure to pay Back Rent prior to the entry of an order on the Motion to Assume), and (2) any failure by Millenkamp Cattle, Inc. to return the Equipment to WSECO upon

---

[1] Modified by court.

WSECO's request pursuant to the terms of the Rental Agreement, WSECO shall file and serve a written Notice of Default with the Court, and the automatic stay provided by 11 U.S.C. §362 shall immediately be terminated.  *// end of text //*

DATED: April 16, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by Jon B. Evans, Attorney for Western States Equipment Company.

Endorsed by Matt Christensen, Attorney for Debtor Millenkamp Cattle, Inc.:

*/s/ Matt T. Christensen*
Matt T. Christensen