# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 4/17/2024 |
| Case: 24–40158–NGH | Form ID: pdf016 | Total: 98 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          CNH Industrial Capital America LLC
cr          MWI Veterinary Supply Inc.
                                                                                                    TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         US Trustee          ustp.region18.bs.ecf@usdoj.gov
aty         Aaron Robert Bell          abell@evanskeane.com
aty         Brent Russel Wilson          bwilson@hawleytroxell.com
aty         Brett R Cahoon          ustp.region18.bs.ecf@usdoj.gov
aty         Brian Faria          brian@sawtoothlaw.com
aty         Cheryl Rambo          cheryl.rambo@isp.idaho.gov
aty         Daniel C Green          dan@racineolson.com
aty         David A Coleman          david@colemanjacobsonlaw.com
aty         Evan Thomas Roth          evan@sawtoothlaw.com
aty         Gery W Edson          gedson@gedson.com
aty         Heidi Buck Morrison          heidi@racineolson.com
aty         Holly Roark          holly@roarklawboise.com
aty         James Niemeier          jniemeier@mcgrathnorth.com
aty         James Justin May          jjm@johnsonmaylaw.com
aty         Janine Patrice Reynard          janine@averylaw.net
aty         Jason Ronald Naess          Jason.r.naess@usdoj.gov
aty         Jed W. Manwaring          jmanwaring@evanskeane.com
aty         John O'Brien          jobrien@spencerfane.com
aty         John D Munding          john@mundinglaw.com
aty         John F Kurtz, Jr          jfk@kurtzlawllc.com
aty         Jon B Evans          evans.jb@dorsey.com
aty         Karyn Lloyd          klloyd@grsm.com
aty         Kimbell D Gourley          kgourley@idalaw.com
aty         Krystal R. Mikkilineni          krystal.mikkilineni@dentons.com
aty         Laura E Burri          lburri@morrowfischer.com
aty         Matthew A Sturzen          matt@shermlaw.com
aty         Matthew T. Christensen          mtc@johnsonmaylaw.com
aty         Matthew W Grimshaw          matt@grimshawlawgroup.com
aty         Meredith Leigh Thielbahr          mthielbahr@grsm.com
aty         Morton R. Branzburg          mbranzburg@klehr.com
aty         Rhett Michael Miller          rmiller@magicvalley.law
aty         Robert A Faucher          rfaucher@hollandhart.com
aty         Robert E Richards          robert.richards@dentons.com
aty         Scott C Powers          spowers@spencerfane.com
aty         Sheila Rae Schwager          sschwager@hawleytroxell.com
aty         Tirzah R. Roussell          tirzah.roussell@dentons.com
aty         Zachary Fairlie          zfairlie@spencerfane.com
                                                                                                    TOTAL: 37

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Millenkamp Cattle, Inc          471 North 300 West          Jerome, ID 83338
cr          Rabo AgriFinance LLC          c/o Sheila R. Schwager          P.O. Box 1617          Boise, ID 83701
cr          Viterra USA Grain, LLC and Viterra USA Ingredients, LLC          c/o Racine Olson, PLLP          P.O. Box 1391          Pocatello, ID 83204
cr          MetLife Real Estate Lending LLC          c/o Kimbell D. Gourley          POB 1097          Boise, ID 83701 UNITED STATES
cr          Metropolitan Life Insurance Company          c/o Kimbell D. Gourley          c/o Kimbell D. Gourley          POB 1097          Boise, ID 83701 UNITED STATES
cr          Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att          Spencer Fane          1700 Lincoln Street          Suite 2000          Denver, CO 80203
cr          Western States Equipment Co.          500 East Overland Road          Meridian, ID 83642
cr          c/o David A. Coleman Youree Land & Livestock, Inc.          Coleman, Ritchie & Jacobson          PO BOX 525          TWIN FALLS, ID 83303–0525 UNITED STATES
cr          c/o David A. Coleman B & H Farming          Coleman, Ritchie & Jacobson          PO BOX 525          TWIN FALLS, ID 83303–0525 UNITED STATES
cr          East Valley Development, LLC          c/o Avery Law          3090 E Gentry Way, Ste 250          Meridian, ID 83642
cr          Land View, Inc.          P.O. Box 475          Rupert, ID 83350
cr          MWI Veterinarian Supply, Inc.          3041 W PASADENA DRIVE          Boise, ID 83705 UNITED STATES
cr          Raft River Rural Electric Cooperative, Inc.          c/o Rhett M. Miller          P.O. Box 910          Burley, ID 83318
cr          Viserion Grain, LLC          c/o Sawtooth Law Offices, PLLC          213 Canyon Crest Dr., Ste 200          Twin Falls, ID 83301 UNITED STATES

