# Notice Recipients

District/Off: 0976−8                    User: admin                          Date Created: 4/17/2024
Case: 24−40158−NGH                Form ID: pdf035                    Total: 34

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          CNH Industrial Capital America LLC
                                                                                                          TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         US Trustee            ustp.region18.bs.ecf@usdoj.gov
aty         Brett R Cahoon        ustp.region18.bs.ecf@usdoj.gov
aty         Jason Ronald Naess         Jason.r.naess@usdoj.gov
                                                                                                          TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr          Rabo AgriFinance LLC        c/o Sheila R. Schwager        P.O. Box 1617        Boise, ID 83701
cr          Metropolitan Life Insurance Company       c/o Kimbell D. Gourley        c/o Kimbell D. Gourley        POB 1097        Boise, ID 83701 UNITED STATES
cr          Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att        Spencer Fane        1700 Lincoln Street        Suite 2000        Denver, CO 80203
cr          Western States Equipment Co.        500 East Overland Road        Meridian, ID 83642
cr          c/o David A. Coleman Youree Land & Livestock, Inc.        Coleman, Ritchie & Jacobson        PO BOX 525        TWIN FALLS, ID 83303−0525 UNITED STATES
cr          MWI Veterinarian Supply, Inc.        3041 W PASADENA DRIVE        Boise, ID 83705 UNITED STATES
cr          Raft River Rural Electric Cooperative, Inc.        c/o Rhett M. Miller        P.O. Box 910        Burley, ID 83318
cr          Viserion Grain, LLC        c/o Sawtooth Law Offices, PLLC        213 Canyon Crest Dr., Ste 200        Twin Falls, ID 83301 UNITED STATES
cr          Ad Hoc Committee of Corn Silage Growers        153 East Main Street        PO Box 168        Jerome, ID 83338
cr          Progressive Dairy Service & Supply Corp.        485 S IDAHO ST        WENDELL, ID 83355−5241
intp        Glanbia Foods Inc        c/o Robert A Faucher        POB 2527        Boise, ID 83701
intp        Sandton Capital Partners LP        16 W 46th Street, 1st Floor        New York, NY 10036
cr          Wilbur−Ellis Company LLC        c/o Matthew A. Sturzen        P.O. Box 2247        Salem, OR 97308
cr          Idaho State Brand Department        700 S. Stratford Dr.        Meridian, ID 83642 UNITED STATES
cr          Moss Farms Operations, LLC        c/o Rhett M. Miller        P.O. Box 910        Burley, ID 83318
cr          United Electric Co−op, Inc.        c/o Rhett M. Miller        P.O. Box 910        Burley, ID 83318
5336402     Automation Werx, LLC        PO Box 3066        Idaho Falls, ID 83401
5335094     Bunge Canada        c/o David D. Farrell        THOMPSON COBURN LLP        One USBank Plaza, Suite 2700        Saint Louis, Missouri 63101
5335227     CenturyTel Service Group, LLC dba CenturyLink        Lumen Technologies Group        931 14th Street, 9th Floor (Attn: Legal−BKY)        Denver, CO 80202
5335499     Coastline Equipment Company        2000 E Overland Rd        Meridian, ID 83642
5336403     Electrical Werx & Construction, LLC        PO Box 3066        Idaho Falls, ID 83401
5336173     Elevation Electric, LLC        485 S. Idaho St.        Wendell, ID 83355
5336661     G.J. Verti−Line Pumps, Inc.        PO Box 892        Twin Falls, ID 83303−0892
5334742     NameAddress1Address2Address3CityStateZip        116 & West805 W Idaho StSte 300Boise        2020 Window ServicePO Box 6056Twin F        A & K Trucking1897 E 990 SHazeltonI        A. Scott Jackson TruckingPO Box 56Je        A. Scott JacksonTrucking IncPO Box 56
5336174     Progressive Dairy Service & Supply Corp.        485 S. Idaho St.        Wendell, ID 83355
5335058     Quill Corporation        PO Box 102419        Columbia, SC 29224
5336660     Rogers Machinery Company, Inc.        PO Box 230429        Portland, OR 97281−0429
5336530     US Commodities, LLC        730 Second Avenue S. Suite 700        Minneapolis, MN 55402        ,
5335378     Westway Feed        BARR Credit Services        3444 N Country Club Rd        Ste 200        Tucson, AZ 85716
5336406     Youree Land & Livestock Inc.        3953 North 3300 East        Twin Falls, ID 83301
                                                                                                          TOTAL: 30