# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 4/17/2024 |
| Case: 24–40158–NGH | Form ID: pdf095 | Total: 12 |

**Recipients of Notice of Electronic Filing:**
```
ust     US Trustee              ustp.region18.bs.ecf@usdoj.gov
aty     Brett R Cahoon          ustp.region18.bs.ecf@usdoj.gov
aty     James Justin May        jjm@johnsonmaylaw.com
aty     Jason Ronald Naess      Jason.r.naess@usdoj.gov
aty     Krystal R. Mikkilineni  krystal.mikkilineni@dentons.com
aty     Matthew T. Christensen  mtc@johnsonmaylaw.com
aty     Robert E Richards       robert.richards@dentons.com
aty     Tirzah R. Roussell      tirzah.roussell@dentons.com
```
                                                                        TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db      Millenkamp Cattle, Inc     471 North 300 West       Jerome, ID 83338
aty     Krystal R Mikkilineni      Dentons Davis Brown      215 10th St      Ste 1300       Des Moines, IA 50309
aty     Robert E. Richards         233 South Wacker Drive   Suite 5900       Chicago, IL 60606–6361
aty     Tirzah R. Roussell         215 10th Street          Suite 1300       Des Moines, IA 50309
```
                                                                        TOTAL: 4