Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      Robert.richards@dentons.com
      Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of April, 2024, I caused to be served the Motion to Assume Lease or Executory Contract (Western States), filed on April 5, 2024, (Docket No. 114), Motion to Shorten Time, filed on April 5, 2024, (Docket No. 115), and the Notice of Hearing filed on April 5, 2024, (Docket No. 116) on the non-CM/ECF Registered twenty-largest creditors via first class mail with postage prepaid as addressed on the attached mailing matrix.

CERTIFICATE OF SERVICE – Page 1

DATED this 17th day of April 2024.

                                            JOHNSON MAY

                                            /s/Matthew T. Christensen
                                          MATTHEW T. CHRISTENSEN
                                          Attorney for Debtor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of April 2024, I filed the foregoing CERTIFICATE OF SERVICE electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

                                            /s/ Matthew T. Christensen
                                          Matthew T. Christensen

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Millenkamp Cattle, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Al-Mar Dairy 1255 Grandview Ave Parma, ID 83660 | | Trade debt | | | | $361,935.36 |
| Brett Jensen Farms 2000 W 113 N Idaho Falls, ID 83402 | | Trade Debt | | | | $309,468.00 |
| BUNGE Canada 2765 Solution Center Chicago, IL 60677 | | Trade Debt | | | | $1,145,983.84 |
| Cargill Meat Solutions Corp 5252 Treasure Valley Way Nampa, ID 83687 | | Trade Debt | | | | $600,702.66 |
| Clear Lakes Products PO Box 246 Buhl, ID 83316 | | Trade Debt | | | | $560,365.35 |
| Clear Water Products LLC 1834 1st Ave Greeley, CO 80631 | | Trade Debt | | | | $346,705.73 |
| Eagle View Farms 970 E 3700 N Castleford, ID 83321 | | Trade Debt | | | | $559,656.97 |
| East Valley Development, LLC Attn: General Counsel 4675 MacArthur Ct., Ste. 800 Newport Beach, CA 92660 | | Trade Debt | | | | $2,156,089.13 |
| Elevation Electric 485 S Idaho St Wendell, ID 83355 | | Trade Debt | | | | $247,887.88 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

| Debtor | Millenkamp Cattle, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| J.D. Heiskell & Co.<br>139 River Vista Place<br>Ste 102<br>Twin Falls, ID 83301 | | Trade debt | | | | $598,407.90 |
| Jack Verbree Dairies<br>1574 E 2900 S<br>Wendell, ID 83355 | | Trade Debt | | | | $854,345.31 |
| Landview Inc - Livestock<br>PO Box 475<br>Rupert, ID 83350 | | Trade debt | | | | $5,541,024.72 |
| MWI Veterinary<br>3041 W Pasadena Dr<br>Boise, ID 83705 | | Trade debt for Black Pine Cattle, Inc., Idaho Jersey Girls Jerome Dairy LLC, Idaho Jersey Girls LLC (Milkers), and Millenkamp Cattle Inc | | | | $2,309,920.39 |
| Prime Ridge Beef, LLC<br>8143 W Broadway St.<br>Idaho Falls, ID 83402 | | Trade Debt | | | | $1,180,715.80 |
| Receptor Food Group<br>PO Box 475<br>Rupert, ID 83350 | | Trade debt | | | | $867,772.00 |
| Rocky Mountain Agronomics<br>1912 W Main<br>Burley, ID 83318 | | Trade debt | | | | $694,888.94 |
| The Dairy Solutions Group<br>396 Railway St<br>Jerome, ID 83338 | | Trade debt | | | | $334,657.53 |
| True West Beef<br>6026 US-93<br>Jerome, ID 83338 | | Trade Debt | | | | $580,740.96 |
| Viterra Grain LLC<br>1111 Bedke Blvd<br>Burley, ID 83318 | | Trade debt | | | | $1,128,769.71 |
| Westway Feed Products<br>365 Canal St<br>Ste 2929<br>New Orleans, LA 70130 | | Trade debt | | | | $313,884.04 |