UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re<br><br>MILLENKAMP CATTLE, INC., *et. al.*,<br><br>Debtors.[1] | Case No. 24-40158-NGH<br><br>Chapter 11 |

## SECOND INTERIM ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL

THIS MATTER came before the court for a further interim hearing on Debtors' *Emergency and Continuing Motion for Interim and Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection and Setting a Final Hearing* (Docket No. 22) (the "Cash Collateral Motion") held on April 9 and 10, 2024, upon the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157; and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors; and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby:

---

[1] The Debtors in the Chapter 11 Cases are Millenkamp Cattle, Inc.; Idaho Jersey Girls LLC; East Valley Cattle, LLC; Millenkamp Properties, L.L.C.; Millenkamp Properties II LLC; Millenkamp Family LLC; Goose Ranch, LLC; Idaho Jersey Girls Jerome Dairy LLC; Black Pine Cattle LLC; and Millenkamp Enterprises LLC.  Joint Administration is pending.

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is granted as set forth herein.

2. The Debtors are authorized use of cash collateral effective as of April 11[2], 2024, through May 8, 2024, as follows:

   a. The Debtors are granted use of cash collateral through May 8, 2024, for payment of the expenses outlined on the attached Exhibit A.

   b. Rabo AgriFinance, LLC ("RAF"), Metropolitan Life Insurance Company ("MLIC") and MetLife Real Estate Lending LLC (collectively, "MetLife"), and Conterra Holdings, LLC, d/b/a Conterra Ag Capital ("Conterra") (collectively, the "Pre-Petition Secured Lenders") shall be granted and shall maintain (without further action by any of RAF, MetLife or Conterra) adequate protection liens on all post-petition cash collateral to the same **validity,** extent, and priority as existed pre-petition, to the extent of any cash collateral the secured creditor has an interest in and is actually used by the Debtors;[3] provided, however, that such replacement liens shall not attach to any proceeds of any avoidance actions. To be clear, the use of cash collateral is also subject to a replacement lien on all Prepetition RLOC Collateral and Prepetition MetLife Collateral (as defined in the Cash Collateral Motion), including milk proceeds, to the extent the secured creditor has a pre-petition security interest, and it is actually used by the Debtors.

3. The Debtors use of cash collateral is further conditioned upon the following:

---

[2] A prior oral order was entered extending the terms of the original Interim Order through April 10, 2024.

[3] Modified by court.

a. The Debtors shall provide weekly variance reports to the Pre-Petition Secured Lenders (as defined in the Cash Collateral Motion) (i.e., reports reflecting the difference between the budgeted amount of revenue and expenses and the actual amounts) in the same format as the original Budget (the "Variance Reports"). Said Variance Reports shall be due on or before 5:00 p.m. (MDT), beginning on Wednesday, April 17, 2024, and continuing on the same day of each following week until termination of this Order.

b. The Debtors shall provide a weekly borrowing base certificate to RAF beginning on April 17, 2024, and computed as of the preceding Sunday of each such week. Each borrowing base certificate shall be in the form used for borrowing base certificates pre-petition (or such other form as the Debtors and RAF may establish by mutual agreement), and shall quantify the Debtors' then-current herd count and value, accounts receivable and milk accounts, utilizing the valuation principles and advance rates applicable to such assets in a manner consistent with the preparation of borrowing base certificates pursuant to the Pre-Petition RLOC Credit Agreement. Debtors may add new cattle (whether raised or purchased by Debtors in accordance with past and normal business practices) to the borrowing base. All calculations of the borrowing base shall add as a component of the borrowing base the amount of funds then on-deposit in a Cattle Sales Reserve Account (as defined below). A copy of this borrowing base certificate shall also be provided to Conterra and MetLife.

c. The Debtors shall provide on a weekly basis beginning April 17, 2024, to the Pre-Petition Secured Lenders any production or sales reports prepared by or on behalf of the Debtors' product off-takers.

