# TRANSCRIPT ORDER

Due Date: May 20, 2024

| | |
|---|---|
| Name: Sheila R. Schwager | Phone #: (208) 388-4928 |
| | Date: April 18, 2024 |
| Mailing Address: 877 W. Main Street, Ste 200 | City: Boise — State: ID — Zip: 83702 |

Email Address: sschwager@hawleytroxell.com; jbrocious@hawleytroxell.com

Case #: 24-40158   Judicial Official: NGH   Dates of Proceedings: 04/09/24 - 04/10/24

Case Name: Millenkamp Cattle, Inc., et al.

Location of Proceedings: 550 W. Fort Street, Boise, ID 83704

Order for:
- [ ] Appeal
- [ ] Criminal
- [ ] Criminal Justice Act
- [x] Bankruptcy
- [ ] Non-Appeal
- [ ] Civil
- [ ] In Forma Pauperis
- [ ] Other

Transcript Requested: Specify portion(s) and date(s) of Proceeding(s) for which transcript is requested.

- [ ] Entire Proceeding
- [x] Portion(s):
  Testimony of Matthew McKinlay of behalf of CFO Solutions, LLC, dba Ampleo.

Date: Wednesday, April 10, 2024.

## ORDER

| CATEGORY | Original (Includes free copy for Court) | First Copy | Additional Copies | No. of Estimated Pages | Estimated Cost |
|---|---|---|---|---|---|
| 30-DAY (Ordinary) | ☑ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 14-DAY | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 7-DAY (Expedited) | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 3-DAY | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| NEXT DAY (Daily) | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 2-HOUR (Hourly) | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |

Processed by/Phone Number:

Estimate Total: **$ 0.00**

Transcript to be prepared by: -Make Selection-

Court Address:
U.S. Courts – District of Idaho
550 W. Fort Street
Boise, ID 83724

| Order Received | Date | By | Purchase Order Number or CJA Voucher | |
|---|---|---|---|---|
| Transcript Ordered | | | Total Due | **$ 0.00** |