# TRANSCRIPT ORDER

Due Date: April 25, 2024

Name: Sheila R. Schwager
Phone #: (208) 388-4928
Date: April 18, 2024

Mailing Address: 877 W. Main Street, Ste 200
City: Boise
State: ID
Zip: 83702

Email Address: sschwager@hawleytroxell.com; jbrocious@hawleytroxell.com

Case #: 24-40158
Judicial Official: NGH
Dates of Proceedings: 04/09/24 - 04/10/24

Case Name: Millenkamp Cattle, Inc., et al.
Location of Proceedings: 550 W. Fort Street, Boise, ID 83704

Order for: ☐ Appeal  ☐ Criminal  ☐ Criminal Justice Act  ☑ Bankruptcy  ☐ Non-Appeal  ☐ Civil  ☐ In Forma Pauperis  ☐ Other

Transcript Requested: Specify portion(s) and date(s) of Proceeding(s) for which transcript is requested.

☐ Entire Proceeding
☑ Portion(s):
(1) testimony of Kati Churchill on behalf of Kander LLC; and (2) testimony of William Millenkamp.

Date: Tuesday, April 9, 2024.

## ORDER

| CATEGORY | Original (Includes free copy for Court) | First Copy | Additional Copies | No. of Estimated Pages | Estimated Cost |
|---|---|---|---|---|---|
| 30-DAY (Ordinary) | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 14-DAY | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 7-DAY (Expedited) | ☑ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 3-DAY | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| NEXT DAY (Daily) | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 2-HOUR (Hourly) | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |

Processed by/Phone Number:
Estimate Total: $ 0.00

Transcript to be prepared by: -Make Selection-

Court Address:
U.S. Courts – District of Idaho
550 W. Fort Street
Boise, ID 83724

Order Received | Date | By | Purchase Order Number or CJA Voucher |

Transcript Ordered
Total Due: $ 0.00