AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| In re: Millencamp Cattle, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  24-40158-NGH |
| | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CNH Industrial Capital America LLC.

Date:   04/18/2024

W. Kent Carter
*Attorney's signature*

W. Kent Carter IL #6241646
*Printed name and bar number*
Gordon Rees Scully Mansukhani, LLP
One North Franklin, Suite 800
Chicago, IL 60606

*Address*

kentcarter@grsm.com
*E-mail address*

(312) 565-1400
*Telephone number*

(312) 565-6511
*FAX number*