| | |
|---|---|
| Adam A. Lewis (*Pro Hac Vice*) | Miranda Russell (*Pro Hac Vice*) |
| Morrison & Foerster LLP | Morrison & Foerster LLP |
| 425 Market Street | 250 West 55th Street |
| San Francisco, CA 94105 | New York, NY 10019 |
| T: (415) 268-7232 | T: (212) 336-4480 |
| F: (415) 276-7232 | F: (212) 468-7900 |
| Email: alewis@mofo.com | Email: mrussell@mofo.com |

Attorneys for Creditor East Valley Development, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:                                      )
                                            )   Case No. 24-40158-NGH
MILLENKAMP CATTLE, INC.,                    )
                                            )   Chapter 11
                                            )
             Debtor                         )
_____        )

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that Adam A. Lewis and Miranda Russell of Morrison & Foerster LLP hereby enter their appearance on behalf of Creditor and/or Interested Party East Valley Development, LLC, and hereby request that all notices given or required to be given in this case, and all papers served, or required to be served, be given to and served upon:

Adam A. Lewis
alewis@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Miranda Russell
mrussell@mofo.com
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

ny-2718506

The foregoing request all notices, copies, and pleadings referred to in Bankruptcy Rule 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

DATED this 16th day of April, 2024

/s/ Adam A. Lewis
Adam A. Lewis
Attorney for Creditor and/or Interested Party
East Valley Development, LLC

/s/ Miranda Russell
Miranda Russell
Attorney for Creditor and/or Interested Party
East Valley Development, LLC

ny-2718506

CERTIFICATE OF SERVICE

      I, Margaret McIlhargie, employee of Morrison & Foerster LLP, hereby certify that on April 18, 2024, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the court using the CM/ECF system, which sent electronic notice to the following persons:

**Aaron Robert Bell**    abell@evanskeane.com
**Morton R. Branzburg**    mbranzburg@klehr.com
**Heidi Buck Morrison**    heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com
**Laura E Burri**    lburri@morrowfischer.com, klee@morrowfischer.com
**Brett R Cahoon**    ustp.region18.bs.ecf@usdoj.gov
**William K Carter**    kentcarter@grsm.com
**Matthew T. Christensen**    mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com
**David A Coleman**    david@colemanjacobsonlaw.com
**Gery W Edson**    gedson@gedson.com, tfurey@gedson.com
**Jon B Evans**    evans.jb@dorsey.com, sattler.carla@dorsey.com
**Zachary Fairlie**    zfairlie@spencerfane.com
**Brian Faria**    brian@sawtoothlaw.com
**Robert A Faucher**    rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com;spturner@hollandhart.com
**Kimbell D Gourley**    kgourley@idalaw.com, shudson@idalaw.com
**Daniel C Green**    dan@racineolson.com, mcl@racinelaw.net
**Matthew W Grimshaw**    matt@grimshawlawgroup.com
**John F Kurtz**    jfk@kurtzlawllc.com, tnd@kurtzlawllc.com
**Karyn Lloyd**    klloyd@grsm.com
**Jed W. Manwaring**    jmanwaring@evanskeane.com, duskin@evanskeane.com;abell@evanskeane.com
**James Justin May**    jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;acs@johnsonmaylaw.com;lnh@johnsonmaylaw.com
**Krystal R. Mikkilineni**    krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com
**Rhett Michael Miller**    rmiller@magicvalley.law
**John D Munding**    john@mundinglaw.com
**Jason Ronald Naess**    Jason.r.naess@usdoj.gov
**James Niemeier**    jniemeier@mcgrathnorth.com
**John O'Brien**    jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com
**Scott C Powers**    spowers@spencerfane.com, mwatson@spencerfane.com
**Cheryl Rambo**    cheryl.rambo@isp.idaho.gov
**Janine Patrice Reynard**    janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com
**Robert E Richards**    robert.richards@dentons.com, docket.general.lit.chi@dentons.com

ny-2718506

**Holly Roark**    holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net
**Evan Thomas Roth**    evan@sawtoothlaw.com
**Tirzah R. Roussell**    tirzah.roussell@dentons.com
**Sheila Rae Schwager**    sschwager@hawleytroxell.com, amay@hawleytroxell.com;jbrocious@hawleytroxell.com
**Matthew A Sturzen**    matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com
**Meredith Leigh Thielbahr**    mthielbahr@grsm.com, ckaiser@grsm.com
**US Trustee**    ustp.region18.bs.ecf@usdoj.gov
**Brent Russel Wilson**    bwilson@hawleytroxell.com, amay@hawleytroxell.com

AND, I HEREBY CERTIFY that I served a true and correct copy of the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail**:

Millenkamp Cattle, Inc.
471 North 300 West
Jerome, ID 83338


/s/ Margaret McIlhargie
Margaret McIlhargie

ny-2718506