Adam A. Lewis (*Pro Hac Vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
T: (415) 268-7232
F: (415) 276-7232
Email: alewis@mofo.com

Miranda Russell (*Pro Hac Vice*)
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
T: (212) 336-4480
F: (212) 468-7900
Email: mrussell@mofo.com

Attorneys for Creditor East Valley Development, LLC

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that Adam A. Lewis and Miranda Russell of Morrison &

Foerster LLP hereby enter their appearance on behalf of Creditor and/or Interested Party East

Valley Development, LLC, and hereby request that all notices given or required to be given in this

case, and all papers served, or required to be served, be given to and served upon:

Adam A. Lewis
alewis@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Miranda Russell
mrussell@mofo.com
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

ny-2718506

The foregoing request all notices, copies, and pleadings referred to in Bankruptcy Rule 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

DATED this _____ day of April, 2024

_____
Adam A. Lewis
Attorney for Creditor and/or Interested Party
East Valley Development, LLC

_____
Miranda Russell
Attorney for Creditor and/or Interested Party
East Valley Development, LLC

ny-2718516

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___19th day of A p r i l, 2024, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the court using the CM/ECF system, which sent electronic notice to the following persons:

Matthew T. Christensen      mtc@johnsonmaylaw.com
U.S. Trustee                ustp.region18.bs.ecf@usdoj.gov
David A. Coleman            david@colemanjacobsonlaw.com
Scott C. Powers             spowers@spencerfane.com
Kimball D. Gourley          kgourley@idalaw.com
Sheila R. Schwager          sschwager@hawleytroxell.com
Brent R. Wilson             bwilson@hawleytroxell.com
Heide Buck Morrison         heidi@racineolson.com
Daniel C. Green             dan@racineolson.com
Jon B. Evans                evans.jb@dorsey.com
Lewis N. Stoddard           lewis@hwmlawfirm.com

AND, I HEREBY CERTIFY that I served a true and correct copy of the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail**:

Millenkamp Cattle, Inc.
471 North 300 West
Jerome, ID 83338

/s/ Janine P. Reynard
Janine P. Reynard

ny-2718506