UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br>MILLENKAMP CATTLE, INC.,<br>Debtor.<br><br>Filing relates to:<br>☐ ALL DEBTORS<br>☒ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Jointly Administered with Case Nos.:<br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**ORDER GRANTING MOTION TO CONDITION USE OF WSECO'S EQUIPMENT ON RECEIPT OF ADEQUATE PROTECTION**

THIS MATTER came before the Court upon Creditor Western States Equipment Company's ("**WSECO**") *Motion to Condition Use of WSECO's Equipment on Receipt of Adequate Protection* filed in the above-captioned case with respect to Debtor Millenkamp, Cattle, Inc., on April 3, 2024 [Dkt. No. 43] (the "**Motion**"). The Court first considered the Motion at a hearing on April 4, further considered the Motion at an evidentiary hearing on April 9, 2024, and has considered the Motion and the record before it. The Court finds that good cause exists for the

4870-2934-0083\2

requested relief to be granted. Now therefore, it is hereby ORDERED that the Motion is GRANTED in accordance with the following:

ORDERED, that the Debtor shall timely issue the monthly rent payments called for by the Amended and Restated Rental Agreement, by and between WSECO and Millenkamp Cattle, Inc., dated as of March 25, 2024 (the "***Rental Agreement***") but shall not be required to pay the Back Rent (as defined in the Rental Agreement) that comes due under the Rental Agreement until a further hearing on *Debtor's Motion for Order Authorizing the Debtor to Assume Unexpired Lease with Western States Equipment Company* [Dkt. No. 114] (the "***Motion to Assume***") is held on May 8, 2024 (the "***Final Hearing***") and an order entered on the Motion to Assume;

ORDERED, that the Debtor shall maintain required insurance coverage on WSECO's equipment that is the subject of the Rental Agreement (the "***Equipment***");

ORDERED, that Millenkamp Cattle, Inc. shall immediately assemble and surrender the Equipment to WSECO at a reasonable location of WSECO's choosing upon the earlier of the occurrence of an uncured Event of Default (other than an Event of Default based on failure to pay Back Rent prior to the entry of an order on the Motion to Assume) or July 1, 2024;

ORDERED, that, under the Rental Agreement, WSECO has no obligation to continue renting the Equipment to **Millenkamp Cattle, Inc.** ~~MK Cattle, Inc.~~ after June 30, 2024;[1] and

ORDERED that, upon (1) the occurrence of an Event of Default (other than an Event of Default based on the failure to pay Back Rent prior to the entry of an order on the Motion to Assume), and (2) any failure by Millenkamp Cattle, Inc. to return the Equipment to WSECO upon

---

[1] Modified by court.

WSECO's request pursuant to the terms of the Rental Agreement, WSECO shall file and serve a written Notice of Default with the Court, and the automatic stay provided by 11 U.S.C. §362 shall immediately be terminated.  // end of text //

DATED: April 16, 2024



                              NOAH G. HILLEN
                              Chief U.S. Bankruptcy Judge

Order submitted by Jon B. Evans, Attorney for Western States Equipment Company.

Endorsed by Matt Christensen, Attorney for Debtor Millenkamp Cattle, Inc.:

                              /s/ Matt T. Christensen
                              Matt T. Christensen

United States Bankruptcy Court

District of Idaho

In re: Case No. 24-40158-NGH

Millenkamp Cattle, Inc  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8     User: admin     Page 1 of 5

