UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy<br><br>_____ | Case No. 24-40158-NGH<br><br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**ORDER EXTENDING TIME TO FILE DOCUMENTS**

The Court, having reviewed the Debtors' Ex Parte Motion to Extend Time for filing required schedules, statements and documents in the above-referenced cases (Docket No. 191), and good cause appearing,

IT IS HEREBY ORDERED that the Debtors in the above-named cases shall file all required schedules, statements and documents in the respective cases on or before April 23, 2024.

//end of text//

DATED: April 17, 2024

_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by: Matthew T. Christensen, attorney for the Debtors

United States Bankruptcy Court

District of Idaho

In re:     Case No. 24-40158-NGH

Millenkamp Cattle, Inc     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8     User: admin     Page 1 of 4

Date Rcvd: Apr 17, 2024     Form ID: pdf095     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |
| aty | + | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| aty | | Robert E. Richards, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361 |
| aty | + | Tirzah R. Roussell, 215 10th Street, Suite 1300, Des Moines, IA 50309-3616 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Robert Bell | on behalf of Creditor MWI Veterinarian Supply  Inc. abell@evanskeane.com |
| Brent Russel Wilson | on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com  amay@hawleytroxell.com |
| Brett R Cahoon | on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov |
| Brian Faria | on behalf of Creditor Viserion Grain  LLC brian@sawtoothlaw.com |
| Cheryl Rambo | on behalf of Creditor Idaho State Brand Department cheryl.rambo@isp.idaho.gov |

| District/off: 0976-8 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 17, 2024 | Form ID: pdf095 | Total Noticed: 4 |

Daniel C Green
    on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net

David A Coleman
    on behalf of Creditor c/o David A. Coleman Youree Land & Livestock Inc. david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor Eagle Creek Northwest LLC david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com

Evan Thomas Roth
    on behalf of Creditor Viserion Grain LLC evan@sawtoothlaw.com

Gery W Edson
    on behalf of Creditor Land View Inc. gedson@gedson.com, tfurey@gedson.com

Heidi Buck Morrison
    on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com

Holly Roark
    on behalf of Creditor Elevation Electric LLC holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Holly Roark
    on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

James Niemeier
    on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com

James Justin May
    on behalf of Debtor Millenkamp Cattle Inc jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;acs@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Janine Patrice Reynard
    on behalf of Creditor East Valley Development LLC janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Jason Ronald Naess
    on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov

Jed W. Manwaring
    on behalf of Creditor MWI Veterinarian Supply Inc. jmanwaring@evanskeane.com, duskin@evanskeane.com;abell@evanskeane.com

John O'Brien
    on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

John D Munding
    on behalf of Creditor PerforMix Nutrition Systems LLC john@mundinglaw.com

John F Kurtz, Jr
    on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com tnd@kurtzlawllc.com

Jon B Evans
    on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com sattler.carla@dorsey.com

Karyn Lloyd
    on behalf of Creditor CNH Industrial Capital America LLC klloyd@grsm.com

Kimbell D Gourley
    on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com shudson@idalaw.com

Kimbell D Gourley
    on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com shudson@idalaw.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Cattle Inc krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Laura E Burri
    on behalf of Creditor Automation Werx LLC lburri@morrowfischer.com, klee@morrowfischer.com

Matthew A Sturzen
    on behalf of Creditor Wilbur-Ellis Company LLC matt@shermlaw.com bjorn@shermlaw.com;gina@shermlaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Cattle Inc mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 3 of 4 |
| Date Rcvd: Apr 17, 2024 | Form ID: pdf095 | Total Noticed: 4 |

       com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
       on behalf of Debtor Millenkamp Properties II LLC mtc@johnsonmaylaw.com
       mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
       on behalf of Debtor Millenkamp Properties  L.L.C. mtc@johnsonmaylaw.com,
       mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
       on behalf of Debtor Idaho Jersey Girls LLC mtc@johnsonmaylaw.com
       mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
       on behalf of Debtor Millenkamp Enterprises LLC mtc@johnsonmaylaw.com
       mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
       on behalf of Debtor Black Pine Cattle LLC mtc@johnsonmaylaw.com
       mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
       on behalf of Debtor Millenkamp Family LLC mtc@johnsonmaylaw.com
       mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
       on behalf of Debtor Goose Ranch LLC mtc@johnsonmaylaw.com
       mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
       on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com
       mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
       on behalf of Debtor East Valley Cattle  LLC mtc@johnsonmaylaw.com,
       mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew W Grimshaw
       on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com

Meredith Leigh Thielbahr
       on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com  ckaiser@grsm.com

Morton R. Branzburg
       on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com

Rhett Michael Miller
       on behalf of Creditor Moss Farms Operations  LLC rmiller@magicvalley.law

Rhett Michael Miller
       on behalf of Creditor United Electric Co-op  Inc. rmiller@magicvalley.law

Rhett Michael Miller
       on behalf of Creditor Raft River Rural Electric Cooperative  Inc. rmiller@magicvalley.law

Rhett Michael Miller
       on behalf of Creditor Moss Grain Partnership rmiller@magicvalley.law

Robert A Faucher
       on behalf of Interested Party Glanbia Foods Inc rfaucher@hollandhart.com
       boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Robert E Richards
       on behalf of Debtor Millenkamp Cattle  Inc robert.richards@dentons.com, docket.general.lit.chi@dentons.com

Scott C Powers
       on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mwatson@spencerfane.com

Sheila Rae Schwager
       on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com
       amay@hawleytroxell.com;jbrocious@hawleytroxell.com

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 17, 2024 | Form ID: pdf095 | Total Noticed: 4 |

Tirzah R. Roussell
                            on behalf of Debtor Millenkamp Cattle  Inc tirzah.roussell@dentons.com

US Trustee
                            ustp.region18.bs.ecf@usdoj.gov

Zachary Fairlie
                            on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding
                            SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com

TOTAL: 53