**Fill in this information to identify the case:**

Debtor name    **Millenkamp Cattle, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    **24-40158-NGH**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Zions Bank** | **Receiver's Operating Account** | 1577 | $178,578.88 |
| 3.2. | **Zions Bank** | **SAP Reserve Account** | 3934 | $0.00 |
| 3.3. | **Zions Bank** | **Restricted Reserve** | 3942 | $0.00 |
| 3.4. | **Zions Bank** | **Money Market** | 3959 | $0.00 |
| 3.5. | **Mechanics Bank** | **Checking** | 0029 | $0.00 |
| 3.6. | **Mechanics Bank** | **Checking** | 3206 | $824,973.13 |

| Debtor | **Millenkamp Cattle, Inc.** | | Case number *(If known)* **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | Mechanics Bank | Checking | 8879 | $50,816.44 |
| 3.8. | Farmers Bank | Checking - Millenkamp Cattle | 5957 | $1,737.41 |

**4.**     **Other cash equivalents** *(Identify all)*

**5.**     **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $1,056,105.86 |
|---|---|

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Parsons, Behle & Latimer - Receiver Legal Fees Retainer | $57,750.87 |
| 7.2. | Ampleo - Receiver Financial Advisor Retainer | Unknown |

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**     **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $57,750.87 |
|---|---|

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**     **Accounts receivable**

| 11a. 90 days old or less: | 9,572,211.28 | - | 0.00 | = .... | $9,572,211.28 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 495,695.81 | - | 0.00 | =.... | $495,695.81 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $10,067,907.09 |
|---|---|

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(If known)* | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops–either planted or harvested** | | | |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* **See attached Dairy Inventory Report - Exhibit A** | Unknown | FMV | $140,188,412.00 |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* **Owned and Leased Equipment - see attached Exhibit B** | Unknown | FMV | $18,945,535.00 |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. | **Other farming and fishing-related property not already listed in Part 6** **Veterinary Inventory - see attached - Exhibit C** | Unknown | FMV | $393,704.51 |
| | **Feed - see attached Exhibit A** | Unknown | FMV | $24,229,019.00 |
| | **Growing Crop Investment - see attached Exhibit A** | Unknown | FMV | $3,857,439.00 |
| | **Supplies, parts, inventory - see attached Exhibit A** | Unknown | FMV | $4,000,000.00 |
| | **Calf hutches - see attached Exhibit A** | Unknown | FMV | $2,128,000.00 |

| 33. | **Total of Part 6.** | | $193,742,109.51 |
|---|---|---|---|
| | Add lines 28 through 32.  Copy the total to line 85. | | |

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☑ Yes.  Is any of the debtor's property stored at the cooperative?

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(If known)* **24-40158-NGH** |
|---|---|---|
| | Name | |

■ No
☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value _____0    Valuation method _____    Current Value    **165485.05**

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** **Table and chairs** | **$0.00** | | **$200.00** |
| **Office Chairs** | **$0.00** | | **$200.00** |
| **7 Desks** | **$0.00** | | **$700.00** |
| **12 Chairs** | **$0.00** | | **$600.00** |
| **File Cabinets** | **$0.00** | | **$200.00** |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** **Computers** | **$0.00** | | **$6,800.00** |
| **Shredder** | **$0.00** | | **$100.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$8,800.00** |
|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(If known)* | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  __See attached - Exhibit E__ | Unknown | | $3,933,152.43 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | $3,933,152.43 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **East Valley Dairy Property (Cassia County)** | **Leasehold Interest** | **Unknown** | | **Unknown** |

Debtor    **Millenkamp Cattle, Inc.**                          Case number *(If known)*  **24-40158-NGH**
Name

| | | | | |
|---|---|---|---|---|
| 55.2. | **German Dairy Property (Jerome County)** | **Leasehold Interest** | **Unknown** | **Unknown** |
| 55.3. | **Idaho Jersey Girls Jerome Dairy (Jerome County)** | **Leasehold Interest** | **Unknown** | **Unknown** |
| 55.4. | **Canyonlands Property (Twin Falls County)** | **Leasehold Interest** | **Unknown** | **Unknown** |
| 55.5. | **Goose Ranch Property (Cassia County)** | **Leasehold Interest** | **Unknown** | **Unknown** |
| 55.6. | **McGregor Property (Jerome County)** | **Leasehold Interest** | **Unknown** | **Unknown** |
| 55.7. | **Moonshine Ranch (Cassia County)** | **Leasehold Interest** | **Unknown** | **Unknown** |
| 55.8. | **Calf Ranch (Jerome County)** | **Leasehold Interest** | **Unknown** | **Unknown** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| **$0.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets**<br>**Trademark - PENDING Application # 1937454 - M MILLENKAMP**<br>**PBL Ref.: 25133.002CA50**<br>**Int'l Class: 29, 44** | **Unknown** | | **Unknown** |

Debtor    **Millenkamp Cattle, Inc.**                                    Case number *(If known)*  **24-40158-NGH**
_____
Name

**Trademark - Registration #27089 - Idaho
Jersey Girls (Idaho)**
**PBL Ref.: 25133.004US50**
**Int'l Class: 29**
**Goods/Services - Milk**                            Unknown                            Unknown

**Trademark - Registration #1110415 - M
MILLENKAMP**
**PBL Ref.: 25133.002NZ50**
**Int'l Class: 29, 44**                              Unknown                            Unknown

**Trademark - Registration #6267217 - M
MILLENKAMP**
**PBL Ref.: 25133.002US50**
**Int'l Class: 29, 44**                              Unknown                            Unknown

**Trademark - Registration #1995130 - M
MILLENKAMP (Class 029)**
**PBL Ref.: 25133.002MX50**
**Int'l Class: 29**                                  Unknown                            Unknown

**Trademark - Registration #1987213 - M
MILLENKAMP (Class 044)**
**PBL Ref.: 25133.002MX51**
**Int'l Class: 44**                                  Unknown                            Unknown

**Trademark - PENDING Registration - PURE
CHOICE**
**PBL Ref.: 25133.003ca50**
**Int'l Class: 29, 44**                              Unknown                            Unknown

**Trademark - Registration #1110420 - PURE
CHOICE**
**PBL Ref.: 25133.003NZ50**
**Int'l Class: 29, 44**                              Unknown                            Unknown

**Trademark - ALLOWED - Statement of Use -
PURE CHOICE**
**PBL Ref.: 25133.003US50**
**Int'l Class: 29, 44**                              Unknown                            Unknown

**Trademark - Registration #1995130 - PURE
CHOICE (Class 029)**
**PBL Ref.: 25133.003MX50**
**Int'l Class: 29**                                  Unknown                            Unknown

**Trademark - Registration #1988059 - PURE
CHOICE (Class 044)**
**PBL Ref.: 25133.003MX51**
**Int'l Class: 44**                                  Unknown                            Unknown

61.    **Internet domain names and websites**

Debtor  **Millenkamp Cattle, Inc.**                                    Case number *(If known)*  **24-40158-NGH**
Name

**www.millenkamp.com**                          **Unknown**                                    **Unknown**

---

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**                                                                        | $0.00 |

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 11:**  **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71.  **Notes receivable**<br>Description (include name of obligor) |  |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73.  **Interests in insurance policies or annuities** |  |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Millenkamp Cattle, Inc., Counterclaimant v. RM Mechanical, Inc., Counterdefendant**<br>**Fifth Judicial District for Cassia County**<br>**Case No. CV16-21-00486** | **Unknown** |

| Nature of claim | **Civil Complaint** |
|---|---|
| Amount requested | **$0.00** |

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(If known)* **24-40158-NGH** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **Potential claim against Rabo Agrifinance LLC** | | **Unknown** |
| Nature of claim | **Lender Liability** | |
| Amount requested | **$0.00** | |

| | | |
|---|---|---|
| **Potential claim against Ampleo** | | **Unknown** |
| Nature of claim | **Breach of fiduciary duty** | |
| Amount requested | **$0.00** | |

| | | |
|---|---|---|
| **Potential claim against Ampleo and Parsons Behle & Latimer** | | **Unknown** |
| Nature of claim | **Fraudulent transfer** | |
| Amount requested | **$0.00** | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Millenkamp Cattle, Inc.**                                 Case number *(If known)*  **24-40158-NGH**
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,056,105.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $57,750.87 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,067,907.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $193,742,109.51 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,933,152.43 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $208,865,825.76 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $208,865,825.76 |

---

**DAIRY INVENTORY REPORT**
**Millenkamp Cattle et al**
*April 2, 2024*

| Description of Cattle | Number | Value Per Head | Total Value |
|---|---|---|---|
| *Milking Cows* | 34,141 | 2,200 | 75,110,200 |
| *Dry Cows* | 5,544 | 2,200 | 12,196,800 |
| *Heifers Springing 18 mos +* | 5,329 | 2,400 | 12,789,600 |
| *Heifers 14-17 mos* | 4,749 | 1,500 | 7,123,500 |
| *Open Heifers 6-13 mos* | 9,821 | 1,100 | 10,803,100 |
| *Heifer Calves 0-5 mos* | 9,786 | 450 | 4,403,700 |
| *Verbal Heifers* | 0 | | 0 |
| *Company Cattle* | 1,818 | 2,184 | 3,970,512 |
| *Pasture Cattle* | 10,041 | 1,000 | 10,041,000 |
| *Fat Steers* | 0 | 0 | 0 |
| *Beef Cows* | 2,500 | 1,500 | 3,750,000 |
| | 83,729 | | |
| | | **Total Herd Collateral** | **140,188,412** |

| Feed Description | Tons | Cost/Ton | Total Value |
|---|---|---|---|
| **Silage** | | | |
| *Haylage/Triticale* | 36,080 | $  133.00 | 4,798,640.0 |
| *Corn Silage* | 159,553 | $  104.00 | 16,593,512.0 |
| | | **Total** | **21,392,152** |
| **Hay & Other Feed** | | | |
| *Dairy Hay* | 180 | $  203.00 | 36,540 |
| *Feeder Hay* | 831 | $  142.00 | 118,002 |
| *Straw big bales* | 14,000 | $  104.00 | 1,456,000 |
| *Straw small bales* | 135 | $  195.00 | 26,325 |
| *Commodities and other* | | | 1,200,000 |
| | | **Total** | **2,836,867** |
| | | **Total Feed** | **24,229,019** |
| Less liens on feed | | | **11,848,316** |
| Total Feed | | | **12,380,703** |
| **Growing Crop Investment** | 3,857,439 | | **3,857,439** |
| **Equipment/Rolling Stock** | | | |
| Tractors & Other Equipment | | | 19,294,200 |
| Less current liens | | | 2,979,658 |
| | | | **16,314,542** |
| **Supplies, Parts, Inventory** | | | **4,000,000** |
| **Calf Hutches** | 21,280 | $100 | **2,128,000** |
| **Total** | | | **178,869,096** |

| Year | EQUIPMENT | | Equip # | License | Vin | Lease | Purchase Date: | Purchase Value |
|---|---|---|---|---|---|---|---|---|
| 2023 | JD 50G Compact Excavator | BP | #2 | | | | | $87,466.00 |
| 2023 | JD 50G Compact Excavator | BP | #1 | | | | | $87,466.00 |
| | TR330 Groover Concrete Barn Floor | IJG | | | | | 6/30/2021 | $10,000.00 |
| 2007 | 07 EAGL PM PICKUP MOUNTED CAMPER | CR | | DLE377 | ECC8500366 | | | |
| 2007 | 1 Hay Forks – Skid | CR | | | | | | $68,928 |
| 2015 | 1,000 Gallon Stainless Steel Fuel Trailer | | | | | | | $6,500 |
| 2019 | 13 Bottle Carts – Single Axle | CR | | | | | | $36,000.00 |
| 2023 | 135 P-Tier Excavator JD | BP | | | 1FF135PACPF000661 | | 4/12/2023 | $206,490.00 |
| 1970 | 16' White Calf Trailer | CR | | | 1584370 | | | $1,000.00 |
| | 2- Hotsy Pressure Washers | IJG | | | 3520200503725 | | 1/27/2021 | $19,000.00 |
| 2011 | 2 Little Tire Scrapers | CR | | | | | | $3,500 |
| 2005 | 2005 Charmac Horse Trailer | CR | | ZKH551 | 4RYH202075T111076 | | 3/29/2006 | |
| 2013 | 2013 Tarter Gate West Utility | CR | | | | | | |
| 2015 | 2015 Bombardier 2LFC UTV | CR | | | | | | |
| 2015 | 2015 Voyager 2 Place Water Craft Trailer | CR | | | | | | |
| 2017 | 2017 Bomb  Black | CR | | JRU580 | 3JBVNAW22HK000837 | | 4/5/2016 | |
| 2017 | 2017 SPCN SILVER HANDMADE TRAILER | CR | | ZMG463 | NOVINZMG463 | | | $15,000.00 |
| 2024 | 2024 Wilson 53'x102" LS TL | CR | | 6847TI | 1W1K65332R5566550 | | | |
| 2024 | 2024 Wilson 53'x102" LS TL | CR | | 6848TI | 1W1K65336R5566549 | | | |
| | 24' Rake | | | | | | 6/2/2020 | $   10,750.00 |
| 2007 | 3 Hay Forks - Loader | BP | | | | | | $77,450 |
| | 3 Pallet Forks - Loader | BP | | | | | | $10,000 |
| | 3 Pallet Forks – Skid | CR | | | | | | |
| 2019 | 3 Point Hydrolic Ditcher | BP | | | | | | |
| 2018 | 36' x 100' Stacking Conveyors  x 2 | BP | | | | | 4/5/2018 | $187,000 |
| 2018 | 36" x 100' Stacking Conveyors  x2 | BP | | | | | 4/5/2018 | $59,500 |
| 2018 | 36" x 60'  Stackable Conveyors with Gegs  & Hoppers  x7 | BP | | | 1132447,1132448,1132449,11 32450,1132451,1132451,1153 956, | | 4/5/2018 | $164,500 |
| | 4 Hay Forks - Loader | CR | | | | | | |
| 2007 | 4 x 8 Trailer – Single Axle | CR | | | | | | $1,000.00 |
| 2018 | 500 Gallon Weed Sprayer | BP | | | | | | $83,916.00 |
| 2018 | 500 Gallon Weed Sprayer | CR | | | | | | $3,000 |
| 2019 | 500 Gallon Weed Sprayer | CR | | | | | | $3,000.00 |
| | 544 Push Out Tire | BP | | | | | | $18,000.00 |
| | 544 Push Out Tire | BP | | | | | | |
| | 544 Push Out Tire | BP | | | | | | |
| | 544 Push Out Tire | BP | | | | | | |
| | 544 Push Up Tire | BP | | | | | | |
| | 544 Push Up Tire | BP | | | | | | |
| 2013 | 6 - Hotsy Pressure Washer | CR | | | | | | $83,916.00 |
| 2009 | 6 x 6 Welding Trailer | BP | | | | | | $3,000 |
| 2009 | 6 x 8 Welding Trailer | CR | | | | | | $3,000.00 |
| 2023 | 650 P - Tier Utility Dozer | BP | | | 1T0650PAKPLX03034 | | | |
| | 8 Big Rubber Tire Scrapers | CR | | | | | | |

| Year | Description | Code | # | Serial | Serial2 | | Date | Value |
|---|---|---|---|---|---|---|---|---|
| | 8" Posthole Digger | CR | | | | | | |
| | 8-Miller Portable Welder/Generator-250Amp-Bobcat | CR | | | | | | |
| 2011 | Air Compressor and sand blaster | CR | | | | | | $18,000.00 |
| 2015 | Aluminum Flat Bed Trailer | CR | | | | | | $8,000.00 |
| 2008 | Arena Groomer- Cimmaron AV-8 Harrow | BP | | | 206031 | | 7/24/2007 | $1,895 |
| 2006 | Backhoe  - JD | CR | | | T03103G952102 | | 6/6/2007 | $65,500.00 |
| 2023 | Backhoe - John Deere 320 P | BP | | | 1T0320PAAPFX04216 | | | $133,500.00 |
| 2018 | Backhoe 36 in Ditch Bucket | CR | | | | | | $7,459.90 |
| 2020 | Bedding Machine  M3620 Side Shooter | CR | | | | | 3/12/2020 | $151,924.80 |
| | BoMag Tamping Rammer | CR | | | 1.01541E+11 | | 9/13/2022 | $3,500.00 |
| 2017 | Bomb XXX UV Black | CR | | 18082494 | | | | |
| 2004 | Box Scraper - 10' | CR | | | | | | $10,500.00 |
| 2004 | Box Scraper - 10' | CR | | | | | | $10,500.00 |
| 2004 | Box Scraper - 10' | CR | | | | | | $10,500.00 |
| 2004 | Box Scraper - 10' | CR | | | | | | $10,500.00 |
| 2004 | Box Scraper - 10' | CR | | | | | 9/15/2006 | $10,500.00 |
| 2004 | Box Scraper - 10' | CR | | | | | 9/15/2006 | $10,500.00 |
| 2017 | Box Scraper- 10' | BP | | | | | 10/9/2009 | |
| 2017 | Box Scraper- 10' | BP | | | | | 10/9/2009 | |
| 2017 | Box Scraper- 10' | BP | | | | | | |
| 2017 | Box Scraper- 10' | BP | | | | | | |
| 2017 | Box Scraper- 10' | BP | | | | | | |
| 2017 | Box Scraper- 10' | BP | | | | | | |
| 2017 | Box Scraper- 10' | BP | | | | | | |
| 2017 | Box Scraper- 10' | BP | | | | | | |
| 2017 | Box Scraper- 10' | BP | | | | | | |
| 2017 | Box Scraper- 10' | BP | | | | | | |
| 2010 | Box Scraper- 14' | BP | | | | | 12/16/2010 | $5,000 |
| 2010 | Box Scraper- 14' | BP | | | | | 2/10/2011 | $5,000 |
| 2015 | Calf Trailer – Black 24' Tandem Axle | CR | | | | | | $10,000.00 |
| 2015 | Calf Trailer – Black 24' Tandem Axle | CR | | | | | | $10,000.00 |
| 2015 | Calf Trailer – Black 24' Tandem Axle | CR | | | | | | $10,000.00 |
| 2015 | Calf Trailer – Black 24' Tandem Axle | CR | | | | | | $10,000.00 |
| 2006 | Calf Trailer - EBY | CR | #1 | ZKH550 | 4A2LG302X61012947 | | | $35,000.00 |
| 2007 | Calf Trailer - EBY | CR | #2 | ZKH549 | 4A2LG302571013134 | | 9/27/2006 | $35,000.00 |
| 2008 | Calf Trailer - EBY | CR | #3 | ZPA215 | 4A2LG302381014137 | | | $35,000 |
| 2009 | Calf Trailer - EBY | CR | #4 | | | | | $35,000.00 |
| 2010 | Calf Trailer - EBY | CR | #6 | | | | | $35,000.00 |
| 2011 | Calf Trailer - EBY | CR | #5 | | | | | $35,000.00 |
| 2012 | Calf Trailer - EBY | CR | #7 | | | | 1/5/2012 | $39,665.00 |
| 2007 | Case 245 | BP | | | Z7RZ02121 | | | |
| 2015 | Case 250 | BP | | | | | | $70,000 |
| 2015 | Case 250 | BP | | | | | | $70,000 |
| 2014 | Case 250 IH Magnum | BP | | | | | 8/5/2014 | $144,500 |
| 2014 | Case 250 IH Magnum | BP | | | | | 8/5/2014 | $144,500 |
| 2021 | Case IH  90 C  Farmall | | | | PLLF50517 | | 3/1/2021 | $62,027.00 |

| 2024 | Case IH Magnum Tractor 280 | CR | 1 | | JJAMJ280PPRK02747 | Lease | 2/6/2024 | |
| 2024 | Case IH Magnum Tractor 280 | CR | 2 | | JJAMJ280PPRK02756 | Lease | 2/6/2024 | |
| 2024 | Case IH Magnum Tractor 280 | CR | 3 | | JJAMJ280PPRK04647 | Lease | 2/6/2024 | |
| 2024 | Case IH Magnum Tractor 280 | CR | 4 | | JJAMJ280PPRK04656 | Lease | 2/6/2024 | |
| 2024 | Case IH Magnum Tractor 280 | CR | 5 | | JJAMJ280PPRK04675 | Lease | 2/6/2024 | |
| 2024 | Case IH Magnum Tractor 280 | CR | 6 | | JJAMJ280PPRK04681 | Lease | 2/6/2024 | |
| 2024 | Case IH Maxxum 115 | | 1 | | HACMX115EPDH01475 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 2 | | HACMX115EPDH01598 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 3 | | HACMX115EPDH01601 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 4 | | HACMX115EPDH01608 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 5 | | HACMX115EPDH01710 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 6 | | HACMX115EPDH0728 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 7 | | HACMX115EPDH02069 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 8 | | HACMX115EPDH02027 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 9 | | HACMX115EPDH04325 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 10 | | HACMX115EPDH04513 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 11 | | HACMX115EPDH04621 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 12 | | HACMX115EPDH04625 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 13 | | HACMX115EPDH04724 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 14 | | HACMX115EPDH04729 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 15 | | HACMX115EPDH04731 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 16 | | HACMX115EPDH04823 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 17 | | HACMX115EPDH04828 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 18 | | HACMX115EPDH04878 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 19 | | HACMX115EPDH04879 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 20 | | HACMX115EPDH04921 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 21 | | HACMX115EPDH05035 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 22 | | HACMX115EPDH05038 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 23 | | HACMX115EPDH05235 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 24 | | HACMX115EPDH05078 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 25 | | HACMX115APDH06302 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 26 | | HACMX115CPDH05910 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 27 | | HACMX115JPDH06375 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 28 | | HACMX115CPDH06466 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 29 | | HACMX115HPDH06707 | | 2/6/2024 | $101,555.00 |
| 2024 | Case IH Maxxum 115 | | 30 | | HACMX115LPDH04826 | | 2/6/2024 | $101,555.00 |
| 2020 | Case IH Puma 150 | CR | | | | | 11/23/2020 | $129,000.00 |
| 2024 | Case IH Steiger 620 | BP | | | JEEZC620CPF509626 | Lease | 2/6/2024 | |
| 2024 | Case IH Steiger 620 | BP | | | JEEZC620CPF509629 | Lease | 2/6/2024 | |
| 2024 | Case IH Steiger 620 | BP | | | JEEZC620CPF509749 | Lease | 2/6/2024 | |
| 2024 | Case IH Steiger 620 | BP | | | JEEZC620EPF510167 | Lease | 2/6/2024 | |
| 2021 | Case/IH Magnum 250CVT | BP | #1 | | JJAMG250LLRK02821 | Lease | 10/31/2020 | |
| 2021 | Case/IH Magnum 250CVT | BP | #11 | | JJAMG250LLRK02818 | Lease | 10/31/2020 | |
| 2021 | Case/IH Magnum 250CVT | BP | #12 | | JJAMG250ALRK02834 | Lease | 10/31/2020 | |
| 2021 | Case/IH Magnum 250CVT | BP | #13 | | JJAMG250CLRK02841 | Lease | 10/31/2020 | |
| 2021 | Case/IH Magnum 250CVT | BP | #14 | | JJAMG250LLRK02804 | Lease | 10/31/2020 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2021 | Case/IH Magnum 250CVT | BP | #15 | | JJAMG250CLRK02796 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #16 | | JJAMG250CLRK02791 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #17 | | JJAMG250ELRK02823 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #18 | | JJAMG250KLRK02844 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #19 | | JJAMG250ELRK02840 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #2 | | JJAMG250LLRK02785 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #20 | | JJAMG250CLRK02788 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #21 | | JJAMG250TLRK04056 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #22 | | JJAMG250ALRK04017 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #23 | | JJAMG250TLRK04087 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #24 | | JJAMG250PLRK04060 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #25 | | JJAMG250ELRK04054 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #26 | | JJAMG250KLRK04075 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #3 | | JJAMG25APLRK02770 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #4 | | JJAMG250CLRK02855 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #5 | | JJAMG250PLRK0209 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #6 | | JJAMG250ELRK02790 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #7 | | JJAMG250LLRK02771 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #8 | | JJAMG250ALRK02820 | Lease | 10/31/2020 |
| 2021 | Case/IH Magnum 250CVT | BP | #9 | | JJAMG250KLRK02830 | Lease | 10/31/2020 |
| 2024 | Case/IH Magnum 250CVT | BP | | | JJAMJ250CPRK03138 | Lease | 2/6/2024 |
| 2024 | Case/IH Magnum 250CVT | BP | | | JJAMJ250CPRK03130 | Lease | 2/6/2024 |
| 2024 | Case/IH Magnum 250CVT | BP | | | JJAMJ250CPRK03154 | Lease | 2/6/2024 |
| 2024 | Case/IH Magnum 250CVT | BP | | | JJAMJ250CPRK03150 | Lease | 2/6/2024 |
| 2024 | Case/IH Magnum 250CVT | BP | | | JJAMJ250CPRK03155 | Lease | 2/6/2024 |
| 2024 | Case/IH Magnum 250CVT | BP | | | JJAMJ250CPRK03164 | Lease | 2/6/2024 |
| 2024 | Case/IH Magnum 250CVT | BP | | | JJAMJ250CPRK03172 | Lease | 2/6/2024 |
| 2024 | Case/IH Magnum 250CVT | BP | | | JJAMJ250TPRK03173 | Lease | 2/6/2024 |
| 2024 | Case/IH Magnum 250CVT | BP | | | JJAMJ250TPRK03176 | Lease | 2/6/2024 |
| 2024 | Case/IH Magnum 250CVT | BP | | | JJAMJ250CPRK03177 | Lease | 2/6/2024 |
| 2024 | Case/IH Magnum 250CVT | BP | | | JJAMJ250HPRK03184 | Lease | 2/6/2024 |
| 2024 | Case/IH Magnum 250CVT | BP | | | JJAMJ250HPRK03203 | Lease | 2/6/2024 |
| 2024 | Case/IH Magnum 250CVT | BP | | | JJAMJ250CPRK03205 | Lease | 2/6/2024 |
| 2024 | Case/IH Magnum 250CVT | BP | | | JJAMJ250LPRK03233 | Lease | 2/6/2024 |
| 2024 | Case/IH Magnum 250CVT | BP | | | JJAMJ250LPRK03295 | Lease | 2/6/2024 |
| 2024 | Case/IH Magnum 250CVT | BP | | | JJAMJ250JPRK03386 | Lease | 2/6/2024 |
| 2022 | CAT 930M Loader | | #1 | | J5K00469 | Lease | |
| 2022 | CAT 930M Loader | | #2 | | J5K00470 | Lease | |
| 2022 | CAT 930M Loader | | #3 | | J5K00471 | Lease | |
| 2022 | CAT 930M Loader | | #4 | | J5K00472 | Lease | |
| 2022 | CAT 930M Loader | | #5 | | J5K00473 | Lease | |
| 2022 | CAT 930M Loader | | #6 | | J5K00474 | Lease | |
| 2022 | CAT 930M Loader | | #7 | | J5K00475 | Lease | |
| 2022 | CAT 930M Loader | | #8 | | J5K00476 | Lease | |
| 2022 | CAT 930M Loader | | #9 | | J5K00477 | Lease | |
| 2022 | CAT 930M Loader | | #10 | | J5K00478 | Lease | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2022 | CAT 930M Loader | | #11 | | J5K00479 | Lease | | |
| 2022 | CAT 930M Loader | | #12 | | J5K00480 | Lease | | |
| 2022 | CAT 930M Loader | | #13 | | J5K00481 | Lease | | |
| 2022 | CAT 930M Loader | | #14 | | J5K00482 | Lease | | |
| 2022 | CAT 930M Loader | | #15 | | J5K00483 | Lease | | |
| 2022 | CAT 930M Loader | | #16 | | J5K00484 | Lease | | |
| 2022 | CAT 930M Loader | | #17 | | J5K00485 | Lease | | |
| 2022 | CAT 930M Loader | | #18 | | J5K00486 | Lease | | |
| 2022 | CAT 930M Loader | | #19 | | J5K00487 | Lease | | |
| 2022 | CAT 930M Loader | | #20 | | J5K00488 | Lease | | |
| 2022 | CAT 930M Loader | | #21 | | J5K00489 | Lease | | |
| 2022 | CAT 930M Loader | | #22 | | J5K00490 | Lease | | |
| 2022 | CAT 930M Loader | | #23 | | J5K00491 | Lease | | |
| 2022 | CAT 930M Loader | | #24 | | J5K00492 | Lease | | |
| 2022 | CAT 930M Loader | | #25 | | J5K00493 | Lease | | |
| 2022 | CAT 930M Loader | | #26 | | J5K00494 | Lease | | |
| 2022 | CAT 930M Loader | | #27 | | J5K00495 | Lease | | |
| 2022 | CAT 930M Loader | | #28 | | J5K00496 | Lease | | |
| 2022 | CAT 930M Loader | | #29 | | J5K00497 | Lease | | |
| 2022 | CAT 930M Loader | | #30 | | J5K00498 | Lease | | |
| 2022 | CAT 930M Loader | | #31 | | J5K00499 | Lease | | |
| 2022 | CAT 930M Loader | | #32 | | J5K00500 | Lease | | |
| 2022 | CAT 930M Loader | | #33 | | J5K00501 | Lease | | |
| 2022 | CAT 930M Loader | | #34 | | J5K00502 | Lease | | |
| 2022 | CAT 930M Loader | | #35 | | J5K00503 | Lease | | |
| 2022 | CAT 930M Loader | | #36 | | J5K00504 | Lease | | |
| 2022 | CAT 930M Loader | | #37 | | J5K00505 | Lease | | |
| 2022 | CAT 930M Loader | | #38 | | J5K00506 | Lease | | |
| 2022 | CAT 966M Loader | | #1 | | EJA03963 | Lease | | |
| 2022 | CAT 966M Loader | | #2 | | EJA03970 | Lease | | |
| 2022 | CAT 966M Loader | | #3 | | EJA03971 | Lease | | |
| 2022 | CAT 966M Loader | | #4 | | EJA03996 | Lease | | |
| 2022 | CAT 966M Loader | | #5 | | EJA04085 | Lease | | |
| 2008 | Coil Packer - Flexicoil SG110 | BP | | | PNL015415 | | 6/13/2008 | $18,350.00 |
| | Concrete Paving Machine | BP | | | | | 10/14/3928 | |
| 1968 | Corn Planter | CR | | | BH367501 | | | $1,791.00 |
| 2006 | Crumbler - Case IH PTC 20' DMI | BP | | | JFH0017827 | | 5/11/2006 | $2,823 |
| 2023 | Disk  Roller Harrow  Lemken Rubin  12/950 | CP | | | | | 6/28/2022 | $134,500.00 |
| 1990 | Disk JD 340 | CR | #1 | | | | | $10,500.00 |
| 2019 | Ditcher Artsway HV4 3 Point | CR | | | | | | $1,650.00 |
| 2023 | Chemical Spray Trailer | CR | Dustin | | Dustin | | | $5,000 |
| 1999 | Double Axle Fuel Trailer | BP | | | | | | |
| 2013 | Double Tire Pushup Tire | BP | | | | | | $2,500 |
| 2013 | Double Tire Pushup Tire | BP | | | | | | $2,500 |
| 2018 | Dozer JD 650K Crawler | BP | | | 1T0650KKTJF334257 | | 12/17/2018 | |
| 2015 | Drill - JD 10' | BP | | | | | | $7,500 |

| | Drill - TruAx Seed | BP | | | | | |
|---|---|---|---|---|---|---|---|
| 1970 | Dump Truck - Chevrolet | CR | | 2J4674T | CE530P178299 | | |
| 1979 | Eathmover - CAT | CR | | | 38W6340 | | |
| 2006 | Ecolo Tiger - Case IH 730B (DMI) | BP | | | JF0017591 | 5/11/2006 | $24,686 |
| 2015 | Excavator - JD 50G | BP | | | | 7/1/2015 | $75,453 |
| 2019 | Excavator - JD 50G | BP | | | 1FF050GXEKH289669 | 7/1/2015 | $70,000 |
| 2003 | Exiss Stock Trailer | BP | | | 4LAAS242031021625 | | |
| 2004 | Featherlite 24' Calf Trailer | CR | #2 | ZFF901 | 4FGB224264C074225 | 6/26/2004 | $12,500.00 |
| 2005 | Featherlite 24' Calf Trailer | CR | #3 | ZFF902 | 4FGB224225C081044 | | $15,000.00 |
| 2014 | Feed Wagon - Peecon 1700 | BP | 3 | | | 8/13/2014 | $131,200 |
| 2014 | Feed Wagon - Peecon 1700 | BP | 1 | | 7/1/2018 | 5/12/2015 ? | $131,200 |
| 2015 | Feed Wagon - Peecon 1700 | BP | 2 | | | 5/26/2015 ? | $135,800 |
| 2018 | Feed Wagon - Peecon 1700 | BP | 4 | | 1751-6488 | 7/27/2018 | |
| 2019 | Feed Wagon - Peecon 1700 | BP | 5 | | 1851-6917 | 3/8/2019 | $33,191.79 |
| 2020 | Feed Wagon - Peecon 1700 | BP | 6 | | 510-7071 | 12/10/2019 | |
| 2021 | Feed Wagon - Peecon 1700 | BP | 7 | | 510-7618 | Waiting For It | |
| 2022 | Feed Wagon - Peecon 1700 | BP | 8 | | 510-7938 | | |
| | Feed Wagon - Peecon 1700 | BP | 1 | | | | |
| | Feed Wagon - Peecon 1700 | BP | 2 | | | | |
| | Feed Wagon - Peecon 1700 | BP | 3 | | | | |
| 2012 | Flat Bed 6' x 10' Single Axle | CR | | | | | $2,500.00 |
| 2007 | Flat Bed 6' x 8' Single Axle | CR | | | | | $2,500.00 |
| 2007 | Flat Bed 6' x 8' Single Axle | CR | | | | | $1,000.00 |
| 2016 | Flat Bed 8' X 24' tandem axle | CR | #1 | | | | |
| 2016 | Flat Bed 8' X 24' tandem axle | CR | #2 | | | | |
| 2011 | Flat Bed 8' X 32' PJ Gooseneck | CR | #4 | | | 12/15/2010 | $12,110.50 |
| 2020 | Flat Bed 8' X 32' PJ Gooseneck | CR | #5 | ZSU658 | 4P5LD3225L1316256 | 5/7/2019 | |
| 2002 | Flat Bed 8' x 16' Tandem Axle | CR | #7 | ZMS543 | 4JUUS16242N008336 | | |
| 2003 | Flat Bed 8' x 16' Tandem Axle | CR | #6 | LS1056 | 4JUUS16213N009266 | | |
| 2008 | Flat Bed 8' x 32' PJ Gooseneck | BP | #3 | | | | $18,000 |
| 2007 | Flat Bed 8' x 32' PJ Gooseneck | CR | #2 | LS2694 | 4P5FD322471098068 | | |
| 2006 | Flat Bed PJ 8' x 28' Gooseneck | CR | #1 | ZMG353 | 4P5GN282761081752 | | $5,000.00 |
| 1997 | Fontaine Low Boy Trailer | CR | LB1 | LN6302 | 4LF4S4420V3505546 | | $34,729.91 |
| 2016 | Freightliner Cascadia Semi | CR | #06 | XH944 | 3AKNGED57GSHC2459 | 7/17/2015 | $131,132.75 |
| 2017 | Freightliner Cascadia Semi | CR | #12 | XG4684 | 3AKNGEDR5HDHT5238 | 4/26/2016 | $133,435.71 |
| 2017 | Freightliner Cascadia Semi | CR | #09 | XH5332 | 3AKNGEDRXHDHT5235 | 4/26/2016 | $133,435.71 |
| 2017 | Freightliner Cascadia Semi | CR | #10 | XG5706 | 3AKNGEDR1HDHT5236 | 4/26/2016 | $133,435.71 |
| 2017 | Freightliner Cascadia Semi | CR | #13 | XG4685 | 3AKNGEDR7HDHT5239 | 4/26/2016 | $133,435.71 |
| 2017 | Freightliner Cascadia Semi | CR | #14 | XG4686 | 3AKNGEDR3HDHT5240 | 4/26/2016 | $133,435.71 |
| 2017 | Freightliner Cascadia Semi | CR | F11 | XG4683 | 3AKNGEDR3HDHT5237 | 4/26/2016 | $133,435.71 |
| 2000 | Freightliner FL60 Semi (Pressure Washer) | CR | | 2J1145T | 1FV3GJAC4YHB83317 | | $10,000.00 |
| 2019 | Freightliner Next Gen Cascadia Semi | CR | #18 | XG7466 | 3AKNHLDRXKSKE6475 | 7/6/2018 | $149,526.95 |
| 2019 | Freightliner Next Gen Cascadia Semi | CR | #15 | XG7463 | 3AKNHLDR4KSKE6472 | 7/6/2018 | $149,526.95 |
| 2019 | Freightliner Next Gen Cascadia Semi | CR | #16 | XH4058 | 3AKNHLDR6KSKE6473 | 7/6/2018 | $149,526.95 |
| 2019 | Freightliner Next Gen Cascadia Semi | CR | #17 | XG7465 | 3AKNHLDR8KSKE6474 | 7/6/2018 | $149,526.95 |
| 2019 | Freightliner Next Gen Cascadia Semi | CR | #19 | XG7467 | 3AKNHLDR1KSKE6476 | 7/6/2018 | $149,526.95 |

