## United States Bankruptcy Court
### District of Idaho

In re  **Millenkamp Cattle, Inc.**  
Debtor(s)

Case No. **24-40158-NGH**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Susan J. Millenkamp<br>471 N 300 W<br>Jerome, ID 83338 | | 50 | |
| William J. Millenkamp<br>471 N 300 Rd. W<br>Jerome, ID 83338 | | 50 | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   4/23/24

Signature _William J. Millenkamp_ (signed)

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders