# United States Bankruptcy Court
## District of Idaho

In re  **Millenkamp Cattle, Inc.**  
Debtor(s)

Case No. **24-40158-NGH**  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Millenkamp Cattle, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

4/23/24  
Date

/s/ *Krystal R. Mikkilineni*  
**Krystal R. Mikkilineni**  
Signature of Attorney or Litigant  
Counsel for **Millenkamp Cattle, Inc.**  
**Dentons Davis Brown PC**  
**215 10th Street, Suite 1300**  
**Des Moines, IA 50309**  
**515-288-2500 Fax:515-243-0654**  
**krystal.mikkilineni@dentons.com**