| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Millenkamp Cattle, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF IDAHO** |
| Case number (if known): | **24-40158-NGH** |

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABS Global Inc<br>Box 22144 Network Place<br>Chicago, IL 60673-1221 | | Trade debt | | | | $606,967.16 |
| Brett Jensen Farms<br>2000 W 113 N<br>Idaho Falls, ID 83402 | | Trade debt | | | | $318,774.70 |
| BUNGE Canada<br>2765 Solution Center<br>Chicago, IL 60677 | | Trade debt | | | | $1,145,983.84 |
| Carne I Corp.<br>134 E Highway 81<br>Burley, ID 83318 | | Trade debt | | | | $232,337.09 |
| Clear Lakes Products<br>PO Box 246<br>Buhl, ID 83316 | | Trade debt | | | | $687,864.04 |
| Clear Water Products LLC<br>1834 1st Ave<br>Greeley, CO 80631 | | Trade debt | | | | $454,871.41 |
| Eide Bailly LLP<br>1505 Madrona St N #800<br>Twin Falls, ID 83301 | | Trade debt | | | | $214,141.00 |
| Elevation Electric<br>485 S Idaho St<br>Wendell, ID 83355 | | Trade debt | Contingent<br>Disputed | | | $467,526.68 |
| Green Source Automation<br>3506 Moore Rd<br>Ceres, CA 95307 | | Trade debt | | | | $313,697.15 |

| Debtor | Millenkamp Cattle, Inc. | | Case number *(if known)* | 24-40158-NGH |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Harper Family Partnership** 2045 E 850 S Declo, ID 83323 | | **Trade debt** | | | | $213,802.20 |
| **Holesinksky Farms LLC** PO Box 246 Buhl, ID 83316 | | **Trade debt** | | | | $226,291.80 |
| **J.D. Heiskell & Co.** 139 River Vista Place Ste 102 Twin Falls, ID 83301 | | **Trade debt** | | | | $583,503.71 |
| **Landview Inc - Livestock** PO Box 475 Rupert, ID 83350 | | **Trade debt** | | | | $5,269,571.03 |
| **MWI Veterinary** 3041 W Pasadena Dr Boise, ID 83705 | | **Trade debt for Black Pine Cattle, Inc., Idaho Jersey Girls Jerome Dairy LLC, Idaho Jersey Girls LLC (Milkers), and Millenkamp Cattle Inc** | | | | $1,866,101.33 |
| **Receptor Food Group** PO Box 475 Rupert, ID 83350 | | **Trade debt** | | | | $923,212.00 |
| **Rocky Mountain Agronomics** 1912 W Main Burley, ID 83318 | | **Trade debt** | | | | $717,336.02 |
| **The Dairy Solutions Group** 396 Railway St Jerome, ID 83338 | | **Trade debt** | | | | $261,863.47 |
| **Viterra Grain LLC** 1111 Bedke Blvd Burley, ID 83318 | | **Trade debt** | | | | $4,183,891.91 |
| **WAG Services Inc** 8121 W Harrison St Tolleson, AZ 85353 | | **Trade debt** | | | | $231,036.96 |
| **Westway Feed Products** 365 Canal St Ste 2929 New Orleans, LA 70130 | | **Trade debt** | | | | $313,884.04 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2