Rhett M. Miller, ISB No. 11163
PARSONS, LOVELAND, SHIRLEY
& LINDSTROM, LLP
137 West 13th Street
P. O. Box 910
Burley, ID  83318
rmiller@magicvalley.law
Telephone: (208) 878-8382
Facsimile:  (208) 878-0146
*Counsel for Creditor Raft River Rural Electric Cooperative, Inc.*
*and United Electric Co-op, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC. | |
| Debtor. | Jointly Administered with Case Nos.: |
| Filing relates to:<br>☐ ALL DEBTORS<br>☒ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☒ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**RAFT RIVER RURAL ELECTRIC COOPERATIVE, INC'S AND UNITED ELECTRIC CO-OP, INC.'S JOINT OBJECTION TO DEBTOR'S MOTION FOR AN ORDER (1) AUTHORIZING BUT NOT REQUIRING THE DEBTOR TO PAY UTILITY PROVIDERS, (2) DETERMINING AND APPROVING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, (3) PROHIBITING UTILITY PROVIDERS FROM DISCONNECTING SERVICE, AND (4) GRANTING RELATED RELIEF (DKT. NO. 14)**

COME NOW Raft River Rural Electric Cooperative, Inc. and United Electric Co-op, Inc.

by and through counsel of record, Rhett M. Miller of the firm of Parsons, Loveland, Shirley &

Lindstrom, LLP, and hereby object to DEBTOR'S MOTION FOR AN ORDER (1) AUTHORIZING BUT NOT REQUIRING THE DEBTOR TO PAY UTILITY PROVIDERS, (2) DETERMINING AND APPROVING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, (3) PROHIBITING UTILITY PROVIDERS FROM DISCONNECTING SERVICE, AND (4) GRANTING RELATED RELIEF filed herein on April 2, 2024 (Dkt. No. 14) (the "Utility Motion"), as follows:

## APPLICABLE LAW

11 U.S.C. § 366 provides certain protections for both debtors and creditors providing utility services providing certain requirements for adequate protection and protection from shut-off of utility services post-bankruptcy filing:

**(a)** Except as provided in subsections (b) and (c) of this section, a utility may not alter, refuse, or discontinue service to, or discriminate against, the trustee or the debtor solely on the basis of the commencement of a case under this title or that a debt owed by the debtor to such utility for service rendered before the order for relief was not paid when due.

**(b)** Such utility may alter, refuse, or discontinue service if neither the trustee nor the debtor, within 20 days after the date of the order for relief, furnishes adequate assurance of payment, in the form of a deposit or other security, for service after such date. On request of a party in interest and after notice and a hearing, the court may order reasonable modification of the amount of the deposit or other security necessary to provide adequate assurance of payment.

**(c)**    **(1)**    **(A)** For purposes of this subsection, the term "assurance of payment" means—

> **(i)** a cash deposit;
> **(ii)** a letter of credit;
> **(iii)** a certificate of deposit;
> **(iv)** a surety bond;
> **(v)** a prepayment of utility consumption; or
> **(vi)** another form of security that is mutually agreed on between the utility and the debtor or the trustee.

> **(B)** For purposes of this subsection an administrative expense priority shall not constitute an assurance of payment.

**(2)** Subject to paragraphs (3) and (4), with respect to a case filed under chapter 11, a utility referred to in subsection (a) may alter, refuse, or discontinue utility service, if during the 30-day period beginning on the date of the filing of the petition, the utility does not receive

from the debtor or the trustee adequate assurance of payment for utility service that is satisfactory to the utility.

**(3)** **(A)** On request of a party in interest and after notice and a hearing, the court may order modification of the amount of an assurance of payment under paragraph (2).

**(B)** In making a determination under this paragraph whether an assurance of payment is adequate, the court may not consider—

**(i)** the absence of security before the date of the filing of the petition;

**(ii)** the payment by the debtor of charges for utility service in a timely manner before the date of the filing of the petition; or

**(iii)** the availability of an administrative expense priority.

**(4)** Notwithstanding any other provision of law, with respect to a case subject to this subsection, a utility may recover or set off against a security deposit provided to the utility by the debtor before the date of the filing of the petition without notice or order of the court.

