Rhett M. Miller, ISB No. 11163
PARSONS, LOVELAND, SHIRLEY
& LINDSTROM, LLP
137 West 13th Street
P. O. Box 910
Burley, ID  83318
rmiller@magicvalley.law
Telephone: (208) 878-8382
Facsimile:  (208) 878-0146
*Counsel for Creditor Moss Grain Partnership*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>MILLENKAMP CATTLE, INC.<br><br>                    Debtor. | Case No. 24-40158-NGH<br><br>Jointly Administered with Case Nos.: |
| Filing relates to:<br>☐ ALL DEBTORS<br>☒ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**MOSS GRAIN PARTNERSHIP'S OBJECTION TO (1) DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO HONOR PREPETITION OBLIGATIONS TO CRITICAL VENDORS, AND (2) EMERGENCY AND CONTINUING MOTION FOR INTERIM AND FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION AND SETTING A FINAL HEARING**

COMES NOW Moss Grain Partnership, a creditor herein, by and through counsel of record, Rhett M. Miller of the firm of Parsons, Loveland, Shirley & Lindstrom, LLP, and hereby objects to (1) DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS

to Honor Prepetition Obligations to Critical Vendors, Dkt. No. 23 ("Critical Vendor Motion") and (2) Emergency and Continuing Motion for Interim and Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection and Setting A Final Hearing, Dkt. No. 22 ("Cash Collateral Motion") as follows:

## **OBJECTION**

On April 2, 2024, Debtor filed a petition for relief herein. On that same date, Debtor filed the Critical Vendor Motion, wherein they seek an order authorizing, but not directing, the Debtors to continue to pay and/or honor the pre-petition claims (up to a $5.2 million, assuming the final hearing is within 4 weeks of the interim hearing) of Critical Vendors, in the ordinary course of the Debtors' business, in the Debtors' discretion, and in accordance with the Protocol and Budget." On April 11, 2024, Debtor filed a Notice of Motions and Opportunity to Object (Dkt. No. 172) setting the Critical Vendor Motion and Cash Collateral Motion for hearing on May 8th, 2024 and calling for all objections to the Utility Motion by April 24, 2024. Moss Grain Partnership intends to present evidence in support of this Objection at such hearing.

The Budget referenced in the Critical Vendor Motion is found within Debtors' Cash Collateral Motion. Within such budget, Debtors identify various feed suppliers as "Critical Vendors." All feed suppliers are identified by name, with the exception of a line entry titled [Silage Group]. The Cash Collateral Motion does not clarify which specific vendors are to be paid as "Critical Vendors" under the line entry [Silage Group]. The undefined term [Silage Group] is vague, making it uncertain who is to be paid for pre-petition silage debt if the Critical Vendor Motion is granted.

Moss Grain Partnership has a longstanding relationship as a silage provider to Debtor. Such relationship has developed as a result of Moss Grain Partnerships close physical proximity to

Debtor's operations and resulting ability to provide silage to Debtor in an effective and efficient manner. Debtor currently has a pre-petition debt to Moss Grain Partnership, for silage, in the amount of $430,000.00. It is the understanding of Moss Grain Partnership that Debtor intended to include Moss Grain Partnership as a "Critical Vendor" under the Critical Vendor Motion. Nevertheless, the Cash Collateral Motion's reference to [Silage Group] is unclear as to which specific silage vendors (or group of silage vendors) Debtor seeks leave of the Court to honor its' pre-petition obligations to.

## **RELIEF REQUESTED**

Moss Grain Partnership hereby objects to entry of orders approving the Critical Vendor Motion and Cash Collateral Motion, as drafted. Moss Grain Partnership respectfully requests that any Order entered by this Court approving the Critical Vendor Motion and Cash Collateral Motion clarify the specific Silage vendors for which Debtor is authorized to honor pre-petition obligations, including Moss Grain Partnership.

DATED April 24, 2024.

PARSONS, LOVELAND, SHIRLEY & LINDSTROM, LLP

*/s/ Rhett M. Miller*

Rhett M. Miller