# CORPORATE RESOLUTION OF
# MILLENKAMP CATTLE, INC.
### AN IDAHO CORPORATION

On April 1, 2024, the following resolution was adopted by the Directors and Shareholders of Millenkamp Cattle, Inc. an Idaho corporation (the "**Company**"):

**WHEREAS**, the undersigned, William J. Millenkamp, President, and Susan J. Millenkamp, Secretary, are the Directors and Shareholders of the Company ("**Shareholders**"); and

**WHEREAS**, the Company is experiencing significant financial challenges; and

**WHEREAS**, the Company has determined in its business judgment that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in the United States Bankruptcy Court seeking protection and reorganization under Chapter 11 of Title 11 of the United State Code (the "**Bankruptcy Code**"); and

**WHEREAS**, the Company has selected the law firms of Dentons Davis Brown and Johnson May and to represent the Company's interests in the Chapter 11 proceeding.

**NOW, THEREFORE, BE IT RESOLVED** the undersigned Shareholders consent to the following action by the Company:

**FURTHER RESOLVED** that William J. Millenkamp, as President of the Company, is hereby authorized and directed to take such steps and execute such documentation necessary to perfect the filing of a voluntary bankruptcy case under Title 11 of Chapter 11 in the United States Bankruptcy Court on behalf of the Company; and it is

**FURTHER RESOLVED**, that William J. Millenkamp, as President of the Company, is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy; and it is

**FURTHER RESOLVED**, the Company shall employ the law firms of Dentons and Johnson May to represent it in the Chapter 11 proceedings, and shall seek to have their employment approved by the Bankruptcy Court as soon as is practicable; and it is

**FURTHER RESOLVED**, that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding.

*-SIGNATURE PAGE FOLLOWS-*

#3877333

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION

The undersigned, Directors and Shareholders of the Company named as debtor in this case, declare under penalty of perjury that they have read the foregoing resolution and it is true and correct to the best of their knowledge, information, and belief.

DATED this  1st  day of  April , 2024.

By: William J. Millenkamp
As President of Millenkamp Cattle, Inc.

By: Susan J. Millenkamp
As Secretary of Millenkamp Cattle, Inc.