Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com
bwilson@hawleytroxell.com


Andrew Schoulder (Admitted Pro Hac Vice)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: 208.318.3030
Email: Andrew.schoulder@nortonrosefulbright.com


Attorneys for Rabo AgriFinance LLC


UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>  Debtor. | Case No. 24-40158-NGH<br><br>Chapter 11 |
|---|---|

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that Andrew Schoulder of NORTON ROSE FULBRIGHT US LLP, hereby enters an appearance on behalf of creditor Rabo AgriFinance LLC, and hereby

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 1

59797.0002.17016693.1

requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to, and served upon:

>Andrew Schoulder
>Andrew.Schoulder@nortonrosefulbright.com
>NORTON ROSE FULBRIGHT US LLP
>1301 Avenue of the Americas
>New York, NY 10019-6022

The foregoing requests all notices, copies, and pleadings referred to in Federal Rule of Bankruptcy Procedure 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

Dated: April 24, 2024.

>Respectfully submitted,
>
>NORTON ROSE FULBRIGHT US LLP
>
>By: /s/ Andrew Schoulder
>    Andrew Schoulder (Admitted Pro Hac Vice)
>    Attorneys for Rabo AgriFinance LLC

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 2

59797.0002.17016693.1

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 24th day of April, 2024, I electronically filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE with the Clerk of the Court using the CM/ECF system and served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

    /s/ Andrew Schoulder
    Andrew Schoulder