A   K Trucking
1897 E 990 S
Hazelton, ID 83335


A. Scott Jackson Trucking
PO Box 56
Jerome, ID 83338


A. Scott JacksonTrucking Inc
PO Box 56
Jerome, ID 83338


ABS Global Inc
Box 22144 Network Place
Chicago, IL 60673-1221


Addison Biological Lab
507 N Cleveland St
Fayette, MO 65248


Aden Brook Trading Corp
PO Box 217
Montgomery, NY 12549


ADM Animal Nutrition
75 Remittance Dr
Ste #1365
Chicago, IL 60675


Ag Funding SC II LLC
5465 Mills Civic Pkwy
Suite 201
West Des Moines, IA 50266


Ag-Rows, Inc
321 S Hwy 27
Burley, ID 83318

Al-Mar Dairy
1255 Grandview Ave
Parma, ID 83660


Alexander K. Reed
4296 N 2100 E
Filer, ID 83328


Allegiance Dairy Services
111 Overland Ave
Burley, ID 83318


AllFlex USA
PO Box 848533
Dallas, TX 75284


Automation Werx, LLC
PO Box 3066
Idaho Falls, ID 83403


B   H Farming
PO Box 123
Rupert, ID 83350


B A Farms/Bo Stevenson
1001 S 1900 E
Hazelton, ID 83335


Badger Bearing PTP, Inc
230 W 20 S
Burley, ID 83318


Bear Necessities Prtbl Rstrm
PO Box 1952
Twin Falls, ID 83303

Black Cat Dairy
5655 S Black Cat Rd
Meridian, ID 83642


Black Eagle Construction LLC
PO Box 562
Meridian, ID 83680


Black Pine Cattle LLC
 471 N 300 Rd W
Jerome, ID 83338


Black Pine Construction, LLC
1100 E 1000 S
Albion, ID 83311


BLN Huettig Farms
1247 S. 2000 E.
Hazelton, ID 83335


Blue Cross of Idaho
PO Box 6948
Boise, ID 83707


Bo Stevenson
1001 S 1900 E
Hazelton, ID 83335


Bo Stevenson and B A Farms
1001 S 1900 E
Hazelton, ID 83335


Boyce Equipment Parts Co,Inc
2893 S American Way
Ogden, UT 84401

Brandi Ann M Bartholomew
C/O Eric Clark Clark  Assoc
PO Box 2504
Eagle, ID 83616


Brett Jensen Farms
2000 W 113 N
Idaho Falls, ID 83402


BUNGE Canada
2765 Solution Center
Chicago, IL 60677


Burks Tractor Company
3140 Kimberly Rd.
Twin Falls, ID 83301


Burks Tractor Company, Inc.
3140 Kimberly Rd.
Twin Falls, ID 83301


Butte Irrigation Inc
PO Box 790
Paul, ID 83347


Carne I Corp.
134 E Highway 81
Burley, ID 83318


Cassia County Tax Collector
1459 Overland Ave
Rm 102
Burley, ID 83318


Clear Lakes Products
PO Box 246
Buhl, ID 83316

```
Clear Water Products LLC
1834 1st Ave
Greeley, CO 80631


Clint D. Thompson
298 North 200 West
Jerome, ID 83338


CNH Industrial Capital
500 Diller Ave.
New Holland, PA 17557


CNH Industrial Capital
PO Box 71264
Philadelphia, PA 19176-6264


CNH Industrial Retail Accts.
PO Box 71264
Philadelphia, PA 19176-6264


CNH Productivity Plus BP
PO Box 71264
Philadelphia, PA 19176-6264


CNH Productivity Plus MC
PO Box 71264
Philadelphia, PA 19176-6264


Coastline Equipment
2000E Overland Rd
Meridian, ID 83642


Coastline Equipment Co.
26 E 300 S
Jerome, ID 83338
```

Commodities Plus
5207 E 3rd Ave
Spokane, WA 99212


Conterra Agricultural Cap.
5465 Mills Civic Pkwy
Suite 201
West Des Moines, IA 50266


