# United States Bankruptcy Court
## District of Idaho

In re  **Millenkamp Cattle, Inc.**  
Debtor(s)

Case No. **24-40158-NGH**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Susan J. Millenkamp**<br>471 N 300 W<br>Jerome, ID 83338 | | 50 | |
| **William J. Millenkamp**<br>471 N 300 Rd. W<br>Jerome, ID 83338 | | 50 | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____    Signature _____  
William J. Millenkamp

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

| Debtor | **Millenkamp Cattle, Inc.** | Case number (*if known*) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____[signature]_____     **William J. Millenkamp**
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

X _____     Date _____
Signature of attorney for debtor            MM / DD / YYYY

**Krystal R. Mikkilineni**
Printed name

**Dentons Davis Brown PC**
Firm name

**215 10th Street, Suite 1300**
**Des Moines, IA 50309**
Number, Street, City, State & ZIP Code

Contact phone **515-288-2500**     Email address **krystal.mikkilineni@dentons.com**

**AT0011814 IA**
Bar number and State

# United States Bankruptcy Court
### District of Idaho

In re   **Millenkamp Cattle, Inc.**                                                    Case No.   **24-40158-NGH**

                              Debtor(s)                                                Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _____                    _____
                                                  **William J. Millenkamp/President**
                                                  Signer/Title

Debtor  **Millenkamp Cattle, Inc.**                              Case number *(if known)* **24-40158-NGH**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.8 | WJM 2012 Trust<br>471 N 300 W<br>Jerome, ID 83338 | $9,222.15 | 2023 | Quarterly payments for William J. Millenkamp's life insurance |
| | **Relationship to debtor**<br>Family | | | |
| 30.9 | William J. Millenkamp<br>471 N 300 Rd. W<br>Jerome, ID 83338 | $36,888.60 | 3/20/2023 | Draw |
| | **Relationship to debtor**<br>Partner/President | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                              **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                              **Employer Identification number of the pension fund**

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

*/s/ Bill Millenkamp*                              **William J. Millenkamp**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name: **Millenkamp Cattle, Inc.**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known): **24-40158-NGH**

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    X _/s/ Bill Millenkamp_____
Signature of individual signing on behalf of debtor

**William J. Millenkamp**
Printed name

**President**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors