Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle) |

#3911731

|  |  |
|---|---|
| ☐ Millenkamp Properties II | 24-40167-NGH (Millenkamp Enterprises) |
| | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Millenkamp Family | |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |
| _____ | |

### DEBTORS' APPLICATION TO EMPLOY SCHUIL AG REAL ESTATE, INC. AS REAL ESTATE BROKER

**Notice of Application to Employ Real Estate Broker for Debtors
and Opportunity to Object and for a Hearing**

<u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection.</u> The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

Millenkamp Cattle, Inc. ("<u>Millenkamp Cattle</u>") and its affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>") in the above-captioned chapter 11 case (the "<u>Chapter 11 Case</u>"), by and through its undersigned counsel, hereby respectfully submit this Application to Employ Shuil Ag Real Estate, Inc. as Real Estate Broker (the "<u>Application</u>"). In support of this Application, the Debtors respectfully represent as follows:

DEBTORS' APPLICATION TO EMPLOY SCHUIL AG REAL ESTATE, INC. AS REAL ESTATE BROKER AND AS A WITNESS - 2 -

## JURISDICTION

1. The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of the Application is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is also proper under 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are sections 327(a) and 328 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016.

## BACKGROUND

4. On April 2, 2024 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for District of Idaho (the "Court") commencing the Chapter 11 Cases. The Debtors have continued in the management and operation of their businesses and properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

5. No trustee, examiner, or official statutory committee of unsecured creditors (such official committee, the "Committee") has yet been appointed in the Chapter 11 Cases.

6. The Debtors are ten affiliates that collectively own and operate several businesses, including a calf ranch raising approximately 50,000 calves located in Jerome, Idaho; a dairy heifer feedlot in Declo, Idaho, raising approximately 60,000 head of dairy cattle; a dairy operation at the Declo facility where the dairy cattle are milked several times a day; farming operations in Jerome, Twin Falls and Cassia counties; and custom harvest & trucking throughout the Magic Valley.

7. Through ten entities, the Debtors operate as a single enterprise, which includes

common usage of debt and banking facilities.

8. Millenkamp Cattle is the primary entity from which all operations are directed, the revenues received, and the payables disbursed. Millenkamp Cattle is the operational entity which owns all of the cattle, feed, and equipment used to care for the cattle, employs the employees, and receives and disburses the majority of the monies. Millenkamp Cattle does not own any real property.

9. Debtors wish to employ Shuil Ag Real Estate, Inc. ("Schuil") as their real estate broker to conduct a brokers price opinion in this Chapter 11 Case, pursuant to Bankruptcy Code section 327(a), at the expense of the estate.

10. It is anticipated that Jonathan Verhoeven ("Verhoeven") will be the main contact at Schuil. Marc Schuil, Nina Thiessen, Carolina Evangelo, Paige Sweeney, Scott Schuil, Michael Schuil, and Arnel Koster may also be assisting with the brokers price opinion.

11. Schuil will render services to the Debtors under the terms as set forth in the Engagement Agreement attached hereto as Exhibit "A." Debtors note that the Engagement Agreement was drafted as between Schuil and Dentons Davis Brown, PC (Debtors' Counsel) for privilege purposes, which is common in matters such as this.

12. Schuil understands that its compensation is subject to approval of this Court and intends to apply for compensation and reimbursement for fees incurred and costs advanced in conformity with Bankruptcy Code sections 330 and 331.

## QUALIFICATIONS OF PROFESSIONALS

13. The Debtors have selected Schuil because Schuil has considerable knowledge and expertise in these matters and is aware of the Debtors' business activities. Schuil is rated number

one in both dairy and agriculture production and is uniquely qualified to assist with agriculture broker opinions. Verhoeven grew up on and around dairies. His father owned and operated a dairy until 2003 and some of his extended family continue to dairy today. Verhoeven worked at Schuil as a bookkeeper between 2008 and 2011 before going to work as a staff accountant at Genske, Mulder & Company in Modesto, California for two and a half years. In 2014, Verhoeven received his real estate license, moved back to Visalia, and joined the sales team at Schuil. In 2022, Verhoeven was a featured speaker on the topic of land pricing at the Global Ag Investment Conference in New York City.

## SERVICES TO BE RENDERED

14. The employment of Schuil is necessary to assist the Debtors in preparing a brokers price opinion and testifying as a witness as to the market value of the Debtors' real estate.

15. Subject to the Court's approval of this Application, Schuil is willing to assist the Debtors with an brokers price opinion as well as testify as to the brokers price opinion and market value of the Debtors' real estate. The Debtors do not intend, nor do the Debtors believe, the services proposed to be rendered by Schuil will be duplicative of the services to be rendered by the Debtors' general reorganization counsel or other professionals in this Chapter 11 Case.

