Arnold L. Wagner, ISBN 5700
Connor B. Edlund, ISBN 11910
**MCCONNELL WAGNER SYKES & STACEY PLLC**
827 East Park Boulevard, Suite 201
Boise, Idaho 83712
Telephone:  208.489.0100
wagner@mwsslawyers.com
edlund@mwsslawyers.com

Attorneys For Creditors McAlvain Concrete, Inc. and McAlvain Companies, Inc.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| **MILLENKAMP CATTLE, INC.,**  Debtor. | **Jointly Administered With Case Nos.:**  24-40159-NGH (Idaho Jersey Girls)  24-40160-NGH (East Valley Cattle)  24-40161-NGH (Millenkamp Properties)  24-40162-NGH (Millenkamp Properties II)  24-40163-NGH (Millenkamp Family)  24-40164-NGH (Goose Ranch)  24-40165-NGH (ID Jersey Girls Jerome Dy.)  24-40166-NGH (Black Pine Cattle)  24-40167-NGH (Millenkamp Enterprises)  Chapter 11 Cases |
| Filing relates to:  ☐ ALL DEBTORS  ☐ Millenkamp Cattle, Inc.  ☐ Idaho Jersey Girls  ☒ East Valley Cattle  ☐ Millenkamp Properties  ☐ Millenkamp Properties II  ☐ Millenkamp Family  ☐ Goose Ranch  ☐ Idaho Jersey Girls Jerome Dairy  ☐ Black Pine Cattle  ☐ Millenkamp Enterprises | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that Arnold L. Wagner, Connor B. Edlund, and McConnell Wagner Sykes & Stacey PLLC, whose address is 827 East Park Boulevard, Suite 201, Boise,

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE | Page 1
I:\10831.005\BK\NOTICE OF APPEARANCE.DOCX

Idaho 83712 [wagner@mwsslawyers.com; edlund@mwsslawyers.com], hereby enter their appearance as attorneys for Creditors McAlvain Concrete, Inc. and McAlvain Companies, Inc., and request notice in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**DATED:** April 30, 2024.

McConnell Wagner Sykes & Stacey PLLC

/s/ Connor B. Edlund
By: Connor B. Edlund, Attorneys For Creditors McAlvain Concrete, Inc. and McAlvain Companies, Inc.

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 30, 2024, I electronically filed the foregoing using the CM/ECF system which sent a *Notice of Electronic Filing* to the following:

| | |
|---|---|
| Matthew T. Christensen, Esq.<br>James J. May, Esq.<br>mtc@johnsonmaylaw.com<br>jjm@johnsonmaylaw.com<br><br>Krystal R. Mikkilineni, Esq.<br>krystal.mikkilineni@dentons.com | *Attorneys For Debtors:*<br>    *Black Pine Cattle LLC*<br>    *East Valley Cattle, LLC*<br>    *Goose Ranch LLC*<br>    *Idaho Jersey Girls Jerome Dairy LLC*<br>    *Idaho Jersey Girls LLC*<br>    *Millenkamp Cattle, Inc.*<br>    *Millenkamp Enterprises LLC*<br>    *Millenkamp Family LLC*<br>    *Millenkamp Properties II LLC*<br>    *Millenkamp Properties, L.L.C.* |
| Robert E. Richards, Esq.<br>Tirzah R. Roussell, Esq.<br>robert.richards@dentons.com<br>tirzah.roussell@dentons.com | *Attorneys For Debtor Millenkamp Cattle, Inc.* |
| Brett R. Cahoon, Esq.<br>ustp.region18.bs.ecf@usdoj.gov<br><br>Jason R. Naess, Esq.<br>jason.r.naess@usdoj.gov | United States Trustee |
| Cheryl Rambo, Esq.<br>cheryl.rambo@isp.idaho.gov | *Attorneys For Creditor Idaho State Brand Department* |
| Daniel C. Green, Esq.<br>Heidi Buck Morrison, Esq.<br>dan@racineolson.com<br>heidi@racineolson.com<br><br>James J. Niemeier, Esq.<br>jniemeier@mcgrathnorth.com | *Attorneys For Creditors Viterra USA Grain, LLC and Viterra USA Ingredients, LLC* |
| David A. Coleman, Esq.<br>david@colemanjacobsonlaw.com | *Attorneys For Creditors B & H Farming, Eagle Creek Northwest LLC and Youree Land & Livestock, Inc.* |
| David D. Farrell, Esq.<br>dfarrell@thompsoncoburn.com | *Attorneys For Creditor Bunge Canada* |
| Evan T. Roth, Esq.<br>Brian Faria, Esq.<br>evan@sawtoothlaw.com<br>brian@sawtoothlaw.com | *Attorneys For Creditor Viserion Grain, LLC* |
| Gery W. Edson, Esq.<br>gedson@gedson.com | *Attorneys For Creditor Creditor Land View, Inc.* |

