**Fill in this information to identify the case:**

Debtor name    **Millenkamp Cattle, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)   **24-40158-NGH**

☒ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☒  Amended *Schedule*    **Schedule D and Schedule E/F**
☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 30, 2024**

_____
Signature of individual signing on behalf of debtor

William J. "Bill" Millenkamp
Printed name

**President**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name: **Millenkamp Cattle, Inc.**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known): **24-40158-NGH**

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 A. Scott Jackson Trucking**<br>Creditor's Name<br><br>**PO Box 56**<br>**Jerome, ID 83338**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2023 Hay and 2023 Barley** | $184,656.30 | $24,229,019.00 |

Creditor's email address, if known

Date debt was incurred
**12/21/23**
Last 4 digits of account number

**Describe the lien**
**Ag Lien**

Is the creditor an insider or related party?
☐ No
☑ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2 Alexander K. Reed**<br>Creditor's Name<br><br>**4296 N 2100 E**<br>**Filer, ID 83328**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2023 Ensilage** | $130,991.73 | $24,229,019.00 |

Creditor's email address, if known

Date debt was incurred
**10/10/23**
Last 4 digits of account number

**Describe the lien**
**Ag Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | **B & H Farming** |
|---|---|

Creditor's Name

**PO Box 123**
**Rupert, ID 83350**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**1/1/23**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien          $323,120.18     $24,229,019.00
**2023 Ensilage and 2023 Hay**

Describe the lien
**Ag Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Bo Stevenson and B&A Farms** |
|---|---|

Creditor's Name

**1001 S 1900 E**
**Hazelton, ID 83335**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**9/25/23**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien          $195,478.80     $24,229,019.00
**2023 Ensilage**

Describe the lien
**Ag Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Clint D. Thompson** |
|---|---|

Creditor's Name

**298 North 200 West**
**Jerome, ID 83338**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien          $49,000.00     $24,229,019.00
**2023 Ensilage**

Describe the lien
**Ag Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Debtor      **Millenkamp Cattle, Inc.**
_____      Case number (if known)    **24-40158-NGH**
Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **CNH Industrial Capital** | Describe debtor's property that is subject to a lien | **$3,046,088.44** | **Unknown** |

Creditor's Name

**500 Diller Ave.**
**New Holland, PA 17557**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Equipment - See attached equipment lien
spreadsheet**

Describe the lien
**Equipment Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Coastline Equipment** | Describe debtor's property that is subject to a lien | **$151,843.88** | **Unknown** |

Creditor's Name

**2000E Overland Rd
Meridian, ID 83642**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Equipment**

Describe the lien
**Motor Vehicle/Materials/Labor Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Conterra Agricultural Cap.** | Describe debtor's property that is subject to a lien | **$18,884,265.52** | **$178,869,096.00** |

Creditor's Name

**5465 Mills Civic Pkwy
Suite 201**
**West Des Moines, IA 50266**

Creditor's mailing address

**legal@conterraag.com**

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien
**Personal Property**

Describe the lien
**Blanket Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  3 of 17

Debtor   **Millenkamp Cattle, Inc.**                                          Case number (if known)   **24-40158-NGH**
_____
Name

**Last 4 digits of account number**          ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Unliquidated |
| | ☐ Disputed |

---

**2.9**  **Daimler Truck Financial Svcs**                Describe debtor's property that is subject to a lien     **$1,741,693.25**     **Unknown**
_____
Creditor's Name                              **Certain Vehicles**

**14372 Heritage Pkwy
Suite 400
Fort Worth, TX 76177**
_____
Creditor's mailing address                   Describe the lien
                                             **Vehicle Liens**

                                             **Is the creditor an insider or related party?**
_____
Creditor's email address, if known           ☑ No
                                             ☐ Yes

                                             **Is anyone else liable on this claim?**
**Date debt was incurred**                    ☑ No
                                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.10**  **Douglas J. Grant**                          Describe debtor's property that is subject to a lien     **$222,617.06**     **$24,229,019.00**
_____
Creditor's Name                              **2023 Ensilage**

**2020 E 500 S
Hazelton, ID 83335**
_____
Creditor's mailing address                   Describe the lien
                                             **Ag Lien**

                                             **Is the creditor an insider or related party?**
_____
Creditor's email address, if known           ☑ No
                                             ☐ Yes

                                             **Is anyone else liable on this claim?**
**Date debt was incurred**                    ☑ No
**9/18/23**                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.11**  **Dusty Brow Farms, Inc.**                     Describe debtor's property that is subject to a lien     **$245,000.00**     **$24,229,019.00**
_____
Creditor's Name                              **2023 Ensilage**

**2601 E 1100 S
Hazelton, ID 83335-6235**
_____
Creditor's mailing address                   Describe the lien

Debtor    **Millenkamp Cattle, Inc.**
_____
Name

Case number (if known)    **24-40158-NGH**
_____

**Ag Lien**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known
_____

**Date debt was incurred**
**9/25/23**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Ed Chojnacky** | | |
|---|---|---|---|

Creditor's Name

**298 N. 100 W**
**Jerome, ID 83338**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**/29/23**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Ensilage**
_____

**Describe the lien**
**Ag Lien**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$706,083.60    $24,229,019.00

---

| 2.1 3 | **Farmers Bank** | | |
|---|---|---|---|

Creditor's Name

**PO Box 505**
**Jerome, ID 83338**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment - see attached Equipment Lien Spreadsheet**
_____

**Describe the lien**
**Equipment Lien**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,448,221.01    Unknown

---

Debtor    **Millenkamp Cattle, Inc.**
_____
Name

Case number (if known)    **24-40158-NGH**
_____

| 2.1 4 | **Grant & Hagan, Inc.** | Describe debtor's property that is subject to a lien | $604,551.60 | $24,229,019.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 326**
**Hazelton, ID 83335**

**2023 Ensilage**

Creditor's mailing address

Describe the lien
**Ag Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/20/23**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Grant 4-D Farms, LLC** | Describe debtor's property that is subject to a lien | $396,601.71 | $24,229,019.00 |
|---|---|---|---|---|

Creditor's Name

**707 E 600 N**
**Rupert, ID 83350**

**2023 Ensilage**

Creditor's mailing address

Describe the lien
**Ag Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/24/23**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **H&M Custom, LLC** | Describe debtor's property that is subject to a lien | $4,769,170.78 | $24,229,019.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 722**
**Burley, ID 83318**

**2023 Ensilage**

Creditor's mailing address

Describe the lien
**Ag Lien & Crop Lien**

Is the creditor an insider or related party?

