## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

IN RE:

Millenkamp Cattle, Inc.    Case No.  24-40158-NGH

    Debtor

Filing relates to:    Jointly Administered With Case Nos.

☒ ALL DEBTORS
☐ Millenkamp Cattle, Inc.
☐ Idaho Jersey Girls
☐ East Valley Cattle
☐ Millenkamp Properties
☐ Millenkamp Properties II
☐ Millenkamp Family
☐ Goose Ranch
☐ Black Pine Cattle
☐ Millenkamp Enterprises
☐ Idaho Jersey Girls Jerome Dairy

24-40159-NGH (Idaho Jersy Girls)
24-40160-NGH (East Valley Cattle)
24-40161-NGH (Millenkamp Properties)
24-40162-NGH (Millenkamp Properties II)
24-40163-NGH (Millenkamp Family)
24-40164-NGH (Goose Ranch)
24-40166-NGH (Black Pine Cattle)
24-40167-NGH (Millenkamp Enterprises)
24-40165-NGH (Idaho Jersey Girls Jerome Dairy)

Chapter 11 Cases

**CONTERRA'S OBJECTION TO PROPOSED FINAL ORDER AUTHORIZING THE DEBTORS TO (A) OBTAIN POST-PETITION FINANCING; AND (B) GRANTING ADEQUATE PROTECTION TO PRE-PETITION SECURED LENDERS**

Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC ("Conterra") by and through its attorneys, Spencer Fane LLP, for its Objection To Proposed Final Order Authorizing The Debtors To (A)

Obtain Post-Petition Financing; And (B) Granting Adequate Protection To Pre-Petition Secured Lenders states as follows:

A.  The Problem

1. The Proposed Order Authorizing the Debtors to (A) Obtain Post-Petition Financing; and (B) Granting Adequate Protection To Pre-Petition Secured Lenders ("Proposed Order") states that Conterra is adequately protected by a Stipulation attached as Exhibit A to the court's Interim Order (the "Conterra Stipulation"). See proposed order filed at Doc. 229 at P. 9 of 14.

2. Another copy of the Conterra Stipulation is attached hereto as Exhibit A.

3. The Final Order will supersede the Interim Order. The Final Order does not attach a copy of the Conterra Stipulation like the Interim Order did.

4. The Debtors indicated that the intent is for the continuation of the Conterra Stipulation into the Final Order. But, the Final Order does not expressly so state.

B.  The Solution

5. The Final Order should be clarified by either: (1) attaching and incorporating the Conterra Stipulation into the Final Order in the same manner it is attached to and incorporated into the Interim Order; or (2) stating the terms of the Conterra Stipulation in the text of the Final Order.

C.  Why It Matters To Conterra

6. The incorporation of the Conterra Stipulation into the Interim Order and the Final Order is central to Conterra's agreement to consent to a DIP loan with a priority lien over Conterra's lien. The Conterra Stipulation should not be lost in the paperwork shuffle or overlooked as this case proceeds. The Conterra Stipulation must be stated and included in the Final Order pursuant to the stipulation the Debtor and Sandton reached with Conterra.

WHEREFORE, Conterra submits its Objection To Proposed Final Order Authorizing The Debtors To (A) Obtain Post-Petition Financing; And (B) Granting Adequate Protection To Pre-Petition Secured Lenders.

DATED May 1, 2024.

                Respectfully submitted,

                SPENCER FANE LLP

                */s/John O'Brien*
                John O'Brien (*Pro Hac Vice*)
                Spencer Fane LLP
                1700 Lincoln Street, Suite 2000
                Denver, CO  80203-4554
                Telephone: 303-839-3800
                Email: jobrien@spencerfane.com

                Scott C. Powers #9958
                Spencer Fane LLP
                10 Exchange Place, 11th Floor
                Salt Lake City, UT 84111
                Telephone: 801-322-9164
                Email: spowers@spencerfane.com

                Zachary Fairlie (*Pro Hac Vice*)
                Spencer Fane LLP
                1000 Walnut Street, Suite 1400
                Kansas City, MO  64106-2140
                Telephone:  816-474-8100
                Fax:  816-474-3216
                Email:  zfairlie@spencerfane.com

                Attorneys for Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 1, 2024 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| W. Kent Carter | kentcarter@grsm.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| John Brian (JB) Evans | Evans.jb@dorsey.com |
| Brian A. Faria | brian@sawtoothlaw.com |
| David D. Farrell | dfarrell@thompsoncoburn.com |
| Robert A. Faucher | RFaucher@hollandhart.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Zachery J. McCraney | ZJMcCraney@hollandhart.com |
| Krystal Mikkilineni | Krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| Heidi Buck Morrison | heidi@racineolson.com |
| John D. Munding | John@Mundinglaw.com |
| James J. Niemeier | jniemeier@mcgrathnorth.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | Robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| Miranda Russell | mrussell@mofo.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Andrew Schoulder | Andrew.Schoulder@nortonrosefulbright.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| U.S. Trustee | Ustp.region18.bs.ecf@usdoj.gov |
| Brent R. Wilson | bwilson@hawleytroxell.com |

/s/*John O'Brien*
John O'Brien

DE 8694062.1