**Exhibit A**

**From:** OBrien, John <jobrien@spencerfane.com>
**Sent:** Sunday, April 14, 2024 11:58 AM
**To:** 'Matthew T. Christensen' <MTC@johnsonmaylaw.com>; Mikkilineni, Krystal <krystal.mikkilineni@dentons.com>; richard.bernard@fagredrinker.com; jfk@kurtzlawllc.com
**Subject:** Millenkamp DIP Order with Sandton

[WARNING: EXTERNAL SENDER]

Matt, Richard and John:

Just following up to remind you to include in the DIP approval order the stipulation we read into the record first thing in the morning on April 9. I am trying to avoid a technical objection at the April 17 final hearing if the stipulation is not addressed. The two points of our stipulation are as follows:

1. Conterra will receive monthly adequate protection payments at the pre-default rate of interest on both loans accruing on and after the April 2, 2024 petition date payable monthly no later than the 10th day of the following month.
2. With respect to the German Dairy on which Conterra's Rooster loan (in the original principal amount of $2,549,750), Conterra's Rooster loan will continue to have the first priority lien and Sandton's DIP loan will have the second priority lien.

Also, if needed, please be sure the adequate protection payments to Conterra are included in the final budget.

Conterra's promissory notes were included in the exhibits filed with the court. They show the pre-default interest rates on the two notes as follows:

1. 5% per annum on the Ag Funding Note serviced by Conterra in the original principal amount of $16,500,000.

INTERIM ORDER AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING – Page 18

2. 10.25% per annum on the Rooster Note serviced by Conterra in the original principal amount of $2,549,750.

Also, I will draft a short stipulation embodying the stipulation we read into the record on April 9.

Thank you.

John O'Brien
Spencer Fane LLP
1700 Lincoln Street, Suite 2000 | Denver, CO
80203
303.839.3800
jobrien@spencerfane.com | spencerfane.com |
My Profile

Colorado Springs | Dallas | Denver | Hendersonville | Houston | Jefferson City MO | Kansas City
Las Vegas | Minneapolis | Nashville | Omaha | Oklahoma City | Overland Park
Phoenix | Springfield MO | St Louis | Tampa

INTERIM ORDER AUTHORIZING DEBTORS TO OBTAIN POST-PETITION
FINANCING – Page 19