Kimbell D. Gourley, ISB No. 3578
JONES, WILLIAMS, FUHRMAN & GOURLEY, P.A.
225 N. 9th Street, Suite 820
Boise, ID  83701
Telephone (208)331-1170
kgourley@idalaw.com

Nikolaus F. Schandlbauer, DC Bar No. 434314
ADAMS AND REESE LLP
20 F Street NW, Suite 500
Washington, DC 20001
Telephone: (202) 478-1221
Nick.schandlbauer@arlaw.com

Ron C. Bingham, II, Ga Bar No. 057240
ADAMS AND REESE LLP
3424 Peachtree Road NE, Suite 1600
Atlanta, GA 30326
Telephone: (470) 427-3701
Ron.Bingham@arlaw.com

Attorneys for Metropolitan Life Insurance Company
and MetLife Real Estate Lending LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re:<br><br>MILLENKAMP CATTLE INC.<br><br>Debtor. | Case No. 24-40158-NGH |
|---|---|
| Filing Relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH WITNESSES AND EXHIBITS - 1**

| | |
|---|---|
| ☐ Millenkamp Family | Chapter 11 Cases |
| ☐ Goose Ranch | |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

## NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH WITNESSES AND EXHIBITS

Pursuant to Local Rule 9014.1, Metropolitan Life Insurance Company and MetLife Real Estate Lending LLC, hereby give notice of their intent to present evidence through witnesses and exhibits at the hearing currently scheduled for May 8, 2024, at 9:00 a.m., or, alternatively, at any evidentiary hearing or any continued hearing that may be scheduled thereafter by this Court, in relation to the (i) Motion to Pay Pre-Petition Wages and Benefits; (ii) Motion for Authority to Obtain Credit; (iii) Motion for Approval to Honor Prepetition Obligations to Critical Vendors; (iv) Motion to Use Cash Collateral; (v) Motion for Approval to Maintain and Pay Insurance; (vi) Motion for Approval of Interim Fee and Expense Reimbursement Procedures; (vii) Application for Administrative Expenses; (viii) Motion to Assume Lease or Executory Contract; (ix) Motion of Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company; and (x) Motion for Adequate Protection (collectively, the "Motions").

1. The following witnesses may be called to testify, or cross examined, by MetLife at the hearing in relation to all or any of the Motions:

    a. Jeremy Rasmussen, and/or

    b. Any witnesses identified, or who are called to testify, by any of the Debtors or other creditors in this matter.

2. The following exhibits have been introduced into evidence at the preliminary hearing in

relation to the Motions and may be used or referenced at the May 8, 2024, final hearing on the Motions:

a. Exhibit 2000 - Promissory Note A

b. Exhibit 2001 - Promissory Note B

c. Exhibit 2002 - Promissory Note C

d. Exhibit 2003 - Promissory Note D

e. Exhibit 2004 - Promissory Note E

f. Exhibit 2005 - Promissory Note 199858

g. Exhibit 2006 - 2018 Mortgage

h. Exhibit 2007 - First Amendment to 2018 Mortgage

i. Exhibit 2008 - Second Amendment to 2018 Mortgage

j. Exhibit 2009 - 2019 Mortgage

k. Exhibit 2010 - Milk Check Assignment Agreement (Note A)

l. Exhibit 2011 - Milk Check Assignment Agreement (Note B)

m. Exhibit 2012 - Milk Check Assignment Agreement (Note C)

n. Exhibit 2013 - Milk Check Assignment Agreement (Note C)

o. Exhibit 2014 - Milk Check Assignment Agreement (Notes D and E)

p. Exhibit 2015 - Intercreditor Agreement (RAF)

q. Exhibit 2016 - First Amendment to Intercreditor Agreement (RAF)

r. Exhibit 2017 - Second Amendment to Intercreditor Agreement (RAF)

s. Exhibit 2018 - Third Amendment to Intercreditor Agreement (RAF)

t. Exhibit 2019 - Subordination and Intercreditor Agreement (RAF)

u. Exhibit 2020 - Subordination and Intercreditor Agreement (Conterra)

Dated this 1st day of May, 2024.

        JONES ¨ WILLIAMS ¨ FUHRMAN ¨ GOURLEY, P.A.

