Matthew T. Christensen, ISB: 7213
J.Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste. 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste. 1300
Des Moines, IA  50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtors.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC. | Jointly Administered with Case Nos.: |
| Debtor. | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| Filing relates to:<br>☐ ALL DEBTORS<br>☒ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle | Chapter 11 Cases |

#3925871

CERTIFICATE OF SERVICE

The undersigned attorney for Millenkamp Cattle, Inc. ("Debtor") hereby certifies that a copy of the attached Notice of Chapter 11 Bankruptcy filed in the above-captioned case was mailed, with first class postage prepaid, on April 30, 2024, to the additional creditors listed below:

AAA CowComfort LLC
PO Box 301
Kimberly, ID 83341

Airgas USA LLC
PO Box 734445
Chicago, IL 60673-4445

Amalgamated Sugar
1951 S Saturn Way
Ste 100
Boise, ID 83709

BS R Design Supplies
198 Locust St S
Twin Falls, ID 83301

Capitol One
PO Box 60599
City of Industry, CA 91716

Citi Cards
PO Box 78019
Phoenix, AZ 85062

Colonial Life
Processing Center
PO Box 1365
Columbia, SC 29202-1365

Conrad Bishcoff Inc
2251 N Holmes
PO Box 50106
Idaho Falls, ID 83405

Daritech
8540 Benson Rd
Lynden, WA 98264

Eric Clark
Clark Associates
PO Box 2504
Eagle, ID 83616

Evans Plumbing
111 Gulf Stream Lane
Hailey, ID 83333

Hatfield Manufactoring Inc
1823 Shoestring Rd
Gooding, ID 83330

Idaho Dept of Lands
PO Box 83720
Boise, ID 83720

Innovative Food SolutionsUSA
Attn: Jordan Bowen
134 E. Highway 81
Burley, ID 83318

Jake Millenkamp
1719 River Road
Buhl, ID 83316

Jeffrey E. Rolig
PO Box 5455
Twin Falls, ID 83303-5455

JP Morgan Chase
PO Box 6294
Carol Stream, IL 60197

K R Rental Inc
256 A South 600 W
Heyburn, ID 83336

Keith D. and Janet Carlson
3866 E 3800 N
Hansen, ID 83334

Kinghorn Medical LLC
248 S Cole Rd
Boise, ID 83709

Overhead Door
489 S. Locust
Twin Falls, ID 83301

Pan American Life Insurance
1778 N Plano Rd
Ste 310
Richardson, TX 75081

Pivot Man Inc
Robin Jones
PO Box 355
Paul, ID 8334

Premier Truck Group
PO Box 840827
Dallas, TX 75284

Pro Tech Service Company
1550 Kimberly Rd
Twin Falls, ID 83301

Roark Law Offices
950 Bannock St., 11th Fl.
Boise, ID 83702

Schmidt Cattle Hauling
848 E 3400 N
Castleford, ID 8332

Schow's Truck Center
PO Box 2208
Decatur, AL 35609

Six States Distributors Inc
29787 Network Place
Chicago, IL 60673

SprinklerShop Inc
PO Box 599
Paul, ID 83347

Stotz Equipment
2670 Kimberly Rd E
Twin Falls, ID 83301

Urgent Care of Jerome
133 W Ave A
Ste B
Jerome, ID 83338

Wendell Truck and Auto
PO Box 213
356 S Idaho St
Wendell, ID 83355

Western Construction Inc
PO Box 15569
Boise, ID 83715

 Dated this 30th day of April, 2024.

                /s/ *Tirzah R. Roussell*
                Tirzah R. Roussell
                DENTONS
                215 10th Street, Ste. 1300
                Des Moines, IA  50309
                Phone: (515) 288-2500
                Fax: (515) 243-0654
                Email: tirzah.roussell@dentons.com

                Attorney for Debtors

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Millenkamp Cattle, Inc**<br>Name | EIN **26–0603892** |
| United States Bankruptcy Court **District of Idaho**<br>Case number: **24–40158–NGH** | | Date case filed for chapter **11** **4/2/24** |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

12/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Millenkamp Cattle, Inc | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 471 North 300 West<br>Jerome, ID 83338 | |
| 4. | **Debtor's attorney**<br>Name and address | Matthew T. Christensen<br>Johnson May, PLLC<br>199 N. Capitol Blvd<br>Suite 200<br>Boise, ID 83702 | Contact phone 208–384–8588<br><br>Email: mtc@johnsonmaylaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | U.S. Bankruptcy Court<br>801 East Sherman<br>Pocatello, ID 83201 | Hours open:<br>The Clerk's Office is open to the public from 9:00 a.m. to 4:00 p.m., Monday through Friday, except on legal holidays.<br><br>Contact phone 208–478–4123<br><br>Date: 4/8/24 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **May 10, 2024 at 09:00 AM (MT)**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | BY TELEPHONE<br><br>US Trustee<br>Call in number: 866–902–1429<br>Passcode: 2565962 |

**For more information, see page 2 >**

Debtor  **Millenkamp Cattle, Inc**                                                                                         Case number **24–40158–NGH**

| | | |
|---|---|---|
| 7. Proof of claim deadline | **Deadline for filing proof of claim:** | |
| | **For all creditors (except a governmental unit):** | 6/11/24 |
| | **For a governmental unit:** | 9/30/24 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless: <br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;* <br>• you file a proof of claim in a different amount; or <br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. **Exception to discharge deadline** <br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br>**Deadline for filing the complaint:** | 7/9/24 |
| 9. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |