UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

IN RE:

| | |
|---|---|
| Millenkamp Cattle, Inc. | Case No. 24-40158-NGH |
| Debtor | |
| Filing relates to: | Jointly Administered With Case Nos. |
| ☒ ALL DEBTORS | 24-40159-NGH (Idaho Jersy Girls) |
| | 24-40160-NGH (East Valley Cattle) |
| ☐ Millenkamp Cattle, Inc. | 24-40161-NGH (Millenkamp Properties) |
| | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Idaho Jersey Girls | 24-40163-NGH (Millenkamp Family) |
| ☐ East Valley Cattle | 24-40164-NGH (Goose Ranch) |
| | 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Properties | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Properties II | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Millenkamp Family | |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**CONTERRA'S OBJECTION TO PROPOSED FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**

Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC ("Conterra") by and through its attorneys, Spencer Fane LLP, for its Objection To Proposed Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection [Doc. 22] ("Cash Collateral Motion") and states as follows:

A. <u>The Problem</u>

1. The Proposed Order Authorizing the Debtors to (A) Obtain Post-Petition Financing; and (B) Granting Adequate Protection To Pre-Petition Secured Lenders states that Conterra is adequately protected by a Stipulation (the "Conterra Stipulation") attached as Exhibit A to the court's Interim Order (the "Interim DIP Order"). <u>See</u> proposed order filed at Doc. 229 at P. 9 of 14.

2. Another copy of the Conterra Stipulation is attached hereto as <u>Exhibit A</u>.

3. On April 7, 2024, Conterra's counsel requested a copy of the proposed final order on the Cash Collateral Motion ("Final Order") from Debtors' counsel.

4. As of the date and time of this filing, Conterra's counsel has not received a copy of the Final Order from Debtors' counsel.

5. The Conterra Stipulation must be made part of the Final Order.

6. Conterra must have an opportunity to review and comment on the Final Order to ensure that the Final Order is consistent with Conterra Stipulation, including providing for the correct adequate protection payments in any budget by the Debtors.

B. <u>The Solution</u>

7. The Final Order should be clarified by either: (1) attaching and incorporating the Conterra Stipulation into the Final Order in the same manner it is attached to and incorporated into the Interim DIP Order; or (2) stating the terms of the Conterra Stipulation in the text of the Final Order.

C. <u>Why It Matters To Conterra</u>

8. The incorporation of the Conterra Stipulation into the Final Order is central to Conterra's agreement to consent to a DIP loan with a priority lien over Conterra's lien. The

Conterra Stipulation should not be lost in the paperwork shuffle or overlooked as this case proceeds. The Conterra Stipulation must be stated and included in the Final Order pursuant to the stipulation the Debtor and Sandton reached with Conterra.

D.       Reservation of Rights

9.       Unless and until Conterra receives a copy of the Final Order with an opportunity to review and comment on the same, Conterra must reserve its right to further object to the Final Order to the extent there is any inconsistency with the Conterra Stipulation, including providing for the correct adequate protection payments in any budget by the Debtors.

WHEREFORE, Conterra submits its Objection To Proposed Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection.

DATED May 1, 2024.

Respectfully submitted,

SPENCER FANE LLP

/s/ *Zachary Fairlie*
John O'Brien (*Pro Hac Vice*)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO  80203-4554
Telephone: 303-839-3800
Email:  jobrien@spencerfane.com

Scott C. Powers #9958
Spencer Fane LLP
10 Exchange Place, 11th Floor
Salt Lake City, UT 84111
Telephone: 801-322-9164
Email: spowers@spencerfane.com

Zachary Fairlie (*Pro Hac Vice*)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106-2140

Telephone: 816-474-8100
Fax: 816-474-3216
Email: zfairlie@spencerfane.com

Attorneys for Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 1, 2024 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| W. Kent Carter | kentcarter@grsm.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| John Brian (JB) Evans | Evans.jb@dorsey.com |
| Brian A. Faria | brian@sawtoothlaw.com |
| David D. Farrell | dfarrell@thompsoncoburn.com |
| Robert A. Faucher | RFaucher@hollandhart.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Zachery J. McCraney | ZJMcCraney@hollandhart.com |
| Krystal Mikkilineni | Krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| Heidi Buck Morrison | heidi@racineolson.com |
| John D. Munding | John@Mundinglaw.com |
| James J. Niemeier | jniemeier@mcgrathnorth.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | Robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| Miranda Russell | mrussell@mofo.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Andrew Schoulder | Andrew.Schoulder@nortonrosefulbright.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| U.S. Trustee | Ustp.region18.bs.ecf@usdoj.gov |
| Brent R. Wilson | bwilson@hawleytroxell.com |

/s/ *Zachary Fairlie*
Zachary Fairlie

DE 8695837.1