UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

IN RE:

| | |
|---|---|
| Millenkamp Cattle, Inc. | Case No. 24-40158-NGH |
|     Debtor | |
| Filing relates to: | Jointly Administered With Case Nos. |
| ☒ ALL DEBTORS | 24-40159-NGH (Idaho Jersy Girls) |
| ☐ Millenkamp Cattle, Inc. | 24-40160-NGH (East Valley Cattle) |
| ☐ Idaho Jersey Girls | 24-40161-NGH (Millenkamp Properties) |
| ☐ East Valley Cattle | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Properties II | 24-40164-NGH (Goose Ranch) |
| ☐ Millenkamp Family | 24-40166-NGH (Black Pine Cattle) |
| ☐ Goose Ranch | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Black Pine Cattle | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Millenkamp Enterprises | Chapter 11 Cases |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH WITNESSES**

Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC ("Conterra") by and through its attorneys, Spencer Fane LLP, hereby files its Notice of Intent to Present Evidence Through Witnesses pursuant to LBR 9014-1 at the hearing on the continued first-day motions beginning on May 8, 2024, at 9:00 a.m. (MT).

The following witnesses may be called to testify, or cross examined, by Conterra at the hearing in relation to the matters set for hearing on May 8, 2024: (i) William (Bill) Millenkamp; and (ii) any witnesses identified, or who are called to testify, by any of the Debtors or other creditors or parties in interest in this matter. Conterra reserves the right to cross examine any other witnesses that are permitted to testify at the hearing.

The following exhibits have been introduced and admitted into evidence at the preliminary hearing in relation to the motions set for final hearing on May 8, 2024, and may be relied on at the hearing on May 8, 2024:

| | | |
|---|---|---|
| 7001 | Admitted 4.9.24 | Conterra endorsed to Ag Funding SC II LLC ("Ag Funding"), Exhibit 1 (the "$16,500,000 Note") |
| 7002 | Admitted 4.9.24 | Loan And Security Agreement dated October 20, 2022, Exhibit 2 |
| 7003 | Admitted 4.9.24 | Financing Statement filed with the Idaho Secretary of State on February 19, 2024 as Doc. No. 20240226411, Exhibit 3 |
| 7004 | Admitted 4.9.24 | Financing Statement filed with the Idaho Secretary of State on February 20, 2024 as Doc. No. 20240226555, Exhibit 4 |
| 7005 | Admitted 4.9.24 | Note Borrowers executed and delivered a Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing (Third Priority) dated October 20, 2022, Exhibit 5 |
| 7006 | Admitted 4.9.24 | Conterra endorsed to Rooster Capital IV LLC ("Rooster"), Exhibit 6 |
| 7007 | Admitted 4.9.24 | Note Borrowers executed and delivered a Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated October 20, 2022, Exhibit 7 |
| 7008 | Admitted 4.9.24 | Financing Statement filed with the Idaho Secretary of State on October 28, 2022 as Doc. No. 20221833441, Exhibit 8 |
| 7009 | Admitted 4.9.24 | Financing Statement filed with the Jerome County Clerk and Recorder on October 20, 2022 at Instrument No. 2224756, Exhibit 9 |
| 7010 | Admitted 4.9.24 | Note Borrowers executed and delivered a Milk Check Assignment Agreement For Glanbia Foods, Inc. dated October 26, 2022, Exhibit 10 |

*See* ECF No. 168.

DATED May 1, 2024.

Respectfully submitted,

SPENCER FANE LLP

*/s/ Zachary Fairlie*
John O'Brien (*Pro Hac Vice*)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554
Telephone: 303-839-3800

Email:  jobrien@spencerfane.com

Scott C. Powers #9958  
Spencer Fane LLP  
10 Exchange Place, 11th Floor  
Salt Lake City, UT 84111  
Telephone: 801-322-9164  
Email: spowers@spencerfane.com

Zachary Fairlie (*Pro Hac Vice*)  
Spencer Fane LLP  
1000 Walnut Street, Suite 1400  
Kansas City, MO  64106-2140  
Telephone:  816-474-8100  
Fax:  816-474-3216  
Email:  zfairlie@spencerfane.com

Attorneys for Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 1, 2024 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| W. Kent Carter | kentcarter@grsm.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| John Brian (JB) Evans | Evans.jb@dorsey.com |
| Brian A. Faria | brian@sawtoothlaw.com |
| David D. Farrell | dfarrell@thompsoncoburn.com |
| Robert A. Faucher | RFaucher@hollandhart.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |

| | |
|---|---|
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Zachery J. McCraney | ZJMcCraney@hollandhart.com |
| Krystal Mikkilineni | Krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| Heidi Buck Morrison | heidi@racineolson.com |
| John D. Munding | John@Mundinglaw.com |
| James J. Niemeier | jniemeier@mcgrathnorth.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | Robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| Miranda Russell | mrussell@mofo.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Andrew Schoulder | Andrew.Schoulder@nortonrosefulbright.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| U.S. Trustee | Ustp.region18.bs.ecf@usdoj.gov |
| Brent R. Wilson | bwilson@hawleytroxell.com |

/s/ *Zachary Fairlie*
Zachary Fairlie