Rhett M. Miller, ISB No. 11163
PARSONS, LOVELAND, SHIRLEY
& LINDSTROM, LLP
137 West 13th Street
P. O. Box 910
Burley, ID 83318
rmiller@magicvalley.law
Telephone: (208) 878-8382
Facsimile: (208) 878-0146
*Counsel for Creditors Raft River Rural*
*Electric Cooperative, Inc., United Electric*
*Co-op, Inc. and Moss Grain Partnership*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>MILLENKAMP CATTLE, INC.<br><br>Debtor. | Case No. 24-40158-NGH<br><br><br>Jointly Administered with Case Nos.: |
| Filing relates to:<br>☐ ALL DEBTORS<br>☒ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☒ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**NOTICE OF INTENT OF RAFT RIVER RURAL ELECTRIC COOPERATIVE, INC., UNITED ELECTRIC CO-OP, INC. AND MOSS GRAIN PARTNERSHIP TO PRESENT EVIDENCE AT MAY 8, 2024 HEARINGS**

Raft River Rural Electric Cooperative, Inc. ("Raft River"), United Electric Co-op, Inc. ("United Electric") and Moss Grain Partnership ("Moss Grain"), creditors herein, by and through counsel, Rhett M. Miller of the firm of Parsons, Loveland, Shirley & Lindstrom, LLP, hereby

provide notice of their intent to present evidence in the form of witness testimony and exhibits herein at the motion hearings scheduled herein on May 8, 2024.

Raft River and United Electric will present evidence in support of their JOINT OBJECTION TO DEBTOR'S MOTION FOR AN ORDER (1) AUTHORIZING BUT NOT REQUIRING THE DEBTOR TO PAY UTILITY PROVIDERS, (2) DETERMINING AND APPROVING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, (3) PROHIBITING UTILITY PROVIDERS FROM DISCONNECTING SERVICE, AND (4) GRANTING RELATED RELIEF, filed herein as Dkt. No. 221. The following witnesses may be called to testify: Chad Black, Raft River General Manager; Michael Darrington, United Electric General Manager; and any witnesses identified or called by Debtors or any other party.

Moss Grain will present evidence in support of its OBJECTION TO (1) DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO HONOR PREPETITION OBLIGATIONS TO CRITICAL VENDORS, AND (2) EMERGENCY AND CONTINUING MOTION FOR INTERIM AND FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION AND SETTING A FINAL HEARING, filed herein as Dkt. No. 222. The following witnesses may be called to testify: Klade Williams; Ryan Moss; and any witnesses identified or called by Debtors or any other party.

Raft River, United Electric, and Moss Grain will file complete exhibit and witness lists on May 3, 2024 as required by prior order of this Court (Dkt. No. 141).

Raft River, United Electric, and Moss Grain Partnership reserve the right to cross examine any other witnesses testifying at such hearing.

DATED May 1, 2024.                    PARSONS, LOVELAND, SHIRLEY & LINDSTROM, LLP


/s/ Rhett M. Miller

Rhett M. Miller
## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 1, 2024, a copy of the foregoing document was filed with the Court via CM/ECF, and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

Aaron Robert Bell on behalf of Creditor MWI Veterinarian Supply, Inc.

abell@evanskeane.com

Morton R. Branzburg on behalf of Creditor MWI Veterinary Supply Inc.

mbranzburg@klehr.com

Heidi Buck Morrison on behalf of Creditor Viterra USA Grain, LLC and Viterra USA Ingredients, LLC

heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com

Laura E Burri on behalf of Creditor Automation Werx, LLC

lburri@morrowfischer.com, klee@morrowfischer.com

Brett R Cahoon on behalf of U.S. Trustee US Trustee

ustp.region18.bs.ecf@usdoj.gov

William K Carter on behalf of Creditor CNH Industrial Capital America LLC

kentcarter@grsm.com

Matthew T. Christensen on behalf of Debtor Black Pine Cattle LLC

mtc@johnsonmaylaw.com,
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty
_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor East Valley Cattle, LLC

mtc@johnsonmaylaw.com,
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty
_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Goose Ranch LLC

mtc@johnsonmaylaw.com,
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty
_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC

mtc@johnsonmaylaw.com,

mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty
_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Idaho Jersey Girls LLC

mtc@johnsonmaylaw.com,

mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty
_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Millenkamp Cattle, Inc

mtc@johnsonmaylaw.com,

mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty
_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Millenkamp Enterprises LLC

mtc@johnsonmaylaw.com,

mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty
_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Millenkamp Family LLC

mtc@johnsonmaylaw.com,

mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty
_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Millenkamp Properties II LLC

mtc@johnsonmaylaw.com,

mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty
_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Millenkamp Properties, L.L.C.

