Jason R. Naess, ISBN 8407
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
Andrew S. Jorgensen, ISBN 8695
United States Department of Justice
Office of the United States Trustee
720 Park Blvd, Ste. 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

- 1

## NOTICE OF INTENT TO PRESENT EVIDENCE

The Acting United States Trustee ("UST") hereby files its notice pursuant to Local Bankruptcy Rule 9014-1 of an intent to present evidence at the hearings scheduled for May 8, 2024. The UST may question the Debtor's representatives, if necessary, for the purposes of authenticating documents filed by the Debtor in this bankruptcy case as exhibits.

Date: May 1, 2024

                              GREGORY M. GARVIN
                              Acting United States Trustee for Region 18

                              /s/ Jason R. Naess
                              JASON R. NAESS
                              Attorney for the Acting United States Trustee
                              [Non CM/ECF e-mail jason.r.naess@usdoj.gov]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___May 1, 2024___ I caused the foregoing document to be filed with the Court's CM/ECF system which causes a copy of the foregoing to be served by electronic means on the parties reflected on the Notice of Electronic Filing.

Date: __May 1, 2024__

                              _____/s/_____
                              JASON R. NAESS