WWR#041454752

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO (TWIN FALLS)

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 24- 40158 |
| | ) | |
| MILLENKAMP CATTLE INC | ) | CHAPTER 11 PROCEEDING |
| | ) | |
| DEBTOR | ) | |
| | ) | |
| | ) | JUDGE NOAH G HILLEN |

### NOTICE OF APPEARANCE

Now comes Weltman, Weinberg and Reis Co., L.P.A. and hereby enters its appearance as attorney of record for creditor JOHN DEERE FINANCIAL.

Please send all further communications, pleadings, court notices, and other documents intended for JOHN DEERE FINANCIAL to undersigned counsel.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Scott D. Fink
Scott D. Fink (0069022)
Agent for Creditor
965 Keynote Circle
Cleveland, OH 44131
216-739-5644
sfink@weltman.com

## CERTIFICATE OF SERVICE

I certify that on 2nd day of May, 2024 a true and correct copy of the foregoing Notice of Appearance was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Matthew T. Christensen, Attorney for Debtor at mtc@johnsonmaylaw.com

US Trustee
550 West Fort St, Ste 698
Boise, ID 83724

and by regular U.S. Mail, postage prepaid on:

MILLENKAMP CATTLE INC
471 North 300 West
Jerome, ID 83338

/s/ Scott D. Fink
Scott D. Fink (0069022)
Agent for Creditor
965 Keynote Circle
Cleveland, OH 44131
216-739-5644
sfink@weltman.com