Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>       Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒  ALL DEBTORS<br><br>☐  Millenkamp Cattle, Inc.<br><br>☐  Idaho Jersey Girls<br><br>☐  East Valley Cattle<br><br>☐  Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle) |

#3911369

|  |  |
|---|---|
| ☐ Millenkamp Properties II | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Family | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle |  |
| ☐ Millenkamp Enterprises |  |
| ☐ Idaho Jersey Girls Jerome Dairy |  |
| _____ |  |

### DEBTORS' APPLICATION TO EMPLOY GALE W. HARDING AND ASSOCIATES AS THEIR EQUIPMENT APPRAISER

> **Notice of Application to Employ Equipment Appraiser for Debtors and Opportunity to Object and for a Hearing**
>
> No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> Hearing on Objection. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

Millenkamp Cattle, Inc. ("Millenkamp Cattle") and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, hereby respectfully submit this Application to Employ Gale W. Harding and Associates as Equipment Appraiser (the "Application"). In support

DEBTORS' APPLICATION TO EMPLOY GALE W. HARDING AND ASSOCIATES AS EQUIPMENT APPRAISER AND AS A WITNESS - 2 -

of this Application, the Debtors respectfully represent as follows:

## JURISDICTION

1. The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of the Application is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is also proper under 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are sections 327(a) and 328 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016.

## BACKGROUND

4. On April 2, 2024 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for District of Idaho (the "Court") commencing the Chapter 11 Cases. The Debtors have continued in the management and operation of their businesses and properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

5. No trustee, examiner, or official statutory committee of unsecured creditors (such official committee, the "Committee") has yet been appointed in the Chapter 11 Cases.

6. The Debtors are ten affiliates that collectively own and operate several businesses, including a calf ranch raising approximately 50,000 calves located in Jerome, Idaho; a dairy heifer feedlot in Declo, Idaho, raising approximately 60,000 head of dairy cattle; a dairy operation at the Declo facility where the dairy cattle are milked several times a day; farming operations in Jerome, Twin Falls and Cassia counties; and custom harvest & trucking throughout

the Magic Valley.

7.  Through ten entities, the Debtors operate as a single enterprise, which includes common usage of debt and banking facilities.

8.  Millenkamp Cattle is the primary entity from which all operations are directed, the revenues received, and the payables disbursed. Millenkamp Cattle is the operational entity which owns all of the cattle, feed, and equipment used to care for the cattle, employs the employees, and receives and disburses the majority of the monies. Millenkamp Cattle does not own any real property.

9.  Debtors wish to employ Gale W. Harding and Associates ("Harding and Associates") as their equipment appraiser in this Chapter 11 Case, pursuant to Bankruptcy Code section 327(a), at the expense of the Debtors' estates.

10. It is anticipated that Gale W. Harding ("Harding") will be the main contact and will primarily provide services for Debtors, including testifying in Court as to the appraisals.

11. Further, Harding will render services to the Debtors under the terms as set forth in the Engagement Agreement attached hereto as Exhibit "A." Debtors note that the Engagement Agreement was drafted as between Harding and Associates and Dentons Davis Brown, PC (Debtors' Counsel) for privilege purposes, which is common in matters such as this.

12. Harding and Associates understands that its compensation is subject to approval of this Court and intends to apply for compensation and reimbursement for fees incurred and costs advanced in conformity with Bankruptcy Code sections 330 and 331.

## QUALIFICATIONS OF PROFESSIONALS

13. The Debtors have selected Harding because Harding has considerable knowledge

and expertise in these matters and is aware of the Debtors' business activities. Harding has previously provided appraisals for the Debtors and is familiar with the Debtors' equipment. Harding has over 50 years of experience in auctioneering farm and construction equipment, 47 years of experience auctioneering Register Horses nationwide, 37 years of experience as a University of Idaho Extension Professor, and 45 years of experience as a Certified Equipment Appraiser. Harding has a master's degree in Agricultural Education and a bachelor's degree in animal science from the University of Idaho. He also is a part of the American Society of Farm Managers and Farm Appraisers. He has further attended courses on advanced principles of valuation and principles of valuation.

## **SERVICES TO BE RENDERED**

14. The employment of Harding is necessary to assist the Debtors in appraising their equipment.

15. Subject to the Court's approval of this Application, Harding is willing to assist the Debtors with an appraisal of their equipment as well as testify as to the appraisal and Debtors' equipment. The Debtors do not intend, nor do the Debtors believe, the services proposed to be rendered by Harding will be duplicative of the services to be rendered by the Debtors' general reorganization counsel or other professionals in this Chapter 11 Case.

