# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br>MILLENKAMP CATTLE INC | CASE NO: 24-40158-NGH<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 247 |

On 5/3/2024, I did cause a copy of the following documents, described below,

Supplement to Cash Collateral Motion ECF Docket Reference No. 247

Brief-Memorandum in Support of Motion for Entry of an Order Authorizing Debtors to Honor Pre-petition Obligations of Critical Vendors 248

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/3/2024

/s/ Krystal R. Mikkilineni
Krystal R. Mikkilineni  AT0011814

Dentons Davis Brown
215 10th St
Des Moines , IA  50309
515 288 2500
krystal.mikkilineni@dentons.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>MILLENKAMP CATTLE INC | CASE NO: 24-40158-NGH<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 247 |

On 5/3/2024, a copy of the following documents, described below,

Supplement to Cash Collateral Motion ECF Docket Reference No. 247

Brief-Memorandum in Support of Motion for Entry of an Order Authorizing Debtors to Honor Pre-petition Obligations of Critical Vendors 248

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/3/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Krystal R. Mikkilineni
Dentons Davis Brown
215 10th St
Des Moines , IA  50309

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING         A SCOTT JACKSON TRUCKING INC            AAA COWCOMFORT LLC
09768                                    CO WILLIAMS MESERVY  LARSEN LLP         PO BOX 301
CASE 24-40158-NGH                        POST OFFICE BOX 168                     KIMBERLY ID 83341-0301
DISTRICT OF IDAHO                        153 EAST MAIN STREET
TWIN FALLS                               JEROME ID 83338-2332
FRI MAY 3 11-30-43 MDT 2024



ABS GLOBAL                               AD HOC COMMITTEE OF CORN SILAGE GROWERS AIRGAS USA LLC
1525 RIVER RD                            153 EAST MAIN STREET                    PO BOX 734445
DEFOREST WI 53532-2430                   PO BOX 168                              CHICAGO IL 60673-4445
                                         JEROME ID 83338-0168



AMALGAMATED SUGAR                        AUTOMATION WERX LLC                     AUTOMATION WERX LLC
1951 S SATURN WAY                        MORROW  FISCHER PLLC                    PO BOX 3066
STE 100                                  4 OGDEN AVENUE                          IDAHO FALLS ID 83403-3066
BOISE ID 83709-2924                      NAMPA ID 83651-2371



CO DAVID A COLEMAN B  H FARMING          B  H FARMING AN IDAHO GENERAL           BS R DESIGN SUPPLIES
COLEMAN RITCHIE  JACOBSON                PARTNERSHIP                             198 LOCUST ST S
PO BOX 525                               PO BOX 123                              TWIN FALLS ID 83301-7832
TWIN FALLS ID 83303-0525                 RUPERT ID 83350-0123



AARON ROBERT BELL                        RICHARD BERNARD                         RON C BINGHAM II
EVANS KEANE LLP                          1177 AVENUE OF THE AMERICAS             3424 PEACHTREE ROAD NE
PO BOX 959                               41ST FLOOR                              SUITE 1600
BOISE ID 83701-0959                      NEW YORK NY 10036-2714                  ATLANTA GA 30326-1139



MORTON R BRANZBURG                       HEIDI BUCK MORRISON                     BUNGE CANADA
KLEHR HARRISON HARVEY BRANZBURG LLP      RACINE OLSON PLLP                       CO DAVID D FARRELL
1835 MARKET ST                           201 EAST CENTER STREET                  THOMPSON COBURN LLP
SUITE 1400                               POCATELLO ID 83201-6329                 ONE USBANK PLAZA SUITE 2700
PHILADELPHIA PA 19103-2945                                                       SAINT LOUIS MISSOURI 63101-1693



BUNGE CANADA CO DAVID D FARRELL          LAURA E BURRI                           BRETT R CAHOON
DAVID D FARRELL ESQ                      MORROW  FISCHER PLLC                    DOJUST
ONE BANK PLAZA                           4 OGDEN AVENUE                          550 WEST FORT ST
SUITE 2700                               83651                                   STE 698
ST LOUIS MO 63101                        NAMPA ID 83651-2371                     BOISE ID 83724-0101



