# BANKRUPTCY COURT
## Amended Exhibit List

**SUBMITTED BY:**
**Metropolitan Life Insurance Company and MetLife Real Estate Lending LLC**

| CASE NAME: | COURT DATE: | CASE NUMBER: |
|---|---|---|
| In Re:<br>MILLENKAMP CATTLE, INC.<br><br>Filing Relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 5/8/2024 | 24-40158-NGH<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| **Plaintiff:** Millenkamp Cattle, Inc. et al.<br><br>**Debtor's Counsel:** Matthew Christianson<br><br>**Exhibit Nos.** 2000 | **Co-Defendant/Creditor:**<br><br>Metropolitan Life Insurance Company and MetLife Real Estate Lending LLC<br><br>**Counsel:** Kimbell D. Gourley, Nikolaus F. Schandlbauer, and Ron C. Bingham, II<br><br>**Exhibit Nos.** 2000 | |
| PRESIDING JUDGE: Noah G. Hillen | | |

| EXHBITS | | | | DESCRIPTION |
|---|---|---|---|---|
| NOS. | | Date | ADMITTED | |
| 2000 | | 9/26/18 | X | Promissory Note A |
| 2001 | | 9/26/18 | X | Promissory Note B |
| 2002 | | 4/15/20 | X | Promissory Note C |

| | | | | |
|---|---|---|---|---|
| 2003 | | 4/21/21 | X | Promissory Note D |
| 2004 | | 4/21/21 | X | Promissory Note E |
| 2005 | | 3/12/19 | X | Promissory Note 199858 |
| 2006 | | 9/26/18 | X | 2018 Mortgage |
| 2007 | | 4/15/20 | X | First Amendment to 2018 Mortgage |
| 2008 | | 4/21/21 | X | Second Amendment to 2018 Mortgage |
| 2009 | | 3/12/19 | X | 2019 Mortgage |
| 2010 | | 9/26/18 | X | Milk Check Assignment Agreement (Note A) |
| 2011 | | 12/9/20 | X | Milk Check Assignment Agreement (Note B) |
| 2012 | | 4/15/20 | X | Milk Check Assignment Agreement (Note C) |
| 2013 | | 12/9/20 | X | Milk Check Assignment Agreement (Note C) |
| 2014 | | 4/21/21 | X | Milk Check Assignment Agreement (Notes D and E) |
| 2015 | | 9/18/18 | X | Intercreditor Agreement (RAF) |
| 2016 | | 7/10/19 | X | First Amendment to Intercreditor Agreement (RAF) |
| 2017 | | 4/15/20 | X | Second Amendment to Intercreditor Agreement (RAF) |
| 2018 | | 4/21/21 | X | Third Amendment to Intercreditor Agreement (RAF) |
| 2019 | | 10/20/22 | X | Subordination and Intercreditor Agreement (RAF) |
| 2020 | | 10/20/22 | X | Subordination and Intercreditor Agreement (Conterra) |
| 2021 | | 10/4/18 | | UCC Statement (Doc # 20182631221) |
| 2022 | | 4/16/20 | | Amendment to UCC Statement filed on October 4, 2018 (Add Collateral) (Doc # 20200576479) |
| 2023 | | 4/16/20 | | Amendment to UCC Statement filed on October 4, 2018 (Add Debtor) (Doc # 20200576484) |
| 2024 | | 6/3/21 | | Amendment to UCC Statement filed on October 4, 2018 (Add Collateral) (Doc # 20210836187) |

METROPOLITAN LIFE INSURANCE COMPANY AND METLIFE REAL ESTATE
LENDING LLC AMENDED EXHIBIT LIST- 2 -

| | | | | |
|---|---|---|---|---|
| 2025 | | 9/2/22 | | Amendment to UCC Statement filed on October 4, 2018 (Add Collateral)<br>(Doc # 20221487538) |
| 2026 | | 4/18/23 | | Amendment to UCC Statement filed on October 4, 2018 (Continuation)<br>(Doc # 20230633226) |
| 2027 | | 3/19/19 | | UCC Statement<br>(Doc # 20194572319) |
| 2028 | | 10/18/23 | | Amendment to UCC Statement filed on March 19, 2019 (Continuation)<br>(Doc # 20231790159) |