Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
          jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
          robert.richards@dentons.com
          tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒   ALL DEBTORS<br><br>☐   Millenkamp Cattle, Inc.<br><br>☐   Idaho Jersey Girls<br><br>☐   East Valley Cattle<br><br>☐   Millenkamp Properties<br><br>☐   Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome |

#3930039

|  |  |
|---|---|
| ☐ Millenkamp Family <br> ☐ Goose Ranch <br> ☐ Black Pine Cattle <br> ☐ Millenkamp Enterprises <br> ☐ Idaho Jersey Girls Jerome Dairy <br> _____ | Dairy) <br><br> Chapter 11 Cases |

## DEBTORS' WITNESS LIST

Millenkamp Cattle, Inc. ("Millenkamp Cattle") and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, hereby respectfully submit this Witness List (the "Witness List") for the hearing on Debtors' first day motions beginning on May 8, 2024 (the "Hearing"):

### WITNESSES

1. Gale Harding, Harding and Associates, Debtors' Equipment Appraiser

2. Jonathan Verhoeven, Schuil Ag Real Estate, Inc., Debtors' Real Estate Broker

3. Todd Davis, Davis Livestock, Inc., Debtors' Livestock Appraiser

4. James Morgan, The Forbes Securities Group LLC, DBA Forbes Partners, Debtors' Investment Banker

5. Kati Churchill, Kander LLC, Debtors' Financial Advisor

6. Bill Millenkamp, President of Millenkamp Cattle, Inc.

7. David Heida, General Manager of Millenkamp Cattle, Inc.

The Debtors reserve the right to call any one or all witnesses. The Debtors reserve the right to cross-examine any witnesses called by any other parties, and to call additional witnesses as

DEBTORS' WITNESS LIST - 2

necessary to rebut testimony.

DATED this 3rd day of May 2024

                                            Respectfully submitted,

                                            */s/ Krystal R. Mikkilineni*
                                            Krystal. R. Mikkilineni


                                            */s/ Matt Christensen*
                                            Matt Christensen

                                            Attorneys for the Debtors


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of May 2024, I caused to be served a true and correct copy of the foregoing NOTICE electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

      Tirzah R. Roussell tirzah.roussell@dentons.com
      US Trustee ustp.region18.bs.ecf@usdoj.gov
      Heidi Buck Morrison heidi@racineolson.com
      David A. Coleman david@colemanjacobsonlaw.com
      Gery W. Edson gedson@gedson.com
      J.B. Evans evans.jb@dorsey.com
      Zachary Fairlie zfairlie@spencerfane.com
      Kimbell D. Gourley kgourley@idalaw.com
      Daniel C. Green dan@racineolson.com
      John O'Brien jobrien@spencerfane.com
      Scott C. Powers spowers@spencerfane.com
      Janine P. Reynard janine@averylaw.net
      Sheila R. Schwager sschwager@hawleytroxell.com
      Brent R. Wilson bwilson@hawleytroxell.com
      Zachary Fairlie zfairlie@spencerfance.com
      John O'Brien jobrien@spencerfane.com

DEBTORS' WITNESS LIST - 3

    Gery W. Edson gedson@gedson.com
    Aaron Bell abell@evanskeane.com
    Brian Faria brian@sawtoothlaw.com
    Robert A. Faucher rfaucher@hollandhart.com
    Matthew W. Grimshaw matt@grimshawlawgroup.com
    Karen Lloyd klloyd@grsm.com
    James Justin May jjm@johnsonmaylaw.com
    Rhett Michael Miller rmiller@magicvalley.law
    Robert E. Richards robert.richards@dentons.com
    Holly Roark holly@roarklawboise.com
    Evan Thomas Roth evan@sawtoothlaw.com
    Meredith Leigh Thielbahr mthielbahr@grsm.com
    John F. Kurtz, Jr. jfk@kurtzlaw.com

    Any others as listed on the Court's ECF Notice.

    /s/  *Krystal R. Mikkilineni*
    Krystal R. Mikkilineni

DEBTORS' WITNESS LIST - 4