Rhett M. Miller, ISB No. 11163
PARSONS, LOVELAND, SHIRLEY
& LINDSTROM, LLP
137 West 13th Street
P. O. Box 910
Burley, ID  83318
rmiller@magicvalley.law
Telephone: (208) 878-8382
Facsimile:  (208) 878-0146
*Counsel for Creditors Raft River Rural
Electric Cooperative, Inc., United Electric
Co-op, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: <br><br> MILLENKAMP CATTLE, INC. <br><br> Debtor. | Case No. 24-40158-NGH <br><br> Jointly Administered with Case Nos.: |
|---|---|
| Filing relates to: <br> ☐ ALL DEBTORS <br> ☒ Millenkamp Cattle, Inc. <br> ☐ Idaho Jersey Girls <br> ☐ East Valley Cattle <br> ☐ Millenkamp Properties <br> ☐ Millenkamp Properties II <br> ☐ Millenkamp Family <br> ☐ Goose Ranch <br> ☒ Black Pine Cattle <br> ☐ Millenkamp Enterprises <br> ☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls) <br> 24-40160-NGH (East Valley Cattle) <br> 24-40161-NGH (Millenkamp Properties) <br> 24-40162-NGH (Millenkamp Properties II) <br> 24-40163-NGH (Millenkamp Family) <br> 24-40164-NGH (Goose Ranch) <br> 24-40166-NGH (Black Pine Cattle) <br> 24-40167-NGH (Millenkamp Enterprises) <br> 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) <br><br> Chapter 11 Cases |

**EXHIBIT LIST OF RAFT RIVER RURAL ELECTRICAL COOPERATIVE, INC. AND UNITED ELECTRIC CO-OP INC. FOR FINAL HEARING ON DKT. NOS. 18 AND 221**

Raft River Rural Electric Cooperative, Inc. ("Raft River"), United Electric Co-op, Inc. ("United Electric") and Moss Grain Partnership ("Moss Grain"), creditors herein, by and through counsel, Rhett M. Miller of the firm of Parsons, Loveland, Shirley & Lindstrom, LLP, hereby submit the attached exhibit list for the hearing on Dkt. Nos. 18 and 221 to be held on May 3, 2023

DATED May 3, 2024.

                                          PARSONS, LOVELAND, SHIRLEY & LINDSTROM, LLP

                                          /s/ Rhett M. Miller
                                          Rhett M. Miller

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 3, 2024, a copy of the foregoing document was filed with the Court via CM/ECF, and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

Aaron Robert Bell on behalf of Creditor MWI Veterinarian Supply, Inc.
abell@evanskeane.com

Morton R. Branzburg on behalf of Creditor MWI Veterinary Supply Inc.
mbranzburg@klehr.com

Heidi Buck Morrison on behalf of Creditor Viterra USA Grain, LLC and Viterra USA Ingredients, LLC
heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com

Laura E Burri on behalf of Creditor Automation Werx, LLC
lburri@morrowfischer.com, klee@morrowfischer.com

Brett R Cahoon on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

William K Carter on behalf of Creditor CNH Industrial Capital America LLC
kentcarter@grsm.com

Matthew T. Christensen on behalf of Debtor Black Pine Cattle LLC
mtc@johnsonmaylaw.com,
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor East Valley Cattle, LLC
mtc@johnsonmaylaw.com,
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Goose Ranch LLC
mtc@johnsonmaylaw.com,
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC
mtc@johnsonmaylaw.com,
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Idaho Jersey Girls LLC
mtc@johnsonmaylaw.com,
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Millenkamp Cattle, Inc
mtc@johnsonmaylaw.com,
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Millenkamp Enterprises LLC
mtc@johnsonmaylaw.com,
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Millenkamp Family LLC
mtc@johnsonmaylaw.com,
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Millenkamp Properties II LLC
mtc@johnsonmaylaw.com,
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Millenkamp Properties, L.L.C.
mtc@johnsonmaylaw.com,

mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

David A Coleman on behalf of Creditor Eagle Creek Northwest LLC
david@colemanjacobsonlaw.com

David A Coleman on behalf of Creditor c/o David A. Coleman B & H Farming
david@colemanjacobsonlaw.com

David A Coleman on behalf of Creditor c/o David A. Coleman Youree Land & Livestock, Inc.
david@colemanjacobsonlaw.com

Connor Bray Edlund on behalf of Creditor McAlvain Concrete, Inc.
edlund@mwsslawyers.com, lemieux@mwsslawyers.com

Gery W Edson on behalf of Creditor Land View, Inc.
gedson@gedson.com, tfurey@gedson.com

Jon B Evans on behalf of Creditor Western States Equipment Co.
evans.jb@dorsey.com, sattler.carla@dorsey.com

Zachary Fairlie on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
zfairlie@spencerfane.com

Zachary Fairlie on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
zfairlie@spencerfane.com

Zachary Fairlie on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
zfairlie@spencerfane.com

