Rhett M. Miller, ISB No. 11163
PARSONS, LOVELAND, SHIRLEY
& LINDSTROM, LLP
137 West 13th Street
P. O. Box 910
Burley, ID  83318
rmiller@magicvalley.law
Telephone: (208) 878-8382
Facsimile:  (208) 878-0146
*Counsel for Creditors Raft River Rural
Electric Cooperative, Inc., United Electric
Co-op, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: <br><br> MILLENKAMP CATTLE, INC. <br><br> Debtor. | Case No. 24-40158-NGH <br><br> Jointly Administered with Case Nos.: |
|---|---|
| Filing relates to: <br> ☐ ALL DEBTORS <br> ☒ Millenkamp Cattle, Inc. <br> ☐ Idaho Jersey Girls <br> ☐ East Valley Cattle <br> ☐ Millenkamp Properties <br> ☐ Millenkamp Properties II <br> ☐ Millenkamp Family <br> ☐ Goose Ranch <br> ☒ Black Pine Cattle <br> ☐ Millenkamp Enterprises <br> ☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls) <br> 24-40160-NGH (East Valley Cattle) <br> 24-40161-NGH (Millenkamp Properties) <br> 24-40162-NGH (Millenkamp Properties II) <br> 24-40163-NGH (Millenkamp Family) <br> 24-40164-NGH (Goose Ranch) <br> 24-40166-NGH (Black Pine Cattle) <br> 24-40167-NGH (Millenkamp Enterprises) <br> 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) <br><br> Chapter 11 Cases |

**WITNESS LIST OF RAFT RIVER RURAL ELECTRICAL COOPERATIVE, INC. AND UNITED ELECTRIC CO-OP INC. FOR FINAL HEARING ON DKT. NOS. 18 AND 221**

Raft River Rural Electric Cooperative, Inc. ("Raft River"), United Electric Co-op, Inc. ("United Electric") and Moss Grain Partnership ("Moss Grain"), creditors herein, by and through counsel, Rhett M. Miller of the firm of Parsons, Loveland, Shirley & Lindstrom, LLP, hereby submit the exhibit list below for the hearing on Dkt. Nos. 18 and 221 to be held on May 3, 2023

1. Chad Black, Raft River Rural Electric Cooperative, Inc. General Manager
2. Michael Darrington, United Electric Co-op Inc. General Manager

DATED May 3, 2024.

               P<small>ARSONS</small>, L<small>OVELAND</small>, S<small>HIRLEY</small> & L<small>INDSTROM</small>, LLP

               /s/ Rhett M. Miller
               Rhett M. Miller

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 3, 2024, a copy of the foregoing document was filed with the Court via CM/ECF, and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

Aaron Robert Bell on behalf of Creditor MWI Veterinarian Supply, Inc.
abell@evanskeane.com

Morton R. Branzburg on behalf of Creditor MWI Veterinary Supply Inc.
mbranzburg@klehr.com

Heidi Buck Morrison on behalf of Creditor Viterra USA Grain, LLC and Viterra USA Ingredients, LLC
heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com

Laura E Burri on behalf of Creditor Automation Werx, LLC
lburri@morrowfischer.com, klee@morrowfischer.com

Brett R Cahoon on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

William K Carter on behalf of Creditor CNH Industrial Capital America LLC
kentcarter@grsm.com

Matthew T. Christensen on behalf of Debtor Black Pine Cattle LLC
mtc@johnsonmaylaw.com,
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor East Valley Cattle, LLC

mtc@johnsonmaylaw.com,

mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Goose Ranch LLC

mtc@johnsonmaylaw.com,

mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC

mtc@johnsonmaylaw.com,

mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Idaho Jersey Girls LLC

mtc@johnsonmaylaw.com,

mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Millenkamp Cattle, Inc

mtc@johnsonmaylaw.com,

mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Millenkamp Enterprises LLC

mtc@johnsonmaylaw.com,

mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Millenkamp Family LLC

mtc@johnsonmaylaw.com,

mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Millenkamp Properties II LLC

mtc@johnsonmaylaw.com,

mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen on behalf of Debtor Millenkamp Properties, L.L.C.
mtc@johnsonmaylaw.com,
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

David A Coleman on behalf of Creditor Eagle Creek Northwest LLC
david@colemanjacobsonlaw.com

David A Coleman on behalf of Creditor c/o David A. Coleman B & H Farming
david@colemanjacobsonlaw.com

David A Coleman on behalf of Creditor c/o David A. Coleman Youree Land & Livestock, Inc.
david@colemanjacobsonlaw.com

Connor Bray Edlund on behalf of Creditor McAlvain Concrete, Inc.
edlund@mwsslawyers.com, lemieux@mwsslawyers.com

Gery W Edson on behalf of Creditor Land View, Inc.
gedson@gedson.com, tfurey@gedson.com

Jon B Evans on behalf of Creditor Western States Equipment Co.
evans.jb@dorsey.com, sattler.carla@dorsey.com

Zachary Fairlie on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
zfairlie@spencerfane.com

Zachary Fairlie on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
zfairlie@spencerfane.com

Zachary Fairlie on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
zfairlie@spencerfane.com

