UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

IN RE:

Millenkamp Cattle, Inc.                Case No.  24-40158-NGH

    Debtor

Filing relates to:                     Jointly Administered With Case Nos.

    ☒ ALL DEBTORS                 24-40159-NGH (Idaho Jersy Girls)
                                  24-40160-NGH (East Valley Cattle)
    ☐ Millenkamp Cattle, Inc.     24-40161-NGH (Millenkamp Properties)
                                  24-40162-NGH (Millenkamp Properties II)
    ☐ Idaho Jersey Girls          24-40163-NGH (Millenkamp Family)
                                  24-40164-NGH (Goose Ranch)
    ☐ East Valley Cattle          24-40166-NGH (Black Pine Cattle)
                                  24-40167-NGH (Millenkamp Enterprises)
    ☐ Millenkamp Properties       24-40165-NGH (Idaho Jersey Girls Jerome Dairy)

    ☐ Millenkamp Properties II

    ☐ Millenkamp Family

    ☐ Goose Ranch                 Chapter 11 Cases

    ☐ Black Pine Cattle

    ☐ Millenkamp Enterprises

    ☐ Idaho Jersey Girls Jerome Dairy

## CONTERRA HOLDINGS, LLC'S WITNESS AND EXHIBIT LIST

    Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC ("Conterra") by and through its attorneys, Spencer Fane LLP, hereby files its Witness and Exhibit List for the hearing on Debtors' first day motions beginning on May 8, 2024.

The contents of the Witness and Exhibit List are contained within Conterra's Notice of Intent to Present Evidence Through Witnesses filed at ECF No. 245, which is incorporated herein by reference.

The following witnesses may be called to testify, or cross examined, by Conterra at the hearing in relation to the matters set for hearing on May 8, 2024: (i) William (Bill) Millenkamp; and (ii) any witnesses identified, or who are called to testify, by any of the Debtors or other creditors or parties in interest in this matter. Conterra reserves the right to cross examine any other witnesses that are permitted to testify at the hearing.

The following exhibits have been introduced and admitted into evidence at the preliminary hearing in relation to the motions set for final hearing on May 8, 2024, and may be relied on at the hearing on May 8, 2024:

| 7001 | Admitted 4.9.24 | Conterra endorsed to Ag Funding SC II LLC ("Ag Funding"), Exhibit 1 (the "$16,500,000 Note") |
|------|-----------------|---|
| 7002 | Admitted 4.9.24 | Loan And Security Agreement dated October 20, 2022, Exhibit 2 |
| 7003 | Admitted 4.9.24 | Financing Statement filed with the Idaho Secretary of State on February 19, 2024 as Doc. No. 20240226411, Exhibit 3 |
| 7004 | Admitted 4.9.24 | Financing Statement filed with the Idaho Secretary of State on February 20, 2024 as Doc. No. 20240226555, Exhibit 4 |
| 7005 | Admitted 4.9.24 | Note Borrowers executed and delivered a Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing (Third Priority) dated October 20, 2022, Exhibit 5 |
| 7006 | Admitted 4.9.24 | Conterra endorsed to Rooster Capital IV LLC ("Rooster"), Exhibit 6 |
| 7007 | Admitted 4.9.24 | Note Borrowers executed and delivered a Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated October 20, 2022, Exhibit 7 |
| 7008 | Admitted 4.9.24 | Financing Statement filed with the Idaho Secretary of State on October 28, 2022 as Doc. No. 20221833441, Exhibit 8 |
| 7009 | Admitted 4.9.24 | Financing Statement filed with the Jerome County Clerk and Recorder on October 20, 2022 at Instrument No. 2224756, Exhibit 9 |
| 7010 | Admitted 4.9.24 | Note Borrowers executed and delivered a Milk Check Assignment Agreement For Glanbia Foods, Inc. dated October 26, 2022, Exhibit 10 |

*See* ECF No. 168.

DATED May 3, 2024.

>Respectfully submitted,
>
>SPENCER FANE LLP
>
>*/s/ Zachary Fairlie*
>John O'Brien (*Pro Hac Vice*)
>Spencer Fane LLP
>1700 Lincoln Street, Suite 2000
>Denver, CO  80203-4554
>Telephone: 303-839-3800
>Email:  jobrien@spencerfane.com
>
>Scott C. Powers #9958
>Spencer Fane LLP
>10 Exchange Place, 11th Floor
>Salt Lake City, UT 84111
>Telephone: 801-322-9164
>Email: spowers@spencerfane.com
>
>Zachary Fairlie (*Pro Hac Vice*)
>Spencer Fane LLP
>1000 Walnut Street, Suite 1400
>Kansas City, MO  64106-2140
>Telephone:  816-474-8100
>Fax:  816-474-3216
>Email:  zfairlie@spencerfane.com
>
>Attorneys for Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 3, 2024 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| W. Kent Carter | kentcarter@grsm.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |

| | |
|---|---|
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| John Brian (JB) Evans | Evans.jb@dorsey.com |
| Brian A. Faria | brian@sawtoothlaw.com |
| David D. Farrell | dfarrell@thompsoncoburn.com |
| Robert A. Faucher | RFaucher@hollandhart.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Zachery J. McCraney | ZJMcCraney@hollandhart.com |
| Krystal Mikkilineni | Krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| Heidi Buck Morrison | heidi@racineolson.com |
| John D. Munding | John@Mundinglaw.com |
| James J. Niemeier | jniemeier@mcgrathnorth.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | Robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| Miranda Russell | mrussell@mofo.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Andrew Schoulder | Andrew.Schoulder@nortonrosefulbright.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| U.S. Trustee | Ustp.region18.bs.ecf@usdoj.gov |
| Brent R. Wilson | bwilson@hawleytroxell.com |

/s/ *Zachary Fairlie*
Zachary Fairlie