Louis Spiker, ISB No. 8281
louis.spiker@millernash.com
MILLER NASH LLP
950 W Bannock St., Ste 1100
Boise, ID 83702
Telephone: 208.609.3798
Fax: 503.224.0155
Attorneys for Standlee Ag Resources

**UNITED STATES BANKRUPTCY COURT DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>　　　Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - Page 1 of 5

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

NOTICE IS HEREBY GIVEN that Louis Spiker of MILLER NASH LLP hereby enters an appearance on behalf of creditor, Standlee Ag Resources, and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to, and served upon:

> Louis Spiker
> MILLER NASH LLP
> 950 W Bannock St., Ste 1100
> Boise, ID 83702
> louis.spiker@millernash.com

The forgoing requests all notices, copies, and pleadings referred to in Federal Rules of Bankruptcy Procedure 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

DATED this 3rd day of May 2024.

MILLER NASH LLP

/s/ Louis Spiker
Louis Spiker, ISB No. 8281
louis.spiker@millernash.com
Miller Nash LLP
950 W Bannock St., Ste 1100 Boise, ID 83702
Telephone: 208.609.3798
Fax: 503.224.0155

Attorney for Standlee Ag Resources

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - Page 2 of 5

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 208.609.3798
950 BANNOCK STREET, STE. 1100
BOISE, IDAHO 83702

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of May, 2024, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF System which sent a Notice of Electronic Filing to those entities and individuals listed on the Court's Electronic Mail Notice List, including the following persons:

| | |
|---|---|
| Matthew T. Christensen, Esq.<br>James J. May, Esq.<br>mtc@johnsonmaylaw.com<br>jjm@johnsonmaylaw.com<br><br>Krystal R. Mikkilineni, Esq.<br>krystal.mikkilineni@dentons.com | Attorneys For Debtors:<br>Black Pine Cattle LLC<br>East Valley Cattle, LLC<br>Goose Ranch LLC<br>Idaho Jersey Girls Jerome Dairy LLC<br>Idaho Jersey Girls LLC<br>Millenkamp Cattle, Inc.<br>Millenkamp Enterprises LLC<br>Millenkamp Family LLC<br>Millenkamp Properties II LLC<br>Millenkamp Properties, L.L.C |
| Robert E. Richards, Esq.<br>Tirzah R. Roussell, Esq.<br>robert.richards@dentons.com<br>tirzah.roussell@dentons.com | Attorneys For Debtor Millenkamp Cattle, Inc. |
| Brett R. Cahoon, Esq.<br>ustp.region18.bs.ecf@usdoj.gov<br>Jason R. Naess, Esq.<br>jason.r.naess@usdoj.gov | United States Trustee |
| Cheryl Rambo, Esq.<br>cheryl.rambo@isp.idaho.gov | Attorneys For Creditor Idaho State Brand Department |
| Daniel C. Green, Esq.<br>Heidi Buck Morrison, Esq.<br>dan@racineolson.com<br>heidi@racineolson.com<br><br>James J. Niemeier, Esq.<br>jniemeier@mcgrathnorth.com | Attorneys For Creditors Viterra USA Grain, LLC and Viterra USA Ingredients, LLC |
| David A. Coleman, Esq.<br>david@colemanjacobsonlaw.com | Attorneys For Creditors B & H Farming, Eagle Creek Northwest LLC and Youree Land & Livestock, Inc |
| David D. Farrell, Esq.<br>dfarrell@thompsoncoburn.com | Attorneys For Creditor Bunge Canada |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - Page 3 of 5

| | |
|---|---|
| Evan T. Roth, Esq.<br>Brian Faria, Esq.<br>evan@sawtoothlaw.com<br>brian@sawtoothlaw.com | Attorneys For Creditor Viserion Grain, LLC |
| Gery W. Edson, Esq.<br>gedson@gedson.com<br>Holly Roark, Esq.<br>holly@roarklawboise.com | Attorneys For Creditors Elevation Electric, LLC and Progressive Dairy Service & Supply Corp |
| Jed W. Manwaring, Esq.<br>Aaron R. Bell, Esq.<br>jmanwaring@evanskeane.com<br>abell@evanskeane.com<br>Morton R. Branzburg, Esq.<br>Domenic E. Pacitti, Esq.<br>mbranzburg@klehr.com .com | MWI Veterinary Supply Co. |
| Janine Patrice Reynard<br>janine@averylaw.net<br>Adam Aiken Lewis, Esq.<br>alewis@mofo.com<br>Miranda K. Russell, Esq.<br>mrussell@mofo.com | Attorneys For Creditor East Valley Development, LLC |
| John D. Munding, Esq.<br>john@mundinglaw.com | Attorneys For Creditor PerforMix Nutrition Systems, LLC |
| John F. Kurtz, Jr., Esq.<br> jfk@kurtzlawllc.com<br>Richard J. Bernard, Esq.<br>Michael R. Stewart, Esq.<br>Scott F. Gautier, Esq. | Attorneys For Interested Party Sandton Capital Partners LP |
| Jon B. Evans, Esq.<br>evans.jb@dorsey.com | Attorneys For Western States Equipment Co. |
| Karyn Lloyd, Esq.<br>Meredith L. Thielbahr, Esq.<br>William Kent Carter, Esq.<br>klloyd@grsm com<br>mthielbahr@grsm.com<br>kentcarter@grsm.com | Attorneys For Creditor CNH Industrial Capital America LLC |
| Kimbell D Gourley, Esq.<br>kgourley@idalaw.com<br>Nikolaus F. Schandlbauer, Esq.<br>Ron C. Bingham, II, Esq. .com | Attorneys For MetLife Real Estate Lending LLC and Metropolitan Life Insurance Company |
| Laura E. Burri, Esq. | Attorneys For Creditor Automation Werx, LLC |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - Page 4 of 5

| | |
|---|---|
| lburri@morrowfischer.com | |
| Matthew A. Sturzen, Esq.<br>matt@shermlaw.com | Attorneys For Creditor Wilbur-Ellis Company LLC |
| Matthew W. Grimshaw, Esq.<br>matt@grimshawlawgroup.com | Attorneys For Creditor Ad Hoc Committee of Corn Silage Growers |
| Rhett M. Miller, Esq. rmiller@magicvalley.law | Attorneys For Creditors Moss Farms Operations, LLC, Moss Grain Partnership, Raft River Rural Electric Cooperative, Inc., and United Electric Co-Op, Inc. |
| Robert A Faucher, Esq.<br>Zachery J. McCraney<br>rfaucher@hollandhart.com<br>zjmccraney@hollandhart.com | Attorneys For Interested Party Glanbia Foods, Inc. |
| Scott C. Powers, Esq.<br>John O'Brien, Esq.<br>Zachary Fairlie, Esq.<br>spowers@spencerfane.com<br>jobrien@spencerfane.com<br>zfairlie@spencerfane.com | Attorneys For Creditors Conterra Holdings, LLC and Ag Funding SC II LLC |
| Sheila R. Schwager, Esq.<br>Brent R. Wilson, Esq.<br>sschwager@hawleytroxell.com<br>bwilson@hawleytroxell.com<br><br>Andrew J. Schoulder, Esq.<br>andrew.schoulder@nortonrosefulbright.com | Attorneys For Creditor Rabo AgriFinance LLC |

/s/ Louis Spiker
Louis Spiker, ISB 8281
Attorney for Standlee Ag Resources

4860-3973-9835.2

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - Page 5 of 5