Louis Spiker, ISB No. 8281
louis.spiker@millernash.com
MILLER NASH LLP
950 W Bannock St., Ste 1100
Boise, ID 8302
Telephone:  208.609.3798
Fax:  503.224.0155
Attorneys for Standlee Ag Resources

## UNITED STATES BANKRUPTCY COURT DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☐ ALL DEBTORS<br>☒ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

STANDLEE AG RESOURCES' OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO HONOR PREPETITION OBLIGATIONS TO CRITICAL VENDORS – Page 1 of 6

**STANDLEE AG RESOURCES' OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO HONOR PREPETITION OBLIGATIONS TO CRITICAL VENDORS**

COMES NOW Standlee Ag Resources, a creditor herein, by and through counsel of record, Louis V. Spiker of the firm Miller Nash, LLP, and hereby objects to *Debtor's Emergency Motion for Entry of an Order Authorizing Debtors to Honor Prepetition Obligations to Critical Vendors* (Dkt. No. 23) ("Critical Vendor Motion") as follows:

**OBJECTION**

On April 2, 2024, Debtor filed a petition for relief herein. On that same date, Debtor filed the Critical Vendor Motion, wherein they seek an order authorizing the Debtor to continue to pay and/or honor the pre-petition claims of critical vendors. On May 1, 2024, Debtor filed a *Supplemental Memorandum in Support of Motion for Entry of an Order Authorizing Debtors to Honor Prepetition Obligations of Critical Vendors* (Dkt. No. 248) ("Supplemental Memorandum"). The Debtor attached an updated list of critical vendors and proposed payments to the Supplemental Memorandum. The updated list of critical vendors and proposed payments references a pre-petition debt owed to Standlee Premium Products in the amount to of $208,490 proposes a payment in the amount of $159,000 to Standlee Premium Products during the week of May 13, 2024. This pre-petition debt is actually owed to Standlee Ag Resources, which sold corn to the Debtor in the fall of 2023 for silage. Standlee Ag Resources filed a notice of its statutory feed lien with the Idaho Secretary of State, File No. 20240134034, on January 29, 2024 listing the corn sold to Millenkamp Cattle, Inc. as collateral. Standlee Ag Resources objects to the entry of an order granting the Critical Vendor Motion to the extent it authorizes payments to Standlee Premium Products rather than Standlee Ag Resources.

STANDLEE AG RESOURCES' OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO HONOR PREPETITION OBLIGATIONS TO CRITICAL VENDORS – Page 2 of 6

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 208.609.3798
950 BANNOCK STREET, STE. 1100
BOISE, IDAHO 83702

## CONCLUSION

Standlee Ag Resources respectfully requests that any order entered by this Court approving the Critical Vendor Motion reference Standlee Ag Resources rather than Standlee Premium Products. In addition, Standlee Ag Resources respectfully requests that any order entered by this Court approving the Critical Vendor Motion clarify (1) that Standlee Ag Resources is not required to release its statutory feed lien until it is paid in full for the corn sold to Millenkamp Cattle Inc. and (2) that Millenkamp Cattle Inc. is prohibited from utilizing the corn sold to Millenkamp Cattle Inc. without first paying Standlee Ag Resources.

Standlee Ag Resources does not intend to present evidence through documents or witnesses at the hearing currently scheduled for May 8, 2024.

DATED this 3rd day of May 2024.

MILLER NASH LLP

/s/ Louis Spiker
Louis Spiker, ISB No. 8281
louis.spiker@millernash.com
Miller Nash LLP
950 W Bannock St., Ste 1100
Boise, ID 8302
Telephone: 503.224.5858
Fax: 503.224.0155

Attorney for Standlee Ag Resources

STANDLEE AG RESOURCES' OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO HONOR PREPETITION OBLIGATIONS TO CRITICAL VENDORS – Page 3 of 6

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 208.609.3798
950 BANNOCK STREET, STE. 1100
BOISE, IDAHO 83702

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of May, 2024, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF System which sent a Notice of Electronic Filing to those entities and individuals listed on the Court's Electronic Mail Notice List, including the following persons:

| | |
|---|---|
| Matthew T. Christensen, Esq.<br>James J. May, Esq.<br>mtc@johnsonmaylaw.com<br>jjm@johnsonmaylaw.com<br><br>Krystal R. Mikkilineni, Esq.<br>krystal.mikkilineni@dentons.com | Attorneys For Debtors:<br>Black Pine Cattle LLC<br>East Valley Cattle, LLC<br>Goose Ranch LLC<br>Idaho Jersey Girls Jerome Dairy LLC<br>Idaho Jersey Girls LLC<br>Millenkamp Cattle, Inc.<br>Millenkamp Enterprises LLC<br>Millenkamp Family LLC<br>Millenkamp Properties II LLC<br>Millenkamp Properties, L.L.C |
| Robert E. Richards, Esq.<br>Tirzah R. Roussell, Esq.<br>robert.richards@dentons.com<br>tirzah.roussell@dentons.com | Attorneys For Debtor Millenkamp Cattle, Inc. |
| Brett R. Cahoon, Esq.<br>ustp.region18.bs.ecf@usdoj.gov<br>Jason R. Naess, Esq.<br>jason.r.naess@usdoj.gov | United States Trustee |
| Cheryl Rambo, Esq.<br>cheryl.rambo@isp.idaho.gov | Attorneys For Creditor Idaho State Brand Department |
| Daniel C. Green, Esq.<br>Heidi Buck Morrison, Esq.<br>dan@racineolson.com<br>heidi@racineolson.com<br><br>James J. Niemeier, Esq.<br>jniemeier@mcgrathnorth.com | Attorneys For Creditors Viterra USA Grain, LLC and Viterra USA Ingredients, LLC |
| David A. Coleman, Esq.<br>david@colemanjacobsonlaw.com | Attorneys For Creditors B & H Farming, Eagle Creek Northwest LLC and Youree Land & Livestock, Inc |

