## BANKRUPTCY COURT
Exhibit List

**SUBMITTED BY:** Rhett M. Miller

| CASE NAME: In Re Millenkamp Cattle, Inc. | COURT DATE: 05/08/2024 | CASE NUMBER: 24-40158-NGH |
|---|---|---|
| **Debtor:** Millenkamp Cattle, Inc. | **Creditor/Trustee:** Raft River Rural Electric & United Electric Co-op | |
| **Debtor's Counsel:** Matt Christensen | **Counsel:** Rhett M. Miller | |
| Exhibit Nos. _____ | Exhibit Nos. 8000-8049 | |
| **PRESIDING JUDGE:** Hon. Noah G. Hillen | **Matter before the Court:** DKT. NOS. 18 and 221 | |

| EXHIBITS | | | DESCRIPTION |
|---|---|---|---|
| NOS. | Date | ADMITTED | |
| 8000 | 04/30/2023 | | Raft River / Millenkamp April 2023 Invoice |
| 8001 | 05/31/2023 | | Raft River / Millenkamp May 2023 Invoice |
| 8002 | 06/30/2023 | | Raft River / Millenkamp June 2023 Invoice |
| 8003 | 07/31/2023 | | Raft River / Millenkamp July 2023 Invoice |
| 8004 | 08/31/2024 | | Raft River / Millenkamp August 2023 Invoice |
| 8005 | 09/30/2023 | | Raft River / Millenkamp September 2023 Invoice |
| 8006 | 10/31/2023 | | Raft River / Millenkamp October 2023 Invoice |
| 8007 | 11/30/2023 | | Raft River / Millenkamp November2023 Invoice |
| 8008 | 12/31/2023 | | Raft River / Millenkamp December 2023 Invoice |
| 8009 | 1/31/2024 | | Raft River / Millenkamp January 2024 Invoice |
| 8010 | 2/29/2024 | | Raft River / Millenkamp February 2024 Invoice |
| 8011 | 3/31/2024 | | Raft River / Millenkamp March 2024 Invoice |
| 8012 | 4/30/2024 | | Raft River / Millenkamp April 2024 Invoice |
| 8013 | 01/31/2023 | | Raft River / Black Pine January 2023 Invoice |
| 8013 | 02/28/2023 | | Raft River / Black Pine February 2023 Invoice |
| 8015 | 03/31/2023 | | Raft River / Black Pine March 2023 Invoice |
| 8016 | 04/30/2023 | | Raft River / Black Pine April 2023 Invoice |

Updated June 11, 2013

| Nos. | Date | Admitted | Description |
|---:|---|---|---|
| 8017 | 5/31/2023 | | Raft River / Black Pine May 2023 Invoice |
| 8018 | 6/30/2023 | | Raft River / Black Pine June 2023 Invoice |
| 8019 | 7/31/2023 | | Raft River / Black Pine July 2023 Invoice |
| 8020 | 8/31/2023 | | Raft River / Black Pine August 2023 Invoice |
| 8021 | 9/30/2023 | | Raft River / Black Pine September 2023 Invoice |
| 8022 | 10/31/2023 | | Raft River / Black Pine October 2023 Invoice |
| 8023 | 11/30/2023 | | Raft River / Black Pine November 2023 Invoice |
| 8024 | 12/31/2023 | | Raft River / Black Pine December 2023 Invoice |
| 8025 | 1/31/2024 | | Raft River / Black Pine January 2024 Invoice |
| 8026 | 2/29/2024 | | Raft River / Black Pine February 2024 Invoice |
| 8027 | 3/31/2024 | | Raft River / Black Pine March 2024 Invoice |
| 8028 | 4/30/2024 | | Raft River / Black Pine April 2024 Invoice |
| 8029 | 1/22/2020 | | Raft River General Policy re Member Accounting Practices |
| 8030 | 4/19/2024 | | Millenkamp Cattle Inc. Check #53476 |
| 8031 | 1/1/2023 | | United Electric / Millenkamp Cattle January 2023 Invoice |
| 8034 | 2/1/2023 | | United Electric / Millenkamp Cattle February 2023 Invoice |
| 8035 | 3/1/2023 | | United Electric / Millenkamp Cattle March 2023 Invoice |
| 8036 | 4/1/2023 | | United Electric / Millenkamp Cattle April 2023 Invoice |
| 8037 | 5/1/2023 | | United Electric / Millenkamp Cattle May 2023 Invoice |
| 8038 | 6/1/2023 | | United Electric / Millenkamp Cattle June 2023 Invoice |
| 8039 | 7/1/2023 | | United Electric / Millenkamp Cattle July 2023 Invoice |
| 8040 | 8/1/2023 | | United Electric / Millenkamp Cattle August 2023 Invoice |
| 8041 | 9/1/2023 | | United Electric / Millenkamp Cattle September 2023 Invoice |
| 8042 | 10/1/2023 | | United Electric / Millenkamp Cattle October 2023 Invoice |
| 8043 | 11/1/2023 | | United Electric / Millenkamp Cattle November 2023 Invoice |
| 8044 | 12/1/2023 | | United Electric / Millenkamp Cattle December 2023 Invoice |
| 8045 | 1/1/2024 | | United Electric / Millenkamp Cattle January 2024 Invoice |
| 8046 | 2/1/2024 | | United Electric / Millenkamp Cattle February 2024 Invoice |
| 8047 | 3/1/2024 | | United Electric / Millenkamp Cattle March 2024 Invoice |
| 8048 | 4/1/2024 | | United Electric / Millenkamp Cattle April 2024 Invoice |
| 8049 | 5/1/2024 | | United Electric / Millenkamp Cattle May 2024 Invoice |