Matthew W. Grimshaw, #10716
GRIMSHAW LAW GROUP, P.C.
800 W. Main Street, Ste. 1460
Boise, Idaho 83702
(208) 391-7860
matt@grimshawlawgroup.com

Ad Hoc Committee of Corn Silage Growers

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor.<br><br>Filing relates to:<br>☐ ALL DEBTORS<br>☒ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br><br><br><br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
|---|---|

STATEMENT PURSUANT TO RULE 2019 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE

PLEASE TAKE NOTICE that, pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rules"), the Ad Hoc Committee of Corn Silage Growers ("Corn Silage Growers") hereby submits this statement in connection with its joint actions in the chapter 11 cases of the above-captioned debtors ("Debtors"), and states as follows:

1
RULE 2019 STATEMENT

1. Pursuant to Rule 2019, Exhibit 1 lists each of the Corn Silage Growers, their respective addresses, and "the nature and amount of each disclosable economic interest," if any, held by each member of the Ad Hoc Committee.

2. The Corn Silage Growers formed the existing group in approximately January 2024 and jointly commenced a lawsuit against one or more of the Debtors ("State Court Action"). The State Court action was assigned Case No. CV27-24-00122. Ultimately, the Corn Silage Growers obtained injunctive relief, precluding the Debtors from using the Corn Silage Growers' collateral without their consent and payment.

3. In the State Court Action, the Corn Silage Growers were represented by the following three law firms: Williams, Meservy, & Larsen LLP, Jeffrey E. Rolig, P.C. and RandsLaw. In these chapter 11 cases, the Corn Silage Growers are represented by Grimshaw Law Group, P.C.

4. Nothing contained in this Rule 2019 Statement is intended to, or should be construed (i) to waive any Interested Party's right to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) to waive any individual Corn Silage Grower's right to have final orders in non-core matters entered only after *de novo* review by a United States District Judge; (iii) as consent to the jurisdiction of the Court over any matter; (iv) as an election of remedy any Interested Party; (v) as a waiver of any Interested Party's right to trial by jury in any proceeding so triable; (vi) as a waiver of any Interested Party's right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (viii) as a waiver of any privilege or protection against disclosure including without limitation the attorney client privilege or the attorney work product doctrine; or (viii) as a waiver of any

other rights, claims, actions, defenses, setoffs, or recoupments to which any Corn Silage Grower is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved. Additionally, nothing herein should be construed as a limitation upon, or waiver of, any rights of any Corn Silage Grower to assert, file, and/or amend any proof of claim in accordance with applicable law and any order entered in these chapter 11 cases.

5. The Corn Silage Growers individually and collectively reserve all rights to amend or supplement this Rule 2019 Statement as necessary for any reason in accordance with Rule 2019.

6. The information contained herein is intended only to comply with Rule 2019 and is not intended for any other purpose or use.

Dated: 6 May 2024               GRIMSHAW LAW GROUP, P.C.

                                By: /s/ Matthew W. Grimshaw
                                    Matthew W. Grimshaw

# **EXHIBIT 1**

| Name | Address | Collateral | Amt. of Claim |
|---|---|---|---|
| Ed Chojnacky | 298 N 100 W<br>Jerome, ID 83338 | Grower's lien in corn silage Form C-1 #20240086373 | $312,330.00 |
| Michael Chojnacky | 51 W 600 N<br>Jerome, ID 83338 | Grower's lien in corn silage Form C-1 #20240086391 | $393,753.60 |
| Dusty Brow Farms, Inc. | 2601 E 1100 S<br>Hazelton, ID 83335 | Grower's lien in corn silage Form C-1 #20240101642 | $245,000.00 |
| Grant 4-D Farms, LLC | 707 E 600 N<br>Rupert, ID 83350 | Grower's lien in corn silage Form C-1 #20240093538 | $396,601.71 |
| Grant & Hagan, Inc. | P.O. Box 326<br>Hazelton, ID 83335 | Grower's lien in corn silage Form C-1 #20240121555 | $604,551.60 |
| Douglas J. Grant | 2050 E 500 S<br>Hazelton, ID 83335 | Grower's lien in corn silage Form C-1 #20240121537 | $222,617.06 |
| Hollifield Ranches, Inc. | 22866 Highway 30<br>Hansen, ID 83334 | Grower's lien in corn silage Form C-1 #20240119877 | $2,044,794.31 |
| Standing 16 Ranch Land Company, LLC | 335 W 300 N<br>Jerome, ID 83338 | Grower's lien in corn silage Form C-1 # 20240099834 | $526,454.40 |
| Star Falls Farms, LLC | 1908 E 1300 S<br>Hazelton, ID 83335 | Grower's lien in corn silage Form C-1 #20240033890 | $202,439.00 |
| Steel Ranch LLC | 3597 E 1100 S<br>Hazelton, ID 83335 | Grower's lien in corn silage Form C-1 #20240101615 | $160,000.00 |

