Matthew W. Grimshaw, #10716
GRIMSHAW LAW GROUP, P.C.
800 W. Main Street, Ste. 1460
Boise, Idaho 83702
(208) 391-7860
matt@grimshawlawgroup.com

Ad Hoc Committee of Corn Silage Growers

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br>☐ ALL DEBTORS<br>☒ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

## STATEMENT PURSUANT TO RULE 2019 OF THE
## FEDERAL RULES OF BANKRUPTCY PROCEDURE

PLEASE TAKE NOTICE that, pursuant to Rule 2019 of the Federal Rules of

Bankruptcy Procedure ("Rules"), Grimshaw Law Group, P.C. ("Firm") hereby submits

this statement with respect to the Firm's representation of the parties listed in Exhibit 1

("Interested Parties"), which is incorporated by this reference, in the chapter 11 cases of

the above-captioned debtors ("Debtors"), and states as follows:

1.    Currently, the Firm represents only the Interested Parties in these chapter 11 cases, and accordingly, the Interested Parties are the only persons or entities with respect to which the Firm is required to file a Rule 2019 Statement.

2.    Pursuant to Rule 2019, Exhibit 1 lists each Interested Party and "the nature and amount of each disclosable economic interest," if any, held by each Interested Party.

3.    Nothing contained in this Rule 2019 Statement is intended to, or should be construed (i) to waive any Interested Party's right to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) to waive any Interested Party's right to have final orders in non-core matters entered only after *de novo* review by a United States District Judge; (iii) as consent to the jurisdiction of the Court over any matter; (iv) as an election of remedy any Interested Party; (v) as a waiver of any Interested Party's right to trial by jury in any proceeding so triable; (vi) as a waiver of any Interested Party's right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (viii) as a waiver of any privilege or protection against disclosure including without limitation the attorney client privilege or the attorney work product doctrine; or (viii) as a waiver of any other rights, claims, actions, defenses, setoffs, or recoupments to which the Interested Parties or the Firms are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved. Additionally, nothing herein should be construed as a limitation upon, or waiver of, any rights of any Interested Party to assert, file, and/or amend any proof of claim in accordance with applicable law and any order entered in these chapter 11 cases.

4.      The Firm reserves all rights to amend or supplement this Rule 2019

Statement as necessary for any reason in accordance with Rule 2019.

5.      The information contained herein is intended only to comply with Rule

2019 and is not intended for any other purpose or use.

Dated: <u>6 May 2024</u>                              GRIMSHAW LAW GROUP, P.C.

                                        By:  <u>/s/ Matthew W. Grimshaw</u>
                                             Matthew W. Grimshaw

# EXHIBIT 1

| Name | Address | Collateral | Amt. of Claim |
|---|---|---|---|
| Ed Chojnacky | 298 N 100 W<br>Jerome, ID 83338 | Grower's lien in corn silage<br>Form C-1 #20240086373 | $312,330.00 |
| Michael Chojnacky | 51 W 600 N<br>Jerome, ID 83338 | Grower's lien in corn silage<br>Form C-1 #20240086391 | $393,753.60 |
| Dusty Brow Farms, Inc. | 2601 E 1100 S<br>Hazelton, ID 83335 | Grower's lien in corn silage<br>Form C-1 #20240101642 | $245,000.00 |
| Grant 4-D Farms, LLC | 707 E 600 N<br>Rupert, ID 83350 | Grower's lien in corn silage<br>Form C-1 #20240093538 | $396,601.71 |
| Grant & Hagan, Inc. | P.O. Box 326<br>Hazelton, ID 83335 | Grower's lien in corn silage<br>Form C-1 #20240121555 | $604,551.60 |
| Douglas J. Grant | 2050 E 500 S<br>Hazelton, ID 83335 | Grower's lien in corn silage<br>Form C-1 #20240121537 | $222,617.06 |
| Hollifield Ranches, Inc. | 22866 Highway 30<br>Hansen, ID 83334 | Grower's lien in corn silage<br>Form C-1 #20240119877 | $2,044,794.31 |
| Standing 16 Ranch Land Company, LLC | 335 W 300 N<br>Jerome, ID 83338 | Grower's lien in corn silage<br>Form C-1 # 20240099834 | $526,454.40 |
| Star Falls Farms, LLC | 1908 E 1300 S<br>Hazelton, ID 83335 | Grower's lien in corn silage<br>Form C-1 #20240033890 | $202,439.00 |
| Steel Ranch LLC | 3597 E 1100 S<br>Hazelton, ID 83335 | Grower's lien in corn silage<br>Form C-1 #20240101615 | $160,000.00 |

