Mark B. Perry ISB #3345
**PERRY LAW, P.C.**
2627 West Idaho Street
P.O. Box 637
Boise, Idaho  83701-0637
Telephone:  (208) 338-1001
Facsimile:   (208) 338-8400
PL File No.  4476.001
mbp@perrylawpc.com

Attorneys for Burks Tractor Company, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>           Debtor. | Case No.  24-40158-NGH<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

  COMES NOW Burks Tractor Company, Inc., creditor and party in interest in the above referenced proceeding and, pursuant to Bankruptcy Rule 9010(b), hereby requests that all notices given or required to be given in this case and in any cases consolidated herewith, be given and served upon his attorneys of record as follows:

  Mark B. Perry
  PERRY LAW, P.C.
  Post Office Box 637
  Boise, Idaho  83701-0637
  Telephone:  (208) 338-1001
  Facsimile:   (208) 338-8400
  E-mail: mbp@perrylawpc.com

  This request encompasses all notices, copies and pleadings referred to in Rule 2002 and 9007 of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions,

demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affect the above-captioned proceeding.

DATED this 6th day of May 2024.

Perry Law, P.C.

By: Mark B. Perry - of the Firm
Attorneys for Burks tractor Company, Inc.

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 6th day of May 2024, a true and correct copy of the foregoing **NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) and REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULES 2002 & 9007** was served upon the following persons via electronic mail through the ECF system of the United States Bankruptcy Court for the District of Idaho.

Millenkamp Cattle, Inc
mtc@johnsonmaylaw.com
jjm@johnsonmaylaw.com
krystal.mikkilineni@dentons.com
robert.richards@dentons.com
robert.richards@dentons.com

Ad Hoc Committee of Corn Silage Growers
matt@grimshawlawgroup.com

Automation Werx, LLC
lburri@morrowfischer.com

B & H Farming
david@colemanjacobsonlaw.com

Bunge Canada
dfarrell@thompsoncoburn.com

CNH Industrial Capital America LLC
kentcarter@grsm.com
klloyd@grsm.com
mthielbahr@grsm.com

Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
zfairlie@spencerfane.com
jobrien@spencerfane.com
spowers@spencerfane.com

East Valley Development, LLC
alewis@mofo.com
janine@averylaw.net
mrussell@mofo.com

Elevation Electric, LLC
holly@roarklawboise.com

Glanbia Foods Inc
rfaucher@hollandhart.com
ZJMcCraney@hollandhart.com

Idaho State Brand Department
cheryl.rambo@isp.idaho.gov

JOHN DEERE FINANCIAL
sfink@weltman.com

Land View, Inc.
gedson@gedson.com

MWI Veterinarian Supply, Inc.
abell@evanskeane.com
jmanwaring@evanskeane.com

MWI Veterinary Supply Inc
mbranzburg@klehr.com

McAlvain Concrete, Inc.
edlund@mwsslawyers.com

MetLife Real Estate Lending LLC
kgourley@idalaw.com

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE — 3**
taw | 4576.001 | Notice of Appearance.wpd | 05062024

Metropolitan Life Insurance Company
kgourley@idalaw.com

Moss Farms Operations, LLC
rmiller@magicvalley.law

Moss Grain Partnership
rmiller@magicvalley.law

PerforMix Nutrition Systems, LLC
john@mundinglaw.com

Progressive Dairy Service & Supply Corp.
holly@roarklawboise.com

Rabo AgriFinance LLC
andrew.schoulder@nortonrosefulbright.com
sschwager@hawleytroxell.com
sschwager@hawleytroxell.com

Raft River Rural Electric Cooperative, Inc.
rmiller@magicvalley.law

Sandton Capital Partners LP
jfk@kurtzlawllc.com

Standlee Ag Resources
louis.spiker@millernash.com

United Electric Co-op, Inc.
rmiller@magicvalley.law

Viserion Grain, LLC
brian@sawtoothlaw.com
evan@sawtoothlaw.com

Viterra USA Grain, LLC and Viterra USA Ingredients, LLC
heidi@racineolson.com
dan@racineolson.com
jniemeier@mcgrathnorth.com

Western States Equipment Co.
evans.jb@dorsey.com

Wilbur-Ellis Company LLC
matt@shermlaw.com

Youree Land & Livestock, Inc.
david@colemanjacobsonlaw.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov
Jason.r.naess@usdoj.gov

_____
Mark B. Perry