# BANKRUPTCY COURT
## Amended Exhibit List

**SUBMITTED BY:   RABO AGRIFINANCE LLC (RAF)**

| CASE NAME: In Re: MILLENKAMP CATTLE, INC.<br><br>Filing Relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | COURT DATE:<br><br>5/8/2024 | CASE NUMBER:<br><br>24-40158-NGH<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
|---|---|---|
| **Plaintiff:** Millenkamp Cattle, Inc. et al.<br><br>**Debtor's Counsel:** Matthew Christianson, Krystal Mikkilineni<br><br>**Exhibit Nos.** <u>1000</u> |  | **Co-Defendant/Creditor:**   Rabo AgriFinance LLC<br><br>**Counsel:** Sheila R. Schwager, Brent Wilson, Andrew Schoulder<br><br>**Exhibit Nos.** 3000 |
| PRESIDING JUDGE: Noah G. Hillen | | |

| EXHBITS NOS. | | Date | ADMITTED | DESCRIPTION |
|---|---|---|---|---|
| 3000 | | 4/21/21 | X | Third Amended and Restated Loan and Security Agreement, dated April 21, 2021 ("**Loan Agreement**") |
| 3001 | | 6/23/21 | X | First Amendment to Third Amended and Restated Loan and Security Agreement, dated June 23, 2021 ("**First Amendment**") |
| 3002 | | 10/21/22 | X | Second Amendment to Third Amended and Restated Loan and Security Agreement, dated October 21, 2022 ("**Second Amendment**"). |

| | | | | |
|---|---|---|---|---|
| 3003 | | 9/18/18 | X | Intercreditor Agreement, dated September 18, 2018 ("**First Intercreditor Agreement**") |
| 3004 | | 9/26/18 | X | Milk Check Assignment Agreement ("**Milk Agreements**") |
| 3005 | | 9/18/18 | X | Collateral Assignment of Milk Contracts ("**Collateral Assignment**") |
| 3006 | | 10/20/22 | X | Long-Term Forbearance Agreement, effective October 20, 2022 ("**Forbearance Agreement**") |
| 3007 | | 10/20/22 | X | Subordination and Intercreditor Agreement, dated October 20, 2022 ("**Second Intercreditor Agreement**") |
| 3008 | | 7/--/23 | X | DL Control Account Agreement |
| 3009 | | 8/11/23 | | August 11, 2023, email from Borrowers ("**August 11 Conversion Email**") |
| 3010 | | 8/14/23 | X | Notice of Termination of Forbearance Agreement, dated August 14, 2023 ("**Termination Notice**") |
| 3011 | | 3/31/23 | X | Rabo AgriFinance – Borrowing Base Certificate for Millenkamp Cattle et al / dated March 31, 2023 |
| 3012 | | 5/31/23 | X | Rabo AgriFinance – Borrowing Base Certificate for Millenkamp Cattle et al / dated May 31, 2023 |
| 3013 | | 12/31/23 | X | Rabo AgriFinance – Borrowing Base Certificate for Millenkamp Cattle et al / dated December 31, 2023 |
| 3014 | | 2/29/24 | X | Draft Borrowing Base Certificate – dated February 29, 2024 |
| 3015 | | 3/29/24 | X | Rabo – Debtors' Long Term Projections as of March 29, 2024 |
| 3016 | | | X | Standton Priming DIP Facility and RAF proposed DIP Facility |
| 3017 | | 2/19/24 | | Financial Support Agreement, dated February 19, 2024 |
| 3018 | | | | [BLANK] |
| 3019 | | 2/08/24 | | Stipulated Facts and Exhibits for Receivership Hearing, February 9, 2024 |
| 3020 | | 2/16/24 | X | Order Appointing Receiver, filed February 16, 2024 |
| 3021 | | | X | 8 Week Cash Flow Budget – Receivership Action Budget |
| 3022 | | 3/22/24 | X | Cash Flow Budget, as of March 22, 2024 |
| 3023 | | 4/03/24 | | Redline RAF Terms Comparison – Sandton DIP Term Sheet |
| 3024 | | 4/04/24 | | Updated – Rabobank Term Sheet Redline (compared to Redline Term Sheet filed by RAF on April 3, 2024) |
| 3025 | | | | Updated Rabobank Term Sheet Redline (compared to Sandton Term Sheet) |

