Matthew T. Christensen, ISB: 7213
J.Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste. 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste. 1300
Des Moines, IA  50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re:<br><br>MILLENKAMP CATTLE, INC.<br><br>      Debtor.<br><br>Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle | Case No. 24-40158-NGH<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |
|---|---|

#3929909

## **CERTIFICATE OF SERVICE**

The undersigned, attorney for Millenkamp Cattle, Inc., and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby certifies that a copy of the attached Application to Employ The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker (Docket No. 272) filed in the above-captioned case were mailed, with first class postage prepaid, on May 7, 2024, to the creditors listed below:

ABS Global
Box 22144
Network Place
Chicago IL 60673-1221

Aden Brook Trading Corp
Box 217
Montgomery NY 12549

Brett Jensen Farms
2000 W 113 N
Idaho Falls ID 83402

BUNGE Canada
2765 Solution Center
Chicago IL 60677

Carne I Corp
134 E Highway 81
Burley ID 83318

Clear Lakes Products
PO Box 246
Buhl ID 83316

Clear Water Products LLC
1834 1st Ave
Greeley CO 80631

CNH Productivity Plus
PO Box 71264
Philadelphia, PA 19176-6264

Elevation Electric

485 S Idaho St
Wendell ID 83355

Green Source Automation
3506 Moore Rd
Ceres CA 95307

J.D. Heiskell & Co.
139 River Vista Place
Ste 102
Twin Falls ID 83301

Landview Inc – Livestock
PO Box 475
Rupert ID 83350

Raft River Rural Electric
PO Box 617
Malta ID 83342

Rangen
PO Box 706
Buhl, ID 83316

Receptor Food Group
PO Box 475
Rupert ID 83350

Rocky Mountain Agronomics
1912 W Main
Burley ID 83318

The Dairy Solutions Group
396 Railway St
Jerome ID 83338

Valley Wide COOP
2114 N 20th St
Nampa, ID 83687

Viterra Grain LLC
1111 Bedke Blvd
Burley ID 83318

Westway Feed Products
365 Canal St

Ste 2929
New Orleans LA 70130

Dated this 7th day of May, 2024.

/s/ *Tirzah R. Roussell*
Tirzah R. Roussell
DENTONS
215 10th Street, Ste. 1300
Des Moines, IA  50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: tirzah.roussell@dentons.com

Attorney for Debtors