Kim J. Trout, Esq., ISB No. 2468
Steven F. Schossberger, Esq., ISB No. 5358
**TROUT LAW, PLLC**
3778 N. Plantation River Dr., Ste. 101
Boise, ID  83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
Email:  ktrout@trout-law.com
sschossberger@trout-law.com

*Attorney for Critical Vendor Rocky Mountain Agronomics, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| In re: | |
|---|---|
| MILLENKAMP CATTLE, INC., | Case No. 24-40158-NGH |
| Debtor. | Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to the Federal Rules of Bankruptcy Procedure, Rocky Mountain Agronomics, Inc., by and through its attorneys, Kim J. Trout and Steven F. Schossberger, a creditor/critical vendor in the above-entitled Bankruptcy Case hereby requests that all matters which must be noticed to Creditors, Creditor's Committees, and other parties in the interest set by the Court, the Debtor, or other party in interest, be sent or delivered to the undersigned; and pursuant to Rule 2002(g), the following be added to the Court's master mailing list:

>**TROUT LAW, PLLC**
>3778 N. Plantation River Dr., Ste. 101
>Boise, ID  83703
>Telephone (208) 577-5755
>Facsimile (208) 577-5756
>Email: sschossberger@trout-law.com

Such notices shall include notices by CM/ECF, email, mail, telex, telephone, or other means of transmission, and notice requested shall include, but not limited, to all notices relating to matters

set forth in Rule 2002; matters relating to any motion for conversion or dismissal of a case; sales of property under Section 364, and assumption and rejection of executory contracts under Section 365.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notice, and any subsequently filed pleading, claim, proof of claim, or suit is not intended nor shall be deemed to waive, where applicable, (i) the Parties right to (a) have final orders in any core or noncore matters entered only after de novo review by a district court judge to the extent required by the United State Supreme Court's rulings of Stern v. Marshall, 131 S. Ct. 2594 (2011) and Executive Benefits Ins. Agency vs. Arkison (In re Bellingham Ins. Agency), 134 S. Ct. 2165 (2014), any subsequent case law, and/or as otherwise required by the U.S. Constitution; (b) a trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; and (c) have the reference withdraw by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (ii) any other right, claim, action, defense, setoff, or recoupment, all of which are hereby expressly reserved.

DATED May 7, 2024.

TROUT LAW, PLLC
*/s/ Kim J. Trout*
Kim J. Trout
*Attorney for Creditor Rocky Mountain Agronomics, Inc.*

TROUT LAW, PLLC
*/s/ Steven F. Schossberger*
Steven F. Schossberger
*Attorney for Creditor Rocky Mountain Agronomics, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 7, 2024, a copy of the above and foregoing document, which was filed in this matter, was mailed, with first class postage prepaid, to all parties listed below or on the attached mailing matrix:

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2024, I filed a copy of the foregoing pleading with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

| | |
|---|---|
| **Millenkamp Cattle, Inc** <br> mtc@johnsonmaylaw.com <br> jjm@johnsonmaylaw.com <br> krystal.mikkilineni@dentons.com <br> robert.richards@dentons.com | **East Valley Development, LLC** <br> alewis@mofo.com <br> janine@averylaw.net <br> mrussell@mofo.com |
| **Ad Hoc Committee of Corn Silage Growers** <br> matt@grimshawlawgroup.com | **Elevation Electric, LLC** <br> holly@roarklawboise.com |
| **Automation Werx, LLC** <br> lburri@morrowfischer.com | **Glanbia Foods Inc** <br> rfaucher@hollandhart.com <br> ZJMcCraney@hollandhart.com |
| **B & H Farming** <br> david@colemanjacobsonlaw.com | **Idaho State Brand Department** <br> cheryl.rambo@isp.idaho.gov |
| **Bunge Canada** <br> dfarrell@thompsoncoburn.com | **JOHN DEERE FINANCIAL** <br> sfink@weltman.com |
| **CNH Industrial Capital America LLC** <br> kentcarter@grsm.com <br> klloyd@grsm.com <br> mthielbahr@grsm.com | **Land View, Inc.** <br> gedson@gedson.com |
| **Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att** <br> zfairlie@spencerfane.com <br> jobrien@spencerfane.com <br> spowers@spencerfane.com | **MWI Veterinarian Supply, Inc.** <br> abell@evanskeane.com <br> jmanwaring@evanskeane.com |
| **MWI Veterinary Supply Inc** <br> mbranzburg@klehr.com | **McAlvain Concrete, Inc.** <br> edlund@mwsslawyers.com |
| **MetLife Real Estate Lending LLC** <br> kgourley@idalaw.com | **Metropolitan Life Insurance Company** <br> kgourley@idalaw.com |
| **Moss Farms Operations, LLC** <br> rmiller@magicvalley.law | **Moss Grain Partnership** <br> rmiller@magicvalley.law |
| **PerforMix Nutrition Systems, LLC** <br> john@mundinglaw.com | **Progressive Dairy Service & Supply Corp.** <br> holly@roarklawboise.com |

Notice of Appearance and Request for Notice | Page 3

| **Rabo AgriFinance LLC** <br> andrew.schoulder@nortonrosefulbright.com <br> sschwager@hawleytroxell.com | **Raft River Rural Electric Cooperative, Inc.** <br> rmiller@magicvalley.law |
|---|---|
| **Sandton Capital Partners LP** <br> jfk@kurtzlawllc.com | **Standlee Ag Resources** <br> louis.spiker@millernash.com |
| **United Electric Co-op, Inc.** <br> rmiller@magicvalley.law | **Viserion Grain, LLC** <br> brian@sawtoothlaw.com <br> evan@sawtoothlaw.com |
| **Viterra USA Grain, LLC and Viterra USA Ingredients, LLC** <br> heidi@racineolson.com <br> dan@racineolson.com <br> jniemeier@mcgrathnorth.com | **Western States Equipment Co.** <br> evans.jb@dorsey.com |
| **Wilbur-Ellis Company LLC** <br> matt@shermlaw.com | **Youree Land & Livestock, Inc.** <br> david@colemanjacobsonlaw.com |
| **US Trustee** <br> ustp.region18.bs.ecf@usdoj.gov <br> Jason.r.naess@usdoj.gov | |

And as otherwise reflected on the Court's Notice of Electronic filing.

Dated: June 9, 2023

                                     */s/ Kim J. Trout*
                                     Kim J. Trout
                                     *Attorney for Creditor Rocky Mountain Agronomics, Inc.*