# BANKRUPTCY COURT
## AMENDED Exhibit List

**SUBMITTED BY:** Matt Christensen

| | |
|---|---|
| **CASE NAME:** Millenkamp Cattle, Inc., et. al. | **COURT DATE:** May 8, 2024    **CASE NUMBER:** 24-40158-NGH |
| **Debtor:** Millenkamp Cattle, Inc., et. al. | **Creditor/Trustee:** Various |
| **Debtor's Counsel:** Krystal Mikkilineni/Matt Christensen | **Counsel:** |
| **Exhibit Nos.** 1018-1030 | **Exhibit Nos.** |
| **PRESIDING JUDGE:** Noah G. Hillen | **Matter before the Court:** Cash Collateral/DIP |

| EXHIBITS NOS. | Date | ADMITTED | DESCRIPTION |
|---|---|---|---|
| 1018 | | | Equipment Appraisal |
| 1019 | | | Livestock Appraisal |
| 1020 | | | Broker's Price Opinion |
| 1021 | | | Inventory - 4/9/24 Hearing |
| 1022 | | | Updated Inventory - 5/2/24 |
| 1023 | | | Equity Cushion Analysis |
| 1024 | | | Rabo's Equity Cushion in Personal Property |
| 1025 | | | Investment Banker Report |
| 1026 | | | Cash Collateral Budget |
| 1027 | | | Critical Vendor List |
| 1028 | | | Western States Lease |
| 1029 | | | Sandton DIP Agreement |
| 1030 | | | Critical Vendor Summary with liens/503(b)(9) claims |