Jason R. Naess, ISBN 8407
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
Andrew S. Jorgensen, ISBN 8695
United States Department of Justice
Office of the United States Trustee
720 Park Blvd, Ste. 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

## MINUTES OF 341(a) MEETING OF CREDITORS

Date of Meeting:    May 10, 2024            Location of Meeting:  Telephonic
Recorder Track No:  N.A.

- Debtor(s) sworn & examined.
- ☐ Debtor(s)' attorney ● Present ◯ Not present ◯ *Pro Se*
- Schedules & Statements filed.
- Debtor(s) advised of United States Trustee's Chapter 11 Operating Guidelines and Reporting Requirements.

**Debtor Identification Issues:** ■ None

☐  No Photo ID.                         ☐  ID does not match petition.
☐  No proof of SSN                      ☐  Debtor to file amended petition.

**Action Items:** ☐ None
- 341(a) Meeting Continued to: May 30, 2024, at 9:00 a.m.

☐  Dismiss for:

☐  Other:

**Additional Information**:    Debtors to file amendments to schedules and 2015.3 Reports prior to continued meeting.

Date:  5/10/24

                                 /s/ Brett R. Cahoon
                                BRETT R. CAHOON
                                Attorney for United States Trustee

List of Attendees

| Name | Who you Represent |
|---|---|
| Matt Christensen | Debtors |
| Krystal Mikkilenini | Debtors |
| Bill Millenkamp | Debtors' Representative |
| David Hyda | Debtor's Representative |
| Evan Roth, Brian Frias | Viserion Grain |
| Matt Grimshaw | Silage Group |
| Miranda Russell, Adam Lewis, Janine Reynard | East Valley Development |
| John O'Brien | Conterra |
| Laura Burri | Automation Werx |
| Kim Gourley | Metlife |
| James Frias | Greensource |
| Holly Roark | Elevation Electric, Progressive Dairy |
| Bob Faucher | Glambia Foods |
| Tyson Nelson | Carne I Corp |
| Sheila Schwager | Rabo |
| Gregory Zemitas | Bunge North America |
| Juanita Shwortscoff, Sam Williams | Metlife – Focus Management Group |
| Conner Edwin | Mackelvain Concrete |
| Cisco Connell | Greensource |
| Gary Edson | Landview |
| Katie Churchill | Kandor |