Jason Naess, ISBN 8407  
Assistant United States Trustee  
Brett R. Cahoon, ISBN 8607  
United States Department of Justice  
Office of the United States Trustee  
550 West Fort Street Ste 698  
Boise, Idaho 83724  
(208) 334-1300  
(208) 334-9756 [Facsimile]  
ustp.region18.bs.ecf@usdoj.gov  
Attorneys for the Acting United States Trustee  

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☐ ALL DEBTORS<br>☒ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

## NOTICE OF APPOINTMENT
## OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Acting United States Trustee hereby appoints the following persons as members of the Official Committee of Unsecured Creditors in this case pursuant to 11 U.S.C. § 1102(a).

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste. 200
Omaha, NE 68130

Wilbur Ellis Nutrition-Rangen
c/o Tony Champion
P.O. Box 706
115 13th Av. So.
Buhl, ID 83316

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Date:  May 14, 2024

Gregory M. Garvin
Acting United States Trustee, Region 18

/s/ Brett R. Cahoon
BRETT R. CAHOON
Assistant United States Trustee

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 14, 2024, I caused to be filed a copy of the foregoing electronically through the CM/ECF system, which causes the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Matthew T. Christensen (Debtor's Counsel)

Krystal Mikkilineni (Debtor's Counsel)

Date: May 14, 2024

                                            /s/ Brett R. Cahoon
                                            BRETT R. CAHOON