# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☐ ALL DEBTORS<br>☒ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

## CERTIFICATION UNDER PENALTY OF PERJURY

I, Alicia Burns, hereby certify under penalty of perjury that Viterra USA Grain, LLC and Viterra USA Ingredients, LLC (including any and all of its affiliates), "the Affiant" owns or controls the following (i) claims against or debts and/or equity securities of the above captioned Debtor(s) and /or (ii) other financial arrangements including, but not limited to hedged positions, derivative securities or insurance, that may affect the value of the positions held by the Affiant in claims against and/or interests in the Debtor's securities, in the following designated amounts:

| Description of Claims, Debt and/or Equity Securities/Other Financial Arrangement | Amount |
|---|---|
| The Affiant owns or controls claims totaling the listed amount for commodities sold to the Debtor, of this amount, $1,954,760.96 is asserted to be an administrative 503(b)(9) claim for commodities delivered to the debtor | $4,575,404.28 |

| within 20 days of the petition date. | |
|---|---|
| | |
| | |
| | |
| | |

I hereby certify that the information provided herein constitutes the only claims against, and/or debt or equity interests in the Debtor that are owned or controlled by the Affiant. I further certify that I have the requisite authority to make this certification and that this certification applies to all debt or any similar instruments or securities held by or relating to the Affiant.

Date: _5-15-2024__

By: _____
Print Name: ___Alicia Burns_____
Title: __Senior Credit Manager___