D. Blair Clark, ISB# 1367
LAW OFFICE OF D. BLAIR CLARK, PC
967 E. Parkcenter Blvd., #282
Boise, ID 83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email: dbc@dbclarklaw.com
Attorneys for Blue Cross of Idaho

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In re: | Case No. **24-40158** |
|---|---|
| **MILLENKAMP CATTLE, INC.,** | NOTICE OF APPEARANCE AND REQUEST TO BE INCLUDED ON MASTER MAILING LIST AND TO RECEIVE COPIES OF DOCUMENTS |
| Debtor. | |

COMES NOW D. Blair Clark of the Law Office of D. Blair Clark, and hereby enters an appearance on behalf of creditor Blue Cross of Idaho. Furthermore, the undersigned requests:

1.  That he be provided with copies of all documents or pleadings filed in this case;

2.  That he be included on the master mailing list as the attorney for creditor Blue Cross of Idaho;

3.  That he be provided with copies of all notices as provided by Bankruptcy Rule 2002.

4.  This notice and request shall remain in force until closing of this case.

5.  All mailings should be addressed to:

NOTICE OF APPEARANCE - Page 1

Blue Cross of Idaho
c/o D. Blair Clark, Atty
967 E Parkcenter Blvd #282
Boise, Idaho 83706
Email: dbc@dbclarklaw.com; mbc@dbclarklaw.com

Dated this 15th day of May, 2024.

                    LAW OFFICE OF D. BLAIR CLARK, PC

            by: /S/ D. Blair Clark
                D. Blair Clark
                Attorneys for Blue Cross of Idaho

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2024, a true and correct copy of the foregoing Notice of Appearance and Request for Notice was served upon all parties in interest, by mailing the same, postage prepaid, addressed as follows:

Matthew Christensen
mtc@johnsonmaylaw.com

Justin May
jjm@johnsonmaylaw.com

Krystal Mikkilineni
krystal.mikkilineni@dentons.com

Robert Richards
roger.richards@dentons.com

Tirzah Roussell
tirzah.roussell@dentons.com

US Trustee's Office
jason.r.naess@usdoj.gov
brett.r.cahoon@usdoj.gov

All other participants on ECF

                */s/ D. Blair Clark*
                D. Blair Clark