# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☐ ALL DEBTORS<br><br>☒ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

## CERTIFICATION UNDER PENALTY OF PERJURY

I, Anton (Tony) Champion, hereby certify under penalty of perjury that Wilbur Ellis Nutrition - Rangen (including any and all of its affiliates), "the Affiant" owns or controls the following (i) claims against or debts and/or equity securities of the above captioned Debtor(s) and /or (ii) other financial arrangements including, but not limited to hedged positions, derivative securities or insurance, that may affect the value of the positions held by the Affiant in claims against and/or interests in the Debtor's securities, in the following designated amounts:

| Description of Claims, Debt and/or Equity Securities/Other Financial Arrangement | Amount |
|---|---|
| Goods (Feed) Sold | $528,827.61 |
| | |
| | |

|  |  |
|--|--|
|  |  |
|  |  |

    I hereby certify that the information provided herein constitutes the only claims against, and/or debt or equity interests in the Debtor that are owned or controlled by the Affiant. I further certify that I have the requisite authority to make this certification and that this certification applies to all debt or any similar instruments or securities held by or relating to the Affiant.

Date:__5-15-24___

By: _(signature)_
Print Name:__Anton Champion_____
Title: _Director of Credit and Financing__