Gery W. Edson
GERY W. EDSON, P.A.
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, Idaho 83702
Phone:(208) 345-8700
Fax: (208) 389-9449
Idaho Bar No. 2984
Email: gedson@gedson.com
Attorney for Land View, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re:

MILLENKAMP CATTLE, INC.,

Debtor.

Filing relates to:

☐ ALL DEBTORS
☒ Millenkamp Cattle, Inc.
☐ Idaho Jersey Girls
☐ East Valley Cattle
☐ Millenkamp Properties
☐ Millenkamp Properties II
☐ Millenkamp Family
☐ Goose Ranch
☐ Idaho Jersey Girls Jerome Dairy
☐ Black Pine Cattle
☐ Millenkamp Enterprises

Case No. 24-40158-NGHA

Jointly Administered With
Case Nos.:

24-40159-NGH (Idaho Jersey Girls)
24-40160-NGH (East Valley Cattle)
24-40161-NGH (Millenkamp Properties)
24-40162-NGH (Millenkamp Properties II)
24-40163-NGH (Millenkamp Family)
24-40164-NGH (Goose Ranch)
24-40165-NGH (Idaho Jersey Girls
          Jerome Dairy
24-40166-NGH (Black Pine Cattle)
24-40167-NGH (Millenkamp Enterprises)

Chapter 11 Cases

**CERTIFICATION UNDER PENALTY OF PERJURY**

I, Dan Noble, hereby certify under penalty of perjury that Land View, Inc. and Receptor Food Group (including any and all of their affiliates), "the Affiants" own and control the

CERTIFICATION UNDER PENALTY OF PERJURY - Page 1

following (i) claims against or debts and/or equity securities of the above-captioned Debtor(s) and/or (ii) other financial arrangements including, but not limited to, hedged positions, derivative securities or insurance, that may affect the value of the positions held by the Affiants in claims against and/or interests in the Debtor's securities, in the following designated amounts:

| Description of Claims, Debt and/or Equity Securities/Other Financial Arrangement | Amount |
|---|---|
| The Affiants own or control claims totaling the listed amount for commodities sold to the Debtor, of this amount, $1,160,364.07 is asserted to be an administrative 503(b)(9) claim for commodities delivered to the Debtor within 20 days of the petition date. | $9,276,353.08 |

I hereby certify that the information provided herein constitutes the only claims against and/or debt or equity interests in the Debtor that are controlled by the Affiants. I further certify that I have the requisite authority to make this certification and that this certification applies to all debt or any similar instruments or securities held by or relating to the Affiant.

Dated: 5/16/2024

By: *[signature]*
Dan Noble, Credit Manager
Land View, Inc.

CERTIFICATION UNDER PENALTY OF PERJURY - Page 2