UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**<u>ORDER DENYING DEBTOR'S CRITICAL VENDOR MOTION</u>**

The Court, having reviewed the Debtors' Emergency Motion for Entry of an Order Authorizing Debtors to Honor Prepetition Obligations to Critical Vendors (Docket No. 23 – the "Motion"), and the objections thereto filed by the United States Trustee (Docket No. 117 and 231) as well as the objections filed by creditor Moss Grain Partnership (Docket No. 222) and creditor Standlee Ag Resources (Docket No. 265), an interim hearing having been held on the Motion on

April 9 and 10, 2024, and the Court granting, on a limited interim basis, part of the relief requested in the Motion for the reasons outlined at the interim hearing (Docket No. 173), a further evidentiary hearing being held on the Motion on May 8 and 9, 2024, and for the reasons outlined on the record at the hearing on May 9, 2024,

    IT IS HEREBY ORDERED that the Motion is denied.

//end of text//

DATED: May 16, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by: Matthew T. Christensen, attorney for the Debtors

Approved as to form:

  /s/ Jason Naess (email approval)_____

Jason R. Naess, Assistant United States Trustee