# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 5/16/2024 |
| Case: 24–40158–NGH | Form ID: pdf094 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust      US Trustee      ustp.region18.bs.ecf@usdoj.gov
aty      Brett R Cahoon      ustp.region18.bs.ecf@usdoj.gov
aty      Jason Ronald Naess      Jason.r.naess@usdoj.gov

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Millenkamp Cattle, Inc      471 North 300 West      Jerome, ID 83338

TOTAL: 1