**EXHIBIT A**

| Feed | 503(b)(9) Payments |
|---|---:|
| Aden Brook Trading Corp | 802,625 |
| Amalgamated Sugar | 1,309 |
| American Calf Products | 194,333 |
| Carne I Corp. | 144,069 |
| J.D. Heiskell & Co. | 113,922 |
| Land View, Inc-Livestock- Animal Care | 1,095,639 |
| MicroProteins, Inc. | 7,074 |
| Receptor Food Group | 114,172 |
| Viterra USA Grain, LLC | 1,943,287 |
| WAG Services Inc | 685 |
|  |  |
| **Vet/Med** |  |
| MWI Veterinary | 509,787 |
|  |  |
| **Repairs & Maintenance** |  |
| Automation Werx, LLC | 23,323 |
| Coastline | 8,421 |
| Elevation Electric | 141,370 |
| G.J. Verti-line Pumps, Inc. | 1,345 |
| Les Schwab Tire Center | 1,494 |
| Progressive Dairy Service and Supplies | 59,255 |
| Schow's Auto Parts | 1,307 |
| Tacoma Screw Products, Inc. | 815 |
| The Dairy Solutions Group | 75,742 |
|  |  |
| **Fuel** |  |
| Conrad & Bischoff, Inc. | 153,779 |
| United Oil | 593 |
|  |  |
| **Chemicals** |  |
| Rocky Mountain Agronomics | 55,236 |
| Clear Lakes Products | 133,158 |
|  |  |
| **Semen** |  |
| ABS Global, Inc. | 187,563 |
|  |  |
| **Other** |  |
| Butte Irrigation Inc | 45,242 |
|  |  |
| **Total** | **5,815,545** |