# EXHIBIT B

# EXHIBIT 1023

| Equity Cushion Analysis | | |
|---|---|---|
| **Property** | | |
| Real Estate | $ 467,420,000.00 | |
| Personal Property | $ 178,924,730.00 | Note - takes into consideration equipment liens and ag liens and decreases the total value by those amounts |
| | | |
| **Total Property** | **$ 646,344,730.00** | |
| | | |
| | | |
| **Debt** | | |
| MetLife | $ 180,473,929.72 | |
| Rabo | $ 93,842,831.04 | |
| Conterra | $ 21,486,023.04 | |
| Sandton | $ 45,000,000.00 | |
| | | |
| **Total Secured Debt** | **$ 340,802,783.80** | |
| | | |
| | | |
| **Total Equity** | **$ 305,541,946.20** | |
| **Equity Cushion** | **47.26%** | |