# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 5/22/2024 |
| Case: 24–40158–NGH | Form ID: pdf016 | Total: 199 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | CNH Industrial Capital America LLC |
| cr | MWI Veterinary Supply Inc. |
| cr | McAlvain Concrete, Inc. |
| cr | JOHN DEERE FINANCIAL |
| cr | Rocky Mountain Agronomics, Inc. |
| 5339219 | #3924637 |
| 5337874 | Badger Bearing PTP, Inc |

TOTAL: 7

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Aaron Robert Bell | abell@evanskeane.com |
| aty | Adam Aiken Lewis | alewis@mofo.com |
| aty | Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| aty | Brent Russel Wilson | bwilson@hawleytroxell.com |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brian Faria | brian@sawtoothlaw.com |
| aty | Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| aty | Connor Bray Edlund | edlund@mwsslawyers.com |
| aty | D Blair Clark | dbc@dbclarklaw.com |
| aty | Daniel C Green | dan@racineolson.com |
| aty | David A Coleman | david@colemanjacobsonlaw.com |
| aty | Evan Thomas Roth | evan@sawtoothlaw.com |
| aty | Gery W Edson | gedson@gedson.com |
| aty | Heidi Buck Morrison | heidi@racineolson.com |
| aty | Holly Roark | holly@roarklawboise.com |
| aty | James Niemeier | jniemeier@mcgrathnorth.com |
| aty | James Justin May | jjm@johnsonmaylaw.com |
| aty | Janine Patrice Reynard | janine@averylaw.net |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| aty | Jed W. Manwaring | jmanwaring@evanskeane.com |
| aty | John O'Brien | jobrien@spencerfane.com |
| aty | John D Munding | john@mundinglaw.com |
| aty | John F Kurtz, Jr | jfk@kurtzlawllc.com |
| aty | Jon B Evans | evans.jb@dorsey.com |
| aty | Karyn Lloyd | klloyd@grsm.com |
| aty | Kim J Trout | ktrout@trout–law.com |
| aty | Kimbell D Gourley | kgourley@idalaw.com |
| aty | Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| aty | Laura E Burri | lburri@morrowfischer.com |
| aty | Louis V. Spiker | louis.spiker@millernash.com |
| aty | Mark Bradford Perry | mbp@perrylawpc.com |
| aty | Matthew A Sturzen | matt@shermlaw.com |
| aty | Matthew T. Christensen | mtc@johnsonmaylaw.com |
| aty | Matthew W Grimshaw | matt@grimshawlawgroup.com |
| aty | Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| aty | Miranda K. Russell | mrussell@mofo.com |
| aty | Morton R. Branzburg | mbranzburg@klehr.com |
| aty | Rhett Michael Miller | rmiller@magicvalley.law |
| aty | Robert A Faucher | rfaucher@hollandhart.com |
| aty | Robert E Richards | robert.richards@dentons.com |
| aty | Scott C Powers | spowers@spencerfane.com |
| aty | Sheila Rae Schwager | sschwager@hawleytroxell.com |
| aty | Tirzah R. Roussell | tirzah.roussell@dentons.com |
| aty | William K Carter | kentcarter@grsm.com |
| aty | Zachary Fairlie | zfairlie@spencerfane.com |

TOTAL: 46

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Millenkamp Cattle, Inc | 471 North 300 West | Jerome, ID 83338 | |
| cr | Rabo AgriFinance LLC | c/o Sheila R. Schwager | P.O. Box 1617 | Boise, ID 83701 |
| cr | Viterra USA Grain, LLC and Viterra USA Ingredients, LLC | c/o Racine Olson, PLLP | P.O. Box 1391 | Pocatello, ID 83204 |
| cr | MetLife Real Estate Lending LLC | c/o Kimbell D. Gourley | 10801 Mastin Blvd Suite 700 | Overland Park, KS 66210 |
| cr | Metropolitan Life Insurance Company | c/o Kimbell D. Gourley | 10801 Mastin BLVD Suite 700 | Overland Park, KS 66210 |

| | | |
