UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

## FINAL ORDER (A) GRANTING MOTION TO CONDITION USE OF WSECO'S EQUIPMENT ON RECEIPT OF ADEQUATE PROTECTION and (B) GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING THE DEBTOR TO ASSUME UNEXPIRED LEASE

The Court, having reviewed WSECO's *Motion to Condition Use of WSECO's Equipment on Receipt of Adequate Protection* (Docket No. 43 - "WSECO's Motion"), and the Debtors' Motion for Order Authorizing Assumption of Western States Lease (Docket No. 114 – the "Debtors' Motion"), a preliminary hearing having been held on the Motions on April 9, 2024, and an interim order having been entered on WSECO's Motion (Docket No. 192), and a final hearing having been held on the Motions on May 8, 2024, and good cause appearing,

IT IS HEREBY ORDERED, that the Debtor shall timely issue the monthly rent payments called for by the Amended and Restated Rental Agreement, by and between WSECO and Millenkamp Cattle, Inc., dated as of March 25, 2024 (the "Rental Agreement") including the Back Rent (as defined in the Rental Agreement) that comes due under the Rental Agreement;

IT IS FURTHER ORDERED, that the Debtor shall maintain required insurance coverage on WSECO's equipment that is the subject of the Rental Agreement (the "Equipment");

IT IS FURTHER ORDERED, that Millenkamp Cattle, Inc. shall immediately assemble and surrender the Equipment to WSECO at a reasonable location of WSECO's choosing upon the earlier of the occurrence of an uncured Event of Default or July 1, 2024;

IT IS FURTHER ORDERED that, under the Rental Agreement, WSECO has no obligation to continue renting the Equipment to Millenkamp Cattle, Inc., after June 30, 2024; and

IT IS FURTHER ORDERED that, upon (1) the occurrence of an Event of Default, and (2) any failure by Millenkamp Cattle, Inc. to return the Equipment to WSECO upon WSECO's request pursuant to the terms of the Rental Agreement, WSECO shall file and serve a written Notice of Default with the Court, and the automatic stay provided by 11 U.S.C. §362 shall immediately be terminated.

IT IS FURTHER ORDERED that the Debtors' Motion is GRANTED as requested and the stay imposed by Fed. R. Bankr. Proc. 6004(h) is waived.  //end of text//

DATED: May 21, 2024

NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by: Matthew T. Christensen, attorney for the Debtors

Approved as to form:

__/s/ J.B. Evans (email approval)_____

J.B. Evans, attorney for Western States Equipment Company