# Notice Recipients

District/Off: 0976–8     User: admin     Date Created: 5/22/2024
Case: 24–40158–NGH     Form ID: pdf080     Total: 12

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | James Justin May | jjm@johnsonmaylaw.com |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| aty | Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| aty | Matthew T. Christensen | mtc@johnsonmaylaw.com |
| aty | Robert E Richards | robert.richards@dentons.com |
| aty | Tirzah R. Roussell | tirzah.roussell@dentons.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Millenkamp Cattle, Inc | 471 North 300 West | Jerome, ID 83338 | | |
| aty | Krystal R Mikkilineni | Dentons Davis Brown | 215 10th St | Ste 1300 | Des Moines, IA 50309 |
| aty | Robert E. Richards | 233 South Wacker Drive | Suite 5900 | Chicago, IL 60606–6361 | |
| aty | Tirzah R. Roussell | 215 10th Street | Suite 1300 | Des Moines, IA 50309 | |

TOTAL: 4