UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

## ORDER REGARDING SECTION 503(B)(9) CLAIMS

On April 2, 2024, the Debtors filed a Motion for Administrative Expenses which sought allowance and payment of § 503(b)(9) claims. Doc. No. 15. On April 24, 2024, the United States Trustee objected to the motion. Doc. No. 230. At a hearing held on May 8, 2024, the Court granted the motion in part. Doc. No. 281. Subsequently, on May 20, 2024, Debtors filed a Motion to Amend Motion for Allowance and Payment of Section 503(b)(9) Claims. Doc. No. 308. This

later motion incorporates the Court's ruling at the May 8 hearing. Accordingly, for the reasons stated by the Court on the record, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is partially granted. The following claims are allowed as administrative expenses pursuant to Section 503(b)(9) of the Bankruptcy Code:

| Vendor Name | Item Supplied | Amount owed |
|---|---|---|
| Amalgamated Sugar | Feed | $1,309.00 |
| Conrad & Bischoff, Inc. | Fuel | $153,779.39 |
| Les Schwab Tire Center | Tires | $1,243.76 |
| Les Schwab Tire Center | Alley Vac | $250.40 |
| MicroProteins, Inc. | Feed | $7,073.56 |
| Schow's Auto Parts | Engine Oil | $32.65 |
| Tacoma Screw Products, Inc. | Supplies | $814.59 |
| Thomas Petroleum | Fuel | $2,700.31 |
| United Oil | Fuel | $1,117.20 |
| | **TOTAL** | **$165,485.05** |

**IT IS FURTHER ORDERED** that the Debtors are <u>not</u> presently authorized to pay these administrative expense claims. A hearing on whether the Debtors are authorized to pay these claims immediately shall be held on June 13, 2024, at 1:30 p.m. (MT). This shall be a telephonic hearing. Any interested party shall call the Court's dial-in line at least 10 minutes prior to the hearing: 1-669-254-5252; Passcode: 160-5422-0978. In the event any party desires to present further evidentiary support for the Motion, said evidence shall be submitted no later than June 6, 2024. //end of text//

DATED: May 21, 2024

NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by: Matthew T. Christensen, attorney for the Debtors

Approved as to form:

____/s/ Jason Naess (email approval)_____

Jason R. Naess, Assistant United States Trustee