# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 5/22/2024 |
| Case: 24–40158–NGH | Form ID: pdf016 | Total: 199 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | CNH Industrial Capital America LLC |
| cr | MWI Veterinary Supply Inc. |
| cr | McAlvain Concrete, Inc. |
| cr | JOHN DEERE FINANCIAL |
| cr | Rocky Mountain Agronomics, Inc. |
| 5339219 | #3924637 |
| 5337874 | Badger Bearing PTP, Inc |

TOTAL: 7

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Aaron Robert Bell | abell@evanskeane.com |
| aty | Adam Aiken Lewis | alewis@mofo.com |
| aty | Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| aty | Brent Russel Wilson | bwilson@hawleytroxell.com |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brian Faria | brian@sawtoothlaw.com |
| aty | Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| aty | Connor Bray Edlund | edlund@mwsslawyers.com |
| aty | D Blair Clark | dbc@dbclarklaw.com |
| aty | Daniel C Green | dan@racineolson.com |
| aty | David A Coleman | david@colemanjacobsonlaw.com |
| aty | Evan Thomas Roth | evan@sawtoothlaw.com |
| aty | Gery W Edson | gedson@gedson.com |
| aty | Heidi Buck Morrison | heidi@racineolson.com |
| aty | Holly Roark | holly@roarklawboise.com |
| aty | James Niemeier | jniemeier@mcgrathnorth.com |
| aty | James Justin May | jjm@johnsonmaylaw.com |
| aty | Janine Patrice Reynard | janine@averylaw.net |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| aty | Jed W. Manwaring | jmanwaring@evanskeane.com |
| aty | John O'Brien | jobrien@spencerfane.com |
| aty | John D Munding | john@mundinglaw.com |
| aty | John F Kurtz, Jr | jfk@kurtzlawllc.com |
| aty | Jon B Evans | evans.jb@dorsey.com |
| aty | Karyn Lloyd | klloyd@grsm.com |
| aty | Kim J Trout | ktrout@trout–law.com |
| aty | Kimbell D Gourley | kgourley@idalaw.com |
| aty | Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| aty | Laura E Burri | lburri@morrowfischer.com |
| aty | Louis V. Spiker | louis.spiker@millernash.com |
| aty | Mark Bradford Perry | mbp@perrylawpc.com |
| aty | Matthew A Sturzen | matt@shermlaw.com |
| aty | Matthew T. Christensen | mtc@johnsonmaylaw.com |
| aty | Matthew W Grimshaw | matt@grimshawlawgroup.com |
| aty | Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| aty | Miranda K. Russell | mrussell@mofo.com |
| aty | Morton R. Branzburg | mbranzburg@klehr.com |
| aty | Rhett Michael Miller | rmiller@magicvalley.law |
| aty | Robert A Faucher | rfaucher@hollandhart.com |
| aty | Robert E Richards | robert.richards@dentons.com |
| aty | Scott C Powers | spowers@spencerfane.com |
| aty | Sheila Rae Schwager | sschwager@hawleytroxell.com |
| aty | Tirzah R. Roussell | tirzah.roussell@dentons.com |
| aty | William K Carter | kentcarter@grsm.com |
| aty | Zachary Fairlie | zfairlie@spencerfane.com |

TOTAL: 46

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Millenkamp Cattle, Inc | 471 North 300 West | Jerome, ID 83338 | | |
| cr | Rabo AgriFinance LLC | c/o Sheila R. Schwager | P.O. Box 1617 | Boise, ID 83701 | |
| cr | Viterra USA Grain, LLC and Viterra USA Ingredients, LLC | c/o Racine Olson, PLLP | P.O. Box 1391 | Pocatello, ID 83204 | |
| cr | MetLife Real Estate Lending LLC | c/o Kimbell D. Gourley | 10801 Mastin Blvd | Suite 700 | Overland Park, KS 66210 |
| cr | Metropolitan Life Insurance Company | c/o Kimbell D. Gourley | 10801 Mastin BLVD | Suite 700 | Overland Park, KS 66210 |

| | | |
|---|---|---|
| cr | Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att | Spencer Fane     1700 Lincoln Street     Suite 2000     Denver, CO 80203 |
