Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With Case Nos.: |
| ☒ ALL DEBTORS | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Millenkamp Cattle, Inc. | 24-40160-NGH (East Valley Cattle) |
| ☐ Idaho Jersey Girls | 24-40161-NGH (Millenkamp Properties) |
| ☐ East Valley Cattle | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Properties II | 24-40164-NGH (Goose Ranch) |
| | 24-40166-NGH (Black Pine Cattle) |
| | 24-40167-NGH (Millenkamp Enterprises) |
| | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

☐   Millenkamp Family

☐   Goose Ranch                                    Chapter 11 Cases

☐   Black Pine Cattle

☐   Millenkamp Enterprises

☐   Idaho Jersey Girls Jerome Dairy

**SUPPLEMENTAL DECLARATION OF MATTHEW T. CHRISTENSEN IN SUPPORT OF APPLICATION TO EMPLOY LOCAL CO-COUNSEL FOR DEBTORS IN POSSESSION**

Matthew T. Christensen, states as follows:

1. I am a practicing attorney and an attorney with the law firm of Johnson May with offices at 199 N. Capitol Blvd., Ste 200, Boise ID 83702, (208) 384-8588.

2. Addressing the requirements outlined in the United States Trustee's "Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases,", specifically Section D(1) of Appendix B, I respond as follows:

   a. *Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement*?  No.

   b. *Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case*?  No.

   c. *If you represented the client in the 12 months pre-petition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons*

*for the difference*. My firm previously represented the Debtors in pre-petition litigation (as described in the prior Declaration). With one exception, all of that litigation was on the same terms as the representation in the bankruptcy case (except the provisions requiring bankruptcy court approval of payment of fees and costs). For a portion of the Receivership litigation (the representation prior to the court appointment of a Receiver), my firm agreed to represent the Debtors on a flat-fee basis.

d. *Has your client approved your prospective budget and staffing plan, and, if so, for what budget period*? Attached here is a copy of the prospective budget and staffing plan, which the client has approved.

3. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 22nd day of May, 2024.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN

# Projected Attorney Fee Budget
# Millenkamp Cattle, Inc., et al.
# Case No. 24-40158-NGH

| Project Category | Estimated Hours* | Estimated Fees* |
|---|---:|---:|
| Asset Analysis & Recovery | 461.5 | $ 150,000.00 |
| Asset Disposition | 230.8 | $ 75,000.00 |
| Assumption & Rejection of Leases and Contracts | 153.8 | $ 50,000.00 |
| Avoidance Action Analysis | 153.8 | $ 50,000.00 |
| Budgeting (Case) | 76.9 | $ 25,000.00 |
| Business Operations | 923.1 | $ 300,000.00 |
| Case Administration | 923.1 | $ 300,000.00 |
| Claims Administration & Objections | 615.4 | $ 200,000.00 |
| Corporate Governance and Board Matters | 0.0 | $ - |
| Employee Benefits & Pensions | 0.0 | $ - |
| Employment & Fee Applications | 307.7 | $ 100,000.00 |
| Employment & Fee Application Objections | 307.7 | $ 100,000.00 |
| Financing & Cash Collateral | 769.2 | $ 250,000.00 |
| Litigation: Contested Matters and Adversary Proceedings | 1230.8 | $ 400,000.00 |
| Meetings & Communications with Creditors | 615.4 | $ 200,000.00 |
| Non-Working Travel | 153.8 | $ 50,000.00 |
| Plan & Disclosure Statement | 2307.7 | $ 750,000.00 |
| Real Estate | 153.8 | $ 50,000.00 |
| Relief from Stay & Adequate Protection | 153.8 | $ 50,000.00 |
| Reporting | 246.2 | $ 80,000.00 |
| Tax | 0.0 | $ - |
| Valuation | 76.9 | $ 25,000.00 |
| **TOTAL** | **9861.5** | **$ 3,205,000.00** |

* Estimated Hours/Fees are for **both** Johnson May & Dentons (counsel for the Debtors), and include estimated hours & fees through confirmation of a Chapter 11 Plan, which (for purposes of this estimate) is assumed to be in November 2024. Estimated Hours are based on an average hourly rate of $325/hr.

# Projected Staffing Plan
# Millenkamp Cattle, Inc., et al.
# Case No. 24-40158-NGH

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Equity Partner/Shareholder | 2 | $ 420.00 |
| Non-equity/Income Partner | 1 | $ 415.00 |
| Sr. Associate (>7 years exp) | | |
| Associate (3-7 years exp) | 1 | $ 285.00 |
| Jr. Associate (<3 years exp) | 1 | $ 205.00 |
| Paralegal | 3 | $ 180.00 |