Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
Robert.richards@dentons.com
Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH<br><br>Jointly Administered With<br>Case Nos.: |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

SUPPLEMENTAL DECLARATION OF DAVID HEIDA IN SUPPORT OF APPLICATIONS TO
EMPLOY COUNSEL FOR DEBTORS-IN-POSSESSION – Page 1

| ☐ Millenkamp Family | |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

## SUPPLEMENTAL DECLARATION OF DAVID HEIDA IN SUPPORT OF APPLICATIONS TO EMPLOY COUNSEL FOR DEBTORS IN POSSESSION

David Heida, states as follows:

1. I am the general manager of Millenkamp Cattle, Inc., and make the following statements based on my own personal knowledge.

2. Millenkamp Cattle, Inc. and its related debtors in possession reviewed the engagement terms of Dentons and Johnson May prior to the filing of the Chapter 11 petition. The hourly fees and associated costs are commensurate with other legal fees and costs the debtors have incurred in similar matters prior to the filing of the Chapter 11 petition.

3. Millenkamp Cattle, Inc. and its related debtors interviewed three law firms for the legal services being provided in these cases.

4. Millenkamp Cattle, Inc. and its related debtors review all of the hours and legal expenses billed by Dentons and Johnson May in accordance with the terms of the engagement. Delegation of work is appropriately reflected in billings by both firms, e.g. partner, associate, paralegal and staff billing rates. Rates, hours and skill devoted to tasks are reviewed to ensure the work is performed and billed in a cost-effective manner by the person who can most cost effectively complete the task.

SUPPLEMENTAL DECLARATION OF DAVID HEIDA IN SUPPORT OF APPLICATIONS TO EMPLOY COUNSEL FOR DEBTORS-IN-POSSESSION – Page 2

/

/

5.  I declare under penalty of perjury that the foregoing is true and correct.

DATED this 21ST day of May, 2024.

_____
DAVID HEIDA