Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      robert.richards@dentons.com
      tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#3964853

| | |
|---|---|
| ☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Chapter 11 Cases |

## SUPPLEMENTAL DECLARATION OF KRYSTAL R. MIKKILINENI IN SUPPORT OF APPLICATION TO EMPLOY COUNSEL FOR DEBTORS IN POSSESSION

Krystal R. Mikkilineni, states as follows:

1. I am a practicing attorney and an attorney with the law firm of Dentons Davis Brown PC with offices at 215 10th Street, Suite 1300, Des Moines IA 50309, (515) 246-7943. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates.

2. Addressing the requirements outlined in the United States Trustee's "Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases,", specifically section D(1) of Appendix B, I respond as follows:

   a. *Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement*? Yes. Partner Robert Richards agreed to reduce his hourly rate to $425/hr for post-petition work on behalf of the Debtors.

   b. *Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case*? Not on a usual basis.

    c. *If you represented the client in the 12 months pre-petition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.* My firm previously represented the Debtors in pre-petition preparation for this case (including negotiations with Rabo Agrifinance). With one exception, all of that pre-petition work was on the same terms as the representation in the bankruptcy case (except the provisions requiring bankruptcy court approval of payment of fees and costs). For that pre-petition work, Robert Richards hourly rate was $825/hr (which was a discount from his normal 2024 hourly rate of $1,020).

    d. *Has your client approved your prospective budget and staffing plan, and, if so, for what budget period*? Yes.

3.     I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of May, 2024.

                                    */s/ Krystal Mikkilineni*
                                    KRYSTAL MIKKILINENI