Laura E. Burri #3573
MORROW & FISCHER, PLLC
4 Ogden Avenue
Nampa, Idaho 83651
Phone: 208-475-2200
Fax:    208-475-2201
Email: lburri@morrowfischer.com
Attorneys for Automation Werx, LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

| In re:<br><br>**MILLENKAMP CATTLE, INC.,**<br><br>Debtor. | Case No. 24-40158 NGH |
|---|---|
| Filing relates to:<br>☐   ALL DEBTORS<br>☐   Millenkamp Cattle, Inc.<br>☐   Idaho Jersey Girls<br>☐   East Valley Cattle<br>☐   Millenkamp Properties<br>☐   Millenkamp Properties II<br>☐   Millenkamp Family<br>☐   Goose Ranch<br>☐   Black Pine Cattle<br>☐   Millenkamp Enterprises<br>☐   Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

### AUTOMATION WERX, LLC RESPONSE TO DEBTOR'S AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS

Automation Werx, LLC, by and through its attorney of record, in the above-captioned

Chapter 11 cases, hereby respectfully submit this Response to Debtor's Amended Motion for

Allowance and Payment of Section 503(B)(9) Claims, docket #308, as follows:

1. The debtor, Millenkamp Cattle, Inc., filed a petition under Title 11, Chapter 11, with this court on April 2, 2024.

2. Automation Werx, LLC is a creditor of the Debtor. Automation Werx, LLC provided services for repairs and maintenance to the Debtor in the ordinary course of the Debtor's business within 20 days of the commencement of the case.

3. Automation Werx, LLC has a administrative expense claim against the Debtor for such services provided on March 19, 20204, which was within 20 days of commencement of the case, in the sum of $28,470.00. The invoices for the work performed are attached hereto as Exhibit A.

4. Debtor's Amended Motion for Allowance and Payment of Section 503(b)(9) Claims, Exhibit A, sets forth that the amount due to Automation Werx, LLC is $23,323.00.

5. Automation Werx, LLC requests that the Debtors motion be approved with the exception that the payment to it should be corrected to the amount of $28,470.00.

Dated this 24th day of May, 2024

                                                MORROW & FISCHER, PLLC

                                                /s/ Laura E. Burri
                                                Laura E. Burri
                                                Attorney for Automation Werx, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May, 2024, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing. Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

- Matthew T. Christensen         All Via ECF
- Krystal R. Mikkilineni
- Tirzah R. Roussel
- US Trustee, Brett R. Cahoon
- Heidi Buck Morrison
- Daniel C. Green
- Jon B Evans
- Kimbell D. Gourley
- Scott C. Powers
- Zachary Fairlie
- John O'Brien
- Janine Reynard
- Sheila Schwager
- Brent Wilson
- Gery W. Edson
- Andrew J. Waldera
- Jed W. Manwaring
- Aaron Robert Bell
- Meredith Leigh Thiebahr
- Karyn Lloyd
- James Niemeier
- Rhett Michael Miller
- Evan T. Roth
- Brian A. Faria
- Matthew W. Grimshaw
- Holly Roark

*/s/ Laura E. Burri*
Laura E. Burri



**Automation Werx, LLC**
P.O. Box 3066
Idaho Falls, ID 83403
(208)881-0108
ap@automationwerx.com
http://www.automationwerx.com

# INVOICE

**BILL TO**
Bill Millenkamp
1 - Millenkamp Cattle, Inc
Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID 83338

**SHIP TO**
Bill Millenkamp
1 - Millenkamp Cattle, Inc
Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID 83338

**INVOICE #** 2194118196
**DATE** 03/19/2024
**DUE DATE** 04/18/2024
**TERMS** Net 30

**JOB#**
215

**PROJECT NAME**
Barn 2 Materials

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/19/2024 | Job Materials:Electrical Supplies & Parts<br>ESTOP Mushroom Shroud for Milkhouse and Truck Bays | 1 | 142.53 | 142.53T |
| 03/19/2024 | MISC<br>Cost Plus 15% | 1 | 25.15 | 25.15 |
| | Late fee<br>Flat fee - Applied on May 3, 2024 | | | 20.00 |

OVERDUE: We appreciate your business and look forward to helping you again soon.

