# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 5/24/2024 |
| Case: 24–40158–NGH | Form ID: pdf116 | Total: 101 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | CNH Industrial Capital America LLC |
| cr | MWI Veterinary Supply Inc. |
| cr | McAlvain Concrete, Inc. |
| cr | JOHN DEERE FINANCIAL |
| cr | Rocky Mountain Agronomics, Inc. |

TOTAL: 5

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Aaron Robert Bell | abell@evanskeane.com |
| aty | Adam Aiken Lewis | alewis@mofo.com |
| aty | Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| aty | Brent Russel Wilson | bwilson@hawleytroxell.com |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brian Faria | brian@sawtoothlaw.com |
| aty | Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| aty | Connor Bray Edlund | edlund@mwsslawyers.com |
| aty | D Blair Clark | dbc@dbclarklaw.com |
| aty | Daniel C Green | dan@racineolson.com |
| aty | David A Coleman | david@colemanjacobsonlaw.com |
| aty | Evan Thomas Roth | evan@sawtoothlaw.com |
| aty | Gery W Edson | gedson@gedson.com |
| aty | Heidi Buck Morrison | heidi@racineolson.com |
| aty | Holly Roark | holly@roarklawboise.com |
| aty | James Niemeier | jniemeier@mcgrathnorth.com |
| aty | James Justin May | jjm@johnsonmaylaw.com |
| aty | Janine Patrice Reynard | janine@averylaw.net |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| aty | Jed W. Manwaring | jmanwaring@evanskeane.com |
| aty | John O'Brien | jobrien@spencerfane.com |
| aty | John D Munding | john@mundinglaw.com |
| aty | John F Kurtz, Jr | jfk@kurtzlawllc.com |
| aty | Jon B Evans | evans.jb@dorsey.com |
| aty | Karyn Lloyd | klloyd@grsm.com |
| aty | Kim J Trout | ktrout–law.com |
| aty | Kimbell D Gourley | kgourley@idalaw.com |
| aty | Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| aty | Laura E Burri | lburri@morrowfischer.com |
| aty | Louis V. Spiker | louis.spiker@millernash.com |
| aty | Mark Bradford Perry | mbp@perrylawpc.com |
| aty | Matthew A Sturzen | matt@shermlaw.com |
| aty | Matthew T. Christensen | mtc@johnsonmaylaw.com |
| aty | Matthew W Grimshaw | matt@grimshawlawgroup.com |
| aty | Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| aty | Miranda K. Russell | mrussell@mofo.com |
| aty | Morton R. Branzburg | mbranzburg@klehr.com |
| aty | Rhett Michael Miller | rmiller@magicvalley.law |
| aty | Robert A Faucher | rfaucher@hollandhart.com |
| aty | Robert E Richards | robert.richards@dentons.com |
| aty | Scott C Powers | spowers@spencerfane.com |
| aty | Sheila Rae Schwager | sschwager@hawleytroxell.com |
| aty | Tirzah R. Roussell | tirzah.roussell@dentons.com |
| aty | William K Carter | kentcarter@grsm.com |
| aty | Zachary Fairlie | zfairlie@spencerfane.com |

TOTAL: 46

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Millenkamp Cattle, Inc | 471 North 300 West   Jerome, ID 83338 |
| cr | Rabo AgriFinance LLC | c/o Sheila R. Schwager   P.O. Box 1617   Boise, ID 83701 |
| cr | Viterra USA Grain, LLC and Viterra USA Ingredients, LLC | c/o Racine Olson, PLLP   P.O. Box 1391   Pocatello, ID 83204 |
| cr | MetLife Real Estate Lending LLC | c/o Kimbell D. Gourley   10801 Mastin Blvd   Suite 700   Overland Park, KS 66210 |
| cr | Metropolitan Life Insurance Company | c/o Kimbell D. Gourley   10801 Mastin BLVD   Suite 700   Overland Park, KS 66210 |

