UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**<u>ORDER AUTHORIZING EMPLOYMENT OF LEAD COUNSEL</u>**

    This matter having come before the Court on the Application to Employ Lead Counsel for Debtor in Possession, (Docket No. 5 – the "Application to Employ"), filed by Millenkamp Cattle,

Inc. ("Debtor") on April 2, 2024, and no objections having been filed to the Application to Employ; and good cause appearing therefore,

IT IS HEREBY ORDERED, that the Application to Employ is GRANTED, consistent with the counsel's terms outlined in the Application to Employ, employment effective April 2, 2024. Rates charged by counsel as set forth in the Application to Employ may only be adjusted upward after notice and an opportunity for a hearing.  \\end of text\\

DATED: May 24, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order Submitted by:

Matthew T. Christensen
Attorney for Debtors in Possession