Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:    (208) 667-2900
Fax:    (208) 667-2900
brucea@eaidaho.com

Proposed Local Co-Counsel to the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No.:  24-40158-NGH<br><br>Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |
|---|---|

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the Unsecured Creditors' Committee, appears herein by Elsaesser Anderson, Chtd., proposed local co-counsel with O'Melveny & Myers LLP.  The undersigned requests that the Clerk of the Court place the foregoing name and address on any

NOTICE OF APPERANCE  - 1

mailing matrix to be prepared or existing in the above-numbered case and send copies of all Notices and all papers filed in this case to:

>Bruce A. Anderson
>ELSAESSER ANDERSON, CHTD.
>320 East Neider Avenue, Suite 102
>Coeur d'Alene, ID  83815
>brucea@eaidaho.com

DATED this 24th day of May, 2024.

>ELSAESSER ANDERSON, CHTD.
>
>*/s/ Bruce A. Anderson*
>Bruce A. Anderson
>Proposed Local Co-Counsel to the
>Official Committee of Unsecured Creditors

NOTICE OF APPERANCE   - 2

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 24, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing Notice of Appearance, in the above-captioned matter, using the CM/ECF system, which included a Notice of Electronic Filing to the following person(s):

Brett R Cahoon on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

krystal.mikkilineni@dentons.com, attorneys for Debtor

mtc@johnsonmaylaw.com  attorneys for Debtor

      Dated this 24th day of May 2024.

                                                      /s/ *Bruce A. Anderson*
                                                      Bruce A. Anderson

NOTICE OF APPERANCE  - 3