5/06
Form: Pro Hac Vice

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

In Re:

Millenkamp Cattle, Inc.,

Debtors

Case No. 24-40158-NGH
Chapter No.
APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of Idaho, __Julian Gurule__, hereby applies for admission pro hac vice to appear and participate in this case on behalf of __the Official Committee of Unsecured Creditors of Millenkamp Cattle, Inc., et al.__

The applicant hereby attests under penalty of perjury, as follows:

1. Applicant resides in Los Angeles, CA, and practices at the following address and phone number 400 South Hope Street, Los Angeles, CA 90071; (213) 430-6000

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| U.S. District Court, Central District of California | 3/11/2009 |
| U.S. District Court, Northern District of California | 1/27/2020 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other courts.

5. __Bruce A. Anderson__, a member in good standing of the bar of this court, of the firm of __Elsaesser Anderson Chtd.__, practices at the following office address and phone number: 320 East Neider Avenue, Suite 102, Coeur d'Alene ID 83815
208-667-2900

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 24 day of May, 2024.

_____      _____
Applicant                                              Designee

Signed under penalty of perjury.