5/06
Form: Pro Hac Vice

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

Millenkamp Cattle, Inc.,

Debtors

Case No. 24-40158-NGH
Chapter No.
APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of Idaho, Matthew Kremer, hereby applies for admission pro hac vice to appear and participate in this case on behalf of the Official Committee of Unsecured Creditors of Millenkamp Cattle, Inc., et al.

The applicant hereby attests under penalty of perjury, as follows:

1. Applicant resides in Westport, CT, and practices at the following address and phone number 7 Times Square, New York, NY 10036; (212) 326-2000

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:
U.S. Court of Appeals for the Second Circuit
U.S. District Court, Southern District of New York

Dates:
2/08/2024
2/10/2014

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other courts.

5. Bruce A. Anderson, a member in good standing of the bar of this court, of the firm of Elsaesser Anderson Chtd., practices at the following office address and phone number:
320 East Neider Avenue, Suite 102, Coeur d'Alene ID 83815
208-667-2900

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 24 day of May, 2024.

*Matthew Kremer*
Applicant

*Bruce Anderson*
Designee

Signed under penalty of perjury.