Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        Robert.richards@dentons.com
        Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No.  24-40158-NGH |
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | [NO HEARING REQUIRED] |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ⊠  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF APRIL 2024 – Page 1

## JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF APRIL 2024

Johnson May (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of April 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.    The Firm is Local Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.    The Firm billed a total of $58,173.07 in fees and expenses during the Application Period. The total fees represent 116.80 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| April 2-30, 2024 | $42,028.50 | $16,117.57 | $58,146.07 |

C.    Accordingly, the Firm seeks allowance of interim compensation in the amount of $47,638.95 at this time. This total is comprised as follows: $31,521.38 (75% of the fees for services rendered) plus $16,117.57 (100% of the expenses incurred).

D.    Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

      E.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

      F.      The Firm still holds funds in its client trust account on behalf of the Debtor, in the amount of $57,772.78.  The Firm will use these funds to pay the interim fees requested in this Cover Sheet Application.

      **WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: May 24, 2024            _____/s/ Matt Christensen_____
                                      JOHNSON MAY
                                      Matthew T. Christensen

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 24th day of May, 2024, I caused to be served a true and correct copy of the foregoing JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF APRIL 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

Andrew J. Schoulder           andrew.schoulder@nortonrosefulbright.com
Sheila R. Schwager           sschwager@hawleytroxell.com
Louis V. Spiker              louis.spiker@millernash.com
Matthew A. Sturzen           matt@shermlaw.com
Meredith L. Thielbahr        mthielbahr@grsm.com
Kim J. Trout                 ktrout@trout-law.com
Brent R. Wilson              bwilson@hawleytroxell.com

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

J.D. Heiskell Holding, LLC                Viterra USA Grain, LLC
c/o Tyler (Tab) Berger                    Viterra USA Ingredients, LLC
17220 Wright St., Ste 200                 c/o Alicia Burns
Omaha, NE 68130                           1331 Capitol Ave.
                                          Omaha, NE 68102

Wilbur Ellis Nutrition – Rangen           Land View, Inc.
c/o Tony Champion                         c/o Dan Noble
P.O. Box 706                              P.O. Box 475
115 13th Ave. So.                         Rupert, ID 83350
Buhl, ID 83316

                                          /s/ Matt Christensen
                                          Matthew T. Christensen

## EXHIBIT A

| DATE | PROF | MATTER ID/DESCRIPTION NARRATIVE | UNITS | RATE | VALUE |
|---|---|---|---|---|---|
| **B110 CASE ADMINISTRATION** | | | | | |
| 4/2/2024 | SLM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Conference w/client; Assist attorney Matt Christensen and client with signing Voluntary Petitions, Applications, Agreement, Term Sheet, and Declaration; scanned and prepared signed documents for Matt's review and filing; assist with zoom and phone calls | 0.90 | $0.00 | $0.00 |
| 4/2/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Multiple phone calls and emails after petitions were filed regarding DIP terms and other filings. | 1.80 | $425.00 | $765.00 |
| 4/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare Amended Petition for Millenkamp Properties, L.L.C. | 0.50 | $150.00 | $75.00 |
| 4/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Multiple phone/Zoom calls with court staff, clients, co-counsel and creditor attorneys re: filing and 1st day motions and interim hearing (5); Review and file Certificates of Service and updated 20 largest creditors (.4); multiple emails regarding scheduling matters (IDI and hearings) and upcoming interim hearing issues (1). | 6.40 | $425.00 | $2,720.00 |
| 4/4/2024 | AS | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare notice of appearance for JJM. | 0.20 | $130.00 | $26.00 |
| 4/4/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Multiple phone calls/Zoom with clients and various creditor attorneys re: upcoming hearing and DIP proposals (4.5); prepare for hearing (.7); attend hearing (1.6); discuss hearing with client and co-counsel afterward (.5). | 7.30 | $425.00 | $3,102.50 |
| 4/5/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Multiple phone calls and emails with clients, co-counsel and others re: status of existing motions, prep for 4/9 hearing, new DIP term sheets (5.4); Finalize and file Motion to Assume Western States lease (.5) and related Motion to Shorten Time and NOH (.3). | 6.20 | $425.00 | $2,635.00 |
| 4/8/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Extended meeting with clients and co-counsel to prepare for 4/9 hearing. | 11.50 | $425.00 | $4,887.50 |
| 4/8/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and prepare exhibit binders for hearing on various First Day Motions. | 3.00 | $150.00 | $450.00 |
| 4/9/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare for hearing (includes time to meet with co-counsel and coordinate hearing duties) (2.2); travel to/from and attend 1st day of hearings (9.7); meet with clients/co-counsel after hearings (.8). | 12.70 | $425.00 | $5,397.50 |
| 4/9/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare Certificate of Service for Docket Nos. 114,115, and 116. | 0.50 | $150.00 | $75.00 |
| 4/10/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare for (.8); travel to/from and attend continued hearing (8.1); meet with clients and work on proposed orders and DIP agreement after hearing (2.8). | 11.70 | $425.00 | $4,972.50 |
| 4/10/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Traveled to and attended continued bankruptcy hearings on the Debtor's Emergency Motion for Entry of an Order Authorizing Debtors to Honor Prepetition Obligations to Critical Vendors. | 5.50 | $0.00 | $0.00 |
| 4/11/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Misc emails and work on DIP order and agreement (1); prepare and file Supplement to DIP Motion (1.3); revise and file Insurance motion (.4); prepare and file two Notices of Hearing (.5); phone call with court clerk re: interim critical vendor order (.2). | 3.40 | $425.00 | $1,445.00 |
| 4/12/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with client and others (1); prepare draft of Joint Admin order and circulate to Trustee and court for approval (.7); phone call with court clerk re form of joint admin order (.1). | 1.80 | $425.00 | $765.00 |
| 4/12/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Multiple emails and drafts of cash collateral order (1.3); phone call with SSChwager re: same (.1). | 1.40 | $425.00 | $595.00 |

