Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax:	(208) 667-2900
Email:  brucea@eaidaho.com

Proposed Local Co-Counsel to the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>                             Debtor.<br><br><br>Filing relates to:<br><br>☒   ALL DEBTORS<br>☐   Millenkamp Cattle, Inc.<br>☐   Idaho Jersey Girls<br>☐   East Valley Cattle<br>☐   Millenkamp Properties<br>☐   Millenkamp Properties II<br>☐   Millenkamp Family<br>☐   Goose Ranch<br>☐   Black Pine Cattle<br>☐   Millenkamp Enterprises<br>☐   Idaho Jersey Girls Jerome Dairy | Case No.:  24-40158-NGH<br><br>Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |
|---|---|

**APPLICATION FOR EMPLOYMENT OF LOCAL COUNSEL AND NOTICE**

APPLICATION FOR EMPLOYMENT OF
LOCAL COUNSEL AND NOTICE	-1

# NOTICE OF APPLICATION FOR EMPLOYMENT OF ATTORNEY (LOCAL COUNSEL) AND OPPORTUNITY TO OBJECT AND FOR A HEARING

**No Objection:** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **twenty-one (21)** days of the date of this Notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection:** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection:** The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

TO THE HONORABLE NOAH G. HILLEN, U.S. BANKRUPTCY JUDGE AND THE UNITED STATES TRUSTEE:

The Official Committee of the Unsecured Creditors (the "Committee") of Millenkamp Cattle, Inc. (the "Debtor") hereby makes an application ("Application") to this Court for entry of an order, under 11, U.S.C. §§ 327, 1103 and LBR 2014-1, authorizing the Committee to retain and employ Elsaesser Anderson Chtd. ("Elsaesser Anderson"), as its local counsel to the Committee in all matters pertaining to the above-referenced Chapter 11 bankruptcy case. In support of this Application, the Committee relies on the attached Verified Statement of Bruce Anderson. In addition, the Committee respectfully represents:

1. The bankruptcy petition herein was filed on April 2, 2024.

APPLICATION FOR EMPLOYMENT OF
LOCAL COUNSEL AND NOTICE                -2

2. On May 14, 2024, the Office of the United States appointed the Committee. Dan Noble and Greg Zemaitis were elected as Co-Chairmen.

3. On May 23, 2024, the Committee unanimously selected Elsaesser Anderson to serve as its local counsel, subject to this Court's approval. The Committee believes that Elsaesser Anderson possesses extensive knowledge and skill in the areas of law relevant to this case.

4. By this Application, the Committee seeks to employ and retain Elsaesser Anderson as its local counsel on the terms set forth in this Application. The Committee understands that Elsaesser Anderson will seek compensation from the Debtor's estate and reimbursement of expenses incurred on the Committee's behalf, subject to Court approval after notice and hearing.

5. The professional services that Elsaesser Anderson will render to the Committee in its capacity as local counsel include, but shall not be limited to, advising the Committee regarding the following issues:

- Provide assistance to other Committee professionals on filing papers with the Court;

- Attend hearings as co-counsel to other Committee professionals;

- Advise on Idaho local rules;

- Provide such other legal services for the Committee as to no duplicate or overlap the efforts of other professionals retained by the Committee, including lead Committee counsel.

6. Subject to Court approval in accordance with Section 330(a) of the Bankruptcy Code, compensation will be payable to Elsaesser Anderson on an hourly basis, plus reimbursement of Elsaesser Anderson's actual, necessary expenses and other charges it incurs. Elsaesser Anderson

typically bills clients at an hourly rate of $425.00 an hour and proposes to bill the same rate for this case.

7. Elsaesser Anderson charges for all expenses incurred in connection with its clients' cases. These expenses include, amount other things, amil and courier charges, photocopying charges, travel expenses including expenses for working meals associated with such travel. Elsaesser Anderson with bill for these expenses in a manner and at rates consistent with those charged to other clients and the roles and requirements of this Court.

8. Neither Elsaesser Anderson nor any of its professionals or paraprofessionals, insofar as the Committee has been able to ascertain, represent any interest adverse to the Debtor, its estate, its creditors, and the Committee in the matters upon which Elsaesser Anderson is to be engaged. Elsaesser Anderson is a "disinterested person" as far as the Committee understands this term to be defined, within the meaning of Section 101(14), as modified by Section 1103(b), of the Bankruptcy Code.

9. Notice of this Motion has been given to (i) the U.S. Trustee, (ii) counsel to the Debtor; and (iii) those parties requesting notice pursuant to Bankruptcy Rule 2002. The Committee submits that, in light of the nature of the relief requested, no other or further notice need be given.

//

//

//

//

//

WHEREFORE, the Committee respectfully requests entry of an order in the form attached authorizing the Committee to retain Elsaesser Anderson as local counsel to the Committee, effective as of May 24, 2024, and granting such further relief as may be just and proper.

OFFICIAL COMMITTEE OF THE UNSECURED CREDITORS.

DATE:  May 24, 2024

By: */s/ Dan Noble*
Dan Noble
Representative of Committee Co-Chair,
Land View, Inc.

*/s/ Greg Zemaitis*
Greg Zemaitis
Representative of Committee Co-Chair,
Bunge Canada

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing Application for Employment Notice and attachments, in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

**24-40158-NGH Notice will be electronically mailed to:**

Brett R Cahoon on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

Matthew T. Christensen, Attorney for Debtor
mtc@johnsonmaylaw.com

Krystal R. Mikkilineni
krystal.mikkilineni@dentons.com

Tirzah R. Roussell
tirzah.roussell@dentons.com

I further certify that on May 24, 2024, I sent the foregoing Application for Employment and attachment to the 20 largest unsecured creditors, except for those already receiving ECF and duplicates, via U.S. Mail, postage prepaid.

Dated this 24th day of May 2024.

*/s/ Bruce A. Anderson*
Bruce A. Anderson