Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax:         (208) 667-2900
Email:  brucea@eaidaho.com

Proposed Local Co-Counsel to the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br><br>         Debtor.<br><br><br><br>Filing relates to:<br><br>☒   ALL DEBTORS<br>☐   Millenkamp Cattle, Inc.<br>☐   Idaho Jersey Girls<br>☐   East Valley Cattle<br>☐   Millenkamp Properties<br>☐   Millenkamp Properties II<br>☐   Millenkamp Family<br>☐   Goose Ranch<br>☐   Black Pine Cattle<br>☐   Millenkamp Enterprises<br>☐   Idaho Jersey Girls Jerome Dairy | Case No.:  24-40158-NGH<br><br>Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |
|---|---|

VERIFIED STATEMENT OF BRUCE ANDERSON

I, Bruce A. Anderson, hereby declare under penalty of perjury, pursuant to Fed. R. Bankr. P. 2014(a), 2016(b), and LBR 2014-1, that to the best of my knowledge and belief, and after reasonable inquiry, the following is true and correct:

VERIFIED STATEMENT OF BRUCE ANDERSON   -1

1. I am over the age of 18 years, have personal knowledge of the following statements and am competent to testify to the following statements.

2. I am a practicing lawyer and partner in the law firm of Elsaesser Anderson Chtd. ("Elsaesser Anderson") and am duly authorized to make all statements with respect to the Committee's Application For Employment of Elsaesser Anderson Chtd. As Local Counsel For Committee (the "Application")

3. I am a member in the following state and federal bar associations:

   1) Idaho State Bar Association, member in good standing, date of admission 1985, Bar ID # 3392, and the following:

|  | Date Admitted |
|---|---|
| U.S. District Court, Idaho | 1985 |
| 9th Circuit Court of Appeals | 1995 |
| 9th Circuit Bankruptcy Appellate Panel | 1995 |
| U.S. Tax Court | 1985 |

4. I have practiced substantially in the areas of bankruptcy, insolvency, creditor's rights, and debtor-creditor relations since 1985.

5. This declaration is submitted pursuant to LBR 2014-1.

6. The Committee has expressed interest in Elsaesser Anderson rendering to the Committee in this case, among other things, the following services:

- Provided assistance to other Committee professionals on filing papers with the Court;

- Attend hearings as co-counsel to other Committee professionals;

- Advise on Idaho law: and

VERIFIED STATEMENT OF BRUCE ANDERSON -2

- Provide such other legal services for the Committee as to not duplicate or overlap the efforts of other professionals retained by the Committee, including lead Committee counsel.

7. Elsaesser Anderson has agreed with the Committee as follows with regard to its retention, subject to this Court's approval: (i) no retainer has been or will be paid to Elsaesser Anderson; (ii) neither the Committee nor any of its members (or representatives) shall be liable for any fees or costs that Elsaesser Anderson incurs in this Bankruptcy Case; (iii) the Elsaesser Anderson attorneys working on this Bankruptcy Case will be billed at a maximum hourly rate of $425.00; and (iv) Elsaesser Anderson will seek reimbursements of expenses at its cost or as otherwise allowed by the Court.

8. Elsaesser Anderson will charge the Committee hourly rates of $425.00 for Bruce A. Anderson and paralegals may work on the case at the rate of $100 per hour. Travel time will be billed at half the hourly rates. Hourly rates will be charged based on the individual's normal billing rate, expertise, and experience.

9. Elsaesser Anderson itemizes and charges separately for certain costs and expenses, such as postage, travel, filing fees, court fees, deposition expenses, computerized legal research, and expert witness fees, all at cost, photocopying ($0.10 per page), and mileage at the IRS rate of $0.67 per mile.

10. No promises have been received by Elsaesser Anderson or any attorney or professional of Elsaesser Anderson as to payment of compensation in connection with this case in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Court's orders.

VERIFIED STATEMENT OF BRUCE ANDERSON  -3

11. The bankruptcy estate will be the source of payment of compensation to Elsaesser Anderson, subject to court approval.

12. Elsaesser Anderson has received a list of the Debtor's creditors and other persons identified as parties in interest in the Debtor's bankruptcy case. At my direction, employees of Elsaesser Anderson processed through Elsaesser Anderson's computerized conflict check system the Debtor's name, the names of the members of the Committee and each party on the MML. Based on that review, I have concluded that Elsaesser Anderson does not have any conflicts with any of the entities listed on the Conflict Search List.

13. Based upon the information available to me, Elsaesser Anderson holds no interest adverse as to Debtor with respect to the matters for which it is to be employed. Accordingly, I submit that Elsaesser Anderson is a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code, as modified by § 1107(b) of the Bankruptcy Code.

14. Based upon the foregoing, I respectfully submit that the requirements for Elsaesser Anderson's retention as local counsel for the Committee have been met.

The undersigned verifies under penalty of perjury that the above is true and correct.

Dated: May 24, 2024.

/s/ Bruce A. Anderson
Bruce A. Anderson

RESPECTFULLY SUBMITTED this 24th of May, 2024.

ELSAESSER ANDERSON, CHTD.

/s/ Bruce A. Anderson
Bruce A. Anderson

VERIFIED STATEMENT OF BRUCE ANDERSON   -4