Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2150
Email: banderson@eaidaho.com

Julian Gurule (*pro hac vice* pending)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Tel.: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (*pro hac vice* pending)
Gabriel L. Olivera (*pro hac vice* pending)
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
       golivera@omm.com

*Proposed Attorneys for the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

| ☐ Millenkamp Properties II | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Family | 24-40163-NGH (Millenkamp Family) |
| ☐ Goose Ranch | 24-40164-NGH (Goose Ranch) |
| ☐ Black Pine Cattle | 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Enterprises | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Idaho Jersey Girls Jerome Dairy | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY O'MELVENY & MYERS LLP AS LEAD COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO MAY 21, 2024**

> **Notice of Application to Employ O'Melveny & Myers LLP as Lead Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to May 21, 2024 and Opportunity to Object and for a Hearing**
>
> No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on this applicant.
>
> Hearing on Objection. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

The Official Committee of Unsecured Creditors (the "Committee"), pursuant to sections 328(a) and 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Idaho (the "Local Bankruptcy Rules" or "LBR") submits this application for authority to retain O'Melveny & Myers LLP ("OMM") as lead counsel for the Committee *nunc pro tunc* to May 21, 2024 (the "Application"). In support of this Application, the Committee respectfully represents as follows:

2

**JURISDICTION**

1. This Court has jurisdiction over this Application under 28 U.S.C. §§ 157 and 1134. This is a core proceeding as defined in 28 U.S.C. § 157(b)(2). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief sought herein are sections 328(a) and 1103(a) of the Bankruptcy Code, Rule 2014(a) of the Bankruptcy Rules, and LBR 2014-1.

**BACKGROUND**

3. On April 2, 2024 (the "Petition Date"), Millenkamp Cattle, Inc., and its affiliated debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Chapter 11 Cases"). The Debtors continue to operate their businesses and manage their properties pursuant to section 1107 and 1108 of the Bankruptcy Code.

4. On April 16, 2024, the Court entered an Order [ECF No. 184] directing the joint administration of the Debtors' cases, as captioned above.

5. On May 14, 2024, the United States Trustee appointed the Committee, which consists of J.D. Heiskell Holding, LLC, Wilbur Ellis Nutrition-Rangen, Bunge Canada, Viterra USA Grain, LLC and Viterra USA Ingredients, LLC, and Land View, Inc., and filed its *Notice of Appointment of Creditors' Committee* [ECF No. 297]. Land View, Inc. and Bunge Canada were selected as Committee co-chairs.

6. No trustee or examiner has been requested or appointed in these Chapter 11 Cases.

**RETENTION OF O'MELVENY & MYERS LLP**

7. Subject to the approval of this Court, the Committee seeks to employ OMM as its lead bankruptcy counsel in connection with the prosecution of these Chapter 11 Cases, *nunc pro*

3

*tunc* to May 21, 2024. Pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, the Committee requests that the Court approve the employment of OMM as their general bankruptcy counsel to perform the extensive legal services that will be necessary during these Chapter 11 Cases.

8.   As set forth in the *Declaration of Land View Inc. and Bunge Canada in Support of Application of Official Committee of Unsecured Creditors to Employ O'Melveny & Myers LLP as Lead Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to May 21, 2024*, attached hereto as **Exhibit A**, the Committee has selected OMM for a variety of reasons. First, these Chapter 11 Cases are complex and will require counsel to the Committee with substantial experience in such chapter 11 cases. OMM's attorneys have extensive experience in representing official committees and other major constituents in large and complex chapter 11 cases, including the Official Unsecured Creditors' Committee of Easterday Farms (E.D. Wash.), a private equity fund as purchaser and DIP lender in the chapter 11 case of AppHarvest Products, LLC (S.D. Tex.), the Official Unsecured Creditors' Committee of Structurlam Mass Timber Corp. (D. Del.), the Official Unsecured Creditors' Committee of Mercon Coffee Corporation (S.D.N.Y.), among other recent representations.

9.   Prior to the Petition Date, OMM gained substantial knowledge about the Debtors, their capital structure, and the legal issues that are likely to arise in these Chapter 11 Cases.

