UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

## ORDER REGARDING SECTION 503(B)(9) CLAIMS

On April 2, 2024, the Debtors filed a Motion for Administrative Expenses which sought allowance and payment of § 503(b)(9) claims. Doc. No. 15. On April 24, 2024, the United States Trustee objected to the motion. Doc. No. 230. At a hearing held on May 8, 2024, the Court granted the motion in part. Doc. No. 281. Subsequently, on May 20, 2024, Debtors filed a Motion to Amend Motion for Allowance and Payment of Section 503(b)(9) Claims. Doc. No. 308. This

later motion incorporates the Court's ruling at the May 8 hearing. Accordingly, for the reasons stated by the Court on the record, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is partially granted. The following claims are allowed as administrative expenses pursuant to Section 503(b)(9) of the Bankruptcy Code:

| Vendor Name | Item Supplied | Amount owed |
|---|---|---|
| Amalgamated Sugar | Feed | $1,309.00 |
| Conrad & Bischoff, Inc. | Fuel | $153,779.39 |
| Les Schwab Tire Center | Tires | $1,243.76 |
| Les Schwab Tire Center | Alley Vac | $250.40 |
| MicroProteins, Inc. | Feed | $7,073.56 |
| Schow's Auto Parts | Engine Oil | $32.65 |
| Tacoma Screw Products, Inc. | Supplies | $814.59 |
| Thomas Petroleum | Fuel | $2,700.31 |
| United Oil | Fuel | $1,117.20 |
| | TOTAL | $165,485.05 |

**IT IS FURTHER ORDERED** that the Debtors are **not** presently authorized to pay these administrative expense claims. A hearing on whether the Debtors are authorized to pay these claims immediately shall be held on June 13, 2024, at 1:30 p.m. (MT). This shall be a telephonic hearing. Any interested party shall call the Court's dial-in line at least 10 minutes prior to the hearing: 1-669-254-5252; Passcode: 160-5422-0978. In the event any party desires to present further evidentiary support for the Motion, said evidence shall be submitted no later than June 6, 2024. //end of text//

DATED: May 21, 2024

NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by: Matthew T. Christensen, attorney for the Debtors

Approved as to form:

   /s/ Jason Naess (email approval)

Jason R. Naess, Assistant United States Trustee

United States Bankruptcy Court

District of Idaho

In re:  Case No. 24-40158-NGH

Millenkamp Cattle, Inc  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8  User: admin  Page 1 of 8
Date Rcvd: May 22, 2024  Form ID: pdf016  Total Noticed: 138

