UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy<br><br>_____ | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**ORDER AUTHORIZING EMPLOYMENT OF LEAD COUNSEL**

This matter having come before the Court on the Application to Employ Lead Counsel for

Debtor in Possession, (Docket No. 5 – the "Application to Employ"), filed by Millenkamp Cattle,

Inc. ("Debtor") on April 2, 2024, and no objections having been filed to the Application to Employ; and good cause appearing therefore,

    IT IS HEREBY ORDERED, that the Application to Employ is GRANTED, consistent with the counsel's terms outlined in the Application to Employ, employment effective April 2, 2024. Rates charged by counsel as set forth in the Application to Employ may only be adjusted upward after notice and an opportunity for a hearing.  \\end of text\\

DATED: May 24, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order Submitted by:

Matthew T. Christensen
Attorney for Debtors in Possession

United States Bankruptcy Court
District of Idaho

In re: Case No. 24-40158-NGH
Millenkamp Cattle, Inc Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8 User: admin Page 1 of 6
Date Rcvd: May 24, 2024 Form ID: pdf116 Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |
| aty | + | Adam A Lewis, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105-2482 |
| aty | | Andrew Schoulder, 1301 Avenue of The Americas, New York, NY 10019-6022 |
| aty | + | Domenic E Pacitti, Klehr Harrison Harvey Branzburg LLP, 919 Market Street, Suite 1000, Wilmington, DE 19801-3030 |
| aty | + | James J Niemeier, McGrath North Mullin & Kratz, PC LLO, 1601 Dodge Street, Ste 3700, Omaha, NE 68102-1650 |
| aty | + | John O'Brien, Spencer Fane LLP, 1700 Lincoln Steet, Suite 2000, Denver, CO 80203-4554 |
| aty | + | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| aty | + | Matthew T. Christensen, 199 N. Capitol Blvd., Ste 200, Boise, ID 83702-6197 |
| aty | + | Michael R Stewart, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-7508 |
| aty | + | Miranda Russell, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | Morton R Branzburg, Klehr Harrison Harvey Branzburg LLP, 1835 Market St, Suite 1400, Philadelphia, PA 19103-2945 |
| aty | + | Nikolaus F Schandlbauer, 20 F Street NW, Suite 500, Washington DC 20001-6703 |
| aty | + | Richard Bernard, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| aty | | Robert E. Richards, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361 |
| aty | + | Ron C Bingham, II, 3424 Peachtree Road NE, Suite 1600, Atlanta, GA 30326-1139 |
| aty | + | Scott F Gautier, 1800 Century Park East, Ste 1500, Los Angeles, CA 90067-1504 |
| aty | + | Tirzah R. Roussell, 215 10th Street, Suite 1300, Des Moines, IA 50309-3616 |
| aty | + | W. Kent Carter, One North Franklin, Suite 800, Chicago, IL 60606-3422 |
| aty | + | Zachary Fairlie, Spencer Fane LLP, 1000 Walnut Street, Suite 1400, Kansas City, MO 64106-2168 |
| aty | + | Zachery J McCraney, Holland & Hart, Po Box 2527, 800 W Main Street, Suite 1750 Boise, ID 83702-5974 |
| cr | + | Ad Hoc Committee of Corn Silage Growers, 153 East Main Street, PO Box 168, Jerome, ID 83338-0168 |
| cr | + | Automation Werx, LLC, Morrow & Fischer, PLLC, 4 Ogden Avenue, Nampa, ID 83651-2371 |
| cr | + | Blue Cross of Idaho Health Service, Inc, c/o Law Office of D. Blair Clark PC, 967 East Parkcenter Boulevard, #282, Boise, ID 83706, UNITED STATES 83706-6721 |
| cr | | Bunge Canada C/O David D. Farrell, David D. Farrell. Esq., One Bank Plaza, Suite 2700, St. Louis, MO 63101 |
| cr | + | Burks Tractor Company, Inc., 3140 Kimberly Road, Twin Falls, ID 83301-8516 |
| cr | + | Conterra Holdings, LLC d/b/a Conterra Ag Capital a, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| cr | + | East Valley Development, LLC, c/o Avery Law, 3090 E Gentry Way, Ste 250, Meridian, ID 83642-3596 |
| cr | | Elevation Electric, LLC, 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| intp | + | Glanbia Foods Inc, c/o Robert A Faucher, POB 2527, Boise, ID 83701-2527 |
| cr | | Idaho State Brand Department, 700 S. Stratford Dr., Meridian, ID 83642, UNITED STATES 83642-6202 |
| cr | ++ | LAND VIEW INC, ATTN DAN NOBLE, P O BOX 475, RUPERT ID 83350-0475 address filed with court:, Land View, Inc., P.O. Box 475, Rupert, ID 83350 |
| cr | + | MWI Veterinarian Supply, Inc., 3041 W PASADENA DRIVE, Boise, ID 83705, UNITED STATES 83705-4776 |
| cr | + | MetLife Real Estate Lending LLC, c/o Kimbell D. Gourley, 10801 Mastin Blvd, Suite 700, Overland Park, KS 66210-1673 |
| cr | + | Metropolitan Life Insurance Company, c/o Kimbell D. Gourley, 10801 Mastin BLVD, Suite 700, Overland Park, KS 66210-1673 |
| cr | + | Moss Farms Operations, LLC, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | Moss Grain Partnership, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | PerforMix Nutrition Systems, LLC, MUNDING, P.S., 309 E. FARWELL RD., STE 310, Spokane, WA 99218, UNITED STATES 99218-8209 |
| cr | | Progressive Dairy Service & Supply Corp., 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| cr | + | Rabo AgriFinance LLC, c/o Sheila R. Schwager, P.O. Box 1617, Boise, ID 83701-1617 |
| cr | + | Raft River Rural Electric Cooperative, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| intp | + | Sandton Capital Partners LP, 16 W 46th Street, 1st Floor, New York, NY 10036-4503 |

