Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle) |

#3950559

|  |  |
|---|---|
| ☐ Millenkamp Properties II | 24-40167-NGH (Millenkamp Enterprises) <br> 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Millenkamp Family |  |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle |  |
| ☐ Millenkamp Enterprises |  |
| ☐ Idaho Jersey Girls Jerome Dairy |  |
| _____ |  |

**DEBTORS' APPLICATION TO EMPLOY COOPER NORMAN AS THEIR ACCOUNTANT**

> **Notice of Application to Employ Accountant for Debtors
> and Opportunity to Object and for a Hearing**
>
> <u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection.</u> The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

Millenkamp Cattle, Inc. ("<u>Millenkamp Cattle</u>") and its affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>") in the above-captioned chapter 11 case (the "<u>Chapter 11 Case</u>"), by and through its undersigned counsel, hereby respectfully submit this Application to Employ Cooper Norman as Accountant (the "<u>Application</u>"). In support of this Application, the Debtors respectfully represent as follows:

DEBTORS' APPLICATION TO EMPLOY COOPER NORMAN AS THEIR ACCOUNTANT - 2 -

## JURISDICTION

1. The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of the Application is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is also proper under 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are sections 327(a) and 328 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016.

## BACKGROUND

4. On April 2, 2024 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for District of Idaho (the "Court") commencing the Chapter 11 Cases. The Debtors have continued in the management and operation of their businesses and properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

5. On May 14, 2024, the Office of the United States Trustee (the "UST") appointed an official committee of unsecured creditors pursuant to 11 U.S.C. § 1102(a) (the "Committee") (Docket No. 297).

6. The Debtors are ten affiliates that collectively own and operate several businesses, including a calf ranch raising approximately 50,000 calves located in Jerome, Idaho; a dairy heifer feedlot in Declo, Idaho, raising approximately 60,000 head of dairy cattle; a dairy operation at the Declo facility where the dairy cattle are milked several times a day; farming operations in Jerome, Twin Falls and Cassia counties; and custom harvest & trucking throughout the Magic Valley.

DEBTORS' APPLICATION TO EMPLOY COOPER NORMAN AS THEIR ACCOUNTANT - 3 -

7. Through ten entities, the Debtors operate as a single enterprise, which includes common usage of debt and banking facilities.

8. Millenkamp Cattle is the primary entity from which all operations are directed, the revenues received, and the payables disbursed. Millenkamp Cattle is the operational entity which owns all of the cattle, feed, and equipment used to care for the cattle, employs the employees, and receives and disburses the majority of the monies.  Millenkamp Cattle does not own any real property.

9. Debtors wish to employ Cooper Norman as their accountant ("Accountant") in this Chapter 11 Case, pursuant to Bankruptcy Code section 327(a), at the expense of the Debtors' estates.

10. It is anticipated that Lance Fenton ("Fenton") will be the Debtors' main contact.

11. Further, Cooper Norman will render services to the Debtors under the terms as set forth in the Engagement Agreement attached hereto as Exhibit "A."

12. Cooper Norman understands that its compensation is subject to approval of this Court and intends to apply for compensation and reimbursement for fees incurred and costs advanced in conformity with Bankruptcy Code sections 330 and 331.

## QUALIFICATIONS OF PROFESSIONALS

13. The Debtors have selected Cooper Norman because Cooper Norman has considerable knowledge and expertise as accountants, specifically in the agriculture and diary sector.  Cooper Norman has been serving Idaho for 70 years and is one of the largest public accounting firms in Idaho. Lance Fenton is a Partner at Cooper Norman in the Twin Falls office. Prior to joining Cooper Norman, Fenton worked in the finance sector with Capital One. He has

also worked in manufacturing, construction, and agriculture industries. Fenton is a certified public accountant and has a bachelor's degree in accounting from Boise State University.

## SERVICES TO BE RENDERED

14. The employment of Cooper Norman is necessary and essential to assist the Debtors with their accounting and financial reporting requirements.

