Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
  jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
  Robert.richards@dentons.com
  Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | [NO HEARING REQUIRED] |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF APRIL 2024 – Page 1

## DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF APRIL

Dentons Davis Brown, PC (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of April 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.    The Firm is counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.    The Firm billed a total of $122,214.10 in fees and expenses during the Application Period. The total fees represent 329.3 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 4/2/2024 - 4/30/2024 | $112,684.00 | $9,530.10 | $122,214.10 |

C. Accordingly, the Firm seeks allowance of interim compensation in the amount of $94,043.10 at this time. This total is comprised as follows: $84,513.00 (75% of the fees for services rendered) plus $ 9,530.10 (100% of the expenses incurred).

D.      Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: May 29, 2024              /s/ *Krystal R. Mikkilineni*
                                              DENTONS DAVIS BROWN PC
                                              Krystal R. Mikkilineni

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 29th day of May, 2024, I caused to be served a true and correct copy of the foregoing DENTON DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF APRIL 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
J.D. Heiskell Holding, LLC                    Viterra USA Ingredients, LLC
c/o Tyler (Tab) Berger                         c/o Alicia Burns
17220 Wright St., Ste 200                     1331 Capitol Ave.
Omaha, NE 68130                               Omaha, NE 68102

Wilbur Ellis Nutrition – Rangen              Land View, Inc.
c/o Tony Champion                             c/o Dan Noble
P.O. Box 706                                  P.O. Box 475
115 13th Ave. So.                             Rupert, ID 83350
Buhl, ID 83316

_/s/ Krystal Mikkilineni_
Krystal Mikkilineni

DENTON DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE MONTH OF APRIL 2024 – Page 5

**DENTONS**

**EXHIBIT A**

In Account With

**DENTONS DAVIS BROWN PC**
Attorneys and Counselors at Law
215 10th Street, Suite 1300
Des Moines, IA 50309-3993
(515) 288-2500
Federal I.D. No. 42-1343884

Millenkamp Cattle, Inc.                                          Statement: 1568428
Bill Millenkamp                                                  Date: 5/24/2024
471 N 300th Rd W
Jerome, Idaho 83338

Re: 9020530-188653 - Ch 11 Bankruptcy

## Professional Fees

| | | | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/02/2024 | GMAT | Working on entering payments into schedules. | B100 | 6.20 | 1,302.00 |
| 04/02/2024 | KMIK | Continue drafting cash collateral and DIP motions | B230 | 7.50 | 3,112.50 |
| 04/02/2024 | TROU | Drafting and revising first day motions and proposed order and exhibits thereto | B190 | 8.60 | 2,451.00 |
| 04/03/2024 | KMIK | Review emails from Conterra counsel and co-counsel regarding DIP term sheet (.2); emails to/from Ken regarding budget to FTI (.2) | B230 | 0.40 | 166.00 |
| 04/03/2024 | TROU | Call with co-counsel, client, and Kander regarding DIP offers and strategy for first day hearing (.8); review order granting pro hac app (.1) | B110 | 0.90 | 256.50 |
| 04/03/2024 | TROU | Drafting Motion to Assume Executory Contract with Western States (1.5); Review Contract regarding same (.4); review emails from counsel for Western States (.2) | B185 | 2.10 | 598.50 |
| 04/03/2024 | TROU | Review emails from Conterra counsel and co-counsel regarding DIP term sheet (.2); emails to/from Ken regarding budget to FTI (.2); emails to/from Bobby Rice regarding filed DIP motion (.2); draft interim DIP Order (2); Research regarding DIP Priming and priming liens (2.8); Draft DIP priming argument (2.2); emails with potential DIP Lender (.2); Review 130 day budget (.3) | B230 | 7.90 | 2,251.50 |
| 04/03/2024 | KMIK | Review emails from co-counsel and counsel for Western States regarding Western States' motion for adequate protection (.2) | B140 | 0.20 | 83.00 |
| 04/03/2024 | KMIK | Emails to/from Bobby Rice regarding filed DIP motion (.2); call with co-counsel, client, and Kander regarding DIP offers and strategy for first day hearing (.8); call with co-counsel regarding cash collateral strategy (.2) | B230 | 1.20 | 498.00 |
| 04/03/2024 | KMIK | Review email from Mike Hayes regarding steer sale proceeds (.1) and email Kander regarding same (.1) | B110 | 0.20 | 83.00 |
| 04/03/2024 | KMIK | Prep for first day hearing (7.4); email Kati regarding critical vendor list (.1) | B190 | 7.50 | 3,112.50 |
| 04/03/2024 | KMIK | Call with client regarding DIP terms sheets (.2) | B230 | 0.20 | 83.00 |
| 04/03/2024 | KMIK | Review order granting pro hac vice application (.1) | B110 | 0.10 | 41.50 |

