Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      robert.richards@dentons.com
      tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With Case Nos.: |
| ☒ ALL DEBTORS | |
| ☐ Millenkamp Cattle, Inc. | 24-40159-NGH (Idaho Jersey Girls) |
| | 24-40160-NGH (East Valley Cattle) |
| ☐ Idaho Jersey Girls | 24-40161-NGH (Millenkamp Properties) |
| | 24-40162-NGH (Millenkamp Properties II) |
| ☐ East Valley Cattle | 24-40163-NGH (Millenkamp Family) |
| | 24-40164-NGH (Goose Ranch) |
| ☐ Millenkamp Properties | 24-40166-NGH (Black Pine Cattle) |
| | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Properties II | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#3969802

| | |
|---|---|
| ☐ Millenkamp Family <br> ☐ Goose Ranch <br> ☐ Black Pine Cattle <br> ☐ Millenkamp Enterprises <br> ☐ Idaho Jersey Girls Jerome Dairy <br> _____ | Chapter 11 Cases |

## NOTICE OF HEARING ON MOTION FOR PAYMENT AND ALLOWANCE OF 503(b)(9) CLAIMS

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on April 2, 2024, the Debtors filed a *Motion for Allowance and Payment of Section 503(b)(9) Claims* (the "Motion") (Docket No. 15).

**PLEASE TAKE FURTHER NOTICE** that on May 20, 2024, the Debtors filed an *Amended Motion for Allowance and Payment of Section 503(b)(9) Claims* (the "Amended 503(b)(9) Motion") (Docket No. 308). The Motion and Amended (503)(b)(9) Motion are collectively referred to herein as the "503(b)(9) Motion".

**PLEASE TAKE FURTHER NOTICE** that on May 21, 2024, the Court entered an Order regarding section 503(b)(9) claims in which the court granted the Motion in part (the "Order") (Docket No. 315).

**PLEASE TAKE FURTHER NOTICE** that as noted in the Order, a hearing on the 503(b)(9) Motion shall be held on June 13, 2024 at 1:30 p.m. (MT). This will be a telephonic hearing and any interested party shall call the Clerk's dial-in line at least 10 minutes prior to the hearing: 1-669-254-5252; Passcode: 160-5422-0978.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order, in the event any party desires to present further evidentiary support for the 503(b)(9) Motion, the evidence must be submitted no later than June 6, 2024.

[*Remainder of This Page Intentionally Left Blank*]

Dated: May 29, 2024

                                                    Respectfully submitted,

                                          */s/ Krystal R. Mikkilineni*
                                         Krystal R. Mikkilineni

                                       */s/  Matthew T. Christensen*
                                         Matthew T. Christiansen

                                         Attorneys for Debtors