Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2150
Email: banderson@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
          golivera@omm.com

*Proposed Attorneys for the Official Committee
of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>             Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

| | |
|---|---|
| ☐ Millenkamp Properties II | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Family | 24-40163-NGH (Millenkamp Family) |
| ☐ Goose Ranch | 24-40164-NGH (Goose Ranch) |
| ☐ Black Pine Cattle | 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Enterprises | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Idaho Jersey Girls Jerome Dairy | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**DECLARATION OF JULIAN GURULE IN SUPPORT OF APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY O'MELVENY & MYERS LLP AS LEAD COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>*NUNC PRO TUNC* TO MAY 21, 2024</u>**

I, Julian Gurule, hereby declare under penalty of perjury:

1. I am a partner at the law firm of O'Melveny & Myers LLP ("<u>OMM</u>"), which maintains an office at 400 South Hope Street, Los Angeles, California 90071.

2. I am in all respects competent to make this declaration (the "<u>Declaration</u>") in support of the application (the "<u>Application</u>") of the Official Committee of Unsecured Creditors (the "<u>Committee</u>") in the above-captioned cases (the "<u>Chapter 11 Cases</u>") to retain and employ OMM as counsel to the Committee pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 2014-1 of the Local Bankruptcy Rules of the U.S. Bankruptcy Court for the District of Idaho (the "<u>Local Bankruptcy Rules</u>" or "<u>LBR</u>"), *nunc pro tunc* to May 21, 2024 [ECF No. 335].

3. Unless otherwise indicated, all facts set forth in this Declaration are based on my personal knowledge or the knowledge of other partners, attorneys, and staff of OMM. To the extent any information disclosed herein requires amendment or modification upon OMM's completion of further review or as additional information becomes available, a supplemental declaration will

DECLARATION OF JULIAN GURULE  -2

be submitted to this Court reflecting such amended or modified information. If I were called to testify, I would testify competently to the facts set forth below.

### OMM's Qualifications

4. Founded in 1885, OMM is a full-service international law firm with approximately 800 lawyers in 18 offices located in the United States and abroad. OMM provides legal services in virtually every major practice area, including corporate, finance, tax, and litigation, and represents some of the world's best-known companies. With respect to its litigation matters, OMM regularly represents clients in all U.S. jurisdictions, including courts in nearly every state, every federal circuit, and frequently the U.S. Supreme Court.

5. OMM has extensive experience in representing official committees of unsecured creditors, debtors in possession, and other major constituents in large and complex chapter 11 cases, including the Official Unsecured Creditors' Committee of Easterday Farms (E.D. Wash.), a private equity fund as purchaser and DIP lender in the chapter 11 case of AppHarvest Products, LLC (S.D. Tex.), the Official Unsecured Creditors' Committee of Structurlam Mass Timber Corp. (D. Del.), the Official Unsecured Creditors' Committee of Mercon Coffee Corporation (S.D.N.Y.), among other recent representations.

6. In light of OMM's broad expertise, I believe that OMM is well-qualified and uniquely able to act as efficient counsel to the Committee in the Chapter 11 Cases. OMM's skills and experience in restructuring, corporate, and litigation matters will allow it to adequately protect the interests of the Committee given the magnitude and complexity of the Chapter 11 Cases and issues involved.

**OMM's Disinterestedness**

7. Neither OMM nor the attorneys employed by it hold or represent an interest adverse to the estate and do not have any connection with the Debtors, their creditors, or any other party in interest or with their respective counsel or other professionals, with the judge of this Court, or with the United States Trustee or any person employed in the Office of the United States Trustee, except that OMM may represent certain creditors or parties-in-interest in matters unrelated to the Committee or any members of the Committee, or the Debtors.

8. In connection with its proposed retention by the Committee in these Chapter 11 Cases, OMM has conducted a check for conflicts of interest and other conflicts and connections based upon information provided to OMM by the Debtors. OMM maintains a database containing the names of current and former clients and other principal parties related to such clients (the "Client Database") and has a department devoted to the research and analysis of conflicts of interest and other conflict issues.

9. I caused OMM to review and analyze the Client Database to determine whether OMM has any relationships with the principal parties in interest in these cases, listed on the attached **Schedule 1** (the "Potential Parties in Interest"), including (a) the Debtors' equity interest holders; (b) the Debtors' prepetition lenders; (c) the Debtors' creditors; (d) the professionals representing the Debtors and other interested parties in the Chapter 11 Cases; (e) the United States Bankruptcy Judge for the District of Idaho, the U.S. Trustee, and their respective key staff members; and (g) other vendors, customers, and potential parties in interest.

