Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
        golivera@omm.com

*Proposed Attorneys for the Official Committee
of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>                         Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

| | |
|---|---|
| ☐ Millenkamp Family | 24-40163-NGH (Millenkamp Family) |
| ☐ Goose Ranch | 24-40164-NGH (Goose Ranch) |
| ☐ Black Pine Cattle | 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Enterprises | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Idaho Jersey Girls Jerome Dairy | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

## APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY ARMORY SECURITIES, LLC AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO MAY 23, 2024

**Notice of Application to Employ Armory Securities, LLC as Financial Advisors to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to May 23, 2024 and Opportunity to Object and for a Hearing**

No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on this applicant.

Hearing on Objection. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

The Official Committee of Unsecured Creditors (the "Committee"), pursuant to sections 328(a) and 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Idaho (the "Local Bankruptcy Rules" or "LBR") submits this application for authority to retain Armory Securities, LLC ("Armory") as financial advisors for the Committee *nunc pro tunc* to May 23, 2024 (the "Application"). In support of this Application, the Committee respectfully represents as follows:

## JURISDICTION

1.       This Court has jurisdiction over this Application under 28 U.S.C. §§ 157 and 1134. This is a core proceeding as defined in 28 U.S.C. § 157(b)(2). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

2.       The statutory predicates for the relief sought herein are sections 328(a) and 1103(a) of the Bankruptcy Code, Rule 2014(a) of the Bankruptcy Rules, and LBR 2014-1.

## BACKGROUND

3.       On April 2, 2024 (the "Petition Date"), Millenkamp Cattle, Inc., and its affiliated debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Chapter 11 Cases"). The Debtors continue to operate their businesses and manage their properties pursuant to section 1107 and 1108 of the Bankruptcy Code.

4.       On April 16, 2024, the Court entered an Order [ECF No. 184] directing the joint administration of the Debtors' cases, as captioned above.

5.       On May 14, 2024, the United States Trustee appointed the Committee, which consists of J.D. Heiskell Holdings, LLC, Wilbur Ellis Nutrition-Rangen, Bunge Canada, Viterra USA Grain, LLC and Viterra USA Ingredients, LLC, and Land View, Inc., and filed its *Notice of Appointment of Creditors' Committee* [ECF No. 297]. Land View, Inc. and Bunge Canada were selected as Committee co-chairs.

6.       No trustee or examiner has been requested or appointed in these Chapter 11 Cases.

## RETENTION OF ARMORY SECURITIES, LLC

7.       Subject to the approval of this Court, the Committee seeks to employ Armory as its financial advisors in connection with these Chapter 11 Cases, *nunc pro tunc* to May 23, 2024.

APPLICATION TO EMPLOY FINANCIAL ADVISOR  -3

Pursuant to sections 327 and 1103(a) of the Bankruptcy Code, the Committee requests that the Court approve the employment of Armory as their financial advisor to perform professional services that will be necessary during these Chapter 11 Cases.

8.      As set forth in the *Declaration of Douglas McDonald in Support of Application of Official Committee of Unsecured Creditors to Employ Armory Securities, LLC as Financial Advisors to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to May 23, 2024*, attached hereto as **Exhibit A**, the Committee has selected Armory for a variety of reasons. First, these Chapter 11 Cases are complex and will require counsel to the Committee with substantial experience in such chapter 11 cases.  The team at Armory has extensive experience working with creditors, creditor committees and other major constituents in large and complex chapter 11 cases, including AppHarvest Products, LLC (S.D. Tex.), CSH Winddown, Inc. (f/k/a Color Spot Holdings, Inc.) (D. Del.), Cocopah Nurseries of Arizona, Inc. (D. Ariz.), and Hawkeye Renewables (D. Del.), among other cases.

9.      Established in 2008, Armory is the investment banking division of Armory Group, LLC, a national investment banking and financial advisory firm with offices in Los Angeles, New York, Chicago, Boston, and Dallas. Armory provides clients with a wide range of financial advisory services from mergers and acquisitions, raising debt or equity financing, to special situations and restructuring, and transaction support. In particular, Armory has a dedicated agri-business group with extensive expertise in financing, selling and restructuring companies that operate in the agri-business industry, including cattle farms, beef processors, commercial food production companies, commercial farms, plant and tree nurseries, water projects, and other agri-business enterprises.

