Jason R. Naess, ISBN 8407
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
Andrew S. Jorgensen, ISBN 8695
United States Department of Justice
Office of the United States Trustee
720 Park Blvd, Ste. 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>　　　　Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒　ALL DEBTORS<br><br>☐　Millenkamp Cattle, Inc.<br><br>☐　Idaho Jersey Girls<br><br>☐　East Valley Cattle<br><br>☐　Millenkamp Properties<br><br>☐　Millenkamp Properties II<br><br>☐　Millenkamp Family<br><br>☐　Goose Ranch<br><br>☐　Black Pine Cattle<br><br>☐　Millenkamp Enterprises<br><br>☐　Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>　　　　　　　　　　　　Dairy)<br><br>Chapter 11 Cases |

**MINUTES OF 341(a) MEETING OF CREDITORS**

Date of Meeting:   May 30, 2024          Location of Meeting:  Telephonic
Recorder Track No:  N.A.

- ■ Debtor(s) sworn & examined.
- □ Debtor(s)' attorney ● Present ○ Not present ○ *Pro Se*
- ■ Schedules & Statements filed.
- ■ Debtor(s) advised of United States Trustee's Chapter 11 Operating Guidelines and Reporting Requirements.

**Debtor Identification Issues:** ■ None
□  No Photo ID.                           □ ID does not match petition.
□  No proof of SSN                        □ Debtor to file amended petition.

**Action Items:** □ None
- ■ 341(a) Meeting Continued to: June 13, 2024, at 9:00 a.m.

□  Dismiss for:

□  Other:

**Additional Information**:   Debtors to file amendments to schedules and 2015.3 Reports prior to continued meeting.

Date:  5/30/24

                                            /s/ Brett R. Cahoon
                                          BRETT R. CAHOON
                                          Attorney for United States Trustee

<u>List of Attendees</u>

| <u>Name</u> | <u>Who you Represent</u> |
|---|---|
| Matt Christensen | Debtors |
| Krystal Mikkilenini<br>Tirzah Rusell | Debtors |
| Bill Millenkamp | Debtors' Representative |
| David Hyda | Debtor's Representative |
| Matt Grimshaw | Silage Group |
| Miranda Russell<br>Janine Reynard | East Valley Development |
| Laura Burri | Automation Werx |
| Kim Gourley<br>Simon Cofflin | Metlife |
| Holly Roark | Elevation Electric, Progressive Dairy |
| Gabriel Olivera<br>Nicole Molner | Counsel for UCC |
| Matt Sturzen | Wilbur Ellis |
| Tad Berger | JD Heiskel |