# Notice Recipients

District/Off: 0976−8    User: admin    Date Created: 5/31/2024
Case: 24−40158−NGH    Form ID: pdf116    Total: 6

**Recipients of Notice of Electronic Filing:**
ust    US Trustee    ustp.region18.bs.ecf@usdoj.gov
aty    Brett R Cahoon    ustp.region18.bs.ecf@usdoj.gov
aty    Jason Ronald Naess    Jason.r.naess@usdoj.gov
aty    Matthew T. Christensen    mtc@johnsonmaylaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Millenkamp Cattle, Inc    471 North 300 West    Jerome, ID 83338
r    Schuil Ag Real Estate Inc    5020 W Mineral King Ave    Visalia, CA 93291

TOTAL: 2