# Notice Recipients

District/Off: 0976–8             User: admin                   Date Created: 5/31/2024
Case: 24–40158–NGH              Form ID: pdf116                Total: 6


**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |

TOTAL: 3


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Millenkamp Cattle, Inc | 471 North 300 West | | Jerome, ID 83338 |
| aty | Matthew T. Christensen | 199 N. Capitol Blvd. | Ste 200 | Boise, ID 83702 |
| app | Gale W. Harding and Associates | 329 W 7th S | | Rexburg, ID 83440 |

TOTAL: 3