Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2150
Email: banderson@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
        golivera@omm.com

*Proposed Attorneys for the Official*
*Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>        Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

NOTICE OF APPEARANCE - 1

| | |
|---|---|
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome |
| ☐ Idaho Jersey Girls Jerome Dairy | Dairy) |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors appears herein by Gabriel L. Olivera of O'Melveny & Myers LLP, proposed co-counsel with Elsaesser Anderson, CHTD. The undersigned requests that the Clerk of the Court place the foregoing name and address on any mailing matrix to be prepared or existing in the above-numbered case and send copies of all notices and all papers filed in this case to:

> Gabriel L. Olivera
> O'MELVENY & MYERS LLP
> 1301 Avenue of the Americas, Suite 1700
> New York, NY 10019

**PLEASE TAKE FURTHER NOTICE** that service by electronic mail should be made on O'Melveny & Myers LLP at the following email address: golivera@omm.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the provisions specified above, but also includes any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein (collectively, the "<u>Filings</u>").

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Papers* nor any prior or later appearance, pleading, claim, or suit shall waive (i) any right to have any matter or proceeding for which a bankruptcy court lacks the authority to enter a final order or judgment without the consent of the parties adjudicated by an Article III court, (ii) any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that the filing of this *Notice of Appearance and Request for Service of Papers* shall not constitute a waiver of the Official Committee of Unsecured Creditors' right to contest service of any Filings.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorney requests that he be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in these cases.

DATED this 31st day of May, 2024.          O'MELVENY & MYERS LLP

/s/*Gabriel L. Olivera*
Gabriel L. Olivera

*Proposed Attorney for the Official Committee of Unsecured Creditors*

NOTICE OF APPEARANCE - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing Notice of Appearance, in the above-captioned matter, using the CM/ECF system, which included a Notice of Electronic Filing to the following person(s):

Brett R Cahoon on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

Krystal Mikkilineni, attorney for Debtor
krystal.mikkilineni@dentons.com

Matthew T. Christensen, attorney for the Debtor
mtc@johnsonmaylaw.com

DATED this 31st day of May, 2024.        /s/*Gabriel L. Olivera*_____
                                           Gabriel L. Olivera

                                           *Proposed Attorney for the Official*
                                           *Committee of Unsecured Creditors*