Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
    jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
    robert.richards@dentons.com
    tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#3985435

☐  Millenkamp Family

☐  Goose Ranch

☐  Black Pine Cattle

☐  Millenkamp Enterprises

☐  Idaho Jersey Girls Jerome Dairy

Chapter 11 Cases

_____

### NOTICE OF KANDER'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 2, 2024 – APRIL 30, 2024

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing April 2, 2024 and ending April 30, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written

objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtor, and any Official Committee of Unsecured Creditors appointed herein.

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING:  May 31, 2024.

DATE: May 31, 2024      /s/ *Krystal R. Mikkilineni*
                                          DENTONS DAVIS BROWN PC
                                          Krystal R. Mikkilineni

                                          /s/ *Matt Christensen*
                                          JOHNSON MAY
                                          Matthew T. Christensen

<u>CERTIFICATE OF SERVICE</u>

       I HEREBY CERTIFY that on this 31st day of May, 2024, I caused to be served a true and correct copy of the foregoing KANDER'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF APRIL 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Matthew T. Christensen mtc@johnsonmaylaw.com
US Trustee ustp.region18.bs.ecf@usdoj.gov
Aaron R. Bell abell@evanskeane.com
Morton R. Branzburg mbranzburg@klehr.com
Heidi B. Morrison heidi@racineolson.com
Laura E. Burri lburri@morrowfischer.com
Brett R. Cahoon ustp.region18.bs.ecf@usdoj.gov
William K. Carter kentcarter@grsm.com
D. Blair Clark dbc@dbclarklaw.com
David A. Coleman david@colemanjacobsonlaw.com
Connor B. Edlund edlund@mwsslawyers.com
Gery W. Edson gedson@gedson.com
Jon B. Evans evans.jb@dorsey.com
Zachary Fairlie zfairlie@spencerfane.com
Brian Faria brian@sawtoothlaw.com
Kimbell D. Gourley kgourley@idalaw.com
Daniel C. Green dan@racineolson.com
Matthew W. Grimshaw matt@grimshawlawgroup.com
John F. Kurtz jfk@kurtzlawllc.com
Adam A. Lewis alewis@mofo.com
Karyn Lloyd klloyd@grsm.com
Jed W. Manwaring jmanwaring@evanskeane.com
J. Justin May jjm@johnsonmaylaw.com
Krystal R. Mikkilineni krystal.mikkilineni@dentons.com
Rhett M. Miller rmiller@magicvalley.law
John D. Munding john@mundinglaw.com
Jason R. Naess jason.r.naess@usdoj.gov
James Niemeier jniemeier@mcgrathnorth.com
John O'Brien jobrien@spencerfane.com
Scott C. Powers spowers@spencerfane.com
Cheryl Rambo cheryl.rambo@isp.idaho.gov
Janine P. Reynard janine@averylaw.net
Robert E. Richards robert.richards@dentons.com
Holly Roark holly@roarklawboise.com
Evan T. Roth evan@sawtoothlaw.com
Tirzah R. Roussell tirzah.roussell@dentons.com
Miranda K. Russell mrussell@mofo.com

NOTICE OF KANDER'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF APRIL 2024 – PAGE 2

Andrew J. Schoulder andrew.schoulder@nortonrosefulbright.com
Sheila R. Schwager sschwager@hawleytroxell.com
Louis V. Spiker louis.spiker@millernash.com
Matthew A. Sturzen matt@shermlaw.com
Meredith L. Thielbahr mthielbahr@grsm.com
Kim J. Trout ktrout@trout-law.com
Brent R. Wilson bwilson@hawleytroxell.com

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

/s/ *Krystal Mikkilineni*
Krystal Mikkilineni

NOTICE OF KANDER'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF APRIL 2024 – PAGE 2

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      robert.richards@dentons.com
      tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#3985434

| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |
| _____ | |

### KANDER'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF APRIL

Kander LLC ("Kander") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of April 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, Kander respectfully represents as follows:

A. Kander is the financial advisor for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). Kander hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B. Kander billed a total of $81,582.17 in fees and expenses during the Application Period. The total fees represent 180.2 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 4/2/2024 - 4/30/2024 | $78,479.00 | $3,103.17 | $81,582.17 |

APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES – Page 2

C. Accordingly, Kander seeks allowance of interim compensation in the amount of $61,962.42 at this time. This total is comprised as follows: $58,859.25 (75% of the fees for services rendered) plus $ 3,103.17 (100% of the expenses incurred).

D. Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** Kander respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: May 31, 2024  /s/ *Krystal R. Mikkilineni*
DENTONS DAVIS BROWN PC
Krystal R. Mikkilineni


/s/ *Matt Christensen*
JOHNSON MAY
Matthew T. Christensen

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that on this 31st day of May, 2024, I caused to be served a true and correct copy of the foregoing KANDER'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF APRIL 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Matthew T. Christensen mtc@johnsonmaylaw.com
US Trustee ustp.region18.bs.ecf@usdoj.gov
Aaron R. Bell abell@evanskeane.com
Morton R. Branzburg mbranzburg@klehr.com
Heidi B. Morrison heidi@racineolson.com
Laura E. Burri lburri@morrowfischer.com
Brett R. Cahoon ustp.region18.bs.ecf@usdoj.gov
William K. Carter kentcarter@grsm.com
D. Blair Clark dbc@dbclarklaw.com
David A. Coleman david@colemanjacobsonlaw.com
Connor B. Edlund edlund@mwsslawyers.com
Gery W. Edson gedson@gedson.com
Jon B. Evans evans.jb@dorsey.com
Zachary Fairlie zfairlie@spencerfane.com
Brian Faria brian@sawtoothlaw.com
Kimbell D. Gourley kgourley@idalaw.com
Daniel C. Green dan@racineolson.com
Matthew W. Grimshaw matt@grimshawlawgroup.com
John F. Kurtz jfk@kurtzlawllc.com
Adam A. Lewis alewis@mofo.com
Karyn Lloyd klloyd@grsm.com
Jed W. Manwaring jmanwaring@evanskeane.com
J. Justin May jjm@johnsonmaylaw.com
Krystal R. Mikkilineni krystal.mikkilineni@dentons.com
Rhett M. Miller rmiller@magicvalley.law
John D. Munding john@mundinglaw.com
Jason R. Naess jason.r.naess@usdoj.gov
James Niemeier jniemeier@mcgrathnorth.com
John O'Brien jobrien@spencerfane.com
Scott C. Powers spowers@spencerfane.com
Cheryl Rambo cheryl.rambo@isp.idaho.gov
Janine P. Reynard janine@averylaw.net
Robert E. Richards robert.richards@dentons.com
Holly Roark holly@roarklawboise.com
Evan T. Roth evan@sawtoothlaw.com
Tirzah R. Roussell tirzah.roussell@dentons.com
Miranda K. Russell mrussell@mofo.com

APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES – Page 4

Andrew J. Schoulder andrew.schoulder@nortonrosefulbright.com
Sheila R. Schwager sschwager@hawleytroxell.com
Louis V. Spiker louis.spiker@millernash.com
Matthew A. Sturzen matt@shermlaw.com
Meredith L. Thielbahr mthielbahr@grsm.com
Kim J. Trout ktrout@trout-law.com
Brent R. Wilson bwilson@hawleytroxell.com

Any others as listed on the Court's ECF Notice.

      I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

                                /s/ *Krystal Mikkilineni*
                                Krystal Mikkilineni

**EXHIBIT A**

APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES – Page 6

# kăn′dər LLC

*2538 Carrolwood Rd.*
*Naperville, IL 60540*

| | |
|---|---|
| Invoice No.: | MC26/05312024 |
| Invoice Date: | May 31, 2024 |

