UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**<u>ORDER GRANTING THE DEBTORS' APPLICATION TO EMPLOY GALE W. HARDING AND ASSOCIATES AS EQUIPMENT APPRAISER</u>**

The Debtors' *Application to Employ Gale W. Harding and Associates as Their Equipment Appraiser* (Dkt. No. 234) (the "<u>Application</u>"); and the Court, having reviewed the Application,

#3982284

finds that the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Application was sufficient under the circumstances and that no further notice need be given; and the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and no objections having been filed; and after due deliberation and sufficient cause appearing, therefore

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. **Pursuant to 11 U.S.C. § 327(a)** the Application is GRANTED and the Debtors are authorized to employ Gale W. Harding and Associates under the terms as set forth in the Application.[1]

2. The Application was appropriate under the circumstances and in compliance with the Bankruptcy Code and Bankruptcy Rules.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.  //end of text//

DATED: May 31, 2024



NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by:

Krystal R. Mikkilineni
Attorney for Debtors in Possession

Approved as to form:

/s/ Brett R. Cahoon (email approval)
Brett R. Cahoon, Office of the United States Trustee

---

[1] Bolded language added by Court.

United States Bankruptcy Court

District of Idaho

In re:  Case No. 24-40158-NGH

Millenkamp Cattle, Inc  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8  User: admin  Page 1 of 5
Date Rcvd: May 31, 2024  Form ID: pdf116  Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |
| aty | + | Matthew T. Christensen, 199 N. Capitol Blvd., Ste 200, Boise, ID 83702-6197 |
| app | + | Gale W. Harding and Associates, 329 W 7th S, Rexburg, ID 83440-9600 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Aaron Robert Bell
    on behalf of Creditor MWI Veterinarian Supply  Inc. abell@evanskeane.com

Adam Aiken Lewis
    on behalf of Creditor East Valley Development  LLC alewis@mofo.com

Andrew J. Schoulder
    on behalf of Creditor Rabo AgriFinance LLC andrew.schoulder@nortonrosefulbright.com
    nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com

Brent Russel Wilson
    on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com  amay@hawleytroxell.com

Brett R Cahoon
    on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov

| District/off: 0976-8 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 31, 2024 | Form ID: pdf116 | Total Noticed: 3 |

Brian Faria
    on behalf of Creditor Viserion Grain  LLC brian@sawtoothlaw.com

Bruce A. Anderson
    on behalf of Creditor Committee Bruce A. Anderson baafiling@eaidaho.com

Cheryl Rambo
    on behalf of Creditor Idaho State Brand Department cheryl.rambo@isp.idaho.gov

Connor Bray Edlund
    on behalf of Creditor McAlvain Concrete  Inc. edlund@mwsslawyers.com, lemieux@mwsslawyers.com

D Blair Clark
    on behalf of Creditor Blue Cross of Idaho Health Service  Inc dbc@dbclarklaw.com,
mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.c
om

Daniel C Green
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net

David A Coleman
    on behalf of Creditor c/o David A. Coleman Youree Land & Livestock  Inc. david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor Eagle Creek Northwest LLC david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com

Evan Thomas Roth
    on behalf of Creditor Viserion Grain  LLC evan@sawtoothlaw.com

Gery W Edson
    on behalf of Creditor Land View  Inc. gedson@gedson.com, tfurey@gedson.com

Heidi Buck Morrison
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC heidi@racineolson.com,
mandy@racineolson.com,cheryl@racineolson.com

Holly Roark
    on behalf of Creditor Elevation Electric  LLC holly@roarklawboise.com,
courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Holly Roark
    on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com
courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

James Niemeier
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com

James Justin May
    on behalf of Debtor Millenkamp Cattle  Inc jjm@johnsonmaylaw.com,
cjc@johnsonmaylaw.com;acs@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Janine Patrice Reynard
    on behalf of Creditor East Valley Development  LLC janine@averylaw.net,
averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Jason Ronald Naess
    on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov

