## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re:

MILLENKAMP CATTLE, INC.,

       Debtor.

Case No. 24-40158-NGH

Filing relates to:

☐  ALL DEBTORS

☒  Millenkamp Cattle, Inc.

☐  Idaho Jersey Girls

☐  East Valley Cattle

☐  Millenkamp Properties

☐  Millenkamp Properties II

☐  Millenkamp Family

☐  Goose Ranch

☐  Black Pine Cattle

☐  Millenkamp Enterprises

☐  Idaho Jersey Girls Jerome Dairy

Jointly Administered With
Case Nos.:

24-40159-NGH (Idaho Jersey Girls)
24-40160-NGH (East Valley Cattle)
24-40161-NGH (Millenkamp Properties)
24-40162-NGH (Millenkamp Properties II)
24-40163-NGH (Millenkamp Family)
24-40164-NGH (Goose Ranch)
24-40166-NGH (Black Pine Cattle)
24-40167-NGH (Millenkamp Enterprises)
24-40165-NGH (Idaho Jersey Girls Jerome
Dairy)

Chapter 11 Cases

### CERTIFICATION UNDER PENALTY OF PERJURY

    I, Gregory Zemaitis, hereby certify under penalty of perjury that Bunge Canada (including any and all of its affiliates), "the Affiant" owns or controls the following (i) claims against or debts and/or equity securities of the above captioned Debtor(s) and /or (ii) other financial arrangements including, but not limited to hedged positions, derivative securities or insurance, that may affect the value of the positions held by the Affiant in claims against and/or interests in the Debtor's securities, in the following designated amounts:

| Description of Claims, Debt and/or Equity Securities/Other Financial Arrangement | Amount |
| --- | --- |
| The Affiants own or control claims totaling the listed Amount for commodities sold to the Debtor.  None of the Amount is asserted to be an administrative 503(b)(9) claim. | $1,159,843.85 |

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

I hereby certify that the information provided herein constitutes the only claims against, and/or debt or equity interests in the Debtor that are owned or controlled by the Affiant. I further certify that I have the requisite authority to make this certification and that this certification applies to all debt or any similar instruments or securities held by or relating to the Affiant.

Date: 5/20/24

By: _____

Print Name: Greg Zemaitis

Title: Head of Credit USA Canada

*Customer Line Item Display*

|◄|◄|►|►| 🔍 ⬚ 🔳 ▽ ⬚ ▽ Σ ▤ ▦ ⬚ % ▦ ⬚ | 🔲 Dispute Case

```
74093080     MILLENKAMP CATTLE INC
             471 N 300 W          JEROME          ID 83338-5078
             +1 (208) 324-2350
1S01
```

