# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 6/4/2024 |
| Case: 24–40158–NGH | Form ID: pdf116 | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| aty | Matthew T. Christensen | mtc@johnsonmaylaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Millenkamp Cattle, Inc | 471 North 300 West | Jerome, ID 83338 |
| app | Davis Livestock, Inc. | 780 E Cannibal Rd | Lewiston, UT 84320 |

TOTAL: 2