UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor.<br><br>Filing relates to:<br><br>☒  ALL DEBTORS<br><br>☐  Millenkamp Cattle, Inc.<br><br>☐  Idaho Jersey Girls<br><br>☐  East Valley Cattle<br><br>☐  Millenkamp Properties<br><br>☐  Millenkamp Properties II<br><br>☐  Millenkamp Family<br><br>☐  Goose Ranch<br><br>☐  Black Pine Cattle<br><br>☐  Millenkamp Enterprises<br><br>☐  Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br><br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

### ORDER GRANTING THE DEBTORS' APPLICATION TO EMPLOY THE FORBES SECURITIES GROUP LLC, DBA FORBES PARTNERS AS INVESTMENT BANKER

The Debtors' *Application to Employ The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker* (Docket No. 272) (the "Application"); and the Court, having reviewed the Application, finds that the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Application

#3983253 v.2

was sufficient under the circumstances and that no further notice need be given; and the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and no objections having been filed; and after due deliberation and sufficient cause appearing, therefore

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Application is GRANTED **pursuant to 11 U.S.C. § 327(a)** and the Debtors are authorized to employ The Forbes Securities Group LLC, DBA Forbes Partners under the terms as set forth in the Application.[1]

2. The Application was appropriate under the circumstances and in compliance with the Bankruptcy Code and Bankruptcy Rules.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.  //end of text//

DATED: June 5, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by:

Krystal R. Mikkilineni
Matt Christensen
Attorneys for the Debtors

Approved as to form:

/s/ Brett R. Cahoon (email approval)
Brett R. Cahoon, Office of the United States Trustee

---

[1] Bolded language added by Court.

DEBTORS' APPLICATION TO EMPLOY THE FORBES SECURITIES GROUP LLC, DBA FORBES PARTNERS AS INVESTMENT BANKER - 2 -