# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−8 | User: admin | Date Created: 6/5/2024 |
| Case: 24−40158−NGH | Form ID: pdf116 | Total: 6 |

**Recipients of Notice of Electronic Filing:**
ust     US Trustee     ustp.region18.bs.ecf@usdoj.gov
aty     Brett R Cahoon     ustp.region18.bs.ecf@usdoj.gov
aty     Jason Ronald Naess     Jason.r.naess@usdoj.gov

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Millenkamp Cattle, Inc     471 North 300 West     Jerome, ID 83338
aty     Matthew T. Christensen     199 N. Capitol Blvd.     Ste 200     Boise, ID 83702
br     The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker     6400 S Fiddlers Green Circle     Suite 850     Greenwood Village, CO 80111

TOTAL: 3