Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5261
Email: sschwager@hawleytroxell.com
         bwilson@hawleytroxell.com

Andrew J. Schoulder (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone:  212.318.3030
Email: andrew.schoulder@nortonrosefulbright.com

Attorneys for Rabo AgriFinance LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

DECLARATION OF BRENT WILSON IN SUPPORT OF RAF'S LIMITED OBJECTION TO DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS - 1

Chapter 11 Cases

☐  Millenkamp Family

☐  Goose Ranch

☐  Black Pine Cattle

☐  Millenkamp Enterprises

☐  Idaho Jersey Girls Jerome Dairy

## DECLARATION OF BRENT WILSON IN SUPPORT OF RAF'S LIMITED OBJECTION TO DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS

I, **Brent R. Wilson**, hereby declare pursuant to 28 U.S.C. § 1746:

1.  I make the following statements in support of Rabo AgriFinance LLC's Limited Objection to Debtors' Amended Motion for Allowance and Payment of Section 503(b)(9) Claims (the "Limited Objection").

2.  I make the following statements based on my own personal knowledge, and I am competent to testify to the matters stated herein.

1.  I am a partner at the law firm of Hawley Troxell Ennis & Hawley LLP, I am duly licensed to practice law in Idaho, and I am admitted to practice before the U.S. Bankruptcy Court for the District of Idaho.

3.  I am one of the attorneys of record for Rabo AgriFinance LLC ("RAF") in this bankruptcy case.

4.  Upon review of the *Debtors' Amended Motion for Allowance and Payment of Section 503(b)(9) Claims (Dkt. No. 308)* (the "Amended Motion"), counsel for RAF sought documentation for the administrative claim amounts requested.

DECLARATION OF BRENT WILSON IN SUPPORT OF RAF'S LIMITED OBJECTION TO
DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9)
CLAIMS - 2

59797.0007.17282066.1

5.      Counsel for the Debtors supplied some of the requested documents.

6.      I was one of the attorneys on behalf of RAF who reviewed the records provided by the Debtors.

7.      Upon review of the records, there were many amounts that do not fall within the parameters of § 503(b)(9) as "goods."

8.      In fact, in reviewing the invoices, it appears that the majority of the amounts sought under the "Repairs & Maintenance" as stated in the Amended Motion are for services provided by those vendors, or for finance charges, not goods.

9.      For instance, the documents submitted in support of the claim for Progressive Dairy Service and Supplies show that at least $52,235.90 of the $59,255.00 requested is for services not goods.  A true and correct copy of the portion of the Progressive Dairy Service Supplies invoice provided by the Debtors is attached hereto and incorporated by reference herein as **Exhibit A**.

10.     Similarly, the invoices for The Dairy Solutions also appear to be for "milking services" rather than goods, with at least one $34,477.50 invoice identifying the charges as labor services.  A true and correct copy of the portion of The Dairy Solutions invoice provided by the Debtors is attached hereto and incorporated by reference herein as **Exhibit B**.

11.     Further, the G.J. Verti-line Pumps, Inc. invoice of $1,345 appears to be for finance charges in its entirety.  A true and correct copy of the portion of G.J. Verti-line Pumps, Inc. invoice provided by the Debtors is attached hereto and incorporated by reference herein as **Exhibit C**.

12.     In the documents provided by the Debtors, there were no invoices submitted to support the Les Schwab Tire claim, the Tacoma Screw Products, Inc. claim, or the Conrad & Bischoff, Inc. claim.

DECLARATION OF BRENT WILSON IN SUPPORT OF RAF'S LIMITED OBJECTION TO DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS - 3

59797.0007.17282066.1

13.     As to the Debtors' "Other" category, the documents submitted to support the Butte Irrigation, Inc. claim also appear to be largely for finance charges rather than goods.  A true and correct copy of the portion of Butte Irrigation Inc. invoice provided by the Debtors is attached hereto and incorporated by reference herein as **Exhibit D**.

