Gery W. Edson
GERY W. EDSON, P.A.
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, Idaho 83702
Phone:(208) 345-8700
Fax: (208) 389-9449
Idaho Bar No. 2984
Email: gedson@gedson.com
Attorney for Land View, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>            Dairy)<br><br>Chapter 11 Cases |

**DECLARATION OF LAND VIEW, INC. AND RECEPTOR FOOD GROUP (collectively, LAND VIEW) IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS**

Dan Noble, states as follows:

#3992640

1. I am the credit manager of Land View and make the following statements based on my own personal knowledge.

2. Land View supplies two custom mineral mixes for lactation feed support and a custom mix of calf milk replacer to the Debtors for use in their ongoing operations.

3. Land View provided goods to the Debtors within the 20 days preceding the filing of the Debtors' bankruptcy cases.

4. The amount owing to Land View for the goods supplied within the 20 days preceding the bankruptcy cases is $1,160,364.07 (the "503(b)(9) Claim").

5. It is essential to Land View that its 503(b)(9) Claim be paid in full as promptly as possible. Without such payment, Land View operations will be materially harmed and Land View's ability to continue to supply goods to the Debtors moving forward will be at risk.

6. Land View is what might be considered a mid-size business operating primarily in the Magic Valley and Treasure Valley areas of Idaho. The business enterprises include retail agronomy care products, livestock feed products, and industrial and wholesale chemical formulated products. The major share of the business the Debtors do with Land View is through the livestock division. In addition to the specialized product Land View provides to the Debtors, we are logistically situated relative to other options to provide the products in the quantities needed.

7. The total claim of Land View made up 68.3% of the Land View's total receivable portfolio at the time of the Debtors' bankruptcy petition date. At the current peak season, the claim still makes up a staggering 37.3% of total accounts receivable—and of greater financial and operational impact, the amount makes up 89.6% of aged accounts over 60 days past due. This significantly impairs Land View's capital borrowing base and increases our cost of capital.

Moreover, the risk to and impact on the borrowing base and capital cost is heightened as we are now into our peak operating season.

8. The customized mineral mix Land View supplies to the Debtor is a complex compound made up of approximately 13 ingredients. Many of the ingredients of the mineral mix have to be shipped in three to four months in advance in order to provide the product needs of the Debtor. At least one of the ingredients is imported and the availability and use of the imported product has a direct correlation to butterfat which is a critical component of milk pricing and return. The milk replacer is also a complex mix. Maintaining an adequate and steady supply of ingredients for the milk replacer mix requires that inputs be acquired one to two months in advance. The proven composition and effectiveness of the milk replacer has serious implication for calf mortality, especially for calf production at the scale of the Debtor's operation, if the product is not available to use. In total, over $3 million in capital are tied up in the inventories for all the mixes Land View provides to the Debtor. The specialized nature of ingredients in the mixes and the quantities needed pose an inventory risk. If there is uncertainty of repayment, or elevated cost for maintaining the inventory, there becomes a critical point whether what modest margins there are justify continuing that risk.

9. Despite efforts prior to the petition date to reduce the account balance the Debtors have with Land View, the balance continued to incrementally increase each month up to the point the receiver was appointed. The problem was exacerbated in November of 2023 when the second of two monthly payments that made up the total monthly payment requirement shifted from the end of the month to after the first of the next month. This had the impact of increasing monthly account balance peaks by $1.2 million and further impacting operating capital access and costs.

10. On September 2, 2023 and then again on January 15, 2024, Land View sent emails to the ownership and management of the Debtors with payment requirements and balance reduction targets. Land View was actively pursuing a repayment plan that, without performance, would have resulted in curtailed or halted product releases at the time of the receiver appointment.

11. To stave off Land View discontinuing to provide product to the Debtor, the receiver initially committed to get a cash payment of $3 million to Land View within a few days. On behalf of Rabo AgriFinance, the receiver then offered a $4 million letter of credit in consideration of continued supplying of product and in consideration that Land View was disproportionally carrying a higher balance relative to the balances and monthly sales of other suppliers on behalf of the Debtors. The assurances of the letter of credit with written communications and the process of documentation went on for five weeks. It was then made known to me by the receiver that Rabo AgriFinance would not be inclined to follow through when it became clear that the Debtors would file for bankruptcy.

12. Land View continued to provide product after the bankruptcy filing, not just because Land View was being paid COD, but because of the potential relief of $3.5 million that was part of the critical vendor motion. Product releases continued for nearly seven weeks based on the possibility of relief through that motion, until the critical vendor motion was denied. Land View has continued to provide product to the Debtors based on the Court's statements that section 503(b)(9) of the Bankruptcy Code could be a path to providing some critical relief to certain vendors.

13. If it wasn't for the favorable indications of some relief that have strung Land View along, the pending decision to discontinue supplying product would have been triggered

much earlier. From a sources and uses of cash standpoint, the increased accounts payable of the Debtors to Land View has been a source of cash to fund other cash requirements that have directly or indirectly benefited other creditors. Inventory risk, impaired capital position, cost of capital, and the prolonged and uncertainty of time in the process weigh heavily on the hardship and the pending decision to continue to supply product to the Debtor. Consideration in granting relief should be given to the disproportional burden Land View carries as an unsecured creditor. The formulation and the feasibility of the bankruptcy is not evident at the present and the timing of confirmation is uncertain, making it all the more critical that Land View receive payment of its 503(b)(9) Claim to be in a position to continue to provide product to the Debtors.

