Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>　　　　Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒　ALL DEBTORS<br><br>☐　Millenkamp Cattle, Inc.<br><br>☐　Idaho Jersey Girls<br><br>☐　East Valley Cattle | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch) |

#3997935

| | |
|---|---|
| ☐ Millenkamp Properties | 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Properties II | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Family | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

# DEBTORS' OMNIBUS MOTION FOR AUTHORITY TO PURCHASE AND SELL EQUIPMENT AND MACHINERY

Millenkamp Cattle, Inc. ("Millenkamp Cattle") and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Case"), by and through their undersigned counsel, hereby respectfully request the Court enter an order authorizing the Debtors the authority to purchase and to sell equipment and machinery (the "Motion"). In support of this Motion, the Debtors respectfully represent as follows:

## JURISDICTION

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue is also proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3. On April 2, 2024 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for District of Idaho (the "Court") commencing the Chapter 11 Cases. The Debtors have continued in the management and operation of their businesses and properties as debtors-in-possession pursuant to Bankruptcy

DEBTORS' OMNIBUS MOTION FOR AUTHORITY TO PURCHASE AND SELL EQUIPMENT AND MACHINERY- 2 -

Code sections 1107(a) and 1108.

4.  No trustee or examiner has been appointed in the Chapter 11 cases.

5.  On May 14, 2024, the Office of the United States Trustee (the "UST") appointed an official committee of unsecured creditors pursuant to 11 U.S.C. § 1102(a) (the "Committee") (Docket No. 297).

6.  The Debtors are ten affiliates that collectively own and operate several businesses, including a calf ranch raising approximately 50,000 calves located in Jerome, Idaho; a dairy heifer feedlot in Declo, Idaho, raising approximately 60,000 head of dairy cattle; a dairy operation at the Declo facility where the dairy cattle are milked several times a day; farming operations in Jerome, Twin Falls and Cassia counties; and custom harvest & trucking throughout the Magic Valley.

7.  Due to the nature of the Debtors' operations, the Debtors routinely purchase and sell equipment and machinery.

8.  The Debtors have sold $1,452,000 of machinery and equipment between 2021-2023 and purchased $6,905,121 of machinery and equipment between 2021-2023. *See* Exhibit A attached hereto and incorporated herewith.

9.  The Debtors consider the purchasing and selling of equipment to be in the ordinary course of the Debtors' business and therefore Court approval is not necessary. The Debtors, however, are filing this Motion out of an abundance of caution to obtain Court approval and to put interested parties on notice.

## RELIEF REQUESTED

10. By this Motion, the Debtors seek authority to purchase and sell equipment and machinery in the ordinary course.

11. Due to the size and nature of the Debtors' business operations, the Debtors need the ability to purchase and sell equipment on a regular timely basis.

12. Again, the Debtors believe their purchasing and selling of equipment to be in the ordinary course of business, however, the Debtors are prudently filing this Motion requesting permission from the Court as well as putting parties on notice of the Debtors' intentions.

13. Bankruptcy Code section 363(c) allows a debtor to sell property in the ordinary course of business without the need for court approval or a hearing. 11 U.S.C. § 363.

14. "Two tests have been employed by the Ninth Circuit in determining whether a transaction is in the ordinary course." *In re Azevedo*, 485 B.R. 596, 601 (Bankr. D. Idaho 2013). In the Ninth Circuit, to prove a transaction falls within the ordinary course of business, "debtors must satisfy both" the vertical and horizontal tests. *In re First Prot., Inc.,* 440 B.R. 821, 833 (B.A.P. 9th Cir. 2010).

15. The first test a debtor must satisfy is the vertical dimensions or creditors expectation test. *Id.* (citing *Aalfs v. Wirum (In re Straightline Investments, Inc.),* 525 F.3d 870, 879 (9th Cir.2008); *Burlington Northern R.R. Co. v. Dant & Russell, Inc. (In re Dant & Russell, Inc.)*, 853 F.2d 700, 704 (9th Cir.1988); *Crawforth v. Wheeler (In re Wheeler)*, 444 B.R. 598, 612 (Bankr.D.Idaho 2011). This test weighs the subject transaction from the point of view of a hypothetical creditor, asking whether the deal with the debtor "subjects a creditor to economic risks of a nature different from those he accepted when he decided to extend credit." *Id.* When applying this test, courts compare the debtor's prepetition business practices to its postpetition practices. *In re Straightline Investments, Inc.*, 525 F.3d at 879. However, changes in postpetition activity alone does not per se evidence "extraordinariness". *Id.* Courts have held that the primary

DEBTORS' OMNIBUS MOTION FOR AUTHORITY TO PURCHASE AND SELL EQUIPMENT AND MACHINERY- 4 -

concern under this test is "the types of transactions a debtor is reasonably likely to enter into in the course of its business." *In re Azevedo,* 485 B.R. at 602 (citing Ar*mstrong World Indus., Inc. v. James A. Phillips, Inc. (In re James A. Phillips, Inc.)*, 29 B.R. 391, 394 (S.D.N.Y.1983)).

