Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>　　　　Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒　ALL DEBTORS<br><br>☐　Millenkamp Cattle, Inc.<br><br>☐　Idaho Jersey Girls<br><br>☐　East Valley Cattle<br><br>☐　Millenkamp Properties<br><br>☐　Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#3997883

| | |
|---|---|
| ☐ Millenkamp Family <br> ☐ Goose Ranch <br> ☐ Black Pine Cattle <br> ☐ Millenkamp Enterprises <br> ☐ Idaho Jersey Girls Jerome Dairy | Chapter 11 Cases |

## MOTION TO SHORTEN TIME FOR NOTICE OF HEARING

Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), by and through its counsel of record, and pursuant to Fed. R. Bankr. P. 4001(b)(2) and Local Rule ("LBR") 4001.1, hereby move the Court for an order shortening the required time for notice of the hearing on Debtor's concurrently filed Motions (the "Motions").

Many of the Motions being set for hearing on June 20, 2024, are motions that do not require more than 14 days notice, and are seeking court approval of ordinary course of business actions. However, to the extent any of the motions seek authority for actions which normally require more than fourteen days notice, the Debtors request the Court enter an order shortening time for the hearing. In most cases, if additional time is necessary, the additional time required is twenty-one days notice. Thus, the court would be shortening time by one week. The motions presently at issue include several timely issues of payments for ongoing operations, and or approval of leases that must be in place prior to July 1, 2024. The June 20 hearing is the only date available on the Court's calendar for an evidentiary hearing on the issues raised in the Motions.

The Debtor respectfully requests that a hearing be held on the Motions on **Thursday, June 20, 2024, at 9:00 a.m.** (MT).

DATED this 6th day of June, 2024.

JOHNSON MAY

*/s/ Matt Christensen*
_____
MATTHEW T. CHRISTENSEN

Attorney for the Debtor

DENTONS

*/s/ Tirzah Roussell*
_____
TIRZAH ROUSSELL

Attorney for the Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of June 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |

Any others as listed on the Court's ECF Notice.

/s/ Tirzah Roussell
TIRZAH ROUSSELL