
Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
         jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
         Robert.richards@dentons.com
         Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#3997879

| | |
|---|---|
| ☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Chapter 11 Cases |

### NOTICE OF MOTIONS & NOTICE OF HEARING

NOTICE IS HEREBY provided that the Debtors have filed the following Motions:

1. *Amended Motion for Allowance and Payment of Section 503(b)(9) Claims* (Docket No. 308), seeking authority to recognize and pay certain 20-day Section 503(b)(9) claims of pre-petition creditors;

2. *Omnibus Motion for Authority to Purchase & Sell Equipment and Machinery* (Docket No. 379), seeking authority to buy and sell assets during the ordinary course of the Debtors' business;

3. *Motion for Authority to Advance on the DIP Facility* (Docket No. 378), seeking authority to draw an additional $15 million on the post-petition DIP loan previously approved by the Court;

4. *Motion for Authority to Pre-pay certain Silage and Hay/Straw Vendors for Future Deliveries* (Docket No. 374), seeking authority to pay $6.5 million to certain vendors for post-petition purchases of hay/straw/silage and chopping services;

5. *Motion for Order Authorizing the Debtor to Enter Into Post-Petition Equipment Lease with Burks Tractor Company, Inc.* (Docket No. 375), seeking approval of a post-petition equipment lease in the ordinary course of Debtors' business;

6. *Motion to Shorten Time* (Docket No. 380), seeking (to the extent necessary) to shorten time for notice of the hearing on the above-referenced motions.

NOTICE IS HEREBY provided that a hearing will be held on the above Motions on the **20th day of June, 2024, at 9:00 a.m. (Mountain Time)**, or as soon thereafter as the hearing may be held. This hearing will be in person as the United States Courthouse 550 W. Fort Street, Boise ID, 83724. Copies of the above referenced Motions are available on the Court's CM/ECF electronic filing system (available at www.pacer.gov), or parties may request copies from counsel for the Debtors.

DATED this 6th day of June, 2024.

JOHNSON MAY

*/s/ Matt Christensen*
MATTHEW T. CHRISTENSEN
Attorney for the Debtor

DENTONS

*/s/ Tirzah Roussell*
TIRZAH ROUSSELL
Attorney for the Debtor

DEBTORS' NOTICE OF HEARING . – Page 3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of June 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |

Any others as listed on the Court's ECF Notice.

/s/ Tirzah Roussell
TIRZAH ROUSSELL