Daniel C. Green, ISB: #3213
RACINE OLSON
201 E. Center Street
Pocatello, ID 83201
Phone: (208) 232-6101
Fax: (208) 232-6109
Email: dan@racineolson.com

James J. Niemeier, *pro hac vice*
MCGRATH NORTH MULLIN
& KRATZ, PC, LLO
First National Tower, Ste. 3700
1601 Dodge Street
Omaha, NE 68102
Phone: 402-341-3070
Fax: 341-0216
Email: jniemeier@mcgrathnorth.com

Attorneys for the Creditors, Viterra USA Grain LLC
and Viterra USA Ingredients, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒  ALL DEBTORS<br><br>☐  Millenkamp Cattle, Inc.<br><br>☐  Idaho Jersey Girls<br><br>☐  East Valley Cattle<br><br>☐  Millenkamp Properties<br><br>☐  Millenkamp Properties II<br><br>☐  Millenkamp Family<br><br>☐  Goose Ranch | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy)<br><br>Chapter 11 Cases |

☐   Black Pine Cattle

☐   Millenkamp Enterprises

☐   Idaho Jersey Girls Jerome Dairy

---

## DECLARATION OF MS. ALICIA BURNS IN SUPPORT OF THE ALLOWANCE AND PAYMENT OF CREDITORS VITERRA USA GRAIN, LLC AND VITERRA USA INGREDIENTS, LLC'S SECTION 503(B)(9) CLAIMS

I, Alicia Burns, hereby state and attest as follows:

1.      I am the senior credit manager for Viterra USA, Inc. which includes its affiliates Viterra USA Grain, LLC ("Viterra Grain") and Viterra USA Ingredients, LLC, ("Viterra Ingredients"). In that position I am one of the persons responsible for administrating the sales of commodities and resulting accounts receivable due to Viterra Grain and Viterra Ingredients from Millenkamp Cattle, Inc. ( the "Debtor"). As such, I have personal knowledge of the facts set forth herein and in that capacity am also one of the custodians of the records for Viterra Grain and Viterra Ingredients related to the Debtor's dealings with it.

2.      Viterra Grain and Viterra Ingredients have been suppliers of grain and other commodities to the Debtor's dairy and calf farm since July of 2007. In fact, the Debtor is a major customer of Viterra Grain's Burley, Idaho facility accounting for approximately one-third of its total volume of grain sales through the facility as of the filing of this bankruptcy case.

3.      Viterra Grain and Viterra Ingredients supplied goods in the form of feed and other commodities to the Debtor on credit within the 20-days prior to the Petition Date (the "20-day Shipments") in the ordinary course of business. A true and correct copy of the summary of the sales from Viterra Grain and Viterra Ingredients which I created for the 20-day Shipments are attached to this Declaration as Exhibit "A" and "B" respectively and incorporated herein by this

reference. In addition, true and correct copies of the invoices for those 20-day Shipments for Viterra Grain and Viterra Ingredients are attached hereto as Exhibits "C' and "D" respectively. Those invoices attached as Exhibits "C" and "D" hereto each include the dates the feed referred therein was received by the Debtor and establish these commodities were all delivered to the Debtor within the 20-day period prior to the Petition Date.

4.      As evidenced by the Exhibits to this Declaration, the amount owing to Viterra Grain for those 20-day Shipments is $1,039,406.61, and the amount owing to Viterra Ingredients for those 20-day Shipments is $915,354.35 (collectively, the "Viterra 503(b)(9) Claims"). In addition, Viterra Grain and Viterra Ingredients filed a proof of claim herein reflecting their total claims which were $2,042,848.90 for Viterra Grain and $2,532,555.38 for Viterra Ingredients of which the amount of $1,003,442.29 is the unsecured claim of Viterra Grain and the amount of $1,617,201.03 is the unsecured claim for Viterra Ingredients.  As such, Viterra Grain and Viterra Ingredients remain owed significant amounts by the Debtor for the feed that helped preserve the Debtor's cattle during the approach to bankruptcy.

5.      Viterra Grain and Viterra Ingredients currently continue to supply feed to the Debtor on a c.o.d., prepayment, and occasionally on an emergency basis during this bankruptcy proceeding in an effort to support their reorganization efforts. However, Viterra Grain and Viterra Ingredients are unwilling to guarantee such support will continue absent prompt allowance of the Viterra 503(b)(9) Claims with payment thereof to be made as soon as can be allowed by the Court.

6.      I declare under penalty of perjury that the foregoing is true and correct.

DATED this 6 day of June 2024.

_____
Alicia Burns, Senior Credit Manager
Viterra USA, Inc.

DECLARATION OF MS. ALICIA BURNS IN SUPPORT OF THE ALLOWANCE AND PAYMENT OF CREDITORS VITERRA USA GRAIN, LLC AND VITERRA USA INGREDIENTS, LLC'S SECTION 503(B)(9) CLAIMS – **Page 3**

# EXHIBIT "A"

| Child Counterparty Name | Viterra Legal Entity | Contract 1 | Contract 2 | Settlement Number | Delivery Date | Invoice Number | Invoice Date | Due Date | Commodity | Terms | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | B000508 | | 118074 | 3/15/2024 | 109665 | 3/18/2024 | 4/17/2024 | STEAMROLLED CORN | NET 30 DAYS | $37,994.53 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | 30051 | | 118075 | 3/16/2024 | 109666 | 3/18/2024 | 4/17/2024 | GROUND CORN | NET 30 DAYS | $137,772.66 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | B000508 | | 118109 | 3/18/2024 | 109700 | 3/19/2024 | 4/18/2024 | STEAMROLLED CORN | NET 30 DAYS | $15,155.34 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | B000509 | | 118110 | 3/18/2024 | 109701 | 3/19/2024 | 4/18/2024 | YELLOW CORN | NET 30 DAYS | $6,824.57 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | 30051 | 30069 | 118111 | 3/18/2024 | 109702 | 3/19/2024 | 4/18/2024 | GROUND CORN | NET 30 DAYS | $65,150.54 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | 30069 | | 118142 | 3/20/2024 | 109733 | 3/21/2024 | 4/20/2024 | GROUND CORN | NET 30 DAYS | $70,812.62 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | B000509 | | 118143 | 3/20/2024 | 109734 | 3/21/2024 | 4/20/2024 | YELLOW CORN | NET 30 DAYS | $7,886.52 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | B000508 | | 118144 | 3/20/2024 | 109735 | 3/21/2024 | 4/20/2024 | STEAMROLLED CORN | NET 30 DAYS | $15,215.96 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | 30069 | 30078 | 118159 | 3/21/2024 | 109750 | 3/22/2024 | 4/21/2024 | GROUND CORN | NET 30 DAYS | $70,661.59 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | B000508 | | 118160 | 3/21/2024 | 109751 | 3/22/2024 | 4/21/2024 | STEAMROLLED CORN | NET 30 DAYS | $23,269.72 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | 30078 | 30089 | 118176 | 3/22/2024 | 109767 | 3/25/2024 | 4/24/2024 | GROUND CORN | NET 30 DAYS | $73,115.15 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | B000508 | | 118177 | 3/22/2024 | 109768 | 3/25/2024 | 4/24/2024 | STEAMROLLED CORN | NET 30 DAYS | $39,804.61 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | B000510 | | 118202 | 3/25/2024 | 109793 | 3/26/2024 | 4/25/2024 | STEAMROLLED CORN | NET 30 DAYS | $22,486.72 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | B000509 | | 118203 | 3/25/2024 | 109794 | 3/26/2024 | 4/25/2024 | YELLOW CORN | NET 30 DAYS | $6,698.45 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | B000509 | | 118225 | 3/26/2024 | 109816 | 3/27/2024 | 4/26/2024 | YELLOW CORN | NET 30 DAYS | $7,547.69 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | B000510 | | 118226 | 3/26/2024 | 109817 | 3/27/2024 | 4/26/2024 | STEAMROLLED CORN | NET 30 DAYS | $15,052.74 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | 30089 | | 118227 | 3/26/2024 | 109818 | 3/27/2024 | 4/26/2024 | GROUND CORN | NET 30 DAYS | $49,971.37 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | B000510 | | 118241 | 3/27/2024 | 109832 | 3/28/2024 | 4/27/2024 | STEAMROLLED CORN | NET 30 DAYS | $22,507.41 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | 30089 | | 118242 | 3/27/2024 | 109833 | 3/28/2024 | 4/27/2024 | GROUND CORN | NET 30 DAYS | $14,438.18 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | B000509 | | 118243 | 3/27/2024 | 109834 | 3/28/2024 | 4/27/2024 | YELLOW CORN | NET 30 DAYS | $6,852.69 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | B000511 | | 118252 | 3/28/2024 | 109843 | 4/1/2024 | 5/1/2024 | YELLOW CORN | NET 30 DAYS | $13,821.88 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | B000510 | | 118253 | 3/28/2024 | 109844 | 4/1/2024 | 5/1/2024 | STEAMROLLED CORN | NET 30 DAYS | $52,618.79 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | 30089 | 30105 | 118254 | 3/28/2024 | 109845 | 4/1/2024 | 5/1/2024 | GROUND CORN | NET 30 DAYS | $170,642.87 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | 30105 | | 118289 | 4/1/2024 | 109880 | 4/2/2024 | 5/2/2024 | GROUND CORN | NET 30 DAYS | $63,497.93 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | 30117 | B000510 | 118290 | 4/1/2024 | 109881 | 4/2/2024 | 5/2/2024 | STEAMROLLED CORN | NET 30 DAYS | $22,359.34 |
| Millenkamp Cattle, Inc. (ID) | Viterra USA Grain, LLC | B000511 | | 118291 | 4/1/2024 | 109882 | 4/2/2024 | 5/2/2024 | YELLOW CORN | NET 30 DAYS | $7,246.74 |
| | | | | | | | | | | **TOTAL:** | **$1,039,406.61** |

# EXHIBIT "B"

| Child Counterparty Name | Viterra Legal Entity | Contract 1 | Delivery Date | Invoice Number | Invoice Date | Due Date | Commodity | Balance | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-017 | 3/15/2024 | 6557700024-1 | 3/18/2024 | 4/17/2024 | Distiller's Grains | $7,925.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-016 | 3/15/2024 | 6557740024-1 | 3/18/2024 | 4/17/2024 | Distiller's Grains | $8,022.50 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-019 | 3/15/2024 | 6557900024-1 | 3/18/2024 | 4/17/2024 | Distiller's Grains | $7,452.50 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-018 | 3/15/2024 | 6557910024-1 | 3/18/2024 | 4/17/2024 | Distiller's Grains | $8,200.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-020 | 3/15/2024 | 6558070024-1 | 3/18/2024 | 4/17/2024 | Distiller's Grains | $7,920.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-021 | 3/16/2024 | 6557830024-1 | 3/18/2024 | 4/17/2024 | Distiller's Grains | $7,915.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-024 | 3/16/2024 | 6557840024-1 | 3/18/2024 | 4/17/2024 | Distiller's Grains | $7,900.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-025 | 3/16/2024 | 6558030024-1 | 3/18/2024 | 4/17/2024 | Distiller's Grains | $8,122.50 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-022 | 3/16/2024 | 6558080024-1 | 3/18/2024 | 4/17/2024 | Distiller's Grains | $7,720.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-023 | 3/16/2024 | 6558100024-1 | 3/18/2024 | 4/17/2024 | Distiller's Grains | $7,912.50 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01072-012 | 3/16/2024 | 6570050024-1 | 3/19/2024 | 4/18/2024 | Canola Pellets | $10,671.36 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01072-011 | 3/16/2024 | 6570150024-1 | 3/19/2024 | 4/18/2024 | Canola Pellets | $10,741.92 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01072-010 | 3/16/2024 | 6570190024-1 | 3/19/2024 | 4/18/2024 | Canola Pellets | $10,221.12 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-027 | 3/18/2024 | 6569610024-1 | 3/19/2024 | 4/18/2024 | Distiller's Grains | $7,857.50 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-029 | 3/18/2024 | 6569640024-1 | 3/19/2024 | 4/18/2024 | Distiller's Grains | $8,022.50 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-028 | 3/18/2024 | 6569740024-1 | 3/19/2024 | 4/18/2024 | Distiller's Grains | $8,025.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-026 | 3/18/2024 | 6569830024-1 | 3/19/2024 | 4/18/2024 | Distiller's Grains | $8,125.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01072-007 | 3/18/2024 | 6577010024-1 | 3/20/2024 | 4/19/2024 | Canola Pellets | $10,782.24 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01072-009 | 3/18/2024 | 6577120024-1 | 3/20/2024 | 4/19/2024 | Canola Pellets | $10,553.76 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01072-008 | 3/18/2024 | 6577150024-1 | 3/20/2024 | 4/19/2024 | Canola Pellets | $10,775.52 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01072-013 | 3/18/2024 | 6577230024-1 | 3/20/2024 | 4/19/2024 | Canola Pellets | $10,624.32 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-031 | 3/18/2024 | 6588080224-1 | 3/21/2024 | 4/20/2024 | Distiller's Grains | $7,690.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-032 | 3/19/2024 | 6576300024-1 | 3/20/2024 | 4/20/2024 | Distiller's Grains | $8,030.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-030 | 3/19/2024 | 6576610024-1 | 3/20/2024 | 4/20/2024 | Distiller's Grains | $7,860.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01072-014 | 3/19/2024 | 6605350024-1 | 3/22/2024 | 4/21/2024 | Canola Pellets | $8,258.88 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01072-015 | 3/19/2024 | 6642040024-1 | 3/27/2024 | 4/26/2024 | Canola Pellets | $11,635.68 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-034 | 3/20/2024 | 6599410024-1 | 3/21/2024 | 4/20/2024 | Distiller's Grains | $8,017.50 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-033 | 3/20/2024 | 6599470024-1 | 3/21/2024 | 4/20/2024 | Distiller's Grains | $8,025.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-035 | 3/20/2024 | 6599490024-1 | 3/21/2024 | 4/20/2024 | Distiller's Grains | $7,915.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-036 | 3/20/2024 | 6599520024-1 | 3/21/2024 | 4/20/2024 | Distiller's Grains | $8,097.50 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01163-003 | 3/20/2024 | 6645600024-1 | 3/28/2024 | 4/27/2024 | Canola Pellets | $12,934.87 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01163-001 | 3/20/2024 | 6652780024-1 | 3/28/2024 | 4/27/2024 | Canola Pellets | $11,260.99 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01163-002 | 3/20/2024 | 6652840024-1 | 3/28/2024 | 4/27/2024 | Canola Pellets | $13,191.23 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-038 | 3/21/2024 | 6611140024-1 | 3/25/2024 | 4/24/2024 | Distiller's Grains | $7,945.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-037 | 3/21/2024 | 6611170024-1 | 3/25/2024 | 4/24/2024 | Distiller's Grains | $8,060.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-039 | 3/21/2024 | 6611180024-1 | 3/25/2024 | 4/24/2024 | Distiller's Grains | $7,930.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01163-004 | 3/21/2024 | 6645820024-1 | 3/28/2024 | 4/27/2024 | Canola Pellets | $11,732.24 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01163-007 | 3/21/2024 | 6695490024-1 | 4/3/2024 | 4/3/2024 | Canola Pellets | $9,730.37 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01163-008 | 3/21/2024 | 6695740024-1 | 4/3/2024 | 4/3/2024 | Canola Pellets | $9,511.71 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01163-006 | 3/21/2024 | 6695790024-1 | 4/3/2024 | 4/3/2024 | Canola Pellets | $9,824.62 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-041 | 3/22/2024 | 6615430024-1 | 3/25/2024 | 4/24/2024 | Distiller's Grains | $8,165.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-044 | 3/22/2024 | 6615490024-1 | 3/25/2024 | 4/24/2024 | Distiller's Grains | $7,920.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-042 | 3/22/2024 | 6615500024-1 | 3/25/2024 | 4/24/2024 | Distiller's Grains | $8,077.50 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-043 | 3/22/2024 | 6615540024-1 | 3/25/2024 | 4/24/2024 | Distiller's Grains | $8,125.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-040 | 3/22/2024 | 6615570024-1 | 3/25/2024 | 4/24/2024 | Distiller's Grains | $7,910.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-046 | 3/23/2024 | 6615440024-1 | 3/25/2024 | 4/24/2024 | Distiller's Grains | $7,610.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-047 | 3/23/2024 | 6615520024-1 | 3/25/2024 | 4/24/2024 | Distiller's Grains | $7,872.50 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-045 | 3/23/2024 | 6615590024-1 | 3/25/2024 | 4/24/2024 | Distiller's Grains | $7,595.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-048 | 3/25/2024 | 6633090024-1 | 3/26/2024 | 4/25/2024 | Distiller's Grains | $8,165.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-001 | 3/25/2024 | 6633190024-1 | 3/26/2024 | 4/25/2024 | Distiller's Grains | $7,531.20 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-049 | 3/25/2024 | 6633200024-1 | 3/26/2024 | 4/25/2024 | Distiller's Grains | $8,290.00 | |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-003 | 3/25/2024 | 6633240024-1 | 3/26/2024 | 4/25/2024 | Distiller's Grains | $7,572.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20950-050 | 3/25/2024 | 6686950224-1 | 4/2/2024 | 5/2/2024 Distiller's Grains | $8,307.50 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01177-007 | 3/25/2024 | 6695290024-1 | 4/3/2024 | 4/3/2024 Canola Pellets | $11,263.00 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01177-006 | 3/26/2024 | 6673890024-1 | 4/1/2024 | 5/1/2024 Canola Pellets | $8,928.50 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-004 | 3/26/2024 | 6671510024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,644.00 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-005 | 3/26/2024 | 6671570024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,711.20 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01177-001 | 3/26/2024 | 6695250024-1 | 4/3/2024 | 4/3/2024 Canola Pellets | $11,165.00 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01177-009 | 3/26/2024 | 6695600024-1 | 4/3/2024 | 4/3/2024 Canola Pellets | $10,370.50 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01177-002 | 3/26/2024 | 6695730024-1 | 4/3/2024 | 4/3/2024 Canola Pellets | $11,130.00 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01163-005 | 3/27/2024 | 6652820024-1 | 3/28/2024 | 4/27/2024 Distiller's Grains | $13,172.38 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-008 | 3/27/2024 | 6671590024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,706.40 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-002 | 3/27/2024 | 6671600024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $8,090.40 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-007 | 3/27/2024 | 6671610024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,171.20 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-006 | 3/27/2024 | 6671620024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,725.60 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-009 | 3/27/2024 | 6671630024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,848.00 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-010 | 3/27/2024 | 6671640024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,528.80 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01177-008 | 3/27/2024 | 6676900024-1 | 4/2/2024 | 5/2/2024 Canola Pellets | $8,757.00 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-014 | 3/28/2024 | 6671690024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,370.40 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-013 | 3/28/2024 | 6671710024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,526.40 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-015 | 3/28/2024 | 6671770024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,716.00 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-011 | 3/28/2024 | 6671780024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,639.20 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-012 | 3/28/2024 | 6671800024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,454.40 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01219-001 | 3/28/2024 | 6685590024-1 | 4/2/2024 | 5/2/2024 Canola Pellets | $10,416.00 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01219-002 | 3/28/2024 | 6685630024-1 | 4/2/2024 | 5/2/2024 Canola Pellets | $10,738.00 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01219-004 | 3/28/2024 | 6685790024-1 | 4/2/2024 | 5/2/2024 Canola Pellets | $11,966.50 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01219-003 | 3/28/2024 | 6685860024-1 | 4/2/2024 | 5/2/2024 Canola Pellets | $11,396.00 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-016 | 3/29/2024 | 6671730024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,459.20 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-017 | 3/29/2024 | 6671880024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,557.60 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H20956-018 | 3/29/2024 | 6671990024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,596.00 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H24583-001 | 3/29/2024 | 6672050024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,656.46 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01219-007 | 3/29/2024 | 6685510024-1 | 4/2/2024 | 5/2/2024 Canola Pellets | $11,214.00 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01219-009 | 3/29/2024 | 6685520024-1 | 4/2/2024 | 5/2/2024 Canola Pellets | $12,022.50 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01245-001 | 3/29/2024 | 6685550024-1 | 4/2/2024 | 5/2/2024 Canola Pellets | $11,609.28 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01219-005 | 3/29/2024 | 6685570024-1 | 4/2/2024 | 5/2/2024 Canola Pellets | $11,396.00 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01219-006 | 3/29/2024 | 6685580024-1 | 4/2/2024 | 5/2/2024 Canola Pellets | $11,151.00 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01245-002 | 3/29/2024 | 6685720024-1 | 4/2/2024 | 5/2/2024 Canola Pellets | $11,678.88 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01219-008 | 3/29/2024 | 6685870024-1 | 4/2/2024 | 5/2/2024 Canola Pellets | $10,969.00 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01245-003 | 3/29/2024 | 6685910024-1 | 4/2/2024 | 5/2/2024 Canola Pellets | $10,962.00 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H24583-002 | 3/30/2024 | 6671950024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,518.42 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H24583-005 | 3/30/2024 | 6672040024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,525.56 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H24583-006 | 3/30/2024 | 6672070024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,363.72 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H24583-004 | 3/30/2024 | 6672110024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,651.70 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H24583-007 | 3/30/2024 | 6672240024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,673.12 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H24583-003 | 3/30/2024 | 6672260024-1 | 4/1/2024 | 5/1/2024 Distiller's Grains | $7,763.56 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H24583-011 | 4/1/2024 | 6684050024-1 | 4/2/2024 | 5/2/2024 Distiller's Grains | $7,965.86 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H24583-008 | 4/1/2024 | 6684080024-1 | 4/2/2024 | 5/2/2024 Distiller's Grains | $7,749.28 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H24583-010 | 4/1/2024 | 6684110024-1 | 4/2/2024 | 5/2/2024 Distiller's Grains | $7,332.78 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | H24583-009 | 4/1/2024 | 6684120024-1 | 4/2/2024 | 5/2/2024 Distiller's Grains | $7,470.82 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01219-011 | 4/1/2024 | 6695450024-1 | 4/3/2024 | 4/3/2024 Canola Pellets | $11,357.50 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01219-010 | 4/1/2024 | 6695480024-1 | 4/3/2024 | 4/3/2024 Canola Pellets | $10,979.50 |
| Millenkamp Cattle, Inc (ID) | Viterra USA Ingredients, LLC | J01245-004 | 4/1/2024 | 6695550024-1 | 4/3/2024 | 4/3/2024 Canola Pellets | $11,014.20 |
| | | | | | | **TOTAL:** | **$915,354.35** |

