UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy<br><br>_____ | Case No. 24-40158-NGH<br><br><br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

### ORDER GRANTING THE DEBTORS' APPLICATION TO EMPLOY DAVIS LIVESTOCK, INC. AS LIVESTOCK APPRAISER

The Debtors' *Application to Employ Davis Livestock, Inc. as Livestock Appraiser* (Docket No. 275) (the "Application"); and the Court, having reviewed the Application, finds that the Court

#3988211

has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Application was sufficient under the circumstances and that no further notice need be given; and the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and no objections having been filed; and after due deliberation and sufficient cause appearing, therefore

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Application is GRANTED **pursuant to 11 U.S.C. § 327** and the Debtors are authorized to employ Davis Livestock, Inc. under the terms as set forth in the Application.[1]

2. The Application was appropriate under the circumstances and in compliance with the Bankruptcy Code and Bankruptcy Rules.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

//end of text//

DATED: June 4, 2024

_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by:

Krystal R. Mikkilineni
Matthew T. Christensen
Attorney for the Debtors

Approved as to form:
/s/ Brett R. Cahoon (email approval)
Brett R. Cahoon, Office of the United States Trustee

---

[1] Bolded language added by Court.

DEBTORS' APPLICATION TO EMPLOY DAVIS LIVESTOCK, INC. AS LIVESTOCK APPRAISER - 2 -

United States Bankruptcy Court

District of Idaho

In re:  Case No. 24-40158-NGH

Millenkamp Cattle, Inc  Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8　　　　　　　　　　　　User: admin　　　　　　　　　　　　Page 1 of 5
Date Rcvd: Jun 04, 2024　　　　　　　　　Form ID: pdf116　　　　　　　　　　Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |
| app | + Davis Livestock, Inc., 780 E Cannibal Rd, Lewiston, UT 84320-2038 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2024　　　　　　　　　Signature:　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:

**Name**　　　　　　　　　**Email Address**

Aaron Robert Bell
　　on behalf of Creditor MWI Veterinarian Supply  Inc. abell@evanskeane.com

Adam Aiken Lewis
　　on behalf of Creditor East Valley Development  LLC alewis@mofo.com

Andrew J. Schoulder
　　on behalf of Creditor Rabo AgriFinance LLC andrew.schoulder@nortonrosefulbright.com
　　nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com

Brent Russel Wilson
　　on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com  amay@hawleytroxell.com

Brett R Cahoon
　　on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov

Brian Faria

Case 24-40158-NGH    Doc 384    Filed 06/06/24    Entered 06/06/24 22:26:31    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0976-8 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 04, 2024 | Form ID: pdf116 | Total Noticed: 2 |

on behalf of Creditor Viserion Grain  LLC brian@sawtoothlaw.com

Bruce A. Anderson

    on behalf of Creditor Committee Bruce A. Anderson baafiling@eaidaho.com

Cheryl Rambo

    on behalf of Creditor Idaho State Brand Department cheryl.rambo@isp.idaho.gov

Connor Bray Edlund

    on behalf of Creditor McAlvain Concrete  Inc. edlund@mwsslawyers.com, lemieux@mwsslawyers.com

D Blair Clark

    on behalf of Creditor Blue Cross of Idaho Health Service  Inc dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com

Daniel C Green

    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net

David A Coleman

    on behalf of Creditor c/o David A. Coleman Youree Land & Livestock  Inc. david@colemanjacobsonlaw.com

David A Coleman

    on behalf of Creditor Eagle Creek Northwest LLC david@colemanjacobsonlaw.com

David A Coleman

    on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com

Evan Thomas Roth

    on behalf of Creditor Viserion Grain  LLC evan@sawtoothlaw.com

Gabriel Luis Olivera

    on behalf of Creditor Official Committee Of Unsecured Creditors golivera@omm.com  gabriel-olivera-3960@ecf.pacerpro.com

Gery W Edson

    on behalf of Creditor Land View  Inc. gedson@gedson.com, tfurey@gedson.com

Heidi Buck Morrison

    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com

Holly Roark

    on behalf of Creditor Elevation Electric  LLC holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Holly Roark

    on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

James Niemeier

    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com

James Justin May

    on behalf of Debtor Millenkamp Cattle  Inc jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;acs@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Janine Patrice Reynard

    on behalf of Creditor East Valley Development  LLC janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Jason Ronald Naess

    on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov

Jed W. Manwaring

    on behalf of Creditor MWI Veterinarian Supply  Inc. jmanwaring@evanskeane.com, duskin@evanskeane.com;abell@evanskeane.com

