# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br>MILLENKAMP CATTLE, INC | CASE NO: 24-40158<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 15, 308, 374, 375, 378, 379, 380 |

On 6/6/2024, I did cause a copy of the following documents, described below,

Notice of Motions and Hearing ECF Docket Reference No. 15, 308, 374, 375, 378, 379, 380

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/6/2024

/s/ Krystal R. Mikkilineni
Krystal R. Mikkilineni  AT0011814

Dentons Davis Brown
215 10th St
Des Moines, IA  50309
515 288 2500
krystal.mikkilineni@dentons.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br>MILLENKAMP CATTLE, INC | CASE NO: 24-40158<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 15, 308, 374, 375, 378, 379, 380 |

On 6/6/2024, a copy of the following documents, described below,

Notice of Motions and Hearing ECF Docket Reference No. 15, 308, 374, 375, 378, 379, 380

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/6/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Krystal R. Mikkilineni
Dentons Davis Brown
215 10th St
Des Moines, IA  50309

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DO/NOT SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
09768
CASE 24-40158-NGH
DISTRICT OF IDAHO
TWIN FALLS
THU JUN  6 15-03-14 MDT 2024

KRYSTAL R  MIKKILINENI
DENTONS DAVIS BROWN
215 10TH ST
STE 1300
DES MOINES IA 50309-3616

A SCOTT JACKSON TRUCKING INC
CO WILLIAMS MESERVY  LARSEN LLP
POST OFFICE BOX 168
153 EAST MAIN STREET
JEROME ID 83338-2332


AAA COWCOMFORT LLC
PO BOX 301
KIMBERLY ID 83341-0301

ABS GLOBAL
1525 RIVER RD
DEFOREST WI 53532-2430

AD HOC COMMITTEE OF CORN SILAGE GROWERS
153 EAST MAIN STREET
PO BOX 168
JEROME ID 83338-0168


ADDISON BIOLOGICAL LABORATORY INC
507 NORTH CLEVELAND ST
FAYETTE MO 65248-1083

AIRGAS USA LLC
PO BOX 734445
CHICAGO IL 60673-4445

AIRGAS USA LLC
110 WEST 7TH ST SUITE 1400
TULSA OK 74119-1077


ALEXANDER K REED
4296 N 2100 E
FILER ID 83328-5046

AMALGAMATED SUGAR
1951 S SATURN WAY
STE 100
BOISE ID 83709-2924

AMERICAN CALF PRODUCTS (GOLDEN STATE MIXING
425 D STREET
TURLOCK CA 95380-5452


AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

BRUCE A ANDERSON
320 EAST NEIDER AVENUE
SUITE 102
COEUR DALENE ID 83815-6007

AUTOMATION WERX LLC
MORROW  FISCHER PLLC
4 OGDEN AVENUE
NAMPA ID 83651-2371


AUTOMATION WERX LLC
PO BOX 3066
IDAHO FALLS ID 83403-3066

CO DAVID A COLEMAN B  H FARMING
COLEMAN RITCHIE  JACOBSON
PO BOX 525
TWIN FALLS ID 83303-0525

B  H FARMING AN IDAHO GENERAL
PARTNERSHIP
PO BOX 123
RUPERT ID 83350-0123


BS R DESIGN SUPPLIES
198 LOCUST ST S
TWIN FALLS ID 83301-7832

AARON ROBERT BELL
DORSEY  WHITNEY LLP
PO BOX 959
BOISE ID 83701-0959

RICHARD BERNARD
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK NY 10036-2714


RON C BINGHAM II
3424 PEACHTREE ROAD NE
SUITE 1600
ATLANTA GA 30326-1139

BLUE CROSS OF IDAHO
CO D BLAIR CLARK ATTY
967 PARKCENTER BLVD 282
BOISE ID 83706-6721

BLUE CROSS OF IDAHO
CO D BLAIR CLARK ATTORNEY
967 E PARKCENTER BLVD 282
BOISE ID 83706-6721


BLUE CROSS OF IDAHO HEALTH SERVICE INC
CO LAW OFFICE OF D BLAIR CLARK PC
967 EAST PARKCENTER BOULEVARD 282
BOISE ID 83706-6721

