Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      Robert.richards@dentons.com
      Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>       Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Chapter 11<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
|---|---|

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENES FOR THE MONTH OF MAY 2024 – PAGE 1

### NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024

TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing May 1, 2024, and ending May 31, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtor, and any Official Committee of Unsecured Creditors appointed herein.

/

/

/

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: June 7, 2024.

DATE: June 7, 2024

   /s/ Matt Christensen
JOHNSON MAY
Matthew T. Christensen

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that on this 7th day of June, 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Bunge Canada
c/o David D. Farrell, Esq.
One Bank Plaza
Suite 2700
St. Louis, MO 63101

Nikolaus F. Schandlbauer
20 F Street NW
Suite 500
Washington, DC 20001

W. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606

Scott F. Gautier
1800 Century Park East
Ste. 1500
Los Angeles, CA 90067

Zachery J. McCraney
Holland & Hart
PO Box 2527
800 W. Main St., Suite 1750
Boise, ID 83701

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg, LLP
919 Market St
Suite 1000
Wilmington, DE 19801

Michael R. Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Suite 200
Omaha, NE 68130

Wilbur Ellis Nutrition-Rangen
c/o Tony Champion
PO Box 706
115 13th Ave. South
Buhl, ID 83316

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENES FOR THE MONTH OF MAY 2024 – PAGE 5

| | |
|---|---|
| Viterra USA Grain, LLC<br>Viterra USA Ingredients, LLC<br>c/o Alicia Burns<br>1331 Capitol Ave.<br>Omaha, NE 68102 | Land View, Inc.<br>c/o Dan Noble<br>PO Box 475<br>Rupert, ID 83350 |

                                        /s/ Matt Christensen
                                      Matthew T. Christensen

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>      Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Chapter 11<br><br>[NO HEARING REQUIRED]<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
MAY 2024 – Page 1

# JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024

Johnson May (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of May 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.     The Firm is Local Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.     The Firm billed a total of $39,526.94 in fees and expenses during the Application Period. The total fees represent 97.60 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| May 1-31, 2024 | $39,430.00 | $96.94 | $39,526.94 |

C.     Accordingly, the Firm seeks allowance of interim compensation in the amount of $29,669.44 at this time. This total is comprised as follows: $29,572.50 (75% of the fees for services rendered) plus $96.94 (100% of the expenses incurred).

D.     Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

F. The Firm still holds funds in its client trust account on behalf of the Debtor, in the amount of $10,133.83 (this amount is assuming the prior application for April is paid as requested in the April Cover Sheet Application). The Firm will use these funds first to pay the interim fees requested in this Cover Sheet Application, and the Debtor will pay the remaining $19,535.61 from its accounts at its discretion.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: June 7, 2024                     /s/ Matt Christensen
                                       JOHNSON MAY
                                       Matthew T. Christensen

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 7th day of June, 2024, I caused to be served a true and correct copy of the foregoing JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024 – Page 4

