Mark B. Perry ISB #3345
**PERRY LAW, P.C.**
2627 West Idaho Street
P.O. Box 637
Boise, Idaho  83701-0637
Telephone:   (208) 338-1001
Facsimile:   (208) 338-8400
PL File No.  4476.001
mbp@perrylawpc.com

Attorneys for Burks Tractor Company, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No.   24-40158-NGH |
| MILLENKAMP CATTLE, INC., | Chapter 11 |
| Debtor. | |

## APPLICATION FOR ADMISSION PRO HAC VICE

Pursuant to LBR 9010.1(d) of the United States Bankruptcy Court for the District of Idaho, Oren Buchanan Haker (the Applicant@) hereby applies for admission pro hac vice to appear and participate in this case on behalf of creditor/party in interest Burks Tractor Company, Inc.

The Applicant hereby declares under penalty of perjury as follows:

1.    Applicant resides in Portland, Oregon and practices at Black Helterline LLP, 805 SW Broadway, Suite 1900, Portland, Oregon 97205, (503) 417-2115.

2.    Applicant Oren Buchanan Haker (Oregon Bar. No. 130162) was admitted to practice in Oregon state and federal courts in 2013.

3.    Applicant is in good standing and eligible to practice in said courts.

4.    Applicant is not currently suspended or disbarred in any other courts.

5.    Mark B. Perry, member in good standing of the bar of this Court, of the firm

Perry Law, P.C., 2627 West Idaho Street, Boise, Idaho, are hereby designated as co-counsel

with authority to act as attorney of record for all purposes.    Said designees hereby consent

to this designation by signing this application.

DATED: June _6_, 2024.

APPLICANT:

Oren Buchanan Haker

SUBSCRIBED AND SWORN before me this _6th_ day of June 2024

OFFICIAL STAMP
TANYA LABARR-GREEN
NOTARY PUBLIC - OREGON
COMMISSION NO. 1012087
MY COMMISSION EXPIRES MAY 13, 2025

NOTARY PUBLIC FOR OREGON
Residing at _Beaverton, OR_
My Commission Expires _May 13, 2025_

DESIGNEE:

Mark B. Perry

**APPLICATION FOR ADMISSION PRO HAC VICE    C   2**

taw | 4576.001 | MOTION FOR ADMISSION PRO HAC VICE | 06052024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___ day of June 2024, a true and correct copy of the foregoing **APPLICATION FOR ADMISSION PRO HAC VICE** was served upon the following persons via electronic mail through the ECF system of the United States Bankruptcy Court for the District of Idaho.

Krystal R. Mikkilineni
krystal.mikkilineni@dentons.com

Millenkamp Cattle, Inc
mtc@johnsonmaylaw.com
jjm@johnsonmaylaw.com
krystal.mikkilineni@dentons.com
robert.richards@dentons.com
tirzah.roussell@dentons.com

Ad Hoc Committee of Corn Silage
Growers
matt@grimshawlawgroup.com

Creditor Committee
Bruce A. Anderson
baafiling@eaidaho.com

Automation Werx, LLC
lburri@morrowfischer.com

B & H Farming
david@colemanjacobsonlaw.com

Blue Cross of Idaho Health Service   Inc.
D Blair Clark
dbc@dbclarklaw.com

Bunge Canada
dfarrell@thompsoncoburn.com

CNH Industrial Capital America LLC
kentcarter@grsm.com

klloyd@grsm.com
mthielbahr@grsm.com

Matthew T. Christensen
mtc@johnsonmaylaw.com

Conterra Holdings, LLC d/b/a Conterra
Ag Capital as loan servicer and power of
attorney for Ag Funding SC II LLC and
Conterra Holdings, LLC d/b/a Conterra
Ag Capital as loan servicer and power of
attorney
zfairlie@spencerfane.com
jobrien@spencerfane.com
spowers@spencerfane.com

East Valley Development, LLC
alewis@mofo.com
janine@averylaw.net
mrussell@mofo.com

Elevation Electric, LLC
holly@roarklawboise.com

Glanbia Foods Inc
rfaucher@hollandhart.com
ZJMcCraney@hollandhart.com

Idaho State Brand Department
cheryl.rambo@isp.idaho.gov

JOHN DEERE FINANCIAL
sfink@weltman.com

---

**APPLICATION FOR ADMISSION PRO HAC VICE    C    3**
taw | 4576.001 | MOTION FOR ADMISSION PRO HAC VICE | 06052024

Land View, Inc.
gedson@gedson.com

MWI Veterinarian Supply, Inc.
abell@evanskeane.com
jmanwaring@evanskeane.com
MWI Veterinary Supply Inc
mbranzburg@klehr.com

McAlvain Concrete, Inc.
edlund@mwsslawyers.com
MetLife Real Estate Lending LLC
kgourley@idalaw.com

Metropolitan Life Insurance   Company
kgourley@idalaw.com

Moss Farms Operations, LLC
rmiller@magicvalley.law

Moss Grain Partnership
rmiller@magicvalley.law

Official Committee of Unsecured
Creditors
jgurule@omm.com
mkremer@omm.com
golivera@omm.com

PerforMix Nutrition Systems, LLC
john@mundinglaw.com

Progressive Dairy Service & Supply
Corp.
holly@roarklawboise.com

Rabo AgriFinance LLC
andrew.schoulder@nortonrosefulbright.c
om
sschwager@hawleytroxell.com
bwilson@hawleytroxell.com

Raft River Rural Electric Cooperative,
Inc.
rmiller@magicvalley.law

Rocky Mountain Agronomics, Inc
ktrout@trout-law.com
Sandton Capital Partners LP
jfk@kurtzlawllc.com

Standlee Ag Resources
louis.spiker@millernash.com

United Electric Co-op, Inc.
rmiller@magicvalley.law

Viserion Grain, LLC
brian@sawtoothlaw.com
evan@sawtoothlaw.com

Viterra USA Grain, LLC and Viterra USA
Ingredients, LLC
heidi@racineolson.com
dan@racineolson.com
jniemeier@mcgrathnorth.com

Western States Equipment Co.
evans.jb@dorsey.com

Wilbur-Ellis Company LLC
matt@shermlaw.com

Youree Land & Livestock, Inc.
david@colemanjacobsonlaw.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov
Jason.r.naess@usdoj.gov

Mark B. Perry

APPLICATION FOR ADMISSION PRO HAC VICE    C    4
taw | 4576.001 | MOTION FOR ADMISSION PRO HAC VICE | 06052024