

# Certificate of Good Standing

State of Oregon           )
                          )  ss.
County of Washington      )

I, Troy Wood, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**OREN BUCHANAN HAKER, BAR NO. 130162**

was admitted to practice law in the State of Oregon by Reciprocity and became an Active member of the Oregon State Bar on January 9, 2013.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Haker is an Active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 7th day of May, 2024.

_____
Troy Wood
Regulatory Counsel
Oregon State Bar

*This certificate expires 60 days from the date of issuance*