**Jed W. Manwaring, ISB #3040**
**EVANS KEANE LLP**
**1161 W. River Street, Suite 100**
**P. O. Box 959**
**Boise, Idaho 83701-0959**
**Telephone:  (208) 384-1800**
**Facsimile:    (208) 345-3514**
**Email:   jmanwaring@evanskeane.com**

*Local Counsel to MWI Veterinary Supply, Inc.*

**KLEHR HARRISON HARVEY BRANZBURG LLP**
**Domenic E. Pacitti, Esq.**
**919 N. Market Street, Suite 1000**
**Wilmington, Delaware  19801-3062**
**Telephone:  (302) 426-1189**
**Email:  dpacitti@klehr.com**

**Morton R. Branzburg, Esq.**
**1835 Market Street**
**Philadelphia, Pennsylvania 19103**
**Telephone:  (215) 569-2700**
**Email:  mbranzburg@klehr.com**

*Pro Hac Vice Counsel to MWI Veterinary Supply, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | ) Chapter 11 |
| MILLENKAMP CATTLE, INC., *et al.* | ) Case No. 24-40158-NGH |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF DISASSOCIATION OF AARON R. BELL

NOTICE IS HEREBY GIVEN that Attorney Aaron R. Bell, Idaho State Bar No. 10918, has left the law firm of Evans Keane LLP.  Consequently, Mr. Bell should be removed from any and all further communications and service lists by all parties to this action. Creditor MWI Veterinary Supply, Inc. request that the Clerk of the Court remove Mr. Bell from the Civil Docket for this case.

*NOTICE OF DISASSOCIATION OF AARON R. BELL* - 1

DATED this 7th day of June, 2024.

EVANS KEANE LLP

By:    /s/ Jed W. Manwaring
Jed W. Manwaring, of the Firm
*Local Counsel to MWI Veterinary Supply, Inc.*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of June, 2024, I electronically filed the foregoing document through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **Bruce A. Anderson**  baafiling@eaidaho.com
- **Morton R. Branzburg**  mbranzburg@klehr.com
- **Heidi Buck Morrison**  heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com
- **Laura E Burri**  lburri@morrowfischer.com, klee@morrowfischer.com
- **Brett R Cahoon**  ustp.region18.bs.ecf@usdoj.gov
- **William K Carter**  kentcarter@grsm.com
- **Matthew T. Christensen**  mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com
- **D Blair Clark**  dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com
- **David A Coleman**  david@colemanjacobsonlaw.com
- **Connor Bray Edlund**  edlund@mwsslawyers.com, lemieux@mwsslawyers.com
- **Gery W Edson**  gedson@gedson.com, tfurey@gedson.com
- **Jon B Evans**  evans.jb@dorsey.com, sattler.carla@dorsey.com
- **Zachary Fairlie**  zfairlie@spencerfane.com
- **Brian Faria**  brian@sawtoothlaw.com
- **Robert A Faucher**  rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com;spturner@hollandhart.com
- **Kimbell D Gourley**  kgourley@idalaw.com, shudson@idalaw.com
- **Daniel C Green**  dan@racineolson.com, mcl@racinelaw.net
- **Matthew W Grimshaw**  matt@grimshawlawgroup.com
- **Julian Gurule**  jgurule@omm.com, julian-gurule-5732@ecf.pacerpro.com
- **Matthew Kremer**  mkremer@omm.com, matthew-kremer-0858@ecf.pacerpro.com
- **John F Kurtz**  jfk@kurtzlawllc.com, tnd@kurtzlawllc.com
- **Adam Aiken Lewis**  alewis@mofo.com
- **Karyn Lloyd**  klloyd@grsm.com
- **Jed W. Manwaring**  jmanwaring@evanskeane.com, duskin@evanskeane.com;

*NOTICE OF DISASSOCIATION OF AARON R. BELL* - 2

- **James Justin May**  jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;acs@johnsonmaylaw.com;lnh@johnsonmaylaw.com
- **Krystal R. Mikkilineni**  krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com
- **Rhett Michael Miller**  rmiller@magicvalley.law
- **John D Munding**  john@mundinglaw.com
- **Jason Ronald Naess**  Jason.r.naess@usdoj.gov
- **James Niemeier**  jniemeier@mcgrathnorth.com
- **John O'Brien**  jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com
- **Gabriel Luis Olivera**  golivera@omm.com, gabriel-olivera-3960@ecf.pacerpro.com
- **Mark Bradford Perry**  mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com
- **Scott C Powers**  spowers@spencerfane.com, mwatson@spencerfane.com
- **Cheryl Rambo**  cheryl.rambo@isp.idaho.gov
- **Janine Patrice Reynard**  janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com
- **Robert E Richards**  robert.richards@dentons.com, docket.general.lit.chi@dentons.com
- **Holly Roark**  holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net
- **Evan Thomas Roth**  evan@sawtoothlaw.com
- **Tirzah R. Roussell**  tirzah.roussell@dentons.com
- Miranda K. Russell  mrussell@mofo.com
- Andrew J. Schoulder  andrew.schoulder@nortonrosefulbright.com, nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com
- **Sheila Rae Schwager**  sschwager@hawleytroxell.com, jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com
- **Louis V. Spiker**  louis.spiker@millernash.com, louis.spiker@millernash.com
- **Matthew A Sturzen**  matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com
- **Meredith Leigh Thielbahr**  mthielbahr@grsm.com, ckaiser@grsm.com
- **Kim J Trout**  ktrout@trout-law.com
- **US Trustee**  ustp.region18.bs.ecf@usdoj.gov
- **Brent Russel Wilson**  bwilson@hawleytroxell.com, amay@hawleytroxell.com

and any others as listed on the Court's ECF Notice.

                                                                /s/ Jed W. Manwaring
                                                                Jed W. Manwaring