# Notice Recipients

District/Off: 0976−8　　　　　User: admin　　　　　Date Created: 6/7/2024
Case: 24−40158−NGH　　　　　Form ID: pdf117　　　　　Total: 4

**Recipients of Notice of Electronic Filing:**
ust　　　US Trustee　　　ustp.region18.bs.ecf@usdoj.gov
aty　　　Brett R Cahoon　　　ustp.region18.bs.ecf@usdoj.gov
aty　　　Jason Ronald Naess　　　Jason.r.naess@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　Millenkamp Cattle, Inc　　　471 North 300 West　　　Jerome, ID 83338

　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1