Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5261
Email: sschwager@hawleytroxell.com
       bwilson@hawleytroxell.com

Andrew J. Schoulder (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone:  212.318.3030
Email: andrew.schoulder@nortonrosefulbright.com

Attorneys for Rabo AgriFinance LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
|---|---|
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

MOTION TO SHORTEN TIME FOR HEARING ON DEBTORS' MOTION TO SHORTEN TIME - 1

☐ Millenkamp Family

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

## MOTION TO SHORTEN TIME FOR HEARING ON DEBTORS' MOTION TO SHORTEN TIME

Rabo AgriFinance LLC, in its capacity as agent and secured lender ("RAF"), by and through its attorneys of record, hereby seeks an order of the Court shortening time for hearing on the *Motion to Shorten Time for Notice of Hearing (Dkt. No. 380)* (the "Motion") filed by the Debtors Millenkamp Cattle, Inc. *et al.* (the "Debtors") on June 6, 2024, and RAF's *Objection to Debtors' Motion to Shorten Time for Notice of Hearing (Dkt. No. 398)* (the "Objection") filed on June 10, 2024. RAF seeks a hearing on the Motion and the Objection to be held during the presently scheduled telephonic hearing on June 13, 2024, at 1:30 p.m. (MT).

This motion to shorten time is brought pursuant to Federal Rule of Bankruptcy Procedure 9006(c), which allows the Court, in its discretion, to reduce the amount of notice required for cause shown. Cause is present in this case because the various motions that were filed by the Debtors on June 6, 2024, as discussed in the Objection, are intended to be set for an evidentiary hearing on June 20, 2024. If those motions are to go forward on that date, the parties in interest in this case must file responses and disclose exhibits and witnesses by June 14, 2024. The Objection sets forth various reasons why the hearing on the motions on June 20, 2024, should be delayed to a date in July 2024.

MOTION TO SHORTEN TIME FOR HEARING ON DEBTORS' MOTION TO SHORTEN TIME - 2

59797.0007.17294075.1

Therefore, in order for the parties in interest to know what matters are proceeding on the June 20, 2024 hearing date, RAF respectfully requests that the Motion and the Objection are heard at the already scheduled telephonic hearing on June 13, 2024, at 1:30 p.m. (MT).

Dated: June 10, 2024

HAWLEY TROXELL ENNIS & HAWLEY LLP

/s/ Brent R. Wilson

_____

Brent R. Wilson, ISB No. 8936
Attorneys for Rabo AgriFinance LLC

MOTION TO SHORTEN TIME FOR HEARING ON DEBTORS' MOTION TO SHORTEN TIME - 3

59797.0007.17294075.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2024, I electronically filed the foregoing **MOTION TO SHORTEN TIME FOR HEARING ON DEBTORS' MOTION TO SHORTEN TIME** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine Patrice Reynard | janine@averylaw.net |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com |
| Zachary Fairlie | zfairlie@spencerfance.com |
| John O'Brien | jobrien@spencerfane.com |
| Gery W. Edson | gedson@gedson.com |
| Aaron Bell | abell@evanskeane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Karen Lloyd | klloyd@grsm.com |
| James Justin May | jjm@johnsonmaylaw.com |
| Rhett Michael Miller | rmiller@magicvalley.law |
| Robert E. Richards | robert.richards@dentons.com |

| | |
|---|---|
| Holly Roark | holly@roarklawboise.com |
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| John F. Kurtz, Jr. | jfk@kurtzlaw.com |
| And any others receiving cm/ecf notices | |

/s/ Brent R. Wilson
Brent R. Wilson

MOTION TO SHORTEN TIME FOR HEARING ON DEBTORS' MOTION TO SHORTEN TIME - 5

59797.0007.17294075.1