# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| IN RE: | CASE NO: 24-40158, 24-40159, 24-40160, 24-40161, 24 |
|---|---|
| Millenkamp Cattle, Inc.<br>Idaho Jersey Girls, East Valley Cattle, Millenkamp Properties, Millenkamp Properties II, Millenkamp Family, Goose Ranch, Idaho Jersey Girls Jerome Dairy, Black Pine Cattle, Millenkamp Enterprises | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 6/11/2024, I did cause a copy of the following documents, described below,

Notice re Bar Dates

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/11/2024

/s/ Krystal R. Mikkilineni
Krystal R. Mikkilineni  AT0011814

Dentons Davis Brown
215 10th St
Des Moines, IA  50309
515 288 2500
krystal.mikkilineni@dentons.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

IN RE:

Millenkamp Cattle, Inc.
Idaho Jersey Girls, East Valley Cattle,
Millenkamp Properties, Millenkamp Properties II,
Millenkamp Family, Goose Ranch, Idaho Jersey Girls Jerome Dairy, Black Pine Cattle,
Millenkamp Enterprises

CASE NO: 24-40158, 24-40159, 24-40160, 24-40161, 24-40162, 24-40163, 24-40164, 24-40165, 24-40166, 24-40167

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 11

On 6/11/2024, a copy of the following documents, described below,

Notice re Bar Dates

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/11/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Krystal R. Mikkilineni
Dentons Davis Brown
215 10th St
Des Moines, IA  50309

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING       CONTERRA HOLDINGS, LLC D/B/A CONTERRA    MILLENKAMP ENTERPRISES LLC
0976-8                                  AG CAP                                   471 N 300 RD W
CASE 24-40167-NGH                       SPENCER FANE                             JEROME, ID 83338-5078
DISTRICT OF IDAHO                       1700 LINCOLN STREET
TWIN FALLS                              SUITE 2000
TUE JUN 11 09:09:18 MDT 2024            DENVER, CO 80203-4554



RABO AGRIFINANCE LLC                    RABO AGRIFINANCE LLC                     SHEILA R. SCHWAGER
C/O SHEILA R. SCHWAGER                  14767 NORTH OUTER 40 ROAD                HAWLEY TROXELL ENNIS & HAWLEY LLP
P.O. BOX 1617                           CHESTERFIELD, MO 63017-2003              P.O. BOX 1617
BOISE, ID 83701-1617                                                             BOISE, ID 83701-1617



BRETT R CAHOON                          ZACHARY FAIRLIE                          JOHN O'BRIEN
DOJ-UST                                 SPENCER FANE                             SPENCER FANE
550 WEST FORT ST.                       1000 WALNUT                              1700 LINCOLN STREET
STE 698                                 STE 1400                                 STE 2000
BOISE, ID 83724-0101                    KANSAS CITY, MO 64106-2168               DENVER, CO 80203-4554



RABO AGRIFINANCE LLC, IN ITS CAPACITY   TIRZAH R. ROUSSELL                       US TRUSTEE
AS ADM                                  DENTONS DAVIS BROWN PC                   550 WEST FORT ST, STE 698
C/O SHEILA R. SCHWAGER                  THE DAVIS BROWN TOWER                    BOISE, ID 83724-0101
HAWLEY TROXELL ENNIS & HAWLEY LLP       215 10TH STREET
P.O. BOX 1617                           SUITE 1300
BOISE, ID 83701-1617                    DES MOINES, IA 50309-3621



MATTHEW T. CHRISTENSEN                  KRYSTAL R. MIKKILINENI                   SCOTT C POWERS
JOHNSON MAY, PLLC                       DENTONS DAVIS BROWN                      SPENCER FANE LLP
199 N. CAPITOL BLVD                     215 10TH STREET                          10 EXCHANGE PLACE 11TH FLR
SUITE 200                               SUITE 1300                               SALT LAKE CITY, UT 84111-2824
BOISE, ID 83702-6197                    DES MOINES, IA 50309-3616



RABO AGRIFINANCE LLC                    SHEILA RAE SCHWAGER                      BLACK PINE CATTLE LLC
12443 OLIVE BLVD., SUITE 5              HAWLEY TROXELL ENNIS & HAWLEY, LLP       471 N 300 RD W
SAINT LOUIS, MO 63141-6434              877 MAIN STREET, SUITE 200               JEROME, ID 83338-5078
                                        P.O. BOX 1617
                                        BOISE, ID 83701-1617



MATTHEW T. CHRISTENSEN                  INTERSTATE BILLING SERVICE, INC.         METLIFE REAL ESTATE LENDING
JOHNSON MAY, PLLC                       P.O. BOX 2250                            10801 MASTIN BLVD, STE 930
199 N. CAPITOL BLVD                     DECATUR, AL 35609-2250                   OVERLAND PARK, KS 66210-1677
SUITE 200
BOISE, ID 83702-6197



KRYSTAL R. MIKKILINENI                  PERFORMANCE PLUS-IDAHO LLC               RABO AGRIFINANCE LLC
DENTONS DAVIS BROWN                     314 S 500 E                              C/O SHEILA R. SCHWAGER
215 10TH STREET                         JEROME, ID 83338-6820                    P.O. BOX 1617
SUITE 1300                                                                       BOISE, ID 83701-1617
DES MOINES, IA 50309-3616



RABO AGRIFINANCE LLC                    SHEILA R. SCHWAGER                       AMALGAMATED SUGAR COMPANY
14767 NORTH OUTER 40 ROAD               HAWLEY TROXELL ENNIS & HAWLEY LLP        1951 S. SATURN WAY, SUITE 100
CHESTERFIELD, MO 63017-2003             P.O. BOX 1617                            BOISE, ID 83709-2924
                                        BOISE, ID 83701-1617
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
BRETT R CAHOON                          ZACHARY FAIRLIE                         MAGIC VALLEY COMPOST
DOJ-UST                                 SPENCER FANE                            76 N 400 W
550 WEST FORT ST.                       1000 WALNUT                             JEROME, ID 83338-5338
STE 698                                 STE 1400
BOISE, ID 83724-0101                    KANSAS CITY, MO 64106-2168



METROPOLITAN TOWER LIFE INS.            JOHN O'BRIEN                            SCOTT C POWERS
205 EAST RIVER PARK CIRCLE, SUITE 430   SPENCER FANE                            SPENCER FANE LLP
FRESNO, CA 93720-1572                   1700 LINCOLN STREET                     10 EXCHANGE PLACE 11TH FLR
                                        STE 2000                                SALT LAKE CITY, UT 84111-2824
                                        DENVER, CO 80203-4554



RABO AGRIFINANCE LLC                    SHEILA RAE SCHWAGER                     US TRUSTEE
12443 OLIVE BLVD., SUITE 5              HAWLEY TROXELL ENNIS & HAWLEY, LLP      550 WEST FORT ST, STE 698
SAINT LOUIS, MO 63141-6434              877 MAIN STREET, SUITE 200              BOISE, ID 83724-0101
                                        P.O. BOX 1617
                                        BOISE, ID 83701-1617



CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING        CT LIEN SOLUTIONS                       CONTERRA HOLDINGS, LLC D/B/A CONTERRA
0976-8                                  PO BOX 29071                            AG CAP
CASE 24-40166-NGH                       GLENDALE, CA 91209-9071                 SPENCER FANE
DISTRICT OF IDAHO                                                               1700 LINCOLN STREET
TWIN FALLS                                                                      SUITE 2000
TUE JUN 11 09:08:58 MDT 2024                                                    DENVER, CO 80203-4554



LES SCHWAB TIRE CENTERS OF IDAHO, LLC   METROPOLITAN LIFE INS. CO.              NICHOLAS MARCUS
PO BOX 5350                             10801 MASTIN BLVD, STE 930              BRYAN CAVE LEIGHTON PAISNER
BEND, OR 97708-5350                     OVERLAND PARK, KS 66210-1677            161 N CLARK ST, STE 4300
                                                                                CHICAGO, IL 60601-3315



PERFORMIX NUTRITION SYSTEMS             RABO AGRIFINANCE LLC, IN ITS CAPACITY   TIRZAH R. ROUSSELL
2201 N. 20TH STREET                     AS ADM                                  DENTONS DAVIS BROWN PC
NAMPA, ID 83687-6849                    C/O SHEILA R. SCHWAGER                  THE DAVIS BROWN TOWER
                                        HAWLEY TROXELL ENNIS & HAWLEY LLP       215 10TH STREET
                                        P.O. BOX 1617                           SUITE 1300
                                        BOISE, ID 83701-1617                    DES MOINES, IA 50309-3621



