<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Fill in this information to identify the case:**

Debtor Name  <u>Millenkamp Cattle, Inc.</u>

United States Bankruptcy Court for the: _____ District of <u>Idaho</u>
(State)

Case number:  <u>24-40158-NGH</u>

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of <u>June 1, 2024,</u> on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Millenkamp Cattle, Inc. holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| H&M Custom, LLC | 50% | |
| Kans, LLC | 23% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

#3978708

Debtor Name   Millenkamp Cattle, Inc.                                          Case number  24-40158-NGH

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✗ _Bill Millenkamp_
Signature of Authorized Individual

William J. Millenkamp
Printed name of Authorized Individual

Date _06/10/2024_
     MM / DD / YYYY

**For individual Debtors:**

✗ _____          ✗ _____
Signature of Debtor 1                                    Signature of Debtor 2

_____          _____
Printed name of Debtor 1                               Printed name of Debtor 2

Date _____          Date _____
     MM / DD / YYYY                                       MM / DD / YYYY

Debtor Name   Millenkamp Cattle, Inc.                                    Case number  24-40158-NGH

## Exhibit A: Financial Statements for H&M Custom, LLC and Kans, LLC

**See below and attached.**

Debtor Name   Millenkamp Cattle, Inc.                                        Case number  24-40158-NGH

| | Exhibit A-1 (1): Balance Sheets for H&M Custom, LLC and Exhibit A(1)(2) Balance Sheets for Kans, LLC |
|---|---|

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

**Exhibit A-1(1)**

- Balance Sheet for **H&M Custom, LLC** as of March 31. 2024. Source of this information is Andrea Huettig.

- Balance Sheet for **H&M Custom, LLC** as of December 31, 2023. Source of this information is Andrea Huettig.


**Exhibit A-1(2)**

- Balance Sheet for **Kans, LLC** as of May 30, 2024. Source of this information is Gary Johnston.

- Balance Sheet for **Kans, LLC** as of December 31, 2023. Source of this information is Gary Johnston.

**EXHIBIT A-1(1)**

12:15 PM

05/23/24

Cash Basis

## H&M Custom, LLC
## Balance Sheet
### As of March 31, 2024

|  | Mar 31, 24 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| First Federal | 165,141.61 |
| **Total Checking/Savings** | 165,141.61 |
| **Other Current Assets** | |
| Payroll Asset | 2,700.00 |
| **Total Other Current Assets** | 2,700.00 |
| **Total Current Assets** | 167,841.61 |
| **Fixed Assets** | |
| Accumulated Depreciation | -6,552,237.00 |
| Equipment Purchased | 20,317,444.14 |
| **Total Fixed Assets** | 13,765,207.14 |
| **Other Assets** | |
| Investment in Valley Wide COOP | 2,629.86 |
| **Total Other Assets** | 2,629.86 |
| **TOTAL ASSETS** | **13,935,678.61** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 720,000.45 |
| **Total Accounts Payable** | 720,000.45 |
| **Other Current Liabilities** | |
| Payroll Liabilities | 1,174.49 |
| Rabo-Line of Credit | 2,219,999.90 |
| **Total Other Current Liabilities** | 2,221,174.39 |
| **Total Current Liabilities** | 2,941,174.84 |
| **Long Term Liabilities** | |
| Agco 2290 Baler #05158 & #05115 | -1,802.43 |
| CNH-540 Tractors | 2,663,614.32 |
| IRS-PPP | 271,600.00 |
| JD-9520 Tractor | 253,401.80 |
| **JD Choppers** | |
| JD 9900 #510002400178 | 530,773.38 |
| JD 9900 Chopper #510002129285 | 78,365.36 |
| JD 9900 Chopper #510002204754 | 419,422.66 |
| JD 9900 Chopper #510002208048 | 412,203.84 |
| JD 9900 Chopper #510002271958 | 652,964.36 |
| JD 9900 Chopper #510002271959 | 641,356.19 |
| JD 9900 Chopper #510002477408 | 739,433.80 |
| **Total JD Choppers** | 3,474,519.59 |
| JD Oxbo Mergers | 61,571.24 |
| **JD Swathers** | |
| JD-235 Swather #0605 | 330,916.54 |
| JD W235 Swather #51002402211 | 398,549.46 |
| **Total JD Swathers** | 729,466.00 |

