Rick L. Stacey, ISBN 6800
Joseph M. Wager, ISBN 8445
**McCONNELL WAGNER SYKES + STACEY PLLC**
827 East Park Boulevard, Suite 201
Boise, Idaho 83712
Telephone:  208.489.0100
Facsimile:   208.489.0110
stacey@mwsslawyers.com
wager@mwsslawyers.com

Attorneys for Creditor Rexel USA, Inc. d/b/a Platt Electric Supply

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br>**MILLENKAMP CATTLE, INC.,**<br>　　　　　　　　Debtor.<br><br>Filing relates to:<br>☐　**ALL DEBTORS**<br>☐　**Millenkamp Cattle, Inc.**<br>☐　**Idaho Jersey Girls**<br>☑　**East Valley Cattle**<br>☐　**Millenkamp Properties**<br>☐　**Millenkamp Properties II**<br>☐　**Millenkamp Family**<br>☐　**Goose Ranch**<br>☐　**Idaho Jersey Girls Jerome Dairy**<br>☐　**Black Pine Cattle**<br>☐　**Millenkamp Enterprises** | **Case No. 24-40158-NGH**<br><br>**Jointly Administered With Case Nos.:**<br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40165-NGH (ID Jersey Girls Jerome Dy.)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br><br>Chapter 11 Cases |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**NOTICE IS HEREBY GIVEN** that Richard L. Stacey and Joseph M. Wager of McConnell Wagner Sykes + Stacey ᴾᴸᴸᶜ hereby enter their appearance on behalf of Creditor Rexel USA, Inc. d/b/a Platt Electric Supply, and hereby requests that all notices given or

**NOTICE OF APPEARANCE - 1**

required to be given in this case, and all papers served, or required to be served, be given to and served upon:

> Richard L. Stacey
> Joseph M. Wager
> McCONNELL WAGNER SYKES + STACEY PLLC
> 827 East Park Boulevard, Suite 201
> Boise, Idaho 83712
> stacey@mwsslawyers.com
> wager@mwsslawyers.com

The foregoing requests all notices, copies, and pleadings referred to in Bankruptcy Rule 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

DATED this 11th day of June 2024.

McCONNELL WAGNER SYKES + STACEY PLLC

    /s/ Joseph M. Wager
By:   Joseph M. Wager
      Attorneys for Rexel USA, Inc.
      dba Platt Electric Supply

**NOTICE OF APPEARANCE - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June 2024, I electronically filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| | |
|---|---|
| Matthew T. Christensen, Esq.<br>James J. May, Esq.<br>mtc@johnsonmaylaw.com<br>jjm@johnsonmaylaw.com<br><br>Krystal R. Mikkilineni, Esq.<br>krystal.mikkilineni@dentons.com | *Attorneys For Debtors:*<br>   *Black Pine Cattle LLC*<br>   *East Valley Cattle, LLC*<br>   *Goose Ranch LLC*<br>   *Idaho Jersey Girls Jerome Dairy LLC*<br>   *Idaho Jersey Girls LLC*<br>   *Millenkamp Cattle, Inc.*<br>   *Millenkamp Enterprises LLC*<br>   *Millenkamp Family LLC*<br>   *Millenkamp Properties II LLC*<br>   *Millenkamp Properties, L.L.C.* |
| Robert E. Richards, Esq.<br>Tirzah R. Roussell, Esq.<br>robert.richards@dentons.com<br>tirzah.roussell@dentons.com | *Attorneys For Debtor Millenkamp Cattle, Inc.* |
| Brett R. Cahoon, Esq.<br>ustp.region18.bs.ecf@usdoj.gov<br><br>Jason R. Naess, Esq.<br>jason.r.naess@usdoj.gov | *United States Trustee* |
| Cheryl Rambo, Esq.<br>cheryl.rambo@isp.idaho.gov | *Attorneys For Creditor Idaho State Brand Department* |
| Daniel C. Green, Esq.<br>Heidi Buck Morrison, Esq.<br>dan@racineolson.com<br>heidi@racineolson.com<br><br>James J. Niemeier, Esq.<br>jniemeier@mcgrathnorth.com | *Attorneys For Creditors Viterra USA Grain, LLC and Viterra USA Ingredients, LLC* |
| David A. Coleman, Esq.<br>david@colemanjacobsonlaw.com | *Attorneys For Creditors B & H Farming, Eagle Creek Northwest LLC and Youree Land & Livestock, Inc.* |
| David D. Farrell, Esq.<br>dfarrell@thompsoncoburn.com | *Attorneys For Creditor Bunge Canada* |

