Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
    jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
    Robert.richards@dentons.com
    Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With Case Nos.: |
| ☒ ALL DEBTORS | |
| ☐ Millenkamp Cattle, Inc. | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Idaho Jersey Girls | 24-40160-NGH (East Valley Cattle) |
| | 24-40161-NGH (Millenkamp Properties) |
| ☐ East Valley Cattle | 24-40162-NGH (Millenkamp Properties II) |
| | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Properties | 24-40164-NGH (Goose Ranch) |
| | 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Properties II | 24-40167-NGH (Millenkamp Enterprises) |
| | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

DEBTORS' STATUS REPORT FOR JUNE 2024 OMNIBUS HEARING – Page 1

| | |
|---|---|
| ☐ Millenkamp Family <br> ☐ Goose Ranch <br> ☐ Black Pine Cattle <br> ☐ Millenkamp Enterprises <br> ☐ Idaho Jersey Girls Jerome Dairy | Chapter 11 Cases |

**DEBTORS' STATUS REPORT FOR JUNE 2024 OMNIBUS HEARING**

Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), by and through its counsel of record, and pursuant to the Court's Order (Docket No. 194), provides the following status report prior to the June 13, 2024, Omnibus status hearing:

1. *The status of administration of the Estates*.

The Debtors continue to operate and generate income. They are current on all reporting requirements (including weekly reporting to the parties and Monthly Operating Reports). The Debtors are working towards a proposed reorganization plan and anticipate filing a Plan and Disclosure Statement as soon as possible.

2. *Any upcoming motions or other relief that the Debtors anticipate seeking*.

There is a current evidentiary hearing set for June 20, 2024. At that hearing, several motions are anticipated:

   A. Motion re 503(b)(9) claims (Docket No. 308);

   B. Motion for Approval of Prepayment of certain hay/straw, silage and chopping vendors (Docket No. 374);

   C. Motion for Approval of post-petition tractor lease (Docket No. 375);

   D. Motion for Approval of Advance on DIP Facility (Docket No. 378);

  E. Motion for Approval to purchase and sell equipment and machinery (Docket No. 379)

  F. Motion to Shorten Time (Docket No. 380).

In addition to those motions, the Debtors also have a pending employment application for a real property appraiser, and several interim monthly fee applications for estate professionals. The Debtors further anticipate filing a Motion to Extend the Exclusivity Period for the Debtors to file their Chapter 11 Plans (based, at least in part, on the Proof of Claim deadline being extended to July 31, 2024, which is also the current expiration date of the exclusivity period).

In addition to the above, the Debtors anticipate addressing the Motion to Shorten Time on Motion to Shorten Time (Docket No. 399) at the hearing on June 13, 2024.

3. *Any other matters of which the Debtors believe the Court should be aware.*

The Debtors are currently unaware of other matters requiring the Court's attention.

DATED this 11TH day of June, 2024.

            JOHNSON MAY

            */s/ Matt Christensen*
            _____
            MATTHEW T. CHRISTENSEN
            Attorney for the Debtor


            DENTONS

            */s/ Krystal Mikkilineni*
            _____
            KRYSTAL MIKKILINENI
            Attorney for the Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11TH day of June 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |

Any others as listed on the Court's ECF Notice.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN