Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        Robert.richards@dentons.com
        Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No.  24-40158-NGH |
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4007990

**NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET
APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE MONTH OF MAY 2024**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, COUNSEL**

**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER**

**INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing May 1, 2024, and ending May 31, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtor, and any Official Committee of Unsecured Creditors appointed herein.

/

/

/

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: June 12, 2024.

DATE: June 12, 2024

_____/s/ Krystal Mikkilineni_____
DENTONS DAVIS BROWN
Krystal Mikkilineni


_____/s/ Matthew Christensen_____
JOHNSON MAY
Matthew Christensen

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 12th day of June, 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
MAY 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

#4007990

Andrew J. Schoulder        andrew.schoulder@nortonrosefulbright.com
Sheila R. Schwager        sschwager@hawleytroxell.com
Louis V. Spiker        louis.spiker@millernash.com
Matthew A. Sturzen        matt@shermlaw.com
Meredith L. Thielbahr        mthielbahr@grsm.com
Kim J. Trout        ktrout@trout-law.com
Brent R. Wilson        bwilson@hawleytroxell.com

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham        Richard Bernard
3424 Peachtree Road NE        1177 Avenue of the Americas
Suite 1600        41st Floor
Atlanta, GA 30326        New York, NY 10036

Bunge Canada        Nikolaus F. Schandlbauer
c/o David D. Farrell, Esq.        20 F Street NW
One Bank Plaza        Suite 500
Suite 2700        Washington, DC 20001
St. Louis, MO 63101

W. Kent Carter        Scott F. Gautier
One North Franklin        1800 Century Park East
Suite 800        Ste. 1500
Chicago, IL 60606        Los Angeles, CA 90067

Zachery J. McCraney        Domenic E. Pacitti
Holland & Hart        Klehr Harrison Harvey Branzburg, LLP
PO Box 2527        919 Market St
800 W. Main St., Suite 1750        Suite 1000
Boise, ID 83701        Wilmington, DE 19801

Michael R. Stewart        J.D. Heiskell Holding, LLC
2200 Wells Fargo Center        c/o Tyler (Tab) Berger
90 South Seventh Street        17220 Wright St., Suite 200
Minneapolis, MN 55402        Omaha, NE 68130

Wilbur Ellis Nutrition-Rangen        Bunge Canada
c/o Tony Champion        c/o Greg Zemaitis
PO Box 706        1391 Timberlake Manor Parkway
115 13th Ave. South        Chesterfield, MO 63017
Buhl, ID 83316

NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE MONTH OF MAY 2024 – PAGE 5

Viterra USA Grain, LLC              Land View, Inc.
Viterra USA Ingredients, LLC       c/o Dan Noble
c/o Alicia Burns                   PO Box 475
1331 Capitol Ave.                  Rupert, ID 83350
Omaha, NE 68102


/s/ Krystal Mikkilineni
Krystal Mikkilineni

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      Robert.richards@dentons.com
      Tirzah.roussell@dentons.com

Attorneys for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | [NO HEARING REQUIRED] |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4007991

## DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024

Dentons Davis Brown (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of May 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.      The Firm is counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.      The Firm billed a total of $99,657.03 in fees and expenses during the Application Period. The total fees represent 281 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| May 1-31, 2024 | $90,458.50 | $9,198.53 | $99,657.03 |

C.      Accordingly, the Firm seeks allowance of interim compensation in the amount of $77,042.41 at this time. This total is comprised as follows: $67,843.88 (75% of the fees for services rendered) plus $9,198.53 (100% of the expenses incurred).

D.      Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

     E.    Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

     **WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: June 12, 2024

             /s/ Krystal Mikkilineni

DENTONS DAVIS BROWN
Krystal Mikkilineni


             /s/ Matthew Christensen

JOHNSON MAY
Matthew Christensen

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 12th day of June, 2024, I caused to be served a true and correct copy of the foregoing DENTONS DAVIS BROWN'S COVER SHEET  APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

#4007991

Andrew J. Schoulder                 andrew.schoulder@nortonrosefulbright.com
Sheila R. Schwager                 sschwager@hawleytroxell.com
Louis V. Spiker                    louis.spiker@millernash.com
Matthew A. Sturzen                matt@shermlaw.com
Meredith L. Thielbahr              mthielbahr@grsm.com
Kim J. Trout                      ktrout@trout-law.com
Brent R. Wilson                   bwilson@hawleytroxell.com

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada                  Viterra USA Grain, LLC
c/o Greg Zemaitis              Viterra USA Ingredients, LLC
1391 Timberlake Manor Parkway     c/o Alicia Burns
Chesterfield, MO 63017        1331 Capitol Ave.
                                  Omaha, NE 68102

J.D. Heiskell Holding, LLC       Land View, Inc.
c/o Tyler (Tab) Berger          c/o Dan Noble
17220 Wright St., Ste 200        P.O. Box 475
Omaha, NE 68130             Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

/s/ Krystal Mikkilineni
Krystal Mikkilineni

**DENTONS**

# EXHIBIT A

In Account With

## DENTONS DAVIS BROWN PC
**Attorneys and Counselors at Law**
**215 10th Street, Suite 1300**
**Des Moines, IA 50309-3993**
**(515) 288-2500**
**Federal I.D. No. 42-1343884**

Millenkamp Cattle, Inc.                                                          Statement: 1569716
Bill Millenkamp                                                                  Date: 6/11/2024
471 N 300th Rd W
Jerome, Idaho 83338

