Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5261
Email: sschwager@hawleytroxell.com
          bwilson@hawleytroxell.com

Andrew J. Schoulder (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone:  212.318.3030
Email: andrew.schoulder@nortonrosefulbright.com

Attorneys for Rabo AgriFinance LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

NOTICE OF NO OBJECTION TO ALLOWANCE OF VITERRA'S 503(b)(9) CLAIM - 1

59797.0007.17299774.1

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

**NOTICE OF NO OBJECTION TO ALLOWANCE OF VITERRA'S 503(b)(9) CLAIM**

Rabo AgriFinance LLC, in its capacity as agent and secured lender ("RAF"), by and through its attorneys of record, hereby provides notice it does not oppose allowance of the claim by Viterra USA Grain, LLC and Viterra USA Ingredients, LLC (collectively, "Viterra") as a § 503(b)(9) claim as stated in Viterra's filings at Dkt. Nos. 383 and 389, which has been reviewed by RAF.  Notably, in its filings, Viterra does not oppose payment of its § 503(b)(9) claim upon chapter 11 plan confirmation, if other § 503(b)(9) claimants are paid at that time, but Viterra seeks early payment if other claimants are paid early.  Dkt. No. 389 at 6.

However, RAF does object to payment of the Viterra § 503(b)(9) claims, or any other § 503(b)(9) claims, prior to confirmation of any chapter 11 plan in this case, as RAF has argued at Dkt. No. 373 in its *Limited Objection to Debtors' Amended Motion for Allowance and Payment of Section 503(b)(9) Claims (Dkt. No. 308)* (the "503(b)(9) Objection").  RAF hereby incorporates by reference its arguments as to the timing of these payments as stated in the 503(b)(9) Objection.

Dated: June 12, 2024                    HAWLEY TROXELL ENNIS & HAWLEY LLP

/s/ Brent R. Wilson
_____
Brent R. Wilson, ISB No. 8936
Attorneys for Rabo AgriFinance LLC

NOTICE OF NO OBJECTION TO ALLOWANCE OF VITERRA'S 503(b)(9) CLAIM - 2

59797.0007.17299774.1

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 12th day of June, 2024, I electronically filed the foregoing **NOTICE OF NO OBJECTION TO ALLOWANCE OF VITERRA 503(b)(9) CLAIM** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine Patrice Reynard | janine@averylaw.net |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com |
| Zachary Fairlie | zfairlie@spencerfance.com |
| John O'Brien | jobrien@spencerfane.com |
| Gery W. Edson | gedson@gedson.com |
| Aaron Bell | abell@evanskeane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Karen Lloyd | klloyd@grsm.com |
| James Justin May | jjm@johnsonmaylaw.com |
| Rhett Michael Miller | rmiller@magicvalley.law |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |

NOTICE OF NO OBJECTION TO ALLOWANCE OF VITERRA'S 503(b)(9) CLAIM - 3

59797.0007.17299774.1

| | |
|---|---|
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| John F. Kurtz, Jr. | jfk@kurtzlaw.com |

And any others receiving cm/ecf notices

/s/ Brent R. Wilson
Brent R. Wilson

NOTICE OF NO OBJECTION TO ALLOWANCE OF VITERRA'S 503(b)(9) CLAIM - 4

59797.0007.17299774.1