# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With Case Nos.: |
| ☐ ALL DEBTORS | |
| ☒ Millenkamp Cattle, Inc. | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Idaho Jersey Girls | 24-40160-NGH (East Valley Cattle) |
| ☐ East Valley Cattle | 24-40161-NGH (Millenkamp Properties) |
| ☐ Millenkamp Properties | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Idaho Jersey Girls Jerome Dairy | Chapter 11 Cases |

## CERTIFICATION (AMENDED AND UPDATED) UNDER PENALTY OF PERJURY

I, Tab Berger, hereby certify under penalty of perjury that J.D. Heiskell Holdings, LLC (including any and all of its affiliates), "the Affiant" owns or controls the following (i) claims against or debts and/or equity securities of the above captioned Debtor(s) and /or (ii) other financial arrangements including, but not limited to hedged positions, derivative securities or insurance, that may affect the value of the positions held by the Affiant in claims against and/or interests in the Debtor's securities, in the following designated amounts:

| Description of Claims, Debt and/or Equity Securities/Other Financial Arrangement | Amount |
|---|---|
| The Affiant owns or controls claims for commodities sold to the Debtor(s). None of the Amount is asserted to be an administrative 503(b)(9) claim. | $619,291.96 |

{00028100/}

    I hereby certify that the information provided herein constitutes the only claims against, and/or debt or equity interests in the Debtor that are owned or controlled by the Affiant. I further certify that I have the requisite authority to make this certification and that this certification applies to all debt or any similar instruments or securities held by or relating to the Affiant.

Date: 06/13/2024

By: *(signature)*
Print Name: Tab Berger
Title: Legal Counsel

{00028100/}

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on June 13, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which included a Notice of Electronic Filing to the following person(s):

Brett R Cahoon on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

krystal.mikkilineni@dentons.com, attorneys for Debtor

mtc@johnsonmaylaw.com  attorneys for Debtor

     Dated this 13th day of June, 2024.

                                                                                   /s/ Bruce A. Anderson
                                                                                  Bruce A. Anderson