UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

IN RE:

| | |
|---|---|
| Millenkamp Cattle, Inc. | Case No. 24-40158-NGH |
| Debtor | |
| Filing relates to: | Jointly Administered With Case Nos. |
| ☒ ALL DEBTORS | 24-40159-NGH (Idaho Jersy Girls) |
| ☐ Millenkamp Cattle, Inc. | 24-40160-NGH (East Valley Cattle) |
| ☐ Idaho Jersey Girls | 24-40161-NGH (Millenkamp Properties) |
| ☐ East Valley Cattle | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Properties II | 24-40164-NGH (Goose Ranch) |
| ☐ Millenkamp Family | 24-40166-NGH (Black Pine Cattle) |
| ☐ Goose Ranch | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Black Pine Cattle | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Millenkamp Enterprises | Chapter 11 Cases |
| ☐ Idaho Jersey Girls Jerome Dairy | |

## CONTERRA HOLDINGS, LLC'S WITNESS LIST

Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC ("Conterra") by and through its attorneys, Spencer Fane LLP, hereby files its Witness List for the hearing on June 20, 2024.

The following witnesses may be called to testify, or cross examined, by Conterra at the hearing in relation to the matters set for hearing on June 20, 2024: (i) William (Bill) Millenkamp;

(ii) Paul Erickson; (iii) any witnesses identified, or who are called to testify, by any of the Debtors or other creditors or parties in interest in this matter; and (iv) any witness necessary for rebuttal. Conterra reserves the right to cross examine any other witnesses that are permitted to testify at the hearing.

DATED June 13, 2024.

          Respectfully submitted,

          SPENCER FANE LLP

          /s/ *John O'Brien*
          John O'Brien (*Pro Hac Vice*)
          Spencer Fane LLP
          1700 Lincoln Street, Suite 2000
          Denver, CO  80203-4554
          Telephone: 303-839-3800
          Email:  jobrien@spencerfane.com

          Scott C. Powers #9958
          Spencer Fane LLP
          10 Exchange Place, 11th Floor
          Salt Lake City, UT 84111
          Telephone: 801-322-9164
          Email: spowers@spencerfane.com

          Zachary Fairlie (*Pro Hac Vice*)
          Spencer Fane LLP
          1000 Walnut Street, Suite 1400
          Kansas City, MO  64106-2140
          Telephone:  816-474-8100
          Fax:  816-474-3216
          Email:  zfairlie@spencerfane.com

          Attorneys for Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 13, 2024 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Bruce Anderson | brucea@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| W. Kent Carter | kentcarter@grsm.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| John Brian (JB) Evans | Evans.jb@dorsey.com |
| Brian A. Faria | brian@sawtoothlaw.com |
| David D. Farrell | dfarrell@thompsoncoburn.com |
| Robert A. Faucher | RFaucher@hollandhart.com |
| Scott D. Fink | sfink@weltman.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Zachery J. McCraney | ZJMcCraney@hollandhart.com |
| Krystal Mikkilineni | Krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| Heidi Buck Morrison | heidi@racineolson.com |
| John D. Munding | John@Mundinglaw.com |
| James J. Niemeier | jniemeier@mcgrathnorth.com |
| Gabriel L. Olivera | golivera@omm.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | Robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| Miranda Russell | mrussell@mofo.com |

DE 8795175.1

Document    Page 4 of 4

| | |
|---|---|
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Steven F. Schossberg | sschossberger@trout-law.com |
| Andrew Schoulder | Andrew.Schoulder@nortonrosefulbright.com |
| Louis Spiker | Louis.spiker@millernash.com |
| Richard L. Stacey | stacey@mwsslawyers.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| U.S. Trustee | Ustp.region18.bs.ecf@usdoj.gov |
| Joseph M. Wager | wager@mwsslawyers.com |
| Arnold Wagner | wagner@mwsslawyers.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

/s/ *John O'Brien*
John O'Brien

DE 8795175.1