# BANKRUPTCY COURT
## Exhibit List

**SUBMITTED BY: Conterra Holdings, LLC d/b/a Conterra Ag Capital**

| CASE NAME: | COURT DATE: | CASE NUMBER: 24-40158-NGH |
|---|---|---|
| In Re: MILLENKAMP CATTLE, INC.<br><br>Filing Relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 6/20/2024 | Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch) 24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| **Plaintiff:** Millenkamp Cattle, Inc. et al.<br><br>**Debtor's Counsel:** Matthew Christianson, Krystal Mikkilineni<br><br>**Exhibit Nos.** 1000 | **Co-Defendant/Creditor:** Conterra<br><br>**Counsel:** John O'Brien, Zach Fairlie, Scott Powers<br><br>**Exhibit Nos.** 7000 | |
| **PRESIDING JUDGE:** Noah G. Hillen | | |

| EXHBITS NOS. | Date | ADMITTED | DESCRIPTION |
|---|---|---|---|
| 7001 | 10/20/2022 | Admitted 4/9/24 | $16,500,000 Note dated October 20, 2022 payable to Conterra Agricultural Capital, LLC and endorsed to Ag Funding SC II LLC |
| 7002 | 10/20/2022 | Admitted 4/9/24 | Loan And Security Agreement dated October 20, 2022 |

| 7003 | | 2/19/2024 | Admitted 4/9/24 | Financing Statement filed with the Idaho Secretary of State on February 19, 2024 as Doc. No. 20240226411 |
| --- | --- | --- | --- | --- |
| 7004 | | 2/20/2024 | Admitted 4/9/24 | Financing Statement filed with the Idaho Secretary of State on February 20, 2024 as Doc. No. 20240226555 |
| 7005 | | 10/20/2022 | Admitted 4/9/24 | Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing (Third Priority) dated October 20, 2022 and recorded on October 20, 2022 at Reception No. 2022-004554, Cassia County records and re-recorded on October 20, 2022 at Instrument No. 2224761, Jerome County records and rerecorded on October 20, 2022 at Reception No. 2022018724, Twin Falls County records which was assigned to Ag Funding SC II LLC by virtue of an Assignment of Mortgage dated October 20, 2022 and recorded on October 20, 2022 at Reception No. 2022-004555, Cassia County records and rerecorded on October 20, 2022 at Instrument No. 2224762, Jerome County records and re-recorded on October 20, 2022 at Reception No. 2022018725, Twin Falls County |
| 7006 | | 10/20/2022 | Admitted 4/9/24 | $2,549,750 Note dated October 20, 2022 payable to Conterra Agricultural Capital, LLC and endorsed to Rooster Capital IV LLC |
| 7007 | | 10/20/2022 | Admitted 4/9/24 | Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated October 20, 2022 and recorded on October 20, 2022 at Instrument No. 2224754, Jerome County records which was assigned to Rooster Capital IV LLC by virtue of an Assignment of Mortgage dated October 20, 2022 and recorded on October 20, 2022 at Instrument No. 2224755, Jerome County records |
| 7008 | | 10/28/2022 | Admitted 4/9/24 | Financing Statement filed with the Idaho Secretary of State on October 28, 2022 as Doc. No. 20221833441 |
| 7009 | | 10/20/2022 | Admitted 4/9/24 | Financing Statement filed with the Jerome County Clerk and Recorder on October 20, 2022 at Instrument No. 2224756 |
| 7010 | | 10/20/2022 | Admitted 4/9/24 | Milk Check Assignment Agreement For Glanbia Foods, Inc. dated October 26, 2022 |