Daniel C. Green (ISB No.3213)
Heidi Buck Morrison (ISB No. 9396)
RACINE OLSON, PLLP
201 E. Center Street
P.O. Box 1391
Pocatello, Idaho 83204
Phone: (208) 232-6101
Fax: (208) 232-6109
dan@racineolson.com
heidi@racineolson.com

James J. Niemeier, Pro Hac Vice
MCGRATH NORTH MULLIN & KRATZ, PC, LLO
First National Tower, Ste. 3700
1601 Dodge Street
Omaha, NE 68102
Phone: (402) 341-3070
Fax: (402) 341-0216
jniemeier@mcgrathnorth.com

*Attorney for Creditor Viterra USA Grain, LLC and Viterra USA Ingredients, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.,<br><br>Debtor.<br><br>_____<br><br>Filing relates to:<br><br>☑  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family | Case No. 24-40158-NGH<br>(Chapter 11)<br><br><br><br>Jointly Administered with Case Nos:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises) |

**NOTICE OF INTENT TO PRODUCE EVIDENCE – 1**

☐  Goose Ranch

☐  Black Pine Cattle

☐  Millenkamp Enterprises

☐  Idaho Jersey Girls Jerome Dairy

24-40165-NGH (Idaho Jersey Girls Jerome Dairy)

## NOTICE OF INTENT TO PRODUCE EVIDENCE

Creditors Viterra USA Grain, LLC and Viterra USA Ingredients, LLC, by and through their counsel of record, and pursuant to Local Bankruptcy Rule 9014-1, provide notice of their intent to present evidence through documents and witnesses at the hearing currently scheduled for June 20, 2024.

DATED this 14th day of June, 2024.

RACINE OLSON, PLLP

By: /s/ Daniel C. Green
       DANIEL C. GREEN

**NOTICE OF INTENT TO PRODUCE EVIDENCE – 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of June, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Bruce A. Anderson
baafiling@eaidaho.com

Morton R. Branzburg
mbranzburg@klehr.com

Laura E Burri
lburri@morrowfischer.com
klee@morrowfischer.com

Brett R Cahoon
ustp.region18.bs.ecf@usdoj.gov

William K Carter
kentcarter@grsm.com

Matthew T. Christensen
mtc@johnsonmaylaw.com
mtcecf@gmail.com
acs@johnsonmaylaw.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

D Blair Clark
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

Eric R Clark
eclark101@hotmail.com
eclark@ericrclarkattorney.com

David A Coleman
david@colemanjacobsonlaw.com

Rhett Michael Miller
rmiller@magicvalley.law

John D Munding
john@mundinglaw.com

Jason Ronald Naess
Jason.r.naess@usdoj.gov

James Niemeier
jniemeier@mcgrathnorth.com

John O'Brien
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

Gabriel Luis Olivera
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

Mark Bradford Perry
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

Scott C Powers
spowers@spencerfane.com
mwatson@spencerfane.com

Cheryl Rambo
cheryl.rambo@isp.idaho.gov

Janine Patrice Reynard
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net

**NOTICE OF INTENT TO PRODUCE EVIDENCE – 3**

Connor Bray Edlund
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

Gery W Edson
gedson@gedson.com, tfurey@gedson.com

Jon B Evans
evans.jb@dorsey.com
sattler.carla@dorsey.com

Zachary Fairlie
zfairlie@spencerfane.com

Brian Faria
brian@sawtoothlaw.com

Robert A Faucher
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

Kimbell D Gourley
kgourley@idalaw.com
shudson@idalaw.com

Matthew W Grimshaw
matt@grimshawlawgroup.com

Julian Gurule
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

Matthew Kremer
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

John F Kurtz
jfk@kurtzlawllc.com
tnd@kurtzlawllc.com

Adam Aiken Lewis
alewis@mofo.com

Karyn Lloyd
klloyd@grsm.com

lawar78055@notify.bestcase.com

Robert E Richards
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

Holly Roark
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

Evan Thomas Roth
evan@sawtoothlaw.com

Tirzah R. Roussell
tirzah.roussell@dentons.com

Miranda K. Russell
mrussell@mofo.com

Andrew J. Schoulder
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-
9955@ecf.pacerpro.com

Sheila Rae Schwager
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

Louis V. Spiker
louis.spiker@millernash.com
louis.spiker@millernash.com

Matthew A Sturzen
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

Meredith Leigh Thielbahr
mthielbahr@grsm.com
ckaiser@grsm.com

Kim J Trout
ktrout@trout-law.com

**NOTICE OF INTENT TO PRODUCE EVIDENCE – 4**

Jed W. Manwaring
jmanwaring@evanskeane.com
duskin@evanskeane.com
abell@evanskeane.com

James Justin May
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
acs@johnsonmaylaw.com
lnh@johnsonmaylaw.com

Krystal R. Mikkilineni
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Joseph Mark Wager
wager@mwsslawyers.com
white@mwsslawyers.com
seannegan@sneganlaw.com

Brent Russel Wilson
bwilson@hawleytroxell.com
amay@hawleytroxell.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, First-Class, postage prepaid and addressed as follows:

Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID 83338

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Ron C Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Morton R Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market St
Suite 1400
Philadelphia, PA 19103

Bunge Canada C/O David D. Farrell
David D. Farrell. Esq.
One Bank Plaza
Suite 2700
St. Louis, MO 63101

Zachery J McCraney
Holland & Hart
Po Box 2527
800 W Main Street
Suite 1750
Boise, ID 83701

Krystal R Mikkilineni
Dentons Davis Brown
215 10th St
Ste 1300
Des Moines, IA 50309

James J Niemeier
McGrath North Mullin & Kratz, PC LLO
1601 Dodge Street
Ste 3700
Omaha, NE 68102

John O'Brien
Spencer Fane LLP
1700 Lincoln Steet
Suite 2000
Denver, CO 80203

**NOTICE OF INTENT TO PRODUCE EVIDENCE – 5**

W. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606

Davis Livestock, Inc.
780 E Cannibal Rd
Lewiston, UT 84320

Zachary Fairlie
Spencer Fane LLP
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

Gale W. Harding and Associates
329 W 7th S
Rexburg, ID 83440

Scott F Gautier
1800 Century Park East
Ste 1500
Los Angeles, CA 90067

Julian Gurule
400 South Hope Street
Los Angeles, CA 90071

Oren Buchanan Haker
Black Helterline LLP,
805 SW Broadway
Suite 1900
Portland, OR 97205

Matthew Kremer
7 Times Square
New York, NY 10036

Adam A Lewis
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Karyn Lloyd
Gordon Rees Scully Mansukhani, LLP
999 W Main Street
100
Boise, ID 83702

Gabriel L Olivera
7 Times Square
New York, NY 10036

Domenic E Pacitti
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801

Robert E. Richards
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6361

Tirzah R. Roussell
215 10th Street
Suite 1300
Des Moines, IA 50309

Miranda Russell
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Nikolaus F Schandlbauer
20 F Street NW
Suite 500
Washington DC, 20001

Andrew Schoulder
1301 Avenue of The Americas
New York, NY 10019-6022

Schuil Ag Real Estate Inc
5020 W Mineral King Ave
Visalia, CA 93291

Michael R Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

The Forbes Securities Group LLC, DBA
Forbes Partners as Investment Banker
6400 S Fiddlers Green Circle
Suite 850
Greenwood Village, CO 80111

**NOTICE OF INTENT TO PRODUCE EVIDENCE – 6**

/s/ Daniel C. Green
DANIEL C. GREEN