# BANKRUPTCY COURT
## Exhibit List

**SUBMITTED BY: VITERRA USA GRAIN, LLC and VITERRA USA INGREDIENTS, LLC**

| CASE NAME: | COURT DATE: | CASE NUMBER: |
|---|---|---|
| In re:<br>MILLENKAMP CATTLE, INC.<br><br>Filing Relates to:<br><br>☑ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 05/08/2024 | 24-40158-NGH<br><br>Jointly Administered with Case Nos:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| **Debtor**: Millenkamp Cattle, Inc., et al.<br><br>**Debtor's Counsel**: Matthew Christianson, Krystal Mikkilineni<br><br>**Exhibit Nos.** 1000 | | **Creditor**: Viterra USA Grain LLC and Viterra USA Ingredients, LLC<br><br>**Counsel**: Daniel C. Green, James J. Niemeier<br><br>**Exhibit Nos**: 9000 |

PRESIDING JUDGE: Noah G. Hillen

| EXHIBITS | | | DESCRIPTION |
|---|---|---|---|
| NOS. | Date | ADMITTED | |
| 9000 | | | Summary of shipments of feed and other commodities from Viterra USA Grain, LLC to the Debtor within the 20-days prior to the petition date. |
| 9001 | | | Summary of shipments of feed and other commodities from Viterra USA Ingredients, LLC to the Debtor within the 20-days prior to the petition date. |

| 9002 | | | Invoices for shipments of feed and other commodities from Viterra USA Grain, LLC to the Debtor within the 20-days prior to the petition date. |
| --- | --- | --- | --- |
| 9003 | | | Invoices for shipments of feed and other commodities from Viterra USA Ingredients, LLC to the Debtor within the 20-days prior to the petition date. |