Kimbell D. Gourley, ISB No. 3578
JONES, WILLIAMS, FUHRMAN & GOURLEY, P.A.
225 N. 9th Street, Suite 820
Boise, ID  83701
Telephone (208)331-1170
kgourley@idalaw.com

Nikolaus F. Schandlbauer, DC Bar No. 434314
ADAMS AND REESE LLP
20 F Street NW, Suite 500
Washington, DC 20001
Telephone: (202) 478-1221
Nick.schandlbauer@arlaw.com

Ron C. Bingham, II, Ga Bar No. 057240
ADAMS AND REESE LLP
3424 Peachtree Road NE, Suite 1600
Atlanta, GA 30326
Telephone: (470) 427-3701
Ron.Bingham@arlaw.com

Attorneys for Metropolitan Life Insurance Company
and MetLife Real Estate Lending LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re:<br><br>MILLENKAMP CATTLE INC.<br><br>Debtor. | Case No. 24-40158-NGH |
|---|---|
| Filing Relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**METROPOLITAN LIFE INSURANCE COMPANY AND METLIFE REAL ESTATE LENDING LLC'S WITNESS LIST - 1**

| | |
|---|---|
| ☐ Millenkamp Family | Chapter 11 Cases |
| ☐ Goose Ranch | |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**METROPOLITAN LIFE INSURANCE COMPANY AND METLIFE REAL ESTATE LENDING LLC'S WITNESS LIST**

Metropolitan Life Insurance Company and MetLife Real Estate Lending LLC, (collectively, "MetLife"), by and through their attorneys of record, hereby file their Witness List for the hearing to be held beginning June 20, 2024, at 9:00 a.m. (MT).

1. Jeremy Rasmussen; and

2. MetLife reserves the right to cross examine any witnesses presented by any other party in interest at the hearing, referenced above.

MetLife further reserves the right to amend, supplement, or correct this Witness List.

Dated this 14th day of June, 2024.

JONES ¨ WILLIAMS ¨ FUHRMAN ¨ GOURLEY, P.A.

 */s/ Kimbell D. Gourley*
Kimbell D. Gourley
Attorneys for Metropolitan Life Insurance Company
and MetLife Real Estate Lending LLC

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of June, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System which sent a Notice of Electronic Filing to the following persons:

- **Matthew T. Christensen**  mtc@johnsonmaylaw.com
- **James Justin May**  jjm@johnsonmaylaw.com
- **Krystal R. Mikkilineni**  krystal.mikkilineni@dentons.com
- **Robert E. Richards**  Robert.richards@dentons.com
- **Tirzah R. Roussell**  tirzah.roussell@dentons.com
- **US Trustee/Brett R. Cahoon**  ustp.region18.bs.ecf@usdoj.gov
- **Jason Ronald Naess**  Jason.r.naess@usdoj.gov
- **Sheila Rae Schwager**  sschwager@hawleytroxell.com
- **Brent Russel Wilson**  bwilson@hawleytroxell.com
- **Heidi Buck Morrison**  heidi@racineolson.com
- **Daniel C. Green**  dan@racineolson.com
- **Matthew W. Grimshaw**  matt@grimshawlawgroup.com
- **Laura E. Burri**  lburri@morrowfischer.com
- **David A. Coleman**  david@colemanjacobsonlaw.com
- **Karyn Lloyd**  klloyd@grsm.com
- **Meredith Leigh Thielbahr**  mthielbahr@grsm.com
- **Zachary Fairlie**  zfairlie@spencerfane.com
- **John O'Brien**  jobrien@spencerfane.com
- **Scott C. Powers**  spowers@spencerfane.com
- **Janine Patrice Reynard**  janine@averylaw.net
- **Holly Roark**  holly@roarklawboise.com
- **Robert A Faucher**  rfaucher@hollandhart.com
- **Zachery J McCraney**  ZJMcCraney@hollandhart.com
- **Cheryl Rambo**  cherly.rambo@isp.idhao.gov
- **Gery W. Edson**  gedson@gendson.com
- **Aaron Robert Bell**  abell@evanskeane.com
- **Jed W. Manwaring**  jmanwaring@evanskeane..com
- **Morton R. Branzburg**  mbranzburg@klehr.com
- **Rhett Michael Miller**  rmiller@magicvalley.law
- **John D. Munding**  john@mundinglaw.com
- **John F. Kurtz, Jr.**  jfk@kurtzlawllc.com
- **Brian Faria**  brian@sawtoothlaw.com
- **Evan Thomas Roth**  evan@sawtoothlaw.com
- **Heidi Buck Morrison**  heidi@racineolson.com
- **Daniel C. Green**  dan@racineolson.com
- **James Niemeier**  jniemeier@mcgrathnorth.com
- **Jon B. Evans**  evans.jb@dorsey.com
- **Matthew A. Sturzen**  matt@shermlaw.com
- **William K. Carter**  kentcarter@grsm.com
- **Adam Aiken Lewis**  alewis@mofo.com
- **Miranda K. Russell**  mrussell@mofo.com
- **Connor Bray Edlund**  edlund@mwsslawyers.com
- **Andrew J. Schoulder**  Andrew.schoulder@nortonrosefulbright.com
- **Bruce A. Anderson**  baafiling@eaidaho.com
- **D. Blair Clark**  dbc@dbclarklaw.com
- **Mark Bradford Perry**  mbp@perrylawpc.com

**METROPOLITAN LIFE INSURANCE COMPANY AND METLIFE REAL ESTATE LENDING LLC'S WITNESS LIST - 3**

- **Julian Gurule**     jgurule@omm.com
- **Matthew Kremer**     mkremer@omm.com
- **Gabriel Luis Olivera**     golivera@omm.com
- **Andrew J. Schoulder**     Andrew.schoulder@nortonrosefulbright.com
- **Joseph Mark Wager, Jr.**     wager@mwsslawyers.com
- **Kim J. Trout**     ktrout@trout-law.com
- **Louis V. Spiker**     louis.spiker@millernash.com

Additionally, I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

| | | |
|---|---|---|
| Bunge Canada<br>c/o David D. Farrel<br>One Bank Plaza<br>Suite 2700<br>St. Louis, MO 63101 | CNH Industrial Capital America LLC<br>c/o W. Kent Carter<br>One North Franklin, Suite 800<br>Chicago, IL 60606 | East Valley Development, LLC<br>c/o Adam A. Lewis<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105 |
| Rabo AgriFinance LLC<br>c/o Andrew Schoulder<br>1301 Ave. of The Americas<br>New York, NY 10019 | MWI Veterinarian Supply, Inc.<br>c/o Morton R. Branzburg<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market St., Suite 1400<br>Philadelphia, PA 19103 | East Valley Development, LLC<br>c/o Miranda Russell<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019 |
| Sandton Capital Partners LP<br>c/o Richard Bernard<br>1177 Ave. of the Americas<br>41st Floor<br>New York, NY 10036 | MWI Veterinarian Supply, Inc.<br>c/o Domenic E. Pacitti<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 | Sandton Capital Partners LP<br>c/o Michael R. Stewart<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |
| Sandton Capital Partners LP<br>c/o Scott F. Gautier<br>1800 Century Park East,<br>Suite 1500<br>Los Angeles, CA 90067 | Black Helterline LLP<br>c/o Oren Buchanan Haker<br>805 SW Broadway, Ste. 1900<br>Portland, OR 97205 | |

                                                     */s/ Kimbell D. Gourley*
                                                     Kimbell D. Gourley

**METROPOLITAN LIFE INSURANCE COMPANY AND METLIFE REAL ESTATE LENDING LLC'S WITNESS LIST - 4**