Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re<br><br>MILLENKAMP CATTLE, INC., *et. al.*,<br><br>                Debtors.[1] | Case No. 24-40158-NGH<br><br>Chapter 11 |

---

[1] The Debtors in the Chapter 11 Cases along with the last four digits of their respective tax identification number or registration number in the applicable jurisdiction are: Millenkamp Cattle, Inc. (26-0603892); Idaho Jersey Girls LLC (46-3084467); East Valley Cattle, LLC (20-3238613); Millenkamp Properties, L.L.C. (26-0604003); Millenkamp Properties II LLC (84-3797719); Millenkamp Family LLC (46-1868279); Goose Ranch, LLC; Idaho Jersey Girls Jerome Dairy LLC (81-4713431); Black Pine Cattle LLC; and Millenkamp Enterprises LLC. The location of the Debtors' service address for purposes of the Chapter 11 Cases is 471 N 300 W., Jerome, ID 83338.

#4012835

**SUPPLEMENT TO DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS**

Millenkamp Cattle, Inc. ("Millenkamp Cattle") and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, hereby respectfully submit this *Supplement to Debtors' Amended Motion for Allowance and Payment of Section 503(b)(9) Claims* (the "Amended Motion") and in support of this Supplement, the Debtors represent as follows:

1. On April 2, 2024, the Debtors filed a Motion for Allowance and Payment of Section 503(b)(9) Claims (the "503(b)(9) Motion") (Docket No. 15).

2. On April 24, 2024, the United States Trustee (the "UST") filed a partial objection to the 503(b)(9) Motion (the "Objection") (Docket No. 230).

3. On May 20, 2024, the Debtors filed the Amended Motion in further support of the original 503(b)(9) Motion and to amend the list of 503(b)(9) claimants (the "503(b)(9) Claimants") (Docket No. 308). Attached as Exhibit A to the Amended Motion was a list of the 503(b)(9) Claimants.

4. On May 30, 2024, the UST filed an Objection to the Amended Motion (Docket No. 356).

5. On June 6, 2024, Rabo AgriFinance LLC filed an Objection to the Amended Motion arguing that some of the 503(b)(9) Claims included amounts for finance charges and costs for labor (Docket No. 273).

6. Since the filing of the Amended Motion, the Debtors have engaged in discussions with the 503(b)(9) Claimants and have done a further analysis of the claims. After further review, the Debtors have amended the list of 503(b)(9) Claimants to remove any and all finance charges and labor costs from the list. This also resulted in some creditors being removed as 503(b)(9)

SUPPLEMENT TO DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS - 2

Claimants. The additional review and discussions with Claimants also resulted in some claims increasing or decreasing based on further review of the invoices.

7. As such, the Debtors file this Supplement to amend and revise the list of 503(b)(9) Claimants.

8. Attached hereto as Exhibit A is the updated list of the 503(b)(9) Claimants and the 503(b)(9) amounts owed to them. Attached as Exhibit B is a courtesy redline copy of the original 503(b)(9) Claimant list that was included in the Amended Motion.

DATED this 14th day of June 2024

                                                Respectfully submitted,

                                                DENTONS

                                                */s/ Krystal R. Mikkilineni*
                                                Krystal R. Mikkilineni

                                                JOHNSON MAY

                                                */s/ Matt Christensen*
                                                Matthew T. Christensen

                                                Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of June 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |

Any others as listed on the Court's ECF Notice.

        /s/ Krystal Mikkilineni
        KRYSTAL MIKKILINENI

SUPPLEMENT TO DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS - 4

**EXHIBIT A**

| Feed | 503(b)(9) Payments |
|---|---|
| Aden Brook Trading Corp | $746,600.02 |
| Amalgamated Sugar | $230,824.66 |
| American Calf Products | 194,333 |
| Carne I Corp. | $131,312.90 |
| Land View, Inc-Livestock- Animal Care | $1,057,117.09 |
| MicroProteins, Inc. | $18,954.66 |
| Viterra USA Grain, LLC | $1,954,760 |
| WAG Services Inc | 685 |
| **Vet/Med** | |
| MWI Veterinary | $484,255.92 |
| **Repairs & Maintenance** | |
| Automation Werx, LLC | $1,287.03 |
| Coastline | $4,386.53 |
| Elevation Electric | $5,360.08 |
| Les Schwab Tire Center | $26,643.97 |
| Progressive Dairy Service and Supplies | $4,858.75 |
| Schow's Auto Parts | $1,274.55 |
| Tacoma Screw Products, Inc. | $3,238.17 |
| The Dairy Solutions Group | $41,264.50 |

| | |
|---|---|
| **Fuel** | |
| Conrad & Bischoff, Inc. | $35,299.91 |
| United Oil | 593 |
| | |
| **Chemicals** | |
| Rocky Mountain Agronomics | $44,527.47 |
| Clear Lakes Products | $592.00 |
| | |
| **Semen** | |
| ABS Global, Inc. | 187,563 |
| | |
| **Other** | |
| Butte Irrigation Inc | $220.30 |
| | |
| **Total** | $5,175,952.51 |

**EXHIBIT B**

| Feed | 503(b)(9) Payments |
|---|---|
| Aden Brook Trading Corp | ~~802,625~~ $746,600.02 |
| Amalgamated Sugar | ~~1,309~~ $230,824.66 |
| American Calf Products | 194,333 |
| Carne I Corp. | ~~144,069~~ $131,312.90 |
| ~~J.D. Heiskell & Co.~~ | ~~113,922~~ |
| Land View, Inc-Livestock- Animal Care | ~~1,095,639~~ $1,057,117.09 |
| MicroProteins, Inc. | ~~7,074~~ $18,954.66 |
| ~~Receptor Food Group~~ | ~~114,172~~ |
| Viterra USA Grain, LLC | ~~1,943,287~~ $1,954,760 |
| WAG Services Inc | 685 |
| **Vet/Med** | |
| MWI Veterinary | ~~509,787~~ $484,255.92 |
| **Repairs & Maintenance** | |
| Automation Werx, LLC | ~~23,323~~ $1,287.03 |
| Coastline | ~~8,421~~ $4,386.53 |
| Elevation Electric | ~~141,370~~ $5,360.08 |
| ~~G.J. Verti-line Pumps, Inc.~~ | ~~1,345~~ |
| Les Schwab Tire Center | ~~1,494~~ $26,643.97 |

| | |
|---|---|
| Progressive Dairy Service and Supplies | ~~59,255~~ $4,858.75 |
| Schow's Auto Parts | ~~1,307~~ $1,274.55 |
| Tacoma Screw Products, Inc. | ~~815~~ $3,238.17 |
| The Dairy Solutions Group | ~~75,742~~ $41,264.50 |
| **Fuel** | |
| Conrad & Bischoff, Inc. | ~~153,799~~ $35,299.91 |
| United Oil | 593 |
| **Chemicals** | |
| Rocky Mountain Agronomics | ~~55,236~~ $44,527.47 |
| Clear Lakes Products | ~~133,158~~ $592.00 |
| **Semen** | |
| ABS Global, Inc. | 187,563 |
| **Other** | |
| Butte Irrigation Inc | ~~45,242~~ $220.30 |
| **Total** | ~~5,815,545~~ $5,175,952.51 |