David T. Krueck, Bar No. 6246
DKrueck@perkinscoie.com
PERKINS COIE LLP
1111 West Jefferson Street, Suite 500
Boise, Idaho 83702-5391
Telephone:  +1.208.343.3434
Facsimile:   +1.208.343.3232

*Attorneys for Creditor*
*Amalgamated Sugar Company*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In re: | Case No. 24-40158-ngh |
|---|---|
| MILLENKAMP CATTLE, INC., | (Chapter 11) |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

NOTICE IS HEREBY GIVEN that David T. Krueck of the firm Perkins Coie LLP hereby enters his appearance as counsel of record on behalf of creditor Amalgamated Sugar Company, and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to and served upon:

>David T. Krueck
>Perkins Coie LLP
>1111 W. Jefferson Street, Suite 500
>Boise, ID 83702
>Email:  dkrueck@perkinscoie.com

The foregoing requests all notices, copies, and pleadings referred to in Bankruptcy Rule 2002, including with limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requrests, applications, and any other documents brought before the Court in this

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 1
167697511.1

case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

DATED:  June 17, 2024.

**PERKINS COIE LLP**

By: /s/ *David T. Krueck*
David T. Krueck, Bar No. 6246
DKrueck@perkinscoie.com
1111 West Jefferson Street, Suite 500
Boise, Idaho 83702-5391
Telephone:  +1.208.343.3434