## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 17th day of June, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
320 East Neider Avenue
Suite 102
Coeur d'Alene, ID 83815
(208) 667-2900
(208) 667-2150 (fax)
baafiling@eaidaho.com

*Counsel for Creditor Committee*

**Ron C Bingham, II**
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326
470-427-3701

*Counsel for Creditors*
*MetLife Real Estate Lending LLC and Metropolitan Life Insurance Company*

**Heidi Buck Morrison**
**Daniel C. Green**
Racine Olson, PLLP
201 East Center Street
Pocatello, ID 83201
208-232-6101
208-232-6109 (fax)
heidi@racineolson.com
dan@racineolson.com

*Counsel for Creditors*
*Viterra USA Grain, LLC and Viterra USA Ingredients, LLC*

**Richard Bernard**
1177 Avenue of the Americas
41st Floor
New York, NY 10036
212-248-3263

*Counsel for Interested Party*
*Sandton Capital Partners LP*

**Morton R Branzburg**
Klehr Harrison Harvey Branzburg LLP
1835 Market St
Suite 1400
Philadelphia, PA 19103
215-569-3007

*Counsel for MWI Veterinarian Supply, Inc.*

**Laura E Burri**
Morrow & Fischer, PLLC
4 Ogden Avenue
Nampa, ID 83651
208-475-2200
208-475-2201 (fax)
lburri@morrowfischer.com

*Counsel for Creditor*
*Automation Werx, LLC*

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 3
167697511.1

**Brett R Cahoon**
**Jason Ronald Naess**
U.S. Department of Justice
550 West Fort St., Ste 698
Boise, ID 83724
208-334-1300
ustp.region18.bs.ecf@usdoj.gov
Jason.r.naess@usdoj.gov

*Counsel for U.S. Trustee*

**William K Carter**
Gordon Rees Scully Mansukhani, LLP
1 N. Franklin
Suite 800
Chicago, IL 60606
312-619-4900
kentcarter@grsm.com

*Counsel for Creditor*
*CNH Industrial Capital America LLC*

**Matthew T. Christensen**
**James Justin May**
Johnson May, PLLC
199 N. Capitol Blvd
Suite 200
Boise, ID 83702
208-384-8588
208-629-2157 (fax)
mtc@johnsonmaylaw.com
jjm@johnsonmaylaw.com

*Counsel for Debtor Millenkamp Cattle, Inc.*

**D Blair Clark**
967 E. Parkcenter Boulevard #282
Boise, ID 83706
(208) 475-2050
(208) 475-2055 (fax)
dbc@dbclarklaw.com

*Counsel for Credtor Blue Cross of Idaho*
*Health Service, Inc.*

**David A Coleman**
PO Box 525
Twin Falls, ID 83303-0525
(208) 734-1224
(208) 734-3983 (fax)
david@colemanjacobsonlaw.com

*Counsel for Creditors B & H Farming and*
*Youree Land & Livestock, Inc.*

**Connor Bray Edlund**
McConnell, Wagner, Sykes, & Stacey PLLC
827 E. Park Blvd.
Ste 201
Boise, ID 83712
208-738-9470
edlund@mwsslawyers.com

