Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>     Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#3992640

☐ Millenkamp Family

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

Chapter 11 Cases

**DECLARATION OF** _Aden Brook Trading Corp_ **IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS**

_Miriam Soule_ , states as follows:

1.      I am the _COO_ of _Aden Brook Trading Corp._ and make the following statements based on my own personal knowledge.

2.      _Aden Brook Trading Corp_ supplies _Hay and Straw_ to the Debtors for use in their ongoing operations.

3.      _Aden Brook Trading Corp_ provided goods to the Debtors within the 20 days preceding the filing of the Debtors' bankruptcy cases.

4.      The amount owing to _Aden Brook Trading_ for the goods supplied within the 20 days preceding the bankruptcy cases is $_724600.02_(the "503(b)(9) Claim").

5.      _Aden Brook Trading_ is in immediate need for the 503(b)(9) Claim to be paid in full.  Without such payment, _Aden Brook Trading_'s operations will be materially harmed and _Aden Brook_'s ability to continue to supply goods to the Debtors moving forward will be at risk. _Trading Corp_ Among other things, if _Aden Brook Trading_ does not receive immediate payment of its 503(b)(9) Claim, it  would have the following negative implications on _ABT_'s

business:[*vendor – list any relevant hardships here*].  Thus, failure to receive immediate

*Inability to pay our vendors and continue delivering*

payment of the 503(b)(9) Claim would cause Aden Brook Trad substantial hardship.

6.      I declare under penalty of perjury that the foregoing is true and correct.


DATED this **5ᵗʰ** day of June, 2024.

By: Mirian Soule
Title: COO

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        Robert.richards@dentons.com
        Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒   ALL DEBTORS<br><br>☐   Millenkamp Cattle, Inc.<br><br>☐   Idaho Jersey Girls<br><br>☐   East Valley Cattle<br><br>☐   Millenkamp Properties<br><br>☐   Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy) |

#3992640

| | |
|---|---|
| ☐ Millenkamp Family | Chapter 11 Cases |
| ☐ Goose Ranch | |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**DECLARATION OF ALAN CARLON IN SUPPORT OF DEBTORS' AMENDED
MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS**

Alan Carlon, states as follows:

1.      I am the Credit Manager of ABS Global, and make the following statements based on my own personal knowledge.

2.      ABS Global supplies semen to the Debtors for use in their ongoing operations.

3.      ABS Global provided goods to the Debtors within the 20 days preceding the filing of the Debtors' bankruptcy cases.

4.      The amount owing to ABS Global for the goods supplied within the 20 days preceding the bankruptcy cases is $187,563 (the "503(b)(9) Claim").

5.      ABS Global is in immediate need for the 503(b)(9) Claim to be paid in full. Without such payment, ABS Global's operations will be materially harmed and ABS Global's ability to continue to supply goods to the Debtors moving forward will be at risk.

6.      Among other things, if ABS Global does not receive immediate payment of its 503(b)(9) Claim, it would have the following negative implications on ABS Global's business: cash flow and borrowing base margins.  Thus, failure to receive immediate payment of the 503(b)(9) Claim would cause ABS Global substantial hardship.

7.      I declare under penalty of perjury that the foregoing is true and correct.


DATED this  5th  day of June, 2024.


*Alan Carlon*

By: Alan Carlon
Title: Credit Manager

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      Robert.richards@dentons.com
      Tirzah.roussell@dentons.com

Attorneys for the Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒  ALL DEBTORS<br><br>☐  Millenkamp Cattle, Inc.<br><br>☐  Idaho Jersey Girls<br><br>☐  East Valley Cattle<br><br>☐  Millenkamp Properties<br><br>☐  Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>           Dairy) |

#3992640

| | |
|---|---|
| ☐ Millenkamp Family | Chapter 11 Cases |
| ☐ Goose Ranch | |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

### DECLARATION OF JAKE HANCOCK IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS

I, Jake Hancock, state as follows:

1.    I am the Vice President of Commercial Strategy of Amalgamated Sugar Company, and make the following statements based on my own personal knowledge.

2.    Amalgamated Sugar Company supplies feed product to the Debtors for use in their ongoing operations.

3.    Amalgamated Sugar Company provided goods to the Debtors within the 20 days preceding the filing of the Debtors' bankruptcy cases.

4.    The amount owing to Amalgamated Sugar Company for the goods supplied within the 20 days preceding the bankruptcy cases is $230,824.66 (the "503(b)(9) Claim").

5.    Amalgamated Sugar Company is in immediate need for the 503(b)(9) Claim to be paid in full.  Without such payment, Amalgamated Sugar Company's operations will be materially harmed and Amalgamated Sugar Company's ability to continue to supply goods to the Debtors moving forward will be at risk.

6.    Among other things, if Amalgamated Sugar Company does not receive immediate payment of its 503(b)(9) Claim, it would create undue strain on Amalgamated Sugar Company's

feed product sales business, which is a labor and capital-intensive business, and will disincentivize

the company from entering into new contracts with Debtors (who are now out of contract) to

support their ongoing operations. Thus, failure to receive immediate payment of the 503(b)(9)

Claim would, therefore, cause Amalgamated Sugar Company substantial hardship.

7.      I declare under penalty of perjury that the foregoing is true and correct.


DATED this 7th day of June, 2024.

