Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
         golivera@omm.com

*Proposed Attorneys for the Official Committee
of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>                    Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OMNIBUS STATEMENT IN SUPPORT OF DEBTORS' MOTIONS – 1

| | |
|---|---|
| ☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OMNIBUS STATEMENT IN SUPPORT OF DEBTORS' MOTIONS**

The Official Committee of Unsecured Creditors of Millenkamp Cattle, Inc., *et al*. (the "Committee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, hereby submits this statement in support of the Debtors' *Motion for Authority to Pre-Pay Certain Silage and Hay/Straw Vendors for Future Deliveries* [Dkt. No. 374] (the "Silage Motion"), *Debtor's Motion for Order Authorizing the Debtor to Enter Into Post-Petition Equipment Lease With Burkes Tractor Company, Inc.* [Dkt. No. 375] (the "Tractor Lease Motion"), *Debtors' Motion for Authority to Advance on the DIP Facility* [Dkt. No. 378] (the "DIP Draw Motion"), and *Debtors' Omnibus Motion for Authority to Purchase and Sell Equipment and Machinery* [Dkt. No. 379] (the "Buy-Sell Motion," and collectively with the Silage Motion, Tractor Lease Motion, and DIP Draw Motion, the "Debtors' Motions")[1] and respectfully states as follows:

**BACKGROUND**

1. On June 6, 2024, the Debtors filed several motions seeking time-sensitive relief to (i) make pre-payments or deposits to certain silage and hay/straw vendors for future deliveries; (ii) enter into an equipment lease to replace a lease that ends at the end of the month; (iii) draw on the DIP facility to make payments pursuant to 503(b)(9) of the Bankruptcy Code and to pre-pay deposits for certain silage and hay/straw vendors; and (iv) engage in transactions to purchase and

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Debtors' Motions.

sell equipment and machinery in the ordinary course of business. The Debtors filed a notice of hearing setting the motions for evidentiary hearing on June 20, 2024 and also filed a *Motion to Shorten Time for Notice of Hearing* [Dkt. No. 380] (the "Motion to Shorten Time") seeking shortened notice to the extent any of the Debtors' Motions required more than 14 days' notice.

2. On June 10, 2024, Rabo AgriFinance LLC ("Rabo") filed an *Objection to Debtors' Motion to Shorten Time for Notice of Hearing* [Dkt. No. 398] (the "Objection") in which Rabo asserted that the Motion to Shorten Time did not explain why any of the Debtors' Motions, except the Equipment Lease Motion, must be heard on shortened notice. Rabo also objected to the amounts requested in the DIP Draw Motion.

3. On June 13, 2024, the Court held a hearing on the Motion to Shorten Time and the Objection. After hearing arguments from the Debtors and Rabo and a statement from the Committee, the Court determined that there was sufficient urgency to hear the Equipment Lease Motion, Silage Motion, and DIP Draw Motion on June 20, 2024, as well as the Amended 503(b)(9) Motion, which has been pending on regular notice to all parties in interest. However, the Court denied the Debtors' motion to shorten time on the Buy-Sale Motion. The Court also extended the deadline for parties in interest to disclose evidence and file other responsive pleadings to June 18, 2024.

## THE COMMITTEE'S STATEMENT

4. The Committee believes that the relief sought in the Debtors' Motions is critical to the Debtors' ongoing operations and that failure to obtain such relief could be value destructive to the estates.

5. With respect to the Silage Motion, the Committee does not believe there are any cost-effective alternatives—if the Debtors have to look out-of-state for the necessary silage, it will

be much more expensive, if even possible. The Committee understands that these vendors are currently in the process of selling their supply and thus it is critical for the Debtors to make these arrangements as soon as possible or risk losing the opportunity to obtain silage and hay/straw in the most cost-effective manner.

6. Similarly, as stated in the Tractor Lease Motion, the tractor lease expires at the end of June, and it is essential to renew the lease before that time so the Debtors can continue operating.

7. In addition, although the Buy-Sell Motion will be heard at a later date, the Committee also supports entry of an order authorizing the Debtors to engage in transactions to buy and sell equipment and machinery in the ordinary course of business, as such transactions are essential to the Debtors maintaining working and up-to-date equipment and machinery to operate their business.

8. Finally, the DIP Draw Motion is tied to all of this relief, including the Debtors' Amended 503(b)(9) Motion, which will also be heard on June 20, 2024, and must be approved to effectuate the relief requested in the remaining motions.

9. Therefore, the Committee supports the relief sought in each of the Debtors' Motions.

[*Remainder of this page intentionally left blank.*]

Date: June 18, 2024                                O'MELVENY & MYERS LLP

/s/ *Julian Gurule*
JULIAN GURULE

-and-

ELSAESSER ANDERSON, CHTD.

/s/ *Bruce A. Anderson*
BRUCE A. ANDERSON
*Proposed Attorneys for the Official Committee of Unsecured Creditors*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which included a Notice of Electronic Filing to the following person(s):

Brett R Cahoon on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

krystal.mikkilineni@dentons.com, attorneys for Debtor

mtc@johnsonmaylaw.com  attorneys for Debtor

Dated this 18th day of June, 2024.

/s/ Bruce A. Anderson
Bruce A. Anderson