Jason R. Naess, ISBN 8407
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
Andrew S. Jorgensen, ISBN 8695
United States Department of Justice
Office of the United States Trustee
720 Park Blvd, Ste. 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy)<br><br>Chapter 11 Cases |

- 1

**WITNESS LIST**

The Acting United States Trustee ("UST") hereby files its notice of intent to cross-examine the following witnesses at the evidentiary hearing scheduled for June 20, 2024:

1.  Miriam Soule, Representative of Aden Brook Trading Corp.

2.  Jake Hancock, Representative of Amalgamated Sugar

3.  Debbie Machado Gomes, Representative of American Calf Products

4.  Monte Quast, Representative of Carne I Corp.

5.  Kim Paulsen, Representative of MicroProteins, Inc.

6.  Jason Stokes, Representative of Western Ag Enterprises

7.  Erica Billado, Representative of MWI Veterinary

8.  As yet undisclosed Representative of Automation Werx, LLC

9.  As yet undisclosed Representative of Coastline

10. Jade Jasper, Representative of Elevation Electric

11. Mike Young, Representative of Les Schwab Tire Center

12. Tobin Millican, Representative of Progressive Dairy Service and Supplies

13. Indecipherable Representative of Schow's Inc.

14. As yet undisclosed Representative of Tacoma Screw Products, Inc.

15. Indecipherable Representative of The Dairy Solutions Group (TDSG)

16. As yet undisclosed Representative of Conrad & Bischoff, Inc.

17. As yet undisclosed Representative of United Oil

18. Devin Peterson, Representative of Rocky Mountain Agronomics

19. As yet undisclosed Representative of Clear Lakes Products

20. Alan Carlon, Representative of ABS Global, Inc.

21. Kade Beck, Representative of Butte Irrigation, Inc.

Each of these witnesses filled out a form declaration, apparently prepared by the Debtor, and often without any supporting documentation. If Debtor intends to rely on the witness's/claimant's statements in support of matters set for evidentiary hearing on June 20, the UST expects the Debtor will have those witnesses available for cross-examination. The UST intends to cross examine the witnesses regarding the instructions they received from the Debtor to fill out the form declarations and to attempt to clarify and discern:

(1) that the amount identified in the declarations is based on the "value of any goods received by the debtor within 20 days before the date of commencement of" the Bankruptcy Case, and not something else, what documentation each claimant has to back up the identified amounts, and why that documentation was not provided; and

(2) the potential harm to each witness/claimant if the § 503(b)(9) payments are not paid early. At this point, it is difficult to tell what are the claimants' words versus the Debtors' words. In addition, some of the descriptions of harm are vague, at best.

Date: June 18, 2024

> GREGORY M. GARVIN
> Acting United States Trustee for Region 18
>
> /s/ Jason R. Naess
> JASON R. NAESS
> Attorney for the Acting United States Trustee
> [Non CM/ECF e-mail jason.r.naess@usdoj.gov]

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___June 18, 2024___ I caused the foregoing document to be filed with the Court's CM/ECF system which causes a copy of the foregoing to be served by electronic means on the parties reflected on the Notice of Electronic Filing.

Date: __June 18, 2024_____

> _____/s/_____
> JASON R. NAESS