## BANKRUPTCY COURT
Exhibit List

**SUBMITTED BY:** _____

| CASE NAME: | | COURT DATE: | CASE NUMBER: |
|---|---|---|---|
| Debtor: | | Creditor/Trustee: | |
| Debtor's Counsel: | | Counsel: | |
| Exhibit Nos. _____ | | Exhibit Nos. _____ | |
| PRESIDING JUDGE : | | Matter before the Court: | |

| EXHIBITS | | | DESCRIPTION |
|---|---|---|---|
| NOS. | Date | ADMITTED | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Updated June 11, 2013