## BANKRUPTCY COURT
### Exhibit List - Amended

**SUBMITTED BY:** Debtors

| | | |
|---|---|---|
| **CASE NAME**: In re: Millenkamp Cattle, Inc., et al. | **COURT DATE:** June 20, 2024 | **CASE NUMBER**: 24-40158-NGH |
| **Debtor:** Millenkamp Cattle, Inc., et al. | **Creditor/Trustee:** Various | |
| **Debtor's Counsel**: Matt Christensen/Krystal Mikkilineni | **Counsel:** | |
| **Exhibit Nos.** 1031 - 1038 | **Exhibit Nos.** | |
| **PRESIDING JUDGE :** Noah G. Hillen | **Matter before the Court:** | Debtor's Several Motions |

| EXHIBITS | | | DESCRIPTION |
|---|---|---|---|
| NOS. | Date | ADMITTED | |
| 1031 | | | 503(b)(9) Amended List of Claimants |
| 1032 | | | 503(b)(9) Invoices |
| 1033 | | | 503(b)(9) Claimant Declarations |
| 1034 | | | Third Party Forage Hauling |
| 1035 | | | Corn Silage Contracts |
| 1036 | | | Updated Forecast |
| 1037 | | | Burks Tractor Lease |
| 1038 | | | Additional Invoice for Progressive Dairy Service |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |