Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#3992640

| ☐ Millenkamp Family <br> ☐ Goose Ranch <br> ☐ Black Pine Cattle <br> ☐ Millenkamp Enterprises <br> ☐ Idaho Jersey Girls Jerome Dairy | Chapter 11 Cases |
|---|---|

# DECLARATION OF MWI VETERINARY SUPPLY IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS

Erica Billado, on behalf of MWI Veterinary Supply ("MWI"), states as follows:

1. I am the Accounts Receivable Supervisor of MWI, and make the following statements based on my own personal knowledge.

2. MWI sells pharmaceuticals and veterinary supplies ("Goods") to the Debtors that are critical to maintaining a healthy herd of cattle and for the production of healthful and saleable milk and milk products to the Debtors.

3. MWI provided Goods on credit in the ordinary course of business to the Debtors in the 20 days preceding the filing of the Debtors' bankruptcy cases.

4. The amount owing to MWI by the Debtors for the Goods supplied within the 20 days preceding the filing of these bankruptcy cases, exclusive of late charges, is $484,255.92 as set forth below (the "§503(b)(9) Claim"):

| | |
|---|---|
| Millenkamp Cattle, Inc. (2 accounts) <br>    Millenkamp Cattle:        $397,291.24 <br>    Idaho Jersey Girls Millenkamp:   $77,970.59 | $475,261.83 |
| Idaho Jersey Girls f/k/a Millenkamp Milkers | $3,078.18 |
| Black Pine Cattle, LLC | $5,915.91 |
| TOTAL: | $484,255.92 |

DECLARATION OF MWI VETERINARY SUPPLY IN SUPPORT OF DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS – Page 2

5. A detailed listing of the invoices included in the §503(b)(9) Claim is attached hereto, incorporated herein, and marked Exhibit "A". All Goods reflected in Exhibit A were received by the Debtors within twenty days prior to the filing of their bankruptcy petitions and were sold in the ordinary course of business. The Goods supplied by MWI were essential to preserving the Debtors' livestock in the pre-petition period and continue to be essential during the post-petition period.

6. At the time MWI was supplying the Debtors during the pre-petition period, MWI recognized that the Debtors were experiencing financial distress in that a Receiver had been appointed in a state court proceeding initiated by Debtors' secured creditor. MWI also understood that the Debtors were likely to be filing chapter 11 bankruptcy proceedings.

7. MWI's decision to continue to supply the Debtors with critical pharmaceuticals was based, in part, on the expectation that when the Debtors filed for bankruptcy protection, MWI would be entitled to an administrative claim under 11 U.S.C. §503(b)(9) and that any such claim would be paid promptly.

8. If MWI's §503(b)(9) Claim is not paid promptly, MWI's P&L statement will be negatively impacted by reserves that will be needed for accounting purposes.

9. MWI is currently supplying the Debtors with pharmaceuticals on a COD basis. If MWI's §503(b)(9) Claim is not paid promptly and, as a result, MWI needs to continue to reserve approximately $500,000 of its accounts receivable for accounting purposes, MWI may cease supplying the Debtors going forward.

10. The current aggregate amount of MWI's prepetition claim against the Debtors is approximately $2,063,361.62. Thus, assuming MWI receives payment for its §503(b)(9) Claim, it will continue to have a substantial prepetition claim of approximately $1,579,105.70.

DECLARATION OF MWI VETERINARY SUPPLY IN SUPPORT OF DEBTORS' AMENDED
MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS – Page 3

11.    I declare under penalty of perjury that the foregoing is true and correct.

DATED this __12th__ day of June, 2024.

*Erica Billado*
By: Erica Billado
Title: Accounts Receivable Supervisor

DECLARATION OF MWI VETERINARY SUPPLY IN SUPPORT OF DEBTORS' AMENDED
MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS – Page 4



4/2/2024
**Simple Aging**

**Sum of Remaining Amt**     **BK 4/2**

| Debtor No | Debtor Name | 503b9 Claim Pre-Petition | Grand Total |
|---|---|---|---|
| 38094 | MILLENKAMP CATTLE | $397,291.24 | $397,291.24 |
| 253175 | IDAHO JERSEY GIRLS MILLENKAN | $77,970.59 | $77,970.59 |
| 98390 | MILLENKAMP MILKERS LLC | $3,078.18 | $3,078.18 |
| 36432 | BLACK PINE CATTLE LLC | $5,915.91 | $5,915.91 |
| **Grand Total** | | **$484,255.92** | **$484,255.92** |

**503b9 Admin Claim**

| BK 4/2 | Remaining Amt $ | Remaining Amt % |
|---|---|---|
| 503b9 Claim Pre-Petition | $484,256 | 100.00% |
| **Grand Total** | **$484,256** | **100.00%** |

