**BANKRUPTCY COURT**
**Amended Exhibit List**

**SUBMITTED BY:   RABO AGRIFINANCE LLC (RAF)**

| CASE NAME: | COURT DATE: | CASE NUMBER: |
|---|---|---|
| In Re:<br><br>MILLENKAMP CATTLE, INC.<br><br>Filing Relates to:<br><br>☒ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 6/20/24 | 24-40158-NGH<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| **Plaintiff:** Millenkamp Cattle, Inc. et al.<br><br>**Debtor's Counsel:** Matthew Christensen, Krystal Mikkilineni<br><br>**Exhibit Nos.** <u>1000</u> | | **Co-Defendant/Creditor:** Rabo AgriFinance LLC<br><br>**Counsel:** Sheila R. Schwager, Brent Wilson, Andrew Schoulder<br><br>**Exhibit Nos.** 3000 |
| PRESIDING JUDGE: Noah G. Hillen | | |

| EXHBITS | | | | DESCRIPTION |
|---|---|---|---|---|
| NOS. | | ADMITTED | DATE OF ADMISSION | |
| 3021 | | X | 4/09/24 | 8 Week Cash Flow Budget – Receivership Action Budget |
| 3022 | | X | 4/09/24 | Cash Flow Budget, as of March 22, 2024 |
| 3030 | | X | 4/09/24 | Dkt. 24 – Debtors' DI Financing Motion – filed April 2, 2024 (*April 2, Budget on Exhibit C*) |
| 3074 | | | | Dkt. 15 - Motion for Allowance and Payment of Section 503(B)(9) Claims, filed April 2, 2024 |
| 1015 | | X | 4/09/24 | Debtors' April 8, 2024 Budget |
| 3041 | | X | 5/08/24 | Transcript of 4.9.24 Hearing |

| NOS. | | ADMITTED | DATE OF ADMISSION | |
|------|---|----------|--------------------|---|
| 3044 | | X | 5/08/24 | Email forwarding Debtors' Revised DIP Budget and Revised Budget as of April 17, 2024 |
| 3045 | | X | 5/08/24 | Email forwarding Debtors' Revised DIP Budget and Revised Budget as of May 1, 2024 |
| 1030 | | X | 5/10/24 | Critical Vendor Summary with Liens & 503(B)(9) claims, produced by Debtors' May 9, 2024 |
| 3075 | | | | Dkt. 298 – Declaration of Alicia Burns obo Viterra USA Grain, LLC, filed May 15, 2024 |
| 3076 | | | | Dkt. 308 – Debtors' Amended Motion for Allowance and Payment of Section 503(B)(9) Claims, filed May 20, 2024 |
| 3077 | | | | Dkt. 332 – Johnson May's Application for Allowance of Payment for April 2024, filed May 24, 2024 |
| 3078 | | | | Dkt. 344 – Denton Davis Brown's Application for Allowance of Payment for April 2024, filed May 29, 2024 |
| 3079 | | | | Certain Invoices Requested by RAF and Provided by Debtors on May 31, 2024, to Support 503(B)(9) claims. |
| 3080 | | | | Dkt. 377 – Declaration of Land View, Inc., in support of Debtors' Amended Motion for Allowance and Payment of Section 503(B)(9) Claims, filed June 6, 2024 |
| 3081 | | | | Dkt. 383 – Declaration of Alicia Burns, in support of Section 503(B)(9) Claims, filed June 6, 2024 |
| 3082 | | | | Dkt. 387 – Johnson May's Application for Allowance of Payment for May 2024, filed June 7, 2024 |
| 3083 | | | | Forbes Report, as of June 7, 2024 (*under seal in accordance with final cash order, Dkt. 336*) |
| 3084 | | | | Weekly Variance Report, dated June 9, 2024 |
| 3085 | | | | Dkt. 404 – Debtors' June 2024 Status Report, filed on June 11, 2024 |
| 3086 | | | | Dkt. No. 406 - Denton Davis Brown's Application for Allowance of Payment for May 2024, filed June 12, 2024 |

RABO AGRIFINANCE LLC'S AMENDED EXHIBIT LIST- 2 -

| NOS. | | ADMITTED | DATE OF ADMISSION | |
|------|---|----------|-------------------|---|
| 3087 | | | | Forbes Report, as of June 12, 2024 (*under seal in accordance with final cash order, Dkt. 336*) |
| 3088 | | | | Dkt. 427 – Supplement to Debtors' Amended Motion for Allowance and Payment of Section 503(B)(9) Claims, filed June 14, 2024 |
| 3089 | | | | Dkt. 430 – Supporting Declarations of Debtors' Motion for Allowance and Payment of Section 503(B)(9) Claims, filed June 18, 2024 |
| 3090 | | | | FTI Sensitivity Analysis |