## BANKRUPTCY COURT
Exhibit List - Amended

**SUBMITTED BY:** Debtors

| CASE NAME: In re: Millenkamp Cattle, Inc., et al. | COURT DATE: June 20, 2024 | CASE NUMBER: 24-40158-NGH |
|---|---|---|
| **Debtor:** Millenkamp Cattle, Inc., et al. | **Creditor/Trustee:** Various | |
| **Debtor's Counsel:** Matt Christensen/Krystal Mikkilineni | **Counsel:** | |
| **Exhibit Nos.** 1031 - 1038 | **Exhibit Nos.** | |
| **PRESIDING JUDGE:** Noah G. Hillen | **Matter before the Court:** Debtor's Several Motions | |

| EXHIBITS NOS. | Date | ADMITTED | DESCRIPTION |
|---|---|---|---|
| 1031 | | | 503(b)(9) Amended List of Claimants |
| 1032 | | | 503(b)(9) Invoices |
| 1033 | | | 503(b)(9) Claimant Declarations |
| 1034 | | | Third Party Forage Hauling |
| 1035 | | | Corn Silage Contracts |
| 1036 | | | Updated Forecast |
| 1037 | | | Burks Tractor Lease |
| 1038 | | | Additional Invoice for Progressive Dairy Service |
| 1039 | | | MWI Invoices |

Updated June 11, 2013