# BANKRUPTCY COURT
## Exhibit List

| **CASE NAME**: Millenkamp Cattle, LLC | **COURT DATE**: April 9-10, 2024; May 8-9, 2024; June 20, 2024 | **CASE NUMBER**: 24-40158-NGH |
|---|---|---|
| **Debtor(s) Counsel:** Matthew T. Christensen, Krystal R Mikkilineni, Robert E. Richards, Tirzah R. Roussell, Justin May - 1000 Exhibit Series<br><br>**United States Trustee Counsel:** Brett Cahoon, Jason Naess - 4000 Exhibit Series | **Creditor MetLife Real Estate Lending LLC, Metropolitan Life Insurance Company – Counsel:** Ron C Bingham, II, Nikolaus F Schandlbauer, Kimbell D. Gourley - 2000 Exhibit Series<br><br>**Creditor Rabo AgriFinance LLC – Counsel:** Andrew Schoulder, Sheila Rae Schwager, Brent Russel Wilson - 3000 Exhibit Series<br><br>**Creditor Western States Equipment Co. – Counsel:** JB Evans - 5000 Exhibit Series<br><br>**Creditor CNH Industrial Capital America LLC – Counsel:** Kent Carter, Meredith Thielbahr - 6000 Exhibit Series<br><br>**Creditor Conterra Holdings, LLC – Counsel:** Zachary Fairlie, John O'Brien, Scott Powers - 7000 Exhibit Series<br><br>**Creditor Raft River Rural Electric Cooperative, Inc., Creditor United Electric Co-op, Inc – Counsel:** Rhett Miller – 8000 Exhibit Series | |
| **PRESIDING JUDGE:** Noah G Hillen | **COURTROOM DEPUTY**: | Melanie Battle |

| Debtor | Admitted | Exhibit Description |
|---|---|---|
| 1000 | | Appraisal – East Valley Dairy |
| 1001 | | Appraisal – German Dairy |
| 1002 | | Appraisal – Idaho Jersey Girls Jerome Dairy |
| 1003 | | Appraisal – Millenkamp Canyonlands |
| 1004 | | Appraisal – Goose Ranch |
| 1005 | | Appraisal – McGregor |
| 1006 | | Appraisal – Moonshine Ranch |
| 1007 | | Appraisal – Calf Ranch |
| 1008 | | Summary of Real Estate Appraisals |
| 1009 | Admitted 4.9.24 | Inventory List |

| | | |
|---|---|---|
| 1010 | | Equipment Appraisal (2023) |
| 1011 | Admitted 4.9.24 | Rabo DIP Proposal |
| 1012 | Admitted 4.9.24 | Sandton DIP Proposal |
| 1013 | Admitted 4.9.24 | Schoulder letter to O'brian |
| 1014 | | Non-Financial considerations |
| 1015 | Admitted 4.9.24 | 4/8 Updated DIP Budget |
| 1016 | Admitted 4.9.24 | Amended Western States Lease |
| 1017 | Admitted 4.9.24 | 3/6 Draft Budget |
| 1018 | Admitted 5.8.24 | Equipment Appraisal |
| 1019 | Admitted 5.8.24 | Livestock Appraisal |
| 1020 | Admitted 5.8.24 | Broker's Price Opinion |
| 1021 | Admitted 5.8.24 | Inventory - 4/9/24 Hearing |
| 1022 | Admitted 5.8.24 | Updated Inventory - 5/2/24 |
| 1023 | Admitted 5.8.24 | Equity Cushion Analysis |
| 1024 | Admitted 5.8.24 | Rabo's Equity Cushion in Personal Property |
| 1025 | Admitted 5.8.24 | Investment Banker Report |
| 1026 | Admitted 5.8.24 | Cash Collateral Budget |
| 1027 | Admitted 5.8.24 | Critical Vendor List |
| 1028 | Admitted 5.8.24 | Western States Lease |
| 1029 | Admitted 5.8.24 | Sandton DIP Agreement |
| 1030 | Admitted 5.9.24 | Creditor Vendors Lien |
| 1031 | Admitted 6.20.24 | 503(b)(9) Amended List of Creditors |
| 1032 | Admitted 6.20.24 | 503(b)(9) Invoices |
| 1033 | | 503(b)(9) Claimant Declarations |
| 1034 | Admitted 6.20.24 | Third Party Forage Hauling |
| 1035 | Admitted 6.20.24 | Corn Silage Contracts |
| 1036 | Admitted 6.20.24 | Updated Forecast |
| 1037 | Admitted 6.20.24 | Burks Tractor Lease |
| 1038 | Admitted 6.20.24 | Additional Invoice for Progressive Dairy Services |

