# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF IDAHO

IN RE:

| | |
|---|---|
| Millenkamp Cattle, Inc. | Case No. 24-40158-NGH |
| Debtor | |
| Filing relates to: | Jointly Administered With Case Nos. |
| ☐ ALL DEBTORS | 24-40159-NGH (Idaho Jersy Girls) |
| ☐ Millenkamp Cattle, Inc. | 24-40160-NGH (East Valley Cattle) |
| ☐ Idaho Jersey Girls | 24-40161-NGH (Millenkamp Properties) |
| ☐ East Valley Cattle | 24-40162-NGH (Millenkamp Properties II) |
| ☒ Millenkamp Properties | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Properties II | 24-40164-NGH (Goose Ranch) |
| ☐ Millenkamp Family | 24-40166-NGH (Black Pine Cattle) |
| ☐ Goose Ranch | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Black Pine Cattle | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Millenkamp Enterprises | Chapter 11 Cases |
| ☐ Idaho Jersey Girls Jerome Dairy | |

### NOTICE PURSUANT TO 11 U.S.C. § 546(b) BY
### CONTERRA HOLDINGS, LLC D/B/A CONTERRA AG CAPITAL AS LOAN SERVICER AND POWER OF ATTORNEY FOR ROOSTER CAPITAL IV LLC

Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC ("Conterra") by and through its attorneys, Spencer Fane LLP, hereby submits its Notice Pursuant to 11 U.S.C. § 546(b) as follows:

1. As of the April 2, 2024 Petition date the Debtor is indebted to Conterra in the amount of $2,576,728.08. The debt is secured by a Mortgage, Assignment of Rents and Fixture Filing

dated October 20, 2022 and recorded on October 20, 2022 at Instrument No. 2224754, Jerome County records which was assigned by virtue of an Assignment of Mortgage dated October 20, 2022 and recorded on October 20, 2022 at Instrument No. 2224755, Jerome County records concerning the real property described therein concerning property commonly known as the "German Dairy" (the "Property"), a copy of which is attached to Conterra's proof of claim filed in Case No. 24-40161, Claim No. 1.

2. Pursuant to 11 U.S.C. § 546(b), Conterra hereby gives notice to perfect its interest in all rents, issues, and profits of every nature derived from the Property. Conterra demands segregation and accounting or payment of the funds received from the Property.

WHEREFORE, Conterra respectfully provides the foregoing Notice Pursuant to 11 U.S.C. § 546(b).

DATED June 21, 2024.

Respectfully submitted,

SPENCER FANE LLP

/s/John O'Brien
John O'Brien (*Pro Hac Vice*)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554
Telephone: 303-839-3800
Email: jobrien@spencerfane.com

Scott C. Powers #9958
Spencer Fane LLP
10 Exchange Place, 11th Floor
Salt Lake City, UT 84111
Telephone: 801-322-9164
Email: spowers@spencerfane.com

Zachary Fairlie (*Pro Hac Vice*)
Spencer Fane LLP

1000 Walnut Street, Suite 1400
Kansas City, MO  64106-2140
Telephone:  816-474-8100
Fax:  816-474-3216
Email:  zfairlie@spencerfane.com

Attorneys for Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 21, 2024 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Bruce Anderson | brucea@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| W. Kent Carter | kentcarter@grsm.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| John Brian (JB) Evans | Evans.jb@dorsey.com |
| Brian A. Faria | brian@sawtoothlaw.com |
| David D. Farrell | dfarrell@thompsoncoburn.com |
| Robert A. Faucher | RFaucher@hollandhart.com |
| Scott D. Fink | sfink@weltman.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Zachery J. McCraney | ZJMcCraney@hollandhart.com |
| Krystal Mikkilineni | Krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| Heidi Buck Morrison | heidi@racineolson.com |
| John D. Munding | John@Mundinglaw.com |
| James J. Niemeier | jniemeier@mcgrathnorth.com |
| Gabriel L. Olivera | golivera@omm.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | Robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| Miranda Russell | mrussell@mofo.com |

| | |
|---|---|
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Steven F. Schossberg | sschossberger@trout-law.com |
| Andrew Schoulder | Andrew.Schoulder@nortonrosefulbright.com |
| Louis Spiker | Louis.spiker@millernash.com |
| Richard L. Stacey | stacey@mwsslawyers.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| U.S. Trustee | Ustp.region18.bs.ecf@usdoj.gov |
| Joseph M. Wager | wager@mwsslawyers.com |
| Arnold Wagner | wagner@mwsslawyers.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

The undersigned further certifies that on June 21, 2024 a true and correct copy of the foregoing was served to the following by first class, postage prepaid U.S. Mail:

Millenkamp Cattle, Inc.
471 N 300 Rd W
Jerome, ID  83338

Matthew T. Christensen
Johnson May
199 N. Capitol Blvd Ste 200
Boise, ID  83702

Robert E. Richards
Krystal Mikkilineni
Tirzah R. Roussell
DENTONS US LLP
233 Wouth Wacker Drive
Suite 5900
Chicago, IL  60606

/s/*John O'Brien*
John O'Brien

DE 8825435.1