UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor.<br><br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No.: 24-40158-NGH<br><br>Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**ORDER APPROVING EMPLOYMENT OF ATTORNEY**

This matter having come before the Court on the Application For Employment of Attorney and Notice [Docket #334], filed on May 24, 2024 and served on May 24, 2024, and notice given with no objections filed in the twenty-one (21) day period.; and for good cause shown:

IT IS HEREBY ORDERED THAT:

1

1. **Pursuant to 11 U.S.C. § 327**[1], the hiring of Bruce A. Anderson and the law firm of Elsaesser Anderson Chtd. to act as Co-Counsel to the Official Committee of Unsecured Creditors in the above-entitled case is approved.

2. The fees for said law firm shall be on a general hourly basis and limited by the net assets of the estate.

3. The actual award of compensation is subject to § 330 and further order of the Court.

4. The effective date of the approval of employment, as required by LBR 2014.1(c), is May 24, 2024.

//end of text//

DATED: June 21, 2024

_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Submitted by: /s/ Bruce A. Anderson
Elsaesser Anderson Chtd.
Proposed Co-Counsel for the Official Committee of Unsecured Creditors

---

[1] Language added by Court.