# Notice Recipients

District/Off: 0976−8  
Case: 24−40158−NGH  
User: admin  
Form ID: pdf116  
Date Created: 6/21/2024  
Total: 5

**Recipients of Notice of Electronic Filing:**
```
ust     US Trustee            ustp.region18.bs.ecf@usdoj.gov
aty     Brett R Cahoon        ustp.region18.bs.ecf@usdoj.gov
aty     Jason Ronald Naess    Jason.r.naess@usdoj.gov
```
                                                                                      TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
crcm    Bruce A. Anderson    320 East Neider Avenue    Suite 102    Coeur d'Alene, ID 83815
aty     Bruce A. Anderson    320 East Neider Avenue    Suite 102    Coeur d'Alene, ID 83815
```
                                                                                      TOTAL: 2