UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**ORDER ON AMENDED MOTION TO ALLOW AND PAY § 503(b)(9) CLAIMS; MOTION FOR APPROVAL TO PREPAY VENDORS; MOTION FOR APPROVAL TO ENTER INTO POST-PETITION EQUIPMENT LEASE; AND MOTION FOR AUTHORITY TO ADVANCE ON THE DIP FACILITY**

Before the Court are four motions filed by the Debtors in this case. Those motions seek approval to: 1) enter into a post-petition equipment lease (Doc. No. 375); 2) pre-pay corn silage, hay, and straw vendors (Doc. No. 374); 3) allow and pay § 503(b)(9) claims (Doc. No. 308); and 4) draw funds from the DIP facility (Doc. No. 378). The Court conducted an evidentiary hearing

ORDER – 1

on the motions on June 20, 2024. At the conclusion of the hearing, the Court verbally granted the motion on the equipment lease and took the remaining motions under advisement. Upon consideration of the evidence and testimony presented at the hearing,

**IT IS HEREBY ORDERED THAT** the Motion to Enter into Post-Petition Equipment Lease with Burks Tractor Co., Inc., Doc. No. 375, is GRANTED.

**IT IS FURTHER HEREBY ORDERED THAT** the Motion for Authority to Pre-Pay Certain Silage and Hay/Straw Vendors for Future Deliveries, Doc. No. 374, is GRANTED. The Court understands from the testimony presented that vendors are requiring Debtor to make deposits of up to 50%, and these products are necessary to maintain the health of the livestock. By this order, Debtor is permitted to 1) use $2.5 million to prepay vendors up to 50% of future corn silage contracts, 2) use $2.5 million to prepay vendors up to 50% of future straw and hay contracts, and 3) use $1.5 million to prepay a deposit to H&M Custom for the cost of chopping services for hay, straw, and corn silage.

**IT IS FURTHER HEREBY ORDERED THAT** Debtors must account for each prepayment in its weekly report, including: 1) the name of the vendor receiving the prepayment, 2) the amount of the prepayment, 3) the commodity Debtor is purchasing with the prepayment, and 4) the total anticipated contract price.

**IT IS FURTHER HEREBY ORDERED THAT** the Amended Motion for Allowance and Payment of § 503(b)(9) Claims, Doc. No. 308, is GRANTED IN PART and DENIED IN PART. The following claims are allowed as § 503(b)(9) claims as presented on Exhibit 1031 with the exception of the Elevation Electric claim:

| Feed | 503(b)(9) Claims |
|---|---|
| Aden Brook Trading Corp | $802,625 |
| Amalgamated Sugar | $1,309 |
| American Calf Products | $194,333 |

ORDER – 2

| | |
|---|---|
| Carne I Corp. | $144,069 |
| J.D. Heiskell & Co. | $113,922 |
| Land View, Inc-Livestock- Animal Care | $1,095,639 |
| MicroProteins, Inc. | $7,074 |
| Receptor Food Group | $114,172 |
| Viterra USA Grain, LLC | $1,943,287 |
| WAG Services Inc | $685 |
| MWI Veterinary | $509,787 |
| Automation Werx, LLC | $23,323 |
| Coastline | $8,421 |
| Elevation Electric | $~~141,370~~ 132,909 |
| G.J. Verti-line Pumps, Inc. | $1,345 |
| Les Schwab Tire Center | $1,494 |
| Progressive Dairy Service and Supplies | $59,255 |
| Schow's Auto Parts | $1,307 |
| Tacoma Screw Products, Inc. | $815 |
| The Dairy Solutions Group | $75,742 |
| Conrad & Bischoff, Inc. | $153,779 |
| United Oil | $593 |
| Rocky Mountain Agronomics | $55,236 |
| Clear Lakes Products | $133,158 |
| ABS Global, Inc. | $187,563 |
| Butte Irrigation Inc | 45,242 |
| Total | $~~5,815,545~~ 5,807,084 |

The Elevation Electric claim is reduced by $8,461[1] because the evidence presented at the hearing demonstrated the services provided on Elevation Electric's Invoice No. 11078, Claims Reg. No. 5-2, was for services to prepare for a wedding, rather than in the ordinary course of business as required by § 503(b)(9).

      The motion is denied as to immediate payment of these claims. First, the required prong of hardship was not proven as to all creditors on the list, but only as to those creditors who testified, with the exception of Viterra USA Grain, LLC. Second, while the Court is cognizant of the difficulty this creates for some of these businesses, it has a duty to view the case as a whole.

---

[1] The Court used rounded numbers as Debtors did in the motion. The precise amount of the invoice is $8,460.95.

ORDER – 3

In doing so, early payment of § 503(b)(9) claims is within the Court's discretion, and the Court concludes it is premature to authorize their payment at this time.  The future of this case is remarkably unclear, and until more progress is made toward confirmation of a plan, no authorization for payment of § 503(b)(9) claims will be granted.

**IT IS FURTHER HEREBY ORDERED THAT** Debtors' Motion for Authority to Advance on the DIP Facility, Doc. No. 378, is GRANTED IN PART and DENIED IN PART.  The motion is granted to permit a draw of $5 million.  The motion is denied as to the additional $5 million requested by Debtors.  According to the Court's calculations using the forecasted numbers presented at the hearing, Exhibit No. 1036, if the § 503(b)(9) claim payments are removed, Debtors projected budget indicates the "Ending Cash" line for each week will remain above $1.5 million, which is sufficient to satisfy the terms of the DIP facility.

DATED:  June 21, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

ORDER – 4