UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy<br>_____ | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**ORDER ON AMENDED MOTION TO ALLOW AND PAY § 503(b)(9) CLAIMS;
MOTION FOR APPROVAL TO PREPAY VENDORS; MOTION FOR
APPROVAL TO ENTER INTO POST-PETITION EQUIPMENT LEASE; AND
MOTION FOR AUTHORITY TO ADVANCE ON THE DIP FACILITY**

Before the Court are four motions filed by the Debtors in this case. Those motions seek approval to: 1) enter into a post-petition equipment lease (Doc. No. 375); 2) pre-pay corn silage, hay, and straw vendors (Doc. No. 374); 3) allow and pay § 503(b)(9) claims (Doc. No. 308); and 4) draw funds from the DIP facility (Doc. No. 378). The Court conducted an evidentiary hearing

ORDER – 1

on the motions on June 20, 2024. At the conclusion of the hearing, the Court verbally granted the motion on the equipment lease and took the remaining motions under advisement. Upon consideration of the evidence and testimony presented at the hearing,

**IT IS HEREBY ORDERED THAT** the Motion to Enter into Post-Petition Equipment Lease with Burks Tractor Co., Inc., Doc. No. 375, is GRANTED.

**IT IS FURTHER HEREBY ORDERED THAT** the Motion for Authority to Pre-Pay Certain Silage and Hay/Straw Vendors for Future Deliveries, Doc. No. 374, is GRANTED. The Court understands from the testimony presented that vendors are requiring Debtor to make deposits of up to 50%, and these products are necessary to maintain the health of the livestock. By this order, Debtor is permitted to 1) use $2.5 million to prepay vendors up to 50% of future corn silage contracts, 2) use $2.5 million to prepay vendors up to 50% of future straw and hay contracts, and 3) use $1.5 million to prepay a deposit to H&M Custom for the cost of chopping services for hay, straw, and corn silage.

**IT IS FURTHER HEREBY ORDERED THAT** Debtors must account for each prepayment in its weekly report, including: 1) the name of the vendor receiving the prepayment, 2) the amount of the prepayment, 3) the commodity Debtor is purchasing with the prepayment, and 4) the total anticipated contract price.

**IT IS FURTHER HEREBY ORDERED THAT** the Amended Motion for Allowance and Payment of § 503(b)(9) Claims, Doc. No. 308, is GRANTED IN PART and DENIED IN PART. The following claims are allowed as § 503(b)(9) claims as presented on Exhibit 1031 with the exception of the Elevation Electric claim:

| Feed | 503(b)(9) Claims |
| --- | --- |
| Aden Brook Trading Corp | $802,625 |
| Amalgamated Sugar | $1,309 |
| American Calf Products | $194,333 |

ORDER – 2

| | |
|---|---|
| Carne I Corp. | $144,069 |
| J.D. Heiskell & Co. | $113,922 |
| Land View, Inc-Livestock- Animal Care | $1,095,639 |
| MicroProteins, Inc. | $7,074 |
| Receptor Food Group | $114,172 |
| Viterra USA Grain, LLC | $1,943,287 |
| WAG Services Inc | $685 |
| MWI Veterinary | $509,787 |
| Automation Werx, LLC | $23,323 |
| Coastline | $8,421 |
| Elevation Electric | $~~141,370~~ 132,909 |
| G.J. Verti-line Pumps, Inc. | $1,345 |
| Les Schwab Tire Center | $1,494 |
| Progressive Dairy Service and Supplies | $59,255 |
| Schow's Auto Parts | $1,307 |
| Tacoma Screw Products, Inc. | $815 |
| The Dairy Solutions Group | $75,742 |
| Conrad & Bischoff, Inc. | $153,779 |
| United Oil | $593 |
| Rocky Mountain Agronomics | $55,236 |
| Clear Lakes Products | $133,158 |
| ABS Global, Inc. | $187,563 |
| Butte Irrigation Inc | 45,242 |
| Total | $~~5,815,545~~ 5,807,084 |

The Elevation Electric claim is reduced by $8,461[1] because the evidence presented at the hearing demonstrated the services provided on Elevation Electric's Invoice No. 11078, Claims Reg. No. 5-2, was for services to prepare for a wedding, rather than in the ordinary course of business as required by § 503(b)(9).

The motion is denied as to immediate payment of these claims. First, the required prong of hardship was not proven as to all creditors on the list, but only as to those creditors who testified, with the exception of Viterra USA Grain, LLC. Second, while the Court is cognizant of the difficulty this creates for some of these businesses, it has a duty to view the case as a whole.

---

[1] The Court used rounded numbers as Debtors did in the motion. The precise amount of the invoice is $8,460.95.

ORDER – 3

In doing so, early payment of § 503(b)(9) claims is within the Court's discretion, and the Court concludes it is premature to authorize their payment at this time. The future of this case is remarkably unclear, and until more progress is made toward confirmation of a plan, no authorization for payment of § 503(b)(9) claims will be granted.

