Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
         jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
         Robert.richards@dentons.com Tir
         zah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With Case Nos.: |
| ☒ ALL DEBTORS | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Millenkamp Cattle, Inc. | 24-40160-NGH (East Valley Cattle) |
| ☐ Idaho Jersey Girls | 24-40161-NGH (Millenkamp Properties) |
| ☐ East Valley Cattle | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties | 24-40163-NGH (Millenkamp Family) |
|  | 24-40164-NGH (Goose Ranch) |
|  | 24-40166-NGH (Black Pine Cattle) |
|  | 24-40167-NGH (Millenkamp Enterprises) |

NOTICE OF ADDRESS CHANGE FOR CREDITOR AAA COW COMFORT, LLC–
Page 1

| | |
|---|---|
| ☐ Millenkamp Properties II | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Millenkamp Family | |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**NOTICE OF CHANGE OF ADDRESS FOR CREDITOR AAA COW COMFORT, LLC**

The Debtor, by and through its counsel of record, DENTONS DAVIS BROWN, hereby give notice to the Court and all interested parties of a change in address for AAA Cow Comfort, LLC as follows:

**OLD ADDRESS**
AAA Cow Comfort, LLC
PO Box 301
Kimberly, ID 83341

**NEW ADDRESS**
AAA Cow Comfort LLC
PO Box 307
Kimberly, ID 83341

DATED this 24th day of June 2024.

/s/ Krystal Mikkilineni
KRYSTAL MIKKILINENI
Attorney for Debtor-in-Possession

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 24th day of June, 2024, I filed the foregoing NOTICE OF ADDRESS CHANGE FOR CREDITOR AAA COW COMFORT, LLC electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |

Any others as listed on the Court's ECF Notice.

                                            /s/ Krystal Mikkilineni
                                            Krystal Mikkilineni