Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email:krystal.mikkilineni@dentons.com
      Robert.richards@dentons.com Tir
      zah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., <br><br> Debtor. |  |
| Filing relates to: <br><br> ☒ ALL DEBTORS <br><br> ☐ Millenkamp Cattle, Inc. <br><br> ☐ Idaho Jersey Girls <br><br> ☐ East Valley Cattle <br><br> ☐ Millenkamp Properties | Jointly Administered With Case Nos.: <br><br> 24-40159-NGH (Idaho Jersey Girls) <br> 24-40160-NGH (East Valley Cattle) <br> 24-40161-NGH (Millenkamp Properties) <br> 24-40162-NGH (Millenkamp Properties II) <br> 24-40163-NGH (Millenkamp Family) <br> 24-40164-NGH (Goose Ranch) <br> 24-40166-NGH (Black Pine Cattle) <br> 24-40167-NGH (Millenkamp Enterprises) |

NOTICE OF ADDRESS CHANGE FOR CREDITOR STEEL RANCH, LLC– Page 1

| | |
|---|---|
| ☐ Millenkamp Properties II | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Millenkamp Family | |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR STEEL RANCH, LLC

The Debtor, by and through its counsel of record, DENTONS DAVIS BROWN, hereby give notice to the Court and all interested parties of a change in address for Steel Ranch, LLC as follows:

**OLD ADDRESS**
Steel Ranch, LLC
3597 E 1100 S
Hazelton, ID 83335

**NEW ADDRESS**
Steel Ranch, LLC
2597 E 1100 S
Hazelton, ID 83335

DATED this 24th day of June 2024.

/s/ Krystal Mikkilineni
KRYSTAL MIKKILINENI
Attorney for Debtor-in-Possession

NOTICE OF ADDRESS CHANGE FOR CREDITOR STEEL RANCH, LLC– Page 2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 24th day of June, 2024, I filed the foregoing NOTICE OF ADDRESS CHANGE FOR CREDITOR STEEL RANCH, LLC electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |

Any others as listed on the Court's ECF Notice.

       /s/ Krystal Mikkilineni
Krystal Mikkilineni

NOTICE OF ADDRESS CHANGE FOR CREDITOR STEEL RANCH, LLC– Page 3