Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax:  (208) 667-2900
brucea@eaidaho.com

Local Co-Counsel to the Official Committee of Unsecured Creditors

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
       golivera@omm.com

*Proposed Attorneys for the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls | Case No.:  24-40158-NGH<br><br>Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle) |

NOTICE OF HEARING  - 1

| | |
|---|---|
| ☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors has scheduled a hearing on its Application of Official Committee of Unsecured Creditors to Employ O'Melveny & Meyers LLP as Lead Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to May 21, 2024 (Docket No. 335), before the United States Bankruptcy Court, <u>via telephonically</u>, on July 18, 2024, at 1:30 a.m., Mountain Time, or as soon thereafter as parties may be heard. Call in instructions are as follows: Courts Conference No.: 1-669-254-5252, Meeting ID: 160 5422 0978.

DATED this 24th day of June, 2024.

ELSAESSER ANDERSON, CHTD.

*/s/ Bruce A. Anderson*
Bruce A. Anderson
Local Co-Counsel to the
Official Committee of Unsecured Creditors

NOTICE OF HEARING - 2

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on June 24, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing Notice of Appearance, in the above-captioned matter, using the CM/ECF system, which included a Notice of Electronic Filing to the following person(s):

Brett R Cahoon on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

krystal.mikkilineni@dentons.com, attorneys for Debtor

mtc@johnsonmaylaw.com  attorneys for Debtor

  I further certify that on June 24, 2024, I sent the foregoing to the 20 largest unsecured creditors, except for those already receiving ECF and duplicates, via U.S. Mail, postage prepaid.

  Dated this 24th day of June 2024.

                */s/ Bruce A. Anderson*
                Bruce A. Anderson