Alexandra O. Caval, ISB#7999
CAVAL LAW OFFICE, P.C.
P.O. Box 1716
Twin Falls, ID 83303-1716
T: 208.733.2035
F: 208.733.3919
alex@cavallawoffice.com

*Attorney for William & Susan Millenkamp*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| IN RE: | CASE NO.  24-40158-NGH |
|---|---|
| MLLIENKAMP CATTLE, INC., <br><br> Debtor. | |
| Filing relates to: <br><br> ■ ALL DEBTORS <br> ☐ Millenkamp Cattle, Inc. <br> ☐ Idaho Jersey Girls <br> ☐ East Valley Cattle <br> ☐ Millenkamp Properties <br> ☐ Millenkamp Family <br> ☐ Goose Ranch <br> ☐ Black Pine Cattle <br> ☐ Millenkamp Enterprises <br> ☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos: <br><br> 24-40159-NGH (Idaho Jersey Girls) <br> 24-40160-NGH (East Valley Cattle) <br> 24-40161-NGH (Millenkamp Properties) <br> 24-40162-NGH (Millenkamp Properties II) <br> 24-40163-NGH (Millenkamp Family) <br> 24-40164-NGH (Goose Ranch) <br> 24-40165-NGH (Idaho Jersey Girls Jerome) Dairy <br> 24-40166-NGH (Black Pine Cattle) <br> 24-40167-NGH (Millenkamp Enterprises) <br><br> Chapter 11 Cases |

NOTICE OF APPEARANCE & REQUEST FOR NOTICE

NOTICE OF APPEARANCE - 1

NOW COMES Alexandra O. Caval of the firm Caval Law Office, P.C. and hereby gives notice of her appearance as counsel for Parties in Interest William & Susan Millenkamp and hereby requests that copies of any and all further pleadings, orders, documents, hearings, and notices, as such may arise and affect said proceedings, be served upon:

> Alexandra O. Caval
> alex@cavallawoffice.com
> CAVAL LAW OFFICE, P.C.
> P.O. Box 1716
> Twin Falls, ID 83303-1716

DATED: June 24, 2024

*/s/ Alexandra Caval*
**Alexandra O. Caval, ISB #7999**
Attorney for William & Susan Millenkamp

NOTICE OF APPEARANCE - 2