# TRANSCRIPT ORDER

Due Date: July 5, 2024

| Name: | Sheila R. Schwager | Phone #: (208) 344-6000 | Date: June 24, 2024 |
|---|---|---|---|

| Mailing Address: | 877 W. Front Street, Suite 200 | City: Boise | State: ID | Zip: 83702 |
|---|---|---|---|---|

Email Address: sschwager@hawleytroxell.com; jbrocious@hawleytroxell.com

| Case #: 24-40158 | Judicial Official: Noah G. Hillen | Dates of Proceedings: 5/8/24-5/9/24 |
|---|---|---|

Case Name: Millenkamp Cattle, Inc., et al.

Location of Proceedings:
James A. McClure Federal Building
550 W. Fort Street, Boise, ID 83724

Order for: ☐ Appeal  ☐ Criminal  ☐ Criminal Justice Act  ☑ Bankruptcy
☐ Non-Appeal  ☐ Civil  ☐ In Forma Pauperis  ☐ Other

Transcript Requested: Specify portion(s) and date(s) of Proceeding(s) for which transcript is requested.

☑ Entire Proceeding      Date: May 8, 2024 - May 9, 2024
☐ Portion(s):

## ORDER

| CATEGORY | Original (Includes free copy for Court) | First Copy | Additional Copies | No. of Estimated Pages | Estimated Cost |
|---|---|---|---|---|---|
| 30-DAY (Ordinary) | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 14-DAY | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 7-DAY (Expedited) | ☑ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 3-DAY | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| NEXT DAY (Daily) | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 2-HOUR (Hourly) | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |

Processed by/Phone Number:      Estimate Total: **$ 0.00**

Transcript to be prepared by: -Make Selection-

Court Address:
U.S. Courts – District of Idaho
550 W. Fort Street
Boise, ID 83724

| Order Received | Date | By | Purchase Order Number or CJA Voucher | |
|---|---|---|---|---|

Transcript Ordered

Total Due  **$ 0.00**