# TRANSCRIPT ORDER

| | |
|---|---|
| | Due Date: **July 5, 2024** |

| Name: **Sheila R. Schwager** | Phone #: **(208) 344-6000** | Date: **June 24, 2024** |
|---|---|---|

| Mailing Address: **877 W. Front Street, Suite 200** | City: **Boise** | State: **ID** | Zip: **83702** |
|---|---|---|---|

Email Address: **sschwager@hawleytroxell.com; jbrocious@hawleytroxell.com**

| Case #: **24-40158** | Judicial Official: **Noah G. Hillen** | Dates of Proceedings: **6/20/24** |
|---|---|---|

| Case Name: **Millenkamp Cattle, Inc., et al.** | Location of Proceedings: **James A. McClure Federal Building** **550 W. Fort Street, Boise, ID 83724** |
|---|---|

**Order for:**

| ☐ Appeal | ☐ Criminal | ☐ Criminal Justice Act | ☑ Bankruptcy |
|---|---|---|---|
| ☐ Non-Appeal | ☐ Civil | ☐ In Forma Pauperis | ☐ Other |

**Transcript Requested:** Specify portion(s) and date(s) of Proceeding(s) for which transcript is requested.

| ☑ Entire Proceeding | Date: **June 20, 2024** |
|---|---|
| ☐ Portion(s): | |

## ORDER

| CATEGORY | Original (Includes free copy for Court) | First Copy | Additional Copies | No. of Estimated Pages | Estimated Cost |
|---|---|---|---|---|---|
| 30-DAY (Ordinary) | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 14-DAY | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 7-DAY (Expedited) | ☑ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 3-DAY | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| NEXT DAY (Daily) | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 2-HOUR (Hourly) | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| Processed by/Phone Number: | | | | Estimate Total: | **$ 0.00** |

| Transcript to be prepared by: **-Make Selection-** | Court Address: U.S. Courts – District of Idaho 550 W. Fort Street Boise, ID 83724 |
|---|---|

| Order Received | Date | By | Purchase Order Number or CJA Voucher | |
|---|---|---|---|---|
| Transcript Ordered | | | Total Due | **$ 0.00** |