David W. Gadd (ISB #7605)
STOVER, GADD & ASSOCIATES, PLLC
905 Shoshone Street N
P.O. Box 1428
Twin Falls, Idaho  83303-1428
Telephone  (208) 736-9900
Facsimile  (208) 736-9929
*dwg@magicvalleylaw.com*
*Attorneys for Valley Wide Cooperative Inc.*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In Re: | |
|---|---|
| MILLENKAMP CATTLE, INC., | Case No. 24-40158-NGH |
| Debtor. | Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

NOTICE IS HEREBY GIVEN that David W. Gadd, of the firm STOVER, GADD & ASSOCIATES, PLLC, hereby enters his appearance on behalf of creditor, Valley Wide Cooperative Inc. Request is also made that notice of all hearings, pleadings and other papers in this matter be served upon the undersigned counsel by ECF service or mailing to:

David W. Gadd
STOVER, GADD & ASSOCIATES, PLLC
P.O. Box 1428
Twin Falls, ID 83303-1428
dwg@magicvalleylaw.com

DATED this 20th day of June, 2024.

STOVER, GADD & ASSOCIATES, PLLC

By: */s/ David W. Gadd*
    David W. Gadd
    Attorneys for Valley Wide Cooperative Inc.

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE – 1**

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 25th day of June, 2024, the foregoing document was electronically filed with the Clerk of the Court through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Brett R. Cahoon<br>*Attorney for US Trustee* | ustp.region18.bs.ecf@usdoj.gov |
| Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| Julian Gurule<br>Official Committee of Unsecured Creditors | jgurule@omm.com |
| Matthew T. Christensen<br>Krystal R. Mikkilineni<br>Attorney for Millenkap Cattle, Inc. | mtc@johnsonmaylaw.com<br>krystal.mikkilineni@dentons.com |
| Alexandra O Caval<br>Attorney for William Millenkamp | alex@cavallawoffice.com |
| David Coleman<br>Attorney for B&Hearing andYou're Land & Livestock, Inc. | david@colemanjacobsonlaw.com |
| Matthew A Sturzen<br>Attorney for Wilbur-Ellis Company, LLC | matt@shermlaw.com |
| Jon B Evans<br>Attorney for Western States Equipment Co | evans.jb@dorsey.com |
| Heidi Buck Morrison<br>Viterra USA Grain, LLC and Viterra USA Ingredients, LLC | heidi@racineolson.com |
| Brian Faria<br>Attorney for Viserion Grain, LLC | brian@sawtoothlaw.com |
| Rhett Michael Miller<br>Attorney for Moss Grain Partnership, Raft River Rural Electric Cooperative, Inc. and United Electric Co-op, Inc., | rmiller@magicvalley.law |
| Louis V. Spiker<br>Attorney for Standlee Ag Resources | louis.spiker@millernash.com |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE – 2**

Kim J Trout  ktrout@trout-law.com
Rocky Mountain Agronomics, Inc.

Joseph Mark Wager, Jr.  wager@mwsslawyers.com
Rexel USA, Inc dba Platt Electric Supply

Sheila R. Schwager  sschwager@hawleytroxell.com
Attorney for Rabo AgriFinance LLC

Kimbell D. Gourley  kgourley@idalaw.com
Attorney for MetLife Real Estate Lending LLC
and Metropolitan Life Insurance Company

Connor Bray Edlund  edlund@mwsslawyers.com
Attorney McAlvain Concrete, Inc.

Morton R. Branzburg  mbranzburg@klehr.com
Attorney MWI Veterinarian Supply, Inc.

Gery W Edson  gedson@gedson.com
Attorney for Land View, Inc.

Cheryl Rambo  cheryl.rambo@isp.idaho.gov
Idaho State Police

Robert A Faucher  rfaucher@hollandhart.com
Attorney for Glanbia Foods Inc.

Janine Patrice Reynard  janine@averylaw.net
Attorney for East Valley Development, LLC

Holly Roark  holly@roarklawboise.com
Attorney for Elevation Electric, LLC

John D Munding  john@mundinglaw.com
Attorney for PerforMix Nutrition Systems, LLC

Zachary Fairlie  zfairlie@spencerfane.com
Attorney for Conterra Holdings, LLC
d/b/a Conterra Ag Capital

William K Carter  kentcarter@grsm.com
Attorney for CNH Industrial Capital
America LLC.

Mark Bradford Perry  mbp@perrylawpc.com
Attorney for Burks Tractor Company, Inc.

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE – 3**

| | |
|---|---|
| D Blair Clark<br>Attorney for Blue Cross of Idaho Health Service, Inc. | dbc@dbclarklaw.com |
| Laura E Burri<br>Attorneys for Automation Werx, LLC | lburri@morrowfischer.com |
| Bruce A. Anderson<br>Creditor Committee | baafiling@eaidaho.com |
| David T Krueck<br>Attorney for Amalgamated Sugar Company | dkrueck@perkinscoie.com |
| Matthew W Grimshaw<br>Ad Hoc Committee of Corn Silage Growers | matt@grimshawlawgroup.com |
| Richard Bernard<br>John F. Kurtz, Jr.<br>Attorney for Sandton Capital Partners LP | jfk@kurtzlawllc.com |

                     */s/ David W. Gadd*
                     David W. Gadd

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE – 4**