Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
         golivera@omm.com

*Proposed Attorneys for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

NOTICE OF CHANGE OF FIRM ADDRESS - 1

| | |
|---|---|
| ☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

### NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE THAT** the correct address for O'Melveny & Myers LLP's Los Angeles office is:

O'Melveny & Myers LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071

Please note that the telephone number, fax number, and email addresses remain the same. Please update your records accordingly and serve all future pleadings, notices, and other papers upon us at the above address. The address for O'Melveny & Myers LLP's New York office remains the same.

Date: June 26, 2024

O'MELVENY & MYERS LLP

*/s/ Julian Gurule*
JULIAN GURULE

-and-

ELSAESSER ANDERSON, CHTD.

*/s/ Bruce A. Anderson*
BRUCE A. ANDERSON

*Proposed Attorneys for the Official Committee of Unsecured Creditors*

NOTICE OF CHANGE OF FIRM ADDRESS - 2

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 26, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which included a Notice of Electronic Filing to the following person(s):

Brett R Cahoon on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

krystal.mikkilineni@dentons.com, attorneys for Debtor

mtc@johnsonmaylaw.com  attorneys for Debtor

      Dated this 26th day of June, 2024.

                                    /s/ *Bruce A. Anderson*
                                    Bruce A. Anderson

NOTICE OF CHANGE OF FIRM ADDRESS - 3