Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        Robert.richards@dentons.com
        Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒   ALL DEBTORS<br><br>☐   Millenkamp Cattle, Inc.<br><br>☐   Idaho Jersey Girls<br><br>☐   East Valley Cattle<br><br>☐   Millenkamp Properties<br><br>☐   Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy) |

☐  Millenkamp Family

☐  Goose Ranch                                    Chapter 11 Cases

☐  Black Pine Cattle

☐  Millenkamp Enterprises

☐  Idaho Jersey Girls Jerome Dairy

## NOTICE OF MOTIONS & NOTICE OF HEARING

NOTICE IS HEREBY provided that the Debtors have filed the following Motions:

1. *Debtors' Second Motion for Continued Use of Cash Collateral* (Docket No. 464), seeking continued authority to use cash collateral through December 31, 2024;

2. *Debtors' Omnibus Motion for Authority to Purchase & Sell Equipment and Machinery* (Docket No. 379) seeking authority to buy and sell assets during the ordinary course of the Debtors' business;

3. *Debtors' Motion to Extend Exclusivity Period to file Disclosure Statement and Plan* (Docket No. 462), seeking to extend the exclusivity period for the Debtors to propose a Chapter 11 Plan and Disclosure Statement from July 31, 2024, to September 30, 2024;

4. *Debtors' Motion to Establish Procedure for 11 U.S.C. § 506(b) Claims* (Docket No. 463), seeking an order from the Court establishing procedures for secured creditors to assert 11 U.S.C. § 506(b) claims for fees, costs and expenses;

5. *Motion to Shorten Time* (Docket No. 465), seeking (to the extent necessary) to shorten time for notice of the hearing on the above-referenced motions.

Copies of the foregoing Motions may be found on the Court's PACER system for electronic filing – www.pacer.gov.  In addition, if any party desires a copy of any of the foregoing

motions, they may contact Debtors' counsel (contact information above), and a copy will be sent via email.

NOTICE IS HEREBY provided that a hearing will be held on the above motions on the **18th day of July, 2024, at 1:30 p.m. (mountain time)**, or as soon thereafter as the hearing may be held.  This hearing will be in person as the United States Courthouse 550 W. Fort Street, Boise ID, 83724.  If necessary, the hearing will be continued to the next day, July 19, 2024, as well.

Pursuant to Local Bankruptcy Rule 9014-1, the Debtors provide notice that they intend to present evidence through witnesses at the hearing.

DATED this 27th day of June, 2024.

JOHNSON MAY

*/s/ Matt Christensen*

MATTHEW T. CHRISTENSEN
Attorney for the Debtors

DENTONS

*/s/ Tirzah Roussell*

TIRZAH ROUSSELL
Attorney for the Debtors

NOTICE OF MOTIONS & NOTICE OF HEARING – Page 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| William K. Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | Eclark101@hotmail.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| James Neimeier | jniemeier@mcgrathnorth.com |
| Gabriel L. Olivera | golivera@omm.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Joseph M. Wager | wager@mwsslawyers.com |

Any others as listed on the Court's ECF Notice.


  /s/ Matt Christensen
MATTHEW T. CHRISTENSEN

NOTICE OF MOTIONS & NOTICE OF HEARING – Page 5