David W. Gadd (ISB #7605)
STOVER, GADD & ASSOCIATES, PLLC
905 Shoshone Street N
P.O. Box 1428
Twin Falls, Idaho 83303-1428
Telephone (208) 736-9900
Facsimile  (208) 736-9929
*dwg@magicvalleylaw.com*
*Attorneys for Valley Wide Cooperative Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>        Debtor. | Case No. 24-40158-NGH<br><br>Chapter 11 |

### <u>MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM</u>

---

**<u>Notice of Motion for Allowance and Payment of Administrative Claim</u>**

<u>No Objection</u>.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

        COMES NOW Valley Wide Cooperative Inc. ("Valley Wide"), by and through its

undersigned counsel, and hereby moves the Court, pursuant to 11 U.S.C. §503(b)(9) for

allowance and payment of an administrative claim in the amount of the value of goods sold by

**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM – 1**

Valley Wide and received by Debtor from Valley Wide within twenty (20) days before Debtor's petition date. The goods were all sold by Valley Wide to Debtor in the ordinary course of both Valley Wide and Debtor's business. In support of this Motion, Valley Wide asserts as follows:

1.      Debtor operates, and has operated, a calf raising business for a number of years in Jerome County, Idaho. For a substantial period of time before the filing of Debtor's bankruptcy petition herein, Valley Wide sold and furnished goods, including, without limitation, pine shavings, propane, and other fuels (collectively, the "Goods"), to Debtor for use in Debtor's business operations.

2.      Debtor filed its voluntary Chapter 11 petition in bankruptcy on April 2, 2024 (the "Petition Date"), and continued to operate its calf raising business thereafter as a debtor-in-possession.

3.      In its ordinary course of business, Valley Wide furnished the Goods to Debtor for Debtor's business operations prior to the filing of Debtor's bankruptcy petition; with each such sale being billed by Valley Wide to Debtor for payment. All such sales were made by Valley Wide in the ordinary course of both Valley Wide's and Debtor's respective businesses.

4.      Within the twenty (20) days prior to the Petition Date, Valley Wide furnished the Goods to Debtor at Debtor's request. Each of those purchases are evidenced by the invoices prepared and sent to Debtor by Valley Wide, which are attached hereto collectively as **Exhibit A**.

Total value of Goods provided:  $67,132.81.
True and correct copies of each of the individual invoices identified above (collectively the "Invoices"), along with a spreadsheet summarizing the same, are attached hereto collectively as **Exhibit A** and are by reference made a part hereof.

**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM – 2**

5.      The Goods reflected in the Invoices were provided by Valley Wide and were received by Debtor within twenty (20) days before the commencement of Debtor's above-titled bankruptcy case.

6.      The Invoice amounts reflect the actual value of the Goods ordered and received by Debtor from Valley Wide within twenty (20) days of Debtor's Petition Date.

7.      Debtor has not paid Valley Wide any of the amounts due to Valley Wide for the Goods reflected on the Invoices.

8.      This claim represents the value of the goods received by Debtor from Valley Wide within twenty (20) days prior to the commencement of Debtor's above-titled Chapter 11 bankruptcy case on April 2, 2024. All of the Goods were sold by Valley Wide to Debtor in the ordinary course of both Valley Wide and Debtor's respective businesses.

9.      This claim for allowance of administrative expense is not subject to any set-off or counterclaim, and Valley Wide holds no security for the debt.

10.     Valley Wide is entitled to allowance and payment of this claim for administrative expense under the provisions of 11 U.S.C. §503(b)(9).

WHEREFORE, Valley Wide requests entry of an order of this Court allowing Valley Wide an administrative payment of the same in accordance with the priorities of 11 U.S.C. §507(a)(2).

DATED this 28th  day of June, 2024.

STOVER, GADD & ASSOCIATES, PLLC


By: /s/ David W. Gadd
        David W. Gadd – Of the Firm
        Attorney for Valley Wide Cooperative Inc.


**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM – 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of June, 2024, I caused the foregoing document to be electronically filed through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jason Ronald Naess                          Jason.r.naess@usdoj.gov

Julian Gurule                               jgurule@omm.com
Official Committee of Unsecured Creditors

Matthew T. Christensen                      mtc@johnsonmaylaw.com
Krystal R. Mikkilineni                      krystal.mikkilineni@dentons.com
Attorney for Millenkap Cattle, Inc.

Alexandra O Caval                           alex@cavallawoffice.com
Attorney for William Millenkamp

David Coleman                               david@colemanjacobsonlaw.com
Attorney for B&Hearing andYou're Land &
Livestock, Inc.

Matthew A Sturzen                           matt@shermlaw.com
Attorney for Wilbur-Ellis Company, LLC

Jon B Evans                                 evans.jb@dorsey.com
Attorney for Western States Equipment Co

Heidi Buck Morrison                         heidi@racineolson.com
Viterra USA Grain, LLC and Viterra
USA Ingredients, LLC

Brian Faria                                 brian@sawtoothlaw.com
Attorney for Viserion Grain, LLC

Rhett Michael Miller                        rmiller@magicvalley.law
Attorney for Moss Grain Partnership, Raft
River Rural Electric Cooperative, Inc. and United
Electric Co-op, Inc.,

Louis V. Spiker                             louis.spiker@millernash.com
Attorney for Standlee Ag Resources

Kim J Trout                                 ktrout@trout-law.com
Rocky Mountain Agronomics, Inc.

**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM – 4**

Joseph Mark Wager, Jr.                        wager@mwsslawyers.com
Rexel USA, Inc dba Platt Electric Supply


Sheila R. Schwager                            sschwager@hawleytroxell.com
Attorney for Rabo AgriFinance LLC


Kimbell D. Gourley                            kgourley@idalaw.com
Attorney for MetLife Real Estate Lending LLC
and Metropolitan Life Insurance Company


Connor Bray Edlund                            edlund@mwsslawyers.com
Attorney McAlvain Concrete, Inc.


