Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      robert.richards@dentons.com
      tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☐ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch) |

#4022743

|  |  |
|---|---|
| ☒ Millenkamp Properties | 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Properties II | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Family | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**DEBTOR'S OBJECTION TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY BRANDY BARTHOLOMEW**

Millenkamp Properties, L.L.C. ("Millenkamp Properties"), debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, hereby respectfully files this Objection to the Motion for Relief from the Automatic Stay filed by Brandy Bartholomew (Docket No. 28) (the "Objection"). In support of this Objection, the Debtor respectfully represents as follows:

1. On April 2, 2024 (the "Petition Date"), the Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for District of Idaho (the "Court") commencing the Chapter 11 Case. The Debtor has continued in the management and operation of its business and property as debtor-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

2. On June 10, 2024, Brandy Bartholomew ("Bartholomew") filed a Motion for Relief from the Automatic Stay (Docket No. 28) (the "Motion").

3. In the Motion, Bartholomew requests that the stay be lifted in order to continue proceedings in a state court tort action captioned *Brandy A. BARTHOLOMEW, Plaintiff, vs. Parkland USA Corporation, d/b/a Conrad & Bischoff; Robert E. Rogers, Jose L. Ruiz-Artega, Millenkamp Properties, LLC, and John Does 103, unknown persons or entities, Defendants*, filed in the District Court of the Fifth Judicial District of the State of Idaho, in and for the County of Jerome on February 22, 2024 (the "State Court Action").

4. The Debtor opposes any relief requested by Bartholomew to execute on any judgment against any property of the Debtors or their respective bankruptcy estates. The Debtor, however, is not opposed to lifting the stay to proceed solely against insurance proceeds.

5. The Motion is not clear as to whether Bartholomew is requesting relief solely to pursue insurance proceeds.

6. The Debtor requests that the requested relief from stay be specifically limited to the pursuit of Bartholomew's potential claim **against insurance proceeds only**, to the extent and availability of proceeds, provided by or through the Debtor's insurance carrier.

7. Limiting the automatic stay solely for the limited purpose to proceed to determine and liquidate her potential claim solely against the available insurance coverage would not prejudice the Debtor or its bankruptcy estate.

## NOTICE OF PRELIMINARY HEARING

8. Notice is hereby provided that the preliminary hearing on the Motion for Relief from Stay is set for **July 18, 2024 at 1:30 p.m. MT.** This hearing will be in person at the United States Courthouse, 550 W. Fort Street, Boise ID, 83724.

DEBTOR'S OBJECTION TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY BRANDY BARTHOLOMEW - 3 -

**PROOF OF SERVICE**

9. Local Bankruptcy Rule 4001.2(d)(3) provides that if an objection is filed to a motion for stay relief, the objection shall be served upon the movant and upon all parties receiving service of the motion. Proof of service of any objection shall be made in accordance with Local Bankruptcy Rule 4001.2(h). The Proof of Service is attached hereto.

WHEREFORE, the Debtor respectfully requests that (1) the Court enter an order denying the Motion for Relief from the Automatic Stay or (2) in the alternative enter an order partially lifting the automatic stay imposed by Bankruptcy Code section 362, solely for the limited purpose of allowing Brandy Bartholomew to proceed to determine and liquidate her potential claim solely against the available insurance coverage, and for such and other relief as may be just and proper under the circumstances.

DATED this 24th day of June 2024

             Respectfully submitted,

             DENTONS

             /s/ Tirzah R. Roussell
             Tirzah R. Roussell

             JOHNSON MAY

             /s/ Matthew T Christensen
             Matthew T. Christensen

             Attorneys for the Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Eric R. Clark | eclark@EricRClarkAttorney.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |

Any others as listed on the Court's ECF Notice.

/s/ Tirzah R. Roussell
TIRZAH R. ROUSSELL