Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
|---|---|
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises) |

#4035870

| | |
|---|---|
| ☐ Millenkamp Properties II | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Millenkamp Family | |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |
| _____ | |

## MOTION TO AMEND ORDER ON AMENDED MOTION TO ALLOW AND PAY § 503(B)(9) CLAIMS

Millenkamp Cattle, Inc. ("Millenkamp Cattle") and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, hereby respectfully submit this Motion to Amend Order on Amended Motion to Allow and Pay § 503(b)(9) Claims (the "Motion"). In support of this Motion, the Debtors respectfully represent as follows:

1. On April 2, 2024, the Debtors filed a Motion for Allowance and Payment of Section 503(b)(9) Claims (the "503(b)(9) Motion") (Docket No. 15).

2. On May 20, 2024, the Debtors filed an Amended 503(b)(9) Motion (Docket No. 308) and subsequently filed a supplement to the Amended 503(b)(9) Motion on June 14, 2024 (Docket No. 427), attaching an updated and finalized list of 503(b)(9) claims. That same list was included in the Debtors' exhibits for the June 20, 2024 hearing as Exhibit 1031.

3. An evidentiary hearing was conducted on the Amended 503(b)(9) Motion on June 20, 2024. At the hearing, a substitute Exhibit 1031 was submitted, which updated the list of 503(b)(9) claims (specifically, updating the claim amount for Aden Brook Trading Corp to

MOTION TO AMEND ORDER ON AMENDED MOTION TO ALLOW AND PAY § 503(B)(9) CLAIMS  - 2 -

$724,600.02).

4. After the hearing, the Court entered an Order on June 21, 2024 (Docket No. 450) (the "Order").

5. The Order allowed the 503(b)(9) claims, referencing a specific list of the claims and stating the list was presented on Exhibit 1031; however, the list in the Order does not match the list at Exhibit 1031.

6. Additionally, the Court determined that it would disallow a portion of Elevation Electric's claim due to certain amounts being used for updating a wedding venue. However, the Court disallowed the entire amount of the invoice from the total Elevation Electric 503(b)(9) claim. Only a portion of the invoice had been included in the total 503(b)(9) amount – the portion for goods (not labor). Thus, rather than a reduction of $8,461.00 from the total amount, the reduction should be $5,105.95.

7. The updated and finalized list included in the substitute Exhibit 1031 (adjusted for the reduction to Elevation Electric's total amount), attached hereto, are the finalized and correct claims to be included in the allowed 503(b)(9) claims.

**WHEREFORE**, based upon the foregoing, the Debtors respectfully request the Court amend the order to include the list of 503(b)(9) claims attached hereto and grant such other and further relief as may be just and equitable under the circumstances.

Respectfully submitted,

 /s/ Krystal R. Mikkilineni
Krystal R. Mikkilineni

/s/ Matt T. Christensen
Matt T. Christensen

Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| Gabriel L. Olivera | golivera@omm.com |

Any others as listed on the Court's ECF Notice.

/s/ *Krystal R. Mikkilineni*
Krystal R. Mikkilineni