**EXHIBIT 1031**

| Feed | 503(b)(9) Payments |
|---|---|
| Aden Brook Trading Corp | $724,600.02 |
| Amalgamated Sugar | $230,824.66 |
| American Calf Products | 194,333 |
| Carne I Corp. | $131,312.90 |
| Land View, Inc-Livestock- Animal Care | $1,057,117.09 |
| MicroProteins, Inc. | $18,954.66 |
| Viterra USA Grain, LLC | $1,954,760 |
| WAG Services Inc | 685 |
| **Vet/Med** | |
| MWI Veterinary | $484,255.92 |
| **Repairs & Maintenance** | |
| Automation Werx, LLC | $1,287.03 |
| Coastline | $4,386.53 |
| Elevation Electric | $254.13 |
| Les Schwab Tire Center | $26,643.97 |
| Progressive Dairy Service and Supplies | $4,858.75 |
| Schow's Auto Parts | $1,274.55 |
| Tacoma Screw Products, Inc. | $3,238.17 |
| The Dairy Solutions Group | $41,264.50 |

|  |  |
|---|---|
| **Fuel** |  |
| Conrad & Bischoff, Inc. | $35,299.91 |
| United Oil | 593 |
|  |  |
| **Chemicals** |  |
| Rocky Mountain Agronomics | $44,527.47 |
| Clear Lakes Products | $592.00 |
|  |  |
| **Semen** |  |
| ABS Global, Inc. | 187,563 |
|  |  |
| **Other** |  |
| Butte Irrigation Inc | $220.30 |
|  |  |
| **Total** | $5,175,952.51 |

**EXHIBIT B**

| Feed | 503(b)(9) Payments |
|---|---|
| Aden Brook Trading Corp | ~~802,625~~ $724,600.02 |
| Amalgamated Sugar | ~~1,309~~ $230,824.66 |
| American Calf Products | 194,333 |
| Carne I Corp. | ~~144,069~~ $131,312.90 |
| ~~J.D. Heiskell & Co.~~ | ~~113,922~~ |
| Land View, Inc-Livestock- Animal Care | ~~1,095,639~~ $1,057,117.09 |
| MicroProteins, Inc. | ~~7,074~~ $18,954.66 |
| ~~Receptor Food Group~~ | ~~114,172~~ |
| Viterra USA Grain, LLC | ~~1,943,287~~ $1,954,760 |
| WAG Services Inc | 685 |
| **Vet/Med** | |
| MWI Veterinary | ~~509,787~~ $484,255.92 |
| **Repairs & Maintenance** | |
| Automation Werx, LLC | ~~23,323~~ $1,287.03 |
| Coastline | ~~8,421~~ $4,386.53 |
| Elevation Electric | ~~141,370~~ $5,360.08 |
| ~~G.J. Verti-line Pumps, Inc.~~ | ~~1,345~~ |
| Les Schwab Tire Center | ~~1,494~~ $26,643.97 |

| | | |
|---|---|---|
| | Progressive Dairy Service and Supplies | ~~59,255~~ $4,858.75 |
| | Schow's Auto Parts | ~~1,307~~ $1,274.55 |
| | Tacoma Screw Products, Inc. | ~~815~~ $3,238.17 |
| | The Dairy Solutions Group | ~~75,742~~ $41,264.50 |
| **Fuel** | | |
| | Conrad & Bischoff, Inc. | ~~153,799~~ $35,299.91 |
| | United Oil | 593 |
| **Chemicals** | | |
| | Rocky Mountain Agronomics | ~~55,236~~ $44,527.47 |
| | Clear Lakes Products | ~~133,158~~ $592.00 |
| **Semen** | | |
| | ABS Global, Inc. | 187,563 |
| **Other** | | |
| | Butte Irrigation Inc | ~~45,242~~ $220.30 |
| **Total** | | ~~5,815,545~~ $5,175,952.51 |