Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      robert.richards@dentons.com
      tirzah.roussell@dentons.com

Attorneys for the Debtors

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>      Debtor.<br>_____<br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | Case No.  24-40158-NGH<br><br>Chapter 11<br><br><br><br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>               Dairy) |

#4035433

**NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET
APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE MONTH OF JUNE 2024**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, COUNSEL**

**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER**

**INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing June 1, 2024, and ending June 30, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtor, and any Official Committee of Unsecured Creditors appointed herein.

/

/

/

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: July 3, 2024.

DATE: July 3, 2024                    ____/s/ *Krystal R. Mikkilineni*____
                                      DENTONS DAVIS BROWN
                                      Krystal R. Mikkilineni



                                      ____/s/ *Matt T. Christensen*_____
                                      JOHNSON MAY
                                      Matt T. Christensen

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of July, 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JUNE 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

Andrew J. Schoulder          andrew.schoulder@nortonrosefulbright.com
Sheila R. Schwager           sschwager@hawleytroxell.com
Louis V. Spiker              louis.spiker@millernash.com
Matthew A. Sturzen           matt@shermlaw.com
Meredith L. Thielbahr        mthielbahr@grsm.com
Kim J. Trout                 ktrout@trout-law.com
Brent R. Wilson              bwilson@hawleytroxell.com

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham                     Richard Bernard
3424 Peachtree Road NE             1177 Avenue of the Americas
Suite 1600                         41st Floor
Atlanta, GA 30326                  New York, NY 10036

Bunge Canada                       Nikolaus F. Schandlbauer
c/o David D. Farrell, Esq.         20 F Street NW
One Bank Plaza                     Suite 500
Suite 2700                         Washington, DC 20001
St. Louis, MO 63101

W. Kent Carter                     Scott F. Gautier
One North Franklin                 1800 Century Park East
Suite 800                          Ste. 1500
Chicago, IL 60606                  Los Angeles, CA 90067

Zachery J. McCraney                Domenic E. Pacitti
Holland & Hart                     Klehr Harrison Harvey Branzburg, LLP
PO Box 2527                        919 Market St
800 W. Main St., Suite 1750        Suite 1000
Boise, ID 83701                    Wilmington, DE 19801

Michael R. Stewart                 J.D. Heiskell Holding, LLC
2200 Wells Fargo Center            c/o Tyler (Tab) Berger
90 South Seventh Street            17220 Wright St., Suite 200
Minneapolis, MN 55402              Omaha, NE 68130

Wilbur Ellis Nutrition-Rangen      Bunge Canada
c/o Tony Champion                  c/o Greg Zemaitis
PO Box 706                         1391 Timberlake Manor Parkway
115 13th Ave. South                Chesterfield, MO 63017
Buhl, ID 83316

NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE MONTH OF JUNE 2024 – PAGE 5

Viterra USA Grain, LLC                    Land View, Inc.
Viterra USA Ingredients, LLC              c/o Dan Noble
c/o Alicia Burns                          PO Box 475
1331 Capitol Ave.                         Rupert, ID 83350
Omaha, NE 68102


/s/ *Krystal R. Mikkilineni*
Krystal R. Mikkilineni

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
          jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
          robert.richards@dentons.com
          tirzah.roussell@dentons.com

Attorneys for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>Debtor.<br><hr>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | Case No.  24-40158-NGH<br><br>Chapter 11<br><br>[NO HEARING REQUIRED]<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4035432

### DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JUNE 2024

Dentons Davis Brown (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of June 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.      The Firm is counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.      The Firm billed a total of $62,867.95 in fees and expenses during the Application Period. The total fees represent 200.1 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| June 1-30, 2024 | $60,435.50 | $2,432.45 | $62,867.95 |

C.      Accordingly, the Firm seeks allowance of interim compensation in the amount of $47,759.08 at this time. This total is comprised as follows: $45,326.63 (75% of the fees for services rendered) plus $2,432.45 (100% of the expenses incurred).

D.      Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application  Period,

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: July 3, 2024                    _____*/s/ Krystal R. Mikkilineni*_____
                                       DENTONS DAVIS BROWN
                                       Krystal R. Mikkilineni


                                       _____*/s/ Matt T. Christensen*_____
                                       JOHNSON MAY
                                       Matt T. Christensen

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of July, 2024, I caused to be served a true and correct copy of the foregoing DENTONS DAVIS BROWN'S COVER    SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JUNE 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:


Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102


J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350


Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316


/s/ *Krystal R. Mikkilineni*
Krystal R. Mikkilineni

**DENTONS**

In Account With                    **EXHIBIT A**

**DENTONS DAVIS BROWN PC**
Attorneys and Counselors at Law
215 10th Street, Suite 1300
Des Moines, IA 50309-3993
(515) 288-2500
Federal I.D. No. 42-1343884

