Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENES FOR THE MONTH OF JUNE 2024 – PAGE 1

**NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JUNE 2024**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing June 1, 2024, and ending June 30, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtor, and any Official Committee of Unsecured Creditors appointed herein.

/

/

/

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: July 3, 2024.

DATE: July 3, 2024                    ___/s/ Matt Christensen_____
                                          JOHNSON MAY
                                          Matthew T. Christensen

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of July, 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JUNE 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENES FOR THE MONTH OF JUNE 2024 – PAGE 4

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Bunge Canada
c/o David D. Farrell, Esq.
One Bank Plaza
Suite 2700
St. Louis, MO 63101

Nikolaus F. Schandlbauer
20 F Street NW
Suite 500
Washington, DC 20001

W. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606

Scott F. Gautier
1800 Century Park East
Ste. 1500
Los Angeles, CA 90067

Zachery J. McCraney
Holland & Hart
PO Box 2527
800 W. Main St., Suite 1750
Boise, ID 83701

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg, LLP
919 Market St
Suite 1000
Wilmington, DE 19801

Michael R. Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Suite 200
Omaha, NE 68130

Wilbur Ellis Nutrition-Rangen
c/o Tony Champion
PO Box 706
115 13th Ave. South
Buhl, ID 83316

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENES FOR THE MONTH OF JUNE 2024 – PAGE 5

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

Land View, Inc.
c/o Dan Noble
PO Box 475
Rupert, ID 83350

          /s/ Matt Christensen
          Matthew T. Christensen

# EXHIBIT A

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>       Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Chapter 11<br><br>[NO HEARING REQUIRED]<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JUNE 2024 – Page 1

**JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JUNE 2024**

Johnson May (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of June 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A. The Firm is Local Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B. The Firm billed a total of $22,733.50 in fees and expenses during the Application Period. The total fees represent 57.50 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| June 1-30, 2024 | $22,733.50 | $0.00 | $22,733.50 |

C. Accordingly, the Firm seeks allowance of interim compensation in the amount of $17,050.13 at this time. This total is comprised as follows: $17,050.13 (75% of the fees for services rendered) plus $0.00 (100% of the expenses incurred).

D. Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JUNE 2024 – Page 2

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

F. The Firm no longer holds funds in its client trust account on behalf of the Debtor, as previous applications exceeded the initial retainer payment from the Debtor. The Debtor will pay the full requested amount of $17,050.13 from its accounts at its discretion.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: July 3, 2024    _____/s/ Matt Christensen_____
JOHNSON MAY
Matthew T. Christensen

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2024, I caused to be served a true and correct copy of the foregoing JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JUNE 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JUNE 2024 – Page 4

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

    /s/ Matt Christensen
Matthew T. Christensen

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JUNE 2024 – Page 5

# EXHIBIT A

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| **DATE** | **PROF** | **DESCRIPTION** | **UNITS** | **RATE** | **VALUE** |
| **B110 CASE ADMINISTRATION** | | | | | |
| 6/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with client re: pending motions and issues (.7); review and respond to various emails from parties (.3). | 1.00 | $425.00 | $425.00 |
| 6/4/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and respond to various emails (.3); Zoom call with client team (.5); Teams call with Committee counsel and FAs (.4). | 1.20 | $425.00 | $510.00 |
| 6/5/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Catch up and respond to various emails re: pending motions (.5); daily call with clients and counsel (.7); review changes to deposit motion (.2); review and comment on draft of motions (.4); review and circulate weekly reports (.2); phone call with Alex Caval re: personal counsel for Bill Millenkamp (.3). | 2.30 | $425.00 | $977.50 |
| 6/7/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and respond to various emails. | 0.40 | $425.00 | $170.00 |
| 6/10/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily zoom meeting with clients (.2); prepare draft of status report and circulate to everyone for comment (.4). | 0.60 | $425.00 | $255.00 |
| 6/11/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Participate in client call (.5); participate in call with Creditor's Committee counsel (.5); participate in call with MetLife attys (.5); revise and file Status Report (.2); review RAF objection to shortening time (.3); review and respond to various emails (.3). | 2.30 | $425.00 | $977.50 |
| 6/12/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily phone call with clients (.5); Zoom call with UCC counsel re: hearing prep (.5); review Rabo objection to shortening time (.3). | 1.30 | $425.00 | $552.50 |
| 6/13/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare Notice of Change of Address for Viserion Grain, LLC. | 0.20 | $150.00 | $30.00 |
| 6/13/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare for (.5) and attend status conf and Mtn to Shorten Time hearing (1.2); call with co-counsel after hearing (.1); call with clients after hearing (.2). | 2.00 | $425.00 | $850.00 |
| 6/14/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with co-counsel re upcoming hearings and evidence. | 0.30 | $425.00 | $127.50 |
| 6/18/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients (.5); call with creditor committee counsel (.5). | 1.00 | $425.00 | $425.00 |
| 6/18/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review 503(b)(9) information. | 1.00 | $425.00 | $425.00 |
| 6/19/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare exhibits for 6/20 hearing. | 0.20 | $150.00 | $30.00 |
| 6/19/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with SSchwager re: hearing exhibits (.2); multiple emails re: same (.5); hearing prep with one witness (.4); meet with clients, co-counsel and Ken Nofziger re: hearing prep (7.5); prepare argument outline (1.2). | 9.80 | $425.00 | $4,165.00 |
| 6/20/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Continue prep for hearing (1); update exhibits (.4); travel to/from and attend hearing on various motions (includes time to meet with clients before/after hearing) (9.8) | 11.20 | $425.00 | $4,760.00 |
| 6/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and prepare for filing. May MORs for Black Pine Cattle (0.2), Goose Ranch (0.2), Idaho Jersey Girls (0.2), Idaho Jersey Girls Jerome Dairy (0.2), Millenkamp Enterprises (0.2), Millenkamp Family (0.2), and Millenkamp Properties II (0.2). | 1.40 | $150.00 | $210.00 |
| 6/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Email correspondence with Kati Churchill re May MORs and supporting documents. | 0.10 | $150.00 | $15.00 |
| 6/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and prepare for filing the May MORs for Millenkamp Properties, LLC (0.2) and East Valley Cattle (0.2). | 0.40 | $150.00 | $60.00 |
| 6/23/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and prepare for filing the May MOR and bank statements. | 0.60 | $150.00 | $90.00 |
| 6/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Alex Caval re response to Rabo's subpoena to Bill individually and questions regarding conversations re restructuring. | 0.10 | $150.00 | $15.00 |
| 6/24/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Misc emails with counsel and creditors. | 0.40 | $425.00 | $170.00 |
| 6/25/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients (.5); call with creditors committee counsel (.5); call with Bill Millenkamp (.3); call with Matt Grimshaw (.2); | 1.50 | $425.00 | $637.50 |
| 6/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with client team (.5); emails with clients and SSchwager re: Rabo website access (.2). | 0.70 | $425.00 | $297.50 |
| 6/27/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients re: pending motions and budget (.3); call with Rabo attorneys re: same (.3); prepare and file Motion to establish 506(b) claim procedures (1.2); revise and file cash collateral motion and motion to extend exclusivity period (1.5); phone call with Kati Churchill re: updated budget (.2); prepare and file Motion to Shorten Time and Notice of all Motions (.4). | 3.90 | $425.00 | $1,657.50 |

