Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With<br>Case Nos.: |
| ☒ ALL DEBTORS | |
| ☐ Millenkamp Cattle, Inc. | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle) |
| ☐ Idaho Jersey Girls | 24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |
| ☐ East Valley Cattle | 24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch) |
| ☐ Millenkamp Properties | 24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Properties II | 24-40165-NGH (Idaho Jersey Girls Jerome |

#3972911 v.2

|  |  |
|---|---|
| ☐ Millenkamp Family | Dairy) |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

# APPLICATION FOR ALLOWANCE OF INTERIM FEES
# AND COSTS FOR SCHUIL AG REAL ESTATE, INC.

> **Notice of Application for Allowance of Interim Fees and Costs for**
>
> **Schuil Ag Real Estate, Inc. and Opportunity to Object and for a Hearing**
>
> <u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

Jonathan Verhoeven, of Schuil Ag Real Estate Inc. ("<u>Applicant</u>"), submits this interim application for fees and costs pursuant to 11 U.S.C. § 330 (the "<u>Application</u>"). In support of this Application, Applicant respectfully states and represents to the Court as follows:

1. Applicant is a professional person at Schuil Ag Real Estate Inc. and makes this Application for the allowance of compensation for professional services rendered, and or reimbursement for actual necessary costs and expenses incurred.

2. On May 31, 2024, the Court entered an order authorizing the Debtors to employ Applicant as a real estate broker in this matter (Docket No. 357) consistent with the terms outlined

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SCHUIL AG REAL ESTATE, INC.– PAGE 2

in the Application to Employ Schuil Ag Real Estate as Real Estate Broker ("Schuil"), filed on April 29, 2024 (Docket No. 233) (the "Employment Application") with the Applicant's employment effective April 22, 2024.

3. Payment of the fees and costs should be made pursuant to the Employment Application, which recognizes that "compensation is subject to approval of this Court."

4. The fees requested by this Application shall not be shared with any other party outside the Applicant's firm.

5. All services for which compensation is requested by the Applicant were performed for and on behalf of said Debtors, and not on behalf of any committee, creditor, or other person. The Applicant and personnel from Schuil were the only persons involved in the services for which compensation is requested and are specifically identified on the attached **Exhibit A** and is incorporated herein by reference. Individual time entries are noted on the enclosed invoices.

6. Schuil and Applicant are qualified to provide the Debtors the vital services set forth in the Employment Application, including preparing a brokers price opinion and testifying as a witness as to the market value of the Debtors' real estate.

7. The Applicant is a professional person that has considerable knowledge and expertise as a licensed realtor and is also aware of the Debtors' business activities. The Applicant grew up on and around dairies and his family continues to dairy today. He worked at Schuil as a bookkeeper between 2008 and 2011 before working as a staff accountant at Genske, Mulder & Company in California for two and a half years. In 2014, Applicant received his real estate license, moved back to Visalia, and joined the sales team at Schuil. In 2022, he was a featured speaker on the topic of land pricing at the Global Ag Investment Conference in New York City.

8. Applicant has rendered extensive and vital services to the Debtors in the manner prescribed in the attached Exhibit A, which is incorporated here by this reference and consistent with the Employment Application.

9. Because of the services rendered by the Applicant and Schuil, the Debtors were able to receive a brokers price opinion that was used in the hearing on Debtors' use of cash collateral and Debtors' Motion to Obtain Debtor in Possession Financing held on May 8th and May 9th (the "Hearing"). Applicant also testified at the Hearing.

10. The rate of compensation of the Applicant was detailed in the Employment Application. The invoices attached to this application in Exhibit A are in conformity with that rate.

11. The reasonable value of services rendered by the Applicant in this case thus far is $21,200.00. These rates and fees are consistent with the hourly rates charged to non-bankruptcy clients and are consistent with industry pricing for broker price opinions. Specifically, the amount of compensation requested to be approved in this Application is $5,000 for the preparation of a Price Opinion Letter, $4,387.50 for travel time, $2,700 for a site visit, $3,600 for pre-hearing preparation and an additional $3,600 for court hearing testimony.

12. The Applicant's request for the noted rate of compensation and fees is justified in this case based on industry norms for these types of projects, and the expedited timeframe in which to complete the broker price opinion.

13. The Debtors and Applicant have reviewed this Application and have approved the Application and amounts requested herein.

WHEREFORE, the Applicant prays that an allowance and confirmation be made for its compensation requests pursuant to 11 U.S.C. §330 in the total amount of $19,287.50.

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SCHUIL AG REAL ESTATE, INC.– PAGE 4

/s/ Jonathan Verhoeven
_____
JONATHAN P. VERHOEVEN
SCHUIL AG REAL ESTATE, INC.

**DENTONS**

/s/ Tirzah R. Roussell
_____
Tirzah R. Roussell

**JOHNSON MAY**

/s/ Matthew T. Christensen
_____
Matthew T. Christensen

Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of July 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| Gabriel L. Olivera | golivera@omm.com |

Any others as listed on the Court's ECF Notice.

/s/ Tirzah R. Roussell
Tirzah R. Roussell

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SCHUIL AG REAL ESTATE, INC.– PAGE 6

**EXHIBIT A**



# INVOICE

*Expect a Higher Standard*

Date: 05/22/24

To: Dentons Davis Brown
Atten: Kystal R. Mikkilineni
215 10 St., Suite 1300
Des Moines, IA 50309

| Salesperson | Job | Payment Terms | Due Date |
|---|---|---|---|
| Jonathan Verhoeven | Millenkamp Price Opinion, expert witness testimony | Due on receipt | 6/30/24 |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1 | Price Opinion Letter | $5,000.00 | $5,000.00 |
| 11.5 hours | 5/6/24 Travel (flight to Boise, drive to/from Jerome) | $225.00 | $2,587.50 |
| 6 hours | 2/6/24 Site visit | $450.00 | $2,700.00 |
| 8 hours | 5/7/24 Pre-hearing prep | $450.00 | $3,600.00 |
| 8 hours | 5/8/24 Court hearing testimony | $450.00 | $3,600.00 |
| 8 hours | 5/9/24 Travel | $225.00 | $1,800.00 |
| | | Total | $19,287.50 |

Make all checks payable to Schuil Ag Real Estate, Inc.

***Thank you for your business!***

**Schuil Ag Real Estate, Inc.**
P.O. Box 7419, Visalia, CA  93290