UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**ORDER GRANTING STIPULATION FOR AN ORDER AUTHORIZING PRODUCTION OF DOCUMENTS BETWEEN RABO AGRIFINANCE LLC AND IDAHO AGCREDIT**

Before the Court is the *Stipulation for an Order Authorizing Production of Documents Between Rabo AgriFinance LLC and Idaho AgCredit* (Dkt. No. 483) (the "Stipulation") filed July 8, 2024.

ORDER GRANTING STIPULATION FOR AN ORDER AUTHORIZING PRODUCTION OF DOCUMENTS BETWEEN RABO AGRIFINANCE LLC AND IDAHO AGCREDIT - 1

59797.0007.17324311.1

For good cause appearing, and based on the agreement of the parties to the Stipulation, **IT IS HEREBY ORDERED**:

1. Idaho AgCredit is hereby authorized and directed, pursuant to 12 C.F.R. § 618.8330, to produce the documents requested in the *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* (the "Subpoena"), as attached to the Stipulation, served on Idaho AgCredit by Rabo AgriFinance LLC ("RAF"); and

2. Idaho AgCredit shall produce the responsive documents under the Subpoena to RAF on or before three (3) calendar days from the date of this Order; and

3. RAF shall keep the documents produced in response to the Subpoena by Idaho AgCredit confidential. Access to or disclosure of the documents shall be permitted only to RAF, its counsel, its retained professionals, and any witnesses in this bankruptcy case or any case filed in connection with this bankruptcy case. However, nothing in this Order shall prevent RAF from introducing as evidence at an evidentiary hearing or trial in this bankruptcy case or related cases documents provided by Idaho AgCredit to RAF in response to the Subpoena.//end of text//

DATED: July 9, 2024

_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

ORDER GRANTING STIPULATION FOR AN ORDER AUTHORIZING PRODUCTION OF DOCUMENTS BETWEEN RABO AGRIFINANCE LLC AND IDAHO AGCREDIT - 2

59797.0007.17324311.1

Submitted by:

/s/ Brent R. Wilson

_____
Brent R. Wilson, ISB No. 8936
Hawley Troxell Ennis & Hawley LLP
Attorneys for Rabo AgriFinance LLC


Approved:

/s/ Daniel C. Green (email auth. provided)

_____
Daniel C. Green
Racine Olson
Attorneys for Idaho AgCredit

ORDER GRANTING STIPULATION FOR AN ORDER AUTHORIZING PRODUCTION OF DOCUMENTS BETWEEN RABO AGRIFINANCE LLC AND IDAHO AGCREDIT - 3

59797.0007.17324311.1