# Notice Recipients

District/Off: 0976−8             User: admin                  Date Created: 7/9/2024
Case: 24−40158−NGH               Form ID: pdf040              Total: 126

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| cr | CNH Industrial Capital America LLC | |
| cr | MWI Veterinary Supply Inc. | |
| cr | McAlvain Concrete, Inc. | |
| cr | JOHN DEERE FINANCIAL | |
| cr | Rocky Mountain Agronomics, Inc. | |
| cr | Official Committee Of Unsecured Creditors | |
| cr | Brandy Ann Bartholomew | |

TOTAL: 7

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Adam Aiken Lewis | alewis@mofo.com |
| aty | Alexandra O Caval | alex@cavallawoffice.com |
| aty | Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| aty | Brent Russel Wilson | bwilson@hawleytroxell.com |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brian Faria | brian@sawtoothlaw.com |
| aty | Bruce A. Anderson | baafiling@eaidaho.com |
| aty | Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| aty | Connor Bray Edlund | edlund@mwsslawyers.com |
| aty | D Blair Clark | dbc@dbclarklaw.com |
| aty | Daniel C Green | dan@racineolson.com |
| aty | David A Coleman | david@colemanjacobsonlaw.com |
| aty | David T Krueck | dkrueck@perkinscoie.com |
| aty | David W. Gadd | dwg@magicvalleylaw.com |
| aty | Eric R Clark | eclark101@hotmail.com |
| aty | Evan Thomas Roth | evan@sawtoothlaw.com |
| aty | Gabriel Luis Olivera | golivera@omm.com |
| aty | Gery W Edson | gedson@gedson.com |
| aty | Heidi Buck Morrison | heidi@racineolson.com |
| aty | Holly Roark | holly@roarklawboise.com |
| aty | James Niemeier | jniemeier@mcgrathnorth.com |
| aty | James Justin May | jjm@johnsonmaylaw.com |
| aty | Janine Patrice Reynard | janine@averylaw.net |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| aty | Jed W. Manwaring | jmanwaring@evanskeane.com |
| aty | John O'Brien | jobrien@spencerfane.com |
| aty | John D Munding | john@mundinglaw.com |
| aty | John F Kurtz, Jr | jfk@kurtzlawllc.com |
| aty | Jon B Evans | evans.jb@dorsey.com |
| aty | Joseph Mark Wager, Jr. | wager@mwsslawyers.com |
| aty | Julian Gurule | jgurule@omm.com |
| aty | Karyn Lloyd | klloyd@grsm.com |
| aty | Kim J Trout | ktrout@trout−law.com |
| aty | Kimbell D Gourley | kgourley@idalaw.com |
| aty | Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| aty | Laura E Burri | lburri@morrowfischer.com |
| aty | Louis V. Spiker | louis.spiker@millernash.com |
| aty | Mark Bradford Perry | mbp@perrylawpc.com |
| aty | Matthew Kremer | mkremer@omm.com |
| aty | Matthew A Sturzen | matt@shermlaw.com |
| aty | Matthew T. Christensen | mtc@johnsonmaylaw.com |
| aty | Matthew W Grimshaw | matt@grimshawlawgroup.com |
| aty | Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| aty | Miranda K. Russell | mrussell@mofo.com |
| aty | Morton R. Branzburg | mbranzburg@klehr.com |
| aty | Rhett Michael Miller | rmiller@magicvalley.law |
| aty | Robert A Faucher | rfaucher@hollandhart.com |
| aty | Robert E Richards | robert.richards@dentons.com |
| aty | Scott C Powers | spowers@spencerfane.com |
| aty | Sheila Rae Schwager | sschwager@hawleytroxell.com |
| aty | Tirzah R. Roussell | tirzah.roussell@dentons.com |
| aty | William K Carter | kentcarter@grsm.com |
| aty | Zachary Fairlie | zfairlie@spencerfane.com |

