Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
|---|---|
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

STIPULATION BETWEEN DEBTORS AND RABO AGRIFINANCE REGARDING PENDING MOTIONS – Page 1

| ☐ Millenkamp Family | |
|---|---|
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**STIPULATION BETWEEN DEBTORS AND METLIFE REGARDING PENDING MOTIONS**

Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), and Metropolitan Life Insurance Company and MetLife Real Estate Lending LLC (collectively, "MetLife"), each by and through its counsel of record, hereby stipulate as follows regarding certain of Debtors' concurrently pending Motions (Docket Nos. 379, 462, 463, and 464 – collectively the "Motions"):

1. The Debtors filed several Motions, including the following:

    a. an Omnibus Motion for Authority to Purchase and Sell Equipment and Machinery (Docket No. 379 – the "Sale Motion");

    b. a Motion to Extend Exclusive Period to File Disclosure Statement and Plan (Docket Nos. 462 and 467 – the "Exclusivity Motion");

    c. A Motion to Establish Procedure for 11 U.S.C. § 506(b) Claims (Docket No. 463 – the "506(b) Motion"); and

    d. a Second Motion for Continued Use of Cash Collateral (Docket No. 464 – the "Cash Collateral Motion").

2. The Motions are all set for hearing on July 18, 2024, which is currently set as an in-person hearing.

3. In order to resolve any objection to the Motions by MetLife, the Debtors and MetLife agree to the following (which agreement, as necessary, may be incorporated into orders approving the Motions).

4. <u>Exclusivity Period</u>. MetLife agrees to an extension through September 30, 2024 (the date requested in the Exclusivity Motion).

5. <u>Forbes Reporting</u>. Forbes will supplement current reporting duties by participating in a weekly virtual meeting with financial advisors for interested parties to answer questions about the current weekly report. Forbes shall schedule a single call that any and all financial advisors for the interested parties may join. Forbes will provide non-confidential information reasonably requested by financial advisors within a reasonable period of time. As used here, "financial advisors" shall exclude any attorneys or other professionals for the interested parties. The weekly meetings will include, but not be limited to, updates (on a Professional Eye's Only basis, as described below) on the status of each potential investor as set forth below:

   a. <u>Number of New Parties to whom CIM was provided</u>: The identity of investors in this category will <u>*not*</u> be discussed during the Forbes weekly virtual meeting.

   b. <u>Number of new parties that were engaged in initial meetings with Forbes</u>: The identity of investors in this category will <u>*not*</u> be discussed during the Forbes weekly virtual meeting.

   c. <u>Number of new parties that have accessed the Forbes data room</u>: The identity of investors in this category <u>*will*</u> be discussed during the Forbes weekly virtual meeting on a Professional Eye's Only basis.

    d. <u>Number of parties that remain actively negotiating with Forbes and/or the Debtors</u>: The identity of investors in this category *will* be discussed during the Forbes weekly virtual meeting on a Professional Eye's Only basis, and may include, among others, the parties identified in Exhibit 1025 that was disclosed and publicly filed with the Bankruptcy Court.

    e. <u>Professional Eye's Only</u>.  The term "Professional Eye's Only" shall refer only to employees, officers or directors of FTI Consulting, Focus Management Group, Kander LLC, and Armory Securities, LLC (the "Financial Advisors").  Any information provided by Forbes to the Financial Advisors shall not be disclosed to any other party, including lenders, creditors or other parties (including counsel for those parties), unless expressly authorized by the Debtors in writing.  Prior to participating in any meetings with Forbes, each of the Financial Advisors shall acknowledge in writing their understanding of, and agreement to adhere to, these restrictions.

6. <u>Term Sheets</u>. The Debtors will provide the Financial Advisors a copy of any term sheet, letter of intent (or similar equivalent document no matter the label) that the Debtors receive, whether or not through the Forbes' process.  Names and any identifying information in these term sheets shall be redacted by the Debtors prior to providing, and the Financial Advisors are not authorized to provide copies of the term sheets to any other party absent further order of the Court.

7. <u>DIP Borrowings</u>. Borrowings under the DIP facility will continue to be made by motion to the Bankruptcy Court after a duly noticed motion is set for hearing. Within a reasonable time in advance of filing any motion seeking to draw funds, Kander will

confer with other Financial Advisors to discuss such draw requests and uses in an effort to avoid unnecessary litigation. MetLife acknowledges that the current cash collateral budget attached to the cash collateral motion scheduled to be heard on July 18 and 19, 2024, contemplates a DIP draw of $5 million in the week ended September 1, 2024. The Debtors are not seeking authority at the July 18-19 hearings with respect to this draw. MetLife is neither consenting to nor objecting to this draw request at this time, but reserves the right to do either at the appropriate time, if at all.

8. <u>No Material Diminution</u>. Debtors shall have the right to continue to use cash collateral through the exclusivity period of September 30, 2024 with MetLife's consent provided the terms of the Order approving the use of cash collateral are met.

9. <u>Information Access</u>. Upon reasonable request of MetLife, Debtors will provide access to appraisals of all assets and contracts/agreements tied to the budget/forecast.

10. <u>Equipment Sale/Purchase Motion</u>. The Sale Motion may be granted. Debtors shall provide RAF, MetLife, Conterra and Sandton the same five-business-day notice of any proposed sale or purchase of the equipment/machinery as is being provided to the Committee, with such notice to include (a) a description of the equipment, (b) purchase/sale price, (c) identification of PMSI holder, if any and the amount to be paid to the PMSI holder, and (d) the proposed counter-party. Any proceeds of the sale of equipment that are (a) not paid to a holder of a PMSI on that specific equipment (i.e., not based on a cross-collateral provision) and (b) not used to purchase new equipment without a PMSI lien, shall be paid to Sandton to pay down the amount owed on the post-petition financing. With respect to any such repayment, the Debtors (i) shall provide RAF, MetLife, Conterra and the Committee notice of the amount of repayment and (ii)

STIPULATION BETWEEN DEBTORS AND RABO AGRIFINANCE REGARDING PENDING MOTIONS – Page 5

shall not be authorized to reborrow the repaid amount except as authorized by the Bankruptcy Court upon the Debtors filing of a motion, with reasonable notice.

11. <u>Additional Financial Disclosures</u>. The Debtors shall provide the following additional financial disclosures on or before the dates indicated:

   a. Completion of January through April 2024 CPA prepared financial statements on or before July 31, 2024 with the May 2024 statements to be provided on or before August 15, 2024;

   b. Completion by Kander of a 'Financial Strength Monitor' reporting within 15 days after receipt of the above referenced CPA prepared financial statements; and

   c. Completion of the Debtors' 2023 audit report by September 30, 2024.

12. MetLife does not object to the procedure requested in the 506(b) Motion.

DATED this 11th day of July, 2024.

JOHNSON MAY

*/s/ Matt Christensen*
MATTHEW T. CHRISTENSEN
Attorney for the Debtors

DATED this 11th day of July, 2024.

ADAMS & REESE, LLP

*/s/ Ron Bingham*
RON C. BINGHAM
Attorney for MetLife

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 11th day of July 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| William K. Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | Eclark101@hotmail.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| James Neimeier | jniemeier@mcgrathnorth.com |
| Gabriel L. Olivera | golivera@omm.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Miranda K. Russell | mrussell@mofo.com |

STIPULATION BETWEEN DEBTORS AND RABO AGRIFINANCE REGARDING PENDING MOTIONS – Page 7

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Joseph M. Wager | wager@mwsslawyers.com |

Any others as listed on the Court's ECF Notice.

   /s/ Matt Christensen
MATTHEW T. CHRISTENSEN