Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      Robert.richards@dentons.com
      Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
|---|---|
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

STIPULATION BETWEEN DEBTORS AND PARTIES REGARDING PENDING HEARING – Page 1

| | |
|---|---|
| ☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Chapter 11 Cases |

# STIPULATION BETWEEN DEBTORS AND PARTIES REGARDING PENDING HEARING

The Parties noted below, each by and through their counsel of record, hereby stipulate and agree as follows regarding the concurrently pending Motions (Docket Nos. 379, 462/467, 463, 464, 465 and 473 – collectively the "Motions"):

1. The Motions are all set for hearing on July 18, 2024, which is currently set as an in-person hearing.

2. As of the filing of this Stipulation, no party intends to produce evidence at the July 18, 2024, hearing, just comments and argument.

3. All parties agree that the hearing may be held as a telephonic hearing, without the need for counsel to travel to the Boise courthouse.

4. By stipulating here, no party is waiving any argument or objection to any of the pending Motions, simply seeking to avoid the travel expense and time for an in-person hearing.

DATED this 10th day of July, 2024.    JOHNSON MAY

/s/ Matt Christensen
_____
MATTHEW T. CHRISTENSEN
Attorney for the Debtors

DATED this 10th day of July, 2024.

        HAWLEY TROXELL ENNIS & HAWLEY

        */s/ Sheila Schwager (email approval)*
        SHEILA R. SCHWAGER
        Attorney for Rabo AgriFinance

DATED this 11th day of July, 2024.

        ADAMS & REESE, LLP

        */s/ Ron Bingham (email approval)*
        RON C. BINGHAM
        Attorney for MetLife

DATED this 11th day of July, 2024.

        KURTZ LAW

        */s/ John Kurtz (email approval)*
        JOHN F. KURTZ
        Attorney for Sandton

DATED this 11th day of July, 2024.

        SPENCER FANE

        */s/ John O'brien (email approval)*
        JOHN O'BRIEN
        Attorney for Conterra

DATED this 10th day of July, 2024.

                    O'MELVENY

                    */s/ Julian Gurule (email approval)*
                    JULIAN GURULE

                    Attorney for the Unsecured Creditors Committee

DATED this 10th day of July, 2024.

                    */s/ Jason Naess (email approval)*
                    JASON R. NAESS

                    Attorney for the United States Trustee

DATED this 10th day of July, 2024.

                    CLARK & ASSOCIATES

                    */s/ Eric Clark (email approval)*
                    ERIC R. CLARK

                    Attorney for Bartholomew

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 12th day of July 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| William K. Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | Eclark101@hotmail.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| James Neimeier | jniemeier@mcgrathnorth.com |
| Gabriel L. Olivera | golivera@omm.com |
| Mark B. Perry | mbp@perrylawpc.com |

| | |
|---|---|
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Joseph M. Wager | wager@mwsslawyers.com |

Any others as listed on the Court's ECF Notice.

   /s/ Matt Christensen
MATTHEW T. CHRISTENSEN