Daniel C. Green (ISB No.3213)
RACINE OLSON, PLLP
201 E. Center Street
P.O. Box 1391
Pocatello, Idaho 83204
Phone: (208) 232-6101
Fax: (208) 232-6109
dan@racineolson.com

*Attorney for Idaho AgCredit*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.,<br><br>Debtor.<br><br>Filing relates to:<br><br>☑ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br>(Chapter 11)<br><br>Jointly Administered with Case Nos:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**NOTICE OF SERVICE OF IDAHO AGCREDIT'S RESPONSE TO RABO AGROFINANCE LLC'S SUBPOENA TO PRODUCE DOCUMENTS**

**NOTICE OF SERVICE OF IDAHO AGCREDIT'S RESPONSE TO RABO AGROFINANCE LLC'S SUBPOENA TO PRODUCE DOCUMENTS – 1**

NOTICE IS HEREBY GIVEN that Idaho AgCredit, by and through its attorney of record, Daniel C. Green of the firm RACINE OLSON, PLLP, has served Hawley Troxell Ennis & Hawley LLP with *Idaho AgCredit's Response to Rabo AgroFinance LLC's Subpoena to Produce Documents* by email to the following email address: bwilson@hawleytroxell.com, this 12th day of July, 2024.

DATED this 12th day of July, 2024.

                                 RACINE OLSON, PLLP

                                 By: /s/ Daniel C. Green
                                         DANIEL C. GREEN

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on the 12th day of July, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Bruce A. Anderson
baafiling@eaidaho.com

Morton R. Branzburg
mbranzburg@klehr.com

Laura E Burri
lburri@morrowfischer.com
klee@morrowfischer.com

Brett R Cahoon
ustp.region18.bs.ecf@usdoj.gov

William K Carter
kentcarter@grsm.com

Matthew T. Christensen
mtc@johnsonmaylaw.com
mtcecf@gmail.com
acs@johnsonmaylaw.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

D Blair Clark
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

Eric R Clark
eclark101@hotmail.com
eclark@ericrclarkattorney.com

David A Coleman
david@colemanjacobsonlaw.com

Rhett Michael Miller
rmiller@magicvalley.law

John D Munding
john@mundinglaw.com

Jason Ronald Naess
Jason.r.naess@usdoj.gov

James Niemeier
jniemeier@mcgrathnorth.com

John O'Brien
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

Gabriel Luis Olivera
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

Mark Bradford Perry
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

Scott C Powers
spowers@spencerfane.com
mwatson@spencerfane.com

Cheryl Rambo
cheryl.rambo@isp.idaho.gov

**NOTICE OF SERVICE OF IDAHO AGCREDIT'S RESPONSE TO RABO AGROFINANCE LLC'S SUBPOENA TO PRODUCE DOCUMENTS – 3**

Connor Bray Edlund
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

Gery W Edson
gedson@gedson.com, tfurey@gedson.com

Jon B Evans
evans.jb@dorsey.com
sattler.carla@dorsey.com

Zachary Fairlie
zfairlie@spencerfane.com

Brian Faria
brian@sawtoothlaw.com

Robert A Faucher
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

Kimbell D Gourley
kgourley@idalaw.com
shudson@idalaw.com

Matthew W Grimshaw
matt@grimshawlawgroup.com

Julian Gurule
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

Matthew Kremer
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

John F Kurtz
jfk@kurtzlawllc.com
tnd@kurtzlawllc.com

Adam Aiken Lewis
alewis@mofo.com

Karyn Lloyd
klloyd@grsm.com

Janine Patrice Reynard
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

Robert E Richards
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

Holly Roark
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

Evan Thomas Roth
evan@sawtoothlaw.com

Tirzah R. Roussell
tirzah.roussell@dentons.com

Miranda K. Russell
mrussell@mofo.com

Andrew J. Schoulder
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

Sheila Rae Schwager
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

Louis V. Spiker
louis.spiker@millernash.com
louis.spiker@millernash.com

Matthew A Sturzen
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

Meredith Leigh Thielbahr
mthielbahr@grsm.com
ckaiser@grsm.com

**NOTICE OF SERVICE OF IDAHO AGCREDIT'S RESPONSE TO RABO AGROFINANCE LLC'S SUBPOENA TO PRODUCE DOCUMENTS – 4**

Jed W. Manwaring
jmanwaring@evanskeane.com
duskin@evanskeane.com
abell@evanskeane.com

