Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
Robert.richards@dentons.com
Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
|---|---|
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

DEBTORS' STATUS REPORT FOR JULY 2024 OMNIBUS HEARING – Page 1

☐ Millenkamp Family

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

Chapter 11 Cases

### DEBTORS' STATUS REPORT FOR JULY 2024 OMNIBUS HEARING

Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), by and through their counsel of record, and pursuant to the Court's Order (Docket No. 194), provides the following status report prior to the July 18, 2024, omnibus status hearing:

1. *The status of administration of the Estates*.

The Debtors continue to operate and generate income. They are current on all reporting requirements (including weekly reporting to the parties and Monthly Operating Reports). The Debtors are working towards a proposed reorganization plan and anticipate filing a Plan and Disclosure Statement before the exclusivity period expires.

2. *Any upcoming motions or other relief that the Debtors anticipate seeking*.

There is a current hearing set for July 18, 2024[1]. At that hearing, several motions are expected to be heard:

    a. Omnibus Motion for Authority to Purchase and Sell Equipment and Machinery (Docket No. 379 – the "Sale Motion");

---

[1] The hearing was originally set as a telephonic hearing. However, when the several motions were filed by the Debtors, it was anticipated the hearing would require evidence due to the objections. Since the filing and Notice of Hearing were sent, the active parties have agreed that the hearing may be held telephonically as any objections to the motions have either been dealt with, or are not evidentiary objections.

DEBTORS' STATUS REPORT FOR JULY 2024 OMNIBUS HEARING – Page 2

    b. Motion to Extend Exclusive Period to File Disclosure Statement and Plan (Docket Nos. 462 and 467 – the "Exclusivity Motion");

    c. Motion to Establish Procedure for 11 U.S.C. § 506(b) Claims (Docket No. 463 – the "506(b) Motion");

    d. Second Motion for Continued Use of Cash Collateral (Docket No. 464 – the "Cash Collateral Motion").

    e. Motion to Shorten Time (Docket No. 465);

    f. Preliminary Hearing on Motion for Relief from Stay (Docket No. 473); and

    g. Application to Employ O'Melveny & Myers LLP (Docket No. 335)

In addition to those motions, the Debtors also have a pending application for compensation for several professionals, and several interim monthly fee applications for estate professionals.

3. *Any other matters of which the Debtors believe the Court should be aware*.

The Debtors are currently unaware of other matters requiring the Court's attention.

DATED this 16th day of July, 2024.

JOHNSON MAY

*/s/ Matt Christensen*
_____
MATTHEW T. CHRISTENSEN
Attorney for the Debtor


DENTONS

*/s/ Krystal Mikkilineni*
_____
KRYSTAL MIKKILINENI
Attorney for the Debtor

DEBTORS' STATUS REPORT FOR JULY 2024 OMNIBUS HEARING – Page 3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of July 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |

Any others as listed on the Court's ECF Notice.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN

DEBTORS' STATUS REPORT FOR JULY 2024 OMNIBUS HEARING – Page 4