# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

**DECLARATION OF SERVICE**

In re Millenkamp Cattle, Inc.  
(and related cases)

Debtor:

Case No. 24-40158-NGH  
Chapter 11

For:  
Johnson May, PLLC  
199 N. Capitol Blvd., Ste. 200  
Boise, ID 83702

Received by Tri-County Process Serving LLC on July 12, 2024 to be served on **CARGILL MEAT SOLUTIONS CORP CORRECTLY KNOWN AS CARGILL MEAT SOLUTIONS CORPORATION**.

**I, Elaina Teninty, state that on Friday, July 12, 2024, at 1:39 PM**, I served the within named **Cargill Meat Solutions Corporation** by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)** to Ashlee Knight of United Agent Group Inc., Registered Agent for Cargill Meat Solutions Corporation, a person authorized to accept service on behalf of Cargill Meat Solutions Corporation. Said service was effected at **950 W. Bannock St. #1100, Boise, ID 83702**.

Approximate description of Ashlee Knight  
Female  30 years old,  5' 3" Tall,  160 lbs,  Brown Hair,  Hazel eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 214023  
Client Reference: Matthew T. Christensen

Tuesday, July 16, 2024

**TRI-COUNTY PROCESS SERVING LLC**  
P.O. Box 1224  
Boise, ID, 83701  
(208) 344-4132

ELAINA TENINTY