# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

**DECLARATION OF SERVICE**

In re Millenkamp Cattle, Inc.  
(and related cases)

Debtor:

Case No. 24-40158-NGH  
Chapter 11

For:  
Johnson May, PLLC  
199 N. Capitol Blvd., Ste. 200  
Boise, ID 83702

Received by Tri-County Process Serving LLC on July 12, 2024 to be served on **PRODUCERS LIVESTOCK MARKETING ASSOCIATION**.

**I, Elaina Teninty, state that on Friday, July 12, 2024, at 12:43 PM**, I served the within named **Producers Livestock Marketing Association** by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)** to Nicole Fruh-Wise of CT Corporation System, Registered Agent for Producers Livestock Marketing Association, a person authorized to accept service on behalf of Producers Livestock Marketing Association. Said service was effected at **1555 W. Shoreline Dr., Ste. 100, Boise, ID 83702**.

Approximate description of Nicole Fruh-Wise  
White Female 35 years old, 5' 2" Tall, 140 lbs, Brown Hair, Brown eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 214021  
Client Reference: Matthew T. Christensen

Tuesday, July 16, 2024

**TRI-COUNTY PROCESS SERVING LLC**  
P.O. Box 1224  
Boise, ID, 83701  
(208) 344-4132

ELAINA TENINTY