# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

**DECLARATION OF SERVICE**

In re Millenkamp Cattle, Inc.  
(and related cases)

Debtor:

Case No. 24-40158-NGH  
Chapter 11

For:  
Johnson May, PLLC  
199 N. Capitol Blvd., Ste. 200  
Boise, ID 83702

Received by Tri-County Process Serving LLC on July 12, 2024 to be served on **TRUE WEST BEEF LLC**.

**I, Elaina Teninty, state that on Monday, July 15, 2024, at 10:54 AM**, I served the within named **True West Beef LLC** by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)** to Kim Stuart, Registered Agent, a person authorized to accept service on behalf of True West Beef LLC. Said service was effected at **1555 W. Shoreline Dr., Ste. 320, Boise, ID 83702**.

Approximate description of Kim Stuart  
Female  56 years old,  5' 7" Tall,  130 lbs,  Brown Hair,  Brown eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 214022  
Client Reference: Matthew T. Christensen

Wednesday, July 17, 2024

**TRI-COUNTY PROCESS SERVING LLC**  
P.O. Box 1224  
Boise, ID, 83701  
(208) 344-4132

ELAINA TENINTY