UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

IN RE:

| | |
|---|---|
| Millenkamp Cattle, Inc. | Case No. 24-40158-NGH |
| Debtor | |
| Filing relates to: | Jointly Administered With Case Nos. |
| ☒ ALL DEBTORS | 24-40159-NGH (Idaho Jersy Girls) |
| ☐ Millenkamp Cattle, Inc. | 24-40160-NGH (East Valley Cattle) |
| ☐ Idaho Jersey Girls | 24-40161-NGH (Millenkamp Properties) |
| ☐ East Valley Cattle | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Properties II | 24-40164-NGH (Goose Ranch) |
| ☐ Millenkamp Family | 24-40166-NGH (Black Pine Cattle) |
| ☐ Goose Ranch | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Black Pine Cattle | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Millenkamp Enterprises | Chapter 11 Cases |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**OBJECTION TO FORM OF CASH COLLATERAL ORDER**

Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC ("Conterra") by and through its attorneys, Spencer Fane LLP, for its Objection To Form Of Cash Collateral Order states as follows:

1. Conterra services loans for lenders who are owed approximately $20,000,000. Nearly all of the debt is secured by a third priority lien on the real estate and a second priority lien on personal property, subject to PMSI's and valid senior statutory liens.

2. Conterra has obligations to its lenders for whom it services loans. Those obligations include staying informed to mitigate loan losses.

3. In exchange for the benefits of the automatic stay the Debtor has certain duties, to include transparency and disclosure so creditors can make informed credit decisions.

4. Creditors' rights to information is consistent with the concepts of fairness and due process under the Bankruptcy Code.

5. Conterra has a lien on the cash collateral which the Debtor proposes to use under the proposed cash collateral order.

6. At this juncture, it appears that the Debtor's plan will center on obtaining exit financing with the assistance of Forbes.

7. Forbes efforts and results implicate two important issues in the case: (1) disclosure so creditors can make an informed decision while voting on the plan; and (2) feasibility.

8. Conterra cannot satisfy its obligations to its lenders to whom it reports if it is excluded from receiving information about Forbes' activities.

9. Section 3(e) of the proposed cash collateral order would authorize Forbes to share important information "on a Professional Eyes Only Basis" under which information will be shared with agents for Met, Rabo and the Committee, but not with Conterra.

10. The Debtor states that this information should not be shared with Conterra because Conterra may want to make an exit financing proposal. Conterra has no current intention to make an exit financing proposal. If the Debtor believes that Conterra would get an unfair advantage by

DE 9064483.1

getting "Eyes Only" information then the solution is the Debtors should not consider any exit financing that Conterra may propose. The Debtor's hope that Conterra will provide exit financing is not grounds to exclude Conterra from receiving important information about the Debtor's refinancing efforts. In any event, the Debtor's concerns about unfair advantage is pure speculation because Conterra has no current intention to offer exit financing.

11. The proposed order is also mysterious because it allows "Eyes Only" financial advisors acting as agents for certain lenders to receive the information, but does not describe how these agents will convey or summarize this information to their clients. Certainly the financial advisors will share some or all of the information to their clients, elsewise there would be no point to the financial advisors receiving any information.

12. At some juncture financial advisors may testify in this case. Conterra will have no ability to effectively cross-examine those financial advisors if the information made available to those financial advisers is sequestered from Conterra.

13. Conterra objects to a cash collateral order excluding Conterra from receiving information available to others. Conterra should see, and is entitled to see the same information other creditors and their agents see so Conterra can protect the interests of its lenders.

14. Attached hereto as <u>Exhibit 1</u> is Conterra's proposed revisions to section 3(e) of the proposed cash collateral order.

15. Conterra has similar concerns about the Debtor's agreement to a confidentiality order which excludes Conterra from reviewing records that Idaho AgCredit will produce pursuant to subpoena. Overall, Conterra is concerned about this case going down a slippery slope where more and more information is sequestered from interested parties.

DATED July 18, 2024.

Respectfully submitted,

SPENCER FANE LLP


*/s/John O'Brien*
John O'Brien (*Pro Hac Vice Pending*)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO  80203-4554
Telephone: 303-839-3800
Email:  jobrien@spencerfane.com

Scott C. Powers #9958
Spencer Fane LLP
10 Exchange Place, 11th Floor
Salt Lake City, UT 84111
Telephone: 801-322-9164
Email: spowers@spencerfane.com

Zachary Fairlie (*Pro Hac Vice*)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106-2140
Telephone:  816-474-8100
Fax:  816-474-3216
Email:  zfairlie@spencerfane.com

Attorneys for Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC

DE 9064483.1

## CERTIFICATE OF SERVICE

      The undersigned certifies that on July 18, 2024 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Bruce Anderson | brucea@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| W. Kent Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| John Brian (JB) Evans | Evans.jb@dorsey.com |
| Brian A. Faria | brian@sawtoothlaw.com |
| David D. Farrell | dfarrell@thompsoncoburn.com |
| Robert A. Faucher | RFaucher@hollandhart.com |
| Scott D. Fink | sfink@weltman.com |
| David W. Gadd | dwg@magicvalleylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Zachery J. McCraney | ZJMcCraney@hollandhart.com |
| Krystal Mikkilineni | Krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| Heidi Buck Morrison | heidi@racineolson.com |
| John D. Munding | John@Mundinglaw.com |
| James J. Niemeier | jniemeier@mcgrathnorth.com |
| Gabriel L. Olivera | golivera@omm.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | Robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |

| | |
|---|---|
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| Miranda Russell | mrussell@mofo.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Steven F. Schossberg | sschossberger@trout-law.com |
| Andrew Schoulder | Andrew.Schoulder@nortonrosefulbright.com |
| Louis Spiker | Louis.spiker@millernash.com |
| Richard L. Stacey | stacey@mwsslawyers.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| U.S. Trustee | Ustp.region18.bs.ecf@usdoj.gov |
| Joseph M. Wager | wager@mwsslawyers.com |
| Arnold Wagner | wagner@mwsslawyers.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

/s/*John O'Brien*
John O'Brien

DE 9064483.1