questions about the current weekly report. Forbes shall schedule a single call that the Financial Advisors may join. Forbes will provide non-confidential information reasonably requested by the Financial Advisors within a reasonable period of time. The weekly meetings will include, but not be limited to, updates (on a Professional Eye's Only basis, as described below) on the status of each potential investor as set forth below:

i. Number of New Parties to whom CIM was provided: The identity of investors in this category will *not* be discussed during the Forbes weekly virtual meeting.

ii. Number of new parties that were engaged in initial meetings with Forbes: The identity of investors in this category will *not* be discussed during the Forbes weekly virtual meeting.

iii. Number of new parties that have accessed the Forbes data room: The identity of investors in this category *will* be discussed during the Forbes weekly virtual meeting on a Professional Eye's Only basis.

iv. Number of parties that remain actively negotiating with Forbes and/or the Debtors: The identity of investors in this category *will* be discussed during the Forbes weekly virtual meeting on a Professional Eye's Only basis, and may include, among others, the parties identified in Exhibit 1025 that was disclosed and publicly filed with the Bankruptcy Court.

v. Professional Eye's Only. The term "Professional Eye's Only" shall refer only to employees, officers or directors of FTI Consulting, Focus Management Group, Kander LLC, ~~and~~ Armory Securities, LLC ⟨and Conterra's financial advisor⟩ and shall

EXHIBIT 1    Page 1 of 2

exclude any attorneys or other professionals for the interested parties except counsel for the Committee *and counsel for Conterra* (the "Financial Advisors"). Any information provided by Forbes to the Financial Advisors shall not be disclosed to any other party, including lenders, creditors or other parties (including counsel for those parties), unless expressly authorized by the Debtors in writing *or obtained through discovery*. Prior to participating in any meetings with Forbes, each of the Financial Advisors shall acknowledge in writing their understanding of, and agreement to adhere to, these restrictions.

f. To the extent information is provided by the Debtors or Forbes to any of the Pre-Petition Secured Lenders that is not otherwise covered by paragraphs 3(a) through (e) above, that information shall be provided to all of the Pre-Petition Secured Lenders or their financial advisors. (This provision is not meant to otherwise limit meetings or conversations between attorneys or financial advisors for the parties, or the parties themselves.)

g. <u>Term Sheets</u>. The Debtors will provide the Financial Advisors a copy of any term sheet, letter of intent (or similar equivalent document no matter the label) that the Debtors receive, whether or not through the Forbes' process. Names and any identifying information in these term sheets shall be redacted by the Debtors prior to providing, and the Financial Advisors are not authorized to provide copies of the term sheets to any other party absent further order of the Court.

4. <u>Additional Financial Disclosures</u>. The Debtors shall provide the Pre-Petition Secured Lenders, the DIP Lender, and the Committee the following additional financial disclosures on or before the dates indicated:

EXHIBIT 1    Page 2 of 2