UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**ORDER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH ONLY THE DEBTORS MAY FILE AND CONFIRM A PLAN**

This matter having come before this Court on the Debtors' Motion to Extend Exclusive Period to File Disclosure Statement and Plan (Docket No. 462/467 - the "Motion") filed by the Debtors in the above captioned chapter 11 cases (the "Cases"). The Court, having reviewed the Motion, and after due deliberation and consideration, and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b); that venue of this proceeding and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; that due and proper notice to all parties in interest was appropriate under the circumstances, and no further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties in interest; that

#4049460

cause exists to grant the relief requested in the Motion to the extent set forth below; and that, upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. Pursuant to § 1121(d) of the Bankruptcy Code, the period in which only the Debtors may file a chapter 11 plan under 11 U.S.C. § 1121(b) (the "Exclusivity Period") is extended to and including September 30, 2024.

3. The Debtors' period to solicit a chapter 11 plan under 11 U.S.C. § 1121(c)(3) (the "Solicitation Period") is hereby extended to and including November 29, 2024.

4. The extensions to the Exclusivity Period and the Solicitation Period granted herein are without prejudice to such further requests that may be made pursuant to § 1121(d) of the Bankruptcy Code by the Debtors, or any party-in-interest, for cause shown, upon notice and a hearing.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

//end of text//

DATED: July 19, 2024

_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by: Matthew T. Christensen, attorney for the Debtor

Approved as to Form:

/s/ *Jason R. Naess*

Jason R. Naess, Office of the United States Trustee


Approved as to Form and Content:

/s/ *Julian Gurule*

Julian Gurule, attorney for Committee

/s/ *Ron Bingham*

Ron Bingham, attorney for MetLife

/s/ *Andrew Schoulder*

Andrew Schoulder, attorney for Rabo Agrifinance LLC

/s/ *John O'Brien*

John O'Brien, attorney for Conterra

/s/ *Richard Bernard*

Richard Bernard, attorney for Sandton