# Notice Recipients

| District/Off: 0976–8 | User: admin | Date Created: 7/19/2024 |
|---|---|---|
| Case: 24–40158–NGH | Form ID: pdf016 | Total: 263 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | CNH Industrial Capital America LLC |
| cr | MWI Veterinary Supply Inc. |
| cr | McAlvain Concrete, Inc. |
| cr | JOHN DEERE FINANCIAL |
| cr | Rocky Mountain Agronomics, Inc. |
| cr | Official Committee Of Unsecured Creditors |
| cr | Brandy Ann Bartholomew |
| 5339219 | #3924637 |
| 5337874 | Badger Bearing PTP, Inc |
| 5350001 | MWI Veterinary Supply |
| 5346022 | Rexel USA, Inc. dba Platt Electric Supply |

TOTAL: 11

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Adam Aiken Lewis | alewis@mofo.com |
| aty | Alexandra O Caval | alex@cavallawoffice.com |
| aty | Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| aty | Brent Russel Wilson | bwilson@hawleytroxell.com |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brian Faria | brian@sawtoothlaw.com |
| aty | Bruce A. Anderson | baafiling@eaidaho.com |
| aty | Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| aty | Connor Bray Edlund | edlund@mwsslawyers.com |
| aty | D Blair Clark | dbc@dbclarklaw.com |
| aty | Daniel C Green | dan@racineolson.com |
| aty | David A Coleman | david@colemanjacobsonlaw.com |
| aty | David T Krueck | dkrueck@perkinscoie.com |
| aty | David W. Gadd | dwg@magicvalleylaw.com |
| aty | Eric R Clark | eclark101@hotmail.com |
| aty | Evan Thomas Roth | evan@sawtoothlaw.com |
| aty | Gabriel Luis Olivera | golivera@omm.com |
| aty | Gery W Edson | gedson@gedson.com |
| aty | Heidi Buck Morrison | heidi@racineolson.com |
| aty | Holly Roark | holly@roarklawboise.com |
| aty | James Niemeier | jniemeier@mcgrathnorth.com |
| aty | James Justin May | jjm@johnsonmaylaw.com |
| aty | Janine Patrice Reynard | janine@averylaw.net |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| aty | Jed W. Manwaring | jmanwaring@evanskeane.com |
| aty | John O'Brien | jobrien@spencerfane.com |
| aty | John D Munding | john@mundinglaw.com |
| aty | John F Kurtz, Jr | jfk@kurtzlawllc.com |
| aty | Jon B Evans | evans.jb@dorsey.com |
| aty | Joseph Mark Wager, Jr. | wager@mwsslawyers.com |
| aty | Julian Gurule | jgurule@omm.com |
| aty | Karyn Lloyd | klloyd@grsm.com |
| aty | Kim J Trout | ktrout@trout–law.com |
| aty | Kimbell D Gourley | kgourley@idalaw.com |
| aty | Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| aty | Laura E Burri | lburri@morrowfischer.com |
| aty | Louis V. Spiker | louis.spiker@millernash.com |
| aty | Mark Bradford Perry | mbp@perrylawpc.com |
| aty | Matthew Kremer | mkremer@omm.com |
| aty | Matthew A Sturzen | matt@shermlaw.com |
| aty | Matthew T. Christensen | mtc@johnsonmaylaw.com |
| aty | Matthew W Grimshaw | matt@grimshawlawgroup.com |
| aty | Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| aty | Miranda K. Russell | mrussell@mofo.com |
| aty | Morton R. Branzburg | mbranzburg@klehr.com |
| aty | Rhett Michael Miller | rmiller@magicvalley.law |
| aty | Robert A Faucher | rfaucher@hollandhart.com |
| aty | Robert E Richards | robert.richards@dentons.com |
| aty | Scott C Powers | spowers@spencerfane.com |
