# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>      Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

## ORDER GRANTING, ON A LIMITED BASIS, MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the record before this Court and the Motion for Relief from Automatic Stay (Docket No. 473 – the "Motion"), and good cause appearing therefore:

IT IS HEREBY ORDERED, that the Motion is GRANTED WITH LIMITATIONS. Bartholomew is granted relief from the automatic stay in order to pursue adjudication of her claims in Jerome County Case No. CV17-24-00186; however, such relief is limited to a judgment in that action which is recoverable only from the Debtors' liability insurance policy. The automatic stay is not lifted for adjudication, execution or enforcement of any judgment against the Debtors in excess of, or not covered by, the Debtors' liability insurance policy. Any such action to execute or enforce any judgment against the Debtors in excess of, or not covered by, the Debtors' liability

insurance policy shall remain stayed.  In the event the Movant submits a proof of claim in any of the above-captioned bankruptcy cases, all rights of the Debtors to object to any such proof of claim are reserved and not affected by the terms of this Order.

//end of text//

DATED:  July 19, 2024



NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by: Matthew T. Christensen, attorney for the Debtors

Agreed as to form and content:

　/s/ Eric Clark (email approval)　

Eric R. Clark, attorney for Brandy Bartholomew