# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−8 | User: admin | Date Created: 7/19/2024 |
| Case: 24−40158−NGH | Form ID: pdf017 | Total: 12 |

**Recipients of Notice of Electronic Filing:**
```
ust     US Trustee            ustp.region18.bs.ecf@usdoj.gov
aty     Brett R Cahoon        ustp.region18.bs.ecf@usdoj.gov
aty     James Justin May      jjm@johnsonmaylaw.com
aty     Jason Ronald Naess    Jason.r.naess@usdoj.gov
aty     Krystal R. Mikkilineni    krystal.mikkilineni@dentons.com
aty     Matthew T. Christensen    mtc@johnsonmaylaw.com
aty     Robert E Richards     robert.richards@dentons.com
aty     Tirzah R. Roussell    tirzah.roussell@dentons.com
```
TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db      Millenkamp Cattle, Inc    471 North 300 West         Jerome, ID 83338
aty     Krystal R Mikkilineni    Dentons Davis Brown    215 10th St    Ste 1300    Des Moines, IA 50309
aty     Robert E. Richards       233 South Wacker Drive    Suite 5900    Chicago, IL 60606−6361
aty     Tirzah R. Roussell       215 10th Street    Suite 1300    Des Moines, IA 50309
```
TOTAL: 4