Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

DECLARATION OF THOMAS E. DVORAK IN SUPPORT OF APPLICATION TO
EMPLOY SPECIAL COUNSEL FOR DEBTORS IN POSSESSION – Page 1

# DECLARATION OF THOMAS E. DVORAK IN SUPPORT OF
# APPLICATION TO EMPLOY SPECIAL COUNSEL FOR DEBTORS IN POSSESSION

STATE OF IDAHO          )
                        ) ss:
COUNTY OF ADA           )

Thomas E. Dvorak, being first duly sworn upon oath, deposes, and says:

1. I am a practicing attorney and an attorney with the law firm of Givens Pursley with offices at 601 W. Bannock Street, Boise ID 83702, (208) 388-1200.

2. I have read the application of Millenkamp Cattle, Inc., for authority to employ and retain Givens Pursley as special counsel.

3. My firm previously represented the Debtors. As of the petition date (April 2, 2024), my firm was still owed $117,278.51 for prior work for the Debtors.

4. I and the law firm of Givens Pursley have no connection with the Debtors other than the following:

   a. Givens Pursley has represented the Debtors for various corporate matters (entity formation, contract drafting, employment questions, etc.) since June, 2010.

   b. Givens Pursley represented the Debtors in Cassia County Case No. CV16-21-00486, which is a construction defect case against McAlvain construction company. This case is one of the issues special counsel is being employed to continue litigating.

   c. Givens Pursley previously represented the Debtors related to arbitration with East Valley Development, LLC, related to the digester project. There may be a need for

further arbitration with East Valley Development, LLC, related to this project – which is another topic special counsel is being employed to pursue.

5. I and the law firm of Givens Pursley have no connection with any personnel employed in the Office of the United States Trustee, the creditors or any party in interest, nor with their respective attorneys or accountants, other than normal professional relationships with attorneys and accountants except as follows:

    a. Givens Pursley currently represents Idaho Power on other matters.

6. I believe I and the Givens Pursley law firm represent no interest adverse to the debtor in possession or bankruptcy estate in matters upon which I am to be engaged, and believe that I and the law firm can undertake representation of the Debtor in Possession in this case as special counsel for the specific issues outlined in the attached engagement letters.

7. The hourly rates to be charged by myself and other professionals at my firm are outlined in the engagement letter between my firm and Debtor, copies of which are attached to the Application to Employ Special Counsel as Exhibits A and B.

8. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 19th day of July, 2024.

      /s/ *Thomas E. Dvorak*
      THOMAS E. DVORAK