# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

**DECLARATION OF SERVICE**

In re Millenkamp Cattle, Inc.            Debtor:

Case Number: 24-40158-NGH

COMES **NOW**, _____Sean Capps_____, hereby declares and says: That I am over the age of eighteen (18) years, and not a party to the action or related to any of the parties in the above entitled action. I received a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)** and delivered the same upon **Valley Beef, Inc.** by delivering to and leaving with:

(Name) _____Joe Jaques_____ (Title) _____Owner_____

a person authorized to accept service on behalf of **Valley Beef, Inc.**

At:(Address) _____437 W Ave B_____

(City, State, Zip) _____Wendell, ID 83355_____

on the __15__ day of __July__, 2024, at __8:56__ o'clock _a_ .m.

I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

(Date) _____7/15/2024_____

Our Reference Number: 214030
Client Reference: > Matthew T. Christensen

_Sean Capps_ (signature)
**Sean Capps**