# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 7/22/2024 |
| Case: 24–40158–NGH | Form ID: pdf116 | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| aty | Julian Gurule | jgurule@omm.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Millenkamp Cattle, Inc | 471 North 300 West | Jerome, ID 83338 | | |
| aty | Julian Gurule | O'Melveny & Meyers LLP | 400 South Hope Street | Suite 1900 | Los Angeles, CA 90071 |
| aty | Julian Gurule | 400 South Hope Street | Suite 1900 | Los Angeles, CA 90071 | |

TOTAL: 3