# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 7/22/2024 |
| Case: 24–40158–NGH | Form ID: pdf016 | Total: 264 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| cr | CNH Industrial Capital America LLC | |
| cr | MWI Veterinary Supply Inc. | |
| cr | McAlvain Concrete, Inc. | |
| cr | JOHN DEERE FINANCIAL | |
| cr | Rocky Mountain Agronomics, Inc. | |
| cr | Official Committee Of Unsecured Creditors | |
| cr | Brandy Ann Bartholomew | |
| 5339219 | #3924637 | |
| 5337874 | Badger Bearing PTP, Inc | |
| 5350001 | MWI Veterinary Supply | |
| 5346022 | Rexel USA, Inc. dba Platt Electric Supply | |

TOTAL: 11

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Adam Aiken Lewis | alewis@mofo.com |
| aty | Alexandra O Caval | alex@cavallawoffice.com |
| aty | Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| aty | Brent Russel Wilson | bwilson@hawleytroxell.com |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brian Faria | brian@sawtoothlaw.com |
| aty | Bruce A. Anderson | baafiling@eaidaho.com |
| aty | Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| aty | Connor Bray Edlund | edlund@mwsslawyers.com |
| aty | D Blair Clark | dbc@dbclarklaw.com |
| aty | Daniel C Green | dan@racineolson.com |
| aty | David A Coleman | david@colemanjacobsonlaw.com |
| aty | David T Krueck | dkrueck@perkinscoie.com |
| aty | David W. Gadd | dwg@magicvalleylaw.com |
| aty | Eric R Clark | eclark101@hotmail.com |
| aty | Evan Thomas Roth | evan@sawtoothlaw.com |
| aty | Gabriel Luis Olivera | golivera@omm.com |
| aty | Gery W Edson | gedson@gedson.com |
| aty | Heidi Buck Morrison | heidi@racineolson.com |
| aty | Holly Roark | holly@roarklawboise.com |
| aty | James Niemeier | jniemeier@mcgrathnorth.com |
| aty | James Justin May | jjm@johnsonmaylaw.com |
| aty | Janine Patrice Reynard | janine@averylaw.net |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| aty | Jed W. Manwaring | jmanwaring@evanskeane.com |
| aty | John O'Brien | jobrien@spencerfane.com |
| aty | John D Munding | john@mundinglaw.com |
| aty | John F Kurtz, Jr | jfk@kurtzlawllc.com |
| aty | Jon B Evans | evans.jb@dorsey.com |
| aty | Joseph Mark Wager, Jr. | wager@mwsslawyers.com |
| aty | Julian Gurule | jgurule@omm.com |
| aty | Karyn Lloyd | klloyd@grsm.com |
| aty | Kim J Trout | ktrout@trout–law.com |
| aty | Kimbell D Gourley | kgourley@idalaw.com |
| aty | Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| aty | Laura E Burri | lburri@morrowfischer.com |
| aty | Louis V. Spiker | louis.spiker@millernash.com |
| aty | Mark Bradford Perry | mbp@perrylawpc.com |
| aty | Matthew Kremer | mkremer@omm.com |
| aty | Matthew A Sturzen | matt@shermlaw.com |
| aty | Matthew T. Christensen | mtc@johnsonmaylaw.com |
| aty | Matthew W Grimshaw | matt@grimshawlawgroup.com |
| aty | Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| aty | Miranda K. Russell | mrussell@mofo.com |
| aty | Morton R. Branzburg | mbranzburg@klehr.com |
| aty | Rhett Michael Miller | rmiller@magicvalley.law |
| aty | Robert A Faucher | rfaucher@hollandhart.com |
| aty | Robert E Richards | robert.richards@dentons.com |
| aty | Scott C Powers | spowers@spencerfane.com |
| aty | Sheila Rae Schwager | sschwager@hawleytroxell.com |
| aty | Tirzah R. Roussell | tirzah.roussell@dentons.com |
| aty | William K Carter | kentcarter@grsm.com |
| aty | Zachary Fairlie | zfairlie@spencerfane.com |

