UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:**<br><br>**MILLENKAMP CATTLE, INC.,**<br><br>Debtor. | **Case No. 24-40158-NGH** |
| **Filing relates to:**<br><br>☒  **ALL DEBTORS**<br>☐  **Millenkamp Cattle, Inc.**<br>☐  **Idaho Jersey Girls**<br>☐  **East Valley Cattle**<br>☐  **Millenkamp Properties**<br>☐  **Millenkamp Properties II**<br>☐  **Millenkamp Family**<br>☐  **Goose Ranch**<br>☐  **Black Pine Cattle**<br>☐  **Millenkamp Enterprises**<br>☐  **Idaho Jersey Girls Jerome Dairy** | **Jointly Administered With Case Nos.:**<br><br>**24-40159-NGH (Idaho Jersey Girls)**<br>**24-40160-NGH (East Valley Cattle)**<br>**24-40161-NGH (Millenkamp Properties)**<br>**24-40162-NGH (Millenkamp Properties II)**<br>**24-40163-NGH (Millenkamp Family)**<br>**24-40164-NGH (Goose Ranch)**<br>**24-40166-NGH (Black Pine Cattle)**<br>**24-40167-NGH (Millenkamp Enterprises)**<br>**24-40165-NGH (Idaho Jersey Girls Jerome Dairy)**<br><br>**Chapter 11 Cases** |

**ORDER RESCINDING INTERIM ORDER GRANTING SECOND MOTION FOR CONTINUED USE OF CASH COLLATERAL**

On July 22, 2024, the Court entered an order granting Debtors' second request for interim use of cash collateral. Doc. No. 514. Upon being alerted to the filing, Debtors' counsel promptly contacted the Court to explain that the order had been submitted prior

ORDER - 1

to the hearing on the matter and given the Court's comments at the hearing and the parties' discussions, a new proposed order was circulating. Thus, Debtors requested the Court rescind the order that was entered as it was incomplete and entered in error. Given counsel's representations and good cause appearing,

    IT IS HEREBY ORDERED that the Interim Order Granting Debtors' Second Motion for Continued Use of Cash Collateral, Doc. No. 514, is RESCINDED, and Debtors shall submit a new proposed order with the relevant endorsements.

DATED: July 23, 2024

                                          NOAH G. HILLEN
                                          Chief U.S. Bankruptcy Judge

ORDER - 2