David W. Gadd (ISB #7605)
S<small>TOVER</small>, G<small>ADD</small> & A<small>SSOCIATES</small>, PLLC
905 Shoshone Street N
P.O. Box 1428
Twin Falls, Idaho  83303-1428
Telephone  (208) 736-9900
Facsimile  (208) 736-9929
*dwg@magicvalleylaw.com*
*Attorneys for Valley Wide Cooperative Inc.*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH<br><br>Chapter 11 |

**STATEMENT OF NO OBJECTION RE: DOCKET. NO. 468**

In accordance with LBR 2002.2(d)(3), David W. Gadd of S<small>TOVER</small>, G<small>ADD</small> & A<small>SSOCIATES</small>, PLLC, counsel for Creditor Valley Wide Cooperative Inc. ("Valley Wide"), states and certifies that no objections have been filed or received in response to Valley Wide's *Motion for Allowance and Payment of Administrative Claim* (Docket No. 468).

DATED this 23rd day of July, 2024.

 */s/ David W. Gadd*
DAVID W. GADD
Attorney for Valley Wide Cooperative Inc.

**STATEMENT OF NO OBJECTION RE:  DOCKET. NO. 468 – 1**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2024, the foregoing document was electronically filed with the Clerk of the Court through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Brett R. Cahoon<br>*Attorney for US Trustee* | ustp.region18.bs.ecf@usdoj.gov |
| Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| Julian Gurule<br>Official Committee of Unsecured Creditors | jgurule@omm.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni<br>Attorney for Millenkap Cattle, Inc. | krystal.mikkilineni@dentons.com |
| Alexandra O Caval<br>Attorney for William Millenkamp | alex@cavallawoffice.com |
| David Coleman<br>Attorney for B&Hearing andYou're Land & Livestock, Inc. | david@colemanjacobsonlaw.com |
| Matthew A Sturzen<br>Attorney for Wilbur-Ellis Company, LLC | matt@shermlaw.com |
| Jon B Evans<br>Attorney for Western States Equipment Co | evans.jb@dorsey.com |
| Heidi Buck Morrison<br>Viterra USA Grain, LLC and Viterra USA Ingredients, LLC | heidi@racineolson.com |
| Brian Faria<br>Attorney for Viserion Grain, LLC | brian@sawtoothlaw.com |
| Rhett Michael Miller<br>Attorney for Moss Grain Partnership, Raft River Rural Electric Cooperative, Inc. and United Electric Co-op, Inc., | rmiller@magicvalley.law |

**STATEMENT OF NO OBJECTION RE:  DOCKET. NO. 468 – 2**

| | |
|---|---|
| Louis V. Spiker<br>Attorney for Standlee Ag Resources | louis.spiker@millernash.com |
| Kim J Trout<br>Rocky Mountain Agronomics, Inc. | ktrout@trout-law.com |
| Joseph Mark Wager, Jr.<br>Rexel USA, Inc dba Platt Electric Supply | wager@mwsslawyers.com |
| Sheila R. Schwager<br>Attorney for Rabo AgriFinance LLC | sschwager@hawleytroxell.com |
| Kimbell D. Gourley<br>Attorney for MetLife Real Estate Lending LLC<br>and Metropolitan Life Insurance Company | kgourley@idalaw.com |
| Connor Bray Edlund<br>Attorney McAlvain Concrete, Inc. | edlund@mwsslawyers.com |
| Morton R. Branzburg<br>Attorney MWI Veterinarian Supply, Inc. | mbranzburg@klehr.com |
| Gery W Edson<br>Attorney for Land View, Inc. | gedson@gedson.com |
| Cheryl Rambo<br>Idaho State Police | cheryl.rambo@isp.idaho.gov |
| Robert A Faucher<br>Attorney for Glanbia Foods Inc. | rfaucher@hollandhart.com |
| Janine Patrice Reynard<br>Attorney for East Valley Development, LLC | janine@averylaw.net |
| Holly Roark<br>Attorney for Elevation Electric, LLC | holly@roarklawboise.com |
| John D Munding<br>Attorney for PerforMix Nutrition Systems, LLC | john@mundinglaw.com |
| Zachary Fairlie<br>Attorney for Conterra Holdings, LLC<br>d/b/a Conterra Ag Capital | zfairlie@spencerfane.com |
| William K Carter | kentcarter@grsm.com |

**STATEMENT OF NO OBJECTION RE:  DOCKET. NO. 468 – 3**

Attorney for CNH Industrial Capital
America LLC.

Mark Bradford Perry                         mbp@perrylawpc.com
Attorney for Burks Tractor Company, Inc.

D Blair Clark                               dbc@dbclarklaw.com
Attorney for Blue Cross of Idaho Health Service, Inc.

Laura E Burri                               lburri@morrowfischer.com
Attorneys for Automation Werx, LLC

Bruce A. Anderson                           baafiling@eaidaho.com
Creditor Committee

David T Krueck                              dkrueck@perkinscoie.com
Attorney for Amalgamated Sugar Company

Matthew W Grimshaw                          matt@grimshawlawgroup.com
Ad Hoc Committee of Corn Silage Growers

Richard Bernard
John F. Kurtz, Jr.                          jfk@kurtzlawllc.com
Attorney for Sandton Capital Partners LP


                                    */s/ David W. Gadd*
                                    David W. Gadd

**STATEMENT OF NO OBJECTION RE:  DOCKET. NO. 468 – 4**