Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
          golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>     Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024 - 1

| ☐ Millenkamp Properties | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome |
| ☐ Idaho Jersey Girls Jerome Dairy | Dairy) |

**ELSAESSER ANDERSON CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF <u>EXPENSES FOR THE PERIOD MAY 24, 2024 THROUGH MAY 31, 2024</u>**

Elsaesser Anderson, Chtd. (the "<u>Firm</u>") hereby submits its Cover Sheet Application (the "<u>Application</u>") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the period May 24, 2024 through May 31, 2024 (the "<u>Application Period</u>") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "<u>Order Establishing Interim Fee Procedures</u>"). In support of the Application, the Firm respectfully represents as follows:

1.      The Firm is counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "<u>Debtor</u>"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2.      The Firm billed a total of $107,296.77 in fees and expenses during the Application Period. The total fees represent 100 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| May 24, 2024 – May 31, 2024 | $3,420.00 | $825.52 | $4,245.52 |

3.      Accordingly, the Firm seeks allowance of interim compensation in the amount of $3,390.52 at this time. This total is comprised as follows: $2,565.00 (75% of the fees for services rendered) plus $825.52 (100% of the expenses incurred).

4.      Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: July 30, 2024

/s/Julian Gurule
O'MELVENY & MYERS LLP
Julian Gurule

/s/Bruce A. Anderson
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee*
*of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

Matthew A. Sturzen          matt@shermlaw.com
Meredith L. Thielbahr       mthielbahr@grsm.com
Kim J. Trout                ktrout@trout-law.com
Brent R. Wilson             bwilson@hawleytroxell.com


Dated this 30th day of July 2024.          */s/Bruce A. Anderson*

                                            Bruce A. Anderson

**<u>Exhibit A</u>**

Invoices

# Elsaesser Anderson, Chtd.
## 320 East Neider Suite 102, Coeur d'Alene, ID 83815

**Millenkamp Cattle, Inc. UCC**
Attn: Dan Noble and Greg Zematis
Jerome, ID 83338

**Invoice # 17666**

Invoice Date: 07/23/24
Services Through: 05/31/24

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|-----|-----------------|-----------|------|--------|
| In Reference To: | | **004 - Millenkamp UCC (Professional Services)** | | | |
| | | **04 Case Administration: Coordination and compliance activities not specifically covered by another category.** | | | |
| | | **Reporting: Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.** | | | |
| 05/28/24 | BA | Memo from Gabriel Olivera regarding objection deadline question (.1); receive and review amended 503b(9) motion (.2); memo from Gabriel Olivera regarding support of the motion (.1); memo to Gabriel Olivera regarding motion (.1). | 0.50 | 400.00 | $200.00 |
| 05/29/24 | BA | Receive and review Debtor's motion for payment and Order regarding 503 (b)(9) claims (.4). | 0.40 | 400.00 | $160.00 |
| In Reference To: | | **004 - Millenkamp UCC (Expenses)** | | | |
| | | **04 Case Administration: Coordination and compliance activities not specifically covered by another category.** | | | |
| | | **Reporting: Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.** | | | |
| 05/24/24 | BA | Copy Charges: Elsaesser Anderson Employment Application #334, O'MELVENY & MYERS LLP Employment Application #335 (8 pages to 20 recipients) | 160.00 | 0.10 | $16.00 |
| 05/24/24 | BA | Postage: Elsaesser Anderson Employment Application #334 and O'MELVENY & MYERS LLP Employment Application #335 (20 recipients @ $0.88 each) | 20.00 | 0.88 | $17.60 |
| 05/24/24 | BA | Filing Fee: Visa charge to Court 3 X $250 for pro hac vice applications for Gabriel Olivera, Julian Gurule and Matthew Kremer. | 3.00 | 250.00 | $750.00 |
| 05/29/24 | BA | Copy Charge: Declaration of Julien Gurule #353 (4 pages to 16 recipients) | 64.00 | 0.10 | $6.40 |
| 05/29/24 | BA | Postage: Declaration of Julien Gurule #353 (16 recipients @ $0.64)) | 16.00 | 0.64 | $10.24 |
| 05/29/24 | BA | Copy Charges: Application to Employ Amory Sec. #354 (7 pages to 16 recipients) | 112.00 | 0.10 | $11.20 |
| 05/29/24 | BA | Postage: Application to Employ Amory Sec. #354 (16 recipients @ $0.88 each) | 16.00 | 0.88 | $14.08 |

Telephone/Fax: (208) 667-2900

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| | | | Hours | | 0.90 |
| | | | Labor: | | $360.00 |
| | | | Invoice Amount: | | $1,185.52 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|

In Reference To:  **007 (Professional Services)**

**007 - Preparation of employment and fee applications for self or others; motions to establish interim procedures.**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| 05/22/24 | BA | Teleconference with counsel from O'Melveny. | 0.75 | 0.00 | $0.00 |
| 05/23/24 | BA | Teleconference with Gabriel Olivera; receive confirmation from Gabriel Olivera that UCC has voted to accept firm as local counsel; pull up pro hac vice applications from web-site and send to Gabriel Olivera; request retainer agreement. | 1.50 | 0.00 | $0.00 |
| 05/24/24 | BA | Teleconference with Gabriel Olivera regarding Pro Hac Vice application (.1); calls with Gabriel Olivera (3) regarding Pro Hac Vice Applications (.3); teleconference with Ford Elsaesser regarding Pro Hac Vice applications and notice of appearance; draft and file notice of appearance and 3 Pro Hac Vice Applications (1.5); memo to Gabriel Olivera regarding who will be signing documents for UCC (.1); memo to Gabriel Olivera with all documents to review and as filed (.2); draft and file Elsaesser Anderson Employment Application and Verified Statement (1.25) serve on 20 largest creditors; send copy of Elsaesser Anderson Employment application and verified statement to Gabriel Olivera for review and format (.2); memo to and from Gabriel Olivera regarding retainer agreement with UCC (.1); review, revise and file employment application of UCC counsel and verified statement (1.25). | 5.20 | 400.00 | $2,080.00 |
| 05/29/24 | BA | Receive and review Orders on pro hac vice applications for UCC lead counsel and forward those and other filed documents to date to clients (.3); receive and review Garule Declaration, make changes and get filed (.5); review documents in case to determine time to reply to hearing that has been set and reset several times (.3); memos to and from Gabriel Olivera, make changes and respond to Gabriel Olivera on same (.3); receive and review updated version of Amory employment application and get filed (.75). | 2.15 | 400.00 | $860.00 |
| 05/31/24 | BA | Memo from Gabriel Olivera regarding process of registering (.1); memo to lead counsel regarding getting registered on ECF (.2). | 0.30 | 400.00 | $120.00 |
| | | | Hours | | 9.90 |
| | | | Labor: | | $3,060.00 |
| | | | Invoice Amount: | | $3,060.00 |

| | | |
|---|---|---|
| Total Hours: | | 10.80 |
| Total Labor: | | $3,420.00 |
| Total Expenses: | | $825.52 |
| **Total Invoice Amount:** | | **$4,245.52** |
| **Total Amount Due:** | | **$4,245.52** |

**Timekeeper Summary**

Telephone/Fax: (208) 667-2900

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| Bruce Anderson | 2.25 | @ 0.000 | 0.00 |
| Bruce Anderson | 8.55 | @ 400.000 | 3,420.00 |

Telephone/Fax: (208) 667-2900