Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
       golivera@omm.com

*Attorneys for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

NOTICE OF ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**NOTICE OF ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 24, 2024 THROUGH MAY 31, 2024**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing May 24, 2024 and ending May 31, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtors, and the Official Committee of Unsecured Creditors.

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

NOTICE OF ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024 - 2

DATE OF MAILING: July 30, 2024

Date: July 30, 2024

/s/Julian Gurule
O'MELVENY & MYERS LLP
Julian Gurule

/s/Bruce A. Anderson
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |

NOTICE OF ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024 - 4

| | |
|---|---|
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 30th day of July 2024.

Date: July 30, 2024

/s/Julian Gurule
O'MELVENY & MYERS LLP
Julian Gurule

/s/Bruce A. Anderson
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*