Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2150
Email: banderson@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
         golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 21, 2024 THROUGH MAY 31, 2024**

O'Melveny & Myers LLP (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the period May 21, 2024 through May 31, 2024 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1. The Firm is counsel to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of $107,296.77 in fees and expenses during the Application Period. The total fees represent 100 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| May 21, 2024 – May 31, 2024 | $107,296.77 | $0.00 | $107,296.77 |

3. Accordingly, the Firm seeks allowance of interim compensation in the amount of $80,472.58 at this time. This total is comprised as follows: $80,472.58 (75% of the fees for services rendered) plus $0.00 (100% of the expenses incurred).

4. Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: July 30, 2024        */s/Julian Gurule*
　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　Julian Gurule

　　　　　　　　　　　　　*Attorney for the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 30, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 30th day of July 2024.

*/s/Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

## Exhibit A

Invoices

Case 24-40158-NGH    Doc 527    Filed 07/30/24    Entered 07/30/24 20:24:43    Desc Main
Document    Page 6 of 16

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024 - 6

**O'Melveny**

O'Melveny & Myers LLP　　T: +1 213 430 6000
400 South Hope Street　　　F: +1 213 430 6407
18th Floor　　　　　　　　 omm.com
Los Angeles, CA 90071-2899

July 30, 2024

**MILLENKAMP CATTLE CHAPTER 11**

For Professional Services Rendered Through May 31, 2024

| | |
|---|---:|
| Total Fees | $126,231.50 |
| Less 15% Discount | (18,934.73) |
| **Total Fees After Adjustment** | **$107,296.77** |
| **Total Current Invoice** | **$107,296.77** |

O'Melveny

| | |
|---|---|
| Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE | 07/30/24 |
| Matter Name: MILLENKAMP CATTLE CHAPTER 11 | Invoice: 1181752 |
| | Page No. 2 |

## MILLENKAMP CATTLE CHAPTER 11

For Professional Services Rendered Through May 31, 2024

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| **B110 CASE ADMINISTRATION** | | | | |
| 05/21/24 | N MOLNER | DRAFT CRITICAL DATES CALENDAR FOR CLIENT | 0.8 | 856.00 |
| 05/21/24 | G OLIVERA | RESEARCH AND OUTREACH TO POTENTIAL LOCAL COUNSEL OPTIONS | 0.6 | 759.00 |
| 05/21/24 | G OLIVERA | MEETING WITH S. MILDE REGARDING INITIAL ACTION ITEMS | 0.4 | 506.00 |
| 05/22/24 | G OLIVERA | INTERVIEW CANDIDATE FOR IDAHO LOCAL COUNSEL | 0.5 | 632.50 |
| 05/22/24 | J GURULE | PREP FOR FA INTERVIEWS AND RELATED CORRESPONDENCE | 0.3 | 415.50 |
| 05/22/24 | G OLIVERA | REVIEW CASE DOCKET FOR PENDING MATTERS AND DRAFT CASE CALENDAR | 0.5 | 632.50 |
| 05/22/24 | G OLIVERA | DRAFT BYLAWS FOR THE UNSECURED CREDITORS' COMMITTEE | 1.1 | 1,391.50 |
| 05/22/24 | J GURULE | REVIEW CASE STATUS, CALENDAR, OPEN ISSUES AND WORK STREAMS | 0.5 | 692.50 |
| 05/23/24 | G OLIVERA | ATTEND FINANCIAL ADVISOR PITCHES FOR THE UNSECURED CREDITORS' COMMITTEE | 1.5 | 1,897.50 |
| 05/23/24 | M KREMER | MILLENKAMP UCC FA INTERVIEWS | 1.0 | 1,405.00 |
| 05/23/24 | M KREMER | REVIEW AND REVISE UCC BY-LAWS | 0.6 | 843.00 |
| 05/23/24 | J GURULE | FA INTERVIEWS | 1.5 | 2,077.50 |
| 05/23/24 | G OLIVERA | DRAFT ENGAGEMENT LETTER FOR THE UNSECURED CREDITORS' COMMITTEE | 1.2 | 1,518.00 |
| 05/23/24 | G OLIVERA | EMAILS WITH LOCAL COUNSEL REGARDING INITIAL ACTION ITEMS | 0.3 | 379.50 |
| 05/23/24 | G OLIVERA | EDIT PRO HAC VICE FORMS | 0.3 | 379.50 |
| 05/24/24 | N MOLNER | DRAFT UCC CONTACT LIST AND ADMINISTRATIVE DOCUMENTS | 2.7 | 2,889.00 |
| 05/24/24 | G OLIVERA | COORDINATE FILING OF PRO HAC VICE MOTIONS | 0.4 | 506.00 |
| 05/25/24 | J GURULE | REVIEW MATTER STATUS AND STRATEGY | 0.4 | 554.00 |
| 05/27/24 | G OLIVERA | EDIT DRAFT COMMITTEE BYLAWS | 0.8 | 1,012.00 |
| 05/27/24 | G OLIVERA | EDIT COMMITTEE CONTACT LIST | 0.6 | 759.00 |
| 05/28/24 | G OLIVERA | FINALIZE UNSECURED CREDITORS' COMMITTEE'S BYLAWS | 0.7 | 885.50 |
| 05/30/24 | N MOLNER | DRAFT NOTICES OF APPEARANCE | 0.3 | 321.00 |

| Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE | | | | 07/30/24 |
|---|---|---|---|---|
| Matter Name: MILLENKAMP CATTLE CHAPTER 11 | | | | Invoice: 1181752 |
| | | | | Page No. 3 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/31/24 | G OLIVERA | EDIT NOTICE OF APPEARANCE FOR J. GURULE, M. KREMER, AND G. OLIVERA TO INCLUDE PRESERVATION OF ALL OF THE CLIENTS' LEGAL RIGHTS | 0.8 | 1,012.00 |
| 05/31/24 | J GURULE | TELEPHONE CONFERENCE OLIVERA REGARDING OPEN ITEMS | 0.1 | 138.50 |
| 05/31/24 | G OLIVERA | COORDINATE FILING OF NOTICES OF APPEARANCE | 0.2 | 253.00 |
| **Total** | **B110 CASE ADMINISTRATION** | | **18.1** | **22,715.50** |

**B120 ASSET ANALYSIS & RECOVERY**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/22/24 | G OLIVERA | DRAFT INITIAL REQUESTS FOR DOCUMENTS AND INFORMATION FROM THE SECURED LENDERS | 1.3 | 1,644.50 |
| 05/22/24 | G OLIVERA | DRAFT INITIAL REQUESTS FOR DOCUMENTS AND INFORMATION FROM THE DEBTORS | 0.9 | 1,138.50 |
| 05/24/24 | J GURULE | EMAILS WITH OLIVERA REGARDING INFO REQUESTS | 0.1 | 138.50 |
| 05/24/24 | G OLIVERA | EDIT REQUESTS FOR INFORMATION TO DEBTORS | 0.6 | 759.00 |
| 05/27/24 | G OLIVERA | EDIT REQUESTS FOR PRODUCTION OF DOCUMENT AND INFORMATION FROM THE SECURED LENDERS | 0.8 | 1,012.00 |
| 05/27/24 | M KREMER | REVIEW ARMORY COMMENTS TO INFO. REQUESTS AND EMAIL WITH G. OLIVERA | 0.2 | 281.00 |
| 05/27/24 | J GURULE | REVIEW DILIGENCE LIST | 0.2 | 277.00 |
| 05/27/24 | G OLIVERA | EDIT REQUESTS FOR PRODUCTION OF DOCUMENT AND INFORMATION FROM THE DEBTORS | 0.7 | 885.50 |
| 05/28/24 | J GURULE | REVIEW INITIAL REQUEST LIST | 0.2 | 277.00 |
| **Total** | **B120 ASSET ANALYSIS & RECOVERY** | | **5.0** | **6,413.00** |

