Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2150
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
        golivera@omm.com

*Attorneys for the Official Committee of*
*Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

| ☐ Millenkamp Properties | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome |
| ☐ Idaho Jersey Girls Jerome Dairy | Dairy) |

### ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2024 THROUGH JUNE 30, 2024

Elsaesser Anderson, Chtd. (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the period June 1, 2024 through June 30, 2024 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1.      The Firm is counsel to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2.      The Firm billed a total of $4,560.78 in fees and expenses during the Application Period. The total fees represent 11.15 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| June 1, 2024 – June 30, 2024 | $4,460.00 | $100.78 | $4,560.78 |

3.      Accordingly, the Firm seeks allowance of interim compensation in the amount of $3,445.78 at this time. This total is comprised as follows: $3,345.00 (75% of the fees for services rendered) plus $100.78 (100% of the expenses incurred).

4.      Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: July 30, 2024

*/s/Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

*/s/Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee
of Unsecured Creditors*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on July 30, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

Matthew A. Sturzen              matt@shermlaw.com
Meredith L. Thielbahr          mthielbahr@grsm.com
Kim J. Trout                        ktrout@trout-law.com
Brent R. Wilson                  bwilson@hawleytroxell.com

Dated this 30th day of July 2024.          */s/ Bruce A. Anderson*
                                                       Bruce A. Anderson

## **Exhibit A**

Invoices

# Elsaesser Anderson, Chtd.
### 320 East Neider Suite 102, Coeur d'Alene, ID 83815

**Millenkamp Cattle, Inc. UCC**
Attn: Dan Noble and Greg Zematis
Jerome, ID 83338

**Invoice # 17671**

| Invoice Date: 07/30/24 |
|---|
| Services Through: 06/30/24 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **004 - Millenkamp UCC (Professional Services)** | | | |
| | | **04 Case Administration: Coordination and compliance activities not specifically covered by another category.** | | | |
| | | **Reporting: Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.** | | | |
| 06/03/24 | BA | Review latest filings including IRS proof of claim and notice of appearance for co-counsel. | 0.40 | 400.00 | $160.00 |
| 06/04/24 | BA | Receive and review filed Notices of Appearance; review and file UCC Committee Members Certifications with Court (.4); memo from Gabriel Olivera (N/C). | 0.40 | 400.00 | $160.00 |
| 06/05/24 | BA | Memo from Gabriel Olivera with UCC's reply to 503(b)(9) motion (.1); review of draft motion and memo to Gabriel Olivera and others with my comments (1.0); review RABO limited objection (.2); file review of reply and file same (.3); memo from and to Gabriel Olivera regarding filing (.1). | 1.70 | 400.00 | $680.00 |
| 06/06/24 | BA | Review draft Reply Memorandum and make suggested changes in memo to Gabriel Olivera (.9); review revised Reply Memorandum and get filed (.4). Read and review RABO limited objection (.3). Read extensive Bar Date motion (.4). | 2.00 | 400.00 | $800.00 |
| 06/10/24 | BA | Review Docket # 194 regarding lists of scheduled status conferences and motions to be heard and forward same to Gabriel Olivera (.2). | 0.20 | 400.00 | $80.00 |
| 06/12/24 | BA | Teleconference with Matthew Kremmer regarding 341 hearing (.1); memo to Gabriel Olivera regarding 341 hearing and attendance matters (.2). | 0.30 | 400.00 | $120.00 |
| 06/12/24 | BA | Memo from Gabriel Olivera. (no charge) | 0.10 | 0.00 | $0.00 |
| 06/13/24 | BA | Review Debtor's Status Report (.25); review pleadings; attend hearing on motion to shorten time and status conference (1.0); review and refile Declaration of Committee member (.2); memos to and from Gabriel Olivera regarding changes (.1). | 1.55 | 400.00 | $620.00 |
| 06/14/24 | BA | Review exhibit and witness lists filed MetLife and Viterra (.2). | 0.20 | 400.00 | $80.00 |
| 06/18/24 | BA | Receive and review UCC Statement in support of motion being hearing on Thursday (.5); receive and review RABO Omnibus Objection (.2). | 0.70 | 400.00 | $280.00 |
| 06/19/24 | BA | Memo from Jessica Brocious with exhibits and brief review (.2). | 0.20 | 400.00 | $80.00 |
| 06/21/24 | BA | Review docket text of hearing on Debtor's motions (6)(.1). | 0.10 | 400.00 | $40.00 |

