Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2150
Email: banderson@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
        golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024 - 1

| ☐ Millenkamp Properties | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome |
| ☐ Idaho Jersey Girls Jerome Dairy | Dairy) |

### O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2024 THROUGH JUNE 30, 2024

O'Melveny & Myers LLP (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the period June 1, 2024 through June 30, 2024 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1.     The Firm is counsel to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2.     The Firm billed a total of $179,904.59 in fees and expenses during the Application Period. The total fees represent 181.6 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| June 1, 2024 – June 30, 2024 | $178,618.15 | $1,286.44 | $179,904.59 |

3.      Accordingly, the Firm seeks allowance of interim compensation in the amount of $135,250.05 at this time. This total is comprised as follows: $133,963.61 (75% of the fees for services rendered) plus $1,286.44 (100% of the expenses incurred).

4.      Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.


Date: July 30, 2024                      */s/Julian Gurule*
                                         O'MELVENY & MYERS LLP
                                         Julian Gurule

                                         *Attorneys for the Official Committee*
                                         *of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

Matthew A. Sturzen                          matt@shermlaw.com
Meredith L. Thielbahr                       mthielbahr@grsm.com
Kim J. Trout                                ktrout@trout-law.com
Brent R. Wilson                             bwilson@hawleytroxell.com

Dated this 30th day of July 2024.          */s/Julian Gurule*

                                           O'MELVENY & MYERS LLP
                                           Julian Gurule

## Exhibit A

Invoices

O'Melveny

O'Melveny & Myers LLP        T: +1 213 430 6000
400 South Hope Street        F: +1 213 430 6407
18th Floor                   omm.com
Los Angeles, CA  90071-2899

July 30, 2024

**MILLENKAMP CATTLE CHAPTER 11**

For Professional Services Rendered Through June 30, 2024

| | |
|---|---|
| Total Fees | $210,139.00 |
| Less 15% Discount | (31,520.85) |
| **Total Fees After Adjustment** | **$178,618.15** |
| Total Disbursements | $1,286.44 |
| **Total Current Invoice** | **$179,904.59** |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name:  MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice:  1181758
Page No.  2

## MILLENKAMP CATTLE CHAPTER 11

For Professional Services Rendered Through June 30, 2024

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| **B100 ADMINISTRATION** | | | | |
| 06/18/24 | A DAMIANI | REVIEW FIRST DAY DECLARATION | 0.5 | 185.00 |
| 06/18/24 | A DAMIANI | MEET WITH G. OLIVERA AND N. MOLNER TO PLAN INDEX OF DOCUMENTS | 0.4 | 148.00 |
| 06/18/24 | A DAMIANI | MANAGE DATA ROOM | 1.0 | 370.00 |
| 06/20/24 | A DAMIANI | MANAGE DATA ROOM | 4.1 | 1,517.00 |
| **Total** | **B100 ADMINISTRATION** | | **6.0** | **2,220.00** |
| **B110 CASE ADMINISTRATION** | | | | |
| 06/03/24 | G OLIVERA | EDIT CASE CALENDAR AND SUPPLEMENT ALL WORK STREAMS AND CASE STRATEGY FOR OMM TEAM | 1.1 | 1,391.50 |
| 06/03/24 | J GURULE | TELEPHONE CONFERENCE WITH KREMER, OLIVERA, MOLNER REGARDING WORK STREAMS AND HEARINGS | 0.4 | 554.00 |
| 06/03/24 | J GURULE | ATTN TO WORK STREAMS AND CASE STRATEGY | 0.5 | 692.50 |
| 06/10/24 | J GURULE | ANALYSIS OF TIMING DISPUTE FOR HEARING | 0.1 | 138.50 |
| 06/11/24 | N MOLNER | DRAFT RULE 2019 DISCLOSURE | 0.9 | 963.00 |
| 06/11/24 | M KREMER | REVIEW 2015.3 REPORT | 0.2 | 281.00 |
| 06/12/24 | A ROTI | CREATE PLEADINGS BINDER AND INDEX WITH DOCKET MATERIALS FOR ATTORNEY REVIEW | 1.5 | 345.00 |
| 06/13/24 | J GURULE | TELEPHONE CONFERENCE WITH KREMER REGARDING CASE STRATEGY | 0.1 | 138.50 |
| 06/14/24 | G OLIVERA | CONFERENCE CALL WITH J. GURULE REGARDING PENDING MATTERS | 0.2 | 253.00 |
| 06/14/24 | G OLIVERA | REVIEW VITERRA EXHIBIT LIST | 0.1 | 126.50 |
| 06/24/24 | J GURULE | ANALYSIS OF STRATEGY AND NEXT STEPS | 0.3 | 415.50 |
| 06/26/24 | N MOLNER | DRAFT NOTICE OF CHANGE OF ADDRESS FOR J. GURULE | 0.2 | 214.00 |
| **Total** | **B110 CASE ADMINISTRATION** | | **5.6** | **5,513.00** |
| **B120 ASSET ANALYSIS & RECOVERY** | | | | |
| 06/04/24 | R CICERO | T/C'S WITH KREMER AND KELLY RE: MATTER (.2); BEGIN REVIEWING DOCUMENTS FOR PERFECTION CHECK (1.3) | 1.5 | 2,377.50 |
| 06/04/24 | J GURULE | ANALYSIS OF DEBTORS DOC REQUEST RESPONSE | 0.1 | 138.50 |
| 06/05/24 | N MOLNER | DRAFT SCHEDULE OF UCC-1 SEARCH TARGETS | 0.3 | 321.00 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name:  MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice:  1181758
Page No.  3

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/06/24 | J GURULE | INTERNAL OMM EMAILS REGARDING LIEN SEARCH | 0.1 | 138.50 |
| 06/06/24 | N MOLNER | COMMUNICATIONS WITH OMM TEAM REGARDING UCC SEARCH | 0.2 | 214.00 |
| 06/06/24 | D KELLY | REVIEW UCC PRESENTATION MATERIALS, LIEN REVIEW MEMORANDUM PRECEDENTS, REVIEW DEBTOR RESPONSES TO INITIAL COMMITTEE REQUESTS | 2.6 | 2,782.00 |
| 06/06/24 | M KREMER | EMAILS WITH OMM TEAM REGARDING UCC-1 SEARCHES | 0.1 | 140.50 |
| 06/07/24 | M KREMER | EMAIL WITH R. CICERO REGARDING LIEN INVESTIGATION (.2); ATTEND TO THE SAME (.4) | 0.6 | 843.00 |
| 06/10/24 | J GURULE | TELEPHONE CONFERENCE WITH T EVANS REGARDING LIEN REVIEW | 0.4 | 554.00 |
| 06/10/24 | M KREMER | EMAIL WITH TEAM REGARDING LIEN INVESTIGATION AND ATTEND TO THE SAME | 0.5 | 702.50 |
| 06/10/24 | R CICERO | REVIEW OF DEBT DOCUMENTS AND ATTENTION TO MATTER. | 1.0 | 1,585.00 |
| 06/10/24 | T EVANS | REVIEW OF CASE BACKGROUND; CALL WITH J. GURULE REGARDING REAL ESTATE ASPECTS | 0.7 | 997.50 |
| 06/10/24 | D KELLY | REVIEW LIEN MEMO PRECEDENTS (1.0), REVIEW DEBT DOCUMENTS (2.5), EMAILS REGARDING SAME (.6) | 4.1 | 4,387.00 |
| 06/11/24 | D KELLY | CORRESPONDENCE/ATTN TO CORRESPONDENCE, REVIEW DATA ROOM | 0.2 | 214.00 |
| 06/12/24 | R CICERO | PERFECTION CHECK LIEN DOCUMENTS | 1.0 | 1,585.00 |
| 06/12/24 | D KELLY | REVIEW EXISTING DEBT DOCUMENTS (2.6), EMAILS REGARDING SAME (.2) | 2.8 | 2,996.00 |
| 06/13/24 | M KREMER | CALL WITH OMM TEAM REGARDING LIEN REVIEW | 0.4 | 562.00 |
| 06/13/24 | T EVANS | CALL WITH OMM BANKRUPTCY TEAM REGARDING ASSET / MORTGAGE ANALYSIS FOR REAL ESTATE (.4); CORRESPONDENCE WITH D. LEAL AND BANKRUPTCY TEAM REGARDING SAME (.6) | 1.0 | 1,425.00 |
| 06/13/24 | D KELLY | PREPARE FOR CALL, ATTEND INTRO CALL, FOLLOW UPS REGARDING LIEN REVIEW, EMAILS REGARDING DOCS/UCC-1S | 1.5 | 1,605.00 |
| 06/14/24 | L GREY | BEGIN REVIEW AND PREPARING SUMMARY OF LIEN SEARCHES CONDUCTED WITH THE STATE OF IDAHO FOR MILLENKAMP ENTITIES; PROVIDE STATUS OF SAME TO N. MOLNER | 2.5 | 1,275.00 |
| 06/14/24 | T EVANS | CORRESPONDENCE WITH D. LEAL REGARDING ASSET / MORTGAGE ANALYSIS FOR REAL ESTATE | 0.6 | 855.00 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name:  MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice:  1181758
Page No.   4

