# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

**DECLARATION OF SERVICE**

In re Millenkamp Cattle, Inc. (and related cases)　　Debtor(s):

Case Number: 24-40158-NGH

Chapter 11

COMES NOW, **Amanda Mecham**, hereby declares and says: That I am over the age of eighteen (18) years, and not a party to the action or related to any of the parties in the above entitled action. I received a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)** and delivered the same upon **JBS USA, LLC** by delivering to and leaving with:

(Name) **Tighe Corbridge**　　(Title) **Authorized - Project Manager**
a person authorized to accept service on behalf of JBS USA, LLC.

At: (Address) **410 N. 200 W.**

(City, State, Zip) **Hyrum, UT 84319**

on the **23rd** day of **July**, 2024, at **4:09** o'clock **p**.m.

I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

(Date) **7/29/2024**

_Amanda Mech_
**PROCESS SERVER**

Our Reference Number: 214032
Client Reference: > Matthew T. Christensen