Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax:  (208) 667-2900
brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
golivera@omm.com

*Attorneys for the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: | |
| MILLENKAMP CATTLE, INC., | Case No.:  24-40158-NGH |
| Debtor. | Jointly Administered With Case Nos.: |
| | 24-40159-NGH (Idaho Jersey Girls) |
| Filing relates to: | 24-40160-NGH (East Valley Cattle) |
| | 24-40161-NGH (Millenkamp Properties) |
| ☒  ALL DEBTORS | 24-40162-NGH (Millenkamp Properties II) |
| ☐  Millenkamp Cattle, Inc. | 24-40163-NGH (Millenkamp Family) |
| ☐  Idaho Jersey Girls | 24-40164-NGH (Goose Ranch) |
| ☐  East Valley Cattle | 24-40166-NGH (Black Pine Cattle) |
| ☐  Millenkamp Properties | 24-40167-NGH (Millenkamp Enterprises) |

CERTIFICATE OF SERVICE  - 1

|  |  |  |
|---|---|---|
| ☐ | Millenkamp Properties II | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ | Millenkamp Family | |
| ☐ | Goose Ranch | |
| ☐ | Black Pine Cattle | Chapter 11 Cases |
| ☐ | Millenkamp Enterprises | |
| ☐ | Idaho Jersey Girls Jerome Dairy | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 31, 2024, in accordance with Fed. R. Civ. P. 5(b)(3), true copies of the following were served via regular first-class mail, postage prepaid, on the parties listed below, those requesting notice, and the 20 largest unsecured creditors, except those already receiving ECF, and duplicates.

#525 – Elsaesser Anderson, Chtd.'s Cover Sheet Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period May 24, 2024 through May 31, 2024.

#526 – Notice of Elsaesser Anderson, Chtd.'s Cover Sheet Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period of May 24, 2024 through May 31, 2024.

#528 - Elsaesser Anderson, Chtd.'s Cover Sheet Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period June 1, 2024 through June 30, 2024

#530    Notice of Elsaesser Anderson, Chtd.'s Cover Sheet Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period of June 1, 2024 through June 30, 2024.

IRS Centralized Insolvency Op.          Idaho State Tax Commission
Post Office Box 7346                          PO Box 36
Philadelphia PA 19101                       Boise, ID  83722-0036

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  July 31, 2024          ELSAESSER ANDERSON, CHTD.


*/s/ Bruce A. Anderson*
Bruce A. Anderson

CERTIFICATE OF SERVICE  - 2