Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | [NO HEARING REQUIRED] |
| | Jointly Administered with Case Nos.: |
| Filing relates to: | |
| ☒ ALL DEBTORS | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Millenkamp Cattle, Inc. | 24-40160-NGH (East Valley Cattle) |
| ☐ Idaho Jersey Girls | 24-40161-NGH (Millenkamp Properties) |
| ☐ East Valley Cattle | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Properties II | 24-40164-NGH (Goose Ranch) |
| ☐ Millenkamp Family | 24-40166-NGH (Black Pine Cattle) |
| ☐ Goose Ranch | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Black Pine Cattle | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

#4058891

### DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024

Dentons Davis Brown (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of July 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.  The Firm is counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.  The Firm billed a total of $38,608.27 in fees and expenses during the Application Period. The total fees represent 105.1 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| July 1-31, 2024 | $35,764.50 | $2,843.77 | $38,608.27 |

C.  Accordingly, the Firm seeks allowance of interim compensation in the amount of $29,667.14 at this time. This total is comprised as follows: $26,823.37 (75% of the fees for services rendered) plus $2,843.77 (100% of the expenses incurred).

D.  Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: August 2, 2024

/s/ *Krystal R. Mikkilineni*
DENTONS DAVIS BROWN
Krystal R. Mikkilineni


/s/ *Matt T. Christensen*
JOHNSON MAY
Matt T. Christensen

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2rd day of August, 2024, I caused to be served a true and correct copy of the foregoing DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024 – Page 4

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

/s/ *Krystal R. Mikkilineni*
Krystal R. Mikkilineni

**DENTONS**

In Account With

**DENTONS DAVIS BROWN PC**                **EXHIBIT A**
**Attorneys and Counselors at Law**
215 10th Street, Suite 1300
Des Moines, IA 50309-3993
(515) 288-2500
Federal I.D. No. 42-1343884

**Millenkamp Cattle, Inc.**                             Statement: 1574779
**Bill Millenkamp**                                     Date: 8/1/2024
**471 N 300th Rd W**
**Jerome, Idaho 83338**

Re: 9020530-188653 - Ch 11 Bankruptcy

## Professional Fees

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/01/2024 | KMIK | Review emails from John O'Brien regarding Forbes reports and motion to extend cash collateral (.2); emails to/from Kate Buck regarding change of address for Merck Animal Health (.2); review email from JB Evans regarding rental agreement and stop use of equipment (.1) | B150 | 0.50 | 207.50 |
| 07/01/2024 | KMIK | Review proposal from Rabo regarding evidentiary hearing in July (.2) and review emails from client regarding same (.1) | B190 | 0.30 | 124.50 |
| 07/01/2024 | KMIK | Review email from counsel for committee regarding proposed order on cash collateral (.1); review emails from Cooper Norman, Matt Christensen, and Ken Nofziger regarding Jan through March financials (.2); review updated cash collateral budget (.1); review email from Ken Nofziger regarding long-term budget (.1) and review of long-term budget (.1) | B230 | 0.60 | 249.00 |
| 07/01/2024 | KMIK | Review Valley Wide's motion for allowance of 503(b)(9) claim (.2) and emails to/from Lisa Nelson regarding same (.2) | B110 | 0.40 | 166.00 |
| 07/01/2024 | KMIK | Review Schuil fee app (.2); email Kander regarding May fee app (.1) | B160 | 0.30 | 124.50 |
| 07/01/2024 | KMIK | Review James Farrell proof of claim (.1); review Daimler proof of claim (.1); review Valley Wide Coop's proof of claim (.1); review MWI's proofs of claim (.2); review CNH proofs of claim (.3); review Progressive Dairy's amended proof of claim (.1); review Prime Ridge Beef's amended proof of claim (.1); review Connie Lapaseotes amended proof of claim (.1); review Fredin Brothers' amended proof of claim (.1) | B300 | 1.20 | 498.00 |
| 07/01/2024 | KMIK | Review emails from counsel for Standlee and client regarding Standlee claim for adequate protection (.2); review email from David Coleman regarding B&H Farming adequate protection payments (.1) | B140 | 0.30 | 124.50 |
| 07/01/2024 | KMIK | Review emails from Lisa Nelson regarding Rabo online portal (.1); call with client, Kander, and co-counsel regarding status update and strategy (.8); review and revise notice of change of address for Allfelx (.1) | B110 | 1.00 | 415.00 |
| 07/01/2024 | KMIK | Email Lisa Nelson regarding Dentons' May fee app (.2) | B160 | 0.20 | 83.00 |
| 07/01/2024 | GMAT | Updating claims analysis. | B310 | 1.60 | 336.00 |

