David W. Gadd (ISB #7605)
STOVER, GADD & ASSOCIATES, PLLC
905 Shoshone Street N
P.O. Box 1428
Twin Falls, Idaho 83303-1428
Telephone (208) 736-9900
Facsimile  (208) 736-9929
*dwg@magicvalleylaw.com*
*Attorneys for Valley Wide Cooperative Inc.*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>　　　　　Debtor. | Case No. 24-40158-NGH<br><br>Chapter 11 |

## MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM

---

**Notice of Motion for Allowance and Payment of Administrative Claim**

No Objection.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

Hearing on Objection. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

　　　COMES NOW Valley Wide Cooperative Inc. ("Valley Wide"), by and through its

undersigned counsel, and hereby moves the Court, pursuant to 11 U.S.C. §503(b)(9) for

allowance and payment of an administrative claim in the amount of the value of goods sold by

**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM – 1**

Valley Wide and received by Debtor from Valley Wide within twenty (20) days before Debtor's petition date. The goods were all sold by Valley Wide to Debtor in the ordinary course of both Valley Wide and Debtor's business. In support of this Motion, Valley Wide asserts as follows:

1.      Debtor operates, and has operated, a calf raising business for a number of years in Jerome County, Idaho. For a substantial period of time before the filing of Debtor's bankruptcy petition herein, Valley Wide sold and furnished goods, including, without limitation, pine shavings, propane, and other fuels (collectively, the "Goods"), to Debtor for use in Debtor's business operations.

2.      Debtor filed its voluntary Chapter 11 petition in bankruptcy on April 2, 2024 (the "Petition Date"), and continued to operate its calf raising business thereafter as a debtor-in-possession.

3.      In its ordinary course of business, Valley Wide furnished the Goods to Debtor for Debtor's business operations prior to the filing of Debtor's bankruptcy petition; with each such sale being billed by Valley Wide to Debtor for payment. All such sales were made by Valley Wide in the ordinary course of both Valley Wide's and Debtor's respective businesses.

4.      Within the twenty (20) days prior to the Petition Date, Valley Wide furnished the Goods to Debtor at Debtor's request. Each of those purchases are evidenced by the invoices prepared and sent to Debtor by Valley Wide, which are attached hereto collectively as **Exhibit A**.

Total value of Goods provided:  $67,132.81.
True and correct copies of each of the individual invoices identified above (collectively the "Invoices"), along with a spreadsheet summarizing the same, are attached hereto collectively as **Exhibit A** and are by reference made a part hereof.

**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM – 2**

5.      The Goods reflected in the Invoices were provided by Valley Wide and were received by Debtor within twenty (20) days before the commencement of Debtor's above-titled bankruptcy case.

6.      The Invoice amounts reflect the actual value of the Goods ordered and received by Debtor from Valley Wide within twenty (20) days of Debtor's Petition Date.

7.      Debtor has not paid Valley Wide any of the amounts due to Valley Wide for the Goods reflected on the Invoices.

8.      This claim represents the value of the goods received by Debtor from Valley Wide within twenty (20) days prior to the commencement of Debtor's above-titled Chapter 11 bankruptcy case on April 2, 2024. All of the Goods were sold by Valley Wide to Debtor in the ordinary course of both Valley Wide and Debtor's respective businesses.

9.      This claim for allowance of administrative expense is not subject to any set-off or counterclaim, and Valley Wide holds no security for the debt.

10.      Valley Wide is entitled to allowance and payment of this claim for administrative expense under the provisions of 11 U.S.C. §503(b)(9).

WHEREFORE, Valley Wide requests entry of an order of this Court allowing Valley Wide an administrative payment of the same in accordance with the priorities of 11 U.S.C. §507(a)(2).

DATED this 2nd day of August, 2024.

STOVER, GADD & ASSOCIATES, PLLC


By: _/s/ David W. Gadd_____
        David W. Gadd – Of the Firm
        Attorney for Valley Wide Cooperative Inc.


**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM – 3**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of August, 2024, I caused the foregoing document to be electronically filed through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman C | david@colemanjacobsonlaw.com |
| onnor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager L | sschwager@hawleytroxell.com |
| ouis V. Spiker | louis.spiker@millernash.com |

**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM – 4**

Matthew A. Sturzen                              matt@shermlaw.com
Meredith L. Thielbahr                           mthielbahr@grsm.com
Kim J. Trout                                    ktrout@trout-law.com
Brent R. Wilson                                 bwilson@hawleytroxell.com

And mailed to the following addresses:

| | | | |
|---|---|---|---|
| Ad Hoc Committee of Corn Silage Growers<br>153 East Main Street<br>PO Box 168<br>Jerome, ID 83338-0168 | Amalgamated Sugar Company<br>1951 S. Saturn Way<br>Suite 100<br>Boise, ID 83709-2924 | Morrow & Fischer, PLLC<br>4 Ogden Avenue<br>Nampa, ID 83651-2371 | Blue Cross of Idaho Health Service, Inc<br>c/o Law Office of D. Blair Clark PC<br>967 East Parkcenter Boulevard, #282<br>Boise, ID 83706-6721 |
| Bunge Canada C/O David D. Farrell<br>David D. Farrell. Esq.<br>One Bank Plaza, Suite 2700<br>St. Louis, MO 63101 | Burks Tractor Company, Inc.<br>3140 Kimberly Road<br>Twin Falls, ID 83301-8516 | Conterra Holdings, LLC<br>d/b/a Conterra Ag Cap<br>Spencer Fane, 1700 Lincoln Streetn Suite 2000<br>Denver, CO 80203-4554 | Davis Livestock, Inc<br>780 E Cannibal Rd<br>Lewiston, OT 84320-2038 |
| East Valley Development<br>c/o Avery law<br>3090 E Gentry Way, Ste 250<br>Meridian, ID 83642-3596 | Elevation Electric,<br>485 S Idaho St<br>Wendell, Id 83355-5241 | Gale W. Barding and Associates<br>329 W 7th S<br>Rexburg, ID 83440-9600 | Glanbia Foods Inc<br>c/o Robert A Faucher<br>POB 2527<br>Boise, ID 83701-2527 |
| Idaho AgCredit<br>c/o Daniel C. Green<br>Racine Olson, PLLP<br>P. 0. Box 1391<br>Pocatello, ID 83204-1391 | Idaho State Brand Department 700 S. Stratford Dr.<br>Meridian, ID 83642-6202 | LAND VIEW INC<br>ATTN DAN NOBLE<br>PO BOX 475<br>RUPERT ID 83350-0475 | MHI Veterinarian Supply, Inc.<br>3041 W PASADENA DRM<br>Boise, ID 83705-4776 |
| MetLife Real Estate Lending<br>c/o Kimbell D. Gourley 10801<br>Mastin Blvd<br>Suite 700<br>Overland Park, KS 66210-1673 | Metropolitan Life Insurance Company c/o Kimbell D. Gourley<br>10801 Mastin BLVD<br>Suite 700<br>overland Park, KS 66210-1673 | Moss Farms Operations,<br>c/o Rhett M. Miller<br>P.O. Box 910<br>Burley, ID 83318-0910 | Moss Grain Partnership<br>c/o Rhett M. Miller<br>P.O. Box 910<br>Burley, ID 83318-0910 |
| PerforMix Nutrition Systems<br>MUNDING, P. S.<br>309 E. FARWELL RD., STE<br>310 Spokane, WA 99218-8209 | Progressive Dairy Service & Supply Corp.<br>485 S IDAHO ST<br>WENDELL, ID 83355-5241 | Rabo AgriFinance<br>c/o Sheila R. Schwager<br>P.O. Box 1617<br>Boise, ID 83701-1617 | Raft River Rural Electric Cooperative, Inc.<br>c/o Rhett M. Miller<br>P.O. Box 910<br>Burley, ID 83318-0910 |
| Rexel USA, Inc dba Platt Electric Supply<br>McConnell Wagner Sykes + Stacey PLLC 827 E. Park Blvd, Ste. 201<br>Boise, ID 83712-7782 | Sandton Capita! Partners LP<br>16 W 46th Street, 1st Floor<br>New York, NY 10036-4503 | Schuil Ag Real Estate Inc<br>5020 W Mineral King Ave<br>Visalia, CA 93291-5364 | Standlee Ag Resources<br>cf o Miller Nash LLP<br>950 W Bannock St, Ste 1100<br>Boise, ID 83702-6140 |

