Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Chapter 11<br><br>[NO HEARING REQUIRED]<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024 – Page 1

**JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE
AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE MONTH OF JULY 2024**

Johnson May (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of July 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures").  In support of the Application, the Firm respectfully represents as follows:

A.      The Firm is Local Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.      The Firm billed a total of $18,540.10 in fees and expenses during the Application Period. The total fees represent 44.90 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| July 1-31, 2024 | $17,966.50 | $573.60 | $18,540.10 |

C.      Accordingly, the Firm seeks allowance of interim compensation in the amount of $14,048.48 at this time. This total is comprised as follows: $13,474.88 (75% of the fees for services rendered) plus $573.60 (100% of the expenses incurred).

D.      Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
JULY 2024 – Page 2

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

   E. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

   F. The Firm no longer holds funds in its client trust account on behalf of the Debtor, as previous applications exceeded the initial retainer payment from the Debtor. The Debtor will pay the full requested amount of $14,048.48 from its accounts at its discretion.

   **WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: August 7, 2024        _____/s/ Matt Christensen_____
                     JOHNSON MAY
                     Matthew T. Christensen

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that on this 7th day of August, 2024, I caused to be served a true and correct copy of the foregoing JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024 – Page 4

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

        /s/ Matt Christensen
Matthew T. Christensen

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| **DATE** | **PROF** | **DESCRIPTION** | **UNITS** | **RATE** | **VALUE** |
| **B110 CASE ADMINISTRATION** | | | | | |
| 7/1/2024 | MTC | Daily call with clients (.4); various emails re: pending orders and applications (.5) | 0.90 | $425.00 | $382.50 |
| 7/1/2024 | ARD | Research Idaho state and federal dockets in order to locate cases filed by Rabo Agrifinance against Burks Tractor and CNH Industrial Capital in the past six months. | 0.30 | $150.00 | $45.00 |
| 7/2/2024 | MTC | Daily call with clients (.3); review various emails (.3); call with UCC attorney (.5). | 1.10 | $425.00 | $467.50 |
| 7/3/2024 | MTC | Daily call (.5); review/revise Mtn to Amend 503(b)(9) Order (.4); misc other emails (.3). | 1.20 | $425.00 | $510.00 |
| 7/5/2024 | MTC | Multiple emails and calls re: Rabo proposal. | 1.30 | $425.00 | $552.50 |
| 7/9/2024 | MTC | Emails with client re: interest payments to secured creditors. | 0.50 | $425.00 | $212.50 |
| 7/9/2024 | MTC | Daily call with clients (.5); call with UCC committee (.3); zoom call with MetLife attorneys (.4). | 1.20 | $425.00 | $510.00 |
| 7/10/2024 | MTC | Work on subpoenas to various parties (2.3); prepare and circulate Stip re: 7/18 hearing (.3); emails with various parties re: upcoming hearings (.4). | 3.00 | $425.00 | $1,275.00 |
| 7/11/2024 | MTC | Daily call with clients (.5); review and circulate weekly reports (.3). emails and phone calls re: 7/18 hearing Stip (.3); prepare and circulate Stip with MetLife re: pending motions (.5); update RAF subpoena exhibit (.2); prepare Notice of Intent to Serve subpoenas and file with all subpoenas attached (.5); email with co-counsel re: plan/disclosure statement (.2). | 2.50 | $425.00 | $1,062.50 |
