Janine P. Reynard (ISB #6030)
AVERY LAW
3090 E. Gentry Way, Ste 250
Meridian, ID 83642
Telephone: (208) 639-9400
Facsimile: (208) 994-3182

-and-

Adam Lewis (admitted pro hac vice)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: ALewis@mofo.com

-and-

Miranda Russell (admitted pro hac vice)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: MRussell@mofo.com

*Attorneys for East Valley Development, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing Relates to: | Jointly Administered With Case Nos.: |
| ☒ ALL DEBTORS | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle) |
| ☐ Millenkamp Cattle, Inc. | 24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |
| ☐ Idaho Jersey Girls | 24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch) |
| ☐ East Valley Cattle | 24-40166-NGH (Black Pine Cattle) |

| | |
|---|---|
| ☐ Millenkamp Properties | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Family | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

NOTICE OF HEARING

PLEASE TAKE NOTICE that on the 12th day of September, 2024, at the hour of 1:30 p.m., *East Valley Development's Motion to Compel Assumption or Rejection of Executory Contracts, or, in the Alternative, For Equitable Relief* will be called for hearing by the Honorable Chief Judge Noah G. Hillen. Pursuant to General Order No. 360, this hearing will be conducted telephonically. Parties shall call into the number below at least ten (10) minutes prior to the start of the hearing. The courtroom deputy will take roll after which your phone should be placed on mute until the case is called. Once you are finished with your call you may hang up.

    Judge Hillen's Conference Number: 1-669-254-5252
    Access Code: 160-5422-0978

Dated: August 12, 2024.

    AVERY LAW

    */s/ Janine P. Reynard*
    Janine P. Reynard (ISB #6030)

    -AND-

    MORRISON & FOERSTER LLP
    Adam Lewis (admitted pro hac vice)
    Miranda Russell (admitted pro hac vice)

    *Attorneys for East Valley Development, LLC*