Janine P. Reynard (ISB #6030)
AVERY LAW
3090 E. Gentry Way, Ste 250
Meridian, ID 83642
Telephone: (208) 639-9400
Facsimile: (208) 994-3182

-and-

Adam Lewis (admitted pro hac vice)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: ALewis@mofo.com

-and-

Miranda Russell (admitted pro hac vice)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: MRussell@mofo.com

*Attorneys for East Valley Development, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing Relates to: | Jointly Administered With Case Nos.: |
| ☒ ALL DEBTORS | 24-40159-NGH (Idaho Jersey Girls) |
| | 24-40160-NGH (East Valley Cattle) |
| ☐ Millenkamp Cattle, Inc. | 24-40161-NGH (Millenkamp Properties) |
| | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Idaho Jersey Girls | 24-40163-NGH (Millenkamp Family) |
| | 24-40164-NGH (Goose Ranch) |
| ☐ East Valley Cattle | 24-40166-NGH (Black Pine Cattle) |

| | |
|---|---|
| ☐ Millenkamp Properties<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy | 24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

### CERTIFICATE OF SERVICE

COMES NOW, Janine P. Reynard, and hereby certifies that on August 12, 2024, I electronically filed *East Valley Development's Motion to Compel Assumption or Rejection of Executory Contracts, or, in the Alternative, For Equitable Relief* (Doc 549) and a *Notice of Hearing* (Doc 550), on the CM/ECF system, which sent electronic notice to the following persons:

Daniel C Green	dan@racineolson.com, mcl@racinelaw.net
Matthew W Grimshaw	matt@grimshawlawgroup.com
Julian Gurule	jgurule@omm.com, julian-gurule-5732@ecf.pacerpro.com
Matthew Kremer	mkremer@omm.com, matthew-kremer-0858@ecf.pacerpro.com
David T Krueck	dkrueck@perkinscoie.com, jdeshaw@perkinscoie.com, docketboi@perkinscoie.com
John F Kurtz, Jr	jfk@kurtzlawllc.com, tnd@kurtzlawllc.com
Adam Aiken Lewis	alewis@mofo.com
Karyn Lloyd	klloyd@grsm.com
Jed W. Manwaring	jmanwaring@evanskeane.com, duskin@evanskeane.com
James Justin May	jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com, lnh@johnsonmaylaw.com
Krystal R. Mikkilineni	krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com
Rhett Michael Miller	rmiller@magicvalley.law
John D Munding	john@mundinglaw.com
Jason Ronald Naess on behalf of U.S. Trustee	Jason.r.naess@usdoj.gov
James Niemeier	jniemeier@mcgrathnorth.com
John O'Brien	jobrien@spencerfane.com, anissly@spencerfane.com, dperea@spencerfane.com
Gabriel Luis Olivera	golivera@omm.com, gabriel-olivera-3960@ecf.pacerpro.com
Mark Bradford Perry	mbp@perrylawpc.com, info@perrylawpc.com, tlh@perrylawpc.com, plr@perrylawpc.com, jks@perrylawpc.com, tay@perrylawpc.com
Scott C Powers	spowers@spencerfane.com, mwatson@spencerfane.com

| | |
|---|---|
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Robert E Richards | robert.richards@dentons.com, docket.general.lit.chi@dentons.com |
| Holly Roark | holly@roarklawboise.com, courtnotices@roarklawoffices.com, RoarkLawOffices@jubileebk.net |
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com, nymcocalendaring@nortonrosefulbright.com, calendaring-nortonrose-9955@ecf.pacerpro.com |
| Sheila Rae Schwager | sschwager@hawleytroxell.com, jbrocious@hawleytroxell.com, mreinhart@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com, louis.spiker@millernash.com |
| Matthew A Sturzen | matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com, ckaiser@grsm.com |
| Kim J Trout | ktrout@trout-law.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Joseph Mark Wager, Jr. | wager@mwsslawyers.com, wstewart@mwsslawyers.com, seannegan@sneganlaw.com; reception@mwsslawyers.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com, amay@hawleytroxell.com |

And, I further certify that, on August 13, 2024, I served a true and correct copy of the above-referenced documents, upon the following person(s) by mailing with the necessary postage affixed thereto:

Bunge Canada
c/o David Farrell, Esq.
One Bank Plaza, Ste 2700
St. Louis, MO 63101

Davis Livestock, Inc.
780 E. Cannibal Rd
Lewiston, UT 84320

Gale W. Harding and Associates
329 W 7th S
Rexburg, ID 83440

The Forbes Securities Group, LLC
Dba Forbes Partners as Investment Banker
6400 S Fiddlers Green Circle, Ste 850
Greenwood Village, CO 80111

Dated: August 13, 2024.

              */s/ Janine P. Reynard*
              Janine P. Reynard