Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        robert.richards@dentons.com
        tirzah.roussell@dentons.com

Attorneys for the Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome |

☐ Millenkamp Family

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

Dairy)

Chapter 11 Cases

## APPLICATION FOR ALLOWANCE OF FEES
## AND COSTS FOR SUMMIT AG APPRAISAL, INC.

---

**Notice of Application for Allowance of Fees and Costs for
Summit Ag Appraisal, Inc. and Opportunity to Object and for a Hearing**

<u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

Dennis R. Bortz of Summit Ag Appraisal, Inc., ("<u>Applicant</u>"), submits this application for fees and costs pursuant to 11 U.S.C. § 330 (the "<u>Application</u>"). In support of this Application, Applicant respectfully states and represents to the Court as follows:

1.    Applicant is a professional person at Summit Ag Appraisal, Inc. and makes this Application for the allowance of compensation for professional services rendered, and or reimbursement for actual necessary costs and expenses incurred.

APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR SUMMIT AG
APPRAISAL, INC.– PAGE 2

2.      On June 10, 2024 the Debtors filed an Amended Application to Employ Summit Ag Appraisal, Inc. as Real Estate Appraiser ("Summit"), (Docket No. 397) (the "Employment Application").

3.      The fees requested by this Application shall not be shared with any other party outside the Applicant's firm.

4.      All services for which compensation is requested by the Applicant were performed for and on behalf of said Debtors, and not on behalf of any committee, creditor, or other person. The Applicant and personnel from Summit were the only persons involved in the services for which compensation is requested and are specifically identified on the attached **Exhibit A** and is incorporated herein by reference.

5.      Pursuant to the Employment Application, Summit charges a flat fee of $85,000.00 for the appraisal (the "Appraisal Fee").  The full Appraisal Fee is due upon completion of the appraisals, which have been completed.

6.      Summit and Applicant are qualified to provide the Debtors the vital services set forth in the Employment Application, including preparing a real estate appraisal.

7.      The Applicant is a Certified General Appraiser. He grew up on a farm and ranch operation in Southern Idaho and graduated from the University of Idaho with a Bachelor of Science degree in Agricultural Economics. His appraisal career began in 2000 and he obtained his Accredited Rural Appraiser designation with the American Society of Farm Managers and Rural Appraisers in 2008.

8.      Applicant has rendered extensive and vital services to the Debtors in the manner prescribed in the attached Exhibit A, which is incorporated here by this reference and consistent with the Employment Application.

APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR SUMMIT AG APPRAISAL, INC.– PAGE 3

9.      Because of the services rendered by the Applicant and Summit, the Debtors will be receiving an appraisal of their real property.

10.     The amount of compensation requested to be approved in this Application is $85,000.00 for the preparation of the real estate appraisal, which is the full Appraisal Fee, and is in conformity with the Employment Application.

11.     The Applicant's request for fees is justified in this case based on industry norms for these types of projects, and the expedited timeframe in which to complete the real estate appraisal. The real properties at issue were extensive in nature, consisting of multiple parcels throughout many counties; some with structures and other improvements, some without.  Further, based on the Applicant's extensive appraisal experience with these types of properties, the Applicant is confident the fees charged for these appraisals are consistent with fees charged by other appraisers for similar assignments.

12.     The Debtors and Applicant have reviewed this Application and have approved the Application, and amounts requested herein.

        WHEREFORE, the Applicant prays that an allowance and confirmation be made for its compensation requests pursuant to 11 U.S.C. §330 in the total amount of $85,000.00


/s/ *Dennis R. Bortz*
Dennis R. Bortz
Summit Ag Appraisal, Inc.


APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR SUMMIT AG
APPRAISAL, INC.– PAGE 4

DENTONS DAVIS BROWN


/s/ *Tirzah Roussell*

TIRZAH ROUSSELL
Attorney for Debtors

JOHNSON MAY

 /s/ *Matt. T. Christensen*
MATTHEW T. CHRISTENSEN
Attorney for Debtors

APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR SUMMIT AG
APPRAISAL, INC.– PAGE 5

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 13th day of August 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| Gabriel L. Olivera | golivera@omm.com |

Any others as listed on the Court's ECF Notice.

/s/ Tirzah R. Roussell
Tirzah R. Roussell

APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR SUMMIT AG APPRAISAL, INC.– PAGE 6



**Summit Ag Appraisal, Inc**
995 S 1150 E
Albion, ID 83311-9710

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/21/2024 | 1172 |

| Bill To |
|---------|
| Johnson May<br>Mr. Matt Christensen, Atty<br>199 N. Capital Blvd., Suite 200<br>Boise, ID 83702 |

| Description | Amount |
|-------------|--------|
| Dairy Appraisal:  Millenkamp, properties include East Valley Dairy; German Dairy; Jersey Girls Dairy; Goose Ranch; McGregor Tract; Canyon Lands; Calf Ranch and Moonshine Ranch | 85,000.00 |

| Terms | Due on receipt | **Total** | $85,000.00 |
|-------|----------------|-----------|-----------|

Thank you for your business.