UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

## ORDER GRANTING THE DEBTORS' APPLICATION TO EMPLOY COOPER NORMAN AS ACCOUNTANT

This matter before the Court is the Debtors' *Application to Employ Cooper Norman as*

#4069135 v.3

*Accountant* (Docket No. 331) (the "<u>Application</u>"); and the Court, having reviewed the Application, finds that the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Application was sufficient under the circumstances and that no further notice need be given; and the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and no objections having been filed; and after due deliberation and sufficient cause appearing, therefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Application is GRANTED, and the Debtors are authorized to employ Cooper Norman pursuant to 11 U.S.C. § 327(a) under the terms as set forth in the Application**, effective as of May 24, 2024, in accordance with LBR 2014-1(c)**.[1]

2. The Application was appropriate under the circumstances and in compliance with the Bankruptcy Code and Bankruptcy Rules.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4. All applications for compensation for Cooper Norman shall be subject to review by this Court pursuant to 11 U.S.C. §§ 330 and 331.  //end of text//

DATED: August 14, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

---

[1] Language added by Court.

DEBTORS' APPLICATION TO EMPLOY COOPER NORMAN AS ACCOUNTANT- 2 -

Order submitted by:

Krystal R. Mikkilineni
Matthew T. Christensen
Attorney for the Debtors

Approved as to form:

/s/ Jason R. Naess (email approval)
Jason R. Naess, Office of the United States Trustee