# Notice Recipients

District/Off: 0976–8                    User: admin                        Date Created: 8/14/2024

Case: 24–40158–NGH                 Form ID: pdf116                   Total: 5


**Recipients of Notice of Electronic Filing:**

ust          US Trustee           ustp.region18.bs.ecf@usdoj.gov
aty          Brett R Cahoon          ustp.region18.bs.ecf@usdoj.gov
aty          Jason Ronald Naess          Jason.r.naess@usdoj.gov

TOTAL: 3


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db           Millenkamp Cattle, Inc           471 North 300 West           Jerome, ID 83338
acc          Cooper Norman          PO Box 5399          Twin Falls, ID 83303

TOTAL: 2