Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
　　　　jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
　　　　robert.richards@dentons.com
　　　　tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>　　　Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4068898

#4071175

| | |
|---|---|
| ☐ Millenkamp Family <br> ☐ Goose Ranch <br> ☐ Black Pine Cattle <br> ☐ Millenkamp Enterprises <br> ☐ Idaho Jersey Girls Jerome Dairy | Chapter 11 Cases |

# NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL and NOTICE OF HEARING RE: SAME

PLEASE TAKE NOTICE that Dentons Davis Brown, counsel of record for Debtors in Possession, Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), has filed a First Application for Allowance of Interim Fees and Costs for Counsel (Dkt. No. 548 - the "Application") for the requested fees and costs for Dentons Davis Brown in the amount of $320,957.70. The fees and costs required are related to the following:

- **Case Administration** was necessary in order to discuss various items with the client, co-counsel, financial advisor and other parties, as well as prepare and file required reports (IRR, MOR) and respond to extensive first day motions, continued emergency/interim motions, and related orders.

- **Asset Disposition** was necessary in order to maintain and collect documents regarding the potential sale of certain of the Debtors' assets and to prepare and file sale motions.

- **Relief from Stay/Adequate Protection Proceedings** was necessary to respond to opposing counsel and prepare responses to motions for relief from stay and motions for adequate protection.

- **Meetings of and Communications with Creditors** was necessary to prepare for and attend conferences with creditors regarding matters related to the case, status updates, and negotiations, and correspond with creditors and counsel for creditors via phone call and/or email.

- **Fee/Employment Applications** was necessary in order to draft and prepare applications to employ and draft monthly fee applications and this first interim fee application.

- **Assumption/Rejection of Leases and Contracts** was necessary in order to review and respond to multiple creditor emails regarding the Debtors' intentions, and to correspond with co-counsel, financial advisor, and debtors regarding the same.

- **Other Contested Matters** was necessary in order to correspond with the Debtors, co-counsel, financial advisor, and creditors regarding multiple contested matters, including use of cash collateral, DIP approval, 503(b)(9) motion, critical vendor motion, and sale motion.

- **Non-Working Travel** was travel billed at ½ rate for travel to/from hearings.

- **Financing/Cash Collections** was necessary in order to correspond with multiple parties regarding the first day cash motions and draft and prepare extensive relevant interim and final motions, notices, and orders. Much of the initial stages of this case revolved around obtaining necessary approvals/consensus for using cash collateral to maintain operations and approval of the DIP loan.

- **Claims Administration and Objections** was necessary in order to review claims filed and evaluate potential objections to those claims.

- **Plan and Disclosure Statement** was necessary in order to correspond with co-counsel, Debtors, and the financial advisor regarding the drafting of and strategy for the Chapter 11 Plan.

The projects have allowed the Debtors to prepare and file required reports, prepare for and attend required meetings, draft various applications and motions, and otherwise proceed towards confirmation of its Chapter 11 Plan.

The Application has been reviewed and approved by the Debtors. A copy of the Application is on file with the above-captioned Court as Docket No. 548, together with supporting documents. Any party desiring information as to the details of the Application may request the same from the Clerk of the Court, from the court's online PACER information system at [www.pacer.gov](www.pacer.gov), or from the undersigned counsel.

YOU ARE HEREBY NOTIFIED that written objections to the Application should be filed

NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS
FOR COUNSEL AND NOTICE OF HEARING RE: SAME – PAGE 3

with the court within twenty-one (21) days of the date of service of this notice. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served upon the movant. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief in the Application and may grant the relief without further notice of hearing. Any such objection should be filed with the U.S. Bankruptcy Court at the United States Courthouse, 550 W. Fort St., Boise, ID 83724 or electronically filed using the CM/ECF Filer system at https://ecf.edb.uscourts.gov.

YOU ARE FURTHER NOTIFIED that the Application is scheduled to come before the Court for hearing on the **12th day of September, 2024, at 1:30 p.m. (MT),** or as soon thereafter as the matter can be heard. This will be a telephonic hearing; parties should call the following number at least 10 minutes prior to the hearing: 1-669-254-5252; Access Code: 160-5422-0978.

DATED this 15th day of August, 2024.

