# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 8/15/2024 |
| Case: 24–40158–NGH | Form ID: pdf116 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
| | | | |
|---|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov | |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov | |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov | |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Millenkamp Cattle, Inc | 471 North 300 West | Jerome, ID 83338 |
| app | Summit Ag Appraisal Inc | 995 S 1150 E | Albion, ID 83311 |

TOTAL: 2