UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

IN RE:

MILLENKAMP CATTLE, INC

CASE NO: 24-40158-NGH

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 555

On 8/15/2024, I did cause a copy of the following documents, described below,

Notice of First Application for Allowance of Interim Fees and Costs for Counsel and Notice of Hearing RE: Same ECF Docket Reference No. 555

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/15/2024

/s/ Krystal R. Mikkilineni
Krystal R. Mikkilineni  AT0011814

Dentons Davis Brown
215 10th St
Des Moines, IA  50309
515 288 2500
krystal.mikkilineni@dentons.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

IN RE:

MILLENKAMP CATTLE, INC

CASE NO: 24-40158-NGH

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 555

On 8/15/2024, a copy of the following documents, described below,

Notice of First Application for Allowance of Interim Fees and Costs for Counsel and Notice of Hearing RE: Same ECF Docket Reference No. 555

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/15/2024

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Krystal R. Mikkilineni
Dentons Davis Brown
215 10th St
Des Moines, IA  50309

USPS FIRST-CLASS MAIL DOCUMENTS
Parties with names struck through or labeled CM/ECE SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
09768
CASE 24-40158-NGH
DISTRICT OF IDAHO
TWIN FALLS
THU AUG 15 09-29-19 MDT 2024

KRYSTAL R MIKKILINENI
DENTONS DAVIS BROWN
215 10TH ST
STE 1300
DES MOINES IA 50309-3616

A SCOTT JACKSON TRUCKING INC
CO WILLIAMS MESERVY  LARSEN LLP
POST OFFICE BOX 168
153 EAST MAIN STREET
JEROME ID 83338-2332

AAA COW COMFORT LLC
PO BOX 307
KIMBERLY ID 83341-0307

ABS GLOBAL
1525 RIVER RD
DEFOREST WI 53532-2430

ARNOLD MACHINERY COMPANY
2975 WEST 2100 SOUTH
SALT LAKE CITY UT 84119-1273

AD HOC COMMITTEE OF CORN SILAGE GROWERS
153 EAST MAIN STREET
PO BOX 168
JEROME ID 83338-0168

ADDISON BIOLOGICAL LABORATORY INC
507 NORTH CLEVELAND ST
FAYETTE MO 65248-1083

AIRGAS USA LLC
PO BOX 734445
CHICAGO IL 60673-4445

AIRGAS USA LLC
110 WEST 7TH ST SUITE 1400
TULSA OK 74119-1077

ALEXANDER K REED
4296 N 2100 E
FILER ID 83328-5046

AMALGAMATED SUGAR
1951 S SATURN WAY
STE 100
BOISE ID 83709-2924

AMERICAN CALF PRODUCTS (GOLDEN STATE
MIXING
425 D STREET
TURLOCK CA 95380-5452

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

BRUCE A ANDERSON
320 EAST NEIDER AVENUE
SUITE 102
COEUR DALENE ID 83815-6007

AUTOMATION WERX LLC
MORROW  FISCHER PLLC
4 OGDEN AVENUE
NAMPA ID 83651-2371

AUTOMATION WERX LLC
PO BOX 3066
IDAHO FALLS ID 83403-3066

CO DAVID A COLEMAN B  H FARMING
COLEMAN RITCHIE  JACOBSON
PO BOX 525
TWIN FALLS ID 83303-0525

B  H FARMING AN IDAHO GENERAL
PARTNERSHIP
PO BOX 123
RUPERT ID 83350-0123

BS R DESIGN SUPPLIES
198 LOCUST ST S
TWIN FALLS ID 83301-7832

RICHARD BERNARD
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK NY 10036-2714

RON C BINGHAM II
3424 PEACHTREE ROAD NE
SUITE 1600
ATLANTA GA 30326-1139

BLUE CROSS OF IDAHO
CO D BLAIR CLARK ATTY
967 PARKCENTER BLVD 282
BOISE ID 83706-6721

BLUE CROSS OF IDAHO
CO D BLAIR CLARK ATTORNEY
967 E PARKCENTER BLVD 282
BOISE ID 83706-6721

BLUE CROSS OF IDAHO HEALTH SERVICE INC
CO LAW OFFICE OF D BLAIR CLARK PC
967 EAST PARKCENTER BOULEVARD 282
BOISE ID 83706-6721

BO STEVENSON DBA BA FARMS
1001 S 1900 E
HAZELTON ID 83335-5451

BRANDY A BARTHOLOMEW
CO ERIC R CLARK ATTORNEY
PO BOX 2504
EAGLE ID 83616-9118

USPS FIRST-CLASS MAILING RECIPIENTS
Parties with names struck through or labeled as "CM/ECF Service" were sent this notice via First Class USPS Mail Service.

MORTON R BRANZBURG
KLEHR HARRISON HARVEY BRANZBURG LLP
1835 MARKET ST
SUITE 1400
PHILADELPHIA PA 19103-2945

HEIDI BUCK MORRISON
RACINE OLSON PLLP
201 EAST CENTER STREET
POCATELLO ID 83201-6329

BUNGE CANADA
CO DAVID D FARRELL
THOMPSON COBURN LLP
ONE USBANK PLAZA SUITE 2700
SAINT LOUIS MISSOURI 63101-1693

BUNGE CANADA CO DAVID D FARRELL
DAVID D FARRELL ESQ
ONE BANK PLAZA
SUITE 2700
ST LOUIS MO 63101

BURKS TRACTOR COMPANY INC
3140 KIMBERLY ROAD
TWIN FALLS ID 83301-8516

BURKS TRACTOR COMPANY INC
OREN B HAKER
BLACK HELTERLINE LLP
805 SW BROADWAY SUITE 1900
PORTLAND OR 97205-3359

LAURA E BURRI
MORROW  FISCHER PLLC
4 OGDEN AVENUE
83651
NAMPA ID 83651-2371

CNH INDUSTRIAL CAPITAL AMERICA LLC
KENT CARTERGORDON REES
ONE NORTH FRANKLIN SUITE 800
CHICAGO IL 60606-3422

BRETT R CAHOON
DOJUST
550 WEST FORT ST
STE 698
BOISE ID 83724-0101

CAPITOL ONE
PO BOX 60599
CITY OF INDUSTRY CA 91716-0599

(P)CARNE I CORP
134 E HIGHWAY 81
BURLEY ID 83318-5427

W KENT CARTER
ONE NORTH FRANKLIN
SUITE 800
CHICAGO IL 60606-3422

WILLIAM K CARTER
GORDON REES SCULLY MANSUKHANI LLP
ONE NORTH WACKER
SUITE 1600
CHICAGO IL 60606-2874

ALEXANDRA O CAVAL
CAVAL LAW OFFICE PC
POB 1716
TWIN FALLS ID 83303-1716

CELLCO PARTNERSHIP DBA VERIZON WIRELES
WILLIAM M VERMETTE
22001 LOUDOUN COUNTY PKWY
ASHBURN VA 20147-6122

(P)CENTURYTEL SERVICE GROUP LLC DBA
CENTURYLI
931 14TH STREET 9TH FLOOR
DENVER CO 80202-2994

MATTHEW T CHRISTENSEN
199 N CAPITOL BLVD
STE 200
BOISE ID 83702-6197

MATTHEW T CHRISTENSEN
JOHNSON MAY PLLC
199 N CAPITOL BLVD
SUITE 200
BOISE ID 83702-6197

CHRISTOPHER CAMARDELLO
1031 MENDOTA HEIGHTS ROAD
ST PAUL MN 55120-1419

CITI CARDS
PO BOX 78019
PHOENIX AZ 85062-8019

D BLAIR CLARK
967 E PARKCENTER BOULEVARD 282
BOISE ID 83706-6721

ERIC R CLARK
PO BOX 2504
EAGLE ID 83616-9118

CLINT D THOMPSON
298 N 200 W
JEROME ID 83338-5372

COASTLINE EQUIPMENT COMPANY
2000 E OVERLAND RD
MERIDIAN ID 83642-6665

DAVID A COLEMAN
PO BOX 525
TWIN FALLS ID 83303-0525

COLONIAL LIFE
PROCESSING CENTER
PO BOX 1365
COLUMBIA SC 29202-1365

CONNIE LAPASEOTES LTD
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were sent this via First Class USPS Mail Service.

