Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>　　　Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒　ALL DEBTORS<br><br>☐　Millenkamp Cattle, Inc.<br><br>☐　Idaho Jersey Girls<br><br>☐　East Valley Cattle<br><br>☐　Millenkamp Properties<br><br>☐　Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome |

#3974916

|  |  |
|---|---|
| ☐ Millenkamp Family | Dairy) |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

# APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR GALE W. HARDING AND ASSOCIATES

> **Notice of Application for Allowance of Interim Fees and Costs for**
>
> **Gale W. Harding and Associates and Opportunity to Object and for a Hearing**
>
> <u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

Gale W. Harding, of Gale W. Harding and Associates ("<u>Applicant</u>"), submits this interim application for fees and costs pursuant to 11 U.S.C. § 330 (the "<u>Application</u>").  In support of this Application, Applicant respectfully states and represents to the Court as follows:

1. Applicant is a professional person at Gale W. Harding and Associates and makes this Application for the allowance of compensation for professional services rendered, and or reimbursement for actual necessary costs and expenses incurred.

2. On May 31, 2024, the Court entered an Order authorizing the Debtors to employ Applicant as equipment appraiser in this matter consistent with the terms outlined in the

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR GALE W. HARDING AND ASSOCIATES - PAGE 2

Application to Employ Gale W. Harding and Associates as Equipment Appraiser ("Harding"), filed on April 30, 2024 (Docket No. 243) (the "Employment Application") with the Applicant's employment effective April 22, 2024.

3. Payment of the fees and costs should be made pursuant to the Employment Application, which recognizes that "compensation is subject to approval of this Court."

4. The fees requested by this Application shall not be shared with any other party outside the Applicant's firm.

5. All services for which compensation is requested by the Applicant were performed for and on behalf of said Debtors, and not on behalf of any committee, creditor, or other person.

6. The Applicant was the only person involved in the services for which compensation is requested and is specifically identified on the attached **Exhibit A** and is incorporated here by reference. Individual time entries are noted on the enclosed invoice.

7. Applicant is qualified to provide the Debtors with the vital services set forth in the Employment Application, including appraising equipment and testifying as to the appraisal.

8. The Applicant is a professional person that has considerable knowledge and expertise in equipment appraisal. The Applicant has over 50 years of experience in auctioneering farm and construction equipment, 47 years of experience auctioneering Register Horses nationwide, 37 years of experience as a University of Idaho Extension Professor, and 45 years of experience as a Certified Equipment Appraiser. Applicant has a master's degree in Agricultural Education and a bachelor's degree in animal science from the University of Idaho. He is also part of the American Society of Farm Managers and Farm Appraisers and has further attended courses on advanced principles of valuation and principles of valuation.

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR GALE W. HARDING AND ASSOCIATES - PAGE 3

9. Applicant has rendered extensive and vital services to the Debtors in the manner prescribed in the attached Exhibit A, which is incorporated here by this reference and consistent with the Employment Application.

10. Because of the services rendered by the Applicant, the Debtors were able to receive an appraisal that was used in the hearing on Debtors' use of cash collateral and Debtors' Motion to Obtain Debtor in Possession Financing held on May 8th and May 9th (the "Hearing"). Applicant also testified at the Hearing.

11. The rate of compensation of Applicant was detailed in the Employment Application. The invoice attached to this Application in Exhibit A is in conformity with that rate.

12. The reasonable value of services rendered by the Applicant in this case thus far is $5,250.00. These rates and fees are consistent with the hourly rates charged to non-bankruptcy clients and are consistent with industry pricing for equipment appraisals. Specifically, the amount of compensation requested to be approved in this Application is $500 for pre-hearing preparation, $850 for travel time, $500 for court hearing testimony, and $3,400 for the equipment appraisal fee.

13. The Applicant's request for the noted rate of compensation and fees is justified in this case based on industry norms for these types of projects, and the expedited timeframe in which to complete the appraisal.

14. The Debtors and Applicant have reviewed this Application and have approved the Application, and amounts requested herein.

WHEREFORE, the Applicant prays that an allowance and confirmation be made for its compensation requests pursuant to 11 U.S.C. §330 in the amount of $5,250.00

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR GALE W. HARDING AND ASSOCIATES - PAGE 4

DATED: August 15, 2024

        */s/ Gale W. Harding*
        GALE W. HARDING
        Applicant, Gale W. Harding and Associates

**DENTONS**

        */s/ Tirzah R. Roussell*
        Tirzah R. Roussell

**JOHNSON MAY**

        */s/ Matthew T. Christensen*
        Matthew T. Christensen

        Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| Gabriel L. Olivera | golivera@omm.com |

Any others as listed on the Court's ECF Notice.

/s/ Tirzah R. Roussell
Tirzah R. Roussell

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR GALE W. HARDING AND ASSOCIATES - PAGE 6

**EXHIBIT A**

Gale W. Harding & Associates

P.O. Box 761

Rexburg, Idaho 83440

(208-351-3191

July 1st, 2024

Invoice No: 10124

To:  Tirzah Roussell

   Dentons

   215 10th Street, Ste 1300

   Des Moines, IA 50309

For:  Equipment Appraisal and preparation and appearance as a witness:  Millenkamp Bankruptcy, Boise, Idaho

**Witness Fee**:  $200/hr for services as witness

- 2.5 hours preparation for hearing May 7 ,2024 — $ 500.00
- 8.5 hours travel time (1/2 rate) — $ 850.00
  from Rexburg, Idaho to Boise, Idaho May 8, 2024
- 2.5 hours testifying at hearing.  May 8, 2024 — $ 500.00

**Appraisal Fee**:  Flat Fee — $ 3,400

<u>**Total:   $ 5,250.00**</u>

Thank you!  Gale W. Harding