Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        Robert.richards@dentons.com
        Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With Case Nos.: |
| ☒ ALL DEBTORS | |
| ☐ Millenkamp Cattle, Inc. | 24-40159-NGH (Idaho Jersey Girls) |
| | 24-40160-NGH (East Valley Cattle) |
| ☐ Idaho Jersey Girls | 24-40161-NGH (Millenkamp Properties) |
| | 24-40162-NGH (Millenkamp Properties II) |
| ☐ East Valley Cattle | 24-40163-NGH (Millenkamp Family) |
| | 24-40164-NGH (Goose Ranch) |
| ☐ Millenkamp Properties | 24-40166-NGH (Black Pine Cattle) |
| | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Properties II | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

☐ Millenkamp Family

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

Chapter 11 Cases

## FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES

Matthew T. Christensen, of the firm Johnson May (the "Applicant"), applies to the court for allowance of attorneys' fees and costs pursuant to 11 U.S.C. § 331. Applicant respectfully states and represents to the Court that:

1.      Applicant is local counsel for Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), the above-named Debtors in Possession, and makes this application for allowance of compensation for professional services rendered, and for reimbursement for actual necessary costs and expenses incurred since the commencement of this case, from April 2, 2024, to July 31, 2024 (the "First Interim Period").

2.      All services for which compensation is requested by the Applicant were performed for and on behalf of said Debtors, and not on behalf of any committee, creditor, or other person. Each attorney involved in the services for which compensation is requested are specifically identified on the attached **Exhibit A** and incorporated herein by reference.

3.      Payment of the attorneys' fees and costs and the payment of these fees and costs should be made pursuant to the Engagement Letter attached to the Application to Employ Local Co-Counsel as Exhibit A (Dkt. No. 4).

FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES – Page 2

4.      Applicant, or other members of Johnson May, has rendered services to the Debtors in the manner described on the attached **Exhibit B**, which is by this reference made a part hereof.

5.      Further, the Applicant sustained, and incurred expenses and/or costs described and itemized in the statement attached hereto as **Exhibit B**, in connection with applicant's function and activities as attorney for the Debtors. A narrative summary of professionals' fees and expenses is attached hereto as **Exhibit C**.

6.      The fees requested by this Application shall not be shared with any other party outside the Applicant's law firm.

7.      The Applicant does not currently hold funds in a client trust account for the Debtors with which to pay the fees requested.  The outstanding fees and costs allowed will be paid by the Debtors from operations. The Debtors will make payment of the Applicant's outstanding fees and costs as permitted under the approved cash collateral budget (Dkt. No. 524).

8.      The rate of compensation of the attorneys was detailed in the Engagement Letter attached to the Application to Employ Local Co-Counsel as Exhibit A, which application was approved by Court order on May 24, 2024 (Dkt. No. 322). In conformity with that rate (which is subject to adjustment annually), the reasonable value of the services rendered by the Applicant as attorney for the Debtors in this case, including costs/expenses and disbursements incurred, since the last application for interim fees was filed is $135,729.11.  Of that amount, there remains (or will remain, assuming the July Cover Sheet Application is paid) $44,110.22. in unpaid amounts (representing the 25% held back from the monthly Cover Sheet applications).

9.      Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing

Interim Fee Procedures"), the Applicant has incurred and the Debtors have paid the following fees and expenses.

|  | April 2024 | May 2024 | June 2024 | July 2024 |
|---|---|---|---|---|
| Fees Incurred | $42,028.50 | $34,767.50[1] | $22,678.50[2] | $17,966.50 |
| Total Fees Paid Pursuant to Order Establishing Interim Procedures (75% of Fees) | $31,521.38 | $29,572.50 | $17,050.13 | $13,474.88 (Not yet paid – pending objection period) |
| Total Expenses Incurred & Paid Pursuant to Order Establishing Interim Procedures (100% of Expenses) | $16,117.57 | $96.94 | $0.00 | $573.60 (Not yet paid – pending objection period) |

10.    The April 2024 fees that were paid pursuant to the Order Establishing Interim Procedures were paid as follows: (1) $10,133.83 from the Debtors' trust account at Johnson May; and (2) $19,535.61 from the Debtors' operations.  The Applicant does not currently hold any further amount in a trust account.  The remainder of the fees and expenses paid during this First Interim Period were paid from the Debtors' ongoing operations.

11.    During the First Interim Period, the Applicant was paid a total of $91,618.89 in fees and $16,788.11 in expenses (including the amounts paid in August for the July Cover Sheet Application).  The total outstanding in fees due during the First Interim Period is $25,822.11, which represents the 25% held back pursuant to the Order Establishing Interim Procedures (adjusted as described in the footnotes).

---

[1] Upon review of the Applications for the months of May and June, it was discovered that there were time entries in the month of June that were inadvertently included on the May application. Due to this, the amount listed for Fees Incurred for the month of May is $4,662.50 less than what was reported on the May application.

[2] Upon review of the Application for the month of June, it was discovered that one time entry for Allison Daniels was billed at $425/hr, rather than $150hr, which resulted in a reduction of $55.00 on the fee application.

FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES – Page 4

12.    The Applicant requests Court approval of the total fees incurred of $117,411.00 and total expenses incurred of $16,788.11 during the First Interim Period.  The Applicant further requests the Court allow payment of the outstanding fees incurred during the First Interim Period, totaling $25,822.11, to be paid by the Debtors.

13.    The Debtors have reviewed this application and approved the application and amounts requested.

WHEREFORE, the applicant prays that an allowance be made in the sum of $134,199.11 for time and services rendered on the Debtors' behalf during this First Interim Period as part of the expenses of the representation of the Debtors in the above-named bankruptcy case and the Debtors be allowed to pay the outstanding 25% of fees held back, totaling $25,822.11.

DATED this 19th day of August 2024.

