Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With Case Nos.: |
| ☒ ALL DEBTORS | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Millenkamp Cattle, Inc. | 24-40160-NGH (East Valley Cattle) |
| ☐ Idaho Jersey Girls | 24-40161-NGH (Millenkamp Properties) |
| ☐ East Valley Cattle | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Properties II | 24-40164-NGH (Goose Ranch) |
| | 24-40166-NGH (Black Pine Cattle) |
| | 24-40167-NGH (Millenkamp Enterprises) |
| | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

| | |
|---|---|
| ☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Chapter 11 Cases |

## NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL and NOTICE OF HEARING RE: SAME

PLEASE TAKE NOTICE that Johnson May, counsel of record for Debtors in Possession, has filed a First Application for Allowance of Interim Fees and Costs for Counsel (Dkt. No. 565 - the "Application") for the requested fees and costs for Johnson May in the amount of $134,199.11. The fees and costs required are related to the following:

- **Case Administration** was necessary in order to discuss various items with the client, co-counsel, financial advisor and other parties, as well as prepare and file required reports (IRR, MOR) and respond to extensive first day motions, continued emergency/interim motions, and related orders.

- **Asset Disposition** was necessary in order to maintain and collect documents regarding the potential sale of certain of the Debtors' assets and to prepare and file sale motions.

- **Relief from Stay/Adequate Protection Proceedings** was necessary to respond to opposing counsel and prepare responses to motions for relief from stay and motions for adequate protection.

- **Meetings of and Communications with Creditors** was necessary to prepare for and attend conferences with creditors regarding matters related to the case, status updates, and negotiations, and correspond with creditors and counsel for creditors via phone call and/or email.

- **Fee/Employment Applications** was necessary in order to draft and prepare applications to employ and draft monthly fee applications and this first interim fee application.

NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES and NOTICE OF HEARING RE: SAME – Page 2

- **Assumption/Rejection of Leases and Contracts** was necessary in order to review and respond to multiple creditor emails regarding the Debtors' intentions, and to correspond with co-counsel, financial advisor, and debtors regarding the same.

- **Other Contested Matters** was necessary in order to correspond with the Debtors, co-counsel, financial advisor, and creditors regarding multiple contested matters, including use of cash collateral, DIP approval, 503(b)(9) motion, critical vendor motion, and sale motion.

- **Financing/Cash Collections** was necessary in order to correspond with multiple parties regarding the first day cash motions and draft and prepare extensive relevant interim and final motions, notices, and orders. Much of the initial stages of this case revolved around obtaining necessary approvals/consensus for using cash collateral to maintain operations and approval of the DIP loan.

- **Claims Administration and Objections** was necessary in order to review claims filed and evaluate potential objections to those claims.

- **Plan and Disclosure Statement** was necessary in order to correspond with co-counsel, Debtors, and the financial advisor regarding the drafting of and strategy for the Chapter 11 Plan.

The projects have allowed the Debtors to prepare and file required reports, prepare for and attend required meetings, draft various applications and motions, and otherwise proceed towards confirmation of its Chapter 11 Plan.

The Application has been reviewed and approved by the Debtor. A copy of the Application is on file with the above-captioned Court as Docket No. 565, together with supporting documents. Any party desiring information as to the details of the Application may request the same from the Clerk of the Court, from the court's online PACER information system at www.pacer.gov, or from the undersigned counsel.

YOU ARE HEREBY NOTIFIED that written objection of the Application should be filed with the court within twenty-one (21) days of the date of service of this notice. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served upon

NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES and NOTICE OF HEARING RE: SAME – Page 3

the movant. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief in the Application and may grant the relief without further notice of hearing. Any such objection should be filed with the U.S. Bankruptcy Court at the United States Courthouse, 550 W. Fort St., Boise, ID 83724 or electronically filed using the CM/ECF Filer system at https://ecf.edb.uscourts.gov.

YOU ARE FURTHER NOTIFIED that the Application is scheduled to come before the Court for hearing on the **12th day of September, 2024, at 1:30 p.m. (MT),** or as soon thereafter as the matter can be heard.  This will be a telephonic hearing; parties should call the following number at least 10 minutes prior to the hearing:  1-669-254-5252; Access Code: 160 5422 0978.

DATED this 19th day of August 2024.

JOHNSON MAY

/s/ Matthew T. Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtors

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 19th day of August 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES and NOTICE OF HEARING RE: SAME – Page 5

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.


      /s/ Matthew T. Christensen
      Matthew T. Christensen