Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
    jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
    Robert.richards@dentons.com
    Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>_____Debtor._____<br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No.  24-40158-NGH<br><br>Chapter 11<br><br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

AMENDED APPLICATION TO EMPLOY FINANCIAL ADVISOR FOR DEBTORS IN POSSESSION – Page 1

## AMENDED APPLICATION TO EMPLOY FINANCIAL ADVISOR FOR DEBTORS IN POSSESSION

> **Notice of Amended Application to Employ Financial Advisor and Opportunity to Object and for a Hearing**
>
> <u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

Millenkamp Cattle, Inc., ("Millenkamp Cattle") and its affiliated debtors and debtors in possession (collectively, the "Debtors" or "Applicants") make application for authority to retain Kander LLC, 2538 Carrolwood Road, Naperville, IL 60540, including its professionals Ken Nofziger, Kati Churchill, Robert Marcus and Natalia Sirgu (collectively, the "Company"), as professionals for the Debtors to specifically provide the services noted below, and in support thereof respectfully show:

1. Debtors have filed petitions initiating cases seeking relief under Chapter 11 of the Bankruptcy Code and are currently in possession of their property and operation of their business.

2. The Debtors in their business judgment have determined that they require the services provided by the Company for ongoing restructuring and reorganization services, and to assist with the duties imposed on debtors in possession under the Bankruptcy Code (including reporting duties). The Debtors believe it is necessary and in the best interests of their creditors to employ the Company to assist Debtors with the financial responsibilities in preparing and administering the chapter 11 cases, prepare necessary budgets and reporting, prepare a plan or

plans of reorganization, communicate with creditors, and assist in the administration and required deliverables of the Debtors through the reorganization.

3. The Debtors believe that the Company, a professional strategic and financial advisory company, possesses the requisite knowledge and expertise to provide these services. The Company has stated its desire and willingness to act in this capacity in this case and render the necessary professional services as financial advisor and consultant for the Debtors.

4. Pursuant to 11 U.S.C. § 1107 and § 327, the Debtors wish to employ the Company to render professional services for them as debtors in possession. The services to be provided by the Company are detailed in **Exhibit A** ("Engagement Letter"), attached hereto.

5. The Debtors have determined that the Company has the necessary and sufficient experience to provide the services outlined in this Application.

6. The Debtors propose that the Company shall be compensated on an hourly basis, including reimbursement of costs and expenses from an initially funded retainer of $160,000.00, as outlined in the Engagement Letter. Payment of any compensation or application of any retainer funds requires and is subject to bankruptcy court approval of a separately filed application seeking compensation for services completed for the Debtors.

7. To the best of the Debtors' knowledge, the proposed Company has no connection with the Debtors, the creditors, or any other party in interest, or with their respective attorneys or consultants other than those indicated in the *Declaration of Ken Nofziger in Support of Debtors' Application to Employ Financial Advisor*, which is filed concurrently with this Application.

8. To the best of the Debtor's knowledge, the proposed Company does not hold any interest adverse to this estate in the matters upon which they are to be engaged, and this employment would be in the best interest of Debtors and their creditors.

AMENDED APPLICATION TO EMPLOY FINANCIAL ADVISOR FOR DEBTORS IN POSSESSION – Page 3

9. This Application is supported by the concurrently-filed Amended Declaration of Ken Nofziger in Support of Debtors' Amended Application to Employ Financial Advisor.

10. The Debtors and the Financial Advisor request the Court allow the employment of Kander with an effective date of April 2, 2024 (the date the original Application to Employ was filed).

WHEREFORE, the Debtors pray that an order be entered authorizing the employment of Kander LLC, upon the terms and conditions described in this Application, with the exact amount paid to said professionals to be determined by the court in compliance with the Bankruptcy Code.

DATED this __20__ day of August, 2024.

