Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE INC. | Chapter 11 |
| _____ Debtor. | |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

AMENDED DECLARATION OF KEN NOFZIGER – Page 1

### AMENDED DECLARATION OF KEN NOFZIGER IN SUPPORT OF AMENDED APPLICATION TO EMPLOY FINANCIAL ADVISOR FOR DEBTOR IN POSSESSION

STATE OF ILLINOIS       )
                        ) ss:
COUNTY OF __Knox__      )

Ken Nofziger, being first duly sworn upon oath, deposes, and says:

1.     I am Managing Director of Kander LLC (the "Company") with offices at 2538 Carrolwood Road, Naperville, IL 60540, (217) 649-5849.  The Company is a strategic and financial advisory firm dedicated to helping business owners, managers, investors and lenders create and maximize value.

2.     I have read the application of Millenkamp Cattle, Inc., for authority to employ and retain the Company.

3.     Prior to the commencement of Debtors' Chapter 11 case, the Company received an advance payment retainer from the Debtor in the amount of $160,000.00 for bankruptcy related services. On April 1, 2024, prior to filing, the Company applied $43,350.50 of the $160,000.00 retainer in payment of fees for bankruptcy related services performed prior to the petition date. The retainer balance in the amount of $116,649.50 is being held in the Company's account and will be applied to post-petition fees and costs as ordered by the Court.

4.     I and the Company have no connection with the Debtors other than previous pre-petition representation, including representation related to this bankruptcy case.

5.     I and the Company have no connection with any personnel employed in the Office of the United States Trustee, the creditors or any party in interest, nor with their respective

AMENDED DECLARATION OF KEN NOFZIGER – Page 2

attorneys or accountants, other than normal professional relationships with attorneys and accountants except as follows:

    a. The Company frequently serves as financial advisor to companies, debtors, and lenders in the agribusiness industry both in and outside of bankruptcy. The Company has worked on projects in various capacities with lenders and potential lenders identified in this case.

6. I believe I and the Company are disinterested persons as defined in 11 U.S.C. § 101(14) and represent no interest adverse to the debtor in possession or bankruptcy estate in matters upon which I am to be engaged, and believe that I and the firm can undertake representation of the Debtor in Possession in this case without any type of restriction.

7. The hourly rates to be charged by myself and other professionals at the Company are outlined in the amended engagement letter between the Company and Debtors, a copy of which is attached to the Amended Application to Employ Financial Advisor as Exhibit A.

8. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20 day of August, 2024.

_____
KEN NOFZIGER

AMENDED DECLARATION OF KEN NOFZIGER – Page 3