Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: <br><br> MILLENKAMP CATTLE INC. <br><br> _____Debtor._____ <br> Filing relates to: <br><br> ☒ ALL DEBTORS <br> ☐ Millenkamp Cattle, Inc. <br> ☐ Idaho Jersey Girls <br> ☐ East Valley Cattle <br> ☐ Millenkamp Properties <br> ☐ Millenkamp Properties II <br> ☐ Millenkamp Family <br> ☐ Goose Ranch <br> ☐ Black Pine Cattle <br> ☐ Millenkamp Enterprises <br> ☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH <br><br> Chapter 11 <br><br> Jointly Administered with Case Nos.: <br><br> 24-40159-NGH (Idaho Jersey Girls) <br> 24-40160-NGH (East Valley Cattle) <br> 24-40161-NGH (Millenkamp Properties) <br> 24-40162-NGH (Millenkamp Properties II) <br> 24-40163-NGH (Millenkamp Family) <br> 24-40164-NGH (Goose Ranch) <br> 24-40166-NGH (Black Pine Cattle) <br> 24-40167-NGH (Millenkamp Enterprises) <br> 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

APPLICATION TO EMPLOY SPECIAL COUNSEL FOR DEBTOR IN POSSESSION – PAGE 1

> **Notice of Application to Employ Special Counsel for Debtor (Heida Law Office) and Opportunity to Object and for a Hearing**
>
> <u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection.</u> The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

## APPLICATION TO EMPLOY SPECIAL COUNSEL FOR DEBTORS IN POSSESSION

Millenkamp Cattle, Inc., ("Millenkamp Cattle") and its affiliated debtors and debtors in possession (collectively, the "Debtors" or "Applicants") make application for authority to retain special counsel, and in support thereof respectfully show:

1. Debtors have filed petitions initiating cases seeking relief under Chapter 11 of the Bankruptcy Code and are currently in possession of their property and operation of their business.

2. Pursuant to Bankruptcy Code Sections 1107 and 327(e), the Applicants wish to employ special counsel to render professional services for them as debtors-in-possession for the collection of past-due accounts receivable (as outlined on the Engagement Letters attached as **Exhibit A**).

3. Applicants desire to retain special counsel immediately and would retain David Heida of Heida Law Office ("Firm"). These attorneys are admitted to practice before this court and the relevant courts of record and have previously represented the Debtors for each of this sort of collection activity.

APPLICATION TO EMPLOY SPECIAL COUNSEL FOR DEBTOR IN POSSESSION – PAGE 2

4. Said attorneys are familiar with the Bankruptcy Code and Rules and the Local Rules of the United States Bankruptcy Court for the District of Idaho, as well as the relevant rules of applicable state courts.

5. Filed contemporaneously with this Application is a Declaration of David Heida in Support of Application to Employ Special Counsel for Debtors in Possession. The Declaration describes the connections between the Debtors and Heida Law Office.

6. The Applicants have selected this Firm and its attorneys because they have prior relationships with the Debtors, including representation in collection activity for the Debtors, and have experience in these types of matters in order to adequately and efficiently represent the Debtors. As an entity, the Debtors must appear through counsel in order to pursue collections on its own behalf. While Mr. Heida is also the general manager of the Debtor, his law firm can separately represent the Debtors in collection activity. Since Mr. Heida's hourly rate to the Debtors is $0.00 per hour for collection activity, Mr. Heida would not be receiving compensation separately from his general manager compensation for pursuing collections.

7. To the best of the Applicants' knowledge, the Firm does have connections with Debtors (as described in the Declaration contemporaneously filed with this Application, including prior representation of the Debtors), but does not have any connections related to any personnel employed in the Office of the United States Trustee, the creditors or any other party in interest (other than as described in the Declaration), or their respective attorneys or accountants (other than normal professional relationships), nor does this attorney represent or hold any interest adverse to the Debtors or the estates herein in the matters upon which they are to be engaged, and their employment would be in the best interests of the estates and their creditors.

8. The Application is supported by the Declaration of David Heida, filed contemporaneously herewith.

WHEREFORE, the Applicants pray that they be authorized to employ and retain Heida Law Office, to represent them as debtors-in-possession of these estates for the specific matters outlined herein.

DATED this 20th day of August, 2024.

_____
Bill Millenkamp

# EXHIBIT A

# DAVID A. HEIDA
# Heida Law Office, PLLC

Post Office Box 216<br>
Kimberly, Idaho 83341<br>
Telephone (208) 320-2569<br>
david@heidalawoffice.com

August 9, 2024

Millenkamp Cattle, Inc.
471 N 300 W
Jerome, ID 83338

    RE: Collections

Dear Bill,

    Thank you for considering Heida Law Office, PLLC to represent the interests of Millenkamp Cattle, Inc. in collecting outstanding balances owed to Millenkamp Cattle, Inc. This letter confirms that you have retained Heida Law Office, PLLC as counsel to collect an open balance with Narciso Perez Cattle & Trading, LLC, and other collection matters on an ongoing basis as needed by Millenkamp Cattle, Inc. and upon agreement of Heida Law Office, PLLC. This will confirm the fee arrangement to be used for this matter as well as the terms of our engagement.

