Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tele/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
       golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**NOTICE OF O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2024 THROUGH JULY 31, 2024**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing July 1, 2024 and ending July 31, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtors, and the Official Committee of Unsecured Creditors.

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: August 20, 2024

Date: August 20, 2024

*/s/ Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

*/s/ Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 20, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |

| | |
|---|---|
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 20th day of August 2024.

                                             */s/ Bruce A. Anderson*
                                             ELSAESSER ANDERSON, CHTD.
                                             Bruce A. Anderson

EXHIBIT A

**O'Melveny**

O'Melveny & Myers LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071-2899

T: +1 213 430 6000
F: +1 213 430 6407
omm.com

August 15, 2024

**MILLENKAMP CATTLE CHAPTER 11**

For Professional Services Rendered Through July 31, 2024

| | |
|---|---:|
| Total Fees | $97,818.00 |
| Less 15% Discount | (14,672.70) |
| **Total Fees After Adjustment** | **$83,145.30** |
| Total Disbursements | $1,024.21 |
| **Total Current Invoice** | **$84,169.51** |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

08/15/24  
Invoice: 1183798  
Page No. 2

## MILLENKAMP CATTLE CHAPTER 11

For Professional Services Rendered Through July 31, 2024

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| **B110 CASE ADMINISTRATION** | | | | |
| 07/09/24 | G OLIVERA | CONFERENCE CALL WITH DEBTORS' COUNSEL RE: PENDING MATTERS | 0.5 | 632.50 |
| 07/09/24 | J GURULE | WEEKLY UPDATE CALL WITH DEBTORS COUNSEL | 0.5 | 692.50 |
| 07/09/24 | M KREMER | WEEKLY CALL WITH DEBTORS COUNSEL | 0.5 | 702.50 |
| 07/10/24 | J GURULE | REVIEW SCHEDULING STIPULATION AND EMAIL TO M. CHRISTENSEN RE SAME | 0.1 | 138.50 |
| 07/16/24 | G OLIVERA | CONFERENCE CALL WITH DEBTORS' COUNSEL RE: PENDING MATTERS | 0.5 | 632.50 |
| 07/16/24 | J GURULE | WEEKLY CALL WITH UCC/DEBTOR PROFESSIONALS | 0.5 | 692.50 |
| 07/16/24 | M KREMER | WEEKLY CALL WITH UCC | 0.6 | 843.00 |
| 07/16/24 | M KREMER | WEEKLY CALL WITH UCC/DEBTOR PROFESSIONALS | 0.5 | 702.50 |
| 07/16/24 | J GURULE | PREP FOR CALL W DEBTORS RE UPDATES | 0.2 | 277.00 |
| 07/16/24 | N MOLNER | ATTEND WEEKLY CALL WITH DEBTORS AND PROFESSIONALS | 0.5 | 535.00 |
| 07/23/24 | G OLIVERA | CONFERENCE CALL WITH DEBTORS' COUNSEL RE PENDING MATTERS AND CASE STRATEGY | 0.3 | 379.50 |
| 07/23/24 | N MOLNER | ATTEND WEEKLY DEBTORS AND PROFESSIONALS CALL | 0.3 | 321.00 |
| 07/23/24 | M KREMER | WEEKLY CALL WITH DEBTORS COUNSEL | 0.3 | 421.50 |
| **Total** | **B110 CASE ADMINISTRATION** | | **5.3** | **6,970.50** |
| **B120 ASSET ANALYSIS & RECOVERY** | | | | |
| 07/02/24 | G OLIVERA | REVIEW COMPANY'S RECENT BUSINESS PURCHASES | 0.2 | 253.00 |
| 07/16/24 | J GURULE | CONFERENCE CALL WITH ARMORY TEAM RE CASE STRATEGY AND BUSINESS OPERATIONS | 0.2 | 277.00 |
| **Total** | **B120 ASSET ANALYSIS & RECOVERY** | | **0.4** | **530.00** |
| **B140 RELIEF FROM STAY PROCEEDINGS** | | | | |
| 07/02/24 | G OLIVERA | REVIEW AND ANALYZE MOTION FOR RELIEF FROM STAY FILED BY BRANDY BARTHOLEMEW | 0.6 | 759.00 |
| 07/03/24 | G OLIVERA | REVIEW AND ANALYZE DEBTOR'S OBJECTION TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY BRANDY BARTHOLOMEW | 0.3 | 379.50 |
| **Total** | **B140 RELIEF FROM STAY PROCEEDINGS** | | **0.9** | **1,138.50** |

