## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**ORDER AUTHORIZING THE RETENTION OF ARMORY SECURITIES, LLC AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO MAY 23, 2024**

The Official Committee of Unsecured Creditors' having filed its application to employ Armory Securities, LLC as financial advisors to the Official Committee of Unsecured Creditors *nunc pro tunc* to May 23, 2024 (the "Application"); and the Court, having reviewed the Application, finds that the Court has jurisdiction over this matter under 28 U.S.C. § 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Application was sufficient under the circumstances; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefore

**IT IS HEREBY ORDERED:**

1. The Application is GRANTED.

2. Pursuant to sections 327(a) and 1103(a) of the Bankruptcy Code, the Committee is authorized to employ and retain Armory Securities, LLC upon the terms and conditions set forth in the Application effective May 23, 2024.

3. Armory Securities, LLC shall file applications, subject to Court approval, and be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Bankruptcy Rules, the Local Bankruptcy Rules, and any other orders as may be fixed by order of this Court.

4. Rates charged by Armory Securities, LLC as set forth in the Application may only be adjusted upward after notice and an opportunity for a hearing.

5. This Court shall retain exclusive jurisdiction over any and all issues arising from or related to the implementation, interpretation, and enforcement of this Order.

// end of text //

DATED: August 20, 2024

_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge