# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 8/20/2024 |
| Case: 24–40158–NGH | Form ID: pdf116 | Total: 131 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          CNH Industrial Capital America LLC
cr          MWI Veterinary Supply Inc.
cr          McAlvain Concrete, Inc.
cr          JOHN DEERE FINANCIAL
cr          Rocky Mountain Agronomics, Inc.
cr          Official Committee Of Unsecured Creditors
cr          Brandy Ann Bartholomew
                                                                                                        TOTAL: 7

**Recipients of Notice of Electronic Filing:**
ust         US Trustee              ustp.region18.bs.ecf@usdoj.gov
aty         Adam Aiken Lewis        alewis@mofo.com
aty         Alexandra O Caval       alex@cavallawoffice.com
aty         Andrew J. Schoulder     andrew.schoulder@nortonrosefulbright.com
aty         Brent Russel Wilson     bwilson@hawleytroxell.com
aty         Brett R Cahoon          ustp.region18.bs.ecf@usdoj.gov
aty         Brian Faria             brian@sawtoothlaw.com
aty         Bruce A. Anderson       baafiling@eaidaho.com
aty         Cheryl Rambo            cheryl.rambo@isp.idaho.gov
aty         Connor Bray Edlund      edlund@mwsslawyers.com
aty         D Blair Clark           dbc@dbclarklaw.com
aty         Daniel C Green          dan@racineolson.com
aty         David A Coleman         david@colemanjacobsonlaw.com
aty         David T Krueck          dkrueck@perkinscoie.com
aty         David W. Gadd           dwg@magicvalleylaw.com
aty         Eric R Clark            eclark101@hotmail.com
aty         Evan Thomas Roth        evan@sawtoothlaw.com
aty         Gabriel Luis Olivera    golivera@omm.com
aty         Gery W Edson            gedson@gedson.com
aty         Heidi Buck Morrison     heidi@racineolson.com
aty         Holly Roark             holly@roarklawboise.com
aty         James Niemeier          jniemeier@mcgrathnorth.com
aty         James Justin May        jjm@johnsonmaylaw.com
aty         Janine Patrice Reynard  janine@averylaw.net
aty         Jason Ronald Naess      Jason.r.naess@usdoj.gov
aty         Jed W. Manwaring        jmanwaring@evanskeane.com
aty         John O'Brien            jobrien@spencerfane.com
aty         John D Munding          john@mundinglaw.com
aty         John F Kurtz, Jr        jfk@kurtzlawllc.com
aty         Jon B Evans             evans.jb@dorsey.com
aty         Joseph Mark Wager, Jr.  wager@mwsslawyers.com
aty         Julian Gurule           jgurule@omm.com
aty         Karyn Lloyd             klloyd@grsm.com
aty         Kim J Trout             ktrout@trout–law.com
aty         Kimbell D Gourley       kgourley@idalaw.com
aty         Krystal R. Mikkilineni  krystal.mikkilineni@dentons.com
aty         Laura E Burri           lburri@morrowfischer.com
aty         Louis V. Spiker         louis.spiker@millernash.com
aty         Mark Bradford Perry     mbp@perrylawpc.com
aty         Matthew Kremer          mkremer@omm.com
aty         Matthew A Sturzen       matt@shermlaw.com
aty         Matthew T. Christensen  mtc@johnsonmaylaw.com
aty         Matthew W Grimshaw      matt@grimshawlawgroup.com
aty         Meredith Leigh Thielbahr mthielbahr@grsm.com
aty         Miranda K. Russell      mrussell@mofo.com
aty         Morton R. Branzburg     mbranzburg@klehr.com
aty         Rhett Michael Miller    rmiller@magicvalley.law
aty         Robert A Faucher        rfaucher@hollandhart.com
aty         Robert E Richards       robert.richards@dentons.com
aty         Scott C Powers          spowers@spencerfane.com
aty         Sheila Rae Schwager     sschwager@hawleytroxell.com
