Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax:  (208) 667-2900
brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
       golivera@omm.com

*Attorneys for the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: | |
| MILLENKAMP CATTLE, INC., | Case No.: 24-40158-NGH |
| Debtor. | Jointly Administered With Case Nos.: |
| | 24-40159-NGH (Idaho Jersey Girls) |
| Filing relates to: | 24-40160-NGH (East Valley Cattle) |
| | 24-40161-NGH (Millenkamp Properties) |
| ☒ ALL DEBTORS | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Cattle, Inc. | 24-40163-NGH (Millenkamp Family) |
| ☐ Idaho Jersey Girls | 24-40164-NGH (Goose Ranch) |
| ☐ East Valley Cattle | 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Properties | 24-40167-NGH (Millenkamp Enterprises) |

CERTIFICATE OF SERVICE  - 1

|  |  |
|---|---|
| ☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

# **CERTIFICATE OF SERVICE**

I certify that on August 20, 2024, in accordance with Fed. R. Civ. P. 5(b)(3), true copies of the following were served via regular first-class mail, postage prepaid, on the parties listed below, those requesting notice, and the 20 largest unsecured creditors, except those already receiving ECF, and duplicates.

#571 – O'Melveny & Myers LLP's Cover Sheet Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period July 1, 2024 through July 31, 2024.

#572 – Notice of O'Melveny & Myers LLP's Cover Sheet Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period of July 1, 2024 through July 31, 2024.

| | |
|---|---|
| IRS Centralized Insolvency Op.<br>Post Office Box 7346<br>Philadelphia PA 19101 | Idaho State Tax Commission<br>PO Box 36<br>Boise, ID  83722-0036 |

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  August 21, 2024            ELSAESSER ANDERSON, CHTD.

*/s/ Bruce A. Anderson*
Bruce A. Anderson

CERTIFICATE OF SERVICE  - 2