Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>　　　　　Debtor. | Case No. 24-40158-NGH<br>Chapter 11 |
| Filing relates to:<br><br>☒　ALL DEBTORS<br>☐　Millenkamp Cattle, Inc.<br>☐　Idaho Jersey Girls<br>☐　East Valley Cattle<br>☐　Millenkamp Properties<br>☐　Millenkamp Properties II<br>☐　Millenkamp Family<br>☐　Goose Ranch<br>☐　Black Pine Cattle<br>☐　Millenkamp Enterprises<br>☐　Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**REQUEST FOR NOTICE**

NOTICE IS HEREBY GIVEN that Thomas E. Dvorak of Givens Pursley LLP, Special Counsel for the Debtor, hereby requests notice of all hearings, pleadings, and other papers

REQUEST FOR NOTICE - 1

in this matter by ECF service or mailing such to Thomas E. Dvorak at Givens Pursley LLP, 601 W. Bannock St., Boise, Idaho 83701.

DATED this 27th day of August, 2024.

G<small>IVENS</small> P<small>URSLEY</small> LLP


By  /s/ Thomas E. Dvorak
    Thomas E. Dvorak – Of the Firm
    Special Counsel for the Debtors

`

**REQUEST FOR NOTICE - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of August, 2024, I filed the foregoing **REQUEST FOR NOTICE** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**Morton R. Branzburg**
mbranzburg@klehr.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**William K. Carter**
kentcarter@grsm.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**REQUEST FOR NOTICE - 3**

**Brian Faria**
brian@sawtoothlaw.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**Adam Aiken Lewis**
alewis@mofo.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**John D. Munding**
john@mundinglaw.com

**James Niemeier**
jniemeier@mcgrathnorth.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Karyn Lloyd**
klloyd@grsm.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**REQUEST FOR NOTICE** - 4

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Miranda K. Russell**
mrussell@mofo.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Kim J. Trout**
ktrout@trout-law.com

**REQUEST FOR NOTICE - 5**

| | |
|---|---|
| **Joseph Mark Wager** | **Brent R. Wilson** |
| wager@mwsslawyers.com | bwilson@hawleytroxell.com |
| wstewart@mwsslawyers.com | amay@hawleytroxell.com |
| seannegan@sneganlaw.con | |
| reception@mwsslawyers.com | |

        AND, I FURTHER CERTIFY that on such date I served the foregoing **REQUEST FOR NOTICE** on the following non-CM/ECF Registered Participants in the manner indicated:

Millenkamp Cattle, Inc  
471 North 300 West  
Jerome, ID 83338  
    (X) U.S. Mail, Postage Prepaid  
    ( ) Hand Delivered  
    ( ) Overnight Mail  
    ( ) Facsimile

Richard Bernard  
1177 Avenue of the Americas  
41st Floor  
New York, NY 10036  
    (X) U.S. Mail, Postage Prepaid  
    ( ) Hand Delivered  
    ( ) Overnight Mail  
    ( ) Facsimile

Ron C. Bingham  
3424 Peachtree Road NE, Ste. 1600  
Atlanta, GA 30326  
    (X) U.S. Mail, Postage Prepaid  
    ( ) Hand Delivered  
    ( ) Overnight Mail  
    ( ) Facsimile

Morton R Branzburg  
Klehr Harrison Harvey Branzburg LLP  
1835 Market St., Ste. 1400  
Philadelphia, PA 19103  
    (X) U.S. Mail, Postage Prepaid  
    ( ) Hand Delivered  
    ( ) Overnight Mail  
    ( ) Facsimile

Bunge Canada C/O David D. Farrell  
David D. Farrell. Esq.  
One Bank Plaza, Ste. 2700  
St. Louis, MO 63101  
    (X) U.S. Mail, Postage Prepaid  
    ( ) Hand Delivered  
    ( ) Overnight Mail  
    ( ) Facsimile

W. Kent Carter  
One North Franklin, Ste. 800  
Chicago, IL 60606  
    (X) U.S. Mail, Postage Prepaid  
    ( ) Hand Delivered  
    ( ) Overnight Mail  
    ( ) Facsimile

Davis Livestock, Inc.  
780 E Cannibal Rd  
Lewiston, UT 84320  
    (X) U.S. Mail, Postage Prepaid  
    ( ) Hand Delivered  
    ( ) Overnight Mail  
    ( ) Facsimile

| | |
|---|---|
| Scott F. Gautier<br>1800 Century Park East, Ste. 1500<br>Los Angeles, CA 90067 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Oren Buchanan Haker<br>Black Helterline LLP<br>805 SW Broadway, Ste. 1900<br>Portland, OR 97205 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Zachery J McCraney<br>Holland & Hart<br>P.O. Box 2527<br>800 W Main Street, Ste 1750<br>Boise, ID 83701 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Cooper Norman<br>P.O. Box 5399<br>Twin Falls, ID 83303 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Domenic E Pacitti<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Ste. 1000<br>Wilmington, DE 19801 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Nikolaus F Schandlbauer<br>20 F Street NW, Ste. 500<br>Washington DC, 20001 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Michael R Stewart<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Summit Ag Appraisal Inc<br>995 S 1150 E<br>Albion, ID 83311 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

**REQUEST FOR NOTICE** - 7

| | |
|---|---|
| The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker<br>6400 S Fiddlers Green Circle, Ste. 850<br>Greenwood Village, CO 80111 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

    */s/ Thomas E. Dvorak*
    Thomas E. Dvorak

REQUEST FOR NOTICE - 8