Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH<br>Chapter 11 |
| Filing relates to:<br><br>☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JULY 2024 - 1**

**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR
ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR JULY 2024**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR,S COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER
INTERESTED PARTIES**

   **PLEASE TAKE NOTICE** that the professionals listed on **Exhibit A** hereto (the

"<u>Professionals</u>") have applied to the United States Bankruptcy Court for the District of Idaho for

allowance and payment of interim compensation for services rendered and reimbursement of

expenses incurred during the period commencing July 1, 2024, and ending July 31, 2024 (the

"<u>Application Period</u>").  As detailed on Exhibit A, the Professionals seek allowance and payment

of interim compensation for 75% of fees for services rendered, plus 100% of the interim expenses

incurred during the Application Period.

   Pursuant to the *Order Establishing Interim Fee and Expense Reimbursement

Procedures* (Dkt. 303), entered on May 16, 2024, any party objecting to the allowance and

payment of interim compensation and reimbursement of expenses as requested must file a written

objection with the Court and serve a copy of that objection within fourteen (14) calendar days after

the date of mailing of this notice on the Office of the United States trustee, the Debtors, and any

Official Committee of Unsecured Creditors appointed herein.

   If any objection is timely filed and served, the Debtors will pay the Professionals

whose application is the subject of an objection only those amounts not in dispute, until the Court

hears and resolves such disputes.

   DATE OF MAILING August 27, 2024.

DATED this 27th day of August, 2024.

GIVENS PURSLEY LLP


By _/s/ Thomas E. Dvorak_____
    Thomas E. Dvorak – Of the Firm
    Special Counsel for the Debtors

`

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of August, 2024, I filed the foregoing **NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JULY 2024** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Morton R. Branzburg**
mbranzburg@klehr.com

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**William K. Carter**
kentcarter@grsm.com

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**Brian Faria**
brian@sawtoothlaw.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Adam Aiken Lewis**
alewis@mofo.com

**Karyn Lloyd**
klloyd@grsm.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**John D. Munding**
john@mundinglaw.com

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**James Niemeier**
jniemeier@mcgrathnorth.com

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**Joseph Mark Wager**                          **Brent R. Wilson**
wager@mwsslawyers.com                          bwilson@hawleytroxell.com
wstewart@mwsslawyers.com                       amay@hawleytroxell.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

        AND, I FURTHER CERTIFY that on such date I served the foregoing **NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JULY 2024** on the following non-CM/ECF Registered Participants in the manner indicated:

Millenkamp Cattle, Inc                         (X) U.S. Mail, Postage Prepaid
471 North 300 West                             ( ) Hand Delivered
Jerome, ID 83338                               ( ) Overnight Mail
                                               ( ) Facsimile

Richard Bernard                                (X) U.S. Mail, Postage Prepaid
1177 Avenue of the Americas                    ( ) Hand Delivered
41st Floor                                     ( ) Overnight Mail
New York, NY 10036                             ( ) Facsimile

Ron C. Bingham                                 (X) U.S. Mail, Postage Prepaid
3424 Peachtree Road NE, Ste. 1600              ( ) Hand Delivered
Atlanta, GA 30326                              ( ) Overnight Mail
                                               ( ) Facsimile

Morton R Branzburg                             (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP            ( ) Hand Delivered
1835 Market St., Ste. 1400                     ( ) Overnight Mail
Philadelphia, PA 19103                         ( ) Facsimile

Bunge Canada C/O David D. Farrell              (X) U.S. Mail, Postage Prepaid
David D. Farrell. Esq.                         ( ) Hand Delivered
One Bank Plaza, Ste. 2700                      ( ) Overnight Mail
St. Louis, MO 63101                            ( ) Facsimile

W. Kent Carter                                 (X) U.S. Mail, Postage Prepaid
One North Franklin, Ste. 800                   ( ) Hand Delivered
Chicago, IL 60606                              ( ) Overnight Mail
                                               ( ) Facsimile

