Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
          golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

NOTICE OF ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**NOTICE OF ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2024 THROUGH JULY 31, 2024**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing July 1, 2024 and ending July 31, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtors, and the Official Committee of Unsecured Creditors.

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: August 27, 2024

Date: August 27, 2024

                                               */s/Bruce A. Anderson*
                                               ELSAESSER ANDERSON, CHTD.
                                               Bruce A. Anderson

                                               *Attorneys for the Official Committee*
                                               *of Unsecured Creditors*

NOTICE ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024 - 3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| Alexanra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | eclark@eclarkattorney.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| David W. Gadd | dwg@magicvalleylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalleylaw.com |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Gabriel Luis Olivera | golivera@omm.com |
| Mark Bradford Perry | mbp@perrylawpc.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |

NOTICE ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024 - 4

| | |
|---|---|
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Joseph Mark Wager | wager@mwsslawyers.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

I further certify that on August 27, 2024, I sent the foregoing to the following parties via U.S. Mail, postage prepaid.

| | | |
|---|---|---|
| Aden Brook Trading Corp<br>Box 217<br>Montgomery NY 12549 | Bunge Canada<br>C/O David D. Farrell. Esq.<br>One Bank Plaza, Suite 2700<br>St. Louis, MO 63101 | Brett Jensen Farms<br>2000 W 113 N.<br>Idaho Falls ID 83402 |
| ABS Global<br>Box 22144<br>Network Place<br>Chicago IL 60673-1221 | The Dairy Solutions Group<br>396 Railway St.<br>Jerome ID 83338 | Carne I Corp<br>134 E Highway 81<br>Burley ID 83318 |
| Clear Lakes Products<br>PO Box 246<br>Buhl ID 83316 | Clear Water Products LLC<br>1834 1st Ave.<br>Greeley CO 80631 | Green Source Automation<br>3506 Moore Rd.<br>Ceres CA 95307 |
| J.D. Heiskell & Co.<br>139 River Vista Place, Ste 102<br>Twin Falls ID 83301 | Receptor Food Group<br>PO Box 475<br>Rupert ID 83350 | Rangen<br>PO Box 706<br>Buhl, ID 83316 |
| Westway Feed Products<br>365 Canal St., Ste 2929<br>New Orleans LA 70130 | IRS<br>Centralized Insolvency Oper.<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Idaho State Tax Commission<br>PO Box 36<br>Boise, ID  83722-0036 |

Dated this 27th day of August 2024.

                                                   /s/ Bruce A. Anderson
                                                    Bruce A. Anderson

Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2150
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
       golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024 - 1

| ☐ Millenkamp Properties | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2024 THROUGH JULY 31, 2024**

Elsaesser Anderson, Chtd. (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the period July 1, 2024 through July 31, 2024 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1. The Firm is counsel to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of **$2,430.77** in fees and expenses during the Application Period. The total fees represent **6.0** hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| July 1, 2024 – July 31, 2024 | $2,400.00 | $30.77 | $2,430.77 |

ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024 - 2

3. Accordingly, the Firm seeks allowance of interim compensation in the amount of $1,830.77 at this time. This total is comprised as follows: $1,800.00 (75% of the fees for services rendered) plus $30.77 (100% of the expenses incurred).

4. Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: August 27, 2024

                                                        /s/Bruce A. Anderson
                                                        ELSAESSER ANDERSON, CHTD.
                                                        Bruce A. Anderson

                                                        *Attorney for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| Alexanra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | eclark@eclarkattorney.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| David W. Gadd | dwg@magicvalleylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalleylaw.com |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Gabriel Luis Olivera | golivera@omm.com |
| Mark Bradford Perry | mbp@perrylawpc.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | |

ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024 - 4

| | |
|---|---|
| Sheila R. Schwager | andrew.schoulder@nortonrosefulbright.com |
| Louis V. Spiker | sschwager@hawleytroxell.com |
| Matthew A. Sturzen | louis.spiker@millernash.com |
| Meredith L. Thielbahr | matt@shermlaw.com |
| Kim J. Trout | mthielbahr@grsm.com |
| Joseph Mark Wager | ktrout@trout-law.com |
| Brent R. Wilson | wager@mwsslawyers.com |
| | bwilson@hawleytroxell.com |

