Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., Debtor. | |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

#4091986

## STIPULATED MOTION FOR RELIEF FROM AUTOMATIC STAY

Debtor East Valley Cattle ("East Valley") (together with its affiliated entities, the "Debtors"), by and through their counsel of record, and McAlvain Concrete, Inc. ("McAlvain"), by and through its counsel of record, hereby file this stipulated motion for relief from automatic stay (the "Motion") and submit the following in support thereof:

1. Prior to the Petition Date, McAlvain filed a Complaint ("Complaint") against East Valley in the District Court of the Fifth Judicial District, State of Idaho, County of Cassia, *McAlvain Concrete, Inc. v. East Valley Cattle, LLC et al.*, Case No. CV-16-21-00486 (the "State Court Litigation"), asserting claims against East Valley for, among other things, breach of a Construction Agreement between the Debtor and McAlvain dated July 13, 2018.

2. The Debtors filed an Answer, Counterclaim, and Third Party Complaint (the "Counterclaim") in the State Court Litigation on June 23, 2021. The Counterclaim was dismissed pursuant to a summary judgment ruling by the State Court on December 29, 2022.

3. After the filing of the State Court Litigation, the Debtors obtained a Mechanic's Lien Bond (Bond No. SUR006914; the "Bond") in the amount of $767,716.82 (the "Bond Proceeds"), for the purpose of substituting the Bond for the Claim of Lien recorded by McAlvain against certain real property of East Valley in the real property records of Cassia County, Idaho, as Instrument No. 2020-006030.

4. The State Court Litigation was pending prior to the Petition Date and is currently being stayed by this bankruptcy case's automatic stay.  Trial was scheduled for July 9, 2024.

5. The Debtors and McAlvain have agreed to relief from the automatic stay to allow the State Court Litigation (including any appeals by any party, including the Debtors) to proceed

STIPULATED MOTION FOR RELIEF FROM AUTOMATIC STAY – Page 2

so that: (a) McAlvain is granted relief from the automatic stay to pursue a judgment based on the Complaint filed by McAlvain in the State Court Litigation and any related proceedings to pursue the Bond and Bond Proceeds; provided, however, any recovery on such judgment shall be satisfied as follows: (i) from the Bond Proceeds, and (ii) from any distributions made to unsecured creditors in these bankruptcy cases pursuant to a general unsecured claim in the amount of any deficiency in excess of the Bond Proceeds reflected in an amendment to the Proof of Claim filed by McAlvain on July 31, 2024 (such amendment being permitted without further leave of the Court); and, (b) East Valley is granted relief from the automatic stay to pursue any defenses available to it in the State Court Litigation (including any appeals of any judgment and/or appeal of the summary judgment decision dismissing the Counterclaim). The stay relief afforded by this Stipulated Motion and resulting order does not include any stay relief necessary of the company posting the bond to proceed against any security for its obligation, and any such relief must be sought separately by the bond company or separately stipulated to between the Debtors and said company.

**WHEREFORE,** the Debtors and McAlvain respectfully request that the Court grant this Stipulated Motion for Relief from Automatic Stay pursuant to entry of an order substantially in the form of proposed order attached as *Exhibit 1* to this Motion, and grant such other and further relief as may be just and equitable under the circumstances.

DATE: August 29, 2024

/s/ *Krystal R. Mikkilineni*
DENTONS DAVIS BROWN
Krystal R. Mikkilineni


/s/ *Matt T. Christensen*
JOHNSON MAY
Matt T. Christensen

STIPULATED MOTION FOR RELIEF FROM AUTOMATIC STAY – Page 3

*Counsel for the Debtors*


 /s/   Christopher McCurdy
HOLLAND & HART
Christopher McCurdy

*Counsel for McAlvain Concrete, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |

Any others as listed on the Court's ECF Notice.

/s/ *Krystal R. Mikkilineni*
KRYSTAL R. MIKKILINENI