UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>        Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**ORDER GRANTING, ON A LIMITED BASIS,
STIPULATED MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the record before this Court and the Stipulated Motion for Relief from Automatic Stay (Docket No. 583) (the "Motion"), and good cause appearing therefore:

IT IS HEREBY ORDERED that the Motion is GRANTED WITH LIMITATIONS; AND ACCORDINGLY:

IT IS FURTHER ORDERED that McAlvain Concrete, Inc. ("McAlvain") is granted relief from the automatic stay to pursue a judgment based on the Complaint filed by McAlvain in the litigation pending in the District Court of the Fifth Judicial District, State of Idaho, County of Cassia, styled *McAlvain Concrete, Inc. v. East Valley Cattle, LLC et al.*, Case No. CV-16-21-00486 (including any appeals by any party, the "State Court Litigation") and any related

#4091976

proceedings to pursue the Mechanic's Lien Bond (Bond No. SUR006914; the "Bond"), and the Bond proceeds of $767,716.82 (the "Bond Proceeds"); provided, however, any recovery on such judgment shall be satisfied as follows: (i) first from the Bond Proceeds; and (ii) second from any distributions made to unsecured creditors in these bankruptcy cases pursuant to a general unsecured claim in the amount of any deficiency in excess of the Bond Proceeds reflected in an amendment to the Proof of Claim filed by McAlvain on July 31, 2024 (such amendment being permitted without further leave of the Court) (the "McAlvain Proof of Claim"). The automatic stay is further lifted to allow East Valley to pursue any defenses available to it in the State Court Litigation (including any appeals of any judgment and/or appeal of the summary judgment decision dismissing the Counterclaim).

IT IS FURTHER ORDERED that the automatic stay is not lifted for any adjudication outside of the State Court Litigation, or for execution or enforcement of any judgment against the Debtors in excess of, or not covered by, the Bond Proceeds and any distributions made to McAlvain in these bankruptcy cases based upon the McAlvain Proof of Claim. Any action to execute or enforce any judgment against the Debtors in excess of, or not covered by, the Bond Proceeds shall remain stayed.

IT IS FURTHER ORDERED that, except as otherwise provided in this Order, the relief granted in this Order is without prejudice to any right, claim, or defense to which McAlvain or the Debtors may be entitled under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules, in connection with the above-captioned bankruptcy cases.

IT IS FURTHER ORDERED that the 14-day stay under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived and McAlvain or the Debtors may immediately implement and enforce this Order.

IT IS FURTHER ORDERED that this Court retains jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the interpretation or enforcement of this Order.

//end of text//

Order submitted by: Krystal R. Mikkilineni, attorney for the Debtors

Agreed as to form and content:

/s/ *Christopher McCurdy*

Christopher McCurdy, attorney for McAlvain Concrete, Inc.