UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

### ORDER ON DEBTORS' MOTION TO AMEND ORDER ON AMENDED MOTION TO ALLOW AND PAY 503(B)(9) CLAIMS

The Court, having reviewed the *Debtors' Motion to Amend Order on the Amended Motion to Allow and Pay 503(b)(9) Claims* (Docket No. 476) (the "Motion to Amend Order") filed by the Debtors Millenkamp Cattle, Inc. et al. (the "Debtors"), a hearing having been held on the Motion to Amend Order on July 18, 2024, finds that the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that notice of the Motion to Amend Order was sufficient under the

#4089158

circumstances and that no further notice need be given; and after due deliberation and consideration and good and sufficient cause appearing, therefore,

**IT IS HEREBY ORDERED THAT** the Motion to Amend Order is GRANTED.

**IT IS FURTHER HEREBY ORDERED THAT** the list of claims that were attached to the Motion to Amend Order, that are also attached hereto as **Exhibit "A"**, are deemed allowed as § 503(b)(9) claims.  //end of text//

DATED: August 29, 2024



_____

NOAH G. HILLEN

Chief U.S. Bankruptcy Judge

Order submitted by:

Krystal R. Mikkilineni
Matthew T. Christensen
Attorneys for the Debtors