# EXHIBIT A

| Feed | 503(b)(9) Payments |
|---|---|
| Aden Brook Trading Corp | $746,600.02 |
| Amalgamated Sugar | $230,824.66 |
| American Calf Products | $194,333 |
| Carne I Corp. | $131,312.90 |
| Land View, Inc-Livestock- Animal Care | $1,057,117.09 |
| MicroProteins, Inc. | $18,954.66 |
| Viterra USA Grain, LLC | $1,954,760 |
| WAG Services Inc | $685 |
| **Vet/Med** | |
| MWI Veterinary | $484,255.92 |
| **Repairs & Maintenance** | |
| Automation Werx, LLC | $1,287.03 |
| Coastline | $4,386.53 |
| Elevation Electric | $254.13 |
| Les Schwab Tire Center | $26,643.97 |
| Progressive Dairy Service and Supplies | $4,858.75 |
| Schow's Auto Parts | $1,274.55 |
| Tacoma Screw Products, Inc. | $3,238.17 |
| The Dairy Solutions Group | $41,264.50 |

#4089602

| | |
|---|---|
| **Fuel** | |
| Conrad & Bischoff, Inc. | $35,299.91 |
| United Oil | $593 |
| | |
| **Chemicals** | |
| Rocky Mountain Agronomics | $44,527.47 |
| Clear Lakes Products | $592.00 |
| | |
| **Semen** | |
| ABS Global, Inc. | $187,563 |
| | |
| **Other** | |
| Butte Irrigation Inc | $220.30 |
| | |
| **Total** | $5,170,846.56 |