Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
          golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>              Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

NOTICE OF FIRST APPLICATION OF O'MELVENY & MYERS LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES - 1

| | |
|---|---|
| ☐ Millenkamp Properties | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**NOTICE OF FIRST APPLICATION OF O'MELVENY & MYERS LLP
FOR ALLOWANCE AND PAYMENT OF INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD  MAY 21, 2024 THROUGH JULY 31, 2024
AND NOTICE OF HEARING**

> Notice of *First Application of O'Melveny & Myers LLP  for Allowance and Payment of Interim Compensation  and Reimbursement of Expenses for the Period May 21, 2024 Through July 31, 2024* and Opportunity to Object and for a Hearing
>
> No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of service of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> Hearing on Objection. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**PLEASE TAKE NOTICE** that the law firm O'Melveny & Myers LLP, counsel of record for the Official Committee of Unsecured Creditors of Millenkamp Cattle, Inc., et al., filed the *First Application of O'Melveny & Myers LLP  for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period May 21, 2024 Through July 31, 2024* [ECF No. 585] (the "Application") for the requested fees and costs for O'Melveny & Myers LLP in the amount of $371,370.87. The fees and costs required are related to the following:

- **Case Administration** was necessary in order to discuss various items with the client, co-counsel, financial advisor and other parties, respond to various motions filed during the First Interim Period, and address related orders, and drafting critical documents, conducting research, and selecting local counsel.

- **Asset Analysis & Recovery** was necessary in order to request, maintain, and collect documents and information from the Debtors and evaluate liens and title in furtherance of Chapter 11 plan strategy.

- **Meetings of and Communications** with Creditors was necessary to prepare for and attend conferences with the Committee and Debtors regarding matters related to the case, status updates, and negotiations, and correspond with the Committee and counsel for the Debtors via phone call and/or email.

- **Fee/Employment Applications** was necessary in order to draft and prepare applications to employ and draft monthly fee applications and this first interim fee application.

- **Other Contested Matters** was necessary in order to correspond with the counsel for the Debtors, co-counsel, financial advisor, and creditors regarding multiple contested matters, including use of cash collateral, DIP approval, 503(b)(9) motion, critical vendor motion, and sale motion.

- **Assumption/Rejection of Leases/Contracts** was necessary in order to review and evaluate motions to compel contract assumption, and to correspond with financial advisor, and counsel for the Debtors regarding the same.

- **Business Operations** was necessary to review regular reports on Debtors' finances and operations, evaluating Debtors' financing strategy, and strategizing business operations with financial advisors.

- **Real Estate** was necessary to review and analyze Debtors' real property assets.

- **Claims and Plan** was necessary in order to respond to the Debtors' 503(b)(9) motion.

- **Non-Working Travel** was travel billed at ½ rate for travel to/from hearings and site-visits with Debtors.

- **Financing/Cash Collateral** was necessary in order to correspond with multiple parties regarding motions to use cash collateral and draft responses regarding same, evaluate Debtors' budgets, and correspond with counsel for the Debtors, financial advisors, and the Committee about the Debtors' financing efforts.

- **Bankruptcy-Related Advice** was necessary communications with Debtors' counsel, and financial advisors to develop strategy, and reviewing legal documents and preparing analyses for case strategy.

- **General Bankruptcy Advice/Opinions**

- **Relief from Stay Proceedings** was necessary to review and evaluate strategy with respect to motions for relief from stay.

- **Plan and Disclosure Statement** was necessary in order to correspond with counsel to the Debtors, the Committee, and financial advisors regarding the drafting of and strategy for a chapter 11 plan of reorganization.

The projects have allowed the Committee to make informed strategic decisions, attend essential meetings and court hearings, draft various applications and motions, analyze the Debtors' financing options, and otherwise ensure the transparency and forward progress of the bankruptcy proceeding.

A copy of the Application is on file with the Court at Docket No. 585, together with supporting documents. Any party desiring information as to the details of the Application may request the same from the Clerk of the Court, from the Court's online PACER information system at www.pacer.gov, or from the undersigned counsel.

**YOU ARE HEREBY NOTIFIED** that any written objection to the Application must be filed with the court within twenty-one (21) days of the date of service of this notice. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served upon the applicant. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief in the Application and may grant the relief without further notice of hearing. Any such objection should be filed with the United States Bankruptcy Court for the District of Idaho, United States Courthouse, 550 W. Fort St., Boise, ID 83724 or electronically filed using the CM/ECF Filer system at https://ecf.edb.uscourts.gov.

**YOU ARE FURTHER NOTIFIED** that the **Application is scheduled to come before the Court for hearing on October 2, 2024, at 9:00 A.M. (MT),** or as soon thereafter as the matter can

be heard. The hearing will be held in-person at the United States Bankruptcy Court for the District of Idaho, United States Courthouse, 550 W. Fort St., Boise, ID 83724.

Date: August 29, 2024

*/s/ Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

*/s/ Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

NOTICE OF FIRST APPLICATION OF O'MELVENY & MYERS LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES - 6

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 29th day of August 2024.    */s/ Julian Gurule*
　　　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　　　Julian Gurule