# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−8 | User: admin | Date Created: 9/5/2024 |
| Case: 24−40158−NGH | Form ID: pdf029 | Total: 13 |

**Recipients of Notice of Electronic Filing:**
```
ust     US Trustee              ustp.region18.bs.ecf@usdoj.gov
aty     Brett R Cahoon          ustp.region18.bs.ecf@usdoj.gov
aty     James Justin May        jjm@johnsonmaylaw.com
aty     Jason Ronald Naess      Jason.r.naess@usdoj.gov
aty     Krystal R. Mikkilineni  krystal.mikkilineni@dentons.com
aty     Matthew T. Christensen  mtc@johnsonmaylaw.com
aty     Robert E Richards       robert.richards@dentons.com
aty     Thomas E Dvorak         ted@givenspursley.com
aty     Tirzah R. Roussell      tirzah.roussell@dentons.com
```
TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db      Millenkamp Cattle, Inc    471 North 300 West      Jerome, ID 83338
aty     Krystal R Mikkilineni     Dentons Davis Brown     215 10th St      Ste 1300      Des Moines, IA 50309
aty     Robert E. Richards        233 South Wacker Drive  Suite 5900       Chicago, IL 60606−6361
aty     Tirzah R. Roussell        215 10th Street         Suite 1300       Des Moines, IA 50309
```
TOTAL: 4