Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
       golivera@omm.com

*Attorneys for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

THE UNSECURED CREDITORS' COMMITTEE'S JOINDER TO DEBTORS' RESISTANCE TO EAST VALLEY DEVELOPMENT'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS, OR, IN THE ALTERNATIVE, FOR EQUITABLE RELIEF - 1

| | |
|---|---|
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**THE UNSECURED CREDITORS' COMMITTEE'S JOINDER TO DEBTORS' RESISTANCE TO EAST VALLEY DEVELOPMENT'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS, OR, IN THE ALTERNATIVE, FOR EQUITABLE RELIEF**

The official committee of unsecured creditors (the "Committee") of Millenkamp Cattle, Inc. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases respectfully joins the arguments made in the *Resistance to East Valley Development's Motion to Compel Assumption or Rejection of Executory Contracts, or in the Alternative, for Equitable Relief* [ECF No. 592] (the "Resistance").[1]

## JOINDER

1. The Committee hereby adopts and incorporates by reference the legal arguments set forth in the Resistance in lieu of submitting a supplemental brief.

2. The Committee supports the Debtors' position that they should not be compelled to assume or reject the Facility Agreements at this time. Pursuant to section 365 of the Bankruptcy Code, debtors ordinarily have until plan confirmation to decide whether to assume or reject executory contracts. 11 U.S.C. § 365(d)(2); *In re Adelphia Comms. Corp.*, 291 B.R. 283, 292 (Bankr. S.D.N.Y. 2003). The power to assume and reject contracts is among the most fundamental tools a debtor has under the Bankruptcy Code. Decisions regarding assumption and rejection permit a debtor to reshape or preserve the fundamental nature of its estate. Made too quickly, such

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Resistance.

THE UNSECURED CREDITORS' COMMITTEE'S JOINDER TO DEBTORS' RESISTANCE TO EAST VALLEY DEVELOPMENT'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS, OR, IN THE ALTERNATIVE, FOR EQUITABLE RELIEF - 2

a decision can cripple a debtor with unneeded administrative expenses and prematurely force a case onto the wrong path.

3. The Committee agrees with the Debtors that EVD's Motion is premature. The exclusive period for the Debtors to file a plan ends on September 30, 2024, and the Debtors acknowledged that they intend to file a plan of reorganization by such date that will address the assumption or rejection of the Facility Agreements. This Court should not condone EVD's attempts to short circuit the process allowed by the Bankruptcy Code and deprive the Debtors of the necessary time to conduct an orderly evaluation of their executory contracts and formulate a comprehensive plan of reorganization. To grant EVD's motion would improperly advance EVD in priority over other general unsecured creditors without affording the Debtors (and the Committee) the proper time to determine if such an outcome is warranted.

4. For these reasons and those set forth in the Resistance, the Motion should be denied, and the Debtors should have the benefit of the full period of time afforded under section 365(d)(2) of the Bankruptcy Code to decide whether to assume or reject the Facility Agreements.

[*Remainder of page intentionally left blank.*]

**WHEREFORE,** the Committee joins the Debtors' Resistance and respectfully requests the Court deny EVD's Motion, and grant such other and further relief as is just and proper.

Date: September 5, 2024

*/s/ Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

*/s/Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

THE UNSECURED CREDITORS' COMMITTEE'S JOINDER TO DEBTORS' RESISTANCE TO EAST VALLEY DEVELOPMENT'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS, OR, IN THE ALTERNATIVE, FOR EQUITABLE RELIEF - 5

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 5th day of September 2024.        */s/ Bruce A. Anderson*
                                                                          ELSAESSER ANDERSON, CHTD.
                                                                          Bruce A. Anderson