Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        robert.richards@dentons.com
        tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>Debtor. | Case No.  24-40158-NGH<br><br>Chapter 11 |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4101561

## NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing August 1, 2024, and ending August 31, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtor, and any Official Committee of Unsecured Creditors appointed herein.

/

/

/

   If an objection is timely filed and served, the Debtor will pay the Professional(s) whose

application is the subject of an objection only those amounts not in dispute, until the Court hears

and resolves such disputes.

DATE OF MAILING: September 9, 2024.

DATE: September 9, 2024         ___ /s/ *Krystal R. Mikkilineni* _____
               DENTONS DAVIS BROWN
               Krystal R. Mikkilineni



               ___ /s/ *Matt T. Christensen* _____
               JOHNSON MAY
               Matt T. Christensen

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 9th day of September, 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

Andrew J. Schoulder              andrew.schoulder@nortonrosefulbright.com
Sheila R. Schwager               sschwager@hawleytroxell.com
Louis V. Spiker                  louis.spiker@millernash.com
Matthew A. Sturzen               matt@shermlaw.com
Meredith L. Thielbahr            mthielbahr@grsm.com
Kim J. Trout                     ktrout@trout-law.com
Brent R. Wilson                  bwilson@hawleytroxell.com

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham                      Richard Bernard
3424 Peachtree Road NE              1177 Avenue of the Americas
Suite 1600                         41st Floor
Atlanta, GA 30326                  New York, NY 10036

Bunge Canada                       Nikolaus F. Schandlbauer
c/o David D. Farrell, Esq.         20 F Street NW
One Bank Plaza                     Suite 500
Suite 2700                         Washington, DC 20001
St. Louis, MO 63101

W. Kent Carter                     Scott F. Gautier
One North Franklin                 1800 Century Park East
Suite 800                          Ste. 1500
Chicago, IL 60606                  Los Angeles, CA 90067

Zachery J. McCraney                Domenic E. Pacitti
Holland & Hart                     Klehr Harrison Harvey Branzburg, LLP
PO Box 2527                        919 Market St
800 W. Main St., Suite 1750        Suite 1000
Boise, ID 83701                    Wilmington, DE 19801

Michael R. Stewart                 J.D. Heiskell Holding, LLC
2200 Wells Fargo Center            c/o Tyler (Tab) Berger
90 South Seventh Street            17220 Wright St., Suite 200
Minneapolis, MN 55402              Omaha, NE 68130

Wilbur Ellis Nutrition-Rangen      Bunge Canada
c/o Tony Champion                  c/o Greg Zemaitis
PO Box 706                         1391 Timberlake Manor Parkway
115 13th Ave. South                Chesterfield, MO 63017
Buhl, ID 83316

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

Land View, Inc.
c/o Dan Noble
PO Box 475
Rupert, ID 83350

/s/ *Krystal R. Mikkilineni*
Krystal R. Mikkilineni

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
          jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
          robert.richards@dentons.com
          tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>        Debtor.<br>_____<br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | Case No.  24-40158-NGH<br><br>Chapter 11<br><br> [NO HEARING REQUIRED]<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy) |

#4101544

**DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE
AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE MONTH OF AUGUST 2024**

Dentons Davis Brown (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of August 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.       The Firm is counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.       The Firm billed a total of $25,325.99 in fees and expenses during the Application Period. The total fees represent 76.2 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| August 1-31, 2024 | $24,845.50 | $480.49 | $25,325.99 |

C.       Accordingly, the Firm seeks allowance of interim compensation in the amount of $19,114.62 at this time. This total is comprised as follows: $18,634.13 (75% of the fees for services rendered) plus $480.49 (100% of the expenses incurred).

D.       Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application  Period,

DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
MONTH OF AUGUST 2024 – Page 2

the hours billed, and the hourly rate charged, together with a description of the expenses incurred

in the Application Period, broken down by category.

E.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is

authorized to make the payment requested herein without a further hearing or order of this Court

unless an objection to this Application is filed with the Court and served within fourteen (14)

calendar days after the date of mailing of the notice of this Application. If such an objection is

filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject

to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as

requested herein pursuant to and in accordance with the terms of the Order Establishing Interim

Fee Procedures.

