Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule, CA Bar #252160 (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer, NY Bar #5101860 (Admitted *Pro Hac Vice*)
Gabriel L. Olivera, NY Bar #5605027 (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
         golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTHS OF MAY 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 23, 2024 THROUGH MAY 31, 2024**

Armory Securities, LLC (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the period May 23, 2024, through May 31, 2024 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1. The Firm is financial advisor to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of $15,017.50 in fees during the Application Period. The total fees represent 20.5 hours expended during the period covered by this Application. There were no expenses submitted during the period. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| May 23, 2024 – May 31, 2024 | $15,017.50 | n/a | $15,107.50 |

3. Accordingly, the Firm seeks allowance of interim compensation in the amount of $11,263.13 at this time. This total is comprised as follows: $11,263.13 (75% of the fees for services rendered).

4. Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: September 9, 2024

*/s/ Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

*/s/ Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee
of Unsecured Creditors*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 9, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 9th day of September 2024.        */s/ Julian Gurule*
                                             O'MELVENY & MYERS LLP
                                             Julian Gurule

**Exhibit A**

Invoice

Case 24-40158-NGH    Doc 597    Filed 09/09/24    Entered 09/09/24 17:30:31    Desc Main
Document      Page 6 of 9

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF [MAY] 2024 - 6



**Armory Securities, LLC**

200 N Pacific Coast Hwy Ste 1525
El Segundo, CA  90245

# INVOICE

Millenkamp Cattle, Inc.

| INVOICE | 1135 |
| DATE | 07/31/2024 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| For Professional Services Rendered Through May 31, 2024 | 15,017.50 |
| TOTAL INVOICE | **$15,017.50** |

Armory Securities, LLC
Invoice: 1135
Page No. 2

Millenkamp Cattle
For Professional Services Rendered Through May 31, 2024

| Date | Description | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 5/24/2024 | Teach-in meeting | Jeff | Choi | 1.0 | 475.00 |
| 5/24/2024 | Millenkamp Teach-in for Armory Team | Douglas | McDonald | 1.0 | 795.00 |
| 5/25/2024 | Millenkamp diligence list | Douglas | McDonald | 1.0 | 795.00 |
| 5/26/2024 | Diligence request list | Douglas | McDonald | 1.0 | 795.00 |
| 5/27/2024 | Variance Analysis | Jeff | Choi | 1.0 | 475.00 |
| 5/27/2024 | Variance Analysis | Jeff | Choi | 1.0 | 475.00 |
| 5/28/2024 | Call to OMM to discuss agenda for UCC meeting | Douglas | McDonald | 0.5 | 397.50 |
| 5/29/2024 | Prep for Debtor Advisor Call | Dave | Clark | 0.5 | 397.50 |
| 5/29/2024 | Debtors Advisor initial call, and prep | Dave | Clark | 1.0 | 795.00 |
| 5/29/2024 | Teams re: Millenkamp (Debtors/UCC Professionals) | Douglas | McDonald | 1.0 | 795.00 |
| 5/31/2024 | Read court filings - DIP budget and declarations | Douglas | McDonald | 1.0 | 795.00 |
| **Total** | **Business Analysis** | | | **10.0** | **6,990.00** |
| 5/25/2024 | Draft Millenkamp UCC engagement letter | Douglas | McDonald | 2.0 | 1,590.00 |
| 5/26/2024 | Review engagement comments and submit application | Douglas | McDonald | 1.0 | 795.00 |
| **Total** | **Fee/Employment Applicants** | | | **3.0** | **2,385.00** |
| 5/23/2024 | Millenkamp UCC FA engagement discussion | Douglas | McDonald | 0.5 | 397.50 |
| 5/23/2024 | Millenkamp UCC meetings | Douglas | McDonald | 4.0 | 3,180.00 |
| 5/28/2024 | Meeting with UCC and OMM - ran through initial agenda. Follow up | Dave | Clark | 1.0 | 795.00 |
| 5/28/2024 | Attend Millenkamp UCC - Standing Weekly Call | Douglas | McDonald | 1.0 | 795.00 |
| 5/28/2024 | UCC weekly call | Jeff | Choi | 1.0 | 475.00 |
| **Total** | **Meetings of Creditors** | | | **7.5** | **5,642.50** |
| **Total** | | | | **20.5** | **$ 15,017.50** |

Armory Securities, LLC
Invoice: 1135
Page No. 3

**Millenkamp Cattle**
**Timekeeper Summary**

| **Timekeeper** | **Title** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|---|
| Dave Clark | Managing Director | 795.00 | 2.5 | 1,987.50 |
| Douglas McDonald | Managing Director | 795.00 | 14.0 | 11,130.00 |
| **Total for Managing Director** | | | **16.5** | **13,117.50** |
| Jeff Choi | Associate | 475.00 | 4.0 | 1,900.00 |
| **Total for Associate** | | | **4.0** | **1,900.00** |
| **Total** | | | **20.5** | **15,017.50** |