Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule, CA Bar #252160 (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer, NY Bar #5101860 (Admitted *Pro Hac Vice*)
Gabriel L. Olivera, NY Bar #5605027 (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
         golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>　　　　　Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTHS OF JUNE 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2024 THROUGH JUNE 30, 2024**

Armory Securities, LLC (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the period June 1, 2024, through June 30, 2024 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1. The Firm is financial advisor to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of $71,644.85 in fees during the Application Period. The total fees represent 125.3 hours expended during the period covered by this Application. There were no expenses submitted during the period. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| June 1, 2024 – June 30, 2024 | $71,644.85 | n/a | $71,644.85 |

3.      Accordingly, the Firm seeks allowance of interim compensation in the amount of $53,733.64 at this time. This total is comprised as follows: $53,733.64 (75% of the fees for services rendered).

4.      Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: August 29, 2024

/s/ Julian Gurule
O'MELVENY & MYERS LLP
Julian Gurule

/s/ Bruce A. Anderson
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 29, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 29 day of August 2024.              */s/ Julian Gurule*
                                                                                                      O'MELVENY & MYERS LLP
                                                                                                      Julian Gurule

## Exhibit A

Invoice



**Armory Securities, LLC**
200 N Pacific Coast Hwy Ste 1525
El Segundo, CA  90245

# INVOICE

Millenkamp Cattle, Inc.

| INVOICE | 1136 |
| DATE | 07/31/2024 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| For Professional Services Rendered Through June 30, 2024 | 71,644.85 |
| TOTAL INVOICE | **$71,644.85** |

