Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule, CA Bar #252160 (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer, NY Bar #5101860 (Admitted *Pro Hac Vice*)
Gabriel L. Olivera, NY Bar #5605027 (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
         golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>             Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2024 THROUGH JULY 31, 2024**

Armory Securities, LLC (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the period July 1, 2024 through July 31, 2024 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1. The Firm is financial advisor to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of $70,613.65 in fees during the Application Period. The total fees represent 122.5 hours expended during the period covered by this Application. There were no expenses submitted during the period. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| July 1, 2024 – July 31, 2024 | $70,613.65 | n/a | $70,613.65 |

3. Accordingly, the Firm seeks allowance of interim compensation in the amount of $52,960.24 at this time. This total is comprised as follows: $52,960.24 (75% of the fees for services rendered).

4. Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: September 9, 2024

*/s/ Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

*/s/ Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 9, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 9th day of September 2024.   */s/Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

## Exhibit A

Invoice

Case 24-40158-NGH    Doc 599    Filed 09/09/24    Entered 09/09/24 17:34:47    Desc Main
Document      Page 6 of 10

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2024 - 6



**Armory Securities, LLC**

200 N Pacific Coast Hwy Ste 1525
El Segundo, CA  90245

# INVOICE

Millenkamp Cattle, Inc.

| | |
|---|---|
| INVOICE | 1137 |
| DATE | 07/31/2024 |

| DESCRIPTION | AMOUNT |
|---|---|
| For Professional Services Rendered Through July 31, 2024 | 70,613.65 |
| TOTAL INVOICE | **$70,613.65** |

