Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule, CA Bar #252160 (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer, NY Bar #5101860 (Admitted *Pro Hac Vice*)
Gabriel L. Olivera, NY Bar #5605027 (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
        golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>        Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**NOTICE OF ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION
FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>MAY 23, 2024 THROUGH MAY 31, 2024</u>**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "<u>Professional(s)</u>") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing May 23, 2024 and ending May 31, 2024 (the "<u>Application Period</u>"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtors, and the Official Committee of Unsecured Creditors.

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024 - 2

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: September 9, 2024

Date: September 9, 2024

*/s/ Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

*/s/ Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 9, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024 - 4

| | |
|---|---|
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 9th day of September 2024.

                                                        */s/ Julian Gurule*
                                                        O'MELVENY & MYERS LLP
                                                        Julian Gurule

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY 2024 - 5



**Armory Securities, LLC**
200 N Pacific Coast Hwy Ste 1525
El Segundo, CA  90245

# INVOICE

Millenkamp Cattle, Inc.

INVOICE   1135
DATE      07/31/2024

| DESCRIPTION | AMOUNT |
|---|---|
| For Professional Services Rendered Through May 31, 2024 | 15,017.50 |

TOTAL INVOICE   **$15,017.50**

Armory Securities, LLC
Invoice: 1135
Page No. 2

Millenkamp Cattle
For Professional Services Rendered Through May 31, 2024

| Date | Description | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 5/24/2024 | Teach-in meeting | Jeff | Choi | 1.0 | 475.00 |
| 5/24/2024 | Millenkamp Teach-in for Armory Team | Douglas | McDonald | 1.0 | 795.00 |
| 5/25/2024 | Millenkamp diligence list | Douglas | McDonald | 1.0 | 795.00 |
| 5/26/2024 | Diligence request list | Douglas | McDonald | 1.0 | 795.00 |
| 5/27/2024 | Variance Analysis | Jeff | Choi | 1.0 | 475.00 |
| 5/27/2024 | Variance Analysis | Jeff | Choi | 1.0 | 475.00 |
| 5/28/2024 | Call to OMM to discuss agenda for UCC meeting | Douglas | McDonald | 0.5 | 397.50 |
| 5/29/2024 | Prep for Debtor Advisor Call | Dave | Clark | 0.5 | 397.50 |
| 5/29/2024 | Debtors Advisor initial call, and prep | Dave | Clark | 1.0 | 795.00 |
| 5/29/2024 | Teams re: Millenkamp (Debtors/UCC Professionals) | Douglas | McDonald | 1.0 | 795.00 |
| 5/31/2024 | Read court filings - DIP budget and declarations | Douglas | McDonald | 1.0 | 795.00 |
| **Total** | **Business Analysis** | | | **10.0** | **6,990.00** |
| 5/25/2024 | Draft Millenkamp UCC engagement letter | Douglas | McDonald | 2.0 | 1,590.00 |
| 5/26/2024 | Review engagement comments and submit application | Douglas | McDonald | 1.0 | 795.00 |
| **Total** | **Fee/Employment Applicants** | | | **3.0** | **2,385.00** |
| 5/23/2024 | Millenkamp UCC FA engagement discussion | Douglas | McDonald | 0.5 | 397.50 |
| 5/23/2024 | Millenkamp UCC meetings | Douglas | McDonald | 4.0 | 3,180.00 |
| 5/28/2024 | Meeting with UCC and OMM - ran through initial agenda. Follow up | Dave | Clark | 1.0 | 795.00 |
| 5/28/2024 | Attend Millenkamp UCC - Standing Weekly Call | Douglas | McDonald | 1.0 | 795.00 |
| 5/28/2024 | UCC weekly call | Jeff | Choi | 1.0 | 475.00 |
| **Total** | **Meetings of Creditors** | | | **7.5** | **5,642.50** |
| **Total** | | | | **20.5** | **$ 15,017.50** |

Armory Securities, LLC
Invoice: 1135
Page No. 3

**Millenkamp Cattle**
**Timekeeper Summary**

| **Timekeeper** | **Title** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|---|
| Dave Clark | Managing Director | 795.00 | 2.5 | 1,987.50 |
| Douglas McDonald | Managing Director | 795.00 | 14.0 | 11,130.00 |
| **Total for Managing Director** | | | **16.5** | **13,117.50** |
| Jeff Choi | Associate | 475.00 | 4.0 | 1,900.00 |
| **Total for Associate** | | | **4.0** | **1,900.00** |
| **Total** | | | **20.5** | **15,017.50** |