Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax:  (208) 667-2900
brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
golivera@omm.com

*Attorneys for the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In re: | |
|---|---|
| MILLENKAMP CATTLE, INC., | Case No.:  24-40158-NGH |
| Debtor. | Jointly Administered With Case Nos.: |
| Filing relates to: | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises) |
| ☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties | |

CERTIFICATE OF SERVICE  - 1

| | |
|---|---|
| ☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

# **CERTIFICATE OF SERVICE**

I certify that on September 10, 2024, in accordance with Fed. R. Civ. P. 5(b)(3), true copies of the following were served via regular first-class mail, postage prepaid, on the parties listed below, those requesting notice, and the 20 largest unsecured creditors, except those already receiving ECF, and duplicates.

#600 – Notice of Armory Securities, LLC's Cover Sheet Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period of May 23, 2024 Through May 31, 2024.

#601 – Notice of Armory Securities, LLC's Cover Sheet Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period of June 1, 2024 Through June 30, 2024.

#602 – Notice of Armory Securities, LLC's Cover Sheet Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period of July 1, 2024 Through July 31, 2024.

In addition the foregoing documents were also served via regular first-class mail, postage prepaid on the following:

IRS Centralized Insolvency Op.            Idaho State Tax Commission
Post Office Box 7346                      PO Box 36
Philadelphia PA 19101                     Boise, ID  83722-0036

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  September 10, 2024          ELSAESSER ANDERSON, CHTD.


*/s/ Bruce A. Anderson*
Bruce A. Anderson

CERTIFICATE OF SERVICE  - 2