Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      robert.richards@dentons.com
      tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4105393

| | |
|---|---|
| ☐ Millenkamp Family | |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

# DEBTORS' AMENDED STATUS REPORT FOR SEPTEMBER 2024 OMNIBUS HEARING

Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), by and through their counsel of record, and pursuant to the Court's Order (Docket No. 194), provide the following status report prior to the September 12, 2024 omnibus status hearing:

1. *The status of administration of the Estates.*

The Debtors continue to operate and generate income. They are current on all reporting requirements (including weekly reporting to the parties and Monthly Operating Reports). The Debtors are working towards a proposed reorganization plan and anticipate filing a Plan and Disclosure Statement before the exclusivity period expires.

2. *Any upcoming motions or other relief that the Debtors anticipate seeking.*

There is a current hearing set for September 12, 2024. At that hearing, the following matters are expected to be heard:

    1) East Valley Development's Motion to Compel Assumption or Rejection of Executory Contracts, or, in the Alternative, for Equitable Relief (Docket No. 549 – the "Motion to Compel") and Debtors' Resistance to the Motion to Compel (Docket No. 592) and the Committee's Joinder (Docket No. 593).

    2) Application for Interim Professional Compensation for Krystal R. Mikkilineni (Docket No. 548); and

    3) Application for Interim Professional Compensation for Matthew T. Christensen (Docket No. 565).

No other motions are set for hearing. An Application to Employ Heida Law Office as Special Counsel (Docket No. 570) and Objection thereto (Docket No. 589) is currently pending, but has not been set for hearing and the 21-day bar date for objections, plus the three-day mailing rule, does not expire until September 13, 2024. Prior to the next scheduled status conference, the Debtors anticipate filing their Plan of Reorganization and Disclosure Statement prior to the end of the exclusivity period, September 30, 2024.

3. *Any other matters of which the Debtors believe the Court should be aware.*

The Debtors are currently unaware of other matters requiring the Court's attention.

DATED this 11th day of September, 2024.

DENTONS

*/s/ Krystal Mikkilineni*

KRYSTAL MIKKILINENI
Attorney for the Debtor


JOHNSON MAY

*/s/ Matt Christensen*

MATTHEW T. CHRISTENSEN
Attorney for the Debtor

DEBTORS' AMENDED STATUS REPORT FOR SEPTEMBER 2024 OMNIBUS HEARING – Page 3

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 11th day of September 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |

Any others as listed on the Court's ECF Notice.

    /s/ *Krystal R. Mikkilineni*
    KRYSTAL R. MIKKILINENI