Janine P. Reynard (ISB #6030)
AVERY LAW
3090 E. Gentry Way, Ste 250
Meridian, ID 83642
Telephone:  (208) 639-9400
Facsimile:  (208) 994-3182

-and-

Adam Lewis (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
Email:  ALewis@mofo.com

-and-

Miranda Russell (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Email:  MRussell@mofo.com

*Attorneys for East Valley Development, LLC*

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With Case Nos.: |
| ☒ ALL DEBTORS | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Millenkamp Cattle, Inc. | 24-40160-NGH (East Valley Cattle) |
| | 24-40161-NGH (Millenkamp Properties) |
| ☐ Idaho Jersey Girls | 24-40162-NGH (Millenkamp Properties II) |
| | 24-40163-NGH (Millenkamp Family) |
| ☐ East Valley Cattle | 24-40164-NGH (Goose Ranch) |
| | 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Properties | 24-40167-NGH (Millenkamp Enterprises) |

ny-2789511

| | |
|---|---|
| ☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**STIPULATION FOR AN ORDER RESOLVING EAST VALLEY DEVELOPMENT'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS, OR, IN THE ALTERNATIVE, FOR EQUITABLE RELIEF**

Millenkamp Cattle, Inc. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), the official committee of unsecured creditors in the above-captioned cases (the "Committee"), and East Valley Development, LLC ("EVD," and together with the Debtors and the Committee, the "Parties"), by and through their respective undersigned attorneys, hereby stipulate and agree as follows:

1. On August 12, 2024, EVD filed *East Valley Development's Motion to Compel Assumption or Rejection of Executory Contracts, Or, in the Alternative, for Equitable Relief* [D.I. 549] (the "Motion").

2. On September 5, 2024, the Debtors filed the *Resistance to East Valley Development's Motion to Compel Assumption or Rejection of Executory Contracts Or, in the Alternative, for Equitable Relief* [D.I. 592] (the "Debtors' Resistance"), and the Committee filed *The Unsecured Creditors' Committee's Joinder to Debtors' Resistance to East Valley Development's Motion to Compel Assumption or Rejection of Executory Contracts Or, in the Alternative, for Equitable Relief* [D.I. 593] (the "Committee's Joinder", and together with the Debtors' Resistance, the "Objections").

ny-2789511                                    2

3.  The Debtors, the Committee, and EVD duly met and conferred, through their respective counsel, after receipt of the Motion and the Objections. The parties have now agreed to resolve the issues as set forth herein.

4.  Now, therefore, the Parties hereby stipulate and agree that the proposed order (the "Order") attached hereto and incorporated by reference herein as **Exhibit A** shall be provided to the Court for entry upon the filing of this Stipulation.

| | |
|---|---|
| September 11, 2024 | DENTONS DAVID BROWN |
| | */s/ Krystal R. Mikkilineni* |
| | Krystal R. Mikkilineni (admitted *pro hac vice*) |
| | *Attorney for the Debtors* |
| September 11, 2024 | O'MELVENY & MYERS LLP |
| | */s/ Julian Gurule* |
| | Julian Gurule (admitted *pro hac vice*) |
| | *Attorney for the Official Committee of Unsecured Creditors* |
| September 11, 2024 | MORRISON & FOERSTER LLP |
| | */s/ Adam Lewis* |
| | Adam Lewis (admitted *pro hac vice*) |
| | *Attorney for East Valley Development, LLC* |

**Exhibit A**

ny-2789511 4

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**ORDER RESOLVING EAST VALLEY DEVELOPMENT'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS, OR, IN THE ALTERNATIVE, FOR EQUITABLE RELIEF**

Before the Court is the *Stipulation for an Order Resolving East Valley Development's Motion to Compel Assumption or Rejection of Executory Contracts, Or, in the Alternative, for Equitable Relief* [D.I. [  ]] (the "Stipulation")[1] filed on September __, 2024.

For good cause appearing, and based on the agreement of the Parties to the Stipulation,

**IT IS HEREBY ORDERED THAT:**

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Stipulation.

ny-2789511

1. The Motion is denied without prejudice.

2. The Debtors shall file either (a) a motion to reject or assume the Facility Agreements, or (b) a chapter 11 plan indicating their election regarding assumption or rejection of the Facility Agreements, in each case on or before September 30, 2024.  If the Debtors fail to file either (a) a motion to reject or assume the Facility Agreements, or (b) a chapter 11 plan indicating their election regarding assumption or rejection of the Facility Agreements, in each case on or before September 30, 2024, then the Debtors shall be deemed to have rejected the Facility Agreements, subject to a written agreement (which may be via email) among the Parties to a further extension of the deadline to assume or reject the Facility Agreements.

3. If the Debtors reject the Facility Agreements, as per section 365(g) of the Bankruptcy Code, rejection is a breach of each of the Facility Agreements as of the Petition Date.

4. The Debtors and EVD each reserve their respective rights regarding all other issues with respect to the Facility Agreements.

5. Any stay of this Order under Rule 4001 of the Federal Rules of Bankruptcy Procedure or any similar rule is hereby waived for cause, and this Order shall be effective immediately upon entry of the Bankruptcy Court's docket.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:  September __, 2024
      Boise, Idaho

_____
THE HONORABLE NOAH G. HILLEN
UNITED STATES BANKRUPTCY JUDGE