Janine P. Reynard (ISB #6030)
AVERY LAW
3090 E. Gentry Way, Ste 250
Meridian, ID 83642
Telephone: (208) 639-9400
Facsimile: (208) 994-3182

-and-

Adam Lewis (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: ALewis@mofo.com

-and-

Miranda Russell (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: MRussell@mofo.com

*Attorneys for East Valley Development, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: <br><br> MILLENKAMP CATTLE, INC., <br><br> Debtor. | Case No. 24-40158-NGH |
| Filing Relates to: <br><br> ☒ ALL DEBTORS <br><br> ☐ Millenkamp Cattle, Inc. <br><br> ☐ Idaho Jersey Girls <br><br> ☐ East Valley Cattle | Jointly Administered With Case Nos.: <br><br> 24-40159-NGH (Idaho Jersey Girls) <br> 24-40160-NGH (East Valley Cattle) <br> 24-40161-NGH (Millenkamp Properties) <br> 24-40162-NGH (Millenkamp Properties II) <br> 24-40163-NGH (Millenkamp Family) <br> 24-40164-NGH (Goose Ranch) <br> 24-40166-NGH (Black Pine Cattle) |

| | |
|---|---|
| ☐ Millenkamp Properties | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Family | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

CERTIFICATE OF SERVICE

COMES NOW, Janine P. Reynard, and hereby certifies that on September 11, 2024, I electronically filed *Stipulation for an Order Resolving East Valley Development's Motion to Compel Assumption or Rejection of Executory Contracts, or, in the Alternative, For Equitable Relief* (Doc 607), on the CM/ECF system, which sent electronic notice to the following persons:

| | |
|---|---|
| Daniel C Green | dan@racineolson.com, mcl@racinelaw.net |
| Matthew W Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com, julian-gurule-5732@ecf.pacerpro.com |
| Matthew Kremer | mkremer@omm.com, matthew-kremer-0858@ecf.pacerpro.com |
| David T Krueck | dkrueck@perkinscoie.com, jdeshaw@perkinscoie.com, docketboi@perkinscoie.com |
| John F Kurtz, Jr | jfk@kurtzlawllc.com, tnd@kurtzlawllc.com |
| Adam Aiken Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com, duskin@evanskeane.com |
| James Justin May | jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com, lnh@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Rhett Michael Miller | rmiller@magicvalley.law |
| John D Munding | john@mundinglaw.com |
| Jason Ronald Naess on behalf of U.S. Trustee | Jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com, anissly@spencerfane.com, dperea@spencerfane.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Gabriel Luis Olivera | golivera@omm.com, gabriel-olivera-3960@ecf.pacerpro.com |
| Mark Bradford Perry | mbp@perrylawpc.com, info@perrylawpc.com, tlh@perrylawpc.com, plr@perrylawpc.com, jks@perrylawpc.com, tay@perrylawpc.com |
| Scott C Powers | spowers@spencerfane.com, mwatson@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |

| | |
|---|---|
| Robert E Richards | robert.richards@dentons.com, docket.general.lit.chi@dentons.com |
| Holly Roark | holly@roarklawboise.com, courtnotices@roarklawoffices.com, RoarkLawOffices@jubileebk.net |
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com, nymcocalendaring@nortonrosefulbright.com, calendaring-nortonrose-9955@ecf.pacerpro.com |
| Sheila Rae Schwager | sschwager@hawleytroxell.com, jbrocious@hawleytroxell.com, mreinhart@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com, louis.spiker@millernash.com |
| Matthew A Sturzen | matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com, ckaiser@grsm.com |
| Kim J Trout | ktrout@trout-law.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Joseph Mark Wager, Jr. | wager@mwsslawyers.com, wstewart@mwsslawyers.com, seannegan@sneganlaw.com; reception@mwsslawyers.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com, amay@hawleytroxell.com |
| Bruce Anderson | baafiling@eaidaho.com |
| Laura Burri | lburri@morrowfischer.com |
| David Coleman | david@colemanjacobsonlaw.com |
| Eric R Clark | eclark101@hotmail.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| W. Kent Carter | kentcarter@grsm.com |
| Matthew T. Christensen | mtc@johnsonmay.com |
| Thomas E. Dvorak | ted@givenspursley.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Zachery J. McCraney | zjmccraney@hollandhart.com |
| Gery Edson | gedson@gedson.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Connor Bray Edlund | edlund@mwsslawyers.com |
| Kimbell Gourley | kgourley@idalaw.com |
| Alexandra Caval | alex@cavallawoffice.com |
| David W Gadd | dwg@magicvalleylaw.com |
| Brian Faria | brian@sawtoothlaw.com |
| Heidi Buck Morrison | heidi@racineolson.com |
| Jon B. Evans | evans.jb@dorsey.com |

And, I further certify that, on September 11, 2024, I served a true and correct copy of the above-referenced documents, upon the following person(s) by mailing with the necessary postage affixed thereto:

Bunge Canada
c/o David Farrell, Esq.
One Bank Plaza, Ste 2700
St. Louis, MO 63101

Davis Livestock, Inc.
780 E. Cannibal Rd
Lewiston, UT 84320

Gale W. Harding and Associates
329 W 7th S
Rexburg, ID 83440

The Forbes Securities Group, LLC
Dba Forbes Partners as Investment Banker
6400 S Fiddlers Green Circle, Ste 850
Greenwood Village, CO 80111

Amory Securities LLC
200 North Pacific Highway, Ste 1525
El Segundo, CA 90245

Dated: September 11, 2024.

                                             */s/ Janine P. Reynard*
                                             Janine P. Reynard