| | | | | | |
|---|---|---|---|---|---|
| cr | Ad Hoc Committee of Corn Silage Growers | 153 East Main Street | PO Box 168 | Jerome, ID 83338 | |
| cr | Progressive Dairy Service & Supply Corp. | 485 S IDAHO ST | WENDELL, ID 83355–5241 | | |
| cr | Elevation Electric, LLC | 485 S IDAHO ST | WENDELL, ID 83355–5241 | | |
| cr | Bunge Canada C/O David D. Farrell | David D. Farrell. Esq. | One Bank Plaza | Suite 2700 | St. Louis, MO 63101 |
| intp | Glanbia Foods Inc | c/o Robert A Faucher | POB 2527 | Boise, ID 83701 | |
| intp | Sandton Capital Partners LP | 16 W 46th Street, 1st Floor | New York, NY 10036 | | |
| cr | Automation Werx, LLC | Morrow & Fischer, PLLC | 4 Ogden Avenue | Nampa, ID 83651 | |
| cr | Wilbur–Ellis Company LLC | c/o Matthew A. Sturzen | P.O. Box 2247 | Salem, OR 97308 | |
| cr | PerforMix Nutrition Systems, LLC | MUNDING, P.S. | 309 E. FARWELL RD., STE 310 | Spokane, WA 99218 UNITED STATES | |
| cr | Idaho State Brand Department | 700 S. Stratford Dr. | Meridian, ID 83642 UNITED STATES | | |
| cr | Moss Grain Partnership | c/o Rhett M. Miller | P.O. Box 910 | Burley, ID 83318 | |
| cr | Moss Farms Operations, LLC | c/o Rhett M. Miller | P.O. Box 910 | Burley, ID 83318 | |
| cr | United Electric Co–op, Inc. | c/o Rhett M. Miller | P.O. Box 910 | Burley, ID 83318 | |
| aty | Adam A Lewis | Morrison & Foerster LLP | 425 Market Street | San Francisco, CA 94105 | |
| aty | Andrew Schoulder | 1301 Avenue of The Americas | New York, NY 10019–6022 | | |
| aty | Domenic E Pacitti | Klehr Harrison Harvey Branzburg LLP | 919 Market Street | Suite 1000 | Wilmington, DE 19801 |
| aty | James J Niemeier | McGrath North Mullin & Kratz, PC LLO | 1601 Dodge Street | Ste 3700 | Omaha, NE 68102 |
| aty | John O'Brien | Spencer Fane LLP | 1700 Lincoln Steet | Suite 2000 | Denver, CO 80203 |
| aty | Karyn Lloyd | Gordon Rees Scully Mansukhani, LLP | 999 W Main Street | 100 | Boise, ID 83702 |
| aty | Krystal R Mikkilineni | Dentons Davis Brown | 215 10th St | Ste 1300 | Des Moines, IA 50309 |
| aty | Michael R Stewart | 2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402 | |
| aty | Miranda Russell | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019 | |
| aty | Morton R Branzburg | Klehr Harrison Harvey Branzburg LLP | 1835 Market St | Suite 1400 | Philadelphia, PA 19103 |
| aty | Nikolaus F Schandlbauer | 20 F Street NW | Suite 500 | Washington DC 20001 | |
| aty | Richard Bernard | 1177 Avenue of the Americas | 41st Floor | New York, NY 10036 | |
| aty | Robert E. Richards | 233 South Wacker Drive | Suite 5900 | Chicago, IL 60606–6361 | |
| aty | Ron C Bingham, II | 3424 Peachtree Road NE | Suite 1600 | Atlanta, GA 30326 | |
| aty | Scott F Gautier | 1800 Century Park East | Ste 1500 | Los Angeles, CA 90067 | |
| aty | Tirzah R. Roussell | 215 10th Street | Suite 1300 | Des Moines, IA 50309 | |
| aty | Zachary Fairlie | Spencer Fane LLP | 1000 Walnut Street | Suite 1400 | Kansas City, MO 64106 |
| aty | Zachery J McCraney | Holland & Hart | Po Box 2527 | 800 W Main Street | Suite 1750   Boise, ID 83701 |
| 5336402 | Automation Werx, LLC | PO Box 3066 | Idaho Falls, ID 83401 | | |
| 5335094 | Bunge Canada | c/o David D. Farrell | THOMPSON COBURN LLP | One USBank Plaza, Suite 2700 | Saint Louis, Missouri 63101 |
| 5335227 | CenturyTel Service Group, LLC dba CenturyLink | Lumen Technologies Group | 931 14th Street, 9th Floor (Attn: Legal–BKY) | Denver, CO 80202 | |
| 5335499 | Coastline Equipment Company | 2000 E Overland Rd | Meridian, ID 83642 | | |
| 5336403 | Electrical Werx & Construction, LLC | PO Box 3066 | Idaho Falls, ID 83401 | | |
| 5336173 | Elevation Electric, LLC | 485 S. Idaho St. | Wendell, ID 83355 | | |
| 5336661 | G.J. Verti–Line Pumps, Inc. | PO Box 892 | Twin Falls, ID 83303–0892 | | |
| 5334742 | NameAddress1Address2Address3CityStateZip | 116 & West805 W Idaho StSte 300Boise | 2020 Window ServicePO Box 6056Twin F | A & K Trucking1897 E 990 SHazeltonI | A. Scott Jackson TruckingPO Box 56Je   A. Scott JacksonTrucking IncPO Box 56 |
| 5336174 | Progressive Dairy Service & Supply Corp. | 485 S. Idaho St. | Wendell, ID 83355 | | |
| 5335058 | Quill Corporation | PO Box 102419 | Columbia, SC 29224 | | |
| 5336660 | Rogers Machinery Company, Inc. | PO Box 230429 | Portland, OR 97281–0429 | | |
| 5336530 | US Commodities, LLC | 730 Second Avenue S. Suite 700 | Minneapolis, MN 55402 | , | |
| 5335378 | Westway Feed | BARR Credit Services | 3444 N Country Club Rd | Ste 200 | Tucson, AZ 85716 |
| 5336406 | Youree Land & Livestock Inc. | 3953 North 3300 East | Twin Falls, ID 83301 | | |

TOTAL: 59