d. During the period from the Petition Date through the entry of the Final Order (as such term is defined in the Cash Collateral Motion) the Debtors shall utilize the net proceeds of any cattle sales as follows: first, to replace each of the sold cattle with the same number of replacement cattle such that the head count of Debtors' herd is not reduced as a result of such sales; second, Debtors may utilize up to $3,000,000 to fund Debtor's operations in the ordinary course of business; and third, any remaining funds shall be deposited into a separate deposit account in the name of Debtors maintained at the institution otherwise holding the Debtors' Debtor-in-Possession bank accounts (the "Cattle Sales Reserve Account"). Upon this Court's entry of the Final Order, Debtors shall deposit into the Cattle Sales Reserve Account an amount of cash equal to the amount of net proceeds from cattle sales applied to fund Debtor's operations pursuant to this paragraph 3(d). Funds deposited in the Cattle Sales Reserve Account shall be held for the benefit of RAF and/or Conterra for distribution to such parties in accordance with their lien priority on the effective date of the Debtors' Plan or as may be otherwise ordered by this Court. The Debtors' and other parties' rights to advocate against the inclusion of this provision in any Final Order (for cattle sales that occur after the final hearing on the Cash Collateral Motion) are preserved for the final hearing.

e. Upon notice to this Court and this Court's entry of a suitable order, RAF or Conterra may withdraw its consent to the Debtor's use of the Prepetition RLOC Secured Parties' cash collateral in the event Debtors fail to pay, within forty-five (45) days after the applicable invoice date, one or more accounts payable in an amount not less than $100,000 in each instance or $500,000 in the aggregate during the Chapter

11 Cases, to any one or more trade creditors in respect of any of Debtors' obligations arising on or after the Petition Date.

4. The Debtors will operate in compliance with the U.S. Trustee's Guidelines unless otherwise approved or directed by this Court.

5. Nothing in this Order will be deemed or construed as an admission or waiver by the Pre-Petition Secured Lenders as to adequate protection, or any other issue in the case, and this Order will not constitute consent by Pre-Petition Secured Lenders to the use of each of their Cash Collateral other than for the limited purpose expressly provided herein.

6. Nothing herein alters or affects the valid liens and lien priority of the Pre-Petition Secured Lenders.

7. To the extent applicable to the relief granted in this order, the provisions of Bankruptcy Rule 6003 are met as the relief granted herein is necessary to avoid immediate and irreparable harm.

8. A final hearing on the relief granted herein shall be held on May 8, 2024, at 9 a.m. (MT) ("Final Hearing"). Any opposition to the granting of relief on the Debtors' Cash Collateral Motion on a final basis shall be filed and served by May 1, 2024. The Debtors may file a reply to any opposition or present their reply at the Final Hearing.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order. //end of text//

DATED: April 15, 2024

NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by: Matthew T. Christensen, counsel for the Debtors

Approved as to form and content by:

___/s/ Andrew Schoulder (email approval)___

Andrew Schoulder, attorney for Rabo AgriFinance LLC

Approved as to form and content by:

___/s/ Ron Bingham (email approval)_____

Ron Bingham, attorney for MetLife parties

Approved as to form and content by:

___/s/ John O'Brien (email approval)_____

John O'Brien, attorney for Conterra

Approved as to form by:

___/s/ Jason Naess (email approval)_____

Jason R. Naess, attorney for the U.S. Trustee

EXHIBIT A

(Authorized second interim budget)