Date Rcvd: Apr 17, 2024     Form ID: pdf016     Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db  | + | Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |
| aty | + | Adam A Lewis, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105-2482 |
| aty |   | Andrew Schoulder, 1301 Avenue of The Americas, New York, NY 10019-6022 |
| aty | + | Domenic E Pacitti, Klehr Harrison Harvey Branzburg LLP, 919 Market Street, Suite 1000, Wilmington, DE 19801-3030 |
| aty | + | James J Niemeier, McGrath North Mullin & Kratz, PC LLO, 1601 Dodge Street, Ste 3700, Omaha, NE 68102-1650 |
| aty | + | John O'Brien, Spencer Fane LLP, 1700 Lincoln Steet, Suite 2000, Denver, CO 80203-4554 |
| aty | + | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| aty | + | Michael R Stewart, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-7508 |
| aty | + | Miranda Russell, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | Morton R Branzburg, Klehr Harrison Harvey Branzburg LLP, 1835 Market St, Suite 1400, Philadelphia, PA 19103-2945 |
| aty | + | Nikolaus F Schandlbauer, 20 F Street NW, Suite 500, Washington DC 20001-6703 |
| aty | + | Richard Bernard, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| aty |   | Robert E. Richards, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361 |
| aty | + | Ron C Bingham, II, 3424 Peachtree Road NE, Suite 1600, Atlanta, GA 30326-1139 |
| aty | + | Scott F Gautier, 1800 Century Park East, Ste 1500, Los Angeles, CA 90067-1504 |
| aty | + | Tirzah R. Roussell, 215 10th Street, Suite 1300, Des Moines, IA 50309-3616 |
| aty | + | Zachary Fairlie, Spencer Fane LLP, 1000 Walnut Street, Suite 1400, Kansas City, MO 64106-2168 |
| aty | + | Zachery J McCraney, Holland & Hart, Po Box 2527, 800 W Main Street, Suite 1750 Boise, ID 83702-5974 |
| cr  | + | Ad Hoc Committee of Corn Silage Growers, 153 East Main Street, PO Box 168, Jerome, ID 83338-0168 |
| cr  | + | Automation Werx, LLC, Morrow & Fischer, PLLC, 4 Ogden Avenue, Nampa, ID 83651-2371 |
| cr  |   | Bunge Canada C/O David D. Farrell, David D. Farrell. Esq., One Bank Plaza, Suite 2700, St. Louis, MO 63101 |
| cr  | + | Conterra Holdings, LLC d/b/a Conterra Ag Capital a, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| cr  | + | East Valley Development, LLC, c/o Avery Law, 3090 E Gentry Way, Ste 250, Meridian, ID 83642-3596 |
| intp| + | Glanbia Foods Inc, c/o Robert A Faucher, POB 2527, Boise, ID 83701-2527 |
| cr  | + | Idaho State Brand Department, 700 S. Stratford Dr., Meridian, ID 83642, UNITED STATES 83642-6202 |
| cr  | + | Land View, Inc., P.O. Box 475, Rupert, ID 83350-0475 |
| cr  | + | MWI Veterinarian Supply, Inc., 3041 W PASADENA DRIVE, Boise, ID 83705, UNITED STATES 83705-4776 |
| cr  | + | MetLife Real Estate Lending LLC, c/o Kimbell D. Gourley, POB 1097, Boise, ID 83701, UNITED STATES 83701-1097 |
| cr  | + | Metropolitan Life Insurance Company, c/o Kimbell D. Gourley, c/o Kimbell D. Gourley, POB 1097, Boise, ID 83701 UNITED STATES 83701-1097 |
| cr  | + | Moss Farms Operations, LLC, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr  | + | Moss Grain Partnership, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr  | + | PerforMix Nutrition Systems, LLC, MUNDING, P.S., 309 E. FARWELL RD., STE 310, Spokane, WA 99218, UNITED STATES 99218-8209 |
| cr  | + | Rabo AgriFinance LLC, c/o Sheila R. Schwager, P.O. Box 1617, Boise, ID 83701-1617 |
| cr  | + | Raft River Rural Electric Cooperative, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| intp| + | Sandton Capital Partners LP, 16 W 46th Street, 1st Floor, New York, NY 10036-4503 |
| cr  | + | United Electric Co-op, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr  | + | Viserion Grain, LLC, c/o Sawtooth Law Offices, PLLC, 213 Canyon Crest Dr., Ste 200, Twin Falls, ID 83301, UNITED STATES 83301-3053 |
| cr  | + | Viterra USA Grain, LLC and Viterra USA Ingredients, c/o Racine Olson, PLLP, P.O. Box 1391, Pocatello, ID 83204-1391 |
| cr  | + | Western States Equipment Co., 500 East Overland Road, Meridian, ID 83642-6606 |
| cr  | + | Wilbur-Ellis Company LLC, c/o Matthew A. Sturzen, P.O. Box 2247, Salem, OR 97308-2247 |
| cr  | + | c/o David A. Coleman B & H Farming, Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| cr  | + | c/o David A. Coleman Youree Land & Livestock, Inc., Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, |

| District/off: 0976-8 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 17, 2024 | Form ID: pdf016 | Total Noticed: 55 |

|  |  |  |
|---|---|---|
|  |  | UNITED STATES 83303-0525 |
| 5336402 | + | Automation Werx, LLC, PO Box 3066, Idaho Falls, ID 83403-3066 |
| 5335094 | + | Bunge Canada, c/o David D. Farrell, THOMPSON COBURN LLP, One USBank Plaza, Suite 2700, Saint Louis, Missouri 63101-1693 |
| 5335227 | + | CenturyTel Service Group, LLC dba CenturyLink, Lumen Technologies Group, 931 14th Street, 9th Floor (Attn: Legal-, Denver, CO 80202-2994 |
| 5335499 | + | Coastline Equipment Company, 2000 E Overland Rd, Meridian, ID 83642-6665 |
| 5336403 | + | Electrical Werx & Construction, LLC, PO Box 3066, Idaho Falls, ID 83403-3066 |
| 5336173 | + | Elevation Electric, LLC, 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5336661 |   | G.J. Verti-Line Pumps, Inc., PO Box 892, Twin Falls, ID 83303-0892 |
| 5336174 | + | Progressive Dairy Service & Supply Corp., 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5335058 | + | Quill Corporation, PO Box 102419, Columbia, SC 29224-2419 |
| 5336660 |   | Rogers Machinery Company, Inc., PO Box 230429, Portland, OR 97281-0429 |
| 5335378 | + | Westway Feed, BARR Credit Services, 3444 N Country Club Rd, Ste 200, Tucson, AZ 85716-0815 |
| 5336406 | + | Youree Land & Livestock Inc., 3953 North 3300 East, Twin Falls, ID 83301-0348 |