| 2019 | Freightliner Next Gen Cascadia Semi | CR | #20 | XG4768 | 3AKNHLDR3KSKE6477 | | 7/6/2018 | $149,526.95 |
|---|---|---|---|---|---|---|---|---|
| 2020 | Freightliner Next Gen Cascadia Semi | CR | #21 | XG8795 | 3AKNHLDR4LSLU5234 | | 7/19/2019 | $151,855.30 |
| 2020 | Freightliner Next Gen Cascadia Semi | CR | #22 | XG8788 | 3AKNHLDR6LSLU5235 | | 7/19/2019 | $151,855.30 |
| 2020 | Freightliner Next Gen Cascadia Semi | CR | #23 | XH3685 | 3AKNHLDR8LSLU5236 | | 7/19/2019 | $151,855.30 |
| 2020 | Freightliner Next Gen Cascadia Semi | CR | #24 | XG8790 | 3AKNHLDRXLSLU5237 | | 7/19/2019 | $151,855.30 |
| 2020 | Freightliner Next Gen Cascadia Semi | CR | #25 | XG8791 | 3AKNHLDR1LSLU5238 | | 7/19/2019 | $151,855.30 |
| 2020 | Freightliner Next Gen Cascadia Semi | CR | #26 | XG8792 | 3AKNHLDR3LSLU5239 | | 7/19/2019 | $151,855.30 |
| 2020 | Freightliner Next Gen Cascadia Semi | CR | #27 | XG8793 | 3AKNHLDRXLSLU5240 | | 7/19/2019 | $151,855.30 |
| 2020 | Freightliner Next Gen Cascadia Semi | CR | #28 | XG8794 | 3AKNHLDR1LSLU5241 | | 7/19/2019 | $151,855.30 |
| 2022 | Freightliner Next Gen Cascadia Semi | CR | #29 | XH2835 | 3AKNHLDR9NSNE4892 | | | |
| 2022 | Freightliner Next Gen Cascadia Semi | CR | #30 | XH2836 | 3AKNHLDR0NSNE4893 | | | |
| 2022 | Freightliner Next Gen Cascadia Semi | CR | #31 | XH2837 | 3AKNHLDR2NSNE4894 | | | |
| 2022 | Freightliner Next Gen Cascadia Semi | CR | #32 | XH2838 | 3AKNHLDR4NSNE4895 | | | |
| 2022 | Freightliner Next Gen Cascadia Semi | CR | #33 | XH2839 | 3AKNHLDR6NSNE4896 | | | |
| 2022 | Freightliner Next Gen Cascadia Semi | CR | #34 | XH2840 | 3AKNHLDR8NSNE4897 | | | |
| 2022 | Freightliner Next Gen Cascadia Semi | CR | #35 | XH2841 | 3AKNHLDRXNSNE4898 | | | |
| 2022 | Freightliner Next Gen Cascadia Semi | CR | #36 | XH2842 | 3AKNHLDR1NSNE4899 | | | |
| 2024 | Freightliner Next Gen Cascadia Semi | CR | #37 | XH4455 | 3AKNHLDR3RDVG0125 | | 11/29/2023 | |
| 2024 | Freightliner Next Gen Cascadia Semi | CR | #38 | XH4456 | 3AKNHLDR3RDVG0126 | | 11/29/2023 | |
| 2024 | Freightliner Next Gen Cascadia Semi | CR | #39 | XH4457 | 3AKNHLDR3RDVG0127 | | 11/29/2023 | |
| 2024 | Freightliner Next Gen Cascadia Semi | CR | #40 | XH4458 | 3AKNHLDR3RDVG0128 | | 11/29/2023 | |
| 2024 | Freightliner Next Gen Cascadia Semi | CR | #41 | XH4459 | 3AKNHLDR3RDVG0129 | | 11/29/2023 | |
| 2024 | Freightliner Next Gen Cascadia Semi | CR | #42 | XH4460 | 3AKNHLDR3RDVG0130 | | 11/29/2023 | |
| 2016 | Gardner Denver Gas Air Compressor | BP | | | | | | |
| 2019 | Gardner Denver Portabel Air Compressor | CR | | | 1T0DB84XLG0000338 | | | |
| 1979 | Grader - CAT 12G | CR | | | 61M6632 | | | |
| 1980 | Grader - CAT 12G | CR | | | 61M07234 | | | |
| 2009 | Grader JD 770G | BP | | | | | 4/13/2015 | $261,950 |
| 2009 | Grader JD 770G | BP | | | | | 4/13/2015 | $179,950 |
| 1996 | Grader Snow Blade | BP | | | | | | |
| 1996 | Grader Wing Blade | BP | | | | | | |
| 2007 | Grain Drill - Great Plains 30' | BP | | | 51912 | | 5/31/2007 | |
| 2017 | Grain Drill - Lemken Solitair | BP | | | A92650 284962 | | 1/26/2018 | $143,500 |
| 2009 | Grain Wagon - Hutches | CR | | | | | | $2,643.64 |
| | Ground Heater  Green Thaw 400 GTS | BP | 1 | | 2DRUS6271G S166509 | | | |
| 2019 | Ground Heater  Thawzall TCH 250 | BP | 2 | | 2EP330305K1022219 | | 11/21/2019 | |
| 2019 | Ground Heater  Thawzall TCH 250 | BP | 3 | | 2EP330305K1022220 | | 11/21/2019 | |
| 2019 | Ground Heater  Thawzall TCH 250 | BP | 4 | | 2EP330305K1022221 | | 11/21/2019 | |
| 2019 | Ground Heater  Thawzall TCH 250 | BP | 5 | | 2EP330305K1022234 | | 11/21/2019 | |
| 2019 | Ground Heater  Thawzall TCH 250 | BP | 6 | | 2EP330305K1022235 | | 11/21/2019 | |
| 2019 | Ground Heater  Thawzall TCH 250 | BP | 7 | | 2EP330305K1022236 | | 11/21/2019 | |
| 2019 | Ground Heater  Thawzall TCH 250 | BP | 8 | | 2EP330305K1022237 | | 11/21/2019 | |
| 2019 | Ground Heater  Thawzall TCH 250 | BP | 9 | | 2EP330305K1022238 | | 11/21/2019 | |
| 2022 | Hamm H 10i Compactor | BP | | | WGH0H284PHAA00593 | | | |
| 2022 | Hamm Roller H12I P | BP | | | WGH0H284HHAA00443 | | | |
| 2014 | Haulmark Passport Trailer 8.5x24 | BP | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2014 | Haulmark Passport Trailer 8.5x24 | CR | | | | |
| 2005 | High Lift - Ingersol Rand VR 1040C | CR | | 181381 | | $50,000.00 |
| 2008 | Honda Rancher TRX420F | BP | | | 4/17/2008 | $5,666 |
| 2016 | Honda Rancher TRX420F | CR | | LALAE041XF3200869 | | |
| 2018 | Honda Rancher TRX420F | CR | | | | |
| 2015 | Howse 5' Mower – Rotary Mower | CR | | | | $1,000.00 |
| 2014 | Huele Portable Pump | CR | | | | $3,200.00 |
| 2019 | Hyster | CR | | | | $29,674.70 |
| 2019 | Hyster | CR | | | | $29,674.70 |
| 2019 | Hyster | BP | | | | $29,674.70 |
| 2019 | Hyster | BP | | | | $29,674.70 |
| 2017 | Hyster E50XM-33 Electric | BP | | F108V04220S | | $29,674.70 |
| 2018 | Hyster H50XT | CR | | A380V06506S | 1/14/2019 | $29,675.00 |
| 2005 | Hyster H60HM Forklift | CR | | H177B59794C | | $13,000.00 |
| 2019 | Hyster Y1 H50XT | BP | | A380V06506S | 1/14/2019 | $29,674.70 |
| | IR Gas Air Compressor | BP | | | | |
| 2023 | JBS Manure Wagon Spreader | BP | | MSWP257-599 | | $149,000.00 |
| 2023 | JBS Manure Wagon Spreader | BP | | MSWP257-598 | | $149,000.00 |
| 2023 | JBS Manure Wagon Spreader | BP | | MSWP257-561 | | $149,000.00 |
| 2016 | JD DB84 Dozer Blade for Skid Loader | CR | | 1501-070923-R | | $1,500.00 |
| 2023 | JLG High Lift | BP | | | | |
| | Jumping Jack Compactor | | | MQ MTX70HD Serial# F-1846 | | $3,265.50 |
| 2024 | Kubota Tractor L3902 | CR | | 11862 | 2/6/2024 | $33,850.00 |
| 2024 | Kubota Tractor  L3902 | CR | | 11873 | 2/6/2024 | $33,850.00 |
| 2024 | Kubota Tractor  L3902 | CR | | 11876 | 2/6/2024 | $33,850.00 |
| 2024 | Kubota Tractor  L3902 | CR | | 11877 | 2/6/2024 | $33,850.00 |
| 2024 | Kubota Tractor  L3902 | CR | | 11888 | 2/6/2024 | $33,850.00 |
| 2024 | Kubota Tractor  L3902 | CR | | 11897 | 2/6/2024 | $33,850.00 |
| 2024 | Kubota Tractor  L3902 | CR | | 11901 | 2/6/2024 | $33,850.00 |
| 2024 | Kubota Tractor  L3902 | CR | | 11902 | 2/6/2024 | $33,850.00 |
| 2024 | Kubota Tractor  L3902 | CR | | 11903 | 2/6/2024 | $33,850.00 |
| 2024 | Kubota Tractor  L3902 | CR | | 11904 | 2/6/2024 | $33,850.00 |
| 2024 | Kubota Tractor  L3902 | CR | | 11907 | 2/6/2024 | $33,850.00 |
| 2024 | Kubota Tractor L4701 | CR | | 80496 | 2/6/2024 | $37,630.00 |
| 2024 | Kubota Tractor L4701 | CR | | 80712 | 2/6/2024 | $37,630.00 |
| 2024 | Kubota Tractor L4701 | CR | | 79332 | 2/6/2024 | $37,630.00 |
| 2024 | Kubota Tractor L4701 | CR | | 79344 | 2/6/2024 | $37,630.00 |
| 2024 | Kubota Tractor L4701 | CR | | 79519 | 2/6/2024 | $37,630.00 |
| 2024 | Kubota Tractor L4701 | CR | | 79654 | 2/6/2024 | $37,630.00 |
| 2024 | Kubota Tractor L4701 | CR | | 79694 | 2/6/2024 | $37,630.00 |
| 2024 | Kubota Tractor M5091 | CR | | 58881 | 2/6/2024 | $51,930.00 |
| 2024 | Kubota Tractor M5091 | CR | | 58884 | 2/6/2024 | $51,930.00 |
| 2024 | Kubota Tractor M5091 | CR | | 58885 | 2/6/2024 | $51,930.00 |
| 2024 | Kubota Tractor M5091 | CR | | 5895 | 2/6/2024 | $51,930.00 |
| 2024 | Kubota Tractor M5091 | CR | | 58908 | 2/6/2024 | $51,930.00 |
| 2024 | Kubota Tractor M5091 | CR | | 58909 | 2/6/2024 | $51,930.00 |

| 2024 | Kubota Tractor M5091 | CR | | | 58910 | | 2/6/2024 | $51,930.00 |
|------|----------------------|----|--|--|-------|--|----------|-----------|
| 2011 | Land Plane - 14' | CR | | | | | | $5,000 |
| 2011 | Land Plane - 14' | CR | | | | | 3/24/2011 | $5,000 |
| 2011 | Land Plane - 14' | CR | | | | | | $5,000 |
| 2018 | Land Plane- 18' | BP | | | | | | |
| 2018 | Land Plane- 18' | BP | | | | | | |
| 1998 | Lawn Mower Trailer 5'x8' | BP | | | | | | |
| 2013 | Lawnmower | CR | | | | | | $450 |
| 2020 | ld | CR | #1 | | | | 9/14/2020 | $   27,020.00 |
| 1999 | Lime Trailer | CR | | | | | | $2,000.00 |
| 2001 | Loader JD 544H | CR | #1 | | DW544HX581908 | | | $110,000.00 |
| 2003 | Loader JD 544H | CR | #2 | | DW544HX586018 | | | $110,000.00 |
| 2001 | Loader JD 644H w/6yd rollout bucket | BP | | | DW644HX579793 | | 01/13/2009 bucket | $157,050 |
| 2008 | Loader JD 744J | BP | | | DW744JX613098 | | | $278,795 |
| 2010 | Loader JD 744J | BP | | | | | | $287,950 |
| 2015 | Loader JD 744K | BP | | | | | 6/7/2015 | $302,450 |
| 2015 | Loader JD 744K | BP | | | | | 6/7/2015 | $302,000 |
| 2014 | Loading Chute | CR | | | | | | $1,000.00 |
| 2014 | Loading Chute | CR | | | | | | $1,000.00 |
| 2014 | Loading Chute | BP | | | | | | $1,000 |
| 2014 | Loading Chute | BP | | | | | | $1,000 |
| 2013 | Loewen Honey Loader | CR | | | | | 12/31/2013 | $130,000.00 |
| | matt // | CR | FB3 | | | | | $5,000.00 |
| | Microscope 1123SP  CPB | IJG | | | | | | $316.00 |
| 1999 | Mineral Trailer 8'x16' | BP | | | | | | |
| 2010 | New Holland T6030 | CR | #1 | | ZABD02214 | | | $62,500.00 |
| 2010 | New Holland T6030 | CR | #3 | | ZABD02217 | | | $62,500.00 |
| 2011 | New Holland T6030 | CR | #5 | | ZABD02213 | | | $66,000.00 |
| 2014 | Nuhn 3200 Manure Wagon | CR | | | | | 9/3/2014 | $79,400.00 |
| 2017 | Nuhn 3200 Manure Wagon | CR | 4 | | | | | $64,450 |
| 2017 | Nuhn 3200 Manure Wagon | CR | 4 | | | | | $64,450 |
| 2005 | Nuhn Alley Vac Manure Wagon- 5000 Gal Tank | BP | #1 | | | | 4/11/2007 | $190,531 |
| 2005 | Nuhn Alley Vac Manure Wagon- 5000 Gal Tank | BP | #1 | | | | 4/11/2007 | $1,000.00 |
| 2007 | Nuhn Alley Vac Manure Wagon- 5000 Gal Tank | BP | #2 | | | | 12/12/2007 | $64,450 |
| 2007 | Nuhn Alley Vac Manure Wagon- 5000 Gal Tank | BP | #3 | | | | | $64,450 |
| 2021 | Nuhn Alley Vac Manure Wagon 7000 Gal | BP | | | | | 8/5/2021 | $190,531 |
| 2019 | Nuhn Alley Vac Manure Wagon- 7000 Gal Tank | BP | #3 | | | | 4/22/2019 | $1,000.00 |
| 2020 | Nuhn Alley Vac Manure Wagon- 7000 Gal Tank | BP | | | | | 11/23/2020 | $165,300 |
| 2014 | Optimizer 4000 Tillage System 18' | BP | | | | | | $190,531 |
| 2014 | Pipe Trailer – Single Axle | GR | | | | | | $1,000.00 |
| 2014 | Pipe Trailer -Single Axle | BP | | | | | | $1,000 |
| 2014 | Pipe Trailer -Single Axle | CR | | | | | | $1,000 |
| 2008 | Pivot Track Filler - NorWest | BP | | | | | | $5,400 |
| 2008 | Pivot Track Filler - NorWest | BP | | | | | | $5,400 |
| 2023 | PJ Dump Trailer | CR | | 6509TI | 4P53D2627P1388599 | | | |
| | Plate Compactor | | | | | | 10/29/2019 | |

| 2008 | Post Driver- Shaver HD-12H | BP | | | PO19180 | | 10/28/2008 | $7,450 |
|---|---|---|---|---|---|---|---|---|
| | Power Buggy - Whiteman  Model WBH-21EFP | Bp | | | | | 3/31/2021 | $12,451 |
| 2018 | Rock system Aggregate Feeder | BP | | | | | 4/5/2018 | $82,000 |
| 2007 | Roller - Hay Spike 36"x 500 | BP | | | | | 3/22/2007 | $38,200 |
| 1993 | Roller - Sakai | BP | | | | | | |
| 2010 | Roller - Sakai 5V500TF | BP | | | | | 11/30/2010 | $15,764 |
| 2008 | Roller Harrow - Brillion 30' | BP | | | WL360 | | 7/29/2008 | $31,000 |
| 2013 | Roller Harrow - Parma | BP | | | | | 3/22/2013 | $55,800 |
| 2017 | Roller Plow - Lemken Karat 23 | BP | | | A92597 438225 | | 1/26/2018 | $76,700 |
| | Roller Trench | BP | | | | | 8/29/2018 | $30,900 |
| | Rollerharrow  Ace 16' | | | | | | 4/14/2020 | $    4,500.00 |
| 1999 | Rotary Cutter - 8' | BP | | | | | | $22,950 |
| 2012 | Rotary Cutter - JD Hx20 | BP | | | | | 4/3/2012 | $12,500 |
| 2016 | Salt Spreader | CR | | | | | | |
| | SandMaster- Skid Attachment- Poly Bags | BP | | | | | 6/24/2020 | $12,641 |
| 2004 | Scraper - Miskin | BP | | | | | | $66,000 |
| 2004 | Scraper - Miskin | BP | | | | | | $66,000 |
| 2016 | Scraper - Miskin | BP | | | | | 12/22/2016 | $81,349 |
| 2016 | Scraper - Miskin | BP | | | | | 12/22/2016 | $81,349 |
| 2019 | Silage Rake (used) 24' | | | | | | 10/18/2019 | |
| 2016 | Silage Rake 14' | RW | | | | | | |
| 2018 | Silage Rake 14' | BP | | | | | | |
| 2019 | Silage Rake 24' | RW | | | | | 10/18/2019 | $11,395.00 |
| 2011 | Single Axle 6'x6' Welding Trailer | BP | | | | | | $1,000 |
| 2017 | Skid Loader - JD 331G | CR | #1 | | 1T0331GKKHF308858 | | 5/10/2017 | $64,715.00 |
| 2023 | Skid Steer - New Holland / Model L328 | BP | 1 | | TBD per paperwork | | | $68,696 |
| 2023 | Skid Steer - New Holland / Model L328 | BP | 2 | | TBD per paperwork | | | $68,696 |
| 2023 | Skid Steer - New Holland / Model L328 | BP | 3 | | TBD per paperwork | | | $68,696 |
| 2023 | Skid Steer - New Holland / Model L328 | BP | 4 | | TBD per paperwork | | | $68,696 |
| 2023 | Skid Steer - New Holland / Model L328 | BP | 5 | | TBD per paperwork | | | $68,696 |
| 2023 | Skid Steer - New Holland / Model L328 | CR | 6 | | TBD per paperwork | | | $68,696 |
| 2023 | Skid Steer - New Holland / Model L328 | CR | 7 | | TBD per paperwork | | | $68,696 |
| 2018 | Skid Steer /  Loader - New Holland | CR | #2 | Ser#NJM447044 | JAFOL228AJM447044 | | 6/21/2018 | $49,950.00 |
| 2018 | Skid Steer /  Loader - New Holland | CR | #4 | Ser#NJM447048 | JAFOL228CJM447048 | | 6/21/2018 | $49,950.00 |
| 2018 | Skid Steer /  Loader - New Holland | CR | #3 | Ser#NJM447045 | JAFOL228LJM447045 | | 6/21/2018 | $49,950.00 |
| 2018 | Skid Steer /  Loader - New Holland | CR | #1 | Ser#NJM447043 | JAFOL228VJM447043 | | 6/21/2018 | $49,950.00 |
| 2018 | Skid Steer /  Loader - New Holland | BP | #5 | Ser#NJM447047 | | | 6/21/2018 | $49,950 |
| 2006 | Smithco Side Dump Trailer | CR | SD1 | 2248TH | 1S9DS39206S819273 | | | $30,000.00 |
| 2008 | Smithco Side Dump Trailer | CR | SD5 | | 1S9SS44308L476894 | | | $48,500.00 |
| 2008 | Smithco Side Dump Trailer | CR | SD4 | | 1S9SS44378L476178 | | | $48,500.00 |
| 2008 | Smithco Side Dump Trailer | CR | SD2 | | 1S9SS44388L476027 | | | $55,000.00 |
| 2008 | Smithco Side Dump Trailer | CR | SD3 | | 1S9SS443X8L476028 | | | $55,000.00 |
| 2022 | Smithco Side Dump Trailer- | CR | SD23 | 0B0MTD | 1S955432NL476858 | | | |
| 2022 | Smithco Side Dump Trailer- | CR | SD22 | 0B0KTD | 1S9544430NL476857 | | | |
| 2022 | Smithco Side Dump Trailer- | CR | SD25 | 0B0NTD | 1S9554430NL476860 | | | |
| 2022 | Smithco Side Dump Trailer- | CR | SD24 | 0B0JTD | 1S9554434NL476859 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2022 | Smithco Side Dump Trailer- | CR | SD21 | 0B0PTD | 1S9554439NL476856 | | |
| 2017 | Smithco Side Dump Trailer - Black Top | CR | SD11 | 5182TJ | 1S9SS4435HL476857 | 1/25/2017 | $59,842.88 |
| 2017 | Smithco Side Dump Trailer - Black Top | CR | SD12 | 5184TJ | 1S9SS4435HL476858 | 1/25/2017 | $59,842.88 |
| 2017 | Smithco Side Dump Trailer - Black Top | CR | SD13 | 5186TJ | 1S9SS4435HL476859 | 1/25/2017 | $59,842.88 |
| 2017 | Smithco Side Dump Trailer - Black Top | CR | SD14 | 5183TJ | 1S9SS4435HL476860 | 1/25/2017 | $59,842.88 |
| 2017 | Smithco Side Dump Trailer - Black Top | CR | SD15 | 5185TJ | 1S9SS4435HL476861 | 1/25/2017 | $59,842.88 |
| 2019 | Smithco Side Dump Trailer - Grey Top | CR | SD17 | ZSU670 | 1S9SS4433KL476119 | 5/8/2019 | $61,739.32 |
| 2019 | Smithco Side Dump Trailer - Grey Top | CR | SD16 | ZSU669 | 1S9SS4431KL476118 | 5/8/2019 | $61,739.32 |
| 2019 | Smithco Side Dump Trailer - Grey Top | CR | SD19 | ZSU672 | 1S9SS4431KL476121 | 5/8/2019 | $61,739.32 |
| 2019 | Smithco Side Dump Trailer - Grey Top | CR | SD20 | ZSU673 | 1S9SS4433KL476122 | 5/8/2019 | $61,739.32 |
| 2019 | Smithco Side Dump Trailer - Grey Top | CR | SD18 | ZSU671 | 1S9SS443XKL476120 | 5/8/2019 | $61,739.32 |
| 2009 | Snowblower - Schultee | BP | | | | 2/25/2009 | $6,201 |
| | Snowblower - Westgro | BP | | | | 2/25/2009 | |
| | Snowblower- Woods | BP | | | 966064 | 11/13/2008 | |
| 1996 | Stainless Steel Tanker Trailer/ 7000 Gal | | | | 1S9T74228T0017076 | 9/19/2019 | |
| 2007 | Straw Blower 2 bale - Bedmaster | CR | | | | | $27,000.00 |
| 2006 | Straw Wagon - Bedmaster 6000 | BP | | | | 10/12/2007 | |
| 2006 | Straw Wagon - Bedmaster 6000 | BP | | | | 11/12/2008 | |
| 2006 | Straw Wagon - Bedmaster 6000 | BP | | | | 11/12/2008 | |
| 2006 | Straw Wagon - Bedmaster 6000 | BP | | | | 11/12/2008 | |
| 2007 | Straw Wagon - Bedmaster 6000 | BP | | | | 11/12/2008 | $30,000 |
| 2007 | Straw Wagon - Bedmaster 6000 | BP | | | | | $30,000 |
| 2015 | Straw Wagon 4 bale - Bedmaster 4000 | CR | | | | | $30,000.00 |
| 2015 | Straw Wagon 4 bale - Bedmaster 4000 | CR | | | | | $30,000.00 |
| 2015 | Straw Wagon 4 bale - Bedmaster 4000 | CR | | | | | $30,000.00 |
| 2015 | Straw Wagon 4 bale - Bedmaster 4000 | CR | | | | | $30,000.00 |
| 1991 | T-77 Barbel 7000 Gal Stainless Steel Tanker | | | 1969TM | 4BUBFE1BXMB913228 | 6/8/2020 | $37,900.00 |
| 1991 | T-89 Brenner 7000 Gal Stainless Steel Tanker | | | 1970TM | 10BGN7212MF0A2605 | 6/8/2020 | $39,500.00 |
| 1988 | T-95  Polar 7000 Gal Stainless Steel Tanker | | | 2282TM | 1PM34222J1009070 | 11/18/2020 | $39,500.00 |
| 1959 | Tanker - 8600 Gallon Water | BP | | | | | |
| 2023 | Telehandler JG 1255 | BP | | | 0160127485/200064267 | 12/19/2023 | $205,590.00 |
| 2023 | Track Loader - New Holland | | | | NPM427417 | 4/3/2023 | $90,636.85 |
| 2023 | Track Loader - New Holland | | | | NPM427418 | 4/3/2023 | $90,636.85 |
| 2018 | Trio Sand Screen | BP | | | | 4/5/2018 | $242,000 |
| | Turd Exterminator 544 | BP | | | | | |
| | Turd Exterminator Skid Loader | CR | | | | | |
| | Verminator | BP | | | | | |
| | Verminator | BP | | | | | |
| 2012 | Walker Tanker Trailer Silver | CR | | | FR-50624 | 0812/21 | $40,000.00 |
| 1998 | Water Trailer - 8' x 8' Tandem Axle | CR | | | | 6/1/1997 | $2,500.00 |
| 2015 | Western Commodity Trailer | CR | BT1 | 1946TM | 5DN155340FB001140 | 8/4/2015 | $100,336.00 |
| 2015 | Western Commodity Trailer | CR | BT2 | 0869TJ | 5DN155341FB001504 | 8/4/2015 | $101,276.00 |
| 2017 | Western Commodity Trailer | CR | BT3 | 5283TH | 5DN155347HB001042 | 12/22/2016 | $102,335.00 |
| 2017 | Western Commodity Trailer | CR | BT4 | 5284TH | 5DN155349HB001043 | 12/22/2016 | $102,335.00 |
| 2020 | Western Commodity Trailer | CR | BT5 | ZTY951 | 5DN155345LB001498 | 12/19/2019 | $110,380.00 |
| 2020 | Western Commodity Trailer | CR | BT6 | ZTY950 | 5DN155347LB001499 | 12/19/2019 | $110,380.00 |

| 1982 | Western Flatbed Trailer | CR | FB2 | ZKH682 | 1UYFF2244CC760909 | | | $4,000.00 |
|------|------------------------|----|----|--------|-------------------|---|---|-----------|
| 1998 | Western Flatbed Trailer | CR | FB1 | ZKH681 | 1C917T503W0112711 | | | $16,000.00 |
| | | | | | | | **Total** | **$18,945,535** |
| | | | | | | | | |

**Micro (Idaho Jersey Girls_Dec18)**

04/01/2024          03:36:27 AM

Pacific Standard Time

Cabinet Range:  -

Item Range:  -

## Cabinet: 01 - CUBEXCAB

| Cab | Bin | Item | Description 1 | Description 2 | Alternate Name | Class | Unit of Issue | Bulk Order Qty | Unit of Order | NDC | Vendor | Vendor Item ID | Vend Price | Unit Cost | Max | Min | Crit ical | On Hand in UOI | Extended Value | Soonest Exp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 99 00 | 07021937 | Male Button Blank Black | MALE BLK BUTTON | | | EA | 1 | EA | | Idaho Jersey Girls | 021937 | $7.78 | $7.78 | 3 | 1 | 1 | 0.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 | 08010609 | 2-in-1 Marking Pen Black | PENS ALLF MARKING BLK | | | EA | 1 | EA | | Idaho Jersey Girls | 010609 | $4.40 | $4.40 | 5 | 3 | 1 | 26.00 | $114.40 | 01/01/1900 |
| 01 | 99 00 | 09520113 | AluShield Aerosol Bandage Spray | AluShield Aerosol Spray 75gm | | | EA | 1 | EA | | Black Pine Cattle | 520113 | $12.75 | $12.75 | 4 | 2 | 1 | 1.00 | $12.75 | 01/01/1900 |
| 01 | 99 00 | 61510007 | Amprid Calves 9.6% 1 Gallon | amprid calves 9.6% oral solution | | | EA | 1 | EA | | Idaho Jersey Girls | 510007 | $40.54 | $40.54 | 6 | 4 | 1 | 4.00 | $162.16 | 01/01/1900 |
| 01 | 99 00 0A | 501010 | Aspirin Bolus 240 Grains 50 Count | ASPIRIN BOLUS 240 GRAIN | | | EA | 1 | EA | | Idaho Jersey Girls | 501010 | $12.00 | $12.00 | 6 | 3 | 1 | 5.00 | $60.00 | 01/01/1900 |
| 01 | 99 00 8C | 501056 | Aspirin Bolus 480 Grains 50 Count | aspirin bolus 480-grain | | | EA | 1 | EA | | Idaho Jersey Girls | 501056 | $21.66 | $21.66 | 8 | 2 | 1 | 11.00 | $238.26 | 01/01/1900 |
| 01 | 99 00 0C | 000007 | ATP Samples | ATP Samples | | | | 1 | EACH | | Supplies | 000007 | $0.00 | $0.00 | 8 | 4 | 1 | 150.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 0D | 002466 | Bag Balm 4.5lb | bag balm antiseptic salve | | | EA | 1 | EA | | Idaho Jersey Girls | 002466 | $31.06 | $31.06 | 6 | 3 | 1 | 20.00 | $621.20 | 01/01/1900 |
| 01 | 99 00 | 0F031420 | Balling Gun Red Handle 7/8 Head | balling gun multi dose | | | EA | 1 | EA | | Idaho Jersey Girls | 031420 | $27.37 | $27.37 | 3 | 1 | 1 | 1.00 | $27.37 | 01/01/1900 |
| 01 | 99 00 0E | 014700 | Baytril 100 100mL | baytril 100 | | | EA | 1 | EA | | Black Pine Cattle | 014700 | $37.62 | $37.62 | 1 | 0 | 1 | 0.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 | 10510203 | Bloat Treatment Drench 12oz | bloat treatment | | | EA | 1 | EA | | Idaho Jersey Girls | 510203 | $2.95 | $2.95 | 12 | 5 | 1 | 19.00 | $56.05 | 01/01/1900 |
| 01 | 99 00 | 11002402 | Blood Collection Tube Red Top 5mL | blood collection tubes | | | EA | 1 | EA | | Idaho Jersey Girls | 002402 | $21.18 | $21.18 | 5 | 3 | 1 | 8.00 | $169.44 | 01/01/1900 |
| 01 | 99 00 | 12021083 | BMV Syringe PremAdjustable 5 -6cc | syr prima 6cc bottle mount | | | EA | 1 | EA | | Idaho Jersey Girls | 021083 | $23.33 | $23.33 | 4 | 2 | 1 | 8.00 | $186.64 | 01/01/1900 |
| 01 | 99 00 | 13510290 | Bolisorb Max Bolus 50 Count | Bolisorb Max Bolus 50 Count | | | EA | 1 | EA | | Idaho Jersey Girls | 510047 | $13.49 | $13.49 | 6 | 1 | 1 | 0.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 | 14026899 | Bottle Top Syringe 5cc | Bottle Top Syringe 5cc | | | EA | 1 | EA | | Idaho Jersey Girls | 026899 | $17.99 | $17.99 | 5 | 1 | 1 | 14.00 | $251.86 | 01/01/1900 |
| 01 | 99 00 | 15003220 | Bottle w/Flip Spout Cap 32oz | Plastic Bottle Flip Spout Cap 32oz | | | EA | 1 | EA | | Idaho Jersey Girls | 003220 | $1.11 | $1.11 | 5 | 2 | 1 | 0.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 | 16007245 | Brown "Cling" Gauze  6 x 5yd | GAUZE ROLL BRN 6in PK/12 J192B | | | EA | 1 | EA | | Idaho Jersey Girls | 007245 | $8.22 | $8.22 | 1 | 0 | 1 | 125.00 | $1,027.50 | 01/01/1900 |
| 01 | 99 00 | 17000008 | Cal CE Premera | Cal CE Premera | | | | 1 | EACH | | Supplies | 000008 | $0.00 | $0.00 | 50 | 1 | 1 | 249.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 | 18510198 | Chlorhexidine 2% Ointment 16oz | chlorhexidine ointment 2% | | | EA | 1 | EA | | Black Pine Cattle | 510198 | $6.83 | $6.83 | 4 | 2 | 1 | 7.00 | $47.81 | 01/01/1900 |
| 01 | 99 00 8E | 510198 | Chlorhexidine 2% Ointment 16oz | chlorhexidine ointment 2% | | | EA | 1 | EA | | Black Pine Cattle | 510198 | $6.83 | $6.83 | 6 | 3 | 1 | 3.00 | $20.49 | 01/01/1900 |