## HISTORY

Black Pine Cattle LLC ("Black Pine") and Millenkamp Cattle, Inc. ("Millenkamp") utilize the services of Raft River Rural Electric Cooperative, Inc. ("Raft River") to provide power to certain portions of their operation in Cassia County, Idaho. The Black Pine locations serviced by Raft River are summarized in **Exhibit A** below. The Millenkamp locations serviced by Raft River are summarized in **Exhibit B** below. Raft River's electrical service is primarily used by Black Pine and Millenkamp to run irrigation pumps. As such, usage is not consistent throughout the year, resulting in significantly higher invoices during peak use months in the summer:

| Invoice Date | ACCT 0001 (RESIDENTIAL / SMALL COMMERCIAL) | ACCT 002 (IRRIGATION) | ACCT 003 (LARGE COMMERCIAL) | ACCT 0004 (PIVOTS BILLED IN OCTOBER) | ACCT 0005 (STOCK PUMPS BILLED IN JULY) | Seasonal Demand Payment (must be paid before starting pumps) | TOTAL MONTHLY INVOICE |
|---|---|---|---|---|---|---|---|
| Dec-23 | $ 30,124.84 | $ 11,769.84 | $ 101,402.68 | $ - | $ - | $ - | $ 143,297.36 |
| Nov-23 | $ 10,712.27 | $ 19,583.76 | $ 92,862.77 | $ - | $ - | $ - | $ 123,158.80 |
| Oct-23 | $ 9,196.46 | $ 37,312.17 | $ 99,053.95 | $ 7,961.92 | $ - | $ - | $ 153,524.50 |
| Sep-23 | $ (2,455.02) | $ 109,817.08 | $ 107,669.19 | $ - | $ - | $ - | $ 215,031.25 |
| Aug-23 | $ 39,696.93 | $ 161,376.31 | $ 116,853.24 | $ - | $ - | $ - | $ 317,926.48 |
| Jul-23 | $ 12,317.62 | $ 165,865.46 | $ 117,189.68 | $ - | $ 3,326.67 | $ - | $ 298,699.43 |
| Jun-23 | $ 6,514.56 | $ 116,386.12 | $ 113,206.34 | $ - | $ - | $ - | $ 236,107.02 |
| May-23 | $ 7,559.11 | $ 105,164.02 | $ 115,299.28 | $ - | $ - | $ - | $ 228,022.41 |
| Apr-23 | $ 15,568.10 | $ 23,696.17 | $ 101,086.10 | $ - | $ - | $ 105,105.00 | $ 245,455.37 |
| Mar-23 | $ 22,122.98 | $ 116,985.70 | $ 92,106.90 | $ - | $ - | $ - | $ 231,215.58 |
| Feb-23 | $ 11,129.58 | $ 9,280.46 | $ 87,097.56 | $ - | $ - | $ - | $ 107,507.60 |
| Jan-23 | $ 23,997.92 | $ 8,279.51 | $ 94,799.31 | $ - | $ - | $ - | $ 127,076.74 |

Table title: RAFT RIVER 2023 INVOICES TO BLACK PINE BY ACCOUNT (INCLUDES DECEMBER CONTRACT MINIMUM AND SPRINGTIME SEASONAL DEMAND PAYMENT)