Daimler Truck Financial Svcs
14372 Heritage Pkwy
Suite 400
Fort Worth, TX 76177


Dairy Tech Inc.
PO Box 250
Severance, CO 80546


Darling Ingredients
PO Box 554885
Detroit, MI 48255-4885


David A. Coleman
PO Box 525
Twin Falls, ID 83303-0525


David Shirley
PO Box 910
Burley, ID 83318-0910


Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0038


Diamond B Dairy
2169 E 3200 S
Wendell, ID 83355

```
Douglas J Grant
2050 E 500 S
Hazelton, ID 83335


Douglas J. Grant
2020 E 500 S
Hazelton, ID 83335


Dusty Brow Farms, Inc.
2601 E 1100 S
Hazelton, ID 83335-6235


East Valley Cattle LLC
471 N 300 W
Jerome, ID 83338


East Valley Cattle, Inc.
 471 N 300 Rd W
Jerome, ID 83338


East Valley Cattle, LLC
 471 N 300 Rd W
Jerome, ID 83338


East Valley Development, LLC
Attn: General Counsel
4675 MacArthur Ct., Ste. 800
Newport Beach, CA 92660


Ed Chojnacky
298 N. 100 W
Jerome, ID 83338


Eide Bailly LLP
1505 Madrona St N
#800
Twin Falls, ID 83301
```

Electrical Werx Construction
PO Box 3066
Idaho Falls, ID 83401


Element Heating and Cooling
347 Locust St
Twin Falls, ID 83301


Elevation Electric
485 S Idaho St
Wendell, ID 83355


Eric Clark
Clark  Associates
PO Box 2504
Eagle, ID 83616


Evans Plumbing
111 Gulf Stream Lane
Hailey, ID 83333


Farmers Bank
PO Box 505
Jerome, ID 83338


Farmers Bank
1441 South Lincoln
Jerome, ID 83338


Farmore
642 Farmore Rd
Jerome, ID 83338


Ferguson Enterprises, Inc
PO Box 847411
Dallas, TX 75284-7411

```
Fletcher Law Office
PO Box 248
Burley, ID 83318-0248


Floyd Lilly Company Inc
PO Box 461
353 3rd Ave S
Twin Falls, ID 83303


Franklin Building Supply
1390 Highland Ave E
Twin Falls, ID 83301


G.J. Verti-line Pumps Inc
1970 Highland Ave E
PO Box 892
Twin Falls, ID 83303


Givens Pursely LLP
PO Box 2720
Boise, ID 83701


Goose Ranch LLC
471 N 300 W
Jerome, ID 83338


Goose Ranch LLC
 471 N 300 Rd W
Jerome, ID 83338


Grant  Hagan, Inc.
PO Box 326
Hazelton, ID 83335


Grant 4-D Farms, LLC
707 E 600 N
Rupert, ID 83350
```

GreatAmerica Financial Serv.
PO Box 660831
Dallas, TX 75266-0831

Green Source Automation
3506 Moore Rd
Ceres, CA 95307

H M Custom, LLC
PO Box 722
Burley, ID 83318

Harper Family Partnership
2045 E 850 S
Declo, ID 83323

Healthy Earth EnterprisesLLC
76 N 400 W
Jerome, ID 83338

Heeringa Construction, LLC
18521 E Queen Creek Rd
#105-481
Queen Creek, AZ 85142

Holesinksky Farms LLC
PO Box 246
Buhl, ID 83316

Hollifield Ranches, Inc.
22866 Hwy 30
Hansen, ID 83334

Idaho Jersey Girls Jerome
471 N 300 W
Jerome, ID 83338

```
Idaho Jersey Girls Jerome
 471 N 300 Rd W
Jerome, ID 83338


Idaho Jersey Girls LLC
 471 N 300 Rd W
Jerome, ID 83338


Idaho Materials Construction
1310 Addison Ave W
Twin Falls, ID 83301


Idaho Power
PO Box 6062
Boise, ID 83707-6062


Idaho State Tax Commission
PO Box 36
Boise, ID 83707


Innovative Food SolutionsUSA
Attn: Jordan Bowen
134 E. Highway 81
Burley, ID 83318


J.D. Heiskell   Co.
139 River Vista Place
Ste 102
Twin Falls, ID 83301


Jake Millenkamp
1719 River Road
Buhl, ID 83316


James Farrell   Company
PO Box 94583
Seattle, WA 98104
```