## PROFESSIONAL COMPENSATION

16. Schuil will charge a flat fee of five thousand dollars ($5,000) for the brokers price opinion.

17. Schuil will charge its regular hourly rate of $450/hr for services as a witness in the Chapter 11 Case.

18. These fees will be paid by the Debtors as the Debtors are the beneficiary of the

brokers price opinion.

19. Neither Schuil, nor to the best of its knowledge and information, any other representative thereof, has been promised any compensation for professional services rendered or to be rendered in any capacity in connection with Debtors' Chapter 11 Case, other than as permitted by the Bankruptcy Code.

20. Schuil has not received any prepetition retainer to guarantee payment of its services and costs in connection with Debtors' Chapter 11 case.

21. Schuil has not agreed to share compensation received in connection with Debtors' Chapter 11 Case with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016 in respect of the sharing of compensation among members of Schuil.

## DISINTERESTEDNESS OF PROFESSIONALS

22. Schuil has undertaken a detailed search to determine, and to disclose, whether it has any connection or has had any connection to any significant creditors or insiders of Debtors. In connection with its proposed retention by the Debtors in this case, Schuil conducted a search of its client database to determine whether it has any current or past relationships with any of Debtors' significant creditors or insiders. Except as set forth in the Declaration of Jonathan Verhoeven attached hereto as Exhibit "B" (the "Declaration"), Schuil does not have any connection with Debtors, their affiliates, their creditors or insiders, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee.

23. Except as otherwise set forth in the Declaration, and based on the database search

described above, Schuil is not aware of any past or current relationship of any other individual or entity which is a creditor or insider of the Debtors.

24. To the best of its knowledge and information, Schuil does not have any interest "adverse" to Debtors or their estates as that term is used in Bankruptcy Code section 327.

25. To the best of its knowledge and information, Schuil is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14).

26. Schuil will conduct a continuing inquiry to ascertain whether there exists any situation that would affect its status as a person having no interest adverse to Debtors or their estates or that would affect Schuil's status as a disinterested person. Schuil will file supplemental disclosures or affidavits with this Court at such time as any such additional disclosures are appropriate or required.

**WHEREFORE,** the Debtors respectfully request that they be authorized, pursuant to Bankruptcy Code section 327 and Bankruptcy Rule 2014 to employ Schuil Ag Real Estate, Inc. as Real Estate Broker; and for such other and further relief as may be just and equitable under the circumstances.

          Respectfully submitted,

          */s/ Krystal R. Mikkilineni*
          Krystal R. Mikkilineni

          */s/ Matt Christensen*
          Matt Christiansen

          Attorneys for Debtors

DEBTORS' APPLICATION TO EMPLOY SCHUIL AG REAL ESTATE, INC. AS REAL ESTATE BROKER AND AS A WITNESS - 7 -

I declare under penalty of perjury under the laws of the United States and the laws of the State of Idaho that I have reviewed the attached Debtors' Application to Employ Schil Ag Real Estate, Inc. as Real Estate Broker, and to the best of my knowledge and information, I believe the statements therein to be true and correct.

Dated:  April 29, 2024

>*/s/  Jonathan Verhoeven*
>Jonathan Verhoeven
>Schuil Ag Real Estate, Inc.

## **EXHIBIT A**
**Engagement Agreement**



April 22, 2024

Dentons Davis Brown
Attn: Krystal R. Mikkilineni
215 10th St., Suite 1300
Des Moines, IA 50309

Re: Millenkamp
Dairy and farmland, Cassia County, ID

Krystal,

This Engagement Letter dated April 22, 2024 confirms the services requested by Dentons Davis Brown, PC ("Client" or "Dentons") for Schuil Ag Real Estate, Inc. ("Broker") to provide a Broker Price Opinion Letter ("BPO") for Millenkamp Cattle, Inc. and related affiliates' properties in Cassia County and Jerome County, Idaho. This Engagement Letter is being made between Dentons and Broker for privilege purposes.

The services provided under this Letter are as follows:
- Broker Price Opinion, which is "the price which the property will bring in a competitive market under all conditions requisite to a sale."
- Appearance to testify in court, if necessary.

Client and Millenkamp Cattle will provide Broker with information pertaining to the property in question including, but not limited to, parcel numbers, acreage, permits, inventories, production records, improvement lists, and site plans. Broker will conduct market analysis of comparable sales of land and dairy assets. Broker may or may not require a site visit to conduct BPO.

Broker will deliver the BPO by May 2, 2024. The fee for providing this service will be Five Thousand Dollars ($5,000), payable to Schuil Ag Real Estate, Inc., upon completion of the BPO and approval by the Bankruptcy Court.

If a testimony in court is required, an hourly fee of $450 will be charged. Billable hours will be 8 hours minimum per day for each day of travel and court appearances.