| | |
|---|---|
| Holly Roark, Esq.<br>holly@roarklawboise.com | *Attorneys For Creditors Elevation Electric, LLC and Progressive Dairy Service & Supply Corp.* |
| Jed W. Manwaring, Esq.<br>Aaron R. Bell, Esq.<br>jmanwaring@evanskeane.com<br>abell@evanskeane.com<br><br>Morton R. Branzburg, Esq.<br>Domenic E. Pacitti, Esq.<br>mbranzburg@klehr.com<br>.com | *MWI Veterinary Supply Co.* |
| Janine Patrice Reynard<br>janine@averylaw.net<br><br>Adam Aiken Lewis, Esq.<br>alewis@mofo.com<br>Miranda K. Russell, Esq.<br>mrussell@mofo.com | *Attorneys For Creditor East Valley Development, LLC* |
| John D. Munding, Esq.<br>john@mundinglaw.com | *Attorneys For Creditor PerforMix Nutrition Systems, LLC* |
| John F. Kurtz, Jr., Esq.<br>jfk@kurtzlawllc.com<br><br>Richard J. Bernard, Esq.<br>Michael R. Stewart, Esq.<br>Scott F. Gautier, Esq. | *Attorneys For Interested Party Sandton Capital Partners LP* |
| Jon B. Evans, Esq.<br>evans.jb@dorsey.com | *Attorneys For Western States Equipment Co.* |
| Karyn Lloyd, Esq.<br>Meredith L. Thielbahr, Esq.<br>William Kent Carter, Esq.<br>klloyd@grsm com<br>mthielbahr@grsm.com<br>kentcarter@grsm.com | *Attorneys For Creditor CNH Industrial Capital America LLC* |
| Kimbell D Gourley, Esq.<br>kgourley@idalaw.com<br><br>Nikolaus F. Schandlbauer, Esq.<br>Ron C. Bingham, II, Esq.<br>.com | *Attorneys For MetLife Real Estate Lending LLC and Metropolitan Life Insurance Company* |
| Laura E. Burri, Esq.<br>lburri@morrowfischer.com | *Attorneys For Creditor Automation Werx, LLC* |
| Matthew A. Sturzen, Esq.<br>matt@shermlaw.com | *Attorneys For Creditor Wilbur-Ellis Company LLC* |
| Matthew W. Grimshaw, Esq.<br>matt@grimshawlawgroup.com | *Attorneys For Creditor Ad Hoc Committee of Corn Silage Growers* |

| | |
|---|---|
| Rhett M. Miller, Esq.<br>rmiller@magicvalley.law | *Attorneys For Creditors Moss Farms Operations, LLC, Moss Grain Partnership, Raft River Rural Electric Cooperative, Inc., and United Electric Co-Op, Inc.* |
| Robert A Faucher, Esq.<br>Zachery J. McCraney<br>rfaucher@hollandhart.com<br>zjmccraney@hollandhart.com | *Attorneys For Interested Party Glanbia Foods, Inc.* |
| Scott C. Powers, Esq.<br>John O'Brien, Esq.<br>Zachary Fairlie, Esq.<br>spowers@spencerfane.com<br>jobrien@spencerfane.com<br>zfairlie@spencerfane.com | *Attorneys For Creditors Conterra Holdings, LLC and Ag Funding SC II LLC* |
| Sheila R. Schwager, Esq.<br>Brent R. Wilson, Esq.<br>sschwager@hawleytroxell.com<br>bwilson@hawleytroxell.com<br>Andrew J. Schoulder, Esq.<br>andrew.schoulder@nortonrosefulbright.com | *Attorneys For Creditor Rabo AgriFinance LLC* |

                /s/ *Pamela A. Lemieux*
Pamela A. Lemieux, Legal Secretary