☐ No
☑ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor   **Millenkamp Cattle, Inc.** _____   Case number (if known)   **24-40158-NGH**
Name

| | |
|---|---|
| ✔ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 7** **Healthy Earth EnterprisesLLC**
Creditor's Name

**76 N 400 W**
**Jerome, ID 83338**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
✔ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien         $60,000.00         $24,229,019.00
**2023 Hay**

_____

**Describe the lien**
**Ag Lien**
**Is the creditor an insider or related party?**
✔ No
☐ Yes
**Is anyone else liable on this claim?**
✔ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 8** **Hollifield Ranches, Inc.**
Creditor's Name

**22866 Hwy 30**
**Hansen, ID 83334**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**9/16/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
✔ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien         $2,044,794.31         $24,229,019.00
**2023 Ensilage**

_____

**Describe the lien**
**Ag Lien**
**Is the creditor an insider or related party?**
✔ No
☐ Yes
**Is anyone else liable on this claim?**
✔ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 9** **Jean L. Thompson**
Creditor's Name

**255 North 250 West**
**Jerome, ID 83338**
Creditor's mailing address

_____
Creditor's email address, if known

Describe debtor's property that is subject to a lien         $38,000.00         $24,229,019.00
**2023 Ensilage**

_____

**Describe the lien**
**Ag Lien**
**Is the creditor an insider or related party?**
✔ No
☐ Yes
**Is anyone else liable on this claim?**

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.20**

**John Deere Const. & Forestry**
Creditor's Name

**One John Deere Place
Moline, IL 61265**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Equipment - see attached Equipment Lien spreadsheet**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**$945,151.56**    **Unknown**

---

**2.21**

**Kraus Farms, LLC**
Creditor's Name

**165 S 400 W
Rupert, ID 83350**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/31/23**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 Barley and 2023 Rye (including Triticate) and 2023 Hay**

Describe the lien
**Ag Lien and Crop Liens**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$480,313.10**    **$24,229,019.00**

---

**2.22**

**Metropolitan Life Ins. Co.**
Creditor's Name

**10801 Mastin Blvd, Ste. 930
Overland Park, KS 66210**

Describe debtor's property that is subject to a lien
**Various personal property of the Debtor**

**$180,473,929.72**    **$178,869,096.00**

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page  8 of 17

Debtor   **Millenkamp Cattle, Inc.**

Name

Case number (if known)   **24-40158-NGH**

---

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.23 | **Metropolitan Tower Life Ins.** | | **$180,473,929.72** | **$178,869,096.00** |
|---|---|---|---|---|

Creditor's Name

**205 East River Park Circle
Suite 430
Fresno, CA 93720**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Various personal property of the Debtor**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.24 | **Mike Chojnacky** | | **Unknown** | **$24,229,019.00** |
|---|---|---|---|---|

Creditor's Name

**51 W 600 N
Jerome, ID 83338**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/5/23**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Ensilage**

**Describe the lien**
**Ag Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

| 2.2 5 | **Milner Hay Company, LLC** | | Describe debtor's property that is subject to a lien | $114,885.00 | $24,229,019.00 |
|---|---|---|---|---|---|

**2.2 5**

**Milner Hay Company, LLC**
Creditor's Name

**1154 W 200 S**
**Jerome, ID 83338**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/9/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Barley**

**Describe the lien**
**Ag Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$114,885.00    $24,229,019.00

---

**2.2 6**

**Moss Grain Partnership**
Creditor's Name

**301 Scott Ave., Ste. 4**
**Rupert, ID 83350**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/27/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Ensilage**

**Describe the lien**
**Ag Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$430,000.00    $24,229,019.00

---

**2.2 7**

**MWI Veterinary**
Creditor's Name

**3041 W Pasadena Dr**
**Boise, ID 83705**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Vet Supplies/Inventory**

**Describe the lien**
**PMSI**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$2,565,856.38    Unknown

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 17

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 8** | **NorthWest Seed, Inc.**

Creditor's Name

**PO Box 65
Hazelton, ID 83335**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2024 Hay**

**Describe the lien**
**Crop Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$24,229,019.00**

---

**2.2 9** | **Performance Plus-Idaho, LLC**

Creditor's Name

**314 5500 E
Jerome, ID 83338**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/24/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Sugar Beets**

**Describe the lien**
**Ag Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$29,931.44** | **$24,229,019.00**

---

**2.3 0** | **PerforMix Nutrition Systems**

Creditor's Name

**2201 N. 20th Street
Nampa, ID 83687**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Goods and product sold to Debtor by PerforMix**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**

**$213,744.30** | **Unknown**

---

Debtor    **Millenkamp Cattle, Inc.**

Name

Case number (if known)    **24-40158-NGH**

**Date debt was incurred**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed |

---

| 2.3 1 | **Rabo Agrifinance LLC** | Describe debtor's property that is subject to a lien | $93,842,831.04 | $178,869,096.00 |
|---|---|---|---|---|

Creditor's Name

**Personal Property**

**14767 North Outer 40 Road
Suite 400
Chesterfield, MO 63017**

Creditor's mailing address

**Describe the lien**

**Blanket Liens**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed |

---

| 2.3 2 | **Standing 16 Ranch** | Describe debtor's property that is subject to a lien | $541,454.40 | $24,229,019.00 |
|---|---|---|---|---|