*/s/ Kimbell D. Gourley*
Kimbell D. Gourley
Attorneys for Metropolitan Life Insurance Company
and MetLife Real Estate Lending LLC

**NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH WITNESSES AND EXHIBITS - 4**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 1st day of May, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| **Matthew T. Christensen** | mtc@johnsonmaylaw.com |
| **James Justin May** | jjm@johnsonmaylaw.com |
| **Krystal R. Mikkilineni** | krystal.mikkilineni@dentons.com |
| **Robert E. Richards** | Robert.richards@dentons.com |
| **Tirzah R. Roussell** | tirzah.roussell@dentons.com |
| **US Trustee/Brett R. Cahoon** | ustp.region18.bs.ecf@usdoj.gov |
| **Jason Ronald Naess** | Jason.r.naess@usdoj.gov |
| **Sheila Rae Schwager** | sschwager@hawleytroxell.com |
| **Brent Russel Wilson** | bwilson@hawleytroxell.com |
| **Heidi Buck Morrison** | heidi@racineolson.com |
| **Daniel C. Green** | dan@racineolson.com |
| **Matthew W. Grimshaw** | matt@grimshawlawgroup.com |
| **Laura E. Burri** | lburri@morrowfischer.com |
| **David A. Coleman** | david@colemanjacobsonlaw.com |
| **Karyn Lloyd** | klloyd@grsm.com |
| **Meredith Leigh Thielbahr** | mthielbahr@grsm.com |
| **Zachary Fairlie** | zfairlie@spencerfane.com |
| **John O'Brien** | jobrien@spencerfane.com |
| **Scott C. Powers** | spowers@spencerfane.com |
| **Janine Patrice Reynard** | janine@averylaw.net |
| **Holly Roark** | holly@roarklawboise.com |
| **Robert A Faucher** | rfaucher@hollandhart.com |
| **Zachery J McCraney** | ZJMcCraney@hollandhart.com |
| **Cheryl Rambo** | cherly.rambo@isp.idhao.gov |
| **Gery W. Edson** | gedson@gendson.com |
| **Aaron Robert Bell** | abell@evanskeane.com |
| **Jed W. Manwaring** | jmanwaring@evanskeane..com |
| **Morton R. Branzburg** | mbranzburg@klehr.com |
| **Rhett Michael Miller** | rmiller@magicvalley.law |
| **John D. Munding** | john@mundinglaw.com |
| **John F. Kurtz, Jr.** | jfk@kurtzlawllc.com |
| **Brian Faria** | brian@sawtoothlaw.com |
| **Evan Thomas Roth** | evan@sawtoothlaw.com |
| **Heidi Buck Morrison** | heidi@racineolson.com |
| **Daniel C. Green** | dan@racineolson.com |
| **James Niemeier** | jniemeier@mcgrathnorth.com |
| **Jon B. Evans** | evans.jb@dorsey.com |
| **Matthew A. Sturzen** | matt@shermlaw.com |
| **William K. Carter** | kentcarter@grsm.com |
| **Adam Aiken Lewis** | alewis@mofo.com |
| **Miranda K. Russell** | mrussell@mofo.com |
| **Connor Bray Edlund** | edlund@mwsslawyers.com |
| **Andrew J. Schoulder** | Andrew.schoulder@nortonrosefulbright.com |

**NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH WITNESSES AND EXHIBITS - 5**

Additionally, I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

| | | |
|---|---|---|
| Bunge Canada<br>c/o David D. Farrel<br>One Bank Plaza<br>Suite 2700<br>St. Louis, MO 63101 | CNH Industrial Capital America LLC<br>c/o W. Kent Carter<br>One North Franklin, Suite 800<br>Chicago, IL 60606 | East Valley Development, LLC<br>c/o Adam A. Lewis<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105 |
| Rabo AgriFinance LLC<br>c/o Andrew Schoulder<br>1301 Ave. of The Americas<br>New York, NY 10019 | MWI Veterinarian Supply, Inc.<br>c/o Morton R. Branzburg<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market St., Suite 1400<br>Philadelphia, PA 19103 | East Valley Development, LLC<br>c/o Miranda Russell<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019 |
| Sandton Capital Partners LP<br>c/o Richard Bernard<br>1177 Ave. of the Americas<br>41st Floor<br>New York, NY 10036 | MWI Veterinarian Supply, Inc.<br>c/o Domenic E. Pacitti<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 | Sandton Capital Partners LP<br>c/o Michael R. Stewart<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |
| Sandton Capital Partners LP<br>c/o Scott F. Gautier<br>1800 Century Park East,<br>Suite 1500<br>Los Angeles, CA 90067 | | |

                                                    */s/ Kimbell D. Gourley*
                                                    Kimbell D. Gourley

**NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH WITNESSES AND EXHIBITS - 6**