mtc@johnsonmaylaw.com,

mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty
_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

David A Coleman on behalf of Creditor Eagle Creek Northwest LLC

david@colemanjacobsonlaw.com

David A Coleman on behalf of Creditor c/o David A. Coleman B & H Farming
david@colemanjacobsonlaw.com

David A Coleman on behalf of Creditor c/o David A. Coleman Youree Land & Livestock, Inc.
david@colemanjacobsonlaw.com

Connor Bray Edlund on behalf of Creditor McAlvain Concrete, Inc.
edlund@mwsslawyers.com,  lemieux@mwsslawyers.com

Gery W Edson on behalf of Creditor Land View, Inc.
gedson@gedson.com,  tfurey@gedson.com

Jon B Evans on behalf of Creditor Western States Equipment Co.
evans.jb@dorsey.com,  sattler.carla@dorsey.com

Zachary Fairlie on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan
servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a
Conterra Ag Capital as loan servicer and power of att
zfairlie@spencerfane.com

Zachary Fairlie on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan
servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a
Conterra Ag Capital as loan servicer and power of att
zfairlie@spencerfane.com

Zachary Fairlie on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan
servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a
Conterra Ag Capital as loan servicer and power of att
zfairlie@spencerfane.com

Brian Faria on behalf of Creditor Viserion Grain, LLC
brian@sawtoothlaw.com

Robert A Faucher on behalf of Interested Party Glanbia Foods Inc
rfaucher@hollandhart.com,  boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Kimbell D Gourley on behalf of Creditor MetLife Real Estate Lending LLC

kgourley@idalaw.com, shudson@idalaw.com

Kimbell D Gourley on behalf of Creditor Metropolitan Life Insurance Company
kgourley@idalaw.com, shudson@idalaw.com

Daniel C Green on behalf of Creditor Viterra USA Grain, LLC and Viterra USA Ingredients, LLC
dan@racineolson.com, mcl@racinelaw.net

Matthew W Grimshaw on behalf of Creditor Ad Hoc Committee of Corn Silage Growers
matt@grimshawlawgroup.com

John F Kurtz, Jr on behalf of Interested Party Sandton Capital Partners LP
jfk@kurtzlawllc.com, tnd@kurtzlawllc.com

Adam Aiken Lewis on behalf of Creditor East Valley Development, LLC
alewis@mofo.com

Karyn Lloyd on behalf of Creditor CNH Industrial Capital America LLC
klloyd@grsm.com

Jed W. Manwaring on behalf of Creditor MWI Veterinarian Supply, Inc.
jmanwaring@evanskeane.com, duskin@evanskeane.com;abell@evanskeane.com

James Justin May on behalf of Debtor Millenkamp Cattle, Inc
jjm@johnsonmaylaw.com,
cjc@johnsonmaylaw.com;acs@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Krystal R. Mikkilineni on behalf of Debtor Black Pine Cattle LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor East Valley Cattle, LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Goose Ranch LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Idaho Jersey Girls LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Millenkamp Cattle, Inc
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Millenkamp Enterprises LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Millenkamp Family LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Millenkamp Properties II LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Millenkamp Properties, L.L.C.
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Rhett Michael Miller on behalf of Creditor Moss Farms Operations, LLC
rmiller@magicvalley.law

Rhett Michael Miller on behalf of Creditor Moss Grain Partnership
rmiller@magicvalley.law

Rhett Michael Miller on behalf of Creditor Raft River Rural Electric Cooperative, Inc.
rmiller@magicvalley.law

Rhett Michael Miller on behalf of Creditor United Electric Co-op, Inc.
rmiller@magicvalley.law

John D Munding on behalf of Creditor PerforMix Nutrition Systems, LLC
john@mundinglaw.com