## **PROFESSIONAL COMPENSATION**

16. Harding and Associates will charge a flat fee of $3,400 for the appraisal.

17. Harding will charge his regular hourly rate of $200/hr for his services as a witness in the Chapter 11 Case.

18. These fees will be paid by Debtors as Debtors are the beneficiary of this appraisal.

DEBTORS' APPLICATION TO EMPLOY GALE W. HARDING AND ASSOCIATES AS EQUIPMENT APPRAISER AND AS A WITNESS - 5 -

19. Neither Harding and Associates, nor to the best of its knowledge and information, any other representative thereof, has been promised any compensation for professional services rendered or to be rendered in any capacity in connection with Debtors' Chapter 11 Case, other than as permitted by the Bankruptcy Code.

20. Harding and Associates has not received any prepetition retainer to guarantee payment of its services and costs in connection with Debtors' Chapter 11 case.

21. Harding and Associates has not agreed to share compensation received in connection with Debtors' Chapter 11 Case with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016 in respect of the sharing of compensation among members of Harding and Associates.

## **DISINTERESTEDNESS OF PROFESSIONALS**

22. Harding and Associates has undertaken a detailed search to determine, and to disclose, whether it represents or has represented any significant creditors or insiders of Debtors. In connection with its proposed retention by the Debtors in this case, Harding and Associates conducted a search of its client database to determine whether it has any current or past relationships with any of Debtors' significant creditors or insiders. Except as set forth in the Declaration of Gale Harding attached hereto as Exhibit "B" (the "Declaration"), Harding and Associates does not have any connection with Debtors, their affiliates, their creditors or insiders, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee.

23. Except as otherwise set forth in the Declaration, and based on the database search described above, Harding and Associates is not aware of any past or current representation of

DEBTORS' APPLICATION TO EMPLOY GALE W. HARDING AND ASSOCIATES AS EQUIPMENT
APPRAISER AND AS A WITNESS - 6 -

any other individual or entity which is a creditor or insider of the Debtors.

24.    To the best of its knowledge and information, Harding and Associates does not have any interest "adverse" to Debtors or their estates as that term is used in Bankruptcy Code section 327.

25.    To the best of its knowledge and information, Harding and Associates is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14).

26.    Harding and Associates will conduct a continuing inquiry to ascertain whether there exists any situation that would affect its status as a person having no interest adverse to Debtors or their estates or that would affect Harding's status as a disinterested person. Harding will file supplemental disclosures or affidavits with this Court at such time as any such additional disclosures are appropriate or required.

**WHEREFORE,** the Debtors respectfully request that they be authorized, pursuant to Bankruptcy Code section 327 and Bankruptcy Rule 2014 to employ Gale W. Harding and Associates as Equipment Appraiser; and for such other and further relief as may be just and equitable under the circumstances.

Respectfully submitted,

*/s/ Krystal R. Mikkilineni*
Krystal R. Mikkilineni

*/s/ Matt Christensen*
Matt Christiansen

Attorneys for Debtors

DEBTORS' APPLICATION TO EMPLOY GALE W. HARDING AND ASSOCIATES AS EQUIPMENT APPRAISER AND AS A WITNESS - 7 -

I declare under penalty of perjury under the laws of the United States and the laws of the State of Idaho that I have reviewed the attached Debtors' Application to Employ Gale W. Harding and Associates as Equipment Appraiser, and to the best of my knowledge and information, I believe the statements therein to be true and correct.

    Dated:  April 30, 2024

                                                        */s/ Gale W. Harding*
                                                         Gale W. Harding
                                                         Gale Harding and Associates

# EXHIBIT A
**Engagement Agreement**

DEBTORS' APPLICATION TO EMPLOY GALE W. HARDING AND ASSOCIATES AS EQUIPMENT APPRAISER AND AS A WITNESS - 9 -

# GALE W. HARDING AND ASSOCIATES
P.O. Box 761, Rexburg, Idaho 83440
208.351.3191

Dentons Davis Brown
Attn: Krystal R. Mikkilineni
215 10th St., Suite 1300
Des Moines, IA 50309

April 19, 2024

RE: Millenkamp Cattle, Inc., et al – Equipment Appraisal Engagement Letter

Dear Krystal,

Thank you for choosing Gale W. Harding and Associates ("**Harding**") to assist you with the services described below.

**Our Client**. This engagement agreement (the "**Engagement Agreement**") is made by and between Gale W. Harding and Associates and Dentons Davis Brown, PC ("**Dentons**"). This Engagement Agreement is being made between Dentons and Harding for privilege purposes. Millenkamp Cattle, Inc. is not a party to this Engagement Agreement. The purpose of this Engagement Agreement is for Harding to perform a current appraisal of Millenkamp Cattle, Inc.'s ("**Millenkamp Cattle**") equipment.

**Scope of Services**. We have agreed to provide an appraisal of all the equipment of Millenkamp Cattle. The purpose of this appraisal is to establish the fair market value of Millenkamp Cattle's equipment. Gale Harding may also appear as a witness for Millenkamp Cattle in its Chapter 11 Bankruptcy Case.