CAPITOL ONE                              W KENT CARTER                           WILLIAM K CARTER
PO BOX 60599                             ONE NORTH FRANKLIN                      GORDON REES SCULLY MANSUKHANI LLP
CITY OF INDUSTRY CA 91716-0599           SUITE 800                               1 N FRANKLIN
                                         CHICAGO IL 60606-3422                   SUITE 800
                                                                                 CHICAGO IL 60606-3422



CENTURYTEL SERVICE GROUP LLC DBA         MATTHEW T CHRISTENSEN                   CHRISTOPHER CAMARDELLO
CENTURYLIN                               JOHNSON MAY PLLC                        1031 MENDOTA HEIGHTS ROAD
LUMEN TECHNOLOGIES GROUP                 199 N CAPITOL BLVD                      ST PAUL MN 55120-1419
931 14TH STREET 9TH FLOOR ATTN- LEGAL-   SUITE 200
DENVER CO 80202-2994                     BOISE ID 83702-6197
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled OUT OF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CITI CARDS<br>PO BOX 78019<br>PHOENIX AZ 85062-8019 | COASTLINE EQUIPMENT COMPANY<br>2000 E OVERLAND RD<br>MERIDIAN ID 83642-6665 | DAVID A COLEMAN<br>PO BOX 525<br>TWIN FALLS ID 83303-0525 |
| COLONIAL LIFE<br>PROCESSING CENTER<br>PO BOX 1365<br>COLUMBIA SC 29202-1365 | CONRAD BISHCOFF INC<br>2251 N HOLMES<br>PO BOX 50106<br>IDAHO FALLS ID 83405-0106 | CONTERRA HOLDINGS LLC DBA CONTERRA AG CAP<br>SPENCER FANE<br>1700 LINCOLN STREET<br>SUITE 2000<br>DENVER CO 80203-4554 |
| CONTERRA HOLDINGS LLC DBA CONTERRA AG CAPIT<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | DAIRY TECH LLC<br>1031 MENDOTA HEIGHTS ROAD<br>ST PAUL MN 55120-1419 | DARITECH<br>8540 BENSON RD<br>LYNDEN WA 98264-9711 |
| EAST VALLEY DEVELOPMENT LLC<br>CO AVERY LAW<br>3090 E GENTRY WAY STE 250<br>MERIDIAN ID 83642-3596 | CONNOR BRAY EDLUND<br>MCCONNELL WAGNER SYKES  STACEY PLLC<br>827 E PARK BLVD<br>STE 201<br>BOISE ID 83712-7782 | GERY W EDSON<br>POB 448<br>BOISE ID 83701-0448 |
| ELECTRICAL WERX  CONSTRUCTION LLC<br>PO BOX 3066<br>IDAHO FALLS ID 83403-3066 | ELEVATION ELECTRIC LLC<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 | ERIC CLARK<br>CLARK ASSOCIATES<br>PO BOX 2504<br>EAGLE ID 83616-9118 |
| JON B EVANS<br>DORSEY  WHITNEY LLP<br>101 S CAPITOL BLVD STE 1701<br>BOISE ID 83702-7704 | EVANS PLUMBING<br>111 GULF STREAM LANE<br>HAILEY ID 83333-7725 | ZACHARY FAIRLIE<br>SPENCER FANE<br>1000 WALNUT<br>STE 1400<br>KANSAS CITY MO 64106-2168 |
| ZACHARY FAIRLIE<br>SPENCER FANE LLP<br>1000 WALNUT STREET<br>SUITE 1400<br>KANSAS CITY MO 64106-2168 | BRIAN FARIA<br>SAWTOOTH LAW OFFICES PLLC<br>1101 W RIVER STREET SUITE 110<br>83702<br>BOISE ID 83702-7067 | FARMERS BANK<br>PO BOX 392<br>BUHL ID 83316-0392 |