Brian Faria on behalf of Creditor Viserion Grain, LLC
brian@sawtoothlaw.com

Robert A Faucher on behalf of Interested Party Glanbia Foods Inc
rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Kimbell D Gourley on behalf of Creditor MetLife Real Estate Lending LLC
kgourley@idalaw.com, shudson@idalaw.com

Kimbell D Gourley on behalf of Creditor Metropolitan Life Insurance Company
kgourley@idalaw.com, shudson@idalaw.com

Daniel C Green on behalf of Creditor Viterra USA Grain, LLC and Viterra USA Ingredients, LLC
dan@racineolson.com, mcl@racinelaw.net

Matthew W Grimshaw on behalf of Creditor Ad Hoc Committee of Corn Silage Growers
matt@grimshawlawgroup.com

John F Kurtz, Jr on behalf of Interested Party Sandton Capital Partners LP
jfk@kurtzlawllc.com, tnd@kurtzlawllc.com

Adam Aiken Lewis on behalf of Creditor East Valley Development, LLC
alewis@mofo.com

Karyn Lloyd on behalf of Creditor CNH Industrial Capital America LLC
klloyd@grsm.com

Jed W. Manwaring on behalf of Creditor MWI Veterinarian Supply, Inc.
jmanwaring@evanskeane.com, duskin@evanskeane.com;abell@evanskeane.com

James Justin May on behalf of Debtor Millenkamp Cattle, Inc
jjm@johnsonmaylaw.com,
cjc@johnsonmaylaw.com;acs@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Krystal R. Mikkilineni on behalf of Debtor Black Pine Cattle LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor East Valley Cattle, LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Goose Ranch LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Idaho Jersey Girls LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Millenkamp Cattle, Inc
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Millenkamp Enterprises LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Millenkamp Family LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Millenkamp Properties II LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Millenkamp Properties, L.L.C.
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Rhett Michael Miller on behalf of Creditor Moss Farms Operations, LLC
rmiller@magicvalley.law

Rhett Michael Miller on behalf of Creditor Moss Grain Partnership
rmiller@magicvalley.law

Rhett Michael Miller on behalf of Creditor Raft River Rural Electric Cooperative, Inc.
rmiller@magicvalley.law

Rhett Michael Miller on behalf of Creditor United Electric Co-op, Inc.
rmiller@magicvalley.law

John D Munding on behalf of Creditor PerforMix Nutrition Systems, LLC
john@mundinglaw.com

Jason Ronald Naess on behalf of U.S. Trustee US Trustee
Jason.r.naess@usdoj.gov

James Niemeier on behalf of Creditor Viterra USA Grain, LLC and Viterra USA Ingredients, LLC
jniemeier@mcgrathnorth.com

John O'Brien on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

John O'Brien on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

John O'Brien on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

Scott C Powers on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
spowers@spencerfane.com, mwatson@spencerfane.com

Cheryl Rambo on behalf of Creditor Idaho State Brand Department
cheryl.rambo@isp.idaho.gov

Janine Patrice Reynard on behalf of Creditor East Valley Development, LLC
janine@averylaw.net,
averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Robert E Richards on behalf of Debtor Millenkamp Cattle, Inc
robert.richards@dentons.com, docket.general.lit.chi@dentons.com

Holly Roark on behalf of Creditor Elevation Electric, LLC

holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Holly Roark on behalf of Creditor Progressive Dairy Service & Supply Corp.
holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Evan Thomas Roth on behalf of Creditor Viserion Grain, LLC
evan@sawtoothlaw.com

Tirzah R. Roussell on behalf of Debtor Black Pine Cattle LLC
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor East Valley Cattle, LLC
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor Goose Ranch LLC
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor Idaho Jersey Girls LLC
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor Millenkamp Cattle, Inc
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor Millenkamp Enterprises LLC
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor Millenkamp Family LLC
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor Millenkamp Properties II LLC
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor Millenkamp Properties, L.L.C.
tirzah.roussell@dentons.com

Miranda K. Russell on behalf of Creditor East Valley Development, LLC
mrussell@mofo.com

Andrew J. Schoulder on behalf of Creditor Rabo AgriFinance LLC
andrew.schoulder@nortonrosefulbright.com, nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com

Sheila Rae Schwager on behalf of Creditor Rabo AgriFinance LLC
sschwager@hawleytroxell.com, amay@hawleytroxell.com;jbrocious@hawleytroxell.com

Sheila Rae Schwager on behalf of Creditor Rabo AgriFinance LLC
sschwager@hawleytroxell.com, amay@hawleytroxell.com;jbrocious@hawleytroxell.com

Matthew A Sturzen on behalf of Creditor Wilbur-Ellis Company LLC
matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com

Meredith Leigh Thielbahr on behalf of Creditor CNH Industrial Capital America LLC
mthielbahr@grsm.com, ckaiser@grsm.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Brent Russel Wilson on behalf of Creditor Rabo AgriFinance LLC
bwilson@hawleytroxell.com, amay@hawleytroxell.com

Any other CM/ECF registered recipients not reflected herein.

                **PARSONS, LOVELAND, SHIRLEY & LINDSTROM, LLP**


                /s/ Rhett M. Miller_____
                Rhett M. Miller