Brian Faria on behalf of Creditor Viserion Grain, LLC
brian@sawtoothlaw.com

Robert A Faucher on behalf of Interested Party Glanbia Foods Inc
rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Kimbell D Gourley on behalf of Creditor MetLife Real Estate Lending LLC
kgourley@idalaw.com, shudson@idalaw.com

Kimbell D Gourley on behalf of Creditor Metropolitan Life Insurance Company
kgourley@idalaw.com, shudson@idalaw.com

Daniel C Green on behalf of Creditor Viterra USA Grain, LLC and Viterra USA Ingredients, LLC
dan@racineolson.com, mcl@racinelaw.net

Matthew W Grimshaw on behalf of Creditor Ad Hoc Committee of Corn Silage Growers
matt@grimshawlawgroup.com

John F Kurtz, Jr on behalf of Interested Party Sandton Capital Partners LP
jfk@kurtzlawllc.com, tnd@kurtzlawllc.com

Adam Aiken Lewis on behalf of Creditor East Valley Development, LLC
alewis@mofo.com

Karyn Lloyd on behalf of Creditor CNH Industrial Capital America LLC
klloyd@grsm.com

Jed W. Manwaring on behalf of Creditor MWI Veterinarian Supply, Inc.
jmanwaring@evanskeane.com, duskin@evanskeane.com;abell@evanskeane.com

James Justin May on behalf of Debtor Millenkamp Cattle, Inc
jjm@johnsonmaylaw.com,
cjc@johnsonmaylaw.com;acs@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Krystal R. Mikkilineni on behalf of Debtor Black Pine Cattle LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor East Valley Cattle, LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Goose Ranch LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Idaho Jersey Girls LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Millenkamp Cattle, Inc
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Millenkamp Enterprises LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Millenkamp Family LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Millenkamp Properties II LLC
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni on behalf of Debtor Millenkamp Properties, L.L.C.
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Rhett Michael Miller on behalf of Creditor Moss Farms Operations, LLC
rmiller@magicvalley.law

Rhett Michael Miller on behalf of Creditor Moss Grain Partnership
rmiller@magicvalley.law

Rhett Michael Miller on behalf of Creditor Raft River Rural Electric Cooperative, Inc.
rmiller@magicvalley.law

Rhett Michael Miller on behalf of Creditor United Electric Co-op, Inc.
rmiller@magicvalley.law

John D Munding on behalf of Creditor PerforMix Nutrition Systems, LLC
john@mundinglaw.com

Jason Ronald Naess on behalf of U.S. Trustee US Trustee
Jason.r.naess@usdoj.gov

James Niemeier on behalf of Creditor Viterra USA Grain, LLC and Viterra USA Ingredients, LLC
jniemeier@mcgrathnorth.com

John O'Brien on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

John O'Brien on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

John O'Brien on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

Scott C Powers on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
spowers@spencerfane.com, mwatson@spencerfane.com

Cheryl Rambo on behalf of Creditor Idaho State Brand Department
cheryl.rambo@isp.idaho.gov

Janine Patrice Reynard on behalf of Creditor East Valley Development, LLC
janine@averylaw.net,
averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Robert E Richards on behalf of Debtor Millenkamp Cattle, Inc

robert.richards@dentons.com, docket.general.lit.chi@dentons.com

Holly Roark on behalf of Creditor Elevation Electric, LLC
holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Holly Roark on behalf of Creditor Progressive Dairy Service & Supply Corp.
holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Evan Thomas Roth on behalf of Creditor Viserion Grain, LLC
evan@sawtoothlaw.com

Tirzah R. Roussell on behalf of Debtor Black Pine Cattle LLC
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor East Valley Cattle, LLC
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor Goose Ranch LLC
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor Idaho Jersey Girls LLC
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor Millenkamp Cattle, Inc
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor Millenkamp Enterprises LLC
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor Millenkamp Family LLC
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor Millenkamp Properties II LLC
tirzah.roussell@dentons.com

Tirzah R. Roussell on behalf of Debtor Millenkamp Properties, L.L.C.
tirzah.roussell@dentons.com

Miranda K. Russell on behalf of Creditor East Valley Development, LLC
mrussell@mofo.com

Andrew J. Schoulder on behalf of Creditor Rabo AgriFinance LLC
andrew.schoulder@nortonrosefulbright.com, nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com

Sheila Rae Schwager on behalf of Creditor Rabo AgriFinance LLC
sschwager@hawleytroxell.com, amay@hawleytroxell.com;jbrocious@hawleytroxell.com

Sheila Rae Schwager on behalf of Creditor Rabo AgriFinance LLC
sschwager@hawleytroxell.com, amay@hawleytroxell.com;jbrocious@hawleytroxell.com

Matthew A Sturzen on behalf of Creditor Wilbur-Ellis Company LLC
matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com

Meredith Leigh Thielbahr on behalf of Creditor CNH Industrial Capital America LLC
mthielbahr@grsm.com, ckaiser@grsm.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Brent Russel Wilson on behalf of Creditor Rabo AgriFinance LLC
bwilson@hawleytroxell.com, amay@hawleytroxell.com

Any other CM/ECF registered recipients not reflected herein.

**PARSONS, LOVELAND, SHIRLEY & LINDSTROM, LLP**

/s/ Rhett M. Miller
Rhett M. Miller