STANDLEE AG RESOURCES' OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO HONOR PREPETITION OBLIGATIONS TO CRITICAL VENDORS – Page 4 of 6

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 208.609.3798
950 BANNOCK STREET, STE. 1100
BOISE, IDAHO 83702

| | |
|---|---|
| David D. Farrell, Esq.<br>dfarrell@thompsoncoburn.com | Attorneys For Creditor Bunge Canada |
| Evan T. Roth, Esq.<br>Brian Faria, Esq.<br>evan@sawtoothlaw.com<br>brian@sawtoothlaw.com | Attorneys For Creditor Viserion Grain, LLC |
| Gery W. Edson, Esq.<br>gedson@gedson.com<br>Holly Roark, Esq.<br>holly@roarklawboise.com | Attorneys For Creditors Elevation Electric, LLC and Progressive Dairy Service & Supply Corp |
| Jed W. Manwaring, Esq.<br>Aaron R. Bell, Esq.<br>jmanwaring@evanskeane.com<br>abell@evanskeane.com<br>Morton R. Branzburg, Esq.<br>Domenic E. Pacitti, Esq.<br>mbranzburg@klehr.com .com | MWI Veterinary Supply Co. |
| Janine Patrice Reynard<br>janine@averylaw.net<br>Adam Aiken Lewis, Esq.<br>alewis@mofo.com<br>Miranda K. Russell, Esq.<br>mrussell@mofo.com | Attorneys For Creditor East Valley Development, LLC |
| John D. Munding, Esq.<br>john@mundinglaw.com | Attorneys For Creditor PerforMix Nutrition Systems, LLC |
| John F. Kurtz, Jr., Esq.<br> jfk@kurtzlawllc.com<br>Richard J. Bernard, Esq.<br>Michael R. Stewart, Esq.<br>Scott F. Gautier, Esq. | Attorneys For Interested Party Sandton Capital Partners LP |
| Jon B. Evans, Esq.<br>evans.jb@dorsey.com | Attorneys For Western States Equipment Co. |
| Karyn Lloyd, Esq.<br>Meredith L. Thielbahr, Esq.<br>William Kent Carter, Esq.<br>klloyd@grsm com<br>mthielbahr@grsm.com<br>kentcarter@grsm.com | Attorneys For Creditor CNH Industrial Capital America LLC |
| Kimbell D Gourley, Esq.<br>kgourley@idalaw.com<br>Nikolaus F. Schandlbauer, Esq. | Attorneys For MetLife Real Estate Lending LLC and Metropolitan Life Insurance Company |

STANDLEE AG RESOURCES' OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO HONOR PREPETITION OBLIGATIONS TO CRITICAL VENDORS – Page 5 of 6

| Ron C. Bingham, II, Esq. .com | |
|---|---|
| Laura E. Burri, Esq.<br>lburri@morrowfischer.com | Attorneys For Creditor Automation Werx, LLC |
| Matthew A. Sturzen, Esq.<br>matt@shermlaw.com | Attorneys For Creditor Wilbur-Ellis Company LLC |
| Matthew W. Grimshaw, Esq.<br>matt@grimshawlawgroup.com | Attorneys For Creditor Ad Hoc Committee of Corn Silage Growers |
| Rhett M. Miller, Esq. rmiller@magicvalley.law | Attorneys For Creditors Moss Farms Operations, LLC, Moss Grain Partnership, Raft River Rural Electric Cooperative, Inc., and United Electric Co-Op, Inc. |
| Robert A Faucher, Esq.<br>Zachery J. McCraney<br>rfaucher@hollandhart.com<br>zjmccraney@hollandhart.com | Attorneys For Interested Party Glanbia Foods, Inc. |
| Scott C. Powers, Esq.<br>John O'Brien, Esq.<br>Zachary Fairlie, Esq.<br>spowers@spencerfane.com<br>jobrien@spencerfane.com<br>zfairlie@spencerfane.com | Attorneys For Creditors Conterra Holdings, LLC and Ag Funding SC II LLC |
| Sheila R. Schwager, Esq.<br>Brent R. Wilson, Esq.<br>sschwager@hawleytroxell.com<br>bwilson@hawleytroxell.com<br><br>Andrew J. Schoulder, Esq.<br>andrew.schoulder@nortonrosefulbright.com | Attorneys For Creditor Rabo AgriFinance LLC |

/s/ Louis Spiker
Louis Spiker, ISB 8281
Attorney for Standlee Ag Resources

4862-9467-6411.1

STANDLEE AG RESOURCES' OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO HONOR PREPETITION OBLIGATIONS TO CRITICAL VENDORS – Page 6 of 6

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 208.609.3798
950 BANNOCK STREET, STE. 1100
BOISE, IDAHO 83702