| Bo Stevenson dba B&A Farms | 1001 S 1900 E Hazelton, ID 83335 | Grower's lien in corn silage Form C-1 #20240141280 | $195,478.80 |
| --- | --- | --- | --- |
| Alexander K. Reed | 4296 N 2100 E Filer, ID 83328 | Grower's lien in corn silage Form C-1 #20240126194 | $130,674.66 |
| Triple C Farms, L.L.C. | 474 S 500 W Jerome, ID 83338 | Grower's lien in corn silage Form C-1 #20240101599 | $1,011,955.80 |
| Clint D. Thompson | 298 N 200 W Jerome, ID 83338 | Grower's lien in corn silage Form C-1 #20232220638 | $49,000.00 |
| Jean L. Thompson | 225 N 250 W Jerome, ID 83338 | Grower's lien in corn silage Form C-1 #20232220674 | $38,000.00 |

CERTIFICATE OF MAILING

I certify that on May 6, 2024, the foregoing *Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* was filed electronically through the Bankruptcy Court's CM/ECF filing system, and upon such filing, the CM/ECF registered participants in this case were served by electronic means as more fully reflected on the Notice of Electronic Filing and including the following:

Matthew Christensen – mtc@johnsonmaylaw.com
Justin May – jjm@johnsonmaylaw.com
Krystal Mikkilineni – krystal.mikkilineni@dentons.com
Tirzah Roussell – tirzah.roussell@dentons.com
Robert Richards – robert.richards@dentons.com
US Trustee – ustp.region18.bs.ecf@usdoj.gov
Brett Cahoon – ustp.region18.bs.ecf@usdoj.gov
Heidi Buck Morrison – heidi@racineolson.com
Daniel Green – dan@racineolson.com
David Coleman – david@colemanjacobsonlaw.com
JB Evans – evans.jb@dorsey.com
Kimbell Gourley – kgourley@idalaw.com
Scott Powers – spowers@spencerfane.com
Zachary Fairlie – zfairlie@ spencerfane.com
John O'Brien – jobrien@spencerfane.com
Janine Reynard – janine@averylaw.net
Sheila Schwager – sschwager@hawleytroxell.com
Brent Wilson – bwilson@hawleytroxell.com
Gery Edson – gedson@gedson.com
Matthew Grimshaw – matt@grimshawlawgroup.com
Andrew Waldera – andy@sawtoothlaw.com
Jed Manwaring – jmanwaring@evanskeane.com
Aaron Bell – abell@evanskeane.com
Morton Branzburg – mbranzburg@klehr.com
Meredith Leigh Thielbahr – mthielbahr@grsm.com
Karyn Lloyd – klloyd@grsm.com
James Niemeier – jniemeier@mcgrathnorth.com
Rhett Miller – rmiller@magicvalley.law
Evan Roth - evan@sawtoothlaw.com
Brian Faria – brian@sawtoothlaw.com
Laura Burri – lburri@morrowfischer.com
Robert Faucher – rfaucher@hollandhart.com
John Kurtz – jfk@kurtzlawllc.com
John Munding – john@mundinglaw.com
Jason Naess – jason.r.naess@usdoj.gov
Cheryl Rambo – Cheryl.rambo.isp.idaho.gov
Holly Roark – holly@roarklawboise.com
Matthew Sturzen – matt@shermlaw.com

Kent Carter – kentcarter@grsm.com
David Farrell – dfarrell@thompsoncoburn.com
Adam Lewis – alewis@mofo.com
Zachery McCraney -zjmccraney@hollandhart.com
Miranda Russell – mrussell@mofo.com
Andrew Schoulder – andrew.schoulder@nortonrosefulbright.com


/s/ Matthew W. Grimshaw
Matthew W. Grimshaw