RULE 2019 STATEMENT

| Bo Stevenson dba B&A Farms | 1001 S 1900 E<br>Hazelton, ID 83335 | Grower's lien in corn silage<br>Form C-1 #20240141280 | $195,478.80 |
|---|---|---|---|
| Alexander K. Reed | 4296 N 2100 E<br>Filer, ID 83328 | Grower's lien in corn silage<br>Form C-1 #20240126194 | $130,674.66 |
| Triple C Farms, L.L.C. | 474 S 500 W<br>Jerome, ID 83338 | Grower's lien in corn silage<br>Form C-1 #20240101599 | $1,011,955.80 |
| Clint D. Thompson | 298 N 200 W<br>Jerome, ID 83338 | Grower's lien in corn silage<br>Form C-1 #20232220638 | $49,000.00 |
| Jean L. Thompson | 225 N 250 W<br>Jerome, ID 83338 | Grower's lien in corn silage<br>Form C-1 #20232220674 | $38,000.00 |

RULE 2019 STATEMENT

<u>CERTIFICATE OF MAILING</u>

I certify that on May 6, 2024, the foregoing *Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* was filed electronically through the Bankruptcy Court's CM/ECF filing system, and upon such filing, the CM/ECF registered participants in this case were served by electronic means as more fully reflected on the Notice of Electronic Filing and including the following:

Matthew Christensen – mtc@johnsonmaylaw.com
Justin May – jjm@johnsonmaylaw.com
Krystal Mikkilineni – krystal.mikkilineni@dentons.com
Tirzah Roussell – tirzah.roussell@dentons.com
Robert Richards – robert.richards@dentons.com
US Trustee – ustp.region18.bs.ecf@usdoj.gov
Brett Cahoon – ustp.region18.bs.ecf@usdoj.gov
Heidi Buck Morrison – heidi@racineolson.com
Daniel Green – dan@racineolson.com
David Coleman – david@colemanjacobsonlaw.com
JB Evans – evans.jb@dorsey.com
Kimbell Gourley – kgourley@idalaw.com
Scott Powers – spowers@spencerfane.com
Zachary Fairlie – zfairlie@ spencerfane.com
John O'Brien – jobrien@spencerfane.com
Janine Reynard – janine@averylaw.net
Sheila Schwager – sschwager@hawleytroxell.com
Brent Wilson – bwilson@hawleytroxell.com
Gery Edson – gedson@gedson.com
Matthew Grimshaw – matt@grimshawlawgroup.com
Andrew Waldera – andy@sawtoothlaw.com
Jed Manwaring – jmanwaring@evanskeane.com
Aaron Bell – abell@evanskeane.com
Morton Branzburg – mbranzburg@klehr.com
Meredith Leigh Thielbahr – mthielbahr@grsm.com
Karyn Lloyd – klloyd@grsm.com
James Niemeier – jniemeier@mcgrathnorth.com
Rhett Miller – rmiller@magicvalley.law
Evan Roth - evan@sawtoothlaw.com
Brian Faria – brian@sawtoothlaw.com
Laura Burri – lburri@morrowfischer.com
Robert Faucher – rfaucher@hollandhart.com
John Kurtz – jfk@kurtzlawllc.com
John Munding – john@mundinglaw.com
Jason Naess – jason.r.naess@usdoj.gov
Cheryl Rambo – Cheryl.rambo.isp.idaho.gov
Holly Roark – holly@roarklawboise.com
Matthew Sturzen – matt@shermlaw.com

Kent Carter – kentcarter@grsm.com
David Farrell – dfarrell@thompsoncoburn.com
Adam Lewis – alewis@mofo.com
Zachery McCraney -zjmccraney@hollandhart.com
Miranda Russell – mrussell@mofo.com
Andrew Schoulder – andrew.schoulder@nortonrosefulbright.com


                                    /s/ Matthew W. Grimshaw
                                    Matthew W. Grimshaw

RULE 2019 STATEMENT