RABO AGRIFINANCE LLC AMENDED EXHIBIT LIST- 2 -

| | | | |
|---|---|---|---|
| 3026 | | | Pricing Comparison of Rabobank DIP Financing Compared to Sandton and Conterra |
| 3027 | 2/26/24 | | Declaration of Matthew R. McKinlay in support of Emergency Motion for Entry of Revised Receivership Order |
| 3028 | 3/15/24 | | Status Report and Renewed Request for Entry of Revised Receivership Order on Emergency Motion |
| 3029 | 4/02/24 | X | Dkt. 22- Debtors' Cash Collateral Motion – filed April 2, 2024 |
| 3030 | 4/02/24 | X | Dkt. 24. Debtors' DIP Financing Motion – filed April 2, 2024 |
| 3031 | 4/02/24 | X | Declaration of William John Millenkamp in support of First Day Motions – filed April 2, 2024 |
| 3032 | 4/08/24 | X | DIP Proposal Comparison |
| 3033 | | X | Debtors Leverage Summary as of the Petition date |
| 3034 | 4/08/24 | X | Rabobank Term Sheet as of 4.8.24 |
| 3035 | 02/27/2024 | | Declaration of Kati Churchill |
| 3036 | 04/05/2024 | X | Rabobank Redline Term Sheet |
| VOL | TWO | | VOLUME TWO |
| 3037 | 4/08/2024 | X | DKT 126 CNH's Limited Objection to Motion for Interim and Final Orders (A) Authorizing Debtor to Obtain DIP Financing (B) Granting Adequate Protection to Pre-Petition Secured Creditors; and (C) Setting Final Hearing |
| 3038 | 3.26.24 | X | Email Exchange between Matt Christensen and Andrew Schoulder re: Beef Checks (receivership) |
| 3039 | 4/08/2024 | X | DKT 143 Supplement to Rabo's Omnibus Objection |
| 3040 | 4/09/2024 | X | DKT 157 Sandton DIP Loan Agreement |
| 3041 | 4/09/2024 | | Transcript of 4.9.24 Hearing |
| 3042 | 4/10/2024 | | Transcript of 4.10.24 Hearing |
| 3043 | 4/11/2024 | | DKT 170: Supplement to DIP Motion- Agreed Upon DIP Loan Agreement |
| 3044 | 4/17/2024 | | Email Forwarding Debtor's Revised DIP Budget and Revised Budget as of April 17, 2024 |
| 3045 | 5/1/2024 | | Email forwarding Debtor's Revised DIP Budget and Revised Budget as of May 1, 2024 |

RABO AGRIFINANCE LLC AMENDED EXHIBIT LIST- 3 -

59797.0007.17124323.3

| VOL | THREE | VOLUME THREE |
|---|---|---|
| 3046 | 4/23/2024 | Dkt. 215 Millenkamp Cattle, Inc. Schedules |
| 3047 | 4/23/2024 | Dkt. 220 20 Largest Unsecured Creditors (2pp) |
| 3048 | 4/23/2024 | Dkt. 23, East Valley Cattle Schedules (46pp). |
| 3049 | 05/01/2024 | Idaho Certificate of Titles with 1st Lienholders |
| 3050 | 05/01/2024 | UCC Filings attached to Millenkamp Equipment |
| 3051 | 05/01/2024 | DIP Budget Comparison |
| 3052 | 05/01/2024 | Debtors' Variance Reports |
| 3053 | 05/01/2024 | FTI Weekly Variance Report |
| 3054 | 08/04/2023 | Email correspondence from David Heida on behalf of Bill Millenkamp to Douglas Gibson at MetLife, dated August 4, 2023. |
| 3055 | 09/25/2023 | Email correspondence between Robert Rice at Sandton with David Heida and Bill Millenkamp re: refinance and KeyBank attachment. |
| 3056 | 03/27/2024 | Email Correspondence between Andrew Wenger and Robert Rice at Sandton Capital with David Heida re: attached DIP Budget |
| 3057 |  | Agreement between Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifield Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C. Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thomson, Steel Ranch, LLC, Dusty Brow Farms, Inc., Millenkamp Cattle, Inc., and William Millenkamp. |
| 3058 | 05/03/2024 | FTI Cash Flow Analysis |
| 3059 | 05/01/2024 | Millenkamp Monthly Financial Statements 2020 – 2023 |
| 3060 | Spring 2024 | Forbes Partners CMI for Millenkamp |
| 3061 | November 2022 | Riveron CMI for Millenkamp |
| 3062 | 03/22/2024-04/30/2024 | DIP Budget Comparison 3/22/24-4/30/24 |
| 3063 | 06/8/2023 | Email from D Heida to James Brooks and Art Moessner re Millenkamp Loan Term Sheet |

RABO AGRIFINANCE LLC AMENDED EXHIBIT LIST- 4 -

| 3064 | | 03/24/2023-02/23/2024 | | Millenkamp Text Messages re Aaron Johnson |
|---|---|---|---|---|
| 3065 | | 09/27/2023 | | Email from D Heida to R Rice re: Millenkamp Financial Projections |
| 3066 | | 12/27/2023 | | Email from D Heida to A Jensen re: Current Financials |
| 3067 | | 12/11/2023 | | Emails between D Heida and D Gibson re Millenkamp Restructuring Sheet |
| 3068 | | 01/31/2024 | | Millenkamp Cattle Inc., TERM SHEET- January 31, 2024 |
| 3069 | | 02/21/2024 | | Email from D Gibson to D Heida re: Millenkamp Funding Request |
| 3070 | | 03/14/2024 | | Email from D Heida to Adam Olivas and B Millenkamp re: Questions from Forbes |