|---|---|---|
| cr | Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att    Spencer Fane    1700 Lincoln Street    Suite 2000    Denver, CO 80203 | |
| cr | Western States Equipment Co.    500 East Overland Road    Meridian, ID 83642 | |
| cr | c/o David A. Coleman Youree Land & Livestock, Inc.    Coleman, Ritchie & Jacobson    PO BOX 525    TWIN FALLS, ID 83303–0525 UNITED STATES | |
| cr | c/o David A. Coleman B & H Farming    Coleman, Ritchie & Jacobson    PO BOX 525    TWIN FALLS, ID 83303–0525 UNITED STATES | |
| cr | East Valley Development, LLC    c/o Avery Law    3090 E Gentry Way, Ste 250    Meridian, ID 83642 | |
| cr | Land View, Inc.    P.O. Box 475    Rupert, ID 83350 | |
| cr | MWI Veterinarian Supply, Inc.    3041 W PASADENA DRIVE    Boise, ID 83705 UNITED STATES | |
| cr | Raft River Rural Electric Cooperative, Inc.    c/o Rhett M. Miller    P.O. Box 910    Burley, ID 83318 | |
| cr | Viserion Grain, LLC    c/o Sawtooth Law Offices, PLLC    213 Canyon Crest Dr., Ste 200    Twin Falls, ID 83301 UNITED STATES | |
| cr | Ad Hoc Committee of Corn Silage Growers    153 East Main Street    PO Box 168    Jerome, ID 83338 | |
| cr | Progressive Dairy Service & Supply Corp.    485 S IDAHO ST    WENDELL, ID 83355–5241 | |
| cr | Elevation Electric, LLC    485 S IDAHO ST    WENDELL, ID 83355–5241 | |
| cr | Bunge Canada C/O David D. Farrell    David D. Farrell. Esq.    One Bank Plaza    Suite 2700    St. Louis, MO 63101 | |
| intp | Glanbia Foods Inc    c/o Robert A Faucher    POB 2527    Boise, ID 83701 | |
| intp | Sandton Capital Partners LP    16 W 46th Street, 1st Floor    New York, NY 10036 | |
| cr | Automation Werx, LLC    Morrow & Fischer, PLLC    4 Ogden Avenue    Nampa, ID 83651 | |
| cr | Wilbur–Ellis Company LLC    c/o Matthew A. Sturzen    P.O. Box 2247    Salem, OR 97308 | |
| cr | PerforMix Nutrition Systems, LLC    MUNDING, P.S.    309 E. FARWELL RD., STE 310    Spokane, WA 99218 UNITED STATES | |
| cr | Idaho State Brand Department    700 S. Stratford Dr.    Meridian, ID 83642 UNITED STATES | |
| cr | Moss Grain Partnership    c/o Rhett M. Miller    P.O. Box 910    Burley, ID 83318 | |
| cr | Moss Farms Operations, LLC    c/o Rhett M. Miller    P.O. Box 910    Burley, ID 83318 | |
| cr | United Electric Co–op, Inc.    c/o Rhett M. Miller    P.O. Box 910    Burley, ID 83318 | |
| cr | Standlee Ag Resources    c/o Miller Nash LLP    950 W Bannock St, Ste 1100    Boise, ID 83702 | |
| cr | Burks Tractor Company, Inc.    3140 Kimberly Road    Twin Falls, ID 83301 | |
| cr | Blue Cross of Idaho Health Service, Inc    c/o Law Office of D. Blair Clark PC    967 East Parkcenter Boulevard, #282    Boise, ID 83706 UNITED STATES | |
| aty | Adam A Lewis    Morrison & Foerster LLP    425 Market Street    San Francisco, CA 94105 | |
| aty | Andrew Schoulder    1301 Avenue of The Americas    New York, NY 10019–6022 | |
| aty | Domenic E Pacitti    Klehr Harrison Harvey Branzburg LLP    919 Market Street    Suite 1000    Wilmington, DE 19801 | |
| aty | James J Niemeier    McGrath North Mullin & Kratz, PC LLO    1601 Dodge Street    Ste 3700    Omaha, NE 68102 | |
| aty | John O'Brien    Spencer Fane LLP    1700 Lincoln Steet    Suite 2000    Denver, CO 80203 | |
| aty | Karyn Lloyd    Gordon Rees Scully Mansukhani, LLP    999 W Main Street    100    Boise, ID 83702 | |
| aty | Krystal R Mikkilineni    Dentons Davis Brown    215 10th St    Ste 1300    Des Moines, IA 50309 | |