| cr | Western States Equipment Co.     500 East Overland Road     Meridian, ID 83642 | |
| cr | c/o David A. Coleman Youree Land & Livestock, Inc.     Coleman, Ritchie & Jacobson     PO BOX 525     TWIN FALLS, ID 83303–0525 UNITED STATES | |
| cr | c/o David A. Coleman B & H Farming     Coleman, Ritchie & Jacobson     PO BOX 525     TWIN FALLS, ID 83303–0525 UNITED STATES | |
| cr | East Valley Development, LLC     c/o Avery Law     3090 E Gentry Way, Ste 250     Meridian, ID 83642 | |
| cr | Land View, Inc.     P.O. Box 475     Rupert, ID 83350 | |
| cr | MWI Veterinarian Supply, Inc.     3041 W PASADENA DRIVE     Boise, ID 83705 UNITED STATES | |
| cr | Raft River Rural Electric Cooperative, Inc.     c/o Rhett M. Miller     P.O. Box 910     Burley, ID 83318 | |
| cr | Viserion Grain, LLC     c/o Sawtooth Law Offices, PLLC     213 Canyon Crest Dr., Ste 200     Twin Falls, ID 83301 UNITED STATES | |
| cr | Ad Hoc Committee of Corn Silage Growers     153 East Main Street     PO Box 168     Jerome, ID 83338 | |
| cr | Progressive Dairy Service & Supply Corp.     485 S IDAHO ST     WENDELL, ID 83355–5241 | |
| cr | Elevation Electric, LLC     485 S IDAHO ST     WENDELL, ID 83355–5241 | |
| cr | Bunge Canada C/O David D. Farrell     David D. Farrell. Esq.     One Bank Plaza     Suite 2700     St. Louis, MO 63101 | |
| intp | Glanbia Foods Inc     c/o Robert A Faucher     POB 2527     Boise, ID 83701 | |
| intp | Sandton Capital Partners LP     16 W 46th Street, 1st Floor     New York, NY 10036 | |
| cr | Automation Werx, LLC     Morrow & Fischer, PLLC     4 Ogden Avenue     Nampa, ID 83651 | |
| cr | Wilbur–Ellis Company LLC     c/o Matthew A. Sturzen     P.O. Box 2247     Salem, OR 97308 | |
| cr | PerforMix Nutrition Systems, LLC     MUNDING, P.S.     309 E. FARWELL RD., STE 310     Spokane, WA 99218 UNITED STATES | |
| cr | Idaho State Brand Department     700 S. Stratford Dr.     Meridian, ID 83642 UNITED STATES | |
| cr | Moss Grain Partnership     c/o Rhett M. Miller     P.O. Box 910     Burley, ID 83318 | |
| cr | Moss Farms Operations, LLC     c/o Rhett M. Miller     P.O. Box 910     Burley, ID 83318 | |
| cr | United Electric Co–op, Inc.     c/o Rhett M. Miller     P.O. Box 910     Burley, ID 83318 | |
| cr | Standlee Ag Resources     c/o Miller Nash LLP     950 W Bannock St, Ste 1100     Boise, ID 83702 | |
| cr | Burks Tractor Company, Inc.     3140 Kimberly Road     Twin Falls, ID 83301 | |
| cr | Blue Cross of Idaho Health Service, Inc     c/o Law Office of D. Blair Clark PC     967 East Parkcenter Boulevard, #282     Boise, ID 83706 UNITED STATES | |
| aty | Adam A Lewis     Morrison & Foerster LLP     425 Market Street     San Francisco, CA 94105 | |
| aty | Andrew Schoulder     1301 Avenue of The Americas     New York, NY 10019–6022 | |
| aty | Domenic E Pacitti     Klehr Harrison Harvey Branzburg LLP     919 Market Street     Suite 1000     Wilmington, DE 19801 | |
| aty | James J Niemeier     McGrath North Mullin & Kratz, PC LLO     1601 Dodge Street     Ste 3700     Omaha, NE 68102 | |
| aty | John O'Brien     Spencer Fane LLP     1700 Lincoln Steet     Suite 2000     Denver, CO 80203 | |
| aty | Karyn Lloyd     Gordon Rees Scully Mansukhani, LLP     999 W Main Street     100     Boise, ID 83702 | |
| aty | Krystal R Mikkilineni     Dentons Davis Brown     215 10th St     Ste 1300     Des Moines, IA 50309 | |
| aty | Michael R Stewart     2200 Wells Fargo Center     90 South Seventh Street     Minneapolis, MN 55402 | |