If you are interested in setting up ACH payments, please contact ap@automationwerx.com.

We now accept all major credit cards, however a credit card convenience fee will be added to any applicable transactions. Contact ap@automationwerx.com.

A $20 late fee will be applied for all invoices not paid by due date. A recurring monthly charge of 12% of the balance due will be applied for all invoices not paid by due date.

Any applicable collection or attorney fees will be added to the outstanding balance and is the customer's responsibility.

| | |
|---|---|
| SUBTOTAL | 187.68 |
| TAX | 8.55 |
| TOTAL | 196.23 |
| BALANCE DUE | **$196.23** |

Please Remit Payments to:
Automation Werx, LLC
P.O Box 3066, Idaho Falls, ID 83403



**Automation Werx, LLC**
P.O. Box 3066
Idaho Falls, ID 83403
(208)881-0108
ap@automationwerx.com
http://www.automationwerx.com

# INVOICE

**BILL TO**
Bill Millenkamp
1 - Millenkamp Cattle, Inc
Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID 83338

**SHIP TO**
Bill Millenkamp
1 - Millenkamp Cattle, Inc
Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID 83338

**INVOICE #** 2194118195
**DATE** 03/19/2024
**DUE DATE** 04/18/2024
**TERMS** Net 30

**JOB#**
466

**PROJECT NAME**
Site Fiber

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/19/2024 | Labor:Engineering Services<br>See Attached Timesheets for Details | 1.50 | 185.00 | 277.50 |
| 03/19/2024 | Labor:Clerical Services<br>See Attached Timesheets for Details | 7.50 | 75.00 | 562.50 |
| 03/19/2024 | Labor:Electrical Services<br>See Attached Timesheets for Details | 6.50 | 105.00 | 682.50 |
| 03/19/2024 | Labor:Instrumentation Services<br>See Attached Timesheets for Details | 24 | 145.00 | 3,480.00 |
| 03/19/2024 | Labor:Travel Time<br>Drive Time | 18 | 65.00 | 1,170.00 |
| 03/19/2024 | Travel:Mileage<br>Travel Mileage (6Trips) | 1,260 | 0.85 | 1,071.00 |
| | Late fee<br>Flat fee - Applied on May 3, 2024 | | | 20.00 |

OVERDUE: We appreciate your business and look forward to helping you again soon.

If you are interested in setting up ACH payments, please contact ap@automationwerx.com.

We now accept all major credit cards, however a credit card convenience fee will be added to any applicable transactions. Contact ap@automationwerx.com.

A $20 late fee will be applied for all invoices not paid by due date. A recurring monthly charge of 12% of the balance due will be applied for all invoices not paid by due date.

Any applicable collection or attorney fees will be added to the outstanding balance and is the customer's responsibility.

**SUBTOTAL** 7,263.50
**TAX** 0.00
**TOTAL** 7,263.50
**BALANCE DUE** **$7,263.50**

Please Remit Payments to:
Automation Werx, LLC
P.O Box 3066, Idaho Falls, ID 83403



**Automation Werx, LLC**
P.O. Box 3066
Idaho Falls, ID  83403
(208)881-0108
ap@automationwerx.com
http://www.automationwerx.com

# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Bill Millenkamp<br>1 - Millenkamp Cattle, Inc<br>Millenkamp Cattle, Inc<br>471 North 300 West<br>Jerome, ID  83338 | Bill Millenkamp<br>1 - Millenkamp Cattle, Inc<br>Millenkamp Cattle, Inc<br>471 North 300 West<br>Jerome, ID  83338 | **INVOICE #** 2194118194<br>**DATE** 03/19/2024<br>**DUE DATE** 04/18/2024<br>**TERMS** Net 30 |

**JOB#**
261

**PROJECT NAME**
Freestalls Barn 1

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/18/2024 | **Labor:Engineering Services**<br>Connecting structure fan VFD's wouldn't connect to the network after a power cycle. Told John he has to power down the drives and power them up one at a time then connect the ethernet to get them to connect. Looked at the switch to see why these drives are the only ones that need to do this. looks like there is a port on the switch that is consuming a lot of data, port 15. Need to look into it further to see why its doing this and what we can do to avoid it in the future. | 3 | 185.00 | 555.00 |
| | Late fee<br>Flat fee - Applied on May 3, 2024 | | | 20.00 |

OVERDUE: We appreciate your business and look forward to helping you again soon.