| | | |
|---|---|---|
| cr | Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att       Spencer Fane       1700 Lincoln Street       Suite 2000       Denver, CO 80203 | |
| cr | Western States Equipment Co.       500 East Overland Road       Meridian, ID 83642 | |
| cr | c/o David A. Coleman Youree Land & Livestock, Inc.       Coleman, Ritchie & Jacobson       PO BOX 525       TWIN FALLS, ID 83303–0525 UNITED STATES | |
| cr | c/o David A. Coleman B & H Farming       Coleman, Ritchie & Jacobson       PO BOX 525       TWIN FALLS, ID 83303–0525 UNITED STATES | |
| cr | East Valley Development, LLC       c/o Avery Law       3090 E Gentry Way, Ste 250       Meridian, ID 83642 | |
| cr | Land View, Inc.       P.O. Box 475       Rupert, ID 83350 | |
| cr | MWI Veterinarian Supply, Inc.       3041 W PASADENA DRIVE       Boise, ID 83705 UNITED STATES | |
| cr | Raft River Rural Electric Cooperative, Inc.       c/o Rhett M. Miller       P.O. Box 910       Burley, ID 83318 | |
| cr | Viserion Grain, LLC       c/o Sawtooth Law Offices, PLLC       213 Canyon Crest Dr., Ste 200       Twin Falls, ID 83301 UNITED STATES | |
| cr | Ad Hoc Committee of Corn Silage Growers       153 East Main Street       PO Box 168       Jerome, ID 83338 | |
| cr | Progressive Dairy Service & Supply Corp.       485 S IDAHO ST       WENDELL, ID 83355–5241 | |
| cr | Elevation Electric, LLC       485 S IDAHO ST       WENDELL, ID 83355–5241 | |
| cr | Bunge Canada C/O David D. Farrell       David D. Farrell. Esq.       One Bank Plaza       Suite 2700       St. Louis, MO 63101 | |
| intp | Glanbia Foods Inc       c/o Robert A Faucher       POB 2527       Boise, ID 83701 | |
| intp | Sandton Capital Partners LP       16 W 46th Street, 1st Floor       New York, NY 10036 | |
| cr | Automation Werx, LLC       Morrow & Fischer, PLLC       4 Ogden Avenue       Nampa, ID 83651 | |
| cr | Wilbur–Ellis Company LLC       c/o Matthew A. Sturzen       P.O. Box 2247       Salem, OR 97308 | |
| cr | PerforMix Nutrition Systems, LLC       MUNDING, P.S.       309 E. FARWELL RD., STE 310       Spokane, WA 99218 UNITED STATES | |
| cr | Idaho State Brand Department       700 S. Stratford Dr.       Meridian, ID 83642 UNITED STATES | |
| cr | Moss Grain Partnership       c/o Rhett M. Miller       P.O. Box 910       Burley, ID 83318 | |
| cr | Moss Farms Operations, LLC       c/o Rhett M. Miller       P.O. Box 910       Burley, ID 83318 | |
| cr | United Electric Co–op, Inc.       c/o Rhett M. Miller       P.O. Box 910       Burley, ID 83318 | |
| cr | Standlee Ag Resources       c/o Miller Nash LLP       950 W Bannock St, Ste 1100       Boise, ID 83702 | |
| cr | Burks Tractor Company, Inc.       3140 Kimberly Road       Twin Falls, ID 83301 | |
| cr | Blue Cross of Idaho Health Service, Inc       c/o Law Office of D. Blair Clark PC       967 East Parkcenter Boulevard, #282       Boise, ID 83706 UNITED STATES | |
| aty | Matthew T. Christensen       199 N. Capitol Blvd.       Ste 200       Boise, ID 83702 | |
| aty | Adam A Lewis       Morrison & Foerster LLP       425 Market Street       San Francisco, CA 94105 | |
| aty | Andrew Schoulder       1301 Avenue of The Americas       New York, NY 10019–6022 | |
| aty | Domenic E Pacitti       Klehr Harrison Harvey Branzburg LLP       919 Market Street       Suite 1000       Wilmington, DE 19801 | |
| aty | James J Niemeier       McGrath North Mullin & Kratz, PC LLO       1601 Dodge Street       Ste 3700       Omaha, NE 68102 | |
| aty | John O'Brien       Spencer Fane LLP       1700 Lincoln Steet       Suite 2000       Denver, CO 80203 | |
| aty | Karyn Lloyd       Gordon Rees Scully Mansukhani, LLP       999 W Main Street       100       Boise, ID 83702 | |
| aty | Krystal R Mikkilineni       Dentons Davis Brown       215 10th St       Ste 1300       Des Moines, IA 50309 | |
| aty | Michael R Stewart       2200 Wells Fargo Center       90 South Seventh Street       Minneapolis, MN 55402 | |
| aty | Miranda Russell       Morrison & Foerster LLP       250 West 55th Street       New York, NY 10019 | |
| aty | Morton R Branzburg       Klehr Harrison Harvey Branzburg LLP       1835 Market St       Suite 1400       Philadelphia, PA 19103 | |
| aty | Nikolaus F Schandlbauer       20 F Street NW       Suite 500       Washington DC 20001 | |
| aty | Richard Bernard       1177 Avenue of the Americas       41st Floor       New York, NY 10036 | |
| aty | Robert E. Richards       233 South Wacker Drive       Suite 5900       Chicago, IL 60606–6361 | |
| aty | Ron C Bingham, II       3424 Peachtree Road NE       Suite 1600       Atlanta, GA 30326 | |
| aty | Scott F Gautier       1800 Century Park East       Ste 1500       Los Angeles, CA 90067 | |
| aty | Tirzah R. Roussell       215 10th Street       Suite 1300       Des Moines, IA 50309 | |
| aty | W. Kent Carter       One North Franklin       Suite 800       Chicago, IL 60606 | |
| aty | Zachary Fairlie       Spencer Fane LLP       1000 Walnut Street       Suite 1400       Kansas City, MO 64106 | |
| aty | Zachery J McCraney       Holland & Hart       Po Box 2527       800 W Main Street       Suite 1750       Boise, ID 83701 | |

TOTAL: 50