| Date | | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/15/2024 | | JJM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Receipt and Review Order on Cash Collateral | 0.20 | $425.00 | $85.00 |
| 4/15/2024 | | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients (.3); revise joint admin order and discuss with UST attorney (.5); review emails re: creditors and DIP motion order (.5). | 1.30 | $425.00 | $552.50 |
| 4/16/2024 | | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review/respond to various emails (.5); prepare and file Motion/Order extending deadline for filing schedules, etc. (.5). | 1.00 | $425.00 | $425.00 |
| 4/17/2024 | | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Participate in group call (.5); review and respond to various emails (.5). | 1.00 | $425.00 | $425.00 |
| 4/18/2024 | | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review/respond to various emails (.5); participate in Zoom call with clients and team (.6); phone call with Krystal M. re orders (.2); phone call with client re: DIP Order and accountants (.2); research and analysis re: quashing Rule 45 subpoena to Debtors (1). | 2.50 | $425.00 | $1,062.50 |
| 4/19/2024 | | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients/co-counsel (.7). | 0.70 | $425.00 | $297.50 |
| 4/22/2024 | | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Conducted legal research re: Critical Vendor case law in Ninth Circuit. | 4.00 | $150.00 | $600.00 |
| 4/22/2024 | | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with team. | 0.80 | $425.00 | $340.00 |
| 4/23/2024 | | SLM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Case Administration: conference w/client, review schedules, obtain signatures, scan and email to counsels Krystal Mikkilineni and Matt Christensen | 1.60 | $0.00 | $0.00 |
| 4/23/2024 | | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily meeting with team to discuss various issues; call with SSchwager re subpoena issues (.3); | 2.00 | $425.00 | $850.00 |
| 4/24/2024 | | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Attend daily phone call with client team (.7); Review and send email re: weekly reports (.4). | 1.10 | $425.00 | $467.50 |
| 4/24/2024 | | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Continued legal research re: Critical Vendor case law in Ninth Circuit (2.0); began drafting memorandum reflecting research (1.0) | 2.00 | $150.00 | $300.00 |
| 4/25/2024 | | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Continued researching and drafting memorandum reflecting critical vendor research (1.3) | 1.30 | $0.00 | $0.00 |
| 4/25/2024 | | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with client team (.5); multiple calls with various creditors and clients re: claims, budgets and pending motions (2.5). | 3.00 | $425.00 | $1,275.00 |
| 4/26/2024 | | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Completed drafting memorandum reflecting critical vendor research. | 2.00 | $0.00 | $0.00 |
| 4/26/2024 | | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with UST and counsel re: critical vendor and 509 motion objections (.4); discuss same with co-counsel (.2); participate in daily client call (.5). | 1.10 | $425.00 | $467.50 |
| 4/26/2024 | | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Multiple emails and calls with creditors re: critical vendor status; silage liens; etc. | 0.90 | $425.00 | $382.50 |
| 4/26/2024 | | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Research cases re: critical vendor motion. | 1.70 | $425.00 | $722.50 |
| 4/29/2024 | | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Participate in daily call (1); misc emails with creditors and clients (.8). | 1.80 | $425.00 | $765.00 |
| 4/30/2024 | | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Emails with clients, creditors and others re: schedules, subpoena responses and other reports. | 0.50 | $425.00 | $212.50 |
| 4/30/2024 | | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Research and analysis re: critical vendor status (3.5); emails with Kander and client re: critical vendor list and analysis (.3); work on critical vendor memo (1.4). | 5.20 | $425.00 | $2,210.00 |
| | | | **Total:** | **110.50** | | **$39,351.00** |