10.   Moreover, OMM is a full service international law firm, with more than 800 attorneys. In addition to restructuring, reorganization and bankruptcy expertise, attorneys at OMM provide legal services in virtually every major practice area, including labor, corporate and securities, litigation, intellectual property, tax, banking, employee benefits, real estate, government

4

regulation, and international trade. Certain of these specialties are likely to be relevant to these cases and OMM will be able to draw on experts as appropriate.

11.     The attorneys who will be primarily responsible for this representation are members of OMM's restructuring department, with substantial experience in a wide range of bankruptcy cases, including Easterday Farms (E.D. Wash.), AppHarvest Products (S.D. Tex.), LLC, Structurlam Mass Timber Corp. (D. Del.), Francesca's Holdings Corporation (D. Del.), the Commonwealth of Puerto Rico (D.P.R.), Verso/New Page Corporation (D. Del.), Standard Amusements (S.D.N.Y.), Mercon Coffee Corporation (S.D.N.Y), among others.

12.     OMM's depth of experience in business reorganizations and its familiarity with the creditors and the Debtors makes OMM particularly well qualified to effectively deal with the legal issues that may arise in the context of the Debtors' reorganization. Therefore, the Committee

selected OMM as its lead counsel and believes that the retention of OMM is in the best interests of the estates.

13. OMM's services are necessary to enable and assist the Committee in performing its duties and functions. In connection with these cases, and subject to further order of the Court, the Committee will utilize OMM to render the following types of professional services:

    a. To advise the Committee generally regarding matters of bankruptcy law in connection with the Chapter 11 Cases;

    b. To advise the Committee of the requirements of the Bankruptcy Code, the Bankruptcy Rules, applicable local bankruptcy rules pertaining to the administration of the Chapter 11 Cases and U.S. Trustee Guidelines;

    c. To prepare motions, applications, answers, proposed orders, reports and papers on behalf of the Committee;

    d. To appear before this Court, any appellate courts and the United States Trustee and protect the interests of the Committee;

    e. To advise the Committee regarding bankruptcy related litigation;

    f. To represent the Committee in any matters involving contests with the Debtors in these Chapter 11 Cases;

    g. To attend meetings and negotiate with the Debtors and any trustee that may be appointed;

    h. To take such actions to protect and preserve the interests of the unsecured creditors in these Chapter 11 Cases;

    i. To seek to negotiate a plan that is in the best interests of unsecured creditors; and

    j. To render such other necessary advice and services as the Committee may require in connection with these Chapter 11 Cases.

14. Contemporaneously herewith, the Committee has also filed an application to retain Elsaesser Anderson, CHTD. ("Elsaesser Anderson") as local counsel to the Committee. Elsaesser Anderson will provide additional necessary legal services to the Committee and will advise the Committee in connection with the Local Bankruptcy Rules and local practice in Idaho in connection with the prosecution of these Chapter 11 Cases and generally to coordinate with OMM

6

in the representation of the Committee. The services of Elsaesser Anderson will complement, and not duplicate the services of OMM. The Committee is mindful of the need to avoid duplication of such services, and will implement appropriate procedures to ensure that there is only minimal duplication, if any.

### COMPENSATION

15. Subject to this Court's approval and under sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, the Committee requests that OMM be compensated on an hourly basis, plus reimbursement for the actual and necessary expenses OMM incurs, under the ordinary and customary rates in effect on the date the services are rendered, subject to discounts that OMM has agreed to provide for the Committee's benefit.

16. OMM has agreed in these Chapter 11 Cases to charge its regular hourly rates less a fifteen percent (15%) discount. The OMM attorneys who are expected to be principally responsible for this matter and their current hourly rates (inclusive of the 15% discount) for this engagement are: Julian Gurule $1,177.25, Matthew Kremer $1,194.25, Gabriel L. Olivera $1,066.75, Nicole Molner $909.50, Gabe Castillo-Laughton $833, and Sean Milde $646. The Committee has reviewed the hourly rates to be charged by OMM and finds them to be reasonable.