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |
| aty | + | Adam A Lewis, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105-2482 |
| aty | | Andrew Schoulder, 1301 Avenue of The Americas, New York, NY 10019-6022 |
| aty | + | Domenic E Pacitti, Klehr Harrison Harvey Branzburg LLP, 919 Market Street, Suite 1000, Wilmington, DE 19801-3030 |
| aty | + | James J Niemeier, McGrath North Mullin & Kratz, PC LLO, 1601 Dodge Street, Ste 3700, Omaha, NE 68102-1650 |
| aty | + | John O'Brien, Spencer Fane LLP, 1700 Lincoln Steet, Suite 2000, Denver, CO 80203-4554 |
| aty | + | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| aty | + | Michael R Stewart, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-7508 |
| aty | + | Miranda Russell, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | Morton R Branzburg, Klehr Harrison Harvey Branzburg LLP, 1835 Market St, Suite 1400, Philadelphia, PA 19103-2945 |
| aty | + | Nikolaus F Schandlbauer, 20 F Street NW, Suite 500, Washington DC 20001-6703 |
| aty | + | Richard Bernard, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| aty | | Robert E. Richards, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361 |
| aty | + | Ron C Bingham, II, 3424 Peachtree Road NE, Suite 1600, Atlanta, GA 30326-1139 |
| aty | + | Scott F Gautier, 1800 Century Park East, Ste 1500, Los Angeles, CA 90067-1504 |
| aty | + | Tirzah R. Roussell, 215 10th Street, Suite 1300, Des Moines, IA 50309-3616 |
| aty | + | W. Kent Carter, One North Franklin, Suite 800, Chicago, IL 60606-3422 |
| aty | + | Zachary Fairlie, Spencer Fane LLP, 1000 Walnut Street, Suite 1400, Kansas City, MO 64106-2168 |
| aty | + | Zachery J McCraney, Holland & Hart, Po Box 2527, 800 W Main Street, Suite 1750 Boise, ID 83702-5974 |
| cr | + | Ad Hoc Committee of Corn Silage Growers, 153 East Main Street, PO Box 168, Jerome, ID 83338-0168 |
| cr | + | Automation Werx, LLC, Morrow & Fischer, PLLC, 4 Ogden Avenue, Nampa, ID 83651-2371 |
| cr | + | Blue Cross of Idaho Health Service, Inc, c/o Law Office of D. Blair Clark PC, 967 East Parkcenter Boulevard, #282, Boise, ID 83706, UNITED STATES 83706-6721 |
| cr | | Bunge Canada C/O David D. Farrell, David D. Farrell. Esq., One Bank Plaza, Suite 2700, St. Louis, MO 63101 |
| cr | + | Burks Tractor Company, Inc., 3140 Kimberly Road, Twin Falls, ID 83301-8516 |
| cr | + | Conterra Holdings, LLC d/b/a Conterra Ag Capital a, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| cr | + | East Valley Development, LLC, c/o Avery Law, 3090 E Gentry Way, Ste 250, Meridian, ID 83642-3596 |
| intp | + | Glanbia Foods Inc, c/o Robert A Faucher, POB 2527, Boise, ID 83701-2527 |
| cr | + | Idaho State Brand Department, 700 S. Stratford Dr., Meridian, ID 83642, UNITED STATES 83642-6202 |
| cr | ++ | LAND VIEW INC, ATTN DAN NOBLE, P O BOX 475, RUPERT ID 83350-0475 address filed with court:, Land View, Inc., P.O. Box 475, Rupert, ID 83350 |
| cr | + | MWI Veterinarian Supply, Inc., 3041 W PASADENA DRIVE, Boise, ID 83705, UNITED STATES 83705-4776 |
| cr | + | MetLife Real Estate Lending LLC, c/o Kimbell D. Gourley, 10801 Mastin Blvd, Suite 700, Overland Park, KS 66210-1673 |
| cr | + | Metropolitan Life Insurance Company, c/o Kimbell D. Gourley, 10801 Mastin BLVD, Suite 700, Overland Park, KS 66210-1673 |
| cr | + | Moss Farms Operations, LLC, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | Moss Grain Partnership, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | PerforMix Nutrition Systems, LLC, MUNDING, P.S., 309 E. FARWELL RD., STE 310, Spokane, WA 99218, UNITED STATES 99218-8209 |
| cr | + | Rabo AgriFinance LLC, c/o Sheila R. Schwager, P.O. Box 1617, Boise, ID 83701-1617 |
| cr | + | Raft River Rural Electric Cooperative, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| intp | + | Sandton Capital Partners LP, 16 W 46th Street, 1st Floor, New York, NY 10036-4503 |
| cr | + | Standlee Ag Resources, c/o Miller Nash LLP, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| cr | + | United Electric Co-op, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | Viserion Grain, LLC, c/o Sawtooth Law Offices, PLLC, 213 Canyon Crest Dr., Ste 200, Twin Falls, ID 83301, UNITED STATES |

| District/off: 0976-8 | User: admin | Page 2 of 8 |
|---|---|---|
| Date Rcvd: May 22, 2024 | Form ID: pdf016 | Total Noticed: 138 |