| District/off: 0976-8 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: May 24, 2024 | Form ID: pdf116 | Total Noticed: 49 |

| | | |
|---|---|---|
| cr | + | Standlee Ag Resources, c/o Miller Nash LLP, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| cr | + | United Electric Co-op, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | Viserion Grain, LLC, c/o Sawtooth Law Offices, PLLC, 213 Canyon Crest Dr., Ste 200, Twin Falls, ID 83301, UNITED STATES 83301-3053 |
| cr | + | Viterra USA Grain, LLC and Viterra USA Ingredients, c/o Racine Olson, PLLP, P.O. Box 1391, Pocatello, ID 83204-1391 |
| cr | + | Western States Equipment Co., 500 East Overland Road, Meridian, ID 83642-6606 |
| cr | + | Wilbur-Ellis Company LLC, c/o Matthew A. Sturzen, P.O. Box 2247, Salem, OR 97308-2247 |
| cr | + | c/o David A. Coleman B & H Farming, Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| cr | + | c/o David A. Coleman Youree Land & Livestock, Inc., Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |

TOTAL: 49

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| cr | Email/Text: dann@lvf.com | May 25 2024 06:21:00 | Land View, Inc., P.O. Box 475, Rupert, ID 83350 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| cr | | CNH Industrial Capital America LLC |
| cr | | JOHN DEERE FINANCIAL |
| cr | | MWI Veterinary Supply Inc. |
| cr | | McAlvain Concrete, Inc. |
| cr | | Rocky Mountain Agronomics, Inc. |
| aty | *+ | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| aty | ##+ | Karyn Lloyd, Gordon Rees Scully Mansukhani, LLP, 999 W Main Street, 100, Boise, ID 83702-9001 |

TOTAL: 5 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Aaron Robert Bell | on behalf of Creditor MWI Veterinarian Supply  Inc. abell@evanskeane.com |
| Adam Aiken Lewis | on behalf of Creditor East Valley Development  LLC alewis@mofo.com |
| Andrew J. Schoulder | on behalf of Creditor Rabo AgriFinance LLC andrew.schoulder@nortonrosefulbright.com |

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 3 of 6 |
| Date Rcvd: May 24, 2024 | Form ID: pdf116 | Total Noticed: 49 |

nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com

Brent Russel Wilson
    on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com  amay@hawleytroxell.com

Brett R Cahoon
    on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov

Brian Faria
    on behalf of Creditor Viserion Grain  LLC brian@sawtoothlaw.com

Cheryl Rambo
    on behalf of Creditor Idaho State Brand Department cheryl.rambo@isp.idaho.gov

Connor Bray Edlund
    on behalf of Creditor McAlvain Concrete  Inc. edlund@mwsslawyers.com, lemieux@mwsslawyers.com

D Blair Clark
    on behalf of Creditor Blue Cross of Idaho Health Service  Inc dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com

Daniel C Green
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net

David A Coleman
    on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor c/o David A. Coleman Youree Land & Livestock  Inc. david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor Eagle Creek Northwest LLC david@colemanjacobsonlaw.com

Evan Thomas Roth
    on behalf of Creditor Viserion Grain  LLC evan@sawtoothlaw.com

Gery W Edson
    on behalf of Creditor Land View  Inc. gedson@gedson.com, tfurey@gedson.com

Heidi Buck Morrison
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com

Holly Roark
    on behalf of Creditor Elevation Electric  LLC holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Holly Roark
    on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

James Niemeier
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com

James Justin May
    on behalf of Debtor Millenkamp Cattle  Inc jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;acs@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Janine Patrice Reynard
    on behalf of Creditor East Valley Development  LLC janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Jason Ronald Naess
    on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov

Jed W. Manwaring
    on behalf of Creditor MWI Veterinarian Supply  Inc. jmanwaring@evanskeane.com, duskin@evanskeane.com;abell@evanskeane.com

John O'Brien
    on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

John D Munding
    on behalf of Creditor PerforMix Nutrition Systems  LLC john@mundinglaw.com

John F Kurtz, Jr
    on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com  tnd@kurtzlawllc.com

Jon B Evans
    on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com  sattler.carla@dorsey.com

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 4 of 6 |
| Date Rcvd: May 24, 2024 | Form ID: pdf116 | Total Noticed: 49 |

Karyn Lloyd
    on behalf of Creditor CNH Industrial Capital America LLC klloyd@grsm.com

Kim J Trout
    on behalf of Creditor Rocky Mountain Agronomics Inc. ktrout@trout-law.com

Kimbell D Gourley
    on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com shudson@idalaw.com

Kimbell D Gourley
    on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com shudson@idalaw.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Properties L.L.C. krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Idaho Jersey Girls LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Goose Ranch LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Properties II LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor East Valley Cattle LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Cattle Inc krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Black Pine Cattle LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Family LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Enterprises LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Laura E Burri
    on behalf of Creditor Automation Werx LLC lburri@morrowfischer.com, klee@morrowfischer.com

Louis V. Spiker
    on behalf of Creditor Standlee Ag Resources louis.spiker@millernash.com louis.spiker@millernash.com

Mark Bradford Perry
    on behalf of Creditor Burks Tractor Company Inc. mbp@perrylawpc.com,
    info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com

Matthew A Sturzen
    on behalf of Creditor Wilbur-Ellis Company LLC matt@shermlaw.com bjorn@shermlaw.com;gina@shermlaw.com

Matthew T. Christensen
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com
    mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.
    com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Cattle Inc mtc@johnsonmaylaw.com,
    mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.
    com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Properties II LLC mtc@johnsonmaylaw.com
    mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.
    com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Properties L.L.C. mtc@johnsonmaylaw.com,
    mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.
    com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor East Valley Cattle LLC mtc@johnsonmaylaw.com,
    mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.
    com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Idaho Jersey Girls LLC mtc@johnsonmaylaw.com
    mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.

Case 24-40158-NGH    Doc 340    Filed 05/26/24    Entered 05/26/24 22:22:58    Desc
Imaged Certificate of Notice    Page 7 of 8

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 5 of 6 |
| Date Rcvd: May 24, 2024 | Form ID: pdf116 | Total Noticed: 49 |

| | |
|---|---|
| | com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Enterprises LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Black Pine Cattle LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Family LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Goose Ranch LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew W Grimshaw | on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com |
| Meredith Leigh Thielbahr | on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com ckaiser@grsm.com |
| Miranda K. Russell | on behalf of Creditor East Valley Development LLC mrussell@mofo.com |
| Morton R. Branzburg | on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com |
| Rhett Michael Miller | on behalf of Creditor Moss Grain Partnership rmiller@magicvalley.law |
| Rhett Michael Miller | on behalf of Creditor Moss Farms Operations LLC rmiller@magicvalley.law |
| Rhett Michael Miller | on behalf of Creditor United Electric Co-op Inc. rmiller@magicvalley.law |
| Rhett Michael Miller | on behalf of Creditor Raft River Rural Electric Cooperative Inc. rmiller@magicvalley.law |
| Robert A Faucher | on behalf of Interested Party Glanbia Foods Inc rfaucher@hollandhart.com boiseintaketeam@hollandhart.com;spturner@hollandhart.com |
| Robert E Richards | on behalf of Debtor Millenkamp Cattle Inc robert.richards@dentons.com, docket.general.lit.chi@dentons.com |
| Scott C Powers | on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mwatson@spencerfane.com |
| Sheila Rae Schwager | on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com |
| Tirzah R. Roussell | on behalf of Debtor Millenkamp Family LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor East Valley Cattle LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Goose Ranch LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Millenkamp Properties L.L.C. tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Millenkamp Cattle Inc tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Millenkamp Enterprises LLC tirzah.roussell@dentons.com |

District/off: 0976-8 | User: admin | Page 6 of 6
Date Rcvd: May 24, 2024 | Form ID: pdf116 | Total Noticed: 49

Tirzah R. Roussell
              on behalf of Debtor Idaho Jersey Girls LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
              on behalf of Debtor Millenkamp Properties II LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
              on behalf of Debtor Black Pine Cattle LLC tirzah.roussell@dentons.com

US Trustee
              ustp.region18.bs.ecf@usdoj.gov

William K Carter
              on behalf of Creditor CNH Industrial Capital America LLC kentcarter@grsm.com

Zachary Fairlie
              on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com

TOTAL: 80