15. Cooper Norman is willing to assist the Debtors with accounting services related to their financial reporting requirements and financial monthly reporting. The Debtors do not intend, nor do the Debtors believe, the services proposed to be rendered by Cooper Norman will be duplicative of the services to be rendered by the Debtors' general reorganization counsel or other professionals in this Chapter 11 Case.

## PROFESSIONAL COMPENSATION

16. Cooper Norman will receive a $50,000 retainer pursuant to the Engagement Agreement.

17. Cooper Norman's services will be based on hourly rates, and Cooper Norman anticipates its monthly fees to range from $12,000 to $17,000. Cooper Norman's staff accountant billing rates range from $150 to $200 per hour, manager billing rates range from $200 to $300 per hour, and partner billing rates range from $300 to $500 per hour.

18. Neither Cooper Norman, nor to the best of its knowledge and information, any other representative thereof, has been promised any compensation for professional services rendered or to be rendered in any capacity in connection with Debtors' Chapter 11 Case, other than as permitted by the Bankruptcy Code.

19. Cooper Norman has not agreed to share compensation received in connection

DEBTORS' APPLICATION TO EMPLOY COOPER NORMAN AS THEIR ACCOUNTANT - 5 -

with Debtors' Chapter 11 Case with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016 in respect of the sharing of compensation among members of Cooper Norman.

## DISINTERESTEDNESS OF PROFESSIONALS

20. In connection with its proposed retention by the Debtors in this case, Cooper Norman conducted a search of its client database to determine whether it has any current or past relationships with any of Debtors' significant creditors or insiders. Except as set forth in the Declaration of Lance Fenton attached hereto as Exhibit "B" (the "Declaration"), Cooper Norman does not have any connection with Debtors, their affiliates, their creditors or insiders, or any other party in interest, their respective attorneys and financial advisors, the United States Trustee, or any person employed by the United States Trustee.

21. Except as otherwise set forth in the Declaration, and based on the database search described above, Cooper Norman is not aware of any past or current representation of any other individual or entity which is a creditor or insider of the Debtors.

22. To the best of its knowledge and information, Cooper Norman does not have any interest "adverse" to Debtors or their estates as that term is used in Bankruptcy Code section 327.

23. To the best of its knowledge and information, Cooper Norman is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14).

24. Cooper Norman will conduct a continuing inquiry to ascertain whether there exists any situation that would affect its status as a person having no interest adverse to Debtors or their estates or that would affect Cooper Norman's status as a disinterested person. Cooper Norman will file supplemental disclosures or affidavits with this Court at such time as any such

DEBTORS' APPLICATION TO EMPLOY COOPER NORMAN AS THEIR ACCOUNTANT - 6 -

additional disclosures are appropriate or required.

**WHEREFORE,** the Debtors respectfully request that they be authorized, pursuant to Bankruptcy Code section 327 and Bankruptcy Rule 2014 to employ Cooper Norman as their Accountant; and for such other and further relief as may be just and equitable under the circumstances.

Respectfully submitted,

*/s/ Krystal R. Mikkilineni*
Krystal R. Mikkilineni

*/s/ Matthew T. Christensen*
Matthew T. Christiansen

Attorneys for Debtors

I declare under penalty of perjury under the laws of the United States and the laws of the State of Idaho that I have reviewed the attached Debtors' Application to Employ Cooper Norman as their Accountant, and to the best of my knowledge and information, I believe the statements therein to be true and correct.