Millenkamp Cattle, Inc.
5/24/2024
Page: 2

Client: 9020530
Matter: 9020530-188653
Statement: 1568428

| 04/03/2024 | KMIK | Review and revise motion to assume Western States lease (.3) | B185 | 0.30 | 124.50 |
|---|---|---|---|---|---|
| 04/03/2024 | KMIK | Emails to/from co-counsel and client regarding IDI (.2) | B110 | 0.20 | 83.00 |
| 04/03/2024 | KMIK | Review and revise proposed DIP order (.5) | B230 | 0.50 | 207.50 |
| 04/04/2024 | KMIK | Call with Sandton and co-counsel regarding term sheet (.3); call with Rabo counsel and co-counsel regarding DIP (.4) | B230 | 0.70 | 290.50 |
| 04/04/2024 | TROU | Calls with client, Kander, and co-counsel regarding status update and strategy (1); appear at first day hearing (1.8); review notice of appearance of Viserion Grain (.1); review EIN issues for Millenkamp Properties (1); emails with Idaho tax authority regarding EIN (.1); review notices of appearances filed by several creditors (.2) | B110 | 4.20 | 1,197.00 |
| 04/04/2024 | TROU | Drafting revised cash collater order (1.9); Review Rabo Objection to DIP Motion (.7); Review Supplement to DIP Motion (.3); Review Conterra Objection to DIP Motion (.6); Review Supplement to Rabo Objection (.3) | B230 | 3.80 | 1,083.00 |
| 04/04/2024 | KMIK | Continue prepping for first day hearing (3.1); review notice of appearance filed by Raft River Rural Electric Coop (.1); calls with client, Kander, and co-counsel regarding status update and strategy (1); review notice of appearance of Viserion Grain (.1); appear at first day hearing (1.8) | B110 | 6.10 | 2,531.50 |
| 04/04/2024 | TROU | Conference with FA regarding critical vendor motion (.2) | B190 | 0.20 | 57.00 |
| 04/05/2024 | KMIK | Review notice of appearance for Progressive Dairy Service (.1); review emails from Matt Christensen and David Heida regarding Bartholomew lawsuit (.1); review notice of appearance for ad hoc committee of corn silage growers (.1); review emails from Rabo counsel and co-counsel regarding endorsement of beef checks (.1); review court's notice of hearing held (.1); review emails from Rabo's counsel regarding collateral inspection (.1); call with co-counsel, client, and Kander regarding status update and strategy (1) | B110 | 1.60 | 664.00 |
| 04/05/2024 | TROU | Review scheduling order (.1); emails with Allison at Johnson May regarding updating EIN on petition (.1); call with co-counsel, client, and Kander regarding status update and strategy (1) | B110 | 1.20 | 342.00 |
| 04/05/2024 | TROU | Review UST Objection to critical vendor Motion (.5); research regarding critical vendor status in the ninth circuit and critical vendor motions in dairy cases similar to ours (1.4) | B190 | 1.90 | 541.50 |
| 04/05/2024 | TROU | Review and Compare DIP Term Sheets (1.8); review revisions to cash collateral order (.4); Prep for cash collateral and DIP Hearing (1) | B230 | 3.20 | 912.00 |
| 04/05/2024 | KMIK | Review and revise interim cash collateral order (.3); review email from John O'Brien regarding motion to excuse local counsel's appearance at interim cash collateral hearing (.1); call with co-counsel and counsel for MetLife regarding DIP proposals (.5); prep for cash collateral and DIP hearing (1) | B230 | 1.90 | 788.50 |
| 04/06/2024 | KMIK | Review comparison spreadsheet for DIP proposals (.3); review emails from Bob Richards regarding DIP proposals (.2); call with clients, Kander, and co-counsel regarding DIP proposals and strategy (1); draft notice of DIP selection (1); review emails from Rabo counsel and Conterra counsel regarding interim cash collateral order (.2); review email from Conterra's counsel regarding Idaho Milk (.1); review email from Lisa regarding short-term budget (.1); emails to/from Bobby Rice regarding hearing (.1) | B230 | 2.70 | 1,120.50 |

Millenkamp Cattle, Inc.                                                                                    Client: 9020530
5/24/2024                                                                                          Matter: 9020530-188653
Page: 3                                                                                           Statement: 1568428

| 04/06/2024 | TROU | review emails from Bob Richards regarding DIP proposals (.2); Review comparison spreadsheet for DIP proposals (.3); call with clients, Kander, and co-counsel regarding DIP proposals and strategy (1); review notices of deficiency (.2); review emails from Rabo counsel and Conterra counsel regarding interim cash collateral order (.2); review email from Conterra's counsel regarding Idaho Milk withdrawing proposal (.1); review emails from Lisa regarding short-term budget (.1) | B230 | 2.10 | 598.50 |
|---|---|---|---|---|---|
| 04/06/2024 | TROU | Research and draft memo regarding critical vendors (1.7) | B190 | 1.70 | 484.50 |
| 04/06/2024 | KMIK | Review notices of deficiency (.2) | B110 | 0.20 | 83.00 |
| 04/06/2024 | KMIK | Review CenturyTel's proof of claim (.1) | B310 | 0.10 | 41.50 |
| 04/07/2024 | KMIK | Review email from Sandton's counsel regarding DIP order (.1); review supplement to Rabo's objection (.1); review email from Rabo counsel regarding updated budget (.1) and email Kati Churchill regarding same (.1); prep for DIP hearing (1.1) | B230 | 1.50 | 622.50 |
| 04/07/2024 | KMIK | Travel to Boise (6) (bill at 1/2 rate) | B195 | 6.00 | 2,490.00 |
| 04/07/2024 | TROU | Travel to Boise (6) (bill at 1/2 rate) | B195 | 6.00 | 1,710.00 |
| 04/07/2024 | TROU | Prep for DIP Hearing (2.3) | B230 | 2.30 | 655.50 |
| 04/07/2024 | KMIK | Review email from Progressive Dairy counsel regarding amount owed and critical vendor status (.1) | B150 | 0.10 | 41.50 |
| 04/07/2024 | KMIK | Review emails from client and co-counsel regarding note payments (.1); review email from David Heida regarding milk prices (.1); review email from John O'Brien regarding Prime Ridge Beef (.1) and email client regarding same (.1) | B110 | 0.40 | 166.00 |
| 04/07/2024 | KMIK | Review Quill Corporation proof of claim (.1); review Heeringa Construction proof of claim (.1) | B310 | 0.20 | 83.00 |
| 04/07/2024 | KMIK | Review and revise insurance motion (.4) | B190 | 0.40 | 166.00 |
| 04/08/2024 | KMIK | Prep for DIP and cash collateral hearing | B230 | 13.40 | 5,561.00 |
| 04/08/2024 | TROU | Prep for DIP Hearing and Cash collateral/Critical Vendor | B230 | 13.40 | 3,819.00 |
| 04/09/2024 | GMAT | Working on Schedule G. | B110 | 3.00 | 630.00 |
| 04/09/2024 | KMIK | Prep for hearing (2); appear at cash collateral and DIP hearing (9); review and revise Sandton credit agreement (1.5) | B230 | 12.50 | 5,187.50 |
| 04/09/2024 | TROU | prep for hearing (2); appear at cash collateral and DIP hearing (9); review Sandton Credit Agreement (1) | B230 | 12.00 | 3,420.00 |
| 04/10/2024 | GMAT | Working on Schedule G. | B110 | 3.20 | 672.00 |
| 04/10/2024 | KMIK | Prep for hearing (1); appear at DIP and cash collateral hearing (7); review and revise Sandton loan agreement (2) | B230 | 10.00 | 4,150.00 |