10. To the extent that such searches indicated that OMM has or had a relationship with any Potential Parties in Interest within the last five years, the identity of such entity, and OMM's relationship therewith, are set forth on the attached **Schedule 2.** No single client of OMM (or such

client's respective subsidiaries and affiliates) listed on Schedule 2 accounted for more than 2% of OMM's gross revenues in the year 2024 (year to date).

11. Given the size and diversity of OMM's practices and the number of Potential Parties in Interest, as specifically set forth below and on **Schedule 2**, OMM represents certain of the Debtors' parties in interest in ongoing matters unrelated to the Debtors and these Chapter 11 Cases. None of the representations described herein are materially adverse to the interests of the Debtors' estates.

12. To the extent an issue arises in connection with any clients that, in the view of OMM, could give rise to an actual or potential conflict, the Committee will utilize Elsaesser Anderson, CHTD. (OMM's co-counsel) or conflict counsel to address such issue.

13. The Debtors have numerous relationships and creditors. Consequently, although every reasonable effort has been made to discover and eliminate the possibility of any connection or conflict, including the efforts outlined above, OMM cannot state with certainty which of its clients or such clients' affiliates hold claims or otherwise are parties in interest in the Chapter 11 Cases. If OMM discovers any information that is contrary or pertinent to the statements made herein, OMM will promptly disclose such information to the Court on notice to such creditors and to the U.S. Trustee and such other creditors or other parties in interest as may be required under noticing procedures applicable in the Chapter 11 Cases.

14. Accordingly, I believe OMM and the attorneys employed by it are disinterested persons as defined in section 101(4) of the Bankruptcy Code and represent no adverse interest to the Committee, debtors in possession, or bankruptcy estates in matters upon which OMM is to be engaged, and OMM can undertake representation of the Committee in these cases without restriction.

DECLARATION OF JULIAN GURULE   -5

**Professional Compensation**

15. OMM has agreed in these Chapter 11 Cases to charge its regular hourly rates less a fifteen percent (15%) discount. The OMM attorneys who are expected to be principally responsible for this matter and their current hourly rates (inclusive of the 15% discount) for this engagement are: Julian Gurule $1,177.25, Matthew Kremer $1,194.25, Gabriel Olivera $1,066.75, Nicole Molner $909.50, Gabe Castillo-Laughton $833, and Sean Milde $646.

16. I believe the fees described above are reasonable, are below the standard hourly rates charged by OMM to similarly situated clients on similar matters, and are designed to fairly compensate OMM for its work and to cover fixed and routine overhead expenses. Further, I believe the proposed terms of OMM's retention as counsel for the Committee are reasonable.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 29, 2024, in Los Angeles, California.

By: */s/Julian Gurule*
Julian Gurule
Partner

**Schedule 1**

Potential Parties in Interest

DECLARATION OF JULIAN GURULE   -7

**UCC**
Land View Inc.
Viterra USA Grain LLC
Viterra USA Ingredients LLC
Bunge Canada
J.D. Heiskell Holdings LLC
Wilbur Ellis Nutrition-Rangen

**Debtors**
Millenkamp Cattle, Inc.
Black Pine Cattle LLC
East Valley Cattle, LLC
Idaho Jersey Girls Jerome Dairy LLC
Millenkamp Enterprises LLC
Millenkamp Family LLC
Millenkamp Properties, L.L.C.
Millenkamp Properties II LLC
Goose Ranch LLC
Idaho Jersey Girls, LLC

**Debtors' Related Parties**
Jake Millenkamp
Susan J. Millenkamp
William J. Millenkamp

**Debtors' Professionals**
Matthew T. Christensen
J. Justin May
Krystal Mikkilineni
Robert E. Richards
Tirzah Roussell
Dentons
Johnson May
Ken Nofziger
Kander LLC
Ag Real Estate, Inc.
Gale W. Harding and Associates
Davis Livestock, Inc.
The Forbes Securities Group LLC, DBA
Forbes Partners