10.     Armory's depth of experience in business reorganizations and its familiarity with the creditors and the Debtors makes Armory particularly well-qualified to effectively deal with the legal issues that may arise in the context of the Debtors' reorganization. Therefore, the Committee selected Armory as its financial advisors and believes that the retention of Armory is in the best interests of the estates.

11.     Armory's services are necessary to enable and assist the Committee in performing its duties and functions. In connection with these cases, and subject to further order of the Court, the Committee will utilize Armory to render the following types of professional services:

    a.  Review and analyze the business, operations, liquidity, assets and liabilities, financial condition and prospects of the Debtors;

    b.  Periodically monitor the Debtors' monthly reporting to enable the Committee to evaluate the Debtors' financial performance relative to projections and any relevant operational issues, including actual cash flow to projections and liquidity, on an ongoing basis;

    c.  Advise and assist the Committee in evaluating the financial aspects of any potential DIP loans, draws or other financing by the Debtors;

    d.  Review and analyze the Debtors' business plan, financial projections and forecasts;

    e.  Advise and assist the Committee in analyzing strategic alternatives potentially available to the Debtors;

    f.  Advise the Committee on tactics and strategies and/or participate in negotiations with the Debtors and other stakeholders;

    g.  Analyze the Debtors' assets (tangible and intangible) and possible recoveries to creditor constituencies under various scenarios and developing strategies to maximize recoveries;

    h.  If requested to do so, preparing certain valuation analyses of the Debtors' businesses and assets using various professionally accepted methodologies;

    i.  To the extent the Debtors engages in any assets sales, review, analyze, monitor and advise the Committee with respect to any:

        i.  363 sale process to ensure the process proceeds in the most efficient manner to maximize recoveries to the unsecured creditors;

      ii.   stalking horse asset purchase agreement to ensure economic terms are fair and reasonable and are designed to maximize recoveries to unsecured creditors; and

      iii.   review and evaluate any bids or offers for the purchase of Debtors' assets or securities;

j.   Review and provide analyses of any bankruptcy plan of reorganization and disclosure statement and terms thereof relating to the Debtors ("Plan"), including:

      i.   any proposed capital structure for the Debtors;

      ii.   any new securities, other consideration or other inducements to be offered and/or issued under a Plan or otherwise;

      iii.   feasibility of any Plan; and

      iv.   exit financing or potential refinancing alternatives;

k.   Advise the Committee and its counsel in evaluating any court motions, applications, or other forms of relief, filed or to be filed by the Debtors, or any other parties-in-interest;

l.   Provide testimony and expert reports, as necessary, with respect to matters on which Armory has been engaged to advise the Committee in any proceeding before the Bankruptcy Court;

m.   Assist counsel in evaluating all purported lien claims by creditors, including the validity and enforcement of such claims;

n.   Monitor Debtors' claims management process, including analyzing claims and summarizing claims by entity;

o.   Assist counsel and the Committee in evaluating any potential avoidance actions, including preference payments, dividends, fraudulent conveyances and other potential causes of action;

p.   Evaluate and advise on the Debtors' assumption and or rejection of executory contracts and or leases, in connection with a sale or otherwise;

q.   Seek to negotiate a Plan that is in the best interests of unsecured creditors; and

r.   Render such other necessary advice and services as the Committee may require in connection with the Chapter 11 Case.

## COMPENSATION

12.     Subject to this Court's approval and under sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, the Committee requests that Armory be compensated on an hourly basis, plus reimbursement for the actual and necessary expenses Armory incurs, under the ordinary and customary rates in effect on the date the services are rendered.

13.     Armory has agreed in these Chapter 11 Cases to charge its regular hourly rates as follows: Senior Managing Director $875; Managing Director $795; Director/Senior Vice President $675; Vice President $525; Associate $475; and Analyst $375. The Committee has reviewed the hourly rates to be charged by Armory and finds them to be reasonable.