Millenkamp Cattle, Inc.
471 North 300 West
Jerome, Idaho 83338

*Re:* Engagement of Financial Advisor dated February 22, 2024

**FEES - *In connection with the above matter***

| Date | | Description | Code | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 04/02/24 | KPC | Application to employ & declaration | B160 | 0.8 | $ 395.00 | $ 316.00 |
| 04/02/24 | KPC | Update Budget | B110 | 2.2 | $ 395.00 | $ 869.00 |
| 04/02/24 | KN | App to employ & declaration (.8) | B160 | 0.8 | $ 495.00 | $ 396.00 |
| 04/02/24 | KN | Meet with Bobby Rice re: Sandton DIP Loan | B230 | 1.3 | $ 495.00 | $ 643.50 |
| 04/03/24 | KPC | Internal Daily Meeting | B110 | 1.0 | $ 395.00 | $ 395.00 |
| 04/03/24 | KPC | Update Budget w/Interim Cash Collateral Highlights (.3); Budget to FTI (.1); Call w/Lisa re: $1.1M in Checks in Transit (.2); Discussions w/Mgmt re: MWI & Butte CV Payments, Update CF Model (.8) | B230 | 1.4 | $ 395.00 | $ 553.00 |
| 04/03/24 | KN | Review filing (.4); Meet with Bill and David at dairy (1.8) | B110 | 2.2 | $ 495.00 | $ 1,089.00 |
| 04/03/24 | KN | Discuss Budget w/Kati | B230 | 0.7 | $ 495.00 | $ 346.50 |
| 04/04/24 | KPC | Internal Daily Meeting (1.0); Review Objections re: Steers, Budgets, Milk Price, Critical Vendors (0.8); Pre-Hearing Meeting (0.5); Attend Hearing (1.3) | B110 | 3.6 | $ 395.00 | $ 1,422.00 |
| 04/04/24 | KN | Review DIP term sheets and objections (.6); Call with Conterra re: DIP Loan (.5) | B230 | 1.1 | $ 495.00 | $ 544.50 |
| 04/04/24 | KN | Internal Daily Meeting (.5); Status Call w/Sandton (.3); Status Call w/Client (.3); Follow-up Call w/Kati re: Budget & Hearing (.9) | B110 | 2.0 | $ 495.00 | $ 990.00 |
| 04/04/24 | RM | Attend Hearing | B110 | 1.3 | $ 495.00 | $ 643.50 |
| 04/05/24 | KPC | Internal Daily Meeting (1.0); Analysis for Objections re: Milk Price/Feed (0.8) | B110 | 1.8 | $ 395.00 | $ 711.00 |
| 04/05/24 | KPC | DIP Comparison Analysis | B230 | 1.2 | $ 395.00 | $ 474.00 |
| 04/05/24 | KN | Review DIP analysis (.2); Call with Sandton regarding DIP and objections (.5) | B230 | 0.7 | $ 495.00 | $ 346.50 |
| 04/05/24 | KN | Internal Daily Meeting (1.0); Review Price/Feed analysis (.3); Call w/Client re: Price and Feed (.2) | B110 | 1.5 | $ 495.00 | $ 742.50 |
| 04/06/24 | KPC | DIP Comparison Analysis and Review | B230 | 1.5 | $ 395.00 | $ 592.50 |
| 04/06/24 | KN | DIP Comparison Analysis and Review (1.5); Call with Sandton re: DIP (.2) | B230 | 1.7 | $ 495.00 | $ 841.50 |
| 04/07/24 | KPC | Update Milk Price Analysis (0.4); Update 130-Day Budget with Critical Vendor Update (0.8) | B230 | 1.2 | $ 395.00 | $ 474.00 |
| 04/07/24 | KPC | Critical Vendor Review | B110 | 2.0 | $ 395.00 | $ 790.00 |
| 04/07/24 | KN | Critical Vendor Review | B110 | 1.0 | $ 495.00 | $ 495.00 |
| 04/08/24 | KPC | Travel: CMI-ORD-BOI-Office (8.0 billed at 50%) | B195 | 4.0 | $ 395.00 | $ 1,580.00 |
| 04/08/24 | KPC | Testimony prep & Updating DIP Budget | B110 | 10.0 | $ 395.00 | $ 3,950.00 |
| 04/08/24 | KN | Travel: PIA-ORD- BOI-Office (8.0 billed at 50%) | B195 | 4.0 | $ 495.00 | $ 1,980.00 |
| 04/08/24 | KN | Testimony prep & Updating DIP Budget | B110 | 10.0 | $ 495.00 | $ 4,950.00 |
| 04/09/24 | KPC | Hearing prep (2.0); Hearing (10.0); Meeting at JohnsonMay (0.7) | B110 | 12.7 | $ 395.00 | $ 5,016.50 |
| 04/09/24 | KN | Hearing prep (2.0); Hearing (10.0); Meeting at JohnsonMay (0.7) | B110 | 12.7 | $ 495.00 | $ 6,286.50 |
| 04/10/24 | KPC | Travel: BOI-DEN- ORD- CMI (11.0 billed at 50%) | B195 | 5.5 | $ 395.00 | $ 2,172.50 |
| 04/10/24 | KN | Attend Hearing (4.0); Update call with Sandton (.3) | B110 | 4.3 | $ 495.00 | $ 2,128.50 |
| 04/10/24 | KN | Travel: BOI-DFW -PIA (8.0 billed at 50%) | B195 | 4.0 | $ 495.00 | $ 1,980.00 |
| 04/12/24 | KPC | Internal Daily Meeting | B110 | 1.0 | $ 395.00 | $ 395.00 |
| 04/12/24 | KPC | Cash Collateral Update | B230 | 0.3 | $ 395.00 | $ 118.50 |