Jed W. Manwaring
    on behalf of Creditor MWI Veterinarian Supply  Inc. jmanwaring@evanskeane.com,
duskin@evanskeane.com;abell@evanskeane.com

John O'Brien
    on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding
SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com,
anissly@spencerfane.com;dperea@spencerfane.com

John D Munding
    on behalf of Creditor PerforMix Nutrition Systems  LLC john@mundinglaw.com

John F Kurtz, Jr
    on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com  tnd@kurtzlawllc.com

Jon B Evans
    on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com  sattler.carla@dorsey.com

Karyn Lloyd
    on behalf of Creditor CNH Industrial Capital America LLC klloyd@grsm.com

Kim J Trout

District/off: 0976-8        User: admin        Page 3 of 5
Date Rcvd: May 31, 2024        Form ID: pdf116        Total Noticed: 3

| | |
|---|---|
| | on behalf of Creditor Rocky Mountain Agronomics Inc. ktrout@trout-law.com |
| Kimbell D Gourley | on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com shudson@idalaw.com |
| Kimbell D Gourley | on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com shudson@idalaw.com |
| Krystal R. Mikkilineni | on behalf of Attorney Krystal R Mikkilineni krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Enterprises LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Cattle Inc krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Properties L.L.C. krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Idaho Jersey Girls LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Goose Ranch LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Properties II LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor East Valley Cattle LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Black Pine Cattle LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Family LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Laura E Burri | on behalf of Creditor Automation Werx LLC lburri@morrowfischer.com, klee@morrowfischer.com |
| Louis V. Spiker | on behalf of Creditor Standlee Ag Resources louis.spiker@millernash.com louis.spiker@millernash.com |
| Mark Bradford Perry | on behalf of Creditor Burks Tractor Company Inc. mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com |
| Matthew A Sturzen | on behalf of Creditor Wilbur-Ellis Company LLC matt@shermlaw.com bjorn@shermlaw.com;gina@shermlaw.com |
| Matthew T. Christensen | on behalf of Debtor Idaho Jersey Girls LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Enterprises LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Black Pine Cattle LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Family LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Goose Ranch LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |

| District/off: 0976-8 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 31, 2024 | Form ID: pdf116 | Total Noticed: 3 |

Matthew T. Christensen
    on behalf of Debtor Millenkamp Cattle Inc mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Properties II LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Properties L.L.C. mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor East Valley Cattle LLC mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Attorney Matthew T. Christensen mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew W Grimshaw
    on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com

Meredith Leigh Thielbahr
    on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com ckaiser@grsm.com

Miranda K. Russell
    on behalf of Creditor East Valley Development LLC mrussell@mofo.com

Morton R. Branzburg
    on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com

Rhett Michael Miller
    on behalf of Creditor Moss Farms Operations LLC rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor United Electric Co-op Inc. rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Raft River Rural Electric Cooperative Inc. rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Moss Grain Partnership rmiller@magicvalley.law

Robert A Faucher
    on behalf of Interested Party Glanbia Foods Inc rfaucher@hollandhart.com boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Robert E Richards
    on behalf of Debtor Millenkamp Cattle Inc robert.richards@dentons.com, docket.general.lit.chi@dentons.com

Scott C Powers
    on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mwatson@spencerfane.com

Sheila Rae Schwager
    on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Cattle Inc tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Enterprises LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Idaho Jersey Girls LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Properties II LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Black Pine Cattle LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Family LLC tirzah.roussell@dentons.com

District/off: 0976-8 | User: admin | Page 5 of 5
Date Rcvd: May 31, 2024 | Form ID: pdf116 | Total Noticed: 3

Tirzah R. Roussell
    on behalf of Debtor East Valley Cattle  LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Goose Ranch LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Properties  L.L.C. tirzah.roussell@dentons.com

US Trustee
    ustp.region18.bs.ecf@usdoj.gov

William K Carter
    on behalf of Creditor CNH Industrial Capital America LLC kentcarter@grsm.com

Zachary Fairlie
    on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com

TOTAL: 83