| St | Account | Typ | DocumentNo | Assignment | Case ID | Doc. Date | Net due dt | PayT | Arrear | S | DD | Amt in loc.cur. | Amount in DC | LCurr | Clrng doc. | Offst.acct | Text | E |
|----|---------|-----|-----------|------------|---------|-----------|-----------|------|--------|---|----|----------------|--------------|-------|-----------|-----------|------|---|
| ☐ 💿 | 74093080 | RV | 104325157 | 0104325157 | | 04/10/2023 | 05/10/2023 | 1130 | 378 | 🔳 | | 18,680.51 | 13,860.00000 | CAD | | 50220000 | Meal Match 2023 Demurrage | C |
| ☐ 💿 | 74093080 | RV | 105112888 | 0105112888 | | 08/04/2023 | 09/03/2023 | 1130 | 262 | 🔳 | | 106,823.19 | 80,817.06000 | CAD | | 40010000 | CEFX010428 | C |
| ☐ 💿 | 74093080 | RV | 105120806 | 0105120806 | | 08/03/2023 | 09/02/2023 | 1130 | 263 | 🔳 | | 51,288.01 | 38,001.93640 | CAD | | 40010000 | FURX054147 | C |
| ☐ 💿 | 74093080 | RV | 105123977 | 0105123977 | | 08/30/2023 | 09/29/2023 | 1130 | 236 | 🔳 | | 113,726.52 | 86,074.94000 | CAD | | 40010000 | ALHX001047 | C |
| ☐ 💿 | 74093080 | RV | 105125018 | 0105125018 | | 08/04/2023 | 09/03/2023 | 1130 | 262 | 🔳 | | 56,810.14 | 42,985.75300 | CAD | | 40010000 | AEX 015972 | C |
| ☐ 💿 | 74093080 | RV | 105136147 | 0105136147 | | 08/14/2023 | 09/13/2023 | 1130 | 252 | 🔳 | | 226,930.68 | 171,754.53640 | CAD | | 40010000 | CSLX002222 | C |
| ☐ 💿 | 74093080 | RV | 105182131 | 0105182131 | | 09/05/2023 | 10/05/2023 | 1130 | 230 | 🔳 | | 56,022.58 | 42,401.45920 | CAD | | 40010000 | BNZX020110 | C |
| ☐ 💿 | 74093080 | RV | 105187349 | 0105187349 | | 08/31/2023 | 09/30/2023 | 1130 | 235 | 🔳 | | 170,110.34 | 128,749.54560 | CAD | | 40010000 | BNZX020050 | C |
| ☐ 💿 | 74093080 | RV | 105189378 | 0105189378 | | 09/12/2023 | 10/12/2023 | 1130 | 223 | 🔳 | | 55,300.73 | 41,856.05400 | CAD | | 40010000 | BNZX020001 | C |
| ☐ 💿 | 74093080 | RV | 105197386 | 0105197386 | | 09/11/2023 | 10/11/2023 | 1130 | 224 | 🔳 | | 891.53 | 654.00000 | CAD | | 50220000 | Meal August 2023 Demurrage | C |
| ☐ 💿 | 74093080 | RV | 105205594 | 0105205594 | | 09/14/2023 | 10/14/2023 | 1130 | 221 | 🔳 | | 167,633.94 | 126,274.51400 | CAD | | 40010000 | BNZX020235 | C |
| ☐ 💿 | 74093080 | RV | 105214905 | 0105214905 | | 09/13/2023 | 10/13/2023 | 1130 | 222 | 🔳 | | 113,452.63 | 85,867.45180 | CAD | | 40010000 | SCXX001032 | C |
| ☐ 💿 | 74093080 | RV | 105227013 | 0105227013 | | 09/29/2023 | 10/29/2023 | 1130 | 206 | 🔳 | | 149,824.04 | 128,532.85680 | CAD | | 40010000 | AEX 015814 | C |
| ☐ 💿 | 74093080 | RV | 105234879 | 0105234879 | | 09/25/2023 | 10/25/2023 | 1130 | 210 | 🔳 | | 225,424.62 | 170,614.66050 | CAD | | 40010000 | BNZX020103 | C |
| ▸ | 74093080 | | | | | | | | | | | 1,532,926.91 | 1,159,843.85140 | CAD | | | | |
| ▸▸ | 74093080 | | | | | | | | | | | 1,532,926.91 | 1,159,843.85140 | CAD | | | | |

| St | Account | Typ | DocumentNo | Assignment | Case ID | Doc. Date | Net due dt | PayT | Arrear | S | DD | Amt in loc.cur. | Amount in DC | LCurr | Clrng doc. | Offst.acct | Text | E |
|----|---------|-----|-----------|------------|---------|-----------|-----------|------|--------|---|----|----------------|--------------|-------|-----------|-----------|------|---|
| ▸▸▸ | | | | | | | | | | | | 1,532,926.91 | 1,159,843.85140 | CAD | | | | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which included a Notice of Electronic Filing to the following person(s):

Brett R Cahoon on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

krystal.mikkilineni@dentons.com, attorneys for Debtor

mtc@johnsonmaylaw.com  attorneys for Debtor

Dated this 4th day of June, 2024.

/s/ Bruce A. Anderson_____
Bruce A. Anderson