14.     As to the "Feed" category, the documents for Carne I Corp., included invoices for March 11th and March 12th, which are outside the requisite twenty-day time period.  A true and correct copy of the portion of Carne I Corp. invoice provided by the Debtors is attached hereto and incorporated by reference herein as **Exhibit E**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 6, 2024

/s/ Brent R. Wilson
Brent R. Wilson

DECLARATION OF BRENT WILSON IN SUPPORT OF RAF'S LIMITED OBJECTION TO DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS - 4

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 6th day of June, 2024, I electronically filed the foregoing **DECLARATION OF BRENT WILSON IN SUPPORT OF RAF'S LIMITED OBJECTION TO DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine Patrice Reynard | janine@averylaw.net |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com |
| Zachary Fairlie | zfairlie@spencerfance.com |
| John O'Brien | jobrien@spencerfane.com |
| Gery W. Edson | gedson@gedson.com |
| Aaron Bell | abell@evanskeane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Karen Lloyd | klloyd@grsm.com |
| James Justin May | jjm@johnsonmaylaw.com |
| Rhett Michael Miller | rmiller@magicvalley.law |

DECLARATION OF BRENT WILSON IN SUPPORT OF RAF'S LIMITED OBJECTION TO
DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9)
CLAIMS - 5

Robert E. Richards                    robert.richards@dentons.com

Holly Roark                           holly@roarklawboise.com

Evan Thomas Roth                      evan@sawtoothlaw.com

Meredith Leigh Thielbahr              mthielbahr@grsm.com

John F. Kurtz, Jr.                    jfk@kurtzlaw.com

And any others receiving cm/ecf notices


/s/ Brent R. Wilson
Brent R. Wilson


DECLARATION OF BRENT WILSON IN SUPPORT OF RAF'S LIMITED OBJECTION TO
DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9)
CLAIMS - 6

59797.0007.17282066.1

# EXHIBIT A



**PROGRESSIVE DAIRY SERVICE**

485 S. Idaho St.
Wendell, ID 83355

# INVOICE

| Date | Invoice # |
|------|-----------|
| 3/29/2024 | 59974 |

| Bill To |
|---------|
| IDAHO JERSEY GIRLS<br>300 WEST 471 NORTH<br>JEROME, ID 83338 |

| P.O. No. | Terms |
|----------|-------|
| MALTA  ALL BARNS | Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 303.42 | LABOR - 1 MAN - SHANE | 85.00 | 25,790.70 |
| 311.12 | LABOR - 1 MAN - BRANDON | 85.00 | 26,445.20 |

| THANK YOU FOR YOUR BUSINESS | Total: | $52,235.90 |
|-----------------------------|--------|------------|
| | Payments Applied: | $0.00 |
| | Balance Due: | $52,235.90 |

A Finance charge of 1.5% per month (APR18%) will be charged on all PAST DUE accounts, plus collection costs and attorney fees.  Please keep your account current. Thank you!

# EXHIBIT B

TDSG
396 Railway Street
Jerome, ID 83338

# INVOICE

THE DAIRY SOLUTIONS GROUP

**Phone:** 208.543.8327
**Fax:** 208.543.4836

**Invoice:** 215029
**Invoice Date:** 3/31/2024

| Bill To: | Project Details: |
|---|---|
| MILLENKAMP CATTLE INC.<br>471 N 300 W<br>JEROME, ID 83338 | IDAHO JERSEY GIRLS - MAINT CONTRACT |

| Payment Terms | Contract Number | Invoice Due Date |
|---|---|---|
| NET 15 | | 4/15/2024 |