14. Accordingly, for the reasons discussed, failure to receive immediate payment of the 503(b)(9) Claim would cause Land View substantial hardship.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 6th day of June, 2024.

By: *Dan Noble*

Title: *Credit Manager*

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

Matthew T. Christensen
mtc@johnsonmaylaw.com
*Attorney for Debtor*

Krystal R. Mikkilineni
Krystal.mikkilineni@dentons.com
*Attorney for Debtor*

James Justin May
jjjm@johnsonmaylaw.com
*Attorney for Debtor*

Robert E. Richards
robert.richards@dentons.com
*Attorney for Debtor*

Tirzah R. Roussell
Tirzah.roussell@dentons.com
*Attorney for Debtor*

US Trustee
Ustp.region18.bs.ecf@usdoj.gov

Brett Cahoon
Ustp.region18.bs.ecf@usdog.gov
*United States Trustee*

Kimbell D. Gourley
kgourley@idalaw.com
*Attorney for Metropolitan Life Insurance Company and MetLife Real Estate Lending, LLC*

Shelia R. Schwager
sschwager@hawleytroxell.com
*Attorney for Rabo AgriFinance, LLC*

Scott C. Powers
spowers@spencerfane.com
*Attorney for Conterra Holdings*

Brent R. Wilson
bwilson@hawleytroxell.com
*Attorney for Rabo AgriFinance, LLC*

J.B. Evans
evans.jb@dorsey.com
*Attorney for Western States Equipment*

Daniel C. Green
dan@racineolson.com
heidi@racineolson.com
*Attorney for Viterra USCA Grain, LLC, and Viterra USA Ingredients, LLC*

David A. Coleman
david@colemanjacobsonlaw.com
*Attorney for B&H Farming and Youree Land & Livestock, Inc.*

D. Blair Clark
dbc@dbclarklaw.com
*Attorney for Blue Cross of Idaho*

William K. Carter
kentcarter@grms.com
*Attorney for CNH Industrial Capital America, LLC*

Jon B. Evans
evans.jb@dorsey.com
*Attorney for Western States Equipment Co.*

Connor Bray Edlund
edlund@mwsslawyers.com
*Attorney for McAlvain Concrete, Inc.*

DECLARATION OF LAND VIEW IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS – Page 6

Brian Faria
brian@sawtoothlaw.com
*Attorney for Viserion Grain, LLC*

Matthew W. Grimshaw
matt@grimshawlawgroup.com
*Attorney for Ad Hoc Committee of Corn Silage Growers*

Adam Aiken Lewis
alewis@mofo.com
*Attorney for East Valley Development, LLC*

Jed Manwaring
jmanwaring@evanskeane.com
*Attorney for MWI Veterinairan Supply, Inc.*

James Niemeier
jniemeier@mcgrathnorth.com
*Attorney for Viterra USA Grain, LLC*

Mark Bradford Perry
mbp@perrrylawpc.com
*Attorney for Burks Tractor Company, Inc.*

Janine Patrice Reynard
janine@averylaw.net
*Attorney for East Valley Development, LLC*

Holly Roark
holly@roarklawboise.com
*Attorney for Elevation Electric, LLC*

Andrew J. Schoulder
andrew.schoulder@nortonrosefullbright.com
*Attorney for Rabo AgriFinance*

Matthew A. Sturzen
matt@shermlaw.com
*Attorney for Wilbur-Ellis Company, LLC*

Zachary Fairlie
zfairlie@spencerfane.com
*Attorney for Conterra Holding, LLC*

Robert A. Faucher
rfaucher@hollandhart.com
*Attorney for Party Glanbia Foods, Inc.*

John F. Kurtz, Jr.
jfk@kurtzlawllc.com
*Attorney for Sandton Capital Partners LP*

Karyn Lloyd
klloyd@grsm.com
*Attorney for CNH Industrial Capital America, LLC*

John D. Munding
john@mundlinglaw.com
*Attorney for PerforMix Nutritian Systems, LLC*

John O'Brien
jobrien@spencerfane.com
*Attorney for Conterra Holdings, LLC*

Cheryl Rambo
Cheryl.rambo@isp.idaho.gove
*Attorney for Idaho State Brand Department*

Evan Thomas Roth
evan@sawtoothlaw.com
*Attorney for Viserion Grain, LLC*

Miranda K. Russell
mrussell@mofo.com
*Attorney for East Valley Develoment, LLC*

Louis V. Spiker
louis.spiker@millernash.com
*Attorney for Standlee Ag Resources*

DECLARATION OF LAND VIEW IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS – Page 7

| | |
|---|---|
| Kim J. Trout<br>ktrout@trout-law.com<br>*Attorney for Rocky Mountain*<br>*Agronomics, Inc.* | Meredith Leigh Thielbahr<br>mthielbahr@grsm.com<br>*Attorney for CNH Industrial Capital*<br>*America, LLC* |
| Rhett Michael Miller<br>rmiller@magicvalley.law<br>*Attorney for Moss Farm Operations, LLC;*<br>*Moss Grain Partnership; Raft River Electric Coop,*<br>*Inc.; United Electric Co-op, Inc.* | |

By /s/ Gery W. Edson
    Gery W. Edson