16. The other test used is the horizontal dimensions test. *Id.* This test analyzes "similarly-situated businesses and determines whether the transaction is one in which those other businesses would be involved." *Id.* (citing *Straightline Investments, Inc.,* 525 F.3d at 881). Essentially, courts examine whether the transaction is of a type that other similar businesses would engage in as ordinary business. *Id.*

17. The Debtors assert that the relief requested in this Motion satisfies both the vertical and horizontal tests. The Debtors intend to purchase and sell various equipment throughout the year as they have in previous years. The Debtors request the Court grant them permission to purchase and sell the equipment on an ongoing basis as they have in the past.

18. As stated above, the Debtors have sold $1,452,000 of machinery and equipment between 2021-2023 and purchased $6,905,121 of equipment and machinery between 2021-2023.

19. The Debtors satisfy the vertical test as the Debtors' creditors understood when they extended credit or entered into business with the Debtors that the Debtors engage in buying and selling equipment and machinery for their operations throughout the year. The Debtors are not diverting from their prepetition practices as the Debtors intend to purchase and sell approximately the same amount of equipment as they have in the past as needed for their operations. The Debtors' creditors are aware that the Debtors' machinery and equipment are significant to the Debtors' ongoing farming operations, and they are also aware that the Debtors have bought and sold equipment in this manner in the past. Therefore, the buying and selling of equipment as requested

in this Motion is of no surprise to the Debtors' creditors. Based on the foregoing, the Debtors satisfy the vertical test.

20.     Additionally, the Debtors also satisfy the horizontal test as the sale and purchase of equipment and machinery in this manner is custom in farming operations especially operations similar in size and nature as the Debtors. Farming operations such as the Debtors require the use of equipment and machinery every day and it is custom for operations of this size and nature to buy and sell equipment and machinery throughout the year. The quantity and dollar amount of equipment and machinery the Debtors purchase and sell throughout the year are also typical amounts and quantities that other farming operations of this size and nature would purchase and sell. If a farming operation of the size and nature of the Debtors were unable to buy and sell equipment in this manner, it would cause severe disruption and would negatively impact the company's operations.

21.     As such, the Debtors satisfy both the vertical and horizontal tests and the buying and selling of equipment and machinery as requested in this Motion should be deemed as transactions in the ordinary course of business. Therefore, the Court should allow the Debtors to sell the equipment and machinery in the ordinary course of business pursuant to section 363(c) of the Bankruptcy Code.

22.     The Debtors intend to sell the equipment and machinery for fair market value.

23.     The relief sought in this Motion is also in the best interests of the Debtors, their estates, and creditors as the Debtors would incur significant costs and fees in filing a separate motion for each piece of equipment they intend to purchase and sell, especially when the Debtors usually sell and purchase approximately 50-100 pieces of equipment each year.  Allowing the

purchase and sale of equipment in the ordinary course of the Debtors' business will also cause less disruption to the Debtors' operations and is therefore in the best interest of the estates and creditors.

24. The Debtors will notify the Committee five (5) business days before the proposed sale or purchase date of any pieces of equipment and machinery being bought or sold by the Debtors for more than $25,000. Moreover, the Debtors will also file a monthly report, within 15 days of each month's end, that will describe which pieces of equipment and machinery were purchased and sold (if any) and the corresponding amounts for each.

**WHEREFORE**, based upon the foregoing, the Debtors respectfully request entry of an order authorizing the Debtors to purchase and sell equipment and machinery in the ordinary course of business as requested in this Motion, and granting such other and further relief as may be just and equitable under the circumstances.

Respectfully submitted,

*/s/ Krystal R. Mikkilineni*
Krystal R. Mikkilineni

*/s/ Matt Christensen*
Matthew T. Christensen

Attorneys for Debtors

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of June 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |

Any others as listed on the Court's ECF Notice.