# EXHIBIT "C"

# VITERRA USA GRAIN, LLC

**VITERRA**

### WEST-TEXAS ELEVATORS
### BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

| | |
|---|---|
| **Invoice Number:** | **109665** |
| Invoice Date: | 3/18/2024 |
| Due Date: | 4/17/2024 |
| Customer: | 0000210394 |
| Settlement: | 118074-S |
| Shipment Date: | 3/15/2024 |
| Invoice Terms: NET 30 DAYS | |

Bill To:  MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME ID  83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| STEAMROLLED CORN | C018118 | | 36 | O072C018118 |

## STEAMROLLED CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| B000508-02 | 108847-01 | | 33.41 | 231.42000 | $7,731.74 |
| B000508-02 | 108847-02 | | 32.52 | 231.42000 | $7,525.78 |
| B000508-02 | 108847-03 | | 32.15 | 231.42000 | $7,440.15 |
| B000508-02 | 108847-04 | | 32.65 | 231.42000 | $7,555.86 |
| B000508-02 | 108847-05 | | 33.45 | 231.42000 | $7,741.00 |
| TOTALS | | | 164.18 | | $37,994.53 |

**Invoice Amount:**          **$37,994.53**

## **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
VITERRA USA GRAIN, LLC
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a disregarded entity that is owned by Viterra USA Ag Holdings, LLC. Viterra USA Ag Holdings, LLC is an LLC classified as a Corporation & its EIN is 46-1101181

| | |
|---|---|
| Amount Due: | $37,994.53 |
| NET 30 DAYS | |
| Due Date: | 4/17/2024 |

# VITERRA USA GRAIN, LLC

**VITERRA**

## WEST-TEXAS ELEVATORS
### BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

### INVOICE

**Invoice Number: 109666**
Invoice Date:        3/18/2024
Due Date:            4/17/2024
Customer:            0000210394
Settlement:          118075-S
Shipment Date:       3/15/2024
Invoice Terms: NET 30 DAYS

Bill To:  MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME  ID  83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| GROUND CORN | 1708081 | | 39 | O0721708081 |

## GROUND CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| 0030051-01 | 108848-01 | | 31.79 | 228.21000 | $7,254.80 |
| 0030051-01 | 108848-02 | | 31.26 | 228.21000 | $7,133.84 |
| 0030051-01 | 108848-03 | | 31.40 | 228.21000 | $7,165.79 |
| 0030051-01 | 108848-04 | | 31.59 | 228.21000 | $7,209.15 |
| 0030051-01 | 108848-05 | | 30.69 | 228.21000 | $7,003.76 |
| 0030051-01 | 108848-06 | | 32.57 | 228.21000 | $7,432.80 |
| 0030051-01 | 108848-07 | | 32.17 | 228.21000 | $7,341.52 |
| 0030051-01 | 108848-08 | | 30.98 | 228.21000 | $7,069.95 |
| 0030051-01 | 108848-09 | | 33.13 | 228.21000 | $7,560.60 |
| 0030051-01 | 108848-10 | | 32.59 | 228.21000 | $7,437.36 |
| 0030051-01 | 108848-11 | | 31.54 | 228.21000 | $7,197.74 |
| 0030051-01 | 108848-12 | | 31.36 | 228.21000 | $7,156.67 |
| 0030051-01 | 108848-13 | | 31.28 | 228.21000 | $7,138.41 |
| 0030051-01 | 108848-14 | | 33.01 | 228.21000 | $7,533.21 |
| 0030051-01 | 108848-15 | | 31.04 | 228.21000 | $7,083.64 |
| 0030051-01 | 108848-16 | | 32.03 | 228.21000 | $7,309.57 |
| 0030051-01 | 108848-17 | | 34.18 | 228.21000 | $7,800.22 |

**Invoice Amount:        $137,772.66**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
**VITERRA USA GRAIN, LLC**
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

Amount Due:            $137,772.66

NET 30 DAYS

Due Date:              4/17/2024

# VITERRA USA GRAIN, LLC

**VITERRA**

### WEST-TEXAS ELEVATORS
BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

**Invoice Number:** **109666**
Invoice Date: 3/18/2024
Due Date: 4/17/2024
Customer: 0000210394
Settlement: 118075-S
Shipment Date: 3/16/2024
Invoice Terms: NET 30 DAYS

Bill To: MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME ID 83318
UNITED STATES

| | | | | |
|---|---|---|---|---|
| 0030051-01 | 108848-18 | | 31.49 | 228.21000 | $7,186.33 |
| 0030051-01 | 108848-19 | | 29.61 | 228.21000 | $6,757.30 |
| TOTALS | | | 603.71 | | $137,772.66 |

**Invoice Amount:** **$137,772.66**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
**VITERRA USA GRAIN, LLC**
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

Amount Due: $137,772.66

NET 30 DAYS

Due Date: 4/17/2024

# **VITERRA**

# VITERRA USA GRAIN, LLC

## WEST-TEXAS ELEVATORS
### BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

| | |
|---|---|
| **Invoice Number:** | **109700** |
| Invoice Date: | 3/19/2024 |
| Due Date: | 4/18/2024 |
| Customer: | 0000210394 |
| Settlement: | 118109-S |
| Shipment Date: | 3/18/2024 |
| Invoice Terms: | NET 30 DAYS |

Bill To:   MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME  ID  83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| STEAMROLLED CORN | C018144 | | 37 | O072C018144 |

## STEAMROLLED CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| B000508-03 | 108882-01 | | 31.96 | 230.71000 | $7,373.49 |
| B000508-03 | 108882-02 | | 33.73 | 230.71000 | $7,781.85 |
| TOTALS | | | 65.69 | | $15,155.34 |

**Invoice Amount:**        **$15,155.34**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
VITERRA USA GRAIN, LLC
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

| Amount Due: | $15,155.34 |
|---|---|
| NET 30 DAYS | |
| Due Date: | 4/18/2024 |

# VITERRA USA GRAIN, LLC

**VITERRA**

### WEST-TEXAS ELEVATORS
BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

**Invoice Number:** **109701**
Invoice Date:         3/19/2024
Due Date:            4/18/2024
Customer:           0000210394
Settlement:          118110-S
Shipment Date:      3/18/2024
Invoice Terms: NET 30 DAYS

Bill To:   MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME  ID  83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| YELLOW CORN | 1708133 | | 38 | O0721708133 |

## YELLOW CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | BUSHELS | Price | Total |
|---|---|---|---|---|---|
| B000509-02 | 108883-01 | | 1,076.43 | 6.34000 | $6,824.57 |
| TOTALS | | | 1,076.43 | | $6,824.57 |

**Invoice Amount:**          **$6,824.57**

## **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
**VITERRA USA GRAIN, LLC**
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a disregarded entity that is owned by Viterra USA Ag Holdings, LLC. Viterra USA Ag Holdings, LLC is an LLC classified as a Corporation & its EIN is 46-1101181

Amount Due:        $6,824.57

NET 30 DAYS

Due Date:          4/18/2024

# VITERRA

# VITERRA USA GRAIN, LLC

## WEST-TEXAS ELEVATORS
### BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

| | |
|---|---|
| **Invoice Number:** | **109702** |
| Invoice Date: | 3/19/2024 |
| Due Date: | 4/18/2024 |
| Customer: | 0000210394 |
| Settlement: | 118111-S |
| Shipment Date: | 3/18/2024 |
| Invoice Terms: | NET 30 DAYS |

Bill To:   MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME ID 83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| GROUND CORN | 1708117 | | 37 | O0721708117 |

## GROUND CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| 0030051-01 | 108884-01 | | 32.36 | 228.21000 | $7,384.88 |
| 0030069-01 | 108884-02 | | 32.83 | 223.56000 | $7,339.47 |
| 0030069-01 | 108884-03 | | 32.13 | 223.56000 | $7,182.98 |
| 0030069-01 | 108884-04 | | 30.88 | 223.56000 | $6,903.53 |
| 0030069-01 | 108884-05 | | 30.84 | 223.56000 | $6,894.59 |
| 0030069-01 | 108884-06 | | 35.02 | 223.56000 | $7,829.07 |
| 0030069-01 | 108884-07 | | 32.91 | 223.56000 | $7,357.36 |
| 0030069-01 | 108884-08 | | 31.10 | 223.56000 | $6,952.72 |
| 0030069-01 | 108884-09 | | 32.68 | 223.56000 | $7,305.94 |
| TOTALS | | | 290.75 | | $65,150.54 |

**Invoice Amount:**        **$65,150.54**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
**VITERRA USA GRAIN, LLC**
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

| | |
|---|---|
| Amount Due: | $65,150.54 |
| NET 30 DAYS | |
| Due Date: | 4/18/2024 |

# VITERRA

## VITERRA USA GRAIN, LLC
### WEST-TEXAS ELEVATORS
BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

| | |
|---|---|
| **Invoice Number:** | **109733** |
| Invoice Date: | 3/21/2024 |
| Due Date: | 4/20/2024 |
| Customer: | 0000210394 |
| Settlement: | 118142-S |
| Shipment Date: | 3/20/2024 |
| Invoice Terms: NET 30 DAYS | |

Bill To: MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME ID 83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| GROUND CORN | 1708153 | | 36 | O0721708153 |

## GROUND CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| 0030069-01 | 108915-01 | | 31.22 | 223.56000 | $6,979.54 |
| 0030069-01 | 108915-02 | | 32.86 | 223.56000 | $7,346.18 |
| 0030069-01 | 108915-03 | | 32.15 | 223.56000 | $7,187.45 |
| 0030069-01 | 108915-04 | | 31.69 | 223.56000 | $7,084.62 |
| 0030069-01 | 108915-05 | | 32.33 | 223.56000 | $7,227.69 |
| 0030069-01 | 108915-06 | | 31.51 | 223.56000 | $7,044.38 |
| 0030069-01 | 108915-07 | | 31.58 | 223.56000 | $7,060.02 |
| 0030069-01 | 108915-08 | | 30.82 | 223.56000 | $6,890.12 |
| 0030069-01 | 108915-09 | | 29.50 | 223.56000 | $6,595.02 |
| 0030069-01 | 108915-10 | | 33.09 | 223.56000 | $7,397.60 |
| TOTALS | | | 316.75 | | $70,812.62 |

**Invoice Amount:** **$70,812.62**

## **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
VITERRA USA GRAIN, LLC
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a disregarded entity that is owned by Viterra USA Ag Holdings, LLC. Viterra USA Ag Holdings, LLC is an LLC classified as a Corporation & its EIN is 46-1101181

| Amount Due: | $70,812.62 |
|---|---|
| NET 30 DAYS | |
| Due Date: | 4/20/2024 |

# VITERRA USA GRAIN, LLC

**VITERRA**

## WEST-TEXAS ELEVATORS
BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

| | |
|---|---|
| **Invoice Number:** | **109734** |
| Invoice Date: | 3/21/2024 |
| Due Date: | 4/20/2024 |
| Customer: | 0000210394 |
| Settlement: | 118143-S |
| Shipment Date: | 3/20/2024 |
| Invoice Terms: | NET 30 DAYS |

Bill To:  MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME  ID  83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| YELLOW CORN | 1708165 | | 35 | O0721708165 |

## YELLOW CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | BUSHELS | Price | Total |
|---|---|---|---|---|---|
| B000509-02 | 108916-01 | | 1,243.93 | 6.34000 | $7,886.52 |
| TOTALS | | | 1,243.93 | | $7,886.52 |

**Invoice Amount:** **$7,886.52**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
VITERRA USA GRAIN, LLC
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a disregarded entity that is owned by Viterra USA Ag Holdings, LLC. Viterra USA Ag Holdings, LLC is an LLC classified as a Corporation & its EIN is 46-1101181

| | |
|---|---|
| Amount Due: | $7,886.52 |
| NET 30 DAYS | |
| Due Date: | 4/20/2024 |

# VITERRA USA GRAIN, LLC

**VITERRA**

### WEST-TEXAS ELEVATORS
### BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

| | |
|---|---|
| **Invoice Number:** | **109735** |
| Invoice Date: | 3/21/2024 |
| Due Date: | 4/20/2024 |
| Customer: | 0000210394 |
| Settlement: | 118144-S |
| Shipment Date: | 3/20/2024 |
| Invoice Terms: | NET 30 DAYS |

Bill To:   MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME ID 83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| STEAMROLLED CORN | C018177 | | 39 | O072C018177 |

## STEAMROLLED CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| B000508-04 | 108917-01 | | 33.28 | 231.07000 | $7,690.01 |
| B000508-04 | 108917-02 | | 32.57 | 231.07000 | $7,525.95 |
| TOTALS | | | 65.85 | | $15,215.96 |

**Invoice Amount:**          **$15,215.96**

## **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
VITERRA USA GRAIN, LLC
PO BOX 74008695
CHICAGO IL 60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

| | |
|---|---|
| Amount Due: | $15,215.96 |
| NET 30 DAYS | |
| Due Date: | 4/20/2024 |

# VITERRA USA GRAIN, LLC

**VITERRA**

## WEST-TEXAS ELEVATORS
BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

| | |
|---|---|
| **Invoice Number:** | **109750** |
| Invoice Date: | 3/22/2024 |
| Due Date: | 4/21/2024 |
| Customer: | 0000210394 |
| Settlement: | 118159-S |
| Shipment Date: | 3/21/2024 |
| Invoice Terms: | NET 30 DAYS |

Bill To:  MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME  ID  83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| GROUND CORN | 1708168 | | 37 | O0721708168 |

## GROUND CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| 0030069-01 | 108932-01 | | 32.64 | 223.56000 | $7,297.00 |
| 0030069-01 | 108932-02 | | 31.02 | 223.56000 | $6,934.83 |
| 0030078-01 | 108932-03 | | 31.52 | 225.71000 | $7,114.38 |
| 0030078-01 | 108932-04 | | 30.78 | 225.71000 | $6,947.35 |
| 0030078-01 | 108932-05 | | 31.56 | 225.71000 | $7,123.41 |
| 0030078-01 | 108932-06 | | 31.18 | 225.71000 | $7,037.64 |
| 0030078-01 | 108932-07 | | 31.47 | 225.71000 | $7,103.09 |
| 0030078-01 | 108932-08 | | 32.96 | 225.71000 | $7,439.40 |
| 0030078-01 | 108932-09 | | 32.32 | 225.71000 | $7,294.95 |
| 0030078-01 | 108932-10 | | 28.22 | 225.71000 | $6,369.54 |
| TOTALS | | | 313.67 | | $70,661.59 |

**Invoice Amount:**          **$70,661.59**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
**VITERRA USA GRAIN, LLC**
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

| | |
|---|---|
| Amount Due: | $70,661.59 |
| NET 30 DAYS | |
| Due Date: | 4/21/2024 |

# VITERRA USA GRAIN, LLC

**VITERRA**

### WEST-TEXAS ELEVATORS
### BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

| | |
|---|---|
| **Invoice Number:** | **109751** |
| Invoice Date: | 3/22/2024 |
| Due Date: | 4/21/2024 |
| Customer: | 0000210394 |
| Settlement: | 118160-S |
| Shipment Date: | 3/21/2024 |
| Invoice Terms: NET 30 DAYS | |

Bill To:  MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME  ID  83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| STEAMROLLED CORN | C018192 | | 35 | O072C018192 |

## STEAMROLLED CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| B000508-03 | 108933-01 | | 31.38 | 230.71000 | $7,239.68 |
| B000508-05 | 108933-02 | | 34.23 | 233.30000 | $7,985.86 |
| B000508-05 | 108933-03 | | 34.48 | 233.30000 | $8,044.18 |
| TOTALS | | | 100.09 | | $23,269.72 |

**Invoice Amount:** **$23,269.72**

## **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
**VITERRA USA GRAIN, LLC**
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a disregarded entity that is owned by Viterra USA Ag Holdings, LLC. Viterra USA Ag Holdings, LLC is an LLC classified as a Corporation & its EIN is 46-1101181

| | |
|---|---|
| Amount Due: | $23,269.72 |
| NET 30 DAYS | |
| Due Date: | 4/21/2024 |

# VITERRA USA GRAIN, LLC

**VITERRA**

### WEST-TEXAS ELEVATORS
### BURLEY ID
### 1111 BEDKE BLVD
### BURLEY ID 83318
### 208-677-5120

**INVOICE**

| | |
|---|---|
| **Invoice Number:** | **109767** |
| Invoice Date: | 3/25/2024 |
| Due Date: | 4/24/2024 |
| Customer: | 0000210394 |
| Settlement: | 118176-S |
| Shipment Date: | 3/22/2024 |
| Invoice Terms: NET 30 DAYS | |

Bill To:   MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME  ID  83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| GROUND CORN | 1708189 | | 35 | O0721708189 |

## GROUND CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| 0030078-01 | 108949-01 | | 30.56 | 225.71000 | $6,897.70 |
| 0030078-01 | 108949-02 | | 33.86 | 225.71000 | $7,642.54 |
| 0030078-01 | 108949-03 | | 31.35 | 225.71000 | $7,076.01 |
| 0030078-01 | 108949-04 | | 34.21 | 225.71000 | $7,721.54 |
| 0030078-01 | 108949-05 | | 32.51 | 225.71000 | $7,337.83 |
| 0030078-01 | 108949-06 | | 32.19 | 225.71000 | $7,265.60 |
| 0030078-01 | 108949-07 | | 31.62 | 225.71000 | $7,136.95 |
| 0030089-01 | 108949-08 | | 30.99 | 225.35000 | $6,983.60 |
| 0030089-01 | 108949-09 | | 33.19 | 225.35000 | $7,479.37 |
| 0030089-01 | 108949-10 | | 33.61 | 225.35000 | $7,574.01 |
| TOTALS | | | 324.09 | | $73,115.15 |