John O'Brien

    on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

John D Munding

    on behalf of Creditor PerforMix Nutrition Systems  LLC john@mundinglaw.com

John F Kurtz, Jr

    on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com  tnd@kurtzlawllc.com

Jon B Evans

    on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com  sattler.carla@dorsey.com

Julian Gurule

    on behalf of Creditor Official Committee Of Unsecured Creditors jgurule@omm.com  julian-gurule-5732@ecf.pacerpro.com

District/off: 0976-8                 User: admin                Page 3 of 5
Date Rcvd: Jun 04, 2024           Form ID: pdf116            Total Noticed: 2

Karyn Lloyd
    on behalf of Creditor CNH Industrial Capital America LLC klloyd@grsm.com

Kim J Trout
    on behalf of Creditor Rocky Mountain Agronomics Inc. ktrout@trout-law.com

Kimbell D Gourley
    on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com shudson@idalaw.com

Kimbell D Gourley
    on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com shudson@idalaw.com

Krystal R. Mikkilineni
    on behalf of Attorney Krystal R Mikkilineni krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Cattle Inc krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Enterprises LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Properties L.L.C. krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Idaho Jersey Girls LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Black Pine Cattle LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Goose Ranch LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Properties II LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor East Valley Cattle LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Family LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Laura E Burri
    on behalf of Creditor Automation Werx LLC lburri@morrowfischer.com, klee@morrowfischer.com

Louis V. Spiker
    on behalf of Creditor Standlee Ag Resources louis.spiker@millernash.com louis.spiker@millernash.com

Mark Bradford Perry
    on behalf of Creditor Burks Tractor Company Inc. mbp@perrylawpc.com,
    info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com

Matthew Kremer
    on behalf of Creditor Official Committee Of Unsecured Creditors mkremer@omm.com matthew-kremer-0858@ecf.pacerpro.com

Matthew A Sturzen
    on behalf of Creditor Wilbur-Ellis Company LLC matt@shermlaw.com bjorn@shermlaw.com;gina@shermlaw.com

Matthew T. Christensen
    on behalf of Debtor Idaho Jersey Girls LLC mtc@johnsonmaylaw.com
    mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.
    com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Enterprises LLC mtc@johnsonmaylaw.com
    mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.
    com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Black Pine Cattle LLC mtc@johnsonmaylaw.com
    mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.
    com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Family LLC mtc@johnsonmaylaw.com
    mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.
    com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Goose Ranch LLC mtc@johnsonmaylaw.com

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 4 of 5 |
| Date Rcvd: Jun 04, 2024 | Form ID: pdf116 | Total Noticed: 2 |

Matthew T. Christensen
mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
on behalf of Debtor East Valley Cattle  LLC mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
on behalf of Debtor Millenkamp Cattle  Inc mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
on behalf of Debtor Millenkamp Properties II LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
on behalf of Debtor Millenkamp Properties  L.L.C. mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
on behalf of Attorney Matthew T. Christensen mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew W Grimshaw
on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com

Meredith Leigh Thielbahr
on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com  ckaiser@grsm.com

Miranda K. Russell
on behalf of Creditor East Valley Development  LLC mrussell@mofo.com

Morton R. Branzburg
on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com

Rhett Michael Miller
on behalf of Creditor Moss Farms Operations  LLC rmiller@magicvalley.law

Rhett Michael Miller
on behalf of Creditor United Electric Co-op  Inc. rmiller@magicvalley.law

Rhett Michael Miller
on behalf of Creditor Raft River Rural Electric Cooperative  Inc. rmiller@magicvalley.law

Rhett Michael Miller
on behalf of Creditor Moss Grain Partnership rmiller@magicvalley.law

Robert A Faucher
on behalf of Interested Party Glanbia Foods Inc rfaucher@hollandhart.com boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Robert E Richards
on behalf of Debtor Millenkamp Cattle  Inc robert.richards@dentons.com, docket.general.lit.chi@dentons.com

Scott C Powers
on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mwatson@spencerfane.com

Sheila Rae Schwager
on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com

Tirzah R. Roussell
on behalf of Debtor Millenkamp Cattle  Inc tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Millenkamp Enterprises LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Idaho Jersey Girls LLC tirzah.roussell@dentons.com

Tirzah R. Roussell

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 5 of 5 |
| Date Rcvd: Jun 04, 2024 | Form ID: pdf116 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Debtor Millenkamp Properties II LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Black Pine Cattle LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Millenkamp Family LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor East Valley Cattle LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Millenkamp Properties L.L.C. tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Goose Ranch LLC tirzah.roussell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| William K Carter | on behalf of Creditor CNH Industrial Capital America LLC kentcarter@grsm.com |
| Zachary Fairlie | on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com |

TOTAL: 86