BO STEVENSON DBA BA FARMS
1001 S 1900 E
HAZELTON ID 83335-5451

MORTON R BRANZBURG
KLEHR HARRISON HARVEY BRANZBURG LLP
1835 MARKET ST
SUITE 1400
PHILADELPHIA PA 19103-2945

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| HEIDI BUCK MORRISON<br>RACINE OLSON PLLP<br>201 EAST CENTER STREET<br>POCATELLO ID 83201-6329 | BUNGE CANADA<br>CO DAVID D FARRELL<br>THOMPSON COBURN LLP<br>ONE USBANK PLAZA SUITE 2700<br>SAINT LOUIS MISSOURI 63101-1693 | BUNGE CANADA CO DAVID D FARRELL<br>DAVID D FARRELL ESQ<br>ONE BANK PLAZA<br>SUITE 2700<br>ST LOUIS MO 63101 |
| BURKS TRACTOR COMPANY INC<br>3140 KIMBERLY ROAD<br>TWIN FALLS ID 83301-8516 | LAURA E BURRI<br>MORROW  FISCHER PLLC<br>4 OGDEN AVENUE<br>83651<br>NAMPA ID 83651-2371 | BRETT R CAHOON<br>DOJUST<br>550 WEST FORT ST<br>STE 698<br>BOISE ID 83724-0101 |
| CAPITOL ONE<br>PO BOX 60599<br>CITY OF INDUSTRY CA 91716-0599 | W KENT CARTER<br>ONE NORTH FRANKLIN<br>SUITE 800<br>CHICAGO IL 60606-3422 | WILLIAM K CARTER<br>GORDON REES SCULLY MANSUKHANI LLP<br>1 N FRANKLIN<br>SUITE 800<br>CHICAGO IL 60606-3422 |
| CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN VA 20147-6122 | CENTURYTEL SERVICE GROUP LLC DBA<br>CENTURYLIN<br>LUMEN TECHNOLOGIES GROUP<br>931 14TH STREET 9TH FLOOR ATTN- LEGAL-<br>DENVER CO 80202-2994 | MATTHEW T CHRISTENSEN<br>199 N CAPITOL BLVD<br>STE 200<br>BOISE ID 83702-6197 |
| MATTHEW T CHRISTENSEN<br>JOHNSON MAY PLLC<br>199 N CAPITOL BLVD<br>SUITE 200<br>BOISE ID 83702-6197 | CHRISTOPHER CAMARDELLO<br>1031 MENDOTA HEIGHTS ROAD<br>ST PAUL MN 55120-1419 | CITI CARDS<br>PO BOX 78019<br>PHOENIX AZ 85062-8019 |
| D BLAIR CLARK<br>967 E PARKCENTER BOULEVARD 282<br>BOISE ID 83706-6721 | CLINT D THOMPSON<br>298 N 200 W<br>JEROME ID 83338-5372 | COASTLINE EQUIPMENT COMPANY<br>2000 E OVERLAND RD<br>MERIDIAN ID 83642-6665 |
| DAVID A COLEMAN<br>PO BOX 525<br>TWIN FALLS ID 83303-0525 | COLONIAL LIFE<br>PROCESSING CENTER<br>PO BOX 1365<br>COLUMBIA SC 29202-1365 | CONNIE LAPASEOTES LTD<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 |
| CONRAD BISHCOFF INC<br>2251 N HOLMES<br>PO BOX 50106<br>IDAHO FALLS ID 83405-0106 | CONTERRA HOLDINGS LLC DBA CONTERRA AG<br>CAP<br>SPENCER FANE<br>1700 LINCOLN STREET<br>SUITE 2000<br>DENVER CO 80203-4554 | CONTERRA HOLDINGS LLC DBA CONTERRA AG<br>CAPIT<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 |
| DAIRY TECH LLC<br>1031 MENDOTA HEIGHTS ROAD<br>ST PAUL MN 55120-1419 | DARITECH<br>8540 BENSON RD<br>LYNDEN WA 98264-9711 | DAVID CLARK<br>CLARK AMBULATORY CLINIC INC<br>1019 E 1020 S<br>ALBION ID 83311 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