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

    /s/ Matt Christensen
Matthew T. Christensen

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024 – Page 5

| EXHIBIT A | | | | | |
|---|---|---|---|---|---|
| DATE | PROF | DESCRIPTION | UNITS | RATE | VALUE |
| **B110 CASE ADMINISTRATION** | | | | | |
| 5/1/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Continue work on memorandum in Support of Critical Vendor Motion (7). | 7.00 | $425.00 | $2,975.00 |
| 5/1/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with David Heida re: subpoena docs (.2); review documents produced and send to RAF attorneys (.6). | 0.80 | $425.00 | $340.00 |
| 5/2/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Respond to various emails (.6); phone call with Krystal M re: hearing prep and service of docs (.3); call with MGrimshaw (.3). | 1.20 | $425.00 | $510.00 |
| 5/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Krystal M re: witness/exhibit lists and report (.3); call with Kati Churchill re: RAF production (.1); emails with RAF re: doc production (.1); misc emails with creditors and clients (.5). | 1.00 | $425.00 | $425.00 |
| 5/4/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Email to Lisa Nelson re steer checks still being routed through Rabo's counsel and then forwarded to Johnson May. | 0.20 | $150.00 | $30.00 |
| 5/6/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Various emails and phone calls with creditors and co-counsel re: upcoming hearings. | 0.50 | $425.00 | $212.50 |
| 5/7/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Extended meeting with clients, co-counsel and FA to prepare for 5/8 and 5/9 hearings. | 10.50 | $425.00 | $4,462.50 |
| 5/8/2024 | JJM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Conference with MTC, David Heida and Bill Millenkamp regarding water rights issues and valuation | 1.60 | $425.00 | $680.00 |
| 5/8/2024 | JJM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Research water rights issues related to curtailment and mitigation | 2.40 | $425.00 | $1,020.00 |
| 5/10/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Discuss hearings with JJM. | 0.50 | $0.00 | $0.00 |
| 5/13/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with team (.6); | 0.60 | $425.00 | $255.00 |
| 5/14/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients. | 0.50 | $425.00 | $212.50 |
| 5/15/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Email JB Evans re: WSECO order (.1); email JNaess re 503(b)(9) order (.1); review emails from JNaess and BCahoon re: critical vendor and interim fee procedures orders (.1). | 0.30 | $425.00 | $127.50 |
| 5/16/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily meeting with team (.3); phone calls with Kati & Ken re: reporting and budgeting (.4). | 0.70 | $425.00 | $297.50 |
| 5/17/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Update proposed cash collateral order and circulate to others (.3); phone call with Rabo counsel to discuss changes to order (.1) | 0.40 | $425.00 | $170.00 |
| 5/20/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients (.5); emails re: variance analysis (.2). | 0.70 | $425.00 | $297.50 |
| 5/21/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients (.3); call with co-counsel re: employment issues and other motions (.2); emails re: MOR filings (.3). | 0.80 | $425.00 | $340.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for Black Pine Cattle, LLC. | 0.10 | $150.00 | $15.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for East Valley Cattle, LLC. | 0.10 | $150.00 | $15.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for Goose Ranch, LLC. | 0.10 | $150.00 | $15.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for Idaho Jersey Girls. | 0.10 | $150.00 | $15.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for Idaho Jersey Girls Jerome Dairy. | 0.10 | $150.00 | $15.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for Millenkamp Enterprises, LLC. | 0.10 | $150.00 | $15.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for Millenkamp Family, LLC. | 0.10 | $150.00 | $15.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for Millenkamp Properties, LLC. | 0.10 | $150.00 | $15.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for Millenkamp Properties II, LLC. | 0.10 | $150.00 | $15.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Confer with MTC re status of April Monthly Operating Report for Millenkamp Cattle, Inc. (0.1); Email correspondence to Kati Churchill re missing Monthly Operating Report for Millenkamp Cattle, Inc. (0.1). | 0.20 | $150.00 | $30.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze bank statements provided by Millenkamp Cattle in order to prepare for filing. | 1.50 | $150.00 | $225.00 |
| 5/22/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with Committee Counsel (.7); daily call with clients (.7); emails with clients and co-counsel re: orders and adequate protection payments (.3); emails and phone call with SSchwager re: 503(b)(9) motion (.2). | 1.90 | $425.00 | $807.50 |
| 5/23/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with co-counsel re: various motions and next steps (.2); call with Kander re: reporting (.1); emails with clients (.2). | 0.50 | $425.00 | $212.50 |
| 5/23/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Research re DIP fiduciary duties and update memo to client. | 1.00 | $425.00 | $425.00 |
| 5/24/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Participate in call with clients (1); emails with co-counsel re: 503(b)(9) claims (.2). | 1.20 | $425.00 | $510.00 |
| 5/28/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with client and co-counsel (.5); call with Matt Grimshaw re: future silage purchases (.3); email with client re: same (.1); call with Oren Haker re: Burks Tractor lease and review emails re: same (.3). | 1.20 | $425.00 | $510.00 |
| 5/29/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with Committee Counsel and FAs. | 0.80 | $425.00 | $340.00 |
| 5/29/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call and emails with client re: silage and hay farmers. | 0.20 | $425.00 | $85.00 |
| 5/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients and co-counsel (1); various emails and calls with clients and creditors re new motions (.7). | 1.70 | $425.00 | $722.50 |
| 5/31/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Misc emails and calls re: pending motions. | 0.80 | $425.00 | $340.00 |
| 6/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with client re: pending motions and issues (.7); review and respond to various emails from parties (.3). | 1.00 | $425.00 | $425.00 |
| 6/4/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and respond to various emails (.3); Zoom call with client team (.5); Teams call with Committee counsel and FAs (.4). | 1.20 | $425.00 | $510.00 |
| 6/5/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Catch up and respond to various emails re: pending motions (.5); daily call with clients and counsel (.7); review changes to deposit motion (.2); review and comment on draft of motions (.4); review and circulate weekly reports (.2); phone call with Alex Caval re: personal counsel for Bill Millenkamp (.3). | 2.30 | $425.00 | $977.50 |
| | | **Total:** | **46.10** | | **$18,610.00** |