THE SPRINKLER SHOP                      AG FUNDING SC II LLC                    CONTERRA AGRICULTURAL CAP.
P.O. BOX 599                            5465 MILLS CIVIC PKWY, SUITE 201        5465 MILLS CIVIC PKWY, SUITE 201
PAUL, ID 83347-0599                     WEST DES MOINES, IA 50266-5320          WEST DES MOINES, IA 50266-5320



ZACHARY FAIRLIE                         METROPOLITAN LIFE INS. CO.              JOHN O'BRIEN
SPENCER FANE                            10801 MASTIN BLVD, STE 930              SPENCER FANE
1000 WALNUT                             OVERLAND PARK, KS 66210-1677            1700 LINCOLN STREET
STE 1400                                                                        STE 2000
KANSAS CITY, MO 64106-2168                                                      DENVER, CO 80203-4554



RABO AGRIFINANCE LLC, IN ITS CAPACITY   TIRZAH R. ROUSSELL                      US TRUSTEE
AS ADM                                  DENTONS DAVIS BROWN PC                  550 WEST FORT ST, STE 698
C/O SHEILA R. SCHWAGER                  THE DAVIS BROWN TOWER                   BOISE, ID 83724-0101
HAWLEY TROXELL ENNIS & HAWLEY LLP       215 10TH STREET
P.O. BOX 1617                           SUITE 1300
BOISE, ID 83701-1617                    DES MOINES, IA 50309-3621
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
0976-8
CASE 24-40165-NGH
DISTRICT OF IDAHO
TWIN FALLS
TUE JUN 11 09:08:38 MDT 2024

MATTHEW T. CHRISTENSEN
JOHNSON MAY, PLLC
199 N. CAPITOL BLVD
SUITE 200
BOISE, ID 83702-6197

CONTERRA HOLDINGS, LLC DBA CONTERRA AG
CAPIT
C/O JOHN O'BRIEN
SPENCER FANE
1700 LINCOLN STREET, SUITE 2000
DENVER, CO 80203-4554

METLIFE REAL ESTATE LENDING
10801 MASTIN BLVD, STE 930
OVERLAND PARK, KS 66210-1677

KRYSTAL R. MIKKILINENI
DENTONS DAVIS BROWN
215 10TH STREET
SUITE 1300
DES MOINES, IA 50309-3616

RABO AGRIFINANCE LLC
C/O SHEILA R. SCHWAGER
P.O. BOX 1617
BOISE, ID 83701-1617

RABO AGRIFINANCE LLC
14767 NORTH OUTER 40 ROAD
CHESTERFIELD, MO 63017-2003

SHEILA R. SCHWAGER
HAWLEY TROXELL ENNIS & HAWLEY LLP
P.O. BOX 1617
BOISE, ID 83701-1617

BRETT R CAHOON
DOJ-UST
550 WEST FORT ST.
STE 698
BOISE, ID 83724-0101

CONTERRA HOLDINGS, LLC D/B/A CONTERRA
AG CAP
SPENCER FANE
1700 LINCOLN STREET
SUITE 2000
DENVER, CO 80203-4554

GOOSE RANCH LLC
471 N 300 RD W
JEROME, ID 83338-5078

METROPOLITAN TOWER LIFE INS.
205 EAST RIVER PARK CIRCLE, SUITE 430
FRESNO, CA 93720-1572

SCOTT C POWERS
SPENCER FANE LLP
10 EXCHANGE PLACE 11TH FLR
SALT LAKE CITY, UT 84111-2824

RABO AGRIFINANCE LLC
12443 OLIVE BLVD., SUITE 5
SAINT LOUIS, MO 63141-6434

SHEILA RAE SCHWAGER
HAWLEY TROXELL ENNIS & HAWLEY, LLP
877 MAIN STREET, SUITE 200
P.O. BOX 1617
BOISE, ID 83701-1617

AG FUNDING SC II LLC
5465 MILLS CIVIC PKWY , SUITE 201
WEST DES MOINES, IA 50266-5320

CONTERRA AGRICULTURAL CAP.
5465 MILLS CIVIC PKWY, SUITE 201
WEST DES MOINES, IA 50266-5320

ZACHARY FAIRLIE
SPENCER FANE LLC
1000 WALNUT STREET
STE 1400
KANSAS CITY, MO 64106-2168

METROPOLITAN LIFE INS. CO.
10801 MASTIN BLVD, STE 930
OVERLAND PARK, KS 66210-1677

JOHN O'BRIEN
SPENCER FANE LLC
1700 LINCOLN STREET
STE 2000
DENVER, CO 80203-4554

RABO AGRIFINANCE LLC, IN ITS CAPACITY
AS ADM
C/O SHEILA R. SCHWAGER
HAWLEY TROXELL ENNIS & HAWLEY LLP
P.O. BOX 1617
BOISE, ID 83701-1617

TIRZAH R. ROUSSELL
DENTONS DAVIS BROWN PC
THE DAVIS BROWN TOWER
215 10TH STREET
SUITE 1300
DES MOINES, IA 50309-3621

US TRUSTEE
550 WEST FORT ST, STE 698
BOISE, ID 83724-0101

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
0976-8
CASE 24-40164-NGH
DISTRICT OF IDAHO
TWIN FALLS
TUE JUN 11 09:08:18 MDT 2024

MATTHEW T. CHRISTENSEN
JOHNSON MAY, PLLC
199 N. CAPITOL BLVD
SUITE 200
BOISE, ID 83702-6197

CONTERRA HOLDINGS, LLC DBA CONTERRA AG
CAPIT
C/O JOHN O'BRIEN
SPENCER FANE
1700 LINCOLN STREET, SUITE 2000
DENVER, CO 80203-4554

METLIFE REAL ESTATE LENDING
10801 MASTIN BLVD, STE 930
OVERLAND PARK, KS 66210-1677

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled NOT SERVED were not served via First Class USPS Mail Service.

```
KRYSTAL R. MIKKILINENI                RABO AGRIFINANCE LLC                  RABO AGRIFINANCE LLC
DENTONS DAVIS BROWN                   C/O SHEILA R. SCHWAGER                14767 NORTH OUTER 40 ROAD
215 10TH STREET                       P.O. BOX 1617                         CHESTERFIELD, MO 63017-2003
SUITE 1300                            BOISE, ID 83701-1617
DES MOINES, IA 50309-3616


SHEILA R. SCHWAGER                    ALMA, INC.                            CONTERRA AGRICULTURAL CAP.
HAWLEY TROXELL ENNIS & HAWLEY LLP     485 HALF DAY ROAD SUITE 100           5465 MILLS CIVIC PKWY, SUITE 201
P.O. BOX 1617                         BUFFALO GROVE, IL 60089-8806          WEST DES MOINES, IA 50266-5320
BOISE, ID 83701-1617


ZACHARY FAIRLIE                       METROPOLITAN TOWER LIFE INS.          JOHN O'BRIEN
SPENCER FANE LLP                      205 EAST RIVER PARK CIRCLE, SUITE 430 SPENCER FANE LLP
1000 WALNUT STREET                    FRESNO, CA 93720-1572                 1700 LINCOLN STREET
STE 1400                                                                    STE 2000
KANSAS CITY, MO 64106-2168                                                  DENVER, CO 80203-4554


RABO AGRIFINANCE LLC, IN ITS CAPACITY TIRZAH R. ROUSSELL                    C/O SHEILA R. SCHWAGER
AS ADM                                DENTONS DAVIS BROWN PC                HAWLEY TROXELL ENNIS & HAWLEY LLP
C/O SHEILA R. SCHWAGER                THE DAVIS BROWN TOWER                 P.O. BOX 1617
HAWLEY TROXELL ENNIS & HAWLEY LLP     215 10TH STREET                       BOISE, ID 83701-1617
P.O. BOX 1617                         SUITE 1300
BOISE, ID 83701-1617                  DES MOINES, IA 50309-3621


AG FUNDING SC II LLC                  MATTHEW T. CHRISTENSEN                CONTERRA HOLDINGS, LLC DBA CONTERRA AG
5465 MILLS CIVIC PKWY, SUITE 201      JOHNSON MAY, PLLC                     CAPIT
WEST DES MOINES, IA 50266-5320        199 N. CAPITOL BLVD                   C/O JOHN O'BRIEN
                                      SUITE 200                             SPENCER FANE
                                      BOISE, ID 83702-6197                  1700 LINCOLN STREET, SUITE 2000
                                                                            DENVER, CO 80203-4554


METROPOLITAN LIFE INS. CO.            MILLENKAMP FAMILY LLC                 RABO AGRIFINANCE LLC
10801 MASTIN BLVD, STE 930            471 N 300 RD W                        C/O SHEILA R. SCHWAGER
OVERLAND PARK, KS 66210-1677          JEROME, ID 83338-5078                 P.O. BOX 1617
                                                                            BOISE, ID 83701-1617


                                                                            CASE INFO
RABO AGRIFINANCE LLC                  US TRUSTEE                             LABEL MATRIX FOR LOCAL NOTICING
14767 NORTH OUTER 40 ROAD             550 WEST FORT ST, STE 698             0976-8
CHESTERFIELD, MO 63017-2003           BOISE, ID 83724-0101                  CASE 24-40163-NGH
                                                                            DISTRICT OF IDAHO
                                                                            TWIN FALLS
                                                                            TUE JUN 11 09:07:56 MDT 2024


BRETT R CAHOON                        CONTERRA HOLDINGS, LLC D/B/A CONTERRA METLIFE REAL ESTATE LENDING
DOJ-UST                               AG CAP                                10801 MASTIN BLVD., STE. 930
550 WEST FORT ST.                     SPENCER FANE                          OVERLAND PARK, KS 66210-1677
STE 698                               1700 LINCOLN STREET
BOISE, ID 83724-0101                  SUITE 2000
                                      DENVER, CO 80203-4554


KRYSTAL R. MIKKILINENI                SCOTT C POWERS                        RABO AGRIFINANCE LLC
DENTONS DAVIS BROWN                   SPENCER FANE LLP                      12443 OLIVE BLVD., SUITE 5
215 10TH STREET                       10 EXCHANGE PLACE 11TH FLR            SAINT LOUIS, MO 63141-6434
SUITE 1300                            SALT LAKE CITY, UT 84111-2824
DES MOINES, IA 50309-3616
```