**12:15 PM**

**05/23/24**

**Cash Basis**

## H&M Custom, LLC
# Balance Sheet
### As of March 31, 2024

|  | Mar 31, 24 |
|---|---|
| **SBA Covid 19 Loan** | 147,076.00 |
| **Total Long Term Liabilities** | 7,599,446.52 |
| **Total Liabilities** | 10,540,621.36 |
| **Equity** |  |
| Capital Contributions-Millenkam | -813,228.10 |
| Capital Stock-Huettig Custom | -361,097.04 |
| Capital Stock-Millenkamp | 452,229.05 |
| Huettig Custom Draws | -67,000.00 |
| Millenkamp Draws | -67,000.00 |
| Retained Earnings | 3,726,560.77 |
| Net Income | 524,592.57 |
| **Total Equity** | 3,395,057.25 |
| **TOTAL LIABILITIES & EQUITY** | **13,935,678.61** |

**EXHIBIT A-1(1)**

12:15 PM

05/23/24

Cash Basis

### H&M Custom, LLC
### Balance Sheet
#### As of December 31, 2023

|  | Dec 31, 23 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| First Federal | 224,300.32 |
| **Total Checking/Savings** | 224,300.32 |
| **Other Current Assets** | |
| Payroll Asset | 1,700.00 |
| **Total Other Current Assets** | 1,700.00 |
| **Total Current Assets** | 226,000.32 |
| **Fixed Assets** | |
| Accumulated Depreciation | -6,552,237.00 |
| Equipment Purchased | 20,317,444.14 |
| **Total Fixed Assets** | 13,765,207.14 |
| **Other Assets** | |
| Investment in Valley Wide COOP | 2,629.86 |
| **Total Other Assets** | 2,629.86 |
| **TOTAL ASSETS** | **13,993,837.32** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | -832.59 |
| **Total Accounts Payable** | -832.59 |
| **Other Current Liabilities** | |
| Payroll Liabilities | 28,429.43 |
| Rabo-Line of Credit | 2,464,999.90 |
| **Total Other Current Liabilities** | 2,493,429.33 |
| **Total Current Liabilities** | 2,492,596.74 |
| **Long Term Liabilities** | |
| Agco 2290 Baler #05158 & #05115 | 56,500.91 |
| CNH-540 Tractors | 2,663,614.32 |
| IRS-PPP | 271,600.00 |
| JD-9520 Tractor | 253,401.80 |
| **JD Choppers** | |
| JD 9900 #510002400178 | 730,773.38 |
| JD 9900 Chopper #510002129285 | 78,365.36 |
| JD 9900 Chopper #510002204754 | 619,422.66 |
| JD 9900 Chopper #510002208048 | 612,203.84 |
| JD 9900 Chopper #510002271958 | 652,964.36 |
| JD 9900 Chopper #510002271959 | 641,356.19 |
| JD 9900 Chopper #510002477408 | 989,433.80 |
| **Total JD Choppers** | 4,324,519.59 |
| **JD Oxbo Mergers** | 61,571.24 |
| **JD Swathers** | |
| JD-235 Swather #0605 | 391,301.94 |
| JD W235 Swather #51002402211 | 458,997.10 |
| **Total JD Swathers** | 850,299.04 |