**NOTICE OF APPEARANCE - 3**

| | |
|---|---|
| Evan T. Roth, Esq.<br>Brian Faria, Esq.<br>evan@sawtoothlaw.com<br>brian@sawtoothlaw.com | *Attorneys For Creditor Viserion Grain, LLC* |
| Gery W. Edson, Esq.<br>gedson@gedson.com | *Attorneys For Creditor Creditor Land View, Inc.* |
| Holly Roark, Esq.<br>holly@roarklawboise.com | *Attorneys For Creditors Elevation Electric, LLC and Progressive Dairy Service & Supply Corp.* |
| Jed W. Manwaring, Esq.<br>Aaron R. Bell, Esq.<br>jmanwaring@evanskeane.com<br>abell@evanskeane.com<br><br>Morton R. Branzburg, Esq.<br>Domenic E. Pacitti, Esq.<br>mbranzburg@klehr.com<br>.com | *MWI Veterinary Supply Co.* |
| Janine Patrice Reynard<br>janine@averylaw.net<br><br>Adam Aiken Lewis, Esq.<br>alewis@mofo.com<br>Miranda K. Russell, Esq.<br>mrussell@mofo.com | *Attorneys For Creditor East Valley Development, LLC* |
| John D. Munding, Esq.<br>john@mundinglaw.com | *Attorneys For Creditor PerforMix Nutrition Systems, LLC* |
| John F. Kurtz, Jr., Esq.<br>jfk@kurtzlawllc.com<br><br>Richard J. Bernard, Esq.<br>Michael R. Stewart, Esq.<br>Scott F. Gautier, Esq. | *Attorneys For Interested Party Sandton Capital Partners LP* |
| Jon B. Evans, Esq.<br>evans.jb@dorsey.com | *Attorneys For Western States Equipment Co.* |
| Karyn Lloyd, Esq.<br>Meredith L. Thielbahr, Esq.<br>William Kent Carter, Esq.<br>klloyd@grsm com<br>mthielbahr@grsm.com<br>kentcarter@grsm.com | *Attorneys For Creditor CNH Industrial Capital America LLC* |

**NOTICE OF APPEARANCE - 4**

| | |
|---|---|
| Kimbell D. Gourley, Esq.<br>kgourley@idalaw.com<br><br>Nikolaus F. Schandlbauer, Esq.<br>Ron C. Bingham, II, Esq.<br>nick.schandlbauer@arlaw.com<br>ron.bingham@arlaw.com | *Attorneys For MetLife Real Estate Lending LLC and Metropolitan Life Insurance Company* |
| Laura E. Burri, Esq.<br>lburri@morrowfischer.com | *Attorneys For Creditor Automation Werx, LLC* |
| Matthew A. Sturzen, Esq.<br>matt@shermlaw.com | *Attorneys For Creditor Wilbur-Ellis Company LLC* |
| Matthew W. Grimshaw, Esq.<br>matt@grimshawlawgroup.com | *Attorneys For Creditor Ad Hoc Committee of Corn Silage Growers* |
| Rhett M. Miller, Esq.<br>rmiller@magicvalley.law | *Attorneys For Creditors Moss Farms Operations, LLC, Moss Grain Partnership, Raft River Rural Electric Cooperative, Inc., and United Electric Co-Op, Inc.* |
| Robert A. Faucher, Esq.<br>Zachery J. McCraney<br>rfaucher@hollandhart.com<br>zjmccraney@hollandhart.com | *Attorneys For Interested Party Glanbia Foods, Inc.* |
| John O'Brien, Esq.<br>Scott C. Powers, Esq.<br>Zachary Fairlie, Esq.<br>jobrien@spencerfane.com<br>spowers@spencerfane.com<br>zfairlie@spencerfane.com | *Attorneys For Creditors Conterra Holdings, LLC and Ag Funding SC II LLC* |
| Sheila R. Schwager, Esq.<br>Brent R. Wilson, Esq.<br>sschwager@hawleytroxell.com<br>bwilson@hawleytroxell.com<br><br>Andrew J. Schoulder, Esq.<br>andrew.schoulder@<br>   nortonrosefulbright.com | *Attorneys For Creditor Rabo AgriFinance LLC* |
| Scott D. Fink, Esq.<br>sfink@weltman.com | *Attorneys For Creditor John Deere Financial* |

                        /s/ Wendy Stewart
                        Wendy Stewart, Legal Assistant

**NOTICE OF APPEARANCE - 5**