**Re: 9020530-188653 - Ch 11 Bankruptcy**

## Professional Fees

| | | | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/01/2024 | KMIK | Review notice from MetLife to Rabo regarding intercreditor agreement (.2) | B190 | 0.20 | 83.00 |
| 05/01/2024 | KMIK | Review engagement agreement for livestock appraisal (.2) and email David Heida regarding same (.1) | B160 | 0.30 | 124.50 |
| 05/01/2024 | KMIK | Emails to/from counsel for The Dairy Solutions Group regarding critical vendor motion (.2) | B150 | 0.20 | 83.00 |
| 05/01/2024 | KMIK | Review Conterra's objection to DIP motion (.1); review MetLife's notice of intent to present evidence at final DIP hearing (.1) | B230 | 0.20 | 83.00 |
| 05/01/2024 | KMIK | Review ABS' proof of claim (.1) | B300 | 0.10 | 41.50 |
| 05/01/2024 | KMIK | Review and revise critical vendor summary (.4) | B190 | 0.40 | 166.00 |
| 05/01/2024 | KMIK | Call with Matt Christensen regarding critical vendor brief (.2) | B110 | 0.20 | 83.00 |
| 05/01/2024 | TROU | Reviewing and comparing creditor matrix on ecf with new amended schedules and adding them to ecf (.9); Review email from schuil regarding BPO (.1); Review BPO (.5) | B110 | 1.50 | 427.50 |
| 05/01/2024 | TROU | Emails with Conterra's counsel regarding IDI documents (.1); Review emails from UST regarding same (.1); Gather all IDI documents and send to Conterra's counsel (.5) | B150 | 0.70 | 199.50 |
| 05/01/2024 | TROU | Revising Forbes Engagement letter (.6); Emails with David regarding emailing Forbes and Todd Davis questions for Apps to Employ (.2); draft Forbes Declaration, app to employ and proposed order (1.5) | B160 | 2.30 | 655.50 |
| 05/01/2024 | TROU | Drafting Reply to UST critical vendor objection (2.6); Email Matt C reply to add to brief (.1); Review and finalize brief (.5) | B190 | 3.20 | 912.00 |
| 05/02/2024 | KMIK | Review Dairy Tech's proof of claim (.1) | B300 | 0.10 | 41.50 |
| 05/02/2024 | KMIK | Review email from Kati Churchill regarding budget and variance report (.1); review email from Kati Churchill regarding changes in AR and AP report (.1) | B230 | 0.20 | 83.00 |
| 05/02/2024 | KMIK | Review UST's notice of intent to present evidence (.1); review Raft River, United Electric, and Moss Grain Partnership's notice of intent to present evidence (.1); review Conterra's notice of intent to present evidence (.1); review Rabo's notice of intent to present evidence (.1) | B190 | 0.40 | 166.00 |

Millenkamp Cattle, Inc.
6/11/2024
Page: 2

Client: 9020530
Matter: 9020530-188653
Statement: 1569716

| 05/02/2024 | KMIK | Review emails from John Deere's counsel regarding payments and invoices (.2); call with counsel for The Dairy Solutions Group regarding critical vendor payments (.2); emails to/from MWI counsel regarding critical vendor payments (.2) | B150 | 0.60 | 249.00 |
| 05/02/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, strategy, IDI, variance reporting, and appraisals (.9); email David Heida regarding Forbes report (.1); call with Bill Millenkamp regarding status update, IDI, and hearing (.7) | B110 | 1.70 | 705.50 |
| 05/02/2024 | KMIK | Review Forbes' engagement agreement and email David Heida regarding same (.9) | B160 | 0.90 | 373.50 |
| 05/02/2024 | KMIK | Prep for final hearing | B190 | 1.50 | 622.50 |
| 05/02/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, strategy, IDI, variance reporting, and appraisals (.9); Emails to Bill, David, Lisa, Kander regarding IFR for IDI tomorrow (.2); Emails with UST regarding workers comp insurance (.1); Emails with Lisa regarding workers comp insurance (.1); Review update workers comp insurance (.2) | B110 | 1.50 | 427.50 |
| 05/02/2024 | TROU | Review Raft River, United Electric, and Moss Grain notice of intent to present evidence (.1); review Conterra's notice of intent to present evidence (.1); review Rabo's notice of intent to present evidence (.1); Review UST's notice of intent to present evidence (.1) | B190 | 0.40 | 114.00 |
| 05/02/2024 | TROU | Review Todd Davis engagement agreement (.2); Emails from David and Krystal regarding same (.1); Draft Davis app to Employ (1.6); review and revise certificate of service for apps to employ (.2); email to James Morgan regarding Forbes fee app (.1); review local rule regarding serving app to employ (.1) | B160 | 2.30 | 655.50 |
| 05/02/2024 | TROU | Preparing for final hearing on DIP and Cash Collateral | B190 | 1.60 | 456.00 |
| 05/03/2024 | KMIK | Review Farmers Bank's proofs of claim (.3); review Viterra's proof of claim (.1); review B&H Farming's proof of claim (.1); review Clint Thompson's amended proof of claim (.1); review Triple C Farm's proof of claim (.1); review Steel Ranch's proof of claim (.1); review Star Falls Farm's proof of claim (.1); review Interstate Billing Service's proof of claim (.1); review Standing 16 Ranch's proof of claim (.1); review Michael Chojnacky's proof of claim (.1); review Jean Thompson's proof of claim (.1); review Hollifield Ranch's proof of claim (.1); review Grant 4-D Farm's proof of claim (.1); review Grant & Hagan's proof of claim (.1); review Edward Chojnacky's proof of claim (.1); review Dusty Brow Farm's proof of claim (.1); review Douglas Grant's proof of claim (.1); review Bo Stevenson's proof of claim (.1); review Alexander Reed's proof of claim (.1); review Interstate Billing Services' proof of claim (.1); review Standlee Ag Resource's proof of claim (.1); review Land View's proof of claim (.1); review Idaho State Tax Commission's proof of claim (.1) | B310 | 2.50 | 1,037.50 |
| 05/03/2024 | KMIK | Review emails from counsel for Standlee Ag Resources regarding critical vendor motion and liens on feed (.2); call with John O'Brien regarding plan and hearing (.4); review email from Green Source's counsel regarding critical vendor payment (.1); review Standlee Ag Resource's objection to critical vendor motion (.1); review email from Bunge Canada's counsel regarding critical vendor motion (.1); email John O'Brien regarding revisions to proposed DIP order (.1) | B150 | 1.00 | 415.00 |

Millenkamp Cattle, Inc.