*Counsel for Creditor McAlvain Concrete, Inc.*

**Gery W Edson**
POB 448
Boise, ID 83701
(208) 345-8700
gedson@gedson.com

*Counsel for Creditor Land View, Inc.*

**Jon B Evans**
Dorsey & Whitney LLP
101 S Capitol Blvd Ste 1701
Boise, ID 83702-7705
208-617-2528
evans.jb@dorsey.com

*Counsel for Western States Equipment Co.*

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 4
167697511.1

| | |
|---|---|
| **Zachary Fairlie**<br>Spencer Fane<br>1000 Walnut, Ste 1400<br>Kansas City, MO 64106<br>816-292-8223<br>zfairlie@spencerfane.com<br><br>*Counsel for Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of atty* | **Brian Faria**<br>**Evan Thomas Roth**<br>Sawtooth Law Offices, PLLC<br>1101 W. River Street, Suite 110<br>Boise, ID 83702<br>208-629-7447<br>brian@sawtoothlaw.com<br>evan@sawtoothlaw.com<br><br>*Counsel for Creditor Viserion Grain, LLC* |
| **Robert A Faucher**<br>P.O. Box 2527<br>Boise, ID 83701<br>(208) 342-5000<br>rfaucher@hollandhart.com<br><br>*Counsel for Interested Party Glanbia Foods Inc.* | **Scott F Gautier**<br>1800 Century Park East, Ste 1500<br>Los Angeles, CA 90067<br>310-500-2165<br><br>*Counsel for Interested Party Sandton Capital Partners LP* |
| **Kimbell D Gourley**<br>P.O. Box 1097<br>Boise, ID 83701<br>(208) 331-1170<br>kgourley@idalaw.com<br><br>*Counsel for Creditors MetLife Real Estate Lending LLC and Metropolitan Life Insurance Company* | **Matthew W Grimshaw**<br>Grimshaw Law Group, P.C.<br>800 W. Main Street, Ste. 1460<br>Boise, ID 83702<br>(208) 391-7860<br>matt@grimshawlawgroup.com<br><br>*Counsel for Creditor Ad Hoc Committee of Corn Silage Growers* |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 5
167697511.1

**Julian Gurule**
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
213-430-6000
jgrules@omm.com

*Counsel for Official
Committee of Unsecured Creditors*

**Matthew Kremer
Gabriel L. Olivera**
O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022
212-326-2000
mkremer@omm.com
golivera@omm.com

*Counsel for Official
Committee of Unsecured Creditor*

**John F Kurtz, Jr**
Kurtz Law PLLC
910 W. Main
Suite 364
Boise, ID 83702
208-287-8167
jfk@kurtzlawllc.com

*Counsel for Creditor
Sandton Capital Partners LP*

**Adam A Lewis**
Morrison & Foerster LLP
425 Market Street
Ste 32nd Floor
San Francisco, CA 94105
415-268-7000
415-268-7522 (fax)
alewis@mofo.com

*Counsel for Creditor
East Valley Development, LLC*

**Karyn Lloyd**
Gordon Rees Scully Mansukhani, LLP
999 W. Main Street, #100
Boise, ID 83716
208-489-9095
208-957-5704 (fax)
klloyd@grsm.com

*Counsel for Creditor
CNH Industrial Capital America LLC*

**Jed W. Manwaring**
Evans Keane LLP
1161 W. River St., Suite 100
PO Box 959
Boise, ID 83701-0959
208-384-1800
jmanwaring@evanskeane.com

*Counsel for Creditor
MWI Veterinarian Supply, Inc.*

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 6
167697511.1

**Zachery J McCraney**
Holland & Hart
Po Box 2527
800 W Main Street
Suite 1750
Boise, ID 83701
ZJMcCraney@hollandhart.com

*Counsel for Interest Party Glanbia Foods Inc.*

**Rhett Michael Miller**
Parsons, Loveland, Shirley & Lindstrom, LLP
P.O. Box 910
Burley, ID 83318
208-878-8382
208-878-0146 (fax)
rmiller@magicvalley.law

*Counsel for Creditors Raft River Rural Electric Cooparative, Inc., Moss Farms Operations, LLC, Moss Grain Partnership, and United Electric Co-op, Inc.*

**James Niemeier**
McGrath North
1601 Dodge Street
Suite 3700
Omaha, NE 68102
402-341-3070
jniemeier@mcgrathnorth.com

*Counsel for Creditors
Viterra USA Grain, LLC and
Viterra USA Ingredients, LLC*

**Krystal R. Mikkilineni**
**Tirzah R. Roussell**
Dentons Davis Brown PC
215 10th Street, Suite 1300
Des Moines, IA 50309
515-246-7943
krystal.mikkilineni@dentons.com
Tirzah.roussell@dentons.com