By: Jake Hancock
Title: Vice President of Commercial Strategy,
Amalgamated Sugar Company

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10ᵗʰ Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        Robert.richards@dentons.com
        Tirzah.roussell@dentons.com

Attorneys for the Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy) |

#3992640

☐ Millenkamp Family

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

Chapter 11 Cases

**DECLARATION OF** _____ **IN SUPPORT OF DEBTORS'**
**AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9)**
**CLAIMS**

_____BUTTE IRRIGATION, INC._____, states as follows:

1.    I am the __Secretary_____ of ___BUTTE IRRIGATION, INC._____, and

make the following statements based on my own personal knowledge.

2.    __BUTTE IRRIGATION, INC.__ supplies ___IRRIGATION EQUIPMENT_____

to the Debtors for use in their ongoing operations.

3.    __BUTTE IRRIGATION, INC._____ provided goods to

the Debtors within the 20 days preceding the filing of the Debtors' bankruptcy cases.

4.    The amount owing to BUTTE IRRIGATION, INC._____ for the goods supplied

within the 20 days preceding the bankruptcy cases is $220.30 (the "503(b)(9) Claim").

5.    BUTTE IRRIGATION, INC. is in immediate need for the 503(b)(9) Claim to be

paid in full. Without such payment, BUTTE IRRIGATION, INC.'s operations will be materially

harmed and BUTTE IRRIGATION, INC.'s ability to continue to supply goods to the Debtors

moving forward will be at risk.

Among other things, if BUTTE IRRIGATION, INC. does not receive immediate payment

of its 503(b)(9) Claim, it  would have the following negative implications on BUTTE

IRRIGATION, INC.'s business: Trust in doing future business with Millenkamp Dairy.

Thus, failure to receive immediate payment of the 503(b)(9) Claim would cause  BUTTE

IRRIGATION, INC. substantial hardship.

6.    I declare under penalty of perjury that the foregoing is true and correct.


DATED this ⟋ day of June, 2024.


By: Kade Beck
Title: Secretary


DECLARATION OF _____ IN SUPPORT OF DEBTORS' AMENDED MOTION FOR
ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS – Page 3

**Butte Irrigation, Inc.**
P.O. Box 790
Paul, ID 83347

# Invoice

Customer No.:  MILCI
Invoice No.:   318825

Bill To:  **MILLENKAMP CATTLE INC.**
471 NORTH 300 WEST
JEROME, ID 83338

Ship To:  **MILLENKAMP CATTLE INC.**
471 NORTH 300 WEST
JEROME, ID 83338

| Date | Ship Via | F O B | Terms |
|---|---|---|---|
| 03/28/2024 | | | Net 10th |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| | 03/28/2024 | Parts Sales - T.F. | |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1.000 | 1.000 | | RSC810 | CONE, 8 X 10, SCH 20 | 69.72 | 69.72 |
| 1.000 | 1.000 | | RSC1012 | CONE, 10 X 12, SCH 20 | 150.58 | 150.58 |
| | | | | ><<>><><><><<>><><><>< | | |
| | | | | TRUDY | | |
| | | | | PO#24-0715 | | |

| | |
|---|---|
| Invoice subtotal | 220.30 |
| Invoice total | 220.30 |

Thank you for your business!!

Thank You

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        Robert.richards@dentons.com
        Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒  ALL DEBTORS<br><br>☐  Millenkamp Cattle, Inc.<br><br>☐  Idaho Jersey Girls<br><br>☐  East Valley Cattle<br><br>☐  Millenkamp Properties<br><br>☐  Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy) |

#3992640

☐   Millenkamp Family

☐   Goose Ranch

☐   Black Pine Cattle

☐   Millenkamp Enterprises

☐   Idaho Jersey Girls Jerome Dairy

Chapter 11 Cases

## DECLARATION OF MONTE QUAST IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS

Monte Quast, states as follows:

1.      I am the President and Chief Executive Officer of Carne I Corp. ("Carne"), and make the following statements based on my own personal knowledge.

2.      Carne supplies whey for use as livestock feed to the Debtors for use in their ongoing operations.

3.      Carne provided goods to the Debtors within the 20 days preceding the filing of the Debtors' bankruptcy cases.

4.      The amount owing to Carne for the goods supplied within the 20 days preceding the bankruptcy cases is $144,068.58 (the "503(b)(9) Claim").

5.      Carne is in immediate need for the 503(b)(9) Claim to be paid in full.  Without such payment, Carne's operations will be materially harmed and Carne's ability to continue to supply goods to the Debtors moving forward will be at risk. Among other things, if Carne does not receive immediate payment of its 503(b)(9) Claim, it would negatively impact Carne's business because by continuing to carry Debtor's unpaid and aging debt, Carne's line of credit borrowing base eligibility is decreased by our lender, which has a material adverse effect on Carne's ability to

borrow necessary funds for our operation.  Thus, failure to receive immediate payment of the

503(b)(9) Claim would cause Carne substantial hardship.

6.      I declare under penalty of perjury that the foregoing is true and correct.


DATED this 5th day of June, 2024.


_____

By: Monte Quast
Title: Pres. / CEO of Carne I Corp.

DECLARATION OF MONTE QUAST IN SUPPORT OF DEBTORS' AMENDED MOTION FOR
ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS – Page 3

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        Robert.richards@dentons.com
        Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#3992640

| ☐ Millenkamp Family | |
|---|---|
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

### DECLARATION OF GOLDEN STATE MIXING, INC. DBA AMERICAN CALF PRODUCTS IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS

Golden State Mixing, Inc. dba American Calf Products, states as follows:

1.      I am the Office Manager of Golden State Mixing, Inc. dba American Calf Products, and make the following statements based on my own personal knowledge.

2.      Golden State Mixing, Inc. dba American Calf Products supplies to the Debtors for use in their ongoing operations.

3.      Golden State Mixing, Inc. dba American Calf Products provided goods to the Debtors within the 20 days preceding the filing of the Debtors' bankruptcy cases.