| Debtor Name | Invoice No | Invoice Date | Doc Desc | Remaining Amt | Original Amt | BK 4/2 | Type of Doc |
|---|---|---|---|---|---|---|---|
| IDAHO JERSEY GIRLS MILLENKA | 53539793 | 4/1/2024 | Invoice From Sales | $7,028.16 | $7,028.16 | 503b9 Claim Pre-Petition | Invoice |
| IDAHO JERSEY GIRLS MILLENKA | 53542540 | 4/1/2024 | Invoice From Sales | $281.67 | $281.67 | 503b9 Claim Pre-Petition | Invoice |
| IDAHO JERSEY GIRLS MILLENKA | 53522289 | 3/29/2024 | Invoice From Sales | $279.37 | $279.37 | 503b9 Claim Pre-Petition | Invoice |
| IDAHO JERSEY GIRLS MILLENKA | 53484419 | 3/28/2024 | Credit memo from sales | ($2,996.64) | ($2,996.64) | 503b9 Claim Pre-Petition | Credit |
| IDAHO JERSEY GIRLS MILLENKA | 53498183 | 3/28/2024 | Invoice From Sales | $2,007.17 | $2,007.17 | 503b9 Claim Pre-Petition | Invoice |
| IDAHO JERSEY GIRLS MILLENKA | 53498184 | 3/28/2024 | Invoice From Sales | $2,918.61 | $2,918.61 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP CATTLE | 53500314 | 3/28/2024 | Invoice From Sales | $6,017.27 | $6,017.27 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP MILKERS LLC | 53460675 | 3/27/2024 | Invoice From Sales | $380.09 | $380.09 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP MILKERS LLC | 53460676 | 3/27/2024 | Invoice From Sales | $537.67 | $537.67 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP MILKERS LLC | 53460677 | 3/27/2024 | Invoice From Sales | $63.60 | $63.60 | 503b9 Claim Pre-Petition | Invoice |
| IDAHO JERSEY GIRLS MILLENKA | 53463018 | 3/27/2024 | Invoice From Sales | $3,359.25 | $3,359.25 | 503b9 Claim Pre-Petition | Invoice |
| IDAHO JERSEY GIRLS MILLENKA | 53463020 | 3/27/2024 | Invoice From Sales | $14,736.12 | $14,736.12 | 503b9 Claim Pre-Petition | Invoice |
| IDAHO JERSEY GIRLS MILLENKA | 53463021 | 3/27/2024 | Invoice From Sales | $2,497.86 | $2,497.86 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP CATTLE | 53463212 | 3/27/2024 | Invoice From Sales | $8,571.53 | $8,571.53 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP CATTLE | 53463213 | 3/27/2024 | Invoice From Sales | $103,994.38 | $103,994.38 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP CATTLE | 53443650 | 3/26/2024 | Invoice From Sales | $875.61 | $875.61 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP CATTLE | 53443999 | 3/26/2024 | Invoice From Sales | $310.26 | $310.26 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP CATTLE | 53327466 | 3/20/2024 | Invoice From Sales | $58.85 | $58.85 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP CATTLE | 53327467 | 3/20/2024 | Invoice From Sales | $91.68 | $91.68 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP CATTLE | 53330007 | 3/20/2024 | Invoice From Sales | $152,856.17 | $152,856.17 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP CATTLE | 53330565 | 3/20/2024 | Invoice From Sales | $1,450.70 | $1,450.70 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP MILKERS LLC | 53330662 | 3/20/2024 | Invoice From Sales | $275.97 | $275.97 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP MILKERS LLC | 53330664 | 3/20/2024 | Invoice From Sales | $1,080.95 | $1,080.95 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP CATTLE | 53331470 | 3/20/2024 | Invoice From Sales | $10,974.74 | $10,974.74 | 503b9 Claim Pre-Petition | Invoice |
| IDAHO JERSEY GIRLS MILLENKA | 53331589 | 3/20/2024 | Invoice From Sales | $6,967.33 | $6,967.33 | 503b9 Claim Pre-Petition | Invoice |
| IDAHO JERSEY GIRLS MILLENKA | 53331591 | 3/20/2024 | Invoice From Sales | $12,299.28 | $12,299.28 | 503b9 Claim Pre-Petition | Invoice |
| IDAHO JERSEY GIRLS MILLENKA | 53331594 | 3/20/2024 | Invoice From Sales | $734.16 | $734.16 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP MILKERS LLC | 53333881 | 3/20/2024 | Invoice From Sales | $123.26 | $123.26 | 503b9 Claim Pre-Petition | Invoice |
| BLACK PINE CATTLE LLC | 53246362 | 3/15/2024 | Invoice From Sales | $2,405.14 | $2,405.14 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP MILKERS LLC | 53247943 | 3/15/2024 | Invoice From Sales | $377.00 | $377.00 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP MILKERS LLC | 53247945 | 3/15/2024 | Invoice From Sales | $239.64 | $239.64 | 503b9 Claim Pre-Petition | Invoice |
| IDAHO JERSEY GIRLS MILLENKA | 53247956 | 3/15/2024 | Invoice From Sales | $8,785.20 | $8,785.20 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP CATTLE | 53248109 | 3/15/2024 | Invoice From Sales | $15,516.57 | $15,516.57 | 503b9 Claim Pre-Petition | Invoice |
| MILLENKAMP CATTLE | 53248111 | 3/15/2024 | Invoice From Sales | $96,573.48 | $96,573.48 | 503b9 Claim Pre-Petition | Invoice |
| IDAHO JERSEY GIRLS MILLENKA | 53194383 | 3/13/2024 | Invoice From Sales | $114.53 | $114.53 | 503b9 Claim Pre-Petition | Invoice |
| BLACK PINE CATTLE LLC | 53194487 | 3/13/2024 | Invoice From Sales | $3,510.77 | $3,510.77 | 503b9 Claim Pre-Petition | Invoice |
| IDAHO JERSEY GIRLS MILLENKA | 53198294 | 3/13/2024 | Invoice From Sales | $12,469.11 | $12,469.11 | 503b9 Claim Pre-Petition | Invoice |
| IDAHO JERSEY GIRLS MILLENKA | 53198295 | 3/13/2024 | Invoice From Sales | $1,275.77 | $1,275.77 | 503b9 Claim Pre-Petition | Invoice |
| IDAHO JERSEY GIRLS MILLENKA | 53198297 | 3/13/2024 | Invoice From Sales | $2,065.44 | $2,065.44 | 503b9 Claim Pre-Petition | Invoice |
| IDAHO JERSEY GIRLS MILLENKA | 53198299 | 3/13/2024 | Invoice From Sales | $3,148.20 | $3,148.20 | 503b9 Claim Pre-Petition | Invoice |
| | | | | $484,255.92 | | | |