| | | | |
|---|---|---|---|
| 1039 | Admitted 6.20.24 | Invoices | |
| | | | |
| | | | |
| Metlife | | | |
| 2000 | Admitted 4.9.24 | Promissory Note A | |
| 2001 | Admitted 4.9.24 | Promissory Note B | |
| 2002 | Admitted 4.9.24 | Promissory Note C | |
| 2003 | Admitted 4.9.24 | Promissory Note D | |
| 2004 | Admitted 4.9.24 | Promissory Note E | |
| 2005 | Admitted 4.9.24 | Promissory Note 199858 | |
| 2006 | Admitted 4.9.24 | 2018 Mortgage | |
| 2007 | Admitted 4.9.24 | First Amendment to 2018 Mortgage | |
| 2008 | Admitted 4.9.24 | Second Amendment to 2018 Mortgage | |
| 2009 | Admitted 4.9.24 | 2019 Mortgage | |
| 2010 | Admitted 4.9.24 | Milk Creek Assignment Agreement (Note A) | |
| 2011 | Admitted 4.9.24 | Milk Creek Assignment Agreement (Note B) | |
| 2012 | Admitted 4.9.24 | Milk Creek Assignment Agreement (Note C) | |
| 2013 | Admitted 4.9.24 | Milk Creek Assignment Agreement (Note C) | |
| 2014 | Admitted 4.9.24 | Milk Creek Assignment Agreement (Note D and E) | |
| 2015 | Admitted 4.9.24 | Intercreditor Agreement (RAF) | |
| 2016 | Admitted 4.9.24 | First Amendment to Intercreditor Agreement (RAF) | |
| 2017 | Admitted 4.9.24 | Second Amendment to Intercreditor Agreement (RAF) | |
| 2018 | Admitted 4.9.24 | Third Amendment to Intercreditor Agreement (RAF) | |
| 2019 | Admitted 4.9.24 | Subordination and Intercreditor Agreement (RAF) | |
| 2020 | Admitted 4.9.24 | Subordination and Intercreditor Agreement (Conterra) | |
| 2021 | Admitted 5.8.24 | UCC Statement (Doc # 20182631221) | |
| 2022 | Admitted 5.8.24 | Amendment to UCC Statement filed on October 4, 2018 (Add Collateral) (Doc # 20200576479) | |
| 2023 | Admitted 5.8.24 | Amendment to UCC Statement filed on October 4, 2018 (Add Debtor) (Doc # 20200576484) | |