**IT IS FURTHER HEREBY ORDERED THAT** Debtors' Motion for Authority to Advance on the DIP Facility, Doc. No. 378, is GRANTED IN PART and DENIED IN PART. The motion is granted to permit a draw of $5 million. The motion is denied as to the additional $5 million requested by Debtors. According to the Court's calculations using the forecasted numbers presented at the hearing, Exhibit No. 1036, if the § 503(b)(9) claim payments are removed, Debtors projected budget indicates the "Ending Cash" line for each week will remain above $1.5 million, which is sufficient to satisfy the terms of the DIP facility.

DATED: June 21, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

ORDER – 4

United States Bankruptcy Court

District of Idaho

In re: Case No. 24-40158-NGH

Millenkamp Cattle, Inc  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8      User: admin      Page 1 of 9

Date Rcvd: Jun 21, 2024      Form ID: pdf016      Total Noticed: 175

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |
| aty | + | Adam A Lewis, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105-2482 |
| aty | | Andrew Schoulder, 1301 Avenue of The Americas, New York, NY 10019-6022 |
| aty | + | Domenic E Pacitti, Klehr Harrison Harvey Branzburg LLP, 919 Market Street, Suite 1000, Wilmington, DE 19801-3030 |
| aty | + | Gabriel L Olivera, 7 Times Square, New York, NY 10036-6524 |
| aty | + | James J Niemeier, McGrath North Mullin & Kratz, PC LLO, 1601 Dodge Street, Ste 3700, Omaha, NE 68102-1650 |
| aty | + | John O'Brien, Spencer Fane LLP, 1700 Lincoln Steet, Suite 2000, Denver, CO 80203-4554 |
| aty | + | Julian Gurule, 400 South Hope Street, Los Angeles, CA 90071-2801 |
| aty | + | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| aty | + | Matthew T. Christensen, 199 N. Capitol Blvd., Ste 200, Boise, ID 83702-6197 |
| aty | + | Michael R Stewart, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-7508 |
| aty | + | Miranda Russell, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | Morton R Branzburg, Klehr Harrison Harvey Branzburg LLP, 1835 Market St, Suite 1400, Philadelphia, PA 19103-2945 |
| aty | + | Nikolaus F Schandlbauer, 20 F Street NW, Suite 500, Washington DC 20001-6703 |
| aty | + | Oren Buchanan Haker, Black Helterline LLP,, 805 SW Broadway, Suite 1900, Portland, OR 97205-3359 |
| aty | + | Richard Bernard, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| aty | | Robert E. Richards, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361 |
| aty | + | Ron C Bingham, II, 3424 Peachtree Road NE, Suite 1600, Atlanta, GA 30326-1139 |
| aty | + | Scott F Gautier, 1800 Century Park East, Ste 1500, Los Angeles, CA 90067-1504 |
| aty | + | Tirzah R. Roussell, 215 10th Street, Suite 1300, Des Moines, IA 50309-3616 |
| aty | + | W. Kent Carter, One North Franklin, Suite 800, Chicago, IL 60606-3422 |
| aty | + | Zachary Fairlie, Spencer Fane LLP, 1000 Walnut Street, Suite 1400, Kansas City, MO 64106-2168 |
| aty | + | Zachery J McCraney, Holland & Hart, Po Box 2527, 800 W Main Street, Suite 1750 Boise, ID 83702-5974 |
| cr | + | Ad Hoc Committee of Corn Silage Growers, 153 East Main Street, PO Box 168, Jerome, ID 83338-0168 |
| cr | + | Automation Werx, LLC, Morrow & Fischer, PLLC, 4 Ogden Avenue, Nampa, ID 83651-2371 |
| cr | + | Blue Cross of Idaho Health Service, Inc, c/o Law Office of D. Blair Clark PC, 967 East Parkcenter Boulevard, #282, Boise, ID 83706, UNITED STATES 83706-6721 |
| crcm | + | Bruce A. Anderson, 320 East Neider Avenue, Suite 102, Coeur d'Alene, ID 83815-6007 |
| cr | | Bunge Canada C/O David D. Farrell, David D. Farrell. Esq., One Bank Plaza, Suite 2700, St. Louis, MO 63101 |
| cr | + | Burks Tractor Company, Inc., 3140 Kimberly Road, Twin Falls, ID 83301-8516 |
| cr | + | Conterra Holdings, LLC d/b/a Conterra Ag Capital a, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| app | + | Davis Livestock, Inc., 780 E Cannibal Rd, Lewiston, UT 84320-2038 |
| cr | + | East Valley Development, LLC, c/o Avery Law, 3090 E Gentry Way, Ste 250, Meridian, ID 83642-3596 |
| app | + | Gale W. Harding and Associates, 329 W 7th S, Rexburg, ID 83440-9600 |
| intp | + | Glanbia Foods Inc, c/o Robert A Faucher, POB 2527, Boise, ID 83701-2527 |
| cr | + | Idaho State Brand Department, 700 S. Stratford Dr., Meridian, ID 83642, UNITED STATES 83642-6202 |
| cr | + | MWI Veterinarian Supply, Inc., 3041 W PASADENA DRIVE, Boise, ID 83705, UNITED STATES 83705-4776 |
| cr | + | MetLife Real Estate Lending LLC, c/o Kimbell D. Gourley, 10801 Mastin Blvd, Suite 700, Overland Park, KS 66210-1673 |
| cr | + | Metropolitan Life Insurance Company, c/o Kimbell D. Gourley, 10801 Mastin BLVD, Suite 700, Overland Park, KS 66210-1673 |
| cr | + | Moss Farms Operations, LLC, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | Moss Grain Partnership, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | PerforMix Nutrition Systems, LLC, MUNDING, P.S., 309 E. FARWELL RD., STE 310, Spokane, WA 99218, UNITED STATES 99218-8209 |
| cr | + | Rabo AgriFinance LLC, c/o Sheila R. Schwager, P.O. Box 1617, Boise, ID 83701-1617 |
| cr | + | Raft River Rural Electric Cooperative, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |

| District/off: 0976-8 | User: admin | Page 2 of 9 |
|---|---|---|
| Date Rcvd: Jun 21, 2024 | Form ID: pdf016 | Total Noticed: 175 |

| | | |
|---|---|---|
| cr | + | Rexel USA, Inc dba Platt Electric Supply, McConnell Wagner Sykes + Stacey PLLC, 827 E. Park Blvd, Ste. 201, Boise, ID 83712-7782 |
| intp | + | Sandton Capital Partners LP, 16 W 46th Street, 1st Floor, New York, NY 10036-4503 |
| r | + | Schuil Ag Real Estate Inc, 5020 W Mineral King Ave, Visalia, CA 93291-5364 |
| cr | + | Standlee Ag Resources, c/o Miller Nash LLP, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| br | + | The Forbes Securities Group LLC, DBA Forbes Partne, 6400 S Fiddlers Green Circle, Suite 850, Greenwood Village, CO 80111-4994 |
| cr | + | United Electric Co-op, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | Viserion Grain, LLC, c/o Sawtooth Law Offices, PLLC, 213 Canyon Crest Dr., Ste 200, Twin Falls, ID 83301, UNITED STATES 83301-3053 |
| cr | + | Viterra USA Grain, LLC and Viterra USA Ingredients, c/o Racine Olson, PLLP, P.O. Box 1391, Pocatello, ID 83204-1391 |
| cr | + | Western States Equipment Co., 500 East Overland Road, Meridian, ID 83642-6606 |
| cr | + | Wilbur-Ellis Company LLC, c/o Matthew A. Sturzen, P.O. Box 2247, Salem, OR 97308-2247 |
| cr | + | c/o David A. Coleman B & H Farming, Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| cr | + | c/o David A. Coleman Youree Land & Livestock, Inc., Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| 5338357 | + | A. Scott Jackson Trucking, Inc., c/o Williams Meservy & Larsen, LLP, Post Office Box 168, 153 East Main Street, Jerome, ID 83338-2332 |
| 5339172 | + | AAA CowComfort LLC, PO Box 301, Kimberly, ID 83341-0301 |
| 5339357 | + | ABS Global, 1525 River Rd., DeForest, WI 53532-2430 |
| 5345130 | + | Addison Biological Laboratory, INC., 507 North Cleveland St., Fayette, MO 65248-1083 |
| 5339173 | | Airgas USA LLC, PO Box 734445, Chicago, IL 60673-4445 |
| 5341229 | + | Airgas USA, LLC, 110 West 7th St. Suite 1400, Tulsa, OK 74119-1077 |
| 5339859 | + | Alexander K. Reed, 4296 N 2100 E, Filer, ID 83328-5046 |
| 5339174 | + | Amalgamated Sugar, 1951 S Saturn Way, Ste 100, Boise, ID 83709-2924 |
| 5340188 | + | American Calf Products (Golden State Mixing, Inc.), 425 D Street, Turlock, CA 95380-5452 |
| 5336402 | + | Automation Werx, LLC, PO Box 3066, Idaho Falls, ID 83403-3066 |
| 5339552 | + | B & H Farming, an Idaho General Partnership, PO Box 123, Rupert, ID 83350-0123 |
| 5339175 | + | BS R Design Supplies, 198 Locust St S, Twin Falls, ID 83301-7832 |
| 5341673 | + | Blue Cross of Idaho, c/o D Blair Clark, Atty, 967 Parkcenter Blvd #282, Boise, ID 83706-6721 |
| 5341702 | + | Blue Cross of Idaho, c/o D. Blair Clark, Attorney, 967 E. Parkcenter Blvd., #282, Boise, ID 83706-6721 |
| 5339860 | + | Bo Stevenson dba B&A Farms, 1001 S 1900 E, Hazelton, ID 83335-5451 |