Morton R. Branzburg                           mbranzburg@klehr.com
Attorney MWI Veterinarian Supply, Inc.


Gery W Edson                                  gedson@gedson.com
Attorney for Land View, Inc.


Cheryl Rambo                                  cheryl.rambo@isp.idaho.gov
Idaho State Police


Robert A Faucher                              rfaucher@hollandhart.com
Attorney for Glanbia Foods Inc.


Janine Patrice Reynard                        janine@averylaw.net
Attorney for East Valley Development, LLC


Holly Roark                                   holly@roarklawboise.com
Attorney for Elevation Electric, LLC


John D Munding                                john@mundinglaw.com
Attorney for PerforMix Nutrition Systems, LLC


Zachary Fairlie                               zfairlie@spencerfane.com
Attorney for Conterra Holdings, LLC
d/b/a Conterra Ag Capital


William K Carter                              kentcarter@grsm.com
Attorney for CNH Industrial Capital
America LLC.


Mark Bradford Perry                           mbp@perrylawpc.com
Attorney for Burks Tractor Company, Inc.


**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM – 5**

D Blair Clark                                          dbc@dbclarklaw.com
Attorney for Blue Cross of Idaho Health Service, Inc.

Laura E Burri                                         lburri@morrowfischer.com
Attorneys for Automation Werx, LLC

Bruce A. Anderson                                    baafiling@eaidaho.com
Creditor Committee

David T Krueck                                        dkrueck@perkinscoie.com
Attorney for Amalgamated Sugar Company

Matthew W Grimshaw                                   matt@grimshawlawgroup.com
Ad Hoc Committee of Corn Silage Growers

Richard Bernard
John F. Kurtz, Jr.                                    jfk@kurtzlawllc.com
Attorney for Sandton Capital Partners LP


                                        _/s/ David W. Gadd_____
                                         David W. Gadd


**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM – 6**

# EXHIBIT A

## Valley Wide Cooperative - #109712 WILLIAM J MILLENKAMP - ACCOUNT ACTIVITY

| Store | Doc # | Apply To | Total | Doc Date | Cust # | Due Date | Reference | Doc Type |
|---|---|---|---|---|---|---|---|---|
| 3 | F56583 | F56583 | 73.56 | 3/13/24 | 109712 | 4/30/24 | Card:6925555 23.89 34 | Invoice |
| 16 | F22292 | F22292 | 1,146.90 | 3/13/24 | 109712 | 4/30/24 | S0046454 CONTROL BOARD/SUPPLIE | Invoice |
| 19 | I22559 | I22559 | 76.86 | 3/14/24 | 109712 | 4/30/24 | Card:6925560 23.07 04 | Invoice |
| 19 | I22624 | I22624 | 58.12 | 3/15/24 | 109712 | 4/30/24 | Card:6925554 15.77 53 | Invoice |
| 16 | F21584 | F21584 | 474.94 | 3/15/24 | 109712 | 4/30/24 | U3517937 A-PROPANE DELIVERY | Invoice |
| 16 | F21585 | F21585 | 332.33 | 3/15/24 | 109712 | 4/30/24 | U3517938 A-PROPANE DELIVERY | Invoice |
| 16 | F21586 | F21586 | 712.13 | 3/15/24 | 109712 | 4/30/24 | U3517939 A-PROPANE DELIVERY | Invoice |
| 16 | F21587 | F21587 | 6,269.36 | 3/15/24 | 109712 | 4/30/24 | U3517940 A-PROPANE DELIVERY | Invoice |
| 16 | F21743 | F21743 | 4,446.89 | 3/15/24 | 109712 | 4/30/24 | U3152224 A-PROPANE DELIVERY | Invoice |
| 16 | F21744 | F21744 | 5,635.66 | 3/15/24 | 109712 | 4/30/24 | U3152225 A-PROPANE DELIVERY | Invoice |
| 16 | F21666 | F21666 | 743.50 | 3/16/24 | 109712 | 4/30/24 | U9567334 R-PROPANE DELIVERY | Invoice |
| 16 | F21667 | F21667 | 4,341.11 | 3/16/24 | 109712 | 4/30/24 | U9567335 A-PROPANE DELIVERY | Invoice |
| 16 | F21668 | F21668 | 577.49 | 3/16/24 | 109712 | 4/30/24 | U9567336 A-PROPANE DELIVERY | Invoice |
| 16 | F21669 | F21669 | 502.29 | 3/16/24 | 109712 | 4/30/24 | U9567337 A-PROPANE DELIVERY | Invoice |
| 16 | F21670 | F21670 | 586.79 | 3/16/24 | 109712 | 4/30/24 | U9567338 R-PROPANE DELIVERY | Invoice |
| 16 | F21671 | F21671 | 2,155.93 | 3/16/24 | 109712 | 4/30/24 | U9567339 A-PROPANE DELIVERY | Invoice |
| 16 | F21672 | F21672 | 285.04 | 3/16/24 | 109712 | 4/30/24 | U9567341 R-PROPANE DELIVERY | Invoice |
| 16 | F21673 | F21673 | 656.86 | 3/16/24 | 109712 | 4/30/24 | U9567342 A-PROPANE DELIVERY | Invoice |
| 16 | F21674 | F21674 | 893.67 | 3/16/24 | 109712 | 4/30/24 | U9567343 A-PROPANE DELIVERY | Invoice |
| 19 | I23353 | I23353 | 89.44 | 3/18/24 | 109712 | 4/30/24 | Card:6925554 24.245 53 | Invoice |
| 12 | B94710 | B94710 | 1,067.29 | 3/20/24 | 109712 | 4/30/24 | R38417 2-DYED DIESEL #2 | Invoice |
| 2 | J85437 | J85437 | 77.89 | 3/21/24 | 109712 | 4/30/24 | Card:9977208 23.326 34 | Invoice |
| 16 | F22319 | F22319 | 175.28 | 3/21/24 | 109712 | 4/30/24 | U6018092 A-PROPANE DELIVERY | Invoice |
| 19 | I24743 | I24743 | 78.34 | 3/22/24 | 109712 | 4/30/24 | Card:6925554 21.132 53 | Invoice |
| 3 | F65024 | F65024 | 19.70 | 3/24/24 | 109712 | 4/30/24 | Card:6925547 5.83 34 | Invoice |
| 19 | I25561 | I25561 | 73.80 | 3/25/24 | 109712 | 4/30/24 | Card:6925560 20.758 04 | Invoice |
| 19 | I25409 | I25409 | 73.16 | 3/25/24 | 109712 | 4/30/24 | Card:6925554 19.554 53 | Invoice |
| 16 | F22852 | F22852 | 569.70 | 3/27/24 | 109712 | 4/30/24 | U3518094 A-PROPANE DELIVERY | Invoice |
| 16 | F22853 | F22853 | 5,697.19 | 3/27/24 | 109712 | 4/30/24 | U3518095 A-PROPANE DELIVERY | Invoice |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | J89654 | J89654 | 42.74 | 3/28/24 | 109712 | 4/30/24 | Card:9977208 12.286 34 | Invoice |
| 16 | F22887 | F22887 | 424.81 | 3/28/24 | 109712 | 4/30/24 | U9567491 R-PROPANE DELIVERY | Invoice |
| 16 | F22888 | F22888 | 5,257.00 | 3/28/24 | 109712 | 4/30/24 | U9567492 A-PROPANE DELIVERY | Invoice |
| 19 | I26868 | I26868 | 80.92 | 3/29/24 | 109712 | 4/30/24 | Card:6925554 21.372 53 | Invoice |
| 41 | 130612 | 130612 | 2,472.34 | 4/1/24 | 109712 | 5/31/24 | PO # 24-0610 | Invoice |
| 41 | 130615 | 130615 | 9,860.00 | 4/1/24 | 109712 | 5/31/24 | PO # 24-0728 | Invoice |
| 30 | 17532 | 17532 | 1,300.60 | 4/1/24 | 109712 | 5/31/24 | PO # 24-0589 | Invoice |
| 30 | 17533 | 17533 | 1,563.45 | 4/1/24 | 109712 | 5/31/24 | PO # 24-0732 | Invoice |
| 19 | I27516 | I27516 | 74.03 | 4/1/24 | 109712 | 5/31/24 | Card:6925554 19.647 53 | Invoice |
| 16 | F24031 | F24031 | 3,418.20 | 4/1/24 | 109712 | 5/31/24 | U9567572 A-PROPANE DELIVERY | Invoice |
| 16 | F24032 | F24032 | 4,747.50 | 4/1/24 | 109712 | 5/31/24 | U9567573 A-PROPANE DELIVERY | Invoice |
| | | **TOTAL** | **67,132.81** | | | | | |