Millenkamp Cattle, Inc.                                    Statement: 1571912
Bill Millenkamp                                            Date: 7/2/2024
471 N 300th Rd W
Jerome, Idaho 83338

Re: 9020530-188653 - Ch 11 Bankruptcy

## Professional Fees

| | | | Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/03/2024 | KMIK | Call with committee counsel and co-counsel regarding 503(b)(9) motion and additional motions (.4); review email from Western States' counsel regarding new rental agreement (.1) | B150 | 0.50 | 207.50 |
| 06/03/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and strategy on deposit motion and 503(b)(9) motion (.6) | B110 | 0.60 | 249.00 |
| 06/03/2024 | KMIK | Review IRS' amended proof of claim (.1); review Verizon's proof of claim (.1); review PTG's proof of claim (.1); emails to/from Gabby Mathias regarding claims analysis (.2) | B310 | 0.50 | 207.50 |
| 06/03/2024 | TROU | Call with client, Kander, and co-counsel regarding status update and strategy on deposit motion and 503(b)(9) motion (.6) | B110 | 0.60 | 171.00 |
| 06/03/2024 | KMIK | Drat declarations for 503(b)(9) motion (1) | B190 | 1.00 | 415.00 |
| 06/03/2024 | GMAT | Working on claims analysis. | B310 | 2.80 | 588.00 |
| 06/03/2024 | KMIK | Draft waiver of technical default under DIP agreement (.5) | B230 | 0.50 | 207.50 |
| 06/03/2024 | TROU | Finalize proposed order to employ investment banker (.2); Emails with UST regarding same (.1); Email clerk finalized order regarding employment of investment banker (.1); draft and finalize proposed order to employ livestock appraiser (.3); email ust regarding proposed order to employ livestock appraiser (.1); email clekr regarding proposed order to employ livestock appraiser (.1); file statement of no objection for livestock appraiser (.1) | B160 | 1.00 | 285.00 |
| 06/03/2024 | TROU | Review 503(b)(9) declaration draft (.2) | B190 | 0.20 | 57.00 |
| 06/03/2024 | TROU | Review IRS' amended poc (.1); review PTG's poc (.1); review Verizon poc (.1) | B310 | 0.30 | 85.50 |
| 06/04/2024 | KMIK | Review email from committee counsel regarding documentation production (.1); call with committee counsel regarding status update (.4); review communication from Standlee's counsel regarding payments (.1); email committee counsel and committee FA regarding Forbes contact information (.1) | B150 | 0.70 | 290.50 |
| 06/04/2024 | KMIK | Continue revising waiver for DIP agreement; (.2); review email from Kati Churchill regarding budget (.1) | B230 | 0.20 | 83.00 |

Millenkamp Cattle, Inc.    Client: 9020530
7/2/2024    Matter: 9020530-188653
Page: 2    Statement: 1571912

| Date | Initials | Description | Code | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/04/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and strategy regarding 503(b)(9) and deposits (.5) | B110 | 0.50 | 207.50 |
| 06/04/2024 | TROU | Review email from committee counsel regarding documentation production (.1); call with committee counsel regarding status update (.4) | B150 | 0.50 | 142.50 |
| 06/04/2024 | TROU | Call with client, Kander, and co-counsel regarding status update and strategy regarding 503(b)(9) and deposits (.5) | B110 | 0.50 | 142.50 |
| 06/04/2024 | KMIK | Review Connie Lapaseotes, Ltd.'s proof of claim (.1) and email client regarding same (.1); review Fredin Brothers, Inc.'s proof of claim (.1) and email client regarding same (.1); review Prime Ridge Beef's proof of claim (.1) and email client regarding same (.1) | B310 | 0.60 | 249.00 |
| 06/04/2024 | KMIK | Review and revise motion to prepay deposits (.8); work on compiling responses and document production to committee counsel for document requests (.3); review Bunge Canda's declaration in support of its claim (.1); review JD Heiskell's declaration in support of its claim (.1) | B110 | 1.30 | 539.50 |
| 06/04/2024 | GMAT | Working on claims analysis. | B310 | 1.50 | 315.00 |
| 06/04/2024 | KMIK | Continue reviewing and revising 503(b)(9) declaration and emails to/from counsel for 503(b)(9) claimants regarding same (1.6) | B190 | 1.60 | 664.00 |
| 06/04/2024 | KMIK | Review and revise motion to advance on DIP facility (.2) | B230 | 0.20 | 83.00 |
| 06/04/2024 | TROU | Call with client, Kander, and co-counsel regarding status update and strategy regarding 503(b)(9) and deposits (.5) | B110 | 0.50 | 142.50 |
| 06/04/2024 | TROU | Review committee requests and adding documents to data room and drafting response to certain requested documentation (3.5); communication with clients and FAs regarding committee doc requests (1) | B150 | 4.50 | 1,282.50 |
| 06/04/2024 | TROU | Draft Motion for Authority to Advance on the DIP Facility | B230 | 1.90 | 541.50 |
| 06/05/2024 | KMIK | Emails to/from Mort Branzburg regarding 503(b)(9) declaration (.2); call with Mort regarding 503(b)(9) motion and declaration (.2) | B190 | 0.40 | 166.00 |
| 06/05/2024 | KMIK | Review emails from David Heida and Matt Christensen regarding Prime Ridge and Lapasotes proofs of claim (.2) | B310 | 0.20 | 83.00 |
| 06/05/2024 | KMIK | Review committee's revisions to deposit motion (.3); call with client, Kander, and co-counsel regarding status update and strategy (.7); emails to/from John O'Brien regarding notice of insurance cancelation (.2) | B110 | 1.20 | 498.00 |
| 06/05/2024 | GMAT | Updating claims analysis. | B310 | 1.50 | 315.00 |
| 06/05/2024 | KMIK | Email counsel for Sandton regarding waiver and motion to advance on DIP (.1) | B230 | 0.10 | 41.50 |
| 06/05/2024 | TROU | Email clerk regarding status of proposed order to employ investment banker (.1); attention to status of real estate appraiser application and corrective entry (.2) | B160 | 0.30 | 85.50 |
| 06/05/2024 | TROU | Research and draft motion for authority to sell and purchase equipment (3.3); Review committee's revisions to deposit motion (.3) | B190 | 3.60 | 1,026.00 |