| | | | | Total: | 43.90 | | $17,832.50 |
|---|---|---|---|---|---|---|---|
| **B140 RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS** | | | | | | | |
| | 6/24/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and comment on objection to mtn for relief from stay (.2). | | 0.20 | $425.00 | $85.00 |
| | | | | Total: | 0.20 | | $85.00 |
| **B150 MEETINGS AND COMMUNICATIONS WITH CREDITORS** | | | | | | | |
| | 6/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with committee counsel re: pending motions (.4); call with Matt Grimshaw re: deposit payments (.1). | | 0.50 | $425.00 | $212.50 |
| | 6/4/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Louis Spiker (Standlee Ag) re reassurance for his client for aggregate sales approval and status of the budget. | | 0.10 | $150.00 | $15.00 |
| | 6/6/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with JBEvans re Western States lease. | | 0.20 | $425.00 | $85.00 |
| | 6/6/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Eli from the Door Company re plans on filing a Proof of Claim. | | 0.10 | $150.00 | $15.00 |
| | 6/13/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Attend continued 341 meeting. | | 0.40 | $425.00 | $170.00 |
| | 6/21/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Matt Grimshaw re: silage claims (.3); various emails to other creditors (.3). | | 0.60 | $425.00 | $255.00 |
| | 6/28/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with David Coleman re B&H Farming silage agreement and correction for Cash Collateral Motion that was filed. | | 0.10 | $150.00 | $15.00 |
| | | | | Total: | 2.00 | | $767.50 |
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | | | | |
| | 6/7/2024 | AS | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare exhibit to interim fee app (0.6); Review previous app filed (0.1); Draft May interim fee app (0.4). | | 1.10 | $130.00 | $143.00 |
| | 6/7/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Finalize and file May Fee Application. | | 0.40 | $425.00 | $170.00 |
| | 6/13/2024 | AS | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review employment application of appraiser (0.2); Draft base application for interim fees for Summit Ag (0.9). | | 1.10 | $130.00 | $143.00 |
| | 6/13/2024 | AS | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Update Summit Ag fee application with information from invoice. | | 0.50 | $130.00 | $65.00 |
| | 6/25/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Emails with Ed Miller and left message with Tom Dvorak re: GP employment. | | 0.30 | $425.00 | $127.50 |
| | | | | Total: | 3.40 | | $648.50 |
| **B210 BUSINESS OPERATIONS** | | | | | | | |
| | 6/4/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review authorities (.7) and prepare draft of Mtn to Prepay deposits (1.2); review and comment on draft of 503(b)(9) Declaration (.2). | | 2.10 | $425.00 | $892.50 |
| | 6/4/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Finish review of proposed Case lease and send with comments to Case counsel (.5). | | 0.50 | $425.00 | $212.50 |
| | 6/6/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare Motion for Approval of Burks lease and circulate for approval (1); review and comment on motion to buy/sell equipment (.3); update and finalize Motion for authority to pre-pay deposits (.5); review and revise draft of Bar Date motion (.4); incorporate final comments and file Mtns re extending POC bar date, approving pre-payment of hay/straw/silage, and approval of Burks Tractor lease (.5); update Notice of Hearing (.2); prepare draft Mtn to Shorten Time (.2). | | 3.10 | $425.00 | $1,317.50 |
| | 6/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare second motion for use of cash collateral and circulate for comments. | | 2.30 | $425.00 | $977.50 |
| | | | | Total: | 8.00 | | $3,400.00 |
| | | | | **GRAND TOTAL:** | **57.50** | | **$22,733.50** |
| | | | Staff Summary: | | | | |
| | | MTC | Matthew T. Christensen | | 51.50 | $425.00 | $21,887.50 |
| | | ARD | Allison R. Daniels | | 3.30 | $150.00 | $495.00 |
| | | AS | Abigail Stephens | | 2.70 | $130.00 | $351.00 |
| | | | | | 57.50 | | $22,733.50 |