TOTAL: 54

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Millenkamp Cattle, Inc | 471 North 300 West | Jerome, ID 83338 | |
| cr | Rabo AgriFinance LLC | c/o Sheila R. Schwager | P.O. Box 1617 | Boise, ID 83701 |
| cr | Viterra USA Grain, LLC and Viterra USA Ingredients, LLC | c/o Racine Olson, PLLP | P.O. Box 1391 | Pocatello, ID 83204 |
| cr | MetLife Real Estate Lending LLC | c/o Kimbell D. Gourley | 10801 Mastin Blvd | Suite 700    Overland Park, KS 66210 |
| cr | Metropolitan Life Insurance Company | c/o Kimbell D. Gourley | 10801 Mastin BLVD | Suite 700    Overland Park, KS 66210 |
| cr | Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att    Spencer Fane    1700 Lincoln Street    Suite 2000    Denver, CO 80203 | | | |
| cr | Western States Equipment Co. | 500 East Overland Road | Meridian, ID 83642 | |
| cr | c/o David A. Coleman Youree Land & Livestock, Inc. | Coleman, Ritchie & Jacobson | PO BOX 525    TWIN FALLS, ID 83303–0525 UNITED STATES | |
| cr | c/o David A. Coleman B & H Farming | Coleman, Ritchie & Jacobson | PO BOX 525    TWIN FALLS, ID 83303–0525 UNITED STATES | |
| cr | East Valley Development, LLC | c/o Avery Law | 3090 E Gentry Way, Ste 250 | Meridian, ID 83642 |
| cr | Land View, Inc. | P.O. Box 475 | Rupert, ID 83350 | |
| cr | MWI Veterinarian Supply, Inc. | 3041 W PASADENA DRIVE | Boise, ID 83705 UNITED STATES | |
| cr | Raft River Rural Electric Cooperative, Inc. | c/o Rhett M. Miller | P.O. Box 910 | Burley, ID 83318 |
| cr | Viserion Grain, LLC | c/o Sawtooth Law Offices, PLLC | 213 Canyon Crest Dr., Ste 200 | Twin Falls, ID 83301 UNITED STATES |
| cr | Ad Hoc Committee of Corn Silage Growers | 153 East Main Street | PO Box 168 | Jerome, ID 83338 |
| cr | Progressive Dairy Service & Supply Corp. | 485 S IDAHO ST | WENDELL, ID 83355–5241 | |
| cr | Elevation Electric, LLC | 485 S IDAHO ST | WENDELL, ID 83355–5241 | |
| cr | Bunge Canada C/O David D. Farrell | David D. Farrell. Esq. | One Bank Plaza    Suite 2700    St. Louis, MO 63101 | |
| intp | Glanbia Foods Inc | c/o Robert A Faucher | POB 2527 | Boise, ID 83701 |
| intp | Sandton Capital Partners LP | 16 W 46th Street, 1st Floor | New York, NY 10036 | |
| cr | Automation Werx, LLC | Morrow & Fischer, PLLC | 4 Ogden Avenue | Nampa, ID 83651 |
| cr | Wilbur–Ellis Company LLC | c/o Matthew A. Sturzen | P.O. Box 2247 | Salem, OR 97308 |
| cr | PerforMix Nutrition Systems, LLC | MUNDING, P.S. | 309 E. FARWELL RD., STE 310 | Spokane, WA 99218 UNITED STATES |
| cr | Idaho State Brand Department | 700 S. Stratford Dr. | Meridian, ID 83642 UNITED STATES | |
| cr | Moss Grain Partnership | c/o Rhett M. Miller | P.O. Box 910 | Burley, ID 83318 |
| cr | Moss Farms Operations, LLC | c/o Rhett M. Miller | P.O. Box 910 | Burley, ID 83318 |
| cr | United Electric Co–op, Inc. | c/o Rhett M. Miller | P.O. Box 910 | Burley, ID 83318 |
| cr | Standlee Ag Resources | c/o Miller Nash LLP | 950 W Bannock St, Ste 1100 | Boise, ID 83702 |
| cr | Burks Tractor Company, Inc. | 3140 Kimberly Road | Twin Falls, ID 83301 | |
| cr | Blue Cross of Idaho Health Service, Inc | c/o Law Office of D. Blair Clark PC | 967 East Parkcenter Boulevard, #282    Boise, ID 83706 UNITED STATES | |
| aty | Matthew T. Christensen | 199 N. Capitol Blvd. | Ste 200 | Boise, ID 83702 |