James Justin May
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
acs@johnsonmaylaw.com
lnh@johnsonmaylaw.com

Krystal R. Mikkilineni
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

Kim J Trout
ktrout@trout-law.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Joseph Mark Wager
wager@mwsslawyers.com
white@mwsslawyers.com
seannegan@sneganlaw.com

Brent Russel Wilson
bwilson@hawleytroxell.com
amay@hawleytroxell.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, First-Class, postage prepaid and addressed as follows:

Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID 83338

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Ron C Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Morton R Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market St
Suite 1400
Philadelphia, PA 19103

Bunge Canada C/O David D. Farrell
David D. Farrell. Esq.
One Bank Plaza
Suite 2700
St. Louis, MO 63101

Zachery J McCraney
Holland & Hart
Po Box 2527
800 W Main Street
Suite 1750
Boise, ID 83701

Krystal R Mikkilineni
Dentons Davis Brown
215 10th St
Ste 1300
Des Moines, IA 50309

James J Niemeier
McGrath North Mullin & Kratz, PC LLO
1601 Dodge Street
Ste 3700
Omaha, NE 68102

John O'Brien
Spencer Fane LLP
1700 Lincoln Steet
Suite 2000
Denver, CO 80203

**NOTICE OF SERVICE OF IDAHO AGCREDIT'S RESPONSE TO RABO AGROFINANCE LLC'S SUBPOENA TO PRODUCE DOCUMENTS – 5**

| | |
|---|---|
| W. Kent Carter<br>One North Franklin<br>Suite 800<br>Chicago, IL 60606 | Gabriel L Olivera<br>7 Times Square<br>New York, NY 10036 |
| Davis Livestock, Inc.<br>780 E Cannibal Rd<br>Lewiston, UT 84320 | Domenic E Pacitti<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801 |
| Zachary Fairlie<br>Spencer Fane LLP<br>1000 Walnut Street<br>Suite 1400<br>Kansas City, MO 64106 | Robert E. Richards<br>233 South Wacker Drive<br>Suite 5900<br>Chicago, IL 60606-6361 |
| Gale W. Harding and Associates<br>329 W 7th S<br>Rexburg, ID 83440 | Tirzah R. Roussell<br>215 10th Street<br>Suite 1300<br>Des Moines, IA 50309 |
| Scott F Gautier<br>1800 Century Park East<br>Ste 1500<br>Los Angeles, CA 90067 | Miranda Russell<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019 |
| Julian Gurule<br>400 South Hope Street<br>Los Angeles, CA 90071 | Nikolaus F Schandlbauer<br>20 F Street NW<br>Suite 500<br>Washington DC, 20001 |
| Oren Buchanan Haker<br>Black Helterline LLP,<br>805 SW Broadway<br>Suite 1900<br>Portland, OR 97205 | Andrew Schoulder<br>1301 Avenue of The Americas<br>New York, NY 10019-6022 |
| Matthew Kremer<br>7 Times Square<br>New York, NY 10036 | Schuil Ag Real Estate Inc<br>5020 W Mineral King Ave<br>Visalia, CA 93291 |
| Adam A Lewis<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105 | Michael R Stewart<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |
| Karyn Lloyd<br>Gordon Rees Scully Mansukhani, LLP<br>999 W Main Street<br>100<br>Boise, ID 83702 | The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker<br>6400 S Fiddlers Green Circle<br>Suite 850<br>Greenwood Village, CO 80111 |

**NOTICE OF SERVICE OF IDAHO AGCREDIT'S RESPONSE TO RABO AGROFINANCE LLC'S SUBPOENA TO PRODUCE DOCUMENTS – 6**

/s/ Daniel C. Green  
DANIEL C. GREEN