| aty | Sheila Rae Schwager | sschwager@hawleytroxell.com |
| aty | Tirzah R. Roussell | tirzah.roussell@dentons.com |
| aty | William K Carter | kentcarter@grsm.com |
| aty | Zachary Fairlie | zfairlie@spencerfane.com |

TOTAL: 54

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Millenkamp Cattle, Inc | 471 North 300 West | Jerome, ID 83338 |
| cr | Rabo AgriFinance LLC | c/o Sheila R. Schwager | P.O. Box 1617 | Boise, ID 83701 |
| cr | Viterra USA Grain, LLC and Viterra USA Ingredients, LLC | c/o Racine Olson, PLLP | P.O. Box 1391 | Pocatello, ID 83204 |
| cr | MetLife Real Estate Lending LLC | c/o Kimbell D. Gourley | 10801 Mastin Blvd | Suite 700 | Overland Park, KS 66210 |
| cr | Metropolitan Life Insurance Company | c/o Kimbell D. Gourley | 10801 Mastin BLVD | Suite 700 | Overland Park, KS 66210 |
| cr | Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att | Spencer Fane | 1700 Lincoln Street | Suite 2000 | Denver, CO 80203 |
| cr | Western States Equipment Co. | 500 East Overland Road | Meridian, ID 83642 |
| cr | c/o David A. Coleman Youree Land & Livestock, Inc. | Coleman, Ritchie & Jacobson | PO BOX 525 | TWIN FALLS, ID 83303–0525 UNITED STATES |
| cr | c/o David A. Coleman B & H Farming | Coleman, Ritchie & Jacobson | PO BOX 525 | TWIN FALLS, ID 83303–0525 UNITED STATES |
| cr | East Valley Development, LLC | c/o Avery Law | 3090 E Gentry Way, Ste 250 | Meridian, ID 83642 |
| cr | Land View, Inc. | P.O. Box 475 | Rupert, ID 83350 |
| cr | MWI Veterinarian Supply, Inc. | 3041 W PASADENA DRIVE | Boise, ID 83705 UNITED STATES |
| cr | Raft River Rural Electric Cooperative, Inc. | c/o Rhett M. Miller | P.O. Box 910 | Burley, ID 83318 |
| cr | Viserion Grain, LLC | c/o Sawtooth Law Offices, PLLC | 213 Canyon Crest Dr., Ste 200 | Twin Falls, ID 83301 UNITED STATES |
| cr | Ad Hoc Committee of Corn Silage Growers | 153 East Main Street | PO Box 168 | Jerome, ID 83338 |
| cr | Progressive Dairy Service & Supply Corp. | 485 S IDAHO ST | WENDELL, ID 83355–5241 |
| cr | Elevation Electric, LLC | 485 S IDAHO ST | WENDELL, ID 83355–5241 |
| cr | Bunge Canada C/O David D. Farrell | David D. Farrell. Esq. | One Bank Plaza | Suite 2700 | St. Louis, MO 63101 |
| intp | Glanbia Foods Inc | c/o Robert A Faucher | POB 2527 | Boise, ID 83701 |
| intp | Sandton Capital Partners LP | 16 W 46th Street, 1st Floor | New York, NY 10036 |
| cr | Automation Werx, LLC | Morrow & Fischer, PLLC | 4 Ogden Avenue | Nampa, ID 83651 |
| cr | Wilbur–Ellis Company LLC | c/o Matthew A. Sturzen | P.O. Box 2247 | Salem, OR 97308 |
| cr | PerforMix Nutrition Systems, LLC | MUNDING, P.S. | 309 E. FARWELL RD., STE 310 | Spokane, WA 99218 UNITED STATES |
| cr | Idaho State Brand Department | 700 S. Stratford Dr. | Meridian, ID 83642 UNITED STATES |
| cr | Moss Grain Partnership | c/o Rhett M. Miller | P.O. Box 910 | Burley, ID 83318 |
| cr | Moss Farms Operations, LLC | c/o Rhett M. Miller | P.O. Box 910 | Burley, ID 83318 |
| cr | United Electric Co–op, Inc. | c/o Rhett M. Miller | P.O. Box 910 | Burley, ID 83318 |
| cr | Standlee Ag Resources | c/o Miller Nash LLP | 950 W Bannock St, Ste 1100 | Boise, ID 83702 |