TOTAL: 54

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Millenkamp Cattle, Inc | 471 North 300 West | Jerome, ID 83338 |

db      Millenkamp Cattle, Inc      471 North 300 West      Jerome, ID 83338
cr      Rabo AgriFinance LLC      c/o Sheila R. Schwager      P.O. Box 1617      Boise, ID 83701
cr      Viterra USA Grain, LLC and Viterra USA Ingredients, LLC      c/o Racine Olson, PLLP      P.O. Box 1391      Pocatello, ID 83204
cr      MetLife Real Estate Lending LLC      c/o Kimbell D. Gourley      10801 Mastin Blvd      Suite 700      Overland Park, KS 66210
cr      Metropolitan Life Insurance Company      c/o Kimbell D. Gourley      10801 Mastin BLVD      Suite 700      Overland Park, KS 66210
cr      Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att      Spencer Fane      1700 Lincoln Street      Suite 2000      Denver, CO 80203
cr      Western States Equipment Co.      500 East Overland Road      Meridian, ID 83642
cr      c/o David A. Coleman Youree Land & Livestock, Inc.      Coleman, Ritchie & Jacobson      PO BOX 525      TWIN FALLS, ID 83303–0525 UNITED STATES
cr      c/o David A. Coleman B & H Farming      Coleman, Ritchie & Jacobson      PO BOX 525      TWIN FALLS, ID 83303–0525 UNITED STATES
cr      East Valley Development, LLC      c/o Avery Law      3090 E Gentry Way, Ste 250      Meridian, ID 83642
cr      Land View, Inc.      P.O. Box 475      Rupert, ID 83350
cr      MWI Veterinarian Supply, Inc.      3041 W PASADENA DRIVE      Boise, ID 83705 UNITED STATES
cr      Raft River Rural Electric Cooperative, Inc.      c/o Rhett M. Miller      P.O. Box 910      Burley, ID 83318
cr      Viserion Grain, LLC      c/o Sawtooth Law Offices, PLLC      213 Canyon Crest Dr., Ste 200      Twin Falls, ID 83301 UNITED STATES
cr      Ad Hoc Committee of Corn Silage Growers      153 East Main Street      PO Box 168      Jerome, ID 83338
cr      Progressive Dairy Service & Supply Corp.      485 S IDAHO ST      WENDELL, ID 83355–5241
cr      Elevation Electric, LLC      485 S IDAHO ST      WENDELL, ID 83355–5241
cr      Bunge Canada C/O David D. Farrell      David D. Farrell. Esq.      One Bank Plaza      Suite 2700      St. Louis, MO 63101
intp      Glanbia Foods Inc      c/o Robert A Faucher      POB 2527      Boise, ID 83701
intp      Sandton Capital Partners LP      16 W 46th Street, 1st Floor      New York, NY 10036
cr      Automation Werx, LLC      Morrow & Fischer, PLLC      4 Ogden Avenue      Nampa, ID 83651
cr      Wilbur–Ellis Company LLC      c/o Matthew A. Sturzen      P.O. Box 2247      Salem, OR 97308
cr      PerforMix Nutrition Systems, LLC      MUNDING, P.S.      309 E. FARWELL RD., STE 310      Spokane, WA 99218 UNITED STATES
cr      Idaho State Brand Department      700 S. Stratford Dr.      Meridian, ID 83642 UNITED STATES
cr      Moss Grain Partnership      c/o Rhett M. Miller      P.O. Box 910      Burley, ID 83318
cr      Moss Farms Operations, LLC      c/o Rhett M. Miller      P.O. Box 910      Burley, ID 83318
cr      United Electric Co–op, Inc.      c/o Rhett M. Miller      P.O. Box 910      Burley, ID 83318