**B150 MEETINGS OF & COMMUNICATION W/ CREDITORS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/21/24 | J GURULE | EDIT UCC MEETING AGENDA AND CIRCULATE SAME | 0.3 | 415.50 |
| 05/21/24 | G OLIVERA | DRAFT AGENDA FOR COMMITTEE MEETING | 0.2 | 253.00 |
| 05/21/24 | J GURULE | TELEPHONE CONFERENCE WITH M. KREMER REGARDING BACKGROUND | 0.3 | 415.50 |
| 05/21/24 | J GURULE | TELEPHONE CONFERENCE D. NOBLE REGARDING UPDATES AND NEXT STEPS | 0.4 | 554.00 |
| 05/21/24 | J GURULE | TELEPHONE CONFERENCE CALL WITH D. NOBLE REGARDING UPDATES | 0.1 | 138.50 |
| 05/22/24 | G OLIVERA | CONFERENCE CALL WITH DEBTORS' COUNSEL REGARDING CASE STRATEGY | 0.8 | 1,012.00 |
| 05/22/24 | J GURULE | EMAILS OUT TO COUNSEL FOR PRINCIPAL PARTIES | 0.2 | 277.00 |
| 05/22/24 | G OLIVERA | COMMUNICATIONS WITH UST | 0.2 | 253.00 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

07/30/24  
Invoice: 1181752  
Page No. 4

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/22/24 | J GURULE | EMAILS WITH RABO'S COUNSEL | 0.1 | 138.50 |
| 05/22/24 | M KREMER | REVIEW BACKGROUND MATERIALS (.5); ATTEND INTRO CALL WITH COMMITTEE (.8); ATTEND INTRO CALL WITH DEBTORS COUNSEL (.6) | 1.9 | 2,669.50 |
| 05/22/24 | J GURULE | CALL WITH DEBTORS COUNSEL RE: CASE STRATEGY | 0.7 | 969.50 |
| 05/22/24 | J GURULE | TELEPHONE CONFERENCE WITH UCC | 1.0 | 1,385.00 |
| 05/22/24 | J GURULE | TELEPHONE CONFERENCE WITH G. OLIVERA REGARDING UPDATES | 0.1 | 138.50 |
| 05/22/24 | J GURULE | EMAILS WITH B. CAHOON AT UST | 0.1 | 138.50 |
| 05/22/24 | J GURULE | EMAILS WITH UCC REGARDING UPDATES | 0.2 | 277.00 |
| 05/23/24 | J GURULE | TELEPHONE CONFERENCE PERISON REGARDING STRATEGY | 0.3 | 415.50 |
| 05/23/24 | J GURULE | EMAILS WITH UCC MEMBERS REGARDING FAS | 0.2 | 277.00 |
| 05/23/24 | J GURULE | UCC MEETING | 0.6 | 831.00 |
| 05/23/24 | J GURULE | TELEPHONE CONFERENCE WITH MCDONALD REGARDING NEXT STEPS | 0.2 | 277.00 |
| 05/23/24 | J GURULE | EMAILS WITH UCC REGARDING IDAHO COUNSEL | 0.2 | 277.00 |
| 05/24/24 | G OLIVERA | CONFERENCE CALL WITH RABO COUNSEL | 0.5 | 632.50 |
| 05/24/24 | J GURULE | KICK OFF CALL WITH ARMORY TEAM | 0.4 | 554.00 |
| 05/24/24 | J GURULE | INTRO CALL WITH UST | 0.3 | 415.50 |
| 05/24/24 | J GURULE | INTRO CALL WITH RABO ADVISORS | 0.5 | 692.50 |
| 05/24/24 | J GURULE | TELEPHONE CONFERENCE OLIVERA REGARDING OPEN ITEMS | 0.1 | 138.50 |
| 05/24/24 | G OLIVERA | CONFERENCE CALL WITH UST AND OMM TEAM | 0.3 | 379.50 |
| 05/25/24 | J GURULE | EMAILS WITH DEBTORS COUNSEL REGARDING UPDATES | 0.2 | 277.00 |
| 05/26/24 | J GURULE | TELEPHONE CONFERENCE D. MCDONALD REGARDING STATUS | 0.2 | 277.00 |
| 05/27/24 | G OLIVERA | DRAFT AGENDA FOR THE COMMITTEE CALL | 0.4 | 506.00 |
| 05/28/24 | J GURULE | EMAILS WITH DEBTORS' COUNSEL RE: PENDING MATTERS | 0.1 | 138.50 |
| 05/28/24 | G OLIVERA | EDIT AGENDA FOR UNSECURED CREDITORS' COMMITTEE'S STANDING CALL | 0.3 | 379.50 |
| 05/28/24 | J GURULE | PARTICIPATE IN UCC MEETING | 0.7 | 969.50 |
| 05/28/24 | G OLIVERA | COMMUNICATION WITH COUNSEL FOR METLIFE | 0.1 | 126.50 |
| 05/28/24 | N MOLNER | CONFERENCE WITH COMMITTEE REGARDING CASE STRATEGY | 0.9 | 963.00 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11  
07/30/24  
Invoice: 1181752  
Page No. 5