Telephone/Fax: (208) 667-2900

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **004 - Millenkamp UCC (Expenses)** | | | | |

**04 Case Administration:  Coordination and compliance activities not specifically covered by another category.**

**Reporting:  Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 06/06/24 | BA | Copy Charge:  UCC Reply #382 (5 pages to 87 recipients) | 435.00 | 0.10 | $43.50 |
| 06/06/24 | BA | Postage:  UCC Reply #382 (87 recipients @ $0.64 each) | 87.00 | 0.64 | $55.68 |
| 06/24/24 | BA | Copy Charge: Notice of Hearing #456 to 20 Largest not on ECF | 16.00 | 0.10 | $1.60 |
| | | | Hours | | 7.85 |
| | | | Labor: | | $3,100.00 |
| | | | Invoice Amount: | | $3,200.78 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **007 (Professional Services)** | | | | |

**007 - Preparation of employment and fee applications for self or others; motions to establish interim procedures.**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 06/17/24 | BA | Draft employment Orders for Elsaesser Anderson and O'Melveny & Myers (.3); forward proposed employment order to Gabriel Olivera for review and approval to submit (.1). | 0.40 | 400.00 | $160.00 |
| 06/18/24 | BA | Review ECF filings and file statements of no objection for applications to employ Elsaesser Anderson and O'Melveny & Myers (.3); memo from Gabriel Olivera regarding O'Melveny & Myers retention application (.1); memo to Gabriel Olivera regarding filing statement of no objection (.1); draft Orders for Employment of Elsaesser Anderson and O'Melveny & Myers (.4); send to Gabriel Olivera for review (.1). | 1.00 | 400.00 | $400.00 |
| 06/19/24 | BA | Teleconference with Matthew Kremmer regarding applications for employment (.1); teleconference with Gabriel Olivera regarding hearings; memos from Matt Christensen regarding upcoming hearings (.1). | 0.20 | 400.00 | $80.00 |
| 06/19/24 | BA | Memo from Gery Edson (no charge) | 0.10 | 0.00 | $0.00 |
| 06/21/24 | BA | Receive and review Order on Employment (.1); memo from Mel Battle regarding employment application of UCC counsel (.1); memo to UCC counsel regarding setting hearing on application for employment (.4). | 0.60 | 400.00 | $240.00 |
| 06/21/24 | BA | NO CHARGE - Memo from Gabriel Olivera. | 0.10 | 0.00 | $0.00 |
| 06/24/24 | BA | Teleconference with Mel Battle at court regarding scheduling hearing for O'Melveny employment application (.1); memo to Julian Garule, Mathew Kremmer and Gabriel Olivera regarding call with court and available hearing dates (.3); memo to Gabriel Olivera regarding hearing dates (.1); prepare, file and serve Notice of Hearing (.5). | 1.00 | 400.00 | $400.00 |
| 06/26/24 | BA | File Notice of Change of Address for UCC counsel (.2). | 0.20 | 400.00 | $80.00 |
| | | | Hours | | 3.60 |
| | | | Labor: | | $1,360.00 |
| | | | Invoice Amount: | | $1,360.00 |

Telephone/Fax: (208) 667-2900

|  |  |
|---|---|
| Total Hours: | 11.45 |
| Total Labor: | $4,460.00 |
| Total Expenses: | $100.78 |
| **Total Invoice Amount:** | **$4,560.78** |
| Previous Balance: | $4,245.52 |
| **Total Amount Due:** | **$8,806.30** |

## Timekeeper Summary

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| Bruce Anderson | 0.30 | @ 0.000 | 0.00 |
| Bruce Anderson | 11.15 | @ 400.000 | 4,460.00 |

Telephone/Fax: (208) 667-2900