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/17/24 | L GREY | REVIEW AND ORGANIZE LIEN SEARCH RESULTS RECEIVED FROM THE STATE OF IDAHO FOR MILLENKAMP CATTLE, INC. ET AL.; ANALYZE AND SUMMARIZE SAME | 3.5 | 1,785.00 |
| 06/17/24 | D KELLY | REVIEW DEBT DOCUMENTS, REVIEW UCC-1S, CROSS REFERENCE CHECK GUARANTORS/UCC-1S, EMAILS RE: ADDITIONAL ITEMS | 3.1 | 3,317.00 |
| 06/18/24 | L GREY | CONTINUE REVIEW AND ORGANIZATION OF LIEN SEARCH RESULTS RECEIVED FROM THE STATE OF IDAHO FOR MILLENKAMP CATTLE, INC. ET AL.; ANALYZE AND SUMMARIZE SAME | 2.6 | 1,326.00 |
| 06/18/24 | D KELLY | LIEN REVIEW | 1.5 | 1,605.00 |
| 06/20/24 | L GREY | COMPLETE REVIEW AND SUMMARY OF LIEN SEARCH RESULTS RECEIVED FROM THE STATE OF IDAHO FOR MILLENKAMP CATTLE, INC. ET AL.; CORRESPOND WITH N. MOLNER WITH REGARD TO SAME; PREPARE LIST OF DISCREPANCIES OF SEARCH RESULTS AND CERTIFIED COPIES OF LIENS PROVIDED BY THE STATE AND CONFER WITH CORPORATE CORRESPONDENT WITH REGARD TO SAME | 3.7 | 1,887.00 |
| 06/21/24 | G OLIVERA | COMMUNICATIONS WITH OMM TEAM RE: LIEN REVIEW ACTION ITEMS | 0.3 | 379.50 |
| 06/21/24 | L GREY | REVIEW UCC LIENS ISSUED BY THE STATE OF IDAHO WITH REGARD TO REQUEST FOR SAME IN CONNECTION WITH REVIEW AND SUMMARY OF LIENS CONDUCTED FOR MILLENKAMP CATTLE, INC. ET AL.; CORRESPOND WITH CORPORATE CORRESPONDENT REGARDING SAME | 1.3 | 663.00 |
| 06/21/24 | T EVANS | CORRESPONDENCE WITH D. LEAL AND BANKRUPTCY TEAM REGARDING LIEN ANALYSIS | 0.2 | 285.00 |
| 06/24/24 | G OLIVERA | CONFER WITH OMM TEAM RE: LIEN REVIEW | 0.4 | 506.00 |
| 06/24/24 | D KELLY | LIEN REVIEW | 1.8 | 1,926.00 |
| 06/24/24 | L GREY | REVIEW AND UPDATE CORPORATE RECORDS AND SUMMARY OF LIENS WITH ADDITIONAL UCC SEARCH RESULTS RECEIVED FROM THE STATE OF IDAHO FOR MILLENKAMP CATTLE, INC. ET AL.; CORRESPOND WITH AND PROVIDE STATUS OF SAME TO N. MOLNER | 1.2 | 612.00 |
| **Total** | **B120 ASSET ANALYSIS & RECOVERY** | | **41.8** | **39,989.50** |
| **B150 MEETINGS OF & COMMUNICATION W/ CREDITORS** | | | | |
| 06/03/24 | J GURULE | TELEPHONE CONFERENCE WITH METLIFE'S COUNSEL REGARDING INTROS | 0.4 | 554.00 |
| 06/03/24 | G OLIVERA | INTRODUCTORY CONFERENCE CALL WITH OMM TEAM AND COUNSEL FOR METLIFE | 0.4 | 506.00 |
| 06/04/24 | G OLIVERA | PARTICIPATE IN WEEKLY STANDING CALL WITH THE UNSECURED CREDITORS' COMMITTEE | 0.7 | 885.50 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice: 1181758
Page No. 5

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/04/24 | J GURULE | TELEPHONE CONFERENCE WITH G ZEMAITIS REGARDING STRATEGY | 0.2 | 277.00 |
| 06/04/24 | J GURULE | UCC AND DEBTOR WEEKLY CALL | 0.4 | 554.00 |
| 06/04/24 | N MOLNER | PARTICIPATE IN CALL WITH DEBTORS' COUNSEL AND PROFESSIONALS, UCC PROFESSIONALS, AND OMM TEAM REGARDING PENDING MATTERS | 0.5 | 535.00 |
| 06/04/24 | N MOLNER | PARTICIPATE IN WEEKLY COMMITTEE CALL REGARDING PENDING MATTERS | 0.7 | 749.00 |
| 06/04/24 | N MOLNER | CALL WITH UCC REGARDING CASE UPDATES AND STRATEGY | 0.7 | 749.00 |
| 06/04/24 | J GURULE | PREP FOR WEEKLY UCC CALL AND WORK STREAMS | 0.3 | 415.50 |
| 06/04/24 | J GURULE | DRAFT AND EMAIL AGENDA TO UCC MEMBERS | 0.3 | 415.50 |
| 06/04/24 | J GURULE | PREPARE FOR AND ATTEND UCC MEETING | 0.8 | 1,108.00 |
| 06/05/24 | J GURULE | TELEPHONE CONFERENCE WITH D. NOBLE REGARDING STRATEGY | 0.1 | 138.50 |
| 06/06/24 | J GURULE | DRAFT EMAIL SUMMARY OF UPDATES FOR UCC | 0.4 | 554.00 |
| 06/06/24 | J GURULE | TELEPHONE CONFERENCE WITH D NOBLE REGARDING UCC ISSUES | 0.3 | 415.50 |
| 06/06/24 | J GURULE | TELEPHONE CONFERENCE WITH T CHAMPION REGARDING STATUS, STRATEGY | 0.5 | 692.50 |
| 06/10/24 | J GURULE | PREP UCC MEETING AGENDA AND CIRCULATE | 0.5 | 692.50 |
| 06/10/24 | G OLIVERA | DRAFT AGENDA FOR STANDING CALL WITH UNSECURED CREDITORS' COMMITTEE | 0.3 | 379.50 |
| 06/11/24 | J GURULE | TELEPHONE CONFERENCE WITH D NOBLE REGARDING STATUS | 0.1 | 138.50 |
| 06/11/24 | N MOLNER | ATTEND WEEKLY MEETING WITH COMMITTEE | 0.7 | 749.00 |
| 06/11/24 | J GURULE | LEAD WEEKLY UCC CALL | 0.7 | 969.50 |
| 06/11/24 | J GURULE | PREP FOR WEEKLY UCC MEETING | 0.3 | 415.50 |
| 06/11/24 | M KREMER | PREPARE FOR (.1) AND ATTEND UCC COMMITTEE WEEKLY CALL (.7) | 0.8 | 1,124.00 |
| 06/11/24 | J GURULE | TELEPHONE CONFERENCE WITH MCDONALD REGARDING UCC MEETING | 0.1 | 138.50 |
| 06/11/24 | J GURULE | TELEPHONE CONFERENCE WITH T. BERGER REGARDING STATUS | 0.2 | 277.00 |
| 06/11/24 | M KREMER | UCC/DEBTOR COUNSEL WEEKLY CALL | 0.5 | 702.50 |
| 06/11/24 | G OLIVERA | PREPARE FOR MEETING WITH DEBTORS' COUNSEL REGARDING PENDING MATTERS | 0.3 | 379.50 |
| 06/13/24 | G OLIVERA | ATTEND 341 MEETING OF THE CREDITORS | 0.3 | 379.50 |
| 06/13/24 | N MOLNER | ATTEND ADJOURNED 341 MEETING OF CREDITORS | 0.4 | 428.00 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name:  MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice:  1181758
Page No.  6