Millenkamp Cattle, Inc.  
8/1/2024  
Page: 2

Client: 9020530  
Matter: 9020530-188653  
Statement: 1574779

| Date | Tkpr | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 07/01/2024 | TROU | Conference call with client, Kander, and co-counsel regarding status update and strategy (.8); Review emails from Lisa regarding Rabo online portal (.1) | B110 | 0.90 | 256.50 |
| 07/01/2024 | TROU | Review Valley Wide invoices and determine if valid 503(b)(9) claim (.9); updating 503(b)(9) claim list (.5) | B300 | 1.40 | 399.00 |
| 07/01/2024 | TROU | Call with Johnathan Verhooven regarding Schuil fee app (.3); Draft and revise Schuil Fee App (1.2); Emails to Gale Harding regarding fee app (.2); drafting Harding Fee App (1.2) | B160 | 2.90 | 826.50 |
| 07/01/2024 | TROU | Determine if Motion for Relief has been correctly filed (.2) emails with Krystal regarding same (.1) | B140 | 0.30 | 85.50 |
| 07/02/2024 | KMIK | Review email from Ken Nofziger regarding Sandton's local counsel fees (.1) | B230 | 0.10 | 41.50 |
| 07/02/2024 | KMIK | Review negotiation response from Rabo's counsel (.1) and email from Ken Nofziger regarding same (.1) | B190 | 0.20 | 83.00 |
| 07/02/2024 | GMAT | Updating claims analysis. | B310 | 0.20 | 42.00 |
| 07/02/2024 | KMIK | Call with client, Kander, and co-counsel regarding discussions with Rabo and monthly reporting (.5); email counsel for secured lenders and committee regarding equipment purchase (.2) | B110 | 0.70 | 290.50 |
| 07/02/2024 | KMIK | Call with counsel for committee, committee FAs, Kander, and co-counsel regarding status update (.5) | B150 | 0.50 | 207.50 |
| 07/02/2024 | KMIK | Review and revise June bill for Dentons' fee application | B160 | 0.20 | 83.00 |
| 07/02/2024 | KMIK | Continue reviewing and revising Dentons' June bill for fee application | B160 | 0.50 | 207.50 |
| 07/02/2024 | KMIK | Draft motion to amend order on 503(b)(9) motion (.6) | B110 | 0.60 | 249.00 |
| 07/02/2024 | GMAT | Drafting June fee application. | B160 | 0.20 | 42.00 |
| 07/02/2024 | TROU | Call with client, Kander, and co-counsel regarding monthly reporting and latest on Rabo (.5) | B110 | 0.50 | 142.50 |
| 07/02/2024 | TROU | Call with counsel for committee, committee FAs, Kander, and co-counsel regarding status and plan moving forward (.5) | B150 | 0.50 | 142.50 |
| 07/02/2024 | TROU | Review and revise withdrawal of Schuil's fee app | B160 | 0.10 | 28.50 |
| 07/02/2024 | TROU | Several emails with Gale Harding regarding fee app invoice (.3); revising Harding invoice (.2) revising dentons fee app (.2) | B160 | 0.70 | 199.50 |
| 07/03/2024 | KMIK | Review email from David Heida regarding equipment sale motion and strategy for negotiations (.1) | B130 | 0.10 | 41.50 |
| 07/03/2024 | KMIK | Review emails from Lisa and Ken regarding amount owing to B&H under cash collateral budget (.2); review email from Ken regarding updated cash collateral budget (.1); review and revise supplement to second cash collateral motion (.2) | B230 | 0.50 | 207.50 |
| 07/03/2024 | GMAT | Drafting June 2024 Fee App. | B160 | 0.50 | 105.00 |

Case 24-40158-NGH   Doc 539   Filed 08/02/24   Entered 08/02/24 08:16:29   Desc Main
Document   Page 8 of 17