**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM – 5**

The Forbes Securities Group
LLC, DBA Forbes
6400 S Fiddlers Green Circle
Suite 850
Greenwood Village, CO 80111-4994

United Electric Co-op, Inc.
c/o Rhett M. Miller
P.O. Box 910
Burley, ID 83318-0910

Viserion Grain, LLC
c/o Sawtooth Law Offices, PLLC
213 Canyon Crest Dr., Ste 200
Twin Falls, ID 83301-3053

Viterra USA Grain, LLC and
Viterra USA Ingre c/o Racine
Olson, PLLP
P.O. Box 1391
Pocatello, ID 83204-1391

Western States Equipment Co.
500 East overland Road
Meridian, ID 83642-6606

Wilbur-Ellis Company LLC
c/o Matthew A. Sturzen
P.O. Box 2247
Salem, OR 97308-2247

Twin Falls
U.S. Bankruptcy Court
801 East Sherman
Pocatello, ID 83201-5730

A. Scott Jackson Trucking, Inc.
c/o Williams Meservy & Larsen,
LLP
Post Office Box 168
153 East Main Street
Jerome, m 83338-2332

AAA Cow Comfort LLC
Po Box 307
Kimberly, ID 83341-0307

ABS Global
1525 River Rd.
DeForest, WI 53532-2430

ARNOLD MACHINERY Coo>ANY
2975 West 2100 South
Salt Lake City, UT 84119-1273

Addison Biological Laboratory,
INC.
507 North Cleveland St. Fayette,
MO 65248-1083

Airgas USA LLC
PO Box 734445
Chicago, IL 60673-4445

Airgas USA, LLC
110 West 7th St. Suite 1400
Tulsa, OK 74119-1077

Alexander K. Reed
4296 N 2100 E
Filer, ID 83328-5046

American Calf Products (Golden
State Mixing, 425 D Street
Turlock, CA 95380-5452

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Automation Werx, LLC
PO Box 3066
Idaho Falls, ID 83403-3066

B & H Farming, an Idaho General Partnership
PO Box 123
Rupert, ID 83350-0123

BS R Design Supplies
198 Locust St S
Twin Falls, ID 83301-7832

Blue Cross of Idaho
c/o D Blair Clark, Atty
967 Parkcenter Blvd #282
Boise, ID 83706-6721

Bo Stevenson dba B&A Farms
1001 S 1900 E
Hazelton, ID 83335-5451

Brandy A. Bartholomew
C/O Eric R. Clark, Attorney P.O. Box 2504
Eagle, ID 83616-9118

Bunge Canada
c/o David D. Farrell
THOMPSON COBURN LLP
One OSBank Plaza, Suite 2700
Saint Louis, Missouri 63101-1693

Burks Tractor Company, Inc.
Oren B. Haker
Black Helterline LLP
805 SW Broadway Suite
1900 Portland, OR 97205-3359

CNH Industrial Capital America LLC
Kent Carter/Gordon Rees
One North Franklin, Suite
800 Chicago, IL 60606-3422

Capitol One
PO Box 60599
City of Industry, CA 91716-0599

Carne I Corp
134 E Highway 81 Burley Id
83318-5427

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY Ashburn, VA 20147-6122

Cehturflll
SERVICE GROUP LLC
DBA CENTURYLI
931 14TB STREET 9TB FLOOR
DENVER CO 80202-2994

Christopher Camardello
1031 Mendota Heights Road St.
Paul, MN 55120-1419

**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM – 6**

Citi Cards
PO Box 78019
Phoenix, AZ
85062-8019

Clint D. Thompson
298 N 200 W
Jerome, ID 83338-5372

Coastline Equipment Company 2000 E
overland P.d
Meridian, ID 83642-6665

Colonial Life
Processing Center
PO Box 1365
Columbia, SC 29202-1365

Connie Lapaseotes, Ltd.
c/o John O' Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

Conrad Bishcoff Inc
2251 N Holmes
PO Box 50106
Idaho Falls, ID 83405-0106

Conterra Holdings, LLC
dba Conterra Ag Capit
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

Daimler Truck Financial Services USA LIC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664

Dairy Tech, LIC
1031 Mendota Heights Road
St. Paul, MN 55120-1419

Daritech
8540 Benson Rd
Lynden, WA 98264-9711

David Clark
Clark Ambulatory Clinic, Inc.
1019 E 1020 S
Albion, ID 83311

Douglas J. Grant
2050 E 500 S
Hazelton, ID 83335-5006

Dusty Brow Farms, Inc.
2601 E 1100 S
Hazelton, ID 83335-5623

East Valley Development, LU:
c/o Adam Lewis, Esq.
Morrison & Foerster LLP
425 Market St.
San Francisco CA 94105-2482

Edward Chojnacky
298 N 100 W
Jerome, ID 83338-5406

Electrical Werx & Construction, LIC
PO Box 3066
Idaho Falls, ID 83403-3066

Eric Clark
Clark Associates
PO Box 2504
Eagle, ID 83616-9118

Evans Plumbing
111 Gulf Stream Lane Hailey, ID 83333-7725

Farmers Bank PO Box 392
Buhl, ID 83316-0392

Fastenal Company
2001 Theurer Blvd.
ATTN: LEGAL
Winona, MN 55987-9902

Fredin Brothers, Inc. c/o John
O'Brien Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

G.J. Verti-Line Pumps, Inc. PO Box 892
Twin Falls, ID 83303-0892

Grant & Hagan, Inc.
P.O. Box 326
Hazelton, ID 83335-0326

Grant 4-D Farms LLC
707 E 600 N
Rupert, ID 83350-9466

Green Source Automation, LIC
3506 Moore Road
Ceres, CA 95307-9402

Hatfield Manufacturing Inc
1823 Shoestring Rd
Gooding, ID 83330-5361

Beeringa Construction LLC
18521 E Queen Creek Rd
#105-481
Queen Creek, AZ 85142-5864

Hollifield Ranches, Inc.
22866 Highway 30
Hansen, ID 83334-5028

IRS Centralized Insolvency
Oper.
PO Box 7346
Philadelphia, PA 19101-7346

Idaho Dept of Lands
P.O. Box 83720
Boise, Idaho 83720-0003

Idaho Materials & Constructions
C/O Miller Nash LLP
950 W Bannock St. Ste 1100
Boise, ID 83702-6140

Idaho State Tax Commission
PO Box 36
Boise, Idaho 83722-0036

**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM – 7**

Innovative Food Solutions USA
134 E Highway 81
Burley, Idaho 83318

Interstate Billing Service, Inc.
PO Box 2250
Decatur, AL 35609-2250

J&C Roof Trimming Inc.
3690 N 2570 E
Twin Falls, ID 83301-1004

J.D. Heiskell Holdings, LLC
17220 Wright St, Ste 200
Omaha, NE 68130-4667

John Deere Financial
C/O We!Tman, Weinberg &
Reis
Co., L.P.A. 965 Keynote
Circle
Cleveland, Oh 44131-1829

Jpmorgan Crase Bank N A Bankruptcy
Mail Intake Tfam
700 Kansas We Floor 01
Monroe La 71203-4774

JPMorgan Chase Bank, N.A. s/b/m/t Chase
Bank USA, N.A.
c/o National Bankruptcy Services, W:
P.O. Box 9013
Addison, Texas 75001-9013