| 7/12/2024 | MTC | Daily client zoom call (.3); call with SSchwager re: orders and subpoena (.3); comments on draft Order re: sale motion (.2); prepare draft order on cash collateral motion (.4); prepare draft order on exclusivity motion (.3); phone call with JNaess re: UST objection to sale motion (.1) and email client re: same (.1); finalize and file Stip re: 7/18 hearing and email clerk re: same (.2); prepare and submit order re: 7/18 hearing (.2); review emails from client and SSchwager re: RAF subpoena (.2); calls with client and co-counsel re: sale motion (.2). | 2.50 | $425.00 | $1,062.50 |
| 7/12/2024 | ARD | Phone call with TriCounty Process Servers re issue with subpoenas and clarification on registered agent addresses. | 0.10 | $150.00 | $15.00 |
| 7/15/2024 | MTC | Daily call with clients (.4). | 0.40 | $425.00 | $170.00 |
| 7/16/2024 | MTC | Emails with East Valley Development re: access to Forbes calls. | 0.20 | $425.00 | $85.00 |
| 7/16/2024 | MTC | Prepare and file Status Report. | 0.50 | $425.00 | $212.50 |
| 7/17/2024 | MTC | Daily call with clients (.5); call with co-counsel and John O'brien (.3); finalize and submit proposed orders (.5). | 1.30 | $425.00 | $552.50 |
| 7/18/2024 | MTC | Review Motions and prepare outline for hearing (1.3); attend hearing on various motions (1.8); emails after hearing re: proposed new hearing date (.3). | 3.40 | $425.00 | $1,445.00 |
| 7/18/2024 | ARD | Phone call with Thomas Dvorak re declaration for upcoming hearing. | 0.10 | $150.00 | $15.00 |
| 7/19/2024 | MTC | Daily call with clients (.5); emails re: continued cash collateral date (.5); update cash collateral order and circulate for signatures (.7). | 1.70 | $425.00 | $722.50 |
| 7/22/2024 | ARD | Analyze and prepare Millenkamp Properties II, LLC June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Analyze and prepare Millenkamp Properties, LLC June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Analyze and prepare Millenkamp Family, LLC June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Analyze and prepare Millenkamp Enterprises, LLC June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Analyze and prepare Idaho Jersey Girls Jerome Dairy June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Analyze and prepare Idaho Jersey Girls June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Analyze and prepare Goose Ranch, LLC June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Analyze and prepare East Valley Cattle, LLC June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Analyze and prepare Black Pine Cattle, LLC June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Prepare Certificate of Service for Application to Employ Special Counsel for Debtors. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Phone call with Norma from Producers Livestock re questions about subpoena production. | 0.10 | $150.00 | $15.00 |
| 7/22/2024 | MTC | Daily call with clients (.3). | 0.30 | $425.00 | $127.50 |
| 7/23/2024 | ARD | Analyze June MOR and bank statements provided by Kander and prepare for filing. | 0.50 | $150.00 | $75.00 |
| 7/24/2024 | MTC | Participate in daily Zoom call with clients (.7); participate in Zoom call with Met's counsel (.4). | 1.10 | $425.00 | $467.50 |
| 7/25/2024 | MTC | Emails with various opposing counsel. | 0.30 | $425.00 | $127.50 |
| 7/25/2024 | ARD | Email correspondence to Lisa Nelson re missing bank statements for June MORs. | 0.10 | $150.00 | $15.00 |
| 7/26/2024 | MTC | Daily call with clients to update on various matters. | 0.30 | $425.00 | $127.50 |
| 7/26/2024 | MTC | Continue researching cram-down plan provisions. | 2.60 | $425.00 | $1,105.00 |
| 7/31/2024 | MTC | Emails with Forbes people re: Process letter and term sheets. | 0.40 | $425.00 | $170.00 |