DENTONS DAVIS BROWN

/s/ Krystal Mikkilineni
KRYSTAL MIKKILINENI
Counsel for Debtor

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 15th day of August, 2024, I filed the foregoing NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME – PAGE 5

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I served the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

See attached mailing matrix.

          /s/ Krystal Mikkilineni
          Krystal Mikkilineni

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0976-8<br>Case 24-40158-NGH<br>District of Idaho<br>Twin Falls<br>Fri Aug  9 12:38:20 MDT 2024 | Ad Hoc Committee of Corn Silage Growers<br>153 East Main Street<br>PO Box 168<br>Jerome, ID 83338-0168 | Amalgamated Sugar Company<br>1951 S. Saturn Way<br>Suite 100<br>Boise, ID 83709-2924 |
| Automation Werx, LLC<br>Morrow & Fischer, PLLC<br>4 Ogden Avenue<br>Nampa, ID 83651-2371 | Blue Cross of Idaho Health Service, Inc<br>c/o Law Office of D. Blair Clark PC<br>967 East Parkcenter Boulevard, #282<br>Boise, ID 83706-6721 | Bunge Canada C/O David D. Farrell<br>David D. Farrell. Esq.<br>One Bank Plaza<br>Suite 2700<br>St. Louis, MO 63101 |
| Burks Tractor Company, Inc.<br>3140 Kimberly Road<br>Twin Falls, ID 83301-8516 | Conterra Holdings, LLC d/b/a Conterra Ag Cap<br>Spencer Fane<br>1700 Lincoln Street<br>Suite 2000<br>Denver, CO 80203-4554 | Davis Livestock, Inc.<br>780 E Cannibal Rd<br>Lewiston, UT 84320-2038 |
| East Valley Development, LLC<br>c/o Avery Law<br>3090 E Gentry Way, Ste 250<br>Meridian, ID 83642-3596 | Elevation Electric, LLC<br>485 S IDAHO ST<br>WENDELL, ID 83355-5241 | Gale W. Harding and Associates<br>329 W 7th S<br>Rexburg, ID 83440-9600 |
| Glanbia Foods Inc<br>c/o Robert A Faucher<br>POB 2527<br>Boise, ID 83701-2527 | Idaho AgCredit<br>c/o Daniel C. Green<br>Racine Olson, PLLP<br>P. O. Box 1391<br>Pocatello, ID 83204-1391 | Idaho State Brand Department<br>700 S. Stratford Dr.<br>Meridian, ID 83642-6202 |
| (p)LAND VIEW  INC<br>ATTN DAN NOBLE<br>P O BOX 475<br>RUPERT ID 83350-0475 | MWI Veterinarian Supply, Inc.<br>3041 W PASADENA DRIVE<br>Boise, ID 83705-4776 | MetLife Real Estate Lending LLC<br>c/o Kimbell D. Gourley<br>10801 Mastin Blvd<br>Suite 700<br>Overland Park, KS 66210-1673 |
| Metropolitan Life Insurance Company<br>c/o Kimbell D. Gourley<br>10801 Mastin BLVD<br>Suite 700<br>Overland Park, KS 66210-1673 | Moss Farms Operations, LLC<br>c/o Rhett M. Miller<br>P.O. Box 910<br>Burley, ID 83318-0910 | Moss Grain Partnership<br>c/o Rhett M. Miller<br>P.O. Box 910<br>Burley, ID 83318-0910 |
| PerforMix Nutrition Systems, LLC<br>MUNDING, P.S.<br>309 E. FARWELL RD., STE 310<br>Spokane, WA 99218-8209 | Progressive Dairy Service & Supply Corp.<br>485 S IDAHO ST<br>WENDELL, ID 83355-5241 | Rabo AgriFinance LLC<br>c/o Sheila R. Schwager<br>P.O. Box 1617<br>Boise, ID 83701-1617 |
| Raft River Rural Electric Cooperative, Inc.<br>c/o Rhett M. Miller<br>P.O. Box 910<br>Burley, ID 83318-0910 | Rexel USA, Inc dba Platt Electric Supply<br>McConnell Wagner Sykes + Stacey PLLC<br>827 E. Park Blvd, Ste. 201<br>Boise, ID 83712-7782 | Sandton Capital Partners LP<br>16 W 46th Street, 1st Floor<br>New York, NY 10036-4503 |
| Schuil Ag Real Estate Inc<br>5020 W Mineral King Ave<br>Visalia, CA 93291-5364 | Standlee Ag Resources<br>c/o Miller Nash LLP<br>950 W Bannock St, Ste 1100<br>Boise, ID 83702-6140 | The Forbes Securities Group LLC, DBA Forbes<br>6400 S Fiddlers Green Circle<br>Suite 850<br>Greenwood Village, CO 80111-4994 |