CONRAD BISHCOFF INC
2251 N HOLMES
PO BOX 50106
IDAHO FALLS ID 83405-0106

CONTERRA HOLDINGS LLC DBA CONTERRA AG
CAP
SPENCER FANE
1700 LINCOLN STREET
SUITE 2000
DENVER CO 80203-4554

CONTERRA HOLDINGS LLC DBA CONTERRA AG
CAPIT
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

DAIMLER TRUCK FINANCIAL SERVICES USA
LLC
CO RANDALL P MROCZYNSKI
COOKSEY TOOLEN GAGE DUFFY  WOOG
535 ANTON BOULEVARD SUITE 1000
COSTA MESA CA 92626-7664

DAIRY TECH LLC
1031 MENDOTA HEIGHTS ROAD
ST PAUL MN 55120-1419

DARITECH
8540 BENSON RD
LYNDEN WA 98264-9711

DAVID CLARK
CLARK AMBULATORY CLINIC INC
1019 E 1020 S
ALBION ID 83311

DAVIS LIVESTOCK INC
780 E CANNIBAL RD
LEWISTON UT 84320-2038

DOUGLAS J GRANT
2050 E 500 S
HAZELTON ID 83335-5006

DUSTY BROW FARMS INC
2601 E 1100 S
HAZELTON ID 83335-5623

EAST VALLEY DEVELOPMENT LLC
CO AVERY LAW
3090 E GENTRY WAY STE 250
MERIDIAN ID 83642-3596

EAST VALLEY DEVELOPMENT LLC
CO ADAM LEWIS ESQ
MORRISON  FOERSTER LLP
425 MARKET ST
SAN FRANCISCO CA 94105-2482

CONNOR BRAY EDLUND
MCCONNELL WAGNER SYKES  STACEY PLLC
827 E PARK BLVD
STE 201
BOISE ID 83712-7782

GERY W EDSON
POB 448
BOISE ID 83701-0448

EDWARD CHOJNACKY
298 N 100 W
JEROME ID 83338-5406

ELECTRICAL WERX  CONSTRUCTION LLC
PO BOX 3066
IDAHO FALLS ID 83403-3066

ELEVATION ELECTRIC LLC
485 S IDAHO ST
WENDELL ID 83355-5241

ERIC CLARK
CLARK ASSOCIATES
PO BOX 2504
EAGLE ID 83616-9118

JON B EVANS
DORSEY  WHITNEY LLP
101 S CAPITOL BLVD STE 1701
BOISE ID 83702-7704

EVANS PLUMBING
111 GULF STREAM LANE
HAILEY ID 83333-7725

ZACHARY FAIRLIE
SPENCER FANE
1000 WALNUT
STE 1400
KANSAS CITY MO 64106-2168

ZACHARY FAIRLIE
SPENCER FANE LLP
1000 WALNUT STREET
SUITE 1400
KANSAS CITY MO 64106-2168

BRIAN FARIA
SAWTOOTH LAW OFFICES PLLC
1101 W RIVER STREET SUITE 110
83702
BOISE ID 83702-7067

FARMERS BANK
PO BOX 392
BUHL ID 83316-0392

FASTENAL COMPANY
2001 THEURER BLVD
ATTN- LEGAL
WINONA MN 55987-9902

ROBERT A FAUCHER
POB 2527
BOISE ID 83701-2527

FREDIN BROTHERS INC
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

(P)GJ VERTILINE PUMPS INC
PO BOX 892
TWIN FALLS ID 83303-0892

DAVID W GADD
STOVER GADD  ASSOCIATES PLLC
905 SHOSHONE ST N
PO BOX 1428
TWIN FALLS ID 83303-1428

GALE W HARDING AND ASSOCIATES
329 W 7TH S
REXBURG ID 83440-9600

SCOTT F GAUTIER
1800 CENTURY PARK EAST
STE 1500
LOS ANGELES CA 90067-1501

GLANBIA FOODS INC
CO ROBERT A FAUCHER
POB 2527
BOISE ID 83701-2527

KIMBELL D GOURLEY
POB 1097
BOISE ID 83701-1097

GRANT  HAGAN INC
PO BOX 326
HAZELTON ID 83335-0326

GRANT 4D FARMS LLC
707 E 600 N
RUPERT ID 83350-9466

DANIEL C GREEN
RACINE OLSON PLLP
201 EAST CENTER
PO BOX 1391
POCATELLO ID 83204-1391

GREEN SOURCE AUTOMATION LLC
3506 MOORE ROAD
CERES CA 95307-9402

MATTHEW W GRIMSHAW
GRIMSHAW LAW GROUP PC
800 W MAIN STREET STE 1460
BOISE ID 83702-5983

JULIAN GURULE
400 SOUTH HOPE STREET
SUITE 1900
LOS ANGELES CA 90071-2811

JULIAN GURULE
OMELVENY  MEYERS LLP
400 SOUTH HOPE STREET
SUITE 1900
LOS ANGELES CA 90071-2811

JULIAN GURULE
OMELVENY  MYERS LLP
400 SOUTH HOPE STREET
STE 18TH FLOOR
LOS ANGELES CA 90071-2801

OREN BUCHANAN HAKER
BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND OR 97205-3359

HATFIELD MANUFACTURING INC
1823 SHOESTRING RD
GOODING ID 83330-5361

HEERINGA CONSTRUCTION LLC
18521 E QUEEN CREEK RD
105-481
QUEEN CREEK AZ 85142-5864

HOLLIFIELD RANCHES INC
22866 HIGHWAY 30
HANSEN ID 83334-5028

IRS
CENTRALIZED INSOLVENCY OPER
PO BOX 7346
PHILADELPHIA PA 19101-7346

IDAHO AGCREDIT
CO DANIEL C GREEN
RACINE OLSON PLLP
P O BOX 1391
POCATELLO ID 83204-1391

IDAHO DEPT OF LANDS
PO BOX 83720
BOISE ID 83720-0003

IDAHO MATERIALS  CONSTRUCTION
CO MILLER NASH LLP
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

IDAHO STATE BRAND DEPARTMENT
700 S STRATFORD DR
MERIDIAN ID 83642-6202

IDAHO STATE TAX COMMISSION
PO BOX 36
BOISE ID 83722-0036

(P)INNOVATIVE FOOD SOLUTIONS USA LLC
134 E HIGHWAY 81
BURLEY ID 83318-5427

INTERSTATE BILLING SERVICE INC
PO BOX 2250
DECATUR AL 35609-2250

JC HOOF TRIMMING INC
3690 N 2570 E
TWIN FALLS ID 83301-1004

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were sent this via First Class USPS Mail Service.