JOHNSON MAY

/s/ Matthew T. Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtors

<u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that on this 19th day of August 2024, I caused to be served a true and correct copy of the foregoing FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES – Page 6

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Bunge Canada
c/o David D. Farrell, Esq.
One Bank Plaza
Suite 2700
St. Louis, MO 63101

Nikolaus F. Schandlbauer
20 F Street NW
Suite 500
Washington, DC 20001

W. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606

Scott F. Gautier
1800 Century Park East
Ste. 1500
Los Angeles, CA 90067

Zachery J. McCraney
Holland & Hart
PO Box 2527
800 W. Main St., Suite 1750
Boise, ID 83701

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg, LLP
919 Market St
Suite 1000
Wilmington, DE 19801

Michael R. Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Suite 200
Omaha, NE 68130

FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES – Page 7

Wilbur Ellis Nutrition-Rangen
c/o Tony Champion
PO Box 706
115 13th Ave. South
Buhl, ID 83316

Viterra USA Grain, LLC
Viterra USA Ingredients,
LLC c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Land View, Inc.
c/o Dan Noble
PO Box 475
Rupert, ID 83350

_/s/_ Matthew T. Christensen
Matthew T. Christensen

# EXHIBIT A

## SUMMARY SHEET

Fees Previously Requested* :
    $0.00
Fees Previously Awarded:
    $0.00
Expenses Previously Requested:
    $0.00
Expenses Previously Awarded:
    $0.00

NAME OF APPLICANT:
Matthew T. Christensen

ROLE IN CASE: Attorney for Debtors

CURRENT APPLICATION:

Fees Requested:    $117,441.00
Expenses Requested:  $16,788.11
Total Requested:    $134,199.11
Fees Outstanding Requested to be Paid:
$25,822.11

| Hours Billed | | | | |
|---|---|---|---|---|
| Name of Professional | Years in Practice | Current Application | Hourly Rate | Total for Application |
| Matthew T. Christensen | 18 years | 263.30 | $425.00 | $110,627.50 |
| J. Justin May | 26 years | 6.90 | $425.00 | $2,932.50 |
| Allison R. Daniels | Paralegal | 14.50 | $150.00 | $2,175.00 |
| Suzie Jaderholm | Paralegal | 6.00 | $150.00 | $900.00 |
| Suzie Jaderholm | Paralegal | 8.80 | $0.00 | $0.00 |
| Sheri L. Mitchell | Paralegal | 2.50 | $0.00 | $0.00 |
| Abigail Stephens | Paralegal | 6.20 | $130.00 | $806.00 |

\*    The fees/expenses previously requested, as outlined above, do not include amounts requested in monthly Cover Sheet Applications.  To date, the Applicant has filed four (4) monthly cover sheet applications showing $117,411.00 in fees requested and $16,788.11 in expenses requested.  No objections to those Cover Sheet Applications were filed, and pursuant to the Court's Order Approving Interim Fee Procedures, approximately 75% of the fees requested and 100% of the expenses requested have been previously paid by the Debtor.