/s/ David Heida
David Heida, as general manager

# EXHIBIT A

**kandər** LLC

Kander LLC
2538 Carrolwood Rd
Naperville, IL 60540
www.kanderllc.com | info@kanderllc.com

February 22, 2024

Mr. William John Millenkamp
Millenkamp Cattle, Inc.
Millenkamp Family LLC
East Valley Cattle, LLC
Idaho Jersey Girls Jerome Dairy LLC
471 North 300 West
Jerome, Idaho 83338

Re:     Engagement of Financial Advisor

Dear Mr. Millenkamp,

This engagement letter (the "Agreement") confirms the understanding and agreement between Kander LLC ("Kander") on the one hand and Millenkamp Cattle, Inc., Millenkamp Family LLC, East Valley Cattle, LLC, Idaho Jersey Girls Jerome Dairy LLC, and their subsidiaries and affiliates (collectively, the "Company") on the other hand, for Kander to provide financial advisory services to the Company in connection with its ongoing restructuring and, if necessary, during any chapter 11 bankruptcy case (the "Bankruptcy").  This Agreement shall take effect and be enforceable nunc pro tunc to the date first written above.

1.   <u>Description of Services:</u>

   Kander shall assist the Company with the following:

   a. Reviewing, analyzing, and reporting on all aspects of the Company's business activities and operations, including budgeting, cash management and financial management.

   b. Reviewing and monitoring ongoing operating activity, including capital projects, milk and cattle shipments, invoicing, farming activities, herd, crop and feed inventory management, purchases, and expenses.

   c. Preparing information reporting templates and analyses, as appropriate, for the Company and its lenders, including but not limited to, weekly key performance indicators, monthly cash flow vs. budget reporting, capital project reports and a monthly financial strength monitor, including borrowing base, covenant compliance, cashflow trends and capital/debt service requirement calculations (collectively, the "Reports").

   d. Reviewing information and discussions with the Company on a monthly basis (via Zoom and/or teleconference) related to its ongoing performance and capital requirements.

e. Advise and assist the Company with any Bankruptcy filing, including but not limited to:

   i. Developing forecasts and other information needed to obtain court approval for the use of cash collateral.

   ii. Assist in conducting Bankruptcy related claims management and reconciliation processes.

   iii. Participate in formulating, developing, negotiating, and implementing a reorganization and/or liquidation plan.

   iv. Assist in communications and negotiations with parties involved in any Bankruptcy proceedings.

   v. Testify in and prepare for hearings, requested by the Court or the Company.

f. Such other services as the Company requests and Kander agrees to perform.

2. **Fees and Expenses**

   a. Before performing any services set forth in this Agreement, it is Kander's policy to require an advance payment retainer in the amount of $160,000.00 (the "Advanced Payment Retainer") for the services set forth in this Agreement. The amount of the Advanced Payment Retainer does not represent the total fees and costs anticipated to complete this matter, but it shall be applied against Kander's invoices as the invoices are approved by the Bankruptcy Court. If there is a balance remaining after full payment of Kander's fees and costs; however, the balance must be paid by the Company as set forth in this Agreement or as authorized by the Bankruptcy Court. For the avoidance of doubt, all retainers received or paid after the effective date of this agreement constitute advance payment retainers.

   b. Kander's fees in this matter are based on hours spent by the professionals necessary to produce the work product. Kander's minimum billing increment is .1 hour. At this time, Kander's personnel and professional and billing rates range from $100.00-$595.00 an hour. These rates may be adjusted periodically to reflect the experience and expertise of its professionals. Ken Nofziger's and Robert Marcus' hourly rates for this matter shall be $595.00 per hour which is their standard rate of $595.00 per hour. Kander will utilize the services of other personnel and professionals in the firm, as necessary, including Kati Churchill whose hourly rate for this matter shall be $495.00/hour and Natalia Sirju whose hourly rate for this matter shall be $200.00/hour. Non-working travel time incurred by personnel and professionals utilized shall be billed at 50% of the stated hourly rate.

   c. Kander will be reimbursed by the Company for reasonable out-of-pocket expenses, including but not limited to travel, meals, lodging, online data-room services,

2

copying, printing, and scanning, messenger and special delivery services, research, and other miscellaneous expenses incurred.

3. Information Acknowledgment

Company acknowledges and agrees that in rendering its services hereunder Kander will be using and relying on the information provided by and on behalf of Company without independent verification thereof by Kander and without independent appraisal by Kander of the Company. Kander assumes no responsibility for the accuracy or completeness of any information provided by or on behalf of Company.