    Our billing practice is to charge for our services based primarily on the number of hours devoted to your matter. My current hourly rate is $0.00. Heida Law Office, PLLC views its attorney's hourly rates as only a bench mark, and not as the sole determinant of the value of services for billing purposes. The amount of Heida Law Office, PLLC's billing statement will be the fair value of the services as determined by this office, taking into account the time records for the matter, the type of services attorneys are required to perform, any special level of expertise required, the size and scope of the matter, results obtained, and other relevant circumstances.

    In addition to the fees described above, you agree to pay all expenses related to this engagement. During the course of our representation, we may incur certain ordinary expense items, such as long distance and international telephone calls, photocopying charges, facsimile charges, filing and recordation charges, postage, computer-aided research and word processing. In such circumstances, we will reflect those charges on your regular monthly statement. We will not incur individual costs of more than $500.00 without first notifying you. To the extent that our representation involves incurring any extraordinary expenditure, such as airfare, hotel accommodations, expert witness charges, etc., we will generally require that you pay these costs in advance.

    We will provide a monthly statement for services rendered and costs during the previous month. All statements are due and payable upon receipt. A late charge of up to one and a half percent per month (annual percentage rate of 18%) of the unpaid amount (compounded monthly)

is added to the balance due after 30 days. The minimum late charge is $1.00 per month. If the balance due is unpaid for more than thirty (30) days, then work may be suspended.

While we do our best to ensure that our clients are satisfied with both our services and with our reasonableness of the fees charged, if you do have questions regarding a statement or regarding the basis for our fees, please immediately raise such questions with me directly. Ten days after the receipt of your monthly invoice, the stated amount becomes final. Pursuant to this engagement, unless I hear from you to the contrary, we will send our monthly statement directly to you at the same address as used in this letter.

Throughout the course of this representation, I will retain paper and electronic files that relate to your matter as I, and the firm in its sole discretion, determine to be necessary. We will provide you copies of documents relevant to your matter as they become available. At the time that my services are complete, or at which time you receive your final statement for services in this engagement, we will either preserve or destroy these files in accordance with the records retention policy Heida Law Office, PLLC has in place at that time. After discontinuing representation, but prior to destruction, you many request to examine or copy all other documents within the file at your expense. We ask that all such requests are made within one year after our representation ends, after which time the files may be destroyed in accordance with our records retention policy. Heida Law Office, PLLC reserves the right to retain all or part of these files for any reason and for any length of time at our expense.

I may send you pleadings, documents, correspondence, and other information throughout your representation via email. If you prefer to receive these documents via U.S. Mail, please let me know. Please retain all documents that I send to you as you may be asked to bring certain documents with you when we meet. I will also keep the information in a file in my office.

Since this engagement may involve proceedings in which a litigant may have the right to discover information applicable to the case, it is vital for you to take all necessary steps to retain any and all documents, items, information, or otherwise electronically stored information that may relate to this engagement. This can include, but is not limited to, communication records, emails, telephone logs, internet archives, thumb drives or other removable storage devices, contact information, server logs, or otherwise electronic files that may relate to your matter.

According to the rules of disclosure that govern discovery, you may be required to promptly disclose all documents, electronically stored information, and other tangible things in your possession early in the proceedings. In any event, you should start to identify possible sources of documents, electronically stored information, and other tangible things relevant to your case immediately. Failure to preserve or retain relevant documents or electronically stored information could expose you to penalties, including the exclusion of supportive evidence, default, or monetary sanctions.

I may withdraw from representation at any time in the event of your failure to pay your balance in full when due (absent any superseding written agreement to the contrary), in the event of lack of cooperation from you, or disagreement concerning which course of proceeding is in your

best interest. I also reserve the right to withdraw from representing you should I determine a conflict of interest has developed.

Thank you again for retaining Heida Law Office, PLLC as your legal counsel. I look forward to representing you and am grateful for the opportunity to do so.

Sincerely,

Heida Law ~~Office,~~ PLLC

David A. Heida

THE UNDERSIGNED ACKNOWLEDGES READING AND UNDERSTANDING THE TERMS AND CONDITIONS OF THE ABOVE ENGAGEMENT LETTER AND WARRANTS THAT HE OR SHE HAS THE FULL AUTHORITY TO ENTER INTO THIS ENGAGEMENT LETTER ON BEHALF OF SAID ENTITY. THE UNDERSIGNED FURTHER ACKNOWLEDGES HAVING RECEIVED A FULLY COMPLETED COPY OF THIS ENGAGEMENT LETTER AND STANDARD TERMS AND CONDITIONS AND PERSONALLY GUARANTEES ITS PERFORMANCE.

Millenkamp Cattle, Inc.
By: Bill Millenkamp
Title: President
Signature: _____
Date: 6-9-2024