O'Melveny

---

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

08/15/24  
Invoice: 1183798  
Page No. 3

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| **B150 MEETINGS OF & COMMUNICATION W/ CREDITORS** | | | | |
| 07/01/24 | M KREMER | REVIEW AND REVISE AGENDA AND PREPARE FOR COMMITTEE CALLS | 0.4 | 562.00 |
| 07/02/24 | N MOLNER | ATTEND WEEKLY CALL WITH UCC | 0.5 | 535.00 |
| 07/02/24 | G OLIVERA | WEEKLY STANDING CALL WITH CREDITORS' COMMITTEE | 0.4 | 506.00 |
| 07/02/24 | J GURULE | EDIT AND CIRCULATE AGENDA TO UCC | 0.2 | 277.00 |
| 07/02/24 | J GURULE | PREP FOR UCC MEETING | 0.2 | 277.00 |
| 07/02/24 | M KREMER | WEEKLY CALL WITH DEBTOR COUNSEL (.5); WEEKLY CALL WITH UCC (.5) | 1.0 | 1,405.00 |
| 07/02/24 | J GURULE | WEEKLY UCC MEETING | 0.4 | 554.00 |
| 07/03/24 | N MOLNER | REVISE UCC MEETING MINUTES | 0.2 | 214.00 |
| 07/08/24 | G OLIVERA | DRAFT AGENDA FOR STANDING UCC MEETING | 0.3 | 379.50 |
| 07/09/24 | G OLIVERA | PARTICIPATE IN WEEKLY CONFERENCE CALL WITH CREDITORS' COMMITTEE | 0.5 | 632.50 |
| 07/09/24 | J GURULE | EMAIL STANDING MEETING AGENDA TO UCC MEMBERS | 0.1 | 138.50 |
| 07/09/24 | J GURULE | WEEKLY UCC MEETING | 0.5 | 692.50 |
| 07/09/24 | M KREMER | WEEKLY CALL WITH UCC MEMBERS | 0.5 | 702.50 |
| 07/10/24 | J GURULE | DRAFT UPDATE EMAIL TO UCC MEMBERS RE: PENDING MATTERS | 0.2 | 277.00 |
| 07/11/24 | G OLIVERA | DRAFT SUMMARIES OF RECENT PLEADINGS FOR THE UNSECURED CREDITORS' COMMITTEE | 1.1 | 1,391.50 |
| 07/15/24 | G OLIVERA | DRAFT AGENDA FOR WEEKLY STANDING CALL WITH UNSECURED CREDITORS' COMMITTEE | 0.4 | 506.00 |
| 07/16/24 | N MOLNER | ATTEND WEEKLY CALL WITH COMMITTEE | 0.6 | 642.00 |
| 07/16/24 | J GURULE | SEND AGENDA EMAIL TO UCC | 0.1 | 138.50 |
| 07/16/24 | J GURULE | WEEKLY UCC MEETING | 0.6 | 831.00 |
| 07/18/24 | G OLIVERA | EDIT SUMMARY OF JULY 18 HEARING FOR THE UNSECURED CREDITORS' COMMITTEE | 0.6 | 759.00 |
| 07/19/24 | J GURULE | REVIEW UCC COMMUNICATION RE: OMNIBUS HEARING | 0.1 | 138.50 |
| 07/24/24 | J GURULE | EMAIL TO UCC MEMBERS RE TOUR OF DEBTORS' BUSINESS OPERATIONS AND UPDATES | 0.3 | 415.50 |
| 07/26/24 | J GURULE | T/C WITH A. BURNS RE UCC MEETING | 0.1 | 138.50 |
| 07/28/24 | J GURULE | EMAIL WITH A. BURNS RE RESEARCH ON AGRICULTURE LIENS | 0.1 | 138.50 |
| 07/29/24 | G OLIVERA | PREPARE AGENDA FOR UCC CALL | 0.4 | 506.00 |
| 07/29/24 | J GURULE | EMAILS WITH A. BURNS RE LIEN ANALYSIS | 0.1 | 138.50 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