aty         Tirzah R. Roussell      tirzah.roussell@dentons.com
aty         William K Carter        kentcarter@grsm.com
aty         Zachary Fairlie         zfairlie@spencerfane.com
                                                                                                        TOTAL: 54

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Millenkamp Cattle, Inc | 471 North 300 West | Jerome, ID 83338 | |
| cr | Rabo AgriFinance LLC | c/o Sheila R. Schwager | P.O. Box 1617 | Boise, ID 83701 |
| cr | Viterra USA Grain, LLC and Viterra USA Ingredients, LLC | c/o Racine Olson, PLLP | P.O. Box 1391 | Pocatello, ID 83204 |
| cr | MetLife Real Estate Lending LLC | c/o Kimbell D. Gourley | 10801 Mastin Blvd Suite 700 | Overland Park, KS 66210 |
| cr | Metropolitan Life Insurance Company | c/o Kimbell D. Gourley | 10801 Mastin BLVD Suite 700 | Overland Park, KS 66210 |
| cr | Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att | Spencer Fane | 1700 Lincoln Street Suite 2000 | Denver, CO 80203 |
| cr | Western States Equipment Co. | 500 East Overland Road | Meridian, ID 83642 | |
| cr | c/o David A. Coleman Youree Land & Livestock, Inc. | Coleman, Ritchie & Jacobson | PO BOX 525 | TWIN FALLS, ID 83303–0525 UNITED STATES |
| cr | c/o David A. Coleman B & H Farming | Coleman, Ritchie & Jacobson | PO BOX 525 | TWIN FALLS, ID 83303–0525 UNITED STATES |
| cr | East Valley Development, LLC | c/o Avery Law | 3090 E Gentry Way, Ste 250 | Meridian, ID 83642 |
| cr | Land View, Inc. | P.O. Box 475 | Rupert, ID 83350 | |
| cr | MWI Veterinarian Supply, Inc. | 3041 W PASADENA DRIVE | Boise, ID 83705 UNITED STATES | |
| cr | Raft River Rural Electric Cooperative, Inc. | c/o Rhett M. Miller | P.O. Box 910 | Burley, ID 83318 |
| cr | Viserion Grain, LLC | c/o Sawtooth Law Offices, PLLC | 213 Canyon Crest Dr., Ste 200 | Twin Falls, ID 83301 UNITED STATES |
| cr | Ad Hoc Committee of Corn Silage Growers | 153 East Main Street | PO Box 168 | Jerome, ID 83338 |
| cr | Progressive Dairy Service & Supply Corp. | 485 S IDAHO ST | WENDELL, ID 83355–5241 | |
| cr | Elevation Electric, LLC | 485 S IDAHO ST | WENDELL, ID 83355–5241 | |
| cr | Bunge Canada C/O David D. Farrell | David D. Farrell. Esq. | One Bank Plaza Suite 2700 | St. Louis, MO 63101 |
| intp | Glanbia Foods Inc | c/o Robert A Faucher | POB 2527 | Boise, ID 83701 |
| intp | Sandton Capital Partners LP | 16 W 46th Street, 1st Floor | New York, NY 10036 | |
| cr | Automation Werx, LLC | Morrow & Fischer, PLLC | 4 Ogden Avenue | Nampa, ID 83651 |
| cr | Wilbur–Ellis Company LLC | c/o Matthew A. Sturzen | P.O. Box 2247 | Salem, OR 97308 |
| cr | PerforMix Nutrition Systems, LLC | MUNDING, P.S. | 309 E. FARWELL RD., STE 310 | Spokane, WA 99218 UNITED STATES |
| cr | Idaho State Brand Department | 700 S. Stratford Dr. | Meridian, ID 83642 UNITED STATES | |
| cr | Moss Grain Partnership | c/o Rhett M. Miller | P.O. Box 910 | Burley, ID 83318 |
| cr | Moss Farms Operations, LLC | c/o Rhett M. Miller | P.O. Box 910 | Burley, ID 83318 |
| cr | United Electric Co–op, Inc. | c/o Rhett M. Miller | P.O. Box 910 | Burley, ID 83318 |
| cr | Standlee Ag Resources | c/o Miller Nash LLP | 950 W Bannock St, Ste 1100 | Boise, ID 83702 |
| cr | Burks Tractor Company, Inc. | 3140 Kimberly Road | Twin Falls, ID 83301 | |
| cr | Blue Cross of Idaho Health Service, Inc | c/o Law Office of D. Blair Clark PC | 967 East Parkcenter Boulevard, #282 | Boise, ID 83706 UNITED STATES |
| aty | Matthew T. Christensen | 199 N. Capitol Blvd. | Ste 200 | Boise, ID 83702 |
| aty | Krystal R Mikkilineni | Dentons Davis Brown | 215 10th St Ste 1300 | Des Moines, IA 50309 |