Davis Livestock, Inc.                       (X) U.S. Mail, Postage Prepaid
780 E Cannibal Rd                           ( ) Hand Delivered
Lewiston, UT 84320                          ( ) Overnight Mail
                                            ( ) Facsimile


Scott F. Gautier                            (X) U.S. Mail, Postage Prepaid
1800 Century Park East, Ste. 1500           ( ) Hand Delivered
Los Angeles, CA 90067                       ( ) Overnight Mail
                                            ( ) Facsimile


Oren Buchanan Haker                         (X) U.S. Mail, Postage Prepaid
Black Helterline LLP                        ( ) Hand Delivered
805 SW Broadway, Ste. 1900                  ( ) Overnight Mail
Portland, OR 97205                          ( ) Facsimile


Zachery J McCraney                          (X) U.S. Mail, Postage Prepaid
Holland & Hart                              ( ) Hand Delivered
P.O. Box 2527                               ( ) Overnight Mail
800 W Main Street, Ste 1750                 ( ) Facsimile
Boise, ID 83701


Cooper Norman                               (X) U.S. Mail, Postage Prepaid
P.O. Box 5399                               ( ) Hand Delivered
Twin Falls, ID 83303                        ( ) Overnight Mail
                                            ( ) Facsimile


Domenic E Pacitti                           (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP         ( ) Hand Delivered
919 Market Street, Ste. 1000                ( ) Overnight Mail
Wilmington, DE 19801                        ( ) Facsimile


Nikolaus F Schandlbauer                     (X) U.S. Mail, Postage Prepaid
20 F Street NW, Ste. 500                    ( ) Hand Delivered
Washington DC, 20001                        ( ) Overnight Mail
                                            ( ) Facsimile


Michael R Stewart                           (X) U.S. Mail, Postage Prepaid
2200 Wells Fargo Center                     ( ) Hand Delivered
90 South Seventh Street                     ( ) Overnight Mail
Minneapolis, MN 55402                       ( ) Facsimile


**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
JULY 2024 - 8**

Summit Ag Appraisal Inc                          (X) U.S. Mail, Postage Prepaid
995 S 1150 E                                     ( ) Hand Delivered
Albion, ID 83311                                 ( ) Overnight Mail
                                                 ( ) Facsimile


The Forbes Securities Group LLC, DBA Forbes      (X) U.S. Mail, Postage Prepaid
Partners as Investment Banker                    ( ) Hand Delivered
6400 S Fiddlers Green Circle, Ste. 850           ( ) Overnight Mail
Greenwood Village, CO 80111                      ( ) Facsimile


                                                 _*/s/ Thomas E. Dvorak*_____
                                                 Thomas E. Dvorak

Exhibit A

Exhibit A

Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho 83701
Telephone (208) 388-1200
Facsimile (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>       Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br>Chapter 11<br><br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024 - 1**

### GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024

Givens Pursley LLP (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of July 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Dkt. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.    The Firm is Special Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor") by virtue of the Application to Employ Special Counsel for Debtor in Possession (Dkt. 511) and the Court's Order Authorizing Employment of Special Counsel (Dkt. 577), entered on August 27, 2024. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.    The Firm billed a total of $2,525.00 in fees and expenses during the Application Period. The total fees represent 6.10  hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|--------|------|----------|-------|
| July 1-31, 2024 | $2,525.00 | $0.00 | $2,525.00 |

C.    Accordingly, the Firm seeks allowance of interim compensation in the amount of $1,893.75 at this time. This total is comprised as follows: $1,893.75 (75% of the fees for services rendered) and $0.00 in costs (100% of the expenses incurred).

Attached hereto as **Exhibit A** is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

D.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

E.      The Firm does not have any funds in its client trust account on behalf of the Debtor. Accordingly, the Debtor will pay the full requested amount of $1,893.75 from its accounts at its discretion.

WHEREFORE, the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATED this 27th day of August, 2024.