I further certify that on August 27, 2024, I sent the foregoing to the following parties via U.S. Mail, postage prepaid.

| | | |
|---|---|---|
| Aden Brook Trading Corp<br>Box 217<br>Montgomery NY 12549 | Bunge Canada<br>C/O David D. Farrell. Esq.<br>One Bank Plaza, Suite 2700<br>St. Louis, MO 63101 | Brett Jensen Farms<br>2000 W 113 N.<br>Idaho Falls ID 83402 |
| ABS Global<br>Box 22144<br>Network Place<br>Chicago IL 60673-1221 | The Dairy Solutions Group<br>396 Railway St.<br>Jerome ID 83338 | Carne I Corp<br>134 E Highway 81<br>Burley ID 83318 |
| Clear Lakes Products<br>PO Box 246<br>Buhl ID 83316 | Clear Water Products LLC<br>1834 1st Ave.<br>Greeley CO 80631 | Green Source Automation<br>3506 Moore Rd.<br>Ceres CA 95307 |
| J.D. Heiskell & Co.<br>139 River Vista Place, Ste 102<br>Twin Falls ID 83301 | Receptor Food Group<br>PO Box 475<br>Rupert ID 83350 | Rangen<br>PO Box 706<br>Buhl, ID 83316 |
| Westway Feed Products<br>365 Canal St., Ste 2929<br>New Orleans LA 70130 | IRS<br>Centralized Insolvency Oper.<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Idaho State Tax Commission<br>PO Box 36<br>Boise, ID 83722-0036 |

Dated this 27th day of August 2024.

                                                                                                        */s/ Bruce A. Anderson*
                                                                                                             Bruce A. Anderson

## Exhibit A

Invoice

# Elsaesser Anderson, Chtd.
## 320 East Neider Suite 102, Coeur d'Alene, ID 83815

**Millenkamp Cattle, Inc. UCC**
Attn: Dan Noble and Greg Zematis
Jerome, ID 83338

**Invoice # 17734**

Invoice Date: 08/26/24
Services Through: 07/31/24

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | 004 - Millenkamp UCC (Professional Services) | | | |
| | | **04 Case Administration:** Coordination and compliance activities not specifically covered by another category. | | | |
| | | **Reporting:** Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories. | | | |
| 07/01/24 | BA | Review Docket #468 Valleywide's Notice of Motion for allowance of administrative claims (.1). | 0.10 | 400.00 | $40.00 |
| 07/03/24 | BA | Receive and review Docket #475 Debtor's Objection to Motion for Relief from Stay (.1); receive and review Docket #475 Motion to Amend Order on Amended Motion to Allow and Pay Section 503(b)(9) Claims (related document(s)[308] (.1). | 0.20 | 400.00 | $80.00 |
| 07/18/24 | BA | Attend (by telephone) hearing on various matters (.8); memo from Matthew Kremer regarding today's hearing (.1); review Order extending exclusivity periods (Docket # 507) (.1). | 0.90 | 400.00 | $360.00 |
| | | | Hours | | 1.20 |
| | | | Labor: | | $480.00 |
| | | | Invoice Amount: | | $480.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | 007 (Professional Services) | | | |
| | | **007 - Preparation of employment and fee applications for self or others; motions to establish interim procedures.** | | | |
| 07/02/24 | BA | Memo from Gabriel Olivera regarding retention of Amory employment application (.1); file statement of no objection regarding Docket #354 Application to Employ Armory Securities, LLC as Financial Advisors (.1). | 0.20 | 400.00 | $80.00 |
| 07/16/24 | BA | Memos from and to Gabriel Olivera regarding Amory Securities (.1); review and submit Order regarding employment of Amory Securities (.1). | 0.20 | 400.00 | $80.00 |
| 07/17/24 | BA | Memos to and from Gabriel Olivera regarding upcoming hearing (.1). | 0.10 | 400.00 | $40.00 |
| 07/18/24 | BA | Memo to Matthew Kremer regarding Amory Securities employment application (.2); memo from Court regarding Amory Securities, set for hearing (.1); memo to Team regarding setting Amory employment application for hearing (.2); memo from Gabriel Olivera regarding setting application for hearing (.1). | 0.60 | 400.00 | $240.00 |