DATE: September 9, 2024                    /s/ *Krystal R. Mikkilineni*
                                           DENTONS DAVIS BROWN
                                           Krystal R. Mikkilineni


                                           /s/ *Matt T. Christensen*
                                           JOHNSON MAY
                                           Matt T. Christensen

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 9th day of September, 2024, I caused to be served a true and correct copy of the foregoing DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

Andrew J. Schoulder             andrew.schoulder@nortonrosefulbright.com
Sheila R. Schwager              sschwager@hawleytroxell.com
Louis V. Spiker                 louis.spiker@millernash.com
Matthew A. Sturzen              matt@shermlaw.com
Meredith L. Thielbahr           mthielbahr@grsm.com
Kim J. Trout                    ktrout@trout-law.com
Brent R. Wilson                 bwilson@hawleytroxell.com

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada                    Viterra USA Grain, LLC
c/o Greg Zemaitis               Viterra USA Ingredients, LLC
1391 Timberlake Manor Parkway   c/o Alicia Burns
Chesterfield, MO 63017          1331 Capitol Ave.
                                Omaha, NE 68102

J.D. Heiskell Holding, LLC      Land View, Inc.
c/o Tyler (Tab) Berger          c/o Dan Noble
17220 Wright St., Ste 200       P.O. Box 475
Omaha, NE 68130                 Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

/s/ *Krystal R. Mikkilineni*
Krystal R. Mikkilineni



# 9 I \ ]V]ห5

**In Account With**

## DENTONS DAVIS BROWN PC
**Attorneys and Counselors at Law**
**215 10th Street, Suite 1300**
**Des Moines, IA 50309-3993**
**(515) 288-2500**
**Federal I.D. No. 42-1343884**

**Millenkamp Cattle, Inc.**                                                                                      **Statement: 1577770**
**Bill Millenkamp**                                                                                              **Date: 9/6/2024**
**471 N 300th Rd W**
**Jerome, Idaho 83338**

Re: 9020530-188653 - Ch 11 Bankruptcy

## Professional Fees

| Date | | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/2024 | GMAT | Updating claims analysis | B310 | 0.20 | 42.00 |
| 08/01/2024 | TROU | Review email from Kati Churchill regarding variance analysis (.1) | B110 | 0.10 | 28.50 |
| 08/01/2024 | KMIK | Review email from Kati Churchill regarding variance analysis (.2) | B110 | 0.20 | 83.00 |
| 08/01/2024 | KMIK | Review and revise July invoice | B160 | 0.80 | 332.00 |
| 08/01/2024 | GMAT | Drafting July fee application | B160 | 0.60 | 126.00 |
| 08/01/2024 | TROU | Attention to email from Forbes regarding professional eyes acknowledgement (.1); Email from Ken Nofziger regarding same (.1); review email from Andrew Schoulder regarding Rabo's professional fee estimation (.1) | B110 | 0.30 | 85.50 |
| 08/02/2024 | KMIK | Continue revising July fee app (.3); continue revising first interim fee app (1.3) | B160 | 1.60 | 664.00 |
| 08/02/2024 | KMIK | Emails to/from Ken Nofziger regarding waiver for technical default of cash collateral budget (.2) and draft waiver (.3); email Sandton counsel regarding waiver (.1) | B230 | 0.60 | 249.00 |
| 08/02/2024 | KMIK | Review Canyonlands analysis regarding collateral for plan strategy | B320 | 0.30 | 124.50 |
| 08/02/2024 | KMIK | Review emails from FTI and Armory regarding consent to acknowledgement of Professional Eyes Only (.2) | B110 | 0.20 | 83.00 |
| 08/02/2024 | GMAT | Drafting interim fee application | B160 | 1.90 | 399.00 |
| 08/02/2024 | TROU | Review loan documents and draft analysis regarding canyonlands (1.8) | B110 | 1.80 | 513.00 |
| 08/02/2024 | TROU | Review fee app (.3) | B160 | 0.30 | 85.50 |
| 08/02/2024 | TROU | Review email from Ken Nofziger regarding waiver for technical default of cash collateral budget (.1) review draft waiver (.1); review email from Sandton's counsel regarding waiver (.1) | B230 | 0.30 | 85.50 |