Armory Securities, LLC
Invoice: 1136
Page No. 2

Millenkamp Cattle
For Professional Services Rendered Through June 30, 2024

| Date | Description | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| | Initial Review of Data Room Diligence Items<br>- 503b9 Vendors<br>- Prior Investor Presentations<br>- Borrowing Bases | | | | |
| 6/4/2024 | - Audited Financials | Melissa | Chu | 2.5 | 1,312.50 |
| 6/4/2024 | Correspondence for working group list (WGL) prep | Martin | Manasherob | 0.8 | 281.25 |
| 6/4/2024 | Constructing WGL (30 mins) | Martin | Manasherob | 0.5 | 187.50 |
| 6/4/2024 | Variance Analysis | Jeff | Choi | 1.3 | 593.75 |
| 6/5/2024 | BRiley Armory call to Intro Millenkamp Digester representatives | Douglas | McDonald | 0.5 | 397.50 |
| 6/5/2024 | Internal call with Doug, Dave, Melissa, Jeff to discuss WGL and plan | Martin | Manasherob | 0.3 | 93.75 |
| | Internal Admin Call - Millenkamp | | | | |
| 6/5/2024 | - Workflow organization and prioritization | Melissa | Chu | 0.3 | 131.25 |
| 6/5/2024 | BRiley Armory Intro MillenKamp Digester Project - Background and | Melissa | Chu | 0.5 | 262.50 |
| 6/5/2024 | Millenkamp Case timeline and debtor professionals review | Melissa | Chu | 0.5 | 262.50 |
| | Review of DIP Variance Deck | | | | |
| 6/5/2024 | - Review of filings and critical vendor motions | Melissa | Chu | 1 | 525.00 |
| 6/6/2024 | Internal call with Zach, Melissa, Jeff regarding variance analysis and | Martin | Manasherob | 0.5 | 187.50 |
| 6/6/2024 | Internal - Discussion of Weekly Summary of Variance Reporting and | Melissa | Chu | 1 | 525.00 |
| | Review of weekly variance report and initial DIP Budget | | | | |
| | Review of DIP draw request | | | | |
| 6/6/2024 | Cattle Feed Market Research | Melissa | Chu | 3 | 1,575.00 |
| 6/6/2024 | Review of court motions - Critical Vendor claims denial, DIP Budget | Melissa | Chu | 2 | 1,050.00 |
| 6/7/2024 | Draft questions for Kander re DIP Budget - 6.6.24 | Douglas | McDonald | 1 | 795.00 |
| 6/7/2024 | Variance analysis | Jeff | Choi | 2 | 950.00 |
| 6/7/2024 | Internal call with Jeff, Doug, Dave, Melissa regarding DIP budget ou | Martin | Manasherob | 0.5 | 187.50 |
| 6/7/2024 | Millenkamp DIP budget call with Kander reviewing performance of p | Martin | Manasherob | 1 | 375.00 |
| 6/7/2024 | Millenkamp weekly variance analysis financial model initial setup / p | Martin | Manasherob | 1 | 375.00 |
| 6/7/2024 | Millenkamp weekly variance analysis financial model initial setup / p | Martin | Manasherob | 1.8 | 656.25 |
| 6/7/2024 | Internal review of questions for Kander re DIP Budget - 6.6.24 - Rev | Melissa | Chu | 1 | 525.00 |
| 6/7/2024 | Armory Kander Millenkamp DIP Budget Call - Initial meeting, Varian | Melissa | Chu | 1 | 525.00 |
| 6/8/2024 | Draft notes from call with Kander and review variance report. | Douglas | McDonald | 0.5 | 397.50 |
| 6/8/2024 | Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 6/8/2024 | Millenkamp weekly variance analysis financial model initial setup / p | Martin | Manasherob | 2 | 750.00 |