Armory Securities, LLC
Invoice: 1137
Page No. 2

Millenkamp Cattle
For Professional Services Rendered Through July 31, 2024

| Date | Description | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 7/18/2024 | Plans for site visit diligence | Douglas | McDonald | 0.5 | 397.50 |
| 7/22/2024 | Call with Julian OMM to discuss trip planning and goals | Douglas | McDonald | 0.5 | 397.50 |
| 7/22/2024 | Draft request list for David Heida. | Douglas | McDonald | 0.5 | 397.50 |
| 7/23/2024 | David Heida Planning Call | Douglas | McDonald | 0.5 | 397.50 |
| 7/24/2024 | Call with Julian on trip logistics. Reserve flights and hotel for trip to Idaho. | Douglas | McDonald | 1.5 | 1,192.50 |
| 7/29/2024 | Travel preparations for Idaho meetings | Douglas | McDonald | 1 | 795.00 |
| 7/30/2024 | Read Appraisals and draft notes / question list for visit | Douglas | McDonald | 2 | 1,566.15 |
| 7/31/2024 | David Heida Pickup (Fairfield Inn Twin Falls) 7am. Full day of tour of site visits to all real estate assets. Tour of calf ranch and dairy. Meeting with Dave Millenkamp. Return to Twin Falls 4pm drop by David 4pm. | Douglas | McDonald | 8 | 6,360.00 |
| 7/31/2024 | Dinner with Julian G. and a regional real estate broker to discuss market trends. | Douglas | McDonald | 1.5 | 1,192.50 |
| **Total** | **Asset Analysis and Recovery** | | | **9.5** | **12,696.15** |
| 7/1/2024 | Week ending 6.23 variance analysis prep | Martin | Manasherob | 1 | 375.00 |
| 7/1/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 1 | 525.00 |
| 7/1/2024 | Initial Review of the 24 Month Budget | Dave | Clark | 0.5 | 397.50 |
| 7/1/2024 | Call with Kander to review the 24 Month Budget. | Dave | Clark | 1 | 795.00 |
| 7/1/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 1 | 795.00 |
| 7/1/2024 | Kander Millenkamp DIP Budget Call - weekly call to review prior week actuals | Martin | Manasherob | 1 | 375.00 |
| 7/2/2024 | 6.23 variance analysis - closing Doug's comments | Martin | Manasherob | 6 | 2,250.00 |
| 7/3/2024 | Variance analysis materials | Jeff | Choi | 1 | 475.00 |
| 7/3/2024 | Variance analysis model - closing Doug's comments pt 2 | Martin | Manasherob | 3 | 1,125.00 |
| 7/8/2024 | Variance Analysis meeting with Kander | Jeff | Choi | 1 | 475.00 |
| 7/8/2024 | Variance Analysis Materials | Jeff | Choi | 0.5 | 237.50 |
| 7/8/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 1 | 795.00 |
| 7/8/2024 | Kander Millenkamp DIP Budget Call - weekly call to review prior week actuals | Martin | Manasherob | 1 | 375.00 |
| 7/8/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 1 | 525.00 |
| 7/8/2024 | WE 6.30 variance analysis - closing review comments | Martin | Manasherob | 2 | 750.00 |
| 7/10/2024 | OMM summary for UCC on Rabo Stipulation | Douglas | McDonald | 0.4 | 333.90 |
| 7/11/2024 | Read motions for upcoming hearing | Douglas | McDonald | 0.3 | 198.75 |
| 7/11/2024 | WE 07.07 variance analysis initial prep | Martin | Manasherob | 1 | 375.00 |
| 7/11/2024 | Review Kander model and prep for weekly call | Douglas | McDonald | 0.5 | 397.50 |
| 7/12/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 1 | 795.00 |
| 7/12/2024 | Prep for Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 1 | 525.00 |
| 7/12/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 1 | 525.00 |
| 7/12/2024 | Armory Kander Millenkamp DIP Budget Call - post call review | Douglas | McDonald | 0.5 | 397.50 |
| 7/12/2024 | Armory Kander Millenkamp DIP Budget Call | Jeff | Choi | 1 | 475.00 |
| 7/12/2024 | Kander Millenkamp DIP Budget Call - weekly call to review prior week actuals | Martin | Manasherob | 1 | 375.00 |
| 7/12/2024 | Pre-call prep for Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 1 | 375.00 |
| 7/15/2024 | Variance analysis materials | Jeff | Choi | 3 | 1,425.00 |
| 7/15/2024 | WE 07.07 Variance Analysis review and closing Doug's notes | Martin | Manasherob | 2 | 750.00 |
| 7/16/2024 | WE 07.07 variance analysis - Doug's notes and final review | Martin | Manasherob | 2.5 | 937.50 |
| 7/19/2024 | Weekly Kander call | Jeff | Choi | 1 | 475.00 |
| 7/19/2024 | Variance analysis | Jeff | Choi | 1 | 475.00 |
| 7/19/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 1 | 795.00 |
| 7/19/2024 | Kander Millenkamp DIP Budget Call - weekly call to review prior week actuals | Martin | Manasherob | 1 | 375.00 |
| 7/19/2024 | Variance analysis prep for WE 7.14 - session 1 | Martin | Manasherob | 2 | 750.00 |
| 7/20/2024 | Variance analysis prep for WE 7.14 - session 2 | Martin | Manasherob | 0.5 | 187.50 |
| 7/22/2024 | Variance analysis | Jeff | Choi | 2 | 950.00 |
| 7/22/2024 | Variance analysis 7/14 - review prior to sending up | Martin | Manasherob | 1 | 375.00 |
| 7/22/2024 | Variance analysis - spreading q1 '24 financial performance into deck | Martin | Manasherob | 2 | 750.00 |
| 7/23/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 7/23/2024 | Variance analysis | Jeff | Choi | 1 | 475.00 |
| 7/26/2024 | Variance Analysis | Jeff | Choi | 1.5 | 712.50 |
| 7/26/2024 | WE 07.21 variance analysis which includes updating budget for this week | Martin | Manasherob | 5 | 1,875.00 |
| 7/26/2024 | Prep for call with Kander | Dave | Clark | 0.5 | 397.50 |
| 7/26/2024 | Call with Ken at Kander | Dave | Clark | 0.5 | 397.50 |
| 7/26/2024 | Prep for Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 1 | 525.00 |
| 7/29/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 7/29/2024 | prep for variance analysis meeting with Kander | Martin | Manasherob | 0.5 | 187.50 |
| 7/29/2024 | Kander Millenkamp DIP Budget Call - weekly call to review prior week actuals | Martin | Manasherob | 0.5 | 187.50 |
| 7/29/2024 | prep for variance analysis meeting with Kander | Jeff | Choi | 0.5 | 237.50 |
| 7/29/2024 | variance analysis meeting with Kander | Jeff | Choi | 0.5 | 237.50 |