| | BK Wk1 | BK Wk2 | BK Wk3 | BK Wk4 | BK Wk5 | BK Wk6 |
|---|---|---|---|---|---|---|
| | 2-Apr | 8-Apr | 15-Apr | 22-Apr | 29-Apr | 6-May |
| | 7-Apr | 14-Apr | 21-Apr | 28-Apr | 5-May | 12-May |
| Payroll | | $ - | $ 1,148,016 | - | 1,148,016 | - |
| EE Benefits | - | 68,389 | - | - | 68,389 | - |
| | | | | | | |
| **AP Payments to Critical Vendors** | | | | | | |
| Feed | - | - | 4,560,000 | | | |
| Vet/Med | - | - | 500,000 | | | |
| Repairs & Maintenance | - | - | 140,000 | | | |
| | | | | | | |
| **Ongoing Op. Expenses - COD** | | | | | | |
| Feed | 995,484 | 2,072,000 | 2,072,000 | 2,072,000 | 2,077,000 | 2,077,000 |
| Straw Bedding | - | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 |
| Cattle | - | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 |
| Supplies | 110,000 | 110,000 | 110,000 | 110,000 | 127,000 | 127,000 |
| Utilities | 15,474 | - | 250,000 | - | - | - |
| Vet/Med | | 150,000 | 150,000 | 150,000 | 173,000 | 173,000 |
| Fuel | - | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 |
| Trucking | - | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 |
| Compost Turning & Hauling | - | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 |
| Semen | - | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 |
| Repairs & Maintenance | 195,000 | 195,000 | 195,000 | 195,000 | 279,000 | 279,000 |
| Chemicals | - | - | - | 310,000 | 310,000 | 310,000 |
| Rent | - | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| Loan/Lease Pmt | - | 119,865 | 102,679 | 37,402 | 319,368 | 119,865 |
| Rabo Int Payment | - | - | - | - | 691,612 | - |
| Other | 130,000 | 45000 | 45000 | 45000 | 45000 | 45000 |