TOTAL: 54

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5336530 | + Email/Text: creditdept@agmotion.com | Apr 17 2024 23:09:00 | US Commodities, LLC, 730 Second Avenue S. Suite 700, Minneapolis, MN 55402-2480, , |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |   | CNH Industrial Capital America LLC |
| cr |   | MWI Veterinary Supply Inc. |
| 5334742 |   | NameAddress1Address2Address3CityStateZip, 116 & West805 W Idaho StSte 300Boise, 2020 Window ServicePO Box 6056Twin F, A & K Trucking1897 E 990 SHazeltonI, A. Scott Jackson TruckingPO Box 56Je, A. Scott JacksonTrucking IncPO Box 56 |
| cr | * | Elevation Electric, LLC, 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| cr | * | Progressive Dairy Service & Supply Corp., 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| aty | ##+ | Karyn Lloyd, Gordon Rees Scully Mansukhani, LLP, 999 W Main Street, 100, Boise, ID 83702-9001 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 19, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Robert Bell | on behalf of Creditor MWI Veterinarian Supply  Inc. abell@evanskeane.com |

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 3 of 5 |
| Date Rcvd: Apr 17, 2024 | Form ID: pdf016 | Total Noticed: 55 |

Brent Russel Wilson
    on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com amay@hawleytroxell.com

Brett R Cahoon
    on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov

Brian Faria
    on behalf of Creditor Viserion Grain  LLC brian@sawtoothlaw.com

Cheryl Rambo
    on behalf of Creditor Idaho State Brand Department cheryl.rambo@isp.idaho.gov

Daniel C Green
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net

David A Coleman
    on behalf of Creditor c/o David A. Coleman Youree Land & Livestock  Inc. david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor Eagle Creek Northwest LLC david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com

Evan Thomas Roth
    on behalf of Creditor Viserion Grain  LLC evan@sawtoothlaw.com

Gery W Edson
    on behalf of Creditor Land View  Inc. gedson@gedson.com, tfurey@gedson.com

Heidi Buck Morrison
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com

Holly Roark
    on behalf of Creditor Elevation Electric  LLC holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Holly Roark
    on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

James Niemeier
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com

James Justin May
    on behalf of Debtor Millenkamp Cattle  Inc jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;acs@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Janine Patrice Reynard
    on behalf of Creditor East Valley Development  LLC janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Jason Ronald Naess
    on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov

Jed W. Manwaring
    on behalf of Creditor MWI Veterinarian Supply  Inc. jmanwaring@evanskeane.com, duskin@evanskeane.com;abell@evanskeane.com

John O'Brien
    on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

John D Munding
    on behalf of Creditor PerforMix Nutrition Systems  LLC john@mundinglaw.com

John F Kurtz, Jr
    on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com tnd@kurtzlawllc.com

Jon B Evans
    on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com sattler.carla@dorsey.com

Karyn Lloyd
    on behalf of Creditor CNH Industrial Capital America LLC klloyd@grsm.com

Kimbell D Gourley
    on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com shudson@idalaw.com

Kimbell D Gourley
    on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com shudson@idalaw.com

| District/off: 0976-8 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 17, 2024 | Form ID: pdf016 | Total Noticed: 55 |

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Cattle Inc krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Laura E Burri
    on behalf of Creditor Automation Werx LLC lburri@morrowfischer.com, klee@morrowfischer.com

Matthew A Sturzen
    on behalf of Creditor Wilbur-Ellis Company LLC matt@shermlaw.com bjorn@shermlaw.com;gina@shermlaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Family LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Goose Ranch LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor East Valley Cattle LLC mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Cattle Inc mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Properties II LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Properties L.L.C. mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Idaho Jersey Girls LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Enterprises LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Black Pine Cattle LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew W Grimshaw
    on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com

Meredith Leigh Thielbahr
    on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com ckaiser@grsm.com

Morton R. Branzburg
    on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com

Rhett Michael Miller
    on behalf of Creditor United Electric Co-op Inc. rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Raft River Rural Electric Cooperative Inc. rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Moss Grain Partnership rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Moss Farms Operations LLC rmiller@magicvalley.law

Robert A Faucher
    on behalf of Interested Party Glanbia Foods Inc rfaucher@hollandhart.com boiseintaketeam@hollandhart.com;spturner@hollandhart.com

District/off: 0976-8 | User: admin | Page 5 of 5
Date Rcvd: Apr 17, 2024 | Form ID: pdf016 | Total Noticed: 55

Robert E Richards
    on behalf of Debtor Millenkamp Cattle Inc robert.richards@dentons.com, docket.general.lit.chi@dentons.com

Scott C Powers
    on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mwatson@spencerfane.com

Sheila Rae Schwager
    on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com amay@hawleytroxell.com;jbrocious@hawleytroxell.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Cattle Inc tirzah.roussell@dentons.com

US Trustee
    ustp.region18.bs.ecf@usdoj.gov

Zachary Fairlie
    on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com

TOTAL: 53