## Cabinet: 01 - CUBEXCAB

| Cab Bin | Item | Description 1 | Description 2 | Unit of Issue | Min Order Qty | Unit of Order | Vendor Name | Vendor Item ID | List Price | Cost (Max) | Max | Min | Crit ical | On Hand in UOI | Extended Value | Soonest Exp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 99 00 | 19501027 | Chlorhexidine Solution 2% 1 Gallon | Chlorhexidine Solution 2% 1 Gallon | EA | 1 | EA | Idaho Jersey Girls | 501027 | $6.81 | $6.81 | 4 | 2 | 1 | 3.00 | $20.43 | 01/01/1900 |
| 01 99 00 1A | 510199 | CMPK Solution 500mL | cmpk inj solution 500cc | EA | 1 | EA | Idaho Jersey Girls | 510199 | $4.46 | $4.46 | 24 | 1 | 1 | 180.00 | $802.80 | 01/01/1900 |
| 01 99 00 1B | 018161 | Co-Flex Bandage 4 x 5yd | TAPE CO FLEX 4in ASSORTMENT | EA | 1 | EA | Idaho Jersey Girls | 018161 | $19.49 | $19.49 | 1 | 0 | 1 | 17.00 | $331.33 | 01/01/1900 |
| 01 99 00 1C | 005159 | Cotton Roll Non-Sterile 12.5 x 56 | cotton roll nonsterile | EA | 1 | EA | Idaho Jersey Girls | 005159 | $5.16 | $5.16 | 4 | 2 | 1 | 5.00 | $25.80 | 01/01/1900 |
| 01 99 00 1D | 046227 | Cow Hobble with Double Lock 21 | Munks Cow Hobble Double Lock 21 | EA | 1 | EA | Idaho Jersey Girls | 046227 | $30.52 | $30.52 | 10 | 5 | 1 | 10.00 | $305.20 | 01/01/1900 |
| 01 99 00 1E | 000016 | Darts 10cc | Darts 10cc | | 1 | EACH | Darts | 000015 | $0.00 | $0.00 | 10 | 3 | 1 | 4.00 | $0.00 | 01/01/1900 |
| 01 99 00 1F | 000013 | Darts 3cc | Darts 3cc | | 1 | EACH | Darts | 000013 | $0.00 | $0.00 | 10 | 3 | 1 | 1.00 | $0.00 | 01/01/1900 |
| 01 99 00 20 | 000014 | Darts 5cc | Darts 5cc | | 1 | EACH | Darts | 000014 | $0.00 | $0.00 | 10 | 3 | 1 | 11.00 | $0.00 | 01/01/1900 |
| 01 99 00 21 | 000015 | Darts 7cc | Darts 7cc | | 1 | EACH | Darts | 000014 | $0.00 | $0.00 | 10 | 3 | 1 | 3.00 | $0.00 | 01/01/1900 |
| 01 99 00 22 | 000017 | Darts Shells | Darts Shells | | 1 | EACH | Darts | 000017 | $0.00 | $0.00 | 10 | 3 | 1 | 3.00 | $0.00 | 01/01/1900 |
| 01 99 00 23 | 004383 | Depo-Medrol Sterile Aqueous Suspen | depo medrol methylpred 20mg | EA | 1 | EA | David Clark DVM | 004383 | $61.05 | $61.05 | 4 | 2 | 1 | 10.00 | $610.50 | 01/01/1900 |
| 01 99 00 24 | 029330 | Destron Fearing Applicator | duflex pro-grip applicator 2p | EA | 1 | EA | Idaho Jersey Girls | 029330 | $19.15 | $19.15 | 5 | 3 | 1 | 2.00 | $38.30 | 01/01/1900 |
| 01 99 00 25 | 501012 | Dexamethasone 2mg/mL 100mL | dexamethasone inj 2mg | EA | 1 | EA | Idaho Jersey Girls | 501012 | $3.42 | $3.42 | 12 | 6 | 1 | 6.00 | $20.52 | 01/01/1900 |
| 01 99 00 26 | 501053 | Dextrose 50% 500mL | dextrose 50% inj (plastic bottle) | EA | 1 | EA | Idaho Jersey Girls | 501053 | $2.42 | $2.42 | 48 | 24 | 1 | 275.00 | $665.50 | 01/01/1900 |
| 01 99 00 27 | 091185 | Digital Thermometer Rigid Tip | Digital Thermometer Rigid Tip | EA | 1 | EA | Idaho Jersey Girls | 091185 | $3.58 | $3.58 | 5 | 3 | 1 | 5.00 | $17.90 | 01/01/1900 |
| 01 99 00 29 | 114841 | Draxxin KP 100mL | Draxxin KP 100ml | EA | 1 | EA | David Clark DVM | 114841 | $411.07 | $411.07 | 10 | 5 | 1 | 5.00 | $2,055.35 | 01/01/1900 |
| 01 99 00 28 | 601013 | Dual Scale Digital Thermometer | THERM DIGITAL WATERPROOF | EA | 1 | EA | Idaho Jersey Girls | 601013 | $0.00 | $0.00 | 5 | 1 | 1 | 0.00 | $0.00 | 01/01/1900 |
| 01 99 00 2A | 003614 | Duflex ProGrip Applicator Pin | duflex applicator pins | EA | 1 | EA | Idaho Jersey Girls | 003614 | $2.35 | $2.35 | 5 | 1 | 1 | 15.00 | $35.25 | 01/01/1900 |
| 01 99 00 2B | 023373 | Ear Notcher V Cut Small | EAR NOTCHER V SM 5/16 7000 | EA | 1 | EA | Idaho Jersey Girls | 023373 | $20.69 | $20.69 | 2 | 1 | 1 | 0.00 | $0.00 | 01/01/1900 |
| 01 99 00 2C | 006484 | Elastikon Elastic Tape 3 x 2.5yd | Elastikon Elastic Tape 3 x 2.5yd | EA | 1 | EA | Idaho Jersey Girls | 006484 | $21.91 | $21.91 | 4 | 1 | 1 | 57.00 | $1,248.87 | 01/01/1900 |
| 01 99 00 2D | 004026 | Endovac Immune Plus Vaccine 100mL | endovac-dairy with immuneplus | EA | 1 | EA | Idaho Jersey Girls | 004026 | $59.77 | $59.77 | 48 | 24 | 1 | 26.00 | $1,554.02 | 01/01/1900 |
| 01 99 00 2E | 510232 | Epinephrine 50mL | Epinephrine Inj Multi Vial 50mL | EA | 1 | EA | Idaho Jersey Girls | 510232 | $23.16 | $23.16 | 2 | 1 | 1 | 4.00 | $92.64 | 01/01/1900 |
| 01 99 00 30 | 030077 | Estrumate 100mL | estrumate prostaglandin 50-dose | EA | 1 | EA | Idaho Jersey Girls | 101522 | $89.95 | $89.95 | 60 | 30 | 1 | 64.00 | $5,756.80 | 01/01/1900 |

| Cab Bin | Item | Description 1 | Description 2 | Donate Name | Class | Unit of Issue | Order Qty | Unit of Order | NBR of Order | Vendor Name | Vendor Item ID | Price | Cost | Max | Min | Crit ical | On Hand in UOI | Extended Value | Soonest Exp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Cabinet: 01 - CUBEXCAB**

| Cab Bin | Item | Description 1 | Description 2 | Class | Unit of Issue | Order Qty | Unit of Order | Vendor Name | Vendor Item ID | Price | Cost | Max | Min | Crit ical | On Hand in UOI | Extended Value | Soonest Exp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 99 00 06044860 | Excede 250mL | Excede 250mL | | | 1 | EA | David Clark DVM | 044860 | $0.00 | $0.00 | 12 | 6 | 1 | 185.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 32049677 | EXCENEL RTU EZ 250ML | EXCENEL RTU EZ 250ML | EA | | 1 | EA | MWI | 049677 | $0.00 | $0.00 | 72 | 24 | 1 | 52.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 33019649 | EZ-Knife Tag Remover | TAG REMOVAL KNIFE Fearing | EA | | 1 | EA | Idaho Jersey Girls | 019649 | $2.92 | $2.92 | 10 | 5 | 1 | 4.00 | $11.68 | 01/01/1900 |
| 01 | 99 00 34060654 | Fertagyl GnRH 100mL | fertagyl 100ml | EA | | 1 | EA | Idaho Jersey Girls | 060654 | $63.80 | $63.80 | 24 | 12 | 1 | 15.00 | $957.00 | 01/01/1900 |
| 01 | 99 00 35000402 | Forceps Curved 5.5 | Kelly Forceps Curved Economy 5.5 | EA | | 1 | EA | Idaho Jersey Girls | 000402 | $2.35 | $2.35 | 2 | 1 | 1 | 6.00 | $14.10 | 01/01/1900 |
| 01 | 99 00 36501070 | Furosemide Injection 100mL | FUROSEMIDE INJ | EA | | 1 | EA | Idaho Jersey Girls | 501070 | $17.49 | $17.49 | 2 | 1 | 1 | 2.00 | $34.98 | 01/01/1900 |
| 01 | 99 00 37065041 | Gauze Sponge 12-Ply 4 x 4 | gauze sponge 4x4 12 ply | EA | | 1 | EA | Idaho Jersey Girls | 065041 | $3.11 | $3.11 | 40 | 30 | 1 | 72.00 | $223.92 | 01/01/1900 |
| 01 | 99 00 38003193 | Gelatin Capsule 1oz 18mL Size 10 | Gelatin Capsule 1oz 18mL Size 10 | EA | | 1 | EA | Idaho Jersey Girls | 003193 | $21.03 | $21.03 | 4 | 2 | 1 | 0.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 39024062 | GUARDIAN 50DS | GUARDIAN 50DS | EA | | 1 | EA | Idaho Jersey Girls | 024062 | $197.72 | $197.72 | 24 | 12 | 1 | 316.00 | $62,479.52 | 01/01/1900 |
| 01 | 99 00 3A 501031 | Hypertonic Saline 7.2% 1000mL | hypertonic saline 7.2% solution | EA | | 1 | EA | Idaho Jersey Girls | 501031 | $4.26 | $4.26 | 72 | 60 | 1 | 600.00 | $2,556.00 | 01/01/1900 |
| 01 | 99 00 3B 024246 | Hypod Needle Alum Hub 16g x 1.0 | needles hypodermic 16g x 1 | EA | | 1 | EA | Millenkamp Milkers | 024246 | $0.00 | $0.00 | 10 | 5 | 1 | 19.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 3C 020826 | Ideal BreederSleeve Red 36 | sleeve ob breeder sleeve | EA | | 1 | EA | Idaho Jersey Girls | 020826 | $10.99 | $10.99 | 10 | 5 | 1 | 11.00 | $120.89 | 01/01/1900 |
| 01 | 99 00 3D 000288 | Ideal Castrating Bands | ELASTRATOR RINGS LATEX | EA | | 1 | EA | Idaho Jersey Girls | 000288 | $0.84 | $0.84 | 5 | 0 | 1 | 2.00 | $1.68 | 01/01/1900 |
| 01 | 99 00 3E 009611 | Ideal Mini Scalpel Non-Sterile 10 | Ideal Mini Scalpel Non-Sterile 10 | EA | | 1 | EA | Idaho Jersey Girls | 009611 | $24.07 | $24.07 | 1 | 0 | 1 | 204.00 | $4,910.28 | 01/01/1900 |
| 01 | 99 00 3F 000010 | Iodine | Iodine | | | 1 | EACH | Supplies | 000010 | $0.00 | $0.00 | 8 | 4 | 1 | 124.00 | | 01/01/1900 |
| 01 | 99 00 40500205 | Isopropyl Alcohol 70% Topical 32oz | Isopropyl Alcohol 70% qrt | EA | | 1 | EA | Idaho Jersey Girls | 500205 | $2.35 | $2.35 | 12 | 6 | 1 | 47.00 | $110.45 | 01/01/1900 |
| 01 | 99 00 41000661 | J-Lube Powder 10oz | j-lube powder | EA | | 1 | EA | Idaho Jersey Girls | 000661 | $11.05 | $11.05 | 12 | 6 | 1 | 24.00 | $265.20 | 01/01/1900 |
| 01 | 99 00 8D 501201 | Lactated Ringers Injection1000 mL | | EA | | 1 | EA | Millenkamp Cattle | 501201 | $0.00 | $0.00 | 30 | 15 | 1 | 29.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 42042807 | Leg Band Blank Green 1.5x 13.5 | leg bands multi-loc - green | EA | | 1 | EA | Idaho Jersey Girls | 042807 | $0.97 | $0.97 | 250 | 50 | 1 | 358.00 | $347.26 | 01/01/1900 |
| 01 | 99 00 43042806 | Leg Band Blank Orange 1.5x 13.5 | leg band multi loc orange | EA | | 1 | EA | Idaho Jersey Girls | 042806 | $0.97 | $0.97 | 250 | 50 | 1 | 166.00 | $161.02 | 01/01/1900 |
| 01 | 99 00 44000700 | Leptoferm-5 Vaccine 100mL | leptoferm 5 | EA | | 1 | EA | David Clark DVM | 000700 | $27.40 | $27.40 | 20 | 15 | 1 | 34.00 | $931.60 | 01/01/1900 |
| 01 | 99 00 31510213 | Lidocaine 2% 250mL | LIDOCAINE 2% HCL 250ML | EA | | 1 | EA | Idaho Jersey Girls | 510213 | $3.74 | $3.74 | 4 | 2 | 1 | 3.00 | $11.22 | 01/01/1900 |
| 01 | 99 00 46011330 | Maxi/Guard Pinkeye Vaccine 100mL | maxi/guard pinkeye bacterin | EA | | 1 | EA | Idaho Jersey Girls | 011330 | $34.24 | $34.24 | 50 | 25 | 1 | 25.00 | $856.00 | 01/01/1900 |

*Report: Inventory On Hand, C11*

## Cabinet: 01 - CUBEXCAB

| Cab | Bin | Item | Description 1 | Description 2 | Alternate Name | Class | Unit of Issue | Order Qty | Unit of Order | NDC of Order | Vendor | Vendor Item ID | Vend Price | Disc Price | Cost | Max | Min | Crit ical | On Hand in UOI | Extended Value | Soonest Exp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 99 00 | 48500211 | Mineral Oil 1 gallon | Mineral Oil 1 gallon | | | EA | 1 | EA | | Idaho Jersey Girls | 501045 | $9.77 | $9.77 | 4 | 2 | 1 | | 4.00 | $39.00 | 01/01/1900 |
| 01 | 99 00 | 49011248 | MU-SE Injection 5mg/mL 100mL | mu-se | | | EA | 1 | EA | | Black Pine Cattle | 011248 | $34.87 | $34.87 | 4 | 2 | 1 | | 2.00 | $69.74 | 01/01/1900 |
| 01 | 99 00 4A | 002152 | NEEDLE 14G x 1.5" | NEEDLE 14G x 1.5" | | | BOX | 1 | BOX | | Idaho Jersey Girls | 002152 | $16.61 | $16.61 | 10 | 5 | 1 | | 58.00 | $963.38 | 01/01/1900 |
| 01 | 99 00 4B | 003084 | NEEDLE 14GX1" | NEEDLE 14GX1" | | | EA | 1 | EA | | Idaho Jersey Girls | 003084 | $16.59 | $16.59 | 10 | 5 | 1 | | 7.00 | $116.13 | 01/01/1900 |
| 01 | 99 00 4C | 003426 | NEEDLE 16G X 5/8" | NEEDLE 16G X 5/8" | | | EA | 1 | EA | | Idaho Jersey Girls | 003426 | $16.59 | $16.59 | 10 | 5 | 1 | | 17.00 | $282.03 | 01/01/1900 |
| 01 | 99 00 4D | 002039 | NEEDLE 18G X 1.5" | NEEDLE 18G X 1.5" | | | BOX | 1 | BOX | | Idaho Jersey Girls | 002039 | $10.29 | $10.29 | 10 | 5 | 1 | | 14.00 | $144.06 | 01/01/1900 |
| 01 | 99 00 4F | 008323 | NEEDLE 18G X 3/4" | NEEDLE 18G X 3/4" | | | EA | 1 | EA | | Idaho Jersey Girls | 008323 | $16.59 | $16.59 | 10 | 5 | 1 | | 25.00 | $414.75 | 01/01/1900 |
| 01 | 99 00 50 | 003474 | NEEDLE 18G X 5/8" | NEEDLE 18G X 5/8" | | | EA | 1 | EA | | Idaho Jersey Girls | 003474 | $16.59 | $16.59 | 10 | 5 | 1 | | 16.00 | $265.44 | 01/01/1900 |
| 01 | 99 00 51 | 002095 | NEEDLE 20G X 1" | NEEDLE 20G X 1" | | | EA | 1 | EA | | Idaho Jersey Girls | 002095 | $10.29 | $10.29 | 10 | 5 | 1 | | 4.00 | $41.16 | 01/01/1900 |
| 01 | 99 00 52 | 000875 | OB Chain 30 | OB CHAIN PLATED 30in | | | EA | 1 | EA | | Idaho Jersey Girls | 000875 | $4.59 | $4.59 | 10 | 8 | 1 | | 13.00 | $59.67 | 01/01/1900 |
| 01 | 99 00 53 | 005554 | OB Chain 60 | OB Chain 60in | | | EA | 1 | EA | | Idaho Jersey Girls | 005664 | $6.31 | $6.31 | 1 | 0 | 1 | | 2.00 | $12.62 | 01/01/1900 |
| 01 | 99 00 54 | 000011 | Omnigen Powder | Omnigen Powder | | | | 1 | EACH | | Supplies | 000011 | $0.00 | $0.00 | 100 | 20 | 1 | | 0.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 55 | 050412 | Once PMH IN 100mL | past once pmh in 50ds | | | EA | 1 | EA | | Idaho Jersey Girls | 050412 | $129.44 | $129.44 | 50 | 30 | 1 | | 28.00 | $3,624.32 | 01/01/1900 |
| 01 | 99 00 56 | 050409 | Once PMH IN 20mL | past once pmh in 10ds | | | EA | 1 | EA | | Idaho Jersey Girls | 050409 | $26.70 | $26.70 | 24 | 12 | 1 | | 108.00 | $2,883.60 | 01/01/1900 |
| 01 | 99 00 57 | 004493 | Oral Calf Drencher SS 3 Pint | FLUID FEEDER W/ SS PROBE | | | EA | 1 | EA | | Idaho Jersey Girls | 004493 | $13.14 | $13.14 | 3 | 1 | 1 | | 6.00 | $78.84 | 01/01/1900 |
| 01 | 99 00 58 | 026622 | OrbeSeal Dry Cow 4gm | orbeseal pail 144 syring wt=06 | | | EA | 1 | EA | | David Clark DVM | 026622 | $0.00 | $0.00 | 100 | 25 | 1 | | 86.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 59 | 501013 | Oxytocin Injection 100mL | oxytocin inj | | | EA | 1 | EA | | Idaho Jersey Girls | 116473 | $5.57 | $5.57 | 24 | 12 | 1 | | 60.00 | $334.20 | 01/01/1900 |
| 01 | 99 00 5A | 035642 | PAINT SPRAY FLUOR PINK | PAINT SPRAY FLUOR PINK | | | EA | 1 | EA | | MWI | 035642 | $0.00 | $0.00 | 12 | 6 | 1 | | 37.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 5B | 002386 | Paintstik Fluorescent Yellow | paint sticks fluor ylw | | | EA | 1 | EA | | Idaho Jersey Girls | 002386 | $6.51 | $6.51 | 12 | 6 | 1 | | 0.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 5C | 003102 | Paintstik Blue | paint sticks blue | | | BOX | 1 | BOX | | Idaho Jersey Girls | 003102 | $6.01 | $6.01 | 12 | 6 | 1 | | 48.00 | $288.48 | 01/01/1900 |
| 01 | 99 00 5D | 010140 | Paintstik Fluorescent Green | paint sticks fluor grn | | | BOX | 1 | BOX | | Idaho Jersey Girls | 010140 | $6.51 | $6.51 | 12 | 6 | 1 | | 840.00 | $5,468.40 | 01/01/1900 |
| 01 | 99 00 5F | 001630 | Paintstik Fluorescent Pink | paint sticks fluor pink | | | EA | 1 | EA | | Idaho Jersey Girls | 001630 | $6.51 | $6.51 | 12 | 6 | 1 | | 492.00 | $3,202.92 | 01/01/1900 |
| 01 | 99 00 60 | 001906 | Paintstik Green | PAINT STICKS GRN | | | BOX | 1 | BOX | | Idaho Jersey Girls | 001906 | $6.01 | $6.01 | 12 | 6 | 1 | | 0.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 63 | 510094 | Pivodine Scrub 7.5% 1 Gallon | pivodine scrub | | | EA | 1 | EA | | Idaho Jersey Girls | 510094 | $16.80 | $16.80 | 6 | 4 | 1 | | 5.00 | $84.00 | 01/01/1900 |

Case 24-40158-NGH  Filed 05/23/24  Entered 05/23/24 15:45:00  Doc ...  Document  Page 28 of 155

## Cabinet: 01 - CUBEXCAB

| Cab Bin | Item | Description 1 | Description 2 | UOM Issue | Order Qty | Order | Vendor Name | Vendor Item ID | Last Price | Cost | Max | Min | Crit ical | On Hand | Extended Value | Soonest Exp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 99 00 64 | 000962 | Polyflex Ampicillin 200mL | polyflex 25gm | EA | 1 | EA | Idaho Jersey Girls | 112947 | $45.89 | $45.89 | 8 | 24 | 1 | 15.00 | $688.35 | 01/01/1900 |
| 01 99 00 65 | 029158 | PowerPro Ultra Cordless Clipper | | EA | 1 | EA | Idaho Jersey Girls | 029157 | $181.53 | $181.53 | 2 | 1 | 1 | 3.00 | $544.59 | 01/01/1900 |
| 01 99 00 66 | 502018 | Prevail 250mL | prevail flunixin | EA | 1 | EA | Idaho Jersey Girls | 502018 | $19.16 | $19.16 | 12 | 6 | 1 | 18.00 | $344.88 | 01/01/1900 |
| 01 99 00 67 | 003082 | Probios Gun for 300mL Tubes | PROBIOS GUN 300CC | EA | 1 | EA | Idaho Jersey Girls | 003082 | $17.62 | $17.62 | 1 | 0 | 1 | 2.00 | $35.24 | 01/01/1900 |
| 01 99 00 68 | 002422 | Probios Oral Boluses 7gm 50 Count | | EA | 1 | EA | Idaho Jersey Girls | 002422 | $19.53 | $19.53 | 4 | 2 | 1 | 4.00 | $78.12 | 01/01/1900 |
| 01 99 00 69 | 023205 | PVC Stomach Tube Large 10 | PVC Stomach Tube Large 10 | EA | 1 | EA | Idaho Jersey Girls | 023205 | $30.65 | $30.65 | 2 | 1 | 1 | 2.00 | $61.30 | 01/01/1900 |
| 01 99 00 6A | 010552 | Quik-Shot Spray Paint Orange 16oz | All-Weather Spray Orange 16oz | EA | 1 | EA | Idaho Jersey Girls | 010552 | $38.13 | $38.13 | 12 | 6 | 1 | 54.00 | $2,059.02 | 01/01/1900 |
| 01 99 00 6B | 036142 | Resflor Gold 250mL | resflor gold 250ml | EA | 1 | EA | Black Pine Cattle | 036142 | $168.35 | $168.35 | 18 | 9 | 1 | 11.00 | $1,851.85 | 01/01/1900 |
| 01 99 00 6C | 000012 | Select GA Powder | Select GA Powder | | 1 | EACH | Supplies | 000012 | $0.00 | $0.00 | 100 | 20 | 1 | 0.00 | $0.00 | 01/01/1900 |
| 01 99 00 6D | 004762 | Shut-Eye Pinkeye Patch Cow Size | shut eye patch cow size | EA | 1 | EA | Idaho Jersey Girls | 004762 | $10.00 | $10.00 | 10 | 5 | 1 | 8.00 | $80.00 | 01/01/1900 |
| 01 99 00 6E | 000634 | Simplex IV Bell 4 | iv line 4ft tube vent set w/needle | EA | 1 | EA | Idaho Jersey Girls | 000634 | $7.62 | $7.62 | 6 | 2 | 1 | 14.00 | $106.68 | 01/01/1900 |
| 01 99 00 6F | 013538 | Single Use Skin Stapler 35 Wide | Appose Single Use Skin 35 Wide | EA | 1 | EA | Idaho Jersey Girls | 013538 | $11.04 | $11.04 | 3 | 2 | 1 | 8.00 | $88.32 | 01/01/1900 |
| 01 99 00 70 | 030211 | Spectramast DC Dry Cow Formula 10mL | spectramast dc 144/pail wt=11 | EA | 1 | EA | David Clark DVM | 030211 | $526.01 | $526.01 | 48 | 12 | 1 | 91.00 | $47,866.91 | 01/01/1900 |
| 01 99 00 71 | 030210 | spectramast lc 144/pail wt=12 | spectramast lc 144/pail wt=12 | EA | 1 | EA | David Clark DVM | 030210 | $548.39 | $548.39 | 24 | 12 | 1 | 398.00 | $218,259.22 | 01/01/1900 |
| 01 99 00 72 | 510151 | Sterile Water 500mL | sterile water for injection 500ml | EA | 1 | EA | Millenkamp Milkers | 510151 | $3.06 | $3.06 | 12 | 6 | 1 | 9.00 | $27.54 | 01/01/1900 |
| 01 99 00 73 | 000009 | Super Booster | Super Booster | | 1 | EACH | Supplies | 000008 | $0.00 | $0.00 | 16 | 4 | 1 | 0.00 | $0.00 | 01/01/1900 |
| 01 99 00 74 | 002027 | Syringe 60cc | syringe 60cc | EA | 1 | EA | Idaho Jersey Girls | 002027 | $17.28 | $17.28 | 6 | 4 | 1 | 12.00 | $207.36 | 01/01/1900 |
| 01 99 00 75 | 013736 | Syringe Regular Tip 12cc | Syringe Regular Tip 12cc | BOX | 1 | BOX | Idaho Jersey Girls | 013736 | $17.52 | $17.52 | 6 | 4 | 1 | 9.00 | $157.68 | 01/01/1900 |
| 01 99 00 76 | 013738 | Syringe Regular Tip 20cc | Syringe Regular Tip 20cc | BOX | 1 | BOX | Idaho Jersey Girls | 013738 | $23.18 | $23.18 | 6 | 4 | 1 | 6.00 | $139.08 | 01/01/1900 |
| 01 99 00 77 | 013708 | Syringe Regular Tip 35cc | Syringe Regular Tip 35cc | BOX | 1 | BOX | Idaho Jersey Girls | 013708 | $16.47 | $16.47 | 6 | 4 | 1 | 9.00 | $148.23 | 01/01/1900 |
| 01 99 00 78 | 002028 | Syringe Regular Tip 3cc | Syringe Regular Tip 3cc | EA | 1 | EA | Idaho Jersey Girls | 002028 | $9.71 | $9.71 | 6 | 4 | 1 | 3.00 | $29.13 | 01/01/1900 |
| 01 99 00 79 | 002032 | Syringe Regular Tip 6cc | Syringe Regular Tip 6cc | BOX | 1 | BOX | Idaho Jersey Girls | 002032 | $8.08 | $8.08 | 6 | 4 | 1 | 1.00 | $8.08 | 01/01/1900 |
| 01 99 00 7A | 002281 | Syringe w/ 25g x 5/8" ndle | Syringe w/ 25g x 5/8" ndle | BOX | 1 | BOX | Idaho Jersey Girls | 002281 | $19.62 | $19.62 | 2 | 1 | 1 | 2.00 | $39.24 | 01/01/1900 |
| 01 99 00 7B | 031892 | Tattoo Ink Paste Green 5oz | TATTOO INK GRN PASTE 5OZ | EA | 1 | EA | Idaho Jersey Girls | 031892 | $10.20 | $10.20 | 1 | 0 | 1 | 3.00 | $30.60 | 01/01/1900 |

## Cabinet: 01 - CUBEXCAB

| Cab | Bin | Item | Description 1 | Alternate Name | U/Issue | Min Order Qty | U/Order | Vendor Name | Vendor Item ID | Vend Price | Std Cost | Max | Min | Crit ical | On Hand in UOI | Extended Value | Soonest Exp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 99 00 7C | 501057 | Thiamine HCl 500mg/mL 100mL | Thiamine HCl 500mg/mL 100mL | EA | 1 | EA | Idaho Jersey Girls | 501057 | $11.17 | $11.17 | 4 | 1 | 1 | 2.00 | $22.34 | 01/01/1900 |
| 01 | 99 00 7D | 033637 | ToDay for Lactating Cows 10mL | ToDay for Lactating Cows 10mL | EA | 1 | EA | Idaho Jersey Girls | 033637 | $495.48 | $495.48 | 1 | 0 | 1 | 1.00 | $495.48 | 01/01/1900 |
| 01 | 99 00 7E | 019475 | Ultra Boss Pour-On 1 Gallon | ULTRA BOSS POUR ON GAL | EA | 1 | EA | Idaho Jersey Girls | 019475 | $116.38 | $116.38 | 48 | 24 | 1 | 23.00 | $2,676.74 | 01/01/1900 |
| 01 | 99 00 7F | 032198 | Ultra Saber Pour-On 5l | ultra saber pour on gal | EA | 1 | EA | Black Pine Cattle | 121354 | $187.26 | $187.26 | 18 | 6 | 1 | 15.00 | $2,808.90 | 01/01/1900 |
| 01 | 99 00 80 | 017978 | Ultrabac 7 Vaccine 250mL | ultra bac 7 50ds | EA | 1 | EA | David Clark DVM | 017978 | $20.29 | $20.29 | 40 | 20 | 1 | 74.00 | $1,501.46 | 01/01/1900 |
| 01 | 99 00 62 | 670066 | VetriJec Luer Slip Syringe 12cc | | BOX | 1 | BOX | Millenkamp Milkers | 670066 | $0.00 | $0.00 | 6 | 4 | 1 | 1.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 81 | 504036 | Vetrimec Plus 1000mL | | EA | 1 | EA | Millenkamp Milkers | 504036 | $0.00 | $0.00 | 18 | 6 | 1 | 1.00 | $0.00 | 01/01/1900 |
| 01 | 99 00 82 | 502020 | Vetrimycin 200 100mL | vetrimycin 200 100ml | EA | 1 | EA | Black Pine Cattle | 502020 | $10.70 | $10.70 | 2 | 1 | 1 | 5.00 | $53.50 | 01/01/1900 |
| 01 | 99 00 83 | 504020 | Vetrimycin 200 500mL | vetrimycin 200 500ml | EA | 1 | EA | Black Pine Cattle | 501150 | $24.36 | $24.36 | 12 | 8 | 1 | 9.00 | $219.24 | 01/01/1900 |
| 01 | 99 00 88 | 001816 | Vision 7 w/ Spur 100mL | vision 7 50ds | EA | 1 | EA | Idaho Jersey Girls | 001816 | $29.63 | $29.63 | 12 | 4 | 1 | 7.00 | $207.41 | 01/01/1900 |
| 01 | 99 00 89 | 011113 | Vision 7 w/ Spur 500mL | vision 7 250ds | EA | 1 | EA | Idaho Jersey Girls | 011113 | $135.10 | $135.10 | 9 | 4 | 1 | 9.00 | $1,215.90 | 01/01/1900 |
| 01 | 99 00 84 | 026718 | Vista 5 L5 SQ 100mL | vista 5 l5 sq 50ds | EA | 1 | EA | Idaho Jersey Girls | 026718 | $66.14 | $66.14 | 50 | 30 | 1 | 19.00 | $1,256.66 | 01/01/1900 |
| 01 | 99 00 85 | 026717 | Vista 5 L5 SQ 20mL | vista 5 l5 sq 10ds | EA | 1 | EA | Idaho Jersey Girls | 026717 | $14.95 | $14.95 | 24 | 12 | 1 | 76.00 | $1,136.20 | 01/01/1900 |
| 01 | 99 00 86 | 510216 | Vitamin B Complex High Pot 500mL | vitamin b complex inj/high potency | EA | 1 | EA | Idaho Jersey Girls | 510216 | $13.93 | $13.93 | 24 | 12 | 1 | 21.00 | $292.53 | 01/01/1900 |
| 01 | 99 00 87 | 501051 | Vitamin K-1 10mg/mL 100mL | Vitamin K-1 10mg/mL 100mL | EA | 1 | EA | Idaho Jersey Girls | 501051 | $8.62 | $8.62 | 2 | 1 | 1 | 1.00 | $8.62 | 01/01/1900 |
| 01 | 99 00 8A | 510650 | XylaMed 50mL | XYLAMED LA 100MG/ML | EA | 1 | EA | Idaho Jersey Girls | 510650 | $15.35 | $15.35 | 1 | 0 | 1 | 1.00 | $15.35 | 01/01/1900 |
| 01 | 99 00 8B | 006065 | Zonas Porous Tape 2 x 10yd | | EA | 1 | EA | Idaho Jersey Girls | 006065 | $16.41 | $16.41 | 1 | 0 | 1 | 0.00 | $0.00 | 01/01/1900 |

**01-CUBEXCAB Total Cabinet Value:** **$393,704.51**

**Total Value:** **$393,704.51**

*Report: Inventory On Hand, C11*

**Millenkamp Cattle, Inc.**
**Transaction List by Vendor**
**March 13 through April 1, 2024**

| Vendor | Date |
| --- | --- |
| Amalgamated Sugar | 03/26/2024 |
| Conrad & Bischoff, Inc. | 03/29/2024 |
| Les Schwab Tire Center-BP | 03/15/2024 |
| Les Schwab Tire Center-MC | 03/18/2024 |
| MicroProteins, Inc. | 03/13/2024 |
| Schow's Auto Parts - Rupert | 03/20/2024 |
| Tacoma Screw Products, Inc. | 03/14/2024 |
| Thomas Petroleum | 03/22/2024 |
| United  Oil | 03/18/2024 |

# Millenkamp Cattle, Inc.
## Transaction List by Vendor
**March 13 through April 1, 2024**

Memo

FEED Pressed Pulp 29.75 @ 44 BP
FUEL 10000 Gal. On-Road Diesel @ 3.529 CR
Rolling Stock (New)
Alley Vac #AV2
FEED CalfPaste, ECRC, VitaDirect
2-Cycle Engine Oil
Plow bolts 1" Finished Hex Nut Glass cleaner
FUEL 668.9 Gallons Unleaded @  4.036  BP
FUEL DEF 456 Gal @ 2.45 CR

6:57 PM
04/01/24

Case 24-40158-NGH    Doc 215    Filed 04/23/24    Entered 04/23/24 15:45:00    Desc Main