| Invoice Date | ACCT 0001 (RESIDENTIAL / SMALL COMMERCIAL) | ACCT 0002 (IRRIGATION) | ACCT 0003 (LARGE COMMERCIAL) | ACCT 0004 (PIVOTS BILLED IN OCTOBER) | Seasonal Demand Payment (must be paid before starting pumps) | TOTAL MONTHLY INVOICE |
|---|---|---|---|---|---|---|
| Dec-23 | $ 2,807.77 | $ 95.16 | $ 1,113.22 | $ - | $ - | $ 4,016.15 |
| Nov-23 | $ 2,217.14 | $ 95.74 | $ 722.20 | $ - | $ - | $ 3,035.08 |
| Oct-23 | $ 1,555.57 | $ 21,428.68 | $ 510.56 | $ 4,990.74 | $ - | $ 28,485.55 |
| Sep-23 | $ 383.70 | $ 52,993.26 | $ 248.98 | $ - | $ - | $ 53,625.94 |
| Aug-23 | $ 695.97 | $ 83,668.34 | $ 624.86 | $ - | $ - | $ 84,989.17 |
| Jul-23 | $ 241.61 | $ 81,745.95 | $ 609.94 | $ - | $ - | $ 82,597.50 |
| Jun-23 | $ 391.85 | $ 53,575.55 | $ 361.76 | $ - | $ - | $ 54,329.16 |
| May-23 | $ 1,709.24 | $ 67,156.01 | $ 308.12 | $ - | $ - | $ 69,173.37 |
| Apr-23 | $ 689.76 | $ 25,137.07 | $ 295.74 | $ - | $ 49,095.00 | $ 75,217.57 |

Table title: RAFT RIVER 2023 INVOICES TO MILLENKAMP BY ACCOUNT (INCLUDES DECEMBER CONTRACT MINIMUM CHARGES, EXCLUDES SPRINGTIME SEASONAL DEMAND CHARGES) (APRIL 2023 WAS FIRST INVOICE ON ACCOUNTS OPENED UNDER MILLENKAMP)



RAFT RIVER 2023 INVOICES TO MILLENKAMP BY ACCOUNT (INCLUDES DECEMBER CONTRACT MINIMUM CHARGES, EXCLUDES SPRINGTIME SEASONAL DEMAND CHARGES) (APRIL 2023 WAS FIRST INVOICE ON ACCOUNTS OPENED UNDER MILLENKAMP)

The average monthly charges for energy usage in 2023, including contract minimum payments and seasonal demand payments (required to be paid before pumps may be started each spring) are:

| 2023 Average Monthly Invoice | |
|---|---|
| Black Pine | $50,607.72 |
| Millenkamp | $202,251.88 |

As of the Petition Date, Black Pine and Millenkamp owed Raft River the regular service invoices for both February and March of 2024.

| Service Invoices Overdue to Raft River as of Petition Date | | |
|---|---|---|
| | **Black Pine** | **Millenkamp** |
| February 2024 | $103,470.79 | $4,325.02 |
| March 2024 | $121,253.43 | $4,277.25 |
| **Total** | $224,724.22 | $8,602.27 |

Since filing the petition, no monthly invoices have been paid, but both Black Pine and Millenkamp have paid Raft River's Seasonal Demand Charge, a pre-requisite to starting pumps.

Millenkamp utilizes the services of United Electric for certain portions of its operations in Minidoka County, Idaho. The Millenkamp locations serviced by United Electric are summarized in **Exhibit C** below. Similar to Black Pine and Millenkamp's usage of Raft River's services, Millenkamp's usage of United Electric's services is not consistent throughout the year. In 2023, United Electric's monthly invoices to Millenkamp were as follows:

| UNITED ELECTRIC 2023 INVOICES TO MILLENKAMP | |
|---|---:|
| 1/1/2023 | $1,715.01 |
| 2/1/2023 | $1,010.10 |
| 3/1/2023 | $893.65 |
| 4/1/2023 | $924.41 |
| 5/1/2023 | $2,575.70 |
| 6/1/2023 | $4,273.65 |
| 7/1/2023 | $5,097.05 |
| 8/1/2023 | $8,371.03 |
| 9/1/2023 | $8,528.93 |
| 10/1/2023 | $4,347.56 |
| 11/1/2023 | $3,837.59 |
| 12/1/2023 | $817.83 |



Millenkamp's monthly service invoices from United Electric in 2023 ranged from a low of $817.83 in December to high of $8,528.93 in September, with a monthly average of $3,532.71.

On April 2, 2024 Millenkamp and Black Pine filed bankruptcy petitions and were assigned case numbers 24-40158-NGH and 24-40166-NGH respectively. On that same date, Millenkamp and Black Pine filed the Utility Motion. On April 11, 2024 Millenkamp and Black Pine filed a Notice of Motions and Opportunity to Object (Dkt. No. 172) setting the Utility Motion for a hearing on May 8th, 2024 and calling for all objections to the Utility Motion by April 24, 2024.