Jean L. Thompson
255 North 250 West
Jerome, ID 83338


Jeffrey E. Rolig
PO Box 5455
Twin Falls, ID 83303-5455


JF Farms Inc
1879 Shoestring Rd
Gooding, ID 83330


John Deere Const.   Forestry
One John Deere Place
Moline, IL 61265


Keith D. and Janet Carlson
3866 E 3800 N
Hansen, ID 83334


Kentworth Sales Company
Dept #1
PO Box 27088
Salt Lake City, UT 84127-0088


Kraus Farms, LLC
165 S 400 W
Rupert, ID 83350


Landview Inc - Industrial
PO Box 475
Rupert, ID 83350


Landview Inc - Livestock
PO Box 475
Rupert, ID 83350

```
Leedstone
222 Co Rd 173 SE
Melrose, MN 56352


Les Schwab Tire Center - BP
2555 S Overland
Burley, ID 83318


Les Schwab Tire Center - MC
1848 S Lincoln
Jerome, ID 83338


Liberty Basin LLC
134 E Highway 81
Burley, ID 83318


Macrae Custom Farming, Inc
355 S 950 W
Heyburn, ID 83336


Magic Valley Equipment Inc
517 East Ellis
PO Box 746
Paul, ID 83347


Mavrix, LLC
925 Main St., Ste. 300-18
Stone Mountain, GA 30083-3098


McAlvain Concrete, Inc.
5559 W Gowen Rd #100
Boise, ID 83709


Mercedes-Benz Financial Svcs
PO Box 279274
Sacramento, CA 95827-9274
```

MetLife Real Estate Lending
10801 Mastin Blvd., Ste. 930
Overland Park, KS 66210


Metropolitan Life Ins. Co.
10801 Mastin Blvd, Ste. 930
Overland Park, KS 66210


Metropolitan Tower Life Ins.
205 East River Park Circle
Suite 430
Fresno, CA 93720


Michael Chojnacky
51 W 600 N.
Jerome, ID 83338


MicroProteins
8019 W Buckskin
Pocatello, ID 83201


Mike Chojnacky
51 W 600 N
Jerome, ID 83338


Millenkamp Enterprises LLC
 471 N 300 Rd W
Jerome, ID 83338


Millenkamp Family
 471 N 300 Rd W
Jerome, ID 83338


Millenkamp Family LLC
 471 N 300 Rd W
Jerome, ID 83338

Millenkamp Properties II LLC
471 N 300 W
Jerome, ID 83338


Millenkamp Properties II LLC
 471 N 300 Rd W
Jerome, ID 83338


Millenkamp Properties LLC
471 N 300 W
Jerome, ID 83338


Millenkamp Properties, L.L.C
 471 N 300 Rd W
Jerome, ID 83338


Milner Hay Company, LLC
1154 W 200 S
Jerome, ID 83338


Minidoka Irrigation District
98 W 50 S
Rupert, ID 83350


Moss Grain Partnership
301 Scott Ave., Ste. 4
Rupert, ID 83350


MWI Veterinary
3041 W Pasadena Dr
Boise, ID 83705


Napa Auto Parts
PO Box 1425
Twin Falls, ID 83303-1425

Nelsen Farms LLC
120 E 600 N
Jerome, ID 83338


Nevin,Benjamin,McKay Barlett
303 W Bannock St
Boise, ID 83702


Norco, Inc
PO Box 35144
Seattle, WA 98124-5144


North Side Canal Company
921 N Lincoln
Jerome, ID 83338


NorthWest Seed, Inc.
PO Box 65
Hazelton, ID 83335


Novoa Trucking
1751 Occidental Ave
Burley, ID 83318


Pacific Steel   Recycling
PO Box 1413
Twin Falls, ID 83303-1413


Penn Millers Insurance Co
c/o Chubb Agribusiness
PO Box 62453
Baltimore, MD 21264-2453