These fees will be paid by Millenkamp Cattle as Millenkamp Cattle is the beneficiary of this appraisal.

Broker acknowledges and agrees that any and all information made available or otherwise disclosed by Client and/or Millenkamp Cattle to Broker relating to this BPO project shall be considered confidential and shall be disclosed only to those persons at Schuil Ag Real Estate, Inc who will be assisting with the BPO. These persons include Marc Schuil, Nina Thiessen, Carolina Evangelo, Paige Sweeney, Scott Schuil, Arnel Koster, and Jonathan Verhoeven.

Thank you for allowing Schuil Ag Real Estate, Inc. the opportunity to provide you a Broker

#3912068

1



Price Opinion.

Sincerely,

Jonathan Verhoeven
Schuil Ag Real Estate, Inc.

# EXHIBIT B

## DECLARATION OF JONATHAN P. VERHOEVEN IN SUPPORT OF APPLICATION TO EMPLOY SCHUIL AG REAL ESTATE, INC. AS REAL ESTATE BROKER FOR THE DEBTOR IN POSSESSION[1]

STATE OF California    )
                       ) ss:
COUNTY OF Tulare       )

Jonathan P. Verhoeven, being first duly sworn upon oath, deposes, and says:

1. I am a licensed realtor.

2. I have read the application of the Debtors for authority to employ and retain Schuil Ag Real Estate, Inc. as Real Estate Broker to the Debtors ("Schuil").

3. Schuil has not received a retainer for its services.

4. I and Schuil have no connection with the Debtors.

5. I and Schuil have no connection with any personnel employed in the Office of the United States Trustee, the creditors or any party in interest, nor with their respective attorneys or accountants, other than normal professional relationships with attorneys and accountants except as follows:

   a. Schuil may have conducted business with certain creditors or investors in matters unrelated to the Debtors. Other than as described below, none of that representation involves the Debtors or any claims against the Debtors.

---

[1] The Debtors in the Chapter 11 Cases are: Millenkamp Cattle, Inc.; Idaho Jersey Girls LLC; East Valley Cattle, LLC; Millenkamp Properties, L.L.C.; Millenkamp Properties II LLC; Millenkamp Family LLC; Goose Ranch, LLC; Idaho Jersey Girls Jerome Dairy LLC; Black Pine Cattle LLC; and Millenkamp Enterprises LLC. This Declaration is in support of an Application that seeks employment to represent ALL of the Debtors in the respective bankruptcy cases, which are being sought to be jointly administered.

DEBTORS' APPLICATION TO EMPLOY SCHUIL AG REAL ESTATE, INC. AS REAL ESTATE BROKER AND AS A WITNESS - 9 -

    b. Schuil has had a business relationship with the following creditors:

        i. J.D. Heiskell: One of Schuil's associates is a feed sales representative for J.D. Heiskell. Marc Schuil and I have also worked with their former CEO, Scot Hillman to source properties in California.

        ii. MetLife: Schuil has not been employed directly by MetLife to list any properties, but there is a possible representation being discussed for matters unrelated to the Debtors.

        iii. Kander LLC: Schuil has a current co-listing with Kander LLC in California.

6. I believe I and Schuil are disinterested persons as defined in 11 U.S.C. § 101(14) and represent no interest adverse to the debtors in possession or bankruptcy estate in matters upon which I am to be engaged and believe that I can be employed in this case without any type of restriction.

7. The flat fee and hourly rate to be charged by myself and other professionals at my office are outlined in the engagement agreement between Schuil and the Dentons, a copy of which is attached to the Application to Employ as Exhibit A.

8. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 29th day of April, 2024.

                                              JONATHAN P. VERHOEVEN
                                              SCHUIL AG REAL ESTATE, INC.

**EXHIBIT C**
**Proposed Order**

## ORDER GRANTING THE DEBTORS' APPLICATION TO EMPLOY SCHUIL AG REAL ESTATE, INC. AS REAL ESTATE BROKER

The Debtors' *Application to Employ Schuil Ag Real Estate, Inc. as Real Estate Broker and* (the "Application"); and the Court, having reviewed the Application, finds that the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Motion was sent on April 29, 2024, and was sufficient under the circumstances and that no further notice need be given; and the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing, therefore

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Application is GRANTED and the Debtors are authorized to employ Schuil Ag Real Estate, Inc. under the terms as set forth in the Application.

2. The Application was appropriate under the circumstances and in compliance with the Bankruptcy Code and Bankruptcy Rules.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

//end of text//

Order submitted by:

Krystal R. Mikkilineni
Attorney for the Debtor

DEBTORS' APPLICATION TO EMPLOY SCHUIL AG REAL ESTATE, INC. AS REAL ESTATE BROKER AND AS A WITNESS - 11 -