Creditor's Name

**2023 Ensilage**

**335 W 300 N
Jerome, ID 83338**

Creditor's mailing address

**Describe the lien**

**Ag Lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**11/9/23**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 3 | **Star Falls Farms LLC** | Describe debtor's property that is subject to a lien | $202,439.34 | $24,229,019.00 |
|---|---|---|---|---|

Creditor's Name

**2023 Ensilage**

**1908 E 1300 S
Hazelton, ID 83335**

---

Debtor    **Millenkamp Cattle, Inc.**
_____
Name

Case number (if known)    **24-40158-NGH**

---

Creditor's mailing address

**Describe the lien**
**Crop Lien and Ag Lien**
_____

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**9/20/23**
**Last 4 digits of account number**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **Steel Ranch LLC** | **Describe debtor's property that is subject to a lien** | **$160,000.00** | **$24,229,019.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2023 Ensilage**

**2597 E 1100 S**
**Hazelton, ID 83335-6215**
Creditor's mailing address

**Describe the lien**
**Ag Lien**
_____

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**9/24/23**
**Last 4 digits of account number**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **Triple C Farms, L.L.C.** | **Describe debtor's property that is subject to a lien** | **$1,000,195.27** | **$24,229,019.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2023 Ensilage**

**474 S. 500 W**
**Jerome, ID 83338**
Creditor's mailing address

**Describe the lien**
**Ag Lien**
_____

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/8/23**
**Last 4 digits of account number**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **Millenkamp Cattle, Inc.**
_____
Name

Case number (if known)    **24-40158-NGH**

---

| 2.3 6 | **Tyche Ag, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$24,229,019.00** |

Creditor's Name

**PO Box 123
Rupert, ID 83350**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2023 Hay**

Describe the lien
**Ag Lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**9/30/23**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **Viserion Grain, LLC** | Describe debtor's property that is subject to a lien | **$3,168,352.86** | **$24,229,019.00** |

Creditor's Name

**44 Cook St. Ste. 320
Denver, CO 80206**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Field Corn**

Describe the lien
**Ag Lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**5/5/23**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 8 | **Wada Farms Partnership** | Describe debtor's property that is subject to a lien | **$374,432.50** | **$24,229,019.00** |

Creditor's Name

**326 S 1400 W
Pingree, ID 83262**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2023 Hay**

Describe the lien
**Ag Lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**10/19/23**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 14 of 17

Debtor   **Millenkamp Cattle, Inc.**

Name

Case number (if known)   **24-40158-NGH**

---

[✔] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.3 9 | **Western States Cat** | Describe debtor's property that is subject to a lien | **$688,964.59** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Rental Agreement debt**

**PO Box 3805
Seattle, WA 98124-3805**

Creditor's mailing address

Describe the lien

**Equipment Lien**

Creditor's email address, if known

Is the creditor an insider or related party?

[✔] No
[ ] Yes

**Date debt was incurred**

Is anyone else liable on this claim?

[✔] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[✔] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.4 0 | **Youree Land & Livestock** | Describe debtor's property that is subject to a lien | **$112,157.02** | **$24,229,019.00** |
|---|---|---|---|---|

Creditor's Name

**2023 Ensilage**

**3953 North 3300 East
Twin Falls, ID 83301**

Creditor's mailing address

Describe the lien

**Ag Lien**

Creditor's email address, if known

Is the creditor an insider or related party?

[✔] No
[ ] Yes

**Date debt was incurred
9/28/23**

Is anyone else liable on this claim?

[✔] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[✔] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$502,060,746 .41**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Debtor    __**Millenkamp Cattle, Inc.**_____          Case number (*if known*)   __**24-40158-NGH**____
             Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ag Funding SC II LLC**<br>**5465 Mills Civic Pkwy**<br>**Suite 201**<br>**West Des Moines, IA 50266** | Line _2.8_ | |
| **Burks Tractor Company, Inc.**<br>**3140 Kimberly Rd.**<br>**Twin Falls, ID 83301** | Line _2.6_ | |
| **CNH Industrial Capital**<br>**PO Box 71264**<br>**Philadelphia, PA 19176-6264** | Line _2.6_ | |
| **CNH Industrial Retail Accts.**<br>**PO Box 71264**<br>**Philadelphia, PA 19176-6264** | Line _2.6_ | |
| **Coastline Equipment Co.**<br>**26 E 300 S**<br>**Jerome, ID 83338** | Line _2.20_ | |
| **David A. Coleman**<br>**PO Box 525**<br>**Twin Falls, ID 83303-0525** | Line _2.36_ | |
| **David A. Coleman**<br>**PO Box 525**<br>**Twin Falls, ID 83303-0525** | Line _2.3_ | |
| **David Shirley**<br>**PO Box 910**<br>**Burley, ID 83318-0910** | Line _2.26_ | |
| **Farmers Bank**<br>**1441 South Lincoln**<br>**Jerome, ID 83338** | Line _2.13_ | |
| **Fletcher Law Office**<br>**PO Box 248**<br>**Burley, ID 83318-0248** | Line _2.34_ | |
| **Fletcher Law Office**<br>**PO Box 248**<br>**Burley, ID 83318-0248** | Line _2.11_ | |
| **Jeffrey E. Rolig**<br>**PO Box 5455**<br>**Twin Falls, ID 83303-5455** | Line _2.2_ | |
| **PTG of Idaho, LLC**<br>**541 Arlen Dr.**<br>**Jerome, ID 83338** | Line _2.9_ | |
| **Rabo Agrifinance, Inc.**<br>**12443 Olive Blvd., Suite 5**<br>**Saint Louis, MO 63141** | Line _2.31_ | |
| **Reed Farms**<br>**4296 N 2100 E**<br>**Filer, ID 83328** | Line _2.2_ | |

| Debtor | **Millenkamp Cattle, Inc.** | Case number (*if known*) | **24-40158-NGH** |
| | Name | | |