Jason Ronald Naess on behalf of U.S. Trustee US Trustee
Jason.r.naess@usdoj.gov

James Niemeier on behalf of Creditor Viterra USA Grain, LLC and Viterra USA Ingredients, LLC

jniemeier@mcgrathnorth.com

John O'Brien on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

John O'Brien on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

John O'Brien on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

Scott C Powers on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
spowers@spencerfane.com, mwatson@spencerfane.com

Cheryl Rambo on behalf of Creditor Idaho State Brand Department
cheryl.rambo@isp.idaho.gov

Janine Patrice Reynard on behalf of Creditor East Valley Development, LLC
janine@averylaw.net,
averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Robert E Richards on behalf of Debtor Millenkamp Cattle, Inc
robert.richards@dentons.com, docket.general.lit.chi@dentons.com

Holly Roark on behalf of Creditor Elevation Electric, LLC
holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Holly Roark on behalf of Creditor Progressive Dairy Service & Supply Corp.
holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Evan Thomas Roth on behalf of Creditor Viserion Grain, LLC

[evan@sawtoothlaw.com](mailto:evan@sawtoothlaw.com)

Tirzah R. Roussell on behalf of Debtor Black Pine Cattle LLC

[tirzah.roussell@dentons.com](mailto:tirzah.roussell@dentons.com)

Tirzah R. Roussell on behalf of Debtor East Valley Cattle, LLC

[tirzah.roussell@dentons.com](mailto:tirzah.roussell@dentons.com)

Tirzah R. Roussell on behalf of Debtor Goose Ranch LLC

[tirzah.roussell@dentons.com](mailto:tirzah.roussell@dentons.com)

Tirzah R. Roussell on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC

[tirzah.roussell@dentons.com](mailto:tirzah.roussell@dentons.com)

Tirzah R. Roussell on behalf of Debtor Idaho Jersey Girls LLC

[tirzah.roussell@dentons.com](mailto:tirzah.roussell@dentons.com)

Tirzah R. Roussell on behalf of Debtor Millenkamp Cattle, Inc

[tirzah.roussell@dentons.com](mailto:tirzah.roussell@dentons.com)

Tirzah R. Roussell on behalf of Debtor Millenkamp Enterprises LLC

[tirzah.roussell@dentons.com](mailto:tirzah.roussell@dentons.com)

Tirzah R. Roussell on behalf of Debtor Millenkamp Family LLC

[tirzah.roussell@dentons.com](mailto:tirzah.roussell@dentons.com)

Tirzah R. Roussell on behalf of Debtor Millenkamp Properties II LLC

[tirzah.roussell@dentons.com](mailto:tirzah.roussell@dentons.com)

Tirzah R. Roussell on behalf of Debtor Millenkamp Properties, L.L.C.

[tirzah.roussell@dentons.com](mailto:tirzah.roussell@dentons.com)

Miranda K. Russell on behalf of Creditor East Valley Development, LLC

[mrussell@mofo.com](mailto:mrussell@mofo.com)

Andrew J. Schoulder on behalf of Creditor Rabo AgriFinance LLC

[andrew.schoulder@nortonrosefulbright.com](mailto:andrew.schoulder@nortonrosefulbright.com),  nymcocalendaring@nortonrosefulbright.com,calendaring-

nortonrose-9955@ecf.pacerpro.com

Sheila Rae Schwager on behalf of Creditor Rabo AgriFinance LLC
sschwager@hawleytroxell.com, amay@hawleytroxell.com;jbrocious@hawleytroxell.com

Sheila Rae Schwager on behalf of Creditor Rabo AgriFinance LLC
sschwager@hawleytroxell.com, amay@hawleytroxell.com;jbrocious@hawleytroxell.com

Matthew A Sturzen on behalf of Creditor Wilbur-Ellis Company LLC
matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com

Meredith Leigh Thielbahr on behalf of Creditor CNH Industrial Capital America LLC
mthielbahr@grsm.com, ckaiser@grsm.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Brent Russel Wilson on behalf of Creditor Rabo AgriFinance LLC
bwilson@hawleytroxell.com, amay@hawleytroxell.com

Any other CM/ECF registered recipients not reflected herein.

**PARSONS,    LOVELAND,    SHIRLEY    &
LINDSTROM, LLP**


/s/ Rhett M. Miller
Rhett M. Miller