**Fees**. Harding will charge a flat fee in the amount of **$3,400.00** for the appraisal services described in this Engagement Agreement. Harding will charge an hourly rate of $200/hr for preparation and appearance as a witness for Millenkamp Cattle in the Chapter 11 Bankruptcy Case. These fees will be paid by Millenkamp Cattle as Millenkamp Cattle is the beneficiary of this appraisal. Millenkamp Cattle will be filing an application to employ Gale W. Harding and Associates in the Chapter 11 Bankruptcy Case.

Please indicate your agreement to this Engagement Agreement by executing a copy of this Engagement Agreement in the space provided below and returning it. A scanned copy delivered via email are as acceptable as an original.

3839524

Krystal R. Mikkilineni

Page 2

Sincerely,

Gale W. Harding
Gale W. Harding and Associates

The undersigned hereby acknowledges and agrees that they have reviewed and understand the terms of this Agreement.

Dated:   04/23/24

                                                      Krystal R. Mikkilineni
                                                      Dentons Davis Brown, PC

# EXHIBIT B

## DECLARATION OF GALE W. HARDING IN SUPPORT OF APPLICATION TO EMPLOY GALE W. HARDING AND ASSOCIATES AS EQUIPMENT APPRAISER FOR DEBTOR IN POSSESSION[1]

STATE OF IDAHO            )
                          ) ss:
COUNTY OF MADISON         )

Gale Harding, being first duly sworn upon oath, deposes, and says:

1. I have over 50 years of experience in auctioneering farm and construction equipment, 37 years of experience as a University of Idaho Extension Professor, and 45 years of experience as a Certified Equipment Appraiser.

2. I have read the application of the Debtors for authority to employ and retain Gale W. Harding and Associates ("Harding and Associates").

3. Harding and Associates has not received a retainer for its services.

4. I and Harding and Associates have no connection with the Debtors other than previous pre-petition appraisals.

5. I and Harding and Associates have no connection with any personnel employed in the Office of the United States Trustee, the creditors or any party in interest, nor with their respective attorneys or accountants, other than normal professional relationships with attorneys and accountants except as follows:

---

[1] The Debtors in the Chapter 11 Cases are: Millenkamp Cattle, Inc.; Idaho Jersey Girls LLC; East Valley Cattle, LLC; Millenkamp Properties, L.L.C.; Millenkamp Properties II LLC; Millenkamp Family LLC; Goose Ranch, LLC; Idaho Jersey Girls Jerome Dairy LLC; Black Pine Cattle LLC; and Millenkamp Enterprises LLC. This Declaration is in support of an Application that seeks employment to represent ALL of the Debtors in the respective bankruptcy cases, which are being sought to be jointly administered.

DEBTORS' APPLICATION TO EMPLOY GALE W. HARDING AND ASSOCIATES AS EQUIPMENT APPRAISER AND AS A WITNESS - 10 -

a. Harding and Associates may have conducted business with certain creditors or investors in matters unrelated to the Debtors. Other than as described below, none of that representation involves the Debtors or any claims against the Debtors.

b. Harding and Associates has had a business relationship or conducted appraisals in the last 10 years for the following creditors:

   i. Brett Jensen Farms

   ii. Driscoll Brothers

   iii. Moss Grain Partnership

   iv. Rabo Agrifinance LLC

   v. Rocky Mountain Agronomics

   vi. Rocky Mountain Pharma

   vii. Triple C Farms, L.L.C.

   viii. Valley wide COOP

   ix. Wada Farms Partnership

   x. Western States Cat

6. I believe I and Harding and Associates are disinterested persons as defined in 11 U.S.C. § 101(14) and represent no interest adverse to the debtors in possession or bankruptcy estate in matters upon which I am to be engaged and believe that I can be employed in this case without any type of restriction.

DEBTORS' APPLICATION TO EMPLOY GALE W. HARDING AND ASSOCIATES AS EQUIPMENT APPRAISER AND AS A WITNESS - 11 -

7. The flat fee and hourly rate to be charged by myself and other professionals at my office are outlined in the engagement agreement between Harding and Associates and Dentons, a copy of which is attached to the Application to Employ as Exhibit A.

8. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 26 day of April, 2024.

GALE W. HARDING
GALE W. HARDING AND ASSOCIATES

**EXHIBIT C**
**Proposed Order**

**ORDER GRANTING THE DEBTORS' APPLICATION TO EMPLOY GALE W. HARDING AND ASSOCIATES AS EQUIPMENT APPRAISER**

The Debtors' *Application to Employ Gale W. Harding and Associates as Equipment Appraiser* (the "Application"); and the Court, having reviewed the Motion, finds that the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Motion was sent on April 30, 2024, and was sufficient under the circumstances and that no further notice need be given; and the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing, therefore

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Application is GRANTED and the Debtors are authorized to employ Gale W. Harding and Associates under the terms as set forth in the Application.

2. The Application was appropriate under the circumstances and in compliance with the Bankruptcy Code and Bankruptcy Rules.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

//end of text//

Order submitted by:

Krystal R. Mikkilineni
Attorney for the Debtor