| ROBERT A FAUCHER<br>POB 2527<br>BOISE ID 83701-2527 | GJ VERTILINE PUMPS INC<br>PO BOX 892<br>TWIN FALLS ID 83303-0892 | SCOTT F GAUTIER<br>1800 CENTURY PARK EAST<br>STE 1500<br>LOS ANGELES CA 90067-1504 |
| GLANBIA FOODS INC<br>CO ROBERT A FAUCHER<br>POB 2527<br>BOISE ID 83701-2527 | KIMBELL D GOURLEY<br>POB 1097<br>BOISE ID 83701-1097 | DANIEL C GREEN<br>RACINE OLSON PLLP<br>201 EAST CENTER<br>PO BOX 1391<br>POCATELLO ID 83204-1391 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (N/CM/SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MATTHEW W GRIMSHAW<br>GRIMSHAW LAW GROUP PC<br>800 W MAIN STREET STE 1460<br>BOISE ID 83702-5983 | HATFIELD MANUFACTURING INC<br>1823 SHOESTRING RD<br>GOODING ID 83330-5361 | IDAHO DEPT OF LANDS<br>PO BOX 83720<br>BOISE ID 83720-0003 |
| IDAHO STATE BRAND DEPARTMENT<br>700 S STRATFORD DR<br>MERIDIAN ID 83642-6202 | IDAHO STATE TAX COMMISSION<br>PO BOX 36<br>BOISE ID 83722-0036 | INNOVATIVE FOOD SOLUTIONSUSA<br>ATTN JORDAN BOWEN<br>134 E HIGHWAY 81<br>BURLEY ID 83318-5427 |
| JOHN DEERE FINANCIAL<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 | (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO NATIONAL BANKRUPTCY SERVICES LLC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| JAKE MILLENKAMP<br>1719 RIVER ROAD<br>BUHL ID 83316-5302 | JEFFREY E ROLIG<br>PO BOX 5455<br>TWIN FALLS ID 83303-5455 | JOHN DEERE CONSTRUCTION AND FORESTRY<br>COMPANY<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 |
| JOHN DEERE FINANCIAL FSB<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 | K R RENTAL INC<br>256 A SOUTH 600 W<br>HEYBURN ID 83336-9750 | KEITH D AND JANET CARLSON<br>3866 E 3800 N<br>HANSEN ID 83334-5012 |
| KINGHORN MEDICAL LLC<br>248 S COLE RD<br>BOISE ID 83709-0934 | JOHN F KURTZ JR<br>KURTZ LAW PLLC<br>910 W MAIN<br>SUITE 364<br>BOISE ID 83702-5740 | LAND VIEW INC<br>PO BOX 475<br>RUPERT ID 83350-0475 |
| LAND VIEW INC<br>CO GERY W EDSON<br>PO BOX 448<br>BOISE ID 83701-0448 | ADAM A LEWIS<br>MORRISON  FOERSTER LLP<br>425 MARKET STREET<br>SAN FRANCISCO CA 94105-2482 | ADAM AIKEN LEWIS<br>MORRISON  FOERSTER LLP<br>425 MARKET STREET<br>STE 32ND FLOOR<br>SAN FRANCISCO CA 94105-2467 |
| KARYN LLOYD<br>GORDON REES SCULLY MANSUKHANI LLP<br>999 W MAIN STREET<br>100<br>BOISE ID 83702-9001 | KARYN LLOYD<br>GORDON REES SCULLY MANSUKHANI LLP<br>999 W MAIN STREET 100<br>BOISE ID 83702-9001 | MWI VETERINARIAN SUPPLY INC<br>3041 W PASADENA DRIVE<br>BOISE ID 83705-4776 |