| aty | Michael R Stewart    2200 Wells Fargo Center    90 South Seventh Street    Minneapolis, MN 55402 | |
| aty | Miranda Russell    Morrison & Foerster LLP    250 West 55th Street    New York, NY 10019 | |
| aty | Morton R Branzburg    Klehr Harrison Harvey Branzburg LLP    1835 Market St    Suite 1400    Philadelphia, PA 19103 | |
| aty | Nikolaus F Schandlbauer    20 F Street NW    Suite 500    Washington DC 20001 | |
| aty | Richard Bernard    1177 Avenue of the Americas    41st Floor    New York, NY 10036 | |
| aty | Robert E. Richards    233 South Wacker Drive    Suite 5900    Chicago, IL 60606–6361 | |
| aty | Ron C Bingham, II    3424 Peachtree Road NE    Suite 1600    Atlanta, GA 30326 | |
| aty | Scott F Gautier    1800 Century Park East    Ste 1500    Los Angeles, CA 90067 | |
| aty | Tirzah R. Roussell    215 10th Street    Suite 1300    Des Moines, IA 50309 | |
| aty | W. Kent Carter    One North Franklin    Suite 800    Chicago, IL 60606 | |
| aty | Zachary Fairlie    Spencer Fane LLP    1000 Walnut Street    Suite 1400    Kansas City, MO 64106 | |
| aty | Zachery J McCraney    Holland & Hart    Po Box 2527    800 W Main Street    Suite 1750    Boise, ID 83701 | |
| 5338201 | A K Trucking1897 E 990 S Hazelton, ID 83335    A. Scott Jackson TruckingPO Box 56 Jerom    A. Scott JacksonTrucking Inc PO Box 56 J    ABS Global Inc Box 22144 Network Place C    Addison Biological Lab 507 N Cleveland S    Aden Brook Trading CorpPO Box 217 Montgo | |
| 5338357 | A. Scott Jackson Trucking, Inc.    c/o Williams Meservy & Larsen, LLP    Post Office Box 168    153 East Main Street    Jerome, ID 83338 | |
| 5339172 | AAA CowComfort LLC    PO Box 301    Kimberly, ID 83341 | |
| 5339357 | ABS Global    1525 River Rd.    DeForest, WI 53532 | |
| 5339173 | Airgas USA LLC    PO Box 734445    Chicago, IL 60673–4445 | |
| 5341229 | Airgas USA, LLC    110 West 7th St. Suite 1400    Tulsa, OK 74119 | |
| 5339859 | Alexander K. Reed    4296 N 2100 E    Filer, ID 83328 | |
| 5339174 | Amalgamated Sugar    1951 S Saturn Way    Ste 100    Boise, ID 83709 | |
| 5340188 | American Calf Products (Golden State Mixing, Inc.)    425 D Street    Turlock, CA 95380 | |
| 5342707 | American Express National Bank    c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701 | |
| 5342727 | American Express National Bank    c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701 | |
| 5336402 | Automation Werx, LLC    PO Box 3066    Idaho Falls, ID 83401 | |
| 5339552 | B & H Farming, an Idaho General Partnership    PO Box 123    Rupert, ID 83350 | |
| 5339175 | BS R Design Supplies    198 Locust St S    Twin Falls, ID 83301 | |
| 5341673 | Blue Cross of Idaho    c/o D Blair Clark, Atty    967 Parkcenter Blvd #282    Boise, ID 83706 | |
| 5341702 | Blue Cross of Idaho    c/o D. Blair Clark, Attorney    967 E. Parkcenter Blvd., #282    Boise, ID 83706 | |

| ID | Name / Address |
|---|---|
| 5339860 | Bo Stevenson dba B&A Farms    1001 S 1900 E    Hazelton, ID 83335 |
| 5335094 | Bunge Canada    c/o David D. Farrell    THOMPSON COBURN LLP    One USBank Plaza, Suite 2700    Saint Louis, Missouri 63101 |
| 5339191 | Capitol One    PO Box 60599    City of Industry, CA 91716 |
| 5335227 | CenturyTel Service Group, LLC dba CenturyLink    Lumen Technologies Group    931 14th Street, 9th Floor (Attn: Legal–BKY)    Denver, CO 80202 |