| aty | Miranda Russell     Morrison & Foerster LLP     250 West 55th Street     New York, NY 10019 | |
| aty | Morton R Branzburg     Klehr Harrison Harvey Branzburg LLP     1835 Market St     Suite 1400     Philadelphia, PA 19103 | |
| aty | Nikolaus F Schandlbauer     20 F Street NW     Suite 500     Washington DC 20001 | |
| aty | Richard Bernard     1177 Avenue of the Americas     41st Floor     New York, NY 10036 | |
| aty | Robert E. Richards     233 South Wacker Drive     Suite 5900     Chicago, IL 60606–6361 | |
| aty | Ron C Bingham, II     3424 Peachtree Road NE     Suite 1600     Atlanta, GA 30326 | |
| aty | Scott F Gautier     1800 Century Park East     Ste 1500     Los Angeles, CA 90067 | |
| aty | Tirzah R. Roussell     215 10th Street     Suite 1300     Des Moines, IA 50309 | |
| aty | W. Kent Carter     One North Franklin     Suite 800     Chicago, IL 60606 | |
| aty | Zachary Fairlie     Spencer Fane LLP     1000 Walnut Street     Suite 1400     Kansas City, MO 64106 | |
| aty | Zachery J McCraney     Holland & Hart     Po Box 2527     800 W Main Street     Suite 1750     Boise, ID 83701 | |
| 5338201 | A K Trucking 1897 E 990 S Hazelton, ID 83335     A. Scott Jackson TruckingPO Box 56 Jerom     A. Scott JacksonTrucking Inc PO Box 56 J     ABS Global Inc Box 22144 Network Place C     Addison Biological Lab 507 N Cleveland S     Aden Brook Trading CorpPO Box 217 Montgo | |
| 5338357 | A. Scott Jackson Trucking, Inc.     c/o Williams Meservy & Larsen, LLP     Post Office Box 168     153 East Main Street     Jerome, ID 83338 | |
| 5339172 | AAA CowComfort LLC     PO Box 301     Kimberly, ID 83341 | |
| 5339357 | ABS Global     1525 River Rd.     DeForest, WI 53532 | |
| 5339173 | Airgas USA LLC     PO Box 734445     Chicago, IL 60673–4445 | |
| 5341229 | Airgas USA, LLC     110 West 7th St. Suite 1400     Tulsa, OK 74119 | |
| 5339859 | Alexander K. Reed     4296 N 2100 E     Filer, ID 83328 | |
| 5339174 | Amalgamated Sugar     1951 S Saturn Way     Ste 100     Boise, ID 83709 | |
| 5340188 | American Calf Products (Golden State Mixing, Inc.)     425 D Street     Turlock, CA 95380 | |
| 5342707 | American Express National Bank     c/o Becket and Lee LLP     PO Box 3001     Malvern PA 19355–0701 | |
| 5342727 | American Express National Bank     c/o Becket and Lee LLP     PO Box 3001     Malvern PA 19355–0701 | |
| 5336402 | Automation Werx, LLC     PO Box 3066     Idaho Falls, ID 83401 | |
| 5339552 | B & H Farming, an Idaho General Partnership     PO Box 123     Rupert, ID 83350 | |
| 5339175 | BS R Design Supplies     198 Locust St S     Twin Falls, ID 83301 | |
| 5341673 | Blue Cross of Idaho     c/o D Blair Clark, Atty     967 Parkcenter Blvd #282     Boise, ID 83706 | |
| 5341702 | Blue Cross of Idaho     c/o D. Blair Clark, Attorney     967 E. Parkcenter Blvd., #282     Boise, ID 83706 | |

| | | |
|---|---|---|
| 5339860 | Bo Stevenson dba B&A Farms | 1001 S 1900 E     Hazelton, ID 83335 |
| 5335094 | Bunge Canada     c/o David D. Farrell     THOMPSON COBURN LLP     One USBank Plaza, Suite 2700     Saint Louis, Missouri 63101 | |
| 5339191 | Capitol One     PO Box 60599     City of Industry, CA 91716 | |
| 5335227 | CenturyTel Service Group, LLC dba CenturyLink     Lumen Technologies Group     931 14th Street, 9th Floor (Attn: Legal–BKY)     Denver, CO 80202 | |
| 5339520 | Christopher Camardello     1031 Mendota Heights Road     St. Paul, MN 55120 | |
| 5339192 | Citi Cards     PO Box 78019     Phoenix, AZ 85062 | |