If you are interested in setting up ACH payments, please contact ap@automationwerx.com.

We now accept all major credit cards, however a credit card convenience fee will be added to any applicable transactions. Contact ap@automationwerx.com.

A $20 late fee will be applied for all invoices not paid by due date. A recurring monthly charge of 12% of the balance due will be applied for all invoices not paid by due date.

Any applicable collection or attorney fees will be added to the outstanding balance and is the customer's responsibility.

| | |
|---|---|
| SUBTOTAL | 575.00 |
| TAX | 0.00 |
| TOTAL | 575.00 |
| BALANCE DUE | **$575.00** |

Please Remit Payments to:
Automation Werx, LLC
P.O Box 3066, Idaho Falls, ID 83403



**Automation Werx, LLC**
P.O. Box 3066
Idaho Falls, ID  83403
(208)881-0108
ap@automationwerx.com
http://www.automationwerx.com

# INVOICE

| **BILL TO** | **SHIP TO** | |
|---|---|---|
| Bill Millenkamp | Bill Millenkamp | **INVOICE #** 2194118193 |
| 1 - Millenkamp Cattle, Inc | 1 - Millenkamp Cattle, Inc | **DATE** 03/19/2024 |
| Millenkamp Cattle, Inc | Millenkamp Cattle, Inc | **DUE DATE** 04/18/2024 |
| 471 North 300 West | 471 North 300 West | **TERMS** Net 30 |
| Jerome, ID  83338 | Jerome, ID  83338 | |

**JOB#**
215

**PROJECT NAME**
Barn 2

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/19/2024 | Labor:Engineering Services<br>See Attached Timesheets for Details | 16.77 | 185.00 | 3,102.45 |
| 03/19/2024 | Labor:Travel Time<br>Drive Time | 5.58 | 65.00 | 362.70 |
| 03/19/2024 | Travel:Mileage<br>Travel Mileage (2 Trips) | 420 | 0.85 | 357.00 |
| | Late fee<br>Flat fee - Applied on May 3, 2024 | | | 20.00 |

OVERDUE: We appreciate your business and look forward to helping you again soon.

If you are interested in setting up ACH payments, please contact ap@automationwerx.com.

| SUBTOTAL | 3,842.15 |
|---|---|
| TAX | 0.00 |
| TOTAL | 3,842.15 |
| BALANCE DUE | **$3,842.15** |

We now accept all major credit cards, however a credit card convenience fee will be added to any applicable transactions. Contact ap@automationwerx.com.

A $20 late fee will be applied for all invoices not paid by due date. A recurring monthly charge of 12% of the balance due will be applied for all invoices not paid by due date.

Any applicable collection or attorney fees will be added to the outstanding balance and is the customer's responsibility.

Please Remit Payments to:
Automation Werx, LLC
P.O Box 3066, Idaho Falls, ID 83403



**Automation Werx, LLC**
P.O. Box 3066
Idaho Falls, ID  83403
(208)881-0108
ap@automationwerx.com
http://www.automationwerx.com

# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Bill Millenkamp | Bill Millenkamp | **INVOICE #** | 2194118192 |
| 1 - Millenkamp Cattle, Inc | 1 - Millenkamp Cattle, Inc | **DATE** | 03/19/2024 |
| Millenkamp Cattle, Inc | Millenkamp Cattle, Inc | **DUE DATE** | 04/18/2024 |
| 471 North 300 West | 471 North 300 West | **TERMS** | Net 30 |
| Jerome, ID  83338 | Jerome, ID  83338 | | |

| JOB# | | PROJECT NAME | |
|---|---|---|---|
| 205 | | Commodities Support | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/19/2024 | Labor:Engineering Services<br>See Attached Timesheets | 1:00 | 185.00 | 185.00 |
| 03/19/2024 | Labor:Instrumentation Services<br>See Attached Timesheets | 4:00 | 145.00 | 580.00 |
| | Late fee<br>Flat fee - Applied on May 3, 2024 | | | 20.00 |