**B150 MEETINGS AND COMMUNICATIONS W/CREDITORS**

| Date | | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/23/2024 | | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Holly Roark re: creditor treatment. | 0.20 | $425.00 | $85.00 |
| | | | **Total:** | **0.20** | | **$85.00** |

**B160 FEE/EMPLOYMENT APPLICATIONS**

| | | | | | |
|---|---|---|---|---|---|
| 4/19/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with Dennis Bortz re: appraisal employment. | 0.20 | $425.00 | $85.00 |
| 4/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review UST large case guidelines and work on supplemental declarations. | 1.30 | $425.00 | $552.50 |
| | | **Total:** | **1.50** | | **$637.50** |

**B190 OTHER CONTESTED MATTERS**

| | | | | | |
|---|---|---|---|---|---|
| 4/15/2024 | JJM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare for hearing on Rabo Objection to Emergency Motion Authorizing Post Petition FInancing including review of Third Supplement to Rabo's objection | 0.50 | $425.00 | $212.50 |
| 4/16/2024 | JJM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Telephone Conference with Krystal Mikkilineni; Financial Team and David Heida regarding hearing on Motion to Approve DIP | 0.60 | $425.00 | $255.00 |
| 4/16/2024 | JJM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and analysis of Conterra objection to DIP approval | 0.20 | $425.00 | $85.00 |
| 4/16/2024 | JJM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Attend hearing on Motion to Approve DIP | 1.40 | $425.00 | $595.00 |
| | | **Total:** | **2.70** | | **$1,147.50** |

**B230 FINANCING/CASH COLLECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 4/6/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with clients re DIP proposals. | 1.00 | $425.00 | $425.00 |
| 4/20/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with clients and others re DIP funding order. | 0.50 | $425.00 | $212.50 |
| 4/24/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review/revise proposed Final DIP Order. | 0.40 | $425.00 | $170.00 |
| | | **Total:** | **1.90** | | **$807.50** |
| | | **FEES TOTAL:** | **116.80** | | **$42,028.50** |

**COSTS**

| | | | | | |
|---|---|---|---|---|---|
| 4/2/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Filing fees (state court Notice of Bankruptcy Filing) | 1.00 | $6.00 | $6.00 |
| 4/2/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Filing fees (state court Notice of Bankruptcy Filing) | 1.00 | $6.00 | $6.00 |
| 4/2/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Filing fees (state court Notice of Bankruptcy Filing) | 1.00 | $6.00 | $6.00 |
| 4/2/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Filing fees (state court Notice of Bankruptcy Filing) | 1.00 | $6.00 | $6.00 |
| 4/2/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Filing fees (state court Notice of Bankruptcy Filing) | 1.00 | $6.00 | $6.00 |
| 4/3/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Filing fees (state court Notice of Bankruptcy Filing) | 1.00 | $6.00 | $6.00 |
| 4/4/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Copying and mailing fees (see Docket 73 and attached invoice) | 1.00 | $7,138.56 | $7,138.56 |
| 4/5/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Copying and mailing fees (see Docket 74 and attached invoice) | 1.00 | $8,781.24 | $8,781.24 |
| 4/8/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Meals - during court hearing | 1.00 | $110.39 | $110.39 |
| 4/9/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Delivery Charge (checks to Debtor) | 1.00 | $28.64 | $28.64 |
| 4/12/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Filing fees (state court notice) | 1.00 | $6.00 | $6.00 |
| 4/12/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Delivery Charge (checks to debtor) | 1.00 | $16.74 | $16.74 |
| | | **Total:** | **12.00** | | **$16,117.57** |
| | | | **128.80** | | **$58,146.07** |