17. The hourly rates set forth above are set at a level designed to compensate OMM fairly for the work of its attorneys and to cover fixed and routine overhead expenses and are comparable to rates charged by law firms similar to OMM for similar representations in bankruptcy courts within this region. *See, e.g.*, Order Approving the Employment of Cooley LLP as Counsel Nunc Pro Tunc to April 15, 2021, *In re Easterday Ranches, Inc.*, Case No. 21-00141-WLH11 (Bankr. W.D. Wa. June 14, 2021) [ECF No. 812] (approving counsel's hourly rate of $641–$1262 per hour); Order Authorizing Employment of Lowenstein Sandler as Counsel for the Unsecured

7

Creditors Committee, *In re NORPAC Foods, Inc.*, Case No. 19-62584-pcm11 (Bankr. D. Oregon Sept. 27, 2019) [ECF No. 209] (approving hourly rates of $790–$1010).

18. The Committee understands that its legal fees and related costs shall be paid by the bankruptcy estate. Neither the Committee nor any of its members, nor, to the Committee's knowledge, any other unsecured creditor has agreed to compensate OMM in connection with these Chapter 11 Cases.

19. OMM has not and will not receive a retainer for its representation of the Committee in these Chapter 11 cases. Moreover, there are no arrangements between OMM and any other entity to share compensation received or to be received in connection with this case other than as among the partners of OMM.

**DISINTERESTEDNESS**

20. To the best of the Committee's knowledge, OMM and the attorneys employed by it are disinterested persons who do not hold or represent an interest adverse to the estate and do not have any connection with the Debtors, their creditors, or any other party in interest or with their respective counsel or accountants, with the judges of this Court, or with the United States Trustee or any person employed in the Office of the United States Trustee. OMM does not have any claims against the Debtors.

21. In the coming days, OMM's lead counsel, Julian Gurule, will file a declaration in support of the Application. Such declaration will include further information on OMM's disinterestedness, the results of its check for conflicts of interest, relevant disclosures, and further information in compliance with Part D1 of the U.S. Trustee Guidelines.

[*Remainder of this page intentionally left blank.*]

**WHEREFORE,** the Committee respectfully requests entry of the proposed order, substantially in the form attached hereto as **Exhibit B**, pursuant to sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014(a), and LBR 2014-1, authorizing the Committee to employ and retain OMM as counsel for the Committee in the Chapter 11 Cases *nunc pro tunc* to May 21, 2024, and such other and further relief as may be just and equitable.

Dated: May 24, 2024

Respectfully submitted,

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MILLENKAMP CATTLE, INC., ET AL.**

/s/*Dan Noble*
Dan Noble
Representative of Committee Co-Chair, Land View, Inc.

/s/*Greg Zemaitis*
Greg Zemaitis
Representative of Committee Co-Chair, Bunge Canada

9

**Exhibit A**

Declaration of Land View Inc. and Bunge Canada

Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2150
Email: banderson@eaidaho.com

Julian Gurule (*pro hac vice* pending)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Tel.: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (*pro hac vice* pending)
Gabriel L. Olivera (*pro hac vice* pending)
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
       golivera@omm.com

*Proposed Attorneys for the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>        Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

| | |
|---|---|
| ☐ Millenkamp Properties II | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Family | 24-40163-NGH (Millenkamp Family) |
| ☐ Goose Ranch | 24-40164-NGH (Goose Ranch) |
| ☐ Black Pine Cattle | 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Enterprises | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Idaho Jersey Girls Jerome Dairy | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**DECLARATION OF LAND VIEW INC. AND BUNGE CANADA IN SUPPORT OF APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY O'MELVENY & MYERS LLP AS LEAD COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO MAY 21, 2024**

We, Dan Noble and Greg Zemaitis, on behalf of Land View Inc. and Bunge Canada, hereby declare under penalty of perjury:

1. Dan Noble is Credit Manager at Land View Inc. and Greg Zemaitis is Head of Credit at Bunge Canada.

2. We are in all respects competent to make this declaration (the "Declaration") in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned cases (the "Chapter 11 Cases") to retain and employ OMM as counsel to the Committee pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules of the U.S. Bankruptcy Court for the District of Idaho (the "Local Bankruptcy Rules" or "LBR"), *nunc pro tunc* to May 21, 2024.