|  |  |  |
|---|---|---|
|  |  | 83301-3053 |
| cr | + | Viterra USA Grain, LLC and Viterra USA Ingredients, c/o Racine Olson, PLLP, P.O. Box 1391, Pocatello, ID 83204-1391 |
| cr | + | Western States Equipment Co., 500 East Overland Road, Meridian, ID 83642-6606 |
| cr | + | Wilbur-Ellis Company LLC, c/o Matthew A. Sturzen, P.O. Box 2247, Salem, OR 97308-2247 |
| cr | + | c/o David A. Coleman B & H Farming, Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| cr | + | c/o David A. Coleman Youree Land & Livestock, Inc., Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| 5338357 | + | A. Scott Jackson Trucking, Inc., c/o Williams Meservy & Larsen, LLP, Post Office Box 168, 153 East Main Street, Jerome, ID 83338-2332 |
| 5339172 | + | AAA CowComfort LLC, PO Box 301, Kimberly, ID 83341-0301 |
| 5339357 | + | ABS Global, 1525 River Rd., DeForest, WI 53532-2430 |
| 5339173 |  | Airgas USA LLC, PO Box 734445, Chicago, IL 60673-4445 |
| 5341229 | + | Airgas USA, LLC, 110 West 7th St. Suite 1400, Tulsa, OK 74119-1077 |
| 5339859 | + | Alexander K. Reed, 4296 N 2100 E, Filer, ID 83328-5046 |
| 5339174 | + | Amalgamated Sugar, 1951 S Saturn Way, Ste 100, Boise, ID 83709-2924 |
| 5340188 | + | American Calf Products (Golden State Mixing, Inc.), 425 D Street, Turlock, CA 95380-5452 |
| 5336402 | + | Automation Werx, LLC, PO Box 3066, Idaho Falls, ID 83403-3066 |
| 5339552 | + | B & H Farming, an Idaho General Partnership, PO Box 123, Rupert, ID 83350-0123 |
| 5339175 | + | BS R Design Supplies, 198 Locust St S, Twin Falls, ID 83301-7832 |
| 5341673 | + | Blue Cross of Idaho, c/o D Blair Clark, Atty, 967 Parkcenter Blvd #282, Boise, ID 83706-6721 |
| 5341702 | + | Blue Cross of Idaho, c/o D. Blair Clark, Attorney, 967 E. Parkcenter Blvd., #282, Boise, ID 83706-6721 |
| 5339860 | + | Bo Stevenson dba B&A Farms, 1001 S 1900 E, Hazelton, ID 83335-5451 |
| 5335094 | + | Bunge Canada, c/o David D. Farrell, THOMPSON COBURN LLP, One USBank Plaza, Suite 2700, Saint Louis, Missouri 63101-1693 |
| 5335227 | + | CenturyTel Service Group, LLC dba CenturyLink, Lumen Technologies Group, 931 14th Street, 9th Floor (Attn: Legal-, Denver, CO 80202-2994 |
| 5339520 | + | Christopher Camardello, 1031 Mendota Heights Road, St. Paul, MN 55120-1419 |
| 5339861 | + | Clint D. Thompson, 298 N 200 W, Jerome, ID 83338-5372 |
| 5335499 | + | Coastline Equipment Company, 2000 E Overland Rd, Meridian, ID 83642-6665 |
| 5339194 | + | Conrad Bishcoff Inc, 2251 N Holmes, PO Box 50106, Idaho Falls, ID 83405-0106 |
| 5338613 | + | Conterra Holdings, LLC dba Conterra Ag Capital as, c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5339521 | + | Dairy Tech, LLC, 1031 Mendota Heights Road, St. Paul, MN 55120-1419 |