Dated: May 24, 2024

*/s/ Lance Fenton*
Lance Fenton, CPA
Cooper Norman

Case 24-40158-NGH Doc 341-1 Filed 05/28/24 Entered 05/28/24 14:45:26 Desc Main
Application to Employ Cooper Norman as Accountant    Page 7 of 14

DEBTORS' APPLICATION TO EMPLOY COOPER NORMAN AS THEIR ACCOUNTANT - 7 -

**EXHIBIT A**
**Engagement Agreement**

DEBTORS' APPLICATION TO EMPLOY COOPER NORMAN AS THEIR ACCOUNTANT - 8 -



May 15, 2024

722 North College Road
PO Box 5399
Twin Falls, Idaho 83303

208.733.6581 (Phone)
208.734.9609 (Fax)

Millenkamp Cattle, Inc., et al
Attn. Bill Millenkamp
471 North 300 West
Jerome, ID 83338

RE: Proposal for accounting services for Millenkamp Cattle and related entities

I hope this letter finds you well. I am writing to provide pricing information for accounting services relating to the ongoing bankruptcy proceedings for Millenkamp Cattle. Our team of skilled professionals is committed to providing comprehensive and reliable accounting services to support a smooth resolution of this case. This Engagement Agreement is made by and between Cooper Norman and Millenkamp Cattle, Inc.; Idaho Jersey Girls LLC; East Valley Cattle, LLC; Millenkamp Properties, L.L.C.; Millenkamp Properties II LLC; Millenkamp Family LLC; Goose Ranch, LLC; Idaho Jersey Girls Jerome Dairy LLC; Black Pine Cattle LLC; and Millenkamp Enterprises LLC (collectively, "<u>Millenkamp Cattle</u>").

Millenkamp Cattle has requested that we provide pricing information for monthly bank reporting. Our services will be based on hourly rates, but we anticipate that the monthly cost will range from $12,000 to $17,000. Our staff accountant billing rates range from $150-$200 per hour, our manager billing rates from $200-$300 per hour, and our partner billing rates range from $300-$500 per hour. These estimates may vary depending on the complexity and scope of the case. Our initial work will include updates to the first 4 months of 2024. We are requesting that Millenkamp Cattle provide us a $50,000 retainer that will need to be replenished as invoices are approved by the court. In the near future, we also plan to provide pricing proposals for audit and tax services.

We believe that our experience in the dairy industry makes us a valuable resource for your accounting needs in this case. Should you require any further information or wish to discuss our proposal in more detail, please do not hesitate to contact me at 208-733-6581 or lfenton@coopernorman.com.

coopernorman.com



722 North College Road
PO Box 5399
Twin Falls, Idaho 83303

208.733.6581 (Phone)
208.734.9609 (Fax)

Sincerely,

Cooper Norman

Lance Fenton, CPA

coopernorman.com

# EXHIBIT B

## DECLARATION OF LANCE FENTON IN SUPPORT OF APPLICATION TO EMPLOY COOPER NORMAN AS ACCOUNTANT FOR DEBTORS IN POSSESSION[1]

STATE OF  IDAHO           )
                          ) ss:
COUNTY OF TWIN FALLS      )

Lance Fenton, being first duly sworn upon oath, deposes, and says:

1. I am a certified public accountant.

2. I have read the application of the Debtors for authority to employ and retain Cooper Norman as their Accountant.

3. Cooper Norman has requested a $50,000 retainer.

4. I and Cooper Norman have no connection with the Debtors.

5. I and Cooper Norman have no connection with any personnel employed in the Office of the United States Trustee, the creditors or any party in interest, nor with their respective attorneys or financial advisors, other than normal professional relationships with attorneys and financial advisors except as follows:

   a. Cooper Norman may have conducted business with certain creditors or investors in matters unrelated to the Debtors. Other than as described below, none of that representation involves the Debtors or any claims against the Debtors.

---

[1] The Debtors in the Chapter 11 Cases are: Millenkamp Cattle, Inc.; Idaho Jersey Girls LLC; East Valley Cattle, LLC; Millenkamp Properties, L.L.C.; Millenkamp Properties II LLC; Millenkamp Family LLC; Goose Ranch, LLC; Idaho Jersey Girls Jerome Dairy LLC; Black Pine Cattle LLC; and Millenkamp Enterprises LLC. This Declaration is in support of an Application that seeks employment to represent ALL of the Debtors in the respective bankruptcy cases, which are jointly administered.