Millenkamp Cattle, Inc.
5/24/2024
Page: 4

Client: 9020530
Matter: 9020530-188653
Statement: 1568428

| 04/10/2024 | TROU | Appear at DIP and cash collateral hearing (7); review and discuss revisions to Sandton loan agreement (1.3); Draft supplement to DIP Motion (.7) | B230 | 9.00 | 2,565.00 |
|---|---|---|---|---|---|
| 04/11/2024 | KMIK | Travel from Boise to Des Moines for return from hearing (6) (billed at half rate) | B195 | 6.00 | 2,490.00 |
| 04/11/2024 | TROU | Travel from Boise to Des Moines for return from hearing (6) (billed at half rate) | B195 | 6.00 | 1,710.00 |
| 04/11/2024 | KMIK | Review emails from MetLife's counsel and Conterra's counsel regarding revisions to cash collateral order (.2); review emails from Kander and client regarding valuations (.2); review email from Sandton's counsel regarding loan and security agreement (.1) | B230 | 0.50 | 207.50 |
| 04/11/2024 | KMIK | Review email from Idaho State Brands Department regarding critical vendor status (.1) | B190 | 0.10 | 41.50 |
| 04/11/2024 | KMIK | Review notice of hearing held (.1) | B110 | 0.10 | 41.50 |
| 04/11/2024 | KMIK | Review Coastline Equipment Company's proof of claim (.1) | B310 | 0.10 | 41.50 |
| 04/12/2024 | KMIK | Review emails from John O'Brien regarding cash collateral order (.1); review revised cash collateral order (.3); review Conterra's revisions to cash collateral order (.1); review email from Kati Churchill regarding updates to budget (.1) | B230 | 0.60 | 249.00 |
| 04/12/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and strategy (1) | B230 | 1.00 | 415.00 |
| 04/12/2024 | KMIK | Call with counsel for Bunge Canada regarding critical vendor motion (.2); review email from Landview's counsel regarding critical vendor motion (.1); review email from David Heida regarding lien claims (.1) | B190 | 0.40 | 166.00 |
| 04/12/2024 | KMIK | Review Progressive Dairy's proof of claim (.1); review Elevation Electric's proof of claim (.1) | B310 | 0.20 | 83.00 |
| 04/14/2024 | KMIK | Review email from UST regarding motion for joint administration (.1) and review UST's revisions for motion for joint administration (.1); email Matt Christensen regarding transcript (.1) | B110 | 0.30 | 124.50 |
| 04/14/2024 | KMIK | Review emails from John O'Brien regarding DIP order (.1) | B230 | 0.10 | 41.50 |
| 04/15/2024 | KMIK | Review and revise schedules (.7); call with client, Kander, and co-counsel regarding status update and strategy (.5); review UST's comments on order for joint administration (.2); emails to/from Lisa Nelson regarding Rogers Machine (.2) and email Bill Millenkamp regarding same (.1) | B110 | 1.70 | 705.50 |
| 04/15/2024 | GMAT | Working on schedules and Statement of Financial Affairs. | B110 | 3.10 | 651.00 |
| 04/15/2024 | TROU | Call with client, Kander, and co-counsel regarding status update and strategy (.5); start preparing information needed for IFR (.5); review transcript requests from East Valley (.1); review order granting joint admin (.1) | B110 | 1.20 | 342.00 |
| 04/15/2024 | TROU | Conference with client and co-counsel regarding employing appraisers (.3); Start drafting apps to employ (.3) | B160 | 0.60 | 171.00 |
| 04/15/2024 | TROU | Review Rabo's second supplemental objection to DIP Motion (.4) | B230 | 0.40 | 114.00 |
| 04/15/2024 | TROU | Review interim order for critical vendors (.2); Email Gabby to docket dates regarding same (.1) | B190 | 0.30 | 85.50 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 04/15/2024 | KMIK | Emails to/from Ken Nofziger regarding Schuil (.2); call with Chad Lowry regarding livestock valuation (.1); call with Gale Harding regarding updated equipment appraisal (.1) and email client regarding same (.1); call with Bill Millenkamp regarding appraisals (.4) and call with David Heida regarding appraisals (.1); Call with Schuil re brokers opinion of value (.5) | B190 | 1.50 | 622.50 |
| 04/15/2024 | KMIK | Review emails from J.B. Evans and Matt Christensen regarding order on motion to assume and motion for adequate protection (.2) | B185 | 0.20 | 83.00 |
| 04/16/2024 | KMIK | Review and revise DIP order (1.7); review Rabo's supplemental objection to DIP Loan (.6); prep for continued DIP hearing (1.8); emails to/from Kati Churchill regarding updated budget (.2); appear at telephonic hearing regarding DIP loan (1.2); calls with Bill Millenkamp and Ken Nofzinger regarding recap of hearing (.2); emails to/from Sandton counsel regarding loan agreement execution and proposed DIP order (.2); review court's minute entry regarding interim DIP hearing (.1); email client regarding signatures for loan agreement (.2) | B230 | 4.50 | 1,867.50 |
| 04/16/2024 | TROU | Call with client, Kander, and co-counsel regarding status update and strategy (.4); review email from David Heida regarding Glanbia milk proceeds (.1); review email from Kati Churchill regarding reporting requirements (.1); review emails from Kati Churchill regarding payments to Western States (.2); several emails with Lisa and David regarding documentation needed for IFR/gathering and reviewing IFR documentation (2); email IFR documents large file send to UST (.2); calls and emails with Johnson May regarding schedules extension (.2) | B110 | 3.40 | 969.00 |
| 04/16/2024 | TROU | Appear at telephonic hearing regarding DIP loan (1.2) | B230 | 1.20 | 342.00 |
| 04/16/2024 | TROU | Review US Commodities' proof of claim (.1); review Youree Land & Livestock's proof of claim (.1); review Electrical Werx & Construction's proof of claim (.1); review Automation Werx' proof of claim (.1) | B310 | 0.40 | 114.00 |
| 04/16/2024 | TROU | Emails from Kati Churchill regarding updated budget (.2) | B230 | 0.20 | 57.00 |
| 04/16/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and strategy (.4); emails to/from Kati Churchill regarding payments to Western States (.2); review email from David Heida regarding Glanbia milk proceeds (.1); review email from Kati Churchill regarding reporting requirements (.1) | B110 | 0.80 | 332.00 |
| 04/16/2024 | KMIK | Review US Commodities' proof of claim (.1); review Youree Land & Livestock's proof of claim (.1); review Electrical Werx & Construction's proof of claim (.1); review Automation Werx' proof of claim (.1); review Rogers Machinery proof of claim (.1); review GJ Verti-line Pump's proof of claim (.1) | B310 | 0.60 | 249.00 |
| 04/16/2024 | KMIK | Review email from Rabo's counsel regarding beef checks (.1); review email from Rabo's counsel regarding reports (.1) and email client regarding same (.1) | B150 | 0.30 | 124.50 |
| 04/17/2024 | KMIK | Review and revise schedules and SOFA (2.4); call with client, Kander, and co-counsel regarding DIP order, budgets, reports, and schedules (.7) | B110 | 3.10 | 1,286.50 |
| 04/17/2024 | TROU | Draft letter to vendors (.5); call with client, Kander, and co-counsel regarding DIP order, budgets, reports, and schedules (.7); review status hearing dates (.1); review order granting schedules extension (.1) | B110 | 1.40 | 399.00 |
| 04/17/2024 | TROU | Revising DIP Order (1.4); Email Order to all parties (.2); Emails from Conterra regarding DIP Order (.1); Emails from Metlife counsel regarding revisions to DIP Order (.1) | B230 | 1.80 | 513.00 |
| 04/17/2024 | KMIK | Review email from Matt Grimshaw regarding proofs of claim and plan support agreement (.1) | B150 | 0.10 | 41.50 |