**Judge**
Hon. Noah G. Hillen

**U.S. Trustee Staff**
Patrick S. Layng

Adam Brief
Jamie Wiley
Brett R. Cahoon
Jason Ronald Naess

**Creditors**
A K Trucking
A. Scott Jackson Trucking
A. Scott Jackson Trucking Inc
ABS Global Inc
Addison Biological Lab
Aden Brook Trading Corp
ADM Animal Nutrition
Ag Funding SC II LLC
Ag-Rows, Inc
Al-Mar Dairy
Alexander K. Reed
Allegiance Dairy Services
AllFlex USA
Automation Werx, LLC
B H Farming
B A Farms/Bo Stevenson
Badger Bearing PTP, Inc
Bear Necessities Prtbl Rstrm
Black Cat Dairy
Black Eagle Construction LLC
BLN Huettig Farms
Blue Cross of Idaho
Bo Stevenson
Bo Stevenson and B A Farms
Boyce Equipment Parts Co, Inc
Brandi Ann M Bartholomew
Brett Jensen Farms
Burks Tractor Company
Burks Tractor Company, Inc.
Butte Irrigation Inc
Carne I Corp.
Cassia County Tax Collector
Clear Lakes Products
Clear Water Products LLC
Clint D. Thompson
CNH Industrial Capital
CNH Industrial Capital
CNH Industrial Retail Accts.
CNH Productivity Plus BP
CNH Productivity Plus MC

DECLARATION OF JULIAN GURULE   -8

| | |
|---|---|
| Coastline Equipment | Jean L. Thompson |
| Coastline Equipment Co. | Jeffrey E. Rolig |
| Commodities Plus | JF Farms Inc |
| Conterra Agricultural Cap. | John Deere Const. Forestry |
| Daimler Truck Financial Svcs | Keith D. and Janet Carlson |
| Dairy Tech Inc. | Kentworth Sales Company |
| Darling Ingredients | Kraus Farms, LLC |
| David A. Coleman | Landview Inc - Industrial |
| David Shirley | Landview Inc - Livestock |
| Department of the Treasury | Leedstone |
| Diamond B Dairy | Les Schwab Tire Center - BP |
| Douglas J Grant | Les Schwab Tire Center - MC |
| Douglas J. Grant | Liberty Basin LLC |
| Dusty Brow Farms, Inc. | Macrae Custom Farming, Inc |
| East Valley Development, LLC | Magic Valley Equipment Inc |
| Ed Chojnacky | Mavrix, LLC |
| Eide Bailly LLP | McAlvain Concrete, Inc. |
| Electrical Werx Construction | Mercedes-Benz Financial Svcs |
| Element Heating and Cooling | MetLife Real Estate Lending |
| Elevation Electric | Metropolitan Life Ins. Co. |
| Eric Clark | Metropolitan Tower Life Ins. |
| Evans Plumbing | Michael Chojnacky |
| Farmers Bank | MicroProteins |
| Farmers Bank | Mike Chojnacky |
| Farmore | Milner Hay Company, LLC |
| Ferguson Enterprises, Inc | Minidoka Irrigation District |
| Fletcher Law Office | Moss Grain Partnership |
| Floyd Lilly Company Inc | MWI Veterinary |
| Franklin Building Supply | Napa Auto Parts |
| G.J. Verti-line Pumps Inc | Nelsen Farms LLC |
| Givens Pursely LLP | Nevin,Benjamin,McKay Barlett |
| Grant Hagan, Inc. | Norco, Inc |
| Grant 4-D Farms, LLC | North Side Canal Company |
| GreatAmerica Financial Serv. | NorthWest Seed, Inc. |
| Green Source Automation | Novoa Trucking |
| H M Custom, LLC | Pacific Steel Recycling |
| Harper Family Partnership | Penn Millers Insurance Co |
| Healthy Earth EnterprisesLLC | Performance Plus-Idaho, LLC |
| Heeringa Construction, LLC | PerforMix Nutrition Systems |
| Holesinksky Farms LLC | Premier Truck Group |
| Hollifield Ranches, Inc. | Pro Rentals Sales |
| Idaho Materials Construction | Progressive Dairy Srvc Spply |
| Idaho Power | PTG of Idaho, LLC |
| Idaho State Tax Commission | Rabo Agrifinance LLC |
| Innovative Food SolutionsUSA | Rabo Agrifinance, Inc. |
| James Farrell Company | Raft River Rural Electric |