14.     The hourly rates set forth above are set at a level designed to compensate Armory fairly for the work of its professionals and to cover fixed and routine overhead expenses. The Committee believes Armory's rates are comparable to rates charged by firms similar to Armory for similar representations in bankruptcy courts within this region. Armory's restructuring expertise, as well as its financing skills, knowledge and experience within the Debtor's industry, some or all of which may be required by the Committee during the term of Armory's engagement hereunder, were important factors to the Committee in determining the amount of Armory's fees, and the Committee believes that the ultimate benefit to the Committee and the Debtors' estates of Armory's services hereunder cannot be measured merely by reference to the number of hours to be expended by Armory's professionals in the performance of such services.

15.     The Committee understands that its legal fees and related costs shall be paid by the bankruptcy estate. Neither the Committee nor any of its members, nor, to the Committee's

knowledge, any other unsecured creditor has agreed to compensate Armory in connection with these Chapter 11 Cases.

16.     Armory has not and will not receive a retainer for its representation of the Committee in these Chapter 11 cases. Moreover, there are no arrangements between Armory and any other entity to share compensation received or to be received in connection with this case.

### DISINTERESTEDNESS

17.     To the best of the Committee's knowledge, Armory and the professionals employed by it are disinterested persons who do not hold or represent an interest adverse to the estate and do not have any connection with the Debtors, their creditors, or any other party in interest or with their respective counsel or accountants, with the judges of this Court, or with the United States Trustee or any person employed in the Office of the United States Trustee. Armory does not have any claims against the Debtors.

[*Remainder of this page intentionally left blank.*]

**WHEREFORE,** the Committee respectfully requests entry of the proposed order, substantially in the form attached hereto as **Exhibit B**, pursuant to sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014(a), and LBR 2014-1, authorizing the Committee to employ and retain Armory as financial advisors for the Committee in the Chapter 11 Cases *nunc pro tunc* to May 23, 2024, and such other and further relief as may be just and equitable.

Dated: May 29, 2024                     Respectfully submitted,

**OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF MILLENKAMP CATTLE,
INC., ET AL.**

/s/*Dan Noble*
_____
Dan Noble
Representative of Committee Co-Chair, Land
View, Inc.

/s/*Greg Zemaitis*
_____
Greg Zemaitis
Representative of Committee Co-Chair, Bunge
Canada

APPLICATION TO EMPLOY FINANCIAL ADVISOR - 9

## **Exhibit A**

Declaration of Douglas McDonald

Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*) 7
Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
            golivera@omm.com

*Proposed Attorneys for the Official*
*Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

| | |
|---|---|
| ☐ Millenkamp Properties II | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Family | 24-40163-NGH (Millenkamp Family) |
| ☐ Goose Ranch | 24-40164-NGH (Goose Ranch) |
| ☐ Black Pine Cattle | 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Enterprises | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Idaho Jersey Girls Jerome Dairy | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

## DECLARATION OF DOUGLAS MCDONALD IN SUPPORT OF APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY ARMORY SECURITIES, LLC AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO MAY 23, 2024

I, Douglas McDonald, hereby declare under penalty of perjury:

1.      I am a Managing Director and Head of the Food & Agribusiness Industry Group at Armory Securities, LLC ("Armory"), which maintains an office at 200 North Pacific Coast Highway, Suite 1525, El Segundo, CA 90245.

2.      I am in all respects competent to make this declaration (the "Declaration") in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned cases (the "Chapter 11 Cases") to retain and employ Armory as financial advisors to the Committee pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules of the U.S. Bankruptcy Court for the District of Idaho (the "Local Bankruptcy Rules" or "LBR"), *nunc pro tunc* to May 23, 2024.

3.      Unless otherwise indicated, all facts set forth in this Declaration are based on my personal knowledge or the knowledge of other professionals and staff of Armory. To the extent any information disclosed herein requires amendment or modification upon Armory's completion of further review or as additional information becomes available, a supplemental declaration will

be submitted to this Court reflecting such amended or modified information. If I were called to testify, I would testify competently to the facts set forth below.