**Kander LLC**
www.KanderLLC.com | info@kanderllc.com

# kăn′dər LLC

*2538 Carrolwood Rd.*
*Naperville, IL 60540*

| Date | Initials | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/12/24 | KN | Internal Daily Meeting (1.0); Call with Sandon (.2) | B110 | 1.2 | $ 495.00 | $ 594.00 |
| 04/15/24 | KPC | Internal Daily Meeting | B110 | 0.5 | $ 395.00 | $ 197.50 |
| 04/15/24 | KPC | Set Up Weekly Reporting Template | B230 | 3.3 | $ 395.00 | $ 1,303.50 |
| 04/15/24 | KN | Internal Daily Meeting (0.5); Discuss reporting structure (1.1); Call with Schuil re BPO (.5); Call with client re BPO (.8) | B110 | 2.9 | $ 495.00 | $ 1,435.50 |
| 04/16/24 | KPC | Internal Daily Meeting | B110 | 1.4 | $ 395.00 | $ 553.00 |
| 04/16/24 | KPC | Set Up Weekly Reporting Template, Update Weekly Reporting for Wk1 and Wk2 | B230 | 6.0 | $ 395.00 | $ 2,370.00 |
| 04/16/24 | KN | Internal Daily Meeting (0.4); Hearing (1.0); Review and discuss reporting for Wk1 and Wk2 (1.2) | B110 | 2.6 | $ 495.00 | $ 1,287.00 |
| 04/17/24 | KPC | Internal Daily Meeting | B110 | 0.8 | $ 395.00 | $ 316.00 |
| 04/17/24 | KPC | Finalize Weekly Reporting Package Wk1 & Wk2 for Mgmt Review (4.0); Finalize DIP Budget (1.0) | B230 | 5.0 | $ 395.00 | $ 1,975.00 |
| 04/17/24 | KN | Internal Daily Meeting (0.8); Status call with client (.9); Reporting and budget review (1.3) | B110 | 3.0 | $ 495.00 | $ 1,485.00 |
| 04/18/24 | KPC | Sandton Weekly Var. Call (0.5); DIP Budget Interest (0.1); Internal Daily Meeting (0.5); Weekly Update Call with Focus (1.0) | B110 | 2.1 | $ 395.00 | $ 829.50 |
| 04/18/24 | KN | Weekly update call with Sandton (.5); Internal Daily Meeting (.5) Weekly update call with Focus (1.0) | B110 | 2.0 | $ 495.00 | $ 990.00 |
| 04/19/24 | KPC | Response to FTI Request List | B110 | 0.7 | $ 395.00 | $ 276.50 |
| 04/19/24 | KN | Review Interim DIP Order | B230 | 0.2 | $ 495.00 | $ 99.00 |
| 04/20/24 | KPC | Sandton Funding call (0.3); Sandton Funding discussions (0.2) | B110 | 0.5 | $ 395.00 | $ 197.50 |
| 04/20/24 | KN | Santon Funding call (0.3); Santon Funding discussions (0.2) | B110 | 0.5 | $ 495.00 | $ 247.50 |
| 04/22/24 | KPC | Internal Daily Meeting (0.9); Data review with Millenkamp (0.3); Coordinating with Millenkamp re: Sandton wire (0.2); Coordination with Millenkamp re: payments of Western States, silage group (0.8); Review Weekly Data (1.1) | B110 | 3.3 | $ 395.00 | $ 1,303.50 |
| 04/22/24 | KN | Internal Daily Meeting | B110 | 0.9 | $ 495.00 | $ 445.50 |
| 04/23/24 | KPC | Internal Daily Meeting | B110 | 1.8 | $ 395.00 | $ 711.00 |
| 04/23/24 | KPC | Update Weekly Reporting for Wk3 | B230 | 2.5 | $ 395.00 | $ 987.50 |
| 04/23/24 | KN | Internal Daily Meeting (1.8); Review Weekly Reporting (.9); Status call with Sandton re funding (.5) | B110 | 3.2 | $ 495.00 | $ 1,584.00 |
| 04/24/24 | KPC | Internal Daily Meeting | B110 | 0.7 | $ 395.00 | $ 276.50 |
| 04/24/24 | KPC | Add AR & AP Analysis, Milk Check Reporting to Weekly reporting. Finalize Weekly Reporting Package Wk3 | B230 | 4.5 | $ 395.00 | $ 1,777.50 |
| 04/24/24 | KN | Internal Daily Meeting (.7); Review weekly reporting (.9) | B110 | 1.6 | $ 495.00 | $ 792.00 |
| 04/25/24 | KPC | Weekly Update Call with Focus (1.0); Internal Daily Meeting (0.5); AP reporting (3.5); Schedules (2.3); Emails with FTI (0.1) | B110 | 7.4 | $ 395.00 | $ 2,923.00 |
| 04/25/24 | KN | Weekly update call with Focus (1.0) | B110 | 1.0 | $ 495.00 | $ 495.00 |
| 04/26/24 | KPC | Internal Daily Meeting (0.8); AP reporting and discussions with Lisa re: AP & Schedules (4.0); Critical Vendor (0.1) | B110 | 4.9 | $ 395.00 | $ 1,935.50 |
| 04/29/24 | KPC | Call with FTI (1.0); Internal Daily Meeting (1.0); Discussions with Miilenkamp team re: Budget updates (0.8); Review 4/1 AP vs schedules (1.0) | B110 | 3.8 | $ 395.00 | $ 1,501.00 |
| 04/29/24 | KPC | Budget Update | B230 | 1.0 | $ 395.00 | $ 395.00 |
| 04/29/24 | KN | Weekly update call with FTI (1.0); Internal Daily Meeting (1.0) | B110 | 2.0 | $ 495.00 | $ 990.00 |
| 04/30/24 | KPC | Discussions with Miilenkamp team re: Budget updates (0.8); Internal Daily Meeting (0.8) | B110 | 1.6 | $ 395.00 | $ 632.00 |