**Description**

March Maintenance Shifts

| Description | Quantity | UOM | Unit Price | Bill Amount |
|---|---|---|---|---|
| NICK 3.1 - MILKING SERVICE PM/INSERV | 14.7500 | HR | 75.0000 | 1,106.25 |
| NICK 3.2 - MILKING SERVICE PM/INSERV | 16.2500 | HR | 75.0000 | 1,218.75 |
| NICK 3.3 - MILKING SERVICE PM/INSERV | 14.5000 | HR | 75.0000 | 1,087.50 |
| BRETT 3.4 - MILKING SERVICE PM/INSERV | 15.5000 | HR | 75.0000 | 1,162.50 |
| BRETT 3.5 - MILKING SERVICE PM/INSERV | 15.7500 | HR | 75.0000 | 1,181.25 |
| NICK 3.6 - MILKING SERVICE PM/INSERV | 15.0000 | HR | 75.0000 | 1,125.00 |
| NICK 3.7 - MILKING SERVICE PM/INSERV | 15.7500 | HR | 75.0000 | 1,181.25 |
| BRETT 3.8 - MILKING SERVICE PM/INSERV | 15.0000 | HR | 75.0000 | 1,125.00 |
| BRETT 3.9 - MILKING SERVICE PM/INSERV | 15.0000 | HR | 75.0000 | 1,125.00 |
| BRETT 3.10 - MILKING SERVICE PM/INSERV | 15.2500 | HR | 75.0000 | 1,143.75 |
| ZACH 3.11 - MILKING SERVICE PM/INSERV | 8.5000 | HR | 75.0000 | 637.50 |
| NICK 3.12 - MILKING SERVICE PM/INSERV | 17.2500 | HR | 75.0000 | 1,293.75 |
| BRETT 3.13 - MILKING SERVICE PM/INSERV | 15.0000 | HR | 75.0000 | 1,125.00 |
| NICK 3.14 - MILKING SERVICE PM/INSERV | 15.0000 | HR | 75.0000 | 1,125.00 |
| NICK 3.15 - MILKING SERVICE PM/INSERV | 15.0000 | HR | 75.0000 | 1,125.00 |
| NICK 3.16 - MILKING SERVICE PM/INSERV | 14.7500 | HR | 75.0000 | 1,106.25 |
| BRETT 3.17 - MILKING SERVICE PM/INSERV | 15.0000 | HR | 75.0000 | 1,125.00 |
| BRETT 3.18 - MILKING SERVICE PM/INSERV | 8.5000 | HR | 75.0000 | 637.50 |
| BRETT 3.19 - MILKING SERVICE PM/INSERV | 15.2500 | HR | 75.0000 | 1,143.75 |
| BRETT 3.20 - MILKING SERVICE PM/INSERV | 15.0000 | HR | 75.0000 | 1,125.00 |
| ZACH 3.21 - MILKING SERVICE PM/INSERV | 15.0000 | HR | 75.0000 | 1,125.00 |
| BRETT 3.22 - MILKING SERVICE PM/INSERV | 15.0000 | HR | 75.0000 | 1,125.00 |

TDSG
396 Railway Street
Jerome, ID 83338

# INVOICE



| Description | Quantity | UOM | Unit Price | Bill Amount |
|---|---|---|---|---|
| BRETT 3.23 – MILKING SERVICE PM/INSERV | 15.0000 | HR | 75.0000 | 1,125.00 |
| BRETT 3.24 – MILKING SERVICE PM/INSERV | 17.0000 | HR | 75.0000 | 1,275.00 |
| NICK 3.25 – MILKING SERVICE PM/INSERV | 15.4500 | HR | 75.0000 | 1,158.75 |
| NICK 3.26 – MILKING SERVICE PM/INSERV | 15.5000 | HR | 75.0000 | 1,162.50 |
| BRETT 3.27 – MILKING SERVICE PM/INSERV | 15.2500 | HR | 75.0000 | 1,143.75 |
| NICK 3.28 – MILKING SERVICE PM/INSERV | 14.0000 | HR | 75.0000 | 1,050.00 |
| NICK 3.29 – MILKING SERVICE PM/INSERV | 15.5000 | HR | 75.0000 | 1,162.50 |
| NICK 3.31 – MILKING SERVICE PM/INSERV | 15.0000 | HR | 75.0000 | 1,125.00 |
| BRETT 3.31 – MILKING SERVICE PM/INSERV | 15.0000 | HR | 75.0000 | 1,125.00 |

| | | |
|---|---|---|
| **Subtotal Amount** | | **34,477.50** |
| **'T' Indicates a taxable line** | | |
| **Total Invoice Amount Due** | | **34,477.50** |