/s/ Krystal R. Mikkilineni
KRYSTAL R. MIKKILINENI

DEBTORS' OMNIBUS MOTION FOR AUTHORITY TO PURCHASE AND SELL EQUIPMENT AND MACHINERY- 8 -

# EXHIBIT A

**2021 Group: Auto / Transport Equipment**
636 2001 DODGE 2500 1/26/21              15,000
640 2021 Dodge Ram 2500 7/28/21          46,049
641 2021 Dodge Ram 3500 7/28/21          50,135
642 2021 Dodge Ram 3500 7/28/21          50,135
643 2021 Dodge Ram 3500 7/28/21          46,049
644 2021 Dodge Ram 3500 7/28/21          50,135
645 2021 Dodge Ram 1500 7/28/21 4        3,788

**2021 Auto / Transport Equipment Total**   301,291

**2021 Group: Machinery and Equipment**
637 CASE 90C FARMALL TRACTOR 1/27/21     62,027
638 Peecon 1700 5/05/21                  140,200
639 Workman Concrete Paving Machine 7/22/21   832,000
647 Pressure Washer Trailer 6/23/21      27,367
648 2012 Walker 2-Axle Trailer 8/12/21   40,000
649 2022 Honda CRF250RN 9/01/21          9,118
650 2022 Honda TRX420F 4-wheeler 11/10/21   7,950
651 Magnum Alley Vac 8/05/21             162,300
652 Powered Wheelbarrow 3/31/21          12,451

**2021 Machinery and Equipment Total**   1,293,413

**2021 Total Purchases**                 **$1,594,704**

DEBTORS' OMNIBUS MOTION FOR AUTHORITY TO PURCHASE AND SELL EQUIPMENT AND MACHINERY- 9 -

**2022 Group: Auto / Transport Equipment**

| | |
|---|---|
| 653 2022 Freightliner 2/23/22 | 158,039 |
| 654 2022 Freightliner 2/23/22 | 158,039 |
| 655 2022 Freightliner 2/23/22 | 158,039 |
| 656 2022 Freightliner 2/23/22 | 158,039 |
| 657 2022 Freightliner 2/23/22 | 158,039 |
| 658 2022 Freightliner 2/23/22 | 158,039 |
| 659 2022 Freightliner 2/23/22 | 158,039 |
| 660 2022 Freightliner 2/23/22 | 158,039 |
| 661 2022 Smithco Side Dump 5/04/22 | 84,219 |
| 662 2022 Smithco Sidedump 5/04/22 | 84,219 |
| 663 2022 Smithco Sidedump 5/04/22 | 84,219 |
| 664 2022 Smithco Sidedump 5/04/22 | 84,219 |
| 665 2022 Smithco Sidedumps 5/04/22 | 84,219 |
| 668 2022 Ram 3500 8/12/22 | 55,632 |
| 669 2022 Ram 3500 8/12/22 | 55,632 |
| 670 2022 Ram 3500 8/12/22 | 55,632 |
| 671 2022 Ram 1500 8/12/22 | 46,464 |
| 672 2022 Ram 1500 8/12/22 | 46,464 |
| 673 2022 Ram 2500 8/12/22 | 60,020 |
| 674 2022 Ram 2500 8/12/22 | 60,020 |
| **Auto / Transport Equipment Total** | 2,065,271 |

**2022 Group: FARM EQUIPMENT**

| | |
|---|---|
| 667 Lemken Rubin High Speed Disk 8/12/22 | 131,035 |
| **Farm Equipment Total** | 131,035 |

**2022 Group: Machinery and Equipment**

| | |
|---|---|
| 666 Peecon 1700 7/25/22 | 152,200 |
| 676 2023 Honda ATV TRX420FM1P 11/14/22 | 8,586 |
| **Machinery and Equipment Total** | 160,786 |
| **2022 Total Purchases** | **$2,357,092** |

**2023 Group: FARM EQUIPMENT**

| | |
|---|---|
| 753 Lemken Rubin 12/950 Disk 8/01/23 | 145,000 |
| **Farm Equipment Total** | 145,000 |