**Invoice Amount:**          **$73,115.15**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
**VITERRA USA GRAIN, LLC**
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

| | |
|---|---|
| Amount Due: | $73,115.15 |
| NET 30 DAYS | |
| Due Date: | 4/24/2024 |

# VITERRA USA GRAIN, LLC

**VITERRA**

**WEST-TEXAS ELEVATORS**
BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

**Invoice Number:** **109768**
Invoice Date:        3/25/2024
Due Date:            4/24/2024
Customer:            0000210394
Settlement:          118177-S
Shipment Date:       3/22/2024
Invoice Terms: NET 30 DAYS

Bill To:    MILLENKAMP CATTLE, INC
            471 NORTH 300 WEST
            JEROME  ID  83318
            UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| STEAMROLLED CORN | C018211 | | 37 | O072C018211 |

## STEAMROLLED CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| B000508-01 | 108950-01 | | 33.07 | 232.49000 | $7,688.44 |
| B000508-01 | 108950-02 | | 35.79 | 232.49000 | $8,320.82 |
| B000508-01 | 108950-03 | | 32.21 | 232.49000 | $7,488.50 |
| B000508-01 | 108950-04 | | 33.95 | 232.49000 | $7,893.04 |
| B000508-01 | 108950-05 | | 36.19 | 232.49000 | $8,413.81 |
| TOTALS | | | 171.21 | | $39,804.61 |

**Invoice Amount:**          **$39,804.61**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
**VITERRA USA GRAIN, LLC**
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

Amount Due:          $39,804.61

NET 30 DAYS

Due Date:            4/24/2024

# VITERRA

# VITERRA USA GRAIN, LLC

## INVOICE

### WEST-TEXAS ELEVATORS
### BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

| | |
|---|---|
| **Invoice Number:** | **109793** |
| Invoice Date: | 3/26/2024 |
| Due Date: | 4/25/2024 |
| Customer: | 0000210394 |
| Settlement: | 118202-S |
| Shipment Date: | 3/25/2024 |
| Invoice Terms: | NET 30 DAYS |

Bill To:   MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME ID 83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| STEAMROLLED CORN | C018244 | | 38 | O072C018244 |

## STEAMROLLED CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| B000510-02 | 108975-01 | | 33.37 | 228.57000 | $7,627.38 |
| B000510-02 | 108975-02 | | 33.89 | 228.57000 | $7,746.24 |
| B000510-02 | 108975-03 | | 31.12 | 228.57000 | $7,113.10 |
| TOTALS | | | 98.38 | | $22,486.72 |

**Invoice Amount:** **$22,486.72**

## **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
VITERRA USA GRAIN, LLC
PO BOX 74008695
CHICAGO IL 60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

| | |
|---|---|
| Amount Due: | $22,486.72 |
| NET 30 DAYS | |
| Due Date: | 4/25/2024 |

# VITERRA USA GRAIN, LLC

**VITERRA**

WEST-TEXAS ELEVATORS
BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

**Invoice Number: 109794**
Invoice Date:       3/26/2024
Due Date:           4/25/2024
Customer:           0000210394
Settlement:         118203-S
Shipment Date:      3/25/2024
Invoice Terms: NET 30 DAYS

Bill To:   MILLENKAMP CATTLE, INC
           471 NORTH 300 WEST
           JEROME  ID  83318
           UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| YELLOW CORN | 1708232 | | 40 | O0721708232 |

## YELLOW CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | BUSHELS | Price | Total |
|---|---|---|---|---|---|
| B000509-03 | 108976-01 | | 1,047.86 | 6.39250 | $6,698.45 |
| TOTALS | | | 1,047.86 | | $6,698.45 |

**Invoice Amount:**          **$6,698.45**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
VITERRA USA GRAIN, LLC
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

Amount Due:        $6,698.45

NET 30 DAYS

Due Date:          4/25/2024

# VITERRA USA GRAIN, LLC

**VITERRA**

WEST-TEXAS ELEVATORS
BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

INVOICE

Bill To:   MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME  ID  83318
UNITED STATES

| | |
|---|---|
| **Invoice Number:** | **109816** |
| Invoice Date: | 3/27/2024 |
| Due Date: | 4/26/2024 |
| Customer: | 0000210394 |
| Settlement: | 118225-S |
| Shipment Date: | 3/26/2024 |
| Invoice Terms: | NET 30 DAYS |

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| YELLOW CORN | 1708259 | | 40 | O0721708259 |

## YELLOW CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | BUSHELS | Price | Total |
|---|---|---|---|---|---|
| B000509-03 | 108998-01 | | 1,180.71 | 6.39250 | $7,547.69 |
| | | | | | |
| TOTALS | | | 1,180.71 | | $7,547.69 |

**Invoice Amount:**          **$7,547.69**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
VITERRA USA GRAIN, LLC
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

| | |
|---|---|
| Amount Due: | $7,547.69 |
| NET 30 DAYS | |
| Due Date: | 4/26/2024 |

# VITERRA USA GRAIN, LLC

**VITERRA**

WEST-TEXAS ELEVATORS
BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

**Invoice Number: 109817**
Invoice Date:      3/27/2024
Due Date:          4/26/2024
Customer:          0000210394
Settlement:        118226-S
Shipment Date:     3/26/2024
Invoice Terms: NET 30 DAYS

Bill To:   MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME  ID  83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| STEAMROLLED CORN | C018256 | | 38 | O072C018256 |

## STEAMROLLED CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| B000510-03 | 108999-01 | | 32.60 | 228.21000 | $7,439.65 |
| B000510-03 | 108999-02 | | 33.36 | 228.21000 | $7,613.09 |
| TOTALS | | | 65.96 | | $15,052.74 |

**Invoice Amount:**        **$15,052.74**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
VITERRA USA GRAIN, LLC
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

Amount Due:        $15,052.74

NET 30 DAYS

Due Date:          4/26/2024

# VITERRA USA GRAIN, LLC

**VITERRA**

### WEST-TEXAS ELEVATORS
### BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

| | |
|---|---|
| **Invoice Number:** | **109818** |
| Invoice Date: | 3/27/2024 |
| Due Date: | 4/26/2024 |
| Customer: | 0000210394 |
| Settlement: | 118227-S |
| Shipment Date: | 3/26/2024 |
| Invoice Terms: | NET 30 DAYS |

Bill To:  MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME ID 83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| GROUND CORN | 1708240 | | 36 | O0721708240 |

## GROUND CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| 0030089-01 | 109000-01 | | 31.39 | 225.35000 | $7,073.74 |
| 0030089-01 | 109000-02 | | 31.56 | 225.35000 | $7,112.05 |
| 0030089-01 | 109000-03 | | 31.16 | 225.35000 | $7,021.91 |
| 0030089-01 | 109000-04 | | 31.67 | 225.35000 | $7,136.83 |
| 0030089-01 | 109000-05 | | 31.66 | 225.35000 | $7,134.58 |
| 0030089-01 | 109000-06 | | 32.08 | 225.35000 | $7,229.23 |
| 0030089-01 | 109000-07 | | 32.23 | 225.35000 | $7,263.03 |
| TOTALS | | | 221.75 | | $49,971.37 |

**Invoice Amount:**          **$49,971.37**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
VITERRA USA GRAIN, LLC
PO BOX 74008695
CHICAGO IL 60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

| | |
|---|---|
| Amount Due: | $49,971.37 |
| NET 30 DAYS | |
| Due Date: | 4/26/2024 |

# VITERRA USA GRAIN, LLC

**VITERRA**

## WEST-TEXAS ELEVATORS
### BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

| | |
|---|---|
| **Invoice Number:** | **109832** |
| Invoice Date: | 3/28/2024 |
| Due Date: | 4/27/2024 |
| Customer: | 0000210394 |
| Settlement: | 118241-S |
| Shipment Date: | 3/27/2024 |
| Invoice Terms: | NET 30 DAYS |

Bill To: MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME  ID  83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| STEAMROLLED CORN | C018267 | | 38 | O072C018267 |

## STEAMROLLED CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| B000510-03 | 109014-01 | | 32.45 | 228.21000 | $7,405.41 |
| B000510-04 | 109014-02 | | 33.28 | 225.00000 | $7,488.00 |
| B000510-04 | 109014-03 | | 33.84 | 225.00000 | $7,614.00 |
| TOTALS | | | 99.57 | | $22,507.41 |

**Invoice Amount:** **$22,507.41**

## **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
VITERRA USA GRAIN, LLC
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a disregarded entity that is owned by Viterra USA Ag Holdings, LLC. Viterra USA Ag Holdings, LLC is an LLC classified as a Corporation & its EIN is 46-1101181

| | |
|---|---|
| Amount Due: | $22,507.41 |
| NET 30 DAYS | |
| Due Date: | 4/27/2024 |

# VITERRA USA GRAIN, LLC

**VITERRA**

### WEST-TEXAS ELEVATORS
### BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

INVOICE

**Invoice Number:** **109833**
Invoice Date: 3/28/2024
Due Date: 4/27/2024
Customer: 0000210394
Settlement: 118242-S
Shipment Date: 3/27/2024
Invoice Terms: NET 30 DAYS

Bill To: MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME ID 83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| GROUND CORN | 1708262 | | 37 | O0721708262 |

## GROUND CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| 0030089-01 | 109015-01 | | 30.68 | 225.35000 | $6,913.74 |
| 0030089-01 | 109015-02 | | 33.39 | 225.35000 | $7,524.44 |
| TOTALS | | | 64.07 | | $14,438.18 |

**Invoice Amount:**              **$14,438.18**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
**VITERRA USA GRAIN, LLC**
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

Amount Due:              $14,438.18

NET 30 DAYS

Due Date:              4/27/2024

# VITERRA USA GRAIN, LLC

**VITERRA**

### WEST-TEXAS ELEVATORS
### BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

| | |
|---|---|
| **Invoice Number:** | **109834** |
| Invoice Date: | 3/28/2024 |
| Due Date: | 4/27/2024 |
| Customer: | 0000210394 |
| Settlement: | 118243-S |
| Shipment Date: | 3/27/2024 |
| Invoice Terms: | NET 30 DAYS |

Bill To:   MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME ID 83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| YELLOW CORN | 1708277 | | 40 | O0721708277 |

## YELLOW CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | BUSHELS | Price | Total |
|---|---|---|---|---|---|
| B000509-01 | 109016-01 | | 1,096.43 | 6.25000 | $6,852.69 |
| TOTALS | | | 1,096.43 | | $6,852.69 |

**Invoice Amount:**   **$6,852.69**

## **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
**VITERRA USA GRAIN, LLC**
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

| | |
|---|---|
| Amount Due: | $6,852.69 |
| NET 30 DAYS | |
| Due Date: | 4/27/2024 |

# VITERRA USA GRAIN, LLC

**VITERRA**

WEST-TEXAS ELEVATORS
BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

**Invoice Number:** **109843**
Invoice Date:          4/1/2024
Due Date:              5/1/2024
Customer:              0000210394
Settlement:            118252-S
Shipment Date:         3/28/2024
Invoice Terms: NET 30 DAYS

Bill To:    MILLENKAMP CATTLE, INC
            471 NORTH 300 WEST
            JEROME  ID  83318
            UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| YELLOW CORN | 1708301 | | 35 | O0721708301 |

## YELLOW CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | BUSHELS | Price | Total |
|---|---|---|---|---|---|
| B000511-02 | 109025-01 | | 1,146.79 | 6.14500 | $7,047.02 |
| B000511-02 | 109025-02 | | 1,102.50 | 6.14500 | $6,774.86 |
| TOTALS | | | 2,249.29 | | $13,821.88 |

**Invoice Amount:**          **$13,821.88**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
VITERRA USA GRAIN, LLC
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

Amount Due:          $13,821.88

NET 30 DAYS

Due Date:          5/1/2024

# VITERRA USA GRAIN, LLC

## VITERR/\

### INVOICE

## WEST-TEXAS ELEVATORS
### BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**Invoice Number:** **109844**
Invoice Date: 4/1/2024
Due Date: 5/1/2024
Customer: 0000210394
Settlement: 118253-S
Shipment Date: 3/28/2024
Invoice Terms: NET 30 DAYS

Bill To:  MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME ID 83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| STEAMROLLED CORN | C018280 | | 38 | O072C018280 |

## STEAMROLLED CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| B000510-05 | 109026-01 | | 32.69 | 224.11000 | $7,326.16 |
| B000510-05 | 109026-02 | | 33.68 | 224.11000 | $7,548.02 |
| B000510-05 | 109026-03 | | 33.05 | 224.11000 | $7,406.84 |
| B000510-05 | 109026-04 | | 34.56 | 224.11000 | $7,745.24 |
| B000510-05 | 109026-05 | | 32.53 | 224.11000 | $7,290.30 |
| B000510-05 | 109026-06 | | 32.62 | 224.11000 | $7,310.47 |
| B000510-05 | 109026-07 | | 35.66 | 224.11000 | $7,991.76 |
| TOTALS | | | 234.79 | | $52,618.79 |

**Invoice Amount:**     **$52,618.79**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
VITERRA USA GRAIN, LLC
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

Amount Due:        $52,618.79

NET 30 DAYS

Due Date:          5/1/2024

# VITERRA USA GRAIN, LLC

**VITERRA**

INVOICE

## WEST-TEXAS ELEVATORS
### BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**Invoice Number:** **109845**
Invoice Date:       4/1/2024
Due Date:          5/1/2024
Customer:          0000210394
Settlement:        118254-S
Shipment Date:     3/28/2024
Invoice Terms: NET 30 DAYS

Bill To:    MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME ID 83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| GROUND CORN | 1708284 | | 39 | O0721708284 |

## GROUND CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| 0030089-01 | 109027-01 | | 31.50 | 225.35000 | $7,098.53 |
| 0030089-01 | 109027-02 | | 31.64 | 225.35000 | $7,130.07 |
| 0030089-01 | 109027-03 | | 31.13 | 225.35000 | $7,015.15 |
| 0030105-01 | 109027-04 | | 31.57 | 221.07000 | $6,979.18 |
| 0030105-01 | 109027-05 | | 31.28 | 221.07000 | $6,915.07 |
| 0030105-01 | 109027-06 | | 32.83 | 221.07000 | $7,257.73 |
| 0030105-01 | 109027-07 | | 33.04 | 221.07000 | $7,304.15 |
| 0030105-01 | 109027-08 | | 32.34 | 221.07000 | $7,149.40 |
| 0030105-01 | 109027-09 | | 33.19 | 221.07000 | $7,337.31 |
| 0030105-01 | 109027-10 | | 32.14 | 221.07000 | $7,105.19 |
| 0030105-01 | 109027-11 | | 32.76 | 221.07000 | $7,242.25 |
| 0030105-01 | 109027-12 | | 32.75 | 221.07000 | $7,240.04 |
| 0030105-01 | 109027-13 | | 32.69 | 221.07000 | $7,226.78 |
| 0030105-01 | 109027-14 | | 30.50 | 221.07000 | $6,742.64 |
| 0030105-01 | 109027-15 | | 32.50 | 221.07000 | $7,184.78 |
| 0030105-01 | 109027-16 | | 33.53 | 221.07000 | $7,412.48 |
| 0030105-01 | 109027-17 | | 32.65 | 221.07000 | $7,217.94 |

**Invoice Amount:**          **$170,642.87**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
**VITERRA USA GRAIN, LLC**
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

Amount Due:         $170,642.87

NET 30 DAYS

Due Date:              5/1/2024

# VITERRA

# VITERRA USA GRAIN, LLC
## WEST-TEXAS ELEVATORS
### BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

# INVOICE

Bill To:   MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME  ID  83318
UNITED STATES

**Invoice Number:** **109880**
Invoice Date:   4/2/2024
Due Date:   5/2/2024
Customer:   0000210394
Settlement:   118289-S
Shipment Date:   4/1/2024
Invoice Terms: NET 30 DAYS

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| GROUND CORN | 1708339 | | 35 | O0721708339 |

## GROUND CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| 0030105-01 | 109062-01 | | 31.11 | 221.07000 | $6,877.49 |
| 0030105-01 | 109062-02 | | 33.49 | 221.07000 | $7,403.63 |
| 0030105-01 | 109062-03 | | 32.45 | 221.07000 | $7,173.72 |
| 0030105-01 | 109062-04 | | 31.33 | 221.07000 | $6,926.12 |
| 0030105-01 | 109062-05 | | 31.95 | 221.07000 | $7,063.19 |
| 0030105-01 | 109062-06 | | 31.05 | 221.07000 | $6,864.22 |
| 0030105-01 | 109062-07 | | 32.73 | 221.07000 | $7,235.62 |
| 0030105-01 | 109062-08 | | 31.74 | 221.07000 | $7,016.76 |
| 0030105-01 | 109062-09 | | 31.38 | 221.07000 | $6,937.18 |
| TOTALS | | | 287.23 | | $63,497.93 |

**Invoice Amount:**   **$63,497.93**

# **CHANGE OF PO BOX & ZIP CODE **
Send Check to:
VITERRA USA GRAIN, LLC
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Grain, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

Amount Due:   $63,497.93

NET 30 DAYS

Due Date:   5/2/2024

# VITERRA USA GRAIN, LLC

**VITERRA**

## WEST-TEXAS ELEVATORS
### BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

**Invoice Number:** **109881**
Invoice Date: 4/2/2024
Due Date: 5/2/2024
Customer: 0000210394
Settlement: 118290-S
Shipment Date: 4/1/2024
Invoice Terms: NET 30 DAYS

Bill To:   MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME  ID  83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| STEAMROLLED CORN | C018325 | | 37 | O072C018325 |

## STEAMROLLED CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | TONS | Price | Total |
|---|---|---|---|---|---|
| 0030117-01 | 109063-03 | | 31.53 | 227.14000 | $7,161.72 |
| B000510-01 | 109063-02 | | 35.00 | 227.14000 | $7,949.90 |
| B000510-05 | 109063-01 | | 32.34 | 224.11000 | $7,247.72 |
| TOTALS | | | 98.87 | | $22,359.34 |

**Invoice Amount:**          **$22,359.34**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
VITERRA USA GRAIN, LLC
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

Amount Due:          $22,359.34

NET 30 DAYS

Due Date:          5/2/2024

# VITERRA USA GRAIN, LLC

**VITERRΛ**

### WEST-TEXAS ELEVATORS
BURLEY ID
1111 BEDKE BLVD
BURLEY ID 83318
208-677-5120

**INVOICE**

| | |
|---|---|
| **Invoice Number:** | **109882** |
| Invoice Date: | 4/2/2024 |
| Due Date: | 5/2/2024 |
| Customer: | 0000210394 |
| Settlement: | 118291-S |
| Shipment Date: | 4/1/2024 |
| Invoice Terms: | NET 30 DAYS |

Bill To:   MILLENKAMP CATTLE, INC
471 NORTH 300 WEST
JEROME  ID  83318
UNITED STATES

| Description: | First Scale Tkt # | Vehicle ID | Other Ref/BL# | Shipment ID |
|---|---|---|---|---|
| YELLOW CORN | 1708363 | | 39 | O0721708363 |

## YELLOW CORN

| Contract # | Delivery Sheet # | Cust. Cont.# | BUSHELS | Price | Total |
|---|---|---|---|---|---|
| B000511-02 | 109064-01 | | 1,179.29 | 6.14500 | $7,246.74 |
| TOTALS | | | 1,179.29 | | $7,246.74 |

**Invoice Amount:**          **$7,246.74**

# **CHANGE OF PO BOX & ZIP CODE **

Send Check to:
**VITERRA USA GRAIN, LLC**
PO BOX 74008695
CHICAGO IL  60674-8695

Viterra USA Grain, LLC is a
disregarded entity that is owned by
Viterra USA Ag Holdings, LLC.
Viterra USA Ag Holdings, LLC is an
LLC classified as a Corporation & its
EIN is 46-1101181

| | |
|---|---|
| Amount Due: | $7,246.74 |
| NET 30 DAYS | |
| Due Date: | 5/2/2024 |