DAVIS LIVESTOCK INC
780 E CANNIBAL RD
LEWISTON UT 84320-2038

DOUGLAS J GRANT
2050 E 500 S
HAZELTON ID 83335-5006

DUSTY BROW FARMS INC
2601 E 1100 S
HAZELTON ID 83335-5623

EAST VALLEY DEVELOPMENT LLC
CO AVERY LAW
3090 E GENTRY WAY STE 250
MERIDIAN ID 83642-3596

CONNOR BRAY EDLUND
MCCONNELL WAGNER SYKES  STACEY PLLC
827 E PARK BLVD
STE 201
BOISE ID 83712-7782

GERY W EDSON
POB 448
BOISE ID 83701-0448

EDWARD CHOJNACKY
298 N 100 W
JEROME ID 83338-5406

ELECTRICAL WERX  CONSTRUCTION LLC
PO BOX 3066
IDAHO FALLS ID 83403-3066

ELEVATION ELECTRIC LLC
485 S IDAHO ST
WENDELL ID 83355-5241

ERIC CLARK
CLARK ASSOCIATES
PO BOX 2504
EAGLE ID 83616-9118

JON B EVANS
DORSEY  WHITNEY LLP
101 S CAPITOL BLVD STE 1701
BOISE ID 83702-7704

EVANS PLUMBING
111 GULF STREAM LANE
HAILEY ID 83333-7725

ZACHARY FAIRLIE
SPENCER FANE
1000 WALNUT
STE 1400
KANSAS CITY MO 64106-2168

ZACHARY FAIRLIE
SPENCER FANE LLP
1000 WALNUT STREET
SUITE 1400
KANSAS CITY MO 64106-2168

BRIAN FARIA
SAWTOOTH LAW OFFICES PLLC
1101 W RIVER STREET SUITE 110
83702
BOISE ID 83702-7067

FARMERS BANK
PO BOX 392
BUHL ID 83316-0392

ROBERT A FAUCHER
POB 2527
BOISE ID 83701-2527

FREDIN BROTHERS INC
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

GJ VERTILINE PUMPS INC
PO BOX 892
TWIN FALLS ID 83303-0892

GALE W HARDING AND ASSOCIATES
329 W 7TH S
REXBURG ID 83440-9600

SCOTT F GAUTIER
1800 CENTURY PARK EAST
STE 1500
LOS ANGELES CA 90067-1504

GLANBIA FOODS INC
CO ROBERT A FAUCHER
POB 2527
BOISE ID 83701-2527

KIMBELL D GOURLEY
POB 1097
BOISE ID 83701-1097

GRANT  HAGAN INC
PO BOX 326
HAZELTON ID 83335-0326

GRANT 4D FARMS LLC
707 E 600 N
RUPERT ID 83350-9466

DANIEL C GREEN
RACINE OLSON PLLP
201 EAST CENTER
PO BOX 1391
POCATELLO ID 83204-1391

MATTHEW W GRIMSHAW
GRIMSHAW LAW GROUP PC
800 W MAIN STREET STE 1460
BOISE ID 83702-5983

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JULIAN GURULE<br>400 SOUTH HOPE STREET<br>LOS ANGELES CA 90071-2801 | JULIAN GURULE<br>OMELVENY  MYERS LLP<br>400 SOUTH HOPE STREET<br>STE 18TH FLOOR<br>LOS ANGELES CA 90071-2801 | HATFIELD MANUFACTURING INC<br>1823 SHOESTRING RD<br>GOODING ID 83330-5361 |