**B130 ASSET DISPOSITION**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/16/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with client re: sale of titled vehicles. | 0.30 | $425.00 | $127.50 |
| | | **Total:** | **0.30** | | **$127.50** |

**B140 RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/20/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Update proposed order re WSECO adequate protection motion and send to JBEvans for review. | 0.20 | $425.00 | $85.00 |
| | | **Total:** | **0.20** | | **$85.00** |

**B150 MEETINGS AND COMMUNICATIONS W/CREDITORS**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/1/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Louis Spiker re: Standlee and Staker Parsons. | 0.30 | $425.00 | $127.50 |
| 5/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Attend IDI with clients and UST's office (2.7); phone call with John Obrien (.4); Teams call with Sandton group (.6); phone call with David Coleman (.3). | 4.00 | $425.00 | $1,700.00 |
| 5/10/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare for and attend Meeting of Creditors (continued) (2.6); Phone call with clients re: meeting of creditors (.4); phone call with David Coleman re: creditor claims and DIP account (.3). | 3.30 | $425.00 | $1,402.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/16/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Emails with RMiller re: silage payment (.2); phone call with DColeman re: banking and silage payment (.3). | 0.50 | $425.00 | $212.50 |
| 5/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Attend continued meeting of creditors | 0.50 | $425.00 | $212.50 |
| 6/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with committee counsel re: pending motions (.4); call with Matt Grimshaw re: deposit payments (.1). | 0.50 | $425.00 | $212.50 |
| 6/4/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Louis Spiker (Standlee Ag) re reassurance for his client for aggregate sales approval and status of the budget. | 0.10 | $150.00 | $15.00 |
| 6/6/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with JBEvans re Western States lease. | 0.20 | $425.00 | $85.00 |
| 6/6/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Eli from the Door Company re plans on filing a Proof of Claim. | 0.10 | $150.00 | $15.00 |
| | | Total: | 9.50 | | $3,982.50 |
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 5/15/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Cooper Norman re: App to Employ and reporting timeline (.3); phone call with Mark Melickian re: committee counsel (.2). | 0.50 | $425.00 | $212.50 |
| 5/15/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare Order Authorizing Employment of Johnson May. | 0.50 | $150.00 | $75.00 |
| 5/15/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare Order Authorizing Employment of Dentons. | 0.50 | $150.00 | $75.00 |
| 5/21/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review UST guidelines and update Supplemental Declarations. | 0.30 | $425.00 | $127.50 |
| 5/21/2024 | AS | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review order approving interim fee app procedure (0.3); draft April fee app with exhibit and notice of same (2.2). | 2.50 | $130.00 | $325.00 |
| 5/22/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Finalize draft Supplemental Declarations of MTC and Krystal Mikkilineni (.3); update Rule 2016(b) disclosure forms (.1). | 0.40 | $425.00 | $170.00 |
| 5/24/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare and file April fee application (includes unbilled time for calls with clerk's office to determine procedure for filing application). | 0.50 | $425.00 | $212.50 |
| 5/29/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with co-counsel and Kander re: Kander app to employ (.3); call with Kander and UST re: same (.4) | 0.70 | $425.00 | $297.50 |
| | | Total: | 5.90 | | $1,495.00 |
| **B210 BUSINESS OPERATIONS** | | | | | |
| 5/1/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare and file Supplement to Cash Collateral Motion. | 0.50 | $425.00 | $212.50 |