USPS FIRST-CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SHEILA RAE SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY, LLP<br>877 MAIN STREET, SUITE 200<br>P.O. BOX 1617<br>BOISE, ID 83701-1617 | BRETT R CAHOON<br>DOJ-UST<br>550 WEST FORT ST.<br>STE 698<br>BOISE, ID 83724-0101 | CONTERRA HOLDINGS, LLC D/B/A CONTERRA<br>AG CAP<br>SPENCER FANE<br>1700 LINCOLN STREET<br>SUITE 2000<br>DENVER, CO 80203-4554 |
| METLIFE REAL ESTATE LENDING<br>10801 MASTIN BLVD., STE. 930<br>OVERLAND PARK, KS 66210-1677 | KRYSTAL R. MIKKILINENI<br>DENTONS DAVIS BROWN<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES, IA 50309-3616 | SCOTT C POWERS<br>SPENCER FANE LLP<br>10 EXCHANGE PLACE 11TH FLR<br>SALT LAKE CITY, UT 84111-2824 |
| RABO AGRIFINANCE LLC<br>12443 OLIVE BLVD., SUITE 5<br>SAINT LOUIS, MO 63141-6434 | SHEILA RAE SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY, LLP<br>877 MAIN STREET, SUITE 200<br>P.O. BOX 1617<br>BOISE, ID 83701-1617 | AG FUNDING SC II LLC<br>5465 MILLS CIVIC PKWY, SUITE 201<br>WEST DES MOINES, IA 50266-5320 |
| CONTERRA AGRICULTURAL CAP.<br>5465 MILLS CIVIC PKWY, SUITE 201<br>WEST DES MOINES, IA 50266-5320 | ZACHARY FAIRLIE<br>SPENCER FANE<br>1000 WALNUT<br>STE 1400<br>KANSAS CITY, MO 64106-2168 | METROPOLITAN TOWER LIFE INS.<br>205 EAST RIVER PARK CIRCLE, SUITE 430<br>FRESNO, CA 93720-1572 |
| JOHN O'BRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET<br>STE 2000<br>DENVER, CO 80203-4554 | RABO AGRIFINANCE LLC, IN ITS CAPACITY<br>AS ADM<br>C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>P.O. BOX 1617<br>BOISE, ID 83701-1617 | TIRZAH R. ROUSSELL<br>DENTONS DAVIS BROWN PC<br>THE DAVIS BROWN TOWER<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES, IA 50309-3621 |
| US TRUSTEE<br>550 WEST FORT ST, STE 698<br>BOISE, ID 83724-0101 | CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>0976-8<br>CASE 24-40162-NGH<br>DISTRICT OF IDAHO<br>TWIN FALLS<br>TUE JUN 11 09:07:34 MDT 2024 | MATTHEW T. CHRISTENSEN<br>JOHNSON MAY, PLLC<br>199 N. CAPITOL BLVD<br>SUITE 200<br>BOISE, ID 83702-6197 |
| CONTERRA HOLDINGS, LLC DBA CONTERRA AG<br>CAPIT<br>C/O JOHN O'BRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET, SUITE 2000<br>DENVER, CO 80203-4554 | METROPOLITAN LIFE INS. CO.<br>10801 MASTIN BLVD, STE 930<br>OVERLAND PARK, KS 66210-1677 | MILLENKAMP PROPERTIES II LLC<br>471 N 300 RD W<br>JEROME, ID 83338-5078 |
| RABO AGRIFINANCE LLC<br>C/O SHEILA R. SCHWAGER<br>P.O. BOX 1617<br>BOISE, ID 83701-1617 | RABO AGRIFINANCE LLC<br>14767 NORTH OUTER 40 ROAD<br>CHESTERFIELD, MO 63017-2003 | SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & TROXELL LLP<br>P.O. BOX 1617<br>BOISE, ID 83701-1617 |
| BRETT R CAHOON<br>DOJ-UST<br>550 WEST FORT ST.<br>STE 698<br>BOISE, ID 83724-0101 | CONTERRA AGRICULTURAL CAP.<br>5465 MILLS CIVIC PKWY, SUITE 201<br>WEST DES MOINES, IA 50266-5320 | ZACHARY FAIRLIE<br>SPENCER FANE<br>1000 WALNUT<br>STE 1400<br>KANSAS CITY, MO 64106-2168 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| KRYSTAL R. MIKKILINENI<br>DENTONS DAVIS BROWN<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES, IA 50309-3616 | SCOTT C POWERS<br>SPENCER FANE LLP<br>10 EXCHANGE PLACE 11TH FLR<br>SALT LAKE CITY, UT 84111-2824 | RABO AGRIFINANCE<br>12443 OLIVE BLVD., SUITE 5<br>SAINT LOUIS, MO 63141-6434 |
| SHEILA RAE SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY, LLP<br>877 MAIN STREET, SUITE 200<br>P.O. BOX 1617<br>BOISE, ID 83701-1617 | AG FUNDING SC II LLC<br>5465 MILLS CIVIC PKWY, SUITE 201<br>WEST DES MOINES, IA 50266-5320 | ERIC R CLARK<br>P.O. BOX 2504<br>EAGLE, ID 83616-9118 |
| CONTERRA HOLDINGS, LLC DBA CONTERRA AG CAPIT<br>C/O JOHN O'BRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET, SUITE 2000<br>DENVER, CO 80203-4554 | METROPOLITAN TOWER LIFE INS.<br>205 EAST RIVE PARK CIRCLE, SUITE 430<br>FRESNO, CA 93720-1572 | JOHN O'BRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET<br>STE 2000<br>DENVER, CO 80203-4554 |
| RABO AGRIFINANCE LLC, IN ITS CAPACITY AS ADM<br>C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>P.O. BOX 1617<br>BOISE, ID 83701-1617 | TIRZAH R. ROUSSELL<br>DENTONS DAVIS BROWN PC<br>THE DAVIS BROWN TOWER<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES, IA 50309-3621 | CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>0976-8<br>CASE 24-40161-NGH<br>DISTRICT OF IDAHO<br>TWIN FALLS<br>TUE JUN 11 09:07:14 MDT 2024 |
| MATTHEW T. CHRISTENSEN<br>JOHNSON MAY, PLLC<br>199 N. CAPITOL BLVD<br>SUITE 200<br>BOISE, ID 83702-6197 | CONTERRA HOLDINGS, LLC D/B/A CONTERRA AG CAP<br>SPENCER FANE<br>1700 LINCOLN STREET<br>SUITE 2000<br>DENVER, CO 80203-4554 | METROPOLITAN LIFE INS. CO.<br>10801 MASTIN BLVD, STE. 930<br>OVERLAND PARK, KS 66210-1677 |
| MILLENKAMP PROPERTIES, L.L.C.<br>471 N 300 RD W<br>JEROME, ID 83338-5078 | RABO AGRIFINANCE LLC<br>C/O SHEILA R. SCHWAGER<br>P.O. BOX 1617<br>BOISE, ID 83701-1617 | RABO AGRIFINANCE LLC<br>14767 NORTH OUTER 40 ROAD, SUITE 400<br>CHESTERFIELD, MO 63017-2003 |
| US TRUSTEE<br>550 WEST FORT ST, STE 698<br>BOISE, ID 83724-0101 | SHEILA RAE SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY, LLP<br>877 MAIN STREET, SUITE 200<br>P.O. BOX 1617<br>BOISE, ID 83701-1617 | SKS EVC, LLC<br>ATTN: SCOTT STEPENOFF<br>20411 N 17TH WAY<br>PHOENIX, AZ 85024-4306 |
| US TRUSTEE<br>550 WEST FORT ST, STE 698<br>BOISE, ID 83724-0101 | TIRZAH R. ROUSSELL<br>DENTONS DAVIS BROWN PC<br>THE DAVIS BROWN TOWER<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES, IA 50309-3621 | SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>P.O. BOX 1617<br>BOISE, ID 83701-1617 |
| CT LIEN SOLUTIONS<br>PO BOX 29071<br>GLENDALE, CA 91209-9071 | DAVID A COLEMAN<br>PO BOX 525<br>TWIN FALLS, ID 83303-0525 | CONTERRA HOLDINGS, LLC DBA CONTERRA AG CAPIT<br>C/O JOHN O'BRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET, SUITE 2000<br>DENVER, CO 80203-4554 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| EAGLE CREEK NORTHWEST LLC<br>10 STATE HOUSE SQUARE, FL 15<br>HARTFORD, CT 06103-3600 | ZACHARY FAIRLIE<br>SPENCER FANE<br>1000 WALNUT<br>STE 1400<br>KANSAS CITY, MO 64106-2168 | MARVIX, LLC<br>925 MAIN ST., STE. 300-18<br>STONE MOUNTAIN, GA 30083-3098 |
| KRYSTAL R. MIKKILINENI<br>DENTONS DAVIS BROWN<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES, IA 50309-3616 | SCOTT C POWERS<br>SPENCER FANE LLP<br>10 EXCHANGE PLACE 11TH FLR<br>SALT LAKE CITY, UT 84111-2824 | RABO AGRIFINANCE LLC<br>12443 OLIVE BLVD., SUITE 5<br>SAINT LOUIS, MO 63141-6434 |