**EXHIBIT A-1(1)**

12:15 PM

05/23/24

Cash Basis

# H&M Custom, LLC
## Balance Sheet
### As of December 31, 2023

|  | Dec 31, 23 |
|---|---|
| **SBA Covid 19 Loan** | 149,269.00 |
| **Total Long Term Liabilities** | 8,630,775.90 |
| **Total Liabilities** | 11,123,372.64 |
| **Equity** | |
| Capital Contributions-Millenkam | -813,228.10 |
| Capital Stock-Huettig Custom | -361,097.04 |
| Capital Stock-Millenkamp | 452,229.05 |
| Huettig Custom Draws | -67,000.00 |
| Millenkamp Draws | -67,000.00 |
| Retained Earnings | 858,222.46 |
| Net Income | 2,868,338.31 |
| **Total Equity** | 2,870,464.68 |
| **TOTAL LIABILITIES & EQUITY** | 13,993,837.32 |

**EXHIBIT A-1(2)**

6:40 AM

05/30/24

Accrual Basis

**Gold Filet Trust**

# Balance Sheet

**As of May 30, 2024**

|  | May 30, 24 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Idaho First Bank - 0467 | 4,067.91 |
| **Total Checking/Savings** | 4,067.91 |
| **Total Current Assets** | 4,067.91 |
| **Other Assets** | |
| Prime Cut | 499,696.00 |
| **Total Other Assets** | 499,696.00 |
| **TOTAL ASSETS** | **503,763.91** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Capital - Millenkamp Cattle Inc | -153,841.73 |
| Capital - Psoas LLC | -515,035.36 |
| Contributions - Millenkamp | 485,081.50 |
| Contributions - Psoas LLC | 4,429,368.50 |
| Retained Earnings | -3,741,809.00 |
| **Total Equity** | 503,763.91 |
| **TOTAL LIABILITIES & EQUITY** | **503,763.91** |

**EXHIBIT A-1(2)**

6:40 AM

05/30/24

Accrual Basis

**Gold Filet Trust**

# Balance Sheet

### As of December 31, 2023

|  | Dec 31, 23 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Idaho First Bank - 0467 | 4,067.91 |
| **Total Checking/Savings** | 4,067.91 |
| **Total Current Assets** | 4,067.91 |
| **Other Assets** | |
| Prime Cut | 499,696.00 |
| **Total Other Assets** | 499,696.00 |
| **TOTAL ASSETS** | **503,763.91** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Capital - Millenkamp Cattle Inc | -153,841.73 |
| Capital - Psoas LLC | -515,035.36 |
| Contributions - Millenkamp | 485,081.50 |
| Contributions - Psoas LLC | 4,429,368.50 |
| Net Income | -3,741,809.00 |
| **Total Equity** | 503,763.91 |
| **TOTAL LIABILITIES & EQUITY** | **503,763.91** |

Debtor Name   Millenkamp Cattle, Inc.                                    Case number  24-40158-NGH

**Exhibit A-2 (1): Statement of Income (*Loss*) for H&M Custom, LLC and Kans, LLC**

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

**Exhibit A-2(1):**

- **H&M Custom, LLC** statement of income for January 1, 2024  through May  23, 2024. Source of this information is Andrea Huettig.

- **H&M Custom, LLC** statement of income for January 1, 2023  through December 31, 2023. Source of this information is Andrea   Huettig.

**Exhibit A-2(2):**

- **Kans, LLC** statement of income for January 1, 2024 through May 31, 2024. Source of this information is Gary Johnston.

- **Kans, LLC** statement of income for January 1, 2023 through December 31, 2023. Source of this information is Gary Johnston.