6/11/2024

Page: 3

Client: 9020530

Matter: 9020530-188653

Statement: 1569716

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/03/2024 | KMIK | Attend IDI (2.6); call with Bill Millenkamp regarding IDI (.1); email client regarding critical vendor payment to Green Source (.1) | B110 | 2.70 | 1,120.50 |
| 05/03/2024 | KMIK | Review Sandton's redline to DIP order (.2); call with Sandton's counsel and co-counsel regarding hearing (.6); review Conterra's witness and exhibit list (.1); review Raft River and United Electric's witness list (.1); review Raft River and United Electric's exhibit list (.1); review email from MetLife's counsel regarding exhibits for May 8th hearing (.1); review MetLife's amended exhibit list (.1); review emails from Forbes' representative regarding hearing (.2) | B230 | 1.30 | 539.50 |
| 05/03/2024 | TROU | Attend IDI (2.6) | B110 | 2.60 | 741.00 |
| 05/03/2024 | KMIK | Prep for final hearing (5.3); review letter from Eide Bailey objecting to Rabo's subpoena (.1) | B190 | 5.40 | 2,241.00 |
| 05/03/2024 | TROU | Review Sandton's redline to DIP order (.2); review Conterra's witness and exhibit list (.1); review Raft River and United Electric's witness list (.1); review Raft River and United Electric's exhibit list (.1); review email from MetLife's counsel regarding exhibits for May 8th hearing (.1); review MetLife's amended exhibit list (.1); review emails from Forbes' representative regarding hearing (.2); Prep for final hearing on DIP and Cash Coll (3.1) | B230 | 4.00 | 1,140.00 |
| 05/03/2024 | TROU | Review Viterra's proof of claim (.1); review Star Falls Farm's proof of claim (.1); review Interstate Billing Service's proof of claim (.1); review Standing 16 Ranch's proof of claim (.1); review Michael Chojnacky's proof of claim (.1); review Jean Thompson's proof of claim (.1); review Hollifield Ranch's proof of claim (.1); review Edward Chojnacky's proof of claim (.1); review Dusty Brow Farm's proof of claim (.1); review Douglas Grant's proof of claim (.1); review Bo Stevenson's proof of claim (.1); review Alexander Reed's proof of claim (.1); review Interstate Billing Services' proof of claim (.1); review Standlee Ag Resource's proof of claim (.1); review Land View's proof of claim (.1); review Idaho State Tax Commission's proof of claim (.1);Review Farmers Bank's proofs of claim (.2); review B&H Farming's proof of claim (.1); review Clint Thompson's amended proof of claim (.1); review Triple C Farm's proof of claim (.1); review Steel Ranch's proof of claim (.1); review Grant 4-D Farm's proof of claim (.1); review Grant & Hagan's proof of claim (.1) | B310 | 2.40 | 684.00 |
| 05/03/2024 | TROU | Finalize Forbe App to Employ /Declaraton (.6); Finalize Davis App to Employ (.3) | B160 | 0.90 | 256.50 |
| 05/05/2024 | KMIK | Prep for hearing | B190 | 4.40 | 1,826.00 |
| 05/05/2024 | TROU | Additional research re approval of DIP loan (2.8); Prep for final hearing (5.4) | B230 | 8.20 | 2,337.00 |
| 05/06/2024 | KMIK | Continue prepping for final hearing | B190 | 5.00 | 2,075.00 |
| 05/06/2024 | KMIK | Travel to Boise for final hearing (billed at 1/2 rate) | B195 | 6.00 | 1,245.00 |
| 05/06/2024 | TROU | Travel to Boise for final hearing (billed at 1/2 rate) | B195 | 6.00 | 855.00 |
| 05/06/2024 | TROU | Prep for Final Hearing (4.6) | B230 | 4.60 | 1,311.00 |

Millenkamp Cattle, Inc.
6/11/2024
Page: 4

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/07/2024 | KMIK | Prep for hearing on final use of cash collateral and DIP | B230 | 10.50 | 4,357.50 |
| 05/07/2024 | TROU | Prep for cash collateral and DIP Hearings (10.5) | B230 | 10.50 | 2,992.50 |
| 05/08/2024 | KMIK | Prep for final hearing on cash collateral and DIP (3.4); attend final hearing on cash collateral and DIP (8) | B230 | 11.40 | 4,731.00 |
| 05/08/2024 | TROU | Prep for final hearing on cash collateral and DIP (3.1); attend final hearing on cash collateral and DIP (8) | B230 | 11.10 | 3,163.50 |
| 05/09/2024 | KMIK | Prep for hearing on cash collateral and DIP (1); attend hearing on cash collateral and DIP (9) | B230 | 10.00 | 4,150.00 |
| 05/09/2024 | TROU | Prep for hearing on DIP and Cash Collateral (1); attend hearing on cash collateral and DIP (9) | B230 | 10.00 | 2,850.00 |
| 05/10/2024 | KMIK | Emails to/from MWI counsel regarding critical vendor decision (.2); review email from Conterra's counsel regarding Conterra's adequate protection payments (.1) | B150 | 0.30 | 124.50 |
| 05/10/2024 | KMIK | Review notice of hearing held regarding final hearing (.1) | B230 | 0.10 | 41.50 |
| 05/10/2024 | KMIK | Review email from Matt Christensen regarding 503(b)(9) strategy (.1); emails to/from Ken Nofziger regarding Glanbia check receivables (.2); attend 341 meeting (2.7); call with client and co-counsel regarding adequate protection payments and 503(b)(9) strategy (.6) | B110 | 3.60 | 1,494.00 |
| 05/10/2024 | KMIK | Review Clark Ambulatory Clinic's proof of claim (.1) | B310 | 0.10 | 41.50 |
| 05/10/2024 | KMIK | Travel to Des Moines from Boise to return from final hearing (6) (bill at 1/2 rate) | B195 | 6.00 | 1,245.00 |
| 05/10/2024 | TROU | Travel to Des Moines from Boise to return from final hearing (6) (bill at 1/2 rate) | B195 | 6.00 | 855.00 |
| 05/10/2024 | TROU | Attend oral ruling on cash collateral and DIP motions (.5) | B230 | 0.50 | 142.50 |
| 05/10/2024 | TROU | Emails from James Morgan at Forbes regarding data room (.2) | B110 | 0.30 | 85.50 |
| 05/10/2024 | KMIK | Attend oral ruling on cash collateral and DIP motions (.4); recap calls with client and co-counsel re ruling (.4) | B230 | 0.80 | 332.00 |
| 05/13/2024 | KMIK | Emails to/from John O'Brien regarding cash collateral communications and schedules (.3); review email from John O'Brien regarding adequate protection payments (.1); emails to/from MWI counsel regarding next steps for adequate protection and 503(b)(9) claims (.2) | B150 | 0.60 | 249.00 |
| 05/13/2024 | KMIK | Review JPMorgan's amended proofs of claim (.2); review Clint D. Thompson's amended proof of claim (.1); review Jean L. Thompson's amended proof of claim (.1); review American Calf Products' proof of claim (.1); review Napa Auto Parts' proof of claim (.1); review Airgas' proof of claim (.1) | B310 | 0.70 | 290.50 |