*Counsel for Debtor Millenkamp Cattle, Inc.*

**John D Munding**
Munding, P.S.
309 E Farwell Rd
Ste 310
Spokane, WA 99218-1152
509-590-3849
john@mundinglaw.com

*Counsel for Creditor PerforMix Nutrition Systems, LLC*

**John O'Brien**
Spencer Fane
1700 Lincoln Street, Ste 2000
Denver, CO 80203
303-839-3800
jobrien@spencerfane.com

*Counsel for Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of atty*

**Domenic E Pacitti**
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801
302-426-5511

*Counsel for Creditor*
*MWI Veterinary Supply, Inc.*

**Mark Bradford Perry**
Perry Law, P.C.
POB 637
Boise, ID 83701
(208) 338-1001
mbp@perrylawpc.com

*Counsel for Creditor*
*Burks Tractor Company, Inc.*

**Scott C Powers**
Spencer Fane LLP
10 Exchange Place 11th Flr
Salt Lake City, UT 84111
801-521-9000
801-363-0400 (fax)
spowers@spencerfane.com

*Counsel for Creditor Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of atty*

**Cheryl Rambo**
Idaho State Police
700 S. Stratford Dr.
Meridian, ID 83642
208-884-7050
208-884-7228 (fax)
cheryl.rambo@isp.idaho.gov

*Counsel for Creditor*
*Idaho State Brand Department*

**Janine Patrice Reynard**
Avery Law
3090 E. Gentry Way, Suite 250
Meridian, ID 83642
208-639-9400
208-994-6905 (fax)
janine@averylaw.net

*Counsel for Creditor East Valley Development, LLC*

**Robert E Richards**
Dentons US LLP
233 South Wacker Drive, Ste 7800
Chicago, IL 60606
312-876-7396
robert.richards@dentons.com

*Counsel for Debtor Millenkamp Cattle, Inc.*

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 8
167697511.1

**Holly Roark**
Roark Law Offices
950 Bannock St. Ste. 1100
Boise, ID 83702
(208) 536-3638
(208) 536-3638 (fax)
holly@roarklawboise.com

*Counsel for Creditors Elevation Electric, LLC and Progressive Dairy Service & Supply Corp.*

**Miranda K. Russell**
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212-468-8000
212-468-7900 (fax)
mrussell@mofo.com

*Counsel for Creditor East Valley Development, LLC*

**Nikolaus F Schandlbauer**
20 F Street NW
Suite 500
Washington DC 20001
202-478-1221

*Counsel for Creditors MetLife Real Estate Lending LLC and Metropolitan Life Insurance Company*

**Andrew J. Schoulder**
Norton Rose Fulbright US LLP
1301 Avenue of The Americas
New York, NY 10019
212-318-3000
andrew.schoulder@nortonrosefulbright.com

*Counsel for Creditor Rabo AgriFinance LLC*

**Sheila Rae Schwager**
**Brent Russel Wilson**
Hawley Troxell Ennis & Hawley, LLP
877 Main Street, Suite 200
P.O. Box 1617
Boise, ID 83702
208-388-4928
208-954-5261 (fax)
sschwager@hawleytroxell.com
bwilson@hawleytroxell.com

*Counsel for Creditor Rabo AgriFinances LLC*

**Louis V. Spiker**
Miller Nash LLP
950 W Bannock St, Ste 1100
Boise, ID 83702
208-609-3798
louis.spiker@millernash.com

*Counsel for Creditor Standlee Ag Resources*

**Michael R Stewart**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
612-766-7928

*Counsel for Creditor Sandton Capital Partners LP*

**Matthew A Sturzen**
Sherman Sherman Johnnie & Hoyt, LLP
693 Chemeketa Street NE
Salem, OR 97301
503-364-2281
matt@shermlaw.com

*Counsel for Creditor Wilbur-Ellis Company LLC*

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 9
167697511.1

| | |
|---|---|
| **Meredith Leigh Thielbahr** | **Kim J Trout** |
| Gordon & Rees - Seattle | Trout Law, PLLC |
| 701 Fifth Avenue | 3778 Plantation River Dr., Ste. 101 |
| Ste 2100 | Boise, ID 83703 |
| Seattle, WA 98104 | 208-577-5755 |
| 206-695-5100 | 208-577-5756 (fax) |
| 206-689-2822 (fax) | ktrout@trout-law.com |
| mthielbahr@grsm.com | |
| | *Counsel for Creditor Rocky Mountain Agronomics, Inc.* |
| *Counsel for Creditor CNH Industrial Capital America LLC* | |

                                              */s/ David T. Krueck*
                                              David T. Krueck