4.      The amount owing to Golden State Mixing, Inc. dba American Calf Products for the goods supplied within the 20 days preceding the bankruptcy cases is $194,332.80 (One hundred and ninety-four thousand, three hundred thirty two dollars and eighty cents) (the "503(b)(9) Claim").

5.      Golden State Mixing, Inc. dba American Calf Products is in immediate need for the 503(b)(9) Claim to be paid in full.  Without such payment, Golden State Mixing, Inc. dba American Calf Products operations will be materially harmed and Golden State Mixing, Inc. dba American Calf Products ability to continue to supply goods to the Debtors moving forward will be at risk.

DECLARATION OF GOLDEN STATE MIXING, INC DBA AMERICAN CALF PRODUCTS IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS – Page 2

Among other things, if Golden State Mixing, Inc. dba American Calf Products does not receive immediate payment of its 503(b)(9) Claim, it would have the following negative implications on Golden State Mixing, Inc. dba American Calf Products business: Possible closure of location in Idaho & California, employee lay off's, supply chains not being paid, and possibly lead to future closure of entire company. Thus, failure to receive immediate payment of the 503(b)(9) Claim would cause Golden State Mixing, Inc. dba American Calf products substantial hardship.

6.      I declare under penalty of perjury that the foregoing is true and correct.

DATED this Wednesday, 5th of June, 2024.

By: Debbie Machado Gomes

Title: Office Manager

DECLARATION OF GOLDEN STATE MIXING, INC DBA AMERICAN CALF PRODUCTS IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS – Page 3

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        Robert.richards@dentons.com
        Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒  ALL DEBTORS<br><br>☐  Millenkamp Cattle, Inc.<br><br>☐  Idaho Jersey Girls<br><br>☐  East Valley Cattle<br><br>☐  Millenkamp Properties<br><br>☐  Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy) |

| | |
|---|---|
| ☐   Millenkamp Family | |
| ☐   Goose Ranch | Chapter 11 Cases |
| ☐   Black Pine Cattle | |
| ☐   Millenkamp Enterprises | |
| ☐   Idaho Jersey Girls Jerome Dairy | |

**DECLARATION OF DEVIN PETERSON IN SUPPORT OF DEBTORS' AMENDED
MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS**

Devin Peterson, states as follows:

1.      I am the Chief Financial Officer of Rocky Mountain Agronomics, Inc., and make the following statements based on my own personal knowledge.

2.      Rocky Mountain Agronomics, Inc. supplies fertilizer, crop protection, and sampling services to the Debtors for use in their ongoing operations, in regards to growing their own crops to feed all the beef and dairy cattle.

3.      Rocky Mountain Agronomics, Inc. provided goods to the Debtors within the 20 days preceding the filing of the Debtors' bankruptcy cases.

4.      The amount owing to Rocky Mountain Agronomics, Inc. for the goods supplied within the 20 days preceding the bankruptcy cases is $44,527.47 (the "503(b)(9) Claim").

5.      Rocky Mountain Agronomics, Inc.is in immediate need for the 503(b)(9) Claim to be paid in full.  Without such payment, Rocky Mountain Agronomics, Inc.'s operations will be materially harmed and Rocky Mountain Agronomics, Inc.'s ability to continue to supply goods to the Debtors moving forward will be at risk.

Among other things, if Rocky Mountain Agronomics, Inc. does not receive immediate payment of its 503(b)(9) Claim, it would have the following negative implications on

Rocky Mountain Agronomics, Inc.'s business: reduced borrowing base for the operating line of credit with its bank, negatively impact out credit rating risk with our lenders, increased interest expense, increased legal and collection costs, and reduced ability to pay its own vendors, employees, or other expenses. Thus, failure to receive immediate payment of the 503(b)(9) Claim would cause Rocky Mountain Agronomics, Inc. substantial hardship.

6.      I declare under penalty of perjury that the foregoing is true and correct.

DATED this 14th day of June, 2024.

By: _____
Devin Peterson

Title:  Chief Financial Officer

DECLARATION OF DEVIN PETERSON IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS – Page 3

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        Robert.richards@dentons.com
        Tirzah.roussell@dentons.com

Attorneys for the Debtor

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>      Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒  ALL DEBTORS<br><br>☐  Millenkamp Cattle, Inc.<br><br>☐  Idaho Jersey Girls<br><br>☐  East Valley Cattle<br><br>☐  Millenkamp Properties<br><br>☐  Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

☐ Millenkamp Family

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

Chapter 11 Cases

## DECLARATION OF JADE JASPER IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS

I, Jade Jasper, state as follows:

1.      I am the President of Elevation Electric, LLC, and make the following statements based on my own personal knowledge.

2.      Elevation Electric, LLC supplies goods and services related to electrical maintenance to the Debtors for use in their ongoing operations.

3.      Elevation Electric, LLC provided goods to the Debtors within the 20 days preceding the filing of the Debtors' bankruptcy cases.

4.      The amount owing to Elevation Electric, LLC for the goods supplied within the 20 days preceding the bankruptcy cases is $5,360.08 (the "503(b)(9) Claim").

5.      Elevation Electric, LLC is in immediate need for the 503(b)(9) Claim to be paid in full.  Without such payment, Elevation Electric, LLC's operations will be materially harmed and Elevation Electric, LLC's ability to continue to supply goods to the Debtors moving forward will be at risk.