| | | |
|---|---|---|
| 2024 | Admitted 5.8.24 | Amendment to UCC Statement filed on October 4, 2018 (Add Collateral) (Doc # 20210836187) |
| 2025 | Admitted 5.8.24 | Amendment to UCC Statement filed on October 4, 2018 (Add Collateral) (Doc # 20221487538) |
| 2026 | Admitted 5.8.24 | Amendment to UCC Statement filed on October 4, 2018 (Continuation) (Doc # 20230633226) |
| 2027 | Admitted 5.8.24 | UCC Statement (Doc # 20194572319) |
| 2028 | Admitted 5.8.24 | Amendment to UCC Statement filed on March 19, 2019 (Continuation) (Doc # 20231790159) |
| | | |
| | | |
| | | |
| | | |
| Rabo | | |
| 3000 | Admitted 4.9.24 | Third Amended and Restated Loan and Security Agreement, dated April 21, 2021 ("Loan Agreement") |
| 3001 | Admitted 4.9.24 | First Amendment to Third Amended and Restated Loan and Security Agreement, dated June 23, 2021 ("First Amendment") |
| 3002 | Admitted 4.9.24 | Second Amendment to Third Amended and Restated Loan and Security Agreement, dated October 21, 2022 ("Second Amendment") |
| 3003 | Admitted 4.9.24 | Intercreditor Agreement, dated September 18, 2018 ("First Intercreditor Agreement") |
| 3004 | Admitted 4.9.24 | Milk Check Assignment Agreement ("Milk Agreements") |
| 3005 | Admitted 4.9.24 | Collateral Assignment of Milk Contracts ("Collateral Assignment") |
| 3006 | Admitted 4.9.24 | Long-Term Forbearance Agreement, effective October 20, 2022 ("Forbearance Agreement") |
| 3007 | Admitted 4.9.24 | Subordination and Intercreditor Agreement, dated October 20, 2022 ("Second Intercreditor Agreement") |
| 3008 | Admitted 4.9.24 | DL Control Account Agreement |
| 3009 | | August 11, 2023, email from Borrowers ("August 11 Conversion Email") |
| 3010 | Admitted 4.9.24 | Notice of Termination of Forbearance Agreement, dated August 14, 2023 ("Termination Notice") |
| 3011 | Admitted 4.9.24 | Rabo AgriFinance – Borrowing Base Certificate for Millenkamp Cattle et al / dated March 31, 2023 |
| 3012 | Admitted 4.9.24 | Rabo AgriFinance – Borrowing Base Certificate for Millenkamp Cattle et al / dated May 31, 2023 |
| 3013 | Admitted 4.9.24 | Rabo AgriFinance – Borrowing Base Certificate for Millenkamp Cattle et al / dated December 31, 2023 |
| 3014 | Admitted 4.10.24 | Draft Borrowing Base Certificate – dated February 29, 2024 |
| 3015 | Admitted 4.10.24 | Rabo – Debtors' Long Term Projections as of March 29, 2024 |
| 3016 | Admitted 4.9.24 | Standton Priming DIP Facility and RAF proposed DIP Facility |

| | | |
|---|---|---|
| 3017 | | Financial Support Agreement, dated February 19, 2024 |
| 3018 | | Blank |
| 3019 | | Stipulated Facts and Exhibits for Receivership Hearing, February 9, 2024 |
| 3020 | Admitted 4.10.24 | Order Appointing Receiver, filed February 16, 2024 |
| 3021 | Admitted 4.9.24 | 8 Week Cash Flow Budget – Receivership Action Budget |
| 3022 | Admitted 4.9.24 | Cash Flow Budget, as of March 22, 2024 |
| 3023 | | Redline Receivership Terms Comparison – Sandton DIP Term Sheet |
| 3024 | | Updated – Rabobank Term Sheet Redline (compared to Redline Term Sheet filed by RAF on April 3, 2024) |
| 3025 | | Updated Rabobank Term Sheet Redline (compared to Sandton Term Sheet) |
| 3026 | | Pricing Comparison of Rabobank DIP Financing Compared to Sandton and Conterra |
| 3027 | | Declaration of Matthew R. McKinlay in support of Emergency Motion for Entry of Revised Receivership Order |
| 3028 | | Status Report and Renewed Request for Entry of Revised Receivership Order on Emergency Motion |
| 3029 | Admitted 4.9.24 | Debtors' Cash Collateral Motion – filed April 2, 2024 |
| 3030 | Admitted 4.9.24 | Debtors' DIP Financing Motion – filed April 2, 2024 |
| 3031 | Admitted 4.9.24 | Declaration of William John Millenkamp in support of First Day Motions –filed April 2, 2024 |
| 3032 | Admitted 4.9.24 | DIP Proposal Comparison |
| 3033 | Admitted 4.10.24 | Debtors Leverage Summary as of the Petition date |
| 3034 | Admitted 4.9.24 | Rabobank Term Sheet as of 4.8.24 |
| 3035 | | Declaration of Kati Churchill |
| 3036 | Admitted 4.10.24 | Rabobank Redline Term Sheet |
| 3037 | Admitted 4.10.24 | Creditor CNH Industrial Capital America LLC Objection to Debtor's Emergency Motion for Interim and Final Orders, Doc. No. 126 |
| 3038 | Admitted 4.9.24 | Email Exchange |
| 3039 | Admitted 4.10.24 | Supplement to Rabo AgriFinance LLC's Second Supplement to Rabo AgriFinance LLC's Omnibus Objection |
| 3040 | Admitted 4.10.24 | Supplement to Motion to Obtain Post-Petition Financing |
| 3041 | Admitted 5.8.24 | Transcript of 4.9.24 Hearing |
| 3042 | Admitted 5.8.24 | Transcript of 4.10.24 Hearing |
| 3043 | Admitted 5.8.24 | DKT 170: Supplement to DIP Motion- Agreed Upon DIP Loan Agreement |
| 3044 | Admitted 5.8.24 | Email Forwarding Debtor's Revised DIP Budget and Revised Budget as of April 17, 2024 |