| 5345992 | + | Brandy A. Bartholomew, C/O Eric R. Clark, Attorney, P.O. Box 2504, Eagle, ID 83616-9118 |
| 5335094 | + | Bunge Canada, c/o David D. Farrell, THOMPSON COBURN LLP, One USBank Plaza, Suite 2700, Saint Louis, Missouri 63101-1693 |
| 5345658 | + | Carne I Corp., 134 E. Highway 81, Burley, ID 83318-5427 |
| 5335227 | + | CenturyTel Service Group, LLC dba CenturyLink, Lumen Technologies Group, 931 14th Street, 9th Floor (Attn: Legal-, Denver, CO 80202-2994 |
| 5339520 | + | Christopher Camardello, 1031 Mendota Heights Road, St. Paul, MN 55120-1419 |
| 5339861 | + | Clint D. Thompson, 298 N 200 W, Jerome, ID 83338-5372 |
| 5335499 | + | Coastline Equipment Company, 2000 E Overland Rd, Meridian, ID 83642-6665 |
| 5345020 | + | Connie Lapaseotes, Ltd., c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5339194 | + | Conrad Bishcoff Inc, 2251 N Holmes, PO Box 50106, Idaho Falls, ID 83405-0106 |
| 5338613 | + | Conterra Holdings, LLC dba Conterra Ag Capital as, c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5339521 | + | Dairy Tech, LLC, 1031 Mendota Heights Road, St. Paul, MN 55120-1419 |
| 5340867 | | David Clark, Clark Ambulatory Clinic, Inc., 1019 E 1020 S, Albion, ID 83311 |
| 5339862 | + | Douglas J. Grant, 2050 E 500 S, Hazelton, ID 83335-5006 |
| 5339863 | + | Dusty Brow Farms, Inc., 2601 E 1100 S, Hazelton, ID 83335-5623 |
| 5339864 | + | Edward Chojnacky, 298 N 100 W, Jerome, ID 83338-5406 |
| 5336403 | + | Electrical Werx & Construction, LLC, PO Box 3066, Idaho Falls, ID 83403-3066 |
| 5336173 | + | Elevation Electric, LLC, 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5339196 | + | Eric Clark, Clark Associates, PO Box 2504, Eagle, ID 83616-9118 |
| 5339197 | + | Evans Plumbing, 111 Gulf Stream Lane, Hailey, ID 83333-7725 |
| 5339591 | + | Farmers Bank, PO Box 392, Buhl, ID 83316-0392 |
| 5345021 | + | Fredin Brothers, Inc., c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5336661 | | G.J. Verti-Line Pumps, Inc., PO Box 892, Twin Falls, ID 83303-0892 |
| 5339865 | + | Grant & Hagan, Inc., P.O. Box 326, Hazelton, ID 83335-0326 |
| 5339866 | + | Grant 4-D Farms LLC, 707 E 600 N, Rupert, ID 83350-9466 |
| 5345661 | + | Green Source Automation, LLC, 3506 Moore Road, Ceres, CA 95307-9402 |
| 5339198 | + | Hatfield Manufacturing Inc, 1823 Shoestring Rd, Gooding, ID 83330-5361 |
| 5339867 | + | Hollifield Ranches, Inc., 22866 Highway 30, Hansen, ID 83334-5028 |
| 5339199 | + | Idaho Dept of Lands, PO Box 83720, Boise, ID 83720-0003 |
| 5339200 | + | Innovative Food SolutionsUSA, Attn: Jordan Bowen, 134 E. Highway 81, Burley, ID 83318-5427 |
| 5339765 | + | Interstate Billing Service, Inc, PO box 2250, Decatur, AL 35609-2250 |
| 5345295 | + | J&C Hoof Trimming Inc., 3690 N 2570 E, Twin Falls, ID 83301-1004 |
| 5345360 | + | J.D. Heiskell Holdings, LLC, 17220 Wright St, Ste 200, Omaha, NE 68130-4667 |