# VALLEY WIDE COOPERATIVE
## 708 HWY 30 E
## BUHL, ID 83316
### www.valleywidecoop.com
### PHONE: (208) 543-4356

**MEGAN NELSON, MANAGER**

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:6925555 23.89 34 | BALANCE DUE BY 15TH | DEFAULT TT | 3/13/24 | 7:52 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME         ID 83338

**Ship To:**

DOC# F56583/3
TERM#          **DUPLICATE**
               *  INVOICE  *
               *************
SLSPR:    CC CECILY COLEMAN
TAX  :    001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|----|----|-------------|------|-------|-----------|-----------|
| 1 | 23.89 | | EA | 4 | UNLEADED | 3.1 | 23.89 | 3.07 EA | 73.56 |

REPRINT

**\*\* AMOUNT CHARGED TO STORE ACCOUNT \*\***     73.56

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 73.56 |
| SUBTOTAL | 73.56 |
| TAX AMOUNT | 0.00 |
| TOTAL AMOUNT | 73.56 |

X

Received By



**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | S0046454 | 03/13/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-NEW CALF BARN
471 N 300 W
JEROME ID  83338

INVOICE AMOUNT:    $1146.90

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/13/24 | 11 | | | | NET | S0046454 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1.00 | | CONTROL BOARD/SUPPLIES | 365.000 | 365.00 |
| 8.00 | | LABOR / SERVICE CALL | 95.000 | 760.00 |
| | | STATE TAX | | 21.90 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|
| $781.90 | $365.00 | $1146.90 |

**VALLEY WIDE COOPERATIVE**
**VALLEY CO-OPS, INC.**
**1833 S. LINCOLN ST.**
**JEROME ID 83338**
**PHONE: (208) 324-8000**

PAGE NO    1

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:6925560 23.07 04 | BALANCE DUE BY 15TH | DEFAULT T T | 3/14/24 | 5:26 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME        ID 83338

**Ship To:**

DOC# I22559/K
TERM#           **DUPLICATE**
                *  INVOICE  *
SLSPR:    CC CECILY COLEMAN      *************
TAX  :    001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|----|----|-------------|------|-------|-----------|-----------|
| 1 | 23.07 | | EA | 52 | 87 OCTANE NON ETHANOL | | 23.07 | 3.33 EA | 76.86 |

REPRINT

** AMOUNT CHARGED TO STORE ACCOUNT **        76.86

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 76.86 |
| SUBTOTAL | 76.86 |
| TAX AMOUNT | 0.00 |
| TOTAL AMOUNT | 76.86 |