Millenkamp Cattle, Inc.

7/2/2024

Page: 3

Client: 9020530

Matter: 9020530-188653

Statement: 1571912

| 06/05/2024 | TROU | Review emails to and from Sandton regarding waiver and motion to advance on DIP (.1) | B230 | 0.10 | 28.50 |
|---|---|---|---|---|---|
| 06/05/2024 | TROU | Call with client, FA, and co-counsel regarding status update and strategy (.7) | B110 | 0.70 | 199.50 |
| 06/06/2024 | KMIK | Email committee counsel regarding motion to advance on DIP funds (.1); review email from counsel for Sandton regarding advance on DIP and waiver (.1) | B230 | 0.20 | 83.00 |
| 06/06/2024 | KMIK | Emails to/from counsel for Land View regarding 503(b)(9) declaration (.2); review email from JD Heiskell regarding 503(b)(9) claim (.1); emails to/from Holly Roark regarding 503(b)(9) declarations (.2); review Rabo's objection to 503(b)(9) motion (.3) and email client regarding same (.1) | B190 | 0.90 | 373.50 |
| 06/06/2024 | KMIK | Review and revise motion to buy and sell equipment (.4) | B130 | 0.40 | 166.00 |
| 06/06/2024 | GMAT | Updating claims analysis. | B310 | 0.90 | 189.00 |
| 06/06/2024 | TROU | Review Rabo's objection to 503(b)(9) motion (.3); review and revise notice of hearing (.4); file notice (.2); review and revise motion to shorten time (.4); file motion to shorten time (.1); review motion for approval of burk's tractor lease (.3); Emails from Land Views counsel regarding 503(b)(9) declaration (.2); review email from JD Heiskell regarding 503(b)(9) claim (.1); emails from Holly Roark regarding 503(b)(9) declarations (.2); review carne declaration and claim amount (.2); email from David Heida regarding same (.1); review WAG declaration and claim amount (.2); email from David Heida regarding same (.1); review american calf products declaration and compare claim amount (.2); email with Lisa Nelson regarding same (.1); review dairy solutions group declaration and compare claim amount (.2); email with Lisa Nelson regarding same (.1); review microproteins declaration and compare claim amount (.2); email with Lisa Nelson regarding same (.1); review filed Viterra declaration (.2); review deposit motion (.3) | B190 | 4.20 | 1,197.00 |
| 06/06/2024 | TROU | Emails with committee counsel regarding revisions to motion to buy and sell equipment (.2); Review committee comments (.3); Revise motion to buy and sell (1.2); review exhibit to motion to buy and sell equip. (.3); several emails and call with David Heida regarding same (.4); finalize and file motion to sell and buy equip (.2) | B130 | 2.60 | 741.00 |
| 06/06/2024 | TROU | Revise Motion for Authority to Draw on the DIP (.5); Emails with committee counsel re Motion for Authority to Draw on the DIP; (.2); emails from client, Kander and co-counsel regarding Motion for Authority to Draw on the DIP (.3); finalize Motion for Authority to Draw on the DIP (.5) | B230 | 1.50 | 427.50 |
| 06/06/2024 | TROU | Review bar date motion and revisions thereto (.3) | B300 | 0.30 | 85.50 |
| 06/07/2024 | GMAT | Updating claims analysis. | B310 | 0.60 | 126.00 |
| 06/07/2024 | TROU | Emails with Gale Harding regarding invoice for livestock appraisal (.2); review invoice (.1) | B160 | 0.30 | 85.50 |