| aty | Krystal R Mikkilineni | Dentons Davis Brown | 215 10th St    Ste 1300    Des Moines, IA 50309 | |
| crcm | Bruce A. Anderson | 320 East Neider Avenue | Suite 102 | Coeur d'Alene, ID 83815 |
| r | Schuil Ag Real Estate Inc | 5020 W Mineral King Ave | Visalia, CA 93291 | |
| app | Gale W. Harding and Associates | 329 W 7th S | Rexburg, ID 83440 | |
| app | Davis Livestock, Inc. | 780 E Cannibal Rd | Lewiston, UT 84320 | |
| br | The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker | 6400 S Fiddlers Green Circle    Suite 850    Greenwood Village, CO 80111 | | |
| cr | Rexel USA, Inc dba Platt Electric Supply | McConnell Wagner Sykes + Stacey PLLC | 827 E. Park Blvd, Ste. 201    Boise, ID 83712 | |
| cr | Amalgamated Sugar Company | 1951 S. Saturn Way | Suite 100 | Boise, ID 83709 |
| aty | Bruce A. Anderson | 320 East Neider Avenue | Suite 102 | Coeur d'Alene, ID 83815 |
| intp | William Millenkamp | 473 S 300 W | Jerome, ID 83338 | |
| cr | Valley Wide Cooperative Inc. | c/o David W. Gadd, Stover, Gadd & Assoc. | P.O. Box 1428    Twin Falls, ID 83303–1428 | |
| aty | Adam A Lewis | Morrison & Foerster LLP | 425 Market Street | San Francisco, CA 94105 |
| aty | Andrew Schoulder | 1301 Avenue of The Americas | New York, NY 10019–6022 | |
| aty | Domenic E Pacitti | Klehr Harrison Harvey Branzburg LLP | 919 Market Street    Suite 1000    Wilmington, DE 19801 | |
| aty | Gabriel L Olivera | 7 Times Square | New York, NY 10036 | |
| aty | James J Niemeier | McGrath North Mullin & Kratz, PC LLO | 1601 Dodge Street    Ste 3700    Omaha, NE 68102 | |
| aty | John O'Brien | Spencer Fane LLP | 1700 Lincoln Steet    Suite 2000    Denver, CO 80203 | |
| aty | Julian Gurule | 400 South Hope Street | Suite 1900 | Los Angeles, CA 90071 |
| aty | Karyn Lloyd | Gordon Rees Scully Mansukhani, LLP | 999 W Main Street    100    Boise, ID 83702 | |
| aty | Krystal R Mikkilineni | Dentons Davis Brown | 215 10th St    Ste 1300    Des Moines, IA 50309 | |
| aty | Matthew Kremer | 7 Times Square | New York, NY 10036 | |
| aty | Michael R Stewart | 2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402 |
| aty | Miranda Russell | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019 |
| aty | Morton R Branzburg | Klehr Harrison Harvey Branzburg LLP | 1835 Market Street    Suite 1400    Philadelphia, PA 19103 | |
| aty | Nikolaus F Schandlbauer | 20 F Street NW | Suite 500 | Washington DC 20001 |
| aty | Oren Buchanan Haker | Black Helterline LLP, | 805 SW Broadway    Suite 1900    Portland, OR 97205 | |
| aty | Richard Bernard | 1177 Avenue of the Americas | 41st Floor | New York, NY 10036 |
| aty | Robert E. Richards | 233 South Wacker Drive | Suite 5900 | Chicago, IL 60606–6361 |
| aty | Ron C Bingham, II | 3424 Peachtree Road NE | Suite 1600 | Atlanta, GA 30326 |

| | | | | | |
|---|---|---|---|---|---|
| aty | Scott F Gautier | 1800 Century Park East | Ste 1500 | Los Angeles, CA 90067 | |
| aty | Tirzah R. Roussell | 215 10th Street | Suite 1300 | Des Moines, IA 50309 | |
| aty | W. Kent Carter | One North Franklin | Suite 800 | Chicago, IL 60606 | |
| aty | Zachary Fairlie | Spencer Fane LLP | 1000 Walnut Street | Suite 1400 | Kansas City, MO 64106 |
| aty | Zachery J McCraney | Holland & Hart | Po Box 2527 | 800 W Main Street | Suite 1750    Boise, ID 83701 |

TOTAL: 65