| cr | Burks Tractor Company, Inc. | 3140 Kimberly Road | Twin Falls, ID 83301 |
| cr | Blue Cross of Idaho Health Service, Inc | c/o Law Office of D. Blair Clark PC | 967 East Parkcenter Boulevard, #282 | Boise, ID 83706 UNITED STATES |
| aty | Matthew T. Christensen | 199 N. Capitol Blvd. | Ste 200 | Boise, ID 83702 |
| aty | Krystal R Mikkilineni | Dentons Davis Brown | 215 10th St | Ste 1300 | Des Moines, IA 50309 |
| crcm | Bruce A. Anderson | 320 East Neider Avenue | Suite 102 | Coeur d'Alene, ID 83815 |
| r | Schuil Ag Real Estate Inc | 5020 W Mineral King Ave | Visalia, CA 93291 |
| app | Gale W. Harding and Associates | 329 W 7th S | Rexburg, ID 83440 |
| app | Davis Livestock, Inc. | 780 E Cannibal Rd | Lewiston, UT 84320 |
| br | The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker | 6400 S Fiddlers Green Circle | Suite 850 | Greenwood Village, CO 80111 |
| cr | Rexel USA, Inc dba Platt Electric Supply | McConnell Wagner Sykes + Stacey PLLC | 827 E. Park Blvd, Ste. 201 | Boise, ID 83712 |
| cr | Amalgamated Sugar Company | 1951 S. Saturn Way | Suite 100 | Boise, ID 83709 |
| aty | Bruce A. Anderson | 320 East Neider Avenue | Suite 102 | Coeur d'Alene, ID 83815 |
| intp | William Millenkamp | 473 S 300 W | Jerome, ID 83338 |
| cr | Valley Wide Cooperative Inc. | c/o David W. Gadd, Stover, Gadd & Assoc. | P.O. Box 1428 | Twin Falls, ID 83303–1428 |
| intp | Idaho AgCredit | c/o Daniel C. Green | Racine Olson, PLLP | P. O. Box 1391 | Pocatello, ID 83201 |
| aty | Adam A Lewis | Morrison & Foerster LLP | 425 Market Street | San Francisco, CA 94105 |
| aty | Andrew Schoulder | 1301 Avenue of The Americas | New York, NY 10019–6022 |
| aty | Domenic E Pacitti | Klehr Harrison Harvey Branzburg LLP | 919 Market Street | Suite 1000 | Wilmington, DE 19801 |
| aty | Gabriel L Olivera | 7 Times Square | New York, NY 10036 |
| aty | James J Niemeier | McGrath North Mullin & Kratz, PC LLO | 1601 Dodge Street | Ste 3700 | Omaha, NE 68102 |
| aty | John O'Brien | Spencer Fane LLP | 1700 Lincoln Steet | Suite 2000 | Denver, CO 80203 |
| aty | Julian Gurule | 400 South Hope Street | Suite 1900 | Los Angeles, CA 90071 |
| aty | Karyn Lloyd | Gordon Rees Scully Mansukhani, LLP | 999 W Main Street | 100 | Boise, ID 83702 |
| aty | Krystal R Mikkilineni | Dentons Davis Brown | 215 10th St | Ste 1300 | Des Moines, IA 50309 |
| aty | Matthew Kremer | 7 Times Square | New York, NY 10036 |
| aty | Michael R Stewart | 2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402 |
| aty | Miranda Russell | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019 |
| aty | Morton R Branzburg | Klehr Harrison Harvey Branzburg LLP | 1835 Market St | Suite 1400 | Philadelphia, PA 19103 |

| | | | | | |
|---|---|---|---|---|---|
| aty | Nikolaus F Schandlbauer | 20 F Street NW | Suite 500 | Washington DC 20001 | |
| aty | Oren Buchanan Haker | Black Helterline LLP, | 805 SW Broadway | Suite 1900 | Portland, OR 97205 |
| aty | Richard Bernard | 1177 Avenue of the Americas | 41st Floor | New York, NY 10036 | |
| aty | Robert E. Richards | 233 South Wacker Drive | Suite 5900 | Chicago, IL 60606–6361 | |
| aty | Ron C Bingham, II | 3424 Peachtree Road NE | Suite 1600 | Atlanta, GA 30326 | |