cr      Standlee Ag Resources      c/o Miller Nash LLP      950 W Bannock St, Ste 1100      Boise, ID 83702
cr      Burks Tractor Company, Inc.      3140 Kimberly Road      Twin Falls, ID 83301
cr      Blue Cross of Idaho Health Service, Inc      c/o Law Office of D. Blair Clark PC      967 East Parkcenter Boulevard, #282      Boise, ID 83706 UNITED STATES
aty      Matthew T. Christensen      199 N. Capitol Blvd.      Ste 200      Boise, ID 83702
aty      Krystal R Mikkilineni      Dentons Davis Brown      215 10th St      Ste 1300      Des Moines, IA 50309
crcm      Bruce A. Anderson      320 East Neider Avenue      Suite 102      Coeur d'Alene, ID 83815
r      Schuil Ag Real Estate Inc      5020 W Mineral King Ave      Visalia, CA 93291
app      Gale W. Harding and Associates      329 W 7th S      Rexburg, ID 83440
app      Davis Livestock, Inc.      780 E Cannibal Rd      Lewiston, UT 84320
br      The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker      6400 S Fiddlers Green Circle      Suite 850      Greenwood Village, CO 80111
cr      Rexel USA, Inc dba Platt Electric Supply      McConnell Wagner Sykes + Stacey PLLC      827 E. Park Blvd, Ste. 201      Boise, ID 83712
cr      Amalgamated Sugar Company      1951 S. Saturn Way      Suite 100      Boise, ID 83709
aty      Bruce A. Anderson      320 East Neider Avenue      Suite 102      Coeur d'Alene, ID 83815
intp      William Millenkamp      473 S 300 W      Jerome, ID 83338
cr      Valley Wide Cooperative Inc.      c/o David W. Gadd, Stover, Gadd & Assoc.      P.O. Box 1428      Twin Falls, ID 83303–1428
intp      Idaho AgCredit      c/o Daniel C. Green      Racine Olson, PLLP      P. O. Box 1391      Pocatello, ID 83201
aty      Julian Gurule      O'Melveny & Meyers LLP      400 South Hope Street      Suite 1900      Los Angeles, CA 90071
aty      Adam A Lewis      Morrison & Foerster LLP      425 Market Street      San Francisco, CA 94105
aty      Andrew Schoulder      1301 Avenue of The Americas      New York, NY 10019–6022
aty      Domenic E Pacitti      Klehr Harrison Harvey Branzburg LLP      919 Market Street      Suite 1000      Wilmington, DE 19801
aty      Gabriel L Olivera      7 Times Square      New York, NY 10036
aty      James J Niemeier      McGrath North Mullin & Kratz, PC LLO      1601 Dodge Street      Ste 3700      Omaha, NE 68102
aty      John O'Brien      Spencer Fane LLP      1700 Lincoln Steet      Suite 2000      Denver, CO 80203
aty      Julian Gurule      400 South Hope Street      Suite 1900      Los Angeles, CA 90071
aty      Karyn Lloyd      Gordon Rees Scully Mansukhani, LLP      999 W Main Street      100      Boise, ID 83702
aty      Krystal R Mikkilineni      Dentons Davis Brown      215 10th St      Ste 1300      Des Moines, IA 50309
aty      Matthew Kremer      7 Times Square      New York, NY 10036
aty      Michael R Stewart      2200 Wells Fargo Center      90 South Seventh Street      Minneapolis, MN 55402
aty      Miranda Russell      Morrison & Foerster LLP      250 West 55th Street      New York, NY 10019