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/28/24 | G OLIVERA | PARTICIPATE IN WEEKLY COMMITTEE CALL REGARDING PENDING MATTERS | 0.7 | 885.50 |
| 05/28/24 | J GURULE | EMAIL TO D. MCDONALD REGARDING AGENDA | 0.1 | 138.50 |
| 05/28/24 | M KREMER | UCC STANDING WEEKLY CALL | 0.7 | 983.50 |
| 05/28/24 | J GURULE | PREP AND EMAIL AGENDA AND RELATED DOCS TO COMMITTEE | 0.4 | 554.00 |
| 05/28/24 | J GURULE | PREP FOR UCC MEETING | 0.2 | 277.00 |
| 05/28/24 | J GURULE | EMAIL TO METLIFE COUNSEL | 0.1 | 138.50 |
| 05/28/24 | J GURULE | TELEPHONE CONFERENCE G OLIVERA REGARDING WORK STREAMS | 0.2 | 277.00 |
| 05/29/24 | J GURULE | PREP FOR CALL WITH DEBTORS | 0.2 | 277.00 |
| 05/29/24 | J GURULE | BACKGROUND CALLS REGARDING DAIRY ISSUES | 0.5 | 692.50 |
| 05/29/24 | J GURULE | INTERNAL OMM EMAILS REGARDING 341A | 0.1 | 138.50 |
| 05/29/24 | J GURULE | EMAILS WITH PARTIES REGARDING BACKGROUND | 0.2 | 277.00 |
| 05/29/24 | J GURULE | EMAIL TO UCC ADVISOR GROUP | 0.1 | 138.50 |
| 05/29/24 | J GURULE | TELEPHONE CONFERENCE WITH DEBTORS | 1.1 | 1,523.50 |
| 05/29/24 | J GURULE | EMAIL WITH UCC REGARDING RETENTION OF FA | 0.1 | 138.50 |
| 05/29/24 | J GURULE | TELEPHONE CONFERENCE D NOBLE REGARDING ARMORY RETENTION | 0.1 | 138.50 |
| 05/29/24 | J GURULE | TELEPHONE CONFERENCE KREMER REGARDING STRATEGY | 0.2 | 277.00 |
| 05/30/24 | J GURULE | EMAILS WITH UCC REGARDING DIGESTER QUESTION | 0.1 | 138.50 |
| 05/30/24 | J GURULE | EMAILS WITH METLIFE COUNSEL | 0.1 | 138.50 |
| 05/30/24 | N MOLNER | ATTEND 341 MEETING OF CREDITORS | 0.5 | 535.00 |
| 05/30/24 | N MOLNER | DRAFT CLIENT SUMMARY OF 341 MEETING | 0.5 | 535.00 |
| 05/30/24 | G OLIVERA | PREPARE FOR AND PARTICIPATE IN SECTION 341 MEETING OF THE CREDITORS | 0.6 | 759.00 |
| 05/30/24 | G OLIVERA | EDIT SUMMARY OF 341 MEETING FOR COMMITTEE MEMBERS | 0.2 | 253.00 |
| 05/30/24 | J GURULE | REVIEW 341(A) REPORT | 0.1 | 138.50 |
| 05/30/24 | M KREMER | ATTEND 341 MEETING | 0.5 | 702.50 |
| **Total** | **B150 MEETINGS OF & COMMUNICATION W/ CREDITORS** | | **20.7** | **27,617.00** |