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/13/24 | J GURULE | EMAIL WITH T BERGER REGARDING CLAIM DISCLOSURE FILING | 0.1 | 138.50 |
| 06/13/24 | G OLIVERA | COMMUNICATIONS WITH COMMITTEE MEMBER AND OMM AND LOCAL COUNSEL TEAMS REGARDING COMMITTEE MEMBERS DISCLOSURES | 0.3 | 379.50 |
| 06/13/24 | J GURULE | DRAFT EMAIL UPDATE TO UCC FOLLOWING STATUS CONFERENCE | 0.2 | 277.00 |
| 06/17/24 | J GURULE | FINALIZE AGENDA AND SEND TO UCC MEMBERS | 0.2 | 277.00 |
| 06/17/24 | J GURULE | PREP FOR WEEKLY UCC MEETING | 0.3 | 415.50 |
| 06/18/24 | N MOLNER | ATTEND WEEKLY STANDING CALL WITH UCC | 1.0 | 1,070.00 |
| 06/18/24 | J GURULE | WEEKLY UCC MEETING | 0.6 | 831.00 |
| 06/18/24 | J GURULE | TELEPHONE CONFERENCE WITH D. NOBLE RE UCC MEETING | 0.1 | 138.50 |
| 06/18/24 | G OLIVERA | PARTICIPATE IN WEEKLY STANDING CALL WITH THE UNSECURED CREDITORS' COMMITTEE | 0.7 | 885.50 |
| 06/18/24 | M KREMER | UCC/DEBTORS WEEKLY CALL (.4); COMMITTEE WEEKLY UPDATE CALL (.5) | 0.9 | 1,264.50 |
| 06/21/24 | J GURULE | REVIEW HEARING SUMMARY EMAIL FOR UCC | 0.2 | 277.00 |
| 06/24/24 | G OLIVERA | PREPARE AGENDA FOR STANDING COMMITTEE MEETING | 0.4 | 506.00 |
| 06/25/24 | N MOLNER | ATTEND STANDING CALL WITH UCC | 0.7 | 749.00 |
| 06/25/24 | J GURULE | EMAILS WITH UCC MEMBERS RE UPDATES | 0.2 | 277.00 |
| 06/25/24 | J GURULE | CIRCULATE AGENDA TO UCC | 0.2 | 277.00 |
| 06/25/24 | M KREMER | CALL WITH DEBTORS COUNSEL (.4); WEEKLY CALL WITH UCC RE: UPDATES (.5) | 0.9 | 1,264.50 |
| 06/25/24 | G OLIVERA | PARTICIPATE IN WEEKLY STANDING CALL WITH UNSECURED CREDITORS' COMMITTEE | 0.7 | 885.50 |
| 06/25/24 | J GURULE | PREP FOR WEEKLY COMMITTEE MEETING | 0.2 | 277.00 |
| 06/25/24 | J GURULE | WEEKLY UCC CALL | 0.7 | 969.50 |
| 06/27/24 | J GURULE | TC COUNSEL FOR DIGESTER | 0.2 | 277.00 |
| 06/28/24 | N MOLNER | DRAFT CLIENT-FACING EMAIL SUMMARY OF DEBTOR MOTIONS FILED 6/27 | 1.1 | 1,177.00 |
| 06/28/24 | J GURULE | DRAFT UPDATE EMAIL TO MEMBERS | 0.2 | 277.00 |
| **Total** | **B150 MEETINGS OF & COMMUNICATION W/ CREDITORS** | | **22.0** | **28,213.00** |
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | |
| 06/18/24 | G OLIVERA | COORDINATE FILING OF CERTIFICATE OF NO OBJECTION RE OMM RETENTION APP | 0.1 | 126.50 |
| 06/18/24 | N MOLNER | REVISE COVER SHEET APPLICATION SHELL | 1.0 | 1,070.00 |

**O'Melveny**

---

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice: 1181758
Page No. 7

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/21/24 | G OLIVERA | COMMUNICATIONS WITH OMM TEAM AND B. ANDERSON RE: OMM RETENTION APPLICATION | 0.5 | 632.50 |
| 06/24/24 | G OLIVERA | COMMUNICATION WITH B. ANDERSON RE: OMM RETENTION APPLICATION | 0.1 | 126.50 |
| **Total** | **B160 FEE/EMPLOYMENT APPLICATIONS** | | **1.7** | **1,955.50** |

**B185 ASSUMPTION/REJECTION LEASES/CONTRACTS**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/06/24 | G OLIVERA | REVIEW DEBTORS' MOTION FOR APPROVAL OF POST-PETITION TRACTOR LEASE WITH BURKS TRACTOR | 0.2 | 253.00 |
| **Total** | **B185 ASSUMPTION/REJECTION LEASES/CONTRACTS** | | **0.2** | **253.00** |