Millenkamp Cattle, Inc.  
8/1/2024  
Page: 3

Client: 9020530  
Matter: 9020530-188653  
Statement: 1574779

| Date | Tkpr | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 07/03/2024 | KMIK | Review email from Ken Nofziger regarding variance report (.1); call with Bill Millenkamp regarding Rabo discussions and plan strategy (.6) and call with Matt Christensen regarding same (.2); continue revising motion to amend 503(b)(9) order (.2); call with client, Kander, and co-counsel regarding status update, Rabo discussions, and strategy for plan (1); review redline of Rabo proposal (.1) | B110 | 2.20 | 913.00 |
| 07/03/2024 | KMIK | Review and revise Dentons June fee app (.4) | B160 | 0.40 | 166.00 |
| 07/03/2024 | KMIK | Further email to counsel for secured lenders regarding equipment purchases (.1) | B150 | 0.10 | 41.50 |
| 07/03/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, Rabo settlement discussions, and plan strategy (1) | B110 | 1.00 | 285.00 |
| 07/03/2024 | TROU | Draft and finalize objection to motion for relief from stay (1.2) | B140 | 1.20 | 342.00 |
| 07/03/2024 | TROU | Call with Gale Harding regarding fee app (.2); revise Harding invoice (.2) | B160 | 0.40 | 114.00 |
| 07/03/2024 | TROU | Draft Supplement to Second Cash Collateral Motion (.8); Review updated cash collateral budget (.5); Emails with Kander and co-counsel regarding same (.2); Review emails from Lisa and Ken regarding amount owing to B&H for budget (.2); review finalized budget and finalize supplement to second cash colalteral motion (.3) | B230 | 2.00 | 570.00 |
| 07/05/2024 | KMIK | Call with Matt Christensen regarding negotiations with Rabo (.2) | B190 | 0.20 | 83.00 |
| 07/05/2024 | TROU | Emails with Gabby regarding correspondence with clerk regarding Schuil Fee App (.2) | B160 | 0.20 | 57.00 |
| 07/08/2024 | KMIK | Review Rabo's redline of terms sheet for stipulation (.2) | B190 | 0.20 | 83.00 |
| 07/08/2024 | KMIK | Review email from IRS representative regarding tax refund (.1) and email Lisa Nelson regarding same (.1); email Matt Christensen regarding Rabo interest statement (.1); call with client, Kander, and co-counsel regarding status update, plan, reporting, and discussions with Rabo (.5); review stipulation between Idaho Ag Credit and Rabo regarding subpoena (.1); review email from John O'Brien regarding production of documents by Idaho AgCredit (.1) | B110 | 1.00 | 415.00 |
| 07/08/2024 | KMIK | Emails to/from counsel for Sandton regarding revisions to proposed order on second motion for cash collateral (.2) | B230 | 0.20 | 83.00 |
| 07/08/2024 | KMIK | Review and revise stipulation between Debtors and Rabo (.5) and email client and Kander regarding same (.1); review Rabo's redline to stipulation and emails regarding same (.3) | B190 | 0.90 | 373.50 |
| 07/08/2024 | KMIK | Draft plan waterfall | B320 | 0.40 | 166.00 |
| 07/08/2024 | TROU | Call with Kander, clients, and co-counsel regarding reports, status of plan, and settlement discussions with Rabo (.5) | B110 | 0.50 | 142.50 |
| 07/08/2024 | TROU | Review stipulation between Idaho Ag Credit and Rabo regarding subpoena (.1); review email from John O'Brien regarding production of documents by Idaho AgCredit (.1) | B110 | 0.20 | 57.00 |
| 07/08/2024 | TROU | Review emails from client, Kander, and co-counsel regarding Rabo Stipulation (.2); Review Rabo Stipulation and redlines (.3) | B230 | 0.50 | 142.50 |

Millenkamp Cattle, Inc.  
8/1/2024  
Page: 4

Client: 9020530  
Matter: 9020530-188653  
Statement: 1574779

| Date | Atty | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/09/2024 | KMIK | Review email from counsel for Rabo regarding monthly interest payment (.1); call with committee counsel, Armory, Kander, and co-counsel regarding status update (.5); call with counsel for MetLife and co-counsel regarding status update and exclusivity negotiations (.4) | B150 | 1.00 | 415.00 |
| 07/09/2024 | KMIK | Review emails from client and Matt Christensen regarding Rabo interest payment calculations (.2); call with client, Kander, and co-counsel regarding status update, Rabo discussions, and refinancing and plan (.3); email Cooper Norman regarding timeframes for completion of financial statements (.1); review email from Ken Nofziger regarding financial strength monitoring (.1); review notice of objection deadline for Valley Wide Coop's notice of admin claim (.1); review order approving stipulation between Rabo and Idaho Agcredit (.1) | B110 | 0.90 | 373.50 |
| 07/09/2024 | KMIK | Review emails from Kander and UST regarding Kander's employment application (.2) | B160 | 0.20 | 83.00 |
| 07/09/2024 | KMIK | Draft proposed order for equipment sale/purchase motion (.5) | B130 | 0.50 | 207.50 |
| 07/09/2024 | TROU | Conference Call with committee counsel, Armory, Kander, and co-counsel regarding status update (.5) | B150 | 0.50 | 142.50 |
| 07/09/2024 | TROU | Review proposed order for equipment sale/purchase motion (.2) | B130 | 0.20 | 57.00 |
| 07/09/2024 | TROU | Conference call with client, Kander, and co-counsel regarding status update, Rabo, and plan/refinancing options (.3); review notice of objection deadline for Valley Wide Coop's notice of admin claim (.1); review order approving stipulation between Rabo and Idaho Agcredit (.1) | B110 | 0.50 | 142.50 |
| 07/09/2024 | TROU | Drafting plan (1.2) | B320 | 1.20 | 342.00 |
| 07/10/2024 | KMIK | Emails to/from Secon regarding proof of claim (.2) | B300 | 0.20 | 83.00 |
| 07/10/2024 | KMIK | Review MetLife's notice of intent to provide evidence (.1); call with Matt Christensen regarding status update, stipulation, and subpoenas (.2); call with client, Kander, and co-counsel regarding status update on financial statements and audit and subpoenas (.3); review Rabo's objection to 506(b) motion (.2) | B110 | 0.80 | 332.00 |
| 07/10/2024 | KMIK | Review emails from JB Evans regarding loader repairs (.1); emails to/from Ron Bingham regarding negotiations on exclusivity (.2) | B150 | 0.30 | 124.50 |
| 07/10/2024 | GMAT | Updating claims analysis | B310 | 0.80 | 168.00 |
| 07/10/2024 | KMIK | Continue drafting waterfall analysis for plan | B320 | 1.20 | 498.00 |
| 07/10/2024 | KMIK | Continue drafting proposed order for the motion to buy/sell equipment | B130 | 0.70 | 290.50 |
| 07/10/2024 | TROU | Continue drafting plan (2.8) | B320 | 2.80 | 798.00 |
| 07/10/2024 | TROU | Conference call with client, Kander, and co-counsel regarding status update on financial statements and subpoenas (.3); review Rabo's objection to 506(b) motion (.2); Review MetLife's notice of intent to provide evidence (.1) | B110 | 0.60 | 171.00 |