Jake Millenkamp
1719 River Road
Buhl, ID 83316-5302

James Farrell & CO
13810 SE Eastgate Way Suite
520
Bellevue, WA 98005-4467

Jean L. Thompson
225 N 250 W
Jerome, ID 83338

Jeffrey E. Rolig
PO Box 5455
Twin Falls, ID 83303-5455

Jeffrey J. Grieve
P.O. Box 366
Twin Falls, ID 83303-0366

John Deere Construction and
Forestry Company c/o Weltman,
Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131-1829

John Deere Financial, f .s.b.
c/o Weltman, Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131-1829

K R Rental Inc
256 A South 600 W
Heyburn, ID 83336-9750

Keith D. and Janet Carlson
3866 E 3800 N
Hansen, ID 83334-5012

Kenworth Sales Company, Inc.
c/o Benoit Law
P.O. Box 366
Twin Falls, ID 83303-0366

Kinghorn Medical W:
248 S Cole Rd
Boise, ID 83709-0934

Kraus Farms, W:
165 South 400 West
Rupert, ID 83350-9672

LES SCHWAB TIRE CENTERS OF IDAHO,
w:
PO BOX 5350
BEND, OR 97708-5350

Land View, Inc. c/o Gery W.
F.cfson
P.O. Box 448
Boise, ID 83701-0448

Merck Animal Health
Attn: Legal Dept-Animal Health 126 East Lincoln
Avenue
Po Box 2000
Rahway, NJ 07065-0900

MetLife Real Estate Lending, LLC
c/o Ron C. Bingham, II, Esq.
Adams and Reese LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326-1139

Metropolitan Life Insurance Company, a Hew Y c/o Ron
C. Bingham, II, Esq.
Adams and Reese LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326-1139

Michael Chojnacky
51 W 600 N
Jerome, ID 83338-5016

Moss Grain Partnership 301 Scott Ave. Suite 4
Rupert, ID 83350-5100

NAPA Auto Parts
P.O. Box 1425
Twin Falls, ID 83303-1425

Oren B. Haker
Black Belterline LLP
805 SW Broadway Suite 1900
Portland, OR 97205-3359

overhead Door 489 S. Locust
Twin Falls, ID 83301-7849

PTG of Idaho, LLC
c/o Holland N. 0' Neil, Foley & lard 2021 McKinney
Avenue, Ste. 1600 Dallas, TX 75201-3340

Pan American Life Insurance 1778 N Plano
Rd
Ste 310
Richardson, TX 75081-1958

PerforMix Nutrition Systems 2201 N 20th Street
Nampa, ID 83687-6849

**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM – 8**

Pivot Man Inc Robin Jones PO Box 355
Paul, ID 83347-0355

Prime Ridge Beef LLC cfo John 0'Brien Spencer Fane 1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

Pro Tech Service Company 1550 Kimberly Rd
Twin Falls, ID 83301-7341

Progressive Dairy Service & Supplies Coi:p.
485 S. Idaho St.
Wendell, ID 83355-5241

Quill Corporation
PO Box 102419
Columbia, SC 29224-2419

Rabo AgriFinance LLC, as Administrative Agent
c/o Sheila Schwager
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701-1617

Rexel USA, Inc dba Platt Electric Supply
827 E. Park Blvd, Ste. 201
Boise, Idaho 83712-7782

Roark Law Offices
950 Bannock St., 11th Fl. Boise, ID 83702-5999

Rocky Mountain Agronomics
1912 West Main Street Burley, ID 83318-1611

Rogers Machinery Company, Inc.
PO Box 230429
Portland, OR 97281-0429

Schaeffer Manufacturing Company
c/o Denis McCarthy 2600 S Broadway
St. Louis, MO 63118-1828

Schmidt Cattle Hauling 848 E 3400 N
Castleford, ID 83321-6422

Schow' s Truck Center
PO Box 2208
Decatur, AL 35609-2208

Sheila R. Schwager
Hawley Troxell Ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701-1617

Six States Distributors Inc
29787 Network Place
Chicago, IL 60673-1297

SprinklerShop Inc
PO Box 599
Paul, ID 83347-0599

St. Genetics
Inguran USA, INC.
22575 State Hwy 6 South
Navasota, TX 77868-8297

Standing 16 Ranch Land Company, Ll£
335 W 300 N
Jerome, ID 83338-5217

Standlee Ag Resources
c/o Miller Nash, LLP, Attn: Louis Spiker
950 W Bannock St, Ste 1100
Boise, ID 83702-6140

Star Falls Farms, Ll£
1908 E 1300 S
Hazelton, ID 83335-5428

Steel Ranch LLC
2597 E 1100 S
Hazleton, ID 83335-5621

Steven R. Hogan II
409 S. 17th Street #500
Omaha, NE 68102-2603

Stotz Equipment 2670 Kimberly Rd E
Twin Falls, ID 83301-7984

The Dairy Solutions Group
409. S. 17th Street #500
Omaha, NE 68102-2603

The Sprinkler Shop
P.O. Box 599
Paul, ID 83347-0599

Triple C Farms, LLC 474 S 500 W
Jerome, ID 83338-6027

US Commodities, LLC
730 Second Avenue S. Suite 700
Minneapolis, MN 55402-2480

US Trustee
550 West Fort St, Ste 698
Boise, ID 83724-0101

Oline
12575 Uline Drive
Pleasant Prairie, t1I 53158-3686

Viserion Grain LLC 385 Broadway St
Boulder, CO 80305-3303

Viterra USA Grain, LLC
1331 Capitol Ave.
Omaha, NE 68102-1197

Viterra USA Ingredients, LLC
1331 capitol Ave.
Omaha, NE 68102-1197

Wag Services, Inc.
8121 W HARRISON ST
Tolleson, AZ 85353-3328

Wendell Truck and Auto
 PO Box 213
 356 S Idaho  St
 Idaho 83355-5209

Western Construction Inc
PO Box 15569
Boise,Idaho 83715-5569

Westway Feed
BARR Credit Services
3444 N Country Club Rd
Ste 200
Tucson, AZ 85716-0815

**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM – 9**

| | | | |
|---|---|---|---|
| Willis – Ellis Nurtrition, LLC<br>C/O Matthew A. Sturzen<br>PO Box 2247<br>Salen OR 97308-2247 | Williams, Meservy & Larson<br>Post Office Box 168<br>153 East Main St.<br>Jerome, Idaho 83338 | Young CDJR of Burley, LLC<br>PO Box 1530<br>Layton, UT 84041-6553 | Youree Land & Livestock<br>3953 North 3300 East<br>Twin Falls, ID 83301-0348 |
| Bruce A. Anderson<br>320 East Neider Avenue, Suite 102<br>Coeur d'Alene, ID 83815-6007 | James Justin May Johnson May<br>199 N. Capitol Blvd. Ste. 200<br>Boise, ID 83702-6197 | Julian Gurule O'Melveny & Meyers LLP 400<br>South Hope Street Suite 1900<br>Los Angeles, CA 90071-2811 | Krystal R Millilineni Dentons Davis Brown<br>215 10th St<br>Ste 1300<br>Des Moines, IA 50309-3616 |
| Matthew T. Christensen<br>Johnson May, PLLC<br>199 N. Capitol Blvd.<br>Ste 200<br>Boise, ID 83702-6197 | Robert E Richards<br>Dentons US LLP<br>233 South Wacker Drive<br>Ste 7800<br>Chicago, IL 60606-6459 | Tirzah R. Roussell<br>Dentons Davis Brown PC<br>The Davis Brown Tower<br>215 10th Street Suite 1300<br>Des Moines, IA 50309-3621 | William Millenkamp<br>473 S 300 W<br>Jerome, ID 83338 |
| B & H Faming<br>c/o David A. Coleman<br>Coleman, Ritchie & Jacobson<br>PO BOX 525<br>TPIIN FALLS, ID 83303-0525 | Youree Land &Livestock<br>c/o David A. Coleman<br>Coleman, Ritchie & Jacobson<br>PO BOX 525<br>TWIN FALLS, ID 83303-0525 | Land View, Inc.<br>P.O. Box 475<br>Rupert, ID 83350 | Carne I Corp.<br>134 E. Highway 81<br>Burley, ID 83318 |
| CenturyTel Service Group, LLC<br>dba CenturyLin Lumen<br>Technologies Group 93114th<br>Street, 9th Floor (Attn: Legal-<br>Denver, CO 80202 | Innovative Food Solutions USA<br>Attn: Jordan Bowen<br>134 E. Highway 81<br>Burley, ID 83318 | JP Morgan Chase<br>PO Box 6294<br>Carol Stream, IL 60197 | |