| | | **Total:** | **29.90** | | **$11,827.50** |
| **B210 BUSINESS OPERATIONS** | | | | | |
| 7/3/2024 | MTC | Revise term sheet from Rabo and send to co-counsel to review (.5); email same to Rabo counsel with comments (.3); discuss same with Rabo counsel (.2). | 1.00 | $425.00 | $425.00 |
| 7/8/2024 | MTC | Discuss employment app with Kander people (.2); email re: same (.1). | 0.30 | $425.00 | $127.50 |
| 7/8/2024 | MTC | Discuss Rabo stip with co-counsel (.3); prepare and send proposed Stipulation to Rabo for review (1.4); various emails with Rabo attorneys and co-counsel re: redlines to Stipulation (.7). | 3.40 | $425.00 | $1,445.00 |
| 7/9/2024 | MTC | Multiple emails re post-petition loader payments to Western States. | 0.30 | $425.00 | $127.50 |
| 7/9/2024 | MTC | Multiple emails re: stipulations re pending motions (1.6); finalize and file Rabo stip (.4). | 2.00 | $425.00 | $850.00 |
| 7/15/2024 | MTC | Prepare and circulate draft Interim Order approving cash collateral with comments. | 1.30 | $425.00 | $552.50 |
| 7/17/2024 | MTC | Finalize and submit proposed cash collateral order. | 0.40 | $425.00 | $170.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/24/2024 | MTC | Finalize and submit updated cash collateral order (.3). | 0.30 | $425.00 | $127.50 |
| | | **Total:** | **9.00** | | **$3,825.00** |
| **B120 ASSET ANALYSIS AND RECOVERY** | | | | | |
| 7/10/2024 | MTC | Email to BRothschild and MMcKinlay re: documents and records. | 0.20 | $425.00 | $85.00 |
| | | **Total:** | **0.20** | | **$85.00** |
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 7/2/2024 | AS | Prepare exhibit to interim fee app (0.4); Draft June interim fee app (0.4). | 0.80 | $130.00 | $104.00 |
| 7/16/2024 | MTC | Prepare declaration of Tom Dvorak and send for comments and signature. | 0.40 | $425.00 | $170.00 |
| 7/22/2024 | MTC | Prepare App to Employ Givens Pursley and send to client for review/signature (.5); finalize and file App and Declaration of Tom Dvorak (.2). | 0.70 | $425.00 | $297.50 |
| | | **Total:** | **1.90** | | **$571.50** |
| **B230 FINANCING/CASH COLLECTIONS** | | | | | |
| 7/29/2024 | MTC | Call with Forbes, clients and co-counsel. | 1.00 | $425.00 | $425.00 |
| | | **Total:** | **1.00** | | **$425.00** |
| **B140 RELIEF FROM STAY/ADEQUATE PROTECTION** | | | | | |
| 7/2/2024 | MTC | Prepare draft Stip re: Stay Relief (Bartholomew) and send to client to review. | 0.40 | $425.00 | $170.00 |
| 7/17/2024 | MTC | Prepare and send draft order re: stay relief (.3); review comments from opposing counsel (.1); finalize and submit order (.1). | 0.50 | $425.00 | $212.50 |
| | | **Total:** | **0.90** | | **$382.50** |
| **B140 PLAN/DISCLOSURE STATEMENT** | | | | | |
| 7/1/2024 | MTC | Research re: cramdown provisions. | 1.00 | $425.00 | $425.00 |
| 7/15/2024 | MTC | Prepare and circulate proposed order re: exclusivity period. | 0.40 | $425.00 | $170.00 |
| 7/16/2024 | MTC | Call with client re: plan options (.4); email co-counsel re: same (.2). | 0.60 | $425.00 | $255.00 |
| | | **Total:** | **2.00** | | **$850.00** |
| **COSTS** | | | | | |
| 7/16/2024 | | Service of Process - Producers Livestock Marketing Association | | | $69.30 |
| 7/16/2024 | | Service of Process - Cargill Meat Solutions Corporation | | | $69.30 |
| 7/18/2024 | | Service of Process - Valley Beef, Inc. | | | $160.00 |
| 7/30/2024 | | Service of Process - JBS USA LLC | | | $275.00 |
| | | **Total:** | **0.00** | | **$573.60** |
| | | **GRAND TOTAL:** | **44.9** | | **$18,540.10** |
| | | | | | |
| | | Staff Summary: | | | |
| | MTC | Matthew T. Christensen | 40.90 | $425.00 | $17,382.50 |
| | ARD | Allison R. Daniels | 3.20 | $150.00 | $480.00 |
| | AS | Abigail Stephens | 0.80 | $130.00 | $104.00 |
| | | | 44.90 | | $17,966.50 |