| | | |
|---|---|---|
| United Electric Co-op, Inc.<br>c/o Rhett M. Miller<br>P.O. Box 910<br>Burley, ID 83318-0910 | Valley Wide Cooperative, Inc.<br>c/o David W. Gadd, Stover, Gadd & Assoc.<br>P.O. Box 1428<br>Twin Falls, ID 83303-1428 | Viserion Grain, LLC<br>c/o Sawtooth Law Offices, PLLC<br>213 Canyon Crest Dr., Ste 200<br>Twin Falls, ID 83301-3053 |
| Viterra USA Grain, LLC and Viterra USA Ingre<br>c/o Racine Olson, PLLP<br>P.O. Box 1391<br>Pocatello, ID 83204-1391 | Western States Equipment Co.<br>500 East Overland Road<br>Meridian, ID 83642-6606 | Wilbur-Ellis Company LLC<br>c/o Matthew A. Sturzen<br>P.O. Box 2247<br>Salem, OR 97308-2247 |
| Twin Falls<br>U.S. Bankruptcy Court<br>801 East Sherman<br>Pocatello, ID 83201-5730 | A. Scott Jackson Trucking, Inc.<br>c/o Williams Meservy & Larsen, LLP<br>Post Office Box 168<br>153 East Main Street<br>Jerome, ID 83338-2332 | AAA Cow Comfort LLC<br>Po Box 307<br>Kimberly, ID 83341-0307 |
| ABS Global<br>1525 River Rd.<br>DeForest, WI 53532-2430 | ARNOLD MACHINERY COMPANY<br>2975 West 2100 South<br>Salt Lake City, UT 84119-1273 | Addison Biological Laboratory, INC.<br>507 North Cleveland St.<br>Fayette, MO 65248-1083 |
| Airgas USA LLC<br>PO Box 734445<br>Chicago, IL 60673-4445 | Airgas USA, LLC<br>110 West 7th St. Suite 1400<br>Tulsa, OK 74119-1077 | Alexander K. Reed<br>4296 N 2100 E<br>Filer, ID 83328-5046 |
| American Calf Products (Golden State Mixing,<br>425 D Street<br>Turlock, CA 95380-5452 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Automation Werx, LLC<br>PO Box 3066<br>Idaho Falls, ID 83403-3066 |
| B & H Farming, an Idaho General Partnership<br>PO Box 123<br>Rupert, ID 83350-0123 | BS R Design Supplies<br>198 Locust St S<br>Twin Falls, ID 83301-7832 | Blue Cross of Idaho<br>c/o D Blair Clark, Atty<br>967 Parkcenter Blvd #282<br>Boise, ID 83706-6721 |
| Blue Cross of Idaho<br>c/o D. Blair Clark, Attorney<br>967 E. Parkcenter Blvd., #282<br>Boise, ID 83706-6721 | Bo Stevenson dba B&A Farms<br>1001 S 1900 E<br>Hazelton, ID 83335-5451 | Brandy A. Bartholomew<br>C/O Eric R. Clark, Attorney<br>P.O. Box 2504<br>Eagle, ID 83616-9118 |
| Bunge Canada<br>c/o David D. Farrell<br>THOMPSON COBURN LLP<br>One USBank Plaza, Suite 2700<br>Saint Louis, Missouri 63101-1693 | Burks Tractor Company, Inc.<br>Oren B. Haker<br>Black Helterline LLP<br>805 SW Broadway Suite 1900<br>Portland, OR 97205-3359 | CNH Industrial Capital America LLC<br>Kent Carter/Gordon Rees<br>One North Franklin, Suite 800<br>Chicago, IL 60606-3422 |
| Capitol One<br>PO Box 60599<br>City of Industry, CA 91716-0599 | (p)CARNE I CORP<br>134 E HIGHWAY 81<br>BURLEY ID 83318-5427 | Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 |

```
(p)CENTURYTEL SERVICE GROUP LLC DBA CENTURYLI    Christopher Camardello              Citi Cards
931 14TH STREET 9TH FLOOR                        1031 Mendota Heights Road          PO Box 78019
DENVER CO 80202-2994                             St. Paul, MN 55120-1419            Phoenix, AZ 85062-8019


Clint D. Thompson                                Coastline Equipment Company        Colonial Life
298 N 200 W                                      2000 E Overland Rd                 Processing Center
Jerome, ID 83338-5372                            Meridian, ID 83642-6665            PO Box 1365
                                                                                    Columbia, SC 29202-1365


Connie Lapaseotes, Ltd.                          Conrad Bishcoff Inc                Conterra Holdings, LLC dba Conterra Ag Capit
c/o John O'Brien                                 2251 N Holmes                      c/o John O'Brien
Spencer Fane                                     PO Box 50106                       Spencer Fane
1700 Lincoln Street, Suite 2000                  Idaho Falls, ID 83405-0106         1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554                                                               Denver, CO 80203-4554


Daimler Truck Financial Services USA LLC         Dairy Tech, LLC                    Daritech