JD HEISKELL HOLDINGS LLC
17220 WRIGHT ST STE 200
OMAHA NE 68130-4667

JOHN DEERE FINANCIAL
CO WELTMAN WEINBERG  REIS CO LPA
965 KEYNOTE CIRCLE
CLEVELAND OH 44131-1829

(P)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO NATIONAL BANKRUPTCY SERVICES LLC
PO BOX 9013
ADDISON TEXAS 75001-9013

JAKE MILLENKAMP
1719 RIVER ROAD
BUHL ID 83316-5302

JAMES FARRELL  CO
13810 SE EASTGATE WAY
SUITE 520
BELLEVUE WA 98005-4467

JEAN L THOMPSON
225 N 250 W
JEROME ID 83338

JEFFREY E ROLIG
PO BOX 5455
TWIN FALLS ID 83303-5455

JEFFREY J GRIEVE
PO BOX 366
TWIN FALLS ID 83303-0366

JOHN DEERE CONSTRUCTION AND FORESTRY
COMPANY
CO WELTMAN WEINBERG  REIS CO LPA
965 KEYNOTE CIRCLE
CLEVELAND OH 44131-1829

JOHN DEERE FINANCIAL FSB
CO WELTMAN WEINBERG  REIS CO LPA
965 KEYNOTE CIRCLE
CLEVELAND OH 44131-1829

K R RENTAL INC
256 A SOUTH 600 W
HEYBURN ID 83336-9750

KEITH D AND JANET CARLSON
3866 E 3800 N
HANSEN ID 83334-5012

KENWORTH SALES COMPANY INC
CO BENOIT LAW
PO BOX 366
TWIN FALLS ID 83303-0366

KINGHORN MEDICAL LLC
248 S COLE RD
BOISE ID 83709-0934

KRAUS FARMS LLC
165 SOUTH 400 WEST
RUPERT ID 83350-9672

MATTHEW KREMER
7 TIMES SQUARE
NEW YORK NY 10036-6524

MATTHEW KREMER
OMELVENY  MYERS LLP
1301 AVENUE OF THE AMERICAS
SUITE 1700
NEW YORK NY 10019-6022

DAVID T KRUECK
PERKINS COIE LLP
1111 W JEFFERSON STREET
SUITE 500
BOISE ID 83702-5391

JOHN F KURTZ JR
KURTZ LAW PLLC
910 W MAIN
SUITE 364
BOISE ID 83702-5740

LES SCHWAB TIRE CENTERS OF IDAHO LLC
PO BOX 5350
BEND OR 97708-5350

(P)LAND VIEW INC
ATTN DAN NOBLE
P O BOX 475
RUPERT ID 83350-0475

LAND VIEW INC
CO GERY W EDSON
PO BOX 448
BOISE ID 83701-0448

ADAM A LEWIS
MORRISON  FOERSTER LLP
425 MARKET STREET
SAN FRANCISCO CA 94105-2482

ADAM AIKEN LEWIS
MORRISON  FOERSTER LLP
425 MARKET STREET
STE 32ND FLOOR
SAN FRANCISCO CA 94105-2467

KARYN LLOYD
GORDON REES SCULLY MANSUKHANI LLP
999 W MAIN STREET
100
BOISE ID 83702-9001

KARYN LLOYD
GORDON REES SCULLY MANSUKHANI LLP
999 W MAIN STREET 100
BOISE ID 83702-9001

USPS FIRST CLASS MAIL - SPECIAL AGENTS
Parties with names struck through or labeled as CM/ECF SERVICE were served via First Class USPS Mail Service.

MWI VETERINARIAN SUPPLY INC
3041 W PASADENA DRIVE
BOISE ID 83705-4776

JED W MANWARING
EVANS KEANE LLP
1161 W RIVER ST
SUITE 100
PO BOX 959
BOISE ID 83701-0959

JAMES JUSTIN MAY
JOHNSON MAY
199 N CAPITOL BLVD
STE 200
BOISE ID 83702-6197

ZACHERY J MCCRANEY
HOLLAND  HART
PO BOX 2527
800 W MAIN STREET
SUITE 1750
BOISE ID 83702-5974

MERCK ANIMAL HEALTH
ATTN LEGAL DEPTANIMAL HEALTH
126 EAST LINCOLN AVENUE
PO BOX 2000
RAHWAY NJ 07065-0900

METLIFE REAL ESTATE LENDING LLC
CO KIMBELL D GOURLEY
10801 MASTIN BLVD
SUITE 700
OVERLAND PARK KS 66210-1673

METLIFE REAL ESTATE LENDING LLC
CO RON C BINGHAM II ESQ
ADAMS AND REESE LLP
3424 PEACHTREE ROAD NE SUITE 1600
ATLANTA GEORGIA 30326-1139

METROPOLITAN LIFE INSURANCE COMPANY
CO KIMBELL D GOURLEY
10801 MASTIN BLVD
SUITE 700
OVERLAND PARK KS 66210-1673

METROPOLITAN LIFE INSURANCE COMPANY A
NEW Y
CO RON C BINGHAM II ESQ
ADAMS AND REESE LLP
3424 PEACHTREE ROAD NE SUITE 1600
ATLANTA GEORGIA 30326-1139

MICHAEL CHOJNACKY
51 W 600 N
JEROME ID 83338-5016

WILLIAM MILLENKAMP
473 S 300 W
JEROME ID 83338

DEBTOR
MILLENKAMP CATTLE INC
471 NORTH 300 WEST
JEROME ID 83338-5078

RHETT MICHAEL MILLER
PARSONS LOVELAND SHIRLEY  LINDSTROM
PO BOX 910
BURLEY ID 83318-0910

MOSS FARMS OPERATIONS LLC
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

MOSS GRAIN PARTNERSHIP
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

MOSS GRAIN PARTNERSHIP
301 SCOTT AVE SUITE 4
RUPERT ID 83350-5100

JOHN D MUNDING
MUNDING PS
309 E FARWELL RD
STE 310
SPOKANE WA 99218-8209

NAPA AUTO PARTS
PO BOX 1425
TWIN FALLS ID 83303-1425

JASON RONALD NAESS
DOJUST
550 WEST FORT ST
STE 698
BOISE ID 83724-0101

JAMES NIEMEIER
MCGRATH NORTH
1601 DODGE STREET
SUITE 3700
OMAHA NE 68102-1627

JAMES J NIEMEIER
MCGRATH NORTH MULLIN  KRATZ PC LLO
1601 DODGE STREET
STE 3700
OMAHA NE 68102-1650

COOPER NORMAN
PO BOX 5399
TWIN FALLS ID 83303-5399

JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET
STE 2000
DENVER CO 80203-4554

JOHN OBRIEN
SPENCER FANE LLP
1700 LINCOLN STEET
SUITE 2000
DENVER CO 80203-4554

GABRIEL L OLIVERA
7 TIMES SQUARE
NEW YORK NY 10036-6524

GABRIEL LUIS OLIVERA
OMELVENY  MYERS LLP
1301 AVENUE OF THE AMERICAS
STE 1700
NEW YORK NY 10019-6022

OREN B HAKER
BLACK HELTERLINE LLP
805 SW BROADWAY SUITE 1900
PORTLAND OR 97205-3359

USPS FIRST CLASS MAIL RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not being served via First Class USPS Mail Service.