# EXHIBIT B

# EXHIBIT B

| DATE | PROF | MATTER ID/DESCRIPTION NARRATIVE | UNITS | RATE | VALUE |
|---|---|---|---|---|---|
| **B110 CASE ADMINISTRATION** | | | | | |
| 4/2/2024 | SLM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Conference w/client; Assist attorney Matt Christensen and client with signing Voluntary Petitions, Applications, Agreement, Term Sheet, and Declaration; scanned and prepared signed documents for Matt's review and filing; assist with zoom and phone calls | 0.90 | $0.00 | $0.00 |
| 4/2/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Multiple phone calls and emails after petitions were filed regarding DIP terms and other filings. | 1.80 | $425.00 | $765.00 |
| 4/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare Amended Petition for Millenkamp Properties, L.L.C. | 0.50 | $150.00 | $75.00 |
| 4/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Multiple phone/Zoom calls with court staff, clients, co-counsel and creditor attorneys re: filing and 1st day motions and interim hearing (5); Review and file Certificates of Service and updated 20 largest creditors (.4); multiple emails regarding scheduling matters (IDI and hearings) and upcoming interim hearing issues (1). | 6.40 | $425.00 | $2,720.00 |
| 4/4/2024 | AS | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare notice of appearance for JJM. | 0.20 | $130.00 | $26.00 |
| 4/4/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Multiple phone calls/Zoom with clients and various creditor attorneys re: upcoming hearing and DIP proposals (4.5); prepare for hearing (.7); attend hearing (1.6); discuss hearing with client and co-counsel afterward (.5). | 7.30 | $425.00 | $3,102.50 |
| 4/5/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Multiple phone calls and emails with clients, co-counsel and others re: status of existing motions, prep for 4/9 hearing, new DIP term sheets (5.4); Finalize and file Motion to Assume Western States lease (.5) and related Motion to Shorten Time and NOH (.3). | 6.20 | $425.00 | $2,635.00 |
| 4/8/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Extended meeting with clients and co-counsel to prepare for 4/9 hearing. | 11.50 | $425.00 | $4,887.50 |
| 4/8/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and prepare exhibit binders for hearing on various First Day Motions. | 3.00 | $150.00 | $450.00 |
| 4/9/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare for hearing (includes time to meet with co-counsel and coordinate hearing duties) (2.2); travel to/from and attend 1st day of hearings (9.7); meet with clients/co-counsel after hearings (.8). | 12.70 | $425.00 | $5,397.50 |
| 4/9/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare Certificate of Service for Docket Nos. 114,115, and 116. | 0.50 | $150.00 | $75.00 |
| 4/10/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare for (.8); travel to/from and attend continued hearing (8.1); meet with clients and work on proposed orders and DIP agreement after hearing (2.8). | 11.70 | $425.00 | $4,972.50 |
| 4/10/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Traveled to and attended continued bankruptcy hearings on the Debtor's Emergency Motion for Entry of an Order Authorizing Debtors to Honor Prepetition Obligations to Critical Vendors. | 5.50 | $0.00 | $0.00 |
| 4/11/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Misc emails and work on DIP order and agreement (1); prepare and file Supplement to DIP Motion (1.3); revise and file Insurance motion (.4); prepare and file two Notices of Hearing (.5); phone call with court clerk re: interim critical vendor order (.2). | 3.40 | $425.00 | $1,445.00 |
| 4/12/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with client and others (1); prepare draft of Joint Admin order and circulate to Trustee and court for approval (.7); phone call with court clerk re form of joint admin order (.1). | 1.80 | $425.00 | $765.00 |
| 4/12/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Multiple emails and drafts of cash collateral order (1.3); phone call with SSChwager re: same (.1). | 1.40 | $425.00 | $595.00 |
| 4/15/2024 | JJM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Receipt and Review Order on Cash Collateral | 0.20 | $425.00 | $85.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/15/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients (.3); revise joint admin order and discuss with UST attorney (.5); review emails re: creditors and DIP motion order (.5). | 1.30 | $425.00 | $552.50 |
| 4/16/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review/respond to various emails (.5); prepare and file Motion/Order extending deadline for filing schedules, etc. (.5). | 1.00 | $425.00 | $425.00 |
| 4/17/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Participate in group call (.5); review and respond to various emails (.5). | 1.00 | $425.00 | $425.00 |
| 4/18/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review/respond to various emails (.5); participate in Zoom call with clients and team (.6); phone call with Krystal M. re orders (.2); phone call with client re: DIP Order and accountants (.2); research and analysis re: quashing Rule 45 subpoena to Debtors (1). | 2.50 | $425.00 | $1,062.50 |
| 4/19/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients/co-counsel (.7). | 0.70 | $425.00 | $297.50 |
| 4/22/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Conducted legal research re: Critical Vendor case law in Ninth Circuit. | 4.00 | $150.00 | $600.00 |
| 4/22/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with team. | 0.80 | $425.00 | $340.00 |
| 4/23/2024 | SLM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Case Administration: conference w/client, review schedules, obtain signatures, scan and email to counsels Krystal Mikkilineni and Matt Christensen | 1.60 | $0.00 | $0.00 |
| 4/23/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily meeting with team to discuss various issues; call with SSchwager re subpoena issues (.3); | 2.00 | $425.00 | $850.00 |
| 4/24/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Attend daily phone call with client team (.7); Review and send email re: weekly reports (.4). | 1.10 | $425.00 | $467.50 |
| 4/24/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Continued legal research re: Critical Vendor case law in Ninth Circuit (2.0); began drafting memorandum reflecting research (1.0) | 2.00 | $150.00 | $300.00 |
| 4/25/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Continued researching and drafting memorandum reflecting critical vendor research (1.3) | 1.30 | $0.00 | $0.00 |
| 4/25/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with client team (.5); multiple calls with various creditors and clients re: claims, budgets and pending motions (2.5). | 3.00 | $425.00 | $1,275.00 |
| 4/26/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Completed drafting memorandum reflecting critical vendor research. | 2.00 | $0.00 | $0.00 |
| 4/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with UST and counsel re: critical vendor and 509 motion objections (.4); discuss same with co-counsel (.2); participate in daily client call (.5). | 1.10 | $425.00 | $467.50 |
| 4/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Multiple emails and calls with creditors re: critical vendor status; silage liens; etc. | 0.90 | $425.00 | $382.50 |
| 4/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Research cases re: critical vendor motion. | 1.70 | $425.00 | $722.50 |
| 4/29/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Participate in daily call (1); misc emails with creditors and clients (.8). | 1.80 | $425.00 | $765.00 |
| 4/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Emails with clients, creditors and others re: schedules, subpoena responses and other reports. | 0.50 | $425.00 | $212.50 |
| 4/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Research and analysis re: critical vendor status (3.5); emails with Kander and client re: critical vendor list and analysis (.3); work on critical vendor memo (1.4). | 5.20 | $425.00 | $2,210.00 |
| 5/1/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Continue work on memorandum in Support of Critical Vendor Motion (7). | 7.00 | $425.00 | $2,975.00 |
| 5/1/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with David Heida re: subpoena docs (.2); review documents produced and send to RAF attorneys (.6). | 0.80 | $425.00 | $340.00 |
| 5/2/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Respond to various emails (.6); phone call with Krystal M re: hearing prep and service of docs (.3); call with MGrimshaw (.3). | 1.20 | $425.00 | $510.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Krystal M re: witness/exhibit lists and report (.3); call with Kati Churchill re: RAF production (.1); emails with RAF re: doc production (.1); misc emails with creditors and clients (.5). | 1.00 | $425.00 | $425.00 |
| 5/4/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Email to Lisa Nelson re steer checks still being routed through Rabo's counsel and then forwarded to Johnson May. | 0.20 | $150.00 | $30.00 |
| 5/6/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Various emails and phone calls with creditors and co-counsel re: upcoming hearings. | 0.50 | $425.00 | $212.50 |
| 5/7/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Extended meeting with clients, co-counsel and FA to prepare for 5/8 and 5/9 hearings. | 10.50 | $425.00 | $4,462.50 |
| 5/8/2024 | JJM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Conference with MTC, David Heida and Bill Millenkamp regarding water rights issues and valuation | 1.60 | $425.00 | $680.00 |
| 5/8/2024 | JJM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Research water rights issues related to curtailment and mitigation | 2.40 | $425.00 | $1,020.00 |
| 5/13/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with team (.6); | 0.60 | $425.00 | $255.00 |
| 5/14/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients. | 0.50 | $425.00 | $212.50 |
| 5/15/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Email JB Evans re: WSECO order (.1); email JNaess re 503(b)(9) order (.1); review emails from JNaess and BCahoon re: critical vendor and interim fee procedures orders (.1). | 0.30 | $425.00 | $127.50 |
| 5/16/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily meeting with team (.3); phone calls with Kati & Ken re: reporting and budgeting (.4). | 0.70 | $425.00 | $297.50 |
| 5/17/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Update proposed cash collateral order and circulate to others (.3); phone call with Rabo counsel to discuss changes to order (.1) | 0.40 | $425.00 | $170.00 |
| 5/20/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients (.5); emails re: variance analysis (.2). | 0.70 | $425.00 | $297.50 |
| 5/21/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients (.3); call with co-counsel re: employment issues and other motions (.2); emails re: MOR filings (.3). | 0.80 | $425.00 | $340.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for Black Pine Cattle, LLC. | 0.10 | $150.00 | $15.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for East Valley Cattle, LLC. | 0.10 | $150.00 | $15.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for Goose Ranch, LLC. | 0.10 | $150.00 | $15.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for Idaho Jersey Girls. | 0.10 | $150.00 | $15.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for Idaho Jersey Girls Jerome Dairy. | 0.10 | $150.00 | $15.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for Millenkamp Enterprises, LLC. | 0.10 | $150.00 | $15.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for Millenkamp Family, LLC. | 0.10 | $150.00 | $15.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for Millenkamp Properties, LLC. | 0.10 | $150.00 | $15.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and finalize April Monthly Operating Report for Millenkamp Properties II, LLC. | 0.10 | $150.00 | $15.00 |
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Confer with MTC re status of April Monthly Operating Report for Millenkamp Cattle, Inc. (0.1); Email correspondence to Kati Churchill re missing Monthly Operating Report for Millenkamp Cattle, Inc. (0.1). | 0.20 | $150.00 | $30.00 |