4. Indemnification

Company shall indemnify and hold harmless Kander, its affiliates and each director, officer, employee, agent, member, manager, controlling person, utilized personnel or professional, and attorney of Kander (any or all of the foregoing hereinafter referred to as an "Indemnified Person"), from and against all losses, claims, damages, expenses (including, without limitation, fees and disbursements of attorneys and accountants), costs and liabilities (joint or several), (collectively, "Losses"), resulting directly or indirectly from any threatened or pending investigation, action, claim, proceeding or disputes (whether or not Kander or any other Indemnified Person is a potential or actual named party or witness) (collectively, a "Claim"), which are related to or arise out of any untrue statement or alleged untrue statement of a material fact contained in any oral or written information provided to Kander or any other Indemnified Person by Company or used by Company in connection with the services contemplated by this engagement letter or any omission or alleged omission by Company to state therein a material fact necessary to make the statements therein, in light of the circumstances under which they were made, not misleading.

5. No Third-Party Disclosure

Except as may be required by applicable law and regulations or by a governmental authority or court of competent jurisdiction, any advice provided by Kander pursuant to its engagement hereunder shall not be disclosed publicly or made available to third parties by Company without Kander's written consent having first been obtained; provided, however, that such consent need not be obtained in the event that Kander and the Company are dealing and communicating with any existing lenders or lenders' representatives, as contemplated by the terms hereof.

6. Confidentiality

Except as contemplated by the terms hereof or as otherwise may be necessary for Kander to carry out its obligations hereunder, and except as required by applicable law and regulations or by a governmental authority or court of competent jurisdiction, Kander shall keep confidential all material, nonpublic, proprietary information provided to Kander by Company until the earlier to occur of (i) the date two (2) years from the date of this letter agreement or (ii) the date such information shall have been made publicly available by Company or others without breach of a confidentiality agreement, and Kander shall further

3

not disclose such information to third parties other than to such of its employees and advisors as Kander determines have a need to know without the consent of Company.

7. Term

The engagement hereunder shall commence upon the execution of this Agreement and continue for a period of twelve (12) months, after which the engagement shall automatically renew on a month-to-month basis, subject to the right of the parties to terminate as stated herein. Any party hereto may terminate this Agreement at any time upon thirty (30) days' prior written notice to the other party hereto at the address stated herein, without liability or continuing obligation except as set forth in the remainder of this paragraph. Neither the termination of this Agreement shall affect (i) any compensation earned by Kander up to the date of termination or completion (ii) the obligation of the Company to reimburse expenses incurred by Kander up to date of termination or completion or (ii) the other provisions of this Agreement, which shall survive termination. This Agreement terminates and supersedes any prior agreement, if any, between Kander and the Company.

8. Disclaimer

Company acknowledges and agrees that (i) nothing in this Agreement should be construed as a promise or guarantee about the outcome of the engagement, (ii) that Kander and its personnel, professionals, and staff have not made any warranties or guarantees of any nature whatsoever as to the success or satisfactory conclusion of this engagement or as to economic, operational, financial or other results which may be obtained or experienced by the Company, (iii) Kander is not and shall not be construed as a fiduciary of Company and (iv) Kander, nor any of its personnel will be providing any legal, tax or accounting representation or advice in this matter.

9. Miscellaneous

This Agreement shall be: (a) governed and construed in accordance with the laws of the State of Idaho, regardless of the laws that might otherwise govern under applicable principles of conflict of laws thereof; (b) incorporates the entire understanding of the parties with respect to the subject matter thereof; and (c) may not by amended or modified except in writing executed by each of the signatories hereto. The Company and Kander agree to waive trial by jury in any action, and proceeding or counterclaim brought by or on behalf of the parties hereto with respect to any matter relating to or arising out of the performance or non-performance of the Company or Kander hereunder.

Engagement of Financial Advisor
February 22, 2024

kander LLC

If the foregoing correctly sets forth our understanding, please sign and return to us an executed copy of this letter, whereupon this letter shall constitute a binding agreement as of the date first above written.

Sincerely,

**Kander LLC**

By: _____
Ken Nofziger, Managing Director

Date: August 9, 2024

**AGREED TO AND ACCEPTED BY:**

**Millenkamp Cattle, Inc.**

By: _____   Date: August 9, 2024
William J. Millenkamp
Its: President

**Millenkamp Family LLC**

By: _____   Date: August 9, 2024
William J. Millenkamp
Its: Manager/Member

**East Valley Cattle, LLC**

By: _____   Date: August 9, 2024
William J. Millenkamp
Its: Sole Member

**Idaho Jersey Girls Gerome Dairy LLC**

By: _____   Date: August 9, 2024
William J. Millenkamp
Its: Manager

5