08/15/24  
Invoice: 1183798  
Page No. 4

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/30/24 | G OLIVERA | ATTEND WEEKLY UCC CONFERENCE CALL | 0.5 | 632.50 |
| 07/30/24 | N MOLNER | ATTEND UCC BI-WEEKLY STANDING CALL | 0.5 | 535.00 |
| 07/30/24 | J GURULE | BI-WEEKLY UCC MEETING | 0.5 | 692.50 |
| 07/30/24 | J GURULE | DRAFT AND SEND UCC AGENDA FOR BI-WEEKLY STANDING CALL | 0.1 | 138.50 |
| 07/30/24 | M KREMER | WEEKLY UCC CALL | 0.5 | 702.50 |
| 07/30/24 | J GURULE | PREP FOR UCC MEETING AND REVIEW MATERIALS FOR SAME | 0.2 | 277.00 |
| **Total** | **B150 MEETINGS OF & COMMUNICATION W/ CREDITORS** | | **12.2** | **15,874.00** |

**B160 FEE/EMPLOYMENT APPLICATIONS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/16/24 | G OLIVERA | CONFERENCE CALL WITH OMM TEAM RE: OMM RETENTION APPLICATION HEARING STRATEGY | 0.5 | 632.50 |
| 07/16/24 | N MOLNER | RESEARCH IN PREPARATION FOR OMNIBUS HEARING | 0.4 | 428.00 |
| 07/16/24 | N MOLNER | MEETING WITH M. KREMER AND G. OLIVERA REGARDING OMNIBUS HEARING PREP | 0.3 | 321.00 |
| 07/16/24 | N MOLNER | ATTEND CALL WITH OMM TEAM REGARDING OMNIBUS HEARING | 0.5 | 535.00 |
| 07/16/24 | N MOLNER | DRAFT TALKING POINTS FOR OMNIBUS HEARING | 0.5 | 535.00 |
| 07/16/24 | M KREMER | CALL WITH OMM TEAM RE: STRATEGY FOR HEARING | 0.5 | 702.50 |
| 07/16/24 | J GURULE | INTERNAL OMM CALL IN PREP FOR OMM RETENTION APPLICATION HEARING | 0.5 | 692.50 |
| 07/17/24 | G OLIVERA | DRAFT AND EDIT SCRIPT FOR JULY 18 OMNIBUS HEARING ON OMM RETENTION APPLICATION | 0.9 | 1,138.50 |
| 07/17/24 | M KREMER | REVIEW AND REVISE HEARING REMARKS ON OMM RETENTION APPLICATION | 0.3 | 421.50 |
| 07/22/24 | G OLIVERA | REVIEW COURT'S ORDER APPROVING RETENTION OF OMM | 0.1 | 126.50 |
| 07/29/24 | G OLIVERA | REVIEW AND REVISE O'MELVENY FEE STATEMENTS | 0.8 | 1,012.00 |
| 07/29/24 | N MOLNER | COMMUNICATIONS WITH G. OLIVERA REGARDING INTERIM FEE APPLICATION PROCEDURES | 0.2 | 214.00 |
| 07/30/24 | G OLIVERA | DRAFT AND EDIT MOTION FOR INTERIM COMPENSATION AND RELATED NOTICE FOR MAY AND JUNE 2024 BILLS | 1.9 | 2,403.50 |
| 07/30/24 | G OLIVERA | REVIEW AND EDIT OMM'S MAY AND JUNE 2024 BILLS | 2.7 | 3,415.50 |
| 07/30/24 | J GURULE | CONFERENCE CALL WITH OMM TEAM RE FEE STATEMENTS | 0.1 | 138.50 |
| **Total** | **B160 FEE/EMPLOYMENT APPLICATIONS** | | **10.2** | **12,716.50** |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