| crcm | Bruce A. Anderson | 320 East Neider Avenue | Suite 102 | Coeur d'Alene, ID 83815 |
| r | Schuil Ag Real Estate Inc | 5020 W Mineral King Ave | Visalia, CA 93291 | |
| app | Gale W. Harding and Associates | 329 W 7th S | Rexburg, ID 83440 | |
| app | Davis Livestock, Inc. | 780 E Cannibal Rd | Lewiston, UT 84320 | |
| br | The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker | 6400 S Fiddlers Green Circle Suite 850 | Greenwood Village, CO 80111 | |
| cr | Rexel USA, Inc dba Platt Electric Supply | McConnell Wagner Sykes + Stacey PLLC | 827 E. Park Blvd, Ste. 201 | Boise, ID 83712 |
| cr | Amalgamated Sugar Company | 1951 S. Saturn Way | Suite 100 | Boise, ID 83709 |
| aty | Bruce A. Anderson | 320 East Neider Avenue | Suite 102 | Coeur d'Alene, ID 83815 |
| intp | William Millenkamp | 473 S 300 W | Jerome, ID 83338 | |
| cr | Valley Wide Cooperative Inc. | c/o David W. Gadd, Stover, Gadd & Assoc. | P.O. Box 1428 | Twin Falls, ID 83303–1428 |
| intp | Idaho AgCredit | c/o Daniel C. Green | Racine Olson, PLLP P. O. Box 1391 | Pocatello, ID 83201 |
| aty | Julian Gurule | O'Melveny & Meyers LLP | 400 South Hope Street Suite 1900 | Los Angeles, CA 90071 |
| acc | Cooper Norman | PO Box 5399 | Twin Falls, ID 83303 | |
| app | Summit Ag Appraisal Inc | 995 S 1150 E | Albion, ID 83311 | |
| fa | Amory Securities LLC | 200 North Pacific Hwy | Suite 1525 | El Segundo, CA 90245 |
| aty | Adam A Lewis | Morrison & Foerster LLP | 425 Market Street | San Francisco, CA 94105 |
| aty | Andrew Schoulder | 1301 Avenue of The Americas | New York, NY 10019–6022 | |
| aty | Domenic E Pacitti | Klehr Harrison Harvey Branzburg LLP | 919 Market Street Suite 1000 | Wilmington, DE 19801 |
| aty | Gabriel L Olivera | 7 Times Square | New York, NY 10036 | |
| aty | James J Niemeier | McGrath North Mullin & Kratz, PC LLO | 1601 Dodge Street Ste 3700 | Omaha, NE 68102 |
| aty | John O'Brien | Spencer Fane LLP | 1700 Lincoln Steet Suite 2000 | Denver, CO 80203 |
| aty | Julian Gurule | 400 South Hope Street | Suite 1900 | Los Angeles, CA 90071 |
| aty | Karyn Lloyd | Gordon Rees Scully Mansukhani, LLP | 999 W Main Street 100 | Boise, ID 83702 |
| aty | Krystal R Mikkilineni | Dentons Davis Brown | 215 10th St Ste 1300 | Des Moines, IA 50309 |
| aty | Matthew Kremer | 7 Times Square | New York, NY 10036 | |
| aty | Michael R Stewart | 2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402 |
| aty | Miranda Russell | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019 |
| aty | Morton R Branzburg | Klehr Harrison Harvey Branzburg LLP | 1835 Market St Suite 1400 | Philadelphia, PA 19103 |

| | | | | | |
|---|---|---|---|---|---|
| aty | Nikolaus F Schandlbauer | 20 F Street NW | Suite 500 | Washington DC 20001 | |
| aty | Oren Buchanan Haker | Black Helterline LLP, | 805 SW Broadway | Suite 1900 | Portland, OR 97205 |
| aty | Richard Bernard | 1177 Avenue of the Americas | 41st Floor | New York, NY 10036 | |
| aty | Robert E. Richards | 233 South Wacker Drive | Suite 5900 | Chicago, IL 60606–6361 | |
| aty | Ron C Bingham, II | 3424 Peachtree Road NE | Suite 1600 | Atlanta, GA 30326 | |
| aty | Scott F Gautier | 1800 Century Park East | Ste 1500 | Los Angeles, CA 90067 | |
| aty | Tirzah R. Roussell | 215 10th Street | Suite 1300 | Des Moines, IA 50309 | |
| aty | W. Kent Carter | One North Franklin | Suite 800 | Chicago, IL 60606 | |
| aty | Zachary Fairlie | Spencer Fane LLP | 1000 Walnut Street | Suite 1400 | Kansas City, MO 64106 |
| aty | Zachery J McCraney | Holland & Hart | Po Box 2527 | 800 W Main Street | Suite 1750    Boise, ID 83701 |

TOTAL: 70