GIVENS PURSLEY LLP


By  _/s/ Thomas E. Dvorak_____
        Thomas E. Dvorak – Of the Firm
        Special Counsel for the Debtors

`

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of August, 2024, I filed the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Morton R. Branzburg**
mbranzburg@klehr.com

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**William K. Carter**
kentcarter@grsm.com

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024 - 4**

**Brian Faria**
brian@sawtoothlaw.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Adam Aiken Lewis**
alewis@mofo.com

**Karyn Lloyd**
klloyd@grsm.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**John D. Munding**
john@mundinglaw.com

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**James Niemeier**
jniemeier@mcgrathnorth.com

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024 - 5**

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-
9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**Joseph Mark Wager**                          **Brent R. Wilson**
wager@mwsslawyers.com                         bwilson@hawleytroxell.com
wstewart@mwsslawyers.com                       amay@hawleytroxell.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

        AND, I FURTHER CERTIFY that on such date I served the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024** on the following non-CM/ECF Registered Participants in the manner indicated:

Millenkamp Cattle, Inc                         (X) U.S. Mail, Postage Prepaid
471 North 300 West                             ( ) Hand Delivered
Jerome, ID 83338                               ( ) Overnight Mail
                                               ( ) Facsimile

Richard Bernard                                (X) U.S. Mail, Postage Prepaid
1177 Avenue of the Americas                    ( ) Hand Delivered
41st Floor                                     ( ) Overnight Mail
New York, NY 10036                             ( ) Facsimile

Ron C. Bingham                                 (X) U.S. Mail, Postage Prepaid
3424 Peachtree Road NE, Ste. 1600              ( ) Hand Delivered
Atlanta, GA 30326                              ( ) Overnight Mail
                                               ( ) Facsimile

Morton R Branzburg                             (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP            ( ) Hand Delivered
1835 Market St., Ste. 1400                     ( ) Overnight Mail
Philadelphia, PA 19103                         ( ) Facsimile

Bunge Canada C/O David D. Farrell              (X) U.S. Mail, Postage Prepaid
David D. Farrell. Esq.                         ( ) Hand Delivered
One Bank Plaza, Ste. 2700                      ( ) Overnight Mail
St. Louis, MO 63101                            ( ) Facsimile

W. Kent Carter                                 (X) U.S. Mail, Postage Prepaid
One North Franklin, Ste. 800                   ( ) Hand Delivered
Chicago, IL 60606                              ( ) Overnight Mail
                                               ( ) Facsimile

Davis Livestock, Inc.                          (X) U.S. Mail, Postage Prepaid
780 E Cannibal Rd                              ( ) Hand Delivered
Lewiston, UT 84320                             ( ) Overnight Mail
                                               ( ) Facsimile


Scott F. Gautier                               (X) U.S. Mail, Postage Prepaid
1800 Century Park East, Ste. 1500             ( ) Hand Delivered
Los Angeles, CA 90067                          ( ) Overnight Mail
                                               ( ) Facsimile


Oren Buchanan Haker                            (X) U.S. Mail, Postage Prepaid
Black Helterline LLP                           ( ) Hand Delivered
805 SW Broadway, Ste. 1900                     ( ) Overnight Mail
Portland, OR 97205                             ( ) Facsimile


Zachery J McCraney                             (X) U.S. Mail, Postage Prepaid
Holland & Hart                                 ( ) Hand Delivered
P.O. Box 2527                                  ( ) Overnight Mail
800 W Main Street, Ste 1750                    ( ) Facsimile
Boise, ID 83701


Cooper Norman                                  (X) U.S. Mail, Postage Prepaid
P.O. Box 5399                                  ( ) Hand Delivered
Twin Falls, ID 83303                           ( ) Overnight Mail
                                               ( ) Facsimile


Domenic E Pacitti                              (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP            ( ) Hand Delivered
919 Market Street, Ste. 1000                   ( ) Overnight Mail
Wilmington, DE 19801                           ( ) Facsimile


Nikolaus F Schandlbauer                        (X) U.S. Mail, Postage Prepaid
20 F Street NW, Ste. 500                       ( ) Hand Delivered
Washington DC, 20001                           ( ) Overnight Mail
                                               ( ) Facsimile