Telephone/Fax: (208) 667-2900

Page: 1 of 3

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 07/19/24 | BA | Draft and file Notice of Hearing regarding Amory Securities employment application (.5). | 0.50 | 400.00 | $200.00 |
| 07/30/24 | BA | Teleconference with Gabriel Olivera regarding motions for interim distributions for May 2024 and June 2024 (.1); review Order regarding filing of interim distributions (.1); review OMelveny & Myers cover sheet applications and notices for May and June 2024 (.1); draft and file motions and notices for May and June 2024 (2.0). | 2.30 | 400.00 | $920.00 |
| 07/31/24 | BA | Draft and file Certificate of Service of Motions and Notices, and serve motions and notices on non-ecf participants (.2). | 0.20 | 400.00 | $80.00 |
| | | | Hours | | 4.10 |
| | | | Labor: | | $1,640.00 |
| | | | Invoice Amount: | | $1,640.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| | | In Reference To: **008 - Review of Fee and Employment Applications (Professional Services)** | | | |
| | | **Fee/Employment Objections: Review of and objections to the employment and fee applications of others.** | | | |
| 07/01/24 | BA | Review Docket # 470 Debtor's Motion for Interim Distribution for Schuil Ag Real Estate, Inc. (.1). | 0.20 | 400.00 | $80.00 |
| 07/03/24 | BA | Receive and review Docket # 477 Dentons' Motion for Interim Distribution (.2). | 0.20 | 400.00 | $80.00 |
| 07/08/24 | BA | Review of Dockets# 479 and 480 Motion for Interim Distribution (.1) and Notice of June 2024 Notice of Application for Interim Distribution (Christensen)(.1). | 0.20 | 400.00 | $80.00 |
| 07/08/24 | BA | Review of Docket #482 Application for Compensation Schuil Ag Real Estate Inc, Realtor (.1). | 0.10 | 400.00 | $40.00 |
| | | | Hours | | 0.70 |
| | | | Labor: | | $280.00 |
| | | | Invoice Amount: | | $280.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| | | In Reference To: **200 - Expenses (Expenses)** | | | |
| | | **Expenses** | | | |
| 07/19/24 | BA | Copy Charge:  Notice of Hearing (related document #354 Application to Employ Armory Securities, LLC as Financial Advisors (1 page to 13 recipients) | 13.00 | 0.10 | $1.30 |
| 07/19/24 | BA | Postage:  Notice of Hearing (related document #354 Application to Employ Armory Securities, LLC as Financial Advisors (13 recipients) | 13.00 | 0.73 | $9.49 |
| 07/31/24 | BA | Copy Charge:  Elsaesser Anderson Motion for Interim Disbursement and Notices for May 2024 and June 2024 (#s 525, 526, 528, 530) (8 pages to 18 recipients) | 18.00 | 0.10 | $1.80 |
| 07/31/24 | BA | Postage:  Elsaesser Anderson Motion for Interim Disbursement and Notices for May 2024 and June 2024  (#s 525, 526, 528, 530) (18 recipients) | 18.00 | 1.01 | $18.18 |
| | | | Invoice Amount: | | $30.77 |

|  |  |
|---|---|
| Total Hours: | 6.00 |
| Total Labor: | $2,400.00 |
| Total Expenses: | $30.77 |
| **Total Invoice Amount:** | **$2,430.77** |
| **Total Amount Due:** | **$2,430.77** |

## Timekeeper Summary

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| Bruce Anderson | 6.00 | @ 400.000 | 2,400.00 |