Millenkamp Cattle, Inc.
9/6/2024
Page: 2

Client: 9020530
Matter: 9020530-188653
Statement: 1577770

| Date | | Description | | | |
|------|------|-------------|------|------|--------|
| 08/05/2024 | KMIK | Review McAlvain's redline to relief from stay motion and order | B140 | 0.20 | 83.00 |
| 08/05/2024 | KMIK | Review email from Rich Bernard regarding signed waiver from Sandton (.1) and email counsel for secured lenders regarding same (.1) | B230 | 0.20 | 83.00 |
| 08/05/2024 | KMIK | Emails to/from Holly Roark regarding plan status (.2) | B150 | 0.20 | 83.00 |
| 08/05/2024 | KMIK | Review emails from Lisa Nelson and UST office regarding missing bank account statements from receivership (.2); review email from Liam Narozanick regarding term sheet (.1); call with client, Kander, and co-counsel regarding status update, Forbes calls and report, McAlvain relief from stay, and fee apps (.5); review order granting stipulation between American AgCredit and Rabo (.1); review email from Ken Nofziger and Bobby Rice regarding Sandton's fees (.1); review email from UST regarding DIP account (.1) and email Lisa Nelson regarding same (.1) | B110 | 0.70 | 290.50 |
| 08/05/2024 | KMIK | Review email from Andrew Schoulder regarding Rabo fee estimate for plan projections (.1) and email Ken and Kati regarding same (.1) | B320 | 0.20 | 83.00 |
| 08/05/2024 | KMIK | Review Idaho Materials & Construction proofs of claim (.2); review Standlee's amended proof of claim (.1); review East Valley Development's proof of claim (.1); review Burks Tractor proof of claim (.1); review Merck Animal Health proof of claim (.1); review Viserion proof of claim (.1); review Blue Cross of Idaho's amended proof of claim (.1); review The Dairy Solutions Group proof of claim (.1) | B300 | 0.90 | 373.50 |
| 08/05/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, Forbes reporting, McAlvain relief from stay, and fee apps/fee app projections from secureds (.5) | B110 | 0.50 | 142.50 |
| 08/05/2024 | TROU | Review updated draft of relief from stay from Matt Ochs (.4) | B140 | 0.40 | 114.00 |
| 08/05/2024 | TROU | Review emails from Lisa Nelson and UST regarding missing bank account statements from receivership account (.2); call with client, Kander, and co-counsel regarding status update, Forbes reporting, McAlvain relief from stay, and fee apps (.5); review order granting stipulation between American AgCredit and Rabo (.1); review email from UST regarding DIP account (.1) and review email from Lisa Nelson regarding same (.1) | B110 | 1.00 | 285.00 |
| 08/06/2024 | KMIK | Call with client, Kander, and co-counsel regarding DIP account (.4); draft email to UST regarding DIP account (.3); emails to/from Lisa Nelson regarding refund check from US Commodities (.2) | B110 | 0.90 | 373.50 |
| 08/06/2024 | KMIK | Call with committee counsel, FA, Kander, and co-counsel regarding status update, Forbes efforts, and DIP account (.3) | B150 | 0.30 | 124.50 |
| 08/07/2024 | KMIK | Review email from Lisa Nelson regarding Rabo interest statement (.1); review acknowledgment from Focus on Professional Eyes Only calls (.1); review email from MetLife regarding interest statements (.1) | B110 | 0.30 | 124.50 |
| 08/07/2024 | KMIK | Review Valley Wide's amended 503(b)(9) motion (.2) | B300 | 0.20 | 83.00 |