| 6/9/2024 | Variance Analysis Presentation Materials | Jeff | Choi | 2 | 950.00 |
| 6/9/2024 | Closing notes from Jeff on variance analysis model and ppt | Martin | Manasherob | 1.5 | 562.50 |
| 6/10/2024 | Variance Analysis Presentation Materials | Jeff | Choi | 3 | 1,425.00 |
| 6/10/2024 | Closing notes from Melissa on variance analysis model and ppt - (up | Martin | Manasherob | 2 | 750.00 |
| 6/10/2024 | Internal call with Doug / Jeff to live discuss Doug's comments on var | Martin | Manasherob | 0.5 | 187.50 |
| 6/10/2024 | Closing Doug's comments with Jeff for millenkamp weekly analysis r | Martin | Manasherob | 0.5 | 187.50 |
| 6/12/2024 | Call with Forbes | Jeff | Choi | 0.5 | 237.50 |
| 6/12/2024 | Variance Analysis | Jeff | Choi | 0.5 | 237.50 |
| 6/12/2024 | Telephonic Court Hearing | Jeff | Choi | 1 | 475.00 |
| 6/14/2024 | Armory Kander weekly call | Jeff | Choi | 1 | 475.00 |
| 6/14/2024 | Variance report for week ending 6/9 (week 2 of variance analysis ma | Martin | Manasherob | 1.5 | 562.50 |
| 6/15/2024 | Weekly Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 6/16/2024 | Weekly Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 6/17/2024 | Weekly variance analysis ahead of Tuesday meeting. Resolving Dou | Martin | Manasherob | 0.5 | 187.50 |
| 6/18/2024 | Review of weekly variance report and updated DIP Budget | Melissa | Chu | 1 | 525.00 |
| 6/19/2024 | 6/16 variance analysis prep | Martin | Manasherob | 1 | 375.00 |
| 6/20/2024 | Correspondence with OMM regarding Millenkamp Hearing | Douglas | McDonald | 0.5 | 397.50 |
| 6/21/2024 | variance analysis materials | Jeff | Choi | 2 | 950.00 |
| 6/21/2024 | Weekly variance report for week ending 6/16, which involves updatin | Martin | Manasherob | 1.5 | 562.50 |
| 6/24/2024 | Armory Kander Millenkamp DIP Budget Call - weekly call to discuss | Martin | Manasherob | 1 | 375.00 |
| 6/26/2024 | Review of new September forecast and latest weekly variance repor | Melissa | Chu | 1 | 525.00 |
| 6/28/2024 | Review revised cash collateral budget (pre-call with Kander) | Douglas | McDonald | 0.8 | 596.25 |
| 6/28/2024 | Variance analysis 6.23 - prep and setup of financial model updated v | Martin | Manasherob | 2.5 | 937.50 |
| 6/5/2024 | Intro call with Briley - discussing Digester project | Martin | Manasherob | 0.5 | 187.50 |
| 6/28/2024 | Call with B.Riley to discuss East Valley Development digester | Douglas | McDonald | 0.5 | 397.50 |
| | Review weekly variance report, draft questions for Kander | | | | |
| 6/7/2024 | Review 05.14.2024 DIP Budget | Melissa | Chu | 3 | 1,575.00 |
| 6/14/2024 | Armory Kander Weekly Millenkamp Budget Call - Review of latest D | Melissa | Chu | 1 | 525.00 |
| 6/24/2024 | Armory Kander Millenkamp DIP Budget Call - Weekly DIP budget re | Melissa | Chu | 1 | 525.00 |
| 6/7/2024 | Kander DIP Budget Call | Jeff | Choi | 1 | 475.00 |
| 6/6/2024 | DIP Budget and Variance Report Review | Dave | Clark | 1 | 795.00 |
| 6/6/2024 | Review Motions and DIP Budget. Draft questions list. | Douglas | McDonald | 2 | 1,590.00 |