Armory Securities, LLC
Invoice: 1137
Page No. 3

Millenkamp Cattle
For Professional Services Rendered Through July 31, 2024

| Date | Description | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 7/29/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 7/29/2024 | Kander Weekly Call | Dave | Clark | 0.5 | 397.50 |
| 7/29/2024 | Follow-up with Kander | Dave | Clark | 0.5 | 397.50 |
| 7/30/2024 | Variance analysis | Jeff | Choi | 1.5 | 712.50 |
| **Total** | **Business Analysis** | | | **65.7** | **31,482.65** |
| 7/18/2024 | Court Hearing | Dave | Clark | 1 | 795.00 |
| 7/18/2024 | Prep for Court Hearing | Dave | Clark | 1 | 795.00 |
| 7/18/2024 | [Millenkamp] Telephonic Omnibus Hearing | Douglas | McDonald | 1 | 795.00 |
| **Total** | **Case Administration** | | | **3** | **2,385.00** |
| 7/9/2024 | Armory Forbes Discussion - weekly Forbes process update | Martin | Manasherob | 0.5 | 187.50 |
| 7/9/2024 | Armory Forbes Discussion | Douglas | McDonald | 0.5 | 397.50 |
| 7/11/2024 | Provide lender contact names to Forbes | Douglas | McDonald | 0.8 | 596.25 |
| 7/15/2024 | Review Forbes marketing materials. | Douglas | McDonald | 0.7 | 532.65 |
| 7/26/2024 | Coordinate call times with Kander and Forbes | Douglas | McDonald | 0.3 | 262.35 |
| 7/29/2024 | Financing call with Forbes | Dave | Clark | 0.5 | 397.50 |
| 7/29/2024 | 10 30a MT - Millenkamp Cattle, Weekly Financing Update Call | Melissa | Chu | 0.5 | 262.50 |
| 7/29/2024 | 10 30a MT - Millenkamp Cattle, Weekly Financing Update Call with Forbes | Douglas | McDonald | 0.5 | 397.50 |
| **Total** | **Corporate Finance** | | | **4.3** | **3,033.75** |
| 7/1/2024 | Review model and prep report for UCC meeting | Douglas | McDonald | 2 | 1,590.00 |
| 7/1/2024 | Review 2-year budget and draft presentation for UCC | Douglas | McDonald | 1.3 | 1,057.35 |
| 7/2/2024 | Turn presentation on 6.23 variance, 6-month collateral budget and 2-year plan budget. | Douglas | McDonald | 1 | 795.00 |
| 7/3/2024 | Turn presentation on 6.23 variance, 6-month collateral budget and 2-year plan budget.  Two sets of comments to team and send out to UCC. | Douglas | McDonald | 2.3 | 1,788.75 |
| 7/15/2024 | Draft weekly budget comparison presentation | Douglas | McDonald | 1 | 795.00 |
| 7/22/2024 | Review 1Q financials | Douglas | McDonald | 0.5 | 397.50 |
| 7/26/2024 | Review weekly budget | Douglas | McDonald | 0.5 | 397.50 |
| **Total** | **Data Analysis** | | | **8.6** | **6,821.10** |
| 7/2/2024 | Call with Kander, Dentors Counsel and OMM.  Call with UCC and OMM to discuss recent Motions, Weekly Variance Report and 24 month Plan. | Dave | Clark | 1.5 | 1,192.50 |
| 7/2/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 7/2/2024 | Millenkamp UCC - Standing Weekly Call | Douglas | McDonald | 1 | 795.00 |
| 7/2/2024 | Millenkamp Debtors/UCC Professionals Standing Call (weekly OMM call) | Martin | Manasherob | 1 | 375.00 |
| 7/2/2024 | Millenkamp UCC - Standing Weekly Call with entire UCC committee | Martin | Manasherob | 1 | 375.00 |
| 7/2/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Jeff | Choi | 1 | 475.00 |