United States Bankruptcy Court

District of Idaho

In re:  Case No. 24-40158-NGH
Millenkamp Cattle, Inc  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8      User: admin      Page 1 of 4
Date Rcvd: Apr 15, 2024      Form ID: pdf016      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol   Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |
| aty | + | Adam A Lewis, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105-2482 |
| aty | | Andrew Schoulder, 1301 Avenue of The Americas, New York, NY 10019-6022 |
| aty | + | Domenic E Pacitti, Klehr Harrison Harvey Branzburg LLP, 919 Market Street, Suite 1000, Wilmington, DE 19801-3030 |
| aty | + | James J Niemeier, McGrath North Mullin & Kratz, PC LLO, 1601 Dodge Street, Ste 3700, Omaha, NE 68102-1650 |
| aty | + | John O'Brien, Spencer Fane LLP, 1700 Lincoln Steet, Suite 2000, Denver, CO 80203-4554 |
| aty | + | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| aty | + | Michael R Stewart, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-7508 |
| aty | + | Miranda Russell, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | Morton R Branzburg, Klehr Harrison Harvey Branzburg LLP, 1835 Market St, Suite 1400, Philadelphia, PA 19103-2945 |
| aty | + | Nikolaus F Schandlbauer, 20 F Street NW, Suite 500, Washington DC 20001-6703 |
| aty | + | Richard Bernard, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| aty | | Robert E. Richards, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361 |
| aty | + | Ron C Bingham, II, 3424 Peachtree Road NE, Suite 1600, Atlanta, GA 30326-1139 |
| aty | + | Scott F Gautier, 1800 Century Park East, Ste 1500, Los Angeles, CA 90067-1504 |
| aty | + | Tirzah R. Roussell, 215 10th Street, Suite 1300, Des Moines, IA 50309-3616 |
| aty | + | Zachary Fairlie, Spencer Fane LLP, 1000 Walnut Street, Suite 1400, Kansas City, MO 64106-2168 |
| aty | + | Zachery J McCraney, Holland & Hart, Po Box 2527, 800 W Main Street, Suite 1750 Boise, ID 83702-5974 |
| cr | + | Ad Hoc Committee of Corn Silage Growers, 153 East Main Street, PO Box 168, Jerome, ID 83338-0168 |
| cr | + | Automation Werx, LLC, Morrow & Fischer, PLLC, 4 Ogden Avenue, Nampa, ID 83651-2371 |
| cr | | Bunge Canada C/O David D. Farrell, David D. Farrell. Esq., One Bank Plaza, Suite 2700, St. Louis, MO 63101 |
| cr | + | Conterra Holdings, LLC d/b/a Conterra Ag Capital a, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| cr | + | East Valley Development, LLC, c/o Avery Law, 3090 E Gentry Way, Ste 250, Meridian, ID 83642-3596 |
| intp | + | Glanbia Foods Inc, c/o Robert A Faucher, POB 2527, Boise, ID 83701-2527 |
| cr | + | Idaho State Brand Department, 700 S. Stratford Dr., Meridian, ID 83642, UNITED STATES 83642-6202 |
| cr | + | Land View, Inc., P.O. Box 475, Rupert, ID 83350-0475 |
| cr | + | MWI Veterinarian Supply, Inc., 3041 W PASADENA DRIVE, Boise, ID 83705, UNITED STATES 83705-4776 |
| cr | + | MetLife Real Estate Lending LLC, c/o Kimbell D. Gourley, POB 1097, Boise, ID 83701, UNITED STATES 83701-1097 |
| cr | + | Metropolitan Life Insurance Company, c/o Kimbell D. Gourley, c/o Kimbell D. Gourley, POB 1097, Boise, ID 83701 UNITED STATES 83701-1097 |
| cr | + | PerforMix Nutrition Systems, LLC, MUNDING, P.S., 309 E. FARWELL RD., STE 310, Spokane, WA 99218, UNITED STATES 99218-8209 |
| cr | + | Rabo AgriFinance LLC, c/o Sheila R. Schwager, P.O. Box 1617, Boise, ID 83701-1617 |
| cr | + | Raft River Rural Electric Cooperative, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| intp | + | Sandton Capital Partners LP, 16 W 46th Street, 1st Floor, New York, NY 10036-4503 |
| cr | + | Viserion Grain, LLC, c/o Sawtooth Law Offices, PLLC, 213 Canyon Crest Dr., Ste 200, Twin Falls, ID 83301, UNITED STATES 83301-3053 |
| cr | + | Viterra USA Grain, LLC and Viterra USA Ingredients, c/o Racine Olson, PLLP, P.O. Box 1391, Pocatello, ID 83204-1391 |
| cr | + | Western States Equipment Co., 500 East Overland Road, Meridian, ID 83642-6606 |
| cr | + | Wilbur-Ellis Company LLC, c/o Matthew A. Sturzen, P.O. Box 2247, Salem, OR 97308-2247 |
| cr | + | c/o David A. Coleman B & H Farming, Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| cr | + | c/o David A. Coleman Youree Land & Livestock, Inc., Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| 5336402 | + | Automation Werx, LLC, PO Box 3066, Idaho Falls, ID 83403-3066 |
| 5335094 | + | Bunge Canada, c/o David D. Farrell, THOMPSON COBURN LLP, One USBank Plaza, Suite 2700, Saint Louis, Missouri 63101-1693 |

| District/off: 0976-8 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 15, 2024 | Form ID: pdf016 | Total Noticed: 49 |

| | | |
|---|---|---|
| 5335227 | + | CenturyTel Service Group, LLC dba CenturyLink, Lumen Technologies Group, 931 14th Street, 9th Floor (Attn: Legal-, Denver, CO 80202-2994 |
| 5335499 | + | Coastline Equipment Company, 2000 E Overland Rd, Meridian, ID 83642-6665 |
| 5336403 | + | Electrical Werx & Construction, LLC, PO Box 3066, Idaho Falls, ID 83403-3066 |
| 5336173 | + | Elevation Electric, LLC, 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5336174 | + | Progressive Dairy Service & Supply Corp., 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5335058 | + | Quill Corporation, PO Box 102419, Columbia, SC 29224-2419 |
| 5335378 | + | Westway Feed, BARR Credit Services, 3444 N Country Club Rd, Ste 200, Tucson, AZ 85716-0815 |
| 5336406 | + | Youree Land & Livestock Inc., 3953 North 3300 East, Twin Falls, ID 83301-0348 |