Millenkamp Cattle, Inc.
Transaction List by Vendor
Document Page 32 of 155

March 13 through April 1, 2024

| Split | |
|---|---|
| 5300 · Grains & Minerals | $1,309.00 |
| 7623 · Diesel-Trucking | $153,779.39 |
| 7301 · Rolling Stock | $1,243.76 |
| 7301 · Rolling Stock | $250.40 |
| 5410 · Medicine Purchases | $7,073.56 |
| 7311 · Supplies | $32.65 |
| 7311 · Supplies | $814.59 |
| 7622 · Fuel-Non Trucking | $2,700.31 |
| 7311 · Supplies | $1,117.20 |
| | **$165,485.05** |

| Year | VEHICLES | | Equip # | License | Vin | Lease | Purchase Date: | Purchase_Value |
|------|----------|---|---------|---------|-----|-------|----------------|----------------|
| 2008 | 1500 Dodge Ram | BP | | | 1D7HU16218J127227 | | 5/12/2011 | $4,000 |
| 2008 | 1500 Dodge Ram | BP | | | 1D7HU16N88J181960 | | 6/23/2011 | $4,000 |
| 2008 | 1500 Dodge Ram | BP | | | | | 3/30/2010 | $4,000 |
| 2014 | 1500 Dodge Ram | CR | | | | | 6/1/2013 | $29,868.58 |
| 2015 | 1500 Dodge Ram | CR | | | | | 11/7/2014 | $32,000.00 |
| 2017 | 1500 Dodge Ram | BP | | 2J81656 | 1C6RR7KG6HS713010 | | 3/20/2017 | $34,000 |
| 2018 | 1500 Dodge Ram | CR | Trudy work | 2J5801T | 1C6RR7FG4JS339769 | | 7/30/2018 | $33,339.34 |
| 2019 | 1500 Dodge Ram | BP | | 2J95060 | 3C6JR7AG8KG580165 | | 1/16/2020 | $29,500.00 |
| 2019 | 1500 Dodge Ram | CR | | 2J6101T | 1C6RR7FG0KS668308 | | 9/5/2019 | $32,122.60 |
| 2020 | 1500 Dodge Ram | CR | | 2J98712 | 1C6RR7KT9LS160679 | | 11/30/2020 | |
| 2020 | 1500 Dodge Ram | CR | | 2J98711 | 1C6RR7KT7LS160678 | | 11/30/2020 | |
| 2021 | 1500 Dodge Ram | CR | | 2J6660T | 1C6RR7KT0MS574080 | | 7/30/2021 | $44,496.00 |
| 2022 | 1500 Dodge Ram | CR | | 2J6363U | 3C6RR7KT1NG311797 | | | |
| 2022 | 1500 Dodge Ram | CR | | 2J6362U | 3C6RR7KTXNG311796 | | | |
| 2024 | 1500 Dodge Ram | CR | | 2JC409U | 1C6SRFCT9RN177579 | | | |
| 2024 | 1500 Dodge Ram | BP | | 2JC410U | 1C6SRFCT9RN177578 | | | |
| 1951 | 1951 WILL LL TK JEEP | CR | | | GB122616 | | | |
| 1979 | 1979 Ford | CR | | 2J6219T | F14HLED7999 | | | $5,000.00 |
| 2001 | 2001 Dodge 2500 | CR | | 2J6527T | 3B7KF23641G791729 | | | |
| 2003 | 2003 Honda | CR | | PRH384 | 9C2ME09023R011033 | | | |
| 2004 | 2004 Honda CRF230F | CR | | PRH385 | 9C2ME09064R006760 | | | |
| 2012 | 2500 Dodge Ram | CR | | | | | | $32,744.00 |
| 2014 | 2500 Dodge Ram | CR | | | | | 10/25/2013 | $35,817.17 |
| 2016 | 2500 Dodge Ram | CR | | 2J5234T | 3C6TR5CT3GG370393 | | 8/5/2016 | $77,450 |
| 2016 | 2500 Dodge Ram | CR | | 2J74596 | 3C6TR5CT8GG128697 | | 9/18/2015 | $36,573.40 |
| 2018 | 2500 Dodge Ram | CR | | 2J5559T | 3C6TR5CT9JG100415 | | | $38,681.74 |
| 2018 | 2500 Dodge Ram | BP | | 2J5800T | 3C6TR5CT5JG320800 | | 7/30/2018 | $38,503.66 |
| 2019 | 2500 Dodge Ram | CR | | 2J6100T | 3C6UR5CJ9KG603656 | | 9/5/2019 | $40,789.60 |
| 2020 | 2500 Dodge Ram | CR | | 2J6476T | 3C6UR5CJ8LG264163 | | 10/20/2020 | |
| 2021 | 2500 Dodge Ram | BP | | 2J6662T | 3C6UR5CJ6MG647634 | | 7/30/2021 | $43,428.85 |
| 2021 | 2500 Dodge Ram | CR | | 2J6661T | 3C6UR5CJ4MG647633 | | 7/30/2021 | $43,428.85 |
| 2022 | 2500 Dodge Ram | CR | | 2J6364U | 3C6UR5CL5NG311749 | | | |
| 2022 | 2500 Dodge Ram | CR | | 2J6365U | 3C6UR5CL1NG311750 | | | |
| 2024 | 2500 Dodge Ram | CR | | 2JC413U | 3C6UR5CL9RG174772 | | | |
| 2024 | 2500 Dodge Ram | CR | | 2JC414U | 3C6UR5CL9RG174773 | | | |
| 2007 | 3500 Dodge Ram | CR | #2 | 2J3832T | 3D6WH46A57G849714 | | | $36,750.00 |
| 2008 | 3500 Dodge Ram | CR | #5 | 2J2815T | 3D6WH46A48G229454 | | 5/15/2008 | $28,696.67 |
| 2008 | 3500 Dodge Ram | BP | #6 | 2J2821T | 3D6WH46A68G229455 | | | $28,696.67 |
| 2009 | 3500 Dodge Ram | BP | | 2J5347T | | | | |
| 2011 | 3500 Dodge Ram | CR | #9 | 2J5602T | | | | $33,858.00 |
| 2011 | 3500 Dodge Ram | CR | #10 | 2J5603T | | | | $33,858.00 |
| 2012 | 3500 Dodge Ram | CR | #13 | 2J6217T | | | | $36,281.00 |
| 2012 | 3500 Dodge Ram | CR | #14 | 2J6218T | | | | $35,348.17 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2013 | 3500 Dodge Ram | BP | #15 | 2J4340T | | | 6/1/2013 | $36,251 |
| 2013 | 3500 Dodge Ram | CR | #16 | 2J4324T | | | 6/1/2013 | $36,250.51 |
| 2013 | 3500 Dodge Ram | CR | #17 | 2J4325T | | | 6/1/2013 | $36,250.51 |
| 2015 | 3500 Dodge Ram | CR | #19 | 2J5414T | | | 10/162014 | $38,720.08 |
| 2015 | 3500 Dodge Ram | CR | #21 | 2J4870T | | | | $39,812.00 |
| 2015 | 3500 Dodge Ram | CR | #22 | 2J4871T | | | | $39,812.00 |
| 2015 | 3500 Dodge Ram | CR | #18 | 2J5413T | | | 10/16/2014 | $38,720.08 |
| 2015 | 3500 Dodge Ram | CR | #20 | 2J4693T | | | 10/16/2014 | $38,720.08 |
| 2015 | 3500 Dodge Ram | CR | #23 | 2J4872T | | | | $39,812.00 |
| 2016 | 3500 Dodge Ram | CR | #24 | 2J5235T | 3C7WRTAL8GG367280 | | 8/5/2016 | $39,812.76 |
| 2016 | 3500 Dodge Ram | CR | #25 | 2J5237T | 3C7WRTAL1GG367279 | | 8/5/2016 | $39,812.76 |
| 2016 | 3500 Dodge Ram | CR | #26 | 2J5236T | 3C7WRTALXGG367278 | | 8/5/2016 | $39,812.76 |
| 2017 | 3500 Dodge Ram | CR | #28 | 2J5474T | 3C7WRTAL5HG515080 | | 06/09/207 | $41,493.92 |
| 2017 | 3500 Dodge Ram | CR | #27 | 2J5475T | 3C7WRTAL7HG560988 | | 6/9/2017 | $41,493.92 |
| 2017 | 3500 Dodge Ram | CR | #29 | 2J5473T | 3C7WRTAL9HG560989 | | 6/9/2017 | $41,493.92 |
| 2018 | 3500 Dodge Ram | CR | #31 | 2J5796T | 3C7WRTAL0JG320784 | | 7/30/2018 | $42,765.92 |
| 2018 | 3500 Dodge Ram | CR | #30 | 2J5799T | 3C7WRTAL2JG320785 | | 7/30/2018 | $42,765.92 |
| 2018 | 3500 Dodge Ram | CR | #32 | 2J5798T | 3C7WRTAL4JG320786 | | 7/30/2018 | $42,765.92 |
| 2019 | 3500 Dodge Ram | CR | #33 | 2J6103T | 3C7WRTAL4KG603450 | | 9/5/2019 | $48,635.13 |
| 2019 | 3500 Dodge Ram | CR | #34 | 2J6104T | 3C7WRTAL6KG603451 | | 9/5/2019 | $48,635.13 |
| 2019 | 3500 Dodge Ram | CR | #35 | 2J6480T | 3CYWRTAL8KG603449 | | 9/5/2019 | $48,635.13 |
| 2020 | 3500 Dodge Ram | CR | 36 | 2J6478T | 3C7WRTAL2LG264155 | | 10/20/2020 | |
| 2020 | 3500 Dodge Ram | CR | 37 | 2J6479T | 3C7WRTAL4LG264156 | | 10/20/2020 | |
| 2020 | 3500 Dodge Ram | CR | 38 | 2J6477T | 3C7WRTAL6LG264157 | | 10/20/2020 | |
| 2021 | 3500 Dodge Ram | CR | #41 | 2J6664T | 3C7WRTAL7MG647574 | | 7/30/2021 | $47,284.00 |
| 2021 | 3500 Dodge Ram | CR | #39 | 2J6663T | 3C7WRTAL5MG647573 | | 7/30/2021 | $47,284.00 |
| 2021 | 3500 Dodge Ram | CR | #40 | 2J6665T | 3C7WRTAL9MG647575 | | 7/30/2021 | $47,284.00 |
| 2022 | 3500 Dodge Ram | CR | #42 | 2J6366U | 3C7WRTAL3NG311681 | | | |
| 2022 | 3500 Dodge Ram | CR | #44 | 2J6367U | 3C7WRTAL5NG311682 | | | |
| 2022 | 3500 Dodge Ram | CR | #43 | 2J6368U | 3C7WRTAL7NG311683 | | | |
| 2024 | 3500 Dodge Ram | CR | #45 | 2JC412U | 3C7WRTAL3RG174313 | | | |
| 2024 | 3500 Dodge Ram | CR | #46 | 2JC411U | 3C7WRTAL3RG174314 | | | |
| 1981 | Army Truck - BMY M923A2 | BP | USA07 | 2J6345T | NL09DFC52500261 | | 2/3/2020 | |
| 1984 | Army Truck - BMY M923A2 | BP | USA08 | 2J6327T | 531926C52302347 | | 2/3/2020 | |
| 1990 | Army Truck - BMY M923A2 | BP | USA01 | 2J5768T | 2302029 | | 6/6/2018 | $14,500 |
| 1990 | Army Truck - BMY M923A2 | BP | USA02 | 2J5756T | 2302220 | | 5/14/2018 | $14,500 |
| 1990 | Army Truck - BMY M923A2 | BP | USA03 | 2J5757T | 2302369 | | 5/14/2018 | $14,500 |
| 1990 | Army Truck - BMY M923A2 | BP | USA04 | 2J5769T | 2302399 | | 6/6/2018 | $14,500 |
| 1990 | Army Truck - BMY M923A2 | BP | USA05 | 2J5993T | 2303222 | | 3/1/2019 | $18,000 |
| 1990 | Army Truck - BMY M923A2 | BP | USA06 | 2J5994T | NL0Q851001AA077 | | 3/1/2019 | $18,000 |
| 1984 | Army Truck -AMGN DS TK | BP | USA09 | 2JC191U | NL0CX1C53100704 | | | |
| 1984 | Army Truck -AMGN DS TK | CR | USA11 | 2JC188U | NL0EPBC52304229 | | | |
| 1984 | Army Truck -AMGN DS TK | BP | USA10 | 2JC190U | NL0J4KC52306901 | | | |
| 1990 | Army Truck -AMGN DS TK | CR | USA12 | 2JC189U | 530536 | | | |

| Year | Description | Type | No. | Tag | VIN | | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2004 | Chevrolet (Smiley) | CR | 0988 | 2J70588 | 1GCEK14X64Z352966 | | | $14,000.00 |
| 1996 | Dodge Ram 2500 | BP | | | 1B6KF26Z8TJ193302 | | 9/11/2006 | |
| 2013 | F150 Ford | BP | #1 | | | | | $20,994 |
| 2013 | F150 Ford | BP | #6 | | | | | $18,924 |
| 2013 | F150 Ford | BP | #4 | | | | | $22,000 |
| 2013 | F150 Ford | BP | #2 | | | | 6/23/2017 | $20,994 |
| 2013 | F150 Ford | BP | #5 | | | | 6/23/2017 | $18,924 |
| 2013 | F150 Ford | BP | #3 | | | | | $22,000 |
| 2012 | F350 Ford | CR | #2 | | | | | $36,794.94 |
| 2012 | F350 Ford | CR | #3 | | | | | $36,794.94 |
| 2004 | F350 Ford (Chepe Welding Truck) | CR | #4 | 2J2093T | 1FDWF37P84EA94260 | | | $10,000.00 |
| 2009 | Feed Truck - Kenworth T800 | BP | | | 1NKDL50X19J237900 | | 3/7/2008 | $104,808 |
| 2009 | Feed Truck - Kenworth T800 | BP | | | 1NKDL50X79J237898 | | 3/7/2008 | $104,808 |
| 2009 | Feed Truck - Kenworth T800 | BP | | | 1NKDL50X99J237899 | | 3/7/2008 | $104,808 |
| 1994 | Feed Truck - Knight - 94 Ford Cabover | CR | #2 | | 1FDXH81E4RVA47382 | | | $90,000.00 |
| 1996 | Feed Truck - Knight - 95 Ford Cabover | CR | #3 | | 1FDXH81E2TVA02982 | | | $90,000.00 |
| 1996 | Feed Truck - Knight - 96 Ford Cabover | CR | #1 | | 1FDYH85E7TVA13250 | | | $100,000.00 |
| 2011 | Feed Truck - Knight - 97 Ford Cabover | CR | | | | | | |
| 1976 | Fire Truck - Maxim | CR | | 2J3800T | E51673381 | | 10/5/2011 | |
| 2018 | Ford Transit Van | CR | | 2J94641 | 1FBZX2YG6JKA87722 | | 12/14/2019 | $29,574.00 |
| 2016 | Gizmo Grain Truck | CR | #6 | | | | | $70,000.00 |
| 2018 | Gizmo Grain Truck | CR | #5 | | | | | $70,000.00 |
| 2010 | Gizmo Water Truck | CR | #1 | | | | | $70,000.00 |
| 2011 | Gizmo Water Truck | CR | #2 | | | | | $70,000.00 |
| 2012 | Gizmo Water Truck | CR | #4 | | | | | $70,000.00 |
| 2018 | Gizmo Water Truck | CR | #3 | | | | | |
| 1997 | Grain Truck - Knight - 94 Ford | CR | #4 | | 1FDXH81E0VVA03132 | | | $30,000.00 |
| 1997 | Grain Truck - Knight - 94 Ford | CR | | | 1FDXH81E2VVA03133 | | | |
| 2001 | Hay Truck - International 4700 | BP | | | 324016 | | 12/12/2007 | $54,147 |
| 2001 | Hay Truck - International 4700 | BP | | | 689382 | | 8/13/2007 | $54,147 |
| 2019 | Honda ATV  TRX420 | CR | | PRH394 | 1HFTE4036K4507650 | | | |
| 2016 | Honda ATV  TRX420F | CR | | PRH389 | 1HFTE4005G4203447 | | | |
| 2008 | Honda Rancher TRX420F | BP | | | | | 4/17/2008 | $5,666 |
| 2016 | Honda Rancher TRX420F | CR | | | LALAE041XF3200869 | | | |
| 2018 | Honda Rancher TRX420F | CR | | | | | | |
| 1997 | International Manure Truck | CR | #3 | 2J5752T | 1HSHCADR2VH442416 | | | $40,000.00 |
| 2000 | International Manure Truck | CR | #2 | 2J5454T | 1HTHCADR2YH315732 | | | $40,000.00 |
| 2000 | International Manure Truck | CR | #1 | 2J5751T | 1HTHCADR3YH288878 | | | $40,000.00 |
| 1996 | Kenworth Semi T800 | CR | #111 | XF5293 | 1XKDD69X9TJ695574 | | 3/8/2005 | $25,000.00 |
| 2003 | Kenworth Semi T800 | CR | #222 | YL4 | 1XKDPB0XX3R389515 | | | $57,750.00 |
| 2005 | Kenworth Semi T800 | CR | #44 | XF5296 | 1XKDP40X25R070124 | | 5/5/2008 | $88,658.00 |
| 2005 | Kenworth Semi T800 | CR | #777 | XF5299 | 1XKDPB0X35R124311 | | 5/5/2008 | $88,658.00 |
| 2019 | Mahindra Roxor Jeep | BP | 4 | MRZ372 | A5ZAAAAAHKA006026 | | 1/31/2020 | $20,877 |

| 2019 | Mahindra Roxor Jeep | BP | 2 | MRZ375 | A5ZAAAAAJKA006021 | | 1/31/2020 | $20,877 |
| 2019 | Mahindra Roxor Jeep | BP | 3 | MRZ373 | A5ZAAAAALKA006025 | | 1/31/2020 | $20,877 |
| 2019 | Mahindra Roxor Jeep | BP | 1 | MRZ374 | A5ZAAAAAPKA006016 | | 1/31/2020 | $20,877 |
| 2022 | Mahindra Roxor Jeep BLACK | BP | ? | RUMG71 | A5ZAAAAALNA008247 | | | $28,880 |
| 2022 | Mahindra Roxor Jeep BLACK | BP | ? | RUMG72 | A5ZAAAAAPNA008417 | | | $28,880 |
| 2022 | Mahindra Roxor Jeep BLACK | BP | ? | RUMG73 | A5ZAAAAATNA008416 | | | $28,880 |
| 1984 | Seed Truck - Mohrlang International | CR | | | 1HSLRTVN6EHA49263 | | | $30,000.00 |
| 2019 | Toyota  Pickup Tac | CR | | 2J92168 | 3TMCZ5ANXKM252428 | | | |
| 1994 | Water Truck Ford | BP | #1 | | 1FDXH81E0RVA47380 | | | |
| 1997 | Water Truck Ford | BP | #2 | 2J5772T | 1FDXH81E4VVA03134 | | | |
| 1994 | Water Truck Ford L8000 | CR | | | 1FTYR82E1RVA31564 | | 5/25/2004 | $25,000.00 |
| 1998 | Water Truck GMC | CR | | | 1GDJ7H1J7WJ501892 | | 3/13/2015 | $17,000.00 |
| | | | | | | | **Total** | **$3,933,152.43** |
| | | | | | | | | |

**Fill in this information to identify the case:**

Debtor name      **Millenkamp Cattle, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    **24-40158-NGH**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1    A. Scott Jackson Trucking**
Creditor's Name

**PO Box 56**
**Jerome, ID 83338**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/21/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Hay and 2023 Barley**

**Describe the lien**
**Ag Lien**
**Is the creditor an insider or related party?**
☐ No
☑ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$184,656.30**       Column B: **$24,229,019.00**

**2.2    Alexander K. Reed**
Creditor's Name

**4296 N 2100 E**
**Filer, ID 83328**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/10/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2023 Ensilage**

**Describe the lien**
**Ag Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$130,991.73**       Column B: **$24,229,019.00**

| Debtor | **Millenkamp Cattle, Inc.** | | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **B & H Farming** | Describe debtor's property that is subject to a lien | $323,120.18 | $24,229,019.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Ensilage and 2023 Hay** | | |

**PO Box 123**
**Rupert, ID 83350**

Creditor's mailing address

Creditor's email address, if known

**Describe the lien**
**Ag Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/1/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Bo Stevenson and B&A Farms** | Describe debtor's property that is subject to a lien | $195,478.80 | $24,229,019.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Ensilage** | | |

**1001 S 1900 E**
**Hazelton, ID 83335**

Creditor's mailing address

Creditor's email address, if known

**Describe the lien**
**Ag Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/25/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Clint D. Thompson** | Describe debtor's property that is subject to a lien | $49,000.00 | $24,229,019.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Ensilage** | | |

**298 North 200 West**
**Jerome, ID 83338**

Creditor's mailing address

**Describe the lien**
**Ag Lien**

**Is the creditor an insider or related party?**
☑ No

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **CNH Industrial Capital** | **Describe debtor's property that is subject to a lien** | $3,046,088.44 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Equipment - See attached equipment lien spreadsheet** | | |

**500 Diller Ave.**
**New Holland, PA 17557**
Creditor's mailing address

**Describe the lien**
**Equipment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Conterra Agricultural Cap.** | **Describe debtor's property that is subject to a lien** | $21,486,023.04 | $178,869,096.00 |
|---|---|---|---|---|
| | Creditor's Name | **Personal Property** | | |

**5465 Mills Civic Pkwy**
**Suite 201**
**West Des Moines, IA 50266**
Creditor's mailing address

**Describe the lien**
**Blanket Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**legal@conterraag.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

Debtor   **Millenkamp Cattle, Inc.**                                    Case number (if known)   **24-40158-NGH**
     Name

| 2.8 | **Daimler Truck Financial Svcs** | Describe debtor's property that is subject to a lien | $1,741,693.25 | Unknown |

Creditor's Name

**14372 Heritage Pkwy**
**Suite 400**
**Fort Worth, TX 76177**

Creditor's mailing address

**Certain Vehicles**

**Describe the lien**
**Vehicle Liens**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Douglas J. Grant** | Describe debtor's property that is subject to a lien | $222,617.06 | $24,229,019.00 |

Creditor's Name

**2020 E 500 S**
**Hazelton, ID 83335**

Creditor's mailing address

**2023 Ensilage**

**Describe the lien**
**Ag Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/18/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Dusty Brow Farms, Inc.** | Describe debtor's property that is subject to a lien | $245,000.00 | $24,229,019.00 |

Creditor's Name

**2601 E 1100 S**
**Hazelton, ID 83335-6235**

Creditor's mailing address

**2023 Ensilage**

**Describe the lien**
**Ag Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/25/23**

---

Debtor   **Millenkamp Cattle, Inc.**                                              Case number (if known)   **24-40158-NGH**
_____
Name

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1
1**   **Ed Chojnacky**                    Describe debtor's property that is subject to a lien          $706,083.60          $24,229,019.00
_____
Creditor's Name                          **2023 Ensilage**

**298 N. 100 W
Jerome, ID 83338**
_____
Creditor's mailing address               Describe the lien

                                         **Ag Lien**
                                         Is the creditor an insider or related party?
_____
Creditor's email address, if known       ■ No
                                         ☐ Yes
                                         Is anyone else liable on this claim?

**Date debt was incurred**               ■ No
**/29/23**                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1
2**   **Farmers Bank**                   Describe debtor's property that is subject to a lien         $2,448,221.01          Unknown
_____
Creditor's Name                          **Equipment - see attached Equipment Lien
                                         Spreadsheet**
**PO Box 505
Jerome, ID 83338**
_____
Creditor's mailing address               Describe the lien

                                         **Equipment Lien**
                                         Is the creditor an insider or related party?

_____   ■ No
Creditor's email address, if known       ☐ Yes
                                         Is anyone else liable on this claim?
**Date debt was incurred**               ☐ No
                                         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1
3**   **Grant & Hagan, Inc.**            Describe debtor's property that is subject to a lien          $604,551.60          $24,229,019.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  5 of 17

Debtor    **Millenkamp Cattle, Inc.**                                    Case number (if known)    **24-40158-NGH**
_____
Name

| Creditor's Name | **2023 Ensilage** | | |
|---|---|---|---|

**PO Box 326**
**Hazelton, ID 83335**
_____
Creditor's mailing address

**Describe the lien**
**Ag Lien**
**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**9/20/23**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Grant 4-D Farms, LLC** | **Describe debtor's property that is subject to a lien** | $396,601.71 | $24,229,019.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Ensilage** | | |

**707 E 600 N**
**Rupert, ID 83350**
_____
Creditor's mailing address

**Describe the lien**
**Ag Lien**
**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**9/24/23**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **H&M Custom, LLC** | **Describe debtor's property that is subject to a lien** | $4,769,170.28 | $24,229,019.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Ensilage** | | |

**PO Box 722**
**Burley, ID 83318**
_____
Creditor's mailing address

**Describe the lien**
**Ag Lien & Crop Lien**
**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

☐ No
■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Hollifield Ranches, Inc.** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**    $2,044,794.31    $24,229,019.00
**2023 Ensilage**

**22866 Hwy 30**
**Hansen, ID 83334**
Creditor's mailing address

**Describe the lien**
**Ag Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/16/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Jean L. Thompson** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**    $38,000.00    $24,229,019.00
**2023 Ensilage**

**255 North 250 West**
**Jerome, ID 83338**
Creditor's mailing address

**Describe the lien**
**Ag Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **John Deere Const. & Forestry** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**    $945,151.56    Unknown
**Equipment - see attached Equipment Lien spreadsheet**

**One John Deere Place**
**Moline, IL 61265**
Creditor's mailing address

**Describe the lien**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  7 of 17

| Debtor | **Millenkamp Cattle, Inc.** | | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|---|
| | Name | | | |

**UCC Financing Statement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.19 | **Kraus Farms, LLC** | **Describe debtor's property that is subject to a lien** | **$480,313.10** | **$24,229,019.00** |
|---|---|---|---|---|

Creditor's Name

**2023 Barley and 2023 Rye (including Triticate) and 2023 Hay**

**165 S 400 W**
**Rupert, ID 83350**

Creditor's mailing address

**Describe the lien**

**Ag Lien and Crop Liens**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/31/23**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **Mercedes-Benz Financial Svcs** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Certain vehicles**

**PO Box 279274**
**Sacramento, CA 95827-9274**

Creditor's mailing address

**Describe the lien**

**Vehicle Liens**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

| Debtor | **Millenkamp Cattle, Inc.** | | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|---|
| | Name | | | |

■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.2 1 | **Metropolitan Life Ins. Co.** | Describe debtor's property that is subject to a lien | **$180,473,929.72** | **$178,869,096.0 0** |
|---|---|---|---|---|
| | Creditor's Name | **Various personal property of the Debtor** | | |

**10801 Mastin Blvd, Ste. 930
Overland Park, KS 66210**

Creditor's mailing address

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Unliquidated

☐ Disputed

---

| 2.2 2 | **Metropolitan Tower Life Ins.** | Describe debtor's property that is subject to a lien | **$180,473,929.72** | **$178,869,096.0 0** |
|---|---|---|---|---|
| | Creditor's Name | **Various personal property of the Debtor** | | |

**205 East River Park Circle
Suite 430
Fresno, CA 93720**

Creditor's mailing address

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Unliquidated

☐ Disputed

---

| 2.2 3 | **Mike Chojnacky** | Describe debtor's property that is subject to a lien | **Unknown** | **$24,229,019.00** |
|---|---|---|---|---|
| | Creditor's Name | **2023 Ensilage** | | |

**51 W 600 N
Jerome, ID 83338**

Creditor's mailing address

Describe the lien
**Ag Lien**

---

Debtor   **Millenkamp Cattle, Inc.**
_____
　　　Name

Case number (if known)   **24-40158-NGH**

---

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**
_____

**Date debt was incurred**
**10/5/23**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.2 4 | **Milner Hay Company, LLC** | Describe debtor's property that is subject to a lien | $114,885.00 | $24,229,019.00 |

Creditor's Name

**1154 W 200 S**
**Jerome, ID 83338**

Creditor's mailing address

**2023 Barley**
_____

**Describe the lien**
**Ag Lien**
_____

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/9/23**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 5 | **Moss Grain Partnership** | Describe debtor's property that is subject to a lien | $430,000.00 | $24,229,019.00 |

Creditor's Name

**301 Scott Ave., Ste. 4**
**Rupert, ID 83350**

Creditor's mailing address

**2023 Ensilage**
_____

**Describe the lien**
**Ag Lien**
_____

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/27/23**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **NorthWest Seed, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **$24,229,019.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 65
Hazelton, ID 83335**

Creditor's mailing address

**2024 Hay**

Describe the lien
**Crop Lien**

Is the creditor an insider or related party?
☐ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Performance Plus-Idaho, LLC** | Describe debtor's property that is subject to a lien | **$29,931.45** | **$24,229,019.00** |
|---|---|---|---|---|

Creditor's Name

**314 5500 E
Jerome, ID 83338**

Creditor's mailing address

**2023 Sugar Beets**

Describe the lien
**Ag Lien**

Is the creditor an insider or related party?
☐ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/24/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **PerforMix Nutrition Systems** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**2201 N. 20th Street
Nampa, ID 83687**

Creditor's mailing address

**Goods and product sold to Debtor by PerforMix**

Describe the lien
**UCC Financing Statement**

---

| Debtor | **Millenkamp Cattle, Inc.** | | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

**2.29**

**Rabo Agrifinance LLC**
Creditor's Name

**14767 North Outer 40 Road Suite 400**
**Chesterfield, MO 63017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Personal Property**

**Describe the lien**
**Blanket Liens**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

$93,842,831.04    $178,869,096.00

---

**2.30**

**Standing 16 Ranch**
Creditor's Name

**335 W 300 N**
**Jerome, ID 83338**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/9/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2023 Ensilage**

**Describe the lien**
**Ag Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$536,454.40    $24,229,019.00

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **Star Falls Farms LLC** | Describe debtor's property that is subject to a lien | $202,439.34 | $24,229,019.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Ensilage** | | |

**1908 E 1300 S
Hazelton, ID 83335**
Creditor's mailing address

Describe the lien
**Crop Lien and Ag Lien**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred
9/20/23
Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **Steel Ranch LLC** | Describe debtor's property that is subject to a lien | $160,000.00 | $24,229,019.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Ensilage** | | |

**2597 E 1100 S
Hazelton, ID 83335-6215**
Creditor's mailing address

Describe the lien
**Ag Lien**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred
9/24/23
Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **Triple C Farms, L.L.C.** | Describe debtor's property that is subject to a lien | $1,000,195.27 | $24,229,019.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Ensilage** | | |

**474 S. 500 W
Jerome, ID 83338**
Creditor's mailing address

Describe the lien
**Ag Lien**

---

Debtor    **Millenkamp Cattle, Inc.**
_____        Case number (if known)    **24-40158-NGH**
Name

_____    Is the creditor an insider or related party?
Creditor's email address, if known       ■ No
                                          ☐ Yes
                                          **Is anyone else liable on this claim?**

**Date debt was incurred**                ■ No
**10/8/23**                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.3 4 | **Tyche Ag, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$24,229,019.00** |
|---|---|---|---|---|

Creditor's Name         **2023 Hay**

**PO Box 123**
**Rupert, ID 83350**
_____    **Describe the lien**
Creditor's mailing address          **Ag Lien**
                                    Is the creditor an insider or related party?
                                    ■ No
_____    ☐ Yes
Creditor's email address, if known  **Is anyone else liable on this claim?**

**Date debt was incurred**          ■ No
**9/30/23**                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
■ No                                ☐ Contingent
☐ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.3 5 | **Viserion Grain, LLC** | Describe debtor's property that is subject to a lien | **$3,079,731.16** | **$24,229,019.00** |
|---|---|---|---|---|

Creditor's Name         **2022 Field Corn**

**44 Cook St. Ste. 320**
**Denver, CO 80206**
_____    **Describe the lien**
Creditor's mailing address          **Ag Lien**
                                    Is the creditor an insider or related party?
                                    ■ No
_____    ☐ Yes
Creditor's email address, if known  **Is anyone else liable on this claim?**

**Date debt was incurred**          ■ No
**5/5/23**                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **Wada Farms Partnership** | Describe debtor's property that is subject to a lien | $374,432.50 | $24,229,019.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Hay** | | |

**326 S 1400 W
Pingree, ID 83262**
Creditor's mailing address

Describe the lien
**Ag Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
10/19/23**
**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **Youree Land & Livestock** | Describe debtor's property that is subject to a lien | $112,157.02 | $24,229,019.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Ensilage** | | |

**3953 North 3300 East
Twin Falls, ID 83301**
Creditor's mailing address

Describe the lien
**Ag Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
9/28/23**
**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $500,888,472.59 |
|---|---|---|

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **Millenkamp Cattle, Inc.** | | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|---|
| | Name | | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ag Funding SC II LLC**<br>**5465 Mills Civic Pkwy**<br>**Suite 201**<br>**West Des Moines, IA 50266** | Line **2.7** | |
| **Burks Tractor Company, Inc.**<br>**3140 Kimberly Rd.**<br>**Twin Falls, ID 83301** | Line **2.6** | |
| **CNH Industrial Capital**<br>**PO Box 71264**<br>**Philadelphia, PA 19176-6264** | Line **2.6** | |
| **CNH Industrial Retail Accts.**<br>**PO Box 71264**<br>**Philadelphia, PA 19176-6264** | Line **2.6** | |
| **Coastline Equipment Co.**<br>**26 E 300 S**<br>**Jerome, ID 83338** | Line **2.18** | |
| **David A. Coleman**<br>**PO Box 525**<br>**Twin Falls, ID 83303-0525** | Line **2.34** | |
| **David A. Coleman**<br>**PO Box 525**<br>**Twin Falls, ID 83303-0525** | Line **2.3** | |
| **David Shirley**<br>**PO Box 910**<br>**Burley, ID 83318-0910** | Line **2.25** | |
| **Farmers Bank**<br>**1441 South Lincoln**<br>**Jerome, ID 83338** | Line **2.12** | |
| **Fletcher Law Office**<br>**PO Box 248**<br>**Burley, ID 83318-0248** | Line **2.32** | |
| **Fletcher Law Office**<br>**PO Box 248**<br>**Burley, ID 83318-0248** | Line **2.10** | |
| **Jeffrey E. Rolig**<br>**PO Box 5455**<br>**Twin Falls, ID 83303-5455** | Line **2.2** | |
| **PTG of Idaho, LLC**<br>**541 Arlen Dr.**<br>**Jerome, ID 83338** | Line **2.8** | |
| **Rabo Agrifinance, Inc.**<br>**12443 Olive Blvd., Suite 5**<br>**Saint Louis, MO 63141** | Line **2.29** | |