Raft River Electric and United Electric intend to present evidence in support of this Objection at such hearing.

On April 16, 2024 this Court entered an Order Granting Debtors' Motion for Joint Administration of Cases (Dkt. No. 13) ordering the joint administration of certain bankruptcy proceedings, including those of Millenkamp and Black Pine. In accordance with such Order, this Objection has been filed in case 24-40158-NGH only.

## **OBJECTION**

Section 366 of the bankruptcy code, recited above, provides certain initial protections to debtors while protecting the legitimate interests of utility providers. Those protections are summarized below:

| Protections for Debtors | Protections for Utility Providers |
|---|---|
| No shutoff solely for filing case - §366 (a) | Shutoff permitted 20 days after petition for lack of adequate assurance for post-petition service §366 (b) |
| No shutoff for past due amount at time of filing §366 (a) | Shutoff permitted 30 days after petition for lack of adequate assurance for pre-petition service §366 (c)(2) |
| Court may order modification of the amount of assurance required to maintain service after statutory periods §366 (b) & (c)(3)(A) | Absolute right to recover or set off against a security deposit provided before filing without notice or order of the court §366 (c)(4) |

Debtor's Utility Motion seeks to strip utility providers of their statutory right to terminate service while simultaneously shifting the burdens imposed on debtors' to the utility providers. The Utility Motion requests and order (1) authorizing but not requiring the Debtor to continue to pay pre-petition utility providers; (2) determine and approve adequate assurance of payment for future utility service, (3) prohibit utility providers from disconnecting service, and (4) grant related relief.

**(1) Authorization but not Requirement for Debtor to Pay Utility Providers**

Debtor's proposed order provides that "the Debtor is authorized but not required to pay

Utility Providers in the ordinary course of its business including, in its business judgment, on account of amounts due from the pre-petition period." *Utility Motion* P. 15. Raft River and United Electric support the request for authorization for Debtor to pay Utility Providers for both pre-petition and post-petition services. Nevertheless, because the relief requested is simply an authorization and not requirement to pay, and because the Debtor's daily usage of Raft River and United Electric's services throughout the upcoming summer is expected to be substantial, the requested authorization to pay must be accompanied by the right of such providers to promptly cease service in the event such payments are not timely made.

**(2) Adequate Assurance**

Debtors propose Adequate Assurance Payment to Utility Providers which hold an unpaid pre-petition claim of greater than one-month's unpaid amount only, in an amount equal to two weeks' worth of utility service as calculated by the Debtor using a 52-week average and who request such payment within 14 days of the petition date and do not hold a deposit equal to or greater than such proposed payment amount. This proposed Adequate Assurance is insufficient for numerous reasons.

First and foremost, § 366 provides for adequate assurance of amounts due for utility services both pre and post-petition. Debtors propose making adequate assurance deposit only to those providers with substantial pre-petition claims and without a pre-petition deposit equal to the amount of the proposed deposit. Such requirements deny the utility providers of their statutory right under § 366 (c)(4) to recover or set off against such pre-petition deposit for unpaid pre-petition services, while simultaneously seeking adequate protection for post-petition services under §366(b).

Second, Debtors proposed method for calculating adequate assurance deposits fails to

recognize the cyclical nature of Debtors' electrical consumption, utilizing Debtor's low consumption from the winter months to calculate an adequate assurance deposit inadequate to protect Raft River and United Electric from the risk of non-payment for Debtors' fast approaching season of high energy use. In order to adequately assure the electrical providers of payment, the deposit must be based upon the highest monthly invoice, as requested below.