Performance Plus-Idaho, LLC
314 5500 E
Jerome, ID 83338

PerforMix Nutrition Systems
2201 N. 20th Street
Nampa, ID 83687


Premier Truck Group
541 Arlen Dr
Jerome, ID 83338


Pro Rentals   Sales
PO Box 5450
Kalispell, MT 59903


Progressive Dairy Srvc Spply
485 S Idaho St
Wendell, ID 83355


PTG of Idaho, LLC
541 Arlen Dr.
Jerome, ID 83338


Rabo Agrifinance LLC
14767 North Outer 40 Road
Suite 400
Chesterfield, MO 63017


Rabo Agrifinance, Inc.
12443 Olive Blvd., Suite 5
Saint Louis, MO 63141


Raft River Rural Electric
PO Box 617
Malta, ID 83342


Rangen
PO Box 706
Buhl, ID 83316

Receptor Food Group
PO Box 475
Rupert, ID 83350


Reed Farms
4296 N 2100 E
Filer, ID 83328


Riveron RTS, LLC
PO Box 679265
Dallas, TX 75267-9265


Roark Law Offices
950 Bannock St., 11th Fl.
Boise, ID 83702


Robert E. Williams
Williams, Meservy  Larsen
PO Box 168
Jerome, ID 83338-0168


Robert E. Williams
Williams, Merservy  Larsen
PO Box 168
Jerome, ID 83338-0168


Rocky Mountain Agronomics
1912 W Main
Burley, ID 83318


Rogers Machinery
PO Box 35142
LB 1502
Seattle, WA 98124-5142


S O Mata Trucking LLC
365 E 27th St
Burley, ID 83318

Sawtooth Law Offices PLLC
1101 W River St., Ste. 110
Boise, ID 83702-7067


Schaeffer Mfg. Co.
PO Box 790100
Dept. 3518
Saint Louis, MO 63179-0100


Schow's Auto Parts
PO Box 94
Rupert, ID 83350


SeCon LLC
24829 Simplot Blvd
Wilder, ID 83676


Select Sires Mid America Inc
833 W 400 N
Logan, UT 84321


Silva Brothers
1202 E 4150 N
Buhl, ID 83316


SKS EVC, LLC
Attn: Scott Stepenoff
20411 N 17th Way
Phoenix, AZ 85024


ST Genetics
PO Box 842923
Dallas, TX 75284-2923


Standing 16 Ranch
335 W 300 N
Jerome, ID 83338

Standlee Premium Products
22349 Kimberly Rd
Ste E
Kimberly, ID 83341


Star Falls Farms LLC
1908 E 1300 S
Hazelton, ID 83335


State Insurance Fund
PO Box 990002
Boise, ID 83799-0002


Steel Ranch LLC
2597 E 1100 S
Hazelton, ID 83335-6215


Steven Huettig
1908 E 1300 S
Hazelton, ID 83335-5428


Streamline Precision
120 S 100 W
Burley, ID 83318


Susan J. Millenkamp
471 N 300 W
Jerome, ID 83338


T.L.K. Dairy Inc
650 N 2nd E
Mountain Home, ID 83647


Tacoma Screw Products
Attn: Accounts Receivable
2001 Center St
Tacoma, WA 98409-7895

Taqueria Tamazula Trucking
1842 Hansen Ave
Burley, ID 83318


The Dairy Solutions Group
396 Railway St
Jerome, ID 83338


Theodore Larsen
153 E. Main St.
Jerome, ID 83338-2332


Triple B Farms, LLC
131 Broncho Rd
Blackfoot, ID 83221


Triple C Farms, L.L.C.
474 S. 500 W
Jerome, ID 83338


Twin Falls Canal Co.
PO Box 326
Twin Falls, ID 83303


Tyche Ag, LLC
PO Box 123
Rupert, ID 83350


Urgent Care of Jerome
133 W Ave A
Ste B
Jerome, ID 83338


V M Trucking LLC
259 Diana Dr
Burley, ID 83318

```
Valley Co-op Tanker
2114 N 20th St
Nampa, ID 83687


Valley Wide COOP
2114 N 20th St
Nampa, ID 83687


Vanden Bosch Inc
PO Box 543
Jerome, ID 83338


Vandyk Dairy
270 N 500 W
Jerome, ID 83338


Vantage Dairy Supplies LLC
799 W 200 N
Paul, ID 83347


Viserion Grain LLC
c/o Gibby Group
134 E Highway 81
Burley, ID 83318


Viserion Grain, LLC
44 Cook St. Ste. 320
Denver, CO 80206


Viterra Grain LLC
1111 Bedke Blvd
Burley, ID 83318


Wada Farms Partnership
326 S 1400 W
Pingree, ID 83262
```

WAG Services Inc
8121 W Harrison St
Tolleson, AZ 85353


Watts Hydraulic   Repair
1982 Floral Ave
Twin Falls, ID 83301


Westec Concrete Cutting LLC
53 N 200 W
Jerome, ID 83338


Western States Cat
PO Box 3805
Seattle, WA 98124-3805


Western States Equipment Co.
3085 Kimberly Rd Suite A
Twin Falls, ID 83301


Western Waste Services
PO Box 714
Jerome, ID 83338


Westway Feed Products
365 Canal St
Ste 2929
New Orleans, LA 70130


William J. Millenkamp
471 N 300 W
Jerome, ID 83338


Wright Brothers Law Office
PO Box 5678
Twin Falls, ID 83303-5678

```
Xavier Farm Services LLC
PO Box 850
Hilmar, CA 95324


Young Automotive Group
PO Box 684
Layton, UT 84041


Youree Land  Livestock
3953 North 3300 East
Twin Falls, ID 83301
```