| | | |
|---|---|---|
| **Robert E. Williams**<br>**Williams, Meservy & Larsen**<br>**PO Box 168**<br>**Jerome, ID 83338-0168** | Line **2.12** | |
| **Robert E. Williams**<br>**Williams, Meservy & Larsen**<br>**PO Box 168**<br>**Jerome, ID 83338-0168** | Line **2.24** | |
| **Robert E. Williams**<br>**Williams, Merservy & Larsen**<br>**PO Box 168**<br>**Jerome, ID 83338-0168** | Line **2.35** | |
| **Robert E. Williams**<br>**Williams, Meservy & Larsen**<br>**PO Box 168**<br>**Jerome, ID 83338-0168** | Line **2.14** | |
| **Sawtooth Law Offices PLLC**<br>**1101 W River St., Ste. 110**<br>**Boise, ID 83702-7067** | Line **2.37** | |
| **Steven Huettig**<br>**1908 E 1300 S**<br>**Hazelton, ID 83335-5428** | Line **2.33** | |
| **Theodore Larsen**<br>**153 E. Main St.**<br>**Jerome, ID 83338-2332** | Line **2.18** | |
| **Wright Brothers Law Office**<br>**PO Box 5678**<br>**Twin Falls, ID 83303-5678** | Line **2.16** | |
| **Wright Brothers Law Office**<br>**PO Box 5678**<br>**Twin Falls, ID 83303-5678** | Line **2.28** | |

**Fill in this information to identify the case:**

Debtor name **Millenkamp Cattle, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF IDAHO**

Case number (if known) **24-40158-NGH**

☑ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Cassia County Tax Collector**<br>**1459 Overland Ave**<br>**Rm 102**<br>**Burley, ID 83318** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$59,591.88** | **$59,591.88** |
| Date or dates debt was incurred | Basis for the claim:<br>**2023 Property Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**Ogden, UT 84201-0038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$106,391.51** | **$106,391.51** |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>**Idaho State Tax Commission**<br>**PO Box 36**<br>**Boise, ID 83707** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

31646

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

**3.1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,296.17** |
|---|---|---|
| **A & K Trucking**<br>**1897 E 990 S**<br>**Hazelton, ID 83335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **A. Scott Jackson Trucking**<br>**PO Box 56**<br>**Jerome, ID 83338** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Collection Action; Jerome County District Court Case No. CV27-24-00197__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48,013.58** |
|---|---|---|
| **AAA CowComfort LLC**<br>**PO Box 301**<br>**Kimberly, ID 83341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$817,330.46** |
|---|---|---|
| **ABS Global Inc**<br>**Box 22144 Network Place**<br>**Chicago, IL 60673-1221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,490.00** |
|---|---|---|
| **Addison Biological Lab**<br>**507 N Cleveland St**<br>**Fayette, MO 65248** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,331,470.44** |
|---|---|---|
| **Aden Brook Trading Corp**<br>**PO Box 217**<br>**Montgomery, NY 12549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,705.10** |
|---|---|---|
| **ADM Animal Nutrition**<br>**75 Remittance Dr**<br>**Ste #1365**<br>**Chicago, IL 60675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,022.20** |

**Ag-Rows, Inc**
**321 S Hwy 27**
**Burley, ID 83318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$629.75** |

**Ah-Zet Dairy**
**370 E 3700 N**
**Castleford, ID 83321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,385.68** |

**Airgas USA LLC**
**PO Box 734445**
**Chicago, IL 60673-4445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,800.00** |

**Al-Mar Dairy**
**1255 Grandview Ave**
**Parma, ID 83660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |

**All Wireless Communications**
**1112 Oakley Ave**
**Burley, ID 83318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$536.23** |

**Allegiance Dairy Services**
**111 Overland Ave**
**Burley, ID 83318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88,768.22** |

**AllFlex USA**
**PO Box 848533**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$230,824.66** |

**Amalgamated Sugar**
**1951 S Saturn Way**
**Ste 100**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Millenkamp Cattle, Inc.**
_____
Name

Case number (if known)    **24-40158-NGH**
_____

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$240,196.80** |

**American Calf Products**
PO Box 3046
Turlock, CA 95381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$244,517.83** |

**American Express**
PO Box 0001
Los Angeles, CA 90096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$84.15** |

**AMI Supply Inc**
PO Box 1145
Burley, ID 83318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$205,590.00** |

**Arnold  Machinery Co**
PO Box 30020
Salt Lake City, UT 84130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$218,691.11** |

**Automation Werx, LLC**
PO Box 3066
Idaho Falls, ID 83403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**B & H Farming**
PO Box 123
Rupert, ID 83350

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Collection Action; Cassia County District Court Case No. CV16-24-00111__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,518.53** |

**Badger Bearing PTP, Inc**
230 W 20 S
Burley, ID 83318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,058.93** |

**Bear Necessities Prtbl Rstrm**
PO Box 1952
Twin Falls, ID 83303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$51,150.00** |
|---|---|---|---|

**Black Cat Dairy**
**5655 S Black Cat Rd**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Black Eagle Construction LLC**
**PO Box 562**
**Meridian, ID 83680**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 20, 2021**

**Basis for the claim:  Cassia County District Court Case No. CV16-21-00761**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,030.00** |
|---|---|---|---|

**Black Pine Construction, LLC**
**1100 E 1000 S**
**Albion, ID 83311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**BLN Huettig Farms**
**1247 S. 2000 E.**
**Hazelton, ID 83335**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 1, 2024**

**Basis for the claim:  Collection Action; Jerome County District Court Case No. CV27-24-00101**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$48,931.90** |
|---|---|---|---|

**Blue Cross of Idaho**
**PO Box 6948**
**Boise, ID 83707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,191.19** |
|---|---|---|---|