| JED W MANWARING<br>EVANS KEANE LLP<br>1161 W RIVER ST<br>SUITE 100<br>PO BOX 959<br>BOISE ID 83701-0959 | JAMES JUSTIN MAY<br>JOHNSON MAY<br>199 N CAPITOL BLVD<br>STE 200<br>BOISE ID 83702-6197 | ZACHERY J MCCRANEY<br>HOLLAND  HART<br>PO BOX 2527<br>800 W MAIN STREET<br>SUITE 1750<br>BOISE ID 83702-5974 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| METLIFE REAL ESTATE LENDING LLC<br>CO KIMBELL D GOURLEY<br>10801 MASTIN BLVD<br>SUITE 700<br>OVERLAND PARK KS 66210-1673 | METROPOLITAN LIFE INSURANCE COMPANY<br>CO KIMBELL D GOURLEY<br>10801 MASTIN BLVD<br>SUITE 700<br>OVERLAND PARK KS 66210-1673 | KRYSTAL R MIKKILINENI<br>DENTONS DAVIS BROWN<br>215 10TH ST<br>STE 1300<br>DES MOINES IA 50309-3616 |
| DEBTOR<br>MILLENKAMP CATTLE INC<br>471 NORTH 300 WEST<br>JEROME ID 83338-5078 | RHETT MICHAEL MILLER<br>PARSONS LOVELAND SHIRLEY  LINDSTROM<br>PO BOX 910<br>BURLEY ID 83318-0910 | MOSS FARMS OPERATIONS LLC<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 |
| MOSS GRAIN PARTNERSHIP<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 | JOHN D MUNDING<br>MUNDING PS<br>309 E FARWELL RD<br>STE 310<br>SPOKANE WA 99218-8209 | JASON RONALD NAESS<br>DOJUST<br>550 WEST FORT ST<br>STE 698<br>BOISE ID 83724-0101 |
| JAMES NIEMEIER<br>MCGRATH NORTH<br>1601 DODGE STREET<br>SUITE 3700<br>OMAHA NE 68102-1627 | JAMES J NIEMEIER<br>MCGRATH NORTH MULLIN  KRATZ PC LLO<br>1601 DODGE STREET<br>STE 3700<br>OMAHA NE 68102-1650 | JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET<br>STE 2000<br>DENVER CO 80203-4554 |
| JOHN OBRIEN<br>SPENCER FANE LLP<br>1700 LINCOLN STEET<br>SUITE 2000<br>DENVER CO 80203-4554 | OVERHEAD DOOR<br>489 S LOCUST<br>TWIN FALLS ID 83301-7849 | DOMENIC E PACITTI<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 MARKET STREET<br>SUITE 1000<br>WILMINGTON DE 19801-3030 |
| PAN AMERICAN LIFE INSURANCE<br>1778 N PLANO RD<br>STE 310<br>RICHARDSON TX 75081-1958 | PERFORMIX NUTRITION SYSTEMS LLC<br>MUNDING PS<br>309 E FARWELL RD STE 310<br>SPOKANE WA 99218-8209 | PIVOT MAN INC<br>ROBIN JONES<br>PO BOX 355<br>PAUL ID 83347-0355 |
| SCOTT C POWERS<br>SPENCER FANE LLP<br>10 EXCHANGE PLACE 11TH FLR<br>SALT LAKE CITY UT 84111-2824 | PRO TECH SERVICE COMPANY<br>1550 KIMBERLY RD<br>TWIN FALLS ID 83301-7341 | PROGRESSIVE DAIRY SERVICE  SUPPLY CORP<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 |
| QUILL CORPORATION<br>PO BOX 102419<br>COLUMBIA SC 29224-2419 | RABO AGRIFINANCE LLC<br>CO SHEILA R SCHWAGER<br>PO BOX 1617<br>BOISE ID 83701-1617 | RAFT RIVER RURAL ELECTRIC COOPERATIVE INC<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 |
| CHERYL RAMBO<br>IDAHO STATE POLICE<br>700 S STRATFORD DR<br>MERIDIAN ID 83642-6242 | JANINE PATRICE REYNARD<br>AVERY LAW<br>3090 E GENTRY WAY<br>SUITE 250<br>MERIDIAN ID 83642-3596 | ROBERT E RICHARDS<br>DENTONS US LLP<br>233 SOUTH WACKER DRIVE<br>STE 7800<br>CHICAGO IL 60606-6459 |