| 5339520 | Christopher Camardello    1031 Mendota Heights Road    St. Paul, MN 55120 |
| 5339192 | Citi Cards    PO Box 78019    Phoenix, AZ 85062 |
| 5339861 | Clint D. Thompson    298 N 200 W    Jerome, ID 83338 |
| 5335499 | Coastline Equipment Company    2000 E Overland Rd    Meridian, ID 83642 |
| 5339193 | Colonial Life    Processing Center    PO Box 1365    Columbia, SC 29202–1365 |
| 5339194 | Conrad Bishcoff Inc    2251 N Holmes    PO Box 50106    Idaho Falls, ID 83405 |
| 5338938 | Conterra Holdings, LLC dba Conterra Ag Capital as    c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203 |
| 5338613 | Conterra Holdings, LLC dba Conterra Ag Capital as    c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80260 |
| 5339521 | Dairy Tech, LLC    1031 Mendota Heights Road    St. Paul, MN 55120 |
| 5339195 | Daritech    8540 Benson Rd    Lynden, WA 98264 |
| 5340867 | David Clark    Clark Ambulatory Clinic, Inc.    1019 E 1020 S    Albion, ID 83311 |
| 5339862 | Douglas J. Grant    2050 E 500 S    Hazelton, ID 83335 |
| 5339863 | Dusty Brow Farms, Inc.    2601 E 1100 S    Hazelton, ID 83335 |
| 5339864 | Edward Chojnacky    298 N 100 W    Jerome, ID 83338 |
| 5336403 | Electrical Werx & Construction, LLC    PO Box 3066    Idaho Falls, ID 83401 |
| 5336173 | Elevation Electric, LLC    485 S. Idaho St.    Wendell, ID 83355 |
| 5339196 | Eric Clark    Clark Associates    PO Box 2504    Eagle, ID 83616 |
| 5339197 | Evans Plumbing    111 Gulf Stream Lane    Hailey, ID 83333 |
| 5339591 | Farmers Bank    PO Box 392    Buhl, ID 83316 |
| 5336661 | G.J. Verti–Line Pumps, Inc.    PO Box 892    Twin Falls, ID 83303–0892 |
| 5339865 | Grant & Hagan, Inc.    P.O. Box 326    Hazelton, ID 83335 |
| 5339866 | Grant 4–D Farms LLC    707 E 600 N    Rupert, ID 83350 |
| 5339198 | Hatfield Manufacturing Inc    1823 Shoestring Rd    Gooding, ID 83330 |
| 5339867 | Hollifield Ranches, Inc.    22866 Highway 30    Hansen, ID 83334 |
| 5340509 | IRS    Centralized Insolvency Oper.    PO Box 7346    Philadelphia, PA 19101–7346 |
| 5339199 | Idaho Dept of Lands    PO Box 83720    Boise, ID 83720 |
| 5339526 | Idaho State Tax Commission    PO Box 36    Boise, ID 83722 |
| 5339200 | Innovative Food SolutionsUSA    Attn: Jordan Bowen    134 E. Highway 81    Burley, ID 83318 |
| 5339765 | Interstate Billing Service, Inc    PO box 2250    Decatur, AL 35609 |
| 5339527 | JOHN DEERE FINANCIAL    c/o Weltman, Weinberg & Reis Co., L.P.A.    965 Keynote Circle    Cleveland, OH 44131 |
| 5339203 | JP Morgan Chase    PO Box 6294    Carol Stream, IL 60197 |
| 5338039 | JPMorgan Chase Bank, N.A.    s/b/m/t Chase Bank USA, N.A.    c/o National Bankruptcy Services, LLC    P.O. Box 9013    Addison, Texas 75001 |
| 5338040 | JPMorgan Chase Bank, N.A.    s/b/m/t Chase Bank USA, N.A.    c/o National Bankruptcy Services, LLC    P.O. Box 9013    Addison, Texas 75001 |
| 5339201 | Jake Millenkamp    1719 River Road    Buhl, ID 83316 |
| 5339868 | Jean L. Thompson    225 N 250 W    Jerome, ID 83338 |
| 5339202 | Jeffrey E. Rolig    PO Box 5455    Twin Falls, ID 83303–5455 |
| 5339016 | John Deere Construction and Forestry Company    c/o Weltman, Weinberg & Reis Co., L.P.A.    965 Keynote Circle    Cleveland, OH 44131 |
| 5339015 | John Deere Financial, f.s.b.    c/o Weltman, Weinberg & Reis Co., L.P.A.    965 Keynote Circle    Cleveland, OH 44131 |
| 5339204 | K R Rental Inc    256 A South 600 W    Heyburn, ID 83336 |