| 5339861 | Clint D. Thompson     298 N 200 W     Jerome, ID 83338 | |
| 5335499 | Coastline Equipment Company     2000 E Overland Rd     Meridian, ID 83642 | |
| 5339193 | Colonial Life     Processing Center     PO Box 1365     Columbia, SC 29202–1365 | |
| 5339194 | Conrad Bishcoff Inc     2251 N Holmes     PO Box 50106     Idaho Falls, ID 83405 | |
| 5338938 | Conterra Holdings, LLC dba Conterra Ag Capital as     c/o John O'Brien     Spencer Fane     1700 Lincoln Street, Suite 2000     Denver, CO 80203 | |
| 5338613 | Conterra Holdings, LLC dba Conterra Ag Capital as     c/o John O'Brien     Spencer Fane     1700 Lincoln Street, Suite 2000     Denver, CO 80260 | |
| 5339521 | Dairy Tech, LLC     1031 Mendota Heights Road     St. Paul, MN 55120 | |
| 5339195 | Daritech     8540 Benson Rd     Lynden, WA 98264 | |
| 5340867 | David Clark     Clark Ambulatory Clinic, Inc.     1019 E 1020 S     Albion, ID 83311 | |
| 5339862 | Douglas J. Grant     2050 E 500 S     Hazelton, ID 83335 | |
| 5339863 | Dusty Brow Farms, Inc.     2601 E 1100 S     Hazelton, ID 83335 | |
| 5339864 | Edward Chojnacky     298 N 100 W     Jerome, ID 83338 | |
| 5336403 | Electrical Werx & Construction, LLC     PO Box 3066     Idaho Falls, ID 83401 | |
| 5336173 | Elevation Electric, LLC     485 S. Idaho St.     Wendell, ID 83355 | |
| 5339196 | Eric Clark     Clark Associates     PO Box 2504     Eagle, ID 83616 | |
| 5339197 | Evans Plumbing     111 Gulf Stream Lane     Hailey, ID 83333 | |
| 5339591 | Farmers Bank     PO Box 392     Buhl, ID 83316 | |
| 5336661 | G.J. Verti–Line Pumps, Inc.     PO Box 892     Twin Falls, ID 83303–0892 | |
| 5339865 | Grant & Hagan, Inc.     P.O. Box 326     Hazelton, ID 83335 | |
| 5339866 | Grant 4–D Farms LLC     707 E 600 N     Rupert, ID 83350 | |
| 5339198 | Hatfield Manufacturing Inc     1823 Shoestring Rd     Gooding, ID 83330 | |
| 5339867 | Hollifield Ranches, Inc.     22866 Highway 30     Hansen, ID 83334 | |
| 5340509 | IRS     Centralized Insolvency Oper.     PO Box 7346     Philadelphia, PA 19101–7346 | |
| 5339199 | Idaho Dept of Lands     PO Box 83720     Boise, ID 83720 | |
| 5339526 | Idaho State Tax Commission     PO Box 36     Boise, ID 83722 | |
| 5339200 | Innovative Food SolutionsUSA     Attn: Jordan Bowen     134 E. Highway 81     Burley, ID 83318 | |
| 5339765 | Interstate Billing Service, Inc     PO box 2250     Decatur, AL 35609 | |
| 5339527 | JOHN DEERE FINANCIAL     c/o Weltman, Weinberg & Reis Co., L.P.A.     965 Keynote Circle     Cleveland, OH 44131 | |
| 5339203 | JP Morgan Chase     PO Box 6294     Carol Stream, IL 60197 | |
| 5338039 | JPMorgan Chase Bank, N.A.     s/b/m/t Chase Bank USA, N.A.     c/o National Bankruptcy Services, LLC     P.O. Box 9013     Addison, Texas 75001 | |
| 5338040 | JPMorgan Chase Bank, N.A.     s/b/m/t Chase Bank USA, N.A.     c/o National Bankruptcy Services, LLC     P.O. Box 9013     Addison, Texas 75001 | |
| 5339201 | Jake Millenkamp     1719 River Road     Buhl, ID 83316 | |
| 5339868 | Jean L. Thompson     225 N 250 W     Jerome, ID 83338 | |
| 5339202 | Jeffrey E. Rolig     PO Box 5455     Twin Falls, ID 83303–5455 | |
| 5339016 | John Deere Construction and Forestry Company     c/o Weltman, Weinberg & Reis Co., L.P.A.     965 Keynote Circle     Cleveland, OH 44131 | |
| 5339015 | John Deere Financial, f.s.b.     c/o Weltman, Weinberg & Reis Co., L.P.A.     965 Keynote Circle     Cleveland, OH 44131 | |
| 5339204 | K R Rental Inc     256 A South 600 W     Heyburn, ID 83336 | |