OVERDUE: We appreciate your business and look forward to helping you again soon.

| | |
|---|---|
| SUBTOTAL | 785.00 |
| TAX | 0.00 |
| TOTAL | 785.00 |
| BALANCE DUE | **$785.00** |

If you are interested in setting up ACH payments, please contact ap@automationwerx.com.

We now accept all major credit cards, however a credit card convenience fee will be added to any applicable transactions. Contact ap@automationwerx.com.

A $20 late fee will be applied for all invoices not paid by due date. A recurring monthly charge of 12% of the balance due will be applied for all invoices not paid by due date.

Any applicable collection or attorney fees will be added to the outstanding balance and is the customer's responsibility.

Please Remit Payments to:
Automation Werx, LLC
P.O Box 3066, Idaho Falls, ID 83403



Automation Werx, LLC
P.O. Box 3066
Idaho Falls, ID 83403
(208)881-0108
ap@automationwerx.com
http://www.automationwerx.com

# INVOICE

**BILL TO**
Bill Millenkamp
1 - Millenkamp Cattle, Inc
Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID 83338

**SHIP TO**
Bill Millenkamp
1 - Millenkamp Cattle, Inc
Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID 83338

**INVOICE #** 2194118191
**DATE** 03/19/2024
**DUE DATE** 04/18/2024
**TERMS** Net 30

**JOB#**
204

**PROJECT NAME**
Processing Barn Support

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/19/2024 | Labor:Engineering Services<br>See Attached Timesheets for Details | 10:55 | 185.00 | 2,020.20 |
| 03/19/2024 | Labor:Clerical Services<br>See Attached Timesheets for Details | 0:30 | 75.00 | 37.50 |
| 03/19/2024 | Labor:Electrical Services<br>See Attached Timesheets for Details | 5.50 | 105.00 | 577.50 |
| 03/19/2024 | Labor:Travel Time<br>Travel from millenkamp | 4:00 | 65.00 | 260.00 |
| 03/19/2024 | Travel:Mileage<br>Travel Mileage | 210 | 0.85 | 178.50 |
|  | Late fee<br>Flat fee - Applied on May 3, 2024 |  |  | 20.00 |

OVERDUE: We appreciate your business and look forward to helping you again soon.

If you are interested in setting up ACH payments, please contact ap@automationwerx.com.

We now accept all major credit cards, however a credit card convenience fee will be added to any applicable transactions. Contact ap@automationwerx.com.

A $20 late fee will be applied for all invoices not paid by due date. A recurring monthly charge of 12% of the balance due will be applied for all invoices not paid by due date.

Any applicable collection or attorney fees will be added to the outstanding balance and is the customer's responsibility.

**SUBTOTAL** 3,093.70
**TAX** 0.00
**TOTAL** 3,093.70
**BALANCE DUE** **$3,093.70**

Please Remit Payments to:
Automation Werx, LLC
P.O Box 3066, Idaho Falls, ID 83403



**Automation Werx, LLC**
P.O. Box 3066
Idaho Falls, ID  83403
(208)881-0108
ap@automationwerx.com
http://www.automationwerx.com