| | | | | | |
|---|---|---|---|---|---|
| | | Professional Summary: | | | |
| MTC | | Matthew T. Christensen | 92.40 | $425.00 | $39,270.00 |
| JJM | | J. Justin May | 2.90 | $425.00 | $1,232.50 |
| ARD | | Allison R. Daniels | 4.00 | $150.00 | $600.00 |
| SJ | | Suzie Jaderholm | 6.00 | $150.00 | $900.00 |

| | | SJ | Suzie Jaderholm | 8.80 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| | | SLM | Sheri L. Mitchell | 2.50 | $0.00 | $0.00 |
| | | AS | Abigail Stephens | 0.20 | $130.00 | $26.00 |
| | | | | 116.80 | | $42,028.50 |

## Matthew T. Christensen

| | |
|---|---|
| **From:** | Certificate of Service <donotreply3@bkattorneyservices3.com> |
| **Sent:** | Wednesday, April 3, 2024 10:06 AM |
| **To:** | Matthew T. Christensen |
| **Cc:** | Allison Daniels |
| **Subject:** | URGENT: MAILING COMPLETED | CERTIFICATE READY FOR YOU TO FILE | CASE NO: 24-40158-NGH | NAME: Millenkamp Cattle Inc. |TRACKING NUMBER: 7332257425 |
| **Attachments:** | COS.pdf |

DO NOT REPLY TO THIS EMAIL.  THIS MAILBOX IS NOT MONITORED. ANY REPLY YOU MAKE WILL NOT BE RECEIVED.

YOU ARE RESPONSIBLE FOR FILING THE ATTACHED CERTIFICATE OF SERVICE WITH YOUR LOCAL COURT!

MAILING COMPLETED
---------------------------
CASE NO: 24-40158-NGH
 NAME:  Millenkamp Cattle Inc.
TRACKING NUMBER:  7332257425

WE APPRECIATE YOUR SKILL IN RECOGNIZING THE VALUE OF OUTSOURCING YOUR MAIL!
Would you please consider referring our service to one of your colleagues?  We would appreciate the new customer and they would appreciate the fact that you turned them onto one of the best office admin tools ever for bankruptcy practitioners. In addition, the larger our client pool gets, the more leverage we we have in purchasing supplies.  This allows us to keep your costs down!

Thank you for using www.certificateofservice.com.  Your business is important to us.  Please find the certificate of service attached hereto. You may now file this certificate on ECF/PACER to prove up your service requirement. PLEASE TAKE NOTE: You are responsible for compliance with all local rules.
Our generic certificate may not satisfy your local rules in which case, you will need to create your own local rule compliance service document and attach our certificate as an exhibit.We apologize for any inconvenience.  If you would like us to work with your local Clerk or Judge, we will be happy to reach out to them.

May we ask you to leave a review of our services at CertificateofService.com?
If you would, we would be grateful for your positive review of your experience with us.
If you did not have a positive experience, please pick up the phone right now and talk to us.
We would like to have the opportunity to make it right.
LEAVE A GOOGLE REVIEW:  https://g.page/r/CcTBJYbuMuIdEAg/review.

If you have any questions, please do not hesitate to ask by calling or emailing us at:
helpdesk@bkattorneyservices3.com

YOUR DOCUMENTS ARE NOW IN THE USPS MAILSTREAM.  THEY CANNOT BE PULLED BACK.

INVOICE INFORMATION:
-------------------------------------------------------------------------------

TRACKING NUMBER:7332257425

THIS JOB WAS PROCESSED BY: Lauren McKinley Printing Subtotal:  $6263.14

1

- Credits Applied: $0.00
= Printing: $6263.14
+ Postage: $875.42
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
 = Total:     $ 7138.56

Thank you for your business!