3. Unless otherwise indicated, all facts set forth in this Declaration are based on our personal knowledge or the knowledge of other officers, directors, principals, professionals, or other employees of Land View Inc. and Bunge Canada or other Committee members. To the extent any information disclosed herein requires amendment or modification, a supplemental declaration will

2

be submitted to this Court reflecting such amended or modified information. If we were called to testify, we would testify competently to the facts set forth below.

4. We understand that OMM is a full-service international law firm with approximately 800 lawyers in 18 offices located in the United States and abroad. OMM provides legal services in virtually every major practice area, including corporate, finance, tax, and litigation, and represents some of the world's best-known companies. With respect to its litigation matters, OMM regularly represents clients in all U.S. jurisdictions, including courts in nearly every state, every federal circuit, and frequently the U.S. Supreme Court.

5. Given the size and complexity of the Chapter 11 Cases, OMM's substantial expertise in restructuring, corporate, and litigation matters, and availability of resources is essential to protecting the rights of the Committee. Based on OMM's representations to the Committee, we believe that OMM is well-qualified and uniquely able to act as efficient counsel to the Committee in the Chapter 11 Cases.

6. Further, other principal parties in the Chapter 11 Cases have retained national law firm firms, which reflects parties' understanding of the unique and challenging nature of the Chapter 11 Cases. We believe retaining a national law firm like OMM will allow the Committee's interests to be adequately protected in the Chapter 11 Cases. We believe the rates charged by OMM are in line with rates charged by other national law firms for similar representations.

7. Accordingly, we believe the rates charged by OMM for its robust services are reasonable. OMM has agreed in these Chapter 11 Cases to charge its regular hourly rates less a fifteen percent (15%) discount. Such hourly rates (inclusive of the 15% discount) to be charged by the attorneys expected to be principally responsible for this matter range from $1,177.25 to $646.00.

8. We believe the fees described above are reasonable, within market for similar services, and are designed to fairly compensate OMM for its work representing the Committee in connection with the complex Chapter 11 Cases. Further, we believe the proposed terms of OMM's retention as counsel for the Committee are reasonable.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 24, 2024.

By: /s/*Dan Noble*
    Dan Noble
    Representative of Committee Co-Chair,
    Land View, Inc.

/s/*Greg Zemaitis*
Greg Zemaitis
Representative of Committee Co-Chair,
Bunge Canada

4

## **Exhibit B**

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**ORDER AUTHORIZING THE RETENTION OF O'MELVENY &
MYERS LLP AS LEAD COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS *NUNC PRO TUNC* TO MAY 21, 2024**

The Official Committee of Unsecured Creditors' having filed its application to employ O'Melveny & Myers LLP as lead counsel to the Official Committee of Unsecured Creditors *nunc pro tunc* to May 21, 2024 (the "Application"); and the Court, having reviewed the Application, finds that the Court has jurisdiction over this matter under 28 U.S.C. § 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Application was sufficient under the circumstances and no further notice need be given; and the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefore

**IT IS HEREBY ORDERED:**

1. The Application is GRANTED.

2. Pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, the Committee is authorized to employ and retain OMM as its lead counsel upon the terms and conditions set forth in the Application effective *nunc pro tunc* to May 21, 2024.

3. OMM shall file applications and be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Bankruptcy Rules, the Local Bankruptcy Rules, and any other orders as may be fixed by order of this Court.

4. This Court shall retain exclusive jurisdiction over any and all issues arising from or related to the implementation, interpretation, and enforcement of this Order.

// end of text //

Order submitted by:

Julian Gurule
Attorney for the Official Committee of Unsecured Creditors

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

24-40158-NGH Notice will be electronically mailed to:

Brett R Cahoon on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

Matthew T. Christensen, Attorney for Debtor
mtc@johnsonmaylaw.com

Krystal R. Mikkilineni
krystal.mikkilineni@dentons.com

Tirzah R. Roussell
tirzah.roussell@dentons.com

I further certify that on May 24, 2024, I sent the foregoing to the 20 largest unsecured creditors, except for those already receiving ECF and duplicates, via U.S. Mail, postage prepaid.

Dated this 24th day of May 2024.

*/s/ Bruce A. Anderson*
Bruce A. Anderson