| 5340867 |  | David Clark, Clark Ambulatory Clinic, Inc., 1019 E 1020 S, Albion, ID 83311 |
| 5339862 | + | Douglas J. Grant, 2050 E 500 S, Hazelton, ID 83335-5006 |
| 5339863 | + | Dusty Brow Farms, Inc., 2601 E 1100 S, Hazelton, ID 83335-5623 |
| 5339864 | + | Edward Chojnacky, 298 N 100 W, Jerome, ID 83338-5406 |
| 5336403 | + | Electrical Werx & Construction, LLC, PO Box 3066, Idaho Falls, ID 83403-3066 |
| 5336173 | + | Elevation Electric, LLC, 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5339196 | + | Eric Clark, Clark Associates, PO Box 2504, Eagle, ID 83616-9118 |
| 5339197 | + | Evans Plumbing, 111 Gulf Stream Lane, Hailey, ID 83333-7725 |
| 5339591 | + | Farmers Bank, PO Box 392, Buhl, ID 83316-0392 |
| 5336661 |  | G.J. Verti-Line Pumps, Inc., PO Box 892, Twin Falls, ID 83303-0892 |
| 5339865 | + | Grant & Hagan, Inc., P.O. Box 326, Hazelton, ID 83335-0326 |
| 5339866 | + | Grant 4-D Farms LLC, 707 E 600 N, Rupert, ID 83350-9466 |
| 5339198 | + | Hatfield Manufacturing Inc, 1823 Shoestring Rd, Gooding, ID 83330-5361 |
| 5339867 | + | Hollifield Ranches, Inc., 22866 Highway 30, Hansen, ID 83334-5028 |
| 5339199 | + | Idaho Dept of Lands, PO Box 83720, Boise, ID 83720-0003 |
| 5339200 | + | Innovative Food SolutionsUSA, Attn: Jordan Bowen, 134 E. Highway 81, Burley, ID 83318-5427 |
| 5339765 | + | Interstate Billing Service, Inc, PO box 2250, Decatur, AL 35609-2250 |
| 5339201 | + | Jake Millenkamp, 1719 River Road, Buhl, ID 83316-5302 |
| 5339868 |  | Jean L. Thompson, 225 N 250 W, Jerome, ID 83338 |
| 5339202 |  | Jeffrey E. Rolig, PO Box 5455, Twin Falls, ID 83303-5455 |
| 5339204 | + | K R Rental Inc, 256 A South 600 W, Heyburn, ID 83336-9750 |
| 5339205 | + | Keith D. and Janet Carlson, 3866 E 3800 N, Hansen, ID 83334-5012 |
| 5339206 | + | Kinghorn Medical LLC, 248 S Cole Rd, Boise, ID 83709-0934 |
| 5339541 | + | Land View, Inc., c/o Gery W. Edson, P.O. Box 448, Boise, ID 83701-0448 |
| 5339870 | + | Michael Chojnacky, 51 W 600 N, Jerome, ID 83338-5016 |
| 5341333 | + | NAPA Auto Parts, P.O. Box 1425, Twin Falls, ID 83303-1425 |
| 5339207 | + | Overhead Door, 489 S. Locust, Twin Falls, ID 83301-7849 |
| 5339208 | + | Pan American Life Insurance, 1778 N Plano Rd, Ste 310, Richardson, TX 75081-1958 |
| 5342126 | + | PerforMix Nutrition Systems, 2201 N 20th Street, Nampa, ID 83687-6849 |
| 5339209 | + | Pivot Man Inc, Robin Jones, PO Box 355, Paul, ID 83347-0355 |
| 5339210 | + | Pro Tech Service Company, 1550 Kimberly Rd, Twin Falls, ID 83301-7341 |
| 5336174 |  | Progressive Dairy Service & Supply Corp., 485 S. Idaho St., Wendell, ID 83355-5241 |