DEBTORS' APPLICATION TO EMPLOY COOPER NORMAN AS THEIR ACCOUNTANT - 9 -

b. Cooper Norman has had a business relationship or conducted accounting services for the following creditors:

    i. **Clear Lakes Products:** Current client that we provide financial statement, tax, and consulting services.

    ii. **Dusty Brow Farms:** Current client that we help occasional year end bookkeeping, payroll reporting, and tax services.

    iii. **Eide Bailly LLP:** Client we perform inventory observations.

    iv. **Alexander K. Reed:** Current client that we provide payroll services.

    v. **Givens Pursely LLP:** We have used their services in the past and have clients that use them.

    vi. **Hegler Creek Dairy:** Former Cooper Norman employee is the CFO and we perform tax services including consulting and ACA compliance.

    vii. **Holesinksky Farms LLC:** Current client that we provide bookkeeping, financial statement, tax, and consulting services.

    viii. **Jack Verbree Dairies:** Current client we perform monthly bookkeeping, payroll, financing statement, tax, and consulting services.

    ix. **J.D. Heiskell & Co.:** Current client that we provide financial statement, tax, and consulting services.

    x. **Landview Inc:** Former Cooper Norman employee is their CFO.

    xi. **Leonard Petroleum Equipment:** Current client we provide payroll services.

    xii. **Moss Grain Partnership:** Current client that we provide financial statement, tax, and consulting services.

    xiii. **Oppedyk Dairy:** Current client that we provide bookkeeping, payroll, financial statement, tax, and consulting services.

    xiv. **Reed Farms:** Current client that we provide tax and consulting services and prepare 1099s.

DEBTORS' APPLICATION TO EMPLOY COOPER NORMAN AS THEIR ACCOUNTANT - 10 -

xv. **Rocky Mountain Agronomics:** Current client that we provide valuation services, financincal statement, tax, and consulting services.

xvi. **Schilder Dairy:** Current client that we provide financial statement, tax, and consulting services and prepare 1099's.

xvii. **Standlee Premium Products:** CFO and CEO are former Cooper Norman partner and employee and we provide tax services.

xviii. **Steel Ranch LLC:** Current client we perform monthly bookkeeping, tax and consulting services.

xix. **Triple B Farms, LLC:** Current client we provide tax and consulting services.

xx. **Rabo Agrifinance:** We have clients that finance through Rabo.

xxi. **Metlife:** We have clients that finance through Metlife.

xxii. **Farmers Bank:** We have clients that finance through Farmers Bank.

xxiii. **BMO BANK NA:** We have clients that finance through BMO.

6. I believe I and Cooper Norman are disinterested persons as defined in 11 U.S.C. § 101(14) and represent no interest adverse to the debtors in possession or bankruptcy estate in matters upon which I am to be engaged and believe that I can be employed in this case without any type of restriction.

7. The hourly rate to be charged by myself and other professionals at my office are outlined in the Engagement Agreement between Cooper Norman and the Debtors, a copy of which is attached to the Application to Employ as Exhibit A.

8. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24 day of May 2024.

_____
LANCE FENTON, CPA
COOPER NORMAN

DEBTORS' APPLICATION TO EMPLOY COOPER NORMAN AS THEIR ACCOUNTANT - 11 -

# EXHIBIT C
## Proposed Order

### ORDER GRANTING THE DEBTORS' APPLICATION TO EMPLOY COOPER NORMAN AS THEIR ACCOUNTANT

The Debtors' *Application to Employ Cooper Norman as their Accountant* (the "<u>Application</u>"); and the Court, having reviewed the Motion, finds that the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Motion was sufficient under the circumstances and that no further notice need be given; and the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing, therefore

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Application is GRANTED and the Debtors are authorized to employ Cooper Norman under the terms as set forth in the Application.

2. The Application is appropriate under the circumstances and in compliance with the Bankruptcy Code and Bankruptcy Rules.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

//end of text//

Order submitted by:

Krystal R. Mikkilineni
Matthew T. Christensen
Attorney for the Debtors