Millenkamp Cattle, Inc.
5/24/2024
Page: 6

Client: 9020530
Matter: 9020530-188653
Statement: 1568428

| Date | Staff | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/17/2024 | KMIK | Emails to/from MetLife's counsel regarding DIP order (.2) | B230 | 0.20 | 83.00 |
| 04/18/2024 | KMIK | Continue reviewing and revising proposed interim DIP order (.6); emails to/from Sandton counsel regarding executed signature pages to DIP loan (.2); emails to/from Rabo's counsel regarding DIP order (.2) | B230 | 1.00 | 415.00 |
| 04/18/2024 | KMIK | Continue reviewing and revising schedules (5); call with client, Kander, and co-counsel regarding status update, interim DIP order, and schedules (.7) | B110 | 5.70 | 2,365.50 |
| 04/18/2024 | GMAT | Working on schedules | B110 | 4.00 | 840.00 |
| 04/18/2024 | TROU | Revise DIP Order from comments from parties (1.5) review emails from Rabo regarding DIP order (.2) | B230 | 1.70 | 484.50 |
| 04/18/2024 | TROU | Email David Heida regarding cattle appraiser (.1); draft Harding engagement letter (.5); drafting Harding App to Employ, Declaration and proposed order (1) | B160 | 1.60 | 456.00 |
| 04/18/2024 | TROU | Review SOFA questions from Erin (.2); call with client, Kander, and co-counsel regarding status update, interim DIP order, and schedules (.7) | B110 | 0.90 | 256.50 |
| 04/19/2024 | KMIK | Review and revise Harding engagement agreement (.3) | B160 | 0.30 | 124.50 |
| 04/19/2024 | KMIK | Call with client and co-counsel regarding schedules, subpoena, and appraisals (.8) | B110 | 0.80 | 332.00 |
| 04/19/2024 | KMIK | Review and revise schedules and SOFA (5.8) | B110 | 5.80 | 2,407.00 |
| 04/19/2024 | TROU | Draft and finalize harding app to employ (.8); draft schuil app to employ , declaration and proposed order (1.9); emails with schuil regarding declaration (.3); revise Harding engagement letter (.2); emails with Matt regarding Appraisals (.1); email to David regarding appraisals and declaration for harding (.1) | B160 | 3.30 | 940.50 |
| 04/19/2024 | TROU | Call with client and co-counsel regarding schedules, subpoena, and appraisals (.8) | B110 | 0.80 | 228.00 |
| 04/19/2024 | TROU | Review proposed interim DIP order (.5) | B230 | 0.50 | 142.50 |
| 04/20/2024 | KMIK | Call with Kander, client, and co-counsel regarding DIP funding (.4); emails to/from Sandton's counsel regarding DIP budget (.2) | B230 | 0.60 | 249.00 |
| 04/20/2024 | KMIK | Emails to/from Rich Bernard regarding DIP funding (.2) | B230 | 0.20 | 83.00 |
| 04/22/2024 | KMIK | Review notice of subpoenas filed by Rabo (.2); review emails from Matt Christensen and Sheila Schwager regarding acceptance of service for subpoena (.2) | B190 | 0.40 | 166.00 |
| 04/22/2024 | KMIK | Review and revise Schuil engagement agreement (.4) | B160 | 0.40 | 166.00 |
| 04/22/2024 | KMIK | Review Automation Werx proof of claim (.1); review Electrical Werx & Construction's proof of claim (.1) | B310 | 0.20 | 83.00 |
| 04/22/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and strategy for May 8th hearing (.9) | B110 | 0.90 | 373.50 |
| 04/22/2024 | KMIK | Continue reviewing and revising schedules | B110 | 5.10 | 2,116.50 |