DECLARRATION OF JULIAN GURULE   -9

Rangen
Receptor Food Group
Reed Farms
Riveron RTS, LLC
Roark Law Offices
Robert E. Williams
Robert E. Williams
Rocky Mountain Agronomics
Rogers Machinery
S O Mata Trucking LLC
Sawtooth Law Offices PLLC
Schaeffer Mfg. Co.
Schow's Auto Parts
SeCon LLC
Select Sires Mid America Inc
Silva Brothers
SKS EVC, LLC
ST Genetics
Standing 16 Ranch
Standlee Premium Products
Star Falls Farms LLC
State Insurance Fund
Steel Ranch LLC
Steven Huettig
Streamline Precision
T.L.K. Dairy Inc
Tacoma Screw Products
Taqueria Tamazula Trucking
The Dairy Solutions Group
Theodore Larsen
Triple B Farms, LLC
Triple C Farms, L.L.C.
Twin Falls Canal Co.
Tyche Ag, LLC
Urgent Care of Jerome
V M Trucking LLC
Valley Co-op Tanker
Valley Wide COOP
Vanden Bosch Inc
Vandyk Dairy
Vantage Dairy Supplies LLC
Viserion Grain LLC
Viserion Grain, LLC
Viterra Grain LLC
Wada Farms Partnership
WAG Services Inc

Watts Hydraulic Repair
Westec Concrete Cutting LLC
Western States Cat
Western States Equipment Co.
Western Waste Services
Westway Feed Products
Wright Brothers Law Office
Xavier Farm Services LLC
Young Automotive Group
Youree Land Livestock

DECLARATION OF JULIAN GURULE   -10

**Schedule 2**

Connections to Potential Parties in Interest

DECLARATION OF JULIAN GURULE  -11

| Party In Interest | Relationship to the Debtors | Relationship to OMM |
|---|---|---|
| Metlife Real Estate Lending LLC | Secured Creditor | Affiliate of current client on matters unrelated to the Chapter 11 Cases |
| Metropolitan Life Insurance Company | Secured Creditor | Current client on matters unrelated to the Chapter 11 Cases |
| Wilbur Ellis Nutrition-Rangen | General Unsecured Creditor / Committee Member | Adverse party of current client on matters unrelated to the Chapter 11 Cases |
| Conterra AG Capital | Secured Creditor | Former client on matters unrelated to the Chapter 11 Cases |
| Mercedes-Benz AG | Secured Creditor | Affiliate of current client on matters unrelated to the Chapter 11 Cases |
| Ferguson Enterprises, Inc. | General Unsecured Creditor | Adverse party of current client on matters unrelated to the Chapter 11 Cases |
| Department of the Treasury | General Unsecured Creditor | Former client of OMM attorney involving unrelated matter at prior law firm |

DECLARATION OF JULIAN GURULE  -12

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 29, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

Aaron Robert Bell on behalf of Creditor MWI Veterinarian Supply, Inc.
abell@evanskeane.com

Morton R. Branzburg on behalf of Creditor MWI Veterinary Supply Inc.
mbranzburg@klehr.com

Heidi Buck Morrison on behalf of Creditor Viterra USA Grain, LLC and Viterra USA Ingredients, LLC
heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com

Laura E Burri on behalf of Creditor Automation Werx, LLC
lburri@morrowfischer.com, klee@morrowfischer.com

Brett R Cahoon on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

William K Carter on behalf of Creditor CNH Industrial Capital America LLC
kentcarter@grsm.com

Matthew T. Christensen on behalf of Attorney Matthew T. Christensen
mtc@johnsonmaylaw.com,
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

D Blair Clark on behalf of Creditor Blue Cross of Idaho Health Service, Inc
dbc@dbclarklaw.com,
mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com

David A Coleman on behalf of Creditor Eagle Creek Northwest LLC
david@colemanjacobsonlaw.com

Connor Bray Edlund on behalf of Creditor McAlvain Concrete, Inc.
edlund@mwsslawyers.com, lemieux@mwsslawyers.com

Gery W Edson on behalf of Creditor Land View, Inc.
gedson@gedson.com, tfurey@gedson.com

Jon B Evans on behalf of Creditor Western States Equipment Co.