18.     Established in 2014, Armory is the investment banking division of Armory Group, LLC, a national investment banking and financial advisory firm with offices in Los Angeles, New York, Chicago, Boston, and Dallas. Armory provides clients with a wide range of financial advisory services from mergers and acquisitions, raising debt or equity financing, to special situations and restructuring, and transaction support. In particular, Armory has a dedicated agri-business group with extensive expertise in financing, selling and restructuring companies that operate in the agri-business industry, including cattle farms, beef processors, commercial food production companies, commercial farms, plant and tree nurseries, water projects, and other agri-business enterprises.

19.     The team at Armory has extensive experience working with creditors, creditor committees and other major constituents in large and complex chapter 11 cases, including AppHarvest Products, LLC (S.D. Tex.), CSH Winddown, Inc. (f/k/a Color Spot Holdings, Inc.) (D. Del.), Cocopah Nurseries of Arizona, Inc. (D. Ariz.), and Hawkeye Renewables (D. Del), among other cases.

4.     Armory's depth of experience in business reorganizations and its familiarity with the food & agribusiness industry, the creditors, and the Debtors, makes Armory particularly well-qualified to effectively deal with the legal issues that may arise in the context of the Debtors' reorganization. Accordingly, I believe that the retention of Armory is in the best interests of the estates.

5.     Neither Armory nor the professionals employed by it hold or represent an interest adverse to the estate and do not have any connection with the Debtors, their creditors, or any other

APPLICATION TO EMPLOY FINANCIAL ADVISOR - 13

party in interest or with their respective counsel or other professionals, with the judge of this Court, or with the United States Trustee or any person employed in the Office of the United States Trustee.

6.      In connection with its proposed retention by the Committee in these Chapter 11 Cases, Armory has conducted a check for conflicts of interest and other conflicts and connections based upon information provided to Armory by the Debtors. I caused Armory to review and analyze the names of current and former clients and other principal parties related to such clients to determine whether Armory has any relationships with the principal parties in interest in these cases, listed on the attached **Schedule 1** (the "Potential Parties in Interest"), including (a) the Debtors' equity interest holders; (b) the Debtors' prepetition lenders; (c) the Debtors' top 30 unsecured creditors; (d) administrative and collateral agents of the Debtors' prepetition debt facilities; (e) the professionals representing the Debtors and other interested parties in the Chapter 11 Cases; (f) the United States Bankruptcy Judge for the District of Idaho, the U.S. Trustee, and their respective key staff members; and (g) other vendors, customers, and potential parties in interest.

7.      To the extent that such searches indicated that Armory has or had a relationship with any Potential Parties in Interest within the last five years, the identity of such entity, and Armory's relationship therewith, are set forth on the attached **Schedule 2.** No single client of Armory (or such client's respective subsidiaries and affiliates) listed on Schedule 2 accounted for more than 2% of Armory's gross revenues in the year 2024 (year to date).

8.      As a part of Armory's financial advisory practice, Armory's clientele includes: debtors, creditors, banks and private lenders, institutional creditors, asset purchasers, private equity funds, secured parties, lessors, contract parties, equity holders, directors and officers, court-appointed fiduciaries, plan sponsors, and indenture trustees. The Debtors have numerous creditors

APPLICATION TO EMPLOY FINANCIAL ADVISOR - 14

and other parties in interest. Armory may have in the past represented, and may presently or in the future represent or be deemed adverse to, creditors or parties in interest in addition to those specifically disclosed in Schedule 2 in matters unrelated to these Chapter 11 Cases. Armory believes that its representation of such creditors or other parties in such other matters has not affected and will not affect its representation of the Committee in these proceedings.

9.      Accordingly, I believe Armory and the professionals employed by it are disinterested persons as defined in section 101(4) of the Bankruptcy Code and represent no adverse interest to the Committee, debtors in possession, or bankruptcy estates in matters upon which Armory is to be engaged, and Armory can provide services to the Committee in these cases without restriction.