Kander LLC
www.KanderLLC.com | info@kanderllc.com

**kăn′dər** LLC

*2538 Carrolwood Rd.*
*Naperville, IL 60540*

| Date | | Description | Code | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/30/24 | KPC | Update Critical Vendors, cross reference updated schedules, update Budget (2.7); Update Weekly Reporting for Wk4 (2.5) | B230 | 5.2 | $ | 395.00 | $ | 2,054.00 |
| 04/30/24 | KN | Status call with client (0.8); Internal Daily Meeting (0.8); Review weekly reporting (1.1) | B110 | 2.6 | $ | 495.00 | $ | 1,287.00 |
| | | | | 180.2 | | *Subtotal Fees:* | $ | 78,479.00 |

**EXPENSES**

| Date | Description | Code | Expense |
|---|---|---|---|
| 04/05/24 | Airfare | A109 | $ 904.70 |
| 04/06/24 | Airfare | A109 | $ 1,022.20 |
| 04/08/24 | Transportation | A109 | $ 15.94 |
| 04/08/24 | Meals | A109 | $ 13.66 |
| 04/09/24 | Transportation | A109 | $ 3.00 |
| 04/09/24 | Transportation | A109 | $ 9.00 |
| 04/09/24 | Lodging | A109 | $ 158.20 |
| 04/09/24 | Lodging | A109 | $ 197.75 |
| 04/10/24 | Meals | A109 | $ 12.66 |
| 04/10/24 | Meals | A109 | $ 5.74 |
| 04/10/24 | Meals | A109 | $ 3.91 |
| 04/10/24 | Transportation | A109 | $ 189.71 |
| 04/10/24 | Meals | A109 | $ 86.30 |
| 04/10/24 | Transportation | A109 | $ 16.33 |
| 04/10/24 | Meals | A109 | $ 10.05 |
| 04/10/24 | Transportation | A109 | $ 108.00 |
| 04/11/24 | Lodging | A109 | $ 346.02 |
| | | *Subtotal Expenses:* | $ 3,103.17 |

| | |
|---|---|
| ***Invoice Total*** | $ 81,582.17 |
| **Current Advanced Payment Retainer Balance:** | $ 56,649.50 |
| **Payment from Advanced Payment Retainer:** | $ 56,649.50 |
| **Remaining Advanced Payment Retainer Balance:** | $ - |
| ***Net Amount of this Invoice:*** | $ 24,932.67 |

1 | Kander reserves the right to increase the hourly rates on this invoice and issue an additional invoice for the additional amounts due if any payments pursuant to its engagement letter are not authorized.