# EXHIBIT C

G. J. Verti-Line Pumps, Inc.

1970 Highland Ave E.
P.O. Box 892
Twin Falls, ID  83303

# Finance Charge

| Date | Invoice # |
|------|-----------|
| 3/31/2024 | FC 1177 |

**Bill To**

Millenkamp Cattle
471 N. 300 W.
Jerome, Id  83338

| | Terms |
|--|-------|
| | |

| Description | Amount |
|-------------|--------|
| Finance Charges on Overdue Balance<br>Invoice #13557 for 6,426.00 on 01/08/2024 | 167.96 |

| | |
|--|--|
| **Total** | $167.96 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $167.96 |

G. J. Verti-Line Pumps, Inc.

1970 Highland Ave E.
P.O. Box 892
Twin Falls, ID  83303

# Finance Charge

| Date | Invoice # |
|------|-----------|
| 3/31/2024 | FC 1175 |

| Bill To |
|---------|
| Millenkamp Cattle<br>471 N. 300 W.<br>Jerome, Id  83338 |

| Terms |
|-------|
|       |

| Description | Amount |
|-------------|--------|
| Finance Charges on Overdue Balance<br>Invoice #13559 for 7,808.00 on 01/10/2024 | 196.38 |

| | |
|--|--|
| **Total** | $196.38 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $196.38 |

G. J. Verti-Line Pumps, Inc.

1970 Highland Ave E.
P.O. Box 892
Twin Falls, ID  83303

# Finance Charge

| Date | Invoice # |
|------|-----------|
| 3/31/2024 | FC 1176 |

**Bill To**

Millenkamp Cattle
471 N. 300 W.
Jerome, Id  83338

| Terms |
|-------|
|       |

| Description | Amount |
|-------------|--------|
| Finance Charges on Overdue Balance<br>Invoice #13537 for 1,999.00 on 11/28/2023 | 30.56 |

| | |
|---|---|
| **Total** | $30.56 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $30.56 |

G. J. Verti-Line Pumps, Inc.

1970 Highland Ave E.
P.O. Box 892
Twin Falls, ID  83303

# Finance Charge

| Date | Invoice # |
|------|-----------|
| 3/31/2024 | FC 1174 |

**Bill To**

Cassia Creek Farms
471 N. 300 W.
Jerome, Id  83338

| Terms |
|-------|
|       |

| Description | Amount |
|-------------|--------|
| Finance Charges on Overdue Balance<br>Invoice #13380 for 6,867.00 on 06/23/2023 | 104.98 |

| | |
|--|--|
| **Total** | $104.98 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $104.98 |

G. J. Verti-Line Pumps, Inc.

1970 Highland Ave E.
P.O. Box 892
Twin Falls, ID 83303

# Finance Charge

| Date | Invoice # |
|------|-----------|
| 3/31/2024 | FC 1171 |

**Bill To**

Black Pine Cattle
471 N. 300 W.
Jerome, Id 83338

| | Terms |
|--|-------|
| | |

| Description | Amount |
|-------------|--------|
| Finance Charges on Overdue Balance | 221.73 |
| Invoice #13514 for 14,504.00 on 11/01/2023 | |

| | |
|--|--|
| **Total** | $221.73 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $221.73 |

G. J. Verti-Line Pumps, Inc.

1970 Highland Ave E.
P.O. Box 892
Twin Falls, ID  83303

# Finance Charge

| Date | Invoice # |
|------|-----------|
| 3/31/2024 | FC 1173 |

**Bill To**

Black Pine Cattle
471 N. 300 W.
Jerome, Id  83338

| Terms |
|-------|
|       |

| Description | Amount |
|-------------|--------|
| Finance Charges on Overdue Balance<br>Invoice #13554 for 12,567.00 on 12/28/2023 | 192.12 |

| | |
|---|---|
| **Total** | $192.12 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $192.12 |