**2023 Group: Machinery and Equipment**

| | |
|---|---|
| 677 Mahindra Roxor 4/01/23 | 26,880 |
| 678 Mahindra Roxor 4/01/23 | 26,880 |
| 679 Mahindra Roxor 4/01/23 | 26,880 |
| 720 Hamm H12IP 5/10/23 | 206,400 |
| 721 Hamm H10i Compactors 5/10/23 | 173,100 |
| 723 Norstar Trailer - Riverside 6/05/23 | 21,231 |
| 726 JD 50G Compact Excavator 6/12/23 | 88,066 |
| 727 JD 50G Compact Excavator 6/12/23 | 88,066 |
| 728 JBS VMWB3048 Spreader 7/09/23 | 149,000 |
| 729 JBS VMWB3048 Spreader 7/09/23 | 149,000 |
| 730 JBS VMWB3048 7/09/23 | 149,000 |
| 731 2024 Wilson 53'x102" LS Trailer 7/01/23 | 135,523 |
| 732 2024 Wilson 53'x102" LS Trailer 7/01/23 | 135,523 |
| 733 JD 650 P-Tier Utility Dozer 7/12/23 | 222,100 |
| 736 2023 Can-Am 6LPA 7/28/23 | 38,422 |
| 737 2023 New Holland C345 7/01/23 | 90,637 |
| 738 2023 New Holland C345 7/01/23 | 90,637 |
| 751 JD 135 P-Tier Excavator 8/01/23 | 271,400 |
| 752 JD 320 P-Tier Backhoe Loader 8/01/23 | 134,100 |
| 757 New Holland L328 Skid Steer 8/15/23 | 68,696 |
| 758 New Holland L328 Skid Steer 8/15/23 | 68,696 |
| 759 New Holland L328 Skid Steer 8/15/23 | 68,696 |
| 760 New Holland L328 Skid Steer 8/15/23 | 68,696 |
| 761 New Holland L328 Skid Steer 8/15/23 | 68,696 |
| 762 New Hyster Forklift 8/22/23 | 32,400 |
| 763 New Hyster Forklift 8/22/23 | 32,400 |
| 764 New Hyster Forklift 8/22/23 | 32,400 |
| 765 New Hyster Forklift 8/22/23 | 32,400 |
| 766 New Hyster Forklift 8/22/23 | 32,400 |
| 771 Army Truck 11/29/23 | 20,000 |
| 772 Army Truck 11/29/23 | 20,000 |
| 773 Army Truck 11/29/23 | 20,000 |
| 774 Army Truck 11/29/23 | 20,000 |
| **Machinery and Equipment Total** | 2,808,325 |
| **2023 Total Equipment Purchases** | **$2,953,325** |
| **2021-2023 Total Equipment Purchases** | **$6,905,121** |

| | Cost Basis | Gross Proceeds |
|---|---|---|
| **2021 Group: Machinery and Equipment Sold** | | |
| **Group: Machinery and Equipment** | | |
| 116 Fuel Tank 2/18/21 Sold | 31,000 | 6,700 |
| 429 JD 544K-II LOADER 3/06/21 Sold | 150,556 | 100,000 |
| 430 JD 544K-II LOADER 4/20/21 Sold | 150,556 | 97,500 |
| 431 JD 544K-II LOADER 4/20/21 Sold | 150,556 | 95,000 |
| 432 JD 544K-II LOADER 5/12/21 Sold | 150,556 | 95,000 |
| 433 JD 544K-II LOADER 5/12/21 Sold | 150,556 | 95,000 |
| **2021 Machinery and Equipment Total** | **783,780** | **489,200** |
| | | |
| **2022 Group: Machinery and Equipment Sold** | **Cost Basis** | **Gross Proceeds** |
| 194 2016 Freightliner Cascadia Tractor 6/09/22 Sold | 145,447 | 83,000 |
| 195 2016 Freightliner Cascadia Tractor 8/01/22 Sold | 145,447 | 65,000 |
| 196 2016 Freightliner Cascadia Tractor 8/01/22 Sold | 145,447 | 65,000 |
| 197 2016 Freightliner Cascadia Tractor 8/01/22 Sold | 145,447 | 65,000 |
| 198 2016 Freightliner Cascadia Tractor 8/12/22 Sold | 145,447 | 79,000 |
| **2022 Machinery and Equipment Total** | **727,235** | **357,000** |
| | | |
| **2023 Group: FARM EQUIPMENT** | **Cost Basis** | **Gross Proceeds** |
| 377 LEMKEN RUBIN 12 - DISC 6/08/23 Sold | 82,000 | 62,000 |
| 667 Lemken Rubin 12-950 KUA High S 8/01/23 Sold | 131,035 | 119,000 |
| **2023 Farm Equipment Total** | **213,035** | **181,000** |
| | | |
| **Group: Machinery and Equipment** | | |
| 200 2016 Wilson PSDCL-402 Stock Tra 11/20/23 Sold | 90,989 | 65,000 |
| 465 JD 650K CRAWLER DOZER 12/20/23 Sold | 158,450 | 120,000 |
| **2023 Machinery and Equipment** | **249,439** | **185,000** |
| | | |
| **ASSET DISPOSITIONS:** | | |
| **Disposition: Smithco Trailers Sale** | | |
| 202 2016 SmithCo Side Dump Trailer 11/06/23 Sale | 58,708 | |
| 203 2016 SmithCo Side Dump Trailer 11/06/23 Sale | 58,708 | |
| 204 2016 SmithCo Side Dump Trailer 11/06/23 Sale | 58,708 | |
| 205 2016 SmithCo Side Dump Trailer 11/06/23 Sale | 58,708 | |
| 206 2016 SmithCo Side Dump Trailer 11/06/23 Sale | 58,708 | |
| **Smithco Trailers  Total** | **293,540** | **240,000** |
| | | |
| **2023 Grand Total** | **756,014** | **606,000** |
| | | |
| **2021-2023 Total Equipment Sold** | | **$1,452,200** |

DEBTORS' OMNIBUS MOTION FOR AUTHORITY TO PURCHASE AND SELL EQUIPMENT AND MACHINERY- 12 -