# EXHIBIT "D"

# VITERRA

INVOICE    655770-0024

```
JAYMIE LARRISON            REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA          NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384               ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/18/24                CAR/TRK ID:     H20950-17
                                   SCALE TCKT  44819
SOLD TO: 5050115                   SHIP. DATE: 03/15/24
         MILLENKAMP CATTLE
         471 N 300 W                   SHIPPED:   COLLECT
                                       CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS                SHIP TO    MILLENKAMP DLVD BLACK P
                                               BURLEY            ID

                                   FOB         BURLEY, ID

   NET LB CODE COMMODITY            SHORT TON       PRICE       AMOUNT
   63400 0029 DISTILLER'S GRAINS     31.70000    250.00000    7,925.00US


                                                  -------------
                 TOTAL AMOUNT DUE THIS INVOICE       7,925.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 655770-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *


            OUR CONTRACT NO.  IDA 20-H20950-017-000
            YOUR CONTRACT NO. B
```

Customer Copy

# VITERRA

INVOICE    655774-0024

JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE          CHICAGO, IL 60674-8695
OMAHA          NE 68102     ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384          ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 03/18/24          CAR/TRK ID:      H20950-16
                            SCALE TCKT  44808
SOLD TO: 5050115          SHIP. DATE: 03/15/24
        MILLENKAMP CATTLE
        471 N 300 W          SHIPPED:   COLLECT
                            CUST PO:
        JEROME          ID 833385078


TERMS    NET 30 DAYS          SHIP TO    MILLENKAMP DLVD BLACK P
                                        BURLEY              ID

                            FOB          BURLEY, ID

   NET LB CODE COMMODITY          SHORT TON          PRICE          AMOUNT
   64180 0029 DISTILLER'S GRAINS      32.09000     250.00000     8,022.50US


                                                    -------------
                            TOTAL AMOUNT DUE THIS INVOICE     8,022.50US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 655774-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                    OUR CONTRACT NO.  IDA 20-H20950-016-000
                    YOUR CONTRACT NO. B




                            Customer Copy

# VITERRA

INVOICE    655790-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS       P. O. BOX 74008695
1331 CAPITOL AVE              CHICAGO, IL 60674-8695
OMAHA          NE 68102      ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384           ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/18/24                CAR/TRK ID:      H20950-19
                                   SCALE TCKT 44843
SOLD TO: 5050115                   SHIP. DATE: 03/15/24
         MILLENKAMP CATTLE
         471 N 300 W               SHIPPED:   COLLECT
                                   CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS              SHIP TO    MILLENKAMP DLVD BLACK P
                                             BURLEY          ID

                                  FOB        BURLEY, ID

```
NET LB CODE COMMODITY            SHORT TON      PRICE       AMOUNT
59620 0029 DISTILLER'S GRAINS    29.81000    250.00000    7,452.50US
```

                                                        -------------
                        TOTAL AMOUNT DUE THIS INVOICE      7,452.50US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 655790-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *


                        OUR CONTRACT NO.  IDA 20-H20950-019-000
                        YOUR CONTRACT NO. B


                              Customer Copy

# VITERRA

INVOICE    655791-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102     ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384        ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 03/18/24              CAR/TRK ID:    H20950-18
                                 SCALE TCKT  44841
SOLD TO: 5050115                 SHIP. DATE: 03/15/24
         MILLENKAMP CATTLE
         471 N 300 W                SHIPPED:   COLLECT
                                    CUST PO:
         JEROME        ID 833385078
```

```
TERMS    NET 30 DAYS           SHIP TO   MILLENKAMP DLVD BLACK P
                                         BURLEY            ID

                               FOB       BURLEY, ID
```

```
   NET LB CODE COMMODITY           SHORT TON        PRICE       AMOUNT
   65600 0029 DISTILLER'S GRAINS    32.80000     250.00000    8,200.00US
```

```
                                                   -------------
                     TOTAL AMOUNT DUE THIS INVOICE     8,200.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 655791-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                 OUR CONTRACT NO.  IDA 20-H20950-018-000
                 YOUR CONTRACT NO. B
```

Customer Copy

# VITERRA

INVOICE    655807-0024

JAYMIE LARRISON           REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA        NE 68102            ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384              ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 03/18/24            CAR/TRK ID:    H20950-20
                              SCALE TCKT  44864
SOLD TO: 5050115              SHIP. DATE: 03/15/24
         MILLENKAMP CATTLE
         471 N 300 W          SHIPPED:   COLLECT
                              CUST PO:
         JEROME      ID 833385078


TERMS    NET 30 DAYS          SHIP TO   MILLENKAMP DLVD BLACK P
                                        BURLEY          ID

                              FOB       BURLEY, ID

   NET LB CODE COMMODITY          SHORT TON      PRICE      AMOUNT
   63360 0029 DISTILLER'S GRAINS    31.68000    250.00000   7,920.00US



                                                    -------------
                    TOTAL AMOUNT DUE THIS INVOICE     7,920.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 655807-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                    OUR CONTRACT NO.  IDA 20-H20950-020-000
                    YOUR CONTRACT NO. B



                              Customer Copy

**VITERRA**

INVOICE   655783-0024

```
JAYMIE LARRISON            REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA          NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384               ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/18/24              CAR/TRK ID:      H20950-21
                                SCALE TCKT  44875
SOLD TO: 5050115                SHIP. DATE: 03/16/24
         MILLENKAMP CATTLE
         471 N 300 W                SHIPPED:   COLLECT
                                    CUST PO:
         JEROME       ID 833385078


TERMS    NET 30 DAYS              SHIP TO   MILLENKAMP DLVD BLACK P
                                            BURLEY            ID

                                 FOB       BURLEY, ID

   NET LB CODE COMMODITY          SHORT TON        PRICE       AMOUNT
   63320 0029 DISTILLER'S GRAINS   31.66000     250.00000    7,915.00US



                                                        -------------
                     TOTAL AMOUNT DUE THIS INVOICE      7,915.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 655783-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                     OUR CONTRACT NO.  IDA 20-H20950-021-000
                     YOUR CONTRACT NO. B
```

Customer Copy

**VITERRA**

INVOICE    655784-0024

```
JAYMIE LARRISON           REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/18/24            CAR/TRK ID:    H20950-24
                              SCALE TCKT  44879
SOLD TO: 5050115              SHIP. DATE: 03/16/24
         MILLENKAMP CATTLE
         471 N 300 W               SHIPPED:   COLLECT
                                   CUST PO:
         JEROME       ID 833385078


TERMS    NET 30 DAYS            SHIP TO    MILLENKAMP DLVD BLACK P
                                           BURLEY          ID

                               FOB        BURLEY, ID

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 63200 | 0029 | DISTILLER'S GRAINS | 31.60000 | 250.00000 | 7,900.00US |

```
                                                    ------------
                    TOTAL AMOUNT DUE THIS INVOICE       7,900.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 655784-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```


                    OUR CONTRACT NO.   IDA 20-H20950-024-000
                    YOUR CONTRACT NO. B




Customer Copy

# VITERRA

INVOICE    655803-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS       P. O. BOX 74008695
1331 CAPITOL AVE              CHICAGO, IL 60674-8695
OMAHA          NE 68102      ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384           ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 03/18/24          CAR/TRK ID:    H20950-25
                             SCALE TCKT  44877
SOLD TO: 5050115             SHIP. DATE: 03/16/24
         MILLENKAMP CATTLE
         471 N 300 W         SHIPPED:   COLLECT
                             CUST PO:
         JEROME     ID 833385078
```

```
TERMS    NET 30 DAYS          SHIP TO   MILLENKAMP DLVD BLACK P
                                        BURLEY          ID

                              FOB        BURLEY, ID
```

```
 NET LB CODE COMMODITY           SHORT TON      PRICE      AMOUNT
 64980 0029 DISTILLER'S GRAINS    32.49000   250.00000   8,122.50US
```

```
                                                    -------------
                    TOTAL AMOUNT DUE THIS INVOICE      8,122.50US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 655803-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
          OUR CONTRACT NO.  IDA 20-H20950-025-000
          YOUR CONTRACT NO. B
```

Customer Copy

# VITERRA

INVOICE    655808-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102    ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384       ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/18/24          CAR/TRK ID:      H20950-22
                             SCALE TCKT  44874
SOLD TO: 5050115             SHIP. DATE: 03/16/24
         MILLENKAMP CATTLE
         471 N 300 W         SHIPPED:  COLLECT
                             CUST PO:
         JEROME      ID 833385078

TERMS   NET 30 DAYS          SHIP TO   MILLENKAMP DLVD BLACK P
                                       BURLEY          ID

                             FOB       BURLEY, ID

| NET LB CODE COMMODITY | SHORT TON | PRICE | AMOUNT |
|---|---|---|---|
| 61760 0029 DISTILLER'S GRAINS | 30.88000 | 250.00000 | 7,720.00US |

                                         -------------
             TOTAL AMOUNT DUE THIS INVOICE     7,720.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 655808-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *


             OUR CONTRACT NO.  IDA 20-H20950-022-000
             YOUR CONTRACT NO. B


                         Customer Copy

# VITERRA

INVOICE    655810-0024

```
JAYMIE LARRISON           REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS         P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102         ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384            ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/18/24              CAR/TRK ID:    H20950-23
                                SCALE TCKT  44876
SOLD TO: 5050115                SHIP. DATE: 03/16/24
         MILLENKAMP CATTLE
         471 N 300 W            SHIPPED:   COLLECT
                                CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS            SHIP TO    MILLENKAMP DLVD BLACK P
                                           BURLEY           ID

                                FOB        BURLEY, ID

```
  NET LB CODE COMMODITY            SHORT TON       PRICE      AMOUNT
  63300 0029 DISTILLER'S GRAINS     31.65000    250.00000   7,912.50US
```

                                                    -------------
                        TOTAL AMOUNT DUE THIS INVOICE      7,912.50US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 655810-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *


                OUR CONTRACT NO.  IDA 20-H20950-023-000
                YOUR CONTRACT NO. B


                              Customer Copy

# VITERRA

INVOICE   657005-0024

JACK O'SULLIVAN
VITERRA USA INGREDIENTS
1331 CAPITOL AVE
OMAHA          NE 68102
PH: (402) 889-4370

REMIT TO VITERRA USA INGREDIENTS, LLC
P. O. BOX 74008695
CHICAGO, IL 60674-8695
ACCT:4451194875   / SWIFT:BOFAUS3N
ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 03/19/24

SOLD TO: 5050115
        MILLENKAMP CATTLE
        471 N 300 W

        JEROME        ID 833385078

CAR/TRK ID:    970886-526
SCALE TCKT  44898
SHIP. DATE: 03/16/24

SHIPPED:  COLLECT
CUST PO:

TERMS    NET 30 DAYS

SHIP TO    MILLENKAMP
           BURLEY          ID

FOB        BURLEY, ID

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 63520 | 0035 | CANOLA PELLETS | 31.76000 | 336.00000 | 10,671.36US |

                                              -------------
              TOTAL AMOUNT DUE THIS INVOICE   10,671.36US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 657005-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *

OUR CONTRACT NO.  CID 20-J01072-012-000
YOUR CONTRACT NO.

Customer Copy

# VITERRA

INVOICE    657015-0024

JACK O'SULLIVAN              REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA          NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370               ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 03/19/24              CAR/TRK ID:      970886-525
                                 SCALE TCKT  44897
SOLD TO: 5050115                 SHIP. DATE: 03/16/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:   COLLECT
                                 CUST PO:
         JEROME      ID 833385078

TERMS    NET 30 DAYS             SHIP TO    MILLENKAMP
                                            BURLEY          ID

                                 FOB        BURLEY, ID

   NET LB CODE COMMODITY           SHORT TON        PRICE       AMOUNT
   63940 0035 CANOLA PELLETS        31.97000      336.00000   10,741.92US

                                                          -------------
                    TOTAL AMOUNT DUE THIS INVOICE            10,741.92US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 657015-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *


                    OUR CONTRACT NO.  CID 20-J01072-011-000
                    YOUR CONTRACT NO.




                              Customer Copy

# VITERRA

INVOICE   657019-0024

```
JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA          NE 68102        ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370             ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/19/24              CAR/TRK ID:      970886-524
                                 SCALE TCKT  44893
SOLD TO: 5050115                 SHIP. DATE: 03/16/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:   COLLECT
                                 CUST PO:
         JEROME       ID 833385078


TERMS    NET 30 DAYS             SHIP TO    MILLENKAMP
                                            BURLEY          ID

                                 FOB        BURLEY, ID

   NET LB CODE COMMODITY          SHORT TON        PRICE       AMOUNT
   60840 0035 CANOLA PELLETS        30.42000    336.00000   10,221.12US



                                                        -------------
                  TOTAL AMOUNT DUE THIS INVOICE           10,221.12US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 657019-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                  OUR CONTRACT NO.  CID 20-J01072-010-000
                  YOUR CONTRACT NO.




                              Customer Copy
```

# VITERRA

INVOICE    656961-0024

JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE              CHICAGO, IL 60674-8695
OMAHA          NE 68102      ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384           ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 03/19/24          CAR/TRK ID:      H20950-27
                             SCALE TCKT  44945
SOLD TO: 5050115             SHIP. DATE: 03/18/24
         MILLENKAMP CATTLE
         471 N 300 W            SHIPPED:  COLLECT
                                CUST PO:
         JEROME       ID 833385078


TERMS   NET 30 DAYS          SHIP TO   MILLENKAMP DLVD BLACK P
                                       BURLEY          ID

                             FOB       BURLEY, ID

   NET LB CODE COMMODITY          SHORT TON        PRICE       AMOUNT
   62860 0029 DISTILLER'S GRAINS    31.43000    250.00000    7,857.50US


                                                 ------------
              TOTAL AMOUNT DUE THIS INVOICE         7,857.50US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 656961-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *


              OUR CONTRACT NO.  IDA 20-H20950-027-000
              YOUR CONTRACT NO. B


                         Customer Copy

**VITERRA**                                              INVOICE    656964-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102     ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384        ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 03/19/24          CAR/TRK ID:    H20950-29
                             SCALE TCKT  44992
SOLD TO: 5050115             SHIP. DATE: 03/18/24
         MILLENKAMP CATTLE
         471 N 300 W         SHIPPED:  COLLECT
                             CUST PO:
         JEROME      ID 833385078
```

```
TERMS    NET 30 DAYS          SHIP TO    MILLENKAMP DLVD BLACK P
                                         BURLEY            ID

                              FOB        BURLEY, ID
```

```
  NET LB CODE COMMODITY          SHORT TON       PRICE      AMOUNT
  64180 0029 DISTILLER'S GRAINS    32.09000   250.00000   8,022.50US
```

```
                                                    -------------
                    TOTAL AMOUNT DUE THIS INVOICE     8,022.50US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 656964-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                    OUR CONTRACT NO.  IDA 20-H20950-029-000
                    YOUR CONTRACT NO. B
```

Customer Copy

**VITERRA**

INVOICE   656974-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS       P. O. BOX 74008695
1331 CAPITOL AVE              CHICAGO, IL 60674-8695
OMAHA        NE 68102        ACCT:4451194875  / SWIFT:BOFAUS3N
PH: (402) 889-4384           ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 03/19/24          CAR/TRK ID:     H20950-28
                             SCALE TCKT  44978
SOLD TO: 5050115             SHIP. DATE: 03/18/24
         MILLENKAMP CATTLE
         471 N 300 W         SHIPPED:   COLLECT
                             CUST PO:
         JEROME       ID 833385078
```

```
TERMS    NET 30 DAYS         SHIP TO    MILLENKAMP DLVD BLACK P
                                        BURLEY            ID

                             FOB        BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 64200 | 0029 | DISTILLER'S GRAINS | 32.10000 | 250.00000 | 8,025.00US |

```
                                                  -------------
                TOTAL AMOUNT DUE THIS INVOICE       8,025.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 656974-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                OUR CONTRACT NO.  IDA 20-H20950-028-000
                YOUR CONTRACT NO. B
```

Customer Copy

# VITERRA

INVOICE   656983-0024

JAYMIE LARRISON
VITERRA USA INGREDIENTS
1331 CAPITOL AVE
OMAHA          NE 68102
PH: (402) 889-4384

REMIT TO VITERRA USA INGREDIENTS, LLC
        P. O. BOX 74008695
        CHICAGO, IL 60674-8695
        ACCT:4451194875   / SWIFT:BOFAUS3N
        ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 03/19/24

CAR/TRK ID:    H20950-26
SCALE TCKT  44939
SHIP. DATE: 03/18/24

SOLD TO: 5050115
         MILLENKAMP CATTLE
         471 N 300 W

SHIPPED:  COLLECT
CUST PO:

         JEROME      ID 833385078

TERMS   NET 30 DAYS

SHIP TO   MILLENKAMP DLVD BLACK P
          BURLEY             ID

FOB       BURLEY, ID

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 65000  | 0029 | DISTILLER'S GRAINS | 32.50000 | 250.00000 | 8,125.00US |

------------
              TOTAL AMOUNT DUE THIS INVOICE     8,125.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 656983-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *

              OUR CONTRACT NO.  IDA 20-H20950-026-000
              YOUR CONTRACT NO. B

Customer Copy

# VITERRA

INVOICE    657701-0024

```
JACK O'SULLIVAN           REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS         P. O. BOX 74008695
1331 CAPITOL AVE                CHICAGO, IL 60674-8695
OMAHA           NE 68102       ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370             ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/20/24              CAR/TRK ID:    970886-521
                                 SCALE TCKT  44959
SOLD TO: 5050115                 SHIP. DATE: 03/18/24
         MILLENKAMP CATTLE
         471 N 300 W                 SHIPPED:   COLLECT
                                     CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS           SHIP TO    MILLENKAMP
                                          BURLEY            ID

                               FOB        BURLEY, ID

   NET LB CODE COMMODITY           SHORT TON        PRICE       AMOUNT
   64180 0035 CANOLA PELLETS        32.09000      336.00000   10,782.24US



                                                              -------------
                          TOTAL AMOUNT DUE THIS INVOICE        10,782.24US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 657701-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                    OUR CONTRACT NO.  CID 20-J01072-007-000
                    YOUR CONTRACT NO.
```

Customer Copy

# VITERRA

INVOICE    657712-0024

```
JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS       P. O. BOX 74008695
1331 CAPITOL AVE              CHICAGO, IL 60674-8695
OMAHA        NE 68102        ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370           ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 03/20/24               CAR/TRK ID:    970886-523
                                  SCALE TCKT  44975
SOLD TO: 5050115                  SHIP. DATE: 03/18/24
         MILLENKAMP CATTLE
         471 N 300 W                 SHIPPED:   COLLECT
                                     CUST PO:
         JEROME      ID 833385078
```

```
TERMS    NET 30 DAYS             SHIP TO   MILLENKAMP
                                           BURLEY           ID

                                 FOB       BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 62820 | 0035 | CANOLA PELLETS | 31.41000 | 336.00000 | 10,553.76US |

```
                                                  -------------
                    TOTAL AMOUNT DUE THIS INVOICE    10,553.76US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 657712-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
            OUR CONTRACT NO.  CID 20-J01072-009-000
            YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**

INVOICE    657715-0024

```
JACK O'SULLIVAN            REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS         P. O. BOX 74008695
1331 CAPITOL AVE                CHICAGO, IL 60674-8695
OMAHA          NE 68102        ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370             ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/20/24                CAR/TRK ID:      970886-522
                                   SCALE TCKT  44963
SOLD TO: 5050115                   SHIP. DATE: 03/18/24
         MILLENKAMP CATTLE
         471 N 300 W           SHIPPED:   COLLECT
                               CUST PO:
         JEROME      ID 833385078


TERMS    NET 30 DAYS           SHIP TO   MILLENKAMP
                                         BURLEY          ID

                               FOB       BURLEY, ID

   NET LB CODE COMMODITY         SHORT TON      PRICE       AMOUNT
   64140 0035 CANOLA PELLETS      32.07000    336.00000   10,775.52US


                                                         -------------
                      TOTAL AMOUNT DUE THIS INVOICE       10,775.52US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 657715-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                    OUR CONTRACT NO.  CID 20-J01072-008-000
                    YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**

INVOICE    657723-0024

```
JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA         NE 68102    ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370        ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/20/24                CAR/TRK ID:    970886-527
                                   SCALE TCKT  44923
SOLD TO: 5050115                   SHIP. DATE: 03/18/24
         MILLENKAMP CATTLE
         471 N 300 W           SHIPPED:   COLLECT
                               CUST PO:
         JEROME       ID 833385078