| HOLLIFIELD RANCHES INC<br>22866 HIGHWAY 30<br>HANSEN ID 83334-5028 | IRS<br>CENTRALIZED INSOLVENCY OPER<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IDAHO DEPT OF LANDS<br>PO BOX 83720<br>BOISE ID 83720-0003 |
| IDAHO STATE BRAND DEPARTMENT<br>700 S STRATFORD DR<br>MERIDIAN ID 83642-6202 | IDAHO STATE TAX COMMISSION<br>PO BOX 36<br>BOISE ID 83722-0036 | INNOVATIVE FOOD SOLUTIONSUSA<br>ATTN JORDAN BOWEN<br>134 E HIGHWAY 81<br>BURLEY ID 83318-5427 |
| INTERSTATE BILLING SERVICE INC<br>PO BOX 2250<br>DECATUR AL 35609-2250 | JC HOOF TRIMMING INC<br>3690 N 2570 E<br>TWIN FALLS ID 83301-1004 | JD HEISKELL HOLDINGS LLC<br>17220 WRIGHT ST STE 200<br>OMAHA NE 68130-4667 |
| JOHN DEERE FINANCIAL<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 | (P)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO NATIONAL BANKRUPTCY SERVICES LLC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| JAKE MILLENKAMP<br>1719 RIVER ROAD<br>BUHL ID 83316-5302 | JEAN L THOMPSON<br>225 N 250 W<br>JEROME ID 83338 | JEFFREY E ROLIG<br>PO BOX 5455<br>TWIN FALLS ID 83303-5455 |
| JOHN DEERE CONSTRUCTION AND FORESTRY COMPANY<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 | JOHN DEERE FINANCIAL FSB<br>CO WELTMAN WEINBERG REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 | K R RENTAL INC<br>256 A SOUTH 600 W<br>HEYBURN ID 83336-9750 |
| KEITH D AND JANET CARLSON<br>3866 E 3800 N<br>HANSEN ID 83334-5012 | KINGHORN MEDICAL LLC<br>248 S COLE RD<br>BOISE ID 83709-0934 | KRAUS FARMS LLC<br>165 SOUTH 400 WEST<br>RUPERT ID 83350-9672 |
| MATTHEW KREMER<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6524 | MATTHEW KREMER<br>OMELVENY  MYERS LLP<br>1301 AVENUE OF THE AMERICAS<br>SUITE 1700<br>NEW YORK NY 10019-6022 | JOHN F KURTZ JR<br>KURTZ LAW PLLC<br>910 W MAIN<br>SUITE 364<br>BOISE ID 83702-5740 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECP SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| (P)LAND VIEW INC<br>ATTN DAN NOBLE<br>P O BOX 475<br>RUPERT ID 83350-0475 | LAND VIEW INC<br>CO GERY W EDSON<br>PO BOX 448<br>BOISE ID 83701-0448 | ADAM A LEWIS<br>MORRISON FOERSTER LLP<br>425 MARKET STREET<br>SAN FRANCISCO CA 94105-2482 |