| 5/8/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare for (1); travel to/from and attend motion hearing (9); meet with clients to discuss hearing and prepare for day 2 (2.6). | 12.60 | $425.00 | $5,355.00 |
| 5/9/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare for (.5) and attend day 2 of hearings. | 9.60 | $425.00 | $4,080.00 |
| 5/10/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Attend oral decision on cash collateral and DIP Motions (.4); discuss with client afterward (.2); discuss budget with Kati Churchill (.2). | 0.60 | $425.00 | $255.00 |
| 5/10/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare and send various orders re: motions heard this week. | 1.40 | $425.00 | $595.00 |
| 5/14/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare and send draft of final cash collateral order to co-counsel for comments. | 0.40 | $425.00 | $170.00 |
| 5/15/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Finalize and circulate proposed Final Cash Collateral order (.4); review recordings of prior court rulings on critical vendor motion and cash collateral motion (.5); exchange various emails with Rabo counsel re: cash collateral order (1). | 1.90 | $425.00 | $807.50 |
| 5/16/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call and emails with James Roberts re: Forbes reporting (.3); multiple lengthy emails with Andrew Schoulder re: same (all in context of cash collateral order) (.5). | 0.80 | $425.00 | $340.00 |
| 5/20/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with Forbes re: reporting requirements (.1); update cash collateral order and circulate to parties (.3); call with MetLife attorney Bingham re: cash collateral order (.1). | 0.50 | $425.00 | $212.50 |
| 5/20/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review Amended 503(b)(9) motion and provide comments to co-counsel. | 0.30 | $425.00 | $127.50 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/29/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Begin drafting motion for approval of pre-payment for fall silage/hay contracts. | 1.00 | $425.00 | $425.00 |
| 6/4/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review authorities (.7) and prepare draft of Mtn to Prepay deposits (1.2); review and comment on draft of 503(b)(9) Declaration (.2). | 2.10 | $425.00 | $892.50 |
| 6/4/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Finish review of proposed Case lease and send with comments to Case counsel (.5). | 0.50 | $425.00 | $212.50 |
| 6/6/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare Motion for Approval of Burks lease and circulate for approval (1); review and comment on motion to buy/sell equipment (.3); update and finalize Motion for authority to pre-pay deposits (.5); review and revise draft of Bar Date motion (.4); incorporate final comments and file Mtns re extending POC bar date, approving pre-payment of hay/straw/silage, and approval of Burks Tractor lease (.5); update Notice of Hearing (.2); prepare draft Mtn to Shorten Time (.2). | 3.10 | $425.00 | $1,317.50 |
| | | **Total:** | **35.30** | | **$15,002.50** |

**B230 FINANCING/CASH COLLECTIONS**

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/14/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review proposed changes to DIP order. | 0.30 | $425.00 | $127.50 |
| | | **Total:** | **0.30** | | **$127.50** |
| | | **FEES TOTAL:** | **97.60** | | **$39,430.00** |

**COSTS**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/7/2024 | | Meals - R&R BBQ (hearing prep with clients) | 1.00 | $96.94 | $96.94 |
| | | **Total:** | **1.00** | | **$96.94** |
| | | **GRAND TOTAL:** | **98.60** | | **$39,526.94** |

Staff Summary:

| Code | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| MTC | Matthew T. Christensen | 86.60 | $425.00 | $36,805.00 |
| MTC | Matthew T. Christensen | 0.50 | $0.00 | $0.00 |
| JJM | J. Justin May | 4.00 | $425.00 | $1,700.00 |
| ARD | Allison R. Daniels | 4.00 | $150.00 | $600.00 |
| AS | Abigail Stephens | 2.50 | $130.00 | $325.00 |
| | | 97.60 | | $39,430.00 |