| JANINE PATRICE REYNARD<br>AVERY LAW<br>3090 E. GENTRY WAY<br>SUITE 250<br>MERIDIAN, ID 83642-3596 | AG FUNDING SC II LLC<br>5465 MILLS CIVIC PKWY , SUITE 201<br>WEST DES MOINES, IA 50266-5320 | MATTHEW T. CHRISTENSEN<br>JOHNSON MAY, PLLC<br>199 N. CAPITOL BLVD<br>SUITE 200<br>BOISE, ID 83702-6197 |
| CONTERRA HOLDINGS, LLC D/B/A CONTERRA AG CAP<br>SPENCER FANE<br>1700 LINCOLN STREET<br>SUITE 2000<br>DENVER, CO 80203-4554 | EAGLE CREEK NORTHWEST LLC<br>C/O DAVID A. COLEMAN<br>COLEMAN, RITCHIE & JACOBSON<br>PO BOX 525<br>TWIN FALLS, ID 83303-0525 | EAST VALLEY DEVELOPMENT, LLC<br>C/O AVERY LAW<br>3090 E GENTRY WAY, STE 250<br>MERIDIAN, ID 83642-3596 |
| ADAM AIKEN LEWIS<br>MORRISON & FOERSTER LLP<br>425 MARKET STREET<br>STE 32ND FLOOR<br>SAN FRANCISCO, CA 94105-2467 | METROPOLITAN LIFE INS. CO.<br>10801 MASTIN BLVD, STE 930<br>OVERLAND PARK, KS 66210-1677 | JOHN O'BRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET<br>STE 2000<br>DENVER, CO 80203-4554 |
| RABO AGRIFINANCE LLC, IN ITS CAPACITY AS ADM<br>C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>P.O. BOX 1617<br>BOISE, ID 83701-1617 | RAFT RIVER HIGHWAY DISTRICT<br>P.O. BOX 636<br>MALTA, ID 83342-0636 | CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>0976-8<br>CASE 24-40160-NGH<br>DISTRICT OF IDAHO<br>TWIN FALLS<br>TUE JUN 11 09:06:50 MDT 2024 |
| BRETT R CAHOON<br>DOJ-UST<br>550 WEST FORT ST.<br>STE 698<br>BOISE, ID 83724-0101 | CONTERRA AGRICULTURAL CAP.<br>5465 MILLS CIVIC PKWY, SUITE 201<br>WEST DES MOINES, IA 50266-5320 | DELAVAL DAIRY SERVICE<br>1110 NORTH CONGRESS AVE<br>KANSAS CITY, MO 64153 |
| EAST VALLEY CATTLE, LLC<br>471 N 300 RD W<br>JEROME, ID 83338-5078 | ADAM A LEWIS<br>MORRISON & FOERSTER LLP<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105-2482 | METLIFE REAL ESTATE LENDING<br>10801 MASTIN BLVD, STE 930<br>OVERLAND PARK, KS 66210-1677 |
| NICHOLAS MARCUS<br>BRYAN CAVE LEIGHTON PAISER<br>161 N CLARK ST., STE., 4300<br>CHICAGO, IL 60601-3315 | RABO AGRIFINANCE LLC<br>C/O SHEILA R. SCHWAGER<br>P.O. BOX 1617<br>BOISE, ID 83701-1617 | RABO AGRIFINANCE LLC<br>14767 NORTH OUTER 40 ROAD<br>CHESTERFIELD, MO 63017-2003 |

```
USPS FIRST CLASS MAIL RECIPIENTS - NO SERVICE                                                           Page 1 of 8
Parties with names struck through or labeled NOT SERVED were not served via First Class USPS Mail Service.

AMERICAN EXPRESS NATIONAL BANK        MATTHEW T. CHRISTENSEN              ELECTRICAL WERX & CONSTRUCTION, LLC
C/O BECKET AND LEE LLP                JOHNSON MAY, PLLC                   PO BOX 3066
PO BOX 3001                           199 N. CAPITOL BLVD                 IDAHO FALLS, ID 83403-3066
MALVERN PA 19355-0701                 SUITE 200
                                      BOISE, ID 83702-6197


IDAHO JERSEY GIRLS LLC                METROPOLITAN TOWER LIFE INS.        SCOTT C POWERS
471 N 300 RD. W                       205 EAST RIVER PARK CIRCLE, SUITE 430   SPENCER FANE LLP
JEROME, ID 83338-5078                 FRESNO, CA 93720-1572               10 EXCHANGE PLACE 11TH FLR
                                                                          SALT LAKE CITY, UT 84111-2824


RABO AGRIFINANCE LLC                  SHEILA RAE SCHWAGER                 AG FUNDING SC II LLC
14767 NORTH OUTER 40 ROAD             HAWLEY TROXELL ENNIS & HAWLEY, LLP  5465 MILLS CIVIC PKWY, SUITE 201
CHESTERFIELD, MO 63017-2003           877 MAIN STREET, SUITE 200          WEST DES MOINES, IA 50266-5320
                                      P.O. BOX 1617
                                      BOISE, ID 83701-1617


BRETT R CAHOON                        CONTERRA HOLDINGS, LLC DBA CONTERRA AG   HEERINGA CONSTRUCTION LLC
DOJ-UST                               CAPIT                               18521 E QUEEN CREEK RD
550 WEST FORT ST.                     C/O JOHN O'BRIEN                    #105-481
STE 698                               SPENCER FANE                        QUEEN CREEK, AZ 85142-5864
BOISE, ID 83724-0101                  1700 LINCOLN STREET, SUITE 2000
                                      DENVER, CO 80203-4554


METROPOLITAN LIFE INS. CO.            JOHN O'BRIEN                        RABO AGRIFINANCE LLC, IN ITS CAPACITY
10801 MASTIN BLVD, STE. 930           SPENCER FANE                        AS ADM
OVERLAND PARK, KS 66210-1677          1700 LINCOLN STREET                 C/O SHEILA R. SCHWAGER
                                      STE 2000                            HAWLEY TROXELL ENNIS & HAWLEY LLP
                                      DENVER, CO 80203-4554               P.O. BOX 1617
                                                                          BOISE, ID 83701-1617


                                                                          CASE INFO
TIRZAH R. ROUSSELL                    US TRUSTEE                           LABEL MATRIX FOR LOCAL NOTICING
DENTONS DAVIS BROWN PC                550 WEST FORT ST, STE 698           0976-8
THE DAVIS BROWN TOWER                 BOISE, ID 83724-0101                CASE 24-40159-NGH
215 10TH STREET                                                           DISTRICT OF IDAHO
SUITE 1300                                                                TWIN FALLS
DES MOINES, IA 50309-3621                                                 TUE JUN 11 09:06:28 MDT 2024


AUTOMATION WERX, LLC                  CONTERRA HOLDINGS, LLC D/B/A CONTERRA   ZACHARY FAIRLIE
PO BOX 3066                           AG CAP                              SPENCER FANE
IDAHO FALLS, ID 83403-3066            SPENCER FANE                        1000 WALNUT
                                      1700 LINCOLN STREET                 STE 1400
                                      SUITE 2000                          KANSAS CITY, MO 64106-2168
                                      DENVER, CO 80203-4554


METLIFE REAL ESTATE LENDING           KRYSTAL R. MIKKILINENI              RABO AGRIFINANCE LLC
10801 MASTIN BLVD., STE. 930          DENTONS DAVIS BROWN                 C/O SHEILA R. SCHWAGER
OVERLAND PARK, KS 66210-1677          215 10TH STREET                     P.O. BOX 1617
                                      SUITE 1300                          BOISE, ID 83701-1617
                                      DES MOINES, IA 50309-3616


RABO AGRIFINANCE, INC.                SHEILA R. SCHWAGER                  WILLIAMS, MESERVY & LARSEN
12443 OLIVE BLVD., SUITE 5            HAWLEY TROXELL ENNIS & HAWLEY LLP   POST OFFICE BOX 168
SAINT LOUIS, MO 63141-6434            P.O. BOX 1617                       153 EAST MAIN STREET
                                      BOISE, ID 83701-1617                JEROME, ID 83338-2332
```