**EXHIBIT A-2(1)**

**12:18 PM**

**05/23/24**

**Cash Basis**

## H&M Custom, LLC
## Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Contract Labor Income** | |
| Baling | 9,332.25 |
| Swathing | 904,400.02 |
| Contract Labor Income - Other | 26,271.00 |
| **Total Contract Labor Income** | 940,003.27 |
| **Cooperative Distributions** | 47.47 |
| **Crop Insurance Proceeds** | 31,128.00 |
| **Crop Sales** | |
| Crop Sales-Chopping | 3,508,934.85 |
| Crop Sales-Hauling | 2,053,754.30 |
| Crop Sales-Packing | 1,231,167.11 |
| **Total Crop Sales** | 6,793,856.26 |
| **Rent Income** | 44,074.16 |
| **Sale of Assets** | 1,387,823.08 |
| **Total Income** | 9,196,932.24 |
| **Expense** | |
| Bank Service Charges | 1,942.00 |
| Business Meals | 6,540.57 |
| **Contract Labor** | |
| Trucking | 1,858,687.66 |
| Contract Labor - Other | 13,522.80 |
| **Total Contract Labor** | 1,872,210.46 |
| Contributions | 3,000.00 |
| Drug Testing | 140.00 |
| Dues & Subscribtions | 3,643.53 |
| Equipment Rental | 134,805.16 |
| **Fuel** | |
| Diesel | 602,970.20 |
| Fuel - Other | 122,610.43 |
| **Total Fuel** | 725,580.63 |
| Gasoline, Fuel and Oil | 0.00 |
| Insurance-Workmans Comp | 201,044.93 |
| **Interest Expense** | |
| Interest-SBA Loan | 8,772.00 |
| Interest Expense-Loans | 451,522.37 |
| Interest Expense - Other | 290.19 |
| **Total Interest Expense** | 460,584.56 |
| Licenses & Permits | 3,665.41 |
| Misc. | 1,175.30 |
| Office Supplies | 2,621.30 |
| Oils | 65,764.03 |
| Payroll Expenses | 1,647,601.53 |
| Payroll Tax Expense | -5.91 |
| Postage | 629.00 |
| **Professional Fees** | |
| Accounting | 28,325.00 |
| Sample Testing | 36,558.00 |
| Professional Fees - Other | 8,869.56 |
| **Total Professional Fees** | 73,752.56 |

12:18 PM

05/23/24

Cash Basis

**H&M Custom, LLC**

**Profit & Loss**

**January through December 2023**

| | Jan - Dec 23 |
|---|---|
| **Rent Expense** | |
| Rent Expense, Tenant Housing | 33,445.00 |
| Rent, Vehicle Allowance | 5,000.00 |
| Shop Rent | 12,000.00 |
| Rent Expense - Other | 12,999.90 |
| **Total Rent Expense** | 63,444.90 |
| | |
| **Repairs and Maintenance** | |
| Repairs-Building | 13,447.96 |
| Repairs and Maintenance - Other | 814,239.43 |
| **Total Repairs and Maintenance** | 827,687.39 |
| | |
| Supplies, Shop Supplies | 10,232.23 |
| Telephone Expense | 2,057.41 |
| Utilities | 20,476.94 |
| Wage Garnishment | 0.00 |
| **Total Expense** | 6,128,593.93 |
| | |
| **Net Ordinary Income** | 3,068,338.31 |
| | |
| **Other Income/Expense** | |
| **Other Expense** | |
| Ask My Accountant | 200,000.00 |
| **Total Other Expense** | 200,000.00 |
| | |
| **Net Other Income** | -200,000.00 |
| | |
| **Net Income** | **2,868,338.31** |

EXHIBIT A-2(1)