Millenkamp Cattle, Inc.
6/11/2024
Page: 5

Client: 9020530
Matter: 9020530-188653
Statement: 1569716

| 05/13/2024 | KMIK | Review Ad Hoc Committee of Corn Silage Grower's 2019 statement (.1); review email from Lisa regarding status of DIP account (.1); call with client, Kander, and co-counsel regarding updated budget and strategy for deposits and 503(b)(9) claims (.6); call with Bill Millenkamp regarding budgets and deposits (.4); review corn silage contract (.2); review emails from Sheila, David Heida, and Matt Christensen regarding vehicles (.2) | B110 | 1.60 | 664.00 |
| 05/13/2024 | KMIK | Review email from Kati Churchill regarding updated budget (.1); review and revise proposed final DIP order (1.1); review notice of hearing held on DIP and cash collateral (.1) | B230 | 1.30 | 539.50 |
| 05/13/2024 | TROU | review email from Lisa regarding status of DIP account (.1); call with Kander, clients, and co-counsel regarding updated budget and strategy for deposits and 503(b)(9) claims (.6) review emails from Sheila, David Heida, and Matt Christensen regarding vehicles (.2); Review Ad Hoc Committee of Corn Silage Grower's 2019 statement (.1) | B110 | 1.00 | 285.00 |
| 05/13/2024 | TROU | Drafting Final DIP Order (3.1); review notice of hearing held on DIP and cash collateral (.1); emails from Kati regarding DIP Budget (.1) | B230 | 3.30 | 940.50 |
| 05/14/2024 | KMIK | Review Sandton's professional fee invoices (.2) | B160 | 0.20 | 83.00 |
| 05/14/2024 | KMIK | Review email from UST regarding 503(b)(9) order and redline of order (.2) | B190 | 0.20 | 83.00 |
| 05/14/2024 | KMIK | Review IRS' proof of claim (.1); review Land View's amended proof of claim (.1) | B310 | 0.10 | 41.50 |
| 05/14/2024 | KMIK | Review emails from Secon's counsel regarding amount owed (.1); emails to/from Green Source counsel regarding critical vendor payments (.2); review email from Land View's client regarding relief from stay (.1); call with MWI and MWI counsel regarding 503(b)(9) payments and plan projections (.4) | B150 | 0.80 | 332.00 |
| 05/14/2024 | KMIK | Review email from David Heida regarding creditor payments (.1); call with client, Kander, and co-counsel regarding status update, strategy, and budget (.6) | B110 | 0.70 | 290.50 |
| 05/14/2024 | KMIK | Continue reviewing and revising final DIP order (1.1); review updated budget (.2) | B230 | 1.30 | 539.50 |
| 05/14/2024 | TROU | Call with Kander, clients, and co-counsel regarding status update, strategy, and budget (.6); review emails from David Heida regarding creditor payments (.1) | B110 | 0.70 | 199.50 |
| 05/14/2024 | TROU | Review redlines and revisions to proposed Final DIP Order (1.1) relisten to Judge Hillens ruling regarding DIP (.2) | B230 | 1.30 | 370.50 |
| 05/14/2024 | TROU | Review email from clerk regarding app to employ livestock appraiser (.1); Review filed app to employ livestock appraiser (.2); Email to clerk regarding same (.1) | B160 | 0.40 | 114.00 |
| 05/15/2024 | KMIK | Review UST's notice of appointment of committee (.1); review Viterra's declaration (.1); call with client, Kander, and co-counsel regarding status update, vehicles, and cash collateral and DIP orders (.3); review email from Lisa Nelson regarding borrowing base certificate (.1) | B110 | 0.60 | 249.00 |
| 05/15/2024 | KMIK | Emails to/from Gale Harding regarding appraisal fee (.2) | B160 | 0.20 | 83.00 |
| 05/15/2024 | KMIK | Review Pro Tech Service's proof of claim (.1) | B310 | 0.10 | 41.50 |

Millenkamp Cattle, Inc.                                                                                  Client: 9020530
6/11/2024                                                                                          Matter: 9020530-188653
Page: 6                                                                                              Statement: 1569716

| | | | | | |
|---|---|---|---|---|---|
| 05/15/2024 | KMIK | Review and revise final cash collateral order | B230 | 0.50 | 207.50 |
| 05/15/2024 | KMIK | Continue reviewing and revising proposed final DIP order | B230 | 2.10 | 871.50 |
| 05/15/2024 | TROU | Review Viterra's declaration (.1); call with client, Kander, and co-counsel regarding status update, vehicles, and cash collateral and DIP orders (.3); Review UST's notice of appointment of committee (.1); review email from Lisa regarding borrowing base certificate (.1) | B110 | 0.60 | 171.00 |
| 05/15/2024 | TROU | Review continued revisions to DIP Order (.5) | B230 | 0.50 | 142.50 |
| 05/16/2024 | KMIK | Review Wilbur-Ellis Nutrition's proof of claim (.1); review American Express National Bank's proof of claim (.1) | B310 | 0.20 | 83.00 |
| 05/16/2024 | KMIK | Review emails from Rabo's counsel regarding vehicle titles (.2); review email from Kati Churchill regarding weekly reports (.1); review email from James Morgan regarding reporting (.1); review Wilbur Ellis Nutrition's certification under penalty of perjury (.1); call with Kander and co-counsel regarding status update and strategy (.4); review Land View's certification under penalty of perjury (.1); emails to/from Kati Churchill regarding MORs (.2); emails to/from counsel for East Valley Development regarding exhibits (.3) | B110 | 1.50 | 622.50 |
| 05/16/2024 | KMIK | Continue revising final DIP order (.3); review emails from Andrew Schoulder and co-counsel regarding cash collateral order (.2) | B230 | 0.50 | 207.50 |
| 05/16/2024 | KMIK | Review email from Overhead Door regarding amount owing (.1); review email from Rabo's counsel regarding borrowing base analysis (.1) | B150 | 0.20 | 83.00 |
| 05/16/2024 | KMIK | Review emails from Lance Fenton with Cooper Norman regarding engagement (.2) | B160 | 0.20 | 83.00 |
| 05/16/2024 | KMIK | Begin preparing Dentons' first fee app (.5) | B160 | 0.50 | 207.50 |
| 05/16/2024 | TROU | review email from Kander regarding weekly reports (.1); review email from James Morgan at Forbes regarding reporting (.1); call with Kander and co-counsel regarding status update and strategy (.4); review Land View's certification under penalty of perjury (.1); emails to/from Kati Churchill regarding MORs (.2); Review emails from Rabo's counsel regarding vehicle titles (.2); review Wilbur Ellis Nutrition's certt. under prejury.1) | B110 | 1.20 | 342.00 |
| 05/17/2024 | KMIK | Review order establishing interim fee and expense reimbursement procedures (.2) | B160 | 0.20 | 83.00 |
| 05/17/2024 | KMIK | Review order denying critical vendor motion (.1) | B190 | 0.10 | 41.50 |
| 05/17/2024 | KMIK | Review entered DIP order (.1) and email client regarding same (.1) | B230 | 0.20 | 83.00 |
| 05/17/2024 | TROU | Review order establishing interim fee and expense reimbursement procedures (.2) | B160 | 0.20 | 57.00 |
| 05/17/2024 | TROU | Review DIP order entered by court (.1) | B230 | 0.10 | 28.50 |
| 05/17/2024 | TROU | Review critical vendor order (.1); research for amended 503(b)(9) motion and making payments before plan confirmation, factors, etc (1.2) | B190 | 1.30 | 370.50 |