6.      Among other things, if  Elevation Electric, LLC does not receive immediate payment of its 503(b)(9) Claim, it  would have the following negative implications on Elevation

Electric, LLC's business: Elevation Electric, LLC is a small business and is not in a position to front costs for its customers if its bills are not being paid. Elevation Electric, LLC would like to see the Debtor reorganize but it cannot sustain itself or continue to provide goods and services without payment soon. Thus, failure to receive immediate payment of the 503(b)(9) Claim would cause Elevation Electric, LLC substantial hardship.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this _13th_ day of June, 2024.

By: _Jade Jasper_
Title: _President_

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        Robert.richards@dentons.com
        Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒  ALL DEBTORS<br><br>☐  Millenkamp Cattle, Inc.<br><br>☐  Idaho Jersey Girls<br><br>☐  East Valley Cattle<br><br>☐  Millenkamp Properties<br><br>☐  Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy) |

☐   Millenkamp Family

☐   Goose Ranch

☐   Black Pine Cattle

☐   Millenkamp Enterprises

☐   Idaho Jersey Girls Jerome Dairy

Chapter 11 Cases

**DECLARATION OF MICROPROTEINS IN SUPPORT OF DEBTORS' AMENDED
MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS**

Kim Paulsen, states as follows:

1.      I am the President of Microproteins, and make the following statements based on my own personal knowledge.

2.      Microproteins supplies various animal health products to the Debtors for use in their ongoing operations.

3.      Microproteins provided goods to the Debtors within the 20 days preceding the filing of the Debtors' bankruptcy cases.

4.      The amount owing to Microproteins for the goods supplied within the 20 days preceding the bankruptcy cases is $18,954.66 (the "503(b)(9) Claim").

5.      Microproteins is in immediate need for the 503(b)(9) Claim to be paid in full. Without such payment, Microproteins operations will be materially harmed and Microproteins ability to continue to supply goods to the Debtors moving forward will be at risk.

Among other things, if Microproteins does not receive immediate payment of its 503(b)(9) Claim, it would have the following negative implications on Microproteins business:[cash flow shortage, inability to pay suppliers, inability to meet payroll]. Thus, failure to receive

immediate payment of the 503(b)(9) Claim would cause Microproteins extreme substantial hardship.

6.      I declare under penalty of perjury that the foregoing is true and correct.


 DATED this _5___ day of June, 2024.



By:__Kim Paulsen_____
Title:
President_____

payroll]. Thus, failure to receive immediate payment of the 503(b)(9) Claim would cause

Microproteins extreme__ substantial hardship.

6.      I declare under penalty of perjury that the foregoing is true and correct.


DATED this _5___ day of June, 2024.


By:__Kim Paulsen_____
Title:
President_____

Gery W. Edson
GERY W. EDSON, P.A.
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, Idaho 83702
Phone:(208) 345-8700
Fax: (208) 389-9449
Idaho Bar No. 2984
Email: gedson@gedson.com
Attorney for Land View, Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒  ALL DEBTORS<br><br>☐  Millenkamp Cattle, Inc.<br><br>☐  Idaho Jersey Girls<br><br>☐  East Valley Cattle<br><br>☐  Millenkamp Properties<br><br>☐  Millenkamp Properties II<br><br>☐  Millenkamp Family<br><br>☐  Goose Ranch<br><br>☐  Black Pine Cattle<br><br>☐  Millenkamp Enterprises<br><br>☐  Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy)<br><br>Chapter 11 Cases |

## DECLARATION OF LAND VIEW, INC. AND RECEPTOR FOOD GROUP (collectively, LAND VIEW) IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS

Dan Noble, states as follows:

#3992640

1.      I am the credit manager of Land View and make the following statements based on my own personal knowledge.

2.      Land View supplies two custom mineral mixes for lactation feed support and a custom mix of calf milk replacer to the Debtors for use in their ongoing operations.

3.      Land View provided goods to the Debtors within the 20 days preceding the filing of the Debtors' bankruptcy cases.

4.      The amount owing to Land View for the goods supplied within the 20 days preceding the bankruptcy cases is $1,160,364.07 (the "503(b)(9) Claim").

5.      It is essential to Land View that its 503(b)(9) Claim be paid in full as promptly as possible.  Without such payment, Land View operations will be materially harmed and Land View's ability to continue to supply goods to the Debtors moving forward will be at risk.

6.      Land View is what might be considered a mid-size business operating primarily in the Magic Valley and Treasure Valley areas of Idaho.  The business enterprises include retail agronomy care products, livestock feed products, and industrial and wholesale chemical formulated products.  The major share of the business the Debtors do with Land View is through the livestock division.  In addition to the specialized product Land View provides to the Debtors, we are logistically situated relative to other options to provide the products in the quantities needed.

7.      The total claim of Land View made up 68.3% of the Land View's total receivable portfolio at the time of the Debtors' bankruptcy petition date.  At the current peak season, the claim still makes up a staggering 37.3% of total accounts receivable—and of greater financial and operational impact, the amount makes up 89.6% of aged accounts over 60 days past due. This significantly impairs Land View's capital borrowing base and increases our cost of capital.

DECLARATION OF LAND VIEW IN SUPPORT OF DEBTORS' AMENDED MOTION FOR
ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS – Page 2

Moreover, the risk to and impact on the borrowing base and capital cost is heightened as we are now into our peak operating season.