| | | |
|---|---|---|
| 3045 | Admitted 5.8.24 | Email forwarding Debtor's Revised DIP Budget and Revised Budget as of May 1, 2024 |
| 3046 | Admitted 5.8.24 | Dkt. 215 Millenkamp Cattle, Inc. Schedules |
| 3047 | Admitted 5.8.24 | Dkt. 220 20 Largest Unsecured Creditors (2pp) |
| 3048 | Admitted 5.8.24 | Dkt. 23, East Valley Cattle Schedules (46pp). |
| 3049 | | Idaho Certificate of Titles with 1st Lienholders |
| 3050 | | UCC Filings attached to Millenkamp Equipment |
| 3051 | | DIP Budget Comparison |
| 3052 | Admitted 5.8.24 | Debtors' Variance Reports |
| 3053 | | FTI Weekly Variance Report |
| 3054 | Admitted 5.8.24 | Email correspondence from David Heida on behalf of Bill Millenkamp to Douglas Gibson at MetLife, dated August 4, 2023. |
| 3055 | Admitted 5.9.24 | Email correspondence between Robert Rice at Sandton with David Heida and Bill Millenkamp re: refinance and KeyBank attachment. |
| 3056 | Admitted 5.9.24 | Email Correspondence between Andrew Wenger and Robert Rice at Sandton Capital with David Heida re: attachedDIP Budget |
| 3057 | Admitted 5.8.24 | Agreement between Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifield Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C. Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thomson, Steel Ranch, LLC, Dusty Brow Farms, Inc., Millenkamp Cattle, Inc., and William Millenkamp |
| 3058 | Admitted 5.9.24 | FTI Cash Flow Analysis |
| 3059 | Admitted 5.8.24 | Millenkamp Monthly Financial Statements 2020 – 2023 |
| 3060 | Admitted 5.8.24 | Forbes Partners CMI for Millenkamp |
| 3061 | Admitted 5.8.24 | Riveron CMI for Millenkamp |
| 3062 | Admitted 5.8.24 | DIP Budget Comparison 3/22/24-4/30/24 |
| 3063 | Admitted 5.8.24 | Email from D Heida to James Brooks and Art Moessner re Millenkamp Loan Term Sheet |
| 3064 | Admitted 5.8.24 | Millenkamp Text Messages re Aaron Johnson |
| 3065 | Admitted 5.8.24 | Email from D Heida to R Rice re: Millenkamp Financial Projections |
| 3066 | Admitted 5.8.24 | Email from D Heida to A Jensen re: Current Financials |
| 3067 | Admitted 5.8.24 | Emails between D Heida and D Gibson re Millenkamp Restructuring Sheet |
| 3068 | Admitted 5.8.24 | Millenkamp Cattle Inc., TERM SHEET- January 31, 2024 |
| 3069 | Admitted 5.9.24 | Email from D Gibson to D Heida re: Millenkamp Funding Request |