| Recip ID | | Name and Address |
|---|---|---|
| 5339201 | + | Jake Millenkamp, 1719 River Road, Buhl, ID 83316-5302 |
| 5339868 | | Jean L. Thompson, 225 N 250 W, Jerome, ID 83338 |
| 5339202 | | Jeffrey E. Rolig, PO Box 5455, Twin Falls, ID 83303-5455 |
| 5345787 | | Jeffrey J. Grieve, P.O. Box 366, Twin Falls, ID 83303-0366 |
| 5339204 | + | K R Rental Inc, 256 A South 600 W, Heyburn, ID 83336-9750 |
| 5339205 | + | Keith D. and Janet Carlson, 3866 E 3800 N, Hansen, ID 83334-5012 |
| 5345788 | | Kenworth Sales Company, Inc., c/o Benoit Law, P.O. Box 366, Twin Falls, ID 83303-0366, , |
| 5339206 | + | Kinghorn Medical LLC, 248 S Cole Rd, Boise, ID 83709-0934 |
| 5345508 | + | Kraus Farms, LLC, 165 South 400 West, Rupert, ID 83350-9672, , |
| 5339541 | + | Land View, Inc., c/o Gery W. Edson, P.O. Box 448, Boise, ID 83701-0448 |
| 5339870 | + | Michael Chojnacky, 51 W 600 N, Jerome, ID 83338-5016 |
| 5345659 | + | Moss Grain Partnership, 301 Scott Ave. Suite 4, Rupert, ID 83350-5100 |
| 5341333 | + | NAPA Auto Parts, P.O. Box 1425, Twin Falls, ID 83303-1425 |
| 5339207 | + | Overhead Door, 489 S. Locust, Twin Falls, ID 83301-7849 |
| 5344741 | + | PTG of Idaho, LLC, c/o Holland N. O'Neil, Foley & Lardner L, 2021 McKinney Avenue, Ste. 1600, Dallas, TX 75201-3340 |
| 5339208 | + | Pan American Life Insurance, 1778 N Plano Rd, Ste 310, Richardson, TX 75081-1958 |
| 5342126 | + | PerforMix Nutrition Systems, 2201 N 20th Street, Nampa, ID 83687-6849 |
| 5339209 | + | Pivot Man Inc, Robin Jones, PO Box 355, Paul, ID 83347-0355 |
| 5345022 | + | Prime Ridge Beef LLC, c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5339210 | + | Pro Tech Service Company, 1550 Kimberly Rd, Twin Falls, ID 83301-7341 |
| 5346177 | + | Progressive Dairy Service & Supplies Corp., 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5336174 | + | Progressive Dairy Service & Supply Corp., 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5335058 | + | Quill Corporation, PO Box 102419, Columbia, SC 29224-2419 |
| 5345667 | | Rabo AgriFinance LLC, as Administrative Agent, c/o Sheila Schwager, Hawley Troxell Ennis & Hawley, LLP, P.O. Box 1617, Boise, ID 83701-1617 |
| 5346019 | + | Rexel USA, Inc dba Platt Electric Supply, 827 E. Park Blvd, Ste. 201, Boise, Idaho 83712-7782 |
| 5339211 | + | Roark Law Offices, 950 Bannock St., 11th Fl., Boise, ID 83702-5999 |
| 5343428 | + | Rocky Mountain Agronomics, 1912 West Main Street, Burley, ID 83318-1611 |
| 5336660 | | Rogers Machinery Company, Inc., PO Box 230429, Portland, OR 97281-0429 |
| 5342352 | + | Schaeffer Manufacturing Company, c/o Denis McCarthy, 2600 S Broadway, St. Louis, MO 63118-1828 |
| 5339212 | + | Schmidt Cattle Hauling, 848 E 3400 N, Castleford, ID 83321-6422 |
| 5339213 | + | Schow's Truck Center, PO Box 2208, Decatur, AL 35609-2208 |
| 5345789 | | Sheila R. Schwager, Hawley Troxell ennis & Hawley LLP, P.O. Box 1617, Boise, ID 83701-1617 |
| 5339214 | + | Six States Distributors Inc, 29787 Network Place, Chicago, IL 60673-1297 |
| 5339215 | + | SprinklerShop Inc, PO Box 599, Paul, ID 83347-0599 |
| 5345131 | + | St. Genetics, Inguran USA, INC., 22575 State Hwy 6 South, Navasota, TX 77868-8297 |
| 5339872 | + | Standing 16 Ranch Land Company, LLC, 335 W 300 N, Jerome, ID 83338-5217 |
| 5339876 | + | Standlee Ag Resources, c/o Miller Nash, LLP, Attn: Louis Spiker, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| 5339873 | + | Star Falls Farms, LLC, 1908 E 1300 S, Hazelton, ID 83335-5428 |
| 5339874 | | Steel Ranch LLC, 3597 E 1100 S, Hazelton, ID 83335 |
| 5339216 | + | Stotz Equipment, 2670 Kimberly Rd E, Twin Falls, ID 83301-7984 |
| 5342832 | + | The Sprinkler Shop, P.O. Box 599, Paul, ID 83347-0599 |
| 5339875 | + | Triple C Farms, LLC, 474 S 500 W, Jerome, ID 83338-6027 |
| 5347829 | + | Valley Wide Cooperative Inc., c/o David W. Gadd, Stover, Gadd & Associates, PLLC, P.O. Box 1428, Twin Falls, Idaho 83303-1428 |
| 5347503 | + | Viserion Grain LLC, 385 Broadway St, Boulder, CO 80305-3303 |
| 5339554 | + | Viterra USA Grain, LLC, 1331 Capitol Ave., Omaha, NE 68102-1197 |
| 5339553 | + | Viterra USA Ingredients, LLC, 1331 Capitol Ave., Omaha, NE 68102-1197 |
| 5338166 | + | Wag Services, Inc., 8121 W HARRISON ST, Tolleson, AZ 85353-3328, , |
| 5339217 | + | Wendell Truck and Auto, PO Box 213, 356 S Idaho St, Wendell, ID 83355-5209 |
| 5339218 | + | Western Construction Inc, PO Box 15569, Boise, ID 83715-5569 |
| 5335378 | + | Westway Feed, BARR Credit Services, 3444 N Country Club Rd, Ste 200, Tucson, AZ 85716-0815 |
| 5341725 | + | Wilbur-Ellis Nutrition, LLC, c/o Matthew A. Sturzen, PO Box 2247, Salem, OR 97308-2247 |
| 5338356 | + | Williams, Meservy & Larsen, Post Office Box 168, 153 East Main Street, Jerome, ID 83338-2332 |
| 5342349 | + | Young CDJR of Burley, LLC, PO Box 1530, Layton, UT 84041-6553 |
| 5336406 | + | Youree Land & Livestock Inc., 3953 North 3300 East, Twin Falls, ID 83301-0348 |