X
Received By

**VALLEY WIDE COOPERATIVE**
**VALLEY CO-OPS, INC.**
**1833 S. LINCOLN ST.**
**JEROME ID 83338**
**PHONE: (208) 324-8000**

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---|---|---|---|---|---|---|---|
| 109712 | | | Card:6925554 15.77 53 | BALANCE DUE BY 15TH | DEFAULT TT | 3/15/24 | 8:11 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME        ID 83338

**Ship To:**

DOC# I22624/K
TERM#          **DUPLICATE**
               *  INVOICE  *
SLSPR:    CC CECILY COLEMAN      *************
TAX  :    001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 15.77 | | EA | 1 | ULS#2 DIESEL ALL TAXES INCLUDED | | 15.77 | 3.68  EA | 58.12 |

REPRINT

| | | |
|---|---|---|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 58.12 | **TAXABLE** | 0.00 |
| | | **NON-TAXABLE** | 58.12 |
| | | **SUBTOTAL** | 58.12 |
| | | **TAX AMOUNT** | 0.00 |
| | | **TOTAL AMOUNT** | 58.12 |

X_____
                              Received By

**VALLEY WIDE**
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

**INVOICE**

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U3517937 | 03/15/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-OLD GERMAN DAIRY
162 W 400 N
JEROME ID  83338

INVOICE AMOUNT:     $474.94

AMOUNT REMITTED $_____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/15/24 | 6 | | | | NET | U3517937 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 250.10 | | A-PROPANE DELIVERY | 1.899 | 474.94 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $474.94 | $.00 | $474.94 |



**INVOICE**

**VALLEY WIDE**
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|-----------|-----------|--------------|
| 205232 | U3517938 | 03/15/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-JAKE'S NEW HOUSE
525 N 400 W
JEROME ID  83338

INVOICE AMOUNT:            $332.33

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|------|-----|-----------|----------|----------|-------|---------|
| 03/15/24 | 6 | | | | NET | U3517938 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|------------|-------------|------------|--------|
| 175.00 | | A-PROPANE DELIVERY | 1.899 | 332.33 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|-------------|---------|---------------|
| $332.33 | $.00 | $332.33 |



**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U3517939 | 03/15/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP CATTLE-BILL'S HOUSE
471 N 300 W
JEROME ID  83338

**INVOICE AMOUNT:**    $712.13

**AMOUNT REMITTED $** _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/15/24 | 6 | | | | NET | U3517939 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 375.00 | | A-PROPANE DELIVERY | 1.899 | 712.13 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $712.13 | $.00 | $712.13 |

**VALLEY WIDE**
COOPERATIVE

**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U3517940 | 03/15/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-NEW CALF BARN
471 N 300 W
JEROME ID  83338

**INVOICE AMOUNT:**   $6269.36

**AMOUNT REMITTED $** _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/15/24 | 6 | | | | NET | U3517940 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3301.40 | | A-PROPANE DELIVERY | 1.899 | 6269.36 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $6269.36 | $.00 | $6269.36 |

# INVOICE

**VALLEY WIDE** COOPERATIVE

**837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525**

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 109712 | U3152224 | 03/15/24 |

**SOLD TO
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME ID  83338**

**SHIPPED TO
MILLENKAMP-QUAD ROTARY
2570E. 750S.
MALTA ID  83342**

INVOICE AMOUNT:        **$4446.89**

AMOUNT REMITTED $:_____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/15/24 | 14 | | | | NET | U3152224 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 2341.70 | | A-PROPANE DELIVERY | 1.899 | 4446.89 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $4446.89 | $.00 | $4446.89 |

# INVOICE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 109712 | U3152225 | 03/15/24 |

SOLD TO
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME ID  83338

SHIPPED TO
MILLENKAMP-PROCESSING BARN
2750E. 750S.
MALTA ID  83342

INVOICE AMOUNT:       $5635.66

AMOUNT REMITTED $:_____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/15/24 | 14 | | | | NET | U3152225 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 2967.70 | | A-PROPANE DELIVERY | 1.899 | 5635.66 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $5635.66 | $.00 | $5635.66 |



**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567334 | 03/16/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MOONSHINE BILL'S HOUSE
IDAHOME ROAD
MALTA ID  83342

INVOICE AMOUNT:      $743.50

AMOUNT REMITTED $_____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/16/24 | 14 | | | | NET | U9567334 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 425.10 | TANK | R-PROPANE DELIVERY | 1.749 | 743.50 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $743.50 | $.00 | $743.50 |



**VALLEY WIDE**
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567335 | 03/16/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-JERSEY GIRL #1
2750 E 750 S
MALTA ID  83342

INVOICE AMOUNT:        $4341.11

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/16/24 | 14 | | | | NET | U9567335 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 2286.00 | | A-PROPANE DELIVERY | 1.899 | 4341.11 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|
| $4341.11 | $.00 | $4341.11 |



**VALLEY WIDE**
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

**INVOICE**

| ACCOUNT # | INVOICE # | INVOICE DATE |
|-----------|-----------|--------------|
| 205232 | U9567336 | 03/16/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-EAST COMMODITIES
JERSEY GIRLS-NEW BARN
MALTA ID  83342

INVOICE AMOUNT:       $577.49

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|------|-----|-----------|----------|----------|-------|---------|
| 03/16/24 | 14 | | | | NET | U9567336 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|------------|-------------|------------|--------|
| 304.10 | | A-PROPANE DELIVERY | 1.899 | 577.49 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|-------------|---------|---------------|
| $577.49 | $.00 | $577.49 |



**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567337 | 03/16/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-WEST COMMODITIES
JERSEY GIRLS-NEW BARN
MALTA ID  83342