Millenkamp Cattle, Inc.
7/2/2024
Page: 4

Client: 9020530
Matter: 9020530-188653
Statement: 1571912

| Date | | Description | | | |
|------|------|-------------|------|------|------|
| 06/07/2024 | TROU | Review local rules and determine why the corrective entry referred to those particular local rules as they appear to not refer to an app to employ (.2); Call with Gabby to call clerk re same (.1); Review and compare employment app to others filed to determine discrepancy (.1); review updated corrective entry filed by clerk with correct local rule (.1) | B160 | 0.50 | 142.50 |
| 06/07/2024 | TROU | Review waiver from Sandton (.1); Review email from Sandton attorneys regarding same (.1) | B230 | 0.20 | 57.00 |
| 06/07/2024 | TROU | Review notice of disclosures filed by ct (.1); review viterra response to 503(b)(9) motion (.2); review limited objection filed by Moss Farms to Motion to Pay Deposits (.2) | B190 | 0.50 | 142.50 |
| 06/07/2024 | TROU | Attention to status of 2015.3 report and info still needed to file (.7) | B110 | 0.70 | 199.50 |
| 06/07/2024 | TROU | Review Forbes report (.1) | B110 | 0.10 | 28.50 |
| 06/07/2024 | TROU | Review email from Rhett Miller, Raft River counsel regarding adequate protection payment (.1) | B140 | 0.10 | 28.50 |
| 06/10/2024 | GMAT | Updating claims analysis. | B310 | 0.60 | 126.00 |
| 06/10/2024 | TROU | Revise and finalize 2015.3 report (1.3); email 2015.3 report to Bill to review and sign (.1); review bar date deadlines for mailing (.2); emails with co-counsel regarding same (.1) | B110 | 1.70 | 484.50 |
| 06/10/2024 | TROU | Emails with Lisa regarding 503(b)(9) claims (.2); Review updated list from Lisa regarding 503(b)(9) claims (.3) | B190 | 0.50 | 142.50 |
| 06/11/2024 | KMIK | Call with clients, Kander, and co-counsel regarding status update and strategy for status conference and hearing (.5); review status report (.1) | B110 | 0.60 | 249.00 |
| 06/11/2024 | KMIK | Call with committee counsel, committee FA, Kander, and co-counsel regarding status update (.5); call with MetLife counsel regarding status update and hearing (.5); review email from Ron Bingham regarding agenda for call (.1); email Ron Bingham regarding Forbes (.1) | B150 | 1.20 | 498.00 |
| 06/11/2024 | KMIK | Review email from Rhett Miller regarding adequate protection payment confirmation (.1); review email from John O'Brien regarding adequate protection payment confirmation and July invoices (.1) and email Lisa Nelson regarding same (.1); review emails from MetLife and Lisa Nelson regarding adequate protection payments (.2) | B140 | 0.50 | 207.50 |
| 06/11/2024 | KMIK | Review Kraus Farms' amended proof of claim (.1); review Platt Electric's proof of claim (.1); review Brandy Bartholomew's proof of claim (.1); review Fastenel's proof of claim (.1) | B310 | 0.40 | 166.00 |
| 06/11/2024 | GMAT | Updating claims analysis. | B310 | 0.30 | 63.00 |
| 06/11/2024 | GMAT | Drafting May Fee Application. | B160 | 2.00 | 420.00 |
| 06/11/2024 | KMIK | Emails to/from CNH counsel regarding omnibus motion to sell/buy equipment (.3) and emails to/from David Heida regarding same (.2) | B130 | 0.50 | 207.50 |
| 06/11/2024 | KMIK | Review and revise Dentons' May fee app and bill (1.1) | B160 | 1.10 | 456.50 |