| aty | Scott F Gautier | 1800 Century Park East | Ste 1500 | Los Angeles, CA 90067 | |
| aty | Tirzah R. Roussell | 215 10th Street | Suite 1300 | Des Moines, IA 50309 | |
| aty | W. Kent Carter | One North Franklin | Suite 800 | Chicago, IL 60606 | |
| aty | Zachary Fairlie | Spencer Fane LLP | 1000 Walnut Street | Suite 1400 | Kansas City, MO 64106 |
| aty | Zachery J McCraney | Holland & Hart | Po Box 2527 | 800 W Main Street | Suite 1750   Boise, ID 83701 |

| | |
|---|---|
| 5338201 | A K Trucking1897 E 990 S Hazelton, ID, 83335    A. Scott Jackson TruckingPO Box 56 Jerom    A. Scott JacksonTrucking Inc PO Box 56 J    ABS Global Inc Box 22144 Network Place C    Addison Biological Lab 507 N Cleveland S    Aden Brook Trading CorpPO Box 217 Montgo |
| 5338357 | A. Scott Jackson Trucking, Inc.    c/o Williams Meservy & Larsen, LLP    Post Office Box 168    153 East Main Street    Jerome, ID 83338 |
| 5339172 | AAA Cow Comfort LLC    Po Box 307    Kimberly, ID 83341 |
| 5339357 | ABS Global    1525 River Rd.    DeForest, WI 53532 |
| 5352499 | ARNOLD MACHINERY COMPANY    2975 West 2100 South    Salt Lake City, UT 84119 |
| 5345130 | Addison Biological Laboratory, INC.    507 North Cleveland St.    Fayette, MO 65248 |
| 5339173 | Airgas USA LLC    PO Box 734445    Chicago, IL 60673–4445 |
| 5341229 | Airgas USA, LLC    110 West 7th St. Suite 1400    Tulsa, OK 74119 |
| 5339859 | Alexander K. Reed    4296 N 2100 E    Filer, ID 83328 |
| 5339174 | Amalgamated Sugar    1951 S Saturn Way    Ste 100    Boise, ID 83709 |
| 5345729 | Amalgamated Sugar Company    1951 S. Saturn Way, Suite 100    Boise, ID 83709 |
| 5345775 | Amalgamated Sugar Company    1951 S. Saturn Way, Suite 100    Boise, ID 83709 |
| 5340188 | American Calf Products (Golden State Mixing, Inc.)    425 D Street    Turlock, CA 95380 |
| 5342707 | American Express National Bank    c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701 |
| 5342727 | American Express National Bank    c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701 |
| 5336402 | Automation Werx, LLC    PO Box 3066    Idaho Falls, ID 83401 |
| 5339552 | B & H Farming, an Idaho General Partnership    PO Box 123    Rupert, ID 83350 |
| 5339175 | BS R Design Supplies    198 Locust St S    Twin Falls, ID 83301 |
| 5341673 | Blue Cross of Idaho    c/o D Blair Clark, Atty    967 Parkcenter Blvd #282    Boise, ID 83706 |
| 5341702 | Blue Cross of Idaho    c/o D. Blair Clark, Attorney    967 E. Parkcenter Blvd., #282    Boise, ID 83706 |
| 5339860 | Bo Stevenson dba B&A Farms    1001 S 1900 E    Hazelton, ID 83335 |
| 5345992 | Brandy A. Bartholomew    C/O Eric R. Clark, Attorney    P.O. Box 2504    Eagle, ID 83616 |
| 5335094 | Bunge Canada    c/o David D. Farrell    THOMPSON COBURN LLP    One USBank Plaza, Suite 2700    Saint Louis, Missouri 63101 |
| 5350014 | CNH Industrial Capital America LLC    Kent Carter/Gordon Rees    One North Franklin, Suite 800    Chicago, IL 60606 |
| 5339191 | Capitol One    PO Box 60599    City of Industry, CA 91716 |
| 5345658 | Carne I Corp.    134 E. Highway 81    Burley, ID 83318 |
| 5344923 | Cellco Partnership d/b/a Verizon Wireless    William M Vermette    22001 Loudoun County PKWY    Ashburn, VA 20147 |