aty    Morton R Branzburg    Klehr Harrison Harvey Branzburg LLP    1835 Market St    Suite 1400    Philadelphia, PA 19103

aty    Nikolaus F Schandlbauer    20 F Street NW    Suite 500    Washington DC 20001

aty    Oren Buchanan Haker    Black Helterline LLP,    805 SW Broadway    Suite 1900    Portland, OR 97205

aty    Richard Bernard    1177 Avenue of the Americas    41st Floor    New York, NY 10036

aty    Robert E. Richards    233 South Wacker Drive    Suite 5900    Chicago, IL 60606–6361

aty    Ron C Bingham, II    3424 Peachtree Road NE    Suite 1600    Atlanta, GA 30326

aty    Scott F Gautier    1800 Century Park East    Ste 1500    Los Angeles, CA 90067

aty    Tirzah R. Roussell    215 10th Street    Suite 1300    Des Moines, IA 50309

aty    W. Kent Carter    One North Franklin    Suite 800    Chicago, IL 60606

aty    Zachary Fairlie    Spencer Fane LLP    1000 Walnut Street    Suite 1400    Kansas City, MO 64106

aty    Zachery J McCraney    Holland & Hart    Po Box 2527    800 W Main Street    Suite 1750    Boise, ID 83701

5338201    A K Trucking1897 E 990 S Hazelton, ID 83335    A. Scott Jackson TruckingPO Box 56 Jerom    A. Scott JacksonTrucking Inc PO Box 56 J    ABS Global Inc Box 22144 Network Place C    Addison Biological Lab 507 N Cleveland S    Aden Brook Trading CorpPO Box 217 Montgo

5338357    A. Scott Jackson Trucking, Inc.    c/o Williams Meservy & Larsen, LLP    Post Office Box 168    153 East Main Street    Jerome, ID 83338

5339172    AAA Cow Comfort LLC    Po Box 307    Kimberly, ID 83341

5339357    ABS Global    1525 River Rd.    DeForest, WI 53532

5352499    ARNOLD MACHINERY COMPANY    2975 West 2100 South    Salt Lake City, UT 84119

5345130    Addison Biological Laboratory, INC.    507 North Cleveland St.    Fayette, MO 65248

5339173    Airgas USA LLC    PO Box 734445    Chicago, IL 60673–4445

5341229    Airgas USA, LLC    110 West 7th St. Suite 1400    Tulsa, OK 74119

5339859    Alexander K. Reed    4296 N 2100 E    Filer, ID 83328

5339174    Amalgamated Sugar    1951 S Saturn Way    Ste 100    Boise, ID 83709

5345729    Amalgamated Sugar Company    1951 S. Saturn Way, Suite 100    Boise, ID 83709

5345775    Amalgamated Sugar Company    1951 S. Saturn Way, Suite 100    Boise, ID 83709

5340188    American Calf Products (Golden State Mixing, Inc.)    425 D Street    Turlock, CA 95380

5342707    American Express National Bank    c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701

5342727    American Express National Bank    c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701

5336402    Automation Werx, LLC    PO Box 3066    Idaho Falls, ID 83401

5339552    B & H Farming, an Idaho General Partnership    PO Box 123    Rupert, ID 83350

5339175    BS R Design Supplies    198 Locust St S    Twin Falls, ID 83301

5341673    Blue Cross of Idaho    c/o D Blair Clark, Atty    967 Parkcenter Blvd #282    Boise, ID 83706

5341702    Blue Cross of Idaho    c/o D. Blair Clark, Attorney    967 E. Parkcenter Blvd., #282    Boise, ID 83706

5339860    Bo Stevenson dba B&A Farms    1001 S 1900 E    Hazelton, ID 83335

5345992    Brandy A. Bartholomew    C/O Eric R. Clark, Attorney    P.O. Box 2504    Eagle, ID 83616

5335094    Bunge Canada    c/o David D. Farrell    THOMPSON COBURN LLP    One USBank Plaza, Suite 2700    Saint Louis, Missouri 63101

5350014    CNH Industrial Capital America LLC    Kent Carter/Gordon Rees    One North Franklin, Suite 800    Chicago, IL 60606

5339191    Capitol One    PO Box 60599    City of Industry, CA 91716

5345658    Carne I Corp.    134 E. Highway 81    Burley, ID 83318

5344923    Cellco Partnership d/b/a Verizon Wireless    William M Vermette    22001 Loudoun County PKWY    Ashburn, VA 20147

5335227    CenturyTel Service Group, LLC dba CenturyLink    Lumen Technologies Group    931 14th Street, 9th Floor (Attn: Legal–BKY)    Denver, CO 80202