**B160 FEE/EMPLOYMENT APPLICATIONS**

| 05/22/24 | N MOLNER | RESEARCH APPROVED RETENTION AND FEE APPLICATIONS FILED BY SIMILAR LAW FIRMS IN OTHER COURTS IN THE REGION FOR UCC RETENTION APPLICATION | 1.2 | 1,284.00 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

07/30/24  
Invoice: 1181752  
Page No. 6

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/22/24 | N MOLNER | DRAFT OMM RETENTION APPLICATION | 2.1 | 2,247.00 |
| 05/23/24 | N MOLNER | DRAFT CITATION FOR RETENTION APPLICATION REGARDING FEES CHARGED BY OTHER FIRMS AND APPROVED BY OTHER COURTS | 0.5 | 535.00 |
| 05/23/24 | N MOLNER | DRAFT OMM RETENTION APPLICATION | 1.2 | 1,284.00 |
| 05/23/24 | N MOLNER | REVIEW METLIFE CONFLICTS REPORT | 0.2 | 214.00 |
| 05/23/24 | G OLIVERA | PREPARE INFORMATION NEEDED FOR CONFLICT CHECK | 0.8 | 1,012.00 |
| 05/23/24 | G OLIVERA | EDIT RETENTION APPLICATION AND DECLARATIONS IN SUPPORT OF RETENTION APPLICATION | 2.3 | 2,909.50 |
| 05/24/24 | J GURULE | EMAILS WITH OMM TEAM REGARDING RETENTION | 0.2 | 277.00 |
| 05/24/24 | G OLIVERA | REVIEW AND ANALYZE RESULTS OF CONFLICT CHECK | 0.7 | 885.50 |
| 05/24/24 | G OLIVERA | COORDINATE FILING OF O'MELVENY'S RETENTION APPLICATION | 0.4 | 506.00 |
| 05/24/24 | N MOLNER | DRAFT PRO HAC VICE APPLICATIONS FOR J. GURULE, M. KREMER, AND G. OLIVERA | 0.6 | 642.00 |
| 05/24/24 | N MOLNER | REVISE UCC RETENTION APPLICATION PER COMMENTS FROM M. KREMER | 1.6 | 1,712.00 |
| 05/24/24 | G OLIVERA | ANALYZE RESULTS OF CONFLICT CHECK | 0.8 | 1,012.00 |
| 05/24/24 | J GURULE | REVIEW RETENTION APP | 0.2 | 277.00 |
| 05/24/24 | J GURULE | EMAILS INTERNALLY AT OMM REGARDING MILLENKAMP CONFLICT CLEARANCE | 0.3 | 415.50 |
| 05/24/24 | G OLIVERA | EMAILS WITH CREDITORS' COMMITTEE REGARDING RETENTION APPLICATION AND LOCAL COUNSEL RETENTION APPLICATION | 0.8 | 1,012.00 |
| 05/24/24 | G OLIVERA | EDIT O'MELVENY'S RETENTION APPLICATION AND COMMITTEE'S DECLARATION IN SUPPORT OF O'MELVENY'S RETENTION | 2.7 | 3,415.50 |
| 05/26/24 | J GURULE | TELEPHONE CONFERENCE ARMORY REGARDING EMPLOYMENT APPLICATION | 0.1 | 138.50 |
| 05/28/24 | N MOLNER | DRAFT ARMORY RETENTION APPLICATION | 2.3 | 2,461.00 |
| 05/28/24 | G OLIVERA | REVIEW AND ANALYZE PROPOSED ARMORY ENGAGEMENT LETTER | 0.5 | 632.50 |
| 05/28/24 | J GURULE | TELEPHONE CONFERENCE WITH D. MCDONALD REGARDING RETENTION | 0.2 | 277.00 |
| 05/28/24 | M KREMER | REVIEW ARMORY RETENTION APP | 0.2 | 281.00 |
| 05/28/24 | M KREMER | REVIEW AND REVISE GURULE DECLARATION (.2); EMAILS WITH G. OLIVERA REGARDING THE SAME (.2) | 0.4 | 562.00 |
| 05/28/24 | G OLIVERA | DRAFT AND EDIT GURULE DECLARATION IN SUPPORT OF APPLICATION TO EMPLOY O'MELVENY AS COMMITTEE COUNSEL | 2.1 | 2,656.50 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice: 1181752
Page No. 7