**B190 OTHER CONTESTED MATTERS**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/03/24 | N MOLNER | CALL WITH J. GURULE, M. KREMER, AND G. OLIVERA REGARDING UPCOMING MOTIONS | 0.3 | 321.00 |
| 06/03/24 | J GURULE | TELEPHONE CONFERENCE WITH DEBTORS COUNSEL REGARDING NEW MOTIONS | 0.4 | 554.00 |
| 06/04/24 | J GURULE | REVIEW SILAGE MOTION (0.2), EMAILS WITH OMM TEAM REGARDING SAME (0.1) | 0.3 | 415.50 |
| 06/04/24 | G OLIVERA | CONFERENCE CALL WITH OMM TEAM REGARDING PENDING MATTERS AND CASE STRATEGY | 0.6 | 759.00 |
| 06/05/24 | G OLIVERA | REVIEW DEBTORS' DRAFT MOTION FOR AUTHORITY TO PRE-PAY CERTAIN SILAGE AND HAY/STRAW VENDORS FOR FUTURE DELIVERIES | 0.2 | 253.00 |
| 06/05/24 | G OLIVERA | REVIEW, ANALYZE, AND EDIT DEBTORS' MOTION TO ALLOW PRE-PAYMENT OF SILAGE | 0.4 | 506.00 |
| 06/05/24 | N MOLNER | REVIEW AND COMMENT ON CREDITOR DECLARATION | 0.4 | 428.00 |
| 06/05/24 | N MOLNER | COMMUNICATIONS WITH OMM TEAM REGARDING DEPOSIT MOTION | 0.2 | 214.00 |
| 06/05/24 | N MOLNER | RESEARCH CASE LAW ON AUTHORITY TO USE ESTATE PROPERTY OUTSIDE THE ORDINARY COURSE OF BUSINESS | 1.4 | 1,498.00 |
| 06/05/24 | N MOLNER | REVIEW AND COMMENT ON DEPOSIT MOTION | 0.6 | 642.00 |
| 06/05/24 | J GURULE | TELEPHONE CONFERENCE WITH G. OLIVERA REGARDING OPEN ITEMS AND WORK STREAMS | 0.3 | 415.50 |
| 06/05/24 | J GURULE | REVIEW DEBTORS' DEPOSIT MOTION | 0.1 | 138.50 |
| 06/06/24 | J GURULE | TELEPHONE CONFERENCE WITH M KREMER REGARDING STRATEGY | 0.1 | 138.50 |
| 06/06/24 | J GURULE | REVIEW MOTIONS TO SELL EQUIPMENT (.2) AND ENTER INTO LEASES (0.2) | 0.4 | 554.00 |
| 06/06/24 | G OLIVERA | REVIEW, ANALYZE, AND EDIT DEBTORS' MOTION FOR AUTHORITY TO SELL AND PURCHASE EQUIPMENT | 0.4 | 506.00 |
| 06/06/24 | J GURULE | REVIEW VITERRA DECLARATION | 0.1 | 138.50 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice: 1181758
Page No.  8

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/06/24 | M KREMER | REVIEW AND REVISE LAND VIEW DECLARATION (.3); SEVERAL EMAILS WITH D. NOBLE REGARDING THE SAME (.3); REVIEW RABO OBJECTION TO 503(B)(9) AND REVISE SUMMARY OF SAME (.5); REVIEW AND REVISE REPLY AND PREPARE FOR FILING (.6) | 1.7 | 2,388.50 |
| 06/06/24 | J GURULE | REVIEW LAND VIEW DECLARATION AND RELATED EMAILS | 0.2 | 277.00 |
| 06/06/24 | G OLIVERA | REVIEW DEBTORS' MOTION FOR APPROVAL OF PREPAYMENT OF HAY/STRAW, SILAGE AND CHOPPING | 0.4 | 506.00 |
| 06/07/24 | J GURULE | REVIEW VITERRA BRIEFING | 0.2 | 277.00 |
| 06/07/24 | G OLIVERA | REVIEW COURT'S NOTICE OF DISCLOSURES FOR JUNE 20 EVIDENTIARY HEARING | 0.1 | 126.50 |
| 06/09/24 | G OLIVERA | REVIEW LIMITED OBJECTION OF MOSS TO MOTION FOR APPROVAL OF PREPAYMENT OF HAY/STRAW, SILAGE AND CHOPPING VENDORS | 0.1 | 126.50 |
| 06/10/24 | G OLIVERA | REVIEW AND ANALYZE RABO'S OBJECTION TO DEBTORS' MOTION TO SHORTEN TIME FOR NOTICE OF HEARING | 0.4 | 506.00 |
| 06/10/24 | J GURULE | TELEPHONE CONFERENCE WITH OLIVERA REGARDING UPDATES | 0.1 | 138.50 |
| 06/10/24 | N MOLNER | DRAFT CLIENT SUMMARY OF RABO OBJECTION TO DEBTORS' MOTION TO SHORTEN TIME | 0.4 | 428.00 |
| 06/10/24 | G OLIVERA | REVIEW AND ANALYZE RABO'S MOTION TO SHORTEN TIME FOR HEARING ON DEBTORS' MOTION TO SHORTEN TIME | 0.2 | 253.00 |
| 06/10/24 | M KREMER | REVIEW RABO OBJECTION ON TIMING (.2); REVISE SUMMARY (.2); EMAILS WITH OMM TEAM REGARDING THE SAME (.2); EMAIL WITH LOCAL COUNSEL REGARDING HEARING (.1) | 0.7 | 983.50 |
| 06/10/24 | J GURULE | TELEPHONE CONFERENCE WITH KREMER REGARDING STRATEGY | 0.2 | 277.00 |
| 06/11/24 | J GURULE | REVIEW RABO SUBPOENA | 0.1 | 138.50 |
| 06/11/24 | J GURULE | TELEPHONE CONFERENCE WITH KREMER REGARDING STRATEGY | 0.3 | 415.50 |
| 06/12/24 | G OLIVERA | REVIEW AND ANALYZE RABO'S NOTICE OF INTENT TO SERVE SUBPOENA ON AMERICAN AGCREDIT | 0.2 | 253.00 |
| 06/12/24 | M KREMER | CALL WITH DEBTORS REGARDING HEARING PREP (.5); PREPARE FOR THE SAME (.2) | 0.7 | 983.50 |
| 06/13/24 | G OLIVERA | REVIEW CONTERRA WITNESS LIST | 0.1 | 126.50 |
| 06/13/24 | J GURULE | TELEPHONE CONFERENCE WITH KREMER REGARDING HEARING | 0.1 | 138.50 |
| 06/13/24 | N MOLNER | ATTEND STATUS CONFERENCE AND HEARING ON MOTIONS TO SHORTEN TIME | 1.2 | 1,284.00 |