Case 24-40158-NGH  Doc 539  Filed 08/02/24  Entered 08/02/24 08:16:29  Desc Main
Document  Page 10 of 17

Millenkamp Cattle, Inc.  
8/1/2024  
Page: 5

Client: 9020530  
Matter: 9020530-188653  
Statement: 1574779

| Date | Tkpr | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 07/11/2024 | KMIK | Review email from Brian Rothschild regarding response to request for production (.1); review email from Sheila Schwager regarding interest calculation (.1); review email from Lisa Nelson regarding Conterra's monthly interest payments (.1); email John O'Brien regarding confirmation of interest payments (.1); emails to/from Cooper Norman regarding deadlines for financial statements and audit (.2); call with client, Kander, and co-counsel regarding status update, proposed orders, and subpoenas (.4); review CIM (.3) | B110 | 1.30 | 539.50 |
| 07/11/2024 | KMIK | Review emails from Sheila Schwager regarding 506(b) objection and stipulation regarding no evidence (.2); review UST's objection to sale motion (.1) emails to/from UST regarding equipment buy/sell motion and proposed language for order (.2); review email from Sandton counsel regarding stipulation to telephonic hearing (.1); review email from John O'Brien regarding stipulation to telephonic hearing (.1); review email from Andrew Schoulder regarding Forbes reporting (.1) | B190 | 0.80 | 332.00 |
| 07/11/2024 | KMIK | Emails to/from Matt Kremer regarding Forbes reporting (.2) | B150 | 0.20 | 83.00 |
| 07/11/2024 | KMIK | Email David Heida regarding equipment/machinery sales motion (.2) | B130 | 0.20 | 83.00 |
| 07/11/2024 | KMIK | Continue drafting waterfall analysis for plan | B320 | 1.70 | 705.50 |
| 07/11/2024 | KMIK | Continue revising proposed order for equipment buy/sale motion (.3) | B130 | 0.30 | 124.50 |
| 07/11/2024 | TROU | Email from Rabo counsel regarding Forbes reports (.1); Review UST's objection to sale motion (.2); Review emails from Rabos counsel regarding 506(b) objection and stipulation regarding no evidence (.2) review email from Sandton's counsel regarding stipulation to telephonic hearing (.1); review email from Conterras counsel regarding stipulation to telephonic hearing (.1) | B190 | 0.70 | 199.50 |
| 07/11/2024 | TROU | Email from Sheila Schwager regarding interest calculation (.1); email from Lisa regarding Conterra's monthly interest payments (.1); call with client, Kander, and co-counsel regarding status update, proposed orders, and subpoenas (.4); email from Brian Rothschild regarding response to request for production (.1) | B110 | 0.70 | 199.50 |
| 07/11/2024 | TROU | Emails from Krystal regarding waterfall (.1); review waterfall analysis (.5) | B300 | 0.60 | 171.00 |
| 07/12/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, subpoena, equipment buy/sale motion, and plan (.3); review email from Lisa Nelson regarding Rabo subpoena (.1) | B110 | 0.40 | 166.00 |
| 07/12/2024 | KMIK | Conference with Matt Christensen regarding negotiations with UST regarding equipment sale/purchase motion (.1) | B130 | 0.10 | 41.50 |
| 07/12/2024 | KMIK | Continue drafting plan waterfall | B320 | 1.10 | 456.50 |
| 07/12/2024 | KMIK | Call with Matt Grimshaw regarding calculation of post-petition interest and attorneys' fees for corn silage group (.2); email Andrew Schoulder regarding Forbes reporting and CIM (.1) | B150 | 0.30 | 124.50 |
| 07/12/2024 | TROU | Email from Lisa Nelson regarding Rabo subpoena (.1); Call with client, Kander, and co-counsel regarding status update, subpoena, equipment buy/sale motion, and plan (.3) | B110 | 0.40 | 114.00 |

| | | | | | |
|---|---|---|---|---|---|
| Millenkamp Cattle, Inc. | | | | | Client: 9020530 |
| 8/1/2024 | | | | | Matter: 9020530-188653 |
| Page: 6 | | | | | Statement: 1574779 |