*/s/ David W. Gadd*
David W. Gadd

**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM – 10**

# EXHIBIT A

## Valley Wide Cooperative - #109712 WILLIAM J MILLENKAMP - ACCOUNT ACTIVITY

| Store | Doc # | Apply To | Total | Doc Date | Cust # | Due Date | Reference | Doc Type |
|---|---|---|---|---|---|---|---|---|
| 3 | F56583 | F56583 | 73.56 | 3/13/24 | 109712 | 4/30/24 | Card:6925555 23.89 34 | Invoice |
| 16 | F22292 | F22292 | 1,146.90 | 3/13/24 | 109712 | 4/30/24 | S0046454 CONTROL BOARD/SUPPLIE | Invoice |
| 19 | I22559 | I22559 | 76.86 | 3/14/24 | 109712 | 4/30/24 | Card:6925560 23.07 04 | Invoice |
| 19 | I22624 | I22624 | 58.12 | 3/15/24 | 109712 | 4/30/24 | Card:6925554 15.77 53 | Invoice |
| 16 | F21584 | F21584 | 474.94 | 3/15/24 | 109712 | 4/30/24 | U3517937 A-PROPANE DELIVERY | Invoice |
| 16 | F21585 | F21585 | 332.33 | 3/15/24 | 109712 | 4/30/24 | U3517938 A-PROPANE DELIVERY | Invoice |
| 16 | F21586 | F21586 | 712.13 | 3/15/24 | 109712 | 4/30/24 | U3517939 A-PROPANE DELIVERY | Invoice |
| 16 | F21587 | F21587 | 6,269.36 | 3/15/24 | 109712 | 4/30/24 | U3517940 A-PROPANE DELIVERY | Invoice |
| 16 | F21743 | F21743 | 4,446.89 | 3/15/24 | 109712 | 4/30/24 | U3152224 A-PROPANE DELIVERY | Invoice |
| 16 | F21744 | F21744 | 5,635.66 | 3/15/24 | 109712 | 4/30/24 | U3152225 A-PROPANE DELIVERY | Invoice |
| 16 | F21666 | F21666 | 743.50 | 3/16/24 | 109712 | 4/30/24 | U9567334 R-PROPANE DELIVERY | Invoice |
| 16 | F21667 | F21667 | 4,341.11 | 3/16/24 | 109712 | 4/30/24 | U9567335 A-PROPANE DELIVERY | Invoice |
| 16 | F21668 | F21668 | 577.49 | 3/16/24 | 109712 | 4/30/24 | U9567336 A-PROPANE DELIVERY | Invoice |
| 16 | F21669 | F21669 | 502.29 | 3/16/24 | 109712 | 4/30/24 | U9567337 A-PROPANE DELIVERY | Invoice |
| 16 | F21670 | F21670 | 586.79 | 3/16/24 | 109712 | 4/30/24 | U9567338 R-PROPANE DELIVERY | Invoice |
| 16 | F21671 | F21671 | 2,155.93 | 3/16/24 | 109712 | 4/30/24 | U9567339 A-PROPANE DELIVERY | Invoice |
| 16 | F21672 | F21672 | 285.04 | 3/16/24 | 109712 | 4/30/24 | U9567341 R-PROPANE DELIVERY | Invoice |
| 16 | F21673 | F21673 | 656.86 | 3/16/24 | 109712 | 4/30/24 | U9567342 A-PROPANE DELIVERY | Invoice |
| 16 | F21674 | F21674 | 893.67 | 3/16/24 | 109712 | 4/30/24 | U9567343 A-PROPANE DELIVERY | Invoice |
| 19 | I23353 | I23353 | 89.44 | 3/18/24 | 109712 | 4/30/24 | Card:6925554 24.245 53 | Invoice |
| 12 | B94710 | B94710 | 1,067.29 | 3/20/24 | 109712 | 4/30/24 | R38417 2-DYED DIESEL #2 | Invoice |
| 2 | J85437 | J85437 | 77.89 | 3/21/24 | 109712 | 4/30/24 | Card:9977208 23.326 34 | Invoice |
| 16 | F22319 | F22319 | 175.28 | 3/21/24 | 109712 | 4/30/24 | U6018092 A-PROPANE DELIVERY | Invoice |
| 19 | I24743 | I24743 | 78.34 | 3/22/24 | 109712 | 4/30/24 | Card:6925554 21.132 53 | Invoice |
| 3 | F65024 | F65024 | 19.70 | 3/24/24 | 109712 | 4/30/24 | Card:6925547 5.83 34 | Invoice |
| 19 | I25561 | I25561 | 73.80 | 3/25/24 | 109712 | 4/30/24 | Card:6925560 20.758 04 | Invoice |
| 19 | I25409 | I25409 | 73.16 | 3/25/24 | 109712 | 4/30/24 | Card:6925554 19.554 53 | Invoice |
| 16 | F22852 | F22852 | 569.70 | 3/27/24 | 109712 | 4/30/24 | U3518094 A-PROPANE DELIVERY | Invoice |
| 16 | F22853 | F22853 | 5,697.19 | 3/27/24 | 109712 | 4/30/24 | U3518095 A-PROPANE DELIVERY | Invoice |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | J89654 | J89654 | 42.74 | 3/28/24 | 109712 | 4/30/24 | Card:9977208 12.286 34 | Invoice |
| 16 | F22887 | F22887 | 424.81 | 3/28/24 | 109712 | 4/30/24 | U9567491 R-PROPANE DELIVERY | Invoice |
| 16 | F22888 | F22888 | 5,257.00 | 3/28/24 | 109712 | 4/30/24 | U9567492 A-PROPANE DELIVERY | Invoice |
| 19 | I26868 | I26868 | 80.92 | 3/29/24 | 109712 | 4/30/24 | Card:6925554 21.372 53 | Invoice |
| 41 | 130612 | 130612 | 2,472.34 | 4/1/24 | 109712 | 5/31/24 | PO # 24-0610 | Invoice |
| 41 | 130615 | 130615 | 9,860.00 | 4/1/24 | 109712 | 5/31/24 | PO # 24-0728 | Invoice |
| 30 | 17532 | 17532 | 1,300.60 | 4/1/24 | 109712 | 5/31/24 | PO # 24-0589 | Invoice |
| 30 | 17533 | 17533 | 1,563.45 | 4/1/24 | 109712 | 5/31/24 | PO # 24-0732 | Invoice |
| 19 | I27516 | I27516 | 74.03 | 4/1/24 | 109712 | 5/31/24 | Card:6925554 19.647 53 | Invoice |
| 16 | F24031 | F24031 | 3,418.20 | 4/1/24 | 109712 | 5/31/24 | U9567572 A-PROPANE DELIVERY | Invoice |
| 16 | F24032 | F24032 | 4,747.50 | 4/1/24 | 109712 | 5/31/24 | U9567573 A-PROPANE DELIVERY | Invoice |
| | **TOTAL** | | **67,132.81** | | | | | |

**VALLEY WIDE COOPERATIVE**
**708 HWY 30 E**
**BUHL, ID 83316**
**www.valleywidecoop.com**
**PHONE: (208) 543-4356**

MEGAN NELSON, MANAGER

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712  |        |                | Card:6925555 23.89 34 | BALANCE DUE BY 15TH | DEFAULT TT | 3/13/24 | 7:52 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME        ID 83338