c/o Randall P. Mroczynski                        1031 Mendota Heights Road          8540 Benson Rd
Cooksey, Toolen, Gage, Duffy & Woog              St. Paul, MN 55120-1419            Lynden, WA 98264-9711
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664


David Clark                                      Douglas J. Grant                   Dusty Brow Farms, Inc.
Clark Ambulatory Clinic, Inc.                    2050 E 500 S                       2601 E 1100 S
1019 E 1020 S                                    Hazelton, ID 83335-5006            Hazelton, ID 83335-5623
Albion, ID 83311


East Valley Development, LLC                     Edward Chojnacky                   Electrical Werx & Construction, LLC
c/o Adam Lewis, Esq.                             298 N 100 W                        PO Box 3066
Morrison & Foerster LLP                          Jerome, ID 83338-5406              Idaho Falls, ID 83403-3066
425 Market St.
San Francisco CA 94105-2482


Eric Clark                                       Evans Plumbing                     Farmers Bank
Clark Associates                                 111 Gulf Stream Lane               PO Box 392
PO Box 2504                                      Hailey, ID 83333-7725              Buhl, ID 83316-0392
Eagle, ID 83616-9118


Fastenal Company                                 Fredin Brothers, Inc.              (p)GJ VERTILINE PUMPS INC
2001 Theurer Blvd.                               c/o John O'Brien                   PO BOX 892
ATTN: LEGAL                                      Spencer Fane                       TWIN FALLS ID 83303-0892
Winona, MN 55987-9902                            1700 Lincoln Street, Suite 2000
                                                 Denver, CO 80203-4554


Grant & Hagan, Inc.                              Grant 4-D Farms LLC                Green Source Automation, LLC
P.O. Box 326                                     707 E 600 N                        3506 Moore Road
Hazelton, ID 83335-0326                          Rupert, ID 83350-9466              Ceres, CA 95307-9402


Hatfield Manufacturing Inc                       Heeringa Construction LLC          Hollifield Ranches, Inc.
1823 Shoestring Rd                               18521 E Queen Creek Rd             22866 Highway 30
Gooding, ID 83330-5361                           #105-481                           Hansen, ID 83334-5028
                                                 Queen Creek, AZ 85142-5864
```

```
IRS                              Idaho Dept of Lands              Idaho Materials & Construction
Centralized Insolvency Oper.     PO Box 83720                     c/o Miller Nash LLP
PO Box 7346                      Boise, ID 83720-0003             950 W Bannock St, Ste 1100
Philadelphia, PA 19101-7346                                       Boise, ID 83702-6140


Idaho State Tax Commission       (p)INNOVATIVE FOOD SOLUTIONS USA LLC   Interstate Billing Service, Inc
PO Box 36                        134 E HIGHWAY 81                 PO box 2250
Boise, ID 83722-0036             BURLEY ID 83318-5427             Decatur, AL 35609-2250


J&C Hoof Trimming Inc.           J.D. Heiskell Holdings, LLC      JOHN DEERE FINANCIAL
3690 N 2570 E                    17220 Wright St, Ste 200         c/o Weltman, Weinberg & Reis Co., L.P.A.
Twin Falls, ID 83301-1004        Omaha, NE 68130-4667             965 Keynote Circle
                                                                  Cleveland, OH 44131-1829


(p)JPMORGAN CHASE BANK  N A      JPMorgan Chase Bank, N.A.        Jake Millenkamp
BANKRUPTCY MAIL INTAKE TEAM      s/b/m/t Chase Bank USA, N.A.     1719 River Road
700 KANSAS LANE FLOOR 01         c/o National Bankruptcy Services, LLC   Buhl, ID 83316-5302
MONROE LA 71203-4774             P.O. Box 9013
                                 Addison, Texas 75001-9013


James Farrell & CO               Jean L. Thompson                 Jeffrey E. Rolig
13810 SE Eastgate Way            225 N 250 W                      PO Box 5455
Suite 520                        Jerome, ID 83338                 Twin Falls, ID 83303-5455