OVERHEAD DOOR
489 S LOCUST
TWIN FALLS ID 83301-7849

PTG OF IDAHO LLC
CO HOLLAND N ONEIL FOLEY  LARDNER L
2021 MCKINNEY AVENUE STE 1600
DALLAS TX 75201-3340

DOMENIC E PACITTI
KLEHR HARRISON HARVEY BRANZBURG LLP
919 MARKET STREET
SUITE 1000
WILMINGTON DE 19801-3030

PAN AMERICAN LIFE INSURANCE
1778 N PLANO RD
STE 310
RICHARDSON TX 75081-1958

PERFORMIX NUTRITION SYSTEMS
2201 N 20TH STREET
NAMPA ID 83687-6849

PERFORMIX NUTRITION SYSTEMS LLC
MUNDING PS
309 E FARWELL RD STE 310
SPOKANE WA 99218-8209

MARK BRADFORD PERRY
PERRY LAW PC
POB 637
BOISE ID 83701-0637

PIVOT MAN INC
ROBIN JONES
PO BOX 355
PAUL ID 83347-0355

SCOTT C POWERS
SPENCER FANE LLP
10 EXCHANGE PLACE 11TH FLR
SALT LAKE CITY UT 84111-2824

PRIME RIDGE BEEF LLC
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

PRO RENTALS  SALES
PO BOX 5450
C12
KALISPELL MT 59903-5450

PRO TECH SERVICE COMPANY
1550 KIMBERLY RD
TWIN FALLS ID 83301-7341

PROGRESSIVE DAIRY SERVICE  SUPPLIES
CORP
485 S IDAHO ST
WENDELL ID 83355-5241

PROGRESSIVE DAIRY SERVICE  SUPPLY CORP
485 S IDAHO ST
WENDELL ID 83355-5241

QUILL CORPORATION
PO BOX 102419
COLUMBIA SC 29224-2419

RABO AGRIFINANCE LLC
CO SHEILA R SCHWAGER
PO BOX 1617
BOISE ID 83701-1617

RABO AGRIFINANCE LLC AS ADMINISTRATIVE
AGEN
CO SHEILA SCHWAGER
HAWLEY TROXELL ENNIS  HAWLEY LLP
PO BOX 1617
BOISE ID 83701-1617

RAFT RIVER RURAL ELECTRIC COOPERATIVE
INC
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

CHERYL RAMBO
IDAHO STATE POLICE
700 S STRATFORD DR
MERIDIAN ID 83642-6242

REXEL USA INC DBA PLATT ELECTRIC SUPPLY
MCCONNELL WAGNER SYKES + STACEY PLLC
827 E PARK BLVD STE 201
BOISE ID 83712-7782

REXEL USA INC DBA PLATT ELECTRIC SUPPLI
827 E PARK BLVD STE 201
BOISE IDAHO 83712-7782

JANINE PATRICE REYNARD
AVERY LAW
3090 E GENTRY WAY
SUITE 250
MERIDIAN ID 83642-3596

ROBERT E RICHARDS
DENTONS US LLP
233 SOUTH WACKER DRIVE
STE 7800
CHICAGO IL 60606-6459

ROBERT E RICHARDS
233 SOUTH WACKER DRIVE
SUITE 5900
CHICAGO IL 60606-6361

HOLLY ROARK
ROARK LAW OFFICES
950 BANNOCK ST STE 1100
BOISE ID 83702-6140

ROARK LAW OFFICES
950 BANNOCK ST 11TH FL
BOISE ID 83702-5999

ROCKY MOUNTAIN AGRONOMICS
1912 WEST MAIN STREET
BURLEY ID 83318-1611

USPS FIRST CLASS MAIL RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ROGERS MACHINERY COMPANY INC
PO BOX 230429
PORTLAND OR 97281-0429

EVAN THOMAS ROTH
1101 W RIVER ST STE 110
BOISE ID 83702-7067

TIRZAH R ROUSSELL
215 10TH STREET
SUITE 1300
DES MOINES IA 50309-3616

TIRZAH R ROUSSELL
DENTONS DAVIS BROWN PC
THE DAVIS BROWN TOWER
215 10TH STREET
SUITE 1300
DES MOINES IA 50309-3621

MIRANDA RUSSELL
MORRISON  FOERSTER LLP
250 WEST 55TH STREET
NEW YORK NY 10019-0050

MIRANDA K RUSSELL
MORRISON  FOERSTER LLP
250 WEST 55TH STREET
NEW YORK NY 10019-0050

SANDTON CAPITAL PARTNERS LP
16 W 46TH STREET 1ST FLOOR
NEW YORK NY 10036-4503

SCHAEFFER MANUFACTURING COMPANY
CO DENIS MCCARTHY
2600 S BROADWAY
ST LOUIS MO 63118-1828

NIKOLAUS F SCHANDLBAUER
20 F STREET NW
SUITE 500
WASHINGTON DC 20001-6703

SCHMIDT CATTLE HAULING
848 E 3400 N
CASTLEFORD ID 83321-6422

ANDREW SCHOULDER
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022

ANDREW J SCHOULDER
NORTON ROSE FULBRIGHT US LLP
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022

SCHOWS TRUCK CENTER
PO BOX 2208
DECATUR AL 35609-2208

SCHUIL AG REAL ESTATE INC
5020 W MINERAL KING AVE
VISALIA CA 93291-5364

SHEILA RAE SCHWAGER
HAWLEY TROXELL ENNIS  HAWLEY LLP
877 MAIN STREET SUITE 200
PO BOX 1617
BOISE ID 83701-1617

SHEILA R SCHWAGER
HAWLEY TROXELL ENNIS  HAWLEY LLP
PO BOX 1617
BOISE ID 83701-1617

SIX STATES DISTRIBUTORS INC
29787 NETWORK PLACE
CHICAGO IL 60673-1297

LOUIS V SPIKER
MILLER NASH LLP
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

SPRINKLERSHOP INC
PO BOX 599
PAUL ID 83347-0599

ST GENETICS
INGURAN USA INC
22575 STATE HWY 6 SOUTH
NAVASOTA TX 77868-8297

STANDING 16 RANCH LAND COMPANY LLC
335 W 300 N
JEROME ID 83338-5217

STANDLEE AG RESOURCES
CO MILLER NASH LLP
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

STANDLEE AG RESOURCES
CO MILLER NASH LLP ATTN LOUIS SPIKER
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

STAR FALLS FARMS LLC
1908 E 1300 S
HAZELTON ID 83335-5428

STEEL RANCH LLC
2597 E 1100 S
HAZELTON ID 83335-5621

STEVEN R HOGAN II
409 S 17TH STREET 500
OMAHA NE 68102-2603

MICHAEL R STEWART
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS MN 55402-7508

USPS FIRST CLASS MAIL RECIPIENTS Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