| Date | | | | | |
|------|-----|-------|------|---------|---------|
| 5/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze bank statements provided by Millenkamp Cattle in order to prepare for filing. | 1.50 | $150.00 | $225.00 |
| 5/22/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with Committee Counsel (.7); daily call with clients (.7); emails with clients and co-counsel re: orders and adequate protection payments (.3); emails and phone call with SSchwager re: 503(b)(9) motion (.2). | 1.90 | $425.00 | $807.50 |
| 5/23/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with co-counsel re: various motions and next steps (.2); call with Kander re: reporting (.1); emails with clients (.2). | 0.50 | $425.00 | $212.50 |
| 5/23/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Research re DIP fiduciary duties and update memo to client. | 1.00 | $425.00 | $425.00 |
| 5/24/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Participate in call with clients (1); emails with co-counsel re: 503(b)(9) claims (.2). | 1.20 | $425.00 | $510.00 |
| 5/28/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with client and co-counsel (.5); call with Matt Grimshaw re: future silage purchases (.3); email with client re: same (.1); call with Oren Haker re: Burks Tractor lease and review emails re: same (.3). | 1.20 | $425.00 | $510.00 |
| 5/29/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with Committee Counsel and FAs. | 0.80 | $425.00 | $340.00 |
| 5/29/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call and emails with client re: silage and hay farmers. | 0.20 | $425.00 | $85.00 |
| 5/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients and co-counsel (1); various emails and calls with clients and creditors re new motions (.7). | 1.70 | $425.00 | $722.50 |
| 5/31/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Misc emails and calls re: pending motions. | 0.80 | $425.00 | $340.00 |
| 6/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with client re: pending motions and issues (.7); review and respond to various emails from parties (.3). | 1.00 | $425.00 | $425.00 |
| 6/4/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and respond to various emails (.3); Zoom call with client team (.5); Teams call with Committee counsel and FAs (.4). | 1.20 | $425.00 | $510.00 |
| 6/5/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Catch up and respond to various emails re: pending motions (.5); daily call with clients and counsel (.7); review changes to deposit motion (.2); review and comment on draft of motions (.4); review and circulate weekly reports (.2); phone call with Alex Caval re: personal counsel for Bill Millenkamp (.3). | 2.30 | $425.00 | $977.50 |
| 6/7/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and respond to various emails. | 0.40 | $425.00 | $170.00 |
| 6/10/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily zoom meeting with clients (.2); prepare draft of status report and circulate to everyone for comment (.4). | 0.60 | $425.00 | $255.00 |
| 6/11/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Participate in client call (.5); participate in call with Creditor's Committee counsel (.5); participate in call with MetLife attys (.5); revise and file Status Report (.2); review RAF objection to shortening time (.3); review and respond to various emails (.3). | 2.30 | $425.00 | $977.50 |
| 6/12/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily phone call with clients (.5); Zoom call with UCC counsel re: hearing prep (.5); review Rabo objection to shortening time (.3). | 1.30 | $425.00 | $552.50 |
| 6/13/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare Notice of Change of Address for Viserion Grain, LLC. | 0.20 | $150.00 | $30.00 |
| 6/13/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare for (.5) and attend status conf and Mtn to Shorten Time hearing (1.2); call with co-counsel after hearing (.1); call with clients after hearing (.2). | 2.00 | $425.00 | $850.00 |
| 6/14/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with co-counsel re upcoming hearings and evidence. | 0.30 | $425.00 | $127.50 |
| 6/18/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients (.5); call with creditor committee counsel (.5). | 1.00 | $425.00 | $425.00 |
| 6/18/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review 503(b)(9) information. | 1.00 | $425.00 | $425.00 |
| 6/19/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare exhibits for 6/20 hearing. | 0.20 | $150.00 | $30.00 |