08/15/24  
Invoice: 1183798  
Page No. 5

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| **B190 OTHER CONTESTED MATTERS** | | | | |
| 07/01/24 | J GURULE | CONFERENCE CALL WITH OMM TEAM RE CASE STATUS AND STRATEGY | 0.2 | 277.00 |
| 07/02/24 | J GURULE | CONFERENCE CALL WITH DEBTORS' COUNSEL FOR WEEKLY UPDATES | 0.5 | 692.50 |
| 07/02/24 | J GURULE | CONFERENCE CALL WITH OMM TEAM RE CASE STATUS AND STRATEGY | 0.1 | 138.50 |
| 07/08/24 | G OLIVERA | REVIEW AND ANALYZE STIPULATION BETWEEN RABO AGRIFINANCE LLC AND IDAHO AGCREDIT FOR AN ORDER AUTHORIZING PRODUCTION OF DOCUMENTS | 0.4 | 506.00 |
| 07/09/24 | N MOLNER | DRAFT CLIENT SUMMARY OF DEBTORS' STIPULATION WITH RABO REGARDING SALE MOTION, CASH COLLATERAL MOTION, AND EXCLUSIVITY MOTION | 0.4 | 428.00 |
| 07/11/24 | G OLIVERA | REVIEW STIPULATION BETWEEN DEBTORS AND METLIFE RE PENDING MOTIONS | 0.2 | 253.00 |
| 07/11/24 | M KREMER | REVIEW UST OBJECTION TO BUY/SELL MOTION (.3); REVIEW RABO OBJECTION TO 506(C) MOTION (.3); REVIEW MET-LIFE STIPULATION (.2); REVIEW AND REVIEW SUMMARY TO UCC RE: THE SAME SAME (.2) | 1.0 | 1,405.00 |
| 07/11/24 | M KREMER | EMAIL WITH DEBTORS RE: REVISIONS TO RABO STIPULATION (.2); REVIEW REVISED DRAFT (.1) | 0.3 | 421.50 |
| 07/12/24 | G OLIVERA | REVIEW AND ANALYZE NOTICE OF SERVICE OF IDAHO AGCREDIT'S RESPONSE TO RABO AGROFINANCE LLC'S SUBPOENA TO PRODUCE DOCUMENTS | 0.3 | 379.50 |
| 07/12/24 | M KREMER | REVIEW NOTICE OF SUBPOENAS AND EMAILS RE: THE SAME | 0.2 | 281.00 |
| 07/12/24 | G OLIVERA | REVIEW DEBTORS' NOTICE TO SERVE SUBPOENAS ON VARIOUS CREDITORS | 0.3 | 379.50 |
| 07/12/24 | J GURULE | EMAILS WITH TEAM RE SUBPOENAS ON VARIOUS CREDITORS | 0.1 | 138.50 |
| 07/15/24 | M KREMER | REVIEW ORDER TO BUY AND SELL EQUIPMENT AND EMAILS WITH G. OLIVERA RE: THE SAME | 0.2 | 281.00 |
| 07/16/24 | G OLIVERA | REVIEW DEBTORS' STATUS REPORT FOR JULY 2024 OMNIBUS HEARING | 0.1 | 126.50 |
| 07/16/24 | G OLIVERA | PREPARE FOR JULY 18 HEARING | 1.3 | 1,644.50 |
| 07/17/24 | G OLIVERA | COMMUNICATIONS WITH OMM AND DEBTORS' COUNSEL RE: BUY/SELL, CASH COLLATERAL, AND EXCLUSIVITY PROPOSED ORDERS | 0.5 | 632.50 |
| 07/17/24 | G OLIVERA | REVIEW AND EDIT BUY/SELL, CASH COLLATERAL, AND EXCLUSIVITY PROPOSED ORDERS | 0.4 | 506.00 |
| 07/18/24 | G OLIVERA | PARTICIPATE IN JULY 18 OMNIBUS HEARING | 1.8 | 2,277.00 |

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE                                   08/15/24
Matter Name:  MILLENKAMP CATTLE CHAPTER 11                                          Invoice: 1183798
                                                                                     Page No.  6