Michael R Stewart                              (X) U.S. Mail, Postage Prepaid
2200 Wells Fargo Center                        ( ) Hand Delivered
90 South Seventh Street                        ( ) Overnight Mail
Minneapolis, MN 55402                          ( ) Facsimile


**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY
2024 - 8**

Summit Ag Appraisal Inc            (X) U.S. Mail, Postage Prepaid
995 S 1150 E                      ( ) Hand Delivered
Albion, ID 83311                ( ) Overnight Mail
                                     ( ) Facsimile

The Forbes Securities Group LLC, DBA Forbes    (X) U.S. Mail, Postage Prepaid
Partners as Investment Banker              ( ) Hand Delivered
6400 S Fiddlers Green Circle, Ste. 850       ( ) Overnight Mail
Greenwood Village, CO 80111            ( ) Facsimile

                                     */s/ Thomas E. Dvorak*
                                     Thomas E. Dvorak

Exhibit A

Exhibit A

**Time Report from July 22 - July 31, 2024**

| Date | Initials | Professional Name | Units | Rate | Amount | Narrative |
|------|----------|-------------------|-------|------|--------|-----------|
| **B120 - ASSET ANALYSIS AND RECOVERY** | | | | | | |
| 07/24/2024 | TED | Thomas E. Dvorak | 0.50 | $450.00 | $225.00 | Telephone conference with D. Heida regarding background and need to initiate narration. |
| 07/25/2024 | JJB | Jason J. Blakley | 0.60 | $350.00 | $210.00 | Call with client, D. Heida, and T. Dvorak to discuss facts and strategy related to the digester dispute. |
| 07/25/2024 | JJB | Jason J. Blakley | 0.90 | $350.00 | $315.00 | Begin assimilating correspondence and documentation provided by D. Heida related to the same and ascertaining strategy. |
| 07/25/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Receive and review background documents sent by D. Heida. |
| 07/25/2024 | TED | Thomas E. Dvorak | 0.60 | $450.00 | $270.00 | Telephone conference with D. Heida do and B. Millenkamp regarding background and need to draft arbitration complaint. |
| 07/25/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Office conference regarding background and arbitration complaint. |
| | | | **3.20** | | **$1,290.00** | |
| | | | | | | |
| **B210 - BUSINESS OPERATIONS** | | | | | | |
| 07/30/2024 | CSB | Charlie Baser | 0.20 | $325.00 | $65.00 | Attention to request for recorded memo of ground lease from T. Horn. |
| 07/31/2024 | CSB | Charlie Baser | 0.40 | $325.00 | $130.00 | Attention to East Valley Development's request for recorded memo of ground lease. |
| 07/31/2024 | CSB | Charlie Baser | 0.30 | $325.00 | $97.50 | Email correspondence with TitleOne, E. Miller, and M. Barnes memorandum of ground lease. |
| 07/31/2024 | CSB | Charlie Baser | 0.70 | $325.00 | $227.50 | Phone calls with E. Miller and M. Barnes regarding ground lease. |
| 07/31/2024 | LEM | L. Edward Miller | 0.40 | $550.00 | $220.00 | Attention to Clean Energy legal counsel request for Lease Memo and related documents. |
| 07/31/2024 | LEM | L. Edward Miller | 0.40 | $550.00 | $220.00 | Call with C. Baser regarding Lease Memo and related documents. |
| 07/31/2024 | LEM | L. Edward Miller | 0.50 | $550.00 | $275.00 | Review email history of Memo execution. |
| | | | **2.90** | | **$1,235.00** | |
| | | **GRAND TOTAL:** | **6.10** | | **$2,525.00** | |

Staff Summary:

| | Initials | Professional Name | Units | Rate | Amount |
|---|----------|-------------------|-------|------|--------|
| | CSB | Charlie S. Baser | 1.60 | $325.00 | $520.00 |
| | JJB | Jason J. Blakley | 1.50 | $350.00 | $525.00 |
| | LEM | L. Edward Miller | 1.30 | $550.00 | $715.00 |
| | TED | Thomas E. Dvorak | 1.70 | $450.00 | $765.00 |
| | | | 6.10 | | $2,525.00 |