Millenkamp Cattle, Inc.
9/6/2024
Page: 3

Client: 9020530
Matter: 9020530-188653
Statement: 1577770

| Date | Atty | Description | Task | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 08/07/2024 | KMIK | Review email from Sheila Schwager regarding Rabo interest (.1); emails to/from Mort Branzburg regarding status update on refinancing efforts and plan and disclosure statement filing (.2); emails to/from Lance Fenton with Cooper Norman regarding fee apps (.4); email Ken and Kati regarding January through April financial statements (.1) | B110 | 0.80 | 332.00 |
| 08/07/2024 | GMAT | Drafting Proposed Order on App to Employ Cooper Norman (.2); Drafting Proposed Order on App to Employ Summit Ag (.2); Drafting Proposed Order on App to Employ Givens Pursley (.2) | B160 | 0.60 | 126.00 |
| 08/07/2024 | KMIK | Continue reviewing and revising interim fee app | B160 | 0.80 | 332.00 |
| 08/07/2024 | TROU | Emails with Gabby regarding proposed order re employ cooper norman (.2); file statement of no objection for Cooper Norman (.1); review and revise proposed order to employ Cooper Norman (.2); email proposed order to UST (.1); revise proposed order with UST revisions (.1); submit proposed order to clerk (.1); file Statement of No Objection for Summit Ag (.1) | B160 | 0.90 | 256.50 |
| 08/07/2024 | TROU | Attention to email from McAlvain counsel regarding relief from stay documents (.1) | B140 | 0.10 | 28.50 |
| 08/07/2024 | TROU | Review email from Lisa regarding borrowing Base (.1) | B110 | 0.10 | 28.50 |
| 08/07/2024 | TROU | Review Valley Wide's amended 503(b)(9) motion (.2) | B300 | 0.20 | 57.00 |
| 08/08/2024 | KMIK | Review email from Lisa Nelson regarding borrowing base certificate (.1); review email from Forbes regarding redacted term sheet (,1); review email from Lisa Nelson regarding status update on audit (.1) | B110 | 0.30 | 124.50 |
| 08/08/2024 | KMIK | Emails to/from Lisa Nelson regarding July fee app (.2) | B160 | 0.20 | 83.00 |
| 08/09/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, strategy, DIP account, and status hearing (.5) | B110 | 0.50 | 207.50 |
| 08/09/2024 | KMIK | Review email from Lisa Nelson regarding Conterra's adequate protection payment (.1) | B140 | 0.10 | 41.50 |
| 08/09/2024 | GMAT | Drafting fee application notice | B160 | 1.10 | 231.00 |
| 08/09/2024 | KMIK | Review DIP loan regarding term loan language (.2) and email Ken regarding same (.1) | B230 | 0.30 | 124.50 |
| 08/09/2024 | GMAT | Updating claims analysis | B310 | 0.10 | 21.00 |
| 08/09/2024 | KMIK | Review and revise notice of interim fee app | B160 | 0.10 | 41.50 |
| 08/11/2024 | KMIK | Review email from Kati Churchill regarding April financial statements (.1) and email counsel for secured lenders regarding same (.1) | B110 | 0.20 | 83.00 |
| 08/11/2024 | KMIK | Review Pro Rentals & Sales proof of claim (.1) | B300 | 0.10 | 41.50 |
| 08/11/2024 | KMIK | Review and revise notice of first interim fee application | B160 | 0.20 | 83.00 |