Armory Securities, LLC
Invoice: 1136
Page No. 3

Millenkamp Cattle
For Professional Services Rendered Through June 30, 2024

| Date | Description | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 6/7/2024 | Armory Kander Millenkamp DIP Budget Call | Dave | Clark | 1 | 795.00 |
| 6/7/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 1 | 795.00 |
| 6/14/2024 | Kander call on Budget | Dave | Clark | 1 | 795.00 |
| 6/14/2024 | Type notes from Kander and Forbes calls. Send to OMM. | Douglas | McDonald | 2 | 1,590.00 |
| 6/14/2024 | Armory Kander Weekly Millenkamp Budget Call | Douglas | McDonald | 1 | 795.00 |
| 6/17/2024 | Draft weekly report for UCC on variance and calls with Forbes and K | Douglas | McDonald | 1 | 795.00 |
| 6/24/2024 | Armory Kander Millenkamp DIP Budget Call | Dave | Clark | 0.5 | 397.50 |
| 6/24/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 6/25/2024 | Review Monthly Operating Reports.  Listen to hearing recordings fr | Douglas | McDonald | 3 | 2,385.00 |
| 6/27/2024 | Review budget and cash collateral motion | Douglas | McDonald | 0.8 | 596.25 |
| **Total** | **Business Analysis** | | | **80** | **42,663.80** |
| 6/19/2024 | Review hearing exhibits | Douglas | McDonald | 1 | 795.00 |
| 6/15/2024 | Hearing prep | Douglas | McDonald | 0.5 | 397.50 |
| 6/13/2024 | Millenkamp 503(b)9 Telephonic Hearing | Douglas | McDonald | 1 | 795.00 |
| 6/13/2024 | Millenkamp 503(b)9 Telephonic Hearing | Martin | Manasherob | 1 | 375.00 |
| 6/13/2024 | Telephonic Hearing and Call with Forbes | Dave | Clark | 1 | 795.00 |
| 6/13/2024 | MillenKamp Telephonic Hearing | Jeff | Choi | 1 | 475.00 |
| **Total** | **Case Administration** | | | **5.5** | **3,632.50** |
| 6/4/2024 | Call with Forbes | Douglas | McDonald | 0.5 | 397.50 |
| 6/13/2024 | Project Milkmen | Armory Securities - call with Forbes | Douglas | McDonald | 0.5 | 397.50 |
| 6/13/2024 | Armory Forbes Meeting | Jeff | Choi | 0.5 | 237.50 |
| 6/13/2024 | Project Milkmen | Armory Securities (intro call with Forbes bankers t | Martin | Manasherob | 0.5 | 187.50 |
| 6/13/2024 | Project Milkmen | Armory Securities - Introductory call with Forbes re | Melissa | Chu | 0.5 | 262.50 |
| 6/17/2024 | Review Forbes Data Room | Douglas | McDonald | 0.5 | 397.50 |
| 6/17/2024 | Millenkamp additional lender list creation for Forbes | Martin | Manasherob | 0.5 | 187.50 |
| 6/18/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 6/18/2024 | Weekly variance update which includes updating a contact list for Fc | Martin | Manasherob | 0.5 | 187.50 |
| 6/18/2024 | Diligence additional target names for Forbes | Douglas | McDonald | 1 | 795.00 |
| 6/4/2024 | Additional review of material.  Forbes Report. | Dave | Clark | 1.5 | 1,192.50 |
| **Total** | **Corporate Finance** | | | **7.5** | **5,037.50** |
| 6/4/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 6/4/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Dave | Clark | 1 | 795.00 |
| 6/10/2024 | MillenKamp - UCC Meeting Materials Prep for Call Tomorrow | Douglas | McDonald | 3 | 2,385.00 |
| 6/11/2024 | Prep for call with OMM.  Various Motions and DIP Variance Reportir | Dave | Clark | 0.3 | 198.75 |
| 6/11/2024 | UCC Weekly Call 1 hour | Dave | Clark | 1 | 795.00 |
| 6/11/2024 | UCC Professional Call 30 mins | Dave | Clark | 0.5 | 397.50 |
| 6/11/2024 | Prep for call with UCC | Dave | Clark | 0.3 | 198.75 |
| 6/4/2024 | Debtor call Tuesday morning with UCC committee (30 mins) | Martin | Manasherob | 0.5 | 187.50 |
| 6/4/2024 | Weekly UCC Call with Company's Advisors - Discussion of 503(b)9 | Melissa | Chu | 0.5 | 262.50 |
| 6/4/2024 | Prep for and Call with and UCC | Douglas | McDonald | 0.5 | 397.50 |
| 6/4/2024 | FW: Millenkamp UCC - Standing Weekly Call | Douglas | McDonald | 0.5 | 397.50 |
| 6/4/2024 | Discuss agenda for UCC with Julian | Douglas | McDonald | 0.3 | 262.35 |
| 6/4/2024 | Debtor / UCC Professionals Call | Jeff | Choi | 0.5 | 237.50 |
| 6/4/2024 | Debtor / UCC Professionals Call | Melissa | Chu | 0.5 | 262.50 |
| 6/4/2024 | Prep for UCC Professionals call | Melissa | Chu | 0.3 | 131.25 |
| 6/4/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call - W | Melissa | Chu | 1 | 525.00 |
| 6/4/2024 | Millenkamp UCC - Standing Weekly Call - Discussion of progress or | Melissa | Chu | 1 | 525.00 |
| 6/4/2024 | Call preparation - Weekly UCC Meeting - Review of case dockets | Melissa | Chu | 0.3 | 131.25 |
| 6/4/2024 | Call preparation - Weekly advisors call - Review of materials | Melissa | Chu | 0.3 | 131.25 |
| 6/11/2024 | Prepare for Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 6/11/2024 | Attend Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 6/11/2024 | Millenkamp UCC - Standing Weekly Call | Douglas | McDonald | 1 | 795.00 |
| 6/11/2024 | UCC Professional Call 30 mins | Jeff | Choi | 0.5 | 237.50 |
| 6/11/2024 | UCC Weekly Call 1 hour | Jeff | Choi | 1 | 475.00 |
| 6/11/2024 | Prep for Weekly UCC Professionals Standing Call with OMM | Martin | Manasherob | 0.5 | 187.50 |
| 6/11/2024 | Millenkamp Debtors/UCC Professionals Standing Call - Weekly call | Martin | Manasherob | 0.5 | 187.50 |
| 6/11/2024 | Millenkamp UCC - Standing Weekly Call (weekly call with entire UC | Martin | Manasherob | 1 | 375.00 |
| 6/11/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call - D | Melissa | Chu | 0.5 | 262.50 |
| 6/11/2024 | Prep for weekly UCC Call - Review of latest materials & emails | Melissa | Chu | 0.25 | 131.25 |