| 7/2/2024 | Millenkamp UCC - Standing Weekly Call | Jeff | Choi | 1 | 475.00 |
| 7/2/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| 7/9/2024 | Prep for UCC professionals call | Douglas | McDonald | 1 | 795.00 |
| 7/9/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 7/9/2024 | Prep ahead of UCC Professionals call | Dave | Clark | 1 | 795.00 |
| 7/9/2024 | UCC Professionals call | Dave | Clark | 0.5 | 397.50 |
| 7/9/2024 | UCC professionals call | Jeff | Choi | 0.5 | 237.50 |
| 7/9/2024 | Call with UCC committee | Jeff | Choi | 1 | 475.00 |
| 7/9/2024 | Millenkamp Debtors/UCC Professionals Standing Call (weekly OMM call) | Martin | Manasherob | 0.5 | 187.50 |
| 7/9/2024 | Millenkamp UCC - Standing Weekly Call with entire UCC committee | Martin | Manasherob | 1 | 375.00 |
| 7/9/2024 | Prep ahead of UCC Professionals call | Melissa | Chu | 0.5 | 262.50 |
| 7/9/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.5 | 262.50 |
| 7/16/2024 | UCC Professional Meeting | Jeff | Choi | 1 | 475.00 |
| 7/16/2024 | UCC Meeting | Jeff | Choi | 0.5 | 237.50 |
| 7/16/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 7/16/2024 | Millenkamp Debtors/UCC Professionals Standing Call (weekly OMM call) | Martin | Manasherob | 1 | 375.00 |
| 7/16/2024 | Prep ahead of UCC committee call | Martin | Manasherob | 0.5 | 187.50 |
| 7/16/2024 | Millenkamp UCC - Standing Weekly Call with entire UCC committee | Martin | Manasherob | 0.5 | 187.50 |
| 7/16/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| 7/23/2024 | Millenkamp Debtors/UCC Professionals Standing Call (weekly OMM call) | Martin | Manasherob | 0.5 | 187.50 |
| 7/23/2024 | Prep for UCC professionals call | Jeff | Choi | 0.5 | 237.50 |
| 7/23/2024 | FW: Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Jeff | Choi | 0.5 | 237.50 |
| 7/23/2024 | Prep for UCC professionals call | Melissa | Chu | 0.5 | 262.50 |
| 7/23/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.5 | 262.50 |
| 7/30/2024 | B-weekly call with UCC | Dave | Clark | 0.5 | 397.50 |
| 7/30/2024 | B-weekly call with UCC | Jeff | Choi | 0.5 | 237.50 |
| 7/30/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.5 | 397.50 |
| **Total** | **Meetings of Creditors** | | | **25** | **14,195.00** |
| **Total** | | | | **116** | **70,613.65** |

Armory Securities, LLC
Invoice: 1137
Page No.4

**Millenkamp Cattle**
**Timekeeper Summary**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Dave Clark | Managing Director | 795.00 | 9.5 | 7,552.50 |
| Douglas McDonald | Managing Director | 795.00 | 40.5 | 32,173.65 |
| **Total for Managing Director** | | | **50.0** | **39,726.15** |
| Melissa Chu | Vice President | 525.00 | 10.0 | 5,250.00 |
| **Total for Vice President** | | | **10.0** | **5,250.00** |
| Jeff Choi | Senior Associate | 475.00 | 22.0 | 10,450.00 |
| **Total for Senior Associate** | | | **22.0** | **10,450.00** |
| Martin Manasherob | Analyst | 375.00 | 40.5 | 15,187.50 |
| **Total for Analyst** | | | **40.5** | **15,187.50** |
| **Total** | | | **122.5** | **70,613.65** |