TOTAL: 49

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CNH Industrial Capital America LLC |
| cr | | MWI Veterinary Supply Inc. |
| 5334742 | | NameAddress1Address2Address3CityStateZip, 116 & West805 W Idaho StSte 300Boise, 2020 Window ServicePO Box 6056Twin F, A & K Trucking1897 E 990 SHazeltonI, A. Scott Jackson TruckingPO Box 56Je, A. Scott JacksonTrucking IncPO Box 56 |
| cr | * | Elevation Electric, LLC, 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| cr | * | Progressive Dairy Service & Supply Corp., 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| aty | ##+ | Karyn Lloyd, Gordon Rees Scully Mansukhani, LLP, 999 W Main Street, 100, Boise, ID 83702-9001 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Robert Bell | on behalf of Creditor MWI Veterinarian Supply Inc. abell@evanskeane.com |
| Brent Russel Wilson | on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com amay@hawleytroxell.com |
| Brett R Cahoon | on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov |
| Brian Faria | on behalf of Creditor Viserion Grain LLC brian@sawtoothlaw.com |
| Cheryl Rambo | on behalf of Creditor Idaho State Brand Department cheryl.rambo@isp.idaho.gov |

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 3 of 4 |
| Date Rcvd: Apr 15, 2024 | Form ID: pdf016 | Total Noticed: 49 |

Daniel C Green
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net

David A Coleman
    on behalf of Creditor c/o David A. Coleman Youree Land & Livestock  Inc. david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com

Evan Thomas Roth
    on behalf of Creditor Viserion Grain  LLC evan@sawtoothlaw.com

Gery W Edson
    on behalf of Creditor Land View  Inc. gedson@gedson.com, tfurey@gedson.com

Heidi Buck Morrison
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com

Holly Roark
    on behalf of Creditor Elevation Electric  LLC holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Holly Roark
    on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

James Niemeier
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com

James Justin May
    on behalf of Debtor Millenkamp Cattle  Inc jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;acs@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Janine Patrice Reynard
    on behalf of Creditor East Valley Development  LLC janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Jason Ronald Naess
    on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov

Jed W. Manwaring
    on behalf of Creditor MWI Veterinarian Supply  Inc. jmanwaring@evanskeane.com, duskin@evanskeane.com;abell@evanskeane.com

John O'Brien
    on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

John D Munding
    on behalf of Creditor PerforMix Nutrition Systems  LLC john@mundinglaw.com

John F Kurtz, Jr
    on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com  tnd@kurtzlawllc.com

Jon B Evans
    on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com  sattler.carla@dorsey.com

Kimbell D Gourley
    on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com  shudson@idalaw.com

Kimbell D Gourley
    on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com  shudson@idalaw.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Cattle  Inc krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Laura E Burri
    on behalf of Creditor Automation Werx  LLC lburri@morrowfischer.com, klee@morrowfischer.com

Matthew A Sturzen
    on behalf of Creditor Wilbur-Ellis Company LLC matt@shermlaw.com  bjorn@shermlaw.com;gina@shermlaw.com

Matthew T. Christensen
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Cattle  Inc mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

District/off: 0976-8 | User: admin | Page 4 of 4
Date Rcvd: Apr 15, 2024 | Form ID: pdf016 | Total Noticed: 49

Matthew W Grimshaw
    on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com

Meredith Leigh Thielbahr
    on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com ckaiser@grsm.com

Morton R. Branzburg
    on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com

Rhett Michael Miller
    on behalf of Creditor Raft River Rural Electric Cooperative Inc. rmiller@magicvalley.law

Robert A Faucher
    on behalf of Interested Party Glanbia Foods Inc rfaucher@hollandhart.com boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Robert E Richards
    on behalf of Debtor Millenkamp Cattle Inc robert.richards@dentons.com, docket.general.lit.chi@dentons.com

Scott C Powers
    on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mwatson@spencerfane.com

Sheila Rae Schwager
    on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com amay@hawleytroxell.com;jbrocious@hawleytroxell.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Cattle Inc tirzah.roussell@dentons.com

US Trustee
    ustp.region18.bs.ecf@usdoj.gov

Zachary Fairlie
    on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com

TOTAL: 40