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Robert E. Williams**<br>**Williams, Meservy & Larsen**<br>**PO Box 168**<br>**Jerome, ID 83338-0168** | Line  **2.11** | |
| **Robert E. Williams**<br>**Williams, Meservy & Larsen**<br>**PO Box 168**<br>**Jerome, ID 83338-0168** | Line  **2.23** | |
| **Robert E. Williams**<br>**Williams, Merservy & Larsen**<br>**PO Box 168**<br>**Jerome, ID 83338-0168** | Line  **2.33** | |
| **Robert E. Williams**<br>**Williams, Meservy & Larsen**<br>**PO Box 168**<br>**Jerome, ID 83338-0168** | Line  **2.13** | |
| **Sawtooth Law Offices PLLC**<br>**1101 W River St., Ste. 110**<br>**Boise, ID 83702-7067** | Line  **2.35** | |
| **Steven Huettig**<br>**1908 E 1300 S**<br>**Hazelton, ID 83335-5428** | Line  **2.31** | |
| **Theodore Larsen**<br>**153 E. Main St.**<br>**Jerome, ID 83338-2332** | Line  **2.16** | |
| **Wright Brothers Law Office**<br>**PO Box 5678**<br>**Twin Falls, ID 83303-5678** | Line  **2.15** | |
| **Wright Brothers Law Office**<br>**PO Box 5678**<br>**Twin Falls, ID 83303-5678** | Line  **2.26** | |

| Fill in this information to identify the case: |
|---|

Debtor name __**Millenkamp Cattle, Inc.**__

United States Bankruptcy Court for the:   __DISTRICT OF IDAHO__

Case number (if known) __**24-40158-NGH**__

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Cassia County Tax Collector**<br>**1459 Overland Ave**<br>**Rm 102**<br>**Burley, ID 83318** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $59,591.88 | $59,591.88 |
| | Date or dates debt was incurred | Basis for the claim:<br>**2023 Property Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**Ogden, UT 84201-0038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $110,286.93 | $106,391.51 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

**2.3** | Priority creditor's name and mailing address

**Idaho State Tax Commission**
**PO Box 36**
**Boise, ID 83707**

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

| **Unknown** | **Unknown** |

---

**Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**A & K Trucking**
**1897 E 990 S**
**Hazelton, ID 83335**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$12,296.17**

**3.2** | Nonpriority creditor's name and mailing address

**A. Scott JacksonTrucking Inc**
**PO Box 56**
**Jerome, ID 83338**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Collection Action; Jerome County District Court Case No. CV27-24-00197

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.3** | Nonpriority creditor's name and mailing address

**ABS Global Inc**
**Box 22144 Network Place**
**Chicago, IL 60673-1221**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$606,967.16**

**3.4** | Nonpriority creditor's name and mailing address

**Addison Biological Lab**
**507 N Cleveland St**
**Fayette, MO 65248**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$26,450.00**

**3.5** | Nonpriority creditor's name and mailing address

**Aden Brook Trading Corp**
**PO Box 217**
**Montgomery, NY 12549**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$83,418.24**

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(if known)* | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,705.10**

**ADM Animal Nutrition**
**75 Remittance Dr**
**Ste #1365**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,022.20**

**Ag-Rows, Inc**
**321 S Hwy 27**
**Burley, ID 83318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00**

**Al-Mar Dairy**
**1255 Grandview Ave**
**Parma, ID 83660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ■ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$536.23**

**Allegiance Dairy Services**
**111 Overland Ave**
**Burley, ID 83318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74,788.22**

**AllFlex USA**
**PO Box 848533**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194,887.30**

**Automation Werx, LLC**
**PO Box 3066**
**Idaho Falls, ID 83403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**B & H Farming**
**PO Box 123**
**Rupert, ID 83350**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __February 5, 2024__

Last 4 digits of account number __

Basis for the claim: __Collection Action; Cassia County District Court
Case No. CV16-24-00111__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|

---

**3.13** | Nonpriority creditor's name and mailing address

**Badger Bearing PTP, Inc**
230 W 20 S
Burley, ID 83318

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,141.63**

---

**3.14** | Nonpriority creditor's name and mailing address

**Bear Necessities Prtbl Rstrm**
PO Box 1952
Twin Falls, ID 83303

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,188.93**

---

**3.15** | Nonpriority creditor's name and mailing address

**Black Cat Dairy**
5655 S Black Cat Rd
Meridian, ID 83642

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$51,150.00**

---

**3.16** | Nonpriority creditor's name and mailing address

**Black Eagle Construction LLC**
PO Box 562
Meridian, ID 83680

Date(s) debt was incurred  **August 20, 2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cassia County District Court Case No. CV16-21-00761**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.17** | Nonpriority creditor's name and mailing address

**Black Pine Construction, LLC**
1100 E 1000 S
Albion, ID 83311

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,030.00**

---

**3.18** | Nonpriority creditor's name and mailing address

**BLN Huettig Farms**
1247 S. 2000 E.
Hazelton, ID 83335

Date(s) debt was incurred  **February 1, 2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Action; Jerome County District Court Case No. CV27-24-00101**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.19** | Nonpriority creditor's name and mailing address

**Blue Cross of Idaho**
PO Box 6948
Boise, ID 83707

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$48,931.90**

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

---

**3.20**

**Nonpriority creditor's name and mailing address**
Boyce Equipment&Parts Co,Inc
2893 S American Way
Ogden, UT 84401

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☐ No ☐ Yes

$10,191.19

---

**3.21**

**Nonpriority creditor's name and mailing address**
Brandi Ann M Bartholomew
C/O Eric Clark Clark & Assoc
PO Box 2504
Eagle, ID 83616

Date(s) debt was incurred  February 22, 2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Personal Injury Action; Jerome County District Court Case No. CV27-24-00186

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.22**

**Nonpriority creditor's name and mailing address**
Brett Jensen Farms
2000 W 113 N
Idaho Falls, ID 83402

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☐ No ☐ Yes

$318,774.70

---

**3.23**

**Nonpriority creditor's name and mailing address**
BUNGE Canada
2765 Solution Center
Chicago, IL 60677

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☐ No ☐ Yes

$1,145,983.84

---

**3.24**

**Nonpriority creditor's name and mailing address**
Butte Irrigation Inc
PO Box 790
Paul, ID 83347

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☐ No ☐ Yes

$157,442.58

---

**3.25**

**Nonpriority creditor's name and mailing address**
Carne I Corp.
134 E Highway 81
Burley, ID 83318

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$232,337.09

---

**3.26**

**Nonpriority creditor's name and mailing address**
Clear Lakes Products
PO Box 246
Buhl, ID 83316

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$687,864.04

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$454,871.41**

**Clear Water Products LLC**
**1834 1st Ave**
**Greeley, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$133,091.22**

**CNH Productivity Plus BP**
**PO Box 71264**
**Philadelphia, PA 19176-6264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86,505.77**

**CNH Productivity Plus MC**
**PO Box 71264**
**Philadelphia, PA 19176-6264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$139,968.56**

**Coastline Equipment**
**2000E Overland Rd**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,024.00**

**Commodities Plus**
**5207 E 3rd Ave**
**Spokane, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,697.71**

**Dairy Tech Inc.**
**PO  Box 250**
**Severance, CO 80546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,513.20**

**Darling Ingredients**
**PO Box 554885**
**Detroit, MI 48255-4885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Millenkamp Cattle, Inc.** | | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.34**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,550.00 |
|---|---|---|
| **Diamond B Dairy**<br>**2169 E 3200 S**<br>**Wendell, ID 83355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.35**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214,141.00 |
|---|---|---|
| **Eide Bailly LLP**<br>**1505 Madrona St N**<br>**#800**<br>**Twin Falls, ID 83301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.36**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76,275.69 |
|---|---|---|
| **Electrical Werx&Construction**<br>**PO Box 3066**<br>**Idaho Falls, ID 83401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,813.00 |
|---|---|---|
| **Element Heating and Cooling**<br>**347 Locust St**<br>**Twin Falls, ID 83301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $467,526.68 |
|---|---|---|
| **Elevation Electric**<br>**485 S Idaho St**<br>**Wendell, ID 83355** | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,624.12 |
|---|---|---|
| **Evans Plumbing**<br>**111 Gulf Stream Lane**<br>**Hailey, ID 83333** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,220.97 |
|---|---|---|
| **Farmore**<br>**642 Farmore Rd**<br>**Jerome, ID 83338** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Debtor   **Millenkamp Cattle, Inc.**
_____
Name

Case number (if known)    **24-40158-NGH**

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,541.03 |
|---|---|---|---|

**Ferguson Enterprises, Inc**
**PO Box 847411**
**Dallas, TX 75284-7411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.94 |
|---|---|---|---|

**Floyd Lilly Company Inc**
**PO Box 461**
**353 3rd Ave S**
**Twin Falls, ID 83303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,762.44 |
|---|---|---|---|

**Franklin Building Supply**
**1390 Highland Ave E**
**Twin Falls, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,732.00 |
|---|---|---|---|

**G.J. Verti-line Pumps Inc**
**1970 Highland Ave E**
**PO Box 892**
**Twin Falls, ID 83303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,955.03 |
|---|---|---|---|

**Givens Pursely LLP**
**PO Box 2720**
**Boise, ID 83701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313,697.15 |
|---|---|---|---|

**Green Source Automation**
**3506 Moore Rd**
**Ceres, CA 95307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $213,802.20 |
|---|---|---|---|

**Harper Family Partnership**
**2045 E 850 S**
**Declo, ID 83323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,067.60** |
|---|---|---|---|

**Healthy Earth EnterprisesLLC**
**76 N 400 W**
**Jerome, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,500.00** |
|---|---|---|---|

**Heeringa Construction, LLC**
**18521 E Queen Creek Rd**
**#105-481**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$226,291.80** |
|---|---|---|---|

**Holesinksky Farms LLC**
**PO Box 246**
**Buhl, ID 83316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,663.39** |
|---|---|---|---|

**Idaho Materials&Construction**
**1310 Addison Ave W**
**Twin Falls, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,038.55** |
|---|---|---|---|

**Idaho Power**
**PO Box 6062**
**Boise, ID 83707-6062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$583,503.71** |
|---|---|---|---|

**J.D. Heiskell & Co.**
**139 River Vista Place**
**Ste 102**
**Twin Falls, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,160.00** |
|---|---|---|---|

**James Farrell & Company**
**PO Box 94583**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

---

**3.55**

**Nonpriority creditor's name and mailing address**

**JF Farms Inc**
**1879 Shoestring Rd**
**Gooding, ID 83330**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$128,160.00**

---

**3.56**

**Nonpriority creditor's name and mailing address**

**Kentworth Sales Company**
**Dept #1**
**PO Box 27088**
**Salt Lake City, UT 84127-0088**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$43,950.10**

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Landview Inc - Industrial**
**PO Box 475**
**Rupert, ID 83350**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,851.18**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Landview Inc - Livestock**
**PO Box 475**
**Rupert, ID 83350**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,269,571.03**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Leedstone**
**222 Co Rd 173 SE**
**Melrose, MN 56352**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$14,498.98**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**Les Schwab Tire Center - BP**
**2555 S Overland**
**Burley, ID 83318**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$89,148.09**

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Les Schwab Tire Center - MC**
**1848 S Lincoln**
**Jerome, ID 83338**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$168,906.74**

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,670.68 |
|---|---|---|---|

**Liberty Basin LLC**
**134 E Highway 81**
**Burley, ID 83318**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,224.00 |
|---|---|---|---|

**Macrae Custom Farming, Inc**
**355 S 950 W**
**Heyburn, ID 83336**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.33 |
|---|---|---|---|

**Magic Valley Equipment Inc**
**517 East Ellis**
**PO Box 746**
**Paul, ID 83347**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**McAlvain Concrete, Inc.**
**5559 W Gowen Rd #100**
**Boise, ID 83709**

Date(s) debt was incurred __May 24, 2021__

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Collection/Lien Foreclosure Action; Cassia County District Court__
__Case No. CV16-21-00486__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159,779.41 |
|---|---|---|---|

**MicroProteins**
**8019 W Buckskin**
**Pocatello, ID 83201**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,715.86 |
|---|---|---|---|

**Minidoka Irrigation District**
**98 W 50 S**
**Rupert, ID 83350**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,866,101.33 |
|---|---|---|---|

**MWI Veterinary**
**3041 W Pasadena Dr**
**Boise, ID 83705**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt for Black Pine Cattle, Inc., Idaho Jersey Girls Jerome Dairy LLC, Idaho Jersey Girls LLC (Milkers), and Millenkamp Cattle Inc__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Napa Auto Parts**
**PO Box 1425**
**Twin Falls, ID 83303-1425**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$35,543.16**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Nelsen Farms LLC**
**120 E 600 N**
**Jerome, ID 83338**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$53,000.00**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Nevin,Benjamin,McKay&Bartlett**
**303 W Bannock St**
**Boise, ID 83702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal Services

Is the claim subject to offset? ■ No ☐ Yes

**$215.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**Norco, Inc**
**PO Box 35144**
**Seattle, WA 98124-5144**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$36.52**

---

**3.73**

**Nonpriority creditor's name and mailing address**

**North Side Canal Company**
**921 N Lincoln**
**Jerome, ID 83338**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$24,190.92**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**Novoa Trucking**
**1751 Occidental Ave**
**Burley, ID 83318**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$42,313.70**

---

**3.75**

**Nonpriority creditor's name and mailing address**

**Pacific Steel & Recycling**
**PO Box 1413**
**Twin Falls, ID 83303-1413**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$55,420.60**

---

Debtor   **Millenkamp Cattle, Inc.**                                      Case number (if known)   **24-40158-NGH**
Name

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,486.32 |
|------|--------|--------|--------|

**Penn Millers Insurance Co**
**c/o Chubb Agribusiness**
**PO Box 62453**
**Baltimore, MD 21264-2453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,297.69 |
|------|--------|--------|--------|

**Premier Truck Group**
**541 Arlen Dr**
**Jerome, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,423.21 |
|------|--------|--------|--------|

**Pro Rentals & Sales**
**PO Box 5450**
**Kalispell, MT 59903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,271.10 |
|------|--------|--------|--------|

**Progressive Dairy Srvc&Spply**
**485 S Idaho St**
**Wendell, ID 83355**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,795.81 |
|------|--------|--------|--------|

**Raft River Rural Electric**
**PO Box 617**
**Malta, ID 83342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,951.63 |
|------|--------|--------|--------|

**Rangen**
**PO Box 706**
**Buhl, ID 83316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $923,212.00 |
|------|--------|--------|--------|

**Receptor Food Group**
**PO Box 475**
**Rupert, ID 83350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Millenkamp Cattle, Inc.**
_____          Case number (if known)    **24-40158-NGH**
        Name

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,991.73 |

**Reed Farms**
**4296 N 2100 E**
**Filer, ID 83328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170,040.43 |

**Riveron RTS, LLC**
**PO Box 679265**
**Dallas, TX 75267-9265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $717,336.02 |

**Rocky Mountain Agronomics**
**1912 W Main**
**Burley, ID 83318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,259.11 |

**Rogers Machinery**
**PO Box 35142**
**LB 1502**
**Seattle, WA 98124-5142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,090.00 |

**S&O Mata Trucking LLC**
**365 E 27th St**
**Burley, ID 83318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,027.65 |

**Schaeffer Mfg. Co.**
**PO Box 790100**
**Dept. 3518**
**Saint Louis, MO 63179-0100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,193.82 |

**Schow's Auto Parts**
**PO Box 94**
**Rupert, ID 83350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$121,800.00**

SeCon LLC
24829 Simplot Blvd
Wilder, ID 83676

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,919.50**

Select Sires Mid America Inc
833 W 400 N
Logan, UT 84321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,975.00**

Silva Brothers
1202 E 4150 N
Buhl, ID 83316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,769.60**

ST Genetics
PO Box 842923
Dallas, TX 75284-2923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208,489.50**

Standlee Premium Products
22349 Kimberly Rd
Ste E
Kimberly, ID 83341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,577.00**

State Insurance Fund
PO Box 990002
Boise, ID 83799-0002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,090.25**

Streamline Precision
120 S 100 W
Burley, ID 83318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Millenkamp Cattle, Inc.**
_____
Name

Case number (if known)   **24-40158-NGH**
_____

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,781.00 |
|---|---|---|---|

**T.L.K. Dairy Inc**
**650 N 2nd E**
**Mountain Home, ID 83647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,436.66 |
|---|---|---|---|

**Tacoma Screw Products**
**Attn: Accounts Receivable**
**2001 Center St**
**Tacoma, WA 98409-7895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,357.50 |
|---|---|---|---|

**Taqueria Tamazula Trucking**
**1842 Hansen Ave**
**Burley, ID 83318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261,863.47 |
|---|---|---|---|

**The Dairy Solutions Group**
**396 Railway St**
**Jerome, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,965.00 |
|---|---|---|---|

**Triple B Farms, LLC**
**131 Broncho Rd**
**Blackfoot, ID 83221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,897.80 |
|---|---|---|---|

**Twin Falls Canal Co.**
**PO Box 326**
**Twin Falls, ID 83303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $626.35 |
|---|---|---|---|

**Urgent Care of Jerome**
**133 W Ave A**
**Ste B**
**Jerome, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

---

**3.104**  Nonpriority creditor's name and mailing address

**V&M Trucking LLC**
**259 Diana Dr**
**Burley, ID 83318**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$17,710.00

---

**3.105**  Nonpriority creditor's name and mailing address

**Valley Co-op Tanker**
**2114 N 20th St**
**Nampa, ID 83687**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt for Black Pine Cattle Inc and Millenkamp Cattle Inc

Is the claim subject to offset? ■ No  ☐ Yes

$191,579.79

---

**3.106**  Nonpriority creditor's name and mailing address

**Valley Wide COOP**
**2114 N 20th St**
**Nampa, ID 83687**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$172,748.83

---

**3.107**  Nonpriority creditor's name and mailing address

**Vanden Bosch Inc**
**PO Box 543**
**Jerome, ID 83338**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$863.58

---

**3.108**  Nonpriority creditor's name and mailing address

**Vandyk Dairy**
**270 N 500 W**
**Jerome, ID 83338**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☐ No  ■ Yes

$67,100.00

---

**3.109**  Nonpriority creditor's name and mailing address

**Vantage Dairy Supplies LLC**
**799 W 200 N**
**Paul, ID 83347**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$32,942.80

---

**3.110**  Nonpriority creditor's name and mailing address

**Viserion Grain LLC**
**c/o Gibby Group**
**134 E Highway 81**
**Burley, ID 83318**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Jerome County District Court Case No. CV27-24-00083

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | **Millenkamp Cattle, Inc.** | | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,183,891.91** |
|---|---|---|---|
| | **Viterra Grain LLC**<br>**1111 Bedke Blvd**<br>**Burley, ID 83318** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$231,036.96** |
|---|---|---|---|
| | **WAG Services Inc**<br>**8121 W Harrison St**<br>**Tolleson, AZ 85353** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,606.56** |
|---|---|---|---|
| | **Watts Hydraulic & Repair**<br>**1982 Floral Ave**<br>**Twin Falls, ID 83301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,675.00** |
|---|---|---|---|
| | **Westec Concrete Cutting LLC**<br>**53 N 200 W**<br>**Jerome, ID 83338** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83,881.88** |
|---|---|---|---|
| | **Western States Cat**<br>**PO Box 3805**<br>**Seattle, WA 98124-3805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Rental Agreement debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,262.24** |
|---|---|---|---|
| | **Western Waste Services**<br>**PO Box 714**<br>**Jerome, ID 83338** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utilities** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$313,884.04** |
|---|---|---|---|
| | **Westway Feed Products**<br>**365 Canal St**<br>**Ste 2929**<br>**New Orleans, LA 70130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,201.20 |
|---|---|---|---|
| | **Xavier Farm Services LLC**<br>**PO Box 850**<br>**Hilmar, CA 95324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,637.23 |
|---|---|---|---|
| | **Young Automotive Group**<br>**PO Box 684**<br>**Layton, UT 84041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Eric Clark**<br>**Clark & Associates**<br>**PO Box 2504**<br>**Eagle, ID 83616** | Line  __3.21__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Roark Law Offices**<br>**950 Bannock St., 11th Fl.**<br>**Boise, ID 83702** | Line  __3.79__<br><br>☐ Not listed. Explain ____ | __ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 169,878.81 |
| 5b. Total claims from Part 2 | 5b. + | $ 24,350,118.49 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ 24,519,997.30 |

| Fill in this information to identify the case: |
|---|

Debtor name __**Millenkamp Cattle, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) __**24-40158-NGH**__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Plan Support Agreement between Edward Chojnacky, Michael Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifeild Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thompson, Steel Ranch, LLC, Dusty Brow Farms, Inc. and Millenkamp Cattle, Inc. and William Millenkamp.** |
| State the term remaining | |
| List the contract number of any government contract | **Alexander K. Reed**<br>**4296 N 2100 E**<br>**Filer, ID 83328** |

| Debtor 1 | **Millenkamp Cattle, Inc.** | | | Case number *(if known)* | **24-40158-NGH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Plan Support Agreement between Edward Chojnacky, Michael Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifeild Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thompson, Steel Ranch, LLC, Dusty Brow Farms, Inc. and Millenkamp Cattle, Inc. and William Millenkamp.** | |
|---|---|---|---|
| | State the term remaining | | **B&A Farms/Bo Stevenson 1001 S 1900 E Hazelton, ID 83335** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Plan Support Agreement between Edward Chojnacky, Michael Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifeild Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thompson, Steel Ranch, LLC, Dusty Brow Farms, Inc. and Millenkamp Cattle, Inc. and William Millenkamp.** | |
|---|---|---|---|
| | State the term remaining | | **Bo Stevenson 1001 S 1900 E Hazelton, ID 83335** |
| | List the contract number of any government contract | | |

Debtor 1    **Millenkamp Cattle, Inc.**                                                    Case number (*if known*)    **24-40158-NGH**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4.** State what the contract or lease is for and the nature of the debtor's interest

        State the term remaining

        List the contract number of any government contract

**Equipment Operating Lease Agreement dated February 6, 2024**

**Burks Tractor Company
3140 Kimberly Rd.
Twin Falls, ID 83301**

---

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

        State the term remaining

        List the contract number of any government contract

**Equipment Operating Lease Agreement dated February 6, 2024**

**Burks Tractor Company
3140 Kimberly Rd.
Twin Falls, ID 83301**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

        State the term remaining

        List the contract number of any government contract

**Equipment Operating Lease Agreement dated February 6, 2024**

**47 months**

**Burks Tractor Company, Inc.
3140 Kimberly Rd.
Twin Falls, ID 83301**

---

| Debtor 1 | Millenkamp Cattle, Inc. | | | Case number *(if known)* | 24-40158-NGH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Plan Support Agreement between Edward Chojnacky, Michael Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifeild Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thompson, Steel Ranch, LLC, Dusty Brow Farms, Inc. and Millenkamp Cattle, Inc. and William Millenkamp.** | |
|---|---|---|---|
| | State the term remaining | | **Clint D. Thompson** |
| | List the contract number of any government contract | | **298 North 200 West Jerome, ID 83338** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Intercreditor and Subordination Agreement dated October 20, 2022** | |
|---|---|---|---|
| | State the term remaining | | **Conterra Agricultural Cap.** |
| | List the contract number of any government contract | | **5465 Mills Civic Pkwy Suite 201 West Des Moines, IA 50266** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Error and Omissions / Compliance Agreement dated October 20, 2022.** | |
|---|---|---|---|
| | State the term remaining | | **Conterra Agricultural Cap.** |
| | List the contract number of any government contract | | **5465 Mills Civic Pkwy Suite 201 West Des Moines, IA 50266** |

| Debtor 1 | Millenkamp Cattle, Inc. | | | Case number (if known) | 24-40158-NGH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commitment Letter dated September 20, 2022** | |
|---|---|---|---|
| | State the term remaining | | **Conterra Agricultural Cap.** |
| | List the contract number of any government contract | | **5465 Mills Civic Pkwy**<br>**Suite 201**<br>**West Des Moines, IA 50266** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Loan and Security Agreement dated October 20, 2022** | |
|---|---|---|---|
| | State the term remaining | | **Conterra Agricultural Cap.** |
| | List the contract number of any government contract | | **5465 Mills Civic Pkwy**<br>**Suite 201**<br>**West Des Moines, IA 50266** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Note and Security Agreement dated January 2024** | |
|---|---|---|---|
| | State the term remaining | | **Daimler Truck Financial Svcs** |
| | List the contract number of any government contract | | **14372 Heritage Pkwy**<br>**Suite 400**<br>**Fort Worth, TX 76177** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Note and Security Agreement (Multi-State) dated February 23, 2022** | |
|---|---|---|---|
| | State the term remaining | | **Daimler Truck Financial Svcs** |
| | List the contract number of any government contract | | **14372 Heritage Pkwy**<br>**Suite 400**<br>**Fort Worth, TX 76177** |

| Debtor 1 | Millenkamp Cattle, Inc. | | Case number (*if known*) | 24-40158-NGH |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Plan Support Agreement between Edward Chojnacky, Michael Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifeild Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thompson, Steel Ranch, LLC, Dusty Brow Farms, Inc. and Millenkamp Cattle, Inc. and William Millenkamp.** | |
|---|---|---|---|
| | State the term remaining | | **Douglas J Grant** |
| | List the contract number of any government contract | | **2050 E 500 S** |
| | | | **Hazelton, ID 83335** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Plan Support Agreement between Edward Chojnacky, Michael Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifeild Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thompson, Steel Ranch, LLC, Dusty Brow Farms, Inc. and Millenkamp Cattle, Inc. and William Millenkamp.** | |
|---|---|---|---|
| | State the term remaining | | **Dusty Brow Farms, Inc.** |
| | List the contract number of any government contract | | **2601 E 1100 S** |
| | | | **Hazelton, ID 83335-6235** |

Debtor 1    **Millenkamp Cattle, Inc.**                                     Case number (*if known*)    **24-40158-NGH**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Triple net lease for lease of East Valley Dairy** | |
|---|---|---|---|
| | State the term remaining | | **East Valley Cattle LLC** |
| | List the contract number of any government contract | | **471 N 300 W** |
| | | | **Jerome, ID 83338** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Third Amendment to Ground Lease Agreement between East Valley Cattle, LLC and Millenkamp Cattle, Inc. (Landlord) and East Valley Development, LLC (Tenant) dated June 22, 2023** | |
|---|---|---|---|
| | State the term remaining | | **East Valley Development, LLC** |
| | List the contract number of any government contract | | **Attn: General Counsel** |
| | | | **4675 MacArthur Ct., Ste. 800** |
| | | | **Newport Beach, CA 92660** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **First Amendment Manure Supply Agreement between East Valley Cattle, LLC and Millenkamp Cattle, Inc. (Landlord) and East Valley Development, LLC (Developer) dated June 22, 2023.** | |
|---|---|---|---|
| | State the term remaining | | **East Valley Development, LLC** |
| | List the contract number of any government contract | | **Attn: General Counsel** |
| | | | **4675 MacArthur Ct., Ste. 800** |
| | | | **Newport Beach, CA 92660** |

Debtor 1  **Millenkamp Cattle, Inc.**                                         Case number *(if known)*  **24-40158-NGH**

First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.19.**  State what the contract or lease is for and the nature of the debtor's interest

**Ground Lease Agreement between East Valley Cattle, LLC and Millenkamp Cattle, Inc. (Landlord) and East Valley Development, LLC (Tenant) dated October 8, 2021.**

State the term remaining

**East Valley Development, LLC
Attn: General Counsel
4675 MacArthur Ct., Ste. 800
Newport Beach, CA 92660**

List the contract number of any government contract

---

**2.20.**  State what the contract or lease is for and the nature of the debtor's interest

**Manure Supply Agreement between East Valley Cattle, LLC and Millenkamp Cattle, Inc. (Landlord) and East Valley Development, LLC (Developer) dated October 8, 2021.**

State the term remaining

**East Valley Development, LLC
Attn: General Counsel
4675 MacArthur Ct., Ste. 800
Newport Beach, CA 92660**

List the contract number of any government contract

---

**2.21.**  State what the contract or lease is for and the nature of the debtor's interest

**Memorandum of Ground Lease dated June 23, 2023.**

State the term remaining

**East Valley Development, LLC
Attn: General Counsel
4675 MacArthur Ct., Ste. 800
Newport Beach, CA 92660**

List the contract number of any government contract

---

**2.22.**  State what the contract or lease is for and the nature of the debtor's interest

**Second Amendment to Ground Lease Agreement between East Valley Cattle, LLC and Millenkamp Cattle, Inc. (Landlord) and East Valley Development, LLC (Tenant) dated April 25, 2023.**

State the term remaining

**East Valley Development, LLC
Attn: General Counsel
4675 MacArthur Ct., Ste. 800
Newport Beach, CA 92660**

List the contract number of any government contract

---

| Debtor 1 | **Millenkamp Cattle, Inc.** | | | Case number (*if known*) | **24-40158-NGH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **First Amendment to Ground Lease Agreement between East Valley Cattle, LLC and Millenkamp Cattle, Inc. (Landlord) and East Valley Development, LLC (Tenant) dated February 17, 2022.** | |
|---|---|---|---|
| | State the term remaining | | **East Valley Development, LLC Attn: General Counsel 4675 MacArthur Ct., Ste. 800 Newport Beach, CA 92660** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Triple net lease for Goose Ranch** | |
|---|---|---|---|
| | State the term remaining | | **Goose Ranch LLC 471 N 300 W Jerome, ID 83338** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Plan Support Agreement between Edward Chojnacky, Michael Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifeild Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thompson, Steel Ranch, LLC, Dusty Brow Farms, Inc. and Millenkamp Cattle, Inc. and William Millenkamp.** | |
|---|---|---|---|
| | State the term remaining | | **Grant & Hagan, Inc. PO Box 326 Hazelton, ID 83335** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Millenkamp Cattle, Inc.** | | | Case number (*if known*) | **24-40158-NGH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Plan Support Agreement between Edward Chojnacky, Michael Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifeild Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thompson, Steel Ranch, LLC, Dusty Brow Farms, Inc. and Millenkamp Cattle, Inc. and William Millenkamp.** | |
|---|---|---|---|
| | State the term remaining | | **Grant 4-D Farms, LLC** |
| | List the contract number of any government contract | | **707 E 600 N** **Rupert, ID 83350** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **8 HP E786Z Copiers; 2 HP E45028DN Copiers; 2 HP E40040DN Copiers** | |
|---|---|---|---|
| | State the term remaining | **57 months** | **GreatAmerica Financial Serv.** |
| | List the contract number of any government contract | **1931342** | **PO Box 660831** **Dallas, TX 75266-0831** |

| Debtor 1 | Millenkamp Cattle, Inc. | | | Case number *(if known)* | 24-40158-NGH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Plan Support Agreement between Edward Chojnacky, Michael Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifeild Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thompson, Steel Ranch, LLC, Dusty Brow Farms, Inc. and Millenkamp Cattle, Inc. and William Millenkamp.** | |
|---|---|---|---|
| | State the term remaining | | **Hollifield Ranches, Inc.** |
| | List the contract number of any government contract | | **22866 Hwy 30** <br> **Hansen, ID 83334** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Triple net lease of Idaho Jersey Girls Jerome Dairy** | |
|---|---|---|---|
| | State the term remaining | | **Idaho Jersey Girls Jerome** |
| | List the contract number of any government contract | | **471 N 300 W** <br> **Jerome, ID 83338** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Milk Producer Supply Agreement dated January 1, 2024** | |
|---|---|---|---|
| | State the term remaining | | **Innovative Food SolutionsUSA** <br> **Attn: Jordan Bowen** |
| | List the contract number of any government contract | | **134 E. Highway 81** <br> **Burley, ID 83318** |

| Debtor 1 | **Millenkamp Cattle, Inc.** | | | Case number (*if known*) | **24-40158-NGH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Agreement for 1719 River Road, Buhl, ID 83316** | |
|---|---|---|---|
| | State the term remaining | | **Jake Millenkamp** |
| | List the contract number of any government contract | | **1719 River Road** **Buhl, ID 83316** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Plan Support Agreement between Edward Chojnacky, Michael Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifeild Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thompson, Steel Ranch, LLC, Dusty Brow Farms, Inc. and Millenkamp Cattle, Inc. and William Millenkamp.** | |
|---|---|---|---|
| | State the term remaining | | **Jean L. Thompson** |
| | List the contract number of any government contract | | **255 North 250 West** **Jerome, ID 83338** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Loan Contract - Security Agreement dated June 12, 2023** | |
|---|---|---|---|
| | State the term remaining | | **John Deere Const. & Forestry** |
| | List the contract number of any government contract | | **One John Deere Place** **Moline, IL 61265** |

Debtor 1   **Millenkamp Cattle, Inc.**                                    Case number (*if known*)   **24-40158-NGH**
　　　　　 First Name　　　 Middle Name　　　　 Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Loan Contract - Security Agreement dated May 23, 2023** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **John Deere Const. & Forestry One John Deere Place Moline, IL 61265** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated June 1, 2020** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Keith D. and Janet Carlson 3866 E 3800 N Hansen, ID 83334** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusivity Agreement between Millenkamp Cattle, Inc. and East Valley Cattle, LLC (Dairy) and SKS EVC, LLC and Mavrix, LLC (Developers) dated July 12, 2021.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mavrix, LLC 925 Main St., Ste. 300-18 Stone Mountain, GA 30083-3098** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Subordination and Intercreditor Agreement dated October 20, 2022** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **MetLife Real Estate Lending 10801 Mastin Blvd., Ste. 930 Overland Park, KS 66210** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Milk Check Assignment Agreement for Glanbia Foods, Inc. dated April 29, 2021** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **MetLife Real Estate Lending 10801 Mastin Blvd., Ste. 930 Overland Park, KS 66210** |

| Debtor 1 | **Millenkamp Cattle, Inc.** | | Case number (*if known*) | **24-40158-NGH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Construction and Disbursement Agreement dated September 26, 2018** | |
|---|---|---|---|
| | State the term remaining | | **MetLife Real Estate Lending 10801 Mastin Blvd., Ste. 930 Overland Park, KS 66210** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Convenant and Reporting Agreement dated April 21, 2021** | |
|---|---|---|---|
| | State the term remaining | | **MetLife Real Estate Lending 10801 Mastin Blvd., Ste. 930 Overland Park, KS 66210** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Forbearance Agreement dated August 15, 2022** | |
|---|---|---|---|
| | State the term remaining | | **MetLife Real Estate Lending 10801 Mastin Blvd., Ste. 930 Overland Park, KS 66210** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Subordination and Intercreditor Agreement dated October 20, 2022** | |
|---|---|---|---|
| | State the term remaining | | **Metropolitan Life Ins. Co. 10801 Mastin Blvd, Ste. 930 Overland Park, KS 66210** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Cross Default Agreement dated March 12, 2019** | |
|---|---|---|---|
| | State the term remaining | | **Metropolitan Life Ins. Co. 10801 Mastin Blvd, Ste. 930 Overland Park, KS 66210** |
| | List the contract number of any government contract | | |