**(3) Prohibition from disconnecting Service**

Raft River and United Electric's greatest tool to ensure timely payment for utility services is the right to disconnect service. Section 366 puts reasonable time limitations on such right, protecting the interests of Debtors. Nevertheless, Debtors seek further restrictions on the providers' right to disconnect, based upon unsubstantiated fears of being *blindsided by a utility provider's unilateral decision to discontinue service*. It is unclear if Debtor's seek an order prohibiting utility providers from disconnecting service altogether, or only prohibiting utility providers from disconnecting service on account of unpaid pre-petition charges. This lack of clarity arises from variances in the language used in the Utility Motion, proposed order recitals, and proposed order.

| **UTILITY MOTION** | **PROPOSED ORDER RECITALS** | **PROPOSED ORDER** |
|---|---|---|
| Requests prohibition on utility providers from disconnecting service (page 1, 2, 4) | Discusses prohibition on utility providers from disconnecting service (page 14 | Restricts utility providers from disconnecting services <u>on account of pre-petition charges only</u> |

Additionally, Debtors represent that "the Debtor is presently current on all payment to Utility Service Providers and does not believe any Utility Service Providers are at risk of non-payment in the future." This is false. Raft River's February and March invoices to Black Pine and Millenkamp remain unpaid. While perhaps unintentional, this false assurance reduces legitimate concerns relating to adequate assurances and the utility providers genuine need for the right to

disconnect. Raft River's concerns of non-payment and demand for further assurances of payment are justified given the fact that $233,326.49 in service charges were overdue at the time the Petition was filed.

## **RELIEF REQUESTED**

**Adequate Assurance for Raft River**

Wherefore, Raft River demands from Debtors and respectfully requests that any order entered by this Court approving the Utility Motion include the following protection:

- Application of Black Pine's deposit with Raft River to outstanding pre-petition charges.
- Adequate assurance deposit of $42,494.59 for Millenkamp accounts (equal to one-half of August 2023 invoice).
- Adequate assurance deposit of $158,963.24 for Black Pine accounts (equal to one-half of August 2023 invoice).
- Right to apply adequate assurance deposit above to overdue invoices and disconnect service after 24 hours' written notice of overdue invoice (pre or post-petition), unless account brought current within such time.

**Adequate Assurance for United Electric**

Wherefore, United Electric demands from Debtors and respectfully requests that any order entered approving the Utility Motion include the following protection:

- Adequate assurance deposit of $4,264.47 (equal to one half of September 2023 invoice).
- Right to apply adequate assurance deposit above to overdue invoices and disconnect service after 24 hours' written notice of overdue invoice (pre or post-petition), unless account brought current within such time.

DATED March 24, 2024.