**Boyce Equipment&Parts Co,Inc**
**2893 S American Way**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Brandi Ann M Bartholomew**
**C/O Eric Clark Clark & Assoc**
**PO Box 2504**
**Eagle, ID 83616**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **February 22, 2024**

**Basis for the claim:  Personal Injury Action; Jerome County District Court Case No. CV27-24-00186**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$318,774.70** |
|---|---|---|---|

**Brett Jensen Farms**
**2000 W 113 N**
**Idaho Falls, ID 83402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,574.29**

**BS&R Design & Supplies**
198 Locust St S
Twin Falls, ID 83301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,145,983.84**

**BUNGE Canada**
2765 Solution Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$204,910.23**

**Butte Irrigation Inc**
PO Box 790
Paul, ID 83347

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,542.12**

**Capitol One**
PO Box 60599
City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$438,453.12**

**Carne I Corp.**
134 E Highway 81
Burley, ID 83318

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$260.07**

**Century Link**
PO Box 2956
Phoenix, AZ 85062-2956

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$593.39**

**Christensen INC**
dba United Oil
PO Box 94591
Seattle, WA 98124-6891

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$933.75**

**Ciocca Dairy**
1674 E 2900 S
Wendell, ID 83355

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(if known)* | **24-40158-NGH** |
|---|---|---|---|

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,129.59**

**Circle C Equipment**
23 N 150 W
Jerome, ID 83338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,756.11**

**Citi Cards**
PO Box 78019
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$687,864.04**

**Clear Lakes Products**
PO Box 246
Buhl, ID 83316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$658,702.40**

**Clear Water Products LLC**
1834 1st Ave
Greeley, CO 80631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$345,326.73**

**CNH Productivity Plus**
PO Box 71264
Philadelphia, PA 19176-6264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,358.70**

**Colonial Life**
Processing Center
PO Box 1365
Columbia, SC 29202-1365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,472.00**

**Commodities Plus**
5207 E 3rd Ave
Spokane, WA 99212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$189,079.40**

**Conrad & Bishcoff Inc**
2251 N Holmes
PO Box 50106
Idaho Falls, ID 83405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Millenkamp Cattle, Inc.** _____    Case number (if known)    **24-40158-NGH**
Name

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,925.49 |
|---|---|---|---|

**Dairy Tech Inc.**
**PO  Box 250**
**Severance, CO 80546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Trade debt**

Last 4 digits of account number __    Is the claim subject to offset? ☑ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.98 |
|---|---|---|---|

**Daniels Manufacturing Co.**
**PO Box 67**
**Ainsworth, NE 69210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Trade debt**

Last 4 digits of account number __    Is the claim subject to offset? ☑ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,219.12 |
|---|---|---|---|

**Daritech**
**8540 Benson Rd**
**Lynden, WA 98264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Trade debt**

Last 4 digits of account number __    Is the claim subject to offset? ☑ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,841.60 |
|---|---|---|---|

**Darling Ingredients**
**PO Box 554885**
**Detroit, MI 48255-4885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Trade debt**

Last 4 digits of account number __    Is the claim subject to offset? ☑ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,163.70 |
|---|---|---|---|

**David Clark/Clark Ambulatory**
**PO Box 452**
**Albion, ID 83311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Trade debt**

Last 4 digits of account number __    Is the claim subject to offset? ☑ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,550.00 |
|---|---|---|---|

**Diamond B Dairy**
**2169 E 3200 S**
**Wendell, ID 83355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Trade debt**

Last 4 digits of account number __    Is the claim subject to offset? ☑ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,350.00 |
|---|---|---|---|

**Double V LLC**
**1587 E 3100 S**
**Wendell, ID 83355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Trade debt**

Last 4 digits of account number __    Is the claim subject to offset? ☑ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,392.50 |
|---|---|---|---|

**Eagle View East**
**970 E 3700 N**
**Castleford, ID 83321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Trade debt**

Last 4 digits of account number __    Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,214.50** |
| | **Eagle View Farms** | ☐ Contingent | |
| | **970 E 3700 N** | ☐ Unliquidated | |
| | **Castleford, ID 83321** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$214,291.60** |
| | **Eide Bailly LLP** | ☐ Contingent | |
| | **1505 Madrona St N** | ☐ Unliquidated | |
| | **#800** | ☐ Disputed | |
| | **Twin Falls, ID 83301** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81,740.51** |
| | **Electrical Werx&Construction** | ☐ Contingent | |
| | **PO Box 3066** | ☐ Unliquidated | |
| | **Idaho Falls, ID 83401** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,813.00** |
| | **Element Heating and Cooling** | ☐ Contingent | |
| | **347 Locust St** | ☐ Unliquidated | |
| | **Twin Falls, ID 83301** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$609,453.73** |
| | **Elevation Electric** | ☑ Contingent | |
| | **485 S Idaho St** | ☐ Unliquidated | |
| | **Wendell, ID 83355** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,624.12** |
| | **Evans Plumbing** | ☐ Contingent | |
| | **111 Gulf Stream Lane** | ☐ Unliquidated | |
| | **Hailey, ID 83333** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,220.97** |
| | **Farmore** | ☐ Contingent | |
| | **642 Farmore Rd** | ☐ Unliquidated | |
| | **Jerome, ID 83338** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,880.07** |
| | **Ferguson Enterprises, Inc** | ☐ Contingent | |
| | **PO Box 847411** | ☐ Unliquidated | |
| | **Dallas, TX 75284-7411** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor  **Millenkamp Cattle, Inc.** _____  Case number (if known)  **24-40158-NGH**
         Name