USPS FIRST-CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ROBERT E RICHARDS
233 SOUTH WACKER DRIVE
SUITE 5900
CHICAGO IL 60606-6361

HOLLY ROARK
ROARK LAW OFFICES
950 BANNOCK ST STE 1100
BOISE ID 83702-6140

ROARK LAW OFFICES
950 BANNOCK ST 11TH FL
BOISE ID 83702-5999

ROGERS MACHINERY COMPANY INC
PO BOX 230429
PORTLAND OR 97281-0429

EVAN THOMAS ROTH
1101 W RIVER ST STE 110
BOISE ID 83702-7067

TIRZAH R ROUSSELL
215 10TH STREET
SUITE 1300
DES MOINES IA 50309-3616

TIRZAH R ROUSSELL
DENTONS DAVIS BROWN PC
THE DAVIS BROWN TOWER
215 10TH STREET
SUITE 1300
DES MOINES IA 50309-3621

MIRANDA RUSSELL
MORRISON  FOERSTER LLP
250 WEST 55TH STREET
NEW YORK NY 10019-0050

MIRANDA K RUSSELL
MORRISON  FOERSTER LLP
250 WEST 55TH STREET
NEW YORK NY 10019-0050

SANDTON CAPITAL PARTNERS LP
16 W 46TH STREET 1ST FLOOR
NEW YORK NY 10036-4503

NIKOLAUS F SCHANDLBAUER
20 F STREET NW
SUITE 500
WASHINGTON DC 20001-6703

SCHMIDT CATTLE HAULING
848 E 3400 N
CASTLEFORD ID 83321-6422

ANDREW SCHOULDER
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022

ANDREW J SCHOULDER
NORTON ROSE FULBRIGHT US LLP
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022

SCHOWS TRUCK CENTER
PO BOX 2208
DECATUR AL 35609-2208

SHEILA RAE SCHWAGER
HAWLEY TROXELL ENNIS  HAWLEY LLP
877 MAIN STREET SUITE 200
PO BOX 1617
BOISE ID 83701-1617

SIX STATES DISTRIBUTORS INC
29787 NETWORK PLACE
CHICAGO IL 60673-1297

SPRINKLERSHOP INC
PO BOX 599
PAUL ID 83347-0599

MICHAEL R STEWART
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS MN 55402-7508

STOTZ EQUIPMENT
2670 KIMBERLY RD E
TWIN FALLS ID 83301-7984

MATTHEW A STURZEN
SHERMAN SHERMAN JOHNNIE  HOYT LLP
693 CHEMEKETA STREET NE
SALEM OR 97301-3732

MEREDITH LEIGH THIELBAHR
GORDON  REES  SEATTLE
701 FIFTH AVENUE
STE 2100
SEATTLE WA 98104-7084

US COMMODITIES LLC
730 SECOND AVENUE S SUITE 700
MINNEAPOLIS MN 55402-2480

US TRUSTEE
550 WEST FORT ST STE 698
BOISE ID 83724-0101

UNITED ELECTRIC COOP INC
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

VISERION GRAIN LLC
CO SAWTOOTH LAW OFFICES  PLLC
213 CANYON CREST DR STE 200
TWIN FALLS ID 83301-3053

VITERRA USA GRAIN LLC
1331 CAPITOL AVE
OMAHA NE 68102-1197

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

VITERRA USA GRAIN LLC AND VITERRA USA      VITERRA USA INGREDIENTS LLC        WAG SERVICES INC
INGRE                                      1331 CAPITOL AVE                   8121 W HARRISON ST
CO RACINE OLSON PLLP                       OMAHA NE 68102-1197                TOLLESON AZ 85353-3328
PO BOX 1391
POCATELLO ID 83204-1391


WENDELL TRUCK AND AUTO                     WESTERN CONSTRUCTION INC           WESTERN STATES EQUIPMENT CO
PO BOX 213                                 PO BOX 15569                       500 EAST OVERLAND ROAD
356 S IDAHO ST                             BOISE ID 83715-5569                MERIDIAN ID 83642-6606
WENDELL ID 83355-5209


WESTWAY FEED                               WILBURELLIS COMPANY LLC            WILLIAMS MESERVY  LARSEN
BARR CREDIT SERVICES                       CO MATTHEW A STURZEN               POST OFFICE BOX 168
3444 N COUNTRY CLUB RD                     PO BOX 2247                        153 EAST MAIN STREET
STE 200                                    SALEM OR 97308-2247                JEROME ID 83338-2332
TUCSON AZ 85716-0815


BRENT RUSSEL WILSON                        YOUREE LAND  LIVESTOCK INC         CO DAVID A COLEMAN YOUREE LAND
HAWLEY TROXELL ENNIS  HAWLEY LLP           3953 NORTH 3300 EAST               LIVESTOCK
877 MAIN STREET SUITE 200                  TWIN FALLS ID 83301-0348           COLEMAN RITCHIE  JACOBSON
BOISE ID 83702-6030                                                           PO BOX 525
                                                                              TWIN FALLS ID 83303-0525
```