| 5339205 | Keith D. and Janet Carlson    3866 E 3800 N    Hansen, ID 83334 |
| 5339206 | Kinghorn Medical LLC    248 S Cole Rd    Boise, ID 83709 |
| 5339541 | Land View, Inc.    c/o Gery W. Edson    P.O. Box 448    Boise, ID 83701 |
| 5339870 | Michael Chojnacky    51 W 600 N    Jerome, ID 83338 |
| 5341333 | NAPA Auto Parts    P.O. Box 1425    Twin Falls, ID 83303 |
| 5334742 | NameAddress1Address2Address3CityStateZip    116 & West805 W Idaho StSte 300Boise    2020 Window ServicePO Box 6056Twin F    A & K Trucking1897 E 990 SHazeltonI    A. Scott Jackson TruckingPO Box 56Je    A. Scott JacksonTrucking IncPO Box 56 |
| 5339207 | Overhead Door    489 S. Locust    Twin Falls, ID 83301 |
| 5339208 | Pan American Life Insurance    1778 N Plano Rd    Ste 310    Richardson, TX 75081 |
| 5342126 | PerforMix Nutrition Systems    2201 N 20th Street    Nampa, ID 83687 |
| 5339209 | Pivot Man Inc    Robin Jones    PO Box 355    Paul, ID 8334 |
| 5339210 | Pro Tech Service Company    1550 Kimberly Rd    Twin Falls, ID 83301 |
| 5336174 | Progressive Dairy Service & Supply Corp.    485 S. Idaho St.    Wendell, ID 83355 |
| 5335058 | Quill Corporation    PO Box 102419    Columbia, SC 29224 |
| 5339211 | Roark Law Offices    950 Bannock St., 11th Fl.    Boise, ID 83702 |
| 5336660 | Rogers Machinery Company, Inc.    PO Box 230429    Portland, OR 97281–0429 |
| 5342352 | Schaeffer Manufacturing Company    c/o Denis McCarthy    2600 S Broadway    St. Louis, MO 63118 |
| 5339212 | Schmidt Cattle Hauling    848 E 3400 N    Castleford, ID 8332 |
| 5339213 | Schow's Truck Center    PO Box 2208    Decatur, AL 35609 |
| 5339214 | Six States Distributors Inc    29787 Network Place    Chicago, IL 60673 |
| 5339215 | SprinklerShop Inc    PO Box 599    Paul, ID 83347 |
| 5339872 | Standing 16 Ranch Land Company, LLC    335 W 300 N    Jerome, ID 83338 |
| 5339876 | Standlee Ag Resources    c/o Miller Nash, LLP, Attn: Louis Spiker    950 W Bannock St, Ste 1100    Boise, ID 83702 |

| | | | | | |
|---|---|---|---|---|---|
| 5339873 | Star Falls Farms, LLC | 1908 E 1300 S | Hazelton, ID 83335 | | |
| 5339874 | Steel Ranch LLC | 3597 E 1100 S | Hazelton, ID 83335 | | |
| 5339216 | Stotz Equipment | 2670 Kimberly Rd E | Twin Falls, ID 83301 | | |
| 5339875 | Triple C Farms, LLC | 474 S 500 W | Jerome, ID 83338 | | |
| 5336530 | US Commodities, LLC | 730 Second Avenue S. Suite 700 | Minneapolis, MN 55402 | , | |
| 5342351 | Uline | 12575 Uline Drive | Pleasant Prairie, WI 53158 | | |
| 5339554 | Viterra USA Grain, LLC | 1331 Capitol Ave. | Omaha, NE 68102 | | |
| 5339553 | Viterra USA Ingredients, LLC | 1331 Capitol Ave. | Omaha, NE 68102 | | |
| 5338166 | Wag Services, Inc. | 8121 W HARRISON ST | Tolleson, AZ 85353 | , | |
| 5339217 | Wendell Truck and Auto | PO Box 213 | 356 S Idaho St | Wendell, ID 83355 | |
| 5339218 | Western Construction Inc | PO Box 15569 | Boise, ID 83715 | | |
| 5335378 | Westway Feed | BARR Credit Services | 3444 N Country Club Rd | Ste 200 | Tucson, AZ 85716 |
| 5341725 | Wilbur−Ellis Nutrition, LLC | c/o Matthew A. Sturzen | PO Box 2247 | Salem, OR 97308 | |
| 5338356 | Williams, Meservy & Larsen | Post Office Box 168 | 153 East Main Street | Jerome, ID 83338 | |
| 5342349 | Young CDJR of Burley, LLC | PO Box 1530 | Layton, UT 84041 | | |
| 5336406 | Youree Land & Livestock Inc. | 3953 North 3300 East | Twin Falls, ID 83301 | | |

TOTAL: 146