| 5339205 | Keith D. and Janet Carlson     3866 E 3800 N     Hansen, ID 83334 | |
| 5339206 | Kinghorn Medical LLC     248 S Cole Rd     Boise, ID 83709 | |
| 5339541 | Land View, Inc.     c/o Gery W. Edson     P.O. Box 448     Boise, ID 83701 | |
| 5339870 | Michael Chojnacky     51 W 600 N     Jerome, ID 83338 | |
| 5341333 | NAPA Auto Parts     P.O. Box 1425     Twin Falls, ID 83303 | |
| 5334742 | NameAddress1Address2Address3CityStateZip     116 & West805 W Idaho StSte 300Boise     2020 Window ServicePO Box 6056Twin F     A & K Trucking1897 E 990 SHazeltonI     A. Scott Jackson TruckingPO Box 56Je     A. Scott JacksonTrucking IncPO Box 56 | |
| 5339207 | Overhead Door     489 S. Locust     Twin Falls, ID 83301 | |
| 5339208 | Pan American Life Insurance     1778 N Plano Rd     Ste 310     Richardson, TX 75081 | |
| 5342126 | PerforMix Nutrition Systems     2201 N 20th Street     Nampa, ID 83687 | |
| 5339209 | Pivot Man Inc     Robin Jones     PO Box 355     Paul, ID 8334 | |
| 5339210 | Pro Tech Service Company     1550 Kimberly Rd     Twin Falls, ID 83301 | |
| 5336174 | Progressive Dairy Service & Supply Corp.     485 S. Idaho St.     Wendell, ID 83355 | |
| 5335058 | Quill Corporation     PO Box 102419     Columbia, SC 29224 | |
| 5339211 | Roark Law Offices     950 Bannock St., 11th Fl.     Boise, ID 83702 | |
| 5336660 | Rogers Machinery Company, Inc.     PO Box 230429     Portland, OR 97281–0429 | |
| 5342352 | Schaeffer Manufacturing Company     c/o Denis McCarthy     2600 S Broadway     St. Louis, MO 63118 | |
| 5339212 | Schmidt Cattle Hauling     848 E 3400 N     Castleford, ID 8332 | |
| 5339213 | Schow's Truck Center     PO Box 2208     Decatur, AL 35609 | |
| 5339214 | Six States Distributors Inc     29787 Network Place     Chicago, IL 60673 | |
| 5339215 | SprinklerShop Inc     PO Box 599     Paul, ID 83347 | |
| 5339872 | Standing 16 Ranch Land Company, LLC     335 W 300 N     Jerome, ID 83338 | |
| 5339876 | Standlee Ag Resources     c/o Miller Nash, LLP, Attn: Louis Spiker     950 W Bannock St, Ste 1100     Boise, ID 83702 | |

| | | | | | |
|---|---|---|---|---|---|
| 5339873 | Star Falls Farms, LLC | 1908 E 1300 S | Hazelton, ID 83335 | | |
| 5339874 | Steel Ranch LLC | 3597 E 1100 S | Hazelton, ID 83335 | | |
| 5339216 | Stotz Equipment | 2670 Kimberly Rd E | Twin Falls, ID 83301 | | |
| 5339875 | Triple C Farms, LLC | 474 S 500 W | Jerome, ID 83338 | | |
| 5336530 | US Commodities, LLC | 730 Second Avenue S. Suite 700 | Minneapolis, MN 55402 | , | |
| 5342351 | Uline | 12575 Uline Drive | Pleasant Prairie, WI 53158 | | |
| 5339554 | Viterra USA Grain, LLC | 1331 Capitol Ave. | Omaha, NE 68102 | | |
| 5339553 | Viterra USA Ingredients, LLC | 1331 Capitol Ave. | Omaha, NE 68102 | | |
| 5338166 | Wag Services, Inc. | 8121 W HARRISON ST | Tolleson, AZ 85353 | , | |
| 5339217 | Wendell Truck and Auto | PO Box 213 | 356 S Idaho St | Wendell, ID 83355 | |
| 5339218 | Western Construction Inc | PO Box 15569 | Boise, ID 83715 | | |
| 5335378 | Westway Feed | BARR Credit Services | 3444 N Country Club Rd | Ste 200 | Tucson, AZ 85716 |
| 5341725 | Wilbur−Ellis Nutrition, LLC | c/o Matthew A. Sturzen | PO Box 2247 | Salem, OR 97308 | |
| 5338356 | Williams, Meservy & Larsen | Post Office Box 168 | 153 East Main Street | Jerome, ID 83338 | |
| 5342349 | Young CDJR of Burley, LLC | PO Box 1530 | Layton, UT 84041 | | |
| 5336406 | Youree Land & Livestock Inc. | 3953 North 3300 East | Twin Falls, ID 83301 | | |

TOTAL: 146