# INVOICE

**BILL TO**
Bill Millenkamp
1 - Millenkamp Cattle, Inc
Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID  83338

**SHIP TO**
Bill Millenkamp
1 - Millenkamp Cattle, Inc
Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID  83338

**INVOICE #** 2194118190
**DATE** 03/19/2024
**DUE DATE** 04/18/2024
**TERMS** Net 30

**JOB#**
105

**PROJECT NAME**
Barn 1 Support

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/19/2024 | Labor:Engineering Services<br>See Attached Timesheets for Details | 5:57 | 185.00 | 1,100.75 |
| 03/19/2024 | Labor:Clerical Services<br>See Attached Timesheets for Details | 1.50 | 75.00 | 112.50 |
| 03/19/2024 | Labor:Electrical Services<br>See Attached Timesheets for Details | 26 | 105.00 | 2,730.00 |
| 03/19/2024 | Labor:Instrumentation Services<br>See Attached Timesheets for Details | 8 | 145.00 | 1,160.00 |
| 03/19/2024 | Travel:Mileage<br>Travel Mileage (3 Trips) | 660 | 0.85 | 561.00 |
| 03/19/2024 | Labor:Travel Time<br>See Attached Timesheets for Details | 10 | 65.00 | 650.00 |
| 03/19/2024 | Job Materials:Electrical Supplies & Parts<br>Job Materials, See Attached Invoices | 1 | 1,110.80 | 1,110.80T |
| 03/19/2024 | MISC<br>Cost Plus 15% | 1 | 195.97 | 195.97 |
| | Late fee<br>Flat fee - Applied on May 3, 2024 | | | 20.00 |

OVERDUE: We appreciate your business and look forward to helping you again soon.

If you are interested in setting up ACH payments, please contact ap@automationwerx.com.

We now accept all major credit cards, however a credit card convenience fee will be added to any applicable transactions. Contact ap@automationwerx.com.

A $20 late fee will be applied for all invoices not paid by due date. A recurring monthly charge of 12% of the balance due will be applied for all

| | |
|---|---|
| SUBTOTAL | 7,641.02 |
| TAX | 66.65 |
| TOTAL | 7,707.67 |
| BALANCE DUE | **$7,707.67** |

Please Remit Payments to:
Automation Werx, LLC
P.O Box 3066, Idaho Falls, ID 83403

invoices not paid by due date.

Any applicable collection or attorney fees will be added to the outstanding balance and is the customer's responsibility.

Please Remit Payments to:
Automation Werx, LLC
P.O Box 3066, Idaho Falls, ID 83403



**Automation Werx, LLC**
P.O. Box 3066
Idaho Falls, ID  83403
(208)881-0108
ap@automationwerx.com
http://www.automationwerx.com

# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Bill Millenkamp | Bill Millenkamp | **INVOICE #** | 2194118124 |
| 1 - Millenkamp Cattle, Inc | 1 - Millenkamp Cattle, Inc | **DATE** | 03/19/2024 |
| Millenkamp Cattle, Inc | Millenkamp Cattle, Inc | **DUE DATE** | 04/18/2024 |
| 471 North 300 West | 471 North 300 West | **TERMS** | Net 30 |
| Jerome, ID  83338 | Jerome, ID  83338 | | |

| JOB# | | PROJECT NAME | |
|---|---|---|---|
| 105 | | Barn 1 Support | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/19/2024 | Labor:Engineering Services<br>See Attached Timesheets for Details | 26:33 | 185.00 | 4,911.75 |
| 03/19/2024 | Labor:Clerical Services<br>See Attached Timesheets for Details | 1 | 75.00 | 75.00 |
| | Late fee<br>Flat fee - Applied on May 3, 2024 | | | 20.00 |

OVERDUE: We appreciate your business and look forward to helping you again soon.

| | |
|---|---|
| SUBTOTAL | 5,006.75 |
| TAX | 0.00 |
| TOTAL | 5,006.75 |
| BALANCE DUE | **$5,006.75** |

If you are interested in setting up ACH payments, please contact ap@automationwerx.com.

We now accept all major credit cards, however a credit card convenience fee will be added to any applicable transactions. Contact ap@automationwerx.com.

A $20 late fee will be applied for all invoices not paid by due date. A recurring monthly charge of 12% of the balance due will be applied for all invoices not paid by due date.

Any applicable collection or attorney fees will be added to the outstanding balance and is the customer's responsibility.

Please Remit Payments to:
Automation Werx, LLC
P.O Box 3066, Idaho Falls, ID 83403