SPECIAL INSTRUCTIONS:


CLIENT BILLING CODE:


USE THE BELOW LINES IN YOUR FEE APPLICATION Printing Costs: 36842 X .17 -  0 = 6263.14

Postage Costs: 338 at the 6oz rate  = 875.42

ECFACCESS FEE:
-----------------------------------------------------------------------------------------------------------------------------------------
---------
 When we download your master mailing matrix list, we incur a fee from PACER for doing so.  At the present time, we absorb this cost  for you and do not charge you for accessing ECF.

POSTAGE BREAKDOWN:
------------------------------------------
DOMESTIC MAIL: 338 envelopes @ 2.59
INTERNATIONAL MAIL: 0 envelopes @ 9.16
CANADA MAIL: 0 envelopes @ 4.46
MEXICO MAIL: 0 envelopes @ 7.58
CERTIFIED MAIL: 0 envelopes @ 10.64
TOTAL NUMBER OF ENVELOPES PRINTED: 338

MATRIX PROCESSING FEE:
-----------------------------------------------------------------------------------------------------------------------------------------
---------
 If you have received a matrix processing fee, it is because the form of the address list is not in conformance with our accepted parameters.
 To understand how to create your own user supplied address list, please view one of the many instructional videos on our website.
 We have included a link here: www.bkattorneyservices3.com/main/in_017.htm

MISCELLANEOUS FEE(S):
-----------------------------------------------------------------------------------------------------------------------------------------
---------
 If there are miscellaneous charges to your particular job, it is because there was an issue that set your job apart. These typically occur  when there are special considerations for the printing and mailing of your documents.  For example, HIPPA compliance can result in some  miscellaneous charges.  If you have any questions about them, do not hesitate to contact us at (509) 412-1356.

2

PRINTING PRICE EXPLANATION: (IMPORTANT!!!)
-----------------------------------------------------------------------------------------------------------------------------------------
---------

It is important to understand how we price our services.  The charge of seventeen cents per page is assessed based upon the number of pages  in your .pdf uploaded files.  It is NOT based on how many pages are output and placed in the envelope.  When you upload your documents,  check to see how many pages are in the files you are uploading.  This will determine the amount you will be charged. If you believe the  charges are excessive, you can pre-reduce your document prior to upload and cut your bill in half.

To view a video about pre-reducing your documents please follow the link here:
www.bkattorneyservices3.com/main/in_016.htm

LINK TO YOUR CERTIFICATE ONLINE:
-----------------------------------------------------------------------------------------------------------------------------------------
---------

Please follow the below link to download your certificate through your browser.
https://secure.bkattorneyservices3.com/certificates/C7332257425.pdf


Sincerely,

Lauren McKinley
CertificateofService.com
PO Box 4590
Pasco, WA 99302
509-412-1356

## Matthew T. Christensen

| | |
|---|---|
| **From:** | Certificate of Service <donotreply3@bkattorneyservices3.com> |
| **Sent:** | Wednesday, April 3, 2024 11:16 AM |
| **To:** | Matthew T. Christensen |
| **Cc:** | Allison Daniels |
| **Subject:** | URGENT: MAILING COMPLETED | CERTIFICATE READY FOR YOU TO FILE | CASE NO: 24-40158-NGH | NAME: Millenkamp Cattle, Inc. |TRACKING NUMBER: 7332257424 |
| **Attachments:** | COS.pdf |

DO NOT REPLY TO THIS EMAIL.  THIS MAILBOX IS NOT MONITORED. ANY REPLY YOU MAKE WILL NOT BE RECEIVED.

YOU ARE RESPONSIBLE FOR FILING THE ATTACHED CERTIFICATE OF SERVICE WITH YOUR LOCAL COURT!

MAILING COMPLETED
---------------------------
CASE NO: 24-40158-NGH
 NAME:  Millenkamp Cattle, Inc.
TRACKING NUMBER:  7332257424

WE APPRECIATE YOUR SKILL IN RECOGNIZING THE VALUE OF OUTSOURCING YOUR MAIL!
Would you please consider referring our service to one of your colleagues?  We would appreciate the new customer and they would appreciate the fact that you turned them onto one of the best office admin tools ever for bankruptcy practitioners. In addition, the larger our client pool gets, the more leverage we we have in purchasing supplies.  This allows us to keep your costs down!