| District/off: 0976-8 | User: admin | Page 3 of 8 |
|---|---|---|
| Date Rcvd: May 22, 2024 | Form ID: pdf016 | Total Noticed: 138 |

| | | |
|---|---|---|
| 5335058 | + | Quill Corporation, PO Box 102419, Columbia, SC 29224-2419 |
| 5339211 | + | Roark Law Offices, 950 Bannock St., 11th Fl., Boise, ID 83702-5999 |
| 5336660 | | Rogers Machinery Company, Inc., PO Box 230429, Portland, OR 97281-0429 |
| 5342352 | + | Schaeffer Manufacturing Company, c/o Denis McCarthy, 2600 S Broadway, St. Louis, MO 63118-1828 |
| 5339212 | + | Schmidt Cattle Hauling, 848 E 3400 N, Castleford, ID 83321-6422 |
| 5339213 | + | Schow's Truck Center, PO Box 2208, Decatur, AL 35609-2208 |
| 5339214 | + | Six States Distributors Inc, 29787 Network Place, Chicago, IL 60673-1297 |
| 5339215 | + | SprinklerShop Inc, PO Box 599, Paul, ID 83347-0599 |
| 5339872 | + | Standing 16 Ranch Land Company, LLC, 335 W 300 N, Jerome, ID 83338-5217 |
| 5339876 | + | Standlee Ag Resources, c/o Miller Nash, LLP, Attn: Louis Spiker, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| 5339873 | + | Star Falls Farms, LLC, 1908 E 1300 S, Hazelton, ID 83335-5428 |
| 5339874 | | Steel Ranch LLC, 3597 E 1100 S, Hazelton, ID 83335 |
| 5339216 | + | Stotz Equipment, 2670 Kimberly Rd E, Twin Falls, ID 83301-7984 |
| 5339875 | + | Triple C Farms, LLC, 474 S 500 W, Jerome, ID 83338-6027 |
| 5339554 | + | Viterra USA Grain, LLC, 1331 Capitol Ave., Omaha, NE 68102-1197 |
| 5339553 | + | Viterra USA Ingredients, LLC, 1331 Capitol Ave., Omaha, NE 68102-1197 |
| 5338166 | + | Wag Services, Inc., 8121 W HARRISON ST, Tolleson, AZ 85353-3328, , |
| 5339217 | + | Wendell Truck and Auto, PO Box 213, 356 S Idaho St, Wendell, ID 83355-5209 |
| 5339218 | + | Western Construction Inc, PO Box 15569, Boise, ID 83715-5569 |
| 5335378 | + | Westway Feed, BARR Credit Services, 3444 N Country Club Rd, Ste 200, Tucson, AZ 85716-0815 |
| 5341725 | + | Wilbur-Ellis Nutrition, LLC, c/o Matthew A. Sturzen, PO Box 2247, Salem, OR 97308-2247 |
| 5338356 | + | Williams, Meservy & Larsen, Post Office Box 168, 153 East Main Street, Jerome, ID 83338-2332 |
| 5342349 | + | Young CDJR of Burley, LLC, PO Box 1530, Layton, UT 84041-6553 |
| 5336406 | + | Youree Land & Livestock Inc., 3953 North 3300 East, Twin Falls, ID 83301-0348 |

TOTAL: 124

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: dann@lvf.com | May 22 2024 22:47:00 | Land View, Inc., P.O. Box 475, Rupert, ID 83350 |
| 5342707 | | Email/PDF: bncnotices@becket-lee.com | May 22 2024 23:02:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5339191 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2024 23:03:09 | Capitol One, PO Box 60599, City of Industry, CA 91716-0599 |
| 5339192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2024 23:03:07 | Citi Cards, PO Box 78019, Phoenix, AZ 85062-8019 |
| 5339193 | | Email/Text: fnrobinson@coloniallife.com | May 22 2024 22:47:00 | Colonial Life, Processing Center, PO Box 1365, Columbia, SC 29202-1365 |
| 5339195 | + | Email/Text: marlene@daritech.com | May 22 2024 22:47:00 | Daritech, 8540 Benson Rd, Lynden, WA 98264-9711 |
| 5340509 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 22 2024 22:47:00 | IRS, Centralized Insolvency Oper., PO Box 7346, Philadelphia, PA 19101-7346 |
| 5339526 | + | Email/Text: bankruptcynotices@tax.idaho.gov | May 22 2024 22:47:00 | Idaho State Tax Commission, PO Box 36, Boise, ID 83722-0036 |
| 5339527 | + | Email/Text: BKRMailOps@weltman.com | May 22 2024 22:47:00 | JOHN DEERE FINANCIAL, c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5339203 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 22 2024 22:51:36 | JP Morgan Chase, PO Box 6294, Carol Stream, IL 60197 |
| 5338039 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 22 2024 22:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5339016 | + | Email/Text: BKRMailOps@weltman.com | May 22 2024 22:47:00 | John Deere Construction and Forestry Company, c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5339015 | + | Email/Text: BKRMailOps@weltman.com | | |

| District/off: 0976-8 | User: admin | Page 4 of 8 |
|---|---|---|
| Date Rcvd: May 22, 2024 | Form ID: pdf016 | Total Noticed: 138 |