Millenkamp Cattle, Inc.
5/24/2024
Page: 7

Client: 9020530
Matter: 9020530-188653
Statement: 1568428

| Date | | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 04/22/2024 | GMAT | Working on schedules for all entities | B110 | 6.20 | 1,302.00 |
| 04/22/2024 | TROU | Revise Harding app to employ (.5); email app to employ to harding for review (.1); review summit engagement and draft app to employ summit ag as real estate appraiser, declaration, and proposed order (1.7); Draft declaration of Jonathan Verhoeven for Schuil (.8) | B160 | 2.90 | 826.50 |
| 04/22/2024 | TROU | Review schedules and prepare updated drafts to send to client (.5) | B110 | 0.50 | 142.50 |
| 04/22/2024 | KMIK | Review email from John O'Brien regarding budget revisions (.1) | B230 | 0.10 | 41.50 |
| 04/22/2024 | KMIK | Review email from Lisa Nelson and Zions Bank regarding DIP account (.2); emails to/from Lisa regarding schedules (.3) | B110 | 0.50 | 207.50 |
| 04/22/2024 | KMIK | Emails to/from John O'Brien regarding Prime Ridge Beef (.2) | B150 | 0.20 | 83.00 |
| 04/22/2024 | KMIK | Review emails from Western States' counsel regarding adequate protection payments (.2) | B140 | 0.20 | 83.00 |
| 04/23/2024 | KMIK | Review email from Brent Wilson regarding subpoena (.1); review email from the Dairy Solutions Group counsel regarding critical vendor payments (.1) | B190 | 0.20 | 83.00 |
| 04/23/2024 | KMIK | Emails to/from Lisa Nelson regarding wire of funds from Sandton (.2) | B110 | 0.20 | 83.00 |
| 04/23/2024 | KMIK | Call with Bill Millenkamp regarding subpoenas, refinancing, and strategy (.6); call with Lisa Nelson regarding CNH payments (.2) | B110 | 0.80 | 332.00 |
| 04/23/2024 | KMIK | Call with client, Kander, and co-counsel regarding schedules, status update, and strategy (1.8) | B110 | 1.80 | 747.00 |
| 04/23/2024 | GMAT | Entering data into SOFAs for all entities. | B110 | 2.50 | 525.00 |
| 04/23/2024 | KMIK | Continue reviewing and revising schedules | B110 | 4.50 | 1,867.50 |
| 04/23/2024 | TROU | Draft Final DIP Order (2.4) | B230 | 2.40 | 684.00 |
| 04/23/2024 | TROU | Prepare corp resolutions for filing (.3); Review and finalizing schedules for filing (1.5); Call with client, Kander, and co-counsel regarding schedules, status update, and strategy (1.8) | B110 | 3.60 | 1,026.00 |
| 04/23/2024 | KMIK | Review Badger Bearing's proof of claim (.1) | B310 | 0.10 | 41.50 |
| 04/24/2024 | KMIK | Review email from David Heida regarding declaration for apps to employ (.1); review emails from Matt Christensen and Brett Cahoon regarding apps to employ and supplemental information (.2) | B160 | 0.30 | 124.50 |
| 04/24/2024 | KMIK | Review JP Morgan Chase's proof of claim (.1); review Wag Services' proof of claim (.1) | B310 | 0.20 | 83.00 |
| 04/24/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, objections, and strategy for final hearing (.6) | B110 | 0.60 | 249.00 |
| 04/24/2024 | KMIK | Review and revise final DIP order | B230 | 2.80 | 1,162.00 |
| 04/24/2024 | KMIK | Call with Sandton's counsel regarding variance reports (.3) | B150 | 0.30 | 124.50 |

Millenkamp Cattle, Inc.
5/24/2024
Page: 8

Client: 9020530
Matter: 9020530-188653
Statement: 1568428

| Date | Init | Description | Task | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 04/24/2024 | KMIK | Review and revise supplement to DIP motion (.2) | B230 | 0.20 | 83.00 |
| 04/24/2024 | TROU | Draft supplement to DIP Motion (1); Review redlines to DIP Order (.2) | B230 | 1.20 | 342.00 |
| 04/24/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, objections, and strategy for final hearing (.6); Review and file corp resolution (.2) | B110 | 0.80 | 228.00 |
| 04/24/2024 | TROU | Attention to UST objection to 503(b)(9) claims (.4); Review UST objection to critical vendors (.5) | B190 | 0.90 | 256.50 |
| 04/24/2024 | KMIK | Email Kati Churchill regarding updated DIP budget (.1) | B230 | 0.10 | 41.50 |
| 04/25/2024 | KMIK | Emails to/from Cargill's counsel regarding case (.2) | B110 | 0.10 | 41.50 |
| 04/25/2024 | KMIK | Call with client, Kander, and co-counsel regarding schedules and critical vendor list (.5); call with Lisa Nelson regarding AP listing (.2) | B110 | 0.70 | 290.50 |
| 04/25/2024 | KMIK | Review UST's objection to critical vendor motion (.4); review email from Landview's counsel regarding critical vendor issues (.1); review email from Rabo's counsel regarding subpoena production (.1) | B190 | 0.60 | 249.00 |
| 04/25/2024 | KMIK | Call with Matt Christensen regarding amended schedules (.2) | B110 | 0.20 | 83.00 |
| 04/25/2024 | TROU | Research regarding stay pending appeal standards and other appeals issues for ninth circuit (2.4) | B190 | 2.40 | 684.00 |
| 04/25/2024 | TROU | Review creditor matrix (.5); Call with client, Kander, and co-counsel regarding schedules and critical vendor list (.5); review updated ap listing (.3) | B110 | 1.30 | 370.50 |
| 04/25/2024 | TROU | Drafting reply to UST objection to critical vendors (1) | B190 | 1.00 | 285.00 |
| 04/25/2024 | KMIK | Review email from Eagle Creek's counsel regarding farm lease (.1) | B185 | 0.10 | 41.50 |
| 04/25/2024 | KMIK | Review email from David Heida regarding updated budget (.1) | B230 | 0.10 | 41.50 |
| 04/25/2024 | KMIK | Review email from Ken Nofzinger regarding FTI requests (.1) | B110 | 0.10 | 41.50 |
| 04/25/2024 | KMIK | Review A. Scott Jackson's proof of claim (.1) | B310 | 0.10 | 41.50 |
| 04/25/2024 | KMIK | Emails to/from Ken Nofzinger regarding variance reports (.2); call with Cargill counsel regarding operations and plan (.1); emails to/from Rabo's counsel regarding updated DIP budget (.2); emails to/from Ron Bingham regarding call to discuss May 8th hearing (.2) | B230 | 0.70 | 290.50 |
| 04/25/2024 | KMIK | Call with MWI's counsel regarding critical vendor issues (.2); emails to/from Fernandez Holdings regarding critical vendor motion (.2); email Kati Churchill regarding critical vendor payments for The Dairy Solutions Group (.1) | B190 | 0.50 | 207.50 |
| 04/26/2024 | KMIK | Review and revise apps to employ appraisers and broker (1.4) | B160 | 1.40 | 581.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/26/2024 | KMIK | Call with co-counsel regarding strategy and responses to objections (.3); Review emails from David Heida regarding corn silage payments (.2); call with client, Kander, and co-counsel regarding status update and strategy (.8); call with equipment appraiser regarding appraisal (.1); email from equipment appraiser regarding updated appraisal (.1) and email client regarding same (.1) | B110 | 1.60 | 664.00 |
| 04/26/2024 | KMIK | Call with UST and Matt Christensen regarding critical vendor objection (.3); call with Bill Millenkamp regarding subpoenas (.2); email client regarding critical vendor payment to Green Source (.1) | B190 | 0.60 | 249.00 |
| 04/26/2024 | KMIK | Review email from Western States' counsel regarding adequate protection payments (.1) | B140 | 0.10 | 41.50 |
| 04/26/2024 | TROU | Call with client, Kander, and co-counsel regarding status update and strategy (.8); Review and revise appearance (.3) | B110 | 1.10 | 313.50 |
| 04/26/2024 | TROU | Review notice of corrective action (.1); review updated budgets (.5); review and revise NOA (.2); conference with KRM regarding testimony outlines/hearing prep (.4); Emails from Kati and Lisa regarding updated AP list (.3) | B110 | 1.50 | 427.50 |
| 04/26/2024 | TROU | Review Forbes engagement letter for app to employ (.2) | B160 | 0.70 | 199.50 |
| 04/26/2024 | KMIK | Call with MetLife's counsel and Matt Christensen regarding May 8th hearing and objections (.4) | B230 | 0.40 | 166.00 |
| 04/26/2024 | KMIK | Call with counsel for Green Source regarding critical vendor motion (.3) | B190 | 0.30 | 124.50 |
| 04/28/2024 | KMIK | Emails to/from Conterra counsel regarding stipulation as exhibit to final dip order (.2); emails to/from Conterra counsel regarding schedules (.2) | B150 | 0.40 | 166.00 |
| 04/28/2024 | KMIK | Emails to/from Kati Churchill regarding AP schedule for schedules (.2); review email from David Heida regarding milk prices (.1) | B110 | 0.30 | 124.50 |
| 04/28/2024 | KMIK | Emails to/from Mike Stewart regarding depos and subpoenas (.2) | B190 | 0.20 | 83.00 |
| 04/28/2024 | KMIK | Continue revising apps to employ appraisers (.5); review 2016(b) statement (.3) | B160 | 0.80 | 332.00 |
| 04/29/2024 | KMIK | Emails to/from Mort Branzburg regarding critical vendor motion (.2) | B190 | 0.20 | 83.00 |
| 04/29/2024 | KMIK | Emails to/from Schuil regarding hearing prep for DIP hearing (.2); call with Rich Bernard regarding negotiations with Rabo (.1) | B230 | 0.30 | 124.50 |
| 04/29/2024 | KMIK | Emails to/from Dennis Bortz regarding declaration to app to employ (.2) | B160 | 0.20 | 83.00 |
| 04/29/2024 | KMIK | Continue revising schedules (1.1); call with client, Kander, and co-counsel regarding status update, strategy, and schedules (.9) | B110 | 2.00 | 830.00 |
| 04/29/2024 | TROU | Emails with Gale Harding regarding App to Employ (.2); Revise Schuil App to Employ (.6); Finalize and file Schuil App to Employ (.4); Review local rules for app to employ service and email Gabby service list (.2); Call with Gale Harding regarding app to employ (.2) | B160 | 1.60 | 456.00 |
| 04/29/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, strategy, and schedules (.9) | B110 | 0.90 | 256.50 |
| 04/29/2024 | TROU | Emails with Richard at Faegre regarding word version of DIP Order (.2) | B230 | 0.20 | 57.00 |
| 04/29/2024 | TROU | Review conterra proofs of claim (.5) | B310 | 0.50 | 142.50 |