DECLARATION OF JULIAN GURULE  -13

evans.jb@dorsey.com, sattler.carla@dorsey.com

Zachary Fairlie on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
zfairlie@spencerfane.com

Brian Faria on behalf of Creditor Viserion Grain, LLC
brian@sawtoothlaw.com

Robert A Faucher on behalf of Interested Party Glanbia Foods Inc
rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Kimbell D Gourley on behalf of Creditor MetLife Real Estate Lending LLC
kgourley@idalaw.com, shudson@idalaw.com

Daniel C Green on behalf of Creditor Viterra USA Grain, LLC and Viterra USA Ingredients, LLC
dan@racineolson.com, mcl@racinelaw.net

Matthew W Grimshaw on behalf of Creditor Ad Hoc Committee of Corn Silage Growers
matt@grimshawlawgroup.com

John F Kurtz, Jr on behalf of Interested Party Sandton Capital Partners LP
jfk@kurtzlawllc.com, tnd@kurtzlawllc.com

Adam Aiken Lewis on behalf of Creditor East Valley Development, LLC
alewis@mofo.com

Karyn Lloyd on behalf of Creditor CNH Industrial Capital America LLC
klloyd@grsm.com

Jed W. Manwaring on behalf of Creditor MWI Veterinarian Supply, Inc.
jmanwaring@evanskeane.com, duskin@evanskeane.com;abell@evanskeane.com

James Justin May on behalf of Debtor Millenkamp Cattle, Inc
jjm@johnsonmaylaw.com,
cjc@johnsonmaylaw.com;acs@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Krystal R. Mikkilineni on behalf of Attorney Krystal R Mikkilineni
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Rhett Michael Miller on behalf of Creditor Moss Farms Operations, LLC
rmiller@magicvalley.law

John D Munding on behalf of Creditor PerforMix Nutrition Systems, LLC

DECLARATION OF JULIAN GURULE  -14

john@mundinglaw.com

Jason Ronald Naess on behalf of U.S. Trustee US Trustee
Jason.r.naess@usdoj.gov

James Niemeier on behalf of Creditor Viterra USA Grain, LLC and Viterra USA Ingredients, LLC
jniemeier@mcgrathnorth.com

John O'Brien on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

Mark Bradford Perry on behalf of Creditor Burks Tractor Company, Inc.
mbp@perrylawpc.com,
info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com

Scott C Powers on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
spowers@spencerfane.com, mwatson@spencerfane.com

Cheryl Rambo on behalf of Creditor Idaho State Brand Department
cheryl.rambo@isp.idaho.gov

Janine Patrice Reynard on behalf of Creditor East Valley Development, LLC
janine@averylaw.net,
averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Robert E Richards on behalf of Debtor Millenkamp Cattle, Inc
robert.richards@dentons.com, docket.general.lit.chi@dentons.com

Holly Roark on behalf of Creditor Elevation Electric, LLC
holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Evan Thomas Roth on behalf of Creditor Viserion Grain, LLC
evan@sawtoothlaw.com

Tirzah R. Roussell on behalf of Debtor Black Pine Cattle LLC
tirzah.roussell@dentons.com

Miranda K. Russell on behalf of Creditor East Valley Development, LLC
mrussell@mofo.com

DECLARATION OF JULIAN GURULE   -15

Andrew J. Schoulder on behalf of Creditor Rabo AgriFinance LLC
andrew.schoulder@nortonrosefulbright.com,
nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com

Sheila Rae Schwager on behalf of Creditor Rabo AgriFinance LLC
sschwager@hawleytroxell.com, jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com

Louis V. Spiker on behalf of Creditor Standlee Ag Resources
louis.spiker@millernash.com, louis.spiker@millernash.com

Matthew A Sturzen on behalf of Creditor Wilbur-Ellis Company LLC
matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com

Meredith Leigh Thielbahr on behalf of Creditor CNH Industrial Capital America LLC
mthielbahr@grsm.com, ckaiser@grsm.com

Kim J Trout on behalf of Creditor Rocky Mountain Agronomics, Inc.
ktrout@trout-law.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Brent Russel Wilson on behalf of Creditor Rabo AgriFinance LLC
bwilson@hawleytroxell.com, amay@hawleytroxell.com

  I further certify that on May 29, 2024, I sent the foregoing to the 20 largest unsecured creditors, except for those already receiving ECF and duplicates, via U.S. Mail, postage prepaid.

  Dated this 29th day of May 2024.

               /s/ Bruce A. Anderson
               Bruce A. Anderson

DECLARATION OF JULIAN GURULE   -16