10.      The hourly rates to be charged by the attorneys expected to be principally responsible for this matter are outlined in the engagement letter between Armory and the Committee, a copy of which is attached to the Application as **Exhibit A**. Armory has agreed in these Chapter 11 Cases to charge its regular hourly rates as follows: Senior Managing Director $875; Managing Director $795; Director/Senior Vice President $675; Vice President $525; Associate $475; and Analyst $375.

11.      I believe the fees described above are reasonable, are comparable to the standard hourly rates charged by Armory to similarly situated clients on similar matters, and are designed to fairly compensate Armory for its work and to cover fixed and routine overhead expenses. Further, I believe the proposed terms of Armory's retention as financial advisors for the Committee are reasonable.

*[Remainder of page left intentionally blank.]*

APPLICATION TO EMPLOY FINANCIAL ADVISOR - 15

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 29, 2024.

By:  */s/Douglas McDonald*

Douglas McDonald
Managing Director

APPLICATION TO EMPLOY FINANCIAL ADVISOR - 16

## **Schedule 1**

Potential Parties in Interest

## UCC
Land View Inc.
Viterra USA Grain LLC
Viterra USA Ingredients LLC
Bunge Canada
J.D. Heiskell Holdings LLC
Wilbur Ellis Nutrition-Rangen

## Debtors
Millenkamp Cattle, Inc.
Black Pine Cattle LLC
East Valley Cattle, LLC
Idaho Jersey Girls Jerome Dairy LLC
Millenkamp Enterprises LLC
Millenkamp Family LLC
Millenkamp Properties, L.L.C.
Millenkamp Properties II LLC
Goose Ranch LLC
Idaho Jersey Girls, LLC

## Debtors' Related Parties
Jake Millenkamp
Susan J. Millenkamp
William J. Millenkamp

## Debtors' Professionals
Matthew T. Christensen
J. Justin May
Krystal Mikkilineni
Robert E. Richards
Tirzah Roussell
Dentons
Johnson May
Ken Nofziger
Kander LLC
Ag Real Estate, Inc.
Gale W. Harding and Associates
Davis Livestock, Inc.
The Forbes Securities Group LLC, DBA Forbes
Partners

## Judge
Hon. Noah G. Hillen

## U.S. Trustee Staff
Patrick S. Layng

Adam Brief
Jamie Wiley
Brett R. Cahoon
Jason Ronald Naess

## Creditors
A K Trucking
A. Scott Jackson Trucking
A. Scott Jackson Trucking Inc
ABS Global Inc
Addison Biological Lab
Aden Brook Trading Corp
ADM Animal Nutrition
Ag Funding SC II LLC
Ag-Rows, Inc
Al-Mar Dairy
Alexander K. Reed
Allegiance Dairy Services
AllFlex USA
Automation Werx, LLC
B H Farming
B A Farms/Bo Stevenson
Badger Bearing PTP, Inc
Bear Necessities Prtbl Rstrm
Black Cat Dairy
Black Eagle Construction LLC
BLN Huettig Farms
Blue Cross of Idaho
Bo Stevenson
Bo Stevenson and B A Farms
Boyce Equipment Parts Co, Inc
Brandi Ann M Bartholomew
Brett Jensen Farms
BUNGE Canada
Burks Tractor Company
Burks Tractor Company, Inc.
Butte Irrigation Inc
Carne I Corp.
Cassia County Tax Collector
Clear Lakes Products
Clear Water Products LLC
Clint D. Thompson
CNH Industrial Capital
CNH Industrial Capital
CNH Industrial Retail Accts.
CNH Productivity Plus BP