G. J. Verti-Line Pumps, Inc.

1970 Highland Ave E.
P.O. Box 892
Twin Falls, ID  83303

# Finance Charge

| Date | Invoice # |
|------|-----------|
| 3/31/2024 | FC 1172 |

| Bill To |
|---------|
| Black Pine Cattle<br>471 N. 300 W.<br>Jerome, Id  83338 |

| Terms |
|-------|
|  |

| Description | Amount |
|-------------|--------|
| Finance Charges on Overdue Balance<br>Invoice #13516 for 28,198.00 on 11/03/2023 | 431.08 |

| | |
|---|---|
| **Total** | $431.08 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $431.08 |

# EXHIBIT D

**Butte Irrigation Inc.**
P.O. BOX 790
PAUL, ID 83347
PH. 208-438-8103

# Statement of Account

| AMOUNT ENCLOSED |
|---|
|  |

| STATEMENT DATE |
|---|
| 03/31/2024 |

| ACCOUNT NO. |
|---|
| MILCI |

**MILLENKAMP CATTLE INC.**
471 NORTH 300 WEST
JEROME, ID 83338

ACCOUNTS DUE 10TH OF MONTH FOLLOWING PUR-
CHASE. PLEASE SEE REVERSE SIDE O THIS STATE-
MENT FOR INFORMATION REGARDING FINANCE
CHARGES AND FAIR CREDIT BILLING RIGHTS.

PLEASE RETURN TOP PORTION OF THIS STATEMENT WITH YOUR REMITTANCE

| DATE | INVOICE | DESCRIPTION | CHARGES | CREDITS | AMOUNT DUE | BALANCE |
|---|---|---|---|---|---|---|
|  | FinChg | Prior Finance Charges | 42084.13 | 0.00 | 42084.13 | 42084.13 |
|  | Bal/Fwd | Balance Forward | 167860.48 | 0.00 | 167860.48 | 209944.61 |
| 03/06/2024 | 318152 |  | 2225.66 | 0.00 | 2225.66 | 212170.27 |
| 03/28/2024 | 318825 |  | 220.30 | 0.00 | 220.30 | 212390.57 |
|  | FinChg | Current, 1.75% / Month | 2937.56 | 0.00 | 2937.56 | 215328.13 |

Your account is seriously overdue!! PLEASE PAY PROMPTLY!!      $45,021.69

| CURRENT | 1 TO 30 | 31 TO 60 | 61 TO 90 | OVER 90 | TOTAL | |
|---|---|---|---|---|---|---|
| 2445.96 | 32330.83 | 4175.44 | 10929.76 | 120424.45 |  | 215328.13 |

# EXHIBIT E

Carne I Corp
134 E Highway 81
Burley Idaho  83318

# Invoice

Page  1/1
Invoice  INV00021960
Date  3/17/2024

Bill To:    Millenkamp Cattle, Inc          Ship To:    Millenkamp Cattle, Inc
            471 North 300 West                           Bill Millenkamp
            Jerome ID   83338

RECEIVED

MAR 2 5 2024

| Customer ID | | Customer Name | | Purchase Order No. | | | | Payment Terms |
|---|---|---|---|---|---|---|---|---|
| 20608 | | Millenkamp Cattle, Inc | | | | | | Net 14 |
| Date | BOL | Tons/Qty | Item Number | Description | Hauler | | Unit Price | Ext. Price |
| 3/12/2024 | 18053 | 23.41 | 10197 | Whey - Concentrated - Chobani TF 85390 R B & H | | | $36.00 | $842.76 |
| 3/14/2024 | 18058 | 14.15 | 10197 | Whey - Concentrated - Chobani TF 85429 R B & H | | | $36.00 | $509.40 |
| 3/11/2024 | 49991 | 26.31 | 10132 | Perm - Darigold Jerome 85373 | Susarrey | | $36.00 | $947.16 |
| 3/15/2024 | 49999 | 30.79 | 10132 | Perm - Darigold Jerome 85463 | Susarrey | | $36.00 | $1,108.44 |

Total          $3,407.76

94.66 TONS