TERMS   NET 30 DAYS            SHIP TO   MILLENKAMP
                                         BURLEY          ID

                               FOB       BURLEY, ID

   NET LB CODE COMMODITY          SHORT TON       PRICE      AMOUNT
   63240 0035 CANOLA PELLETS       31.62000    336.00000   10,624.32US



                                                      -------------
                    TOTAL AMOUNT DUE THIS INVOICE       10,624.32US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 657723-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                    OUR CONTRACT NO.  CID 20-J01072-013-000
                    YOUR CONTRACT NO.
```

                              Customer Copy

**VITERRA**

INVOICE    558808-0224

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102     ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384        ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/21/24                CAR/TRK ID:      H20950-31
                                   SCALE TCKT  44948
SOLD TO: 5050115                   SHIP. DATE: 03/18/24
         MILLENKAMP CATTLE
         471 N 300 W               SHIPPED:   COLLECT
                                   CUST PO:
         JEROME       ID 833385078


TERMS    NET 30 DAYS          SHIP TO   MILLENKAMP DLVD BLACK P
                                        BURLEY            ID

                              FOB       BURLEY, ID

    NET LB CODE COMMODITY          SHORT TON       PRICE       AMOUNT
    61520 0029 DISTILLER'S GRAINS   30.76000    250.00000    7,690.00US


                                                  -------------
                   TOTAL AMOUNT DUE THIS INVOICE       7,690.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 558808-0224
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                   OUR CONTRACT NO.  IDA 20-H20950-031-002
                   YOUR CONTRACT NO. B
```

Customer Copy

# VITERRA

INVOICE    657630-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA         NE 68102         ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/20/24              CAR/TRK ID:      H20950-32
                                 SCALE TCKT  45011
SOLD TO: 5050115                 SHIP. DATE: 03/19/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:   COLLECT
                                 CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS             SHIP TO    MILLENKAMP DLVD BLACK P
                                            BURLEY            ID

                                 FOB        BURLEY, ID

   NET LB CODE COMMODITY            SHORT TON        PRICE      AMOUNT
   64240 0029 DISTILLER'S GRAINS     32.12000     250.00000   8,030.00US



                                                   -------------
                   TOTAL AMOUNT DUE THIS INVOICE     8,030.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 657630-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                    OUR CONTRACT NO.  IDA 20-H20950-032-000
                    YOUR CONTRACT NO. B
```

Customer Copy

# VITERRA

INVOICE    657661-0024

```
JAYMIE LARRISON              REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA        NE 68102           ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384              ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/20/24                 CAR/TRK ID:    H20950-30
                                    SCALE TCKT  45009
SOLD TO: 5050115                    SHIP. DATE: 03/19/24
         MILLENKAMP CATTLE
         471 N 300 W                SHIPPED:   COLLECT
                                    CUST PO:
         JEROME        ID 833385078

TERMS    NET 30 DAYS               SHIP TO    MILLENKAMP DLVD BLACK P
                                              BURLEY            ID

                                    FOB        BURLEY, ID

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 62880 | 0029 | DISTILLER'S GRAINS | 31.44000 | 250.00000 | 7,860.00US |

                                                        -------------
                         TOTAL AMOUNT DUE THIS INVOICE      7,860.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 657661-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *

                    OUR CONTRACT NO.  IDA 20-H20950-030-000
                    YOUR CONTRACT NO. B

                              Customer Copy

**VITERRA**

INVOICE    660535-0024

```
JACK O'SULLIVAN        REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS      P. O. BOX 74008695
1331 CAPITOL AVE         CHICAGO, IL 60674-8695
OMAHA        NE 68102    ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370       ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/22/24                    CAR/TRK ID:      970899-490
                                       SCALE TCKT  91734
SOLD TO: 5050115                       SHIP. DATE: 03/19/24
         MILLENKAMP CATTLE
         471 N 300 W                   SHIPPED:   COLLECT
                                       CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS                   SHIP TO    MILLENKAMP
                                                  DECLO          ID

                                       FOB        BURLEY, ID

   NET LB CODE COMMODITY          SHORT TON        PRICE       AMOUNT
   49160 0035 CANOLA PELLETS        24.58000    336.00000    8,258.88US



                                                       -------------
                        TOTAL AMOUNT DUE THIS INVOICE      8,258.88US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 660535-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



            OUR CONTRACT NO.  CID 20-J01072-014-000
            YOUR CONTRACT NO.
```

Customer Copy

VITERRA

INVOICE    664204-0024

```
JACK O'SULLIVAN            REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA        NE 68102        ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370           ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/27/24                   CAR/TRK ID:    970899-491
                                      SCALE TCKT  91774
SOLD TO: 5050115                      SHIP. DATE: 03/19/24
         MILLENKAMP CATTLE
         471 N 300 W                  SHIPPED:   COLLECT
                                      CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS              SHIP TO    MILLENKAMP
                                             DECLO          ID

                                 FOB        BURLEY, ID

   NET LB CODE COMMODITY            SHORT TON        PRICE        AMOUNT
   69260 0035 CANOLA PELLETS        34.63000      336.00000    11,635.68US



                                                          -------------
                     TOTAL AMOUNT DUE THIS INVOICE          11,635.68US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 664204-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *




              OUR CONTRACT NO.  CID 20-J01072-015-000
              YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**

INVOICE    659941-0024

```
JAYMIE LARRISON              REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA        NE 68102            ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384               ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 03/21/24             CAR/TRK ID:     H20950-34
                                SCALE TCKT  45099
SOLD TO: 5050115                SHIP. DATE: 03/20/24
         MILLENKAMP CATTLE
         471 N 300 W               SHIPPED:   COLLECT
                                   CUST PO:
         JEROME      ID 833385078
```

```
TERMS    NET 30 DAYS            SHIP TO   MILLENKAMP DLVD BLACK P
                                          BURLEY          ID

                                FOB       BURLEY, ID
```

```
  NET LB CODE COMMODITY           SHORT TON      PRICE        AMOUNT
  64140 0029 DISTILLER'S GRAINS    32.07000    250.00000    8,017.50US
```

```
                                                          -------------
                      TOTAL AMOUNT DUE THIS INVOICE        8,017.50US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 659941-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                      OUR CONTRACT NO.  IDA 20-H20950-034-000
                      YOUR CONTRACT NO. B
```

Customer Copy

# VITERRA

INVOICE    659947-0024

```
JAYMIE LARRISON              REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA         NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384              ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/21/24              CAR/TRK ID:    H20950-33
                                 SCALE TCKT  45096
SOLD TO: 5050115                 SHIP. DATE: 03/20/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:   COLLECT
                                 CUST PO:
         JEROME      ID 833385078

TERMS    NET 30 DAYS             SHIP TO    MILLENKAMP DLVD BLACK P
                                            BURLEY          ID

                                 FOB        BURLEY, ID

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 64200 | 0029 | DISTILLER'S GRAINS | 32.10000 | 250.00000 | 8,025.00US |

                                                          -------------
                    TOTAL AMOUNT DUE THIS INVOICE         8,025.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 659947-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102        *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.     *

                    OUR CONTRACT NO.  IDA 20-H20950-033-000
                    YOUR CONTRACT NO. B

                              Customer Copy

# VITERRA

INVOICE    659949-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA          NE 68102        ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 03/21/24            CAR/TRK ID:    H20950-35
                               SCALE TCKT  45110
SOLD TO: 5050115               SHIP DATE: 03/20/24
         MILLENKAMP CATTLE
         471 N 300 W                 SHIPPED:  COLLECT
                                     CUST PO:
         JEROME      ID 833385078
```

```
TERMS    NET 30 DAYS           SHIP TO    MILLENKAMP DLVD BLACK P
                                          BURLEY           ID

                               FOB        BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 63320 | 0029 | DISTILLER'S GRAINS | 31.66000 | 250.00000 | 7,915.00US |

```
                                               -------------
                  TOTAL AMOUNT DUE THIS INVOICE      7,915.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 659949-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
              OUR CONTRACT NO.  IDA 20-H20950-035-000
              YOUR CONTRACT NO. B
```

Customer Copy

# VITERRA

INVOICE    659952-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS      P. O. BOX 74008695
1331 CAPITOL AVE             CHICAGO, IL 60674-8695
OMAHA        NE 68102       ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384          ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 03/21/24          CAR/TRK ID:     H20950-36
                             SCALE TCKT  45121
SOLD TO: 5050115             SHIP. DATE: 03/20/24
         MILLENKAMP CATTLE
         471 N 300 W               SHIPPED:   COLLECT
                                   CUST PO:
         JEROME        ID 833385078
```

```
TERMS    NET 30 DAYS          SHIP TO    MILLENKAMP DLVD BLACK P
                                         BURLEY           ID

                              FOB        BURLEY, ID
```

```
  NET LB CODE COMMODITY          SHORT TON       PRICE      AMOUNT
  64780 0029 DISTILLER'S GRAINS   32.39000    250.00000   8,097.50US
```

```
                                               -------------
                  TOTAL AMOUNT DUE THIS INVOICE     8,097.50US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 659952-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                  OUR CONTRACT NO.  IDA 20-H20950-036-000
                  YOUR CONTRACT NO. B
```

Customer Copy

**VITERRA**

INVOICE    664560-0024

```
JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370             ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 03/28/24            CAR/TRK ID:      970899-512
                               SCALE TCKT  91838
SOLD TO: 5050115               SHIP. DATE: 03/20/24
         MILLENKAMP CATTLE
         471 N 300 W           SHIPPED:   COLLECT
                               CUST PO:
         JEROME        ID 833385078
```

```
TERMS    NET 30 DAYS           SHIP TO    2694 E 750 S
                                          DELCO            ID

                               DELIVERED  DECLO, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 68620 | 0035 | CANOLA PELLETS | 34.31000 | 377.00000 | 12,934.87US |

```
                                               -------------
                 TOTAL AMOUNT DUE THIS INVOICE    12,934.87US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 664560-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
          OUR CONTRACT NO.  WAC 20-J01163-003-000
          YOUR CONTRACT NO.
```

Customer Copy

# VITERRA

INVOICE    665278-0024

```
JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS       P. O. BOX 74008695
1331 CAPITOL AVE              CHICAGO, IL 60674-8695
OMAHA        NE 68102         ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370            ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 03/28/24              CAR/TRK ID:     970899-510
                                 SCALE TCKT 91854
SOLD TO: 5050115                 SHIP. DATE: 03/20/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:  COLLECT
                                 CUST PO:
         JEROME       ID 833385078


TERMS    NET 30 DAYS             SHIP TO   2694 E 750 S
                                           DELCO          ID

                                 DELIVERED  DECLO, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 59740 | 0035 | CANOLA PELLETS | 29.87000 | 377.00000 | 11,260.99US |

```
                                              -------------
            TOTAL AMOUNT DUE THIS INVOICE     11,260.99US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 665278-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
            OUR CONTRACT NO.  WAC 20-J01163-001-000
            YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**

INVOICE      665284-0024

```
JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS       P. O. BOX 74008695
1331 CAPITOL AVE              CHICAGO, IL 60674-8695
OMAHA          NE 68102      ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370           ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/28/24                CAR/TRK ID:      970899-511
                                   SCALE TCKT  91823
SOLD TO: 5050115                   SHIP. DATE: 03/20/24
         MILLENKAMP CATTLE
         471 N 300 W               SHIPPED:   COLLECT
                                   CUST PO:
         JEROME      ID 833385078


TERMS    NET 30 DAYS              SHIP TO    2694 E 750 S
                                             DELCO          ID

                                 DELIVERED   DECLO, ID

```
 NET LB CODE COMMODITY            SHORT TON      PRICE       AMOUNT
 69980 0035 CANOLA PELLETS         34.99000    377.00000   13,191.23US
```

                                                  -------------
                     TOTAL AMOUNT DUE THIS INVOICE     13,191.23US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 665284-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *


                     OUR CONTRACT NO.  WAC 20-J01163-002-000
                     YOUR CONTRACT NO.




                          Customer Copy

# VITERRA

INVOICE     661114-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS       P. O. BOX 74008695
1331 CAPITOL AVE              CHICAGO, IL 60674-8695
OMAHA        NE 68102         ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384            ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/25/24            CAR/TRK ID:     H20950-38
                              SCALE TCKT  45167
SOLD TO: 5050115              SHIP. DATE: 03/21/24
         MILLENKAMP CATTLE
         471 N 300 W          SHIPPED:  COLLECT
                              CUST PO:
         JEROME       ID 833385078


TERMS    NET 30 DAYS          SHIP TO    MILLENKAMP DLVD BLACK P
                                         BURLEY           ID

                              FOB        BURLEY, ID

NET LB CODE COMMODITY            SHORT TON       PRICE      AMOUNT
  63560 0029 DISTILLER'S GRAINS    31.78000   250.00000   7,945.00US


                                               -------------
            TOTAL AMOUNT DUE THIS INVOICE        7,945.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 661114-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



            OUR CONTRACT NO.  IDA 20-H20950-038-000
            YOUR CONTRACT NO. B
```

Customer Copy

# VITERRA

INVOICE   661117-0024

```
JAYMIE LARRISON           REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/25/24          CAR/TRK ID:      H20950-37
                             SCALE TCKT  45163
SOLD TO: 5050115             SHIP. DATE: 03/21/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:   COLLECT
                                 CUST PO:
         JEROME      ID 833385078


TERMS    NET 30 DAYS         SHIP TO   MILLENKAMP DLVD BLACK P
                                       BURLEY           ID

                             FOB       BURLEY, ID

| NET LB CODE COMMODITY | SHORT TON | PRICE | AMOUNT |
|---|---|---|---|
| 64480 0029 DISTILLER'S GRAINS | 32.24000 | 250.00000 | 8,060.00US |

```
                                              -------------
              TOTAL AMOUNT DUE THIS INVOICE      8,060.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 661117-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
          OUR CONTRACT NO.  IDA 20-H20950-037-000
          YOUR CONTRACT NO. B
```

Customer Copy

# VITERRA

INVOICE    661118-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA          NE 68102        ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 03/25/24           CAR/TRK ID:     H20950-39
                              SCALE TCKT  45172
SOLD TO: 5050115              SHIP. DATE: 03/21/24
         MILLENKAMP CATTLE
         471 N 300 W                 SHIPPED:   COLLECT
                                     CUST PO:
         JEROME        ID 833385078
```

```
TERMS    NET 30 DAYS          SHIP TO    MILLENKAMP DLVD BLACK P
                                         BURLEY              ID

                              FOB        BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 63440 | 0029 | DISTILLER'S GRAINS | 31.72000 | 250.00000 | 7,930.00US |

```
                                                      -------------
                      TOTAL AMOUNT DUE THIS INVOICE     7,930.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 661118-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                      OUR CONTRACT NO.  IDA 20-H20950-039-000
                      YOUR CONTRACT NO. B
```

Customer Copy

VITERRA

INVOICE    664582-0024

```
JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102     ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370        ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 03/28/24              CAR/TRK ID:      970899-513
                                 SCALE TCKT 91920
SOLD TO: 5050115                 SHIP. DATE: 03/21/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:   COLLECT
                                 CUST PO:
         JEROME       ID 833385078
```

```
TERMS    NET 30 DAYS            SHIP TO    2694 E 750 S
                                           DELCO            ID

                                DELIVERED  DECLO, ID
```

```
NET LB CODE COMMODITY              SHORT TON       PRICE       AMOUNT
62240 0035 CANOLA PELLETS           31.12000    377.00000  11,732.24US
```

```
                                              -------------
            TOTAL AMOUNT DUE THIS INVOICE      11,732.24US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 664582-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
            OUR CONTRACT NO.  WAC 20-J01163-004-000
            YOUR CONTRACT NO.
```

Customer Copy

INVOICE    669549-0024

```
JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA          NE 68102        ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370             ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 04/03/24                CAR/TRK ID:      970899-516
                                   SCALE TCKT  91936
SOLD TO: 5050115                   SHIP. DATE: 03/21/24
         MILLENKAMP CATTLE
         471 N 300 W                  SHIPPED:   COLLECT
                                      CUST PO:
         JEROME        ID 833385078


TERMS   NET 30 DAYS               SHIP TO    2694 E 750 S
                                             DELCO            ID

                                  DELIVERED   DECLO, ID

```
NET LB CODE COMMODITY            SHORT TON       PRICE       AMOUNT
51620 0035 CANOLA PELLETS        25.81000      377.00000    9,730.37US
```

                                                         -------------
                      TOTAL AMOUNT DUE THIS INVOICE        9,730.37US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 669549-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *


                      OUR CONTRACT NO.  WAC 20-J01163-007-000
                      YOUR CONTRACT NO.


                          Customer Copy

INVOICE      669574-0024

JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE          CHICAGO, IL 60674-8695
OMAHA          NE 68102      ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370          ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/03/24          CAR/TRK ID:    970899-517
                SCALE TCKT  91939
SOLD TO: 5050115          SHIP. DATE: 03/21/24
        MILLENKAMP CATTLE
        471 N 300 W          SHIPPED:   COLLECT
                CUST PO:
        JEROME     ID 833385078


TERMS   NET 30 DAYS        SHIP TO    2694 E 750 S
                DELCO          ID

                DELIVERED  DECLO, ID

   NET LB CODE COMMODITY        SHORT TON      PRICE      AMOUNT
   50460 0035 CANOLA PELLETS      25.23000   377.00000   9,511.71US


                -------------
            TOTAL AMOUNT DUE THIS INVOICE      9,511.71US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 669574-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102      *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.   *



        OUR CONTRACT NO.  WAC 20-J01163-008-000
        YOUR CONTRACT NO.