| ADAM AIKEN LEWIS<br>MORRISON FOERSTER LLP<br>425 MARKET STREET<br>STE 32ND FLOOR<br>SAN FRANCISCO CA 94105-2467 | KARYN LLOYD<br>GORDON REES SCULLY MANSUKHANI LLP<br>999 W MAIN STREET<br>100<br>BOISE ID 83702-9001 | KARYN LLOYD<br>GORDON REES SCULLY MANSUKHANI LLP<br>999 W MAIN STREET 100<br>BOISE ID 83702-9001 |
| MWI VETERINARIAN SUPPLY INC<br>3041 W PASADENA DRIVE<br>BOISE ID 83705-4776 | JED W MANWARING<br>EVANS KEANE LLP<br>1161 W RIVER ST<br>SUITE 100<br>PO BOX 959<br>BOISE ID 83701-0959 | JAMES JUSTIN MAY<br>JOHNSON MAY<br>199 N CAPITOL BLVD<br>STE 200<br>BOISE ID 83702-6197 |
| ZACHERY J MCCRANEY<br>HOLLAND HART<br>PO BOX 2527<br>800 W MAIN STREET<br>SUITE 1750<br>BOISE ID 83702-5974 | METLIFE REAL ESTATE LENDING LLC<br>CO KIMBELL D GOURLEY<br>10801 MASTIN BLVD<br>SUITE 700<br>OVERLAND PARK KS 66210-1673 | METROPOLITAN LIFE INSURANCE COMPANY<br>CO KIMBELL D GOURLEY<br>10801 MASTIN BLVD<br>SUITE 700<br>OVERLAND PARK KS 66210-1673 |
| MICHAEL CHOJNACKY<br>51 W 600 N<br>JEROME ID 83338-5016 | DEBTOR<br>MILLENKAMP CATTLE INC<br>471 NORTH 300 WEST<br>JEROME ID 83338-5078 | RHETT MICHAEL MILLER<br>PARSONS LOVELAND SHIRLEY LINDSTROM<br>PO BOX 910<br>BURLEY ID 83318-0910 |
| MOSS FARMS OPERATIONS LLC<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 | MOSS GRAIN PARTNERSHIP<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 | JOHN D MUNDING<br>MUNDING PS<br>309 E FARWELL RD<br>STE 310<br>SPOKANE WA 99218-8209 |
| NAPA AUTO PARTS<br>PO BOX 1425<br>TWIN FALLS ID 83303-1425 | JASON RONALD NAESS<br>DOJUST<br>550 WEST FORT ST<br>STE 698<br>BOISE ID 83724-0101 | JAMES NIEMEIER<br>MCGRATH NORTH<br>1601 DODGE STREET<br>SUITE 3700<br>OMAHA NE 68102-1627 |
| JAMES J NIEMEIER<br>MCGRATH NORTH MULLIN KRATZ PC LLO<br>1601 DODGE STREET<br>STE 3700<br>OMAHA NE 68102-1650 | JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET<br>STE 2000<br>DENVER CO 80203-4554 | JOHN OBRIEN<br>SPENCER FANE LLP<br>1700 LINCOLN STEET<br>SUITE 2000<br>DENVER CO 80203-4554 |
| GABRIEL L OLIVERA<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6524 | GABRIEL LUIS OLIVERA<br>OMELVENY MYERS LLP<br>1301 AVENUE OF THE AMERICAS<br>STE 1700<br>NEW YORK NY 10019-6022 | OVERHEAD DOOR<br>489 S LOCUST<br>TWIN FALLS ID 83301-7849 |