USPS FIRST-CLASS MAILING RECIPIENTS
Parties with names struck through or labeled NM/HC/ADV/ICE are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| YOUREE LAND & LIVESTOCK INC.<br>3953 NORTH 3300 EAST<br>TWIN FALLS, ID 83301-0348 | WILBUR-ELLIS NUTRITION, LLC<br>C/O MATTHEW A. STURZEN<br>PO BOX 2247<br>SALEM, OR 97308-2247 | YOUNG CDJR OF BURLEY, LLC<br>PO BOX 1530<br>LAYTON, UT 84041-6553 |
| WILBUR-ELLIS COMPANY LLC<br>C/O MATTHEW A. STURZEN<br>P.O. BOX 2247<br>SALEM, OR 97308-2247 | BRENT RUSSEL WILSON<br>HAWLEY TROXELL ENNIS & HAWLEY, LLP<br>877 MAIN STREET, SUITE 200<br>BOISE, ID 83702-6030 | C/O DAVID A. COLEMAN YOUREE LAND &<br>LIVESTOCK<br>COLEMAN, RITCHIE & JACOBSON<br>PO BOX 525<br>TWIN FALLS, ID 83303-0525 |
| SPRINKLERSHOP INC<br>PO BOX 599<br>PAUL, ID 83347-0599 | STANDLEE AG RESOURCES<br>C/O MILLER NASH LLP<br>950 W BANNOCK ST, STE 1100<br>BOISE, ID 83702-6140 | STEEL RANCH LLC<br>3597 E 1100 S<br>HAZELTON, ID 83335 |
| MATTHEW A STURZEN<br>SHERMAN SHERMAN JOHNNIE & HOYT, LLP<br>693 CHEMEKETA STREET NE<br>SALEM, OR 97301-3732 | MEREDITH LEIGH THIELBAHR<br>GORDON & REES - SEATTLE<br>701 FIFTH AVENUE<br>STE 2100<br>SEATTLE, WA 98104-7084 | US COMMODITIES, LLC<br>730 SECOND AVENUE S. SUITE 700<br>MINNEAPOLIS, MN 55402-2480 |
| UNITED ELECTRIC CO-OP, INC.<br>C/O RHETT M. MILLER<br>P.O. BOX 910<br>BURLEY, ID 83318-0910 | VITERRA USA GRAIN, LLC AND VITERRA USA<br>INGRE<br>C/O RACINE OLSON, PLLP<br>P.O. BOX 1391<br>POCATELLO, ID 83204-1391 | WENDELL TRUCK AND AUTO<br>PO BOX 213<br>356 S IDAHO ST<br>WENDELL, ID 83355-5209 |
| WESTWAY FEED<br>BARR CREDIT SERVICES<br>3444 N COUNTRY CLUB RD<br>STE 200<br>TUCSON, AZ 85716-0815 | LOUIS V. SPIKER<br>MILLER NASH LLP<br>950 W BANNOCK ST, STE 1100<br>BOISE, ID 83702-6140 | STANDING 16 RANCH LAND COMPANY, LLC<br>335 W 300 N<br>JEROME, ID 83338-5217 |
| STAR FALLS FARMS, LLC<br>1908 E 1300 S<br>HAZELTON, ID 83335-5428 | STOTZ EQUIPMENT<br>2670 KIMBERLY RD E<br>TWIN FALLS, ID 83301-7984 | THE SPRINKLER SHOP<br>P.O. BOX 599<br>PAUL, ID 83347-0599 |
| KIM J TROUT<br>TROUT LAW, PLLC<br>3778 PLANTATION RIVER DR., STE. 101<br>BOISE, ID 83703-3086 | ULINE<br>12575 ULINE DRIVE<br>PLEASANT PRAIRIE, WI 53158-3686 | VITERRA USA GRAIN, LLC<br>1331 CAPITOL AVE.<br>OMAHA, NE 68102-1197 |
| WAG SERVICES, INC.<br>8121 W HARRISON ST<br>TOLLESON, AZ 85353-3328 | WESTERN STATES EQUIPMENT CO.<br>500 EAST OVERLAND ROAD<br>MERIDIAN, ID 83642-6606 | SIX STATES DISTRIBUTORS INC<br>29787 NETWORK PLACE<br>CHICAGO, IL 60673-1297 |