12:17 PM

05/23/24

Cash Basis

## H&M Custom, LLC
## Profit & Loss
### January 1 through May 23, 2024

|  | Jan 1 - May 23, 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Contract Labor Income** | |
| Swathing | 219,082.00 |
| **Total Contract Labor Income** | 219,082.00 |
| **Cooperative Distributions** | 2,789.16 |
| **Crop Sales** | |
| Crop Sales-Chopping | 1,794,015.73 |
| Crop Sales-Hauling | 1,111,345.78 |
| Crop Sales-Packing | 646,291.02 |
| **Total Crop Sales** | 3,551,652.53 |
| **Sale of Assets** | 1,831,350.00 |
| **Total Income** | 5,604,873.69 |
| **Expense** | |
| Advertising | 47,481.00 |
| Bank Service Charges | 13,450.00 |
| Business Meals | 1,251.64 |
| **Contract Labor** | |
| Trucking | 816,034.89 |
| **Total Contract Labor** | 816,034.89 |
| Dues & Subscriptions | 8,379.48 |
| Equipment Rental | 38,805.50 |
| Fuel | 2,272.49 |
| Gasoline, Fuel and Oil | 207.93 |
| Insurance-Workmans Comp | 70,648.47 |
| **Interest Expense** | |
| Interest Expense-Loans | 99,771.54 |
| Interest Expense - Other | 205.54 |
| **Total Interest Expense** | 99,977.08 |
| Licenses & Permits | 313.62 |
| Misc. | 7,791.86 |
| Office Supplies | 119.93 |
| Oils | 8,944.09 |
| Payroll Expenses | 204,085.90 |
| Postage | 68.00 |
| **Professional Fees** | |
| Accounting | 4,455.00 |
| Professional Fees - Other | 45,296.59 |
| **Total Professional Fees** | 49,751.59 |
| **Rent Expense** | |
| Rent Expense, Tenant Housing | 3,925.00 |
| Shop Rent | 5,000.00 |
| Rent Expense - Other | 5,500.00 |
| **Total Rent Expense** | 14,425.00 |
| **Repairs and Maintenance** | |
| Repairs-Building | 21,460.00 |
| Repairs and Maintenance - Other | 66,563.27 |
| **Total Repairs and Maintenance** | 88,023.27 |

**EXHIBIT A-2(1)**

12:17 PM

05/23/24

Cash Basis

**H&M Custom, LLC**

# Profit & Loss

**January 1 through May 23, 2024**

|  | Jan 1 - May 23, 24 |
|---|---:|
| **Supplies, Shop Supplies** | 1,034.81 |
| **Telephone Expense** | 140.98 |
| **Travel & Lodging** | 362.04 |
| **Utilities** | 2,703.54 |
| **Wage Garnishment** | 0.00 |
| **Total Expense** | 1,476,273.11 |
| **Net Ordinary Income** | 4,128,600.58 |
| **Net Income** | **4,128,600.58** |

**EXHIBIT A-2(2)**

**Gold Filet Trust**

**Profit & Loss**

**January 1 through May 30, 2024**

|  | Jan 1 - May 30, 24 |
|---|---|
| **Net Income** | **0.00** |

**6:40 AM**

**05/30/24**

**Accrual Basis**

**Gold Filet Trust**

# Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
| --- | ---: |
| **Ordinary Income/Expense** |  |
| **Expense** |  |
| Professional & Legal fees | 1,500.00 |
| **Total Expense** | 1,500.00 |
| **Net Ordinary Income** | -1,500.00 |
| **Other Income/Expense** |  |
| **Other Income** |  |
| Earnings from Prime Cut | -3,740,309.00 |
| **Total Other Income** | -3,740,309.00 |
| **Net Other Income** | -3,740,309.00 |
| **Net Income** | **-3,741,809.00** |

Debtor Name   Millenkamp Cattle, Inc.                                          Case number  24-40158-NGH

## Exhibit A-3: Statement of Cash Flows for H&M Custom, LLC and Kans, LLC

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

**Exhibit A-3(1):**

- **H&M Custom, LLC** statement of cash flows for January 1, 2024  through March 31, 2024. Source of this information is Andrea Huettig.

- **H&M Custom, LLC** statement of cash flows for January 1, 2023  through December 31, 2023. Source of this information is Andrea Huettig.

**Exhibit A-3(2):**

- **Kans, LLC** statement of cash flows for January 1, 2024 through May 30, 2024. Source of this information is Gary Johnston.

- **Kans, LLC** statement of cash flows for January 1, 2024 through December 31, 2023. Source of this information is Gary Johnston.