Millenkamp Cattle, Inc.                                                          Client: 9020530
6/11/2024                                                                        Matter: 9020530-188653
Page: 7                                                                          Statement: 1569716

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|------------|-------------|------|-------|--------|
| 05/19/2024 | KMIK | Review and revise amendment to 503(b)(9) motion (.5) | B190 | 0.50 | 207.50 |
| 05/19/2024 | TROU | Research for payment of 503(b)(9) claims (2.5); Drafting Amended Motion for payment 503(b)(9) claims (2.4); Review budget from Kati regarding adequate protection payments and 503(b)(9) claims (.3) | B190 | 5.20 | 1,482.00 |
| 05/20/2024 | KMIK | Review Performix's proof of claim (.1) | B310 | 0.10 | 41.50 |
| 05/20/2024 | KMIK | Review email from John O'Brien regarding cash collateral order (.1); review email from Lisa Nelson regarding current loans report for Rabo (.1) | B230 | 0.20 | 83.00 |
| 05/20/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update on apps to employ, fee apps, and exit financing (.7) | B110 | 0.70 | 290.50 |
| 05/20/2024 | TROU | Call with client, Kander, and co-counsel regarding status update on apps to employ, fee apps, and exit financing (.7) | B110 | 0.70 | 199.50 |
| 05/20/2024 | KMIK | Review email from Land View regarding repayment analysis (.3) | B150 | 0.30 | 124.50 |
| 05/20/2024 | KMIK | Continue revising amended 503(b)(9) motion | B190 | 1.10 | 456.50 |
| 05/20/2024 | KMIK | Continue drafting fee application | B160 | 0.50 | 207.50 |
| 05/20/2024 | TROU | Email to Lance Fenton at Cooper Norman (.1); Drafting app to employ cooper norman as accountant (1.4) | B160 | 1.50 | 427.50 |
| 05/20/2024 | TROU | Draft and revise 503(b)(9) Motion (1.7) | B190 | 1.70 | 484.50 |
| 05/20/2024 | TROU | Review email from conterra's counsel regarding cash collateral order (.1); review email from Lisa regarding current loans report for Rabo (.1) | B230 | 0.20 | 57.00 |
| 05/21/2024 | KMIK | Review email from Western States' counsel regarding back payments and order (.1); review email from MetLife's counsel regarding interest payment (.1); emails to/from committee counsel regarding introduction (.2) | B150 | 0.40 | 166.00 |
| 05/21/2024 | KMIK | Review Sprinkler Shop's proof of claim (.1); review Schaffer Manufacturing's proof of claim (.1); review Uline's proof of claim (.1); review Young CDJR's proof of claim (.1) | B310 | 0.40 | 166.00 |
| 05/21/2024 | KMIK | Email Kati Churchill regarding 503(b)(9) claims (.1); emails to/from Matt Christensen regarding notice of 503(b)(9) hearing (.2) | B190 | 0.30 | 124.50 |
| 05/21/2024 | KMIK | Call with Kander and co-counsel regarding status update and strategy (.4); review certificate of service for service of app to employ Summit (.2) | B110 | 0.60 | 249.00 |
| 05/21/2024 | KMIK | Review and revise app to employ accountant (.6); call with Matt Christensen regarding employment app (.1) | B160 | 0.70 | 290.50 |
| 05/21/2024 | KMIK | Review April MORs | B110 | 0.60 | 249.00 |
| 05/21/2024 | TROU | Review list of 503(b)(9) Claimants from original motion and compare with Amended Motion (.7); review proposed order regarding western states lease (.1) | B190 | 0.80 | 228.00 |

Millenkamp Cattle, Inc.                                                          Client: 9020530
6/11/2024                                                                        Matter: 9020530-188653
Page: 8                                                                          Statement: 1569716