8.      The customized mineral mix Land View supplies to the Debtor is a complex compound made up of approximately 13 ingredients.  Many of the ingredients of the mineral mix have to be shipped in three to four months in advance in order to provide the product needs of the Debtor.  At least one of the ingredients is imported and the availability and use of the imported product has a direct correlation to butterfat which is a critical component of milk pricing and return.  The milk replacer is also a complex mix. Maintaining an adequate and steady supply of ingredients for the milk replacer mix requires that inputs be acquired one to two months in advance.  The proven composition and effectiveness of the milk replacer has serious implication for calf mortality, especially for calf production at the scale of the Debtor's operation, if the product is not available to use. In total, over $3 million in capital are tied up in the inventories for all the mixes Land View provides to the Debtor. The specialized nature of ingredients in the mixes and the quantities needed pose an inventory risk.  If there is uncertainty of repayment, or elevated cost for maintaining the inventory, there becomes a critical point whether what modest margins there are justify continuing that risk.

9.      Despite efforts prior to the petition date to reduce the account balance the Debtors have with Land View, the balance continued to incrementally increase each month up to the point the receiver was appointed.  The problem was exacerbated in November of 2023 when the second of two monthly payments that made up the total monthly payment requirement shifted from the end of the month to after the first of the next month.  This had the impact of increasing monthly account balance peaks by $1.2 million and further impacting operating capital access and costs.

DECLARATION OF LAND VIEW IN SUPPORT OF DEBTORS' AMENDED MOTION FOR
ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS – Page 3

10.     On September 2, 2023 and then again on January 15, 2024, Land View sent emails to the ownership and management of the Debtors with payment requirements and balance reduction targets.  Land View was actively pursuing a repayment plan that, without performance, would have resulted in curtailed or halted product releases at the time of the receiver appointment.

11.     To stave off Land View discontinuing to provide product to the Debtor, the receiver initially committed to get a cash payment of $3 million to Land View within a few days. On behalf of Rabo AgriFinance, the receiver then offered a $4 million letter of credit in consideration of continued supplying of product and in consideration that Land View was disproportionally carrying a higher balance relative to the balances and monthly sales of other suppliers on behalf of the Debtors.   The assurances of the letter of credit with written communications and the process of documentation went on for five weeks. It was then made known to me by the receiver that Rabo AgriFinance would not be inclined to follow through when it became clear that the Debtors would file for bankruptcy.

12.     Land View continued to provide product after the bankruptcy filing, not just because Land View was being paid COD, but because of the potential relief of $3.5 million that was part of the critical vendor motion.  Product releases continued for nearly seven weeks based on the possibility of relief through that motion, until the critical vendor motion was denied.  Land View has continued to provide product to the Debtors based on the Court's statements that section 503(b)(9) of the Bankruptcy Code could be a path to providing some critical relief to certain vendors.

13.     If it wasn't for the favorable indications of some relief that have strung Land View along, the pending decision to discontinue supplying product would have been triggered

much earlier. From a sources and uses of cash standpoint, the increased accounts payable of the Debtors to Land View has been a source of cash to fund other cash requirements that have directly or indirectly benefited other creditors. Inventory risk, impaired capital position, cost of capital, and the prolonged and uncertainty of time in the process weigh heavily on the hardship and the pending decision to continue to supply product to the Debtor. Consideration in granting relief should be given to the disproportional burden Land View carries as an unsecured creditor. The formulation and the feasibility of the bankruptcy is not evident at the present and the timing of confirmation is uncertain, making it all the more critical that Land View receive payment of its 503(b)(9) Claim to be in a position to continue to provide product to the Debtors.

14.     Accordingly, for the reasons discussed, failure to receive immediate payment of the 503(b)(9) Claim would cause Land View substantial hardship.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 6th day of June, 2024.

By: _Dan Noble_

Title: _Credit Manager_

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10ᵃ Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        Robert.richards@dentons.com
        Tirzah.roussell@dentons.com

Attorneys for the Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>**MILLENKAMP CATTLE, INC.,**<br><br>Debtor. | Case No. 24-40158-NGH |
| **Filing relates to:**<br><br>☒  ALL DEBTORS<br><br>☐  Millenkamp Cattle, Inc.<br><br>☐  Idaho Jersey Girls<br><br>☐  East Valley Cattle<br><br>☐  Millenkamp Properties<br><br>☐  Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>                    Dairy) |

#3992640

☐ Millenkamp Family

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

Chapter 11 Cases

## DECLARATION OF Les Schwab Tires IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS

Mike S. Young states as follows:

1.    I am the Store Manager of Jerome Les Schwab and make the following statements based on my own personal knowledge.

2.    Les Schwab Tires supplies Tires and other Automotive Products to the Debtors for use in their ongoing operations.

3.    Les Schwab Tires provided goods to the Debtors within the 20 days preceding the filing of the Debtors' bankruptcy cases.

4.    The amount owing to Les Schwab Tires for the goods supplied within the 20 days preceding the bankruptcy cases is $26,643.97 (the "503(b)(9) Claim").

5.    Les Schwab Tires is in immediate need for the 503(b)(9) Claim to be paid in full. Without such payment, Les Schwab Tires operations will be materially harmed and Les Schwab's ability to continue to supply goods to the Debtors moving forward will be at risk.

Among other things, if Les Schwab does not receive immediate payment of its 503(b)(9) Claim, it would have the following negative implications on Les Schwab:

DECLARATION OF _____ IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS – Page 2

business:[~~vendor – list any relevant hardships here~~].  Thus, failure to receive immediate

payment of the 503(b)(9) Claim would cause _loss of funds_ substantial hardship.
_and services rendered_

6.    I declare under penalty of perjury that the foregoing is true and correct.


DATED this _5th_ day of June, 2024.