| | | |
|---|---|---|
| 3070 | | Email from D Heida to Adam Olivas and B Millenkamp re: Questions from Forbes |
| 3071 | | Email Correspondence from D Heida to Forbes re Changes to Forbes CIM |
| 3072 | Admitted 5.8.24 | Email correspondence from Forbes to Platinum Equity re Forbes CIM |
| 3073 | Admitted 5.8.24 | Audited Millenkamp Combined Financial Statements, Years Ended December 31, 2022 and 2021 |
| 3074 | Admitted 6.20.24 | Dkt. 15, Motion for Allowance and Payment of Section 503(B)(9) Claims, Filed April 2, 2024 |
| 3075 | | Dkt. 308 – Debtors' Amended Motion for Allowance and Payment of Section 503(B)(9) Claims, filed May 20, 2024 |
| 3076 | Admitted 6.20.24 | Dkt. 308 – Debtors' Amended Motion for Allowance and Payment of Section 503(B)(9) Claims, filed May 20, 2024 |
| 3077 | Admitted 6.20.24 | Dkt. 332 – Johnson May's Application for Allowance of Payment for April 2024, filed May 24, 2024 |
| 3078 | Admitted 6.20.24 | Dkt. 344 – Denton Davis Brown's Application for Allowance of Payment for April 2024, filed May 29, 2024 |
| 3079 | Admitted 6.20.24 | Certain Invoices Requested by RAF and Provided by Debtors on May 31, 2024, to Support 503(B)(9) claims. |
| 3080 | | Dkt. 377 – Declaration of Land View, Inc., in support of Debtors' Amended Motion for Allowance and Payment of Section 503(B)(9) Claims, filed June 6, 2024 |
| 3081 | | Dkt. 383 – Declaration of Alicia Burns, in support of Section 503(B)(9) Claims, filed June 6, 2024 |
| 3082 | Admitted 6.20.24 | Dkt. 387 – Johnson May's Application for Allowance of Payment for May 2024, filed June 7, 2024 |
| 3083 | Admitted 6.20.24 | Forbes Report, as of June 7, 2024 (under seal in accordance with final cash order, Dkt. 336) |
| 3084 | Admitted 6.20.24 | Weekly Variance Report, dated June 9, 2024 |
| 3085 | Admitted 6.20.24 | Dkt. 404 – Debtors' June 2024 Status Report, filed on June 11, 2024 |
| 3086 | Admitted 6.20.24 | Dkt. No. 406 - Denton Davis Brown's Application for Allowance of Payment for May 2024, filed June 12, 2024 |
| 3087 | Admitted 6.20.24 | Forbes Report, as of June 12, 2024 (under seal in accordance with final cash order, Dkt. 336) |
| 3088 | | Dkt. 427 – Supplement to Debtors' Amended Motion for Allowance and Payment of Section 503(B)(9) Claims, filed June 14, 2024 |
| 3089 | | Dkt. 430 – Supporting Declarations of Debtors' Motion for Allowance and Payment of Section 503(B)(9) Claims, filed June 18, 2024 |
| 3090 | Admitted 6.20.24 | FTI Sensitivity Analysis |
| | | |
| | | |
| Conterra Holdings | | |
| 7001 | Admitted 4.9.24 | Conterra endorsed to Ag Funding SC II LLC ("Ag Funding"), Exhibit 1 (the "$16,500,000 Note"). |
| 7002 | Admitted 4.9.24 | Loan And Security Agreement dated October 20, 2022, Exhibit 2 |

| | | |
|---|---|---|
| 7003 | Admitted 4.9.24 | Financing Statement filed with the Idaho Secretary of State on February 19, 2024 as Doc. No. 20240226411, Exhibit 3 |
| 7004 | Admitted 4.9.24 | Financing Statement filed with the Idaho Secretary of State on February 20, 2024 as Doc. No. 20240226555, Exhibit 4 |
| 7005 | Admitted 4.9.24 | Note Borrowers executed and delivered a Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing (Third Priority) dated October 20, 2022, Exhibit 5 |
| 7006 | Admitted 4.9.24 | Conterra endorsed to Rooster Capital IV LLC ("Rooster"), Exhibit 6 |
| 7007 | Admitted 4.9.24 | Note Borrowers executed and delivered a Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated October 20, 2022, Exhibit 7 |
| 7008 | Admitted 4.9.24 | Financing Statement filed with the Idaho Secretary of State on October 28, 2022 as Doc. No. 20221833441, Exhibit 8 |
| 7009 | Admitted 4.9.24 | Financing Statement filed with the Jerome County Clerk and Recorder on October 20, 2022 at Instrument No. 2224756,, Exhibit 9 |
| 7010 | Admitted 4.9.24 | Note Borrowers executed and delivered a Milk Check Assignment Agreement For Glanbia Foods, Inc. dated October 26, 2022, Exhibit 10 |
| | | |
| | | |
| Raft River | | |
| 8000 | | Raft River / Millenkamp April 2023 Invoice |
| 8001 | | Raft River / Millenkamp May 2023 Invoice |
| 8002 | | Raft River / Millenkamp June 2023 Invoice |
| 8003 | | Raft River / Millenkamp July 2023 Invoice |
| 8004 | | Raft River / Millenkamp August 2023 Invoice |
| 8005 | | Raft River / Millenkamp September 2023 Invoice |
| 8006 | | Raft River / Millenkamp October 2023 Invoice |
| 8007 | | Raft River / Millenkamp November 2023 Invoice |
| 8008 | | Raft River / Millenkamp December 2023 Invoice |
| 8009 | | Raft River / Millenkamp January 2024 Invoice |
| 8010 | | Raft River / Millenkamp February 2024 Invoice |
| 8011 | | Raft River / Millenkamp March 2024 Invoice |
| 8012 | | Raft River / Millenkamp April 2024 Invoice |
| 8013 | | Raft River / Black Pine January 2023 Invoice |
| 8014 | | Raft River / Black Pine February 2023 Invoice |