TOTAL: 156

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: mkremer@omm.com | | |
| | | | Jun 21 2024 22:49:00 | Matthew Kremer, 7 Times Square, New York, NY |

| District/off: 0976-8 | User: admin | Page 4 of 9 |
|---|---|---|
| Date Rcvd: Jun 21, 2024 | Form ID: pdf016 | Total Noticed: 175 |

| Recip ID | | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: dann@lvf.com | Jun 21 2024 22:49:00 | 10036-6524<br>Land View, Inc., P.O. Box 475, Rupert, ID 83350 |
| 5342707 | | Email/PDF: bncnotices@becket-lee.com | Jun 21 2024 22:48:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5339191 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2024 22:48:19 | Capitol One, PO Box 60599, City of Industry, CA 91716-0599 |
| 5344923 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 21 2024 22:49:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 5339192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2024 22:47:35 | Citi Cards, PO Box 78019, Phoenix, AZ 85062-8019 |
| 5339193 | | Email/Text: fnrobinson@coloniallife.com | Jun 21 2024 22:49:00 | Colonial Life, Processing Center, PO Box 1365, Columbia, SC 29202-1365 |
| 5339195 | + | Email/Text: marlene@daritech.com | Jun 21 2024 22:49:00 | Daritech, 8540 Benson Rd, Lynden, WA 98264-9711 |
| 5345915 | + | Email/Text: legal@fastenal.com | Jun 21 2024 22:49:00 | Fastenal Company, 2001 Theurer Blvd., ATTN: LEGAL, Winona, MN 55987-9902 |
| 5340509 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 21 2024 22:49:00 | IRS, Centralized Insolvency Oper., PO Box 7346, Philadelphia, PA 19101-7346 |
| 5339526 | + | Email/Text: bankruptcynotices@tax.idaho.gov | Jun 21 2024 22:49:00 | Idaho State Tax Commission, PO Box 36, Boise, ID 83722-0036 |
| 5339527 | + | Email/Text: BKRMailOps@weltman.com | Jun 21 2024 22:49:00 | JOHN DEERE FINANCIAL, c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5339203 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 21 2024 22:47:35 | JP Morgan Chase, PO Box 6294, Carol Stream, IL 60197 |
| 5338039 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 21 2024 22:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5339016 | + | Email/Text: BKRMailOps@weltman.com | Jun 21 2024 22:49:00 | John Deere Construction and Forestry Company, c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5339015 | + | Email/Text: BKRMailOps@weltman.com | Jun 21 2024 22:49:00 | John Deere Financial, f.s.b., c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5345606 | + | Email/Text: ZyCredit.A.User@lesschwab.com | Jun 21 2024 22:49:00 | LES SCHWAB TIRE CENTERS OF IDAHO, LLC, PO BOX 5350, BEND, OR 97708-5350 |
| 5336530 | + | Email/Text: creditdept@agmotion.com | Jun 21 2024 22:49:00 | US Commodities, LLC, 730 Second Avenue S. Suite 700, Minneapolis, MN 55402-2480, , |
| 5342351 | + | Email/Text: arbankruptcy@uline.com | Jun 21 2024 22:49:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CNH Industrial Capital America LLC |
| cr | | JOHN DEERE FINANCIAL |
| cr | | MWI Veterinary Supply Inc. |
| cr | | McAlvain Concrete, Inc. |
| cr | | Official Committee Of Unsecured Creditors |
| cr | | Rocky Mountain Agronomics, Inc. |

| District/off: 0976-8 | User: admin | Page 5 of 9 |
|---|---|---|
| Date Rcvd: Jun 21, 2024 | Form ID: pdf016 | Total Noticed: 175 |