INVOICE AMOUNT:       $502.29

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/16/24 | 14 | | | | NET | U9567337 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 264.50 | | A-PROPANE DELIVERY | 1.899 | 502.29 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $502.29 | $.00 | $502.29 |

**VALLEY WIDE**
COOPERATIVE

**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|-----------|-----------|--------------|
| 205232    | U9567338  | 03/16/24     |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP PRESSURE WASHER
2750 E 750 S
MALTA ID  83342

INVOICE AMOUNT:     $586.79

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|------|-----|-----------|----------|----------|-------|---------|
| 03/16/24 | 14 | | | | NET | U9567338 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|------------|-------------|------------|--------|
| 309.00 | TANK | R-PROPANE DELIVERY | 1.899 | 586.79 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|-------------|---------|---------------|
| $586.79 | $.00 | $586.79 |



**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|-----------|-----------|--------------|
| 205232 | U9567339 | 03/16/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-QUAD ROTARY
2570 E 750 S
MALTA ID  83342

INVOICE AMOUNT:     $2155.93

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|------|-----|-----------|----------|----------|-------|---------|
| 03/16/24 | 14 | | | | NET | U9567339 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|------------|-------------|------------|--------|
| 1135.30 | | A-PROPANE DELIVERY | 1.899 | 2155.93 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|-------------|---------|---------------|
| $2155.93 | $.00 | $2155.93 |



**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|-----------|-----------|--------------|
| 205232 | U9567341 | 03/16/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-YALE RD/HS#15
2667 YALE RD
MALTA ID  83342

INVOICE AMOUNT:      $285.04

AMOUNT REMITTED $_____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|------|-----|-----------|----------|----------|-------|---------|
| 03/16/24 | 14 | | | | NET | U9567341 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|------------|-------------|------------|--------|
| 150.10 | TANK | R-PROPANE DELIVERY | 1.899 | 285.04 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|--|-------------|---------|---------------|
| | $285.04 | $.00 | $285.04 |



**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567342 | 03/16/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-PROCESSING BARN
2750 E 750 S
MALTA ID  83342

INVOICE AMOUNT:      $656.86

AMOUNT REMITTED $_____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/16/24 | 14 | | | | NET | U9567342 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 345.90 | | A-PROPANE DELIVERY | 1.899 | 656.86 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $656.86 | $.00 | $656.86 |

**VALLEY WIDE**
COOPERATIVE

**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567343 | 03/16/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-JERSEY'S HORSE BARN
2750 E 750 S
MALTA ID  83342

INVOICE AMOUNT:      $893.67

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/16/24 | 14 | | | | NET | U9567343 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 470.60 | | A-PROPANE DELIVERY | 1.899 | 893.67 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $893.67 | $.00 | $893.67 |

**INVOICE**

**VALLEY WIDE**
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U3517924 | 03/15/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP *WB
471 N 300 W
JEROME ID  83338

INVOICE AMOUNT:          $0.00

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/15/24 | 6 | | | | NET | U3517924 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | A-PROPANE DELIVERY | | .00 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $.00 | $.00 | $.00 |



**INVOICE**

## VALLEY WIDE
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|-----------|-----------|--------------|
| 205232 | U3517925 | 03/15/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP CATTLE - WB
471 N 300 W
JEROME ID  83338

INVOICE AMOUNT:          $0.00

AMOUNT REMITTED $_____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|------|-----|-----------|----------|----------|-------|---------|
| 03/15/24 | 6 | | | | NET | U3517925 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | A-PROPANE DELIVERY | | .00 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|--|-------------|---------|---------------|
| | $.00 | $.00 | $.00 |

**VALLEY WIDE COOPERATIVE**
**VALLEY CO-OPS, INC.**
**1833 S. LINCOLN ST.**
**JEROME ID 83338**
**PHONE: (208) 324-8000**

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---|---|---|---|---|---|---|---|
| 109712 | | | Card:6925554 24.245 53 | BALANCE DUE BY 15TH | DEFAULT T | 3/18/24 | 10:00 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME        ID 83338

**Ship To:**

DOC# I23353/K
TERM#                    **DUPLICATE**
                          *  INVOICE  *
SLSPR:     CC CECILY COLEMAN        *************
TAX :      001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 24.24 | | EA | 1 | ULS#2 DIESEL ALL TAXES INCLUDED | | 24.24 | 3.68  EA | 89.44 |

REPRINT

| | | |
|---|---|---|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 89.44 | **TAXABLE** | 0.00 |
| | | **NON-TAXABLE** | 89.44 |
| | | **SUBTOTAL** | 89.44 |
| | | **TAX AMOUNT** | 0.00 |
| | | **TOTAL AMOUNT** | 89.44 |

X _____
                          Received By

**INVOICE**

**VALLEY WIDE**
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | R38417 | 03/20/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
WILLIAM J MILLENKAMP-BFO
STACKYARD
HAZELTON ID  83335

INVOICE AMOUNT:      $1067.29

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/20/24 | 58 | | | | NET | R38417 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 314.00 | | 2-DYED DIESEL #2 | 3.399 | 1067.29 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $1067.29 | $.00 | $1067.29 |

**VALLEY WIDE COOPERATIVE**
**2442 MAIN ST.**
**GOODING, ID 83330**
**www.valleywidecoop.com**
**PHONE: (208) 934-5664**

PAGE NO    1

FAITH JOHNSON, MANAGER

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:9977208 23.326 34 | BALANCE DUE BY 15TH | DEFAULT T | 3/21/24 | 3:59 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME        ID 83338

**Ship To:**

DOC# J85437/2
TERM#        **DUPLICATE**
*  INVOICE  *
*************
SLSPR:    CC CECILY COLEMAN
TAX :     001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|-----|-----|-------------|------|-------|-----------|-----------|
| 1 | 23.32 | | EA | 4 | UNLEADED | 3.3 | 23.32 | 3.33  EA | 77.89 |