Millenkamp Cattle, Inc.
7/2/2024
Page: 5

Client: 9020530
Matter: 9020530-188653
Statement: 1571912

| 06/11/2024 KMIK | Emails to/from Holly Roark regarding 503(b)(9) motion (.2); review Rabo's notice of intent to serve subpoena on American Ag Credit (.1) | B190 | 0.30 | 124.50 |
| 06/11/2024 TROU | FInalize and file 2015.3 report (.5); review certificate of service for bar date motion (.1); Call with committee counsel, committee FA, Kander, and co-counsel regarding status update (.5); Call with clients, Kander, and co-counsel regarding status update and strategy for status conference and hearing (.5); review status report (.1) | B110 | 1.70 | 484.50 |
| 06/11/2024 TROU | review Rabo's notice of intent to serve subpoena on American Ag Credit (.1); emails with Lisa regarding 503(b)(9) claims (.2); review email from CNH regarding motion to sell and purchase equip (.2); emails from David Heida regarding same (.1); emails from Holly Roark regarding 503(b)(9) claims (.2); review 503(b)(9) claims invoices (2.5) | B190 | 3.30 | 940.50 |
| 06/11/2024 TROU | review email from John O'Brien regarding adequate protection payment confirmation and July invoices (.1) | B140 | 0.10 | 28.50 |
| 06/12/2024 KMIK | Review Progressive Dairy's amended proof of claim (.1); review Elevation Electric's amended proof of claim (.1) | B310 | 0.20 | 83.00 |
| 06/12/2024 KMIK | Review email from Laura Burri regarding 503(b)(9) hearing (.1); review email from Lisa Nelson regarding Rabo's objection to 503(b)(9) motion (.1) | B190 | 0.20 | 83.00 |
| 06/12/2024 KMIK | Review Bartholomew's motion for relief from stay (.2) | B140 | 0.20 | 83.00 |
| 06/12/2024 KMIK | Review Rabo's objection to motion to shorten time on motions (.3) and email client regarding same (.1); review Rabo's motion to shorten time on hearing on motion to shorten time (.1); review Rabo's notice of hearing on objection to motion to shorten time (.1) | B190 | 0.60 | 249.00 |
| 06/12/2024 KMIK | Call with client, Kander, and co-counsel regarding status update and strategy (.4); message Bill and David regarding 341 meeting and hearing prep (.1) | B110 | 0.50 | 207.50 |
| 06/12/2024 KMIK | Review and revise amended May fee app (.2) | B160 | 0.20 | 83.00 |
| 06/12/2024 KMIK | Call with committee counsel and co-counsel regarding June 20th hearing (.4); email Rock Mountain Agronomics counsel regarding 503(b)(9) declaration (.1); call with counsel for MWI regarding 503(b)(9) declaration (.2) | B150 | 0.70 | 290.50 |
| 06/12/2024 GMAT | Revising fee application. | B160 | 0.50 | 105.00 |
| 06/12/2024 GMAT | Updating claims analysis. | B310 | 0.40 | 84.00 |
| 06/12/2024 TROU | Call with client, Kander, and co-counsel regarding status update and strategy (.4) | B110 | 0.40 | 114.00 |
| 06/12/2024 TROU | Reviewing 503(b)(9) invoices (3.9); many emails and correspondence with Lisa Nelson regarding same (.9); review Rabo's notice of no objection to allowance of Land View's 503(b)(9) claim (.1); review Rabo's notice of no objection to allowance of Viterra's 503(b)(9) claim (.1); Review Rabo's objection to motion to shorten time on motions (.3); review Rabo's motion to shorten time on hearing on motion to shorten time (.1); review Rabo's notice of hearing on objection to motion to shorten time (.1) | B190 | 5.50 | 1,567.50 |

Millenkamp Cattle, Inc.                                                                         Client: 9020530
7/2/2024                                                                                        Matter: 9020530-188653
Page: 6                                                                                         Statement: 1571912