| 5335227 | CenturyTel Service Group, LLC dba CenturyLink    Lumen Technologies Group    931 14th Street, 9th Floor (Attn: Legal–BKY)    Denver, CO 80202 |
| 5339520 | Christopher Camardello    1031 Mendota Heights Road    St. Paul, MN 55120 |
| 5339192 | Citi Cards    PO Box 78019    Phoenix, AZ 85062 |
| 5339861 | Clint D. Thompson    298 N 200 W    Jerome, ID 83338 |
| 5335499 | Coastline Equipment Company    2000 E Overland Rd    Meridian, ID 83642 |
| 5339193 | Colonial Life    Processing Center    PO Box 1365    Columbia, SC 29202–1365 |
| 5345020 | Connie Lapaseotes, Ltd.    c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203 |
| 5339194 | Conrad Bishcoff Inc    2251 N Holmes    PO Box 50106    Idaho Falls, ID 83405 |
| 5338938 | Conterra Holdings, LLC dba Conterra Ag Capital as    c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203 |
| 5338613 | Conterra Holdings, LLC dba Conterra Ag Capital as    c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203 |
| 5348879 | Daimler Truck Financial Services USA LLC    c/o Randall P. Mroczynski    Cooksey, Toolen, Gage, Duffy & Woog    535 Anton Boulevard, Suite 1000    Costa Mesa, CA 92626 |
| 5339521 | Dairy Tech, LLC    1031 Mendota Heights Road    St. Paul, MN 55120 |
| 5339195 | Daritech    8540 Benson Rd    Lynden, WA 98264 |
| 5340867 | David Clark    Clark Ambulatory Clinic, Inc.    1019 E 1020 S    Albion, ID 83311 |
| 5339862 | Douglas J. Grant    2050 E 500 S    Hazelton, ID 83335 |
| 5339863 | Dusty Brow Farms, Inc.    2601 E 1100 S    Hazelton, ID 83335 |
| 5339864 | Edward Chojnacky    298 N 100 W    Jerome, ID 83338 |
| 5336403 | Electrical Werx & Construction, LLC    PO Box 3066    Idaho Falls, ID 83401 |
| 5336173 | Elevation Electric, LLC    485 S. Idaho St.    Wendell, ID 83355 |
| 5339196 | Eric Clark    Clark Associates    PO Box 2504    Eagle, ID 83616 |
| 5339197 | Evans Plumbing    111 Gulf Stream Lane    Hailey, ID 83333 |
| 5339591 | Farmers Bank    PO Box 392    Buhl, ID 83316 |
| 5345915 | Fastenal Company    2001 Theurer Blvd.    ATTN: LEGAL    Winona, MN 55987 |
| 5345021 | Fredin Brothers, Inc.    c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203 |

5336661   G.J. Verti–Line Pumps, Inc.   PO Box 892   Twin Falls, ID 83303–0892
5339865   Grant & Hagan, Inc.   P.O. Box 326   Hazelton, ID 83335
5339866   Grant 4–D Farms LLC   707 E 600 N   Rupert, ID 83350
5345661   Green Source Automation, LLC   3506 Moore Road   Ceres, CA 95307
5339198   Hatfield Manufacturing Inc   1823 Shoestring Rd   Gooding, ID 83330
5339867   Hollifield Ranches, Inc.   22866 Highway 30   Hansen, ID 83334
5340509   IRS   Centralized Insolvency Oper.   PO Box 7346   Philadelphia, PA 19101–7346
5339199   Idaho Dept of Lands   PO Box 83720   Boise, ID 83720
5339526   Idaho State Tax Commission   PO Box 36   Boise, ID 83722
5339200   Innovative Food SolutionsUSA   Attn: Jordan Bowen   134 E. Highway 81   Burley, ID 83318
5339765   Interstate Billing Service, Inc   PO box 2250   Decatur, AL 35609
5345295   J&C Hoof Trimming Inc.   3690 N 2570 E   Twin Falls, ID 83301