5339520    Christopher Camardello    1031 Mendota Heights Road    St. Paul, MN 55120

5339192    Citi Cards    PO Box 78019    Phoenix, AZ 85062

5339861    Clint D. Thompson    298 N 200 W    Jerome, ID 83338

5335499    Coastline Equipment Company    2000 E Overland Rd    Meridian, ID 83642

5339193    Colonial Life    Processing Center    PO Box 1365    Columbia, SC 29202–1365

5345020    Connie Lapaseotes, Ltd.    c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203

5339194    Conrad Bishcoff Inc    2251 N Holmes    PO Box 50106    Idaho Falls, ID 83405

5338938    Conterra Holdings, LLC dba Conterra Ag Capital as    c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203

5338613    Conterra Holdings, LLC dba Conterra Ag Capital as    c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80260

5348879    Daimler Truck Financial Services USA LLC    c/o Randall P. Mroczynski    Cooksey, Toolen, Gage, Duffy & Woog    535 Anton Boulevard, Suite 1000    Costa Mesa, CA 92626

5339521    Dairy Tech, LLC    1031 Mendota Heights Road    St. Paul, MN 55120

5339195    Daritech    8540 Benson Rd    Lynden, WA 98264

5340867    David Clark    Clark Ambulatory Clinic, Inc.    1019 E 1020 S    Albion, ID 83311

5339862    Douglas J. Grant    2050 E 500 S    Hazelton, ID 83335

5339863    Dusty Brow Farms, Inc.    2601 E 1100 S    Hazelton, ID 83335

5339864    Edward Chojnacky    298 N 100 W    Jerome, ID 83338

5336403    Electrical Werx & Construction, LLC    PO Box 3066    Idaho Falls, ID 83401

5336173    Elevation Electric, LLC    485 S. Idaho St.    Wendell, ID 83355

5339196    Eric Clark    Clark Associates    PO Box 2504    Eagle, ID 83616

5339197    Evans Plumbing    111 Gulf Stream Lane    Hailey, ID 83333

5339591    Farmers Bank    PO Box 392    Buhl, ID 83316

5345915    Fastenal Company    2001 Theurer Blvd.    ATTN: LEGAL    Winona, MN 55987

5345021    Fredin Brothers, Inc.       c/o John O'Brien      Spencer Fane      1700 Lincoln Street, Suite 2000      Denver, CO 80203
5336661    G.J. Verti–Line Pumps, Inc.      PO Box 892      Twin Falls, ID 83303–0892
5339865    Grant & Hagan, Inc.      P.O. Box 326      Hazelton, ID 83335
5339866    Grant 4–D Farms LLC      707 E 600 N      Rupert, ID 83350
5345661    Green Source Automation, LLC      3506 Moore Road      Ceres, CA 95307
5339198    Hatfield Manufacturing Inc      1823 Shoestring Rd      Gooding, ID 83330
5339867    Hollifield Ranches, Inc.      22866 Highway 30      Hansen, ID 83334
5340509    IRS      Centralized Insolvency Oper.      PO Box 7346      Philadelphia, PA 19101–7346
5339199    Idaho Dept of Lands      PO Box 83720      Boise, ID 83720
5339526    Idaho State Tax Commission      PO Box 36      Boise, ID 83722
5339200    Innovative Food SolutionsUSA      Attn: Jordan Bowen      134 E. Highway 81      Burley, ID 83318
5339765    Interstate Billing Service, Inc      PO box 2250      Decatur, AL 35609
5345295    J&C Hoof Trimming Inc.      3690 N 2570 E      Twin Falls, ID 83301
5345360    J.D. Heiskell Holdings, LLC      17220 Wright St, Ste 200      Omaha, NE 68130
5339527    JOHN DEERE FINANCIAL      c/o Weltman, Weinberg & Reis Co., L.P.A.      965 Keynote Circle      Cleveland, OH 44131
5339203    JP Morgan Chase      PO Box 6294      Carol Stream, IL 60197
5338039    JPMorgan Chase Bank, N.A.      s/b/m/t Chase Bank USA, N.A.      c/o National Bankruptcy Services, LLC      P.O. Box 9013      Addison, Texas 75001
5338040    JPMorgan Chase Bank, N.A.      s/b/m/t Chase Bank USA, N.A.      c/o National Bankruptcy Services, LLC      P.O. Box 9013      Addison, Texas 75001
5339201    Jake Millenkamp      1719 River Road      Buhl, ID 83316
5349577    James Farrell & CO      13810 SE Eastgate Way      Suite 520      Bellevue, WA 98005
5339868    Jean L. Thompson      225 N 250 W      Jerome, ID 83338
5339202    Jeffrey E. Rolig      PO Box 5455      Twin Falls, ID 83303–5455
5345787    Jeffrey J. Grieve      P.O. Box 366      Twin Falls, ID 83303–0366