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/28/24 | J GURULE | REVIEW RETENTION DECLARATION AND CONFLICT REPORTS | 0.7 | 969.50 |
| 05/28/24 | G OLIVERA | EDIT APPLICATION TO RETAIN ARMORY AS THE UNSECURED CREDITORS' COMMITTEE'S FINANCIAL ADVISOR | 1.4 | 1,771.00 |
| 05/29/24 | G OLIVERA | EDIT ARMORY RETENTION APPLICATION | 1.1 | 1,391.50 |
| 05/29/24 | J GURULE | REVIEW AND EMAILS WITH UCC REGARDING ARMORY RETENTION APP | 0.3 | 415.50 |
| 05/29/24 | N MOLNER | REVISE ARMORY RETENTION APPLICATION | 0.2 | 214.00 |
| 05/29/24 | G OLIVERA | COORDINATE FILING OF ARMORY RETENTION APPLICATION | 0.1 | 126.50 |
| 05/29/24 | G OLIVERA | EDIT GURULE DECLARATION IN SUPPORT OF OMM RETENTION | 1.2 | 1,518.00 |
| 05/29/24 | G OLIVERA | COORDINATE FILING OF GURULE DECLARATION IN SUPPORT OF OMM RETENTION | 0.2 | 253.00 |
| 05/30/24 | G OLIVERA | REVIEW DEBTORS' APPLICATION TO EMPLOY SUMMIT AG APPRAISAL, INC. AS REAL ESTATE APPRAISER | 0.4 | 506.00 |
| 05/31/24 | J GURULE | ANALYSIS OF DEBTOR RETENTION ORDERS | 0.1 | 138.50 |
| **Total** | **B160 FEE/EMPLOYMENT APPLICATIONS** | | **28.1** | **33,952.00** |

**B190 OTHER CONTESTED MATTERS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/21/24 | G OLIVERA | CONFERENCE CALL WITH J. GURULE REGARDING COMMITTEE INITIAL ACTION ITEMS | 0.4 | 506.00 |
| 05/21/24 | M KREMER | CALL WITH J. GURULE REGARDING MILLENKAMP (0.3); REVIEW DOCKET UPDATES (0.2) | 0.5 | 702.50 |
| 05/24/24 | G OLIVERA | CONFERENCE CALL WITH ARMORY REGARDING INITIAL ACTION ITEMS | 0.4 | 506.00 |
| 05/31/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' UPDATED AMENDED SCHEDULES | 1.2 | 1,518.00 |
| **Total** | **B190 OTHER CONTESTED MATTERS** | | **2.5** | **3,232.50** |

**B230 FINANCING/CASH COLLATERAL**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/22/24 | J GURULE | REVIEW DEBTORS' BORROWING BASE REPORT | 0.3 | 415.50 |
| 05/27/24 | G OLIVERA | REVIEW AND ANALYZE THE DEBTORS' WEEKLY FINANCIAL REPORTING FOR WEEK OF MAY 19, 2024 | 0.6 | 759.00 |
| 05/29/24 | J GURULE | REVIEW BUDGET VARIANCE MATERIALS | 0.3 | 415.50 |
| 05/30/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' WEEKLY VARIANCE ANALYSIS | 0.7 | 885.50 |
| **Total** | **B230 FINANCING/CASH COLLATERAL** | | **1.9** | **2,475.50** |

**B300 CLAIMS & PLAN**

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE　　　　　　　　　　　　07/30/24
Matter Name: MILLENKAMP CATTLE CHAPTER 11　　　　　　　　　　　　　　　　　　　Invoice: 1181752
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page No.  8