**O'Melveny**

---

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice: 1181758
Page No.  9

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/13/24 | N MOLNER | REVIEW AND COMMENT ON TRACTOR LEASE MOTION | 0.4 | 428.00 |
| 06/13/24 | G OLIVERA | DRAFT COMMITTEE STATEMENTS FOR JUNE 13 HEARING | 0.2 | 253.00 |
| 06/13/24 | M KREMER | PREPARE FOR HEARING | 0.5 | 702.50 |
| 06/13/24 | J GURULE | ATTEND TELEPHONIC STATUS CONFERENCE AND HEARING ON MOTION TO SHORTEN | 1.1 | 1,523.50 |
| 06/13/24 | M KREMER | REVIEW TESTIMONY OUTLINE AND REVISE SAME (.3); EMAIL WITH DENTONS REGARDING AMENDED 503(B)(9) SCHEDULE (.2) | 0.5 | 702.50 |
| 06/13/24 | M KREMER | ATTEND STATUS CONFERENCE/HEARING ON URGENT SCHEDULING MOTION | 0.7 | 983.50 |
| 06/13/24 | G OLIVERA | ATTEND JUNE 13 OMNIBUS TELEPHONIC HEARING | 1.1 | 1,391.50 |
| 06/13/24 | G OLIVERA | REVIEW AND ANALYZE CONTERRA EXHIBITS FOR JUNE 20 EVIDENTIARY HEARING | 0.5 | 632.50 |
| 06/14/24 | J GURULE | EMAILS WITH KREMER REGARDING FILINGS | 0.1 | 138.50 |
| 06/14/24 | M KREMER | REVIEW AND REVISE TESTIMONY OUTLINE | 0.3 | 421.50 |
| 06/14/24 | M KREMER | EMAIL TO OMM TEAM REGARDING OMNIBUS RESPONSE | 0.1 | 140.50 |
| 06/17/24 | M KREMER | REVIEW AND REVISE OMNIBUS STATEMENT | 0.4 | 562.00 |
| 06/17/24 | M KREMER | REVIEW AND REVISE WITNESS OUTLINE (.3); EMAIL WITH D. NOBLE (.2); ATTEND LAND VIEW PREP SESSIONS (.6) | 1.1 | 1,545.50 |
| 06/17/24 | G OLIVERA | EDIT STATEMENT IN SUPPORT OF JUNE 20 MOTIONS | 0.7 | 885.50 |
| 06/18/24 | M KREMER | REVIEW DECLARATIONS (.5); PREPARE FOR HEARING (.4) | 0.9 | 1,264.50 |
| 06/19/24 | M KREMER | MEETING WITH DEBTOR COUNSEL RE: HEARING PREP (1.0); PREPARE FOR HEARING (.8) | 1.8 | 2,529.00 |
| 06/20/24 | M KREMER | PREPARE FOR HEARING (.4); MEETING WITH UCC MEMBERS (.5) | 0.9 | 1,264.50 |
| 06/20/24 | M KREMER | CONTESTED HEARING ON (1) 503(B)(9); (2) DIP DRAW; (3) SILAGE MOTION; AND (4) BURKE TRACTOR MOTION | 7.5 | 10,537.50 |
| 06/21/24 | G OLIVERA | REVIEW AND ANALYZE COURT ORDER RE: RULINGS ON JUNE 20 MOTIONS | 0.4 | 506.00 |
| 06/21/24 | G OLIVERA | REVIEW SUMMARY OF JUNE 20 HEARING | 0.2 | 253.00 |
| 06/21/24 | N MOLNER | REVIEW AND SUMMARIZE COURT'S DECISION ON DEBTORS' MOTIONS FOR SILAGE, DIP DRAW, 503(B)(9) CLAIMS, AND EQUIPMENT LEASE | 0.2 | 214.00 |
| 06/22/24 | N MOLNER | DRAFT CLIENT-FACING EMAIL REGARDING COURT'S DECISION ON DEBTORS' MOTIONS FOR SILAGE, DIP DRAW, 503(B)(9) CLAIMS, AND EQUIPMENT LEASE | 0.4 | 428.00 |

**O'Melveny**

---

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice: 1181758
Page No.   10

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/22/24 | G OLIVERA | EDIT SUMMARY OF COURT ORDER RE: RULINGS ON JUNE 20 MOTIONS | 0.3 | 379.50 |
| 06/27/24 | G OLIVERA | REVIEW DEBTORS' LIMITED MOTION TO SHORTEN TIME FOR NOTICE OF HEARING | 0.2 | 253.00 |
| 06/27/24 | G OLIVERA | REVIEW AND ANALYZE EXHIBITS FROM JUNE 20 HEARING | 0.9 | 1,138.50 |
| 06/27/24 | M KREMER | REVIEW MOTION FOR CONTINUED USE CASH COLLATERAL (.3); MOTION TO EXTEND EXCLUSIVITY (.3); 506(B) PROCEDURES (.2); AND SHORTEN TIME (.2); REVIEW AND REVISE SUMMARY (.2) | 1.2 | 1,686.00 |
| 06/28/24 | G OLIVERA | EDIT SUMMARY OF MOTION FILED ON JULY 27 FOR THE COMMITTEE | 0.4 | 506.00 |
| **Total** | **B190 OTHER CONTESTED MATTERS** | | **36.6** | **48,378.50** |
| **B195 NON-WORKING TRAVEL** | | | | |
| 06/19/24 | M KREMER | NON-WORKING TRAVEL FROM NY TO BOISE IDAHO (BILL AT 1/2 TIME) | 3.0 | 4,215.00 |
| 06/21/24 | M KREMER | NON-WORKING TRAVEL BOISE TO NY (BILL AT 1/2 TIME) | 3.0 | 4,215.00 |
| **Total** | **B195 NON-WORKING TRAVEL** | | **6.0** | **8,430.00** |
| **B210 BUSINESS OPERATIONS** | | | | |
| 06/06/24 | M KREMER | REVIEW AND REVISE MOTION TO SELL AND PURCHASE EQUIPMENT (2); EMAILS REGARDING CONSENT RIGHTS (.2) | 0.4 | 562.00 |
| 06/07/24 | G OLIVERA | REVIEW PROPOSED QUESTIONS FOR KANDER REGARDING DEBTORS' FINANCES | 0.2 | 253.00 |
| 06/12/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' PERIODIC REPORT REGARDING VALUE, OPERATIONS, AND PROFITABILITY OF ENTITIES IN WHICH THE DEBTOR'S ESTATE HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST | 0.6 | 759.00 |
| 06/17/24 | G OLIVERA | REVIEW ARMORY'S ANALYSIS OF MEETING WITH FORBES AND KANDER | 0.4 | 506.00 |
| 06/21/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' MONTHLY OPERATING REPORT | 0.7 | 885.50 |
| 06/24/24 | G OLIVERA | COMMUNICATIONS WITH ARMORY TEAM RE: BUSINESS OPERATIONS AND PLAN STRATEGY | 0.2 | 253.00 |
| 06/24/24 | G OLIVERA | REVIEW AND ANALYZE MONTHLY OPERATING REPORT FOR MAY FILED BY DEBTOR MILLENKAMP CATTLE, INC. | 0.8 | 1,012.00 |
| **Total** | **B210 BUSINESS OPERATIONS** | | **3.3** | **4,230.50** |
| **B230 FINANCING/CASH COLLATERAL** | | | | |
| 06/03/24 | G OLIVERA | REVIEW AND ANALYZE DOCUMENTS PRODUCED BY THE DEBTORS | 1.1 | 1,391.50 |
| 06/03/24 | G OLIVERA | COMMUNICATIONS WITH DEBTORS' COUNSEL REGARDING INITIAL DOCUMENT REQUESTS | 0.6 | 759.00 |