| Date | Atty | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/12/2024 | TROU | Emails with Krystal and Gabby regarding plan strategy (.2); continue drafting plan (.5) | B320 | 0.70 | 199.50 |
| 07/15/2024 | KMIK | Review and revise second cash collateral order (.4); email Kati and Ken regarding cash collateral budget (.1); review Rabo's redline of proposed cash collateral order (.1) | B230 | 0.60 | 249.00 |
| 07/15/2024 | GMAT | Updating claims analysis. | B310 | 0.10 | 21.00 |
| 07/15/2024 | KMIK | Continue revising proposed order for equipment buy/sell motion (.2); emails to/from Kent Carter regarding proposed order for equipment buy/sell motion (.2); email interested parties regarding draft of proposed order on motion to buy/sell equipment (.1) | B130 | 0.50 | 207.50 |
| 07/15/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, proposed orders, appraisal update, and plan update (.4); review email from David Heida regarding Chubb Insurance renewal (.1); review email from counsel for East Valley Development regarding calls with Forbes (.1); review email from Lisa Nelson and Cooper Norman regarding status update on 2023 audit (.1) | B110 | 0.70 | 290.50 |
| 07/15/2024 | KMIK | Review Blue Cross of Idaho's proof of claim (.1) | B300 | 0.10 | 41.50 |
| 07/15/2024 | GMAT | Drafting plan | B320 | 1.80 | 378.00 |
| 07/15/2024 | TROU | Continue drafting plan/review other plans in 9th circuit and Idaho (2.7) | B320 | 2.70 | 769.50 |
| 07/15/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, appraisal update, and plan update (.4); review email from David H regarding Insurance renewal (.1); review email from counsel for East Valley Development regarding calls with Forbes (.1); review email from Lisa Nelson and Cooper Norman regarding status update on 2023 audit (.1); research regarding motion to file for insurance renewal (1) | B110 | 1.70 | 484.50 |
| 07/16/2024 | KMIK | Email David Heida regarding insurance premium (.1); call with client, Kander, and co-counsel regarding status update, plan, refinancing, and claims (.5); review Sandton's revisions to exclusivity order (.1); call with David Heida regarding East Valley Development financial advisor (.1); review and revise status report (.1); review email from Jason Naess regarding proposed orders (.1); review email from Ron Bingham regarding proposed orders (.1); review email from John O'Brien regarding proposed orders (.1) | B110 | 1.20 | 498.00 |
| 07/16/2024 | KMIK | Call with committee counsel and FAs, Kander, and co-counsel regarding status update, subpoenas, and hearing (.3); emails to/from Sandton counsel regarding proposed orders (.2); email counsel to secured creditors and committee regarding proposed orders (.2) | B150 | 0.70 | 290.50 |
| 07/16/2024 | KMIK | Review Sandton's revisions to order on equipment buy/sell motion (.2) | B130 | 0.20 | 83.00 |
| 07/16/2024 | KMIK | Review Sandton's redline to cash collateral order (.1); emails to/from committee counsel regarding cash collateral budget (.2) | B230 | 0.30 | 124.50 |
| 07/16/2024 | GMAT | Drafting plan | B320 | 2.20 | 462.00 |
| 07/16/2024 | TROU | Drafting plan and reviewing waterfall analysis and claims matrix (1.2) | B320 | 1.20 | 342.00 |

Millenkamp Cattle, Inc.
8/1/2024
Page: 7

Client: 9020530
Matter: 9020530-188653
Statement: 1574779

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/16/2024 | TROU | Email David Heida regarding insurance premium (.1); call with client, Kander, and co-counsel regarding status update, plan, refinancing, and claims (.5); review email from UST regarding proposed orders (.1); review email from Metlife counsel regarding proposed orders (.1); review email from conterra counsel regarding proposed orders (.1); review Sandton's revisions to exclusivity order (.1); review status report (.1) | B110 | 1.10 | 313.50 |
| 07/16/2024 | TROU | Reviewing Sandton's redlines to cash collateral order (.2) | B230 | 0.20 | 57.00 |
| 07/16/2024 | TROU | Review Sandton's redline to equipment proposed order (.2) | B130 | 0.20 | 57.00 |
| 07/17/2024 | GMAT | Updating claims analysis | B310 | 0.20 | 42.00 |
| 07/17/2024 | KMIK | Review order regarding July 18th hearing (.1); revise exclusivity order (.3); review email from FTI regarding comments on CIM (.1); call with client, Kander, and co-counsel regarding status update, CIM, insurance renewal, and hearing (.4); email bankruptcy court clerks office proposed orders for equipment sale/buy motion and exclusivity motion (.2) | B110 | 1.10 | 456.50 |
| 07/17/2024 | KMIK | Review email from Gabriel Olivera regarding revisions to cash collateral order (.1); revise cash collateral order (1); review Conterra's revisions to cash collateral order (.1); call with Conterra's counsel and co-counsel regarding cash collateral order (.4); emails to/from John O'Brien regarding Conterra's revisions to cash collateral order (.2); emails to/from Rich Bernard regarding cash collateral order (.2) | B230 | 2.00 | 830.00 |
| 07/17/2024 | KMIK | Review Arnold Machinery Company's proof of claim (.1); review St. Genetics proof of claim (.1) | B300 | 0.20 | 83.00 |
| 07/17/2024 | KMIK | Continue drafting waterfall analysis for plan (.4); call with Matt Christensen regarding strategy for plan (.3); email counsel for Rabo and counsel for MetLife regarding fee estimates for plan (.2) | B320 | 0.90 | 373.50 |
| 07/17/2024 | TROU | Review Arnold Machinery Company's proof of claim (.1); review St. Genetics proof of claim (.1) | B300 | 0.20 | 57.00 |
| 07/17/2024 | TROU | Review order regarding July 18th hearing (.1); call with client, Kander, and co-counsel regarding status update, CIM, insurance renewal, and hearing tomorrow (.4) | B110 | 0.50 | 142.50 |
| 07/18/2024 | KMIK | Emails to/from Kati Churchill regarding variance analysis (.2); emails to/from Ron Bingham regarding cash collateral order (.2); review Conterra's objection to proposed cash collateral order (.2) | B230 | 0.60 | 249.00 |
| 07/18/2024 | KMIK | Review email from Andrew Schoulder regarding Forbes weekly reporting (.1); review email from Lisa regarding borrowing base (.1) | B110 | 0.20 | 83.00 |
| 07/18/2024 | KMIK | Emails to/from Ron Bingham regarding call to discuss plan (.2); email Conterra counsel regarding attorney fee estimate for waterfall analysis (.1) | B150 | 0.30 | 124.50 |
| 07/18/2024 | KMIK | Attend telephonic hearing on multiple motions, including cash collateral, exclusivity, and equipment buy/sell motion (1.3) | B190 | 1.30 | 539.50 |
| 07/18/2024 | TROU | Attend telephonic hearing on multiple motions, including cash collateral, exclusivity, and buy/sell motion (1.3) | B190 | 1.30 | 370.50 |
| 07/18/2024 | TROU | Review emails from Krystal and Kati Churchill regarding variance analysis (.1); Review emails from Metlife Counsel regarding cash collateral order (.1); review Conterra's objection to proposed cash collateral order (.2) | B230 | 0.40 | 114.00 |