**Ship To:**

DOC# F56583/3
TERM#        **DUPLICATE**
\*  INVOICE  \*
\*\*\*\*\*\*\*\*\*\*\*\*\*
SLSPR:     CC CECILY COLEMAN
TAX :      001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | | EXTENSION |
|-----|---------|---------|----|----|-------------|------|-------|-----------|--|-----------|
| 1   | 23.89   |         | EA | 4  | UNLEADED    | 3.1  | 23.89 | 3.07 | EA | 73.56 |

REPRINT

|  |  |  |
|--|--|--|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 73.56 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 73.56 |
| | | SUBTOTAL | 73.56 |
| | | TAX AMOUNT | 0.00 |
| | | TOTAL AMOUNT | 73.56 |

X _____
                    Received By

**INVOICE**

**VALLEY WIDE**
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | S0046454 | 03/13/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-NEW CALF BARN
471 N 300 W
JEROME ID  83338

INVOICE AMOUNT:     $1146.90

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/13/24 | 11 | | | | NET | S0046454 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1.00 | | CONTROL BOARD/SUPPLIES | 365.000 | 365.00 |
| 8.00 | | LABOR / SERVICE CALL | 95.000 | 760.00 |
| | | STATE TAX | | 21.90 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|
| $781.90 | $365.00 | $1146.90 |

**VALLEY WIDE COOPERATIVE**
**VALLEY CO-OPS, INC.**
**1833 S. LINCOLN ST.**
**JEROME ID 83338**
**PHONE: (208) 324-8000**

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:6925560 23.07 04 | BALANCE DUE BY 15TH | DEFAULT T | 3/14/24 | 5:26 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME      ID 83338

**Ship To:**

DOC# I22559/K
TERM#        **DUPLICATE**
*  INVOICE  *
*************
SLSPR:    CC CECILY COLEMAN
TAX  :    001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | | EXTENSION |
|-----|---------|---------|----|----|-------------|------|-------|-----------|---|-----------|
| 1 | 23.07 | | EA | 52 | 87 OCTANE NON ETHANOL | | 23.07 | 3.33 | EA | 76.86 |

REPRINT

** AMOUNT CHARGED TO STORE ACCOUNT **        76.86    TAXABLE        0.00
                                                       NON-TAXABLE   76.86
                                                       SUBTOTAL      76.86

                                                       TAX AMOUNT     0.00
                                                       TOTAL AMOUNT  76.86

X _____
                                                       Received By

# VALLEY WIDE COOPERATIVE
## VALLEY CO-OPS, INC.
### 1833 S. LINCOLN ST.
### JEROME ID 83338
### PHONE: (208) 324-8000

PAGE NO   1

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712  |        |                | Card:6925554 15.77 53 | BALANCE DUE BY 15TH | DEFAULT TT | 3/15/24 | 8:11 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME          ID 83338

**Ship To:**

TERM#

SLSPR:    CC CECILY COLEMAN
TAX  :    001 ID ST SALES TAX

DOC# I22624/K
**DUPLICATE**
*  INVOICE  *
*************

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|----|----|-------------|------|-------|-----------|-----------|
| 1   | 15.77   |         | EA | 1  | ULS#2 DIESEL ALL TAXES INCLUDED |  | 15.77 | 3.68 EA | 58.12 |

REPRINT

| | | |
|---|---|---|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 58.12 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 58.12 |
| | | SUBTOTAL | 58.12 |
| | | TAX AMOUNT | 0.00 |
| | | TOTAL AMOUNT | 58.12 |

X_____

Received By

**VALLEY WIDE**
COOPERATIVE

**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|-----------|-----------|--------------|
| 205232 | U3517937 | 03/15/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-OLD GERMAN DAIRY
162 W 400 N
JEROME ID  83338

INVOICE AMOUNT:    $474.94

AMOUNT REMITTED $_____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|------|-----|-----------|----------|----------|-------|---------|
| 03/15/24 | 6 | | | | NET | U3517937 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|------------|-------------|------------|--------|
| 250.10 | | A-PROPANE DELIVERY | 1.899 | 474.94 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|-------------|---------|---------------|
| | $474.94 | $.00 | $474.94 |



**INVOICE**

## VALLEY WIDE
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U3517938 | 03/15/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-JAKE'S NEW HOUSE
525 N 400 W
JEROME ID  83338

INVOICE AMOUNT:     $332.33

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/15/24 | 6 | | | | NET | U3517938 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 175.00 | | A-PROPANE DELIVERY | 1.899 | 332.33 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $332.33 | $.00 | $332.33 |



**VALLEY WIDE**
COOPERATIVE

**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U3517939 | 03/15/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP CATTLE-BILL'S HOUSE
471 N 300 W
JEROME ID  83338

INVOICE AMOUNT:        $712.13

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/15/24 | 6 | | | | NET | U3517939 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 375.00 | | A-PROPANE DELIVERY | 1.899 | 712.13 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $712.13 | $.00 | $712.13 |

**INVOICE**

**VALLEY WIDE**
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U3517940 | 03/15/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-NEW CALF BARN
471 N 300 W
JEROME ID  83338

INVOICE AMOUNT:    $6269.36

AMOUNT REMITTED $_____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/15/24 | 6 | | | | NET | U3517940 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3301.40 | | A-PROPANE DELIVERY | 1.899 | 6269.36 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|
| $6269.36 | $.00 | $6269.36 |

# INVOICE

**837 W MAIN**
**JEROME, ID 83338**
**(208) 324-3525**
**(208) 324-3525**

| ACCOUNT # | INVOICE # | INVOICE DATE |
|-----------|-----------|--------------|
| 109712 | U3152224 | 03/15/24 |

**SOLD TO**
**WILLIAM J MILLENKAMP**
**MILLENKAMP CATTLE**
**471 N 300 W**
**JEROME ID  83338**

**SHIPPED TO**
**MILLENKAMP-QUAD ROTARY**
**2570E. 750S.**
**MALTA ID  83342**

INVOICE AMOUNT:     **$4446.89**

AMOUNT REMITTED $:_____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|------|-----|-----------|----------|----------|-------|---------|
| 03/15/24 | 14 | | | | NET | U3152224 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|------------|-------------|------------|--------|
| 2341.70 | | A-PROPANE DELIVERY | 1.899 | 4446.89 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|-------------|---------|---------------|
| | $4446.89 | $.00 | $4446.89 |

**INVOICE**

**VALLEY WIDE**
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|-----------|-----------|--------------|
| 109712 | U3152225 | 03/15/24 |

SOLD TO
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME ID  83338

SHIPPED TO
MILLENKAMP-PROCESSING BARN
2750E. 750S.
MALTA ID  83342

INVOICE AMOUNT:    $5635.66

AMOUNT REMITTED $:_____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|------|-----|-----------|----------|----------|-------|---------|
| 03/15/24 | 14 | | | | NET | U3152225 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|------------|-------------|------------|--------|
| 2967.70 | | A-PROPANE DELIVERY | 1.899 | 5635.66 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|-------------|---------|---------------|
| | $5635.66 | $.00 | $5635.66 |



**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567334 | 03/16/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MOONSHINE BILL'S HOUSE
IDAHOME ROAD
MALTA ID  83342

INVOICE AMOUNT:     $743.50

AMOUNT REMITTED $_____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/16/24 | 14 | | | | NET | U9567334 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 425.10 | TANK | R-PROPANE DELIVERY | 1.749 | 743.50 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $743.50 | $.00 | $743.50 |



**INVOICE**

**VALLEY WIDE**
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567335 | 03/16/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-JERSEY GIRL #1
2750 E 750 S
MALTA ID  83342

**INVOICE AMOUNT:**  $4341.11

**AMOUNT REMITTED $ _____**

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/16/24 | 14 | | | | NET | U9567335 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 2286.00 | | A-PROPANE DELIVERY | 1.899 | 4341.11 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $4341.11 | $.00 | $4341.11 |