Bellevue, WA 98005-4467


Jeffrey J. Grieve                John Deere Construction and Forestry Company   John Deere Financial, f.s.b.
P.O. Box 366                     c/o Weltman, Weinberg & Reis Co., L.P.A.   c/o Weltman, Weinberg & Reis Co., L.P.A.
Twin Falls, ID 83303-0366        965 Keynote Circle               965 Keynote Circle
                                 Cleveland, OH 44131-1829         Cleveland, OH 44131-1829


K R Rental Inc                   Keith D. and Janet Carlson       Kenworth Sales Company, Inc.
256 A South 600 W                3866 E 3800 N                    c/o Benoit Law
Heyburn, ID 83336-9750           Hansen, ID 83334-5012            P.O. Box 366
                                                                  Twin Falls, ID 83303-0366
                                                                  ,


Kinghorn Medical LLC             Kraus Farms, LLC                 LES SCHWAB TIRE CENTERS OF IDAHO, LLC
248 S Cole Rd                    165 South 400 West               PO BOX 5350
Boise, ID 83709-0934             Rupert, ID 83350-9672            BEND, OR 97708-5350
                                 ,


Land View, Inc.                  Merck Animal Health              MetLife Real Estate Lending, LLC
c/o Gery W. Edson                Attn: Legal Dept-Animal Health   c/o Ron C. Bingham, II, Esq.
P.O. Box 448                     126 East Lincoln Avenue          Adams and Reese LLP
Boise, ID 83701-0448             Po Box 2000                      3424 Peachtree Road, NE, Suite 1600
                                 Rahway, NJ 07065-0900            Atlanta, Georgia 30326-1139


Metropolitan Life Insurance Company, a New Y   Michael Chojnacky   Moss Grain Partnership
c/o Ron C. Bingham, II, Esq.     51 W 600 N                       301 Scott Ave. Suite 4
Adams and Reese LLP              Jerome, ID 83338-5016            Rupert, ID 83350-5100
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326-1139
```

```
NAPA Auto Parts                          Oren B. Haker                            Overhead Door
P.O. Box 1425                            Black Helterline LLP                     489 S. Locust
Twin Falls, ID 83303-1425                805 SW Broadway Suite 1900               Twin Falls, ID 83301-7849
                                         Portland, OR 97205-3359


PTG of Idaho, LLC                        Pan American Life Insurance              PerforMix Nutrition Systems
c/o Holland N. O'Neil, Foley & Lard      1778 N Plano Rd                          2201 N 20th Street
2021 McKinney Avenue, Ste. 1600          Ste 310                                  Nampa, ID 83687-6849
Dallas, TX 75201-3340                    Richardson, TX 75081-1958


Pivot Man Inc                            Prime Ridge Beef LLC                     Pro Tech Service Company
Robin Jones                              c/o John O'Brien                         1550 Kimberly Rd
PO Box 355                               Spencer Fane                             Twin Falls, ID 83301-7341
Paul, ID 83347-0355                      1700 Lincoln Street, Suite 2000
                                         Denver, CO 80203-4554


Progressive Dairy Service & Supplies Corp.   Quill Corporation                    Rabo AgriFinance LLC, as Administrative Agen
485 S. Idaho St.                         PO Box 102419                            c/o Sheila Schwager
Wendell, ID 83355-5241                   Columbia, SC 29224-2419                  Hawley Troxell Ennis & Hawley, LLP
                                                                                  P.O. Box 1617
                                                                                  Boise, ID 83701-1617


Rexel USA, Inc dba Platt Electric Supply     Roark Law Offices                    Rocky Mountain Agronomics
827 E. Park Blvd, Ste. 201               950 Bannock St., 11th Fl.                1912 West Main Street
Boise, Idaho 83712-7782                  Boise, ID 83702-5999                     Burley, ID 83318-1611