STOTZ EQUIPMENT
2670 KIMBERLY RD E
TWIN FALLS ID 83301-7984

MATTHEW A STURZEN
SHERMAN SHERMAN JOHNNIE  HOYT LLP
693 CHEMEKETA STREET NE
SALEM OR 97301-3732

THE DAIRY SOLUTIONS GROUP
409 S 17TH STREET 500
OMAHA NE 68102-2603

THE FORBES SECURITIES GROUP LLC DBA
FORBES
6400 S FIDDLERS GREEN CIRCLE
SUITE 850
GREENWOOD VILLAGE CO 80111-4994

THE SPRINKLER SHOP
PO BOX 599
PAUL ID 83347-0599

MEREDITH LEIGH THIELBAHR
GORDON  REES  SEATTLE
701 FIFTH AVENUE
STE 2100
SEATTLE WA 98104-7084

TRIPLE C FARMS LLC
474 S 500 W
JEROME ID 83338-6027

KIM J TROUT
TROUT LAW PLLC
3778 PLANTATION RIVER DR STE 101
BOISE ID 83703-3086

US COMMODITIES LLC
730 SECOND AVENUE S SUITE 700
MINNEAPOLIS MN 55402-2480

US TRUSTEE
550 WEST FORT ST STE 698
BOISE ID 83724-0101

ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE WI 53158-3686

UNITED ELECTRIC COOP INC
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

VALLEY WIDE COOPERATIVE INC
CO DAVID W GADD STOVER GADD  ASSOC
PO BOX 1428
TWIN FALLS ID 83303-1428

VALLEY WIDE COOPERATIVE INC
CO DAVID W GADD
STOVER GADD  ASSOCIATES PLLC
PO BOX 1428
TWIN FALLS IDAHO 83303-1428

VISERION GRAIN LLC
385 BROADWAY ST
BOULDER CO 80305-3303

VISERION GRAIN LLC
CO SAWTOOTH LAW OFFICES PLLC
213 CANYON CREST DR STE 200
TWIN FALLS ID 83301-3053

VITERRA USA GRAIN LLC
1331 CAPITOL AVE
OMAHA NE 68102-1197

VITERRA USA GRAIN LLC AND VITERRA USA
INGRE
CO RACINE OLSON PLLP
PO BOX 1391
POCATELLO ID 83204-1391

VITERRA USA INGREDIENTS LLC
1331 CAPITOL AVE
OMAHA NE 68102-1197

WAG SERVICES INC
8121 W HARRISON ST
TOLLESON AZ 85353-3328

JOSEPH MARK WAGER JR
MCCONNELL WAGNER SYKES  STACEY
827 E PARK BLVD SUITE 201
BOISE ID 83712-7782

WENDELL TRUCK AND AUTO
PO BOX 213
356 S IDAHO ST
WENDELL ID 83355-5209

WESTERN CONSTRUCTION INC
PO BOX 15569
BOISE ID 83715-5569

WESTERN STATES EQUIPMENT CO
500 EAST OVERLAND ROAD
MERIDIAN ID 83642-6606

WESTWAY FEED
BARR CREDIT SERVICES
3444 N COUNTRY CLUB RD
STE 200
TUCSON AZ 85716-0815

WILBURELLIS COMPANY LLC
CO MATTHEW A STURZEN
PO BOX 2247
SALEM OR 97308-2247

WILBURELLIS NUTRITION LLC
CO MATTHEW A STURZEN
PO BOX 2247
SALEM OR 97308-2247

USPS FIRST CLASS MAILED DOCUMENTS
Parties with names struck through or labeled as CM/ECF SERVICE do not require service via First Class USPS Mail Service.

WILLIAMS MESERVY  LARSEN
POST OFFICE BOX 168
153 EAST MAIN STREET
JEROME ID 83338-2332

BRENT RUSSEL WILSON
HAWLEY TROXELL ENNIS  HAWLEY LLP
877 MAIN STREET SUITE 200
BOISE ID 83702-6030

YOUNG CDJR OF BURLEY LLC
PO BOX 1530
LAYTON UT 84041-6553

YOUREE LAND  LIVESTOCK INC
3953 NORTH 3300 EAST
TWIN FALLS ID 83301-0348

CO DAVID A COLEMAN YOUREE LAND
LIVESTOCK
COLEMAN RITCHIE  JACOBSON
PO BOX 525
TWIN FALLS ID 83303-0525

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In re:

MILLENKAMP CATTLE, INC.,

Debtor.

Case No. 24-40158-NGH

Filing relates to:

☒ ALL DEBTORS

☐ Millenkamp Cattle, Inc.
☐ Idaho Jersey Girls
☐ East Valley Cattle
☐ Millenkamp Properties
☐ Millenkamp Properties II

Jointly Administered With
Case Nos.:

24-40159-NGH (Idaho Jersey Girls)
24-40160-NGH (East Valley Cattle)
24-40161-NGH (Millenkamp Properties)
24-40162-NGH (Millenkamp Properties II)
24-40163-NGH (Millenkamp Family)
24-40164-NGH (Goose Ranch)
24-40166-NGH (Black Pine Cattle)
24-40167-NGH (Millenkamp Enterprises)
24-40165-NGH (Idaho Jersey Girls Jerome Dairy)

#4068898

☐ Millenkamp Family
☐ Goose Ranch
☐ Black Pine Cattle
☐ Millenkamp Enterprises
☐ Idaho Jersey Girls Jerome Dairy

Chapter 11 Cases

**NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL and NOTICE OF HEARING RE: SAME**

PLEASE TAKE NOTICE that Dentons Davis Brown, counsel of record for Debtors in Possession, Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), has filed a First Application for Allowance of Interim Fees and Costs for Counsel (Dkt. No. 548 - the "Application") for the requested fees and costs for Dentons Davis Brown in the amount of $320,957.70. The fees and costs required are related to the following:

- **Case Administration** was necessary in order to discuss various items with the client, co-counsel, financial advisor and other parties, as well as prepare and file required reports (IRR, MOR) and respond to extensive first day motions, continued emergency/interim motions, and related orders.

- **Asset Disposition** was necessary in order to maintain and collect documents regarding the potential sale of certain of the Debtors' assets and to prepare and file sale motions.

- **Relief from Stay/Adequate Protection Proceedings** was necessary to respond to opposing counsel and prepare responses to motions for relief from stay and motions for adequate protection.

- **Meetings of and Communications with Creditors** was necessary to prepare for and attend conferences with creditors regarding matters related to the case, status updates, and negotiations, and correspond with creditors and counsel for creditors via phone call and/or email.

NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME – PAGE 2

#4071175

- **Fee/Employment Applications** was necessary in order to draft and prepare applications to employ and draft monthly fee applications and this first interim fee application.

- **Assumption/Rejection of Leases and Contracts** was necessary in order to review and respond to multiple creditor emails regarding the Debtors' intentions, and to correspond with co-counsel, financial advisor, and debtors regarding the same.

- **Other Contested Matters** was necessary in order to correspond with the Debtors, co-counsel, financial advisor, and creditors regarding multiple contested matters, including use of cash collateral, DIP approval, 503(b)(9) motion, critical vendor motion, and sale motion.

- **Non-Working Travel** was travel billed at ½ rate for travel to/from hearings.

- **Financing/Cash Collections** was necessary in order to correspond with multiple parties regarding the first day cash motions and draft and prepare extensive relevant interim and final motions, notices, and orders.  Much of the initial stages of this case revolved around obtaining necessary approvals/consensus for using cash collateral to maintain operations and approval of the DIP loan.

- **Claims Administration and Objections** was necessary in order to review claims filed and evaluate potential objections to those claims.

- **Plan and Disclosure Statement** was necessary in order to correspond with co-counsel, Debtors, and the financial advisor regarding the drafting of and strategy for the Chapter 11 Plan.

The projects have allowed the Debtors to prepare and file required reports, prepare for and attend required meetings, draft various applications and motions, and otherwise proceed towards confirmation of its Chapter 11 Plan.

The Application has been reviewed and approved by the Debtors. A copy of the Application is on file with the above-captioned Court as Docket No. 548, together with supporting documents. Any party desiring information as to the details of the Application may request the same from the Clerk of the Court, from the court's online PACER information system at www.pacer.gov, or from the undersigned counsel.

YOU ARE HEREBY NOTIFIED that written objections to the Application should be filed

NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME – PAGE 3

with the court within twenty-one (21) days of the date of service of this notice. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served upon the movant. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief in the Application and may grant the relief without further notice of hearing. Any such objection should be filed with the U.S. Bankruptcy Court at the United States Courthouse, 550 W. Fort St., Boise, ID 83724 or electronically filed using the CM/ECF Filer system at https://ecf.edb.uscourts.gov.

YOU ARE FURTHER NOTIFIED that the Application is scheduled to come before the Court for hearing on the **12th day of September, 2024, at 1:30 p.m. (MT)**, or as soon thereafter as the matter can be heard. This will be a telephonic hearing; parties should call the following number at least 10 minutes prior to the hearing: 1-669-254-5252; Access Code: 160-5422-0978.