| | | | | | |
|---|---|---|---|---|---|
| 6/19/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with SSchwager re: hearing exhibits (.2); multiple emails re: same (.5); hearing prep with one witness (.4); meet with clients, co-counsel and Ken Nofziger re: hearing prep (7.5); prepare argument outline (1.2). | 9.80 | $425.00 | $4,165.00 |
| 6/20/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Continue prep for hearing (1); update exhibits (.4); travel to/from and attend hearing on various motions (includes time to meet with clients before/after hearing) (9.8) | 11.20 | $425.00 | $4,760.00 |
| 6/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and prepare for filing. May MORs for Black Pine Cattle (0.2), Goose Ranch (0.2), Idaho Jersey Girls (0.2), Idaho Jersey Girls Jerome Dairy (0.2), Millenkamp Enterprises (0.2), Millenkamp Family (0.2), and Millenkamp Properties II (0.2). | 1.40 | $150.00 | $210.00 |
| 6/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Email correspondence with Kati Churchill re May MORs and supporting documents. | 0.10 | $150.00 | $15.00 |
| 6/21/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and prepare for filing the May MORs for Millenkamp Properties, LLC (0.2) and East Valley Cattle (0.2). | 0.40 | $150.00 | $60.00 |
| 6/23/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and prepare for filing the May MOR and bank statements. | 0.60 | $150.00 | $90.00 |
| 6/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Alex Caval re response to Rabo's subpoena to Bill individually and questions regarding conversations re restructuring. | 0.10 | $150.00 | $15.00 |
| 6/24/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Misc emails with counsel and creditors. | 0.40 | $425.00 | $170.00 |
| 6/25/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients (.5); call with creditors committee counsel (.5); call with Bill Millenkamp (.3); call with Matt Grimshaw (.2). | 1.50 | $425.00 | $637.50 |
| 6/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with client team (.5); emails with clients and SSchwager re: Rabo website access (.2). | 0.70 | $425.00 | $297.50 |
| 6/27/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients re: pending motions and budget (.3); call with Rabo attorneys re: same (.3); prepare and file Motion to establish 506(b) claim procedures (1.2); revise and file cash collateral motion and motion to extend exclusivity period (1.5); phone call with Kati Churchill re: updated budget (.2); prepare and file Motion to Shorten Time and Notice of all Motions (.4). | 3.90 | $425.00 | $1,657.50 |
| 7/1/2024 | MTC | Daily call with clients (.4); various emails re: pending orders and applications (.5) | 0.90 | $425.00 | $382.50 |
| 7/1/2024 | ARD | Research Idaho state and federal dockets in order to locate cases filed by Rabo Agrifinance against Burks Tractor and CNH Industrial Capital in the past six months. | 0.30 | $150.00 | $45.00 |
| 7/2/2024 | MTC | Daily call with clients (.3); review various emails (.3); call with UCC attorney (.5). | 1.10 | $425.00 | $467.50 |
| 7/3/2024 | MTC | Daily call (.5); review/revise Mtn to Amend 503(b)(9) Order (.4); misc other emails (.3). | 1.20 | $425.00 | $510.00 |
| 7/5/2024 | MTC | Multiple emails and calls re: Rabo proposal. | 1.30 | $425.00 | $552.50 |
| 7/9/2024 | MTC | Emails with client re: interest payments to secured creditors. | 0.50 | $425.00 | $212.50 |
| 7/9/2024 | MTC | Daily call with clients (.5); call with UCC committee (.3); zoom call with MetLife attorneys (.4). | 1.20 | $425.00 | $510.00 |
| 7/10/2024 | MTC | Work on subpoenas to various parties (2.3); prepare and circulate Stip re: 7/18 hearing (.3); emails with various parties re: upcoming hearings (.4). | 3.00 | $425.00 | $1,275.00 |
| 7/11/2024 | MTC | Daily call with clients (.5); review and circulate weekly reports (.3). emails and phone calls re: 7/18 hearing Stip (.3); prepare and circulate Stip with MetLife re: pending motions (.5); update RAF subpoena exhibit (.2); prepare Notice of Intent to Serve subpoenas and file with all subpoenas attached (.5); email with co-counsel re: plan/disclosure statement (.2). | 2.50 | $425.00 | $1,062.50 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 7/12/2024 | MTC | Daily client zoom call (.3); call with SSchwager re: orders and subpoena (.3); comments on draft Order re: sale motion (.2); prepare draft order on cash collateral motion (.4); prepare draft order on exclusivity motion (.3); phone call with JNaess re: UST objection to sale motion (.1) and email client re: same (.1); finalize and file Stip re: 7/18 hearing and email clerk re: same (.2); prepare and submit order re: 7/18 hearing (.2); review emails from client and SSchwager re: RAF subpoena (.2); calls with client and co-counsel re: sale motion (.2). | 2.50 | $425.00 | $1,062.50 |
| 7/12/2024 | ARD | Phone call with TriCounty Process Servers re issue with subpoenas and clarification on registered agent addresses. | 0.10 | $150.00 | $15.00 |
| 7/15/2024 | MTC | Daily call with clients (.4). | 0.40 | $425.00 | $170.00 |
| 7/16/2024 | MTC | Emails with East Valley Development re: access to Forbes calls. | 0.20 | $425.00 | $85.00 |
| 7/16/2024 | MTC | Prepare and file Status Report. | 0.50 | $425.00 | $212.50 |
| 7/17/2024 | MTC | Daily call with clients (.5); call with co-counsel and John O'brien (.3); finalize and submit proposed orders (.5). | 1.30 | $425.00 | $552.50 |
| 7/18/2024 | MTC | Review Motions and prepare outline for hearing (1.3); attend hearing on various motions (1.8); emails after hearing re: proposed new hearing date (.3). | 3.40 | $425.00 | $1,445.00 |
| 7/18/2024 | ARD | Phone call with Thomas Dvorak re declaration for upcoming hearing. | 0.10 | $150.00 | $15.00 |
| 7/19/2024 | MTC | Daily call with clients (.5); emails re: continued cash collateral date (.5); update cash collateral order and circulate for signatures (.7). | 1.70 | $425.00 | $722.50 |
| 7/22/2024 | ARD | Analyze and prepare Millenkamp Properties II, LLC June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Analyze and prepare Millenkamp Properties, LLC June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Analyze and prepare Millenkamp Family, LLC June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Analyze and prepare Millenkamp Enterprises, LLC June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Analyze and prepare Idaho Jersey Girls Jerome Dairy June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Analyze and prepare Idaho Jersey Girls June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Analyze and prepare Goose Ranch, LLC June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Analyze and prepare East Valley Cattle, LLC June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Analyze and prepare Black Pine Cattle, LLC June MOR for filing. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Prepare Certificate of Service for Application to Employ Special Counsel for Debtors. | 0.20 | $150.00 | $30.00 |
| 7/22/2024 | ARD | Phone call with Norma from Producers Livestock re questions about subpoena production. | 0.10 | $150.00 | $15.00 |
| 7/22/2024 | MTC | Daily call with clients (.3). | 0.30 | $425.00 | $127.50 |
| 7/23/2024 | ARD | Analyze June MOR and bank statements provided by Kander and prepare for filing. | 0.50 | $150.00 | $75.00 |
| 7/24/2024 | MTC | Participate in daily Zoom call with clients (.7); participate in Zoom call with Met's counsel (.4). | 1.10 | $425.00 | $467.50 |
| 7/25/2024 | MTC | Emails with various opposing counsel. | 0.30 | $425.00 | $127.50 |
| 7/25/2024 | ARD | Email correspondence to Lisa Nelson re missing bank statements for June MORs. | 0.10 | $150.00 | $15.00 |
| 7/26/2024 | MTC | Daily call with clients to update on various matters. | 0.30 | $425.00 | $127.50 |
| 7/26/2024 | MTC | Continue researching cram-down plan provisions. | 2.60 | $425.00 | $1,105.00 |
| 7/31/2024 | MTC | Emails with Forbes people re: Process letter and term sheets. | 0.40 | $425.00 | $170.00 |
| | | **Total:** | **225.40** | | **85,708.50** |
| **B120 ASSET ANALYSIS AND RECOVERY** | | | | | |
| 7/10/2024 | MTC | Email to BRothschild and MMcKinlay re: documents and records. | 0.20 | $425.00 | $85.00 |
| | | **Total:** | **0.20** | | **$85.00** |
| **B130 ASSET DISPOSITION** | | | | | |
| 5/16/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Phone call with client re: sale of titled vehicles. | 0.30 | $425.00 | $127.50 |
| | | **Total:** | **0.30** | | **$127.50** |
| **B140 RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS** | | | | | |
| 5/20/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Update proposed order re WSECO adequate protection motion and send to JBEvans for review. | 0.20 | $425.00 | $85.00 |
| 6/24/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Review and comment on objection to mtn for relief from stay (.2). | 0.20 | $425.00 | $85.00 |
| 7/2/2024 | MTC | Prepare draft Stip re: Stay Relief (Bartholomew) and send to client to review. | 0.40 | $425.00 | $170.00 |
| 7/17/2024 | MTC | Prepare and send draft order re: stay relief (.3); review comments from opposing counsel (.1); finalize and submit order (.1). | 0.50 | $425.00 | $212.50 |
| | | **Total:** | **174.20** | | **$552.50** |
| **B150 MEETINGS AND COMMUNICATIONS W/CREDITORS** | | | | | |