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/18/24 | N MOLNER | DRAFT CLIENT-FACING SUMMARY OF CONTERRA OBJECTION TO CASH COLLATERAL ORDER | 0.3 | 321.00 |
| 07/18/24 | M KREMER | PREPARE FOR HEARING AND REVISE REMARKS (.6); ATTEND HEARING (1.9); CONFER WITH J. GURULE RE: HEARING (.2) | 2.7 | 3,793.50 |
| 07/18/24 | N MOLNER | PREPARE FOR AND ATTEND HEARING ON CASH COLLATERAL MOTION, BUY/SELL MOTION, RETENTION APPLICATION, AND EXCLUSIVITY MOTION | 2.0 | 2,140.00 |
| 07/18/24 | J GURULE | CONFERENCE CALL WITH M. KREMER RE HEARING UPDATES | 0.2 | 277.00 |
| 07/19/24 | M KREMER | REVISE OVERVIEW OF HEARING AND EMAIL UCC RE: SAME | 0.3 | 421.50 |
| 07/23/24 | J GURULE | EMAILS WITH DEBTORS' COUNSEL RE SITE VISIT | 0.1 | 138.50 |
| 07/31/24 | G OLIVERA | REVIEW THE COURT'S ORDER GRANTING STIPULATION FOR AN ORDER AUTHORIZING PRODUCTION OF DOCUMENTS BETWEEN RABO AGRIFINANCE LLC AND AMERICAN AGCREDIT | 0.1 | 126.50 |
| 07/31/24 | G OLIVERA | REVIEW COURT'S ORDER GRANTING DEBTORS OMNIBUS MOTION FOR AUTHORITY TO PURCHASE AND SELL EQUIPMENT AND MACHINERY | 0.1 | 126.50 |
| **Total** | **B190 OTHER CONTESTED MATTERS** | | **14.1** | **18,112.00** |

**B195 NON-WORKING TRAVEL**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/30/24 | J GURULE | TRAVEL TO TWIN FALLS FOR SITE VISIT | 4.4 | 3,047.00 |
| **Total** | **B195 NON-WORKING TRAVEL** | | **4.4** | **3,047.00** |

**B210 BUSINESS OPERATIONS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/24 | M KREMER | REVIEW OVERVIEW OF REFINANCING PROCESS AND VARIANCE REPORTS | 0.5 | 702.50 |
| 07/03/24 | G OLIVERA | REVIEW AND ANALYZE NOTICE OF EQUIPMENT PURCHASE SENT BY MILLENKAMP DEBTORS RE: ARNOLD MACHINERY | 0.3 | 379.50 |
| 07/22/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' MONTHLY OPERATING REPORTS | 0.4 | 506.00 |
| 07/22/24 | J GURULE | EMAILS WITH ARMORY TEAM AND DEBTORS RE BUSINESS OPERATIONS | 0.2 | 277.00 |
| 07/23/24 | G OLIVERA | REVIEW AND ANALYZE THE DEBTORS' MONTHLY OPERATING REPORTS | 0.6 | 759.00 |
| 07/23/24 | J GURULE | CONFERENCE CALL WITH D. HEIDA AND D. MCDONALD RE FACILITY TOUR PLANNING | 0.4 | 554.00 |
| 07/30/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' MONTHLY FINANCIAL STRENGTH REPORTING | 0.6 | 759.00 |
| 07/31/24 | J GURULE | DAY LONG TOUR AND MEETINGS AT DAIRY AND FARM FACILITIES WITH MANAGEMENT | 10.0 | 13,850.00 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