Millenkamp Cattle, Inc.
9/6/2024
Page: 4

Client: 9020530
Matter: 9020530-188653
Statement: 1577770

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/11/2024 | TROU | Review email from Kati Churchill regarding April financial statements (.1); review email from John O Brien regarding Conterra's September invoices (.1) | B110 | 0.20 | 57.00 |
| 08/13/2024 | KMIK | Call with Bill regarding refinancing strategy and plan; call with Forbes (.6); call with client, Kander, and co-counsel regarding refinancing status update and strategy for plan (.7) | B320 | 1.30 | 539.50 |
| 08/13/2024 | TROU | Call with client, Kander, and co-counsel regarding strategy, professional fee estimations, plan prep (.7); call with committee counsel, their FAs, Kander, and co-counsel regarding plan and status of case (.4); call with Kander, Forbes, client, and co-counsel regarding term sheets (.7) | B110 | 1.80 | 513.00 |
| 08/13/2024 | TROU | Draft and revise proposed order to employ summit (.2); Email proposed order to employ Summit to UST (.1); Review UST revision and revise proposed order (.1); submit proposed order to clerk (.1); draft summit ag apprasial fee app (1); emails with Matt C regarding Summit invoice and fee app (.2) | B160 | 1.70 | 484.50 |
| 08/14/2024 | TROU | Finalize Summit Ag Fee app (.5); email same to Dennis at Summit (.1); review Summit invoice (.2); emails with Dennis at Summit regarding final approval of fee app (.1); Email Fee app to clients for approval to file (.1) | B160 | 1.00 | 285.00 |
| 08/14/2024 | TROU | Drafting Plan (1.2) | B320 | 1.20 | 342.00 |
| 08/14/2024 | TROU | Review emails from co-counsel and UST regarding DIP accounts (.2); review email from Kati Churchill regarding five year model (.1); Review five year model (.4) | B110 | 0.70 | 199.50 |
| 08/14/2024 | TROU | Review order regarding app to employ cooper norman | B160 | 0.10 | 28.50 |
| 08/15/2024 | GMAT | Drafting Notice of Interim Fees Application | B160 | 0.50 | 105.00 |
| 08/15/2024 | TROU | Emails with Gale Harding regarding fee app (.2); draft and finalize Harding Fee App (.8); email client for approval to file fee app (.1); Review notice of hearing on Dentons Fee app (.1); Email Gabby to file Harding Fee App (.1); review order granting approval of Summit Ag app to employ (.1); review statement of no objection and COS regarding UCC fee app (.1); emails from Ken Nofziger and co-counsel regarding O Melveny fees (.1) | B160 | 1.80 | 513.00 |
| 08/15/2024 | TROU | Attend Status Hearing (.3); email Krystal notes from status hearing (.1); review appraisals from Summit Ag (.8); add appraisals to Dentons Direct (.2); review email from Kati Churchill regarding variance analysis (.1); review proposed order regarding 506(b) motion (.1) emails from Matt C and John Obrien regarding same (.1); review Rabo redline to proposed 506(b) Motion (.1) | B110 | 1.70 | 484.50 |
| 08/16/2024 | TROU | Review email from Counsel for McAlvain Concrete regarding MFR consent order | B140 | 0.10 | 28.50 |
| 08/16/2024 | TROU | Review Supplement to Application to Employ Armory Securities, LLC (.2) | B160 | 0.20 | 57.00 |
| 08/19/2024 | KMIK | Review committee's supplement to app to employ Armory (.2); review email from John O'Brien regarding 506(b) order (.1) | B160 | 0.30 | 124.50 |
| 08/19/2024 | KMIK | Review email from McAlvain counsel regarding revisions to relief from stay motion (.1) | B140 | 0.10 | 41.50 |