Armory Securities, LLC
Invoice: 1136
Page No. 4

Millenkamp Cattle
For Professional Services Rendered Through June 30, 2024

| Date | Description | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 6/11/2024 | Millenkamp UCC - Standing Weekly Call - Presentation of Initial DIP | Melissa | Chu | 1 | 525.00 |
| 6/18/2024 | Millenkamp UCC - Standing Weekly Call | Dave | Clark | 0.67 | 532.65 |
| 6/18/2024 | Prep for call with UCC | Dave | Clark | 0.33 | 262.35 |
| 6/18/2024 | Debtors Advisor call and prep for both | Dave | Clark | 1 | 795.00 |
| 6/18/2024 | Millenkamp UCC - Standing Weekly Call | Douglas | McDonald | 0.7 | 532.65 |
| 6/18/2024 | Prep for Millenkamp UCC - Standing Weekly Call | Douglas | McDonald | 0.3 | 262.35 |
| 6/18/2024 | Millenkamp UCC - Standing Weekly Call (weekly call with entire UC( | Martin | Manasherob | 0.7 | 251.25 |
| 6/18/2024 | Millenkamp Debtors/UCC Professionals Standing Call - Discuss Dat | Melissa | Chu | 1 | 525.00 |
| 6/18/2024 | Prep for UCC Standing weekly call | Melissa | Chu | 0.3 | 157.50 |
| 6/18/2024 | Millenkamp Debtors/UCC Professionals Standing Call - weekly call t Millenkamp UCC - Standing Weekly Call | Martin | Manasherob | 0.5 | 187.50 |
| 6/18/2024 | - Discuss latest DIP Budget and variance report | Melissa | Chu | 0.7 | 367.50 |
| 6/20/2024 | Millenkamp hearing recap call post hearing | Martin | Manasherob | 0.5 | 187.50 |
| 6/25/2024 | UCC Standing Weekly Professionals call | Dave | Clark | 0.5 | 397.50 |
| 6/25/2024 | UCC Standing Weekly Professionals call | Dave | Clark | 0.5 | 397.50 |
| 6/25/2024 | Attend Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 6/25/2024 | Millenkamp Debtors/UCC Professionals Standing Call - Weekly call | Martin | Manasherob | 1 | 375.00 |
| 6/25/2024 | Millenkamp UCC - Standing Weekly Call (weekly call with entire UC( | Martin | Manasherob | 1 | 375.00 |
| 6/25/2024 | Attend Millenkamp UCC - Standing Weekly Call (30 min prep and 3( | Douglas | McDonald | 1 | 795.00 |
| 6/25/2024 | Prep for UCC Professionals call | Melissa | Chu | 0.5 | 262.50 |
| 6/25/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call - Discuss Forbes' process, target list, professional eyes only requirements | Melissa | Chu | 0.5 | 262.50 |
| **Total** | **Meetings of Creditors** | | | **32.5** | **20,311.10** |
| **Total** | | | | **125.3** | **71,644.90** |

Armory Securities, LLC
Invoice: 1136
Page No.5

**Millenkamp Cattle**
**Timekeeper Summary**

| <u>Timekeeper</u> | <u>Title</u> | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| Dave Clark | Managing Director | 795.00 | 12.0 | 9,540.00 |
| Douglas McDonald | Managing Director | 795.00 | 30.8 | 24,509.85 |
| **Total for Managing Director** | | | **42.8** | **34,049.85** |
| Melissa Chu | Vice President | 525.00 | 28.8 | 15,093.75 |
| **Total for Vice President** | | | **28.8** | **15,093.75** |
| Jeff Choi | Senior Associate | 475.00 | 23.8 | 11,281.25 |
| **Total for Senior Associate** | | | **23.8** | **11,281.25** |
| Martin Manasherob | Analyst | 375.00 | 29.9 | 11,220.00 |
| **Total for Analyst** | | | **29.9** | **11,220.00** |
| **Total** | | | **125.3** | **71,644.85** |