Debtor 1    **Millenkamp Cattle, Inc.**                                        Case number (*if known*)    **24-40158-NGH**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Forbearance Agreement dated August 15, 2022** | |
|---|---|---|---|
| | State the term remaining | | **Metropolitan Life Ins. Co.** |
| | List the contract number of any government contract | | **10801 Mastin Blvd, Ste. 930 Overland Park, KS 66210** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Plan Support Agreement between Edward Chojnacky, Michael Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifeild Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thompson, Steel Ranch, LLC, Dusty Brow Farms, Inc. and Millenkamp Cattle, Inc. and William Millenkamp.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Michael Chojnacky 51 W 600 N. Jerome, ID 83338** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Triple net lease for Canyonlands** | |
|---|---|---|---|
| | State the term remaining | | **Millenkamp Properties II LLC** |
| | List the contract number of any government contract | | **471 N 300 W Jerome, ID 83338** |

Debtor 1    **Millenkamp Cattle, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)    **24-40158-NGH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Triple net lease for McGregor** | |
|---|---|---|---|
| | State the term remaining | | **Millenkamp Properties II LLC** |
| | List the contract number of any government contract | | **471 N 300 W**<br>**Jerome, ID 83338** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Triple net lease for lease of German Dairy** | |
|---|---|---|---|
| | State the term remaining | | **Millenkamp Properties LLC** |
| | List the contract number of any government contract | | **471 N 300 W**<br>**Jerome, ID 83338** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Triple net lease for Moonshine Ranch** | |
|---|---|---|---|
| | State the term remaining | | **Millenkamp Properties LLC** |
| | List the contract number of any government contract | | **471 N 300 W**<br>**Jerome, ID 83338** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Triple net lease for Calf Ranch** | |
|---|---|---|---|
| | State the term remaining | | **Millenkamp Properties LLC** |
| | List the contract number of any government contract | | **471 N 300 W**<br>**Jerome, ID 83338** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Third Amended and Restated Loan and Security Agreement dated April 21, 2021** | |
|---|---|---|---|
| | State the term remaining | | **Rabo Agrifinance LLC** |
| | List the contract number of any government contract | | **14767 North Outer 40 Road**<br>**Suite 400**<br>**Chesterfield, MO 63017** |

| Debtor 1 | Millenkamp Cattle, Inc. | | Case number (*if known*) | 24-40158-NGH |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.52.** State what the contract or lease is for and the nature of the debtor's interest — **Intercreditor and Subordination Agreement dated October 20, 2022**

State the term remaining

List the contract number of any government contract

**Rabo Agrifinance LLC**
**14767 North Outer 40 Road**
**Suite 400**
**Chesterfield, MO 63017**

**2.53.** State what the contract or lease is for and the nature of the debtor's interest — **Exclusivity Agreement between Millenkamp Cattle, Inc. and East Valley Cattle, LLC (Dairy) and SKS EVC, LLC and Mavrix, LLC (Developers) dated July 12, 2021.**

State the term remaining

List the contract number of any government contract

**SKS EVC, LLC**
**Attn: Scott Stepenoff**
**20411 N 17th Way**
**Phoenix, AZ 85024**

**2.54.** State what the contract or lease is for and the nature of the debtor's interest — **Plan Support Agreement between Edward Chojnacky, Michael Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifeild Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thompson, Steel Ranch, LLC, Dusty Brow Farms, Inc. and Millenkamp Cattle, Inc. and William Millenkamp.**

State the term remaining

List the contract number of any government contract

**Standing 16 Ranch**
**335 W 300 N**
**Jerome, ID 83338**

Debtor 1  **Millenkamp Cattle, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)  **24-40158-NGH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.55.  State what the contract or lease is for and the nature of the debtor's interest

**Plan Support Agreement between Edward Chojnacky, Michael Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifeild Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thompson, Steel Ranch, LLC, Dusty Brow Farms, Inc. and Millenkamp Cattle, Inc. and William Millenkamp.**

State the term remaining

List the contract number of any government contract

**Star Falls Farms LLC
1908 E 1300 S
Hazelton, ID 83335**

2.56.  State what the contract or lease is for and the nature of the debtor's interest

**Plan Support Agreement between Edward Chojnacky, Michael Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifeild Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thompson, Steel Ranch, LLC, Dusty Brow Farms, Inc. and Millenkamp Cattle, Inc. and William Millenkamp.**

State the term remaining

List the contract number of any government contract

**Steel Ranch LLC
2597 E 1100 S
Hazelton, ID 83335-6215**

| Debtor 1 | **Millenkamp Cattle, Inc.** | | | Case number *(if known)* | **24-40158-NGH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Plan Support Agreement between Edward Chojnacky, Michael Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifeild Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thompson, Steel Ranch, LLC, Dusty Brow Farms, Inc. and Millenkamp Cattle, Inc. and William Millenkamp.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Triple C Farms, L.L.C. 474 S. 500 W Jerome, ID 83338** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Agreement dated July 1, 2022** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Western States Equipment Co. 3085 Kimberly Rd Suite A Twin Falls, ID 83301** |

**Fill in this information to identify the case:**

Debtor name    **Millenkamp Cattle, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    **24-40158-NGH**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Black Pine Cattle LLC** | **471 N 300 Rd W Jerome, ID 83338** | **Conterra Agricultural Cap.** | ■ D   **2.7** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Black Pine Cattle LLC** | **471 N 300 Rd W Jerome, ID 83338** | **Metropolitan Life Ins. Co.** | ■ D   **2.21** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Black Pine Cattle LLC** | **471 N 300 Rd W Jerome, ID 83338** | **Metropolitan Tower Life Ins.** | ■ D   **2.22** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Black Pine Cattle LLC** | **471 N 300 Rd W Jerome, ID 83338** | **Rabo Agrifinance LLC** | ■ D   **2.29** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **East Valley Cattle, LLC** | **471 N 300 Rd W Jerome, ID 83338** | **Conterra Agricultural Cap.** | ■ D   **2.7** <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Millenkamp Cattle, Inc.** | | Case number *(if known)* | **24-40158-NGH** |
|---|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **East Valley Cattle, LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ■ D __2.21__ ☐ E/F _____ ☐ G _____ |
| 2.7 | **East Valley Cattle, LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Tower Life Ins.** | ■ D __2.22__ ☐ E/F _____ ☐ G _____ |
| 2.8 | **East Valley Cattle, LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Rabo Agrifinance LLC** | ■ D __2.29__ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Goose Ranch LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.10 | **Goose Ranch LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ■ D __2.21__ ☐ E/F _____ ☐ G _____ |
| 2.11 | **Goose Ranch LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Tower Life Ins.** | ■ D __2.22__ ☐ E/F _____ ☐ G _____ |
| 2.12 | **Goose Ranch LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Rabo Agrifinance LLC** | ■ D __2.29__ ☐ E/F _____ ☐ G _____ |
| 2.13 | **Idaho Jersey Girls Jerome** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(if known)* | **24-40158-NGH** |

---

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Idaho Jersey Girls Jerome** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ■ D  __2.21__  ☐ E/F ____  ☐ G ____ |
| 2.15 | **Idaho Jersey Girls Jerome** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Tower Life Ins.** | ■ D  __2.22__  ☐ E/F ____  ☐ G ____ |
| 2.16 | **Idaho Jersey Girls Jerome** | 471 N 300 Rd W Jerome, ID 83338 | **Rabo Agrifinance LLC** | ■ D  __2.29__  ☐ E/F ____  ☐ G ____ |
| 2.17 | **Idaho Jersey Girls LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ■ D  __2.7__  ☐ E/F ____  ☐ G ____ |
| 2.18 | **Idaho Jersey Girls LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ■ D  __2.21__  ☐ E/F ____  ☐ G ____ |
| 2.19 | **Idaho Jersey Girls LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Tower Life Ins.** | ■ D  __2.22__  ☐ E/F ____  ☐ G ____ |
| 2.20 | **Idaho Jersey Girls LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Rabo Agrifinance LLC** | ■ D  __2.29__  ☐ E/F ____  ☐ G ____ |
| 2.21 | **Millenkamp Enterprises LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ■ D  __2.7__  ☐ E/F ____  ☐ G ____ |

| Debtor | **Millenkamp Cattle, Inc.** | | Case number *(if known)* | **24-40158-NGH** |
|---|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Millenkamp Enterprises LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ■ D __2.21__<br>☐ E/F ____<br>☐ G ____ |
| 2.23 | **Millenkamp Enterprises LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Tower Life Ins.** | ■ D __2.22__<br>☐ E/F ____<br>☐ G ____ |
| 2.24 | **Millenkamp Enterprises LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Rabo Agrifinance LLC** | ■ D __2.29__<br>☐ E/F ____<br>☐ G ____ |
| 2.25 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.26 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ■ D __2.21__<br>☐ E/F ____<br>☐ G ____ |
| 2.27 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Tower Life Ins.** | ■ D __2.22__<br>☐ E/F ____<br>☐ G ____ |
| 2.28 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Rabo Agrifinance LLC** | ■ D __2.29__<br>☐ E/F ____<br>☐ G ____ |
| 2.29 | **Millenkamp Properties II LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | Millenkamp Cattle, Inc. | | Case number (if known) | 24-40158-NGH |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.30 | Millenkamp Properties II LLC | 471 N 300 Rd W Jerome, ID 83338 | Metropolitan Life Ins. Co. | ■ D  2.21 ☐ E/F ____ ☐ G ____ |
| 2.31 | Millenkamp Properties II LLC | 471 N 300 Rd W Jerome, ID 83338 | Metropolitan Tower Life Ins. | ■ D  2.22 ☐ E/F ____ ☐ G ____ |
| 2.32 | Millenkamp Properties II LLC | 471 N 300 Rd W Jerome, ID 83338 | Rabo Agrifinance LLC | ■ D  2.29 ☐ E/F ____ ☐ G ____ |
| 2.33 | Millenkamp Properties, L.L.C | 471 N 300 Rd W Jerome, ID 83338 | Conterra Agricultural Cap. | ■ D  2.7 ☐ E/F ____ ☐ G ____ |
| 2.34 | Millenkamp Properties, L.L.C | 471 N 300 Rd W Jerome, ID 83338 | Metropolitan Life Ins. Co. | ■ D  2.21 ☐ E/F ____ ☐ G ____ |
| 2.35 | Millenkamp Properties, L.L.C | 471 N 300 Rd W Jerome, ID 83338 | Metropolitan Tower Life Ins. | ■ D  2.22 ☐ E/F ____ ☐ G ____ |
| 2.36 | Millenkamp Properties, L.L.C | 471 N 300 Rd W Jerome, ID 83338 | Rabo Agrifinance LLC | ■ D  2.29 ☐ E/F ____ ☐ G ____ |
| 2.37 | Susan J. Millenkamp | 471 N 300 W Jerome, ID 83338 | Farmers Bank | ■ D  2.12 ☐ E/F ____ ☐ G ____ |

Debtor    **Millenkamp Cattle, Inc.**                                    Case number *(if known)*    **24-40158-NGH**

▪ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | **Susan J. Millenkamp** | 471 N 300 W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ▪ D ___2.7___ <br> ☐ E/F _____ <br> ☐ G _____ |

| 2.39 | **Susan J. Millenkamp** | 471 N 300 W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ▪ D ___2.21___ <br> ☐ E/F _____ <br> ☐ G _____ |

| 2.40 | **Susan J. Millenkamp** | 471 N 300 W Jerome, ID 83338 | **Metropolitan Tower Life Ins.** | ▪ D ___2.22___ <br> ☐ E/F _____ <br> ☐ G _____ |

| 2.41 | **Susan J. Millenkamp** | 471 N 300 W Jerome, ID 83338 | **Rabo Agrifinance LLC** | ▪ D ___2.29___ <br> ☐ E/F _____ <br> ☐ G _____ |

| 2.42 | **William J. Millenkamp** | 471 N 300 W Jerome, ID 83338 | **John Deere Const. & Forestry** | ▪ D ___2.18___ <br> ☐ E/F _____ <br> ☐ G _____ |

| 2.43 | **William J. Millenkamp** | 471 N 300 W Jerome, ID 83338 | **Farmers Bank** | ▪ D ___2.12___ <br> ☐ E/F _____ <br> ☐ G _____ |

| 2.44 | **William J. Millenkamp** | 471 N 300 W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ▪ D ___2.7___ <br> ☐ E/F _____ <br> ☐ G _____ |

| 2.45 | **William J. Millenkamp** | 471 N 300 W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ▪ D ___2.21___ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor  **Millenkamp Cattle, Inc.**                                   Case number *(if known)*  **24-40158-NGH**

▬ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 | **William J. Millenkamp** | 471 N 300 W<br>Jerome, ID 83338 | **Metropolitan Tower Life Ins.** | ■ D __2.22__<br>☐ E/F ____<br>☐ G ____ |
| 2.47 | **William J. Millenkamp** | 471 N 300 W<br>Jerome, ID 83338 | **Rabo Agrifinance LLC** | ■ D __2.29__<br>☐ E/F ____<br>☐ G ____ |
| 2.48 | **Black Pine Cattle LLC** | 471 N 300 Rd W<br>Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D ____<br>☐ E/F ____<br>■ G __2.8__ |
| 2.49 | **Black Pine Cattle LLC** | 471 N 300 Rd W<br>Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D ____<br>☐ E/F ____<br>■ G __2.9__ |
| 2.50 | **Black Pine Cattle LLC** | 471 N 300 Rd W<br>Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D ____<br>☐ E/F ____<br>■ G __2.10__ |
| 2.51 | **Black Pine Cattle LLC** | 471 N 300 Rd W<br>Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D ____<br>☐ E/F ____<br>■ G __2.11__ |
| 2.52 | **Black Pine Cattle LLC** | 471 N 300 Rd W<br>Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D ____<br>☐ E/F ____<br>■ G __2.37__ |
| 2.53 | **Black Pine Cattle LLC** | 471 N 300 Rd W<br>Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D ____<br>☐ E/F ____<br>■ G __2.38__ |

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(if known)* | **24-40158-NGH** |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 | **Black Pine Cattle LLC** | 471 N 300 Rd W<br>Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.39** |
| 2.55 | **Black Pine Cattle LLC** | 471 N 300 Rd W<br>Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.40** |
| 2.56 | **Black Pine Cattle LLC** | 471 N 300 Rd W<br>Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.41** |
| 2.57 | **Black Pine Cattle LLC** | 471 N 300 Rd W<br>Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.42** |
| 2.58 | **Black Pine Cattle LLC** | 471 N 300 Rd W<br>Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.43** |
| 2.59 | **Black Pine Cattle LLC** | 471 N 300 Rd W<br>Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.44** |
| 2.60 | **Black Pine Cattle LLC** | 471 N 300 Rd W<br>Jerome, ID 83338 | **Rabo Agrifinance LLC** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.51** |
| 2.61 | **Black Pine Cattle LLC** | 471 N 300 Rd W<br>Jerome, ID 83338 | **Rabo Agrifinance LLC** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.52** |

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(if known)* | **24-40158-NGH** |

▋ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.62 | **East Valley Cattle, Inc.** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G ___2.8___ |
| 2.63 | **East Valley Cattle, LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G ___2.9___ |
| 2.64 | **East Valley Cattle, LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G ___2.10___ |
| 2.65 | **East Valley Cattle, LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G ___2.11___ |
| 2.66 | **East Valley Cattle, LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G ___2.37___ |
| 2.67 | **East Valley Cattle, LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G ___2.38___ |
| 2.68 | **East Valley Cattle, LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G ___2.39___ |
| 2.69 | **East Valley Cattle, LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G ___2.40___ |

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(if known)* | **24-40158-NGH** |

▉ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.70 | **East Valley Cattle, LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G __2.41__ |
| 2.71 | **East Valley Cattle, LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____ ☐ E/F _____ ■ G __2.42__ |
| 2.72 | **East Valley Cattle, LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____ ☐ E/F _____ ■ G __2.43__ |
| 2.73 | **East Valley Cattle, LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____ ☐ E/F _____ ■ G __2.44__ |
| 2.74 | **East Valley Cattle, LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Rabo Agrifinance LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.51__ |
| 2.75 | **East Valley Cattle, LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Rabo Agrifinance LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.52__ |
| 2.76 | **Goose Ranch LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G __2.8__ |
| 2.77 | **Goose Ranch LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G __2.9__ |

Debtor    **Millenkamp Cattle, Inc.**                           Case number *(if known)*    **24-40158-NGH**

---

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.78 | **Goose Ranch LLC** | **471 N 300 Rd W** **Jerome, ID 83338** | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G ___2.10___ |
|---|---|---|---|---|
| 2.79 | **Goose Ranch LLC** | **471 N 300 Rd W** **Jerome, ID 83338** | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G ___2.11___ |
| 2.80 | **Goose Ranch LLC** | **471 N 300 Rd W** **Jerome, ID 83338** | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G ___2.37___ |
| 2.81 | **Goose Ranch LLC** | **471 N 300 Rd W** **Jerome, ID 83338** | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G ___2.38___ |
| 2.82 | **Goose Ranch LLC** | **471 N 300 Rd W** **Jerome, ID 83338** | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G ___2.39___ |
| 2.83 | **Goose Ranch LLC** | **471 N 300 Rd W** **Jerome, ID 83338** | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G ___2.40___ |
| 2.84 | **Goose Ranch LLC** | **471 N 300 Rd W** **Jerome, ID 83338** | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G ___2.41___ |
| 2.85 | **Goose Ranch LLC** | **471 N 300 Rd W** **Jerome, ID 83338** | **Metropolitan Life Ins. Co.** | ☐ D _____ ☐ E/F _____ ■ G ___2.42___ |

---

Debtor   **Millenkamp Cattle, Inc.**

Case number *(if known)*   **24-40158-NGH**

███   **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.86 | **Goose Ranch LLC** | **471 N 300 Rd W** Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____ ☐ E/F _____ ■ G   **2.43** |
| 2.87 | **Goose Ranch LLC** | **471 N 300 Rd W** Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____ ☐ E/F _____ ■ G   **2.44** |
| 2.88 | **Goose Ranch LLC** | **471 N 300 Rd W** Jerome, ID 83338 | **Rabo Agrifinance LLC** | ☐ D _____ ☐ E/F _____ ■ G   **2.51** |
| 2.89 | **Goose Ranch LLC** | **471 N 300 Rd W** Jerome, ID 83338 | **Rabo Agrifinance LLC** | ☐ D _____ ☐ E/F _____ ■ G   **2.52** |
| 2.90 | **Idaho Jersey Girls Jerome** | **471 N 300 Rd W** Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G   **2.8** |
| 2.91 | **Idaho Jersey Girls Jerome** | **471 N 300 Rd W** Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G   **2.9** |
| 2.92 | **Idaho Jersey Girls Jerome** | **471 N 300 Rd W** Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G   **2.10** |
| 2.93 | **Idaho Jersey Girls Jerome** | **471 N 300 Rd W** Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G   **2.11** |

Debtor   **Millenkamp Cattle, Inc.**

Case number *(if known)*   **24-40158-NGH**

---

█   **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**                           Column 2: **Creditor**

| | | | |
|---|---|---|---|
| 2.94 | **Idaho Jersey Girls Jerome** | **471 N 300 Rd W Jerome, ID 83338** | **MetLife Real Estate Lending** |

☐ D _____
☐ E/F _____
■ G ___2.37___

| 2.95 | **Idaho Jersey Girls Jerome** | **471 N 300 Rd W Jerome, ID 83338** | **MetLife Real Estate Lending** |

☐ D _____
☐ E/F _____
■ G ___2.38___

| 2.96 | **Idaho Jersey Girls Jerome** | **471 N 300 Rd W Jerome, ID 83338** | **MetLife Real Estate Lending** |

☐ D _____
☐ E/F _____
■ G ___2.39___

| 2.97 | **Idaho Jersey Girls Jerome** | **471 N 300 Rd W Jerome, ID 83338** | **MetLife Real Estate Lending** |

☐ D _____
☐ E/F _____
■ G ___2.40___

| 2.98 | **Idaho Jersey Girls Jerome** | **471 N 300 Rd W Jerome, ID 83338** | **MetLife Real Estate Lending** |

☐ D _____
☐ E/F _____
■ G ___2.41___

| 2.99 | **Idaho Jersey Girls Jerome** | **471 N 300 Rd W Jerome, ID 83338** | **Metropolitan Life Ins. Co.** |

☐ D _____
☐ E/F _____
■ G ___2.42___

| 2.100 | **Idaho Jersey Girls Jerome** | **471 N 300 Rd W Jerome, ID 83338** | **Metropolitan Life Ins. Co.** |

☐ D _____
☐ E/F _____
■ G ___2.43___

| 2.101 | **Idaho Jersey Girls Jerome** | **471 N 300 Rd W Jerome, ID 83338** | **Metropolitan Life Ins. Co.** |

☐ D _____
☐ E/F _____
■ G ___2.44___

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(if known)* | **24-40158-NGH** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.10 2 | **Idaho Jersey Girls Jerome** | **471 N 300 Rd W** **Jerome, ID 83338** | **Rabo Agrifinance LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.51__ |
| 2.10 3 | **Idaho Jersey Girls Jerome** | **471 N 300 Rd W** **Jerome, ID 83338** | **Rabo Agrifinance LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.52__ |
| 2.10 4 | **Idaho Jersey Girls LLC** | **471 N 300 Rd W** **Jerome, ID 83338** | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G __2.8__ |
| 2.10 5 | **Idaho Jersey Girls LLC** | **471 N 300 Rd W** **Jerome, ID 83338** | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G __2.9__ |
| 2.10 6 | **Idaho Jersey Girls LLC** | **471 N 300 Rd W** **Jerome, ID 83338** | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G __2.10__ |
| 2.10 7 | **Idaho Jersey Girls LLC** | **471 N 300 Rd W** **Jerome, ID 83338** | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G __2.11__ |
| 2.10 8 | **Idaho Jersey Girls LLC** | **471 N 300 Rd W** **Jerome, ID 83338** | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G __2.37__ |
| 2.10 9 | **Idaho Jersey Girls LLC** | **471 N 300 Rd W** **Jerome, ID 83338** | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G __2.38__ |

Schedule H: Your Codebtors

Debtor    **Millenkamp Cattle, Inc.**

Case number *(if known)*    **24-40158-NGH**

████  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.110 | **Idaho Jersey Girls LLC** | **471 N 300 Rd W** Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____  ☐ E/F _____  ■ G  2.39 |
| 2.111 | **Idaho Jersey Girls LLC** | **471 N 300 Rd W** Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____  ☐ E/F _____  ■ G  2.40 |
| 2.112 | **Idaho Jersey Girls LLC** | **471 N 300 Rd W** Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____  ☐ E/F _____  ■ G  2.41 |
| 2.113 | **Idaho Jersey Girls LLC** | **471 N 300 Rd W** Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____  ☐ E/F _____  ■ G  2.42 |
| 2.114 | **Idaho Jersey Girls LLC** | **471 N 300 Rd W** Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____  ☐ E/F _____  ■ G  2.43 |
| 2.115 | **Idaho Jersey Girls LLC** | **471 N 300 Rd W** Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____  ☐ E/F _____  ■ G  2.44 |
| 2.116 | **Idaho Jersey Girls LLC** | **471 N 300 Rd W** Jerome, ID 83338 | **Rabo Agrifinance LLC** | ☐ D _____  ☐ E/F _____  ■ G  2.51 |
| 2.117 | **Idaho Jersey Girls LLC** | **471 N 300 Rd W** Jerome, ID 83338 | **Rabo Agrifinance LLC** | ☐ D _____  ☐ E/F _____  ■ G  2.52 |

Debtor    **Millenkamp Cattle, Inc.**                                    Case number *(if known)*    **24-40158-NGH**

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.118 | **Millenkamp Enterprises LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G   **2.9** |
| 2.119 | **Millenkamp Enterprises LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G   **2.10** |
| 2.120 | **Millenkamp Enterprises LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G   **2.11** |
| 2.121 | **Millenkamp Enterprises LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G   **2.37** |
| 2.122 | **Millenkamp Enterprises LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G   **2.38** |
| 2.123 | **Millenkamp Enterprises LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G   **2.39** |
| 2.124 | **Millenkamp Enterprises LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G   **2.40** |
| 2.125 | **Millenkamp Enterprises LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G   **2.41** |

| Debtor | **Millenkamp Cattle, Inc.** | | | Case number *(if known)* | **24-40158-NGH** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 6 | **Millenkamp Enterprises LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____ ☐ E/F _____ ■ G ___2.42___ |
| 2.12 7 | **Millenkamp Enterprises LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____ ☐ E/F _____ ■ G ___2.43___ |
| 2.12 8 | **Millenkamp Enterprises LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____ ☐ E/F _____ ■ G ___2.44___ |
| 2.12 9 | **Millenkamp Enterprises LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Rabo Agrifinance LLC** | ☐ D _____ ☐ E/F _____ ■ G ___2.51___ |
| 2.13 0 | **Millenkamp Enterprises LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Rabo Agrifinance LLC** | ☐ D _____ ☐ E/F _____ ■ G ___2.52___ |
| 2.13 1 | **Millenkamp Family** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G ___2.8___ |
| 2.13 2 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G ___2.8___ |
| 2.13 3 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G ___2.9___ |

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(if known)* | **24-40158-NGH** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 4 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G ___2.10___ |
| 2.13 5 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G ___2.11___ |
| 2.13 6 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G ___2.37___ |
| 2.13 7 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G ___2.38___ |
| 2.13 8 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G ___2.39___ |
| 2.13 9 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G ___2.40___ |
| 2.14 0 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G ___2.41___ |
| 2.14 1 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____ ☐ E/F _____ ■ G ___2.42___ |

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(if known)* | **24-40158-NGH** |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.14 2 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____ ☐ E/F _____ ■ G ___2.43___ |

---

| 2.14 3 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____ ☐ E/F _____ ■ G ___2.44___ |

---

| 2.14 4 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Rabo Agrifinance LLC** | ☐ D _____ ☐ E/F _____ ■ G ___2.51___ |

---

| 2.14 5 | **Millenkamp Family LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Rabo Agrifinance LLC** | ☐ D _____ ☐ E/F _____ ■ G ___2.52___ |

---

| 2.14 6 | **Millenkamp Properties II LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G ___2.8___ |

---

| 2.14 7 | **Millenkamp Properties II LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G ___2.9___ |

---

| 2.14 8 | **Millenkamp Properties II LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G ___2.10___ |

---

| 2.14 9 | **Millenkamp Properties II LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ ☐ E/F _____ ■ G ___2.11___ |

---

| Debtor | **Millenkamp Cattle, Inc.** | | Case number *(if known)* | **24-40158-NGH** |

---

█ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.150 | **Millenkamp Properties II LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G __2.37__ |
| 2.151 | **Millenkamp Properties II LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G __2.38__ |
| 2.152 | **Millenkamp Properties II LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G __2.39__ |
| 2.153 | **Millenkamp Properties II LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G __2.40__ |
| 2.154 | **Millenkamp Properties II LLC** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ ☐ E/F _____ ■ G __2.41__ |
| 2.155 | **Millenkamp Properties II LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____ ☐ E/F _____ ■ G __2.42__ |
| 2.156 | **Millenkamp Properties II LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____ ☐ E/F _____ ■ G __2.43__ |
| 2.157 | **Millenkamp Properties II LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D _____ ☐ E/F _____ ■ G __2.44__ |

| Debtor | **Millenkamp Cattle, Inc.** | | Case number *(if known)* | **24-40158-NGH** |
|---|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| 2.15 8 | **Millenkamp Properties II LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Rabo Agrifinance LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.51___ |
|---|---|---|---|---|
| 2.15 9 | **Millenkamp Properties II LLC** | 471 N 300 Rd W Jerome, ID 83338 | **Rabo Agrifinance LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.52___ |
| 2.16 0 | **Millenkamp Properties, L.L.C** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.8___ |
| 2.16 1 | **Millenkamp Properties, L.L.C** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.9___ |
| 2.16 2 | **Millenkamp Properties, L.L.C** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.10___ |
| 2.16 3 | **Millenkamp Properties, L.L.C** | 471 N 300 Rd W Jerome, ID 83338 | **Conterra Agricultural Cap.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.11___ |
| 2.16 4 | **Millenkamp Properties, L.L.C** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.37___ |
| 2.16 5 | **Millenkamp Properties, L.L.C** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.38___ |

| Debtor | **Millenkamp Cattle, Inc.** | | Case number *(if known)* | **24-40158-NGH** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.16 6 | **Millenkamp Properties, L.L.C** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | □ D _____ <br> □ E/F _____ <br> ■ G ___2.39___ |
| 2.16 7 | **Millenkamp Properties, L.L.C** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | □ D _____ <br> □ E/F _____ <br> ■ G ___2.40___ |
| 2.16 8 | **Millenkamp Properties, L.L.C** | 471 N 300 Rd W Jerome, ID 83338 | **MetLife Real Estate Lending** | □ D _____ <br> □ E/F _____ <br> ■ G ___2.41___ |
| 2.16 9 | **Millenkamp Properties, L.L.C** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | □ D _____ <br> □ E/F _____ <br> ■ G ___2.42___ |
| 2.17 0 | **Millenkamp Properties, L.L.C** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | □ D _____ <br> □ E/F _____ <br> ■ G ___2.43___ |
| 2.17 1 | **Millenkamp Properties, L.L.C** | 471 N 300 Rd W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | □ D _____ <br> □ E/F _____ <br> ■ G ___2.44___ |
| 2.17 2 | **Millenkamp Properties, L.L.C** | 471 N 300 Rd W Jerome, ID 83338 | **Rabo Agrifinance LLC** | □ D _____ <br> □ E/F _____ <br> ■ G ___2.51___ |
| 2.17 3 | **Millenkamp Properties, L.L.C** | 471 N 300 Rd W Jerome, ID 83338 | **Rabo Agrifinance LLC** | □ D _____ <br> □ E/F _____ <br> ■ G ___2.52___ |

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(if known)* | **24-40158-NGH** |
|---|---|---|---|

---

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.174 | Susan J. Millenkamp | 471 N 300 W<br>Jerome, ID 83338 | Conterra Agricultural Cap. | □ D _____<br>□ E/F _____<br>■ G __2.8__ |
|---|---|---|---|---|
| 2.175 | Susan J. Millenkamp | 471 N 300 W<br>Jerome, ID 83338 | Conterra Agricultural Cap. | □ D _____<br>□ E/F _____<br>■ G __2.9__ |
| 2.176 | Susan J. Millenkamp | 471 N 300 W<br>Jerome, ID 83338 | Conterra Agricultural Cap. | □ D _____<br>□ E/F _____<br>■ G __2.10__ |
| 2.177 | Susan J. Millenkamp | 471 N 300 W<br>Jerome, ID 83338 | Conterra Agricultural Cap. | □ D _____<br>□ E/F _____<br>■ G __2.11__ |
| 2.178 | Susan J. Millenkamp | 471 N 300 W<br>Jerome, ID 83338 | MetLife Real Estate Lending | □ D _____<br>□ E/F _____<br>■ G __2.37__ |
| 2.179 | Susan J. Millenkamp | 471 N 300 W<br>Jerome, ID 83338 | MetLife Real Estate Lending | □ D _____<br>□ E/F _____<br>■ G __2.38__ |
| 2.180 | Susan J. Millenkamp | 471 N 300 W<br>Jerome, ID 83338 | MetLife Real Estate Lending | □ D _____<br>□ E/F _____<br>■ G __2.39__ |
| 2.181 | Susan J. Millenkamp | 471 N 300 W<br>Jerome, ID 83338 | MetLife Real Estate Lending | □ D _____<br>□ E/F _____<br>■ G __2.40__ |

| Debtor | **Millenkamp Cattle, Inc.** | | Case number *(if known)* | **24-40158-NGH** |
|---|---|---|---|---|

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.18 2 | Susan J. Millenkamp | 471 N 300 W Jerome, ID 83338 | MetLife Real Estate Lending | ☐ D _____ ☐ E/F _____ ■ G __2.41__ |
| 2.18 3 | Susan J. Millenkamp | 471 N 300 W Jerome, ID 83338 | Metropolitan Life Ins. Co. | ☐ D _____ ☐ E/F _____ ■ G __2.42__ |
| 2.18 4 | Susan J. Millenkamp | 471 N 300 W Jerome, ID 83338 | Metropolitan Life Ins. Co. | ☐ D _____ ☐ E/F _____ ■ G __2.43__ |
| 2.18 5 | Susan J. Millenkamp | 471 N 300 W Jerome, ID 83338 | Metropolitan Life Ins. Co. | ☐ D _____ ☐ E/F _____ ■ G __2.44__ |
| 2.18 6 | Susan J. Millenkamp | 471 N 300 W Jerome, ID 83338 | Rabo Agrifinance LLC | ☐ D _____ ☐ E/F _____ ■ G __2.51__ |
| 2.18 7 | Susan J. Millenkamp | 471 N 300 W Jerome, ID 83338 | Rabo Agrifinance LLC | ☐ D _____ ☐ E/F _____ ■ G __2.52__ |
| 2.18 8 | William J. Millenkamp | 471 N 300 W Jerome, ID 83338 | John Deere Const. & Forestry | ☐ D _____ ☐ E/F _____ ■ G __2.33__ |
| 2.18 9 | William J. Millenkamp | 471 N 300 W Jerome, ID 83338 | John Deere Const. & Forestry | ☐ D _____ ☐ E/F _____ ■ G __2.34__ |

Debtor    **Millenkamp Cattle, Inc.**                                            Case number *(if known)*    **24-40158-NGH**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                          Column 2: **Creditor**

| | | | |
|---|---|---|---|
| 2.19 0 | **William J. Millenkamp** | 471 N 300 W<br>Jerome, ID 83338 | **Burks Tractor Company, Inc.** |

☐ D _____
☐ E/F _____
■ G ___2.6___

| 2.19 1 | **William J. Millenkamp** | 471 N 300 W<br>Jerome, ID 83338 | **Conterra Agricultural Cap.** |

☐ D _____
☐ E/F _____
■ G ___2.8___

| 2.19 2 | **William J. Millenkamp** | 471 N 300 W<br>Jerome, ID 83338 | **Conterra Agricultural Cap.** |

☐ D _____
☐ E/F _____
■ G ___2.9___

| 2.19 3 | **William J. Millenkamp** | 471 N 300 W<br>Jerome, ID 83338 | **Conterra Agricultural Cap.** |

☐ D _____
☐ E/F _____
■ G ___2.10___

| 2.19 4 | **William J. Millenkamp** | 471 N 300 W<br>Jerome, ID 83338 | **Conterra Agricultural Cap.** |

☐ D _____
☐ E/F _____
■ G ___2.11___

| 2.19 5 | **William J. Millenkamp** | 471 N 300 W<br>Jerome, ID 83338 | **MetLife Real Estate Lending** |

☐ D _____
☐ E/F _____
■ G ___2.37___

| 2.19 6 | **William J. Millenkamp** | 471 N 300 W<br>Jerome, ID 83338 | **MetLife Real Estate Lending** |

☐ D _____
☐ E/F _____
■ G ___2.38___

| 2.19 7 | **William J. Millenkamp** | 471 N 300 W<br>Jerome, ID 83338 | **MetLife Real Estate Lending** |

☐ D _____
☐ E/F _____
■ G ___2.39___

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(if known)* | **24-40158-NGH** |