<u>Parsons, Loveland, Shirley & Lindstrom, LLP</u>

*/s/ Rhett M. Miller*

Rhett M. Miller

## EXHIBIT A: RAFT RIVER SERVICING BLACK PINE LOCATIONS

| Account | Serv Map Loc | Serv Addr | Agmt Status |
|---|---|---|---|
| 0001 | 90190 | TONY ALLEN OLD HOUSE | 1 - Active |
| 0001 | 90185 | HOUSE KENT ALLEN | 1 - Active |
| 0001 | 90191 | WELL-NELLIE'S LANE BY TR | 1 - Active |
| 0001 | 80181 | HOUSING PHASE 3 | 1 - Active |
| 0001 | 16016 | CORRALS | 1 - Active |
| 0001 | 9012 | HOUSE | 1 - Active |
| 0001 | 9078 | NA @ CONVERSION | 1 - Active |
| 0001 | 90155 | NA @ CONVERSION | 1 - Active |
| 0001 | 80178 | BALCK PINE HOUSING PHASE 2 | 1 - Active |
| 0001 | 90126 | DOUBLE WIDE TRAILER | 1 - Active |
| 0001 | 90189 | TONY ALLEN SHOP & WELL | 1 - Active |
| 0001 | 9037 | MAIN SHOP | 1 - Active |
| 0001 | 16019 | NA @ CONVERSION | 1 - Active |
| 0001 | 5099 | WELL & BARN ON YALE RAOD | 1 - Active |
| 0001 | 90160 | NA @ CONVERSION | 1 - Active |
| 0001 | 501 | NA @ CONVERSION | 1 - Active |
| 0001 | 14026 | NA @ CONVERSION | 1 - Active |
| 0001 | 90171 | SCALE HOUSE | 1 - Active |
| 0001 | 16061 | 600 AMP SVC | 1 - Active |
| 0001 | 90120 | NA @ CONVERSION | 1 - Active |
| 0001 | 5091 | HOME | 1 - Active |
| 0001 | 90176 | HOUSE | 1 - Active |
| 0001 | 15030 | PIVOT | 1 - Active |
| 0001 | 805 | MANAGER HOUSE | 1 - Active |
| 0001 | 90188 | 200 SMP N. OLD MOSS SHOP | 1 - Active |
| 0001 | 80177 | BLACK PINE HOUSING | 1 - Active |
| 0001 | 90192 | WELL BOB MOSS ODL HOUSE | 1 - Active |
| 0001 | 9083 | NA @ CONVERSION | 1 - Active |
| 0001 | 90193 | WELL WEST OF BEET DUMP | 1 - Active |
| 0001 | 90154 | WELL AT KENT ALLEN'S OLD HOUSE | 1 - Active |
| 0001 | 90208 | TEMP SRV 2ND BARN | 1 - Active |
| 0001 | 80180 | HOUSING PHASE 3 | 1 - Active |
| 0001 | 90209 | TRUCK PLUGS | 1 - Active |
| 0001 | 90210 | TRUCK PLUGS | 1 - Active |
| 0001 | 990190 | NA @ CONVERSION | 3 - Active DVC Only |
| 0001 | 990595 | NA @ CONVERSION | 3 - Active DVC Only |
| 0001 | 9096 | NA @ CONVERSION | 6 - Line Retention Minimum |
| 0002 | 9035 | NA @ CONVERSION | 1 - Active |
| 0002 | 9024 | NA @ CONVERSION | 1 - Active |

| | | | |
|---|---|---|---|
| 0002 | 90197 | POND PUMP 250 HP | 1 - Active |
| 0002 | 90203 | 250 HP POND PUMP | 1 - Active |
| 0002 | 15018 | NA @ CONVERSION | 1 - Active |
| 0002 | 90151 | NA @ CONVERSION | 1 - Active |
| 0002 | 16018 | NA @ CONVERSION | 1 - Active |
| 0002 | 14027 | NA @ CONVERSION | 1 - Active |
| 0002 | 1509 | NA @ CONVERSION | 1 - Active |
| 0002 | 16055 | 300 HP | 1 - Active |
| 0002 | 90121 | NA @ CONVERSION | 1 - Active |
| 0002 | 9090 | NA @ CONVERSION | 1 - Active |
| 0002 | 9056 | WELL #10 PVT 581 | 1 - Active |
| 0002 | 90156 | NA @ CONVERSION | 1 - Active |
| 0002 | 9049 | NA @ CONVERSION | 1 - Active |
| 0002 | 9019 | NA @ CONVERSION | 1 - Active |
| 0002 | 14028 | NA @ CONVERSION | 1 - Active |
| 0002 | 90196 | 500 HP | 1 - Active |
| 0002 | 16052 | 75 HP | 1 - Active |
| 0002 | 9081 | NA @ CONVERSION | 1 - Active |
| 0002 | 90125 | NA @ CONVERSION | 1 - Active |
| 0002 | 9038 | NA @ CONVERSION | 1 - Active |
| 0002 | 14025 | NA @ CONVERSION | 1 - Active |
| 0002 | 9057 | NA @ CONVERSION | 1 - Active |
| 0002 | 9013 | NA @ CONVERSION | 1 - Active |
| 0002 | 90140 | NA @ CONVERSION | 1 - Active |
| 0002 | 90170 | 250 H.P. | 1 - Active |
| 0002 | 9048 | NA @ CONVERSION | 1 - Active |
| 0002 | 90168 | NA @ CONVERSION | 1 - Active |
| 0002 | 90129 | NA @ CONVERSION | 1 - Active |
| 0002 | 15029 | NA @ CONVERSION | 1 - Active |
| 0002 | 9021 | NA @ CONVERSION | 1 - Active |
| 0002 | 9025 | NA @ CONVERSION | 1 - Active |
| 0002 | 5060 | NA @ CONVERSION | 1 - Active |
| 0002 | 90183 | SERVICE POND BOOSTERS | 1 - Active |
| 0002 | 80148 | 300 HP N. OF IDAHOME SUB | 1 - Active |
| 0002 | 9011 | NA @ CONVERSION | 1 - Active |
| 0002 | 9033 | NA @ CONVERSION | 1 - Active |
| 0002 | 9086 | NA @ CONVERSION | 1 - Active |
| 0002 | 90114 | NA @ CONVERSION | 1 - Active |
| 0002 | 9029 | NA @ CONVERSION | 41 - Inactive non Service Point |
| 0003 | 90212 | NEW BARN | 1 - Active |
| 0003 | 90198 | NEW DAIRY | 1 - Active |
| 0003 | 90150 | NA @ CONVERSION | 1 - Active |
| 0003 | 90201 | HOSPITAL BARN | 1 - Active |