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$216.74** |

**Floyd Lilly Company Inc**
PO Box 461
353 3rd Ave S
Twin Falls, ID 83303

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,833.63** |

**Franklin Building Supply**
1390 Highland Ave E
Twin Falls, ID 83301

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$154,530.81** |

**G.J. Verti-line Pumps Inc**
1970 Highland Ave E
PO Box 892
Twin Falls, ID 83303

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,324.64** |

**Galeno's Trucking**
561 E Ellis St
Paul, ID 83347

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,682.68** |

**Gem State Welders Supply Inc**
1440 Kimberly Rd
Twin Falls, ID 83303

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$109,955.03** |

**Givens Pursely LLP**
PO Box 2720
Boise, ID 83701

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$666.12** |

**Great America Financial**
PO Box 660831
Dallas, TX 75266

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$390,780.83** |

**Green Source Automation**
3506 Moore Rd
Ceres, CA 95307

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $213,802.20 |
|---|---|---|---|

**Harper Family Partnership**
2045 E 850 S
Declo, ID 83323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,729.75 |
|---|---|---|---|

**Hatfield Manufacturing Inc**
1823 Shoestring Rd
Gooding, ID 83330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,500.00 |
|---|---|---|---|

**Heeringa Construction, LLC**
18521 E Queen Creek Rd
#105-481
Queen Creek, AZ 85142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $754.22 |
|---|---|---|---|

**High Desert Dairy Lab, Inc**
5311 Ridgewood
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226,291.80 |
|---|---|---|---|

**Holesinksky Farms LLC**
PO Box 246
Buhl, ID 83316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,191.74 |
|---|---|---|---|

**IBA Magic Valley Dairy Systm**
122 West 465 South
Jerome, ID 83338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $546.12 |
|---|---|---|---|

**Idaho Dept of Lands**
PO Box 83720
Boise, ID 83720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,207.17 |
|---|---|---|---|

**Idaho Materials&Construction**
1310 Addison Ave W
Twin Falls, ID 83301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number *(if known)* | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,276.10** |
|---|---|---|---|

**Idaho Power**
PO Box 6062
Boise, ID 83707-6062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$322.00** |
|---|---|---|---|

**Idaho Udder Health Systems**
PC 4455
S Meridian Rd
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,417.00** |
|---|---|---|---|

**J&C Hoof Trimming Inc**
3690 N 2570 E
Twin Falls, ID 83301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$742,936.09** |
|---|---|---|---|

**J.D. Heiskell & Co.**
139 River Vista Place
Ste 102
Twin Falls, ID 83301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,160.00** |
|---|---|---|---|

**James Farrell & Company**
PO Box 94583
Seattle, WA 98104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205,674.88** |
|---|---|---|---|

**JF Farms Inc**
1879 Shoestring Rd
Gooding, ID 83330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103,592.87** |
|---|---|---|---|

**John Deere Financial**
PO Box 4450
Carol Stream, IL 60197-4450

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Credit Card debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,929.04** |
|---|---|---|---|

**JP Morgan Chase**
PO Box 6294
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Millenkamp Cattle, Inc.**                                            Case number (if known)    **24-40158-NGH**
        Name

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**K&R Rental Inc**
**256 A South 600 W**
**Heyburn, ID 83336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,359.77 |
|---|---|---|---|

**Kentworth Sales Company**
**Dept #1**
**PO Box 27088**
**Salt Lake City, UT 84127-0088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
|---|---|---|---|

**Kinghorn Medical LLC**
**248 S Cole Rd**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,507.11 |
|---|---|---|---|

**Landview Inc - Industrial**
**PO Box 475**
**Rupert, ID 83350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,514,643.54 |
|---|---|---|---|

**Landview Inc - Livestock**
**PO Box 475**
**Rupert, ID 83350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,777.79 |
|---|---|---|---|

**Leedstone**
**222 Co Rd 173 SE**
**Melrose, MN 56352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244,970.99 |
|---|---|---|---|

**Les Schwab Tire Center**
**2555 S Overland**
**Burley, ID 83318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282,808.68 |
|---|---|---|---|

**Liberty Basin LLC**
**134 E Highway 81**
**Burley, ID 83318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

---

**3.96**

**Nonpriority creditor's name and mailing address**
**Llanos Trucking LLC**
**84 S 200 W**
**Burley, ID 83318**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:  Trade debt**

Last 4 digits of account number __
Is the claim subject to offset? ☑ No  ☐ Yes

**$52,590.00**

---

**3.97**

**Nonpriority creditor's name and mailing address**
**Macrae Custom Farming, Inc**
**355 S 950 W**
**Heyburn, ID 83336**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:  Trade debt**

Last 4 digits of account number __
Is the claim subject to offset? ☑ No  ☐ Yes

**$85,224.00**

---

**3.98**

**Nonpriority creditor's name and mailing address**
**Magaw Industries**
**5461 US Hwy 93**
**Jerome, ID 83338**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:  Trade debt**

Last 4 digits of account number __
Is the claim subject to offset? ☑ No  ☐ Yes

**$351.45**

---

**3.99**

**Nonpriority creditor's name and mailing address**
**Magic Valley Equipment Inc**
**517 East Ellis**
**PO Box 746**
**Paul, ID 83347**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:  Trade debt**

Last 4 digits of account number __
Is the claim subject to offset? ☑ No  ☐ Yes

**$156.02**

---

**3.100**

**Nonpriority creditor's name and mailing address**
**Magic Valley Hydraulics&Repr**
**76 N 400 W**
**Jerome, ID 83338**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:  Trade debt**

Last 4 digits of account number __
Is the claim subject to offset? ☑ No  ☐ Yes

**$4,628.58**

---

**3.101**

**Nonpriority creditor's name and mailing address**
**McAlvain Concrete, Inc.**
**5559 W Gowen Rd #100**
**Boise, ID 83709**

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **May 24, 2021**
**Basis for the claim:  Collection/Lien Foreclosure Action; Cassia County District Court**
**Case No. CV16-21-00486**

Last 4 digits of account number __
Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.102**

**Nonpriority creditor's name and mailing address**
**MicroProteins**
**8019 W Buckskin**
**Pocatello, ID 83201**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:  Trade debt**