Thank you for using www.certificateofservice.com.  Your business is important to us.  Please find the certificate of service attached hereto. You may now file this certificate on ECF/PACER to prove up your service requirement. PLEASE TAKE NOTE: You are responsible for compliance with all local rules.
Our generic certificate may not satisfy your local rules in which case, you will need to create your own local rule compliance service document and attach our certificate as an exhibit.We apologize for any inconvenience.  If you would like us to work with your local Clerk or Judge, we will be happy to reach out to them.

May we ask you to leave a review of our services at CertificateofService.com?
If you would, we would be grateful for your positive review of your experience with us.
If you did not have a positive experience, please pick up the phone right now and talk to us.
We would like to have the opportunity to make it right.
LEAVE A GOOGLE REVIEW:  https://g.page/r/CcTBJYbuMuIdEAg/review.

If you have any questions, please do not hesitate to ask by calling or emailing us at:
helpdesk@bkattorneyservices3.com

YOUR DOCUMENTS ARE NOW IN THE USPS MAILSTREAM.  THEY CANNOT BE PULLED BACK.

INVOICE INFORMATION:
-------------------------------------------------------------------------------

TRACKING NUMBER:7332257424

THIS JOB WAS PROCESSED BY: Lauren McKinley Printing Subtotal:  $8517.60

1

- Credits Applied: $368.42
= Printing: $8149.18
+ Postage: $632.06
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
 = Total:     $ 8781.24

Thank you for your business!

SPECIAL INSTRUCTIONS:


CLIENT BILLING CODE:
16641-001

USE THE BELOW LINES IN YOUR FEE APPLICATION Printing Costs: 56784 X .15 -  368.42 = 8149.18

Postage Costs: 338 at the 9oz rate  = 632.06

ECFACCESS FEE:
--------------------------------------------------------------------------------------------------------------------------------------------
---------
 When we download your master mailing matrix list, we incur a fee from PACER for doing so.  At the present time, we absorb this cost  for you and do not charge you for accessing ECF.

POSTAGE BREAKDOWN:
------------------------------------------
DOMESTIC MAIL: 338 envelopes @ 1.87
INTERNATIONAL MAIL: 0 envelopes @ 5.45
CANADA MAIL: 0 envelopes @ 3.64
MEXICO MAIL: 0 envelopes @ 4.87
CERTIFIED MAIL: 0 envelopes @ 9.92
TOTAL NUMBER OF ENVELOPES PRINTED: 338

MATRIX PROCESSING FEE:
--------------------------------------------------------------------------------------------------------------------------------------------
---------
 If you have received a matrix processing fee, it is because the form of the address list is not in conformance with our accepted parameters.
 To understand how to create your own user supplied address list, please view one of the many instructional videos on our website.
 We have included a link here: www.bkattorneyservices3.com/main/in_017.htm

MISCELLANEOUS FEE(S):
--------------------------------------------------------------------------------------------------------------------------------------------
---------
 If there are miscellaneous charges to your particular job, it is because there was an issue that set your job apart. These typically occur  when there are special considerations for the printing and mailing of your documents.  For example, HIPPA compliance can result in some  miscellaneous charges.  If you have any questions about them, do not hesitate to contact us at (509) 412-1356.

2

PRINTING PRICE EXPLANATION: (IMPORTANT!!!)

------------------------------------------------------------------------------------------------------------------------------------------------------------

 It is important to understand how we price our services.  The charge of seventeen cents per page is assessed based upon the number of pages  in your .pdf uploaded files.  It is NOT based on how many pages are output and placed in the envelope.  When you upload your documents,  check to see how many pages are in the files you are uploading.  This will determine the amount you will be charged. If you believe the  charges are excessive, you can pre-reduce your document prior to upload and cut your bill in half.

To view a video about pre-reducing your documents please follow the link here:
www.bkattorneyservices3.com/main/in_016.htm

LINK TO YOUR CERTIFICATE ONLINE:

------------------------------------------------------------------------------------------------------------------------------------------------------------

 Please follow the below link to download your certificate through your browser.
 https://secure.bkattorneyservices3.com/certificates/C7332257424.pdf


Sincerely,

Lauren McKinley
CertificateofService.com
PO Box 4590
Pasco, WA 99302
509-412-1356

3