| | | | May 22 2024 22:47:00 | John Deere Financial, f.s.b., c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
|---|---|---|---|---|
| 5336530 | + | Email/Text: creditdept@agmotion.com | May 22 2024 22:47:00 | US Commodities, LLC, 730 Second Avenue S. Suite 700, Minneapolis, MN 55402-2480, , |
| 5342351 | + | Email/Text: arbankruptcy@uline.com | May 22 2024 22:47:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CNH Industrial Capital America LLC |
| cr | | JOHN DEERE FINANCIAL |
| cr | | MWI Veterinary Supply Inc. |
| cr | | McAlvain Concrete, Inc. |
| cr | | Rocky Mountain Agronomics, Inc. |
| 5339219 | | #3924637 |
| 5338201 | | A K Trucking1897 E 990 S Hazelton, ID 83335, A. Scott Jackson TruckingPO Box 56 Jerom, A. Scott JacksonTrucking Inc PO Box 56 J, ABS Global Inc Box 22144 Network Place C, Addison Biological Lab 507 N Cleveland S, Aden Brook Trading CorpPO Box 217 Montgo |
| 5337874 | | Badger Bearing PTP, Inc |
| 5334742 | | NameAddress1Address2Address3CityStateZip, 116 & West805 W Idaho StSte 300Boise, 2020 Window ServicePO Box 6056Twin F, A & K Trucking1897 E 990 SHazeltonI, A. Scott Jackson TruckingPO Box 56Je, A. Scott JacksonTrucking IncPO Box 56 |
| cr | * | Elevation Electric, LLC, 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| cr | * | Progressive Dairy Service & Supply Corp., 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| 5342727 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5338938 | *+ | Conterra Holdings, LLC dba Conterra Ag Capital as, c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5338040 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| aty | ##+ | Karyn Lloyd, Gordon Rees Scully Mansukhani, LLP, 999 W Main Street, 100, Boise, ID 83702-9001 |

TOTAL: 9 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Robert Bell | on behalf of Creditor MWI Veterinarian Supply Inc. abell@evanskeane.com |
| Adam Aiken Lewis | on behalf of Creditor East Valley Development LLC alewis@mofo.com |

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 5 of 8 |
| Date Rcvd: May 22, 2024 | Form ID: pdf016 | Total Noticed: 138 |

Andrew J. Schoulder
    on behalf of Creditor Rabo AgriFinance LLC andrew.schoulder@nortonrosefulbright.com nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com

Brent Russel Wilson
    on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com amay@hawleytroxell.com

Brett R Cahoon
    on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov

Brian Faria
    on behalf of Creditor Viserion Grain  LLC brian@sawtoothlaw.com

Cheryl Rambo
    on behalf of Creditor Idaho State Brand Department cheryl.rambo@isp.idaho.gov

Connor Bray Edlund
    on behalf of Creditor McAlvain Concrete  Inc. edlund@mwsslawyers.com, lemieux@mwsslawyers.com

D Blair Clark
    on behalf of Creditor Blue Cross of Idaho Health Service  Inc dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com

Daniel C Green
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net

David A Coleman
    on behalf of Creditor c/o David A. Coleman Youree Land & Livestock  Inc. david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor Eagle Creek Northwest LLC david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com

Evan Thomas Roth
    on behalf of Creditor Viserion Grain  LLC evan@sawtoothlaw.com

Gery W Edson
    on behalf of Creditor Land View  Inc. gedson@gedson.com, tfurey@gedson.com

Heidi Buck Morrison
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com

Holly Roark
    on behalf of Creditor Elevation Electric  LLC holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Holly Roark
    on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

James Niemeier
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com

James Justin May
    on behalf of Debtor Millenkamp Cattle  Inc jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;acs@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Janine Patrice Reynard
    on behalf of Creditor East Valley Development  LLC janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Jason Ronald Naess
    on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov

Jed W. Manwaring
    on behalf of Creditor MWI Veterinarian Supply  Inc. jmanwaring@evanskeane.com, duskin@evanskeane.com;abell@evanskeane.com

John O'Brien
    on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

John D Munding
    on behalf of Creditor PerforMix Nutrition Systems  LLC john@mundinglaw.com