Millenkamp Cattle, Inc.
5/24/2024
Page: 10

Client: 9020530
Matter: 9020530-188653
Statement: 1568428

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/29/2024 | TROU | Continue drafting reply to UST objection to critical vendor motion/Comparing updated schedules to critical vendor motion/UST objection (1.1) | B190 | 1.10 | 313.50 |
| 04/29/2024 | GMAT | Updating D and E-F schedules. | B110 | 2.10 | 441.00 |
| 04/29/2024 | KMIK | Review email from John O'Brien regarding final DIP order (.1) | B230 | 0.10 | 41.50 |
| 04/30/2024 | KMIK | Emails to/from Kati Churchill regarding budget (.2) | B230 | 0.20 | 83.00 |
| 04/30/2024 | KMIK | Review email from Rich Bernard regarding settlement negotiations with Rabo regarding final DIP hearing (.1) | B230 | 0.10 | 41.50 |
| 04/30/2024 | TROU | Conference call with clients, Kander, and co-counsel regarding schedules and critical vendors (.7); reviewing/revising updated schedules/critical vendor list/reviewing new creditors added that need served( 3.4); Call with Amie at clerk's office regarding creditor matrix and adding new creditors (.2); Adding new creditors to the bankruptcy case (.8) | B110 | 5.10 | 1,453.50 |
| 04/30/2024 | KMIK | Review email from Conterra counsel regarding revisions to DIP order (.1) | B230 | 0.10 | 41.50 |
| 04/30/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, strategy, schedules, and critical vendor schedule (.9); continue reviewing and revising schedules (2.4) | B110 | 3.30 | 1,369.50 |
| 04/30/2024 | TROU | Reviewing Forbes Engagement letter (.2); Revising engagement letter (.2); start drafting application (.4) | B160 | 0.80 | 228.00 |
| 04/30/2024 | TROU | Drafting critical vendor supplement (.5); review updates to critical vendor list (.4) | B190 | 0.90 | 256.50 |
| 04/30/2024 | KMIK | Review email from Conterra's counsel regarding initial reporting to UST (.1) | B150 | 0.10 | 41.50 |
| 04/30/2024 | KMIK | Review email from John Deere counsel regarding adequate protection payments (.1) | B140 | 0.10 | 41.50 |

Sub-total Fees:    $107,414.00

### Rate Summary

| | | | |
|---|---|---|---|
| Krystal R. Mikkilineni | 149.00 hours at $415.00/hr | | 61,835.00 |
| Tirzah R. Roussell | 137.60 hours at $285.00/hr | | 39,216.00 |
| Gabby B. Mathias | 30.30 hours at $210.00/hr | | 6,363.00 |
| | Total hours: | 316.90 | |

## Professional Fees - Dentons US

| | Units | Price | Amount |
|---|---|---|---|
| 05/14/2024 Services Rendered by Dentons US<br>4/2/24 - 4/30/24 - See Attached (2748974) | 1.00 | 5,270.00 | 5,270.00 |