CNH Productivity Plus MC
Coastline Equipment
Coastline Equipment Co.
Commodities Plus
Conterra Agricultural Cap.
Daimler Truck Financial Svcs
Dairy Tech Inc.
Darling Ingredients
David A. Coleman
David Shirley
Department of the Treasury
Diamond B Dairy
Douglas J Grant
Douglas J. Grant
Dusty Brow Farms, Inc.
East Valley Development, LLC
Ed Chojnacky
Eide Bailly LLP
Electrical Werx Construction
Element Heating and Cooling
Elevation Electric
Eric Clark
Evans Plumbing
Farmers Bank
Farmers Bank
Farmore
Ferguson Enterprises, Inc
Fletcher Law Office
Floyd Lilly Company Inc
Franklin Building Supply
G.J. Verti-line Pumps Inc
Givens Pursely LLP
Grant Hagan, Inc.
Grant 4-D Farms, LLC
GreatAmerica Financial Serv.
Green Source Automation
H M Custom, LLC
Harper Family Partnership
Healthy Earth EnterprisesLLC
Heeringa Construction, LLC Holesinksky
Farms LLC
Hollifield Ranches, Inc.
Idaho Materials Construction
Idaho Power
Idaho State Tax Commission
Innovative Food SolutionsUSA

J.D. Heiskell Co.
James Farrell Company
Jean L. Thompson
Jeffrey E. Rolig
JF Farms Inc
John Deere Const. Forestry
Keith D. and Janet Carlson
Kentworth Sales Company
Kraus Farms, LLC
Landview Inc - Industrial
Landview Inc - Livestock
Leedstone
Les Schwab Tire Center - BP
Les Schwab Tire Center - MC
Liberty Basin LLC
Macrae Custom Farming, Inc
Magic Valley Equipment Inc
Mavrix, LLC
McAlvain Concrete, Inc.
Mercedes-Benz Financial Svcs
MetLife Real Estate Lending
Metropolitan Life Ins. Co.
Metropolitan Tower Life Ins.
Michael Chojnacky
MicroProteins
Mike Chojnacky
Milner Hay Company, LLC
Minidoka Irrigation District
Moss Grain Partnership
MWI Veterinary
Napa Auto Parts
Nelsen Farms LLC
Nevin,Benjamin,McKay Barlett
Norco, Inc
North Side Canal Company
NorthWest Seed, Inc.
Novoa Trucking
Pacific Steel Recycling
Penn Millers Insurance Co
Performance Plus-Idaho, LLC
PerforMix Nutrition Systems
Premier Truck Group
Pro Rentals Sales
Progressive Dairy Srvc Spply
PTG of Idaho, LLC
Rabo Agrifinance LLC

Rabo Agrifinance, Inc.
Raft River Rural Electric
Rangen
Receptor Food Group
Reed Farms
Riveron RTS, LLC
Roark Law Offices
Robert E. Williams
Robert E. Williams
Rocky Mountain Agronomics
Rogers Machinery
S O Mata Trucking LLC
Sawtooth Law Offices PLLC
Schaeffer Mfg. Co.
Schow's Auto Parts
SeCon LLC
Select Sires Mid America Inc
Silva Brothers
SKS EVC, LLC
ST Genetics
Standing 16 Ranch
Standlee Premium Products
Star Falls Farms LLC
State Insurance Fund
Steel Ranch LLC
Steven Huettig
Streamline Precision
T.L.K. Dairy Inc
Tacoma Screw Products
Taqueria Tamazula Trucking
The Dairy Solutions Group
Theodore Larsen
Triple B Farms, LLC
Triple C Farms, L.L.C.
Twin Falls Canal Co.
Tyche Ag, LLC
Urgent Care of Jerome
V M Trucking LLC
Valley Co-op Tanker
Valley Wide COOP
Vanden Bosch Inc
Vandyk Dairy
Vantage Dairy Supplies LLC
Viserion Grain LLC
Viserion Grain, LLC
Viterra Grain LLC

Wada Farms Partnership
WAG Services Inc
Watts Hydraulic Repair
Westec Concrete Cutting LLC
Western States Cat
Western States Equipment Co.
Western Waste Services
Westway Feed Products
Wright Brothers Law Office
Xavier Farm Services LLC
Young Automotive Group
Youree Land Livestock

### <u>Schedule 2</u>

**Connections to Potential Parties in Interest**

Armory has in the past, and may in the future, represent banks, agent banks, trustees, collateral agents and other creditors in matters wholly unrelated to the Chapter 11 Case. As an investment bank that regularly operates in the Food and Agribusiness sector, certain of the parties in interest, including Rabobank, MetLife, Farm Credit and others, may have been lenders in syndicated credits for which Armory represented the agent or lender group or may have been adverse to it in restructurings in which Armory was involved.  Furthermore, Armory is frequently engaged as an investment bank for clients in the food and agribusiness industry which are raising capital. As such, Armory has in the past and may in the future show financing and financing related transactions to banks and private lenders included on the list for matters unrelated to the Chapter 11 Cases.