                Customer Copy

# VITERRA

INVOICE    669579-0024

```
JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370             ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 04/03/24                CAR/TRK ID:      970899-515
                                   SCALE TCKT  91943
SOLD TO: 5050115                   SHIP. DATE: 03/21/24
         MILLENKAMP CATTLE
         471 N 300 W               SHIPPED:   COLLECT
                                   CUST PO:
         JEROME       ID 833385078


TERMS    NET 30 DAYS              SHIP TO    2694 E 750 S
                                             DELCO            ID

                                 DELIVERED  DECLO, ID

| NET LB CODE COMMODITY | SHORT TON | PRICE | AMOUNT |
|---|---|---|---|
| 52120 0035 CANOLA PELLETS | 26.06000 | 377.00000 | 9,824.62US |

```
                                                    -------------
                      TOTAL AMOUNT DUE THIS INVOICE     9,824.62US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 669579-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
             OUR CONTRACT NO.  WAC 20-J01163-006-000
             YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**

INVOICE    661543-0024

```
JAYMIE LARRISON              REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA        NE 68102            ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384              ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 03/25/24             CAR/TRK ID:    H20950-41
                                SCALE TCKT  45204
SOLD TO: 5050115                SHIP. DATE: 03/22/24
         MILLENKAMP CATTLE
         471 N 300 W                SHIPPED:   COLLECT
                                    CUST PO:
         JEROME       ID 833385078


TERMS    NET 30 DAYS             SHIP TO    MILLENKAMP DLVD BLACK P
                                            BURLEY          ID

                                FOB        BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 65320 | 0029 | DISTILLER'S GRAINS | 32.66000 | 250.00000 | 8,165.00US |

```
                                                    -------------
                    TOTAL AMOUNT DUE THIS INVOICE      8,165.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 661543-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *


                    OUR CONTRACT NO.  IDA 20-H20950-041-000
                    YOUR CONTRACT NO. B
```

Customer Copy

INVOICE    661549-0024

```
JAYMIE LARRISON             REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA         NE 68102           ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384               ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 03/25/24              CAR/TRK ID:     H20950-44
                                 SCALE TCKT  45228
SOLD TO: 5050115                 SHIP. DATE: 03/22/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:   COLLECT
                                 CUST PO:
         JEROME       ID 833385078


TERMS    NET 30 DAYS             SHIP TO    MILLENKAMP DLVD BLACK P
                                            BURLEY            ID

                                 FOB        BURLEY, ID

   NET LB CODE COMMODITY           SHORT TON       PRICE      AMOUNT
   63360 0029 DISTILLER'S GRAINS    31.68000    250.00000   7,920.00US



                                                        -------------
                  TOTAL AMOUNT DUE THIS INVOICE            7,920.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 661549-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                  OUR CONTRACT NO.  IDA 20-H20950-044-000
                  YOUR CONTRACT NO. B
```

INVOICE      661550-0024

```
JAYMIE LARRISON            REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS         P. O. BOX 74008695
1331 CAPITOL AVE                CHICAGO, IL 60674-8695
OMAHA         NE 68102         ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 03/25/24            CAR/TRK ID:     H20950-42
                               SCALE TCKT  45218
SOLD TO: 5050115               SHIP. DATE: 03/22/24
         MILLENKAMP CATTLE
         471 N 300 W           SHIPPED:   COLLECT
                               CUST PO:
         JEROME      ID 833385078


TERMS    NET 30 DAYS           SHIP TO    MILLENKAMP DLVD BLACK P
                                          BURLEY            ID

                               FOB        BURLEY, ID

   NET LB CODE COMMODITY          SHORT TON       PRICE      AMOUNT
   64620 0029 DISTILLER'S GRAINS    32.31000    250.00000   8,077.50US



                                               -------------
                TOTAL AMOUNT DUE THIS INVOICE      8,077.50US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 661550-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                OUR CONTRACT NO.  IDA 20-H20950-042-000
                YOUR CONTRACT NO. B
```

Customer Copy

VITERRA

INVOICE      661554-0024

```
JAYMIE LARRISON              REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS            P. O. BOX 74008695
1331 CAPITOL AVE                   CHICAGO, IL 60674-8695
OMAHA        NE 68102              ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384                 ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/25/24              CAR/TRK ID:     H20950-43
                                 SCALE TCKT  45220
SOLD TO: 5050115                 SHIP. DATE: 03/22/24
         MILLENKAMP CATTLE
         471 N 300 W                 SHIPPED:   COLLECT
                                     CUST PO:
         JEROME       ID 833385078


TERMS   NET 30 DAYS              SHIP TO    MILLENKAMP DLVD BLACK P
                                            BURLEY            ID

                                 FOB        BURLEY, ID

   NET LB CODE COMMODITY              SHORT TON       PRICE       AMOUNT
   65000 0029 DISTILLER'S GRAINS       32.50000    250.00000    8,125.00US


                                                      -------------
                    TOTAL AMOUNT DUE THIS INVOICE      8,125.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 661554-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                    OUR CONTRACT NO.  IDA 20-H20950-043-000
                    YOUR CONTRACT NO. B
```

Customer Copy

**VITERRA**

INVOICE    661557-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE              CHICAGO, IL 60674-8695
OMAHA        NE 68102        ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384           ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/25/24                CAR/TRK ID:    H20950-40
                                   SCALE TCKT  45203
SOLD TO: 5050115                   SHIP. DATE: 03/22/24
         MILLENKAMP CATTLE
         471 N 300 W               SHIPPED:   COLLECT
                                   CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS          SHIP TO    MILLENKAMP DLVD BLACK P
                                         BURLEY              ID

                              FOB        BURLEY, ID

   NET LB CODE COMMODITY          SHORT TON        PRICE      AMOUNT
   63280 0029 DISTILLER'S GRAINS   31.64000     250.00000    7,910.00US

                                                        -------------
                   TOTAL AMOUNT DUE THIS INVOICE          7,910.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 661557-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                   OUR CONTRACT NO.  IDA 20-H20950-040-000
                   YOUR CONTRACT NO. B
```

Customer Copy

INVOICE    661544-0024

```
JAYMIE LARRISON            REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS         P. O. BOX 74008695
1331 CAPITOL AVE                CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/25/24                CAR/TRK ID:     H20950-46
                                   SCALE TCKT 45269
SOLD TO: 5050115                   SHIP. DATE: 03/23/24
         MILLENKAMP CATTLE
         471 N 300 W               SHIPPED:   COLLECT
                                   CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS          SHIP TO   MILLENKAMP DLVD BLACK P
                                        BURLEY            ID

                              FOB       BURLEY, ID

```
   NET LB CODE COMMODITY          SHORT TON       PRICE      AMOUNT
   60880 0029 DISTILLER'S GRAINS    30.44000   250.00000   7,610.00US
```

                                                          -------------
                         TOTAL AMOUNT DUE THIS INVOICE      7,610.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 661544-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



            OUR CONTRACT NO.  IDA 20-H20950-046-000
            YOUR CONTRACT NO. B




                         Customer Copy

**VITERRA**

INVOICE      661552-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/25/24              CAR/TRK ID:      H20950-47
                                 SCALE TCKT  45270
SOLD TO: 5050115                 SHIP. DATE: 03/23/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:   COLLECT
                                     CUST PO:
         JEROME        ID 833385078

TERMS    NET 30 DAYS             SHIP TO    MILLENKAMP DLVD BLACK P
                                            BURLEY             ID

                                 FOB        BURLEY, ID

| NET LB CODE COMMODITY | SHORT TON | PRICE | AMOUNT |
|---|---|---|---|
| 62980 0029 DISTILLER'S GRAINS | 31.49000 | 250.00000 | 7,872.50US |

                                                    -------------
                    TOTAL AMOUNT DUE THIS INVOICE      7,872.50US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 661552-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *


                    OUR CONTRACT NO.  IDA 20-H20950-047-000
                    YOUR CONTRACT NO. B



                              Customer Copy
```

INVOICE    661559-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS       P. O. BOX 74008695
1331 CAPITOL AVE            CHICAGO, IL 60674-8695
OMAHA         NE 68102     ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384         ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/25/24              CAR/TRK ID:      H20950-45
                                 SCALE TCKT  45268
SOLD TO: 5050115                 SHIP. DATE: 03/23/24
         MILLENKAMP CATTLE
         471 N 300 W                 SHIPPED:   COLLECT
                                     CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS          SHIP TO    MILLENKAMP DLVD BLACK P
                                         BURLEY            ID

                              FOB        BURLEY, ID

  NET LB CODE COMMODITY          SHORT TON        PRICE       AMOUNT
  60760 0029 DISTILLER'S GRAINS    30.38000    250.00000    7,595.00US




                                              -------------
                  TOTAL AMOUNT DUE THIS INVOICE     7,595.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 661559-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                  OUR CONTRACT NO.  IDA 20-H20950-045-000
                  YOUR CONTRACT NO. B
```

Customer Copy

INVOICE   663309-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS       P. O. BOX 74008695
1331 CAPITOL AVE             CHICAGO, IL 60674-8695
OMAHA        NE 68102        ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384           ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/26/24                CAR/TRK ID:     H20950-48
                                   SCALE TCKT  45326
SOLD TO: 5050115                   SHIP. DATE: 03/25/24
         MILLENKAMP CATTLE
         471 N 300 W               SHIPPED:   COLLECT
                                   CUST PO:
         JEROME        ID 833385078            .


TERMS    NET 30 DAYS           SHIP TO    MILLENKAMP DLVD BLACK P
                                          BURLEY              ID

                               FOB        BURLEY, ID

   NET LB CODE COMMODITY           SHORT TON        PRICE       AMOUNT
   65320 0029 DISTILLER'S GRAINS    32.66000     250.00000   8,165.00US


                                                          -------------
                   TOTAL AMOUNT DUE THIS INVOICE           8,165.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 663309-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                  OUR CONTRACT NO.  IDA 20-H20950-048-000
                  YOUR CONTRACT NO. B




                              Customer Copy
```

VITERRA

INVOICE       663319-0024

```
JAYMIE LARRISON               REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS            P. O. BOX 74008695
1331 CAPITOL AVE                   CHICAGO, IL 60674-8695
OMAHA          NE 68102            ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384                 ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 03/26/24              CAR/TRK ID:      H20956-1
                                SCALE TCKT  45351
SOLD TO: 5050115                SHIP. DATE: 03/25/24
         MILLENKAMP CATTLE
         471 N 300 W            SHIPPED:   COLLECT
                                  CUST PO:
         JEROME       ID 833385078
```

```
TERMS   NET 30 DAYS             SHIP TO   MILLENKAMP DLVD BLACK P
                                          BURLEY            ID

                                FOB       BURLEY, ID
```

```
  NET LB CODE COMMODITY           SHORT TON      PRICE       AMOUNT
  62760 0029 DISTILLER'S GRAINS    31.38000   240.00000    7,531.20US
```

```
                                            -------------
               TOTAL AMOUNT DUE THIS INVOICE     7,531.20US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 663319-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
               OUR CONTRACT NO.  IDA 20-H20956-001-000
               YOUR CONTRACT NO. B
```

Customer Copy

**VITERRA**

INVOICE    663320-0024

```
JAYMIE LARRISON            REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA        NE 68102      ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384         ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/26/24            CAR/TRK ID:     H20950-49
                              SCALE TCKT  45337
SOLD TO: 5050115              SHIP. DATE: 03/25/24
         MILLENKAMP CATTLE
         471 N 300 W          SHIPPED:   COLLECT
                              CUST PO:
         JEROME      ID 833385078


TERMS    NET 30 DAYS          SHIP TO    MILLENKAMP DLVD BLACK P
                                         BURLEY          ID

                              FOB        BURLEY, ID

```
 NET LB CODE COMMODITY            SHORT TON       PRICE      AMOUNT
 66320 0029 DISTILLER'S GRAINS     33.16000    250.00000   8,290.00US
```

```
                                              -------------
                    TOTAL AMOUNT DUE THIS INVOICE    8,290.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 663320-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
              OUR CONTRACT NO.  IDA 20-H20950-049-000
              YOUR CONTRACT NO. B
```

Customer Copy

**VITERRA**

INVOICE      663324-0024

JAYMIE LARRISON            REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS         P. O. BOX 74008695
1331 CAPITOL AVE                CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 03/26/24            CAR/TRK ID:      H20956-3
                              SCALE TCKT  45355
SOLD TO: 5050115              SHIP. DATE: 03/25/24
         MILLENKAMP CATTLE
         471 N 300 W          SHIPPED:   COLLECT
                              CUST PO:
         JEROME      ID 833385078


TERMS   NET 30 DAYS           SHIP TO   MILLENKAMP DLVD BLACK P
                                        BURLEY           ID

                              FOB       BURLEY, ID

   NET LB CODE COMMODITY          SHORT TON      PRICE      AMOUNT
   63100 0029 DISTILLER'S GRAINS   31.55000   240.00000   7,572.00US


                                               -------------
            TOTAL AMOUNT DUE THIS INVOICE       7,572.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 663324-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *


            OUR CONTRACT NO.  IDA 20-H20956-003-000
            YOUR CONTRACT NO. B


Customer Copy

VITERRA

INVOICE    668695-0224

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA          NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384              ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/02/24              CAR/TRK ID:    H20950-50
                                 SCALE TCKT  45343
SOLD TO: 5050115                 SHIP. DATE: 03/25/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:   COLLECT
                                 CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS             SHIP TO   MILLENKAMP DLVD BLACK P
                                           BURLEY          ID

                                 FOB       BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 66460 | 0029 | DISTILLER'S GRAINS | 33.23000 | 250.00000 | 8,307.50US |

```
                                           -------------
              TOTAL AMOUNT DUE THIS INVOICE      8,307.50US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 668695-0224
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102        *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.     *


              OUR CONTRACT NO.  IDA 20-H20950-050-002
              YOUR CONTRACT NO. B
```

Customer Copy

INVOICE    669529-0024

```
JACK O'SULLIVAN              REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA        NE 68102            ACCT:4451194875  / SWIFT:BOFAUS3N
PH: (402) 889-4370               ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 04/03/24              CAR/TRK ID:     970899-548
                                 SCALE TCKT  92112
SOLD TO: 5050115                 SHIP. DATE: 03/25/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:   COLLECT
                                     CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS             SHIP TO    MILLENKAMP
                                            DELCO            ID

                                 FOB        BURLEY,ID

  NET LB CODE COMMODITY             SHORT TON       PRICE       AMOUNT
  64360 0035 CANOLA PELLETS          32.18000    350.00000   11,263.00US



                                                         -------------
                       TOTAL AMOUNT DUE THIS INVOICE      11,263.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 669529-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



          OUR CONTRACT NO.  CID 20-J01177-007-000
          YOUR CONTRACT NO.
```

Customer Copy

# VITERRA

INVOICE      667389-0024

JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE          CHICAGO, IL 60674-8695
OMAHA          NE 68102    ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370        ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/01/24          CAR/TRK ID:      970899-547
                             SCALE TCKT  92120
SOLD TO: 5050115             SHIP. DATE: 03/26/24
         MILLENKAMP CATTLE
         471 N 300 W          SHIPPED:   COLLECT
                              CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS          SHIP TO    2694 E 750 S
                                         DELCO             ID

                              FOB        BURLEY,ID

   NET LB CODE COMMODITY          SHORT TON      PRICE      AMOUNT
   51020 0035 CANOLA PELLETS       25.51000    350.00000   8,928.50US


                                              -------------
                    TOTAL AMOUNT DUE THIS INVOICE      8,928.50US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667389-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102        *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.     *



                    OUR CONTRACT NO.  CID 20-J01177-006-000
                    YOUR CONTRACT NO.




                              Customer Copy

**VITERRA**

INVOICE   667151-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875  / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/01/24            CAR/TRK ID:     H20956-4
                              SCALE TCKT  45420
SOLD TO: 5050115              SHIP. DATE: 03/26/24
         MILLENKAMP CATTLE
         471 N 300 W           SHIPPED:   COLLECT
                              CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS          SHIP TO    MILLENKAMP DLVD BLACK P
                                         BURLEY              ID

                              FOB        BURLEY, ID

   NET LB CODE COMMODITY          SHORT TON        PRICE      AMOUNT
   63700 0029 DISTILLER'S GRAINS    31.85000    240.00000   7,644.00US



                                                 -------------
             TOTAL AMOUNT DUE THIS INVOICE         7,644.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667151-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



             OUR CONTRACT NO.  IDA 20-H20956-004-000
             YOUR CONTRACT NO. B
```

Customer Copy

**VITERRA**

INVOICE       667157-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS         P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA          NE 68102        ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 04/01/24                CAR/TRK ID:      H20956-5
                                   SCALE TCKT  45423
SOLD TO: 5050115                   SHIP. DATE: 03/26/24
         MILLENKAMP CATTLE
         471 N 300 W               SHIPPED:   COLLECT
                                   CUST PO:
         JEROME       ID 833385078


TERMS    NET 30 DAYS              SHIP TO    MILLENKAMP DLVD BLACK P
                                             BURLEY              ID

                                   FOB       BURLEY, ID

```
  NET LB CODE COMMODITY            SHORT TON        PRICE       AMOUNT
  64260 0029 DISTILLER'S GRAINS     32.13000      240.00000   7,711.20US
```

                                                   -------------
                    TOTAL AMOUNT DUE THIS INVOICE    7,711.20US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667157-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *


                    OUR CONTRACT NO.  IDA 20-H20956-005-000
                    YOUR CONTRACT NO. B




                            Customer Copy

VITERRA

INVOICE    669525-0024

```
JACK O'SULLIVAN           REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370             ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 04/03/24              CAR/TRK ID:      970899-555
                                 SCALE TCKT  92198
SOLD TO: 5050115                 SHIP. DATE: 03/26/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:   COLLECT
                                 CUST PO:
         JEROME       ID 833385078
```

```
TERMS    NET 30 DAYS            SHIP TO    2694 E 750 S
                                           DELCO            ID

                                FOB        BURLEY,ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 63800 | 0035 | CANOLA PELLETS | 31.90000 | 350.00000 | 11,165.00US |

```
                                                  -------------
                      TOTAL AMOUNT DUE THIS INVOICE      11,165.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 669525-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                      OUR CONTRACT NO.  CID 20-J01177-001-000
                      YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**

INVOICE     669560-0024

```
JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA       NE 68102           ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370             ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 04/03/24                CAR/TRK ID:    970899-557
                                   SCALE TCKT  92199
SOLD TO: 5050115                   SHIP. DATE: 03/26/24
         MILLENKAMP CATTLE
         471 N 300 W              SHIPPED:  COLLECT
                                  CUST PO:
         JEROME       ID 833385078


TERMS   NET 30 DAYS              SHIP TO    2694 E 750 S
                                            DELCO              ID

                                 FOB        BURLEY,ID

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 59260 | 0035 | CANOLA PELLETS | 29.63000 | 350.00000 | 10,370.50US |

                                                        -------------
                    TOTAL AMOUNT DUE THIS INVOICE        10,370.50US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 669560-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *


                    OUR CONTRACT NO.  CID 20-J01177-009-000
                    YOUR CONTRACT NO.




                         Customer Copy

VITERRA

INVOICE    669573-0024

```
JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875  / SWIFT:BOFAUS3N
PH: (402) 889-4370             ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/03/24            CAR/TRK ID:    970899-556
                               SCALE TCKT  92201
SOLD TO: 5050115               SHIP. DATE: 03/26/24
         MILLENKAMP CATTLE
         471 N 300 W           SHIPPED:  COLLECT
                               CUST PO:
         JEROME       ID 833385078


TERMS   NET 30 DAYS            SHIP TO    2694 E 750 S
                                          DELCO            ID

                               FOB        BURLEY,ID

    NET LB CODE COMMODITY          SHORT TON      PRICE      AMOUNT
    63600 0035 CANOLA PELLETS       31.80000    350.00000  11,130.00US


                                                         -------------
                      TOTAL AMOUNT DUE THIS INVOICE       11,130.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 669573-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



              OUR CONTRACT NO.  CID 20-J01177-002-000
              YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**

INVOICE   665282-0024

```
JACK O'SULLIVAN              REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS              P. O. BOX 74008695
1331 CAPITOL AVE                     CHICAGO, IL 60674-8695
OMAHA          NE 68102             ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370                  ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 03/28/24                 CAR/TRK ID:    970899-514
                                    SCALE TCKT  91947
SOLD TO: 5050115                    SHIP. DATE: 03/27/24
         MILLENKAMP CATTLE
         471 N 300 W                SHIPPED:   COLLECT
                                    CUST PO:
         JEROME       ID 833385078


TERMS    NET 30 DAYS               SHIP TO    2694 E 750 S
                                              DELCO               ID

                                   DELIVERED  DECLO, ID

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 69880 | 0035 | CANOLA PELLETS | 34.94000 | 377.00000 | 13,172.38US |

```
                                                    -------------
                    TOTAL AMOUNT DUE THIS INVOICE      13,172.38US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 665282-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                    OUR CONTRACT NO.  WAC 20-J01163-005-000
                    YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**

INVOICE     667159-0024

JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS       P. O. BOX 74008695
1331 CAPITOL AVE             CHICAGO, IL 60674-8695
OMAHA        NE 68102        ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384          ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/01/24          CAR/TRK ID:     H20956-8
                             SCALE TCKT  45474
SOLD TO: 5050115             SHIP. DATE: 03/27/24
         MILLENKAMP CATTLE
         471 N 300 W              SHIPPED:   COLLECT
                                  CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS         SHIP TO   MILLENKAMP DLVD BLACK P
                                       BURLEY          ID

                             FOB       BURLEY, ID

   NET LB CODE COMMODITY          SHORT TON       PRICE      AMOUNT
   64220 0029 DISTILLER'S GRAINS    32.11000    240.00000   7,706.40US


                                                    -------------
                    TOTAL AMOUNT DUE THIS INVOICE       7,706.40US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667159-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                    OUR CONTRACT NO.  IDA 20-H20956-008-000
                    YOUR CONTRACT NO. B




                          Customer Copy

**VITERRA**

INVOICE    667160-0024

```
JAYMIE LARRISON              REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA        NE 68102           ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384              ACH ABA:111000012 / WIRE ABA:026009593


INV. DATE: 04/01/24             CAR/TRK ID:    H20956-2
                                SCALE TCKT  45470
SOLD TO: 5050115                SHIP. DATE: 03/27/24
         MILLENKAMP CATTLE
         471 N 300 W            SHIPPED:   COLLECT
                                CUST PO:
         JEROME       ID 833385078


TERMS    NET 30 DAYS            SHIP TO   MILLENKAMP DLVD BLACK P
                                          BURLEY            ID

                                FOB       BURLEY, ID

   NET LB CODE COMMODITY          SHORT TON      PRICE       AMOUNT
   67420 0029 DISTILLER'S GRAINS  33.71000   240.00000   8,090.40US
```

```
                                                     -------------
                       TOTAL AMOUNT DUE THIS INVOICE    8,090.40US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667160-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
              OUR CONTRACT NO.  IDA 20-H20956-002-000
              YOUR CONTRACT NO. B
```