USPS FIRST CLASS MAIL RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were served via First Class USPS Mail Service.

```
PTG OF IDAHO LLC                       DOMENIC E PACITTI                        PAN AMERICAN LIFE INSURANCE
CO HOLLAND N ONEIL FOLEY  LARDNER L    KLEHR HARRISON HARVEY BRANZBURG LLP      1778 N PLANO RD
2021 MCKINNEY AVENUE STE 1600          919 MARKET STREET                        STE 310
DALLAS TX 75201-3340                   SUITE 1000                               RICHARDSON TX 75081-1958
                                       WILMINGTON DE 19801-3030


PERFORMIX NUTRITION SYSTEMS            PERFORMIX NUTRITION SYSTEMS LLC          MARK BRADFORD PERRY
2201 N 20TH STREET                     MUNDING PS                               PERRY LAW PC
NAMPA ID 83687-6849                    309 E FARWELL RD STE 310                 POB 637
                                       SPOKANE WA 99218-8209                    BOISE ID 83701-0637


PIVOT MAN INC                          SCOTT C POWERS                           PRIME RIDGE BEEF LLC
ROBIN JONES                            SPENCER FANE LLP                         CO JOHN OBRIEN
PO BOX 355                             10 EXCHANGE PLACE 11TH FLR               SPENCER FANE
PAUL ID 83347-0355                     SALT LAKE CITY UT 84111-2824             1700 LINCOLN STREET SUITE 2000
                                                                                DENVER CO 80203-4554


PRO TECH SERVICE COMPANY               PROGRESSIVE DAIRY SERVICE  SUPPLY CORP   QUILL CORPORATION
1550 KIMBERLY RD                       485 S IDAHO ST                           PO BOX 102419
TWIN FALLS ID 83301-7341               WENDELL ID 83355-5241                    COLUMBIA SC 29224-2419


RABO AGRIFINANCE LLC                   RAFT RIVER RURAL ELECTRIC COOPERATIVE    CHERYL RAMBO
CO SHEILA R SCHWAGER                   INC                                      IDAHO STATE POLICE
PO BOX 1617                            CO RHETT M MILLER                        700 S STRATFORD DR
BOISE ID 83701-1617                    PO BOX 910                               MERIDIAN ID 83642-6242
                                       BURLEY ID 83318-0910


JANINE PATRICE REYNARD                 ROBERT E RICHARDS                        ROBERT E RICHARDS
AVERY LAW                              DENTONS US LLP                           233 SOUTH WACKER DRIVE
3090 E GENTRY WAY                      233 SOUTH WACKER DRIVE                   SUITE 5900
SUITE 250                              STE 7800                                 CHICAGO IL 60606-6361
MERIDIAN ID 83642-3596                 CHICAGO IL 60606-6459


HOLLY ROARK                            ROARK LAW OFFICES                        ROCKY MOUNTAIN AGRONOMICS
ROARK LAW OFFICES                      950 BANNOCK ST 11TH FL                   1912 WEST MAIN STREET
950 BANNOCK ST STE 1100                BOISE ID 83702-5999                      BURLEY ID 83318-1611
BOISE ID 83702-6140


ROGERS MACHINERY COMPANY INC           EVAN THOMAS ROTH                         TIRZAH R ROUSSELL
PO BOX 230429                          1101 W RIVER ST STE 110                  215 10TH STREET
PORTLAND OR 97281-0429                 BOISE ID 83702-7067                      SUITE 1300
                                                                                DES MOINES IA 50309-3616


TIRZAH R ROUSSELL                      MIRANDA RUSSELL                          MIRANDA K RUSSELL
DENTONS DAVIS BROWN PC                 MORRISON  FOERSTER LLP                   MORRISON  FOERSTER LLP
THE DAVIS BROWN TOWER                  250 WEST 55TH STREET                     250 WEST 55TH STREET
215 10TH STREET                        NEW YORK NY 10019-0050                   NEW YORK NY 10019-0050