USPS FIRST-CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled VIA/HCR SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ST. GENETICS<br>INGURAN USA, INC.<br>22575 STATE HWY 6 SOUTH<br>NAVASOTA, TX 77868-8297 | STANDLEE AG RESOURCES<br>C/O MILLER NASH, LLP, ATTN: LOUIS SPIKER<br>950 W BANNOCK ST, STE 1100<br>BOISE, ID 83702-6140 | MICHAEL R STEWART<br>2200 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS, MN 55402-7508 |
| THE FORBES SECURITIES GROUP LLC, DBA FORBES<br>6400 S FIDDLERS GREEN CIRCLE<br>SUITE 850<br>GREENWOOD VILLAGE, CO 80111-4994 | TRIPLE C FARMS, LLC<br>474 S 500 W<br>JEROME, ID 83338-6027 | US TRUSTEE<br>550 WEST FORT ST, STE 698<br>BOISE, ID 83724-0101 |
| VISERION GRAIN, LLC<br>C/O SAWTOOTH LAW OFFICES, PLLC<br>213 CANYON CREST DR., STE 200<br>TWIN FALLS, ID 83301-3053 | VITERRA USA INGREDIENTS, LLC<br>1331 CAPITOL AVE.<br>OMAHA, NE 68102-1197 | WESTERN CONSTRUCTION INC<br>PO BOX 15569<br>BOISE, ID 83715-5569 |
| PROGRESSIVE DAIRY SERVICE & SUPPLY CORP.<br>485 S IDAHO ST<br>WENDELL, ID 83355-5241 | RABO AGRIFINANCE LLC, AS ADMINISTRATIVE AGEN<br>C/O SHEILA SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY, LLP<br>P.O. BOX 1617<br>BOISE, ID 83701-1617 | JANINE PATRICE REYNARD<br>AVERY LAW<br>3090 E. GENTRY WAY<br>SUITE 250<br>MERIDIAN, ID 83642-3596 |
| HOLLY ROARK<br>ROARK LAW OFFICES<br>950 BANNOCK ST. STE. 1100<br>BOISE, ID 83702-6140 | ROGERS MACHINERY COMPANY, INC.<br>PO BOX 230429<br>PORTLAND, OR 97281-0429 | TIRZAH R. ROUSSELL<br>DENTONS DAVIS BROWN PC<br>THE DAVIS BROWN TOWER<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES, IA 50309-3621 |
| SANDTON CAPITAL PARTNERS LP<br>16 W 46TH STREET, 1ST FLOOR<br>NEW YORK, NY 10036-4503 | SCHMIDT CATTLE HAULING<br>848 E 3400 N<br>CASTLEFORD, ID 83321-6422 | SCHOW'S TRUCK CENTER<br>PO BOX 2208<br>DECATUR, AL 35609-2208 |
| SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>P.O. BOX 1617<br>BOISE, ID 83701-1617 | PRO TECH SERVICE COMPANY<br>1550 KIMBERLY RD<br>TWIN FALLS, ID 83301-7341 | RABO AGRIFINANCE LLC<br>C/O SHEILA R. SCHWAGER<br>P.O. BOX 1617<br>BOISE, ID 83701-1617 |
| CHERYL RAMBO<br>IDAHO STATE POLICE<br>700 S. STRATFORD DR.<br>MERIDIAN, ID 83642-6242 | ROBERT E. RICHARDS<br>233 SOUTH WACKER DRIVE<br>SUITE 5900<br>CHICAGO, IL 60606-6361 | ROCKY MOUNTAIN AGRONOMICS<br>1912 WEST MAIN STREET<br>BURLEY, ID 83318-1611 |
| TIRZAH R. ROUSSELL<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES, IA 50309-3616 | MIRANDA K. RUSSELL<br>MORRISON & FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019-0050 | NIKOLAUS F SCHANDLBAUER<br>20 F STREET NW<br>SUITE 500<br>WASHINGTON DC 20001-6703 |