12:22 PM

05/23/24

# H&M Custom, LLC
## Statement of Cash Flows
### January through December 2023

|  | Jan - Dec 23 |
| --- | --- |
| **OPERATING ACTIVITIES** | |
| **Net Income** | 5,136,001.76 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| **Accounts Receivable** | -3,520,700.33 |
| **Payroll Asset** | -1,700.00 |
| **Accounts Payable** | 1,254,771.62 |
| **Payroll Liabilities** | -35,979.72 |
| **Rabo-Line of Credit** | 425,000.00 |
| **Net cash provided by Operating Activities** | 3,257,393.33 |
| **INVESTING ACTIVITIES** | |
| **Equipment Purchased** | -5,092,395.28 |
| **Net cash provided by Investing Activities** | -5,092,395.28 |
| **FINANCING ACTIVITIES** | |
| **Agco 2290 Baler #05158 & #05115** | -54,754.34 |
| **CNH-540 Tractors** | 2,663,614.32 |
| **CNH-780 Choppers** | -186,340.22 |
| **JD-9520 Tractor** | -55,718.47 |
| **JD 8370 Tractor & Mower** | -146,102.61 |
| **JD Choppers** | 200,000.00 |
| **JD Choppers:JD 9900 #510002400178** | 730,773.38 |
| **JD Choppers:JD 9900 Chopper #510002129285** | -515,953.18 |
| **JD Choppers:JD 9900 Chopper #510002129854** | -825,577.45 |
| **JD Choppers:JD 9900 Chopper #510002204754** | -181,266.08 |
| **JD Choppers:JD 9900 Chopper #510002208048** | -181,431.12 |
| **JD Choppers:JD 9900 Chopper #510002271958** | -167,231.49 |
| **JD Choppers:JD 9900 Chopper #510002271959** | -167,677.45 |
| **JD Choppers:JD 9900 Chopper #510002477408** | 989,433.80 |
| **JD Oxbo Mergers** | -59,127.09 |
| **JD Swathers:JD-235 #2189691** | -117,111.54 |
| **JD Swathers:JD-235 Swather #0605** | -102,317.57 |
| **JD Swathers:JD 235 #2128642** | -210,940.52 |
| **JD Swathers:JD W235 Swather #51002402211** | 458,997.10 |
| **Huettig Custom Draws** | -12,000.00 |
| **Millenkamp Draws** | -12,000.00 |
| **Net cash provided by Financing Activities** | 2,047,269.47 |
| **Net cash increase for period** | 212,267.52 |
| **Cash at beginning of period** | 12,032.80 |
| **Cash at end of period** | **224,300.32** |

**EXHIBIT A-3(1)**

### H&M Custom, LLC
## Statement of Cash Flows
#### January through March 2024

|  | Jan - Mar 24 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| **Net Income** | -54,320.26 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| **Accounts Receivable** | 770,734.53 |
| **Payroll Asset** | -1,000.00 |
| **Accounts Payable** | 526,818.34 |
| **Payroll Liabilities** | -27,254.94 |
| **Rabo-Line of Credit** | -245,000.00 |
| **Net cash provided by Operating Activities** | 969,977.67 |
| **FINANCING ACTIVITIES** | |
| **Agco 2290 Baler #05158 & #05115** | -58,303.34 |
| **JD Choppers:JD 9900 #510002400178** | -200,000.00 |
| **JD Choppers:JD 9900 Chopper #510002204754** | -200,000.00 |
| **JD Choppers:JD 9900 Chopper #510002208048** | -200,000.00 |
| **JD Choppers:JD 9900 Chopper #510002477408** | -250,000.00 |
| **JD Swathers:JD-235 Swather #0605** | -60,385.40 |
| **JD Swathers:JD W235 Swather #51002402211** | -60,447.64 |
| **Net cash provided by Financing Activities** | -1,029,136.38 |
| **Net cash increase for period** | -59,158.71 |
| **Cash at beginning of period** | 224,300.32 |
| **Cash at end of period** | **165,141.61** |

6:41 AM

05/30/24

**Gold Filet Trust**

# Statement of Cash Flows
### January 1 through May 30, 2024

| | Jan 1 - May 30, 24 |
|---|---|
| **Cash at beginning of period** | 4,067.91 |
| **Cash at end of period** | **4,067.91** |