| Date | Initials | Description | Code | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 05/21/2024 | TROU | Call with Kander and co-counsel regarding status update and strategy (.4); Emails to/from Matt and Krystal regarding notice of 503 (b)(9) hearing (.2); review email from MetLife's counsel regarding interest payment (.1); review email from counsel for the committee regarding introductions (.1); review committee counsel info (.1); email from Kati regarding 503(b)(9) claims (.1) | B110 | 1.00 | 285.00 |
| 05/21/2024 | TROU | Follow up with Cooper Norman regarding app to employ (.1); emails with Kander regarding accountant application (.2); Review email from Lance at Cooper Norman with conflict list (.1); Review list regarding same (.3); revise cooper norman engagement agreement (.4); email Cooper norman updated agreement (.1); attention to to certificate of service for apps to employ (.1) | B160 | 1.30 | 370.00 |
| 05/21/2024 | TROU | Review proposed Final order regarding cash collateral (.3) | B230 | 0.30 | 85.50 |
| 05/22/2024 | KMIK | Review Millenkamp Cattle April MOR (.2); review email from Matt Christensen regarding WESCO lease proposal (.1); call with client, Kander, and co-counsel regarding status update, MORs, and recap of committee counsel call (.4); review H&M Custom Chopping Agreement (.2) and emails to/from David Heida regarding same (.2); review and revise items to be amended on schedules (.2) | B110 | 1.30 | 539.50 |
| 05/22/2024 | KMIK | Emails to/from David Heida regarding vehicle sales (.3) | B130 | 0.30 | 124.50 |
| 05/22/2024 | KMIK | Review attorney and staffing budget for Johnson May and Dentons (.2); review declaration of David Heida in support of applications to employ counsel for debtor (.1); review and revise app to employ Cooper Norman (.3); continue preparing fee application for Dentons (.6) | B160 | 1.20 | 498.00 |
| 05/22/2024 | KMIK | Review email from counsel for Automation Werx regarding 503(b)(9) claim amount (.1) and email client regarding same (.1); review American Express National Bank's proofs of claim (.2); review Schaeffer Manufacturing Company's proof of claim (.1) and email Lisa Nelson regarding same (.1) | B310 | 0.60 | 249.00 |
| 05/22/2024 | KMIK | Call with committee counsel and co-counsel regarding background and status update (.7) | B150 | 0.70 | 290.50 |
| 05/22/2024 | KMIK | Review notices from IRS (.2) and email Lisa and David regarding same (.1) | B210 | 0.30 | 124.50 |
| 05/22/2024 | KMIK | Review email from Sheila Schwager regarding documentation for 503(b)(9) claims (.1) | B150 | 0.10 | 41.50 |
| 05/22/2024 | TROU | Draft Declaration to App to Employ Accountant (.5); Email to Lance at Cooper Norman regarding declaration (.1) | B160 | 0.60 | 171.00 |
| 05/22/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, MORs, and recap of committee counsel call (.4); review notes/emails/comments from UST at IDI and 341 hearing to determine what is needed to be updated on schedules/review schedules for changes (1.0); email krystal regarding changes to schedules (.1); Emails with Lisa and David regarding documents/info needed for changes to Schedules and 2015.3 reports (.4); Review 2015.3 reports and determine what info is needed (.4); continue gathering documents and info for UST requests (2.9) | B110 | 5.20 | 1,482.00 |

Millenkamp Cattle, Inc.                                                                     Client: 9020530
6/11/2024                                                                                   Matter: 9020530-188653
Page: 9                                                                                     Statement: 1569716

| 05/23/2024 | KMIK | Review weekly variance report (.3); emails to/from Lisa Nelson regarding tax returns (.3); review borrowing base certificate (.3); review email from Ken Nofziger regarding Forbes reporting (.1); call with Matt Christensen regarding status update on sale motion, notice from IRS, and amended schedules (.2); call with Mike Gilmer regarding tax return issues (.1); draft memo regarding debtor duties (.5); email to Lisa and David regarding IRS power of attorney form (.2); review emails from David and Matt regarding corn silage (.2) | B110 | 2.20 | 913.00 |
|---|---|---|---|---|---|
| 05/23/2024 | KMIK | Emails to/from Alison Bure regarding deliverables for DIP loan agreement (.2) | B230 | 0.20 | 83.00 |
| 05/23/2024 | KMIK | Review updated Rule 2016(b) pleading (.2); review and revise supplemental declaration in support of Dentons' employment app (.6); emails to/from Schuill regarding invoice and fee app (.2) | B160 | 1.00 | 415.00 |
| 05/23/2024 | KMIK | Review Sprinkler Shop's proofs of claim (.1); email Lisa Nelson regarding Automation Werx's 503(b)(9) claim (.1) | B310 | 0.20 | 83.00 |
| 05/23/2024 | KMIK | Review email from JB Evans regarding rental equipment and agreement (.1) | B185 | 0.10 | 41.50 |
| 05/23/2024 | GMAT | Preparing billing documents for Dentons' Fee Application. | B160 | 3.40 | 714.00 |
| 05/23/2024 | TROU | Emails from Sandton counsel regarding deliverables for DIP loan agreement (.2); review perfection agreement (.3) | B230 | 0.50 | 142.50 |
| 05/23/2024 | TROU | Review schuil invoice (.1); Start drafting schuil fee app (.3); emails with Cooper Norman regarding app to employ (.2); continuing gathering documents and requests for UST (1.2) | B160 | 1.80 | 513.00 |
| 05/23/2024 | TROU | Review borrowing base certificate (.3); review email from Ken Nofziger regarding Forbes reporting (.1) | B110 | 0.40 | 114.00 |
| 05/24/2024 | KMIK | Review Rocky Mountain Agronomic's proof of claim (.1) | B310 | 0.10 | 41.50 |
| 05/24/2024 | KMIK | Continue preparing fee application | B160 | 0.20 | 83.00 |
| 05/24/2024 | KMIK | Review email from MetLife regarding May interest statements (.1) | B150 | 0.10 | 41.50 |
| 05/24/2024 | GMAT | Drafting Fee Application. | B160 | 0.70 | 147.00 |
| 05/24/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and strategy (.9); continue revising memo regarding duties (.3); review response to IRS (.2) and email to David Heida regarding same (.1); review email from David Heida regarding H&M chopping contract (.1); review Automation Werx response to 503(b)(9) motion (.1); emails to/from committee counsel regarding standing call (.2) and email Kander regarding same (.1) | B110 | 2.00 | 830.00 |
| 05/24/2024 | KMIK | Review Bunge Canada's proof of claim (.1); emails to/from Mort Branzburg regarding 503(b)(9) claims (.2) | B310 | 0.30 | 124.50 |
| 05/24/2024 | KMIK | Review email from Brett Cahoon regarding employment apps (.1); continue revising Dentons fee app (.4) | B160 | 0.50 | 207.50 |