By: _Store Manager_

Title: _MhSJ_

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
           jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
           Robert.richards@dentons.com
           Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#3992640

| | |
|---|---|
| ☐  Millenkamp Family | Chapter 11 Cases |
| ☐  Goose Ranch | |
| ☐  Black Pine Cattle | |
| ☐  Millenkamp Enterprises | |
| ☐  Idaho Jersey Girls Jerome Dairy | |

### DECLARATION OF MWI VETERINARY SUPPLY IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS

Erica Billado, on behalf of MWI Veterinary Supply ("MWI"), states as follows:

1.      I am the Accounts Receivable Supervisor of MWI, and make the following statements based on my own personal knowledge.

2.      MWI sells pharmaceuticals and veterinary supplies ("Goods") to the Debtors that are critical to maintaining a healthy herd of cattle and for the production of healthful and saleable milk and milk products to the Debtors.

3.      MWI provided Goods on credit in the ordinary course of business to the Debtors in the 20 days preceding the filing of the Debtors' bankruptcy cases.

4.      The amount owing to MWI by the Debtors for the Goods supplied within the 20 days preceding the filing of these bankruptcy cases, exclusive of late charges, is $484,255.92 as set forth below (the "§503(b)(9) Claim"):

| | |
|---|---|
| Millenkamp Cattle, Inc. (2 accounts) | |
| Millenkamp Cattle:         $397,291.24 | |
| Idaho Jersey Girls Millenkamp:    $77,970.59 | $475,261.83 |
| Idaho Jersey Girls f/k/a Millenkamp Milkers | $3,078.18 |
| Black Pine Cattle, LLC | $5,915.91 |
| TOTAL: | $484,255.92 |

5.      A detailed listing of the invoices included in the §503(b)(9) Claim is attached hereto, incorporated herein, and marked Exhibit "A".  All Goods reflected in Exhibit A were received by the Debtors within twenty days prior to the filing of their bankruptcy petitions and were sold in the ordinary course of business.  The Goods supplied by MWI were essential to preserving the Debtors' livestock in the pre-petition period and continue to be essential during the post-petition period.

6.      At the time MWI was supplying the Debtors during the pre-petition period, MWI recognized that the Debtors were experiencing financial distress in that a Receiver had been appointed in a state court proceeding initiated by Debtors' secured creditor.  MWI also understood that the Debtors were likely to be filing chapter 11 bankruptcy proceedings.

7.      MWI's decision to continue to supply the Debtors with critical pharmaceuticals was based, in part, on the expectation that when the Debtors filed for bankruptcy protection, MWI would be entitled to an administrative claim under 11 U.S.C. §503(b)(9) and that any such claim would be paid promptly.

8.      If MWI's  §503(b)(9) Claim is not paid promptly, MWI's P&L statement will be negatively impacted by reserves that will be needed for accounting purposes.

9.      MWI is currently supplying the Debtors with pharmaceuticals on a COD basis.  If MWI's §503(b)(9) Claim is not paid promptly and, as a result, MWI needs to continue to reserve approximately $500,000 of its accounts receivable for accounting purposes, MWI may cease supplying the Debtors going forward.

10.      The current aggregate amount of MWI's prepetition claim against the Debtors is approximately $2,063,361.62.  Thus, assuming MWI receives payment for its §503(b)(9) Claim, it will continue to have a substantial prepetition claim of approximately $1,579,105.70.

11.      I declare under penalty of perjury that the foregoing is true and correct.

DATED this ___12th___ day of June, 2024.


_Erica Billado_

By: Erica Billado
Title:  Accounts Receivable Supervisor

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        Robert.richards@dentons.com
        Tirzah.roussell@dentons.com

Attorneys for the Debtor

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor.<br><br>Filing relates to:<br><br>☒  ALL DEBTORS<br><br>☐  Millenkamp Cattle, Inc.<br><br>☐  Idaho Jersey Girls<br><br>☐  East Valley Cattle<br><br>☐  Millenkamp Properties<br><br>☐  Millenkamp Properties II | Case No. 24-40158-NGH<br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

| | |
|---|---|
| ☐ Millenkamp Family | |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

## DECLARATION OF TOBIN J. MILLICAN IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS

I, Tobin J. Millican, state as follows:

1.    I am the President of Progressive Dairy Service and Supplies Corp. ("Progressive Dairy"), and make the following statements based on my own personal knowledge.

2.    Progressive Dairy supplies goods and services, including but not limited to chemical deliveries, 12 hour/365 days per year night service technician, and maintenance to the Debtors for use in their ongoing operations.

3.    Progressive Dairy provided goods to the Debtors within the 20 days preceding the filing of the Debtors' bankruptcy cases.

4.    The amount owing to Progressive Dairy for the goods supplied within the 20 days preceding the bankruptcy cases is $4,858.75 (the "503(b)(9) Claim").

5.    Progressive Dairy is in immediate need for the 503(b)(9) Claim to be paid in full. Without such payment, Progressive Dairy's operations will be materially harmed and Progressive Dairy's ability to continue to supply goods to the Debtors moving forward will be at risk.

6.    Among other things, Progressive Dairy does not receive immediate payment of its 503(b)(9) Claim, it  would have the following negative implications on Progressive Dairy's

business: Progressive Dairy is a small business and is not in a position to front costs for its customers if its bills are not being paid. Progressive Dairy would like to see the Debtor reorganize but it cannot sustain itself or continue to provide goods and services without payment soon. Thus, failure to receive immediate payment of the 503(b)(9) Claim would cause Progressive Dairy substantial hardship.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 13th day of June, 2024.