| | | |
|---|---|---|
| 8015 | | Raft River / Black Pine March 2023 Invoice |
| 8016 | | Raft River / Black Pine April 2023 Invoice |
| 8017 | | Raft River / Black Pine May 2023 Invoice |
| 8018 | | Raft River / Black Pine June 2023 Invoice |
| 8019 | | Raft River / Black Pine July 2023 Invoice |
| 8020 | | Raft River / Black Pine August 2023 Invoice |
| 8021 | | Raft River / Black Pine September 2023 Invoice |
| 8022 | | Raft River / Black Pine October 2023 Invoice |
| 8023 | | Raft River / Black Pine November 2023 Invoice |
| 8024 | | Raft River / Black Pine December 2023 Invoice |
| 8025 | | Raft River / Black Pine January 2024 Invoice |
| 8026 | | Raft River / Black Pine February 2024 Invoice |
| 8027 | | Raft River / Black Pine March 2024 Invoice |
| 8028 | | Raft River / Black Pine April 2024 Invoice |
| 8029 | | Raft River General Policy re Member Accounting Practices |
| 8030 | | Millenkamp Cattle Inc. Check #53476 |
| 8031 | | United Electric / Millenkamp Cattle January 2023 Invoice |
| | | Left Blank |
| | | Left Blank |
| 8034 | | United Electric / Millenkamp Cattle February 2023 Invoice |
| 8035 | | United Electric / Millenkamp Cattle March 2023 Invoice |
| 8036 | | United Electric / Millenkamp Cattle April 2023 Invoice |
| 8037 | | United Electric / Millenkamp Cattle May 2023 Invoice |
| 8038 | | United Electric / Millenkamp Cattle June 2023 Invoice |
| 8039 | | United Electric / Millenkamp Cattle July 2023 Invoice |
| 8040 | | United Electric / Millenkamp Cattle August 2023 Invoice |
| 8041 | | United Electric / Millenkamp Cattle September 2023 Invoice |
| 8042 | | United Electric / Millenkamp Cattle October 2023 Invoice |
| 8043 | | United Electric / Millenkamp Cattle November 2023 Invoice |

| | | |
|---|---|---|
| 8044 | | United Electric / Millenkamp Cattle December 2023 Invoice |
| 8045 | | United Electric / Millenkamp Cattle January 2024 Invoice |
| 8046 | | United Electric / Millenkamp Cattle February 2024 Invoice |
| 8047 | | United Electric / Millenkamp Cattle March 2024 Invoice |
| 8048 | | United Electric / Millenkamp Cattle April 2024 Invoice |
| 8049 | | United Electric / Millenkamp Cattle May 2024 Invoice |
| | | |
| Viterra | | |
| 9000 | Admitted 6.20.24 | Summary of shipments of feed and other commodities from Viterra USA Grain, LLC to the Debtor within the 20-days prior to the petition date |
| 9001 | Admitted 6.20.24 | Summary of shipments of feed and other commodities from Viterra USA Ingredients, LLC to the Debtor within the 20-days prior to the petition date. |
| 9002 | Admitted 6.20.24 | Invoices for shipments of feed and other commodities from Viterra USA Grain, LLC to the Debtor within the 20-days prior to the petition date. |
| 9003 | Admitted 6.20.24 | Invoices for shipments of feed and other commodities from Viterra USA Ingredients, LLC to the Debtor within the 20-days prior to the petition date. |