| | | |
|---|---|---|
| 5339219 | | #3924637 |
| 5338201 | | A K Trucking1897 E 990 S Hazelton, ID 83335, A. Scott Jackson TruckingPO Box 56 Jerom, A. Scott JacksonTrucking Inc PO Box 56 J, ABS Global Inc Box 22144 Network Place C, Addison Biological Lab 507 N Cleveland S, Aden Brook Trading CorpPO Box 217 Montgo |
| 5337874 | | Badger Bearing PTP, Inc |
| 5334742 | | NameAddress1Address2Address3CityStateZip, 116 & West805 W Idaho StSte 300Boise, 2020 Window ServicePO Box 6056Twin F, A & K Trucking1897 E 990 SHazeltonI, A. Scott Jackson TruckingPO Box 56Je, A. Scott JacksonTrucking IncPO Box 56 |
| 5346022 | | Rexel USA, Inc. dba Platt Electric Supply |
| aty | *+ | Bruce A. Anderson, 320 East Neider Avenue, Suite 102, Coeur d'Alene, ID 83815-6007 |
| aty | *+ | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| cr | *+ | Amalgamated Sugar Company, 1951 S. Saturn Way, Suite 100, Boise, ID 83709-2924 |
| cr | * | Elevation Electric, LLC, 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| cr | * | Progressive Dairy Service & Supply Corp., 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| 5345729 | *+ | Amalgamated Sugar Company, 1951 S. Saturn Way, Suite 100, Boise, ID 83709-2924 |
| 5345775 | *+ | Amalgamated Sugar Company, 1951 S. Saturn Way, Suite 100, Boise, ID 83709-2924 |
| 5342727 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5338938 | *+ | Conterra Holdings, LLC dba Conterra Ag Capital as, c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5338040 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| aty | ##+ | Karyn Lloyd, Gordon Rees Scully Mansukhani, LLP, 999 W Main Street, 100, Boise, ID 83702-9001 |

TOTAL: 11 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:**

**Name**     **Email Address**

Adam Aiken Lewis
    on behalf of Creditor East Valley Development  LLC alewis@mofo.com

Andrew J. Schoulder
    on behalf of Creditor Rabo AgriFinance LLC andrew.schoulder@nortonrosefulbright.com nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com

Brent Russel Wilson
    on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com  amay@hawleytroxell.com

Brett R Cahoon
    on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov

Brian Faria
    on behalf of Creditor Viserion Grain  LLC brian@sawtoothlaw.com

Bruce A. Anderson
    on behalf of Creditor Committee Bruce A. Anderson baafiling@eaidaho.com

Cheryl Rambo
    on behalf of Creditor Idaho State Brand Department cheryl.rambo@isp.idaho.gov

Connor Bray Edlund
    on behalf of Creditor McAlvain Concrete  Inc. edlund@mwsslawyers.com, lemieux@mwsslawyers.com

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 6 of 9 |
| Date Rcvd: Jun 21, 2024 | Form ID: pdf016 | Total Noticed: 175 |

D Blair Clark
    on behalf of Creditor Blue Cross of Idaho Health Service Inc dbc@dbclarklaw.com,
mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com

Daniel C Green
    on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net

David A Coleman
    on behalf of Creditor c/o David A. Coleman Youree Land & Livestock Inc. david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor Eagle Creek Northwest LLC david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com

David T Krueck
    on behalf of Creditor Amalgamated Sugar Company dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com;docketboi@perkinscoie.com

Eric R Clark
    on behalf of Creditor Brandy Bartholomew eclark101@hotmail.com eclark@ericrclarkattorney.com

Evan Thomas Roth
    on behalf of Creditor Viserion Grain LLC evan@sawtoothlaw.com

Gabriel Luis Olivera
    on behalf of Creditor Official Committee Of Unsecured Creditors golivera@omm.com gabriel-olivera-3960@ecf.pacerpro.com

Gery W Edson
    on behalf of Creditor Land View Inc. gedson@gedson.com, tfurey@gedson.com

Heidi Buck Morrison
    on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC heidi@racineolson.com,
mandy@racineolson.com,cheryl@racineolson.com

Holly Roark
    on behalf of Creditor Elevation Electric LLC holly@roarklawboise.com,
courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Holly Roark
    on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com
courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

James Niemeier
    on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com

James Justin May
    on behalf of Debtor Millenkamp Cattle Inc jjm@johnsonmaylaw.com,
cjc@johnsonmaylaw.com;acs@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Janine Patrice Reynard
    on behalf of Creditor East Valley Development LLC janine@averylaw.net,
averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Jason Ronald Naess
    on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov

Jed W. Manwaring
    on behalf of Creditor MWI Veterinarian Supply Inc. jmanwaring@evanskeane.com,
duskin@evanskeane.com;abell@evanskeane.com

John O'Brien
    on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding
SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com,
anissly@spencerfane.com;dperea@spencerfane.com