REPRINT

| | | |
|---|---|---|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 77.89 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 77.89 |
| | | SUBTOTAL | 77.89 |
| | | TAX AMOUNT | 0.00 |
| | | TOTAL AMOUNT | 77.89 |

X _____
                    Received By



**VALLEY WIDE**
C O O P E R A T I V E

**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U6018092 | 03/21/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-MARK'S HS
1719 RIVER RD E
BUHL ID  83316

**INVOICE AMOUNT:**      $175.28

**AMOUNT REMITTED $** _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/21/24 | 26 | | | | NET | U6018092 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 92.30 | | A-PROPANE DELIVERY | 1.899 | 175.28 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|
| $175.28 | $.00 | $175.28 |

**VALLEY WIDE COOPERATIVE**
**VALLEY CO-OPS, INC.**
**1833 S. LINCOLN ST.**
**JEROME ID 83338**
**PHONE: (208) 324-8000**

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:6925554 21.132 53 | BALANCE DUE BY 15TH | DEFAULT T | 3/22/24 | 10:03 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME        ID 83338

**Ship To:**

DOC# I24743/K
TERM#          **DUPLICATE**
               *  INVOICE  *
SLSPR:    CC CECILY COLEMAN    *************
TAX  :    001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|----|----|-------------|------|-------|-----------|-----------|
| 1 | 21.13 | | EA | 1 | ULS#2 DIESEL ALL TAXES INCLUDED | | 21.13 | 3.70 EA | 78.34 |

REPRINT

|  |  |  |
|--|--|--|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 78.34 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 78.34 |
| | | SUBTOTAL | 78.34 |
| | | TAX AMOUNT | 0.00 |
| | | TOTAL AMOUNT | 78.34 |

X_____
                    Received By

# VALLEY WIDE COOPERATIVE
## 708 HWY 30 E
## BUHL, ID 83316
www.valleywidecoop.com
## PHONE: (208) 543-4356

MEGAN NELSON, MANAGER

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:6925547 5.83 34 | BALANCE DUE BY 15TH | DEFAULT T | 3/24/24 | 11:33 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME          ID 83338

**Ship To:**

DOC# F65024/3
TERM#            **DUPLICATE**
                  *  INVOICE  *
SLSPR:    CC CECILY COLEMAN    *************
TAX :     001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | | EXTENSION |
|-----|---------|---------|----|----|-------------|------|-------|-----------|--|-----------|
| 1 | 5.83 | | EA | 4 | UNLEADED | 3.3 | 5.83 | 3.37 | EA | 19.70 |

REPRINT

** AMOUNT CHARGED TO STORE ACCOUNT **    19.70

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 19.70 |
| SUBTOTAL | 19.70 |
| TAX AMOUNT | 0.00 |
| TOTAL AMOUNT | 19.70 |

X_____
                        Received By

# VALLEY WIDE COOPERATIVE
## VALLEY CO-OPS, INC.
### 1833 S. LINCOLN ST.
### JEROME ID 83338
### PHONE: (208) 324-8000

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:6925560 20.758 04 | BALANCE DUE BY 15TH | DEFAULT T | 3/25/24 | 8:27 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME        ID 83338

**Ship To:**

DOC# I25561/K
TERM#          **DUPLICATE**
               *  INVOICE  *
SLSPR:    CC CECILY COLEMAN      *************
TAX  :    001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|-----|-----|-------------|------|-------|-----------|-----------|
| 1 | 20.75 | | EA | 52 | 87 OCTANE NON ETHANOL | | 20.75 | 3.55 EA | 73.80 |

REPRINT

| | | |
|---|---|---|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 73.80 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 73.80 |
| | | SUBTOTAL | 73.80 |
| | | TAX AMOUNT | 0.00 |
| | | TOTAL AMOUNT | 73.80 |

X _____

                                        Received By

**VALLEY WIDE COOPERATIVE**
**VALLEY CO-OPS, INC.**
**1833 S. LINCOLN ST.**
**JEROME ID 83338**
**PHONE: (208) 324-8000**

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:6925554 19.554 53 | BALANCE DUE BY 15TH | DEFAULT TT | 3/25/24 | 9:53 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME      ID 83338

**Ship To:**

DOC# I25409/K
TERM#        **DUPLICATE**
*   INVOICE   *
*************
SLSPR:    CC CECILY COLEMAN
TAX  :    001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|----|----|-------------|------|-------|-----------|-----------|
| 1 | 19.55 | | EA | 1 | ULS#2 DIESEL ALL TAXES INCLUDED | | 19.55 | 3.74 EA | 73.16 |

REPRINT

| | | |
|---|---|---|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 73.16 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 73.16 |
| | | SUBTOTAL | 73.16 |
| | | TAX AMOUNT | 0.00 |
| | | TOTAL AMOUNT | 73.16 |

X_____
Received By

**VALLEY WIDE**
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

**INVOICE**

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U3518094 | 03/27/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-OLD GERMAN DAIRY
162 W 400 N
JEROME ID  83338

INVOICE AMOUNT:      $569.70

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/27/24 | 6 | | | | NET | U3518094 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 300.00 | | A-PROPANE DELIVERY | 1.899 | 569.70 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $569.70 | $.00 | $569.70 |

**VALLEY WIDE**
COOPERATIVE

**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|-----------|-----------|--------------|
| 205232 | U3518095 | 03/27/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-NEW CALF BARN
471 N 300 W
JEROME ID  83338