| 06/12/2024 | TROU | Review Progressive Dairy's amended poc (.1); review Elevation Electric's amended poc (.1) | B310 | 0.20 | 57.00 |
|---|---|---|---|---|---|
| 06/12/2024 | KMIK | Review Rabo's notice of no objection to allowance of Land View's 503(b)(9) claim (.1); review Rabo's notice of no objection to allowance of Viterra's 503(b)(9) claim (.1) | B190 | 0.20 | 83.00 |
| 06/13/2024 | KMIK | Review Kati Churchill's email regarding variance reports (.1) | B110 | 0.10 | 41.50 |
| 06/13/2024 | KMIK | Review emails from Lisa Nelson regarding 503(b)(9) claims (.3); emails to/from counsel for Land View regarding Dan Noble's testimony at hearing (.2); review Court's Notice of Disclosures (.1) | B190 | 0.60 | 249.00 |
| 06/13/2024 | KMIK | Review Amalgamated Sugar's proofs of claim (.2); review Green Source Automation's proof of claim (.1); review Moss Grain Partnership's proof of claim (.1); review Carne I's proof of claim (.1) | B310 | 0.50 | 207.50 |
| 06/13/2024 | KMIK | Review Forbes' update report (.1) | B110 | 0.10 | 41.50 |
| 06/13/2024 | KMIK | Review email from Rabo's counsel regarding May adequate protection calculation (.1) | B140 | 0.10 | 41.50 |
| 06/13/2024 | KMIK | Emails to/from Holly Roark regarding amended claims and declarations for 503(b)(9) claims (.2); review email from Scott Fink regarding payments to John Deere (.1); call with counsel for CNH regarding proposed order for motion to sell/buy equipment (.2); review email from CNH counsel regarding proposed language for order on motion to buy/sell equipment (.1) and email client regarding same (.1); emails to/from committee counsel regarding JD Heiskell's declaration (.2) | B150 | 0.90 | 373.50 |
| 06/13/2024 | KMIK | Appear at continued 341 meeting (.4); review JD Heiskell's amended and updated certification under penalty of perjury (.1) | B110 | 0.50 | 207.50 |
| 06/13/2024 | KMIK | Email Andrew Schoulder regarding signed waiver from Sandton regarding technical default under DIP loan (.1); emails to/from Kati Churchill regarding DIP draw amount and fees and interest (.2) | B230 | 0.30 | 124.50 |
| 06/13/2024 | KMIK | Review Raft River Highway District's amended proof of claim (.1); review Les Schwab proofs of claim (.2); review JD Heiskell's proof of claim (.1); review St. Genetics proof of claim (.1); review Addison Biological Lab proof of claim (.1) | B310 | 0.60 | 249.00 |
| 06/13/2024 | KMIK | Emails to/from Schuil regarding order approving employment and fee app (.2) | B160 | 0.20 | 83.00 |
| 06/13/2024 | KMIK | Review of 503(b)(9) analysis and claimants' declarations (1.7); appear at status conference hearing and hearing on objection to shorten time (1.2); review court's minute entry regarding hearing held (.1) | B190 | 3.00 | 1,245.00 |
| 06/13/2024 | TROU | Prep for 341 meeting (.5); Appear at continued 341 meeting (.4); review JD Heiskell's updated certification under penalty of perjury (.1) | B110 | 1.00 | 285.00 |
| 06/13/2024 | TROU | Review 503(b)(9) claims, declarations, amounts from client and draft spreadsheet analysis (4.5); continue reviewing new 503(b)(9) invoices (2.4); many emails with Lisa regarding 503(b)(9) invoices and claims (.8) | B190 | 7.70 | 2,194.50 |
| 06/14/2024 | KMIK | Call with client and co-counsel regarding status update and strategy for hearing (.5); message Bill regarding testimony for hearing (.1) | B110 | 0.60 | 249.00 |

Millenkamp Cattle, Inc.
7/2/2024
Page: 7

Client: 9020530
Matter: 9020530-188653
Statement: 1571912

| Date | Atty | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/14/2024 | KMIK | Emails to/from CNH counsel regarding proposed order language for buy/sell equipment motion (.2); review email with Rhett Miller and call with Rhett regarding testimony of Moss Grain Partnership at June 20th hearing (.2) | B150 | 0.40 | 166.00 |
| 06/14/2024 | KMIK | Review email from UST regarding Summit employment app (.1) | B160 | 0.10 | 41.50 |
| 06/14/2024 | KMIK | Review email from Sheila regarding evidence for June 20th hearing (.1) | B190 | 0.10 | 41.50 |
| 06/14/2024 | KMIK | Prep for hearing | B190 | 0.50 | 207.50 |
| 06/14/2024 | KMIK | Review and revise supplement to 503(b)(9) amended motion (.3) | B190 | 0.30 | 124.50 |
| 06/14/2024 | TROU | Call with client and co-counsel regarding status update and strategy for hearing (.5) | B110 | 0.50 | 142.50 |
| 06/14/2024 | TROU | Draft supplement to 503(b)(9) amended motion (1); prep for heaing next week (1.6) review rocky mountain agronomics declaration (.2); email from Rocky Mountain Agronomics counsel regarding same (.1); attention to email from Landview counsel (.1); review Landview's redline to declaration (.2); review Viterra notice to produce evidence (.1); review viterra exhibit list (.1); review viterra witness list (.1); review Metlife Exhibit list (.1); Review Metlife Witness list (.1); prep for hearing (1.1) | B190 | 4.90 | 1,396.50 |
| 06/16/2024 | TROU | Prep for Hearing (1.5) | B190 | 1.50 | 427.50 |
| 06/17/2024 | GMAT | Updating claims analysis. | B310 | 0.20 | 42.00 |
| 06/17/2024 | KMIK | Call with 503(b)(9) claimant from Microproteins regarding hearing testimony (.4); call with American Calf Products and co-counsel regarding testimony (.4); emails to/from Rhett Miller regarding testimony for Moss Grain (.2); call with LandView and Committee Counsel regarding testimony at hearing (.5); prep for hearing (.5) | B190 | 2.00 | 830.00 |
| 06/17/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and strategy for hearing (1) | B110 | 1.00 | 415.00 |
| 06/17/2024 | TROU | Call with kander; client and co-counsel regarding status update and strategy for hearing (1) | B110 | 1.00 | 285.00 |
| 06/17/2024 | TROU | Call with Microproteins regarding hearing testimony (.4); call with American Calf Products and co-counsel regarding testimony (.4); prep for hearing (6.8); correspondence with 503(B)(9) Claimants regarding testimony (1) | B190 | 8.60 | 2,451.00 |
| 06/18/2024 | KMIK | Review MetLife's witness list (.1); review MetLife's exhibit list (.1); review Viterra's witness list (.1); review Viterra's exhibit list (.1); review Viterra's notice of intent to provide evidence (.1) | B190 | 0.50 | 207.50 |
| 06/18/2024 | KMIK | Review email from Kati Churchill regarding forecast for exhibits (.2); continue prepping for hearing (5.5); calls and emails with Mort Branzburg regarding hearing (.4) | B190 | 6.10 | 2,531.50 |
| 06/18/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and strategy for hearing (.6); review notices of change of address (.1) | B110 | 0.70 | 290.50 |
| 06/18/2024 | KMIK | Review email from Matt Grimshaw regarding corn silage pits (.1); call with committee counsel, FA, and co-counsel regarding status update (.4) | B150 | 0.50 | 207.50 |