5345360   J.D. Heiskell Holdings, LLC   17220 Wright St, Ste 200   Omaha, NE 68130
5339527   JOHN DEERE FINANCIAL   c/o Weltman, Weinberg & Reis Co., L.P.A.   965 Keynote Circle   Cleveland, OH 44131
5339203   JP Morgan Chase   PO Box 6294   Carol Stream, IL 60197
5338039   JPMorgan Chase Bank, N.A.   s/b/m/t Chase Bank USA, N.A.   c/o National Bankruptcy Services, LLC   P.O. Box 9013   Addison, Texas 75001
5338040   JPMorgan Chase Bank, N.A.   s/b/m/t Chase Bank USA, N.A.   c/o National Bankruptcy Services, LLC   P.O. Box 9013   Addison, Texas 75001
5339201   Jake Millenkamp   1719 River Road   Buhl, ID 83316
5349577   James Farrell & CO   13810 SE Eastgate Way   Suite 520   Bellevue, WA 98005
5339868   Jean L. Thompson   225 N 250 W   Jerome, ID 83338
5339202   Jeffrey E. Rolig   PO Box 5455   Twin Falls, ID 83303–5455
5345787   Jeffrey J. Grieve   P.O. Box 366   Twin Falls, ID 83303–0366
5339016   John Deere Construction and Forestry Company   c/o Weltman, Weinberg & Reis Co., L.P.A.   965 Keynote Circle   Cleveland, OH 44131
5339015   John Deere Financial, f.s.b.   c/o Weltman, Weinberg & Reis Co., L.P.A.   965 Keynote Circle   Cleveland, OH 44131
5339204   K R Rental Inc   256 A South 600 W   Heyburn, ID 83336
5339205   Keith D. and Janet Carlson   3866 E 3800 N   Hansen, ID 83334
5345788   Kenworth Sales Company, Inc.   c/o Benoit Law   P.O. Box 366   Twin Falls, ID 83303–0366   ,
5339206   Kinghorn Medical LLC   248 S Cole Rd   Boise, ID 83709
5345508   Kraus Farms, LLC   165 South 400 West   Rupert, ID 83350   ,
5345606   LES SCHWAB TIRE CENTERS OF IDAHO, LLC   PO BOX 5350   BEND, OR 97708
5339541   Land View, Inc.   c/o Gery W. Edson   P.O. Box 448   Boise, ID 83701
5350983   Merck Animal Health   Attn: Legal Dept–Animal Health   126 East Lincoln Avenue   Po Box 2000   Rahway, NJ 07065
5349667   MetLife Real Estate Lending, LLC   c/o Ron C. Bingham, II, Esq.   Adams and Reese LLP   3424 Peachtree Road, NE, Suite 1600   Atlanta, Georgia 30326
5349670   Metropolitan Life Insurance Company, a New York Co   c/o Ron C. Bingham, II, Esq.   Adams and Reese LLP   3424 Peachtree Road, NE, Suite 1600   Atlanta, Georgia 30326
5339870   Michael Chojnacky   51 W 600 N   Jerome, ID 83338
5345659   Moss Grain Partnership   301 Scott Ave. Suite 4   Rupert, ID 83350
5341333   NAPA Auto Parts   P.O. Box 1425   Twin Falls, ID 83303
5334742   NameAddress1Address2Address3CityStateZip   116 & West805 W Idaho StSte 300Boise   2020 Window ServicePO Box 6056Twin F   A & K Trucking1897 E 990 SHazeltonI   A. Scott Jackson TruckingPO Box 56Je   A. Scott JacksonTrucking IncPO Box 56
5339207   Overhead Door   489 S. Locust   Twin Falls, ID 83301
5344741   PTG of Idaho, LLC   c/o Holland N. O'Neil, Foley & Lardner LLP   2021 McKinney Avenue, Ste. 1600   Dallas, TX 75201
5339208   Pan American Life Insurance   1778 N Plano Rd   Ste 310   Richardson, TX 75081
5342126   PerforMix Nutrition Systems   2201 N 20th Street   Nampa, ID 83687
5339209   Pivot Man Inc   Robin Jones   PO Box 355   Paul, ID 8334
5345022   Prime Ridge Beef LLC   c/o John O'Brien   Spencer Fane   1700 Lincoln Street, Suite 2000   Denver, CO 80203
5339210   Pro Tech Service Company   1550 Kimberly Rd   Twin Falls, ID 83301