5339016    John Deere Construction and Forestry Company      c/o Weltman, Weinberg & Reis Co., L.P.A.      965 Keynote Circle      Cleveland, OH 44131
5339015    John Deere Financial, f.s.b.      c/o Weltman, Weinberg & Reis Co., L.P.A.      965 Keynote Circle      Cleveland, OH 44131
5339204    K R Rental Inc      256 A South 600 W      Heyburn, ID 83336
5339205    Keith D. and Janet Carlson      3866 E 3800 N      Hansen, ID 83334
5345788    Kenworth Sales Company, Inc.      c/o Benoit Law      P.O. Box 366      Twin Falls, ID 83303–0366      ,
5339206    Kinghorn Medical LLC      248 S Cole Rd      Boise, ID 83709
5345508    Kraus Farms, LLC      165 South 400 West      Rupert, ID 83350      ,
5345606    LES SCHWAB TIRE CENTERS OF IDAHO, LLC      PO BOX 5350      BEND, OR 97708
5339541    Land View, Inc.      c/o Gery W. Edson      P.O. Box 448      Boise, ID 83701
5350983    Merck Animal Health      Attn: Legal Dept–Animal Health      126 East Lincoln Avenue      Po Box 2000      Rahway, NJ 07065
5349667    MetLife Real Estate Lending, LLC      c/o Ron C. Bingham, II, Esq.      Adams and Reese LLP      3424 Peachtree Road, NE, Suite 1600      Atlanta, Georgia 30326
5349670    Metropolitan Life Insurance Company, a New York Co      c/o Ron C. Bingham, II, Esq.      Adams and Reese LLP      3424 Peachtree Road, NE, Suite 1600      Atlanta, Georgia 30326
5339870    Michael Chojnacky      51 W 600 N      Jerome, ID 83338
5345659    Moss Grain Partnership      301 Scott Ave. Suite 4      Rupert, ID 83350
5341333    NAPA Auto Parts      P.O. Box 1425      Twin Falls, ID 83303
5334742    NameAddress1Address2Address3CityStateZip      116 & West805 W Idaho StSte 300Boise      2020 Window ServicePO Box 6056Twin F      A & K Trucking1897 E 990 SHazeltonI      A. Scott Jackson TruckingPO Box 56Je      A. Scott JacksonTrucking IncPO Box 56
5339207    Overhead Door      489 S. Locust      Twin Falls, ID 83301
5344741    PTG of Idaho, LLC      c/o Holland N. O'Neil, Foley & Lardner LLP      2021 McKinney Avenue, Ste. 1600      Dallas, TX 75201
5339208    Pan American Life Insurance      1778 N Plano Rd      Ste 310      Richardson, TX 75081
5342126    PerforMix Nutrition Systems      2201 N 20th Street      Nampa, ID 83687
5339209    Pivot Man Inc      Robin Jones      PO Box 355      Paul, ID 8334
5345022    Prime Ridge Beef LLC      c/o John O'Brien      Spencer Fane      1700 Lincoln Street, Suite 2000      Denver, CO 80203
5339210    Pro Tech Service Company      1550 Kimberly Rd      Twin Falls, ID 83301
5346177    Progressive Dairy Service & Supplies Corp.      485 S. Idaho St.      Wendell, ID 83355
5336174    Progressive Dairy Service & Supply Corp.      485 S. Idaho St.      Wendell, ID 83355
5335058    Quill Corporation      PO Box 102419      Columbia, SC 29224
5345667    Rabo AgriFinance LLC, as Administrative Agent      c/o Sheila Schwager      Hawley Troxell Ennis & Hawley, LLP      P.O. Box 1617      Boise, ID 83701–1617
5346019    Rexel USA, Inc dba Platt Electric Supply      827 E. Park Blvd, Ste. 201      Boise, Idaho 83712
5339211    Roark Law Offices      950 Bannock St., 11th Fl.      Boise, ID 83702
5343428    Rocky Mountain Agronomics      1912 West Main Street      Burley, ID 83318
5336660    Rogers Machinery Company, Inc.      PO Box 230429      Portland, OR 97281–0429
5342352    Schaeffer Manufacturing Company      c/o Denis McCarthy      2600 S Broadway      St. Louis, MO 63118
5339212    Schmidt Cattle Hauling      848 E 3400 N      Castleford, ID 8332
5339213    Schow's Truck Center      PO Box 2208      Decatur, AL 35609
5345789    Sheila R. Schwager      Hawley Troxell ennis & Hawley LLP      P.O. Box 1617      Boise, ID 83701–1617
5339214    Six States Distributors Inc      29787 Network Place      Chicago, IL 60673
5339215    SprinklerShop Inc      PO Box 599      Paul, ID 83347
5345131    St. Genetics      Inguran USA, INC.      22575 State Hwy 6 South      Navasota, TX 77868