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/23/24 | G OLIVERA | REVIEW AND ANALYZE ORDER REGARDING 503(B)(9) CLAIMS | 0.2 | 253.00 |
| 05/28/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' AMENDED 503(B)(9) MOTION | 0.8 | 1,012.00 |
| 05/28/24 | N MOLNER | RESEARCH REPLY DEADLINES UNDER DISTRICT OF IDAHO LOCAL RULES | 0.6 | 642.00 |
| 05/28/24 | G OLIVERA | DRAFT SUMMARY AND RECOMMENDATION FOR THE UNSECURED CREDITORS' COMMITTEE REGARDING DEBTORS' AMENDED 503(B)(9) MOTION | 0.6 | 759.00 |
| 05/30/24 | N MOLNER | DRAFT SUMMARY OF U.S. TRUSTEE OBJECTION TO SECTION 503(B)(9) MOTION | 0.3 | 321.00 |
| 05/30/24 | N MOLNER | DRAFT CLIENT SUMMARY OF U.S. TRUSTEE OBJECTION TO 503(B)(9) MOTION | 0.3 | 321.00 |
| 05/30/24 | J GURULE | REVIEW 503B9 OBJECTION AND RELATED EMAIL TO UCC REGARDING SUMMARY | 0.4 | 554.00 |
| 05/31/24 | G OLIVERA | RESEARCH CASE LAW ON THE DOCTRINE OF NECESSITY IN CONNECTION WITH THE COMMITTEE'S REPLY IN SUPPORT OF THE DEBTORS' AMENDED 503(B)(9) MOTION | 1.3 | 1,644.50 |
| 05/31/24 | G OLIVERA | COMMUNICATIONS WITH DEBTORS' COUNSEL REGARDING DEBTORS' AMENDED 503(B)(9) MOTION | 0.2 | 253.00 |
| 05/31/24 | G OLIVERA | REVIEW AND ANALYZE THE US TRUSTEE'S OBJECTION TO THE DEBTORS' AMENDED 503(B)(9) MOTION | 0.9 | 1,138.50 |
| 05/31/24 | N MOLNER | RESEARCH CASE LAW REGARDING PAYMENT OF 503(B)(9) CLAIMS FOR REPLY IN SUPPORT OF 503(B)(9) MOTION | 2.1 | 2,247.00 |
| 05/31/24 | N MOLNER | REVIEW AMENDED 503(B)(9) MOTION AND U.S. TRUSTEE OBJECTION FOR REPLY IN SUPPORT OF 503(B)(9) MOTION | 0.4 | 428.00 |
| 05/31/24 | N MOLNER | CALL WITH G. OLIVERA REGARDING REPLY IN SUPPORT OF 503(B)(9) MOTION | 0.5 | 535.00 |
| 05/31/24 | N MOLNER | ANALYZE DEBTORS SCHEDULES, CASH COLLATERAL BUDGET, AND FIRST DAY DECLARATION FOR REPLY IN SUPPORT OF 503(B)(9) MOTION | 1.2 | 1,284.00 |
| 05/31/24 | G OLIVERA | EDIT SUMMARY FOR THE UNSECURED CREDITORS' COMMITTEE REGARDING US TRUSTEE'S OBJECTION TO THE DEBTORS' AMENDED 503(B)(9) MOTION | 0.7 | 885.50 |
| 05/31/24 | G OLIVERA | RESEARCH CASE LAW REGARDING TIMING OF PAYMENT OF 503(B)(9) CLAIMS | 1.8 | 2,277.00 |
| 05/31/24 | M KREMER | REVIEW 503(B)(9) OBJECTION (.3); RESEARCH SAME (.5); EMAIL TO GROUP REGARDING THE SAME (.1); REVIEW AND REVISE NOA (.1) | 1.0 | 1,405.00 |
| 05/31/24 | J GURULE | ANALYSIS OF 503(B)(9) OBJECTION | 0.5 | 692.50 |