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice: 1181758
Page No.  11

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/03/24 | J GURULE | TELEPHONE CONFERENCE WITH MCDONALD REGARDING WORK STREAMS | 0.4 | 554.00 |
| 06/04/24 | J GURULE | TELEPHONE CONFERENCE WITH D. MCDONALD REGARDING STATUS AND PREP | 0.1 | 138.50 |
| 06/05/24 | J GURULE | EMAILS WITH ARMORY REGARDING DIP ANALYSIS | 0.1 | 138.50 |
| 06/06/24 | G OLIVERA | REVIEW, ANALYZE, AND EDIT DEBTORS' MOTION FOR AUTHORITY TO ADVANCE ON THE DIP FACILITY | 0.6 | 759.00 |
| 06/06/24 | J GURULE | ANALYSIS OF RABO DIP OBJECTION | 0.3 | 415.50 |
| 06/06/24 | N MOLNER | REVIEW AND COMMENT ON DIP DRAW MOTION | 0.4 | 428.00 |
| 06/06/24 | J GURULE | ANALYSIS OF DIP ISSUES | 0.2 | 277.00 |
| 06/06/24 | M KREMER | REVIEW AND REVISE DIP DRAW MOTION | 0.4 | 562.00 |
| 06/06/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' VARIANCE REPORTING PACKAGE | 0.5 | 632.50 |
| 06/06/24 | J GURULE | REVIEW DIP MOTION | 0.2 | 277.00 |
| 06/06/24 | J GURULE | ANALYSIS OF BUDGET | 0.3 | 415.50 |
| 06/07/24 | J GURULE | TELEPHONE CONFERENCE WITH MCDONALD REGARDING FINANCIALS | 0.1 | 138.50 |
| 06/07/24 | G OLIVERA | REVIEW AND ANALYZE DETAILED 13-WEEK DIP BUDGET | 0.4 | 506.00 |
| 06/08/24 | J GURULE | EMAIL FROM MCDONALD REGARDING KANDER CALL | 0.1 | 138.50 |
| 06/10/24 | J GURULE | REVIEW ARMORY VARIANCE REPORT | 0.3 | 415.50 |
| 06/10/24 | J GURULE | EMAIL T EVANS REGARDING LIEN REVIEW | 0.1 | 138.50 |
| 06/11/24 | G OLIVERA | EMAIL ARMORY TEAM REGARDING DEBTORS' DIP VARIANCE | 0.1 | 126.50 |
| 06/13/24 | G OLIVERA | REVIEW AND ANALYZE THE NEW WEEKLY VARIANCE REPORT | 0.7 | 885.50 |
| 06/13/24 | J GURULE | INTERNAL CALL REGARDING LIEN REVIEW | 0.3 | 415.50 |
| 06/13/24 | L GREY | REVIEW LIEN AND LITIGATION SEARCH RESULTS RECEIVED FROM THE STATE OF IDAHO; CORRESPOND WITH N. MOLNER WITH REGARD TO STATUS OF REVIEW | 1.0 | 510.00 |
| 06/13/24 | N MOLNER | ATTEND CALL WITH J. GURULE, M. KREMER, T. EVANS, G. OLIVERA, AND D. KELLY REGARDING LIEN INVESTIGATION | 0.3 | 321.00 |
| 06/13/24 | J GURULE | REVIEW VARIANCE MATERIALS | 0.2 | 277.00 |
| 06/18/24 | J GURULE | TELEPHONE CONFERENCE WITH D. MCDONALD RE STATUS | 0.1 | 138.50 |
| 06/18/24 | G OLIVERA | REVIEW ARMORY'S ANALYSIS OF THE DEBTORS' WEEKLY VARIANCE REPORT | 0.3 | 379.50 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name:  MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice: 1181758
Page No.   12

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/18/24 | N MOLNER | ATTEND CALL WITH G. OLIVERA AND A. DAMIANI REGARDING DEBTOR DATA ROOM REVIEW | 0.2 | 214.00 |
| 06/20/24 | G OLIVERA | REVIEW AND ANALYZE RABO'S OBJECTION TO THE DEBTORS' SILAGE MOTION AND DIP DRAW MOTION | 0.7 | 885.50 |
| 06/20/24 | G OLIVERA | REVIEW AND ANALYZE WEEKLY DIP FINANCING VARIANCE REPORT | 0.7 | 885.50 |
| 06/21/24 | N MOLNER | REVIEW AND REVISE DEBTORS' DATA ROOM INDEX | 0.8 | 856.00 |
| 06/25/24 | G OLIVERA | CONFER WITH OMM AND ARMORY TEAMS RE: DIP BUDGET | 0.4 | 506.00 |
| 06/25/24 | G OLIVERA | REVIEW AND ANALYZE ARMORY'S WEEKLY VARIANCE ANALYSIS | 0.5 | 632.50 |
| 06/25/24 | G OLIVERA | COMMUNICATIONS WITH OMM TEAM RE: DIP BUDGET | 0.2 | 253.00 |
| 06/25/24 | M KREMER | EMAIL RE: BUDGET AND REVIEW SAME | 0.3 | 421.50 |
| 06/25/24 | J GURULE | EMAIL WITH OMM TEAM RE DIP BUDGET | 0.1 | 138.50 |
| 06/26/24 | J GURULE | ANALYSIS OF ARMORY AND KANDER UPDATES | 0.2 | 277.00 |
| 06/26/24 | G OLIVERA | ANALYZE DIP BUDGET WITH ARMORY | 0.3 | 379.50 |
| 06/27/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' SECOND MOTION FOR CONTINUED USE OF CASH COLLATERAL | 0.7 | 885.50 |
| **Total** | **B230 FINANCING/CASH COLLATERAL** | | **14.3** | **17,473.00** |
| **B250 REAL ESTATE** | | | | |
| 06/13/24 | D LEAL | REVIEW MILLENKAMP DATA ROOM AND BANKRUPTCY DOCUMENTATION REGARDING REAL PROPERTY ASSETS AND OVERALL MATTER CONTEXT; INITIAL DRAFT OF NOTES REGARDING REAL PROPERTY ANALYSIS AND LIEN REVIEW | 1.8 | 1,548.00 |
| 06/14/24 | D LEAL | FURTHER REVIEW OF MILLENKAMP DATA ROOM; DRAFT WRITE UP OF REAL PROPERTY ASSETS FOR T. EVANS REVIEW | 1.5 | 1,290.00 |
| 06/21/24 | D LEAL | CORRESPONDENCE W/ D. KELLY RE: MORTGAGE REVIEW; REVIEW DATA ROOM AND MORTGAGE DOCUMENTATION; CORRESPONDENCE W/ T. EVANS RE: LOAN DOCUMENTATION REVIEW AND REAL PROPERTY; REVIEW UPDATED DATA ROOM INDEX; | 1.0 | 860.00 |
| 06/24/24 | D LEAL | FURTHER REVIEW OF DATA ROOM RE: SUPPLEMENTAL REQUESTS; CORRESPONDENCE W/ D. KELLY RE: PAUSING REVIEW OF REAL ESTATE DOCUMENTATION UNTIL FURTHER NOTICE; CORRESPONDENCE W/ T. EVANS RE: SAME | 0.5 | 430.00 |
| **Total** | **B250 REAL ESTATE** | | **4.8** | **4,128.00** |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice: 1181758
Page No.   13