| Date | Tkpr | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 07/19/2024 | KMIK | Review email from Matt Grimshaw regarding estimate of interest and fees for plan (.1) and email Kati and Ken regarding same (.1); call with client, co-counsel, and Kander regarding plan strategy and options (.5); email Forbes regarding refinancing and plan (.1) | B300 | 0.80 | 332.00 |
| 07/19/2024 | KMIK | Review email from Lisa and Blue Cross of Idaho regarding claim calculation and amendment to claim (.1) | B310 | 0.10 | 41.50 |
| 07/19/2024 | KMIK | Review notice of hearing held (.1) | B110 | 0.10 | 41.50 |
| 07/19/2024 | KMIK | Review email from Brett Cahoon regarding Kander employment app (.1) | B160 | 0.10 | 41.50 |
| 07/19/2024 | TROU | Conference call with client, co-counsel, and Kander regarding plan strategy and options (.5) | B320 | 0.50 | 142.50 |
| 07/19/2024 | TROU | Review notice of hearing held (.1) | B110 | 0.10 | 28.50 |
| 07/21/2024 | KMIK | Review email from John O'Brien regarding fee estimate for plan (.1) and email Ken and Kati regarding same (.1) | B320 | 0.20 | 83.00 |
| 07/21/2024 | KMIK | Review email from counsel for McAlvain regarding relief from stay proposal (.1) | B140 | 0.10 | 41.50 |
| 07/22/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, MORs, relief from stay, and financial statements (.4); emails to/from Ken Nofzier regarding UCC site visit (.2); email Forbes regarding weekly call with financial advisors (.1) | B110 | 0.70 | 290.50 |
| 07/22/2024 | KMIK | Email Lisa regarding Dentons' June fee application (.2) | B160 | 0.20 | 83.00 |
| 07/22/2024 | GMAT | Drafting fee application | B160 | 1.00 | 210.00 |
| 07/22/2024 | KMIK | Continue drafting waterfall analysis for plan | B320 | 0.80 | 332.00 |
| 07/22/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, relief from stay, MORS and financial statements (.4); emails from Kati Churchill regarding MORs (.2); update data room folders for MORS (.1) | B110 | 0.70 | 199.50 |
| 07/23/2024 | KMIK | Emails to/from committee counsel regarding site visit (.2); review email from James Morgan regarding Forbes' reporting (.1); review email from counsel for East Valley Development regarding weekly call with Forbes (.1); review email from Shelia Schwager regarding payment to Kenworth (.1); call with Lisa regarding DIP account (.2); emails to/from David regarding Kenworth and vehicles (.2) | B110 | 0.90 | 373.50 |
| 07/23/2024 | KMIK | Review email from David Heida regarding CNH leases (.1) | B185 | 0.10 | 41.50 |
| 07/23/2024 | KMIK | Review order granting employment of O'Melveny as committee counsel (.1) | B160 | 0.10 | 41.50 |
| 07/23/2024 | KMIK | Email counsel for McAlvain Concrete regarding stipulated relief from stay motion (.1) | B140 | 0.10 | 41.50 |
| 07/23/2024 | KMIK | Review emails from David and Lisa regarding Blue Cross of Idaho's claim (.1) | B310 | 0.10 | 41.50 |

Case 24-40158-NGH   Doc 539   Filed 08/02/24   Entered 08/02/24 08:16:29   Desc Main
Document   Page 14 of 17