**VALLEY WIDE**
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567336 | 03/16/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-EAST COMMODITIES
JERSEY GIRLS-NEW BARN
MALTA ID  83342

INVOICE AMOUNT:          $577.49

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/16/24 | 14 | | | | NET | U9567336 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 304.10 | | A-PROPANE DELIVERY | 1.899 | 577.49 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|
| $577.49 | $.00 | $577.49 |



**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|-----------|-----------|--------------|
| 205232 | U9567337 | 03/16/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-WEST COMMODITIES
JERSEY GIRLS-NEW BARN
MALTA ID  83342

INVOICE AMOUNT:      $502.29

AMOUNT REMITTED $_____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|------|-----|-----------|----------|----------|-------|---------|
| 03/16/24 | 14 | | | | NET | U9567337 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|------------|-------------|------------|--------|
| 264.50 | | A-PROPANE DELIVERY | 1.899 | 502.29 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|-------------|---------|---------------|
| $502.29 | $.00 | $502.29 |



**VALLEY WIDE**
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567338 | 03/16/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP PRESSURE WASHER
2750 E 750 S
MALTA ID  83342

**INVOICE AMOUNT:**    $586.79

**AMOUNT REMITTED $** _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/16/24 | 14 | | | | NET | U9567338 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 309.00 | TANK | R-PROPANE DELIVERY | 1.899 | 586.79 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|
| $586.79 | $.00 | $586.79 |



**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567339 | 03/16/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-QUAD ROTARY
2570 E 750 S
MALTA ID  83342

INVOICE AMOUNT:      $2155.93

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/16/24 | 14 | | | | NET | U9567339 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1135.30 | | A-PROPANE DELIVERY | 1.899 | 2155.93 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|
| $2155.93 | $.00 | $2155.93 |



**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567341 | 03/16/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-YALE RD/HS#15
2667 YALE RD
MALTA ID  83342

INVOICE AMOUNT:        $285.04

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/16/24 | 14 | | | | NET | U9567341 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 150.10 | TANK | R-PROPANE DELIVERY | 1.899 | 285.04 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $285.04 | $.00 | $285.04 |





837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567342 | 03/16/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-PROCESSING BARN
2750 E 750 S
MALTA ID  83342

INVOICE AMOUNT:        $656.86

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/16/24 | 14 | | | | NET | U9567342 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 345.90 | | A-PROPANE DELIVERY | 1.899 | 656.86 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|
| $656.86 | $.00 | $656.86 |

**VALLEY WIDE**
COOPERATIVE

**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567343 | 03/16/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-JERSEY'S HORSE BARN
2750 E 750 S
MALTA ID  83342

INVOICE AMOUNT:      $893.67

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/16/24 | 14 | | | | NET | U9567343 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 470.60 | | A-PROPANE DELIVERY | 1.899 | 893.67 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $893.67 | $.00 | $893.67 |

**VALLEY WIDE**
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

**INVOICE**

| ACCOUNT # | INVOICE # | INVOICE DATE |
|-----------|-----------|--------------|
| 205232 | U3517924 | 03/15/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP *WB
471 N 300 W
JEROME ID  83338

INVOICE AMOUNT:                    $0.00

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|------|-----|-----------|----------|----------|-------|---------|
| 03/15/24 | 6 | | | | NET | U3517924 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|------------|-------------|------------|--------|
| | | A-PROPANE DELIVERY | | .00 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|--|-------------|---------|---------------|
| | $.00 | $.00 | $.00 |



**VALLEY WIDE**
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U3517925 | 03/15/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP CATTLE - WB
471 N 300 W
JEROME ID  83338

INVOICE AMOUNT:        $0.00

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/15/24 | 6 | | | | NET | U3517925 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | A-PROPANE DELIVERY | | .00 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $.00 | $.00 | $.00 |

**VALLEY WIDE COOPERATIVE**
**VALLEY CO-OPS, INC.**
**1833 S. LINCOLN ST.**
**JEROME ID 83338**
**PHONE: (208) 324-8000**

PAGE NO   1

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:6925554 24.245 53 | BALANCE DUE BY 15TH | DEFAULT T | 3/18/24 | 10:00 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME        ID 83338

**Ship To:**

DOC# I23353/K
TERM#                **DUPLICATE**
*   INVOICE   *
*************
SLSPR:      CC CECILY COLEMAN
TAX  :      001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|----|----|-------------|------|-------|-----------|-----------|
| 1 | 24.24 | | EA | 1 | ULS#2 DIESEL ALL TAXES INCLUDED | | 24.24 | 3.68 EA | 89.44 |

REPRINT

| | | |
|---|---|---|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 89.44 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 89.44 |
| | | SUBTOTAL | 89.44 |
| | | TAX AMOUNT | 0.00 |
| | | TOTAL AMOUNT | 89.44 |

X_____
                        Received By



**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | R38417 | 03/20/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
WILLIAM J MILLENKAMP-BFO
STACKYARD
HAZELTON ID  83335

INVOICE AMOUNT:      $1067.29

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/20/24 | 58 | | | | NET | R38417 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 314.00 | | 2-DYED DIESEL #2 | 3.399 | 1067.29 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $1067.29 | $.00 | $1067.29 |

# VALLEY WIDE COOPERATIVE
## 2442 MAIN ST.
## GOODING, ID 83330
## www.valleywidecoop.com
## PHONE: (208) 934-5664

**FAITH JOHNSON, MANAGER**

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:9977208 23.326 34 | BALANCE DUE BY 15TH | DEFAULT TT | 3/21/24 | 3:59 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME        ID 83338

**Ship To:**

DOC# J85437/2
TERM#          **DUPLICATE**
              *  INVOICE  *
SLSPR:    CC CECILY COLEMAN    *************
TAX  :    001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|----|----|-------------|------|-------|-----------|-----------|
| 1 | 23.32 | | EA | 4 | UNLEADED | 3.3 | 23.32 | 3.33 EA | 77.89 |

REPRINT

| | | |
|---|---|---|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 77.89 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 77.89 |
| | | SUBTOTAL | 77.89 |
| | | TAX AMOUNT | 0.00 |
| | | TOTAL AMOUNT | 77.89 |

X_____
Received By



# VALLEY WIDE
### COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

## INVOICE

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U6018092 | 03/21/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-MARK'S HS
1719 RIVER RD E
BUHL ID  83316

INVOICE AMOUNT:    $175.28

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/21/24 | 26 | | | | NET | U6018092 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 92.30 | | A-PROPANE DELIVERY | 1.899 | 175.28 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|
| $175.28 | $.00 | $175.28 |

**VALLEY WIDE COOPERATIVE**
**VALLEY CO-OPS, INC.**
**1833 S. LINCOLN ST.**
**JEROME ID 83338**
**PHONE: (208) 324-8000**

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712  |        |                | Card:6925554 21.132 53 | BALANCE DUE BY 15TH | DEFAULT TT | 3/22/24 | 10:03 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME        ID 83338

**Ship To:**

DOC# I24743/K
TERM#              **DUPLICATE**
                  *  INVOICE  *
SLSPR:    CC CECILY COLEMAN    *************
TAX  :    001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|----|----|-------------|------|-------|-----------|-----------|
| 1 | 21.13 | | EA | 1 | ULS#2 DIESEL ALL TAXES INCLUDED | | 21.13 | 3.70 EA | 78.34 |

REPRINT

| | | |
|---|---|---|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 78.34 | **TAXABLE** | 0.00 |
| | | **NON-TAXABLE** | 78.34 |
| | | **SUBTOTAL** | 78.34 |
| | | **TAX AMOUNT** | 0.00 |
| | | **TOTAL AMOUNT** | 78.34 |

X
Received By

**VALLEY WIDE COOPERATIVE**
**708 HWY 30 E**
**BUHL, ID 83316**
**www.valleywidecoop.com**
**PHONE: (208) 543-4356**

MEGAN NELSON, MANAGER

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:6925547 5.83 34 | BALANCE DUE BY 15TH | DEFAULT TT | 3/24/24 | 11:33 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME          ID 83338