Rogers Machinery Company, Inc.           Schaeffer Manufacturing Company          Schmidt Cattle Hauling
PO Box 230429                            c/o Denis McCarthy                       848 E 3400 N
Portland, OR 97281-0429                  2600 S Broadway                          Castleford, ID 83321-6422
                                         St. Louis, MO 63118-1828


Schow's Truck Center                     Sheila R. Schwager                       Six States Distributors Inc
PO Box 2208                              Hawley Troxell ennis & Hawley LLP        29787 Network Place
Decatur, AL 35609-2208                   P.O. Box 1617                            Chicago, IL 60673-1297
                                         Boise, ID 83701-1617


SprinklerShop Inc                        St. Genetics                             Standing 16 Ranch Land Company, LLC
PO Box 599                               Inguran USA, INC.                        335 W 300 N
Paul, ID 83347-0599                      22575 State Hwy 6 South                  Jerome, ID 83338-5217
                                         Navasota, TX 77868-8297


Standlee Ag Resources                    Star Falls Farms, LLC                    Steel Ranch LLC
c/o Miller Nash, LLP, Attn: Louis Spiker 1908 E 1300 S                            2597 E 1100 S
950 W Bannock St, Ste 1100               Hazelton, ID 83335-5428                  Hazleton, ID 83335-5621
Boise, ID 83702-6140


Steven R. Hogan II                       Stotz Equipment                          The Dairy Solutions Group
409 S. 17th Street #500                  2670 Kimberly Rd E                       409 S. 17th Street #500
Omaha, NE 68102-2603                     Twin Falls, ID 83301-7984                Omaha, NE 68102-2603
```

```
The Sprinkler Shop                  Triple C Farms, LLC                US Commodities, LLC
P.O. Box 599                        474 S 500 W                        730 Second Avenue S. Suite 700
Paul, ID 83347-0599                 Jerome, ID 83338-6027              Minneapolis, MN 55402-2480
                                                                       ,


US Trustee                          Uline                              Valley Wide Cooperative Inc.
550 West Fort St, Ste 698           12575 Uline Drive                  c/o David W. Gadd
Boise, ID 83724-0101                Pleasant Prairie, WI 53158-3686    Stover, Gadd & Associates, PLLC
                                                                       P.O. Box 1428
                                                                       Twin Falls, Idaho 83303-1428


Viserion Grain LLC                  Viterra USA Grain, LLC             Viterra USA Ingredients, LLC
385 Broadway St                     1331 Capitol Ave.                  1331 Capitol Ave.
Boulder, CO 80305-3303              Omaha, NE 68102-1197               Omaha, NE 68102-1197


Wag Services, Inc.                  Wendell Truck and Auto             Western Construction Inc
8121 W HARRISON ST                  PO Box 213                         PO Box 15569
Tolleson, AZ 85353-3328             356 S Idaho St                     Boise, ID 83715-5569
,                                   Wendell, ID 83355-5209


Westway Feed                        Wilbur-Ellis Nutrition, LLC        Williams, Meservy & Larsen
BARR Credit Services                c/o Matthew A. Sturzen             Post Office Box 168
3444 N Country Club Rd              PO Box 2247                        153 East Main Street
Ste 200                             Salem, OR 97308-2247               Jerome, ID 83338-2332
Tucson, AZ 85716-0815


Young CDJR of Burley, LLC           Youree Land & Livestock Inc.       Bruce A. Anderson
PO Box 1530                         3953 North 3300 East               320 East Neider Avenue
Layton, UT 84041-6553               Twin Falls, ID 83301-0348          Suite 102
                                                                       Coeur d'Alene, ID 83815-6007


James Justin May                    Julian Gurule                      Krystal R  Mikkilineni