DATED this 15th day of August, 2024.

DENTONS DAVIS BROWN

/s/ Krystal Mikkilineni
KRYSTAL MIKKILINENI
Counsel for Debtor

NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME – PAGE 4

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that on this 15th day of August, 2024, I filed the foregoing NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

    Any others as listed on the Court's ECF Notice.

    I FURTHER CERTIFY that on this such date I served the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

    See attached mailing matrix.

                            /s/ Krystal Mikkilineni
                            Krystal Mikkilineni

Label Matrix for local noticing
0976-8
Case 24-40158-NGH
District of Idaho
Twin Falls
Fri Aug 9 12:38:20 MDT 2024

Automation Werx, LLC
Morrow & Fischer, PLLC
4 Ogden Avenue
Nampa, ID 83651-2371

Burks Tractor Company, Inc.
3140 Kimberly Road
Twin Falls, ID 83301-8516

East Valley Development, LLC
c/o Avery Law
3090 E Gentry Way, Ste 250
Meridian, ID 83642-3596

Glanbia Foods Inc
c/o Robert A Faucher
POB 2527
Boise, ID 83701-2527

(p)LAND VIEW INC
ATTN DAN NOBLE
P O BOX 475
RUPERT ID 83350-0475

Metropolitan Life Insurance Company
c/o Kimball D. Gourley
10801 Mastin BLVD
Suite 700
Overland Park, KS 66210-1673

PerformRx Nutrition Systems, LLC
MUNDING, P.S.
309 E. FARNELL RD., STE 310
Spokane, WA 99218-8209

Raft River Rural Electric Cooperative, Inc.
c/o Rhett M. Miller
P.O. Box 910
Burley, ID 83318-0910

Schuil Ag Real Estate Inc
5020 W Mineral King Ave
Visalia, CA 93291-5364

Ad Hoc Committee of Corn Silage Growers
153 East Main Street
PO Box 168
Jerome, ID 83338-0168

Blue Cross of Idaho Health Service, Inc
c/o Law Office of D. Blair Clark PC
967 East Parkcenter Boulevard, #282
Boise, ID 83706-6721

Conterra Holdings, LLC d/b/a Conterra Ag Cap
Spencer Fane
1700 Lincoln Street
Suite 2000
Denver, CO 80203-4554

Elevation Electric, LLC
485 S IDAHO ST
WENDELL, ID 83355-5241

Idaho AgCredit
c/o Daniel C. Green
Racine Olson, PLLP
P. O. Box 1391
Pocatello, ID 83204-1391

MWI Veterinarian Supply, Inc.
3041 W PASADENA DRIVE
Boise, ID 83705-4776

Moss Farms Operations, LLC
c/o Rhett M. Miller
P.O. Box 910
Burley, ID 83318-0910

Progressive Dairy Service & Supply Corp.
485 S IDAHO ST
WENDELL, ID 83355-5241

Rexel USA, Inc dba Platt Electric Supply
McConnell Wagner Sykes + Stacey PLLC
827 E. Park Blvd, Ste. 201
Boise, ID 83712-7782

Standlee Ag Resources
c/o Miller Nash LLP
950 W Bannock St, Ste 1100
Boise, ID 83702-6140

Amalgamated Sugar Company
1951 S. Saturn Way
Suite 100
Boise, ID 83709-2924

Bunge Canada C/O David D. Farrell
David D. Farrell. Esq.
One Bank Plaza
Suite 2700
St. Louis, MO 63101

Davis Livestock, Inc.
780 E Cannibal Rd
Lewiston, UT 84320-2038

Gale W. Harding and Associates
329 W 7th S
Rexburg, ID 83440-9600

Idaho State Brand Department
700 S. Stratford Dr.
Meridian, ID 83642-6202

MetLife Real Estate Lending LLC
c/o Kimball D. Gourley
10801 Mastin Blvd
Suite 700
Overland Park, KS 66210-1673

Moss Grain Partnership
c/o Rhett M. Miller
P.O. Box 910
Burley, ID 83318-0910

Rabo AgriFinance LLC
c/o Sheila R. Schwager
P.O. Box 1617
Boise, ID 83701-1617

Sandton Capital Partners LP
16 W 46th Street, 1st Floor
New York, NY 10036-4503

The Forbes Securities Group LLC, DBA Forbes
6400 S Fiddlers Green Circle
Suite 850
Greenwood Village, CO 80111-4994

United Electric Co-op, Inc.
c/o Rhett M. Miller
P.O. Box 910
Burley, ID 83318-0910

Viterra USA Grain, LLC and Viterra USA Ingre
c/o Racine Olson, PLLP
P.O. Box 1391
Pocatello, ID 83204-1391

Twin Falls
U.S. Bankruptcy Court
801 East Sherman
Pocatello, ID 83201-5730

ABS Global
1525 River Rd.
DeForest, WI 53532-2430

Airgas USA LLC
PO Box 734445
Chicago, IL 60673-4445

American Calf Products (Golden State Mixing,
425 D Street
Turlock, CA 95380-5452

B & H Farming, an Idaho General Partnership
PO Box 123
Rupert, ID 83350-0123

Blue Cross of Idaho
c/o D. Blair Clark, Attorney
967 E. Parkcenter Blvd., #282
Boise, ID 83706-6721

Bunge Canada
c/o David D. Farrell
THOMPSON COBURN LLP
One USBank Plaza, Suite 2700
Saint Louis, Missouri 63101-1693

Capitol One
PO Box 60599
City of Industry, CA 91716-0599

Valley Wide Cooperative, Inc.
c/o David W. Gadd, Stover, Gadd & Assoc.
P.O. Box 1428
Twin Falls, ID 83303-1428

Western States Equipment Co.
500 East Overland Road
Meridian, ID 83642-6606

A. Scott Jackson Trucking, Inc.
c/o Williams Meservy & Larsen, LLP
Post Office Box 168
153 East Main Street
Jerome, ID 83338-0332

ARNOLD MACHINERY COMPANY
2975 West 2100 South
Salt Lake City, UT 84119-1273

Airgas USA, LLC
110 West 7th St. Suite 1400
Tulsa, OK 74119-1077

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

BS R Design Supplies
198 Locust St S
Twin Falls, ID 83301-7832

Bo Stevenson dba B&A Farms
1001 S 1900 E
Hazelton, ID 83335-5451

Burks Tractor Company, Inc.
Oren B. Baker
Black Helterline LLP
805 SW Broadway Suite 1900
Portland, OR 97205-3359

(p)CARNE I CORP
134 E HIGHWAY 81
BURLEY ID 83318-5427

Viterra Grain, LLC
c/o Sawtooth Law Offices, PLLC
213 Canyon Crest Dr., Ste 200
Twin Falls, ID 83301-3053

Wilbur-Ellis Company LLC
c/o Matthew A. Sturzen
P.O. Box 2247
Salem, OR 97308-2247

AAA Cow Comfort LLC
Po Box 307
Kimberly, ID 83341-0307

Addison Biological Laboratory, INC.
507 North Cleveland St.
Fayette, MO 65248-1083

Alexander K. Reed
4296 N 2100 E
Filer, ID 83328-5046

Automation Werx, LLC
Po Box 3066
Idaho Falls, ID 83403-3066

Blue Cross of Idaho
c/o D Blair Clark, Atty
967 Parkcenter Blvd #282
Boise, ID 83706-6721

Brandy A. Bartholomew
C/O Eric R. Clark, Attorney
PO Box 2504
Eagle, ID 83616-9118