| Date | | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 4/23/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Holly Roark re: creditor treatment. | 0.20 | $425.00 | $85.00 |
| 5/1/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Louis Spiker re: Standlee and Staker Parsons. | 0.30 | $425.00 | $127.50 |
| 5/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Attend IDI with clients and UST's office (2.7); phone call with John Obrien (.4); Teams call with Sandton group (.6); phone call with David Coleman (.3). | 4.00 | $425.00 | $1,700.00 |
| 5/10/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare for and attend Meeting of Creditors (continued) (2.6); Phone call with clients re: meeting of creditors (.4); phone call with David Coleman re: creditor claims and DIP account (.3). | 3.30 | $425.00 | $1,402.50 |
| 5/16/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Emails with RMiller re: silage payment (.2); phone call with DColeman re: banking and silage payment (.3). | 0.50 | $425.00 | $212.50 |
| 5/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Attend continued meeting of creditors | 0.50 | $425.00 | $212.50 |
| 6/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with committee counsel re: pending motions (.4); call with Matt Grimshaw re: deposit payments (.1). | 0.50 | $425.00 | $212.50 |
| 6/4/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Louis Spiker (Standlee Ag) re reassurance for his client for aggregate sales approval and status of the budget. | 0.10 | $150.00 | $15.00 |
| 6/6/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with JBEvans re Western States lease. | 0.20 | $150.00 | $30.00 |
| 6/6/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Eli from the Door Company re plans on filing a Proof of Claim. | 0.10 | $150.00 | $15.00 |
| 6/13/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Attend continued 341 meeting. | 0.40 | $425.00 | $170.00 |
| 6/21/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Matt Grimshaw re: silage claims (.3); various emails to other creditors (.3). | 0.60 | $425.00 | $255.00 |
| 6/28/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with David Coleman re B&H Farming silage agreement and correction for Cash Collateral Motion that was filed. | 0.10 | $150.00 | $15.00 |
| | | **Total:** | **10.80** | | **$4,452.50** |