08/15/24
Invoice: 1183798
Page No. 7

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| **Total** | **B210 BUSINESS OPERATIONS** | | **13.0** | **17,787.00** |
| **B230 FINANCING/CASH COLLATERAL** | | | | |
| 07/01/24 | G OLIVERA | REVIEW AND ANALYZE CASH COLLATERAL BUDGET | 0.8 | 1,012.00 |
| 07/03/24 | G OLIVERA | REVIEW AND ANALYZE UPDATED CASH COLLATERAL BUDGET THROUGH 12/31 AND 2025/2026 MONTHLY CASH FLOW PROJECTIONS | 0.8 | 1,012.00 |
| 07/03/24 | G OLIVERA | REVIEW ARMORY ANALYSIS OF WEEKLY VARIANCE REPORTING | 0.4 | 506.00 |
| 07/03/24 | G OLIVERA | REVIEW AND ANALYZE SUPPLEMENT TO DEBTORS' SECOND MOTION FOR CONTINUED USE OF CASH COLLATERAL | 0.4 | 506.00 |
| 07/08/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' WEEKLY DIP VARIANCE REPORTING | 0.8 | 1,012.00 |
| 07/09/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' STIPULATION WITH RAF | 0.2 | 253.00 |
| 07/11/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' WEEKLY DIP VARIANCE REPORTING | 0.8 | 1,012.00 |
| 07/15/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' PROPOSED CASH COLLATERAL ORDER | 0.3 | 379.50 |
| 07/15/24 | M KREMER | REVIEW AND REVISE CASH COLLATERAL ORDER (.3); EMAILS WITH OMM TEAM RE: THE SAME (.2) | 0.5 | 702.50 |
| 07/16/24 | G OLIVERA | COMMUNICATIONS WITH COUNSEL FOR DEBTORS RE: CASH COLLATERAL ORDER | 0.4 | 506.00 |
| 07/16/24 | G OLIVERA | DRAFT EDITS TO PROPOSED CASH COLLATERAL ORDER | 0.4 | 506.00 |
| 07/16/24 | G OLIVERA | REVIEW AND ANALYZE FORBES MARKETING PITCH DECK RE: DEBTORS' BUSINESS | 0.9 | 1,138.50 |
| 07/16/24 | G OLIVERA | REVIEW ARMORY ANALYSIS OF WEEKLY VARIANCE REPORTS | 0.6 | 759.00 |
| 07/17/24 | M KREMER | REVIEW UPDATED ORDERS FOR CASH COLLATERAL AND EMAILS WITH OMM TEAM RE: THE SAME | 0.3 | 421.50 |
| 07/18/24 | G OLIVERA | REVIEW AND ANALYZE WEEKLY DIP VARIANCE REPORT | 0.8 | 1,012.00 |
| 07/18/24 | G OLIVERA | REVIEW AND ANALYZE CONTERRA'S OBJECTION TO FORM OF CASH COLLATERAL ORDER | 0.3 | 379.50 |
| 07/19/24 | G OLIVERA | REVIEW FINAL VERSION OF CASH COLLATERAL ORDER | 0.3 | 379.50 |
| 07/19/24 | G OLIVERA | COMMUNICATIONS WITH DEBTORS COUNSEL AND COUNSEL FOR SECURED CREDITORS RE: CASH COLLATERAL HEARING | 0.4 | 506.00 |
| 07/22/24 | J GURULE | CONFERENCE CALL WITH ARMORY TEAM RE: BUSINESS OPERATIONS | 0.2 | 277.00 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

08/15/24  
Invoice: 1183798  
Page No. 8

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/24/24 | G OLIVERA | EMAIL DEBTORS' COUNSEL RE: CASH COLLATERAL ORDER | 0.1 | 126.50 |
| 07/24/24 | J GURULE | REVIEW SECURED LENDER RESEARCH QUESTION | 0.1 | 138.50 |
| 07/26/24 | J GURULE | ANALYSIS OF EMAILS AMONG RABO AND DEBTORS RE FORBES UPDATES RE: FINANCING | 0.1 | 138.50 |
| 07/29/24 | G OLIVERA | PARTICIPATE IN CALL WITH DEBTORS' BANKERS RE: FINANCING | 0.5 | 632.50 |
| 07/29/24 | G OLIVERA | COMMUNICATIONS WITH OMM AND ARMORY TEAMS RE: BUDGET | 0.2 | 253.00 |
| 07/29/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' WEEKLY DIP VARIANCE REPORTING | 0.6 | 759.00 |
| 07/29/24 | J GURULE | ATTEND FORBES MEETING RE FINANCING EFFORTS | 0.5 | 692.50 |
| 07/29/24 | J GURULE | EMAILS W MCDONALD RE BUDGET DEFAULT | 0.1 | 138.50 |
| 07/29/24 | J GURULE | PREPARE FOR FINANCING CALL WITH FORBES | 0.6 | 831.00 |
| 07/29/24 | M KREMER | WEEKLY FINANCE CALL WITH FORBES | 0.5 | 702.50 |
| 07/30/24 | G OLIVERA | REVIEW AND ANALZYE ARMORY'S WEEKLY VARIANCE ANALYSIS | 0.6 | 759.00 |
| 07/30/24 | G OLIVERA | REVIEW INTERIM ORDER GRANTING DEBTORS SECOND MOTION FOR CONTINUED USE OF CASH COLLATERAL | 0.4 | 506.00 |
| **Total** | **B230 FINANCING/CASH COLLATERAL** | | **13.9** | **17,957.50** |