Millenkamp Cattle, Inc.
9/6/2024
Page: 5

Client: 9020530
Matter: 9020530-188653
Statement: 1577770

| Date | Atty | Description | Code | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 08/19/2024 | KMIK | Review emails from Bartholomew counsel, client, and co-counsel regarding insurance defense and discovery (.2) | B110 | 0.20 | 83.00 |
| 08/19/2024 | KMIK | Emails to/from Bruce Anderson regarding interim fees (.2) and email Lisa Nelson regarding same (.1); review appraisal summary (.1); call with client, Kander, and co-counsel regarding status update, projections, East Valley Development motion, and appraisals (.4); review Rabo's redline to order for 506(b) motion (.1); emails to/from committee counsel regarding May and June fees (.2) and email Lisa Nelson regarding same (.1); review letter from Rabo's counsel regarding exclusivity period and settlement discussions (.3) and email to client regarding same (.1); review email from Kati Churchill regarding variance analysis (.1); review Forbes report (.1); call with James Morgan regarding terms sheets (.1); review 5-year model (.2); review email from Sheila Schwager regarding Rabo loan information statements (.1) and email Lisa Nelson regarding same (.1); review email from Lisa Nelson regarding status update for May financials (.1) | B110 | 2.40 | 996.00 |
| 08/19/2024 | KMIK | Review email from EVD's counsel regarding motion to compel (.1); review EVD's motion to compel assumption or rejection (.3) | B185 | 0.40 | 166.00 |
| 08/19/2024 | KMIK | Review email from John O'Brien regarding Conterra's September adequate protection statements (.1) and email Lisa Nelson regarding same (.1) | B140 | 0.20 | 83.00 |
| 08/19/2024 | TROU | Review EVD's Motion to Compel (.5) | B185 | 0.50 | 142.50 |
| 08/19/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, projections, East Valley Development motion, and appraisals (.4); review Rabo's redline to order for 506(b) motion (.1); review letter from Rabo's counsel regarding exclusivity period and settlement discussions (.2) review email from Lisa Nelson regarding status update for May financials (.1) | B110 | 0.80 | 228.00 |
| 08/20/2024 | KMIK | Review emails from David Heida and Amalgamated regarding payments and payment structure and email David and Lisa regarding same (.2); call with client, Kander, and co-counsel regarding status update, Rabo proposal, and Amalgamated (.5); email Amalgamated in-house counsel regarding payment structure (.1); correspondence with Lisa Nelson regarding Cooper Norman retainer (.2) | B110 | 1.00 | 415.00 |
| 08/20/2024 | KMIK | Call with committee counsel, committee FA, Kander, and co-counsel regarding status update, appraisals, EVD motion to compel, plan, refinancing (.5) | B150 | 0.50 | 207.50 |
| 08/20/2024 | KMIK | Email Andrew Schoulder regarding Rabo's proposal regarding exclusivity (.2) | B110 | 0.20 | 83.00 |
| 08/20/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, Rabo proposal, and Amalgamated Sugar (.5) | B110 | 0.50 | 142.50 |
| 08/21/2024 | KMIK | Emails to/from Ron Bingham regarding status update call (.2) | B150 | 0.20 | 83.00 |
| 08/21/2024 | KMIK | Review O'Melveny July fee app (.2) | B160 | 0.20 | 83.00 |
| 08/21/2024 | GMAT | Drafting disclosure statement | B320 | 0.60 | 126.00 |

Millenkamp Cattle, Inc.
9/6/2024
Page: 6

Client: 9020530
Matter: 9020530-188653
Statement: 1577770

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/21/2024 | KMIK | Emails from Lisa regarding wires for committee counsel (.1) and email local counsel and lead counsel for committee regarding confirmation of wire for fees (.2) | B160 | 0.30 | 124.50 |
| 08/21/2024 | KMIK | Continue drafting waterfall analysis and plan | B320 | 1.00 | 415.00 |
| 08/21/2024 | TROU | Email Gabby regarding disclosure statement format (.2); drafting disclosure statement (1) | B320 | 1.20 | 342.00 |
| 08/21/2024 | TROU | Email from Kati Churchill regarding borrowing base | B110 | 0.10 | 28.50 |
| 08/22/2024 | KMIK | Review email from Kati Churchill regarding variance analysis (.1); emails to/from James Morgan regarding catch-up call (.2); call with David Heida and Bill Millenkamp regarding exclusivity date and strategy for plan (.3); call with Forbes regarding refinancing update (.3); review notice of objection deadline for Valley Wide Coop's motion for administrative expense claim (.1); call with Matt Christensen regarding status update and strategy for plan and refinancing (.3) | B110 | 1.30 | 539.50 |
| 08/22/2024 | KMIK | Call with MetLife counsel regarding status update (.5) | B150 | 0.50 | 207.50 |
| 08/22/2024 | GMAT | Drafting disclosure statement | B320 | 4.50 | 945.00 |
| 08/22/2024 | TROU | Review notice of objection deadline for Valley Wide Coop's motion for administrative expense claim (.1) | B110 | 0.10 | 28.50 |
| 08/23/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, strategy, refinancing, plan, and resistance to motion to compel (.4); review email from David Heida regarding refinancing communications (.1); call with Forbes, Kander, client, and co-counsel regarding refinancing status update (.7); call with Ken Nofziger regarding refinancing and Conterra (.1) | B110 | 1.30 | 539.50 |
| 08/23/2024 | KMIK | Emails to/from David and Forbes regarding invoices and fee application (.2) | B160 | 0.20 | 83.00 |
| 08/23/2024 | TROU | Review Forbes Fee App determine fee structure (.2) | B160 | 0.20 | 57.00 |
| 08/23/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, strategy, refinancing, plan, and resistance to motion to compel (.4); call with Forbes, Kander, client, and co-counsel regarding refinancing status update (.7); review email from David to Forbes regarding refinancing strategy (.1) | B110 | 1.20 | 342.00 |
| 08/23/2024 | TROU | Emails with Gabby regarding formatting and drafting of disclosure statement (.5) | B320 | 0.50 | 142.50 |
| 08/26/2024 | KMIK | Call with Amalgamated Sugar's in-house counsel regarding 503(b)(9) claim and continued business and payment moving forward (.4) | B150 | 0.40 | 166.00 |
| 08/26/2024 | KMIK | Continue drafting waterfall analysis (1.6) | B320 | 1.60 | 664.00 |
| 08/27/2024 | KMIK | Review email from Kati Churchill regarding monthly operating reports status (.1); call with client, co-counsel, and Kander regarding status update, strategy, apps to employ, plan, and refinancing (.4); review email from Lisa Nelson regarding Blue Cross Blue Shield (.1) | B110 | 0.60 | 249.00 |