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**  ·  *Column 2:* **Creditor**

| | Codebtor | | Creditor | |
|---|---|---|---|---|
| 2.19 8 | **William J. Millenkamp** | 471 N 300 W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D ____ ☐ E/F ____ ▮ G __2.40__ |
| 2.19 9 | **William J. Millenkamp** | 471 N 300 W Jerome, ID 83338 | **MetLife Real Estate Lending** | ☐ D ____ ☐ E/F ____ ▮ G __2.41__ |
| 2.20 0 | **William J. Millenkamp** | 471 N 300 W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D ____ ☐ E/F ____ ▮ G __2.42__ |
| 2.20 1 | **William J. Millenkamp** | 471 N 300 W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D ____ ☐ E/F ____ ▮ G __2.43__ |
| 2.20 2 | **William J. Millenkamp** | 471 N 300 W Jerome, ID 83338 | **Metropolitan Life Ins. Co.** | ☐ D ____ ☐ E/F ____ ▮ G __2.44__ |
| 2.20 3 | **William J. Millenkamp** | 471 N 300 W Jerome, ID 83338 | **Rabo Agrifinance LLC** | ☐ D ____ ☐ E/F ____ ▮ G __2.51__ |
| 2.20 4 | **William J. Millenkamp** | 471 N 300 W Jerome, ID 83338 | **Rabo Agrifinance LLC** | ☐ D ____ ☐ E/F ____ ▮ G __2.52__ |

**Fill in this information to identify the case:**

Debtor name **Millenkamp Cattle, Inc.**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) **24-40158-NGH**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $261,320,008.00 |
| **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $266,095,788.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|
| | |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | **Aden Brook Trading Corp**<br>**PO Box 217**<br>**Montgomery, NY 12549** | **3/12/2024;**<br>**3/4/2024;**<br>**2/21/2024;**<br>**2/1/2024;**<br>**1/19/2024;**<br>**1/5/2024** | $1,651,783.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Millenkamp Cattle, Inc.**

Case number *(if known)*    **24-40158-NGH**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2.  **MIL CAT/Landview Inc**<br>PO Box 475<br>Rupert, ID 83350 | 3/15/2024;<br>3/14/2024;<br>3/13/2024;<br>3/4/2024;<br>3/1/2024;<br>2/29/2024;<br>2/28/2024;<br>2/26/2024;<br>2/23/2024;<br>2/22/2024;<br>2/21/2024;<br>2/16/2024;<br>2/1/2024;<br>1/19/2024;<br>1/17/2024 | $3,100,959.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **MWI Veterinary**<br>3041 W Pasadena Dr<br>Boise, ID 83705 | 3/27/2024;<br>3/21/2024;<br>3/18/2024;<br>3/6/2024;<br>2/22/2024;<br>2/14/2024;<br>2/1/2024;<br>1/23/2024 | $2,110,906.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **James Farrell & Company**<br>PO Box 94583<br>Seattle, WA 98104 | 2/23/2024;<br>2/2/2024;<br>1/16/2024 | $123,480.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  **Liberty Basin LLC**<br>134 E Highway 81<br>Burley, ID 83318 | 2/29/2024;<br>2/26/2024;<br>2/23/2024;<br>2/22/2024;<br>2/21/2024;<br>2/12/2024;<br>2/2/2024;<br>1/26/2024 | $1,005,608.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.  **American Express**<br>Box 0001<br>Los Angeles, CA 90096-8000 | 3/29/2024;<br>3/19/2024;<br>3/11/2024;<br>3/4/2024;<br>2/20/2024;<br>2/6/2024;<br>2/2/2024;<br>1/25/2024;<br>1/19/2024;<br>1/9/2024;<br>1/2/2024 | $269,672.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.  **Pan American Life Insurance Co.**<br>1778 North Plano Rd<br>Ste 310<br>AZ 85081 | 3/1/2024;<br>2/5/2024 | $88,299.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Millenkamp Cattle, Inc.**                                                     Case number *(if known)*    **24-40158-NGH**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **Amalgamated Sugar** **1951 S Saturn Way** **Ste 100** **Boise, ID 83709** | **3/12/2024;** **3/4/2024;** **2/26/2024;** **2/20/2024;** **2/12/2024;** **2/7/2024;** **1/29/2024;** **1/24/2024;** **1/17/2024;** **1/2/2024** | **$1,233,868.60** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.9. **Performix Nutrition Systems/Agri Beef** **2201 N. 20th Street** **Nampa, ID 83687** | **3/28/2024;** **3/22/2024;** **3/12/2024;** **3/4/2024;** **2/21/2024;** **2/7/2024;** **1/10/2024** | **$1,044,056.92** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. **Bush Kornfeld LLP** **601 Union St** **Ste 5000** **Seattle, WA 98101-2373** | **2/22/2024;** **2/9/2024;** **1/9/2024** | **$216,175.50** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.11. **Citi** **PO Box 78019** **Phoenix, AZ 85062-8019** | **3/12/2024;** **2/13/2024;** **1/11/2024** | **$13,823.51** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12. **David Clark/Clark Ambulatory** **PO Box 452** **Albion, ID 83311** | **3/2/2024;** **3/1/2024;** **2/15/2024;** **1/17/2024;** **1/9/2024;** **1/8/2024** | **$865,816.18** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.13. **Kander LLC** **c/o Natalia Sirju** **2538 Carrolwood Rd** **Naperville, IL 60540** | **2/23/2024** | **$149,326.33** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.14. **Carne I Corp.** **134 E Highway 81** **Burley, ID 83318** | **3/4/2024;** **2/23/2024;** **1/19/2024;** **1/10/2024** | **$386,620.44** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Millenkamp Cattle, Inc.**                                              Case number *(if known)*  **24-40158-NGH**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.15. **American Calf Products** PO Box 3046 Turlock, CA 95381 | 3/21/2024; 3/8/2024; 2/23/2024; 2/13/2024; 1/23/2024; 1/3/2024 | $919,190.21 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.16. **Raft River Rural Electric** PO Box 617 Malta, ID 83342-0617 | 2/26/2024; 1/25/2024 | $261,122.66 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.17. **ADM Animal Nutrition Inc** 75 Remittance Dr Ste #1365 Chicago, IL 60675 | 2/1/2024 | $34,566.61 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.18. **Eagle View Farms** 970 E 3700 N Castleford, ID 83321 | 3/28/2024; 2/23/2024; 2/1/2024; 1/18/2024 | $368,803.75 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.19. **Stouder Holsteins** **Gary Stouder** 455 Bob Barton Rd Jerome, ID 83338 | 2/26/2024; 2/12/2024; 2/1/2024; 1/19/2024; 1/8/2024 | $259,296.25 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.20. **Christensen INC** **dba United Oil** PO Box 94591 Seattle, WA 98124-6891 | 2/27/2024; 2/20/2024; 2/13/2024; 2/8/2024; 1/26/2024; 1/5/2024 | $222,143.48 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.21. **Idaho Udder Health Systems PC** 4455 S Meridian Rd Meridian, ID 83642 | 2/9/24; 1/22/2024; 1/16/2024; 1/2/2024 | $23,066.96 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.22. **Western Construction Inc** PO Box 15569 Boise, ID 83715 | 3/1/2024; 2/1/2024 | $27,999.50 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

| Debtor | **Millenkamp Cattle, Inc.** | | Case number *(if known)* | **24-40158-NGH** |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.23 | **Triple B Farms, LLC**<br>131 Broncho Rd<br>Blackfoot, ID 83221 | 3/29/2024;<br>2/9/2024;<br>1/10/2024 | $330,622.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24 | **Black Cat Dairy**<br>5655 S Black Cat Rd<br>Meridian, ID 83642 | 2/8/2024;<br>1/26/2024;<br>1/3/2024 | $142,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25 | **Diamond B Dairy**<br>2169 E 3200 S<br>Wendell, ID 83355 | 2/14/2024;<br>1/19/2024;<br>1/17/2024;<br>1/4/2024 | $49,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26 | **Nelsen Farms LLC**<br>120 E 600 N<br>Jerome, ID 83338 | 2/12/2024;<br>1/18/2024;<br>1/12/2024 | $68,550.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27 | **Schilder Dairy**<br>1164 E 3700 N<br>Buhl, ID 83316 | 2/9/2024 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28 | **Big D Builders Inc**<br>1465 E Bird Dog Dr<br>Ste 110<br>Meridian, ID 83642 | 2/8/2024;<br>1/11/2024 | $206,586.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29 | **Double V LLC**<br>1587 E 3100 S<br>Wendell, ID 83355 | 3/26/2024;<br>2/6/2024;<br>1/23/2024;<br>1/9/2024 | $317,675.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30 | **Oppedyk Dairy**<br>PO Box 399<br>Mountain Home, ID 83647 | 2/12/2024;<br>1/24/2024 | $27,100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Millenkamp Cattle, Inc.** | | Case number *(if known)* | **24-40158-NGH** |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.31. | **Silva Brothers**<br>1202 E 4150 N<br>Buhl, ID 83316 | **2/6/2024;<br>1/19/2024;<br>1/9/2024** | **$15,375.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. | **Vandyk Dairy**<br>270 N 500 W<br>Jerome, ID 83338 | **2/6/2024;<br>1/23/2024;<br>1/12/2024;<br>1/3/2024** | **$175,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. | **Heeringa Construction, LLC**<br>18521 E Queen Creek Rd<br>#105-481<br>Queen Creek, AZ 85142 | **2/12/2024** | **$20,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. | **H.D. Fowler Company**<br>PO Box 84368<br>Seattle, WA 98124-5668 | **2/29/2024;<br>2/6/2024** | **$16,823.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. | **Isco Industries Inc**<br>1974 Solutions Center<br>Chicago, IL 60677 | **3/1/2024;<br>2/7/2024** | **$84,527.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. | **AllFlex USA**<br>PO Box 848533<br>Dallas, TX 75284 | **2/22/2024;<br>2/5/2024** | **$44,285.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. | **American Construction**<br>195 Eastland<br>Twin Falls, ID 83301 | **2/28/2024;<br>2/6/2024;<br>1/10/2024** | **$20,876.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38. | **B&R Bearing Supply**<br>1302 S Lincoln<br>Jerome, ID 83338 | **2/28/2024;<br>2/14/2024;<br>2/2/2024;<br>1/12/2024** | **$21,637.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Millenkamp Cattle, Inc.** | | Case number *(if known)* | **24-40158-NGH** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.39. **Automation Werx, LLC**<br>PO Box 3066<br>Idaho Falls, ID 83403 | 2/28/2024;<br>2/6/2024;<br>1/30/2024;<br>1/4/2024 | $139,849.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40. **Boyce Equipment&Parts Co,Inc**<br>2893 S American Way<br>Ogden, UT 84401 | 2/27/2024;<br>2/5/2024;<br>1/9/2024 | $9,629.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.41. **Butte Irrigation Inc**<br>PO Box 790<br>Paul, ID 83347 | 3/4/2024;<br>2/5/2024;<br>1/30/2024;<br>1/17/2024;<br>1/3/2024 | $229,899.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.42. **CNH Industrial Accounts**<br>PO Box 71264<br>Philadelphia, PA 19176-6264 | 3/11/2024;<br>3/4/2024;<br>2/29/2024;<br>2/9/2024;<br>2/2/2024;<br>1/30/2024;<br>1/16/2024;<br>1/3/2024;<br>1/2/2024 | $625,725.23 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43. **Commodities Plus**<br>5207 E 3rd Ave<br>Spokane, WA 99212 | 2/29/2024;<br>2/7/2024;<br>1/9/2024 | $21,232.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.44. **Circle C Equipment**<br>23 N 150 W<br>Jerome, ID 83338 | 2/13/2024;<br>1/19/2024;<br>1/2/2024 | $19,157.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.45. **Coastline Equipment**<br>2000 E Overland Rd<br>Meridian, ID 83642 | 2/21/2024;<br>2/5/2024;<br>1/17/2024 | $34,740.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Millenkamp Cattle, Inc.**    Case number (if known)    **24-40158-NGH**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.46. | **Mitch's Repair, Inc**<br>148 Frontage Rd<br>Jerome, ID 83338 | **3/28/2024;<br>2/15/2024;<br>2/6/2024;<br>2/1/2024;<br>1/19/2024** | **$21,270.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47. | **G.J. Verti-line Pumps Inc**<br>1970 Highland Ave E<br>PO Box 892<br>Twin Falls, ID 83303 | **2/27/2024;<br>2/5/2024;<br>1/17/2024;<br>1/9/2024** | **$143,954.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48. | **Valley Wide COOP Inc**<br>2114 N 20th St<br>Nampa, ID 83687 | **3/29/2024;<br>3/19/2024;<br>2/26/2024;<br>2/5/2024;<br>1/4/2024** | **$366,325.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.49. | **J.D. Heiskell & Co.**<br>139 River Vista Place<br>Ste 102<br>Twin Falls, ID 83301 | **3/25/2024;<br>2/2/2024;<br>1/3/2024** | **$1,646,413.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.50. | **Progressive Dairy & Supplies**<br>485 S Idaho St<br>Wendell, ID 83355 | **2/21/2024;<br>2/2/2024;<br>1/24/2024;<br>1/10/2024** | **$132,297.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.51. | **Valley Co-op**<br>2114 N 20th St<br>Nampa, ID 83687 | **3/18/2024;<br>2/26/2024;<br>2/5/2024;<br>1/26/2024;<br>1/19/2024;<br>1/12/2024;<br>1/4/2024** | **$1,865,969.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.52. | **Performance Plus Idaho LLC**<br>S 500 E<br>Jerome, ID 83338 | **2/6/2024;<br>1/18/2024;<br>1/11/2024** | **$8,061.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.53. | **Pro Rentals & Sales**<br>PO Box 5450<br>Kalispell, MT 59903 | **2/6/2024;<br>1/17/2024;<br>1/9/2024** | **$19,477.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Millenkamp Cattle, Inc.**                                                    Case number *(if known)*   **24-40158-NGH**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.54. **Receptor Food Group** PO Box 475 Rupert, ID 83350 | 2/6/2024 | $17,640.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.55. **Rogers Machinery** PO Box 35142 LB 1502 Seattle, WA 98124-5142 | 2/6/2024; 1/17/2024 | $35,001.20 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.56. **Pacific Steel & Recycling** PO Box 1413 Twin Falls, ID 83303-1413 | 2/27/2024; 2/6/2024; 1/17/2024 | $41,991.76 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.57. **Safe Salt Supply** 625 Gary St Pocatello, ID 83201-7037 | 2/6/2024; 1/19/2024 | $8,191.14 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.58. **SiteOne Landscape** 1773 Eldridge Ave Twin Falls, ID 83301-7909 | 2/8/2024; 1/23/2024; 1/3/2024 | $11,512.11 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.59. **Tacoma Screw Products** Attn: Accounts Receivable 2001 Center St Tacoma, WA 98409-7895 | 2/28/2024; 2/7/2024; 1/23/2024 | $19,812.33 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.60. **SeCon LLC** 24829 Simplot Blvd Wilder, ID 83676 | 3/4/2024; 2/12/2024; 1/11/2024 | $103,950.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.61. **The Dairy Solutions Group** 396 Railway St Jerome, ID 83338 | 3/21/2024; 2/28/2024; 2/12/2024; 2/7/2024; 1/18/2024; 1/16/2024; 1/9/2024 | $360,449.13 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor   **Millenkamp Cattle, Inc.**

Case number *(if known)*   **24-40158-NGH**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.62 **WAG Services Inc** 8121 W Harrison St Tolleson, AZ 85353 | 3/5/2024; 2/27/2024; 1/23/2024; 1/10/2024; 1/9/2024 | $169,995.22 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.63 **Vantage Dairy Supplies LLC** 799 W 200 N Paul, ID 83347 | 2/12/2024; 1/23/2024; 1/10/2024; 1/4/2024 | $87,078.70 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.64 **Watts Hydraulic & Repair** 1982 Floral Ave Twin Falls, ID 83301 | 2/26/2024; 2/6/2024; 1/18/2024; 1/12/2024; 1/4/2024 | $36,642.25 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.65 **Ag Pro Well Cleaners LLC** PO Box 73 Burley, ID 83318 | 2/13/2024 | $43,250.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.66 **Susan J. Creations** 1081 Hankins Rd N Twin Falls, ID 83301 | 2/26/2024 | $31,735.76 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.67 **Premier Truck Group** PO Box 840827 Dallas, TX 75284-0827 | 3/14/2024; 2/26/2024; 2/14/2024; 2/6/2024; 1/26/2024 | $224,190.96 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.68 **Beams Flooring** 1475 Elm Street N Twin Falls, ID 83301 | 2/21/2024 | $22,079.63 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.69 **Magic Services LLC** 393 Railway St Jerome, ID 83338 | 3/4/2024; 2/23/2024; 1/30/2024 | $45,923.27 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Millenkamp Cattle, Inc.**

Case number *(if known)*  **24-40158-NGH**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.70 **Brett Jensen Farms**<br>2000 W 113 N<br>Idaho Falls, ID 83402 | 2/21/2024;<br>1/31/2024 | $239,490.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.71 **Gem State Welders Supply Inc**<br>1440 Kimberly Rd<br>Twin Falls, ID 83303 | 2/15/2024;<br>1/18/2024 | $19,838.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.72 **Idaho State Brand Department**<br>PO Box 2927<br>Twin Falls, ID 83303 | 2/23/2024;<br>1/18/2024;<br>1/4/2024 | $39,826.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.73 **H&M Custom, LLC**<br>PO Box 722<br>Burley, ID 83318 | 3/5/2024;<br>2/27/2024;<br>2/14/2024;<br>1/25/2024;<br>1/17/2024 | $295,777.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.74 **DMR Supplies**<br>6701 Parkway Circle<br>Ste 102<br>Minneapolis, MN 55430 | 2/21/2024 | $32,886.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.75 **Raft River Ground Water Dist.**<br>PO Box 122<br>Almo, ID 83312 | 2//28/2024;<br>1/17/2024 | $17,018.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.76 **Elevation Electric**<br>485 S Idaho St<br>Wendell, ID 83355 | 3/12/2024;<br>2/21/2024;<br>1/31/2024;<br>1/24/2024;<br>1/16/2024 | $135,562.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.77 **Irace Construction LLC**<br>1726 E 4500 N<br>Buhl, ID 83316 | 3/5/2024;<br>2/23/2024;<br>1/24/2024;<br>1/23/2024 | $40,309.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Millenkamp Cattle, Inc.**                                          Case number *(if known)*    **24-40158-NGH**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.78.  **IBA Magic Valley Dairy Systm**<br>**122 West 465 South**<br>**Jerome, ID 83338** | **2/22/2024;**<br>**1/17/2024;**<br>**1/9/2024** | **$30,413.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.79.  **Schaeffer Mfg. Co.**<br>**PO Box 790100**<br>**Dept. 3518**<br>**Saint Louis, MO 63179-0100** | **3/29/2024;**<br>**3/26/2024;**<br>**2/28/2024;**<br>**1/26/2024;**<br>**1/22/2024;**<br>**1/17/2024;**<br>**1/6/2024** | **$83,938.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.80.  **Llanos Trucking LLC**<br>**84 S 200 W**<br>**Burley, ID 83318** | **2/27/2024;**<br>**1/19/2024** | **$101,368.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.81.  **NorthWest Seed, Inc.**<br>**PO Box 65**<br>**Hazelton, ID 83335** | **2/24/2024** | **$33,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.82.  **Darrington Brothers Ag**<br>**2740 Mt Harrison Dr**<br>**Burley, ID 83318** | **2/26/2024;**<br>**1/22/2024** | **$149,043.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.83.  **Yount Enterprises Inc**<br>**PO Box 3177**<br>**Idaho Falls, ID 83403** | **2/26/2024** | **$15,960.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.84.  **BLN Huettig Farms**<br>**1247 S. 2000 E.**<br>**Hazelton, ID 83335** | **2/27/20224;**<br>**1/17/2024** | **$38,109.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.85.  **Blue Cross of Idaho**<br>**PO Box 6948**<br>**Boise, ID 83707** | **2/27/2024;**<br>**1/9/2024** | **$45,401.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Millenkamp Cattle, Inc.**                                      Case number (if known)  **24-40158-NGH**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.86. **Allegiance Dairy Services**<br>111 Overland Ave<br>Burley, ID 83318 | 2/27/2024 | $10,163.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.87. **Badger Bearing PTP, Inc**<br>230 W 20 S<br>Burley, ID 83318 | 2/27/2024;<br>1/17/2024 | $9,836.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.88. **Diesel Depot**<br>PO Box 730<br>Aberdeen, ID 83210 | 2/27/2024 | $18,174.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.89. **CHR Hansen Inc**<br>PO Box 7410966<br>Chicago, IL 60674-0966 | 2/29/2024;<br>1/22/2024;<br>1/2/2024 | $60,956.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.90. **Crane Cattle Co**<br>244 Smith Center Rd<br>Montpelier, ID 83254 | 2/29/2024 | $27,837.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.91. **Evans Plumbing**<br>111 Gulf Stream Lane<br>Hailey, ID 83333 | 2/27/2024 | $26,528.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.92. **Green Source Automation**<br>3506 Moore Rd<br>Ceres, CA 95307 | 2/28/2024;<br>1/17/2024 | $231,251.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.93. **Hatfield Manufactoring**<br>1823 Shoestring Rd<br>Gooding, ID 83330 | 2/24/2024;<br>1/24/2024;<br>1/10/2024 | $22,689.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   **Millenkamp Cattle, Inc.**                                        Case number *(if known)*   **24-40158-NGH**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.94. **Idaho Materials&Construction**<br>**1310 Addison Ave W**<br>**Twin Falls, ID 83301** | **2/27/2024;**<br>**1/23/2024;**<br>**1/18/2024** | **$29,537.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.95. **J&C Hoof Trimming Inc**<br>**3690 N 2570 E**<br>**Twin Falls, ID 83301** | **3/21/2024;**<br>**2/27/2024;**<br>**1/19/2024** | **$145,168.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.96. **Idaho Power**<br>**Attn: Corporate Cashier**<br>**PO Box 6062**<br>**Boise, ID 83707-6062** | **2/27/2024;**<br>**1/23/2024;**<br>**1/10/2024** | **$37,240.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.97. **John Deere Financial**<br>**PO Box 4450**<br>**Carol Stream, IL 60197-4450** | **3/18/2024;**<br>**3/12/2024;**<br>**3/11/2024;**<br>**3/1/2024;**<br>**2/29/2024;**<br>**2/28/2024;**<br>**2/26/2024;**<br>**2/20/2024;**<br>**2/12/2024;**<br>**2/1/2024;**<br>**1/30/2024;**<br>**1/25/2024;**<br>**1/23/2024;**<br>**1/17/2024;**<br>**1/12/2024;**<br>**1/10/2024;**<br>**1/2/2024** | **$118,599.55** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.98. **Kuhn Livestock**<br>**277C Hwy 50**<br>**Hansen, ID 83334** | **2/28/2024** | **$18,604.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.99. **MicroProteins**<br>**8019 W Buckskin**<br>**Pocatello, ID 83201** | **2/28/2024;**<br>**1/22/2024** | **$104,250.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Millenkamp Cattle, Inc.**                                    Case number (if known)  **24-40158-NGH**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.10 0. | **Napa Auto Parts**<br>**PO Box 1425**<br>**Twin Falls, ID 83303** | **2/28/2024;**<br>**1/31/2024;**<br>**1/24/2024** | **$43,251.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 1. | **Penn Millers Insurance Co**<br>**c/o Chubb Agribusiness**<br>**PO Box 62453**<br>**Baltimore, MD 21264-2453** | **2/28/2024;**<br>**1/17/2024** | **$233,820.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 2. | **CJ Martin Construction LLC**<br>**8672 Southside Blvd**<br>**Nampa, ID 83686** | **2/27/2024** | **$57,287.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 3. | **Standing 16 Ranch**<br>**335 W 300 N**<br>**Jerome, ID 83338** | **2/28/2024;**<br>**1/18/2024;**<br>**1/9/2024** | **$51,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 4. | **Taqueria Tamazula Trucking**<br>**1842 Hansen Ave**<br>**Burley, ID 83318** | **2/27/2024;**<br>**1/12/2024;**<br>**1/11/2024** | **$49,347.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 5. | **ST Genetics**<br>**PO Box 842923**<br>**Dallas, TX 75284-2923** | **2/28/2024;**<br>**1/16/2024** | **$47,856.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 6. | **Webb Nursery**<br>**136 Eastland Dr**<br>**Twin Falls, ID 83301** | **2/27/2024;**<br>**1/17/2024;**<br>**1/11/2024** | **$12,005.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 7. | **Western States Cat**<br>**PO Box 3805**<br>**Seattle, WA 98124-3805** | **2/28/2024;**<br>**1/9/2024;**<br>**1/3/2024** | **$571,661.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Millenkamp Cattle, Inc.**    Case number *(if known)*    **24-40158-NGH**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.10 8. | **Twin Falls County Treasurer**<br>**Becky Peterson**<br>**Box 88**<br>**Twin Falls, ID 83303-0088** | **1/2/2024** | **$9,736.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 9. | **Ag-Rows, Inc**<br>**321 S Hwy 27**<br>**Burley, ID 83318** | **3/7/2024;**<br>**1/9/2024** | **$86,357.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 0. | **Jerome County Tax Collector**<br>**Tevian Kober**<br>**300 N Lincoln**<br>**Ste 309**<br>**Jerome, ID 83338** | **1/2/2024** | **$59,260.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 1. | **Cassia County Tax Collector**<br>**1459 Overland Ave**<br>**Rm 102**<br>**Burley, ID 83318** | **1/3/2024** | **$191,148.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 2. | **Conrad & Bischoff Inc**<br>**2251 N Holmes**<br>**PO Box 50106**<br>**Idaho Falls, ID 83405** | **3/22/2024;**<br>**1/19/2024;**<br>**1/10/2024;**<br>**1/5/2024** | **$300,843.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 3. | **Givens Pursely LLP**<br>**PO Box 2720**<br>**Boise, ID 83701** | **1/30/2024;**<br>**1/4/2024** | **$113,587.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 4. | **No View Dairy, LLC**<br>**3298 E 3600 N**<br>**Kimberly, ID 83341** | **1/19/2024;**<br>**1/9/2024;**<br>**1/3/2024** | **$114,150.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 5. | **Tacaro LLC**<br>**Saul Vargas Magana**<br>**295 W 2nd St**<br>**Hazelton, ID 83335** | **1/12/2024** | **$43,569.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Millenkamp Cattle, Inc.**                                                        Case number *(if known)*    **24-40158-NGH**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.11 6. | **ABS Global Inc** **Box 22144 Network Place** **Chicago, IL 60673-1221** | **1/2/2024** | **$166,503.50** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11 7. | **Kraus Farms, LLC** **165 S 400 W** **Rupert, ID 83350** | **3/11/2024; 3/4/2024; 1/2/2024** | **$734,957.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11 8. | **G2 Equipment Sales LLC** **21350 Hwy 30** **Filer, ID 83328-5303** | **1/17/2024** | **$34,290.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11 9. | **Darling Ingredients** **PO Box 554885** **Detroit, MI 48255-4885** | **3/1/2024; 1/24/2024; 1/10/2024** | **$14,662.40** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12 0. | **Eric Bennett** **476 W 300 S** **Heyburn, ID 83336** | **1/9/2024** | **$13,702.50** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12 1. | **Schilder Dairy** **1164 E 3700 N** **Buhl, ID 83316** | **1/22/2024** | **$12,800.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12 2. | **Agri-Service, Inc.** **300 Agri-Service Way** **Kimberly, ID 83341** | **1/9/2024** | **$31,168.69** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12 3. | **Clint Thompson** **298 N 200 W** **Jerome, ID 83338** | **1/8/2024** | **$25,185.80** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Millenkamp Cattle, Inc.**                                            Case number (if known)  **24-40158-NGH**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.12 4. | **StitchX LLC**<br>243 W 200 N<br>Jerome, ID 83338 | **3/5/2024;**<br>**1/8/2024** | **$36,472.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12 5. | **Ken & Jean Thompson**<br>255 N 250 W<br>Jerome, ID 83338 | **1/8/2024** | **$25,442.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12 6. | **Steel Ranch LLC**<br>2597 E 1100 S<br>Hazelton, ID 83335-6215 | **1/18/2024;**<br>**1/10/2024** | **$100,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12 7. | **ALL PRO LINEN INC**<br>500 East 10th St<br>Burley, ID 83318 | **3/1/2024;**<br>**1/18/2024;**<br>**1/11/2024** | **$9,528.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12 8. | **Nutrien Ag Solutions**<br>PO Box 246<br>Wendell, ID 83355 | **1/12/2024** | **$7,633.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12 9. | **Streamline Precision**<br>120 S 100 W<br>Burley, ID 83318 | **3/11/2024;**<br>**1/16/2024** | **$41,329.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 0. | **Total Waste Management**<br>PO Box 309<br>Heyburn, ID 83336 | **1/12/2024** | **$8,075.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 1. | **Young Automotive Group**<br>PO Box 684<br>Layton, UT 84041 | **1/17/2024** | **$15,194.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(if known)* | **24-40158-NGH** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.13<br>2. | **Thomas Petroleum LLC**<br>445 E 5th St N<br>Burley, ID 83318 | **3/6/2024;**<br>**1/26/2024** | **$16,811.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>3. | **Goff Farms**<br>160 S Hwy 24<br>Rupert, ID 83350 | **1/12/2024** | **$72,678.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>4. | **John Sprattling**<br>550 Terrace Dr<br>Burley, ID 83318 | **1/17/2024** | **$91,796.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>5. | **A Scott Jackson Trucking Inc**<br>PO Box 56<br>Jerome, ID 83338 | **1/25/2024;**<br>**1/16/2024** | **$179,178.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>6. | **Agar Transportation**<br>PO Box 277<br>Fruitland, ID 83619 | **1/23/2024** | **$19,870.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>7. | **Dusty Brow Farms, Inc.**<br>2601 E 1100 S<br>Hazelton, ID 83335-6235 | **1/18/2024** | **$75,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>8. | **Integrated Technologies**<br>PO Box 1843<br>Twin Falls, ID 83303 | **1/18/2024** | **$17,629.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>9. | **Pacific Pumping Inc**<br>8941 Jasmine Ln<br>Lynden, WA 98264 | **1/23/2024** | **$86,798.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Millenkamp Cattle, Inc.**                                            Case number *(if known)*   **24-40158-NGH**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.140. **Reed Farms** 4296 N 2100 E Filer, ID 83328 | 1/22/2024 | $22,339.20 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.141. **Rocky Mountain Agronomics** 1912 W Main Burley, ID 83318 | 3/4/2024; 1/17/2024 | $285,243.18 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.142. **Stotz Equipment** 2670 Kimberly Rd Twin Falls, ID 83301 | 1/17/2024 | $10,229.78 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.143. **T.L.K. Dairy Inc** 650 N 2nd E Mountain Home, ID 83647 | 1/30/2024; 1/23/2024 | $21,024.25 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.144. **Valley Agricultural Software** PO Box 740729 Los Angeles, CA 90074 | 3/11/2024; 1/23/2024 | $107,326.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.145. **Luke Mickelson** 411 N 400 W Blackfoot, ID 83221 | 1/30/2024 | $60,049.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.146. **Galeno's Trucking** 561 E Ellis St Paul, ID 83347 | 1/25/2024 | $12,508.03 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.147. **Lithia Motors** PO Box 679811 Dallas, TX 75267-9811 | 3/4/2024; 1/29/2024 | $56,771.82 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

| Debtor | **Millenkamp Cattle, Inc.** | | Case number *(if known)* | **24-40158-NGH** |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.148. | **Arlo G. Lott Trucking Inc** PO Box 110 Jerome, ID 83338 | 1/30/2024 | $8,515.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.149. | **Farmer's National Bank** PO Box 505 Jerome, ID 83338 | 1/29/2024 | $98,531.18 | ☑ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.150. | **BUNGE Canada** 2765 Solution Center Chicago, IL 60677 | 1/19/2024; 1/4/2024 | $209,387.81 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.151. | **Clear Lakes Products** PO Box 246 Buhl, ID 83316 | 3/13/2024; 3/12/2024; 3/4/2024; 1/16/2024; 1/9/2024 | $312,426.52 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.152. | **Driscoll Brothers** 2043 E Center Pocatello, ID 83201 | 1/16/2024 | $200,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.153. | **Westway Feed Products** 365 Canal St Ste 2929 New Orleans, LA 70130 | 1/29/2024 | $68,239.09 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.154. | **US Commodities LLC** PO Box 860417 Minneapolis, MN 55486-0417 | 3/20/2024; 3/12/2024; 3/4/2024; 2/28/2024; 2/22/2024; 2/8/2024; 2/1/2024 | $444,040.75 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.155. | **Les Schwab Tire Center** 2555 S Overland Burley, ID 83318 | 3/4/2024; 2/2/2024; 1/2/2024 | $77,625.49 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Millenkamp Cattle, Inc.**                                   Case number *(if known)*   **24-40158-NGH**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.15 6. | **Les Schwab Tire Center** 1848 S Lincoln Jerome, ID 83338 | **3/4/2024; 2/2/2024; 1/2/2024** | **$148,557.56** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.15 7. | **Elite Restoration** 1920 Highland Ave E Ste E Twin Falls, ID 83301 | **2/24/2024** | **$28,198.57** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.15 8. | **Daimler Truck Financial Svcs** 14372 Heritage Pkwy Suite 400 Fort Worth, TX 76177 | **3/11/2024; 3/1/2024; 2/12/2024; 1/31/2024; 1/10/2024** | **$165,409.62** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.15 9. | **Interstate Billing Services, Inc** PO Box 2208 Decatur, AL 35609-2208 | **3/13/2024; 3/11/2024; 2/26/2024; 2/7/2024; 1/24/2024** | **$86,975.92** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.16 0. | **MetLife Investment Mgmt. LLC Commercial Loan Services** 929 Gessner Suite 1710 Houston, TX 77024 | **3/25/2024; 3/11/2024; 1/25/2024** | **$97,956.48** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.16 1. | **Select Sires MidAmerica Inc** 833 W 400 N Logan, UT 84321 | **2/28/2024** | **$17,600.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.16 2. | **Gym Outfitters** 1852 S. Century Way Boise, ID 83709 | **2/16/2024** | **$7,793.99** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.16 3. | **Chase Credit Card Cardmember Service** PO Box 6294 Carol Stream, IL 60197-6294 | **3/27/2024; 2/26/2024; 2/12/2024; 1/22/2024; 1/17/2024** | **$36,124.44** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