| Account | Serv Map Loc | Serv Addr | Agmt Status |
|---|---|---|---|
| 0003 | 90213 | FREE STALLS | 1 - Active |
| 0003 | 90205 | WASH PLANT SRV | 1 - Active |
| 0003 | 90207 | BATCH PLANT SRV | 1 - Active |
| 0003 | 90206 | COMMODITIES SHED | 1 - Active |
| 0003 | 9029 | NA @ CONVERSION | 1 - Active |
| 0003 | 90179 | FEEDLOT | 1 - Active |
| 0003 | 80183 | APARTMENT WELL SVC | 1 - Active |
| 0003 | 90202 | SKELTON BLDG | 1 - Active |
| 0003 | 90211 | NEW BARN | 1 - Active |
| 0003 | 90214 | FREE STALLS | 1 - Active |
| 0003 | 9028 | NA @ CONVERSION | 1 - Active |
| 0004 | 14069 | PIVOT SRV | 1 - Active |
| 0004 | 90101 | PIVOT SRV | 1 - Active |
| 0004 | 8047 | PIVOT SRV | 1 - Active |
| 0004 | 15022 | PIVOT | 1 - Active |
| 0004 | 90136 | 2 PIVOTS | 1 - Active |
| 0004 | 90133 | PIVOT | 1 - Active |
| 0004 | 16038 | PIVOT | 1 - Active |
| 0004 | 90117 | PIVOT GOLDEN VIEW | 1 - Active |
| 0004 | 9023 | PIVOT | 1 - Active |
| 0004 | 9059 | PIVOT | 1 - Active |
| 0004 | 9066 | PIVOT | 1 - Active |
| 0004 | 90130 | PIVOT | 1 - Active |
| 0004 | 90118 | PIVOT | 1 - Active |
| 0004 | 15020 | PIVOT | 1 - Active |
| 0004 | 16020 | PIVOT | 1 - Active |
| 0004 | 9063 | PIVOT | 1 - Active |
| 0004 | 9036 | PIVOT | 1 - Active |
| 0004 | 15030 | PIVOT | 41 - Inactive non Service Point |
| 0004 | 16052 | 75 HP | 41 - Inactive non Service Point |
| 0005 | 9077 | STOCK PUMP | 1 - Active |
| 0005 | 5061 | STOCK PUMP | 1 - Active |
| 0005 | 90112 | STOCK PUMP | 1 - Active |
| 0005 | 9084 | STOCK PUMP | 1 - Active |
| 0005 | 5038 | STOCK PUMP | 1 - Active |
| 0005 | 804 | NA @ CONVERSION | 41 - Inactive non Service Point |