Last 4 digits of account number __
Is the claim subject to offset? ☑ No  ☐ Yes

**$193,806.35**

---

**3.103**

**Nonpriority creditor's name and mailing address**
**Minidoka Irrigation District**
**98 W 50 S**
**Rupert, ID 83350**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:  Trade debt**

Last 4 digits of account number __
Is the claim subject to offset? ☑ No  ☐ Yes

**$29,922.89**

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,969.34** |
|---|---|---|---|

**Napa Auto Parts**
**PO Box 1425**
**Twin Falls, ID 83303-1425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94,000.00** |
|---|---|---|---|

**Nelsen Farms LLC**
**120 E 600 N**
**Jerome, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215.00** |
|---|---|---|---|

**Nevin,Benjamin,McKay&Barlett**
**303 W Bannock St**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.38** |
|---|---|---|---|

**Norco, Inc**
**PO Box 35144**
**Seattle, WA 98124-5144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,190.92** |
|---|---|---|---|

**North Side Canal Company**
**921 N Lincoln**
**Jerome, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,313.70** |
|---|---|---|---|

**Novoa Trucking**
**1751 Occidental Ave**
**Burley, ID 83318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,180.00** |
|---|---|---|---|

**Overhead Door**
**489 S. Locust**
**Twin Falls, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,101.65** |
|---|---|---|---|

**Pacific Steel & Recycling**
**PO Box 1413**
**Twin Falls, ID 83303-1413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Millenkamp Cattle, Inc.**
Name                                                    Case number (if known)    **24-40158-NGH**

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,629.90**

**Pan American Life Insurance**
**1778 N Plano Rd**
**Ste 310**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$288,624.64**

**Penn Millers Insurance Co**
**c/o Chubb Agribusiness**
**PO Box 62453**
**Baltimore, MD 21264-2453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$822.51**

**Pivot Man Inc**
**Robin Jones**
**PO Box 355**
**Paul, ID 83347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$145.18**

**Platt**
**PO Box 418759**
**Boston, MA 02241-8759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98,109.08**

**Premier Truck Group**
**PO Box 840827**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,705.49**

**Pro Rentals & Sales**
**PO Box 5450**
**Kalispell, MT 59903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$234.45**

**Pro Tech Service Company**
**1550 Kimberly Rd**
**Twin Falls, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$138,280.30**

**Progressive Dairy Srvc&Spply**
**485 S Idaho St**
**Wendell, ID 83355**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Millenkamp Cattle, Inc.**

Name

Case number (if known)  **24-40158-NGH**

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,955.00 |
|---|---|---|---|

**Quality Truss**
21005 Highway 30
Filer, ID 83328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $382,564.90 |
|---|---|---|---|

**Raft River Rural Electric**
PO Box 617
Malta, ID 83342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $394,172.14 |
|---|---|---|---|

**Rangen**
PO Box 706
Buhl, ID 83316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,264,252.00 |
|---|---|---|---|

**Receptor Food Group**
PO Box 475
Rupert, ID 83350

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170,040.43 |
|---|---|---|---|

**Riveron RTS, LLC**
PO Box 679265
Dallas, TX 75267-9265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $769,470.69 |
|---|---|---|---|

**Rocky Mountain Agronomics**
1912 W Main
Burley, ID 83318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Rocky Mountain Pharma**
13159 Hanford-Armona Rd
Hanford, CA 93230-9395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,962.46 |
|---|---|---|---|

**Rogers Machinery**
PO Box 35142
LB 1502
Seattle, WA 98124-5142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,090.00 |
|---|---|---|---|

**S&O Mata Trucking LLC**
365 E 27th St
Burley, ID 83318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,482.70 |
|---|---|---|---|

**Schaeffer Mfg. Co.**
PO Box 790100
Dept. 3518
Saint Louis, MO 63179-0100

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Schmidt Cattle Hauling**
848 E 3400 N
Castleford, ID 83321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,410.09 |
|---|---|---|---|

**Schow's Auto Parts**
PO Box 94
Rupert, ID 83350

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $446.01 |
|---|---|---|---|

**Schow's Truck Center**
PO Box 2208
Decatur, AL 35609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121,800.00 |
|---|---|---|---|

**SeCon LLC**
24829 Simplot Blvd
Wilder, ID 83676

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,471.71 |
|---|---|---|---|

**Select Sires Mid America Inc**
833 W 400 N
Logan, UT 84321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,475.00 |
|---|---|---|---|

**Silva Brothers**
1202 E 4150 N
Buhl, ID 83316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☑ Yes

---

Debtor    **Millenkamp Cattle, Inc.**                                       Case number *(if known)*    **24-40158-NGH**

Name

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,493.64** |
|---|---|---|---|

**SiteOne Landscape**
**1773 Eldridge Ave**
**Twin Falls, ID 83301-7909**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$295.39** |
|---|---|---|---|

**Six States Distributors Inc**
**29787 Network Place**
**Chicago, IL 60673**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,866.50** |
|---|---|---|---|

**SprinklerShop Inc**
**PO Box 599**
**Paul, ID 83347**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,733.10** |
|---|---|---|---|

**ST Genetics**
**PO Box 842923**
**Dallas, TX 75284-2923**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208,489.50** |
|---|---|---|---|

**Standlee Premium Products**
**22349 Kimberly Rd**
**Ste E**
**Kimberly, ID 83341**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,855.00** |
|---|---|---|---|

**State Insurance Fund**
**PO Box 990002**
**Boise, ID 83799-0002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.26** |
|---|---|---|---|

**Stotz Equipment**
**2670 Kimberly Rd E**
**Twin Falls, ID 83301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,090.25** |
|---|---|---|---|

**Streamline Precision**
**120 S 100 W**
**Burley, ID 83318**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,470.00**

**Stukenholtz Laboratory**
**PO Box 353**
**Twin Falls, ID 83303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __ | Basis for the claim: __Trade debt__

Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,646.75**

**T.L.K. Dairy Inc**
**650 N 2nd E**
**Mountain Home, ID 83647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __ | Basis for the claim: __Trade debt__

Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,674.98**

**Tacoma Screw Products**
**Attn: Accounts Receivable**
**2001 Center St**
**Tacoma, WA 98409-7895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __ | Basis for the claim: __Trade debt__

Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,498.00**

**Taqueria Tamazula Trucking**
**1842 Hansen Ave**
**Burley, ID 83318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __ | Basis for the claim: __Trade debt__

Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$330,267.91**

**The Dairy Solutions Group**
**396 Railway St**
**Jerome, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __ | Basis for the claim: __Trade debt__

Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,291.08**

**TMG Services**
**3216 E Portland Ave**
**Tacoma, WA 98404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __ | Basis for the claim: __Trade debt__

Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$237.51**

**Toshiba Financial Svcs**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __ | Basis for the claim: __Trade debt__

Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$124,965.00**

**Triple B Farms, LLC**
**131 Broncho Rd**
**Blackfoot, ID 83221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __ | Basis for the claim: __Trade debt__

Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Millenkamp Cattle, Inc.**
_____
Name

Case number (if known)   **24-40158-NGH**

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,016.78 |
|---|---|---|---|

**Twin Falls Canal Co.**
**PO Box 326**
**Twin Falls, ID 83303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,713.10 |
|---|---|---|---|

**Udder Health Systems**
**4455 S Meridian Rd**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $450.65 |
|---|---|---|---|

**United Electric Co-op**
**1330 21st St**
**Heyburn, ID 83336**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,101.78 |
|---|---|---|---|

**United Wholesale Mortgage**
**PO Box 54040**
**Los Angeles, CA 90054-0040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $626.35 |
|---|---|---|---|

**Urgent Care of Jerome**
**133 W Ave A**
**Ste B**
**Jerome, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,710.00 |
|---|---|---|---|

**V&M Trucking LLC**
**259 Diana Dr**
**Burley, ID 83318**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $191,579.79 |
|---|---|---|---|

**Valley Co-op Tanker**
**2114 N 20th St**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Trade debt for Black Pine Cattle Inc and Millenkamp Cattle Inc**

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $326,921.25 |
|---|---|---|---|

**Valley Wide COOP**
**2114 N 20th St**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Millenkamp Cattle, Inc.**                                         Case number (if known)   **24-40158-NGH**
_____
Name

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $863.58 |
|---|---|---|---|

**Vanden Bosch Inc**
**PO Box 543**
**Jerome, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,100.00 |
|---|---|---|---|

**Vandyk Dairy**
**270 N 500 W**
**Jerome, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ☑ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,995.84 |
|---|---|---|---|

**Vantage Dairy Supplies LLC**
**799 W 200 N**
**Paul, ID 83347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Viserion Grain LLC**
**c/o Gibby Group**
**134 E Highway 81**
**Burley, ID 83318**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Jerome County District Court__
__Case No. CV27-24-00083__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,688,717.74 |
|---|---|---|---|

**Viterra Grain LLC**
**1111 Bedke Blvd**
**Burley, ID 83318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $231,721.76 |
|---|---|---|---|

**WAG Services Inc**
**8121 W Harrison St**
**Tolleson, AZ 85353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $582.25 |
|---|---|---|---|

**WageWorks Inc**
**PO Box 8363**
**Pasadena, CA 91109-8363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,723.92 |
|---|---|---|---|

**Watts Hydraulic & Repair**
**1982 Floral Ave**
**Twin Falls, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor    **Millenkamp Cattle, Inc.**                                    Case number (if known)    **24-40158-NGH**

Name

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,077.80** |
|---|---|---|---|

**Watts Machine & Fabrication**
**1982 Floral Ave**
**Twin Falls, ID 83303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          Basis for the claim:  __Trade debt__

Last 4 digits of account number __     Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18.11** |
|---|---|---|---|

**Webb Nursery**
**136 Eastland Dr**
**Twin Falls, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          Basis for the claim:  __Trade debt__

Last 4 digits of account number __     Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,126.49** |
|---|---|---|---|

**Wendell Truck and Auto**
**PO Box 213**
**356 S Idaho St**
**Wendell, ID 83355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          Basis for the claim:  __Trade debt__

Last 4 digits of account number __     Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,675.00** |
|---|---|---|---|

**Westec Concrete Cutting LLC**
**53 N 200 W**
**Jerome, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          Basis for the claim:  __Trade debt__

Last 4 digits of account number __     Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,622.47** |
|---|---|---|---|

**Western Construction Inc**
**PO Box 15569**
**Boise, ID 83715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          Basis for the claim:  __Trade debt__

Last 4 digits of account number __     Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,016.02** |
|---|---|---|---|

**Western Waste Services**
**PO Box 714**
**Jerome, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          Basis for the claim:  __Utilities__

Last 4 digits of account number __     Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$313,884.04** |
|---|---|---|---|

**Westway Feed Products**
**365 Canal St**
**Ste 2929**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          Basis for the claim:  __Trade debt__

Last 4 digits of account number __     Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,895.20** |
|---|---|---|---|

**Xavier Farm Services LLC**
**PO Box 850**
**Hilmar, CA 95324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          Basis for the claim:  __Trade debt__

Last 4 digits of account number __     Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,637.23 |
|---|---|---|---|

**Young Automotive Group**
PO Box 684
Layton, UT 84041

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Eric Clark**<br>**Clark & Associates**<br>PO Box 2504<br>Eagle, ID 83616 | Line **3.30**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **John Deere Credit**<br>PO Box 4450<br>Carol Stream, IL 60197 | Line **3.86**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Les Schwab Tire Center - MC**<br>1848 S Lincoln<br>Jerome, ID 83338 | Line **3.94**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Roark Law Offices**<br>950 Bannock St., 11th Fl.<br>Boise, ID 83702 | Line **3.119**<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 165,983.39 |
| 5b. Total claims from Part 2 | 5b. + $ | 30,952,481.62 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **31,118,465.01** |