John F Kurtz, Jr
    on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com tnd@kurtzlawllc.com

| District/off: 0976-8 | User: admin | Page 6 of 8 |
|---|---|---|
| Date Rcvd: May 22, 2024 | Form ID: pdf016 | Total Noticed: 138 |

Jon B Evans
    on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com  sattler.carla@dorsey.com

Karyn Lloyd
    on behalf of Creditor CNH Industrial Capital America LLC klloyd@grsm.com

Kim J Trout
    on behalf of Creditor Rocky Mountain Agronomics  Inc. ktrout@trout-law.com

Kimbell D Gourley
    on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com  shudson@idalaw.com

Kimbell D Gourley
    on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com  shudson@idalaw.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Cattle  Inc krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Black Pine Cattle LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Family LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Enterprises LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Properties  L.L.C. krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Idaho Jersey Girls LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Goose Ranch LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Properties II LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor East Valley Cattle  LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Laura E Burri
    on behalf of Creditor Automation Werx  LLC lburri@morrowfischer.com, klee@morrowfischer.com

Louis V. Spiker
    on behalf of Creditor Standlee Ag Resources louis.spiker@millernash.com  louis.spiker@millernash.com

Mark Bradford Perry
    on behalf of Creditor Burks Tractor Company  Inc. mbp@perrylawpc.com,
info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com

Matthew A Sturzen
    on behalf of Creditor Wilbur-Ellis Company LLC matt@shermlaw.com  bjorn@shermlaw.com;gina@shermlaw.com

Matthew T. Christensen
    on behalf of Debtor East Valley Cattle  LLC mtc@johnsonmaylaw.com,
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Idaho Jersey Girls LLC mtc@johnsonmaylaw.com
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Enterprises LLC mtc@johnsonmaylaw.com
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Black Pine Cattle LLC mtc@johnsonmaylaw.com
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Family LLC mtc@johnsonmaylaw.com
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Case 24-40158-NGH  Doc 337  Filed 05/24/24  Entered 05/24/24 22:23:40  Desc
Imaged Certificate of Notice  Page 10 of 11

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 7 of 8 |
| Date Rcvd: May 22, 2024 | Form ID: pdf016 | Total Noticed: 138 |

Matthew T. Christensen
    on behalf of Debtor Goose Ranch LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Cattle  Inc mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Properties II LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Properties  L.L.C. mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew W Grimshaw
    on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com

Meredith Leigh Thielbahr
    on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com  ckaiser@grsm.com

Miranda K. Russell
    on behalf of Creditor East Valley Development  LLC mrussell@mofo.com

Morton R. Branzburg
    on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com

Rhett Michael Miller
    on behalf of Creditor Moss Farms Operations  LLC rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor United Electric Co-op  Inc. rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Raft River Rural Electric Cooperative  Inc. rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Moss Grain Partnership rmiller@magicvalley.law

Robert A Faucher
    on behalf of Interested Party Glanbia Foods Inc rfaucher@hollandhart.com boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Robert E Richards
    on behalf of Debtor Millenkamp Cattle  Inc robert.richards@dentons.com, docket.general.lit.chi@dentons.com

Scott C Powers
    on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mwatson@spencerfane.com

Sheila Rae Schwager
    on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Properties  L.L.C. tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Cattle  Inc tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Enterprises LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Idaho Jersey Girls LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Properties II LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Black Pine Cattle LLC tirzah.roussell@dentons.com

District/off: 0976-8 | User: admin | Page 8 of 8
Date Rcvd: May 22, 2024 | Form ID: pdf016 | Total Noticed: 138

Tirzah R. Roussell
       on behalf of Debtor Millenkamp Family LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
       on behalf of Debtor East Valley Cattle  LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
       on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
       on behalf of Debtor Goose Ranch LLC tirzah.roussell@dentons.com

US Trustee
       ustp.region18.bs.ecf@usdoj.gov

William K Carter
       on behalf of Creditor CNH Industrial Capital America LLC kentcarter@grsm.com

Zachary Fairlie
       on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding
       SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com

TOTAL: 80