Sub-total Fees:    $5,270.00

Millenkamp Cattle, Inc.
5/24/2024
Page: 11

Client: 9020530
Matter: 9020530-188653
Statement: 1568428

## Expenses

| | | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 04/07/2024 | Hotel Travel Expenses | A109 | 1.00 | 691.56 | 691.56 |
| 04/07/2024 | Hotel Travel Expenses | A109 | 1.00 | 691.56 | 691.56 |
| 04/07/2024 | Lunch | A109 | 1.00 | 26.26 | 26.26 |
| 04/07/2024 | Lunch | A109 | 1.00 | 6.49 | 6.49 |
| 04/08/2024 | Lunch | A109 | 1.00 | 12.93 | 12.93 |
| 04/08/2024 | Travel Expenses | A109 | 1.00 | 14.71 | 14.71 |
| 04/08/2024 | Travel Expenses | A109 | 1.00 | 735.20 | 735.20 |
| 04/09/2024 | Hotel Travel Expenses | A109 | 1.00 | 987.62 | 987.62 |
| 04/10/2024 | Lunch | A109 | 1.00 | 106.54 | 106.54 |
| 04/11/2024 | Lunch | A109 | 1.00 | 13.33 | 13.33 |
| 04/11/2024 | Travel Expenses | A109 | 1.00 | 46.81 | 46.81 |
| 04/12/2024 | Travel Expenses | A109 | 1.00 | 8.92 | 8.92 |
| 04/12/2024 | Travel Expenses | A109 | 1.00 | 8.99 | 8.99 |
| 04/16/2024 | Travel Expenses | A109 | 1.00 | 96.00 | 96.00 |
| 04/25/2024 | Travel Expenses | A109 | 1.00 | 727.20 | 727.20 |
| 04/29/2024 | Travel Expenses | A109 | 1.00 | 46.00 | 46.00 |
| 04/29/2024 | Third Party Delivery Payment | A111 | 1.00 | 5,309.98 | 5,309.98 |

Sub-total Expenses: $9,530.10

**Total Current Billing:** **$122,214.10**

Effective March 29, 2021, Davis Brown Law Firm formally combined with Dentons to become Dentons Davis Brown PC. Visit
www.dentons.com/BusinessTerms to find our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the
material terms and conditions of any existing engagement agreement. Please contact your lawyer or other professional if you have questions about
the Terms of Business or with any respect of your representation.

Current statement due within 30 days of statement date. Please disregard any previously paid amounts. Contact us at 515-246-7812 with any
questions. Please include the statement number on your check.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from
your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds
may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial
institution.

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Millenkamp Cattle, Inc.
c/o Dentons Davis Brown
Attn: Krystal Mikkilineni
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines IA 50309

May 8, 2024

**Invoice No. 2748974**

Client/Matter:   15814817-000001

Ch 11 Bankruptcy
UE9020530-188653

_____

For Professional Services Rendered through April 30, 2024:

| Date | Timekeeper | Code | Hours | Amount | Narrative |
|------|-----------|------|-------|--------|-----------|
| 04/03/24 | R. Richards | B230 | 0.30 | 127.50 | Emails re DIP Financing proposals (0.3). |
| 04/03/24 | R. Richards | B110 | 0.50 | 212.50 | Daily team call regarding status and preparation for first day hearing (.5). |
| 04/04/24 | R. Richards | B230 | 1.50 | 637.50 | Review Rabo objection to DIP financing and cash collateral and related exhibits (0.7); review Conterra objection to DIP Financing (0.3); review revised DIP financing term sheets (0.3); call with Sandton counsel regarding revised term sheet (0.2). |
| 04/04/24 | R. Richards | B110 | 0.50 | 212.50 | Call with client and team regarding strategy and upcoming hearings (0.5). |
| 04/05/24 | R. Richards | B230 | 0.30 | 127.50 | Review updated Rabo DIP and related emails (0.2); review updated Sandton DIP (0.1). |
| 04/05/24 | R. Richards | B110 | 0.90 | 382.50 | Daily team call and preparation for next week's hearing (0.9). |
| 04/06/24 | R. Richards | B230 | 1.40 | 595.00 | Review redline comparisons of the three DIP Financing proposals (0.3); send initial thoughts on summary chart and which proposal to accept (0.2); call with client regarding which DIP financing proposal to select (0.5); draft legal bullet points chart on DIP Comparison (0.4). |
| 04/06/24 | R. Richards | B190 | 0.20 | 85.00 | Review UST objection to critical vendor motion (0.2). |
| 04/07/24 | R. Richards | B230 | 0.20 | 85.00 | Emails regarding Idaho Milk DIP Financing proposal withdrawal and DIP Financing Hearing Preparation (0.2) |

Ch 11 Bankruptcy
UE9020530-188653

May 8, 2024

Matter: 15814817-000001
Invoice No.: 2748974

| Date | Timekeeper | Code | Hours | Amount | Narrative |
|------|-----------|------|-------|--------|-----------|
| 04/07/24 | R. Richards | B190 | 0.20 | 85.00 | Review updated general budget and critical vendor listing |
| 04/08/24 | R. Richards | B230 | 0.80 | 340.00 | Review Rabo supplemental objection and exhibits (0.7); review Conterra declaration (0.1). |
| 04/09/24 | R. Richards | B230 | 1.70 | 722.50 | Review and comment on Sandton DIP Financing Agreement (1.50); review revised Interim DIP Financing Order (0.2). |
| 04/10/24 | R. Richards | B230 | 1.80 | 765.00 | Review and comment on draft of Rabo DIP Loan Agreement (1.6); review revised version of Sandton DIP loan agreement (0.2). |
| 04/10/24 | R. Richards | B230 | 0.60 | 255.00 | Review draft of loan agreement exhibits and disclosure schedules and emails regarding same (0.3); review and comment on draft of security agreement (0.3). |
| 04/12/24 | R. Richards | B230 | 1.00 | 425.00 | Review markups of cash collateral order (0.1); internal group call with client (0.9). |
| 04/15/24 | R. Richards | B230 | 0.50 | 212.50 | Daily call with client and team including to discuss DIP Financing related matters. |

| | | | | | |
|--|--|--|--|--|--|
| Total Hours | | | 12.40 | | |
| Fee Amount | | | | | $ 5,270.00 |

Fee Total                            $      5,270.00

_____

Invoice Total                       $      5,270.00

**Mathias, Gabby**

| | |
|---|---|
| **From:** | Matthew T. Christensen <MTC@johnsonmaylaw.com> |
| **Sent:** | Friday, May 17, 2024 5:37 PM |
| **To:** | Mathias, Gabby |
| **Cc:** | Allison Daniels; Cydney Belden; Mikkilineni, Krystal |
| **Subject:** | FW: URGENT: MAILING COMPLETED \| CERTIFICATE READY FOR YOU TO FILE \| CASE NO: 24-40158-NGH \| NAME: Millenkamp Cattle, Inc. \|TRACKING NUMBER: 7332259469 |
| **Attachments:** | COS.pdf |

[WARNING: EXTERNAL SENDER]

Gabby,

The receipt is not attached, but is basically embedded in the email below.