## **Exhibit B**

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |

| | |
|---|---|
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**ORDER AUTHORIZING THE RETENTION OF ARMORY**
**SECURITIES, LLC AS FINANCIAL ADVISORS TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
***NUNC PRO TUNC* TO MAY 23, 2024**

The Official Committee of Unsecured Creditors' having filed its application to employ Armory Securities, LLC as financial advisors to the Official Committee of Unsecured Creditors *nunc pro tunc* to May 23, 2024 (the "Application"); and the Court, having reviewed the Application, finds that the Court has jurisdiction over this matter under 28 U.S.C. § 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Application was sufficient under the circumstances and no further notice need be given; and the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and any objections to the

APPLICATION TO EMPLOY FINANCIAL ADVISOR - 23

requested relief having been withdrawn or overruled on the merits; and after due deliberation and

sufficient cause appearing therefore

**IT IS HEREBY ORDERED:**

1.     The Application is GRANTED.

2.     Pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, the Committee is
authorized to employ and retain Armory Securities, LLC upon the terms and
conditions set forth in the Application effective *nunc pro tunc* to May 23, 2024.

3.     Armory Securities, LLC shall file applications and be compensated in accordance
with sections 330 and 331 of the Bankruptcy Code, the Federal Bankruptcy Rules,
the Local Bankruptcy Rules, and any other orders as may be fixed by order of this
Court.

4.     This Court shall retain exclusive jurisdiction over any and all issues arising from or
related to the implementation, interpretation, and enforcement of this Order.

// end of text //


Order submitted by:

Bruce A. Anderson
Attorney for the Official Committee of Unsecured Creditors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

Aaron Robert Bell on behalf of Creditor MWI Veterinarian Supply, Inc.
abell@evanskeane.com

Morton R. Branzburg on behalf of Creditor MWI Veterinary Supply Inc.
mbranzburg@klehr.com

Heidi Buck Morrison on behalf of Creditor Viterra USA Grain, LLC and Viterra USA Ingredients, LLC
heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com

Laura E Burri on behalf of Creditor Automation Werx, LLC
lburri@morrowfischer.com, klee@morrowfischer.com

Brett R Cahoon on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

William K Carter on behalf of Creditor CNH Industrial Capital America LLC
kentcarter@grsm.com

Matthew T. Christensen on behalf of Attorney Matthew T. Christensen
mtc@johnsonmaylaw.com,
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

D Blair Clark on behalf of Creditor Blue Cross of Idaho Health Service, Inc
dbc@dbclarklaw.com,
mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com

David A Coleman on behalf of Creditor Eagle Creek Northwest LLC
david@colemanjacobsonlaw.com

Connor Bray Edlund on behalf of Creditor McAlvain Concrete, Inc.
edlund@mwsslawyers.com, lemieux@mwsslawyers.com

Gery W Edson on behalf of Creditor Land View, Inc.
gedson@gedson.com, tfurey@gedson.com

Jon B Evans on behalf of Creditor Western States Equipment Co.

evans.jb@dorsey.com, sattler.carla@dorsey.com

Zachary Fairlie on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att
zfairlie@spencerfane.com

Brian Faria on behalf of Creditor Viserion Grain, LLC
brian@sawtoothlaw.com

Robert A Faucher on behalf of Interested Party Glanbia Foods Inc
rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Kimbell D Gourley on behalf of Creditor MetLife Real Estate Lending LLC
kgourley@idalaw.com, shudson@idalaw.com

Daniel C Green on behalf of Creditor Viterra USA Grain, LLC and Viterra USA Ingredients, LLC
dan@racineolson.com, mcl@racinelaw.net

Matthew W Grimshaw on behalf of Creditor Ad Hoc Committee of Corn Silage Growers
matt@grimshawlawgroup.com