Customer Copy

# VITERRA

INVOICE          667161-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE          CHICAGO, IL 60674-8695
OMAHA        NE 68102        ACCT:4451194875  / SWIFT:BOFAUS3N
PH: (402) 889-4384        ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/01/24          CAR/TRK ID:    H20956-7
                             SCALE TCKT  45460
SOLD TO: 5050115             SHIP. DATE: 03/27/24
         MILLENKAMP CATTLE
         471 N 300 W          SHIPPED:   COLLECT
                              CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS          SHIP TO    MILLENKAMP DLVD BLACK P
                                         BURLEY            ID

                              FOB        BURLEY, ID

   NET LB CODE COMMODITY            SHORT TON        PRICE       AMOUNT
   59760 0029 DISTILLER'S GRAINS      29.88000     240.00000   7,171.20US
```

```
                                                        -------------
                    TOTAL AMOUNT DUE THIS INVOICE          7,171.20US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667161-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                    OUR CONTRACT NO.  IDA 20-H20956-007-000
                    YOUR CONTRACT NO. B
```

Customer Copy

# VITERRA

INVOICE    667162-0024

```
JAYMIE LARRISON              REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA        NE 68102           ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384              ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/01/24             CAR/TRK ID:    H20956-6
                                SCALE TCKT  45454
SOLD TO: 5050115                SHIP. DATE: 03/27/24
        MILLENKAMP CATTLE
        471 N 300 W             SHIPPED:   COLLECT
                                CUST PO:
        JEROME        ID 833385078


TERMS   NET 30 DAYS             SHIP TO   MILLENKAMP DLVD BLACK P
                                          BURLEY            ID

                                FOB       BURLEY, ID

   NET LB CODE COMMODITY            SHORT TON        PRICE      AMOUNT
   64380 0029 DISTILLER'S GRAINS     32.19000      240.00000   7,725.60US



                                                    -------------
                    TOTAL AMOUNT DUE THIS INVOICE      7,725.60US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667162-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                OUR CONTRACT NO.  IDA 20-H20956-006-000
                YOUR CONTRACT NO. B
```

Customer Copy

INVOICE     667163-0024

**VITERRA**

```
JAYMIE LARRISON            REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS         P. O. BOX 74008695
1331 CAPITOL AVE                CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 04/01/24              CAR/TRK ID:    H20956-9
                                 SCALE TCKT  45497
SOLD TO: 5050115                 SHIP. DATE: 03/27/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:  COLLECT
                                 CUST PO:
         JEROME        ID 833385078


TERMS   NET 30 DAYS              SHIP TO   MILLENKAMP DLVD BLACK P
                                           BURLEY          ID

                                 FOB        BURLEY, ID

     NET LB CODE COMMODITY          SHORT TON        PRICE       AMOUNT
     65400 0029 DISTILLER'S GRAINS   32.70000     240.00000    7,848.00US


                                                 -------------
                     TOTAL AMOUNT DUE THIS INVOICE    7,848.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667163-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *


                     OUR CONTRACT NO.  IDA 20-H20956-009-000
                     YOUR CONTRACT NO. B
```

Customer Copy

**VITERRA**

INVOICE   667164-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS       P. O. BOX 74008695
1331 CAPITOL AVE              CHICAGO, IL 60674-8695
OMAHA          NE 68102       ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384            ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 04/01/24            CAR/TRK ID:      H20956-10
                              SCALE TCKT 45522
SOLD TO: 5050115              SHIP. DATE: 03/27/24
         MILLENKAMP CATTLE
         471 N 300 W          SHIPPED:   COLLECT
                              CUST PO:
         JEROME        ID 833385078
```

```
TERMS    NET 30 DAYS          SHIP TO   MILLENKAMP DLVD BLACK P
                                        BURLEY            ID

                              FOB       BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 62740 | 0029 | DISTILLER'S GRAINS | 31.37000 | 240.00000 | 7,528.80US |

```
                                                    -------------
                    TOTAL AMOUNT DUE THIS INVOICE      7,528.80US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667164-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                    OUR CONTRACT NO.  IDA 20-H20956-010-000
                    YOUR CONTRACT NO. B
```

Customer Copy

INVOICE   667690-0024

```
JACK O'SULLIVAN              REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS            P. O. BOX 74008695
1331 CAPITOL AVE                   CHICAGO, IL 60674-8695
OMAHA        NE 68102             ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370               ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 04/02/24              CAR/TRK ID:     970899-549
                                SCALE TCKT  92274
SOLD TO: 5050115                SHIP. DATE: 03/27/24
         MILLENKAMP CATTLE
         471 N 300 W            SHIPPED:   COLLECT
                               CUST PO:
         JEROME       ID 833385078


TERMS     NET 30 DAYS           SHIP TO    2694 E 750 S
                                          DELCO          ID

                               FOB        BURLEY,ID

```
   NET LB CODE COMMODITY          SHORT TON      PRICE      AMOUNT
   50040 0035 CANOLA PELLETS        25.02000   350.00000   8,757.00US
```

```
                                                    -------------
                    TOTAL AMOUNT DUE THIS INVOICE      8,757.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667690-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102        *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.     *
```

```
                    OUR CONTRACT NO.  CID 20-J01177-008-000
                    YOUR CONTRACT NO.
```

Customer Copy

INVOICE      667169-0024

```
JAYMIE LARRISON           REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS         P. O. BOX 74008695
1331 CAPITOL AVE                CHICAGO, IL 60674-8695
OMAHA         NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/01/24            CAR/TRK ID:      H20956-14
                              SCALE TCKT  45585
SOLD TO: 5050115               SHIP. DATE: 03/28/24
         MILLENKAMP CATTLE
         471 N 300 W           SHIPPED:   COLLECT
                              CUST PO:
         JEROME         ID 833385078


TERMS    NET 30 DAYS          SHIP TO   MILLENKAMP DLVD BLACK P
                                        BURLEY           ID

                              FOB       BURLEY, ID

  NET LB CODE COMMODITY            SHORT TON        PRICE       AMOUNT
  61420 0029 DISTILLER'S GRAINS      30.71000    240.00000    7,370.40US



                                                  -------------
              TOTAL AMOUNT DUE THIS INVOICE          7,370.40US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667169-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *




              OUR CONTRACT NO.  IDA 20-H20956-014-000
              YOUR CONTRACT NO. B
```

Customer Copy

**VITERRA**

INVOICE     667171-0024

```
JAYMIE LARRISON            REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA          NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384               ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 04/01/24             CAR/TRK ID:      H20956-13
                                SCALE TCKT  45583
SOLD TO: 5050115                SHIP. DATE: 03/28/24
        MILLENKAMP CATTLE
        471 N 300 W             SHIPPED:  COLLECT
                                CUST PO:
        JEROME        ID 833385078
```

```
TERMS    NET 30 DAYS            SHIP TO   MILLENKAMP DLVD BLACK P
                                          BURLEY              ID

                                FOB       BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 62720 | 0029 | DISTILLER'S GRAINS | 31.36000 | 240.00000 | 7,526.40US |

```
                                               -------------
                    TOTAL AMOUNT DUE THIS INVOICE      7,526.40US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667171-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                    OUR CONTRACT NO.  IDA 20-H20956-013-000
                    YOUR CONTRACT NO. B
```

Customer Copy

# VITERRA

INVOICE    667177-0024

```
JAYMIE LARRISON              REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS              P. O. BOX 74008695
1331 CAPITOL AVE                    CHICAGO, IL 60674-8695
OMAHA          NE 68102        ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593


INV. DATE: 04/01/24              CAR/TRK ID:    H20956-15
                                 SCALE TCKT  45601
SOLD TO: 5050115                 SHIP. DATE: 03/28/24
         MILLENKAMP CATTLE
         471 N 300 W                  SHIPPED:   COLLECT
                                      CUST PO:
         JEROME          ID 833385078


TERMS    NET 30 DAYS              SHIP TO    MILLENKAMP DLVD BLACK P
                                             BURLEY              ID

                                 FOB        BURLEY, ID


   NET LB CODE COMMODITY              SHORT TON        PRICE        AMOUNT
   64300 0029 DISTILLER'S GRAINS       32.15000     240.00000    7,716.00US



                                                    -------------
                        TOTAL AMOUNT DUE THIS INVOICE    7,716.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667177-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *




                        OUR CONTRACT NO.  IDA 20-H20956-015-000
                        YOUR CONTRACT NO. B
```

Customer Copy

INVOICE   667178-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384            ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 04/01/24              CAR/TRK ID:    H20956-11
                                SCALE TCKT 45567
SOLD TO: 5050115                SHIP. DATE: 03/28/24
        MILLENKAMP CATTLE
        471 N 300 W             SHIPPED:  COLLECT
                                CUST PO:
        JEROME        ID 833385078
```

```
TERMS    NET 30 DAYS            SHIP TO   MILLENKAMP DLVD BLACK P
                                          BURLEY              ID

                                FOB       BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 63660 | 0029 | DISTILLER'S GRAINS | 31.83000 | 240.00000 | 7,639.20US |

```
                                           -------------
                    TOTAL AMOUNT DUE THIS INVOICE    7,639.20US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667178-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                    OUR CONTRACT NO.  IDA 20-H20956-011-000
                    YOUR CONTRACT NO. B
```

Customer Copy

**VITERRA**

INVOICE    667180-0024

```
JAYMIE LARRISON        REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS      P. O. BOX 74008695
1331 CAPITOL AVE         CHICAGO, IL 60674-8695
OMAHA       NE 68102     ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384       ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 04/01/24           CAR/TRK ID:    H20956-12
                              SCALE TCKT  45577
SOLD TO: 5050115              SHIP. DATE: 03/28/24
         MILLENKAMP CATTLE
         471 N 300 W          SHIPPED:   COLLECT
                              CUST PO:
         JEROME       ID 833385078
```

```
TERMS    NET 30 DAYS          SHIP TO   MILLENKAMP DLVD BLACK P
                                        BURLEY            ID

                              FOB       BURLEY, ID
```

| NET LB CODE COMMODITY | SHORT TON | PRICE | AMOUNT |
|---|---|---|---|
| 62120 0029 DISTILLER'S GRAINS | 31.06000 | 240.00000 | 7,454.40US |

```
                                                  -------------
                    TOTAL AMOUNT DUE THIS INVOICE      7,454.40US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667180-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                    OUR CONTRACT NO.  IDA 20-H20956-012-000
                    YOUR CONTRACT NO. B
```

Customer Copy

**VITERRA**

INVOICE      668559-0024

JACK O'SULLIVAN            REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS         P. O. BOX 74008695
1331 CAPITOL AVE            CHICAGO, IL 60674-8695
OMAHA        NE 68102       ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370          ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/02/24               CAR/TRK ID:     971085-1
                                  SCALE TCKT 45552
SOLD TO: 5050115                  SHIP. DATE: 03/28/24
         MILLENKAMP CATTLE
         471 N 300 W              SHIPPED:  COLLECT
                                  CUST PO:
         JEROME        ID 833385078


TERMS   NET 30 DAYS          SHIP TO   MILLENKAMP
                                       BURLEY          ID

                             FOB       BURLEY, ID

   NET LB CODE COMMODITY          SHORT TON       PRICE       AMOUNT
   59520 0035 CANOLA PELLETS       29.76000    350.00000   10,416.00US


                                                    -------------
                    TOTAL AMOUNT DUE THIS INVOICE      10,416.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 668559-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102        *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.     *



                    OUR CONTRACT NO.  CID 20-J01219-001-000
                    YOUR CONTRACT NO.




                         Customer Copy

**VITERRA**

INVOICE   668563-0024

```
JACK O'SULLIVAN            REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS           P. O. BOX 74008695
1331 CAPITOL AVE                  CHICAGO, IL 60674-8695
OMAHA         NE 68102           ACCT:4451194875  / SWIFT:BOFAUS3N
PH: (402) 889-4370               ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/02/24              CAR/TRK ID:     971085-2
                                 SCALE TCKT 45557
SOLD TO: 5050115                 SHIP. DATE: 03/28/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:  COLLECT
                                 CUST PO:
         JEROME        ID 833385078


TERMS   NET 30 DAYS              SHIP TO   MILLENKAMP
                                           BURLEY          ID

                                 FOB       BURLEY, ID

    NET LB CODE COMMODITY            SHORT TON       PRICE       AMOUNT
    61360 0035 CANOLA PELLETS         30.68000    350.00000   10,738.00US



                                                   -------------
                   TOTAL AMOUNT DUE THIS INVOICE      10,738.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 668563-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



              OUR CONTRACT NO.  CID 20-J01219-002-000
              YOUR CONTRACT NO.
```

Customer Copy

# VITERRA

INVOICE      668579-0024

```
JACK O'SULLIVAN           REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS           P. O. BOX 74008695
1331 CAPITOL AVE                  CHICAGO, IL 60674-8695
OMAHA          NE 68102    ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370         ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 04/02/24              CAR/TRK ID:    971085-4
                                 SCALE TCKT 45566
SOLD TO: 5050115                 SHIP. DATE: 03/28/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:  COLLECT
                                 CUST PO:
         JEROME       ID 833385078
```

```
TERMS    NET 30 DAYS             SHIP TO    MILLENKAMP
                                            BURLEY            ID

                                 FOB        BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 68380 | 0035 | CANOLA PELLETS | 34.19000 | 350.00000 | 11,966.50US |

```
                                                    -------------
                    TOTAL AMOUNT DUE THIS INVOICE      11,966.50US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 668579-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                    OUR CONTRACT NO.  CID 20-J01219-004-000
                    YOUR CONTRACT NO.
```

Customer Copy

# VITERRA

INVOICE      668586-0024

JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS         P. O. BOX 74008695
1331 CAPITOL AVE          CHICAGO, IL 60674-8695
OMAHA          NE 68102      ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370       ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/02/24            CAR/TRK ID:     971085-3
                               SCALE TCKT  45560
SOLD TO: 5050115               SHIP. DATE: 03/28/24
         MILLENKAMP CATTLE
         471 N 300 W           SHIPPED:   COLLECT
                               CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS           SHIP TO   MILLENKAMP
                                         BURLEY        ID

                               FOB       BURLEY, ID


   NET LB CODE COMMODITY          SHORT TON      PRICE      AMOUNT
   65120 0035 CANOLA PELLETS       32.56000   350.00000  11,396.00US




                                                    -------------
                 TOTAL AMOUNT DUE THIS INVOICE      11,396.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 668586-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



         OUR CONTRACT NO.  CID 20-J01219-003-000
         YOUR CONTRACT NO.




                        Customer Copy

**VITERRA**

INVOICE    667173-0024

```
JAYMIE LARRISON           REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS         P. O. BOX 74008695
1331 CAPITOL AVE                CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875  / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 04/01/24              CAR/TRK ID:   H20956-16
                                 SCALE TCKT  45621
SOLD TO: 5050115                 SHIP. DATE: 03/29/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:   COLLECT
                                 CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS             SHIP TO   MILLENKAMP DLVD BLACK P
                                           BURLEY           ID

                                 FOB       BURLEY, ID
```

```
   NET LB CODE COMMODITY              SHORT TON        PRICE      AMOUNT
    62160 0029 DISTILLER'S GRAINS      31.08000     240.00000   7,459.20US



                                                     -------------
               TOTAL AMOUNT DUE THIS INVOICE            7,459.20US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667173-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
               OUR CONTRACT NO.  IDA 20-H20956-016-000
               YOUR CONTRACT NO. B
```

Customer Copy

**VITERRA**

INVOICE      667188-0024

```
JAYMIE LARRISON            REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS         P. O. BOX 74008695
1331 CAPITOL AVE                CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/01/24            CAR/TRK ID:    H20956-17
                               SCALE TCKT  45666
SOLD TO: 5050115               SHIP. DATE: 03/29/24
         MILLENKAMP CATTLE
         471 N 300 W           SHIPPED:  COLLECT
                               CUST PO:
         JEROME      ID 833385078


TERMS    NET 30 DAYS           SHIP TO   MILLENKAMP DLVD BLACK P
                                         BURLEY            ID

                               FOB       BURLEY, ID

   NET LB CODE COMMODITY           SHORT TON       PRICE      AMOUNT
   62980 0029 DISTILLER'S GRAINS    31.49000   240.00000   7,557.60US


                                                   -------------
                    TOTAL AMOUNT DUE THIS INVOICE       7,557.60US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667188-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



         OUR CONTRACT NO.  IDA 20-H20956-017-000
         YOUR CONTRACT NO. B
```

Customer Copy

**VITERRA**

INVOICE          667199-0024

```
JAYMIE LARRISON           REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS         P. O. BOX 74008695
1331 CAPITOL AVE                CHICAGO, IL 60674-8695
OMAHA          NE 68102         ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384              ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/01/24             CAR/TRK ID:      H20956-18
                                SCALE TCKT  45668
SOLD TO: 5050115                SHIP. DATE: 03/29/24
         MILLENKAMP CATTLE
         471 N 300 W            SHIPPED:   COLLECT
                                CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS            SHIP TO    MILLENKAMP DLVD BLACK P
                                           BURLEY            ID

                                FOB        BURLEY, ID


  NET LB CODE COMMODITY            SHORT TON        PRICE        AMOUNT
  63300 0029 DISTILLER'S GRAINS     31.65000     240.00000     7,596.00US



                                                        -------------
              TOTAL AMOUNT DUE THIS INVOICE                7,596.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667199-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



              OUR CONTRACT NO.  IDA 20-H20956-018-000
              YOUR CONTRACT NO. B
```

Customer Copy

**VITERRA**

INVOICE    667205-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA        NE 68102            ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384              ACH ABA:111000012 / WIRE ABA:026009593


INV. DATE: 04/01/24              CAR/TRK ID:     H24583-1
                                 SCALE TCKT  45681
SOLD TO: 5050115                 SHIP. DATE: 03/29/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:   COLLECT
                                 CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS             SHIP TO    MILLENKAMP DLVD BLACK P
                                            BURLEY              ID

                                 FOB        BURLEY, ID


    NET LB CODE COMMODITY             SHORT TON       PRICE      AMOUNT
    64340 0029 DISTILLER'S GRAINS       32.17000    238.00000   7,656.46US



                                                  -------------
               TOTAL AMOUNT DUE THIS INVOICE        7,656.46US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667205-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *




               OUR CONTRACT NO.  IDA 20-H24583-001-000
               YOUR CONTRACT NO.
```

INVOICE      668551-0024

```
JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS       P. O. BOX 74008695
1331 CAPITOL AVE              CHICAGO, IL 60674-8695
OMAHA        NE 68102         ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370            ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 04/02/24           CAR/TRK ID:     971085-7
                              SCALE TCKT  45637
SOLD TO: 5050115              SHIP. DATE: 03/29/24
         MILLENKAMP CATTLE
         471 N 300 W              SHIPPED:   COLLECT
                                  CUST PO:
         JEROME        ID 833385078
```

```
TERMS    NET 30 DAYS          SHIP TO    MILLENKAMP
                                         BURLEY        ID

                              FOB        BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 64080 | 0035 | CANOLA PELLETS | 32.04000 | 350.00000 | 11,214.00US |

```
                                                 -------------
                    TOTAL AMOUNT DUE THIS INVOICE    11,214.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 668551-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
         OUR CONTRACT NO.  CID 20-J01219-007-000
         YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**

INVOICE        668552-0024

```
JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA          NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370               ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 04/02/24                    CAR/TRK ID:     971085-9
                                       SCALE TCKT  45665
SOLD TO: 5050115                       SHIP. DATE: 03/29/24
         MILLENKAMP CATTLE
         471 N 300 W                   SHIPPED:   COLLECT
                                       CUST PO:
         JEROME          ID 833385078


TERMS     NET 30 DAYS                  SHIP TO     MILLENKAMP
                                                   BURLEY          ID

                                       FOB         BURLEY, ID

    NET LB CODE COMMODITY              SHORT TON         PRICE        AMOUNT
    68700 0035 CANOLA PELLETS            34.35000      350.00000   12,022.50US