SUITE 1300
DES MOINES IA 50309-3621
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

SANDTON CAPITAL PARTNERS LP
16 W 46TH STREET 1ST FLOOR
NEW YORK NY 10036-4503

SCHAEFFER MANUFACTURING COMPANY
CO DENIS MCCARTHY
2600 S BROADWAY
ST LOUIS MO 63118-1828

NIKOLAUS F SCHANDLBAUER
20 F STREET NW
SUITE 500
WASHINGTON DC 20001-6703

SCHMIDT CATTLE HAULING
848 E 3400 N
CASTLEFORD ID 83321-6422

ANDREW SCHOULDER
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022

ANDREW J SCHOULDER
NORTON ROSE FULBRIGHT US LLP
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022

SCHOWS TRUCK CENTER
PO BOX 2208
DECATUR AL 35609-2208

SCHUIL AG REAL ESTATE INC
5020 W MINERAL KING AVE
VISALIA CA 93291-5364

SHEILA RAE SCHWAGER
HAWLEY TROXELL ENNIS  HAWLEY LLP
877 MAIN STREET SUITE 200
PO BOX 1617
BOISE ID 83701-1617

SIX STATES DISTRIBUTORS INC
29787 NETWORK PLACE
CHICAGO IL 60673-1297

LOUIS V SPIKER
MILLER NASH LLP
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

SPRINKLERSHOP INC
PO BOX 599
PAUL ID 83347-0599

ST GENETICS
INGURAN USA INC
22575 STATE HWY 6 SOUTH
NAVASOTA TX 77868-8297

STANDING 16 RANCH LAND COMPANY LLC
335 W 300 N
JEROME ID 83338-5217

STANDLEE AG RESOURCES
CO MILLER NASH LLP
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

STANDLEE AG RESOURCES
CO MILLER NASH LLP ATTN LOUIS SPIKER
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

STAR FALLS FARMS LLC
1908 E 1300 S
HAZELTON ID 83335-5428

STEEL RANCH LLC
3597 E 1100 S
HAZELTON ID 83335

MICHAEL R STEWART
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS MN 55402-7508

STOTZ EQUIPMENT
2670 KIMBERLY RD E
TWIN FALLS ID 83301-7984

MATTHEW A STURZEN
SHERMAN SHERMAN JOHNNIE  HOYT LLP
693 CHEMEKETA STREET NE
SALEM OR 97301-3732

THE FORBES SECURITIES GROUP LLC DBA
FORBES
6400 S FIDDLERS GREEN CIRCLE
SUITE 850
GREENWOOD VILLAGE CO 80111-4994

THE SPRINKLER SHOP
PO BOX 599
PAUL ID 83347-0599

MEREDITH LEIGH THIELBAHR
GORDON  REES  SEATTLE
701 FIFTH AVENUE
STE 2100
SEATTLE WA 98104-7084

TRIPLE C FARMS LLC
474 S 500 W
JEROME ID 83338-6027

KIM J TROUT
TROUT LAW PLLC
3778 PLANTATION RIVER DR STE 101
BOISE ID 83703-3086

US COMMODITIES LLC
730 SECOND AVENUE S SUITE 700
MINNEAPOLIS MN 55402-2480

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/HGR SERVICE are not served via First Class USPS Mail Service.

US TRUSTEE
550 WEST FORT ST STE 698
BOISE ID 83724-0101

ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE WI 53158-3686

UNITED ELECTRIC COOP INC
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

VISERION GRAIN LLC
CO SAWTOOTH LAW OFFICES PLLC
213 CANYON CREST DR STE 200
TWIN FALLS ID 83301-3053

VITERRA USA GRAIN LLC
1331 CAPITOL AVE
OMAHA NE 68102-1197

VITERRA USA GRAIN LLC AND VITERRA USA
INGRE
CO RACINE OLSON PLLP
PO BOX 1391
POCATELLO ID 83204-1391

VITERRA USA INGREDIENTS LLC
1331 CAPITOL AVE
OMAHA NE 68102-1197

WAG SERVICES INC
8121 W HARRISON ST
TOLLESON AZ 85353-3328

WENDELL TRUCK AND AUTO
PO BOX 213
356 S IDAHO ST
WENDELL ID 83355-5209

WESTERN CONSTRUCTION INC
PO BOX 15569
BOISE ID 83715-5569

WESTERN STATES EQUIPMENT CO
500 EAST OVERLAND ROAD
MERIDIAN ID 83642-6606

WESTWAY FEED
BARR CREDIT SERVICES
3444 N COUNTRY CLUB RD
STE 200
TUCSON AZ 85716-0815

WILBURELLIS COMPANY LLC
CO MATTHEW A STURZEN
PO BOX 2247
SALEM OR 97308-2247

WILBURELLIS NUTRITION LLC
CO MATTHEW A STURZEN
PO BOX 2247
SALEM OR 97308-2247

WILLIAMS MESERVY  LARSEN
POST OFFICE BOX 168
153 EAST MAIN STREET
JEROME ID 83338-2332

BRENT RUSSEL WILSON
HAWLEY TROXELL ENNIS  HAWLEY LLP
877 MAIN STREET SUITE 200
BOISE ID 83702-6030

YOUNG CDJR OF BURLEY LLC
PO BOX 1530
LAYTON UT 84041-6553

YOUREE LAND  LIVESTOCK INC
3953 NORTH 3300 EAST
TWIN FALLS ID 83301-0348

CO DAVID A COLEMAN YOUREE LAND
LIVESTOCK
COLEMAN RITCHIE  JACOBSON
PO BOX 525
TWIN FALLS ID 83303-0525