USPS FIRST-CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "NO MAIL/HCP SERVICE" are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ANDREW J. SCHOULDER<br>NORTON ROSE FULBRIGHT US LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6022 | SHEILA RAE SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY, LLP<br>877 MAIN STREET, SUITE 200<br>P.O. BOX 1617<br>BOISE, ID 83701-1617 | PRIME RIDGE BEEF LLC<br>C/O JOHN O'BRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET, SUITE 2000<br>DENVER, CO 80203-4554 |
| QUILL CORPORATION<br>PO BOX 102419<br>COLUMBIA, SC 29224-2419 | RAFT RIVER RURAL ELECTRIC COOPERATIVE, INC.<br>C/O RHETT M. MILLER<br>P.O. BOX 910<br>BURLEY, ID 83318-0910 | ROBERT E RICHARDS<br>DENTONS US LLP<br>233 SOUTH WACKER DRIVE<br>STE 7800<br>CHICAGO, IL 60606-6459 |
| ROARK LAW OFFICES<br>950 BANNOCK ST., 11TH FL.<br>BOISE, ID 83702-5999 | EVAN THOMAS ROTH<br>1101 W. RIVER ST., STE 110<br>BOISE, ID 83702-7067 | MIRANDA RUSSELL<br>MORRISON & FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019-0050 |
| SCHAEFFER MANUFACTURING COMPANY<br>C/O DENIS MCCARTHY<br>2600 S BROADWAY<br>ST. LOUIS, MO 63118-1828 | ANDREW SCHOULDER<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6022<br>SCHUIL AG REAL ESTATE INC<br>5020 W MINERAL KING AVE<br>VISALIA, CA 93291-5364 | JAMES JUSTIN MAY<br>JOHNSON MAY<br>199 N. CAPITOL BLVD.<br>STE. 200<br>BOISE, ID 83702-6197 |
| METROPOLITAN LIFE INSURANCE COMPANY<br>C/O KIMBELL D. GOURLEY<br>10801 MASTIN BLVD<br>SUITE 700<br>OVERLAND PARK, KS 66210-1673 | RHETT MICHAEL MILLER<br>PARSONS, LOVELAND, SHIRLEY & LINDSTROM,<br>P.O. BOX 910<br>BURLEY, ID 83318-0910 | MOSS GRAIN PARTNERSHIP<br>301 SCOTT AVE. SUITE 4<br>RUPERT, ID 83350-5100 |
| JASON RONALD NAESS<br>DOJ-UST<br>550 WEST FORT ST.<br>STE 698<br>BOISE, ID 83724-0101 | JOHN O'BRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET<br>STE 2000<br>DENVER, CO 80203-4554 | GABRIEL LUIS OLIVERA<br>O'MELVENY & MYERS LLP<br>1301 AVENUE OF THE AMERICAS<br>STE 1700<br>NEW YORK, NY 10019-6022 |
| DOMENIC E PACITTI<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 MARKET STREET<br>SUITE 1000<br>WILMINGTON, DE 19801-3030 | PERFORMIX NUTRITION SYSTEMS, LLC<br>MUNDING, P.S.<br>309 E. FARWELL RD., STE 310<br>SPOKANE, WA 99218-8209 | SCOTT C POWERS<br>SPENCER FANE LLP<br>10 EXCHANGE PLACE 11TH FLR<br>SALT LAKE CITY, UT 84111-2824 |
| JED W. MANWARING<br>EVANS KEANE LLP<br>1161 W. RIVER ST.<br>SUITE 100<br>PO BOX 959<br>BOISE, ID 83701-0959 | METLIFE REAL ESTATE LENDING LLC<br>C/O KIMBELL D. GOURLEY<br>10801 MASTIN BLVD<br>SUITE 700<br>OVERLAND PARK, KS 66210-1673 | MILLENKAMP CATTLE, INC<br>471 NORTH 300 WEST<br>JEROME, ID 83338-5078 |
| MOSS GRAIN PARTNERSHIP<br>C/O RHETT M. MILLER<br>P.O. BOX 910<br>BURLEY, ID 83318-0910 | NAPA AUTO PARTS<br>P.O. BOX 1425<br>TWIN FALLS, ID 83303-1425 | JAMES J NIEMEIER<br>MCGRATH NORTH MULLIN & KRATZ, PC LLO<br>1601 DODGE STREET<br>STE 3700<br>OMAHA, NE 68102-1650 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "CM/ECF SERVICE" are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| GABRIEL L OLIVERA<br>7 TIMES SQUARE<br>NEW YORK, NY 10036-6524 | PTG OF IDAHO, LLC<br>C/O HOLLAND N. O'NEIL, FOLEY & LARDNER L<br>2021 MCKINNEY AVENUE, STE. 1600<br>DALLAS, TX 75201-3340 | PERFORMIX NUTRITION SYSTEMS<br>2201 N 20TH STREET<br>NAMPA, ID 83687-6849 |
| PIVOT MAN INC<br>ROBIN JONES<br>PO BOX 355<br>PAUL, ID 83347-0355 | MWI VETERINARIAN SUPPLY, INC.<br>3041 W PASADENA DRIVE<br>BOISE, ID 83705-4776 | ZACHERY J MCCRANEY<br>HOLLAND & HART<br>PO BOX 2527<br>800 W MAIN STREET<br>SUITE 1750<br>BOISE, ID 83702-5974 |
| MICHAEL CHOJNACKY<br>51 W 600 N<br>JEROME, ID 83338-5016 | MOSS FARMS OPERATIONS, LLC<br>C/O RHETT M. MILLER<br>P.O. BOX 910<br>BURLEY, ID 83318-0910 | JOHN D MUNDING<br>MUNDING, P.S.<br>309 E FARWELL RD<br>STE 310<br>SPOKANE, WA 99218-8209 |
| JAMES NIEMEIER<br>MCGRATH NORTH<br>1601 DODGE STREET<br>SUITE 3700<br>OMAHA, NE 68102-1627 | JOHN O'BRIEN<br>SPENCER FANE LLP<br>1700 LINCOLN STEET<br>SUITE 2000<br>DENVER, CO 80203-4554 | OVERHEAD DOOR<br>489 S. LOCUST<br>TWIN FALLS, ID 83301-7849 |
| PAN AMERICAN LIFE INSURANCE<br>1778 N PLANO RD<br>STE 310<br>RICHARDSON, TX 75081-1958 | MARK BRADFORD PERRY<br>PERRY LAW, P.C.<br>POB 637<br>BOISE, ID 83701-0637 | INNOVATIVE FOOD SOLUTIONSUSA<br>ATTN: JORDAN BOWEN<br>134 E. HIGHWAY 81<br>BURLEY, ID 83318-5427 |
| J.D. HEISKELL HOLDINGS, LLC<br>17220 WRIGHT ST, STE 200<br>OMAHA, NE 68130-4667 | JPMORGAN CHASE BANK, N.A.<br>S/B/M/T CHASE BANK USA, N.A.<br>C/O NATIONAL BANKRUPTCY SERVICES, LLC<br>P.O. BOX 9013<br>ADDISON, TEXAS 75001-9013 | JEFFREY E. ROLIG<br>PO BOX 5455<br>TWIN FALLS, ID 83303-5455 |
| JOHN DEERE FINANCIAL, F.S.B.<br>C/O WELTMAN, WEINBERG & REIS CO., L.P.A.<br>965 KEYNOTE CIRCLE<br>CLEVELAND, OH 44131-1829 | KENWORTH SALES COMPANY, INC.<br>C/O BENOIT LAW<br>P.O. BOX 366<br>TWIN FALLS, ID 83303-0366 | MATTHEW KREMER<br>7 TIMES SQUARE<br>NEW YORK, NY 10036-6524 |
| LES SCHWAB TIRE CENTERS OF IDAHO, LLC<br>PO BOX 5350<br>BEND, OR 97708-5350 | ADAM A LEWIS<br>MORRISON & FOERSTER LLP<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105-2482 | KARYN LLOYD<br>GORDON REES SCULLY MANSUKHANI, LLP<br>999 W. MAIN STREET, #100<br>BOISE, ID 83702-9001 |
| IDAHO STATE TAX COMMISSION<br>PO BOX 36<br>BOISE, ID 83722-0036 | J&C HOOF TRIMMING INC.<br>3690 N 2570 E<br>TWIN FALLS, ID 83301-1004 | (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (CM/ECF SERVICE) were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JEAN L. THOMPSON<br>225 N 250 W<br>JEROME, ID 83338 | JOHN DEERE CONSTRUCTION AND FORESTRY COMPANY<br>C/O WELTMAN, WEINBERG & REIS CO., L.P.A.<br>965 KEYNOTE CIRCLE<br>CLEVELAND, OH 44131-1829 | KEITH D. AND JANET CARLSON<br>3866 E 3800 N<br>HANSEN, ID 83334-5012 |
| KRAUS FARMS, LLC<br>165 SOUTH 400 WEST<br>RUPERT, ID 83350-9672 | JOHN F KURTZ JR<br>KURTZ LAW PLLC<br>910 W. MAIN<br>SUITE 364<br>BOISE, ID 83702-5740 | LAND VIEW, INC.<br>C/O GERY W. EDSON<br>P.O. BOX 448<br>BOISE, ID 83701-0448 |
| KARYN LLOYD<br>GORDON REES SCULLY MANSUKHANI, LLP<br>999 W MAIN STREET<br>100<br>BOISE, ID 83702-9001 | IDAHO STATE BRAND DEPARTMENT<br>700 S. STRATFORD DR.<br>MERIDIAN, ID 83642-6202 | INTERSTATE BILLING SERVICE, INC<br>PO BOX 2250<br>DECATUR, AL 35609-2250 |
| JOHN DEERE FINANCIAL<br>C/O WELTMAN, WEINBERG & REIS CO., L.P.A.<br>965 KEYNOTE CIRCLE<br>CLEVELAND, OH 44131-1829 | JAKE MILLENKAMP<br>1719 RIVER ROAD<br>BUHL, ID 83316-5302 | JEFFREY J. GRIEVE<br>P.O. BOX 366<br>TWIN FALLS, ID 83303-0366 |
| K R RENTAL INC<br>256 A SOUTH 600 W<br>HEYBURN, ID 83336-9750 | KINGHORN MEDICAL LLC<br>248 S COLE RD<br>BOISE, ID 83709-0934 | MATTHEW KREMER<br>O'MELVENY & MYERS LLP<br>1301 AVENUE OF THE AMERICAS<br>SUITE 1700<br>NEW YORK, NY 10019-6022 |
| (P)LAND VIEW INC<br>ATTN DAN NOBLE<br>P O BOX 475<br>RUPERT ID 83350-0475 | ADAM AIKEN LEWIS<br>MORRISON & FOERSTER LLP<br>425 MARKET STREET<br>STE 32ND FLOOR<br>SAN FRANCISCO, CA 94105-2467 | ELECTRICAL WERX & CONSTRUCTION, LLC<br>PO BOX 3066<br>IDAHO FALLS, ID 83403-3066 |
| JON B EVANS<br>DORSEY & WHITNEY LLP<br>101 S CAPITOL BLVD STE 1701<br>BOISE, ID 83702-7704 | ZACHARY FAIRLIE<br>SPENCER FANE LLP<br>1000 WALNUT STREET<br>SUITE 1400<br>KANSAS CITY, MO 64106-2168 | FASTENAL COMPANY<br>2001 THEURER BLVD.<br>ATTN: LEGAL<br>WINONA, MN 55987-9902 |
| G.J. VERTI-LINE PUMPS, INC.<br>PO BOX 892<br>TWIN FALLS, ID 83303-0892 | GLANBIA FOODS INC<br>C/O ROBERT A FAUCHER<br>POB 2527<br>BOISE, ID 83701-2527 | GRANT 4-D FARMS LLC<br>707 E 600 N<br>RUPERT, ID 83350-9466 |
| MATTHEW W GRIMSHAW<br>GRIMSHAW LAW GROUP, P.C.<br>800 W. MAIN STREET, STE. 1460<br>BOISE, ID 83702-5983 | HATFIELD MANUFACTURING INC<br>1823 SHOESTRING RD<br>GOODING, ID 83330-5361 | IDAHO DEPT OF LANDS<br>PO BOX 83720<br>BOISE, ID 83720-0003 |