**EXHIBIT A-3(2)**

**Gold Filet Trust**
# Statement of Cash Flows
**January through December 2023**

6:42 AM
05/30/24

|  | Jan - Dec 23 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -3,741,809.00 |
| **Net cash provided by Operating Activities** | -3,741,809.00 |
| **INVESTING ACTIVITIES** | |
| Prime Cut | -1,169,141.00 |
| **Net cash provided by Investing Activities** | -1,169,141.00 |
| **FINANCING ACTIVITIES** | |
| Capital - Millenkamp Cattle Inc | -1,764,945.48 |
| Capital - Psoas LLC | -5,908,730.52 |
| Contributions - Millenkamp | 1,150.00 |
| Contributions - Psoas LLC | 2,809,250.00 |
| Retained Earnings | 9,777,726.00 |
| **Net cash provided by Financing Activities** | 4,914,450.00 |
| **Net cash increase for period** | 3,500.00 |
| **Cash at beginning of period** | 567.91 |
| **Cash at end of period** | **4,067.91** |

Debtor Name   Millenkamp Cattle, Inc.                                                     Case number  24-40158-NGH

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*)**

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

**H&M Custom, LLC:** Do not have a statement of changes in equity at this time. Source of information is David Heida.

**Kans, LLC:** See attached. Source of information is Gary Johnston.

**EXHIBIT A-4**

**KANS, LLC**
**Statement of Changes in Members' Equity**

**Year Ended December 31,2023**

| | |
|---|---|
| Balance, beginning of year | $   (668,877.09) |
| Net income (loss) | (3,741,809.00) |
| Contributions from members | 4,914,450.00 |
| Balance, end of year | $   503,763.91 |

Debtor Name   Millenkamp Cattle, Inc.                                              Case number  24-40158-NGH

---

## Exhibit B: Description of Operations for H&M Custom, LLC and Kans, LLC

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

**H&M Custom, LLC**, is a crop harvesting company owned 50% by Millenkamp Cattle, Inc. and Heuttig Custom, LLC.  Brian Heuttig is the manager of the company.  The company harvests and processes several hundred thousand tons of corn silage, haylage, and triticale each year in order to feed the cattle owned by Millenkamp Cattle, Inc.  Revenues for the company are generated by charging Millenkamp Cattle, Inc. a per ton harvesting and processing fee.  The amount of the revenues the company generates varies annually due to the variable amount of tons that are harvested and processed.  Source of information is David Heida.

**KANS, LLC** is a company that Millenkamp Cattle, Inc. owns a 23% membership interest in.  The company was created to provide fat cattle for slaughter at the True West beef processing plant that was opened in 2023.  Gary Johnston, is the manager of KANS, LLC.  Gold Filet Trust holds a 13% limited interest in Prime Cut, LLLP, with KANS, LLC being the sole beneficiary of the Gold Filet Trust. Prime Cut, LLLP holds an ownership interest in True West.  With Millenkamp Cattle, Inc. being a member of KANS, LLC, it enables Millenkamp Cattle, Inc. to ship an allotted number of cattle to the True West beef processing plant.  Source of information is David Heida.

Debtor Name   Millenkamp Cattle, Inc.                                    Case number 24-40158-NGH

## Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed. Describe the source of this information.]

**H&M Custom, LLC** has claims against Millenkamp Cattle, Inc. for 2023 harvesting; however, Millenkamp Cattle, Inc. is not the controlling entity.  Source of information is David Heida.

**Kans LLC: N/A**

Debtor Name   Millenkamp Cattle, Inc.                                                    Case number  24-40158-NGH

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

H&M Custom, LLC and KANS, LLC both send a K-1 to Millenkamp Cattle, Inc. The K-1's report the respective share of profit and losses for the year as well as the allocation of debt. H&M Custom, LLC 2023 tax returns have not been completed yet. Source of this information is Kristen Zubizarreta at Eide Bailly.

Debtor Name   Millenkamp Cattle, Inc.                                    Case number  24-40158-NGH

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

**N/A**