Millenkamp Cattle, Inc.
6/11/2024
Page: 10

Client: 9020530
Matter: 9020530-188653
Statement: 1569716

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 05/24/2024 | TROU | Emails with Lisa regarding UST requests (.2); Call with client, Kander, and co-counsel regarding status update and strategy (.9); review response to IRS (.2) review email from David Heida regarding H&M chopping contract (.1); review Automation Werx response to 503 (b)(9) motion (.1); review emails from Kander and co-counsel regarding standing calls with committe (.1); start drafting motion to sell vehicles (.4); emails from co-counsel regarding notice of hearing strategy for 503(b)(9) motion (.2); emails from David and Gary at Kans regarding 2015.3 report financials (.2); email from David regarding Raft River financials and information and review attached documents (.5) | B110 | 2.90 | 826.50 |
| 05/24/2024 | TROU | Emails from client and co-counsel regarding Motion for DIP Advance (.2) | B230 | 0.20 | 57.00 |
| 05/24/2024 | TROU | Emails with Lance Fenton at Cooper norman (.2); review list of creditors Cooper Norman has a connection to and revise Declaration to app to employ Cooper Norman (.5) | B160 | 0.70 | 199.50 |
| 05/28/2024 | KMIK | Continue revising Dentons fee app (.6); review app to employ OMM as committee counsel (.2); review app to employ local counsel for committee (.1) | B160 | 0.90 | 373.50 |
| 05/28/2024 | KMIK | Email committee counsel regarding call with financial advisors (.1); emails to/from Andrew Schoulder regarding technical default waiver for DIP(.2); review email from Andrew Schoulder regarding Forbes reports and CIM (.1) | B150 | 0.40 | 166.00 |
| 05/28/2024 | GMAT | Updating Fee Application draft. | B160 | 0.20 | 42.00 |
| 05/28/2024 | KMIK | Review and revise notice of 503(b)(9) hearing (.4); call with client, Kander, and co-counsel regarding status update and strategy, corn silage deposits, straw contracts, equipment, and budget (1.1); review email from Lisa Nelson regarding vehicle repairs (.1); communication to/from Bill Millenkamp regarding silage (.2); communication to/from Bill Millenkamp regarding H&M contract (.2) | B110 | 2.00 | 830.00 |
| 05/28/2024 | KMIK | Email counsel for Sandton regarding DIP budget (.2) | B230 | 0.20 | 83.00 |
| 05/28/2024 | TROU | Review docket regarding bar date for objections for apps to employ (.2); Finalize proposed order for Schuil Employment (.3); Finalize proposed order for Harding Employment (.3); Emails with Gale Harding regarding invoice for fee app (.2); Review email from Jonathan at Schuil regarding fee app and invoice (.2); Review Schuil invoice (.2); review and revise schuil fee app (.4) | B160 | 1.80 | 513.00 |
| 05/28/2024 | SMS | Draft initial fee application for Schuil Ag Real Estate Inc. | B160 | 1.00 | 215.00 |
| 05/28/2024 | GMAT | Updating Fee Application draft and preparing invoice exhibits. | B160 | 1.50 | 315.00 |
| 05/28/2024 | TROU | Draft notice of 503(b)(9) hearing (.8); call with client, Kander, and co-counsel regarding status update and strategy (1.1); Emails with Lisa and David regarding items needed for continued 341 meeting and 2015.3 reports (.4) | B110 | 2.30 | 655.50 |
| 05/28/2024 | TROU | Email Kati regarding info needed for Motion for DIP advance (.2); Starting Draft Motion for DIP advance (.3); Email from ABS Global counsel regarding change in address (.1) | B230 | 0.60 | 171.00 |

Millenkamp Cattle, Inc.
6/11/2024
Page: 11

Client: 9020530
Matter: 9020530-188653
Statement: 1569716

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/28/2024 | TROU | Review certificate of service for cooper norman (.2); Finalize and email court proposed order for schuii app to employ (.3); Finalize and email to clerk proposed order for app to employ harding (.3) | B160 | 0.80 | 228.00 |
| 05/29/2024 | KMIK | Call with Bill Millenkamp regarding deposits (.7); review email from Kati Churchill regarding weekly reports (.1); review email from Kati Churchill regarding variance report (.1); review emails from David Heida and Eide Bailey regarding tax reporting for Raft River and Kans (.2) | B110 | 1.10 | 456.50 |
| 05/29/2024 | SMS | Draft fee applications for Davis Livestock and Gale W. Harding and Associates. | B160 | 1.00 | 215.00 |
| 05/29/2024 | SMS | Revise Schuil Ag Real Estate Inc. fee application. | B160 | 0.30 | 64.50 |
| 05/29/2024 | KMIK | Call with Kander and co-counsel regarding Kander employment app (.2); review app to employ Armory as committee financial advisor (.2); call with UST, Kander, and co-counsel regarding Kander employment app (.5) | B160 | 0.90 | 373.50 |
| 05/29/2024 | KMIK | Call with committee counsel, committee FA, Kander, and co-counsel regarding status update and background (1.1); review email from Western States' counsel regarding lease (.1) | B150 | 1.20 | 498.00 |
| 05/29/2024 | KMIK | Review email from Rabo's counsel regarding subpoena to Eide Bailey (.1) | B190 | 0.10 | 41.50 |
| 05/29/2024 | KMIK | Review email from Oren Haker regarding Burks Tractor lease (.1) | B185 | 0.10 | 41.50 |
| 05/29/2024 | GMAT | Working on documents for claims analysis. | B310 | 0.80 | 168.00 |
| 05/29/2024 | TROU | Review and revise fee app for schuil (.9); Review invoice from Todd Davis (.2); Email Todd Davis regarding same (.1); Review fee app for Davis and Harding (.5); file statement of no objection for Schuil (.1); File statement of no objection for Harding (.1); email Jason and Brett at UST office to endorse proposed orders for Harding and schuil apps (.1) | B160 | 2.00 | 570.00 |
| 05/29/2024 | TROU | Emails with David and Lisa regarding UST requests and 2015.3 reports (.5); gather documents needed for response email to UST (1.5); draft and prepare 2015.3 reports (1.8); revise schedules (1.2); emails regarding deposits from Kati and David (.2) | B110 | 5.20 | 1,482.00 |
| 05/30/2024 | KMIK | Review 2015.3 report and amended schedules (.4); appear at continued 341 meeting (.6); call with client, Kander, and co-counsel regarding status update and strategy (.9); review UST statement continuing 341 meeting (.1); email client and co-counsel regarding information needed for motions and evidentiary hearing (.2) | B110 | 2.20 | 913.00 |
| 05/30/2024 | KMIK | Review emails from clerks office regarding hearing scheduling (.2) | B190 | 0.20 | 83.00 |
| 05/30/2024 | KMIK | Emails to/from Ken Nofziger regarding waiver of technical default for DIP budget (.2) | B230 | 0.20 | 83.00 |
| 05/30/2024 | KMIK | Email David Heida regarding vehicle sale (.1) | B130 | 0.10 | 41.50 |
| 05/30/2024 | GMAT | Working on claims analysis. | B310 | 3.30 | 693.00 |