By: Tobin J. Millican
Title: President

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
          jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
          Robert.richards@dentons.com
          Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With Case Nos.: |
| ☒  ALL DEBTORS | |
| ☐  Millenkamp Cattle, Inc. | 24-40159-NGH (Idaho Jersey Girls) |
| | 24-40160-NGH (East Valley Cattle) |
| ☐  Idaho Jersey Girls | 24-40161-NGH (Millenkamp Properties) |
| | 24-40162-NGH (Millenkamp Properties II) |
| ☐  East Valley Cattle | 24-40163-NGH (Millenkamp Family) |
| | 24-40164-NGH (Goose Ranch) |
| ☐  Millenkamp Properties | 24-40166-NGH (Black Pine Cattle) |
| | 24-40167-NGH (Millenkamp Enterprises) |
| ☐  Millenkamp Properties II | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#3992640

| | |
|---|---|
| ☐ Millenkamp Family | |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**DECLARATION OF** _Schow's Inc._ **IN SUPPORT OF DEBTORS'
AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9)
CLAIMS**

_Schow's Inc._ , states as follows:

1.  I am the _SECRETARY_ of _Schow's Inc_ ,

and make the following statements based on my own personal knowledge.

2.  _Schow's Inc._ supplies _PARTS & SERVICES_

to the Debtors for use in their ongoing operations.

3.  _Schow's Inc._ provided goods to the Debtors within the 20

days preceding the filing of the Debtors' bankruptcy cases.

4.  The amount owing to _Schow's Inc._ for the goods supplied within the

20 days preceding the bankruptcy cases is $ _1274.55_ (the "503(b)(9) Claim").

5.  _Schow's Inc._ is in immediate need for the 503(b)(9) Claim to be paid in

full.  Without such payment, _Schow's Inc._ 's operations will be materially harmed and

_Schow_ 's ability to continue to supply goods to the Debtors moving forward will be at risk.

Among other things, if _Schow's Inc._ does not receive immediate payment of its

503(b)(9) Claim, it  would have the following negative implications on _Schow_ 's

business:[*vendor – list any relevant hardships here*].  Thus, failure to receive immediate

payment of the 503(b)(9) Claim would cause _Schois Inc_ substantial hardship.

6.      I declare under penalty of perjury that the foregoing is true and correct.


DATED this _7_ day of June, 2024.


By: _____
Title: _Secretary_____


DECLARATION OF _Schois Inc._ IN SUPPORT OF DEBTORS' AMENDED MOTION FOR
ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS – Page 3

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
           jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
           Robert.richards@dentons.com
           Tirzah.roussell@dentons.com

Attorneys for the Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>　　　　　Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒　ALL DEBTORS<br><br>☐　Millenkamp Cattle, Inc.<br><br>☐　Idaho Jersey Girls<br><br>☐　East Valley Cattle<br><br>☐　Millenkamp Properties<br><br>☐　Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>　　　　　　　　　　Dairy) |

#3992640

☐  Millenkamp Family

☐  Goose Ranch

☐  Black Pine Cattle

☐  Millenkamp Enterprises

☐  Idaho Jersey Girls Jerome Dairy

Chapter 11 Cases

## DECLARATION OF HARDSHIP IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS

Declaration, states as follows:

1.      I am the President of TDSG, LLC., and make the following statements based on my own personal knowledge.

2.      TDSG,LLC. supplies dairy milking equipment and supplies to the Debtors for use in their ongoing operations.

3.      TDSG, LLC provided goods to the Debtors within the 20 days preceding the filing of the Debtors' bankruptcy cases.

4.      The amount owing to TDSG, LLC for the goods supplied within the 20 days preceding the bankruptcy cases is **$75,742.49** (the "503(b)(9) Claim").

5.      TDSG, LLC is in immediate need for the 503(b)(9) Claim to be paid in full. Without such payment, TDSG, LLC's operations will be materially harmed and TDSG, LLC's ability to continue to supply goods to the Debtors moving forward will be at risk.

Among other things, if _TDSG, LLC does not receive immediate payment of its 503(b)(9) Claim, it  would have the following negative implications on _TDSG, LLC_'s business needs to pay back the bank and associated interest against this debt immediately in order

to continue to operate.  Thus, failure to receive immediate payment of the 503(b)(9) Claim

would cause TDSG, LLC substantial hardship.

6.      I declare under penalty of perjury that the foregoing is true and correct.


 DATED this __5th__ day of June, 2024.



By:__ _____

Title:President_____

Daniel C. Green, ISB: #3213
RACINE OLSON
201 E. Center Street
Pocatello, ID 83201
Phone: (208) 232-6101
Fax: (208) 232-6109
Email: dan@racineolson.com

James J. Niemeier, *pro hac vice*
MCGRATH NORTH MULLIN
& KRATZ, PC, LLO
First National Tower, Ste. 3700
1601 Dodge Street
Omaha, NE 68102
Phone: 402-341-3070
Fax: 341-0216
Email: jniemeier@mcgrathnorth.com

Attorneys for the Creditors, Viterra USA Grain LLC
and Viterra USA Ingredients, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒  ALL DEBTORS<br><br>☐  Millenkamp Cattle, Inc.<br><br>☐  Idaho Jersey Girls<br><br>☐  East Valley Cattle<br><br>☐  Millenkamp Properties<br><br>☐  Millenkamp Properties II<br><br>☐  Millenkamp Family<br><br>☐  Goose Ranch | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy)<br><br>Chapter 11 Cases |

☐  Black Pine Cattle

☐  Millenkamp Enterprises

☐  Idaho Jersey Girls Jerome Dairy

# DECLARATION OF MS. ALICIA BURNS IN SUPPORT OF THE ALLOWANCE AND PAYMENT OF CREDITORS VITERRA USA GRAIN, LLC AND VITERRA USA INGREDIENTS, LLC'S SECTION 503(B)(9) CLAIMS

I, Alicia Burns, hereby state and attest as follows:

1.      I am the senior credit manager for Viterra USA, Inc. which includes its affiliates Viterra USA Grain, LLC ("Viterra Grain") and Viterra USA Ingredients, LLC, ("Viterra Ingredients"). In that position I am one of the persons responsible for administrating the sales of commodities and resulting accounts receivable due to Viterra Grain and Viterra Ingredients from Millenkamp Cattle, Inc. ( the "Debtor"). As such, I have personal knowledge of the facts set forth herein and in that capacity am also one of the custodians of the records for Viterra Grain and Viterra Ingredients related to the Debtor's dealings with it.