John D Munding
    on behalf of Creditor PerforMix Nutrition Systems LLC john@mundinglaw.com

John F Kurtz, Jr
    on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com tnd@kurtzlawllc.com

Jon B Evans
    on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com sattler.carla@dorsey.com

Joseph Mark Wager, Jr.
    on behalf of Creditor Rexel USA Inc dba Platt Electric Supply wager@mwsslawyers.com,
wstewart@mwsslawyers.com;seannegan@sneganlaw.com;reception@mwsslawyers.com

Julian Gurule
    on behalf of Creditor Official Committee Of Unsecured Creditors jgurule@omm.com julian-gurule-5732@ecf.pacerpro.com

District/off: 0976-8     User: admin     Page 7 of 9
Date Rcvd: Jun 21, 2024     Form ID: pdf016     Total Noticed: 175

| Name | Description |
|---|---|
| Karyn Lloyd | on behalf of Creditor CNH Industrial Capital America LLC klloyd@grsm.com |
| Kim J Trout | on behalf of Creditor Rocky Mountain Agronomics Inc. ktrout@trout-law.com |
| Kimbell D Gourley | on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com shudson@idalaw.com |
| Kimbell D Gourley | on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com shudson@idalaw.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Cattle Inc krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Black Pine Cattle LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Family LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Attorney Krystal R Mikkilineni krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Enterprises LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Properties L.L.C. krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Idaho Jersey Girls LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Goose Ranch LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Properties II LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor East Valley Cattle LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Laura E Burri | on behalf of Creditor Automation Werx LLC lburri@morrowfischer.com, klee@morrowfischer.com |
| Louis V. Spiker | on behalf of Creditor Standlee Ag Resources louis.spiker@millernash.com louis.spiker@millernash.com |
| Mark Bradford Perry | on behalf of Creditor Burks Tractor Company Inc. mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com |
| Matthew Kremer | on behalf of Creditor Official Committee Of Unsecured Creditors mkremer@omm.com matthew-kremer-0858@ecf.pacerpro.com |
| Matthew A Sturzen | on behalf of Creditor Wilbur-Ellis Company LLC matt@shermlaw.com bjorn@shermlaw.com;gina@shermlaw.com |
| Matthew T. Christensen | on behalf of Debtor East Valley Cattle LLC mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Idaho Jersey Girls LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Enterprises LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Black Pine Cattle LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Family LLC mtc@johnsonmaylaw.com |

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 8 of 9 |
| Date Rcvd: Jun 21, 2024 | Form ID: pdf016 | Total Noticed: 175 |

| | |
|---|---|
| | mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Goose Ranch LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Cattle  Inc mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Properties II LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Properties  L.L.C. mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Attorney Matthew T. Christensen mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew W Grimshaw | on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com |
| Meredith Leigh Thielbahr | on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com  ckaiser@grsm.com |
| Miranda K. Russell | on behalf of Creditor East Valley Development  LLC mrussell@mofo.com |
| Morton R. Branzburg | on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com |
| Rhett Michael Miller | on behalf of Creditor Moss Farms Operations  LLC rmiller@magicvalley.law |
| Rhett Michael Miller | on behalf of Creditor United Electric Co-op  Inc. rmiller@magicvalley.law |
| Rhett Michael Miller | on behalf of Creditor Raft River Rural Electric Cooperative  Inc. rmiller@magicvalley.law |
| Rhett Michael Miller | on behalf of Creditor Moss Grain Partnership rmiller@magicvalley.law |
| Robert A Faucher | on behalf of Interested Party Glanbia Foods Inc rfaucher@hollandhart.com boiseintaketeam@hollandhart.com;spturner@hollandhart.com |
| Robert E Richards | on behalf of Debtor Millenkamp Cattle  Inc robert.richards@dentons.com, docket.general.lit.chi@dentons.com |
| Scott C Powers | on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mwatson@spencerfane.com |
| Sheila Rae Schwager | on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com |
| Tirzah R. Roussell | on behalf of Debtor Millenkamp Properties  L.L.C. tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Millenkamp Cattle  Inc tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Millenkamp Enterprises LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |

District/off: 0976-8 | User: admin | Page 9 of 9
Date Rcvd: Jun 21, 2024 | Form ID: pdf016 | Total Noticed: 175

| | |
|---|---|
| | on behalf of Debtor Idaho Jersey Girls LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Debtor Millenkamp Properties II LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Debtor Black Pine Cattle LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Debtor Millenkamp Family LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Debtor East Valley Cattle  LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Debtor Goose Ranch LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Attorney Krystal R Mikkilineni tirzah.roussell@dentons.com |
| US Trustee | |
| | ustp.region18.bs.ecf@usdoj.gov |
| William K Carter | |
| | on behalf of Creditor CNH Industrial Capital America LLC kentcarter@grsm.com |
| Zachary Fairlie | |
| | on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com |

TOTAL: 89