**INVOICE AMOUNT:**    $5697.19

**AMOUNT REMITTED $** _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|------|-----|-----------|----------|----------|-------|---------|
| 03/27/24 | 6 | | | | NET | U3518095 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|------------|-------------|------------|--------|
| 3000.10 | | A-PROPANE DELIVERY | 1.899 | 5697.19 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|-------------|---------|---------------|
| | $5697.19 | $.00 | $5697.19 |

**VALLEY WIDE COOPERATIVE**
**2442 MAIN ST.**
**GOODING, ID 83330**
**www.valleywidecoop.com**
**PHONE: (208) 934-5664**

FAITH JOHNSON, MANAGER

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:9977208 12.286 34 | BALANCE DUE BY 15TH | DEFAULT T | 3/28/24 | 12:36 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME        ID 83338

**Ship To:**

DOC# J89654/2
TERM#           **DUPLICATE**
                *  INVOICE  *
SLSPR:   CC CECILY COLEMAN      *************
TAX  :   001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|----|----|-------------|------|-------|-----------|-----------|
| 1 | 12.28 | | EA | 4 | UNLEADED | 3.4 | 12.28 | 3.47  EA | 42.74 |

REPRINT

| | | |
|---|---|---|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 42.74 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 42.74 |
| | | SUBTOTAL | 42.74 |
| | | TAX AMOUNT | 0.00 |
| | | TOTAL AMOUNT | 42.74 |

X _____
                            Received By



**INVOICE**

**VALLEY WIDE**
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567491 | 03/28/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP PRESSURE WASHER
2750 E 750 S
MALTA ID  83342

**INVOICE AMOUNT:**     $424.81

**AMOUNT REMITTED $ _____**

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/28/24 | 14 | | | | NET | U9567491 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 223.70 | TANK | R-PROPANE DELIVERY | 1.899 | 424.81 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $424.81 | $.00 | $424.81 |



**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|-----------|-----------|--------------|
| 205232 | U9567492 | 03/28/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-PROCESSING BARN
2750 E 750 S
MALTA ID  83342

INVOICE AMOUNT:    $5257.00

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|------|-----|-----------|----------|----------|-------|---------|
| 03/28/24 | 14 | | | | NET | U9567492 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|------------|-------------|------------|--------|
| 2768.30 | | A-PROPANE DELIVERY | 1.899 | 5257.00 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|-------------|---------|---------------|
| $5257.00 | $.00 | $5257.00 |

**VALLEY WIDE COOPERATIVE**
**VALLEY CO-OPS, INC.**
**1833 S. LINCOLN ST.**
**JEROME ID 83338**
**PHONE: (208) 324-8000**

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:6925554 21.372 53 | BALANCE DUE BY 15TH | DEFAULT TT | 3/29/24 | 10:03 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME        ID 83338

**Ship To:**

DOC# I26868/K
TERM#            **DUPLICATE**
                 *  INVOICE  *
SLSPR:    CC CECILY COLEMAN      *************
TAX :     001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|----|----|-------------|------|-------|-----------|-----------|
| 1 | 21.37 | | EA | 1 | ULS#2 DIESEL ALL TAXES INCLUDED | | 21.37 | 3.78 EA | 80.92 |

REPRINT

|  |  |  |
|--|--|--|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 80.92 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 80.92 |
| | | SUBTOTAL | 80.92 |
| | | TAX AMOUNT | 0.00 |
| | | TOTAL AMOUNT | 80.92 |

X_____
                    Received By

**VALLEY WIDE COOPERATIVE**
**910 S. ONEIDA**
**RUPERT, ID 83350**
**www.valleywidecoop.com**
**PHONE: (208) 436-0141**

REGINA LEGUINECHE, MANAGER

**INVOICE**
**130612/h**

| BILL TO: | SHIP TO: |
|---|---|
| WILLIAM J MILLENKAMP<br>MILLENKAMP CATTLE<br>471 N 300 W<br>JEROME          ID       83338 | |

REWARD NO:5260074144

PO # 24-0610

SALESPERSON: CC  CECILY COLEMAN
TAX: 001 ID ST SALES TAX

| DOCUMENT NO. | CUSTOMER NO | JOB NO | DATE / TIME | PURCHASE ORDER | CLERK | TERMINAL | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|---|---|
| 130612/h | 109712 | 000 | 4/1/24  2:07 | 24-0610 | YA1 | 124 | | BALANCE DUE BY 15TH |

| | MFG | PART NUMBER | DESCRIPTION | ORDERED | SHIPPED | BKO | LIST PRICE | NET | NET CORE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | X102594 | SYSTEM SAVER YELLOW SOFTNER SALT | 343 | 343 | | | 6.80 | | 2332.40 |

REPRINT

| | | |
|---|---|---|
| | TAXABLE | 2332.40 |
| | NON-TAXABLE | 0.00 |
| ** AMOUNT CHARGED TO STORE ACCOUNT **   2472.34 | SUB-TOTAL | 2332.40 |
| | TAX AMOUNT | 139.94 |
| | **TOTAL AMOUNT** | **2472.34** |

X _____
          Received By                          (DIANA STERK)

**VALLEY WIDE COOPERATIVE**
**910 S. ONEIDA**
**RUPERT, ID 83350**
**www.valleywidecoop.com**
**PHONE: (208) 436-0141**

PAGE NO: 1

REGINA LEGUINECHE, MANAGER

**BILL TO:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME          ID      83338

**SHIP TO:**

*INVOICE*
*130615/h*

REWARD NO:5260074144

PO # 24-0728

SALESPERSON: CC  CECILY COLEMAN
TAX: 001 ID ST SALES TAX

| DOCUMENT NO. | CUSTOMER NO | JOB NO | DATE / TIME | PURCHASE ORDER | CLERK | TERMINAL | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|---|---|
| 130615/h | 109712 | 000 | 4/1/24  2:23 | 24-0728 | YA1 | 124 | | BALANCE DUE BY 15TH |

| | MFG | PART NUMBER | DESCRIPTION | ORDERED | SHIPPED | BKO | LIST PRICE | NET | NET CORE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 137972 | PLAIN WHITE SALT BLOCK | 1360 | 1360 | | | 7.25 | | 9860.00 N |
| 2 | | | DELIVERED MARCH 27TH TO JERSEY | | | | | | | |
| 3 | | | GIRL LOCATION | | | | | | | |