Millenkamp Cattle, Inc.
7/2/2024
Page: 8

Client: 9020530
Matter: 9020530-188653
Statement: 1571912

| Date | Initials | Description | Code | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/18/2024 | KMIK | Call with Bill Millenkamp regarding hearing and Givens Pursley app to employ (.3) | B110 | 0.30 | 124.50 |
| 06/18/2024 | KMIK | Travel to Boise for hearing (6) (billed at half rate) | B195 | 6.00 | 1,245.00 |
| 06/18/2024 | TROU | Travel to Boise for hearing (6) (billed at half rate) | B195 | 6.00 | 855.00 |
| 06/18/2024 | TROU | Call with committee counsel, FA, and co-counsel, Kander, regarding status update (.4) | B150 | 0.40 | 114.00 |
| 06/18/2024 | TROU | Call with client, Kander, and co-counsel regarding status update and strategy for hearing (.6) | B110 | 0.60 | 171.00 |
| 06/18/2024 | TROU | Continue prepping for hearing (6.1); Review email from Kati regarding forecast for exhibits (.2) | B190 | 6.30 | 1,795.50 |
| 06/19/2024 | KMIK | Testimony prep and prep for hearing | B190 | 8.50 | 3,527.50 |
| 06/19/2024 | KMIK | Continue travel to Boise for hearing | B195 | 3.00 | 622.50 |
| 06/19/2024 | TROU | Testimony prep and prep for hearing (9.0) | B190 | 9.00 | 2,565.00 |
| 06/19/2024 | TROU | Continue travel to Boise for hearing | B195 | 3.00 | 427.50 |
| 06/20/2024 | GMAT | Updating claims analyis. | B310 | 0.10 | 21.00 |
| 06/20/2024 | KMIK | Appear at hearing (8.5); prep for hearing (1) | B190 | 9.50 | 3,942.50 |
| 06/20/2024 | TROU | Prep for Hearing (1.3); Appear at Hearing (8.5) | B190 | 9.80 | 2,793.00 |
| 06/21/2024 | KMIK | Emails to/from Mort Branzburg regarding hearing recap (.2) | B150 | 0.20 | 83.00 |
| 06/21/2024 | KMIK | Travel to Des Moines from hearing in Boise (6) (billed at 1/2 rate) | B195 | 6.00 | 1,245.00 |
| 06/21/2024 | KMIK | Review hearing held notice (.1); review order (.2) and email client and Kander regarding same (.1) | B190 | 0.40 | 166.00 |
| 06/21/2024 | GMAT | Updating claims analysis. | B310 | 0.10 | 21.00 |
| 06/21/2024 | TROU | Review hearing held notice (.1); review order (.2) | B190 | 0.30 | 85.50 |
| 06/21/2024 | TROU | Travel to Des Moines from hearing in Boise (6) (billed at 1/2 rate) | B195 | 6.00 | 855.00 |
| 06/24/2024 | KMIK | Review email from Sheila Schwager regarding July 18th hearing (.1); emails to/from John Deere counsel regarding payments on account (.2) | B150 | 0.30 | 124.50 |
| 06/24/2024 | KMIK | Review order approving employment app of Bruce Anderson (.1) | B160 | 0.10 | 41.50 |
| 06/24/2024 | KMIK | Review Conterra's notice of perfection (.1) | B110 | 0.10 | 41.50 |