5346177   Progressive Dairy Service & Supplies Corp.   485 S. Idaho St.   Wendell, ID 83355
5336174   Progressive Dairy Service & Supply Corp.   485 S. Idaho St.   Wendell, ID 83355
5335058   Quill Corporation   PO Box 102419   Columbia, SC 29224
5345667   Rabo AgriFinance LLC, as Administrative Agent   c/o Sheila Schwager   Hawley Troxell Ennis & Hawley, LLP   P.O. Box 1617   Boise, ID 83701–1617
5346019   Rexel USA, Inc dba Platt Electric Supply   827 E. Park Blvd, Ste. 201   Boise, Idaho 83712
5339211   Roark Law Offices   950 Bannock St., 11th Fl.   Boise, ID 83702
5343428   Rocky Mountain Agronomics   1912 West Main Street   Burley, ID 83318
5336660   Rogers Machinery Company, Inc.   PO Box 230429   Portland, OR 97281–0429
5342352   Schaeffer Manufacturing Company   c/o Denis McCarthy   2600 S Broadway   St. Louis, MO 63118
5339212   Schmidt Cattle Hauling   848 E 3400 N   Castleford, ID 8332
5339213   Schow's Truck Center   PO Box 2208   Decatur, AL 35609
5345789   Sheila R. Schwager   Hawley Troxell ennis & Hawley LLP   P.O. Box 1617   Boise, ID 83701–1617
5339214   Six States Distributors Inc   29787 Network Place   Chicago, IL 60673
5339215   SprinklerShop Inc   PO Box 599   Paul, ID 83347
5345131   St. Genetics   Inguran USA, INC.   22575 State Hwy 6 South   Navasota, TX 77868
5339872   Standing 16 Ranch Land Company, LLC   335 W 300 N   Jerome, ID 83338

| | | | |
|---|---|---|---|
| 5339876 | Standlee Ag Resources | c/o Miller Nash, LLP, Attn: Louis Spiker | 950 W Bannock St, Ste 1100   Boise, ID 83702 |
| 5339873 | Star Falls Farms, LLC | 1908 E 1300 S   Hazelton, ID 83335 | |
| 5339874 | Steel Ranch LLC | 2597 E 1100 S   Hazleton, ID 83335 | |
| 5339216 | Stotz Equipment | 2670 Kimberly Rd E   Twin Falls, ID 83301 | |
| 5342832 | The Sprinkler Shop | P.O. Box 599   Paul, ID 83347 | |
| 5339875 | Triple C Farms, LLC | 474 S 500 W   Jerome, ID 83338 | |
| 5336530 | US Commodities, LLC | 730 Second Avenue S. Suite 700   Minneapolis, MN 55402   , | |
| 5342351 | Uline | 12575 Uline Drive   Pleasant Prairie, WI 53158 | |
| 5347829 | Valley Wide Cooperative Inc. | c/o David W. Gadd   Stover, Gadd & Associates, PLLC   P.O. Box 1428   Twin Falls, Idaho 83301 | |
| 5347503 | Viserion Grain LLC | 385 Broadway St   Boulder, CO 80305 | |
| 5339554 | Viterra USA Grain, LLC | 1331 Capitol Ave.   Omaha, NE 68102 | |
| 5339553 | Viterra USA Ingredients, LLC | 1331 Capitol Ave.   Omaha, NE 68102 | |
| 5338166 | Wag Services, Inc. | 8121 W HARRISON ST   Tolleson, AZ 85353   , | |
| 5339217 | Wendell Truck and Auto | PO Box 213   356 S Idaho St   Wendell, ID 83355 | |
| 5339218 | Western Construction Inc | PO Box 15569   Boise, ID 83715 | |
| 5335378 | Westway Feed | BARR Credit Services   3444 N Country Club Rd   Ste 200   Tucson, AZ 85716 | |
| 5341725 | Wilbur–Ellis Nutrition, LLC | c/o Matthew A. Sturzen   PO Box 2247   Salem, OR 97308 | |
| 5338356 | Williams, Meservy & Larsen | Post Office Box 168   153 East Main Street   Jerome, ID 83338 | |
| 5342349 | Young CDJR of Burley, LLC | PO Box 1530   Layton, UT 84041 | |
| 5336406 | Youree Land & Livestock Inc. | 3953 North 3300 East   Twin Falls, ID 83301 | |

TOTAL: 198