| 5339872 | Standing 16 Ranch Land Company, LLC | 335 W 300 N | Jerome, ID 83338 |
|---|---|---|---|

5339876   Standlee Ag Resources        c/o Miller Nash, LLP, Attn: Louis Spiker        950 W Bannock St, Ste 1100        Boise, ID 83702

5339873   Star Falls Farms, LLC        1908 E 1300 S        Hazelton, ID 83335

5339874   Steel Ranch LLC        2597 E 1100 S        Hazleton, ID 83335

5339216   Stotz Equipment        2670 Kimberly Rd E        Twin Falls, ID 83301

5342832   The Sprinkler Shop        P.O. Box 599        Paul, ID 83347

5339875   Triple C Farms, LLC        474 S 500 W        Jerome, ID 83338

5336530   US Commodities, LLC        730 Second Avenue S. Suite 700        Minneapolis, MN 55402        ,

5342351   Uline        12575 Uline Drive        Pleasant Prairie, WI 53158

5347829   Valley Wide Cooperative Inc.        c/o David W. Gadd        Stover, Gadd & Associates, PLLC        P.O. Box 1428        Twin Falls, Idaho 83301

5347503   Viserion Grain LLC        385 Broadway St        Boulder, CO 80305

5339554   Viterra USA Grain, LLC        1331 Capitol Ave.        Omaha, NE 68102

5339553   Viterra USA Ingredients, LLC        1331 Capitol Ave.        Omaha, NE 68102

5338166   Wag Services, Inc.        8121 W HARRISON ST        Tolleson, AZ 85353        ,

5339217   Wendell Truck and Auto        PO Box 213        356 S Idaho St        Wendell, ID 83355

5339218   Western Construction Inc        PO Box 15569        Boise, ID 83715

5335378   Westway Feed        BARR Credit Services        3444 N Country Club Rd        Ste 200        Tucson, AZ 85716

5341725   Wilbur–Ellis Nutrition, LLC        c/o Matthew A. Sturzen        PO Box 2247        Salem, OR 97308

5338356   Williams, Meservy & Larsen        Post Office Box 168        153 East Main Street        Jerome, ID 83338

5342349   Young CDJR of Burley, LLC        PO Box 1530        Layton, UT 84041

5336406   Youree Land & Livestock Inc.        3953 North 3300 East        Twin Falls, ID 83301

TOTAL: 199