O'Melveny

---

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

07/30/24  
Invoice: 1181752  
Page No. 9

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/31/24 | G OLIVERA | COMMUNICATIONS WITH LOCAL COUNSEL REGARDING DEBTORS' AMENDED 503(B)(9) MOTION | 0.6 | 759.00 |
| 05/31/24 | J GURULE | INTERNAL OMM EMAILS REGARDING 503(B)(9) REPLY | 0.4 | 554.00 |
| 05/31/24 | N MOLNER | DRAFT REPLY IN SUPPORT OF 503(B)(9) MOTION | 0.9 | 963.00 |
| **Total** | **B300 CLAIMS & PLAN** | | **15.7** | **18,928.00** |
| **B400 BANKRUPTCY-RELATED ADVICE** | | | | |
| 05/21/24 | J GURULE | ATTENTION TO STRATEGY AND NEXT STEPS | 1.2 | 1,662.00 |
| 05/24/24 | G OLIVERA | EMAIL DEBTORS' COUNSEL REGARDING WEEKLY STANDING CALL | 0.2 | 253.00 |
| 05/24/24 | M KREMER | UCC/DIP COUNSEL CALL (.5); UCC/UST CALL (.4); UCC/ARMORY KICK-OFF CALL (.4); EMAILS REGARDING ENGAGEMENT LETTER (.3); REVIEW AND REVISE BY-LAWS (.4): REVIEW AND REVISE INFO REQUESTS (.3); REVIEW REVISED OMM RETENTION APP (.3) | 2.6 | 3,653.00 |
| 05/28/24 | G OLIVERA | EMAIL DEBTORS' COUNSEL REGARDING STANDING CALL AND INITIAL REQUESTS FOR PRODUCTION OF DOCUMENTS AND INFORMATION | 0.2 | 253.00 |
| 05/29/24 | G OLIVERA | CONFERENCE CALL WITH DEBTOR PROFESSIONALS, AND OMM AND ARMORY TEAMS REGARDING CASE STRATEGY | 1.1 | 1,391.50 |
| 05/29/24 | G OLIVERA | PREPARE FOR CONFERENCE CALL WITH DEBTORS' PROFESSIONALS REGARDING CASE STRATEGY | 0.6 | 759.00 |
| 05/29/24 | M KREMER | DEBTORS/UCC PROFESSIONALS CALL | 0.6 | 843.00 |
| 05/29/24 | M KREMER | CHECK-IN CALL WITH J. GURULE REGARDING MILLENKAMP AND WORK-STREAMS | 0.3 | 421.50 |
| 05/30/24 | J GURULE | ANALYSIS OF CASE STRATEGY AND SUMMARIZE VIA EMAIL FOR KREMER, OLIVERA, MOLNER | 0.8 | 1,108.00 |
| 05/31/24 | J GURULE | ANALYSIS OF SCHEDULES/AMENDED SCHEDULES | 0.4 | 554.00 |
| **Total** | **B400 BANKRUPTCY-RELATED ADVICE** | | **8.0** | **10,898.00** |
| **Total** | | | **100.0** | **$126,231.50** |

| | |
|---|---|
| **Less 15% Discount** | (18,934.73) |
| **Total Fees After Adjustment** | 107,296.77 |
| **Total Current Invoice** | **$107,296.77** |

O'Melveny

---

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name:  MILLENKAMP CATTLE CHAPTER 11

07/30/24  
Invoice: 1181752  
Page No.   10

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| MATTHEW P. KREMER | Partner | 1,405.00 | 10.5 | 14,752.50 |
| JULIAN GURULE | Partner | 1,385.00 | 21.1 | 29,223.50 |
| **Total for Partner** | | | **31.6** | **43,976.00** |
| GABRIEL L. OLIVERA | Counsel | 1,265.00 | 46.5 | 58,822.50 |
| **Total for Counsel** | | | **46.5** | **58,822.50** |
| NICOLE MOLNER | Associate | 1,070.00 | 21.9 | 23,433.00 |
| **Total for Associate** | | | **21.9** | **23,433.00** |
| **Total** | | | **100.0** | **126,231.50** |