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| **B300 CLAIMS & PLAN** | | | | |
| 06/01/24 | G OLIVERA | DRAFT AND EDIT REPLY IN SUPPORT OF DEBTORS' AMENDED 503(B)(9) MOTION | 3.7 | 4,680.50 |
| 06/01/24 | N MOLNER | PROOF AND EDIT REPLY IN SUPPORT OF 503(B)(9) MOTION | 0.4 | 428.00 |
| 06/01/24 | N MOLNER | DRAFT REPLY IN SUPPORT OF 503(B)(9) MOTION | 0.7 | 749.00 |
| 06/01/24 | N MOLNER | RESEARCH CASES WHERE COURTS AUTHORIZED PAYMENT OF SECTION 503(B)(9) CLAIMS FOR REPLY IN SUPPORT OF 503(B)(9) MOTION | 1.2 | 1,284.00 |
| 06/03/24 | G OLIVERA | EDIT COMMITTEE REPLY IN SUPPORT OF DEBTORS' 503(B)(9) MOTION | 0.8 | 1,012.00 |
| 06/03/24 | N MOLNER | CALL WITH OMM TEAM AND DEBTORS' COUNSEL REGARDING UPCOMING MOTIONS AND 503(B)(9) MOTION | 0.4 | 428.00 |
| 06/03/24 | M KREMER | UCC/METLIFE CALL (.4); CALL WITH DENTONS REGARDING UST OBJECTION 503(B)(9) (.5); EMAILS REGARDING EVIDENTIARY SUPPORT AND NEXT STEPS (.2); REVIEW AND REVISE DRAFT 503(B)(9) REPLY (.6) | 1.7 | 2,388.50 |
| 06/03/24 | G OLIVERA | CONFERENCE CALL WITH OMM TEAM REGARDING REPLY IN SUPPORT OF DEBTORS' 503(B)(9) MOTION | 0.5 | 632.50 |
| 06/03/24 | G OLIVERA | CONFERENCE CALL WITH OMM TEAM AND DEBTORS' COUNSEL REGARDING REPLY IN SUPPORT OF DEBTORS' 503(B)(9) MOTION | 0.3 | 379.50 |
| 06/03/24 | G OLIVERA | EMAIL LOCAL COUNSEL REGARDING EVIDENTIARY ISSUES PERTAINING TO REPLY IN SUPPORT OF DEBTORS' AMENDED 503(B)(9) MOTION | 0.2 | 253.00 |
| 06/04/24 | G OLIVERA | EDIT DRAFT BAR DATE MOTION | 0.8 | 1,012.00 |
| 06/04/24 | N MOLNER | DRAFT BAR DATE MOTION AND NOTICE | 3.5 | 3,745.00 |
| 06/04/24 | G OLIVERA | REVIEW AND EDIT DRAFT FORM DECLARATION IN SUPPORT OF DEBTORS' 503(B)(9) MOTION | 0.2 | 253.00 |
| 06/04/24 | J GURULE | EMAILS WITH M. KREMER REGARDING 503B9 | 0.1 | 138.50 |
| 06/04/24 | J GURULE | REVIEW BAR DATE MOTION DRAFT | 0.2 | 277.00 |
| 06/05/24 | G OLIVERA | EMAILS TO COUNSEL FOR THE DEBTORS REGARDING BAR DATE ORDER AND REPLY IN SUPPORT OF 503(B)(9) MOTION | 0.3 | 379.50 |
| 06/05/24 | G OLIVERA | EDIT DRAFT BAR DATE MOTION | 0.7 | 885.50 |
| 06/05/24 | G OLIVERA | REVIEW AND ANALYZE LAND VIEW DECLARATION IN SUPPORT OF 503(B)(9) MOTION | 0.3 | 379.50 |
| 06/05/24 | G OLIVERA | EMAIL LOCAL COUNSEL REGARDING REPLY IN SUPPORT OF 503(B)(9) MOTION | 0.2 | 253.00 |
| 06/05/24 | J GURULE | REVIEW AND ANALYZE 503(B)(9) MATERIALS | 0.3 | 415.50 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice: 1181758
Page No.   14

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/06/24 | G OLIVERA | EDIT COMMITTEE'S REPLY IN SUPPORT OF AMENDED 503(B)(9) MOTION | 0.7 | 885.50 |
| 06/06/24 | J GURULE | TELEPHONE CONFERENCE WITH A BURNS REGARDING 503(B)(9) | 0.2 | 277.00 |
| 06/06/24 | G OLIVERA | COORDINATE FILING OF COMMITTEE'S REPLY IN SUPPORT OF AMENDED 503(B)(9) MOTION | 0.3 | 379.50 |
| 06/06/24 | G OLIVERA | REVIEW VITERRA'S DECLARATION IN SUPPORT OF AMENDED 503(B)(9) MOTION | 0.2 | 253.00 |
| 06/06/24 | N MOLNER | REVISE REPLY IN SUPPORT OF AMENDED 503(B)(9) MOTION | 0.7 | 749.00 |
| 06/06/24 | N MOLNER | DRAFT CLIENT SUMMARY OF RABO OBJECTION TO DEBTORS' 503(B)(9) MOTION | 0.7 | 749.00 |
| 06/06/24 | G OLIVERA | REVIEW AND ANALYZE RABO'S OBJECTION TO DEBTORS' AMENDED 503(B)(9) MOTION AND DECLARATION IN SUPPORT OF ITS OBJECTION | 0.6 | 759.00 |
| 06/07/24 | G OLIVERA | REVIEW VITERRA'S RESPONSE IN SUPPORT OF THE DEBTORS' MOTION TO ALLOW 503(B)(9) CLAIMS | 0.2 | 253.00 |
| 06/07/24 | J GURULE | REVIEW AND EMAIL UCC REGARDING BAR DATE ORDER | 0.2 | 277.00 |
| 06/07/24 | J GURULE | REVIEW 503B9 OBJECTION | 0.1 | 138.50 |
| 06/10/24 | J GURULE | REVIEW AND EMAILS WITH OMM TEAM REGARDING 503B9 | 0.3 | 415.50 |
| 06/11/24 | J GURULE | TELEPHONE CONFERENCE WITH M KREMER REGARDING 503(B)(9) ISSUES | 0.1 | 138.50 |
| 06/11/24 | M KREMER | CALL WITH J. GURULE REGARDING 503(B)(9) HEARING PREP (.2); DRAFT AND REVISE REMARKS REGARDING THE SAME (.3) | 0.5 | 702.50 |
| 06/12/24 | G OLIVERA | REVIEW RABO'S NOTICE OF NO OBJECTION TO ALLOWANCE OF LAND VIEW'S 503(B)(9) CLAIM | 0.1 | 126.50 |
| 06/12/24 | G OLIVERA | REVIEW RABO'S NOTICE OF NO OBJECTION TO ALLOWANCE OF VITERRA'S 503(B)(9) CLAIM | 0.1 | 126.50 |
| 06/13/24 | G OLIVERA | COORDINATE FILING OF JDH AMENDED CERTIFICATION REGARDING CLAIMS | 0.2 | 253.00 |
| 06/13/24 | N MOLNER | REVIEW AND COMMENT ON REVISED 503(B)(9) CLAIM OF COMMITTEE MEMBER | 0.2 | 214.00 |
| 06/14/24 | G OLIVERA | REVIEW VITERRA WITNESS LIST | 0.1 | 126.50 |
| 06/14/24 | G OLIVERA | REVIEW AND ANALYZE SUPPLEMENT TO DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS | 0.3 | 379.50 |
| 06/18/24 | G OLIVERA | REVIEW AND ANALYZE SUPPLEMENT TO DEBTORS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS | 0.6 | 759.00 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name:  MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice:  1181758
Page No.   15