Millenkamp Cattle, Inc.  
8/1/2024  
Page: 9  

Client: 9020530  
Matter: 9020530-188653  
Statement: 1574779

| Date | Atty | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/23/2024 | KMIK | Call with committee counsel, committee FA, and Kander regarding status update (.3); emails to/from Andrew Schoulder regarding Forbes calls (.2) | B150 | 0.50 | 207.50 |
| 07/23/2024 | KMIK | Continue drafting waterfall analysis for plan | B320 | 0.90 | 373.50 |
| 07/23/2024 | TROU | Review emails from Lisa and Sheila regarding DIP Account (.2); review emails from James Morgan regarding forbes reporting (.1) | B110 | 0.30 | 85.50 |
| 07/23/2024 | TROU | Review emails from David and Lisa regarding Blue Cross of Idaho's claim (.1) | B310 | 0.10 | 28.50 |
| 07/24/2024 | KMIK | Review Valley Wide Coop's statement of no objection to admin claim (.1); review Heeringa Construction's proof of claim (.1) | B310 | 0.20 | 83.00 |
| 07/24/2024 | GMAT | Updating claims analysis | B310 | 0.10 | 21.00 |
| 07/24/2024 | KMIK | Call with client and co-counsel regarding status update, Kenworth payment, and claims analysis (.6); review email from Brian Rothschild regarding document production (.1) | B110 | 0.70 | 290.50 |
| 07/24/2024 | KMIK | Call with MetLife counsel and co-counsel regarding status update for plan (.4) | B150 | 0.40 | 166.00 |
| 07/24/2024 | KMIK | Email Scheila Schwager regarding payment to Kenworth (.2) | B150 | 0.20 | 83.00 |
| 07/24/2024 | KMIK | Continue drafting waterfall analysis for plan | B320 | 1.00 | 415.00 |
| 07/24/2024 | TROU | Call with client and co-counsel regarding status update, plan, and claims analysis (.6); review email from Brian Rothschild regarding document production (.1) | B110 | 0.70 | 199.50 |
| 07/24/2024 | GMAT | Amending schedules | A103 | 0.10 | 21.00 |
| 07/24/2024 | TROU | Call with MetLife counsel and co-counsel regarding status of plan (.4) | B150 | 0.40 | 114.00 |
| 07/24/2024 | TROU | Amending Millenkamp Cattle Schedules D and E/F (.4); Email Amended Schedules to Bill to review and sign (.1) | B110 | 0.50 | 142.50 |
| 07/24/2024 | TROU | Review Valley Wide Coop's statement of no objection to admin claim (.1) | B310 | 0.10 | 28.50 |
| 07/25/2024 | KMIK | Review email from UST regarding DIP account (.1) and email Lisa Nelson regarding same (.1); call with Forbes regarding weekly reporting and refinancing status and strategy (.5) and email Forbes regarding same (.2); email client, Kander, Forbes, and co-counsel regarding refinancing and plan call (.1) | B110 | 1.00 | 415.00 |
| 07/25/2024 | TROU | Emails with Lisa regarding amended schedules (.2); emails from Krystal, clients, and Forbes regarding strategy call next week (.2); attention to emails from Lisa Nelson regarding DIP account (.1) | B110 | 0.50 | 142.50 |
| 07/25/2024 | TROU | Drafting Plan; review waterfall analysis | B320 | 1.50 | 427.50 |
| 07/26/2024 | GMAT | Drafting July fee app | B160 | 0.20 | 42.00 |

Case 24-40158-NGH   Doc 539   Filed 08/02/24   Entered 08/02/24 08:16:29   Desc Main
Document      Page 15 of 17

Millenkamp Cattle, Inc.  
8/1/2024  
Page: 10

Client: 9020530  
Matter: 9020530-188653  
Statement: 1574779

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/26/2024 | KMIK | Review email from Andrew Schoulder regarding Forbes reporting (.1); review emails from UST's office and Lisa Nelson regarding missing bank account statements (.2); review email from Kati Churchill regarding variance analysis (.1); call with client, Kander, and co-counsel regarding status update, plan, and Forbes reporting (.2) | B110 | 0.60 | 249.00 |
| 07/26/2024 | KMIK | Draft stipulated relief from stay motion for McAlvain complaint and proposed order (1); call with counsel for McAlvain regarding same (.1) | B140 | 1.10 | 456.50 |
| 07/26/2024 | TROU | Conference call with client, Kander, and co-counsel regarding status update and Forbes reporting (.2); email from Kati Churchill regarding variance analysis (.1) | B110 | 0.30 | 85.50 |
| 07/29/2024 | KMIK | Call with Forbes, Kander, client, and co-counsel regarding plan strategy (.6); emails to counsel for MetLife and counsel for Rabo regarding fee estimate requests for plan projections (.2) | B320 | 0.80 | 332.00 |
| 07/29/2024 | TROU | Call with client, Forbes, Kander and co-counsel regarding plan strategy (.6); review emails from Rabo's counsel regarding fee estimates (.1) | B320 | 0.50 | 142.50 |
| 07/29/2024 | TROU | Review and finalize amended schedules (.5) | B110 | 0.50 | 142.50 |
| 07/29/2024 | TROU | Initial review of Metlife loan documentation for cross collateralization (.8) | B320 | 0.80 | 228.00 |
| 07/30/2024 | GMAT | Updating claims analysis | B310 | 0.10 | 21.00 |
| 07/30/2024 | KMIK | Emails to/from counsel for McAlvain regarding stipulated relief from stay (.2) | B140 | 0.20 | 83.00 |
| 07/30/2024 | TROU | Review claims spreadsheet (.5); Email spreadsheet to David Heida for review (.1); Review Burks tractor poc (.1); Review Merks poc (.1); Review East Valley Development poc (.2) | B300 | 1.00 | 285.00 |
| 07/30/2024 | TROU | Review Comittee Counsels' Fee App (.3) | B160 | 0.30 | 85.50 |
| 07/30/2024 | TROU | Emails from James Morgan and co-counsel at Forbes regarding process letter (.2); Review process letter (.5) | B320 | 0.70 | 199.50 |
| 07/31/2024 | GMAT | Updating claims register | B310 | 0.60 | 126.00 |
| 07/31/2024 | KMIK | Emails to/from David Heida regarding unsecured claims for plan (.2) | B320 | 0.20 | 83.00 |
| 07/31/2024 | KMIK | Review O'Melveny June fee app (.2); review Elsaesser Anderson June fee app (.1); review O'Melveny May fee app (.2); review Elsaesser Anderson May fee app (.1) | B160 | 0.60 | 249.00 |
| 07/31/2024 | KMIK | Emails to/from James Morgan regarding terms sheet (.2); review term sheet (.1); review Forbes process letter (.2) | B110 | 0.50 | 207.50 |
| 07/31/2024 | KMIK | Draft interim fee application | B160 | 0.50 | 207.50 |
| 07/31/2024 | GMAT | Drafting fee application | B160 | 0.70 | 147.00 |