**Ship To:**

DOC# F65024/3
TERM#              **DUPLICATE**
                   *  INVOICE  *
SLSPR:    CC CECILY COLEMAN    *************
TAX  :    001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|----|----|-------------|------|-------|-----------|-----------|
| 1 | 5.83 | | EA | 4 | UNLEADED | 3.3 | 5.83 | 3.37 EA | 19.70 |

REPRINT

| | | |
|---|---|---|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 19.70 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 19.70 |
| | | SUBTOTAL | 19.70 |
| | | TAX AMOUNT | 0.00 |
| | | TOTAL AMOUNT | 19.70 |

X_____
                    Received By

**VALLEY WIDE COOPERATIVE**
**VALLEY CO-OPS, INC.**
**1833 S. LINCOLN ST.**
**JEROME ID 83338**
**PHONE: (208) 324-8000**

PAGE NO   1

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:6925560 20.758 04 | BALANCE DUE BY 15TH | DEFAULT TT | 3/25/24 | 8:27 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME        ID 83338

**Ship To:**

DOC# I25561/K
TERM#           **DUPLICATE**
                *  INVOICE  *
SLSPR:    CC CECILY COLEMAN   *************
TAX  :    001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|-----|-----|-------------|------|-------|-----------|-----------|
| 1 | 20.75 | | EA | 52 | 87 OCTANE NON ETHANOL | | 20.75 | 3.55 EA | 73.80 |

REPRINT

| | | |
|---|---|---|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 73.80 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 73.80 |
| | | SUBTOTAL | 73.80 |
| | | TAX AMOUNT | 0.00 |
| | | TOTAL AMOUNT | 73.80 |

X_____
Received By

# VALLEY WIDE COOPERATIVE
# VALLEY CO-OPS, INC.
## 1833 S. LINCOLN ST.
## JEROME ID 83338
## PHONE: (208) 324-8000

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:6925554 19.554 53 | BALANCE DUE BY 15TH | DEFAULT TT | 3/25/24 | 9:53 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME        ID 83338

**Ship To:**

DOC# I25409/K
TERM#          **DUPLICATE**
               *  INVOICE  *
SLSPR:    CC CECILY COLEMAN    *************
TAX  :    001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|----|----|-------------|------|-------|-----------|-----------|
| 1 | 19.55 | | EA | 1 | ULS#2 DIESEL ALL TAXES INCLUDED | | 19.55 | 3.74  EA | 73.16 |

REPRINT

|  |  |  |
|--|--|--|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 73.16 | **TAXABLE** 0.00 |
| | | **NON-TAXABLE** 73.16 |
| | | **SUBTOTAL** 73.16 |
| | | **TAX AMOUNT** 0.00 |
| | | **TOTAL AMOUNT** 73.16 |

X _____
Received By



**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U3518094 | 03/27/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-OLD GERMAN DAIRY
162 W 400 N
JEROME ID  83338

INVOICE AMOUNT:       $569.70

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/27/24 | 6 | | | | NET | U3518094 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 300.00 | | A-PROPANE DELIVERY | 1.899 | 569.70 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $569.70 | $.00 | $569.70 |



**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|-----------|-----------|--------------|
| 205232 | U3518095 | 03/27/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-NEW CALF BARN
471 N 300 W
JEROME ID  83338

INVOICE AMOUNT:     $5697.19

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|------|-----|-----------|----------|----------|-------|---------|
| 03/27/24 | 6 | | | | NET | U3518095 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|------------|-------------|------------|--------|
| 3000.10 | | A-PROPANE DELIVERY | 1.899 | 5697.19 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|-------------|---------|---------------|
| | $5697.19 | $.00 | $5697.19 |

**VALLEY WIDE COOPERATIVE**
**2442 MAIN ST.**
**GOODING, ID 83330**
**www.valleywidecoop.com**
**PHONE: (208) 934-5664**

PAGE NO    1

FAITH JOHNSON, MANAGER

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:9977208 12.286 34 | BALANCE DUE BY 15TH | DEFAULT T | 3/28/24 | 12:36 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME          ID 83338

**Ship To:**

DOC# J89654/2
TERM#                    **DUPLICATE**
                         *  INVOICE  *
SLSPR:    CC CECILY COLEMAN          *************
TAX  :    001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|-----|-----|-------------|------|-------|-----------|-----------|
| 1 | 12.28 | | EA | 4 | UNLEADED | 3.4 | 12.28 | 3.47 EA | 42.74 |

REPRINT

| | | |
|---|---|---|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 42.74 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 42.74 |
| | | SUBTOTAL | 42.74 |
| | | TAX AMOUNT | 0.00 |
| | | TOTAL AMOUNT | 42.74 |

X_____
                    Received By



**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567491 | 03/28/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP PRESSURE WASHER
2750 E 750 S
MALTA ID  83342

INVOICE AMOUNT:      $424.81

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/28/24 | 14 | | | | NET | U9567491 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 223.70 | TANK | R-PROPANE DELIVERY | 1.899 | 424.81 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $424.81 | $.00 | $424.81 |



**INVOICE**

**VALLEY WIDE**
— COOPERATIVE —

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567492 | 03/28/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID 83338

**SHIPPED TO**
MILLENKAMP-PROCESSING BARN
2750 E 750 S
MALTA ID 83342

INVOICE AMOUNT:      $5257.00

AMOUNT REMITTED $ _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 03/28/24 | 14 | | | | NET | U9567492 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 2768.30 | | A-PROPANE DELIVERY | 1.899 | 5257.00 |

| | NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|---|
| | $5257.00 | $.00 | $5257.00 |

**VALLEY WIDE COOPERATIVE**
**VALLEY CO-OPS, INC.**
**1833 S. LINCOLN ST.**
**JEROME ID 83338**
**PHONE: (208) 324-8000**

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---------|--------|----------------|-----------|-------|-------|------|------|
| 109712 | | | Card:6925554 21.372 53 | BALANCE DUE BY 15TH | DEFAULT TT | 3/29/24 | 10:03 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME        ID 83338

**Ship To:**

DOC# I26868/K
TERM#                **DUPLICATE**
*   INVOICE   *
*************
SLSPR:     CC CECILY COLEMAN
TAX  :     001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|----|----|-------------|------|-------|-----------|-----------|
| 1 | 21.37 | | EA | 1 | ULS#2 DIESEL ALL TAXES INCLUDED | | 21.37 | 3.78 EA | 80.92 |

REPRINT

| | | |
|---|---|---|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 80.92 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 80.92 |
| | | SUBTOTAL | 80.92 |
| | | TAX AMOUNT | 0.00 |
| | | TOTAL AMOUNT | 80.92 |

X
                                                    Received By

**VALLEY WIDE COOPERATIVE**
**910 S. ONEIDA**
**RUPERT, ID 83350**
**www.valleywidecoop.com**
**PHONE: (208) 436-0141**

REGINA LEGUINECHE, MANAGER

*INVOICE*
*130612/h*

| BILL TO: | SHIP TO: |
|---|---|
| WILLIAM J MILLENKAMP<br>MILLENKAMP CATTLE<br>471 N 300 W<br>JEROME          ID       83338 | |

REWARD NO:5260074144

PO # 24-0610

SALESPERSON: CC  CECILY COLEMAN
TAX: 001 ID ST SALES TAX

| DOCUMENT NO. | CUSTOMER NO | JOB NO | DATE / TIME | PURCHASE ORDER | CLERK | TERMINAL | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|---|---|
| 130612/h | 109712 | 000 | 4/1/24  2:07 | 24-0610 | YA1 | 124 | | BALANCE DUE BY 15TH |

| | MFG | PART NUMBER | DESCRIPTION | ORDERED | SHIPPED | BKO | LIST PRICE | NET | NET CORE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | X102594 | SYSTEM SAVER YELLOW SOFTNER SALT | 343 | 343 | | | 6.80 | | 2332.40 |