Johnson May                         O'Melveny & Meyers LLP             Dentons Davis Brown
199 N. Capitol Blvd.                400 South Hope Street              215 10th St
Ste. 200                            Suite 1900                         Ste 1300
Boise, ID 83702-6197                Los Angeles, CA 90071-2811         Des Moines, IA 50309-3616


Matthew T. Christensen              Matthew T. Christensen             Robert E Richards
199 N. Capitol Blvd.                Johnson May, PLLC                  Dentons US LLP
Ste 200                             199 N. Capitol Blvd                233 South Wacker Drive
Boise, ID 83702-6197                Suite 200                          Ste 7800
                                    Boise, ID 83702-6197               Chicago, IL 60606-6459


Robert E. Richards                  Tirzah R. Roussell                 Tirzah R. Roussell
233 South Wacker Drive              215 10th Street                    Dentons Davis Brown PC
Suite 5900                          Suite 1300                         The Davis Brown Tower
Chicago, IL 60606-6361              Des Moines, IA 50309-3616          215 10th Street
                                                                       Suite 1300
                                                                       Des Moines, IA 50309-3621


William Millenkamp                  c/o David A. Coleman B & H Farming c/o David A. Coleman Youree Land & Livestock
473 S 300 W                         Coleman, Ritchie & Jacobson        Coleman, Ritchie & Jacobson
Jerome, ID 83338                    PO BOX 525                         PO BOX 525
                                    TWIN FALLS, ID 83303-0525          TWIN FALLS, ID 83303-0525
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Land View, Inc.
P.O. Box 475
Rupert, ID 83350

Carne I Corp.
134 E. Highway 81
Burley, ID 83318

CenturyTel Service Group, LLC dba CenturyLin
Lumen Technologies Group
931 14th Street, 9th Floor (Attn: Legal-
Denver, CO 80202

G.J. Verti-Line Pumps, Inc.
PO Box 892
Twin Falls, ID 83303-0892

Innovative Food SolutionsUSA
Attn: Jordan Bowen
134 E. Highway 81
Burley, ID 83318

JP Morgan Chase
PO Box 6294
Carol Stream, IL 60197


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CNH Industrial Capital America LLC

(u)JOHN DEERE FINANCIAL

(u)MWI Veterinary Supply Inc.


(u)McAlvain Concrete, Inc.

(u)Official Committee Of Unsecured Creditors

(u)Rocky Mountain Agronomics, Inc.


(u)#3924637

(u)A K Trucking1897 E 990 S Hazelton, ID 8333
A. Scott Jackson TruckingPO Box 56 Jerom
A. Scott JacksonTrucking Inc PO Box 56 J
ABS Global Inc Box 22144 Network Place C
Addison Biological Lab 507 N Cleveland S
Aden Brook Trading CorpPO Box 217 Montgo

(d)Amalgamated Sugar
1951 S Saturn Way
Ste 100
Boise, ID 83709-2924

(d)Amalgamated Sugar Company
1951 S. Saturn Way, Suite 100
Boise, ID 83709-2924

(u)Badger Bearing PTP, Inc

(d)Conterra Holdings, LLC dba Conterra Ag Cap
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

(d)Elevation Electric, LLC
485 S. Idaho St.
Wendell, ID 83355-5241

(du)MWI Veterinary Supply

(u)NameAddress1Address2Address3CityStateZip
116 & West805 W Idaho StSte 300Boise
2020 Window ServicePO Box 6056Twin F
A & K Trucking1897 E 990 SHazeltonI
A. Scott Jackson TruckingPO Box 56Je
A. Scott JacksonTrucking IncPO Box 56

(d)Progressive Dairy Service & Supply Corp.
485 S. Idaho St.
Wendell, ID 83355-5241

(u)Rexel USA, Inc. dba Platt Electric Supply

(d)Viserion Grain, LLC
385 Broadway Street
Boulder, CO 80305-3303

```
(u)Brandy Ann Bartholomew          (d)Krystal R. Mikkilineni         (d)Krystal R. Mikkilineni
                                   Dentons Davis Brown               Dentons Davis Brown
                                   215 10th St                       215 10th Street
                                   Ste 1300                          Suite 1300
                                   Des Moines, IA 50309-3616         Des Moines, IA 50309-3616



End of Label Matrix
Mailable recipients   179
Bypassed recipients    21
Total                 200
```