CNH Industrial Capital America LLC
Kent Carter/Gordon Rees
One North Franklin, Suite 800
Chicago, IL 60606-3422

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

(p)CENTURYLINK SERVICE GROUP LLC DBA CENTURYL
931 14TH STREET 9TH FLOOR
DENVER CO 80202-2994

Christopher Mansield
1031 Mendota Heights Road
St. Paul, MN 55120-1419

Citi Cards
PO Box 78019
Phoenix, AZ 85062-8019

IRS
Centralized Insolvency Oper.
PO Box 7346
Philadelphia, PA 19101-7346

Idaho Dept. of Labor
PO Box 83720
Boise, ID 83720-0003

Idaho Materials & Construction
c/o Miller Nash LLP
950 W Bannock St, Ste 1100
Boise, ID 83702-6140

Clint D. Thompson
298 N 200 W
Jerome, ID 83338-5372

Coastline Equipment Company
2000 E Overland Rd
Meridian, ID 83642-6665

Colonial Life
Processing Center
PO Box 1365
Columbia, SC 29202-1365

Idaho State Tax Commission
PO Box 36
Boise, ID 83722-0036

(p)INNOVATIVE FOOD SOLUTIONS USA LLC
134 E HIGHWAY 81
BURLEY ID 83318-5427

Interstate Billing Service, Inc
PO Box 2250
Decatur, AL 35609-2250

Connie Lapasecotes, Ltd.
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

Conrad Bishcoff Inc
2251 N Holmes
PO Box 50106
Idaho Falls, ID 83405-0106

Conterra Holdings, LLC dba Conterra Ag Capit
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

J&C Hoof Trimming Inc.
3690 N 2570 E
Twin Falls, ID 83301-1004

J.D. Heiskell Holdings, LLC
17220 Wright St, Ste 200
Omaha, NE 68130-4667

JOHN DEERE FINANCIAL
c/o Weltman, Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131-1829

Daimler Truck Financial Services USA LLC
c/o Randall P. Mroczynski
Cookesy, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664

Dairy Tech, LLC
1031 Mendota Heights Road
St. Paul, MN 55120-1419

Daritech
8540 Benson Rd
Lynden, WA 98264-9711

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jake Millenkamp
1719 River Road
Buhl, ID 83316-5302

David Clark
Clark Ambulatory Clinic, Inc.
1019 E 1020 S
Albion, ID 83311

Douglas J. Grant
2050 E 500 S
Hazelton, ID 83335-5006

Dusty Brow Farms, Inc.
2601 E 1100 S
Hazelton, ID 83335-5623

James Farrell & CO
13810 SE Eastgate Way
Suite 520
Bellevue, WA 98005-4467

Jean L. Thompson
225 N 250 W
Jerome, ID 83338

Jeffrey E. Rolig
PO Box 5455
Twin Falls, ID 83303-5455

East Valley Development, LLC
c/o Adam Lewis, Esq.
Morrison & Foerster LLP
425 Market St.
San Francisco CA 94105-2482

Edward Chojnacky
298 N 100 W
Jerome, ID 83338-5406

Electrical Werx & Construction, LLC
PO Box 3066
Idaho Falls, ID 83403-3066

Jeffrey J. Grieve
P.O. Box 366
Twin Falls, ID 83303-0366

John Deere Construction and Forestry Company
c/o Weltman, Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131-1829

John Deere Financial, f.s.b.
c/o Weltman, Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131-1829

Eric Clark
Clark Associates
PO Box 2504
Eagle, ID 83616-9118

Evans Plumbing
111 Gulf Stream Lane
Bailey, ID 83333-7725

Farmers Bank
PO Box 392
Buhl, ID 83316-0392

K R Rental Inc
256 A South 600 W
Heyburn, ID 83336-9750

Keith D. and Janet Carlson
3866 E 3800 N
Hansen, ID 83334-5012

Kenworth Sales Company, Inc.
c/o Benoit Law
P.O. Box 366
Twin Falls, ID 83303-0366

Fastenal Company
2001 Theurer Blvd.
ATTN: LEGAL
Winona, MN 55987-9902

Fredin Brothers, Inc.
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

(p)GJ VERTILINE PUMPS INC
PO BOX 892
TWIN FALLS ID 83303-0892

Kinghorn Medical LLC
248 S Cole Rd
Boise, ID 83709-0934

Kraus Farms, LLC
165 South 400 West
Rupert, ID 83350-9672

LES SCHWAB TIRE CENTERS OF IDAHO, LLC
PO BOX 5350
BEND, OR 97708-5350

Grant & Ragan, Inc.
P.O. Box 326
Hazelton, ID 83335-0326

Grant 4-D Farms LLC
707 E 600 N
Rupert, ID 83350-9466

Green Source Automation, LLC
3506 Moore Road
Ceres, CA 95307-9402

Land View, Inc.
c/o Gary W. Edson
P.O. Box 448
Boise, ID 83701-0448

Merck Animal Health
Attn: Legal Dept-Animal Health
126 East Lincoln Avenue
Po Box 2000
Rahway, NJ 07065-0900

MetLife Real Estate Lending, LLC
c/o Ron C. Bingham, II, Esq.
Adams and Reese LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326-1139

Hatfield Manufacturing Inc
1823 Shoestring Rd
Gooding, ID 83330-5361

Heeringa Construction LLC
18521 E Queen Creek Rd
#105-481
Queen Creek, AZ 85142-5864

Hollifield Ranches, Inc.
22866 Highway 30
Hansen, ID 83334-5028

Metropolitan Life Insurance Company, a New Y
c/o Ron C. Bingham, II, Esq.
Adams and Reese LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326-1139

Michael Chojnacky
51 W 600 N
Jerome, ID 83338-5016

Moss Grain Partnership
301 Scott Ave. Suite 4
Rupert, ID 83350-5100

NAFA Auto Parts
P.O. Box 1425
Twin Falls, ID 83303-1425

Comp B. Sabbin
Black Helterline LLP
805 SW Broadway Suite 1900
Portland, OR 97205-3359

Overhead Door
489 S. Locust
Twin Falls, ID 83301-7849

The Sprinkler Shop
P.O. Box 599
Paul, ID 83347-0599

Trucks C Farms, LLC
474 S 500 W
Jerome, ID 83338-6027

US Commodities, LLC
730 Second Avenue S. Suite 700
Minneapolis, MN 55402-2480

PTG of Idaho, LLC
c/o Holland N. O'Neil, Foley & Lard
2021 McKinney Avenue, Ste. 1600
Dallas, TX 75201-3340

Pan American Life Insurance
1778 N Plano Rd
Ste 310
Richardson, TX 75081-1958

PerforMix Nutrition Systems
2201 N 20th Street
Nampa, ID 83687-6849

US Trustee
550 West Fort St, Ste 698
Boise, ID 83724-0101

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

Valley Wide Cooperative Inc.
c/o David W. Gadd
Stover, Gadd & Associates, PLLC
P.O. Box 1428
Twin Falls, Idaho 83303-1428

Pivot Man Inc
Robin Jones
PO Box 355
Paul, ID 83347-0355

Prime Ridge Beef LLC
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

Pro Tech Service Company
1550 Kimberly Rd
Twin Falls, ID 83301-7341

Viserion Grain LLC
385 Broadway St
Boulder, CO 80305-3303

Viterra USA Grain, LLC
1331 Capitol Ave.
Omaha, NE 68102-1197

Viterra USA Ingredients, LLC
1331 Capitol Ave.
Omaha, NE 68102-1197

Progressive Dairy Service & Supplies Corp.
485 S. Idaho St.
Wendell, ID 83355-5241