**B160 FEE/EMPLOYMENT APPLICATIONS**

| Date | | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 4/19/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with Dennis Bortz re: appraisal employment. | 0.20 | $425.00 | $85.00 |
| 4/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review UST large case guidelines and work on supplemental declarations. | 1.30 | $425.00 | $552.50 |
| 5/15/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Cooper Norman re: App to Employ and reporting timeline (.3); phone call with Mark Melickian re: committee counsel (.2). | 0.50 | $425.00 | $212.50 |
| 5/15/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare Order Authorizing Employment of Johnson May. | 0.50 | $150.00 | $75.00 |
| 5/15/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare Order Authorizing Employment of Dentons. | 0.50 | $150.00 | $75.00 |
| 5/21/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review UST guidelines and update Supplemental Declarations. | 0.30 | $425.00 | $127.50 |
| 5/21/2024 | AS | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review order approving interim fee app procedure (0.3); draft April fee app with exhibit and notice of same (2.2). | 2.50 | $130.00 | $325.00 |
| 5/22/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Finalize draft Supplemental Declarations of MTC and Krystal Mikkilineni (.3); update Rule 2016(b) disclosure forms (.1). | 0.40 | $425.00 | $170.00 |
| 5/24/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare and file April fee application (includes unbilled time for calls with clerk's office to determine procedure for filing application). | 0.50 | $425.00 | $212.50 |
| 5/29/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with co-counsel and Kander re: Kander app to employ (.3); call with Kander and UST re: same (.4) | 0.70 | $425.00 | $297.50 |
| 6/7/2024 | AS | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare exhibit to interim fee app (0.6); Review previous app filed (0.1); Draft May interim fee app (0.4). | 1.10 | $130.00 | $143.00 |
| 6/7/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Finalize and file May Fee Application. | 0.40 | $425.00 | $170.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/13/2024 | AS | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review employment application of appraiser (0.2); Draft base application for interim fees for Summit Ag (0.9). | 1.10 | $130.00 | $143.00 |
| 6/13/2024 | AS | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Update Summit Ag fee application with information from invoice. | 0.50 | $130.00 | $65.00 |
| 6/25/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Emails with Ed Miller and left message with Tom Dvorak re: GP employment. | 0.30 | $425.00 | $127.50 |
| 7/2/2024 | AS | Prepare exhibit to interim fee app (0.4); Draft June interim fee app (0.4). | 0.80 | $130.00 | $104.00 |
| 7/16/2024 | MTC | Prepare declaration of Tom Dvorak and send for comments and signature. | 0.40 | $425.00 | $170.00 |
| 7/22/2024 | MTC | Prepare App to Employ Givens Pursley and send to client for review/signature (.5); finalize and file App and Declaration of Tom Dvorak (.2). | 0.70 | $425.00 | $297.50 |
| | | **Total:** | **12.70** | | **$3,352.50** |
| **B190 OTHER CONTESTED MATTERS** | | | | | |
| 4/15/2024 | JJM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare for hearing on Rabo Objection to Emergency Motion Authorizing Post Petition FInancing including review of Third Supplement to Rabo's objection | 0.50 | $425.00 | $212.50 |
| 4/16/2024 | JJM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Telephone Conference with Krystal Mikkilineni; Financial Team and David Heida regarding hearing on Motion to Approve DIP | 0.60 | $425.00 | $255.00 |
| 4/16/2024 | JJM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and analysis of Conterra objection to DIP approval | 0.20 | $425.00 | $85.00 |
| 4/16/2024 | JJM | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Attend hearing on Motion to Approve DIP | 1.40 | $425.00 | $595.00 |
| | | **Total:** | **2.70** | | **$1,147.50** |
| **B210 BUSINESS OPERATIONS** | | | | | |
| 5/1/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare and file Supplement to Cash Collateral Motion. | 0.50 | $425.00 | $212.50 |
| 5/8/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare for (1); travel to/from and attend motion hearing (9); meet with clients to discuss hearing and prepare for day 2 (2.6). | 12.60 | $425.00 | $5,355.00 |
| 5/9/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare for (.5) and attend day 2 of hearings. | 9.60 | $425.00 | $4,080.00 |
| 5/10/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Attend oral decision on cash collateral and DIP Motions (.4); discuss with client afterward (.2); discuss budget with Kati Churchill (.2). | 0.60 | $425.00 | $255.00 |
| 5/10/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare and send various orders re: motions heard this week. | 1.40 | $425.00 | $595.00 |
| 5/14/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare and send draft of final cash collateral order to co-counsel for comments. | 0.40 | $425.00 | $170.00 |
| 5/15/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Finalize and circulate proposed Final Cash Collateral order (.4); review recordings of prior court rulings on critical vendor motion and cash collateral motion (.5); exchange various emails with Rabo counsel re: cash collateral order (1). | 1.90 | $425.00 | $807.50 |
| 5/16/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call and emails with James Roberts re: Forbes reporting (.3); multiple lengthy emails with Andrew Schoulder re: same (all in context of cash collateral order) (.5). | 0.80 | $425.00 | $340.00 |
| 5/20/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with Forbes re: reporting requirements (.1); update cash collateral order and circulate to parties (.3); call with MetLife attorney Bingham re: cash collateral order (.1). | 0.50 | $425.00 | $212.50 |
| 5/20/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review Amended 503(b)(9) motion and provide comments to co-counsel. | 0.30 | $425.00 | $127.50 |
| 5/29/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Begin drafting motion for approval of pre-payment for fall silage/hay contracts. | 1.00 | $425.00 | $425.00 |
| 6/4/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review authorities (.7) and prepare draft of Mtn to Prepay deposits (1.2); review and comment on draft of 503(b)(9) Declaration (.2). | 2.10 | $425.00 | $892.50 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 6/4/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Finish review of proposed Case lease and send with comments to Case counsel (.5). | 0.50 | $425.00 | $212.50 |
| 6/6/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare Motion for Approval of Burks lease and circulate for approval (1); review and comment on motion to buy/sell equipment (.3); update and finalize Motion for authority to pre-pay deposits (.5); review and revise draft of Bar Date motion (.4); incorporate final comments and file Mtns re extending POC bar date, approving pre-payment of hay/straw/silage, and approval of Burks Tractor lease (.5); update Notice of Hearing (.2); prepare draft Mtn to Shorten Time (.2). | 3.10 | $425.00 | $1,317.50 |
| 6/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare second motion for use of cash collateral and circulate for comments. | 2.30 | $425.00 | $977.50 |
| 7/3/2024 | MTC | Revise term sheet from Rabo and send to co-counsel to review (.5); email same to Rabo counsel with comments (.3); discuss same with Rabo counsel (.2). | 1.00 | $425.00 | $425.00 |
| 7/8/2024 | MTC | Discuss employment app with Kander people (.2); email re: same (.1). | 0.30 | $425.00 | $127.50 |
| 7/8/2024 | MTC | Discuss Rabo stip with co-counsel (.3); prepare and send proposed Stipulation to Rabo for review (1.4); various emails with Rabo attorneys and co-counsel re: redlines to Stipulation (.7). | 3.40 | $425.00 | $1,445.00 |
| 7/9/2024 | MTC | Multiple emails re post-petition loader payments to Western States. | 0.30 | $425.00 | $127.50 |
| 7/9/2024 | MTC | Multiple emails re: stipulations re pending motions (1.6); finalize and file Rabo stip (.4). | 2.00 | $425.00 | $850.00 |
| 7/15/2024 | MTC | Prepare and circulate draft Interim Order approving cash collateral with comments. | 1.30 | $425.00 | $552.50 |
| 7/17/2024 | MTC | Finalize and submit proposed cash collateral order. | 0.40 | $425.00 | $170.00 |
| 7/24/2024 | MTC | Finalize and submit updated cash collateral order (.3). | 0.30 | $425.00 | $127.50 |
| | | **Total:** | **46.60** | | **$19,805.00** |
| **B230 FINANCING/CASH COLLECTIONS** | | | | | |
| 5/14/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review proposed changes to DIP order. | 0.30 | $425.00 | $127.50 |
| 4/6/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with clients re DIP proposals. | 1.00 | $425.00 | $425.00 |
| 4/20/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with clients and others re DIP funding order. | 0.50 | $425.00 | $212.50 |
| 4/24/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review/revise proposed Final DIP Order. | 0.40 | $425.00 | $170.00 |
| 7/29/2024 | MTC | Call with Forbes, clients and co-counsel. | 1.00 | $425.00 | $425.00 |
| | | **Total:** | **3.20** | | **$1,360.00** |
| **B320 PLAN/DISCLOSURE STATEMENT** | | | | | |
| 7/1/2024 | MTC | Research re: cramdown provisions. | 1.00 | $425.00 | $425.00 |
| 7/15/2024 | MTC | Prepare and circulate proposed order re: exclusivity period. | 0.40 | $425.00 | $170.00 |
| 7/16/2024 | MTC | Call with client re: plan options (.4); email co-counsel re: same (.2). | 0.60 | $425.00 | $255.00 |
| | | **Total:** | **2.00** | | **$850.00** |
| | | | | | |
| | | **TOTAL FEES:** | | | **$117,441.00** |
| **COSTS** | | | | | |
| 4/2/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Filing fees (state court Notice of Bankruptcy Filing) | 1.00 | $6.00 | $6.00 |
| 4/2/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Filing fees (state court Notice of Bankruptcy Filing) | 1.00 | $6.00 | $6.00 |
| 4/2/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Filing fees (state court Notice of Bankruptcy Filing) | 1.00 | $6.00 | $6.00 |
| 4/2/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Filing fees (state court Notice of Bankruptcy Filing) | 1.00 | $6.00 | $6.00 |
| 4/2/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Filing fees (state court Notice of Bankruptcy Filing) | 1.00 | $6.00 | $6.00 |
| 4/3/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Filing fees (state court Notice of Bankruptcy Filing) | 1.00 | $6.00 | $6.00 |
| 4/4/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Copying and mailing fees (see Docket 73 and attached invoice) | 1.00 | $7,138.56 | $7,138.56 |
| 4/5/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Copying and mailing fees (see Docket 74 and attached invoice) | 1.00 | $8,781.24 | $8,781.24 |
| 4/8/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Meals - during court hearing | 1.00 | $110.39 | $110.39 |
| 4/9/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Delivery Charge (checks to Debtor) | 1.00 | $28.64 | $28.64 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 4/12/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Filing fees (state court notice) | 1.00 | $6.00 | $6.00 |
| 4/12/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Delivery Charge (checks to debtor) | 1.00 | $16.74 | $16.74 |
| 4/8/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Meals - during court hearing | 1.00 | $110.39 | $110.39 |
| 4/9/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Delivery Charge (checks to Debtor) | 1.00 | $28.64 | $28.64 |
| 4/12/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Filing fees (state court notice) | 1.00 | $6.00 | $6.00 |
| 4/12/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Delivery Charge (checks to debtor) | 1.00 | $16.74 | $16.74 |
| 5/7/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Meals - R&R BBQ (hearing prep with clients) | 1.00 | $9.00 | $6.00 |
| 7/16/2024 | | Service of Process - Producers Livestock Marketing Association | 1.00 | $69.30 | $69.30 |
| 7/16/2024 | | Service of Process - Cargill Meat Solutions Corporation | 1.00 | $69.30 | $69.30 |
| 7/18/2024 | | Service of Process - Valley Beef, Inc. | 1.00 | $160.00 | $160.00 |
| 7/30/2024 | | Service of Process - JBS USA LLC | 1.00 | $275.00 | $275.00 |
| | | **Total:** | **21.00** | | **$16,858.94** |
| | | **TOTAL FEES & COSTS:** | **479.10** | | **$134,299.94** |
| | | | | | |
| | | | | | |
| | MTC | Matthew T. Christensen | 260.30 | $425.00 | $110,627.50 |
| | JJM | J. Justin May | 6.90 | $425.00 | $2,932.50 |
| | ARD | Allison R. Daniels | 14.50 | $150.00 | $2,175.00 |
| | SJ | Suzie Jaderholm | 6.00 | $150.00 | $900.00 |
| | SJ | Suzie Jaderholm | 8.80 | $0.00 | $0.00 |
| | SLM | Sheri L. Mitchell | 2.50 | $0.00 | $0.00 |
| | AS | Abigail Stephens | 6.20 | $130.00 | $806.00 |
| | | | | | $117,441.00 |