**B300 CLAIMS & PLAN**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/03/24 | G OLIVERA | REVIEW AND ANALYZE MOTION TO AMEND ORDER ON AMENDED MOTION TO ALLOW AND PAY SECTION 503(B)(9) CLAIMS | 0.2 | 253.00 |
| 07/24/24 | G OLIVERA | RESEARCH TREATMENT OF AGRICULTURE LIENS IN IDAHO TO DETERMINE VALIDITY OF CERTAIN CREDITORS' ASSERTED SECURED CLAIMS | 0.8 | 1,012.00 |
| 07/24/24 | G BARRETT | RESEARCH ISSUE RE: PERFECTION OF AGRICULTURAL LIENS IN IDAHO | 3.6 | 1,332.00 |
| 07/29/24 | G OLIVERA | REVIEW DEBTORS' AMENDED SCHEDULE D | 0.2 | 253.00 |
| **Total** | **B300 CLAIMS & PLAN** | | **4.8** | **2,850.00** |

**B320 PLAN & DISCLOSURE STATEMENT**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/24 | J GURULE | CONFERENCE CALL WITH ARMORY TEAM RE STRATEGY AND PLAN MODEL | 0.2 | 277.00 |
| 07/15/24 | J GURULE | EMAILS WITH OMM TEAM RE DEBTORS' EXCLUSIVITY MOTION | 0.1 | 138.50 |
| 07/15/24 | M KREMER | REVIEW EXCLUSIVITY ORDER AND EMAIL WITH OMM TEAM | 0.2 | 281.00 |
| 07/18/24 | J GURULE | EMAILS W OMM TEAM RE HEARING UPDATES | 0.1 | 138.50 |

O'Melveny

---

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE                    08/15/24
Matter Name:  MILLENKAMP CATTLE CHAPTER 11                         Invoice: 1183798
                                                                   Page No.   9

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| **Total** | **B320 PLAN & DISCLOSURE STATEMENT** | | **0.6** | **835.00** |
| **Total** | | | **79.8** | **$97,818.00** |

| | |
|---|---|
| **Less 15% Discount** | **(14,672.70)** |
| **Total Fees After Adjustment** | **83,145.30** |

**Disbursements**

| | |
|---|---|
| Expense Report Other (Incl. Out of Town Travel) | $837.90 |
| Online Research | 186.31 |
| **Total Disbursements** | **$1,024.21** |
| **Total Current Invoice** | **$84,169.51** |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name:  MILLENKAMP CATTLE CHAPTER 11

08/15/24  
Invoice: 1183798  
Page No.   10

**Timekeeper Summary**

| **Timekeeper** | **Title** | **Rate** | **Hours** | **Amount** |
|---|---|---:|---:|---:|
| MATTHEW P. KREMER | Partner | 1,405.00 | 11.8 | 16,579.00 |
| JULIAN GURULE | Partner | 1,385.00 | 19.7 | 27,284.50 |
| JULIAN GURULE | Partner | 692.50 | 4.4 | 3,047.00 |
| **Total for Partner** | | | **35.9** | **46,910.50** |
| GABRIEL L. OLIVERA | Counsel | 1,265.00 | 33.1 | 41,871.50 |
| **Total for Counsel** | | | **33.1** | **41,871.50** |
| NICOLE MOLNER | Associate | 1,070.00 | 7.2 | 7,704.00 |
| **Total for Associate** | | | **7.2** | **7,704.00** |
| GAVIN REECE BARRETT | Assoc - Summer | 370.00 | 3.6 | 1,332.00 |
| **Total for Assoc - Summer** | | | **3.6** | **1,332.00** |
| **Total** | | | **79.8** | **97,818.00** |