Millenkamp Cattle, Inc.
9/6/2024
Page: 7

Client: 9020530
Matter: 9020530-188653
Statement: 1577770

| 08/27/2024 KMIK | Call with committee counsel, committee FA, Kander, and co-counsel regarding refinancing and plan updates | B150 | 0.70 | 290.50 |
|---|---|---|---|---|
| 08/27/2024 TROU | Emails with Kati Churchill regarding July MORS (.2); adding folder to Dentons Direct for July MORs (.1); review email from Kati regarding monthly operating reports status (.1); call with client, co-counsel, and Kander regarding update, strategy, plan, and refinancing (.4) | B110 | 0.80 | 228.00 |
| 08/27/2024 TROU | Review Motion to Amend Order and docket regarding 503(b)(9) claims (.2); Draft Proposed Order Motion to Amend Order re 503(b)(9) Claims (.8) | B310 | 1.00 | 285.00 |
| 08/27/2024 TROU | Call with committee counsel, Armory, Kander, and co-counsel regarding refinancing and plan updates | B150 | 0.80 | 228.00 |
| 08/27/2024 TROU | Drafting plan | B320 | 1.10 | 313.50 |
| 08/28/2024 KMIK | Review Elsaesser Anderson's July fee app (.1); review Givens Pursley July fee app (.1) | B160 | 0.20 | 83.00 |
| 08/28/2024 KMIK | Review and revise proposed order granting motion to amend 503(b)(9) order (.1); email to counsel for Amalgamated Sugar regarding same (.1) | B310 | 0.20 | 83.00 |
| 08/28/2024 KMIK | Review emails from Kati Churchill regarding MORs (.2); email Lisa Nelson regarding AP listing (.1) | B110 | 0.30 | 124.50 |
| 08/28/2024 KMIK | Email counsel for Blue Cross of Idaho regarding amended proof of claim (.2) | B310 | 0.20 | 83.00 |
| 08/28/2024 KMIK | Continue revising McAlvain stipulated relief from stay motion | B140 | 0.60 | 249.00 |
| 08/29/2024 KMIK | Continue revising McAlvain stipulated motion for relief from stay (.2) | B140 | 0.20 | 83.00 |
| 08/29/2024 KMIK | Email Kander and Lisa Nelson regarding weekly reports (.1); call with David Heida regarding status update, refinancing, and plan (.3); email counsel for Amalgamated Sugar regarding 503(b)(9) order (.1) | B110 | 0.50 | 207.50 |
| 08/29/2024 KMIK | Review email from Braiden Miller regarding weekly Forbes update (.1); review email from Lisa Nelson regarding borrowing base certificate (.1); review email from Kati Churchill regarding weekly variance report and analysis (.1); email counsel for secured lenders regarding weekly reports (.2); emails to/from Sheila Schwager regarding Forbes report (.2) | B110 | 0.70 | 290.50 |
| 08/29/2024 KMIK | Emails to/from Ron Bingham regarding status update call (.2) | B150 | 0.20 | 83.00 |
| 08/29/2024 KMIK | Continue working on claims analysis and waterfall | B320 | 0.60 | 249.00 |
| 08/29/2024 TROU | Review memo from Tom Dovorak regarding response to motion to compel assumption/rejection of EVD contract (.5); research and drafting resistance to motion to compel (1.4) | B185 | 1.90 | 541.50 |
| 08/29/2024 TROU | Research regarding exclusivity period | B320 | 1.40 | 399.00 |
| 08/30/2024 KMIK | Emails to/from committee counsel regarding meeting with debtors and creditors committee members (.2); emails to/from Ron Bingham regarding business rep call (.2) | B150 | 0.40 | 166.00 |
| 08/30/2024 KMIK | Emails to/from David Heida and Tom Dvorak regarding response to motion to compel assumption/rejection of EVD contract (.2) | B185 | 0.20 | 83.00 |