| Debtor | **Millenkamp Cattle, Inc.** | | Case number *(if known)* **24-40158-NGH** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.16 4. | **Capitol One**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** | **3/8/2024;**<br>**2/8/2024;**<br>**1/9/2024** | **$12,825.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 5. | **Viterra Grain LLC**<br>**1111 Bedke Blvd**<br>**Burley, ID 83318** | **3/15/2024;**<br>**3/13/2024;**<br>**3/4/2024;**<br>**3/1/2024;**<br>**2/29/2024;**<br>**2/23/2024;**<br>**2/22/2024;**<br>**2/20/2024;**<br>**2/16/2024;**<br>**2/14/2024;**<br>**2/9/2024;**<br>**2/5/2024;**<br>**1/31/2024;**<br>**1/29/2024;**<br>**1/25/2024;**<br>**1/23/2024;**<br>**1/18/2024;**<br>**1/16/2024;**<br>**1/10/2024;**<br>**1/8/2024;**<br>**1/4/2024;**<br>**1/3/2024;**<br>**1/2/2024** | **$9,054,476.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 6. | **Wilbur-Ellis Nutrition**<br>**Rangen**<br>**P.O. Box 706**<br>**Buhl, ID 83316** | **3/29/2024;**<br>**3/22/2021;**<br>**3/5/2024;**<br>**2/16/2024;**<br>**2/2/2024;**<br>**1/22/2024;**<br>**1/2/2024** | **$862,106.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 7. | **Penny Newman Grain Co Inc**<br>**PO Box  12147**<br>**Fresno, CA 93776-2147** | **2/23/2024;**<br>**2/2/2024;**<br>**1/16/2024** | **$282,497.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 8. | **State Insurance Fund**<br>**PO Box 990002**<br>**Boise, ID 83799-0002** | **3/4/2024;**<br>**2/2/2024** | **$67,373.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 9. | **Verizon Wireless**<br>**PO Box 660108**<br>**Dallas, TX 75266-0108** | **3/5/2024;**<br>**3/4/2024;**<br>**2/5/2024;**<br>**2/2/2024;**<br>**1/3/2024** | **$8,942.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Millenkamp Cattle, Inc.**                                                    Case number *(if known)*    **24-40158-NGH**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.170. **Colonial Life Processing** PO Box 903 Columbia, SC 29202-1365 | 3/5/2024; 3/1/2024; 1/30/2024 | $9,394.08 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.171. **Fred Kenyon Repair** 141 Bridon Way Jerome, ID 83338 | 3/5/2024; 1/5/2024 | $10,032.60 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.172. **AirGas USA LLC** PO Box 734671 Dallas, TX 75373-4671 | 3/6/2024; 1/11/2024 | $16,069.77 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.173. **Pump Service** 103 W 500 S Burley, ID 83318 | 3/4/2024; 1/23/2024 | $9,355.10 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.174. **Nelson Jameson, Inc** PO Box 1147 Marshfield, WI 54449 | 3/1/2024; 1/24/2024 | $9,291.21 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.175. **Seal King LLC** PO Box 771 Filer, ID 83328 | 3/4/2024 | $58,206.90 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.176. **Clear Water Products LLC** 1834 1st Ave Greeley, CO 80631 | 3/1/2024 | $97,946.12 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.177. **Spratling Farms** Lucas Spratling 550 Terrace Dr Burley, ID 83318 | 3/4/2024 | $23,800.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Millenkamp Cattle, Inc.**                                    Case number *(if known)*  **24-40158-NGH**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17 8. **Idaho State Tax Commission** **PO Box 36** **Boise, ID 83707** | **3/12/2024** | **$22,966.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17 9. **Healthy Earth EnterprisesLLC** **76 N 400 W** **Jerome, ID 83338** | **3/22/2024** | **$105,782.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Millenkamp Family LLC** **471 N 300 W** **Jerome, ID 83338** **Affiliate** | **December 2023** | **$1,085,855.16** | **Rental Payment** |
| 4.2. **East Valley Cattle LLC** **471 N 300 W** **Jerome, ID 83338** **Affiliate** | **December 2023** | **$0.00** | **Rental Payment** |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(if known)* | **24-40158-NGH** |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Black Eagle Construction, LLC, Plaintiff vs. East Valley Cattle, LLC, Millenkamp Cattle, Inc., RM Mechanical, Inc., Franklin Building Supply Co., Defendants**<br>**CV16-21-00761** | **Civil** | **Fifth Judicial District Court**<br>**Cassia County**<br>**1559 Overland Ave.**<br>**Burley, ID 83318** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **A Scott Jackson Trucking v. Millenkamp Cattle, Inc.**<br>**CV27-24-00197** | **Civil** | **Fifth Judicial District Court**<br>**Jerome County**<br>**233 W Main Street**<br>**Jerome, ID 83338** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Brandi Bartholomew v. Millenkamp Cattle, Inc., Parkland USA Corporation, d/b/a Conrad & Bischoff, Robert Rogers, Jose Ruiz-Arteaga**<br>**CV27-24-00186** | **Civil** | **Fifth Judicial District Court**<br>**Jerome County**<br>**233 W Main Street**<br>**Jerome, ID 83338** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **B & H Farming v. Millenkamp Cattle, Inc., Rabo Agrifinance LLC, PErformix Nutrition Systems, Inc. H & M Custom, LLC, et al**<br>**CV16-24-00111** | **Civil** | **Fifth Judicial District Court**<br>**Cassia County**<br>**1559 Overland Ave.**<br>**Burley, ID 83318** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **H&M Custom, LLC, BLN Huettig Farms, Northwest Seed, Inc. v. Millenkamp Cattle, Inc. et al**<br>**CV27-24-00101** | **Civil** | **Fifth Judicial District Court**<br>**Jerome County**<br>**233 W Main Street**<br>**Jerome, ID 83338** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Viserion Grain, LLC v. Millenkamp Cattle, Inc. et al**<br>**CV27-24-00083** | **Civil** | **Fifth Judicial District Court**<br>**Jerome County**<br>**233 W Main Street**<br>**Jerome, ID 83338** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **McAlvain Concrete, Inc. v. East Valley Cattle, LLC, RM Mechanical, Inc.**<br>**CV16-21-00486** | **Civil** | **Fifth Judicial District Court**<br>**Cassia County**<br>**1559 Overland Ave.**<br>**Burley, ID 83318** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Sally Rose and Mark Rose; Christine Deal; et al v. Millenkamp Cattle, Inc. et al**<br>**CV42-20-4178** | **Civil** | **Fifth Judicial District Court**<br>**Twin Falls County**<br>**427 Shoshone Street N.**<br>**Twin Falls, ID 83301** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **B & H Farming vs. Millenkamp Cattle, Inc., Rabo Agrifinance, LLC, H&M Custom, LLC, Youree Land & Livestock, Inc., et al**<br>**CV27-24-00131** | **Civil** | **Fifth Judicial District Court**<br>**Jerome County**<br>**233 W Main Street**<br>**Jerome, ID 83338** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Millenkamp Cattle, Inc.**                                          Case number *(if known)*    **24-40158-NGH**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.10. | **Edward Chojnacky; Michael Chojnacky, Grant 4-D Farms, LLC et al v. Millenkamp Cattle, Inc. et al CV27-24-00122** | **Civil** | **Fifth Judicial District Court Jerome County 233 West Main St. Jerome, ID 83338** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Rabo Agrifinance LLC 14767 North Outer 40 Road Suite 400 Chesterfield, MO 63017** | **Millenkamp Cattle Operations and Assets** | **Unknown** |
| | **Case title Rabo v. Millenkamp Cattle, et al** | **Court name and address District Court of the Fourth Judicial State of Idaho, County of Ada 200 W Front St. Boise, ID 83702** |
| | **Case number CV01-24-01156** | |
| | **Date of order or assignment 2-16-2024** | |

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **See Exhibit A** | | | **$343,455.04** |
| | **Recipients relationship to debtor** | | | |

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Millenkamp Cattle, Inc.**                                          Case number *(if known)*  **24-40158-NGH**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dentons Davis Brown PC** **215 10th St, Suite 1300** **Des Moines, IA 50309-3993** | | **3/20/2024;** **3/8/2024** | **$200,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Johnson May PLLC** **199 N. Capital Blvd. #200** **Boise, ID 83702** | | **2/22/2024;** **2/14/2024;** **2/12/2024;** **2/6/2024** | **$175,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Kander LLC** **2538 Carrolwood Rd.** **Naperville, IL 60540** | | **3/20/2024** | **$100,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

Debtor    **Millenkamp Cattle, Inc.**                                    Case number *(if known)*  **24-40158-NGH**

| Address | Dates of occupancy From-To |
|---|---|
| | |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **29**

Debtor    **Millenkamp Cattle, Inc.** _____    Case number _(if known)_    **24-40158-NGH**

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Keith D. and Janet Carlson**<br>**3866 E 3800 N**<br>**Hansen, ID 83334** | **William J. Millenkamp**<br>**471 N 300 W**<br>**Jerome, ID 83338** | **Sileage storage** | ☐ No<br>■ Yes |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See Exhibit B** | | | **$0.00** |

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
_Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

_Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

_Hazardous material_ means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(if known)*  **24-40158-NGH** |
| --- | --- | --- |

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| 25.1.  **H&M Custom, LLC**<br>**PO Box 722**<br>**Burley, ID 83318** | **Farming; Partnership - 50%** | EIN:<br><br>From-To  **5/30/2014 - present** |
| 25.2.  **Kans LLC**<br>**PO Box 220**<br>**Star, ID 83669** | **Beef Packing** | EIN:<br><br>From-To  **9/28/2020 - present** |
| 25.3.  **True West Beef LLC**<br>**c/o Kim Stuart**<br>**1555 W Shoreline Dr. Ste. 320**<br>**Boise, ID 83702-9103** | **Beef Packing** | EIN:<br><br>From-To |
| 25.4.  **Prime Cut LLLP** | **Beef Packing** | EIN:<br><br>From-To |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.  **Eide Bailly LLP**<br>**1505 Madrona St. N. #800**<br>**Twin Falls, ID 83301-8318** | **2023-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26b.1.  **Eide Bailly LLP**<br>**1505 Madrona St N**<br>**#800**<br>**Twin Falls, ID 83301** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.  **William J. Millenkamp**<br>**471 N 300 W**<br>**Jerome, ID 83338** | |
| 26c.2.  **Kander LLC**<br>**2538 Carrolwood Rd.**<br>**Naperville, IL 60540** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **Millenkamp Cattle, Inc.**                                     Case number *(if known)*  **24-40158-NGH**

---

☐ None

| Name and address |
|---|

| 26d.1. | **MetLife Real Estate Lending**<br>**10801 Mastin Blvd., Ste. 930**<br>**Overland Park, KS 66210** |
|---|---|
| 26d.2. | **Conterra Agricultural Cap.**<br>**5465 Mills Civic Pkwy**<br>**Suite 201**<br>**West Des Moines, IA 50266** |
| 26d.3. | **Rabo Agrifinance LLC**<br>**14767 North Outer 40 Road**<br>**Suite 400**<br>**Chesterfield, MO 63017** |
| 26d.4. | **Sandton Capital Partners L.P.**<br>**16 W 46th St**<br>**New York, NY 10036** |
| 26d.5. | **Idaho Agricultural Credit Association**<br>**1096 Eastland Dr**<br>**Twin Falls, ID 83301** |
| 26d.6. | **Viterra Grain LLC**<br>**1111 Bedke Blvd**<br>**Burley, ID 83318** |
| 26d.7. | **Landview Inc - Livestock**<br>**PO Box 475**<br>**Rupert, ID 83350** |
| 26d.8. | **Farmers Bank**<br>**PO Box 505**<br>**Jerome, ID 83338** |
| 26d.9. | **CNH Industrial Capital**<br>**500 Diller Ave.**<br>**New Holland, PA 17557** |
| 26d.10. | **John Deere Financial**<br>**PO Box 4450**<br>**Carol Stream, IL 60197-4450** |
| 26d.11. | **Burks Tractor Company**<br>**3140 Kimberly Rd.**<br>**Twin Falls, ID 83301** |
| 26d.12. | **The Forbes Securities Group**<br>**6400 S Fiddlers Green Circle**<br>**Ste 850**<br>**Englewood, CO 80111** |
| 26d.13. | **Daimler Truck Financial Svcs**<br>**14372 Heritage Pkwy**<br>**Suite 400**<br>**Fort Worth, TX 76177** |
| 26d.14. | **Greendale Ag Lending**<br>**One Mid America Plaza**<br>**Ste 800**<br>**Villa Park, IL 60181** |

**27. Inventories**

Debtor   **Millenkamp Cattle, Inc.**                                      Case number *(if known)*   **24-40158-NGH**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Eide Bailly LLP** | **12/31/2023** | **Uknown** |

|  | Name and address of the person who has possession of inventory records |
|---|---|
|  | **Eide Bailly LLP**<br>**1505 Madrona St N**<br>**#800**<br>**Twin Falls, ID 83301** |

|  | | Date of inventory | The dollar amount and basis |
|---|---|---|---|
| 27.2. | **Rabo Agrifinance LLC** | **Unknown** | **Unknown** |

|  | Name and address of the person who has possession of inventory records |
|---|---|
|  | **Rabo Agrifinance LLC**<br>**14767 North Outer 40 Road**<br>**Suite 400**<br>**Chesterfield, MO 63017** |

|  | | Date of inventory | The dollar amount and basis |
|---|---|---|---|
| 27.3. | **Gale Harding** | **February 2023** | **Unknown** |

|  | Name and address of the person who has possession of inventory records |
|---|---|
|  | **Gale Harding**<br>**329 W 7th S**<br>**Rexburg, ID 83440** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William J. Millenkamp** | **471 N 300 W**<br>**Jerome, ID 83338** | **Partner/President** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Susan J. Millenkamp** | **471 N 300 W**<br>**Jerome, ID 83338** | **Partner/Secretary** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Millenkamp Cattle, Inc.**                                    Case number *(if known)*   **24-40158-NGH**

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **W. Jacob Millenkamp**<br>**525 N 400 W**<br>**Jerome, ID 83338** | **$3200.00** | **1/30/2024** | |
| | **Relationship to debtor**<br>**Family** | | | |
| 30.2. | **EllieMae Millenkamp**<br>**471 N 300 W**<br>**Jerome, ID 83338** | **$1000.00** | **2/9/2024** | |
| | **Relationship to debtor**<br>**Family** | | | |
| 30.3. | **William J. Millenkamp**<br>**471 N 300 Rd. W**<br>**Jerome, ID 83338** | **$60,000.00** | **2023** | **W2 Wages** |
| | **Relationship to debtor**<br>**Partner/President** | | | |
| 30.4. | **W. Jacob Millenkamp**<br>**525 N 400 W**<br>**Jerome, ID 83338** | **$75,436.03** | **2023** | **W2 Wages** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 30.5. | **EllieMae Millenkamp**<br>**471 N 300 W**<br>**Jerome, ID 83338** | **$25,593.16** | **2023** | **W2 Wages** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 30.6. | **Trudy Ann Millenkamp**<br>**471 N 300 W**<br>**Jerome, ID 83338** | **$28,383.62** | **2023** | **W2 Wages** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 30.7. | **John Michael Millenkamp**<br>**471 N 300 W**<br>**Jerome, ID 83338** | **$16,917.70** | **2023** | **W2 Wages** |
| | **Relationship to debtor**<br>**Employee** | | | |

Debtor   **Millenkamp Cattle, Inc.**                                      Case number *(if known)*  **24-40158-NGH**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.8 | **WJM 2012 Trust**<br>**471 N 300 W**<br>**Jerome, ID 83338** | $9,222.15 | 2023 | Quarterly payments for William J. Millenkamp's life insurance |
| | **Relationship to debtor**<br>**Family** | | | |
| 30.9 | **William J. Millenkamp**<br>**471 N 300 Rd. W**<br>**Jerome, ID 83338** | $36,888.60 | 3/20/2023 | Draw |
| | **Relationship to debtor**<br>**Partner/President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                                      **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the pension fund**                                      **Employer Identification number of the pension fund**

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     4/23/24

_____                              **William J. Millenkamp**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

11:51 AM
04/23/24
Accrual Basis

Millenkamp Cattle, Inc.
January 1, 2022 through April 23, 2024

Case 24-40158-NGH    Doc 215    Filed 04/23/24  Entered 04/23/24 15:45:00    Desc Main
Document      Page 153 of 155

EXHIBIT A - SOFA #9

| | Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **5th District High School Rodeo** | | | | | | | | | | | |
| | Bill | 01/19/2022 | 2022 | 5th District High School Rodeo | Sponsorship 2022 | | | 2002 · A/P - Trade | 1,000.00 | | 1,000.00 |
| Total 5th District High School Rodeo | | | | | | | | | 1,000.00 | 0.00 | 1,000.00 |
| **Bullets 'n Brew** | | | | | | | | | | | |
| | Check | 04/27/2023 | 50510 | Bullets 'n Brew | | | | 1110 · Rabo Operating Accoung | 1,250.99 | | 1,250.99 |
| Total Bullets 'n Brew | | | | | | | | | 1,250.99 | 0.00 | 1,250.99 |
| **Canyonside Christian School** | | | | | | | | | | | |
| | Bill | 03/29/2022 | 011321 | Canyonside Christian School | | Calf Ranch | | 2002 · A/P - Trade | 1,000.00 | | 1,000.00 |
| | Bill | 02/24/2023 | 2.24.23 | Canyonside Christian School | | Calf Ranch | | 2002 · A/P - Trade | 1,000.00 | | 2,000.00 |
| Total Canyonside Christian School | | | | | | | | | 2,000.00 | 0.00 | 2,000.00 |
| **CSI Athletics** | | | | | | | | | | | |
| | Check | 09/19/2022 | 48030 | CSI Athletics | | | | 1110 · Rabo Operating Accoung | 500.00 | | 500.00 |
| Total CSI Athletics | | | | | | | | | 500.00 | 0.00 | 500.00 |
| **D & B  Supply** | | | | | | | | | | | |
| | Bill | 02/26/2024 | 7135* | D & B  Supply | Donation | Calf Ranch | | 2002 · A/P - Trade | 561.79 | | 561.79 |
| Total D & B  Supply | | | | | | | | | 561.79 | 0.00 | 561.79 |
| **EHM Engineers, Inc** | | | | | | | | | | | |
| | Bill | 12/18/2023 | 088-23 91413 | EHM Engineers, Inc | Donation Jae Foundation | Calf Ranch | | 2002 · A/P - Trade | 7,644.25 | | 7,644.25 |
| Total EHM Engineers, Inc | | | | | | | | | 7,644.25 | 0.00 | 7,644.25 |
| **Gooding County 4H & FFA Market Animal Sal** | | | | | | | | | | | |
| | Bill | 08/19/2023 | 303 - Jasper, Jett | Gooding County 4H & FFA Market Animal Sal | 303 - Jasper, Jett | Calf Ranch | | 2002 · A/P - Trade | 2,504.25 | | 2,504.25 |
| Total Gooding County 4H & FFA Market Animal Sal | | | | | | | | | 2,504.25 | 0.00 | 2,504.25 |
| **Harper Walker Benefit** | | | | | | | | | | | |
| | Check | 12/05/2022 | 49079 | Harper Walker Benefit | | | | 1110 · Rabo Operating Accoung | 1,000.00 | | 1,000.00 |
| | Check | 01/31/2023 | 49728 | Harper Walker Benefit | | | | 1110 · Rabo Operating Accoung | 5,000.00 | | 6,000.00 |
| Total Harper Walker Benefit | | | | | | | | | 6,000.00 | 0.00 | 6,000.00 |
| **Horizon Elementary** | | | | | | | | | | | |
| | Bill | 01/10/2023 | 1.10.23 | Horizon Elementary | Fundraiser Donation | | | 2002 · A/P - Trade | 150.00 | | 150.00 |
| Total Horizon Elementary | | | | | | | | | 150.00 | 0.00 | 150.00 |
| **Idaho Allstar Cheer** | | | | | | | | | | | |
| | Bill | 04/04/2023 | AllstarCheer2023 | Idaho Allstar Cheer | | | | 2002 · A/P - Trade | 500.00 | | 500.00 |
| Total Idaho Allstar Cheer | | | | | | | | | 500.00 | 0.00 | 500.00 |
| **Idaho Mayhem Baseball** | | | | | | | | | | | |
| | Bill | 01/27/2023 | 2022 Sponsorship | Idaho Mayhem Baseball | Sponsorship | Calf Ranch | | 2002 · A/P - Trade | 500.00 | | 500.00 |
| Total Idaho Mayhem Baseball | | | | | | | | | 500.00 | 0.00 | 500.00 |
| **Idaho Vipers Baseball** | | | | | | | | | | | |
| | Bill | 04/13/2022 | 041322 | Idaho Vipers Baseball | sponsorship- Andrew Wilson | Calf Ranch | | 2002 · A/P - Trade | 500.00 | | 500.00 |
| Total Idaho Vipers Baseball | | | | | | | | | 500.00 | 0.00 | 500.00 |
| **Jae Foundation** | | | | | | | | | | | |
| | Check | 05/20/2022 | 46864 | Jae Foundation | | | | 1110 · Rabo Operating Accoung | 114,800.00 | | 114,800.00 |
| | Bill | 10/01/2022 | Donation | Jae Foundation | | | | 2002 · A/P - Trade | 1,000.00 | | 115,800.00 |
| | Bill | 11/01/2022 | | Jae Foundation | | | | 2002 · A/P - Trade | 1,000.00 | | 116,800.00 |
| | Bill | 12/01/2022 | | Jae Foundation | | | | 2002 · A/P - Trade | 1,000.00 | | 117,800.00 |
| | Bill | 01/01/2023 | | Jae Foundation | | | | 2002 · A/P - Trade | 1,000.00 | | 118,800.00 |
| | Bill | 02/01/2023 | | Jae Foundation | | | | 2002 · A/P - Trade | 1,000.00 | | 119,800.00 |
| | Bill | 03/01/2023 | | Jae Foundation | | | | 2002 · A/P - Trade | 1,000.00 | | 120,800.00 |
| | Bill | 03/21/2023 | 2023-0000021 | Jae Foundation | | Calf Ranch | | 2002 · A/P - Trade | 3,200.00 | | 124,000.00 |
| | Bill | 04/01/2023 | | Jae Foundation | | | | 2002 · A/P - Trade | 1,000.00 | | 125,000.00 |
| | Bill | 05/01/2023 | | Jae Foundation | | | | 2002 · A/P - Trade | 1,000.00 | | 126,000.00 |
| | Bill | 05/01/2023 | 2023-Auction | Jae Foundation | | Calf Ranch | | 2002 · A/P - Trade | 106,100.00 | | 232,100.00 |
| | Bill | 06/01/2023 | | Jae Foundation | | | | 2002 · A/P - Trade | 1,000.00 | | 233,100.00 |
| | Bill | 07/01/2023 | | Jae Foundation | | | | 2002 · A/P - Trade | 1,000.00 | | 234,100.00 |
| | Bill | 08/01/2023 | | Jae Foundation | | | | 2002 · A/P - Trade | 1,000.00 | | 235,100.00 |
| | Bill | 09/01/2023 | | Jae Foundation | | | | 2002 · A/P - Trade | 1,000.00 | | 236,100.00 |
| | Bill | 10/01/2023 | | Jae Foundation | | | | 2002 · A/P - Trade | 1,000.00 | | 237,100.00 |
| | Check | 10/04/2023 | 52016 | Jae Foundation | Sr Projects | | | 1110 · Rabo Operating Accoung | 500.00 | | 237,600.00 |
| | Bill | 11/01/2023 | | Jae Foundation | | | | 2002 · A/P - Trade | 1,000.00 | | 238,600.00 |
| | Bill | 12/01/2023 | | Jae Foundation | | | | 2002 · A/P - Trade | 1,000.00 | | 239,600.00 |
| | Bill | 01/01/2024 | | Jae Foundation | | | | 2002 · A/P - Trade | 1,000.00 | | 240,600.00 |
| | Bill | 02/01/2024 | | Jae Foundation | | | | 2002 · A/P - Trade | 1,000.00 | | 241,600.00 |
| | Bill | 02/15/2024 | 2024-0000122 | Jae Foundation | Auction Table | Calf Ranch | | 2002 · A/P - Trade | 1,600.00 | | 243,200.00 |
| | Credit | 03/01/2024 | 2024-0000122 | Jae Foundation | Auction Table/Donation Cancelled | Calf Ranch | | 2002 · A/P - Trade | | 2,600.00 | 240,600.00 |
| Total Jae Foundation | | | | | | | | | 243,200.00 | 2,600.00 | 240,600.00 |
| **Jerome County Market Animal Sale** | | | | | | | | | | | |
| | Bill | 08/15/2022 | 3695 | Jerome County Market Animal Sale | Alyssa Wilson | Calf Ranch | | 2002 · A/P - Trade | 3,000.00 | | 3,000.00 |
| | Bill | 08/21/2023 | 106 - Alyssa Wilson | Jerome County Market Animal Sale | Alyssa Wilson | Calf Ranch | | 2002 · A/P - Trade | 2,300.00 | | 5,300.00 |
| Total Jerome County Market Animal Sale | | | | | | | | | 5,300.00 | 0.00 | 5,300.00 |
| **Jerome High School** | | | | | | | | | | | |

11:51 AM
04/23/24
Accrual Basis

Millenkamp Cattle, Inc.
July 1, 2022 through April 23, 2024

Case 24-40158-NGH    Doc 215    Filed 04/23/24    Entered 04/23/24 15:45:00    Desc Main
Document    Page 154 of 155

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Bill | 06/01/2022 | Full Pg Advert | Jerome High School | Full Page Ad | Calf Ranch | | 2002 · A/P - Trade | 500.00 | | 500.00 |
| **Total Jerome High School** | | | | | | | | 500.00 | 0.00 | 500.00 |
| **LaBruna for Iowa** | | | | | | | | | | |
| Bill | 02/04/2022 | 2.4.22 | LaBruna for Iowa | Contribution | | | 2002 · A/P - Trade | 500.00 | | 500.00 |
| **Total LaBruna for Iowa** | | | | | | | | 500.00 | 0.00 | 500.00 |
| **Lighthouse Christian School** | | | | | | | | | | |
| Check | 03/15/2022 | 46015 | Lighthouse Christian School | | | | 1110 · Rabo Operating Account | 35,000.00 | | 35,000.00 |
| Check | 06/14/2022 | 47037 | Lighthouse Christian School | | | | 1110 · Rabo Operating Account | 135.00 | | 35,135.00 |
| Check | 06/14/2022 | 47038 | Lighthouse Christian School | | | | 1110 · Rabo Operating Account | 200.00 | | 35,335.00 |
| Check | 08/23/2022 | 47855 | Lighthouse Christian School | Season Pass | | | 1110 · Rabo Operating Account | 200.00 | | 35,535.00 |
| Check | 01/27/2023 | 49727 | Lighthouse Christian School | Milk | | | 1110 · Rabo Operating Account | 161.76 | | 35,696.76 |
| **Total Lighthouse Christian School** | | | | | | | | 35,696.76 | 0.00 | 35,696.76 |
| **Magic Valley 911 Memorial** | | | | | | | | | | |
| Check | 05/09/2023 | 50646 | Magic Valley 911 Memorial | Donation | | | 1110 · Rabo Operating Account | 1,000.00 | | 1,000.00 |
| **Total Magic Valley 911 Memorial** | | | | | | | | 1,000.00 | 0.00 | 1,000.00 |
| **New Life Community Church** | | | | | | | | | | |
| Bill | 10/01/2022 | Donation | New Life Community Church | | | | 2002 · A/P - Trade | 1,500.00 | | 1,500.00 |
| Bill | 11/01/2022 | | New Life Community Church | | | | 2002 · A/P - Trade | 1,500.00 | | 3,000.00 |
| Bill | 12/01/2022 | | New Life Community Church | | | | 2002 · A/P - Trade | 1,500.00 | | 4,500.00 |
| Bill | 01/01/2023 | | New Life Community Church | | | | 2002 · A/P - Trade | 1,500.00 | | 6,000.00 |
| Bill | 02/01/2023 | | New Life Community Church | | | | 2002 · A/P - Trade | 1,500.00 | | 7,500.00 |
| Bill | 03/01/2023 | | New Life Community Church | | | | 2002 · A/P - Trade | 1,500.00 | | 9,000.00 |
| Bill | 04/01/2023 | | New Life Community Church | | | | 2002 · A/P - Trade | 1,500.00 | | 10,500.00 |
| Bill | 05/01/2023 | | New Life Community Church | | | | 2002 · A/P - Trade | 1,500.00 | | 12,000.00 |
| Bill | 06/01/2023 | | New Life Community Church | | | | 2002 · A/P - Trade | 1,500.00 | | 13,500.00 |
| Bill | 07/01/2023 | | New Life Community Church | | | | 2002 · A/P - Trade | 1,500.00 | | 15,000.00 |
| Bill | 08/01/2023 | | New Life Community Church | | | | 2002 · A/P - Trade | 1,500.00 | | 16,500.00 |
| Bill | 09/01/2023 | | New Life Community Church | | | | 2002 · A/P - Trade | 1,500.00 | | 18,000.00 |
| Bill | 10/01/2023 | | New Life Community Church | | | | 2002 · A/P - Trade | 1,500.00 | | 19,500.00 |
| Bill | 11/01/2023 | | New Life Community Church | | | | 2002 · A/P - Trade | 1,500.00 | | 21,000.00 |
| Bill | 12/01/2023 | | New Life Community Church | | | | 2002 · A/P - Trade | 1,500.00 | | 22,500.00 |
| Bill | 01/01/2024 | | New Life Community Church | | | | 2002 · A/P - Trade | 1,500.00 | | 24,000.00 |
| Bill | 02/01/2024 | | New Life Community Church | | | | 2002 · A/P - Trade | 1,500.00 | | 25,500.00 |
| Credit | 03/01/2024 | | New Life Community Church | Donation Cancelled | | | 2002 · A/P - Trade | | 1,500.00 | 24,000.00 |
| **Total New Life Community Church** | | | | | | | | 25,500.00 | 1,500.00 | 24,000.00 |
| **Northwest Seed, Inc** | | | | | | | | | | |
| Credit | 03/01/2023 | Donation Credit | Northwest Seed, Inc | Valley Viking Foundation Fund Raiser Coupon | | | 2002 · A/P - Trade | | 2,500.00 | -2,500.00 |
| **Total Northwest Seed, Inc** | | | | | | | | 0.00 | 2,500.00 | -2,500.00 |
| **On Time Sports** | | | | | | | | | | |
| Bill | 10/24/2022 | 41323 | On Time Sports | Donation - Jerome Middle School Sports Shirt | | | 2002 · A/P - Trade | 399.00 | | 399.00 |
| Bill | 01/16/2024 | 72291 | On Time Sports | Donation - Jerome Middle School Sports Shirt | | | 2002 · A/P - Trade | 399.00 | | 798.00 |
| **Total On Time Sports** | | | | | | | | 798.00 | 0.00 | 798.00 |
| **OTRD** | | | | | | | | | | |
| Check | 04/05/2022 | 46256 | OTRD | Softball sponsor | | | 1110 · Rabo Operating Account | 500.00 | | 500.00 |
| Check | 03/17/2023 | 50215 | OTRD | Softball sponsor | | | 1110 · Rabo Operating Account | 500.00 | | 1,000.00 |
| **Total OTRD** | | | | | | | | 1,000.00 | 0.00 | 1,000.00 |
| **Rock Dee House Entertainment** | | | | | | | | | | |
| Check | 04/06/2023 | 50262 | Rock Dee House Entertainment | | | | 1110 · Rabo Operating Account | 3,750.00 | | 3,750.00 |
| **Total Rock Dee House Entertainment** | | | | | | | | 3,750.00 | 0.00 | 3,750.00 |
| **Smokin' Soldier Productions** | | | | | | | | | | |
| Bill | 02/02/2022 | table sponsor | Smokin' Soldier Productions | | | | 2002 · A/P - Trade | 3,200.00 | | 3,200.00 |
| Bill | 04/19/2022 | Birthday sponsor | Smokin' Soldier Productions | games/auction items | | | 2002 · A/P - Trade | 1,875.00 | | 5,075.00 |
| **Total Smokin' Soldier Productions** | | | | | | | | 5,075.00 | 0.00 | 5,075.00 |
| **StitchX LLC** | | | | | | | | | | |
| Bill | 07/25/2022 | Donation | StitchX LLC | Donation for parade giveaways | | | 2002 · A/P - Trade | 424.00 | | 424.00 |
| **Total StitchX LLC** | | | | | | | | 424.00 | 0.00 | 424.00 |
| **Synergy Brotherhood MC** | | | | | | | | | | |
| Bill | 08/31/2022 | 08.31.22 | Synergy Brotherhood MC | Donation- Voices Against Violence | | | 2002 · A/P - Trade | 500.00 | | 500.00 |
| **Total Synergy Brotherhood MC** | | | | | | | | 500.00 | 0.00 | 500.00 |
| **Viking Foundation** | | | | | | | | | | |
| Check | 03/01/2023 | 49971 | Viking Foundation | | | | 1110 · Rabo Operating Account | 3,200.00 | | 3,200.00 |
| **Total Viking Foundation** | | | | | | | | 3,200.00 | 0.00 | 3,200.00 |
| **Voices Against Violence** | | | | | | | | | | |
| Bill | 08/16/2023 | 081623 | Voices Against Violence | Donation (Banner w/ Logo) | Calf Ranch | | 2002 · A/P - Trade | 500.00 | | 500.00 |
| **Total Voices Against Violence** | | | | | | | | 500.00 | 0.00 | 500.00 |
| **TOTAL** | | | | | | | | 350,055.04 | 6,600.00 | 343,455.04 |

Exhibit B to SOFA #21

Calf Ranch, Jerome, Idaho:
Ah-Zet Dairy – 257 – Jersey Heifers
Al-Mar Dairy – 258 – Holstein Heifers
Bokma Dairy – 672 – Holstein Heifers
Ciocca Dairy – 258 – Holstein Heifers
Double V Dairy – 1029 – Holstein, Jersey, Jersey Cross Heifers
deJong Dairy – 379 - Holstein, Jersey, Jersey Cross Heifers
Diamond B Dairy – 314 - Holstein, Jersey, Jersey Cross Heifers
Heglar Dairy – 791 - Holstein, Jersey, Jersey Cross Heifers
J&V Dairy – 723 - Holstein, Jersey, Jersey Cross Heifers
Eagle View East – 969 - Holstein Heifers
Eagle View 1700 – 1100 - Holstein Heifers
Eagle View Farms – 1407 – Holstein Heifers
Nelsen Farms – 211 - Holstein, Jersey, Jersey Cross Heifers
No View Dairy – 1001 - Holstein, Jersey, Jersey Cross Heifers
Oppedyk Dairy – 776 - Holstein, Jersey, Jersey Cross Heifers & crossbred steers
Reynolds Creek – 5081 – Crossbred Heifers & Steers
Red Rock Dairy – 244 – Holstein Heifers
Schilder Dairy – 629 – Holstein Heifers
Stouder Holsteins – 433 – Holstein Heifers
Silva Brothers – 83 – Jersey, Jersey Cross Heifers
South View Dairy – 670 – Holstein Heifers
Van Dyk Dairy – 714 - Holstein, Jersey, Jersey Cross Heifers
Verbree Dairies – 2235 - Holstein, Jersey, Jersey Cross Heifers

Declo, Idaho
Al-Mar Dairy – 345 - Holstein Heifers
deJong Dairy – 376 - Holstein, Jersey, Jersey Cross Heifers
Diamond B Dairy  – 245 - Holstein, Jersey, Jersey Cross Heifers
South View Dairy – 732 – Holstein Heifers