### EXHIBIT B: RAFT RIVER SERVICING MILLENKAMP LOCATIONS

| Account | Serv Map Loc | Serv Addr | Agmt Status |
|---|---|---|---|
| 0001 | 5026 | SHOP | 1 - Active |
| 0001 | 5031 | OFFICE | 1 - Active |

| 0001 | 5011  | CC HOUSE #1                      | 1 - Active                  |
|------|-------|----------------------------------|-----------------------------|
| 0001 | 5018  | GRAIN BINS                       | 1 - Active                  |
| 0001 | 10043 | CC CELLAR #1                     | 1 - Active                  |
| 0001 | 5019  | QUANCET SHED                     | 1 - Active                  |
| 0001 | 5020  | WHITE HOUSE                      | 1 - Active                  |
| 0002 | 90199 | WELL #18                         | 1 - Active                  |
| 0002 | 80159 | WELL #17   400 HP                | 1 - Active                  |
| 0002 | 90100 | WELL #6                          | 6 - Line Retention Minimum  |
| 0002 | 8070  | WELL #14 & PVT 501               | 1 - Active                  |
| 0002 | 80175 | 500 HP WELL                      | 1 - Active                  |
| 0002 | 5024  | WELL #8 PVT 571,572,573,574,575  | 1 - Active                  |
| 0002 | 9055  | WELL #7 & PVT 565                | 1 - Active                  |
| 0002 | 9054  | WELL #9                          | 1 - Active                  |
| 0002 | 9040  | WELL #2-PVT 582,583              | 1 - Active                  |
| 0002 | 90105 | WELL #12                         | 1 - Active                  |
| 0002 | 8055  | WELL #2 BOOSTER                  | 1 - Active                  |
| 0002 | 90104 | WELL #13                         | 1 - Active                  |
| 0002 | 9062  | CASSIA CREEK #10-PIVOT 801       | 1 - Active                  |
| 0002 | 5017  | WELL 1 & BOOSTER PVT 535         | 1 - Active                  |
| 0002 | 50106 | WELL 5  300 HP                   | 1 - Active                  |
| 0002 | 5058  | WELL #11, PVT 532,541            | 1 - Active                  |
| 0002 | 5096  | WELL #15 450 HP                  | 1 - Active                  |
| 0003 | 5035  | DOMESTIC WELLS OR PIVOT 10       | 1 - Active                  |
| 0003 | 10032 | BIG SHOP                         | 1 - Active                  |
| 0003 | 10031 | CC CELLAR #2                     | 1 - Active                  |
| 0004 | 5057  | PVT 584, 593                     | 1 - Active                  |
| 0004 | 50112 | PIVOT SERVICE                    | 1 - Active                  |
| 0004 | 80139 | PVT 521,522,524                  | 1 - Active                  |
| 0004 | 50107 | PVT 511                          | 1 - Active                  |
| 0004 | 5097  | PVT 532, 541                     | 1 - Active                  |
| 0004 | 90165 | PVT 561,562,563,564              | 1 - Active                  |
| 0004 | 9016  | PVT 531                          | 1 - Active                  |
| 0004 | 5055  | PVT 542                          | 1 - Active                  |
| 0004 | 50110 | PIVOT 512                        | 1 - Active                  |
| 0004 | 90195 | PVT 533,534                      | 1 - Active                  |
| 0004 | 80135 | PVT 523                          | 1 - Active                  |
| 0004 | 5095  | PVT 591,592,594                  | 1 - Active                  |
| 0004 | 90178 | PVT 551,552,553,554              | 1 - Active                  |

# EXHIBIT C: UNITED ELECTRIC SERVICING MILLENKAMP LOCATIONS

| Account | Serv Map Loc | Serv Addr | Agmt Status |
|---|---|---|---|
| 853 | 308675 | 1375 E 850 N | 1 - Active |
| 853 | 308700 | 1395 E 850 N Pivot Jackson | 1 - Active |
| 853 | 31300 | 1475 E 900 N Jackson | 1 - Active |
| 853 | 31100 | 1500 E 900 N Jackson | 1 - Active |
| 853 | 309200 | 1515 E 900 N LN 925 N Jackson | 1 - Active |
| 853 | 309300 | 1550 E 900 N Cnl 1500 E 850 N Jackson | 1 - Active |
| 853 | 31500 | 854 N 1450 E Jackson | 1 - Active |
| 853 | 309300 | 1550 E 900 N CNL Jackson | 1 - Active |