MTC


Matthew T. Christensen
mtc@johnsonmaylaw.com
https://url.uk.m.mimecastprotect.com/s/ATjuCrRZjI8EjXL2I7bN0J


-----Original Message-----
From: Certificate of Service <donotreply3@bkattorneyservices3.com>
Sent: Thursday, April 11, 2024 11:57 AM
To: Matthew T. Christensen <MTC@johnsonmaylaw.com>
Cc: Allison Daniels <ARD@johnsonmaylaw.com>
Subject: URGENT: MAILING COMPLETED | CERTIFICATE READY FOR YOU TO FILE | CASE NO: 24-40158-NGH | NAME: Millenkamp Cattle, Inc. |TRACKING NUMBER: 7332259469

DO NOT REPLY TO THIS EMAIL.  THIS MAILBOX IS NOT MONITORED. ANY REPLY YOU MAKE WILL NOT BE RECEIVED.

YOU ARE RESPONSIBLE FOR FILING THE ATTACHED CERTIFICATE OF SERVICE WITH YOUR LOCAL COURT!

MAILING COMPLETED
---------------------------
CASE NO: 24-40158-NGH
 NAME:  Millenkamp Cattle, Inc.
TRACKING NUMBER:  7332259469

WE APPRECIATE YOUR SKILL IN RECOGNIZING THE VALUE OF OUTSOURCING YOUR MAIL!
Would you please consider referring our service to one of your colleagues?  We would appreciate the new customer and they would appreciate the fact that you turned them onto one of the best office admin tools ever for bankruptcy practitioners. In addition, the larger our client pool gets, the more leverage we we have in purchasing supplies.  This allows us to keep your costs down!

Thank you for using https://url.uk.m.mimecastprotect.com/s/baa4Cvoqns7xgoMAIXTH2T.  Your business is important to us.  Please find the certificate of service attached hereto. You may now file this certificate on ECF/PACER to prove up your service requirement. PLEASE TAKE NOTE: You are responsible for compliance with all local rules.
Our generic certificate may not satisfy your local rules in which case, you will need to create your own local rule compliance service document and attach our certificate as an exhibit.We apologize for any inconvenience.  If you would like us to work with your local Clerk or Judge, we will be happy to reach out to them.

May we ask you to leave a review of our services at CertificateofService.com?
If you would, we would be grateful for your positive review of your experience with us.
If you did not have a positive experience, please pick up the phone right now and talk to us.
We would like to have the opportunity to make it right.
LEAVE A GOOGLE REVIEW:  https://url.uk.m.mimecastprotect.com/s/rpI0Cwm9oUGKQXYyc9ujEe.

If you have any questions, please do not hesitate to ask by calling or emailing us at:
helpdesk@bkattorneyservices3.com

YOUR DOCUMENTS ARE NOW IN THE USPS MAILSTREAM.  THEY CANNOT BE PULLED BACK.

INVOICE INFORMATION:
---------------------------------------------------------------------------------

TRACKING NUMBER:7332259469

THIS JOB WAS PROCESSED BY: Monica Garcia Printing Subtotal:  $4272.32
-  Credits Applied: $0.00
= Printing: $4272.32
+ Postage: $1037.66
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
 = Total:    $ 5309.98

Thank you for your business!

SPECIAL INSTRUCTIONS:

CLIENT BILLING CODE:
16641-001

USE THE BELOW LINES IN YOUR FEE APPLICATION Printing Costs: 26702 X .16 -  0 = 4272.32

Postage Costs: 338 at the 8oz rate  = 1037.66

ECFACCESS FEE:
------------------------------------------------------------------------------------------------------------------------------------------------------------
---------
 When we download your master mailing matrix list, we incur a fee from PACER for doing so.  At the present time, we absorb this cost  for you and do not charge you for accessing ECF.

POSTAGE BREAKDOWN:
-----------------------------------------

DOMESTIC MAIL: 338 envelopes @ 3.07
INTERNATIONAL MAIL: 0 envelopes @ 11.61
CANADA MAIL: 0 envelopes @ 5.02
MEXICO MAIL: 0 envelopes @ 9.4
CERTIFIED MAIL: 0 envelopes @ 11.12
TOTAL NUMBER OF ENVELOPES PRINTED: 338


MATRIX PROCESSING FEE:
----------------------------------------------------------------------------------------------------------------------------------------
---------
 If you have received a matrix processing fee, it is because the form of the address list is not in conformance with our
accepted parameters.
 To understand how to create your own user supplied address list, please view one of the many instructional videos on
our website.
 We have included a link here: https://url.uk.m.mimecastprotect.com/s/kc4ZCxvqpF1k0KrxFwE5i5


MISCELLANEOUS FEE(S):
----------------------------------------------------------------------------------------------------------------------------------------
---------
 If there are miscellaneous charges to your particular job, it is because there was an issue that set your job apart. These
typically occur  when there are special considerations for the printing and mailing of your documents.  For example,
HIPPA compliance can result in some  miscellaneous charges.  If you have any questions about them, do not hesitate to
contact us at (509) 412-1356.


PRINTING PRICE EXPLANATION: (IMPORTANT!!!)
----------------------------------------------------------------------------------------------------------------------------------------
---------
 It is important to understand how we price our services.  The charge of seventeen cents per page is assessed based
upon the number of pages  in your .pdf uploaded files.  It is NOT based on how many pages are output and placed in the
envelope.  When you upload your documents,  check to see how many pages are in the files you are uploading.  This will
determine the amount you will be charged. If you believe the  charges are excessive, you can pre-reduce your document
prior to upload and cut your bill in half.

To view a video about pre-reducing your documents please follow the link here:
https://url.uk.m.mimecastprotect.com/s/5X46CyrIqsrZWE9LtNY5wM


LINK TO YOUR CERTIFICATE ONLINE:
----------------------------------------------------------------------------------------------------------------------------------------
---------
 Please follow the below link to download your certificate through your browser.
 https://url.uk.m.mimecastprotect.com/s/eM2YCzKPrfM6BvJ4swTb-F



Sincerely,

Monica Garcia
CertificateofService.com
PO Box 4590
Pasco, WA 99302
509-412-1356