John F Kurtz, Jr on behalf of Interested Party Sandton Capital Partners LP
jfk@kurtzlawllc.com, tnd@kurtzlawllc.com

Adam Aiken Lewis on behalf of Creditor East Valley Development, LLC
alewis@mofo.com

Karyn Lloyd on behalf of Creditor CNH Industrial Capital America LLC
klloyd@grsm.com

Jed W. Manwaring on behalf of Creditor MWI Veterinarian Supply, Inc.
jmanwaring@evanskeane.com, duskin@evanskeane.com;abell@evanskeane.com

James Justin May on behalf of Debtor Millenkamp Cattle, Inc
jjm@johnsonmaylaw.com,
cjc@johnsonmaylaw.com;acs@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Krystal R. Mikkilineni on behalf of Attorney Krystal R Mikkilineni
krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Rhett Michael Miller on behalf of Creditor Moss Farms Operations, LLC
rmiller@magicvalley.law

John D Munding on behalf of Creditor PerforMix Nutrition Systems, LLC

APPLICATION TO EMPLOY FINANCIAL ADVISOR - 26

john@mundinglaw.com

Jason Ronald Naess on behalf of U.S. Trustee US Trustee
Jason.r.naess@usdoj.gov

James Niemeier on behalf of Creditor Viterra USA Grain, LLC and Viterra USA Ingredients,
LLC
jniemeier@mcgrathnorth.com

John O'Brien on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan
servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a
Conterra Ag Capital as loan servicer and power of att
jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

Mark Bradford Perry on behalf of Creditor Burks Tractor Company, Inc.
mbp@perrylawpc.com,
info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@pe
rrylawpc.com

Scott C Powers on behalf of Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan
servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a
Conterra Ag Capital as loan servicer and power of att
spowers@spencerfane.com, mwatson@spencerfane.com

Cheryl Rambo on behalf of Creditor Idaho State Brand Department
cheryl.rambo@isp.idaho.gov

Janine Patrice Reynard on behalf of Creditor East Valley Development, LLC
janine@averylaw.net,
averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestca
se.com

Robert E Richards on behalf of Debtor Millenkamp Cattle, Inc
robert.richards@dentons.com, docket.general.lit.chi@dentons.com

Holly Roark on behalf of Creditor Elevation Electric, LLC
holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Evan Thomas Roth on behalf of Creditor Viserion Grain, LLC
evan@sawtoothlaw.com

Tirzah R. Roussell on behalf of Debtor Black Pine Cattle LLC
tirzah.roussell@dentons.com

Miranda K. Russell on behalf of Creditor East Valley Development, LLC
mrussell@mofo.com

APPLICATION TO EMPLOY FINANCIAL ADVISOR - 27

Andrew J. Schoulder on behalf of Creditor Rabo AgriFinance LLC
andrew.schoulder@nortonrosefulbright.com,
nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com

Sheila Rae Schwager on behalf of Creditor Rabo AgriFinance LLC
sschwager@hawleytroxell.com, jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com

Louis V. Spiker on behalf of Creditor Standlee Ag Resources
louis.spiker@millernash.com, louis.spiker@millernash.com

Matthew A Sturzen on behalf of Creditor Wilbur-Ellis Company LLC
matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com

Meredith Leigh Thielbahr on behalf of Creditor CNH Industrial Capital America LLC
mthielbahr@grsm.com, ckaiser@grsm.com

Kim J Trout on behalf of Creditor Rocky Mountain Agronomics, Inc.
ktrout@trout-law.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Brent Russel Wilson on behalf of Creditor Rabo AgriFinance LLC
bwilson@hawleytroxell.com, amay@hawleytroxell.com

I further certify that on May 29, 2024, I sent the foregoing to the 20 largest unsecured creditors, except for those already receiving ECF and duplicates, via U.S. Mail, postage prepaid.

Dated this 29th day of May 2024.

/s/ Bruce A. Anderson
Bruce A. Anderson

APPLICATION TO EMPLOY FINANCIAL ADVISOR - 28