                                                       -------------
                    TOTAL AMOUNT DUE THIS INVOICE        12,022.50US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 668552-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                    OUR CONTRACT NO.  CID 20-J01219-009-000
                    YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**

INVOICE   668555-0024

```
JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370             ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 04/02/24            CAR/TRK ID:    J01245-1
                              SCALE TCKT  45646
SOLD TO: 5050115              SHIP. DATE: 03/29/24
        MILLENKAMP CATTLE
        471 N 300 W           SHIPPED:  COLLECT
                              CUST PO:
        JEROME       ID 833385078
```

```
TERMS    NET 30 DAYS          SHIP TO   MILLENKAMP
                                        BURLEY          ID

                              FOB       BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 66720 | 0035 | CANOLA PELLETS | 33.36000 | 348.00000 | 11,609.28US |

```
                                                       -------------
                    TOTAL AMOUNT DUE THIS INVOICE       11,609.28US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 668555-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
        OUR CONTRACT NO.  CID 20-J01245-001-000
        YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**

INVOICE   668557-0024

```
JACK O'SULLIVAN              REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS           P. O. BOX 74008695
1331 CAPITOL AVE                   CHICAGO, IL 60674-8695
OMAHA          NE 68102           ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370                ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 04/02/24                 CAR/TRK ID:     971085-5
                                    SCALE TCKT  45620
SOLD TO: 5050115                    SHIP. DATE: 03/29/24
         MILLENKAMP CATTLE
         471 N 300 W                SHIPPED:  COLLECT
                                    CUST PO:
         JEROME        ID 833385078
```

```
TERMS    NET 30 DAYS            SHIP TO   MILLENKAMP
                                          BURLEY          ID

                                FOB       BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 65120 | 0035 | CANOLA PELLETS | 32.56000 | 350.00000 | 11,396.00US |

```
                                            -------------
            TOTAL AMOUNT DUE THIS INVOICE     11,396.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 668557-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
            OUR CONTRACT NO.  CID 20-J01219-005-000
            YOUR CONTRACT NO.
```

Customer Copy

INVOICE   668558-0024

```
JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370             ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 04/02/24            CAR/TRK ID:    971085-6
                               SCALE TCKT  45619
SOLD TO: 5050115               SHIP. DATE: 03/29/24
         MILLENKAMP CATTLE
         471 N 300 W                SHIPPED:   COLLECT
                                    CUST PO:
         JEROME        ID 833385078
```

```
TERMS    NET 30 DAYS          SHIP TO    MILLENKAMP
                                         BURLEY          ID

                              FOB        BURLEY, ID
```

```
   NET LB CODE COMMODITY           SHORT TON      PRICE       AMOUNT
   63720 0035 CANOLA PELLETS        31.86000    350.00000   11,151.00US
```

```
                                                -------------
                    TOTAL AMOUNT DUE THIS INVOICE    11,151.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 668558-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                    OUR CONTRACT NO.  CID 20-J01219-006-000
                    YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**                                              INVOICE          668572-0024

```
        JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
        VITERRA USA INGREDIENTS        P. O. BOX 74008695
        1331 CAPITOL AVE              CHICAGO, IL 60674-8695
        OMAHA       NE 68102         ACCT:4451194875   / SWIFT:BOFAUS3N
        PH: (402) 889-4370           ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/02/24                 CAR/TRK ID:     J01245-2
                                    SCALE TCKT 45656
SOLD TO: 5050115                    SHIP. DATE: 03/29/24
        MILLENKAMP CATTLE
        471 N 300 W                 SHIPPED:  COLLECT
                                    CUST PO:
        JEROME         ID 833385078


TERMS   NET 30 DAYS                 SHIP TO  MILLENKAMP
                                             BURLEY          ID

                                    FOB        BURLEY, ID

    NET LB CODE COMMODITY           SHORT TON       PRICE       AMOUNT
    67120 0035 CANOLA PELLETS        33.56000    348.00000   11,678.88US



                                                    -------------
                TOTAL AMOUNT DUE THIS INVOICE        11,678.88US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 668572-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *




                OUR CONTRACT NO.  CID 20-J01245-002-000
                YOUR CONTRACT NO.
```

Customer Copy

VITERRA

INVOICE   668587-0024

```
JACK O'SULLIVAN           REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS       P. O. BOX 74008695
1331 CAPITOL AVE              CHICAGO, IL 60674-8695
OMAHA          NE 68102      ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370           ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 04/02/24           CAR/TRK ID:      971085-8
                              SCALE TCKT  45645
SOLD TO: 5050115              SHIP. DATE: 03/29/24
         MILLENKAMP CATTLE
         471 N 300 W               SHIPPED:   COLLECT
                                   CUST PO:
         JEROME        ID 833385078
```

```
TERMS    NET 30 DAYS             SHIP TO    MILLENKAMP
                                            BURLEY            ID

                                 FOB        BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 62680 | 0035 | CANOLA PELLETS | 31.34000 | 350.00000 | 10,969.00US |

```
                                                    -------------
                  TOTAL AMOUNT DUE THIS INVOICE      10,969.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 668587-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                  OUR CONTRACT NO.  CID 20-J01219-008-000
                  YOUR CONTRACT NO.
```

Customer Copy

# VITERRA

INVOICE    668591-0024

JACK O'SULLIVAN            REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE            CHICAGO, IL 60674-8695
OMAHA        NE 68102        ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370            ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/02/24            CAR/TRK ID:      971085-30
                  SCALE TCKT  45693
SOLD TO: 5050115            SHIP. DATE: 03/29/24
        MILLENKAMP CATTLE
        471 N 300 W            SHIPPED:   COLLECT
                      CUST PO:
        JEROME        ID 833385078


TERMS    NET 30 DAYS            SHIP TO    MILLENKAMP
                        BURLEY            ID

                  FOB        BURLEY, ID

  NET LB CODE COMMODITY            SHORT TON        PRICE        AMOUNT
  63000 0035 CANOLA PELLETS          31.50000      348.00000   10,962.00US

                                     -------------
              TOTAL AMOUNT DUE THIS INVOICE      10,962.00US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 668591-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102       *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.    *



        OUR CONTRACT NO.  CID 20-J01245-003-000
        YOUR CONTRACT NO.




                Customer Copy

**VITERRA**

INVOICE   667195-0024

JAYMIE LARRISON                REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS             P. O. BOX 74008695
1331 CAPITOL AVE                    CHICAGO, IL 60674-8695
OMAHA           NE 68102           ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384                 ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/01/24                CAR/TRK ID:   H24583-2
                                   SCALE TCKT  45690
SOLD TO: 5050115                   SHIP. DATE: 03/30/24
        MILLENKAMP CATTLE
        471 N 300 W                SHIPPED:   COLLECT
                                   CUST PO:
        JEROME        ID 833385078


TERMS   NET 30 DAYS               SHIP TO   MILLENKAMP DLVD BLACK P
                                            BURLEY          ID

                                  FOB       BURLEY, ID

  NET LB CODE COMMODITY              SHORT TON        PRICE        AMOUNT
  63180 0029 DISTILLER'S GRAINS       31.59000     238.00000    7,518.42US



                                                          -------------
                  TOTAL AMOUNT DUE THIS INVOICE              7,518.42US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667195-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                  OUR CONTRACT NO.  IDA 20-H24583-002-000
                  YOUR CONTRACT NO.




                              Customer Copy

**VITERRA**

INVOICE   667204-0024

```
JAYMIE LARRISON              REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE                 CHICAGO, IL 60674-8695
OMAHA          NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384               ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 04/01/24              CAR/TRK ID:     H24583-5
                                 SCALE TCKT 45694
SOLD TO: 5050115                 SHIP. DATE: 03/30/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:   COLLECT
                                 CUST PO:
         JEROME        ID 833385078
```

```
TERMS    NET 30 DAYS             SHIP TO   MILLENKAMP DLVD BLACK P
                                           BURLEY          ID

                                 FOB       BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 63240 | 0029 | DISTILLER'S GRAINS | 31.62000 | 238.00000 | 7,525.56US |

```
                                                         -------------
                          TOTAL AMOUNT DUE THIS INVOICE     7,525.56US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667204-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
             OUR CONTRACT NO.  IDA 20-H24583-005-000
             YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**

INVOICE   667207-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 04/01/24            CAR/TRK ID:    H24583-6
                               SCALE TCKT  45703
SOLD TO: 5050115               SHIP. DATE: 03/30/24
         MILLENKAMP CATTLE
         471 N 300 W           SHIPPED:   COLLECT
                               CUST PO:
         JEROME        ID 833385078
```

```
TERMS    NET 30 DAYS           SHIP TO   MILLENKAMP DLVD BLACK P
                                         BURLEY            ID

                               FOB       BURLEY, ID
```

| NET LB CODE COMMODITY | SHORT TON | PRICE | AMOUNT |
|---|---|---|---|
| 61880 0029 DISTILLER'S GRAINS | 30.94000 | 238.00000 | 7,363.72US |

```
                                                 -------------
                  TOTAL AMOUNT DUE THIS INVOICE      7,363.72US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667207-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
         OUR CONTRACT NO.  IDA 20-H24583-006-000
         YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**

INVOICE   667211-0024

```
JAYMIE LARRISON            REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS         P. O. BOX 74008695
1331 CAPITOL AVE                CHICAGO, IL 60674-8695
OMAHA          NE 68102        ACCT:4451194875  / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 04/01/24            CAR/TRK ID:     H24583-4
                               SCALE TCKT  45692
SOLD TO: 5050115               SHIP. DATE: 03/30/24
         MILLENKAMP CATTLE
         471 N 300 W            SHIPPED:   COLLECT
                                CUST PO:
         JEROME       ID 833385078
```

```
TERMS    NET 30 DAYS           SHIP TO   MILLENKAMP DLVD BLACK P
                                         BURLEY          ID

                               FOB       BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 64300 | 0029 | DISTILLER'S GRAINS | 32.15000 | 238.00000 | 7,651.70US |

```
                                                    -------------
                    TOTAL AMOUNT DUE THIS INVOICE      7,651.70US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667211-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
          OUR CONTRACT NO.  IDA 20-H24583-004-000
          YOUR CONTRACT NO.
```

Customer Copy

# VITERRA

INVOICE   667224-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA         NE 68102         ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384            ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 04/01/24           CAR/TRK ID:    H24583-7
                              SCALE TCKT  45706
SOLD TO: 5050115              SHIP. DATE: 03/30/24
         MILLENKAMP CATTLE
         471 N 300 W          SHIPPED:  COLLECT
                              CUST PO:
         JEROME       ID 833385078


TERMS    NET 30 DAYS          SHIP TO   MILLENKAMP DLVD BLACK P
                                        BURLEY              ID

                              FOB       BURLEY, ID

  NET LB CODE COMMODITY          SHORT TON      PRICE      AMOUNT
  64480 0029 DISTILLER'S GRAINS   32.24000   238.00000   7,673.12US



                                              -------------
              TOTAL AMOUNT DUE THIS INVOICE     7,673.12US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667224-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



              OUR CONTRACT NO.  IDA 20-H24583-007-000
              YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**

INVOICE    667226-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE            CHICAGO, IL 60674-8695
OMAHA         NE 68102      ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384          ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/01/24          CAR/TRK ID:     H24583-3
                             SCALE TCKT 45691
SOLD TO: 5050115             SHIP. DATE: 03/30/24
         MILLENKAMP CATTLE
         471 N 300 W          SHIPPED:  COLLECT
                              CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS          SHIP TO    MILLENKAMP DLVD BLACK P
                                         BURLEY            ID

                              FOB        BURLEY, ID

   NET LB CODE COMMODITY          SHORT TON        PRICE        AMOUNT
   65240 0029 DISTILLER'S GRAINS     32.62000     238.00000    7,763.56US


                                                  -------------
                  TOTAL AMOUNT DUE THIS INVOICE      7,763.56US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 667226-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                  OUR CONTRACT NO.  IDA 20-H24583-003-000
                  YOUR CONTRACT NO.
```

Customer Copy

# VITERRA

INVOICE   668405-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE              CHICAGO, IL 60674-8695
OMAHA        NE 68102        ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384           ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/02/24           CAR/TRK ID:    H24583-11
                              SCALE TCKT 45778
SOLD TO: 5050115              SHIP. DATE: 04/01/24
        MILLENKAMP CATTLE
        471 N 300 W                SHIPPED:  COLLECT
                                   CUST PO:
        JEROME        ID 833385078


TERMS    NET 30 DAYS          SHIP TO   MILLENKAMP DLVD BLACK P
                                        BURLEY              ID


                              FOB       BURLEY, ID

    NET LB CODE COMMODITY          SHORT TON       PRICE       AMOUNT
    66940 0029 DISTILLER'S GRAINS   33.47000    238.00000    7,965.86US




                                               -------------
                 TOTAL AMOUNT DUE THIS INVOICE    7,965.86US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 668405-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *




                OUR CONTRACT NO.  IDA 20-H24583-011-000
                YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**

INVOICE      668408-0024

```
JAYMIE LARRISON            REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS         P. O. BOX 74008695
1331 CAPITOL AVE                CHICAGO, IL 60674-8695
OMAHA          NE 68102        ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384             ACH ABA:111000012 / WIRE ABA:026009593
```

```
INV. DATE: 04/02/24            CAR/TRK ID:     H24583-8
                               SCALE TCKT  45744
SOLD TO: 5050115               SHIP. DATE: 04/01/24
         MILLENKAMP CATTLE
         471 N 300 W           SHIPPED:   COLLECT
                               CUST PO:
         JEROME       ID 833385078
```

```
TERMS    NET 30 DAYS           SHIP TO   MILLENKAMP DLVD BLACK P
                                         BURLEY            ID

                               FOB       BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 65120 | 0029 | DISTILLER'S GRAINS | 32.56000 | 238.00000 | 7,749.28US |

```
                                                      -------------
                    TOTAL AMOUNT DUE THIS INVOICE       7,749.28US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 668408-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *
```

```
                    OUR CONTRACT NO.  IDA 20-H24583-008-000
                    YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**

INVOICE          668411-0024

JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS          P. O. BOX 74008695
1331 CAPITOL AVE          CHICAGO, IL 60674-8695
OMAHA          NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384          ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/02/24          CAR/TRK ID:     H24583-10
                            SCALE TCKT 45756
SOLD TO: 5050115          SHIP. DATE: 04/01/24
         MILLENKAMP CATTLE
         471 N 300 W          SHIPPED:  COLLECT
                            CUST PO:
         JEROME          ID 833385078


TERMS   NET 30 DAYS          SHIP TO   MILLENKAMP DLVD BLACK P
                                      BURLEY          ID

                            FOB       BURLEY, ID

   NET LB CODE COMMODITY          SHORT TON        PRICE        AMOUNT
   61620 0029 DISTILLER'S GRAINS     30.81000     238.00000    7,332.78US


                                              -------------
                    TOTAL AMOUNT DUE THIS INVOICE      7,332.78US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 668411-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



        OUR CONTRACT NO.  IDA 20-H24583-010-000
        YOUR CONTRACT NO.



Customer Copy

VITERRA

INVOICE   668412-0024

```
JAYMIE LARRISON          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE              CHICAGO, IL 60674-8695
OMAHA        NE 68102        ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4384           ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/02/24          CAR/TRK ID:     H24583-9
                             SCALE TCKT 45753
SOLD TO: 5050115             SHIP. DATE: 04/01/24
         MILLENKAMP CATTLE
         471 N 300 W             SHIPPED:  COLLECT
                                 CUST PO:
         JEROME        ID 833385078


TERMS    NET 30 DAYS         SHIP TO    MILLENKAMP DLVD BLACK P
                                        BURLEY            ID

                             FOB        BURLEY, ID

   NET LB CODE COMMODITY          SHORT TON       PRICE      AMOUNT
   62780 0029 DISTILLER'S GRAINS    31.39000    238.00000   7,470.82US


                                                  -------------
                  TOTAL AMOUNT DUE THIS INVOICE     7,470.82US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 668412-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                  OUR CONTRACT NO.  IDA 20-H24583-009-000
                  YOUR CONTRACT NO.
```

Customer Copy

INVOICE       669545-0024

```
JACK O'SULLIVAN          REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370             ACH ABA:111000012 / WIRE ABA:026009593
```

INV. DATE: 04/03/24                CAR/TRK ID:      971085-26
                                   SCALE TCKT  45758
SOLD TO: 5050115                   SHIP. DATE: 04/01/24
         MILLENKAMP CATTLE
         471 N 300 W               SHIPPED:   COLLECT
                                   CUST PO:
         JEROME         ID 833385078


TERMS    NET 30 DAYS          SHIP TO    MILLENKAMP
                                         BURLEY            ID

                              FOB        BURLEY, ID

   NET LB CODE COMMODITY           SHORT TON       PRICE      AMOUNT
   64900 0035 CANOLA PELLETS        32.45000    350.00000   11,357.50US


                                                     -------------
                        TOTAL AMOUNT DUE THIS INVOICE    11,357.50US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 669545-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                 OUR CONTRACT NO.  CID 20-J01219-011-000
                 YOUR CONTRACT NO.
```

Customer Copy

VITERRA                                          INVOICE        669548-0024

```
         JACK O'SULLIVAN        REMIT TO VITERRA USA INGREDIENTS, LLC
         VITERRA USA INGREDIENTS        P. O. BOX 74008695
         1331 CAPITOL AVE              CHICAGO, IL 60674-8695
         OMAHA        NE 68102        ACCT:4451194875   / SWIFT:BOFAUS3N
         PH: (402) 889-4370           ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/03/24                CAR/TRK ID:    971085-25
                                   SCALE TCKT  45751
SOLD TO: 5050115                   SHIP. DATE: 04/01/24
         MILLENKAMP CATTLE
         471 N 300 W               SHIPPED:   COLLECT
                                   CUST PO:
         JEROME        ID 833385078


TERMS   NET 30 DAYS              SHIP TO   MILLENKAMP
                                           BURLEY          ID

                                 FOB       BURLEY, ID

   NET LB CODE COMMODITY           SHORT TON       PRICE       AMOUNT
   62740 0035 CANOLA PELLETS        31.37000     350.00000   10,979.50US



                                            -------------
                 TOTAL AMOUNT DUE THIS INVOICE    10,979.50US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 669548-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *




         OUR CONTRACT NO.  CID 20-J01219-010-000
         YOUR CONTRACT NO.
```

Customer Copy

**VITERRA**

INVOICE   669555-0024

```
JACK O'SULLIVAN            REMIT TO VITERRA USA INGREDIENTS, LLC
VITERRA USA INGREDIENTS        P. O. BOX 74008695
1331 CAPITOL AVE               CHICAGO, IL 60674-8695
OMAHA        NE 68102          ACCT:4451194875   / SWIFT:BOFAUS3N
PH: (402) 889-4370             ACH ABA:111000012 / WIRE ABA:026009593

INV. DATE: 04/03/24            CAR/TRK ID:     971085-31
                               SCALE TCKT  45720
SOLD TO: 5050115               SHIP. DATE: 04/01/24
         MILLENKAMP CATTLE
         471 N 300 W           SHIPPED:  COLLECT
                               CUST PO:
         JEROME        ID 833385078


TERMS   NET 30 DAYS            SHIP TO   MILLENKAMP
                                         BURLEY          ID

                               FOB       BURLEY, ID
```

| NET LB | CODE | COMMODITY | SHORT TON | PRICE | AMOUNT |
|--------|------|-----------|-----------|-------|--------|
| 63300 | 0035 | CANOLA PELLETS | 31.65000 | 348.00000 | 11,014.20US |

```
                                                    -------------
                        TOTAL AMOUNT DUE THIS INVOICE    11,014.20US
WHEN REMITTING, PLEASE REFER TO OUR INVOICE NUMBER: 669555-0024
* W-9 INFORMATION: VITERRA USA INGREDIENTS, LLC IS A DISREGARDED ENTITY OWNED *
* BY VITERRA USA AG HOLDINGS, LLC., 1331 CAPITOL AVE, OMAHA, NE 68102         *
* WHICH IS AN LLC CLASSIFIED AS A CORPORATION AND ITS EIN IS 46-1101181.      *



                        OUR CONTRACT NO.  CID 20-J01245-004-000
                        YOUR CONTRACT NO.
```

Customer Copy