USPS FIRST-CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/HCP SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| EDWARD CHOJNACKY<br>298 N 100 W<br>JEROME, ID 83338-5406 | ERIC CLARK<br>CLARK ASSOCIATES<br>PO BOX 2504<br>EAGLE, ID 83616-9118 | ZACHARY FAIRLIE<br>SPENCER FANE<br>1000 WALNUT<br>STE 1400<br>KANSAS CITY, MO 64106-2168 |
| FARMERS BANK<br>PO BOX 392<br>BUHL, ID 83316-0392 | FREDIN BROTHERS, INC.<br>C/O JOHN O'BRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET, SUITE 2000<br>DENVER, CO 80203-4554 | SCOTT F GAUTIER<br>1800 CENTURY PARK EAST<br>STE 1500<br>LOS ANGELES, CA 90067-1504 |
| GRANT & HAGAN, INC.<br>P.O. BOX 326<br>HAZELTON, ID 83335-0326 | GREEN SOURCE AUTOMATION, LLC<br>3506 MOORE ROAD<br>CERES, CA 95307-9402 | JULIAN GURULE<br>O'MELVENY & MYERS LLP<br>400 SOUTH HOPE STREET<br>STE 18TH FLOOR<br>LOS ANGELES, CA 90071-2801 |
| IRS<br>CENTRALIZED INSOLVENCY OPER.<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | GERY W EDSON<br>POB 448<br>BOISE, ID 83701-0448 | ELEVATION ELECTRIC, LLC<br>485 S IDAHO ST<br>WENDELL, ID 83355-5241 |
| EVANS PLUMBING<br>111 GULF STREAM LANE<br>HAILEY, ID 83333-7725 | BRIAN FARIA<br>SAWTOOTH LAW OFFICES, PLLC<br>1101 W. RIVER STREET, SUITE 110<br>83702<br>BOISE, ID 83702-7067 | ROBERT A FAUCHER<br>POB 2527<br>BOISE, ID 83701-2527 |
| GALE W. HARDING AND ASSOCIATES<br>329 W 7TH S<br>REXBURG, ID 83440-9600 | KIMBELL D GOURLEY<br>POB 1097<br>BOISE, ID 83701-1097 | DANIEL C GREEN<br>RACINE OLSON, PLLP<br>201 EAST CENTER<br>PO BOX 1391<br>POCATELLO, ID 83204-1391 |
| JULIAN GURULE<br>400 SOUTH HOPE STREET<br>LOS ANGELES, CA 90071-2801 | HOLLIFIELD RANCHES, INC.<br>22866 HIGHWAY 30<br>HANSEN, ID 83334-5028 | BRETT R CAHOON<br>DOJ-UST<br>550 WEST FORT ST.<br>STE 698<br>BOISE, ID 83724-0101 |
| W. KENT CARTER<br>ONE NORTH FRANKLIN<br>SUITE 800<br>CHICAGO, IL 60606-3422 | CENTURYTEL SERVICE GROUP, LLC DBA CENTURYLIN<br>LUMEN TECHNOLOGIES GROUP<br>931 14TH STREET, 9TH FLOOR (ATTN: LEGAL-<br>DENVER, CO 80202-2994 | CHRISTOPHER CAMARDELLO<br>1031 MENDOTA HEIGHTS ROAD<br>ST. PAUL, MN 55120-1419 |
| CLINT D. THOMPSON<br>298 N 200 W<br>JEROME, ID 83338-5372 | COLONIAL LIFE<br>PROCESSING CENTER<br>PO BOX 1365<br>COLUMBIA, SC 29202-1365 | CONTERRA HOLDINGS, LLC D/B/A CONTERRA AG CAP<br>SPENCER FANE<br>1700 LINCOLN STREET<br>SUITE 2000<br>DENVER, CO 80203-4554 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/HGR SERVICE are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| DARITECH<br>8540 BENSON RD<br>LYNDEN, WA 98264-9711 | DOUGLAS J. GRANT<br>2050 E 500 S<br>HAZELTON, ID 83335-5006 | CONNOR BRAY EDLUND<br>MCCONNELL, WAGNER, SYKES, & STACEY PLL<br>827 E. PARK BLVD.<br>STE 201<br>BOISE, ID 83712-7782 |
| LAURA E BURRI<br>MORROW & FISCHER, PLLC<br>4 OGDEN AVENUE<br>83651<br>NAMPA, ID 83651-2371 | CARNE I CORP.<br>134 E. HIGHWAY 81<br>BURLEY, ID 83318-5427 | CELLCO PARTNERSHIP D/B/A VERIZON<br>WIRELESS<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN, VA 20147-6122 |
| MATTHEW T. CHRISTENSEN<br>JOHNSON MAY, PLLC<br>199 N. CAPITOL BLVD<br>SUITE 200<br>BOISE, ID 83702-6197 | D BLAIR CLARK<br>967 E. PARKCENTER BOULEVARD #282<br>BOISE, ID 83706-6721 | DAVID A COLEMAN<br>PO BOX 525<br>TWIN FALLS, ID 83303-0525 |
| CONRAD BISHCOFF INC<br>2251 N HOLMES<br>PO BOX 50106<br>IDAHO FALLS, ID 83405-0106 | DAIRY TECH, LLC<br>1031 MENDOTA HEIGHTS ROAD<br>ST. PAUL, MN 55120-1419 | DAVIS LIVESTOCK, INC.<br>780 E CANNIBAL RD<br>LEWISTON, UT 84320-2038 |
| EAST VALLEY DEVELOPMENT, LLC<br>C/O AVERY LAW<br>3090 E GENTRY WAY, STE 250<br>MERIDIAN, ID 83642-3596 | BURKS TRACTOR COMPANY, INC.<br>3140 KIMBERLY ROAD<br>TWIN FALLS, ID 83301-8516 | CAPITOL ONE<br>PO BOX 60599<br>CITY OF INDUSTRY, CA 91716-0599 |
| WILLIAM K CARTER<br>GORDON REES SCULLY MANSUKHANI, LLP<br>1 N. FRANKLIN<br>SUITE 800<br>CHICAGO, IL 60606-3422 | MATTHEW T. CHRISTENSEN<br>199 N. CAPITOL BLVD.<br>STE 200<br>BOISE, ID 83702-6197 | CITI CARDS<br>PO BOX 78019<br>PHOENIX, AZ 85062-8019 |
| COASTLINE EQUIPMENT COMPANY<br>2000 E OVERLAND RD<br>MERIDIAN, ID 83642-6665 | CONNIE LAPASEOTES, LTD.<br>C/O JOHN O'BRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET, SUITE 2000<br>DENVER, CO 80203-4554 | CONTERRA HOLDINGS, LLC DBA CONTERRA AG<br>CAPIT<br>C/O JOHN O'BRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET, SUITE 2000<br>DENVER, CO 80203-4554 |
| DAVID CLARK<br>CLARK AMBULATORY CLINIC, INC.<br>1019 E 1020 S<br>ALBION, ID 83311 | DUSTY BROW FARMS, INC.<br>2601 E 1100 S<br>HAZELTON, ID 83335-5623 | A. SCOTT JACKSON TRUCKING, INC.<br>C/O WILLIAMS MESERVY & LARSEN, LLP<br>POST OFFICE BOX 168<br>153 EAST MAIN STREET<br>JEROME, ID 83338-2332 |
| AD HOC COMMITTEE OF CORN SILAGE GROWERS<br>153 EAST MAIN STREET<br>PO BOX 168<br>JEROME, ID 83338-0168 | AIRGAS USA, LLC<br>110 WEST 7TH ST. SUITE 1400<br>TULSA, OK 74119-1077 | AMERICAN CALF PRODUCTS (GOLDEN STATE MIXING,<br>425 D STREET<br>TURLOCK, CA 95380-5452 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/NOT SERVED were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| AUTOMATION WERX, LLC<br>MORROW & FISCHER, PLLC<br>4 OGDEN AVENUE<br>NAMPA, ID 83651-2371 | B & H FARMING, AN IDAHO GENERAL<br>PARTNERSHIP<br>PO BOX 123<br>RUPERT, ID 83350-0123 | RON C BINGHAM II<br>3424 PEACHTREE ROAD NE<br>SUITE 1600<br>ATLANTA, GA 30326-1139 |
| BLUE CROSS OF IDAHO HEALTH SERVICE, INC<br>C/O LAW OFFICE OF D. BLAIR CLARK PC<br>967 EAST PARKCENTER BOULEVARD, #282<br>BOISE, ID 83706-6721 | MORTON R BRANZBURG<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>1835 MARKET ST<br>SUITE 1400<br>PHILADELPHIA, PA 19103-2945 | BUNGE CANADA C/O DAVID D. FARRELL<br>DAVID D. FARRELL. ESQ.<br>ONE BANK PLAZA<br>SUITE 2700<br>ST. LOUIS, MO 63101 |
| KRYSTAL R MIKKILINENI<br>DENTONS DAVIS BROWN<br>215 10TH ST<br>STE 1300<br>DES MOINES, IA 50309-3616 | ABS GLOBAL<br>1525 RIVER RD.<br>DEFOREST, WI 53532-2430 | AIRGAS USA LLC<br>PO BOX 734445<br>CHICAGO, IL 60673-4445 |
| AMALGAMATED SUGAR<br>1951 S SATURN WAY<br>STE 100<br>BOISE, ID 83709-2924 | BRUCE A. ANDERSON<br>320 EAST NEIDER AVENUE<br>SUITE 102<br>COEUR D'ALENE, ID 83815-6007 | C/O DAVID A. COLEMAN B & H FARMING<br>COLEMAN, RITCHIE & JACOBSON<br>PO BOX 525<br>TWIN FALLS, ID 83303-0525 |
| RICHARD BERNARD<br>1177 AVENUE OF THE AMERICAS<br>41ST FLOOR<br>NEW YORK, NY 10036-2714 | BLUE CROSS OF IDAHO<br>C/O D. BLAIR CLARK, ATTORNEY<br>967 E. PARKCENTER BLVD., #282<br>BOISE, ID 83706-6721 | BRANDY A. BARTHOLOMEW<br>C/O ERIC R. CLARK, ATTORNEY<br>P.O. BOX 2504<br>EAGLE, ID 83616-9118 |
| BUNGE CANADA<br>C/O DAVID D. FARRELL<br>THOMPSON COBURN LLP<br>ONE USBANK PLAZA, SUITE 2700<br>SAINT LOUIS, MISSOURI 63101-1693 | CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>0976-8<br>CASE 24-40158-NGH<br>DISTRICT OF IDAHO<br>TWIN FALLS<br>TUE JUN 11 09:05:31 MDT 2024 | AAA COWCOMFORT LLC<br>PO BOX 301<br>KIMBERLY, ID 83341-0301 |
| ADDISON BIOLOGICAL LABORATORY, INC.<br>507 NORTH CLEVELAND ST.<br>FAYETTE, MO 65248-1083 | ALEXANDER K. REED<br>4296 N 2100 E<br>FILER, ID 83328-5046 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| AUTOMATION WERX, LLC<br>PO BOX 3066<br>IDAHO FALLS, ID 83403-3066 | BS R DESIGN SUPPLIES<br>198 LOCUST ST S<br>TWIN FALLS, ID 83301-7832 | BLUE CROSS OF IDAHO<br>C/O D BLAIR CLARK, ATTY<br>967 PARKCENTER BLVD #282<br>BOISE, ID 83706-6721 |
| BO STEVENSON DBA B&A FARMS<br>1001 S 1900 E<br>HAZELTON, ID 83335-5451 | HEIDI BUCK MORRISON<br>RACINE OLSON, PLLP<br>201 EAST CENTER STREET<br>POCATELLO, ID 83201-6329 | |