Millenkamp Cattle, Inc.
6/11/2024
Page: 12

Client: 9020530
Matter: 9020530-188653
Statement: 1569716

| Date | | Description | | | |
|------|------|-------------|------|------|------|
| 05/30/2024 | TROU | Appear at continued 341 meeting (.6); call with client, Kander, and co-counsel regarding status update and strategy (.9); review UST statement continuing 341 meeting (.1); review emails from clients and co-counsel regarding information needed for motions and evidentiary hearing (.2); Revise schedules (.4); emails with Lisa regarding schedules (.2) | B110 | 3.30 | 940.50 |
| 05/30/2024 | TROU | Review information for sale of vehicles (.4); Draft Sale Motion for vehicles (2.9) | B130 | 2.90 | 826.50 |
| 05/30/2024 | TROU | Emails with UST regarding proposed orders for apps to employ shuil and harding (.1); Review proposed orders (.2); Email proposed orders to clerk (.1) | B160 | 0.40 | 114.00 |
| 05/31/2024 | KMIK | Review emails from Rhett Miller regarding Raft River Electric Group deposit and payments (.2); emails to/from committee counsel regarding 503(b)(9) objection (.2); emails to/from John O'Brien regarding communications between Conterra and Kander (.2) | B150 | 0.60 | 249.00 |
| 05/31/2024 | KMIK | Review UST's objection to amended 503(b)(9) motion (.2); email David Heida regarding 503(b)(9) claimants (.1) | B190 | 0.30 | 124.50 |
| 05/31/2024 | SMS | Find and compile documents from within iManage and Dentons Direct for use in responding to Committee Requests for Production. | B110 | 2.60 | 559.00 |
| 05/31/2024 | KMIK | Call with client and co-counsel regarding status update, strategy, and 503(b)(9) motion (.4); review email from IRS regarding tax returns (.1); review emails from David Heida and Ken Nofziger regarding FA for East Valley Development (.1) | B110 | 0.60 | 249.00 |
| 05/31/2024 | KMIK | Draft Kander fee app and notice of fee app (.7) | B160 | 0.70 | 290.50 |
| 05/31/2024 | TROU | Finalize and file amendments to schedules (1); Call with client and co-counsel regarding status update, strategy, and 503(b)(9) motion (.4); review email from IRS regarding tax returns (.1); drafting 2015.3 report for Kans and H&M custom and reviewing H&M Financials (1.3)l Follow up with Gary at Kans for financials (.1); review email from committee counsel regarding requests (.3); Conference with Sam regarding gathering documents for committee requests (.3) | B110 | 3.50 | 997.50 |
| 05/31/2024 | TROU | Attention to deliverables from Sandton and start gathering requests (1) | B230 | 1.00 | 285.00 |
| 05/31/2024 | TROU | File statement of no objection for forbes (.1); draft and finalize forbes porposed order (.3); email UST forbes proposed order (.1) | B160 | 0.50 | 142.50 |
| 05/31/2024 | TROU | Review UST's objection to amended 503(b)(9) motion (.2) | B190 | 0.20 | 57.00 |
| 05/31/2024 | GMAT | Working on claims analysis. | B310 | 3.20 | 672.00 |

Sub-total Fees:    $90,458.50

## Rate Summary

| | | |
|------|------|------|
| Samantha M. Stewart | 4.90 hours at $215.00/hr | 1,053.50 |
| Krystal R. Mikkilineni | 12.00 hours at $207.50/hr | 2,490.00 |
| Krystal R. Mikkilineni | 110.30 hours at $415.00/hr | 45,774.50 |
| Tirzah R. Roussell | 12.00 hours at $142.50/hr | 1,710.00 |
| Tirzah R. Roussell | 128.70 hours at $285.00/hr | 36,679.50 |

Millenkamp Cattle, Inc.
6/11/2024
Page: 13

Client: 9020530
Matter: 9020530-188653
Statement: 1569716

| Gabby B. Mathias | 13.10 hours at $210.00/hr | 2,751.00 |
|---|---|---|
| Total hours: | 281.00 | |

## Expenses

| Date | Description | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 03/26/2024 | Wire Fee | A111 | 1.00 | 5.50 | 5.50 |
| 04/02/2024 | Wire Fee | A111 | 1.00 | 5.50 | 5.50 |
| 05/01/2024 | Filing Fee - Amendment of Bankruptcy Schedules D and E/F. | A111 | 1.00 | 34.00 | 34.00 |
| 05/03/2024 | Third Party Delivery Payment | A111 | 1.00 | 843.88 | 843.88 |
| 05/06/2024 | Hotel Travel Expenses | A109 | 1.00 | 1,391.03 | 1,391.03 |
| 05/07/2024 | Travel Expenses | A109 | 1.00 | 70.35 | 70.35 |
| 05/07/2024 | Travel Expenses | A109 | 1.00 | 80.00 | 80.00 |
| 05/14/2024 | Meals | A109 | 1.00 | 647.03 | 647.03 |
| 05/14/2024 | Hotel Travel Expenses | A109 | 1.00 | 2,782.06 | 2,782.06 |
| 05/21/2024 | Third Party Delivery Payment | A111 | 1.00 | 340.34 | 340.34 |
| 05/22/2024 | Meals | A109 | 1.00 | 518.51 | 518.51 |
| 05/22/2024 | Travel Expenses | A109 | 1.00 | 1,604.57 | 1,604.57 |
| 05/29/2024 | Third Party Delivery Payment | A111 | 1.00 | 193.80 | 193.80 |
| 05/30/2024 | Travel Expenses | A109 | 1.00 | 681.96 | 681.96 |

Sub-total Expenses: $9,198.53

**Total Current Billing:** **$99,657.03**

Effective March 29, 2021, Davis Brown Law Firm formally combined with Dentons to become Dentons Davis Brown PC. Visit www.dentons.com/BusinessTerms to find our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the material terms and conditions of any existing engagement agreement. Please contact your lawyer or other professional if you have questions about the Terms of Business or with any respect of your representation.

Current statement due within 30 days of statement date. Please disregard any previously paid amounts. Contact us at 515-246-7812 with any questions.  Please include the statement number on your check.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.