2.      Viterra Grain and Viterra Ingredients have been suppliers of grain and other commodities to  the Debtor's dairy and calf farm since July of 2007. In fact, the Debtor is a major customer of Viterra Grain's Burley, Idaho facility accounting for approximately one-third of its total volume of grain sales through the facility as of the filing of this bankruptcy case.

3.      Viterra Grain and Viterra Ingredients supplied goods in the form of feed and other commodities to the Debtor on credit within the 20-days prior to the Petition Date (the "20-day Shipments") in the ordinary course of business. A true and correct copy of the summary of the sales from Viterra Grain and Viterra Ingredients which I created for the 20-day Shipments are attached to this Declaration as Exhibit "A" and "B" respectively and incorporated herein by this

reference. In addition, true and correct copies of the invoices for those 20-day Shipments for

Viterra Grain and Viterra Ingredients are attached hereto as Exhibits "C' and "D" respectively.

Those invoices attached as Exhibits "C" and "D" hereto each include the dates the feed referred

therein was received by the Debtor and establish these commodities were all delivered to the

Debtor within the 20-day period prior to the Petition Date.

4. As evidenced by the Exhibits to this Declaration, the amount owing to Viterra Grain

for those 20-day Shipments is $1,039,406.61, and the amount owing to Viterra Ingredients for

those 20-day Shipments is $915,354.35 (collectively, the "Viterra 503(b)(9) Claims"). In addition,

Viterra Grain and Viterra Ingredients filed a proof of claim herein reflecting their total claims

which were $2,042,848.90 for Viterra Grain and $2,532,555.38 for Viterra Ingredients of which

the amount of $1,003,442.29 is the unsecured claim of Viterra Grain and the amount of

$1,617,201.03 is the unsecured claim for Viterra Ingredients.  As such, Viterra Grain and Viterra

Ingredients remain owed significant amounts by the Debtor for the feed that helped preserve the

Debtor's cattle during the approach to bankruptcy.

5. Viterra Grain and Viterra Ingredients currently continue to supply feed to the

Debtor on a c.o.d., prepayment, and occasionally on an emergency basis during this bankruptcy

proceeding in an effort to support their reorganization efforts. However, Viterra Grain and Viterra

Ingredients are unwilling to guarantee such support will continue absent prompt allowance of the

Viterra 503(b)(9) Claims with payment thereof to be made as soon as can be allowed by the Court.

6. I declare under penalty of perjury that the foregoing is true and correct.

DATED this __6__ day of June 2024.

Alicia Burns, Senior Credit Manager
Viterra USA, Inc.

DECLARATION OF MS. ALICIA BURNS IN SUPPORT OF THE ALLOWANCE AND PAYMENT OF
CREDITORS VITERRA USA GRAIN, LLC AND VITERRA USA INGREDIENTS, LLC'S SECTION 503(B)(9)
CLAIMS – **Page 3**

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
         jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
         Robert.richards@dentons.com
         Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒  ALL DEBTORS<br><br>☐  Millenkamp Cattle, Inc.<br><br>☐  Idaho Jersey Girls<br><br>☐  East Valley Cattle<br><br>☐  Millenkamp Properties<br><br>☐  Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy) |

#3992640

| | |
|---|---|
| ☐   Millenkamp Family | Chapter 11 Cases |
| ☐   Goose Ranch | |
| ☐   Black Pine Cattle | |
| ☐   Millenkamp Enterprises | |
| ☐   Idaho Jersey Girls Jerome Dairy | |

**DECLARATION OF JASON STOKES IN SUPPORT OF DEBTORS' AMENDED
MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS**

JASON STOKES, states as follows:

1.      I am the General Manager of Western Ag Enterprises, and make the following statements based on my own personal knowledge.

2.      Western Ag Enterprises supplies tarping services of feed to the Debtors for use in their ongoing operations.

3.      Western Ag Enterprises provided goods to the Debtors within the 20 days preceding the filing of the Debtors' bankruptcy cases.

4.      The amount owing to Western Ag Enterprises for the goods supplied within the 20 days preceding the bankruptcy cases is $685.00 (the "503(b)(9) Claim").

5.      Western Ag Enterprises is in immediate need for the 503(b)(9) Claim to be paid in full.  Without such payment, Western Ag Enterprise's operations will be materially harmed and Western Ag Enterprise's ability to continue to supply goods to the Debtors moving forward will be at risk.

6.      Among other things, if Western Ag Enterprises does not receive immediate payment of its 503(b)(9) Claim, it would have the following negative implications on Western Ag

Enterprise's business: cash flow and borrowing base margins.  Thus, failure to receive immediate

payment of the 503(b)(9) Claim would cause Western Ag Enterprise substantial hardship.

    7.      I declare under penalty of perjury that the foregoing is true and correct.


DATED this $\underline{5}$ day of June, 2024.


                                                         _____
                                              By: Jason Stokes
                                              Title: General Manager