REPRINT

** AMOUNT CHARGED TO STORE ACCOUNT **          9860.00

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 9860.00 |
| SUB-TOTAL | 9860.00 |
| TAX AMOUNT | 0.00 |
| **TOTAL AMOUNT** | **9860.00** |

X _____          (DIANA STERK)
         Received By

**VALLEY WIDE COOPERATIVE**
**JEROME FEED WAREHOUSE AND FUEL**
**837 W MAIN**
**JEROME, ID 83338**
**PHONE: (208) 324-3525**

**BILL TO:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME          ID        83338

**SHIP TO:**

**INVOICE**
**17532 /W**

SALESPERSON: CC  CECILY COLEMAN
TAX:  D   SALES TAX JEROME BULK

PO # 24-0589

| DOCUMENT NO. | CUSTOMER NO | JOB NO | DATE / TIME | PURCHASE ORDER | CLERK | TERMINAL | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|---|---|
| 17532 /W | 109712 | 000 | 4/1/24  8:54 | 24-0589 | ZDM | 880 | | BALANCE DUE BY 15TH |

| | MFG | PART NUMBER | DESCRIPTION | ORDERED | SHIPPED | BKO | LIST PRICE | NET | NET CORE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 1127265 | PINE SHAVINGS 8CU FT S.MTN | 140 | 140 | | | 9.29 | | 1300.60 N |

REPRINT

|  |  |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 1300.60 |
| SUB-TOTAL | 1300.60 |
| | |
| TAX AMOUNT | 0.00 |
| **TOTAL AMOUNT** | **1300.60** |

** AMOUNT CHARGED TO STORE ACCOUNT **          1300.60

X _____
          Received By                    (DIANA STERK)

**VALLEY WIDE COOPERATIVE**
**JEROME FEED WAREHOUSE AND FUEL**
**837 W MAIN**
**JEROME, ID 83338**
**PHONE: (208) 324-3525**

BILL TO:

WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME          ID        83338

SHIP TO:

*INVOICE*
*17533 /W*

PO # 24-0732

SALESPERSON: CC  CECILY COLEMAN
TAX: D    SALES TAX JEROME BULK

| DOCUMENT NO. | CUSTOMER NO | JOB NO | DATE / TIME | PURCHASE ORDER | CLERK | TERMINAL | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|---|---|
| 17533 /W | 109712 | 000 | 4/1/24  8:57 | 24-0732 | ZDM | 880 | | BALANCE DUE BY 15TH |

| | MFG | PART NUMBER | DESCRIPTION | ORDERED | SHIPPED | BKO | LIST PRICE | NET | NET CORE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1067795 | | BIG 6 TRACE MINERAL BLK | 80 | 80 | | | 7.35 | | 588.00 N |
| 2 | 1127265 | | PINE SHAVINGS 8CU FT S.MTN | 105 | 105 | | | 9.29 | | 975.45 N |
| 3 | | | DELIVERED TO CALF RANCH ON | | | | | | | |
| 4 | | | 3/29/24 | | | | | | | |

REPRINT

** AMOUNT CHARGED TO STORE ACCOUNT **     1563.45

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 1563.45 |
| SUB-TOTAL | 1563.45 |
| TAX AMOUNT | 0.00 |
| **TOTAL AMOUNT** | **1563.45** |

X _____
Received By
(DIANA STERK)

**VALLEY WIDE COOPERATIVE**
**VALLEY CO-OPS, INC.**
**1833 S. LINCOLN ST.**
**JEROME ID 83338**
**PHONE: (208) 324-8000**

PAGE NO   1

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:6925554 19.647 53 | BALANCE DUE BY 15TH | DEFAULT T | 4/ 1/24 | 9:57 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME        ID 83338

**Ship To:**

DOC# I27516/K
TERM#                    **DUPLICATE**
*   INVOICE   *
*************
SLSPR:    CC CECILY COLEMAN
TAX  :    001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|----|----|-------------|------|-------|-----------|-----------|
| 1 | 19.64 | | EA | 1 | ULS#2 DIESEL ALL TAXES INCLUDED | | 19.64 | 3.76 EA | 74.03 |

REPRINT

|  | | |
|--|--|--|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 74.03 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 74.03 |
| | | SUBTOTAL | 74.03 |
| | | TAX AMOUNT | 0.00 |
| | | TOTAL AMOUNT | 74.03 |

X_____
                          Received By

**VALLEY WIDE**
COOPERATIVE

**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567572 | 04/01/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-JERSEY GIRL #1
2750 E 750 S
MALTA ID  83342

INVOICE AMOUNT:      $3418.20

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 04/01/24 | 17 | | | | NET | U9567572 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1800.00 | | A-PROPANE DELIVERY | 1.899 | 3418.20 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|
| $3418.20 | $.00 | $3418.20 |

**VALLEY WIDE**
COOPERATIVE

**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567573 | 04/01/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-QUAD ROTARY
2570 E 750 S
MALTA ID  83342

INVOICE AMOUNT:    $4747.50

AMOUNT REMITTED $_____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 04/01/24 | 17 | | | | NET | U9567573 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 2500.00 | | A-PROPANE DELIVERY | 1.899 | 4747.50 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $4747.50 | $.00 | $4747.50 |