Millenkamp Cattle, Inc.                                                Client: 9020530
7/2/2024                                                               Matter: 9020530-188653
Page: 9                                                                Statement: 1571912

| Date | Staff | Description | Code | Hours | Amount |
|------|-------|-------------|------|-------|--------|
| 06/24/2024 | KMIK | Review Valley Wide Coop proof of claim (.1) | B310 | 0.10 | 41.50 |
| 06/24/2024 | TROU | Call with client and Kander regarding status, court order, plan and waterfall (.3) | B110 | 0.30 | 85.50 |
| 06/24/2024 | TROU | Review MFR filed by Brandy Batholowmew; draft objection | B140 | 1.50 | 427.50 |
| 06/25/2024 | GMAT | Updating claims analysis. | B310 | 0.20 | 42.00 |
| 06/25/2024 | TROU | Call with client and Kander regarding status, court order, plan and waterfall and july 18 hearing and motions thereto, exclusivity, etc. (.6) | B110 | 0.60 | 171.00 |
| 06/26/2024 | TROU | Research and draft motion to extend exclusive period to file plan (2.9) | B320 | 2.90 | 826.50 |
| 06/26/2024 | TROU | Call with client, co-counsel and Kander regarding plan and waterfall, july hearings, motions to file thursday (.7) | B110 | 0.70 | 199.50 |
| 06/27/2024 | KMIK | Emails to/from Schuil regarding fee application (.2) | B160 | 0.20 | 83.00 |
| 06/27/2024 | TROU | Call with client, co-counsel, Kander regarding status of plan and waterfall, financials from cooper norman; Rabo online account status; next hearing regarding cash collateral, etc. (.7) | B110 | 0.70 | 199.50 |
| 06/27/2024 | TROU | Review second cash collateral motion (.4) | B230 | 0.40 | 114.00 |
| 06/27/2024 | TROU | Email to Todd Davis regarding invoice (.1); Revise Todd Davis fee app (.4) | B160 | 0.50 | 142.50 |
| 06/28/2024 | GMAT | Updating claims analysis. | B310 | 0.10 | 21.00 |
| 06/28/2024 | TROU | Draft and finalize fee app for Schuil (1); emails with Schuil and co-counsel regarding same (.2); email schuil fee app to client for review (.1); email with Todd Davis regarding fee app (.1); review Harding invoice (.2) | B160 | 1.60 | 456.00 |

Sub-total Fees:    $60,435.50

## Rate Summary

| | | | |
|---|---|---|---|
| Krystal R. Mikkilineni | 15.00 hours at $207.50/hr | | 3,112.50 |
| Krystal R. Mikkilineni | 58.40 hours at $415.00/hr | | 24,236.00 |
| Tirzah R. Roussell | 15.00 hours at $142.50/hr | | 2,137.50 |
| Tirzah R. Roussell | 99.90 hours at $285.00/hr | | 28,471.50 |
| Gabby B. Mathias | 11.80 hours at $210.00/hr | | 2,478.00 |

Total hours:    200.10

## Expenses

| Date | Description | Code | Units | Price | Amount |
|------|-------------|------|-------|-------|--------|
| 06/07/2024 | Travel Expenses | A109 | 1.00 | 720.95 | 720.95 |
| 06/08/2024 | Third Party Delivery Payment | A111 | 1.00 | 252.54 | 252.54 |
| 06/12/2024 | Third Party Delivery Payment | A111 | 1.00 | 429.42 | 429.42 |
| 06/17/2024 | Advertising | A111 | 1.00 | 145.84 | 145.84 |
| 06/17/2024 | Advertising | A111 | 1.00 | 394.61 | 394.61 |

Millenkamp Cattle, Inc.
7/2/2024
Page: 10

Client: 9020530
Matter: 9020530-188653
Statement: 1571912

| 06/17/2024 | Advertising | A111 | 1.00 | 476.59 | 476.59 |
| 06/25/2024 | Wire Fee | A107 | 2.00 | 6.25 | 12.50 |

Sub-total Expenses: $2,432.45

**Total Current Billing:** **$62,867.95**

Effective March 29, 2021, Davis Brown Law Firm formally combined with Dentons to become Dentons Davis Brown PC. Visit www.dentons.com/BusinessTerms to find our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the material terms and conditions of any existing engagement agreement. Please contact your lawyer or other professional if you have questions about the Terms of Business or with any respect of your representation.

Current statement due within 30 days of statement date. Please disregard any previously paid amounts. Contact us at 515-246-7812 with any questions.  Please include the statement number on your check.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.