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/19/24 | G OLIVERA | REVIEW AND ANALYZE MWI VETERINARIAN SUPPLY'S DECLARATION IN SUPPORT OF DEBTOR'S AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF SECTION 503(B)(9) CLAIMS | 0.2 | 253.00 |
| 06/21/24 | M KREMER | REVIEW COURT ORDER ON 503(B)(9) CLAIMS AND EMAILS WITH OMM TEAM RE: THE SAME | 0.4 | 562.00 |
| 06/27/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' MOTION TO ESTABLISH PROCEDURE FOR 11 U.S.C. § 506(B) CLAIMS | 0.3 | 379.50 |
| 06/28/24 | G OLIVERA | REVIEW AND ANALYZE REVIEW AND ANALYZE MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM FILED BY CREDITOR VALLEY WIDE COOPERATIVE | 0.6 | 759.00 |
| 06/28/24 | G OLIVERA | REVIEW AND ANALYZE METLIFE PROOFS OF CLAIM | 0.9 | 1,138.50 |
| **Total** | **B300 CLAIMS & PLAN** | | **25.3** | **31,027.50** |
| **B320 PLAN & DISCLOSURE STATEMENT** | | | | |
| 06/27/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' MOTION TO EXTEND EXCLUSIVE PERIOD TO FILE DISCLOSURE STATEMENT AND PLAN | 0.4 | 506.00 |
| **Total** | **B320 PLAN & DISCLOSURE STATEMENT** | | **0.4** | **506.00** |
| **B400 BANKRUPTCY-RELATED ADVICE** | | | | |
| 06/04/24 | G OLIVERA | PARTICIPATE IN STANDING MEETING WITH DEBTORS' PROFESSIONALS | 0.5 | 632.50 |
| 06/07/24 | M KREMER | EMAILS WITH OMM TEAM REGARDING UPCOMING HEARING AND PREPARE FOR THE SAME | 0.3 | 421.50 |
| 06/11/24 | N MOLNER | ATTEND WEEKLY STANDING CALL WITH DEBTORS AND PROFESSIONALS | 0.5 | 535.00 |
| 06/11/24 | J GURULE | STANDING WEEKLY CALL WITH DEBTORS | 0.5 | 692.50 |
| 06/11/24 | G OLIVERA | PREPARE FOR STANDING CALL WITH DEBTORS' PROFESSIONALS | 0.4 | 506.00 |
| 06/12/24 | G OLIVERA | COMMUNICATIONS WITH OMM TEAM REGARDING LIEN REVIEW | 0.2 | 253.00 |
| 06/12/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' STATUS REPORT FOR JUNE 2024 OMNIBUS HEARING | 0.2 | 253.00 |
| 06/13/24 | G OLIVERA | CONFERENCE CALL WITH OMM TEAM REGARDING LIEN REVIEW | 0.3 | 379.50 |
| 06/18/24 | G OLIVERA | CONFERENCE CALL WITH OMM TEAM RE: DOCUMENT REVIEW | 0.4 | 506.00 |
| 06/18/24 | J GURULE | TELEPHONE CONFERENCE WITH M. KREMER RE STATUS AND HEARING PREP | 0.2 | 277.00 |
| 06/18/24 | N MOLNER | ATTEND CALL WITH DEBTORS AND PROFESSIONALS | 0.5 | 535.00 |
| 06/18/24 | G OLIVERA | PARTICIPATE IN STANDING MEETING WITH DEBTORS' COUNSEL | 0.4 | 506.00 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice: 1181758
Page No. 16

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/19/24 | G OLIVERA | REVIEW DEBTORS' AMENDED EXHIBIT LIST | 0.1 | 126.50 |
| 06/19/24 | G OLIVERA | REVIEW RABO'S EXHIBITS FOR JUNE 20 HEARING | 0.7 | 885.50 |
| 06/19/24 | G OLIVERA | REVIEW VITERRA USA GRAIN, LLC AND VITERRA USA INGREDIENTS, LLC'S EXHIBITS FOR JUNE 20 HEARING | 0.4 | 506.00 |
| 06/19/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' EXHIBITS FOR JUNE 20 HEARING | 0.6 | 759.00 |
| 06/19/24 | G OLIVERA | REVIEW US TRUSTEE'S EXHIBIT LIST | 0.1 | 126.50 |
| 06/20/24 | J GURULE | REVIEW COURT HEARING SUMMARY | 0.2 | 277.00 |
| 06/21/24 | G OLIVERA | REVIEW CONTERRA'S § 546(B) NOTICES | 0.2 | 253.00 |
| 06/25/24 | G OLIVERA | CONFERENCE CALL WITH DEBTORS AND UCC PROFESSIONALS RE: CASE STRATEGY AND PENDING MATTERS | 0.5 | 632.50 |
| 06/25/24 | N MOLNER | ATTEND STANDING CALL WITH DEBTORS AND PROFESSIONALS | 0.5 | 535.00 |
| 06/25/24 | J GURULE | WEEKLY MEETING WITH DEBTORS' ADVISORS | 0.5 | 692.50 |
| 06/25/24 | G OLIVERA | PREPARE FOR MEETING WITH DEBTORS' PROFESSIONALS RE: CASE STRATEGY | 0.4 | 506.00 |
| **Total** | **B400 BANKRUPTCY-RELATED ADVICE** | | **8.6** | **10,796.50** |
| **B410 GENERAL BANKRUPCTY ADVICE/OPINIONS** | | | | |
| 06/04/24 | M KREMER | UCC CALL WITH DEBTORS COUNSEL (.4); WEEKLY COMMITTEE CALL (.5); REVISE AGENDA (.2); CALL WITH OMM TEAM REGARDING WORK STREAMS AND REVISE SAME (.3); CALL WITH R. CICERO REGARDING LIEN INVESTIGATION AND BACKGROUND (.4); REVIEW AND REVISE SILAGE MOTION (.8); REVIEW AND REVISE DECLARATIONS IN SUPPORT OF 503(B)(9) (.3); EMAILS WITH UCC MEMBERS REGARDING THE SAME (.2); REVIEW DIP ORDER (.3) | 3.0 | 4,215.00 |
| 06/05/24 | M KREMER | REVIEW AND REVISE CREDITOR DECLARATIONS IN SUPPORT OF 503(B)(9) RELIEF (.5); REVIEW AND REVISE 503(B)(9) REPLY (.4); REVIEW AND REVISE 363(B)(1) MOTION (.3); EMAIL REGARDING H&M CUSTOM (.2); CONFER WITH N. MOLNER AND G. OLIVERA REGARDING OPEN ITEMS (.2); REVIEW DATA ROOM DOCUMENTS (.4) | 2.0 | 2,810.00 |
| **Total** | **B410 GENERAL BANKRUPCTY ADVICE/OPINIONS** | | **5.0** | **7,025.00** |
| **Total** | | | **181.6** | **$210,139.00** |
| **Less 15% Discount** | | | | **(31,520.85)** |
| **Total Fees After Adjustment** | | | | **178,618.15** |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name:  MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice:  1181758
Page No.   17

### Disbursements

| | |
|---|---|
| Copying | $155.25 |
| Expense Report Other (Incl. Out of Town Travel) | 625.22 |
| Local Travel | 234.25 |
| Meals | 54.81 |
| Online Research | 216.91 |
| **Total Disbursements** | **$1,286.44** |

| | |
|---|---|
| **Total Current Invoice** | **$179,904.59** |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

07/30/24
Invoice: 1181758
Page No.    18

**Timekeeper Summary**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| RYAN CICERO | Partner | 1,585.00 | 3.5 | 5,547.50 |
| TIM EVANS | Partner | 1,425.00 | 2.5 | 3,562.50 |
| MATTHEW P. KREMER | Partner | 1,405.00 | 38.9 | 54,654.50 |
| JULIAN GURULE | Partner | 1,385.00 | 21.1 | 29,223.50 |
| **Total for Partner** | | | **66.0** | **92,988.00** |
| GABRIEL L. OLIVERA | Counsel | 1,265.00 | 45.0 | 56,925.00 |
| **Total for Counsel** | | | **45.0** | **56,925.00** |
| DECLAN P. KELLY | Associate | 1,070.00 | 17.6 | 18,832.00 |
| NICOLE MOLNER | Associate | 1,070.00 | 24.9 | 26,643.00 |
| DANIEL W. LEAL | Associate | 860.00 | 4.8 | 4,128.00 |
| **Total for Associate** | | | **47.3** | **49,603.00** |
| LAKE GREY | Paralegal | 510.00 | 15.8 | 8,058.00 |
| **Total for Paralegal** | | | **15.8** | **8,058.00** |
| AUSTIN J. DAMIANI | Assoc - Summer | 370.00 | 6.0 | 2,220.00 |
| **Total for Assoc - Summer** | | | **6.0** | **2,220.00** |
| ALEXANDER ROTI | Project Assistant | 230.00 | 1.5 | 345.00 |
| **Total for Project Assistant** | | | **1.5** | **345.00** |
| **Total** | | | **181.6** | **210,139.00** |