Case 24-40158-NGH    Doc 539    Filed 08/02/24    Entered 08/02/24 08:16:29    Desc Main
Document    Page 16 of 17

Millenkamp Cattle, Inc.  
8/1/2024  
Page: 11

Client: 9020530  
Matter: 9020530-188653  
Statement: 1574779

| Date | | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/31/2024 | TROU | Gather and email all fee apps to Kati and Lisa (.4); Email from Ken regarding professional fees for budget (.1); review McAlvain Concrete POC (.1); review and analyze Metlife loan documentation regarding cross collateralization (1.5); review Standlee Amended POC (.1) | B310 | 2.20 | 627.00 |
| 07/31/2024 | TROU | Email Gabby regarding mailing amended schedules (.1); review and revise certicate of service (.2) review email from J Obrien regarding amended schedules (.1); attention to email from Lisa regarding borrowing base (.1); review order granting Rabo and Idaho AgCredit Stipulation (.1) | B110 | 0.60 | 171.00 |

Sub-total Fees:  $35,764.50

### Rate Summary

| | | | |
|---|---|---|---|
| Krystal R. Mikkilineni | 50.70 | hours at $415.00/hr | 21,040.50 |
| Tirzah R. Roussell | 44.00 | hours at $285.00/hr | 12,540.00 |
| Gabby B. Mathias | 10.40 | hours at $210.00/hr | 2,184.00 |
| Total hours: | 105.10 | | |

### Expenses

| Date | Description | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 07/01/2024 | Travel Expenses | E110 | 1.00 | 18.34 | 18.34 |
| 07/01/2024 | Travel Expenses | E110 | 1.00 | 50.00 | 50.00 |
| 07/01/2024 | Travel Expenses | E110 | 1.00 | 10.97 | 10.97 |
| 07/01/2024 | Meal Expenses | E111 | 1.00 | 162.18 | 162.18 |
| 07/01/2024 | Meal Expenses | E111 | 1.00 | 101.30 | 101.30 |
| 07/01/2024 | Hotel Travel Expenses | E110 | 1.00 | 1,131.61 | 1,131.61 |
| 07/01/2024 | Meal Expenses | E111 | 1.00 | 9.09 | 9.09 |
| 07/01/2024 | Meal Expenses | E111 | 1.00 | 166.00 | 166.00 |
| 07/01/2024 | Meal Expenses | E124 | 1.00 | 6.49 | 6.49 |
| 07/01/2024 | Hotel Travel Expense | E109 | 1.00 | 1,143.61 | 1,143.61 |
| 07/03/2024 | Postage | A111 | 1.00 | 26.18 | 26.18 |
| 07/03/2024 | Wire Fee | A107 | 1.00 | 6.25 | 6.25 |
| 07/08/2024 | Wire Fee | A107 | 1.00 | 5.50 | 5.50 |
| 07/24/2024 | Wire Fee | A107 | 1.00 | 6.25 | 6.25 |

Sub-total Expenses:  $2,843.77

**Total Current Billing:**  **$38,608.27**

Millenkamp Cattle, Inc.                                                                                                                    Client: 9020530
8/1/2024                                                                                                                                        Matter: 9020530-188653
Page: 12                                                                                                                                        Statement: 1574779

Effective March 29, 2021, Davis Brown Law Firm formally combined with Dentons to become Dentons Davis Brown PC. Visit www.dentons.com/BusinessTerms to find our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the material terms and conditions of any existing engagement agreement. Please contact your lawyer or other professional if you have questions about the Terms of Business or with any respect of your representation.

Current statement due within 30 days of statement date. Please disregard any previously paid amounts. Contact us at 515-246-7812 with any questions.  Please include the statement number on your check.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.