REPRINT

** AMOUNT CHARGED TO STORE ACCOUNT **        2472.34

| | |
|---|---|
| TAXABLE | 2332.40 |
| NON-TAXABLE | 0.00 |
| SUB-TOTAL | 2332.40 |
| TAX AMOUNT | 139.94 |
| **TOTAL AMOUNT** | **2472.34** |

X _____
                Received By

(DIANA STERK)

**VALLEY WIDE COOPERATIVE**
**910 S. ONEIDA**
**RUPERT, ID 83350**
**www.valleywidecoop.com**
**PHONE: (208) 436-0141**

REGINA LEGUINECHE, MANAGER

*INVOICE*
*130615/h*

| BILL TO: | SHIP TO: |
|---|---|
| WILLIAM J MILLENKAMP<br>MILLENKAMP CATTLE<br>471 N 300 W<br>JEROME          ID      83338 | |

REWARD NO:5260074144

PO # 24-0728

SALESPERSON: CC  CECILY COLEMAN
TAX: 001 ID ST SALES TAX

| DOCUMENT NO. | CUSTOMER NO | JOB NO | DATE / TIME | PURCHASE ORDER | CLERK | TERMINAL | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|---|---|
| 130615/h | 109712 | 000 | 4/1/24  2:23 | 24-0728 | YA1 | 124 | | BALANCE DUE BY 15TH |

| | MFG | PART NUMBER | DESCRIPTION | ORDERED | SHIPPED | BKO | LIST PRICE | NET | NET CORE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1<br>2<br>3 | | 137972 | PLAIN WHITE SALT BLOCK<br>DELIVERED MARCH 27TH TO JERSEY<br>GIRL LOCATION | 1360 | 1360 | | | 7.25 | | 9860.00 N |

REPRINT

|  |  |
|---|---|
| | TAXABLE          0.00 |
| | NON-TAXABLE    9860.00 |
| ** AMOUNT CHARGED TO STORE ACCOUNT **     9860.00 | SUB-TOTAL     9860.00 |
| | TAX AMOUNT     0.00 |
| | **TOTAL AMOUNT   9860.00** |

X _____
Received By                            (DIANA STERK)

**VALLEY WIDE COOPERATIVE**
**JEROME FEED WAREHOUSE AND FUEL**
**837 W MAIN**
**JEROME, ID 83338**
**PHONE: (208) 324-3525**

BILL TO:

WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME          ID          83338

SHIP TO:

*INVOICE*
*17532 /W*

SALESPERSON:  CC  CECILY COLEMAN
TAX:  D    SALES TAX JEROME BULK

PO # 24-0589

| DOCUMENT NO. | CUSTOMER NO | JOB NO | DATE / TIME | PURCHASE ORDER | CLERK | TERMINAL | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|---|---|
| 17532 /W | 109712 | 000 | 4/1/24  8:54 | 24-0589 | ZDM | 880 | | BALANCE DUE BY 15TH |

| | MFG | PART NUMBER | DESCRIPTION | ORDERED | SHIPPED | BKO | LIST PRICE | NET | NET CORE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 1127265 | PINE SHAVINGS 8CU FT S.MTN | 140 | 140 | | | 9.29 | | 1300.60 N |

REPRINT

** AMOUNT CHARGED TO STORE ACCOUNT **    1300.60

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 1300.60 |
| SUB-TOTAL | 1300.60 |
| TAX AMOUNT | 0.00 |
| **TOTAL AMOUNT** | **1300.60** |

X _____
             Received By          (DIANA STERK)

# VALLEY WIDE COOPERATIVE
## JEROME FEED WAREHOUSE AND FUEL
### 837 W MAIN
### JEROME, ID 83338
### PHONE: (208) 324-3525

**BILL TO:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME          ID          83338

**SHIP TO:**

## INVOICE
## 17533 /W

PO # 24-0732

SALESPERSON: CC  CECILY COLEMAN
TAX: D    SALES TAX JEROME BULK

| DOCUMENT NO. | CUSTOMER NO | JOB NO | DATE / TIME | PURCHASE ORDER | CLERK | TERMINAL | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|---|---|
| 17533 /W | 109712 | 000 | 4/1/24  8:57 | 24-0732 | ZDM | 880 | | BALANCE DUE BY 15TH |

| | MFG | PART NUMBER | DESCRIPTION | ORDERED | SHIPPED | BKO | LIST PRICE | NET | NET CORE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 1067795 | BIG 6 TRACE MINERAL BLK | 80 | 80 | | | 7.35 | | 588.00 N |
| 2 | | 1127265 | PINE SHAVINGS 8CU FT S.MTN | 105 | 105 | | | 9.29 | | 975.45 N |
| 3 | | | DELIVERED TO CALF RANCH ON | | | | | | | |
| 4 | | | 3/29/24 | | | | | | | |

REPRINT

** AMOUNT CHARGED TO STORE ACCOUNT **    1563.45

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 1563.45 |
| SUB-TOTAL | 1563.45 |
| TAX AMOUNT | 0.00 |
| **TOTAL AMOUNT** | **1563.45** |

X _____
Received By

(DIANA STERK)

**VALLEY WIDE COOPERATIVE**
**VALLEY CO-OPS, INC.**
**1833 S. LINCOLN ST.**
**JEROME ID 83338**
**PHONE: (208) 324-8000**

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---|---|---|---|---|---|---|---|
| 109712 | | | Card:6925554 19.647 53 | BALANCE DUE BY 15TH | DEFAULT TT | 4/ 1/24 | 9:57 |

**Sold To:**
WILLIAM J MILLENKAMP
MILLENKAMP CATTLE
471 N 300 W
JEROME        ID 83338

**Ship To:**

DOC# I27516/K
TERM#              **DUPLICATE**
*   INVOICE  *
*************
SLSPR:    CC CECILY COLEMAN
TAX  :    001 ID ST SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PR | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 19.64 | | EA | 1 | ULS#2 DIESEL ALL TAXES INCLUDED | | 19.64 | 3.76 EA | 74.03 |

REPRINT

| | | |
|---|---|---|
| ** AMOUNT CHARGED TO STORE ACCOUNT ** | 74.03 | **TAXABLE** 0.00 |
| | | **NON-TAXABLE** 74.03 |
| | | **SUBTOTAL** 74.03 |
| | | **TAX AMOUNT** 0.00 |
| | | **TOTAL AMOUNT** 74.03 |

X_____
                    Received By



**INVOICE**

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567572 | 04/01/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-JERSEY GIRL #1
2750 E 750 S
MALTA ID  83342

INVOICE AMOUNT:     $3418.20

AMOUNT REMITTED $_____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 04/01/24 | 17 | | | | NET | U9567572 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1800.00 | | A-PROPANE DELIVERY | 1.899 | 3418.20 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|
| $3418.20 | $.00 | $3418.20 |



**INVOICE**

**VALLEY WIDE**
COOPERATIVE

837 W MAIN
JEROME, ID 83338
(208) 324-3525
(208) 324-3525

| ACCOUNT # | INVOICE # | INVOICE DATE |
|---|---|---|
| 205232 | U9567573 | 04/01/24 |

**SOLD TO**
MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID  83338

**SHIPPED TO**
MILLENKAMP-QUAD ROTARY
2570 E 750 S
MALTA ID  83342

**INVOICE AMOUNT:**     $4747.50

**AMOUNT REMITTED $** _____

| DATE | SLS | PO NUMBER | ORD DATE | SHIP VIA | TERMS | INVC NO |
|---|---|---|---|---|---|---|
| 04/01/24 | 17 | | | | NET | U9567573 |

| QUANTITY | INV NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 2500.00 | | A-PROPANE DELIVERY | 1.899 | 4747.50 |

| NON-TAXABLE | TAXABLE | INVOICE TOTAL |
|---|---|---|
| $4747.50 | $.00 | $4747.50 |