Quill Corporation
PO Box 102419
Columbia, SC 29224-2419

Rabo AgriFinance LLC, as Administrative Agen
c/o Sheila Schwager
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701-1617

Wag Services, Inc.
8121 W HARRISON ST
Tolleson, AZ 85353-3328

Wendell Truck and Auto
PO Box 213
356 S Idaho St
Wendell, ID 83355-5209

Western Construction Inc
PO Box 15569
Boise, ID 83715-5569

Rexel USA, Inc dba Platt Electric Supply
827 E. Park Blvd, Ste. 201
Boise, Idaho 83712-7782

Roark Law Offices
950 Bannock St., 11th Fl.
Boise, ID 83702-5999

Rocky Mountain Agronomics
1912 West Main Street
Burley, ID 83318-1611

Westway Feed
BARR Credit Services
3444 N Country Club Rd
Ste 200
Tucson, AZ 85716-0815

Wilbur-Ellis Nutrition, LLC
c/o Matthew A. Sturzen
PO Box 2247
Salem, OR 97308-2247

Williams, Meservy & Larsen
Post Office Box 168
153 East Main Street
Jerome, ID 83338-2332

Rogers Machinery Company, Inc.
PO Box 230429
Portland, OR 97281-0429

Schaeffer Manufacturing Company
c/o Denis McCarthy
2600 S Broadway
St. Louis, MO 63118-1828

Schmidt Cattle Hauling
848 E 3400 N
Castleford, ID 83321-6422

Young CDJR of Burley, LLC
PO Box 1530
Layton, UT 84041-6553

Youree Land & Livestock Inc.
3953 North 3300 East
Twin Falls, ID 83301-0348

Bruce A. Anderson
320 East Neider Avenue
Suite 102
Coeur d'Alene, ID 83815-6007

Schow's Truck Center
PO Box 2208
Decatur, AL 35609-2208

Sheila R. Schwager
Hawley Troxell ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701-1617

Six States Distributors Inc
29787 Network Place
Chicago, IL 60673-1297

James Justin May
Johnson May
199 N. Capitol Blvd.
Ste. 200
Boise, ID 83702-6197

Julian Gurule
O'Melveny & Meyers LLP
400 South Hope Street
Suite 1900
Los Angeles, CA 90071-2811

Krystal R Mikkilineni
Dentons Davis Brown
215 10th St
Ste 1300
Des Moines, IA 50309-3616

SprinklerShop Inc
PO Box 599
Paul, ID 83347-0599

St. Genetics
Inguran USA, INC.
22575 State Hwy 6 South
Navasota, TX 77868-8297

Standing 16 Ranch Land Company, LLC
335 W 300 N
Jerome, ID 83338-5217

Matthew T. Christensen
199 N. Capitol Blvd.
Ste 200
Boise, ID 83702-6197

Matthew T. Christensen
Johnson May, PLLC
199 N. Capitol Blvd
Suite 200
Boise, ID 83702-6197

Robert E Richards
Dentons US LLP
233 South Wacker Drive
Ste 7800
Chicago, IL 60606-6459

Standlee Ag Resources
c/o Miller Nash, LLP, Attn: Louis Spiker
950 W Bannock St., Ste 1100
Boise, ID 83702-6140

Star Falls Farms, LLC
1908 E 1300 S
Hazelton, ID 83335-5428

Steel Ranch LLC
2597 E 1100 S
Hazelton, ID 83335-5621

Robert E. Richards
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6361

Tirzah R. Roussell
215 10th Street
Suite 1300
Des Moines, IA 50309-3616

Tirzah R. Roussell
Dentons Davis Brown PC
The Davis Brown Tower
215 10th Street
Suite 1300
Des Moines, IA 50309-3621

Steven R. Rogan II
409 S. 17th Street #500
Omaha, NE 68102-2603

Stotz Equipment
2670 Kimberly Rd E
Twin Falls, ID 83301-7984

The Dairy Solutions Group
409 S. 17th Street #500
Omaha, NE 68102-2603

William Millenkamp
473 S 300 W
Jerome, ID 83338

c/o David A. Coleman B & H Farming
Coleman, Ritchie & Jacobson
PO BOX 525
TWIN FALLS, ID 83303-0525

c/o David A. Coleman Youree Land & Livestock
Coleman, Ritchie & Jacobson
PO BOX 525
TWIN FALLS, ID 83303-0525

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | | |
|---|---|---|---|
| Land View, Inc.<br>P.O. Box 475<br>Rupert, ID 83350 | Carne I Corp.<br>134 E. Highway 81<br>Burley, ID 83318 | CenturyTel Service Group, LLC dba CenturyLin<br>Lumen Technologies Group<br>931 14th Street, 9th Floor (Attn: Legal-<br>Denver, CO 80202 | End of Label Matrix<br>Mailable recipients   179<br>Bypassed recipients    21<br>Total                  200 |
| G.J. Verti-Line Pumps, Inc.<br>PO Box 892<br>Twin Falls, ID 83303-0892 | Innovative Food SolutionsUSA<br>Attn: Jordan Bowen<br>134 E. Highway 81<br>Burley, ID 83318 | JP Morgan Chase<br>PO Box 6294<br>Carol Stream, IL 60197 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CNH Industrial Capital America LLC | (u)JOHN DEERE FINANCIAL | (u)MWI Veterinary Supply Inc. |
| (u)McAlvain Concrete, Inc. | (u)Official Committee Of Unsecured Creditors | (u)Rocky Mountain Agronomics, Inc. |
| (u)#3924637 | (u)A K Trucking1897 E 990 S Hazelton, ID 8333<br>A. Scott Jackson TruckingPO Box 56 Jerom<br>A. Scott JacksonTrucking Inc PO Box 56 J<br>A&S Global Inc Box 22144 Network Place C<br>Addison Biological Lab 507 N Cleveland S<br>Aden Brook Trading CorpPO Box 217 Montgo | (d)Amalgamated Sugar<br>1961 S Saturn Way<br>Ste 100<br>Boise, ID 83709-2924 |
| (d)Amalgamated Sugar Company<br>1951 S. Saturn Way, Suite 100<br>Boise, ID 83709-2924 | (u)Badger Bearing PTP, Inc | (d)Conterra Holdings, LLC dba Conterra Ag Cap<br>c/o John O'Brien<br>Spencer Fane<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203-4554 |
| (d)Elevation Electric, LLC<br>485 S. Idaho St.<br>Wendell, ID 83355-5241 | (du)MWI Veterinary Supply | (u)NameAddress1Address2Address3CityStateZip<br>116 & West805 W Idaho StSte 300Boise<br>2020 Window ServicePO Box 6056Twin F<br>A & K Trucking1897 E 990 SHazeltonI<br>A. Scott Jackson TruckingPO Box 563e<br>A. Scott JacksonTrucking IncPO Box 56 |
| (d)Progressive Dairy Service & Supply Corp.<br>485 S. Idaho St.<br>Wendell, ID 83355-5241 | (u)Rexel USA, Inc. dba Platt Electric Supply | (d)Viserion Grain, LLC<br>385 Broadway Street<br>Boulder, CO 80305-3303 |

| | |
|---|---|
| (u)Brandy Ann Bartholomew | |
| (d)Krystal R. Mikkilineni<br>Dentons Davis Brown<br>215 10th St<br>Sta 1300<br>Des Moines, IA 50309-3616 | (d)Krystal R. Mikkilineni<br>Dentons Davis Brown<br>215 10th Street<br>Suite 1300<br>Des Moines, IA 50309-3616 |