# EXHIBIT C

**NARRATIVE SHEET**

| | Information Requested | Information Given |
|---|---|---|
| I. | BACKGROUND:<br>The background information of the bankruptcy case, to the best of Applicant's knowledge is as follows: | |
| A. | Date the bankruptcy petition was filed. | April 2, 2024 |
| B. | Date of the "Order Authorizing Employment of Counsel": | May 24, 2024 |
| C. | Date services commenced. | March 29, 2024 |
| D. | Rate Applicant charges its non-bankruptcy clients for similar services. | Same as bankruptcy clients: $195.00-$425.00 per hour for attorneys; $95.00-$175.00 per hour for paralegals. |
| E. | Application is final or interim. | Interim. |
| F. | Time period of the services or expenses covered by the Application. | April 2, 2024 through July 31, 2024 |
| | | |
| II. | CASE STATUS:<br>To the best of the Applicant's knowledge, the financial condition and status of the case is as follows: | |
| A. | The amount of cash on hand or on deposit in the estate. | No funds are being held in trust with the Applicant. The amount on hand with the bankruptcy fluctuates daily, but is generally more than $1 million. |
| B. | Amount and nature of accrued unpaid, administrative expenses. | To the best of the Applicant's knowledge, the only other unpaid administrative expenses are those of the estate's other professionals. To date, the estate has retained Dentons Davis Brown as co-counsel, Kander as financial advisor, Forbes as investment banker, Cooper Norman as tax accountant, Davis Livestock as livestock appraiser, Schuil Ag Real Estate as brokers opinion expert, Gale W. Harding & Associates as equipment and machinery appraiser, Summit Ag Appraisal as real estate appraiser, and Givens Pursley as special counsel. The Unsecured Creditors Committee has also incurred administrative expenses for its professionals. |

| C. | The amount of unencumbered funds in the estate. | The estate currently holds $1,299,259.88 in funds (which is a constantly changing and updating number). While those funds are technically encumbered by the various lienholders in this case, they are available to pay the professional fees requested pursuant to the Cash Collateral Budget. |
|---|---|---|
| | | |
| III. | PROJECT SUMMARY: Description of each professional project or task for which compensation and reimbursement is sought: | |
| A. | Description of projects. | See Exhibit B attached hereto for a detailed description of what has been performed on behalf of the estate by the applicant and the fees and costs incurred in these projects. The project categories included: Case Administration, Asset Disposition, Relief from Stay/Adequate Protection Proceedings, Meetings of and Communications with Creditors, Fee/Employment Applications, Assumption/Rejection of Leases and Contracts, Other Contested Matters, Non-Working Travel, Financing/Cash Collections, Tax Issues, Claims Administration and Objections, and Plan and Disclosure Statement. |
| B. | Necessity of projects. | **Case Administration** was necessary in order to discuss various items with the client, co-counsel, financial advisor and other parties, as well as prepare and file required reports (IRR, MOR) and respond to extensive first day motions, continued emergency/interim motions, and related orders.<br><br>**Asset Disposition** was necessary in order to maintain and collect documents regarding the potential sale of certain of the Debtors' assets and to prepare and file sale motions. |

| | | |
|---|---|---|
| | | **Relief from Stay/Adequate Protection Proceedings** was necessary to respond to opposing counsel and prepare responses to motions for relief from stay and motions for adequate protection.

**Meetings of and Communications with Creditors** was necessary to prepare for and attend conferences with creditors regarding matters related to the case, status updates, and negotiations, and correspond with creditors and counsel for creditors via phone call and/or email.

**Fee/Employment Applications** was necessary in order to draft and prepare applications to employ and draft monthly fee applications and this first interim fee application.

**Assumption/Rejection of Leases and Contracts** was necessary in order to review and respond to multiple creditor emails regarding the Debtors' intentions, and to correspond with co-counsel, financial advisor, and debtors regarding the same.

**Other Contested Matters** was necessary in order to correspond with the Debtors, co-counsel, financial advisor, and creditors regarding multiple contested matters, including use of cash collateral, DIP approval, 503(b)(9) motion, critical vendor motion, and sale motion.

**Financing/Cash Collections** was necessary in order to correspond with multiple parties regarding the first day cash motions and draft and prepare extensive relevant interim and final motions, notices, and orders. Much of the initial stages of this case revolved around obtaining necessary approvals/consensus for using cash |

| | | collateral to maintain operations and approval of the DIP loan.<br><br>**Claims Administration and Objections** was necessary in order to review claims filed and evaluate potential objections to those claims.<br><br>**Plan and Disclosure Statement** was necessary in order to correspond with co-counsel, Debtors, and the financial advisor regarding the drafting of and strategy for the Chapter 11 Plan. |
|---|---|---|
| C. | Benefit of projects to the estate. | The projects have allowed the Debtors to prepare and file required reports, maintain documents for asset sales, attend required meetings, draft various applications and motions, analyze and draft the Plan, and otherwise keep operations moving forward. |
| D. | Status of project. | Interim. |
| E. | Identification of each person providing services on the projects. | See the attached Exhibit A. |
| F. | Number of hours spent, the amount of compensation requested for each professional and para-professional. | See the attached Exhibit A. |
| G. | Itemized time and services entries. | See the attached Exhibit B. |