Millenkamp Cattle, Inc.
9/6/2024
Page: 8

Client: 9020530
Matter: 9020530-188653
Statement: 1577770

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/30/2024 | KMIK | Review notice of hearing on committee counsel's first interim fee app (.1); review O'Melveny & Myers' first interim fee app (.2) | B160 | 0.30 | 124.50 |
| 08/30/2024 | KMIK | Review email from Sheila Schwager regarding borrowing base certificate calculation (.1) and email client regarding same (.1) | B110 | 0.20 | 83.00 |
| 08/30/2024 | KMIK | Review email from counsel for Blue Cross of Idaho regarding proof of claim (.1) | B310 | 0.10 | 41.50 |
| 08/30/2024 | KMIK | Email Johnson May regarding filing of MORs (.1) | B110 | 0.10 | 41.50 |
| 08/30/2024 | KMIK | Call with Forbes, Kander, client, and co-counsel regarding status update on refinancing and strategy for plan (.7) | B320 | 0.70 | 290.50 |
| 08/30/2024 | KMIK | Review Rabo's objection to app to employ Heida (.1) and email Heida regarding same (.1) | B170 | 0.20 | 83.00 |
| 08/30/2024 | GMAT | Reviewing Proofs of Claim for 503(b)(9) amounts. | B310 | 4.00 | 840.00 |
| 08/30/2024 | TROU | Call with Forbes, Kander, client, and co-counsel regarding status update on refinancing and strategies for plan (.7) | B320 | 0.70 | 199.50 |
| 08/30/2024 | TROU | Review Rabo's objection to app to employ Heida (.1) | B170 | 0.10 | 28.50 |
| 08/30/2024 | TROU | Review notice of hearing on committee counsel's first interim fee app (.1); review O'Melveny & Myers' first interim fee app (.2) | B160 | 0.30 | 85.50 |
| 08/30/2024 | TROU | Emails from David Heida and Tom Dvorak regarding response to motion to compel assumption/rejection of EVD contract (.2) | B185 | 0.20 | 57.00 |

Sub-total Fees:    $24,845.50

### Rate Summary

| | | | |
|---|---|---|---|
| Krystal R. Mikkilineni | 32.20 hours at $415.00/hr | | 13,363.00 |
| Tirzah R. Roussell | 29.90 hours at $285.00/hr | | 8,521.50 |
| Gabby B. Mathias | 14.10 hours at $210.00/hr | | 2,961.00 |
| | Total hours: | 76.20 | |

### Expenses

| Date | Description | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 08/20/2024 | Third Party Delivery Payment | A111 | 1.00 | 474.24 | 474.24 |
| 08/21/2024 | Wire Fee | A107 | 1.00 | 6.25 | 6.25 |

Sub-total Expenses:    $480.49

**Total Current Billing:**    **$25,325.99**

Client: 9020530
Matter: 9020530-188653
Statement: 1577770

Effective March 29, 2021, Davis Brown Law Firm formally combined with Dentons to become Dentons Davis Brown PC. Visit www.dentons.com/BusinessTerms to find our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the material terms and conditions of any existing engagement agreement. Please contact your lawyer or other professional if you have questions about the Terms of Business or with any respect of your representation.

Current statement due within 30 days of statement date. Please disregard any previously paid amounts. Contact us at 515-246-7812 with any questions.  Please include the statement number on your check.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.