Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      Robert.richards@dentons.com
      Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>    Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Chapter 11<br><br><br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENES FOR THE MONTH OF AUGUST 2024 – PAGE 1

**NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024**

TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing August 1, 2024, and ending August 31, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtor, and any Official Committee of Unsecured Creditors appointed herein.

/

/

/

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: September 13, 2024.

DATE: September 13, 2024             ___/s/ Matt Christensen_____
                                                       JOHNSON MAY
                                                       Matthew T. Christensen

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 13th day of September, 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENES FOR THE MONTH OF AUGUST 2024 – PAGE 4

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Bunge Canada
c/o David D. Farrell, Esq.
One Bank Plaza
Suite 2700
St. Louis, MO 63101

Nikolaus F. Schandlbauer
20 F Street NW
Suite 500
Washington, DC 20001

W. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606

Scott F. Gautier
1800 Century Park East
Ste. 1500
Los Angeles, CA 90067

Zachery J. McCraney
Holland & Hart
PO Box 2527
800 W. Main St., Suite 1750
Boise, ID 83701

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg, LLP
919 Market St
Suite 1000
Wilmington, DE 19801

Michael R. Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Suite 200
Omaha, NE 68130

Wilbur Ellis Nutrition-Rangen
c/o Tony Champion
PO Box 706
115 13th Ave. South
Buhl, ID 83316

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENES FOR THE MONTH OF AUGUST 2024 – PAGE 5

Viterra USA Grain, LLC  
Viterra USA Ingredients, LLC  
c/o Alicia Burns  
1331 Capitol Ave.  
Omaha, NE 68102  

Land View, Inc.  
c/o Dan Noble  
PO Box 475  
Rupert, ID 83350  

      /s/ Matt Christensen  
Matthew T. Christensen

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Chapter 11<br><br>[NO HEARING REQUIRED]<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
|---|---|

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
AUGUST 2024 – Page 1

**JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024**

Johnson May (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of August 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

    A.    The Firm is Local Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

    B.    The Firm billed a total of $6,395.00 in fees and expenses during the Application Period. The total fees represent 24.10 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| August 1-31, 2024 | $6,395.00 | $0.00 | $6,395.00 |

    C.    Accordingly, the Firm seeks allowance of interim compensation in the amount of $4,796.25 at this time. This total is comprised as follows: $4,796.25 (75% of the fees for services rendered) plus $0.00 (100% of the expenses incurred).

    D.    Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

F. The Firm no longer holds funds in its client trust account on behalf of the Debtor, as previous applications exceeded the initial retainer payment from the Debtor. The Debtor will pay the full requested amount of $4,796.25 from its accounts at its discretion.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: September 13, 2024         /s/ Matt Christensen
                                 JOHNSON MAY
                                 Matthew T. Christensen

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 13 day of September, 2024, I caused to be served a true and correct copy of the foregoing JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024 – Page 4

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

      /s/ Matt Christensen
Matthew T. Christensen

| | | **EXHIBIT A** | | | |
|---|---|---|---|---|---|
| **DATE** | **PROF** | **DESCRIPTION** | **UNITS** | **RATE** | **VALUE** |
| **B110 CASE ADMINISTRATION** | | | | | |
| 8/1/2024 | ARD | Email correspondence to Lisa Nelson re needing statements showing $0 balances. | 0.10 | $150.00 | $15.00 |
| 8/1/2024 | MTC | Call with ASchoulder re: Formes "eyes only" meetings. | 0.20 | $425.00 | $85.00 |
| 8/2/2024 | MTC | Call with RBingham re: "eyes only" meetings. | 0.30 | $425.00 | $127.50 |
| 8/5/2024 | MTC | Participate in daily call with clients. | 0.50 | $425.00 | $212.50 |
| 8/9/2024 | ARD | Analyze Zion April bank account statements provided by Lisa Nelson (0.1); Email correspondence to Jeannette Henley re Zion statements and other accounts opened by the receiver (0.1). | 0.20 | $150.00 | $30.00 |
| 8/13/2024 | MTC | Call with UCC professionals (.5); call with clients and Forbes re: term sheets (.5); review and respond to various emails (.3). | 1.30 | $425.00 | $552.50 |
| 8/15/2024 | MTC | Prepare order re: 506(b) claims and circulate for approvals (.3); review docs and prepare for status hearing (.2); attend status conference (.4). | 0.90 | $425.00 | $382.50 |
| 8/19/2024 | MTC | Daily call with clients (.3). | 0.30 | $425.00 | $127.50 |
| 8/20/2024 | MTC | Prepare Amended App to Employ Kander (.2) and Dec of Ken N (.2); Emails with David H re: Heida Law App (.2); prepare and submit order re: Givens Pursley employment (.1). | 0.70 | $425.00 | $297.50 |
| 8/20/2024 | MTC | Daily call with clients (.5); call with UCC counsel (.4); call with Givens attorneys re: various topics (.6). | 1.50 | $425.00 | $637.50 |
| 8/22/2024 | MTC | Call with co-counsel re Forbes discussions and potential motions (.3); call with DColeman re: DIP account at First Federal (.2). | 0.50 | $425.00 | $212.50 |
| 8/23/2024 | MTC | Zoom call with clients and Forbes. | 0.70 | $425.00 | $297.50 |
| 8/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                              Phone call with co-counsel re case status and upcoming issues. | 0.30 | $425.00 | $127.50 |
| 8/30/2024 | ARD | Prepare July MOR for Black Pine Cattle for filing. | 0.10 | $150.00 | $15.00 |
| 8/30/2024 | ARD | Prepare July MOR for East Valley Cattle for filing. | 0.10 | $150.00 | $15.00 |
| 8/30/2024 | ARD | Prepare July MOR for Goose Ranch for filing. | 0.10 | $150.00 | $15.00 |
| 8/30/2024 | ARD | Prepare July MOR for Idaho Jersey Girls for filing. | 0.10 | $150.00 | $15.00 |
| 8/30/2024 | ARD | Prepare July MOR for Idaho Jersey Girls Jerome Dairy for filing. | 0.10 | $150.00 | $15.00 |
| 8/30/2024 | ARD | Prepare July MOR for Millenkamp Enterprises for filing. | 0.10 | $150.00 | $15.00 |
| 8/30/2024 | ARD | Prepare July MOR for Millenkamp Family for filing. | 0.10 | $150.00 | $15.00 |
| 8/30/2024 | ARD | Prepare July MOR for Millenkamp Properties for filing. | 0.10 | $150.00 | $15.00 |
| 8/30/2024 | ARD | Prepare July MOR for Millenkamp Properties II for filing. | 0.10 | $150.00 | $15.00 |
| 8/30/2024 | ARD | Analyze Millenkamp Cattle July bank statements (3.0); Prepare Millenkamp Cattle July MOR for filing (0.2). | 3.20 | $150.00 | $480.00 |
| | | **Total:** | **11.60** | | **$3,720.00** |
| **B140 RELIEF FROM STAY/ADEQUATE PROTECTION** | | | | | |
| 8/14/2024 | MTC | Review and redline proposed stay relief stipulation and order re: McAlvain claims. | 0.30 | $425.00 | $127.50 |
| | | **Total:** | **0.30** | | **$127.50** |
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 8/6/2024 | ARD | Analyze time and expense entries for the month of July (0.3); Prepare Exhibit A to Monthly Interim Fee Application for the Month of July (1.0); Prepare Cover Sheet for Fee Application (0.2); Prepare Notice of Fee Application (0.1). | 1.60 | $150.00 | $240.00 |
| 8/7/2024 | ARD | Revise Exhibit A to Monthly Fee Application for July. | 0.50 | $150.00 | $75.00 |
| 8/7/2024 | MTC | Review interim fee app for Dentons (.2); review and file monthly fee app for JM (.3). | 0.50 | $425.00 | $212.50 |
| 8/7/2024 | ARD | Prepare Application for Interim Fees (0.5); Analyze time entries for April - July (0.5); Prepare Exhibit B to Application for Interim Fees (2.0); Confer with MTC re duplicate time entries in the months of May and June (0.1); Revise Application for Interim Fees (0.2); Revise Exhibit B to Application for Interim Fees (0.5). | 3.80 | $150.00 | $570.00 |
| 8/8/2024 | ARD | Continue prepare Exhibit B to Application for Interim Fees. | 2.00 | $0.00 | $0.00 |
| 8/9/2024 | ARD | Confer with MTC re duplicate time entries (0.1); Revise Application for Interim Fees (0.3). | 0.40 | $150.00 | $60.00 |
| 8/9/2024 | MTC | Phone call with co-counsel re: interim fee apps (.1); prepare App to Employ and Verified Statement for David Heida (.8); review and update spreadsheet for JM interim fee app (.4). | 1.30 | $425.00 | $552.50 |
| 8/9/2024 | MTC | Daily call with client team (.4); various emails re: reporting and term sheets (.4). | 0.80 | $425.00 | $340.00 |
| 8/13/2024 | MTC | Review and edit Summit Ag fee application. | 0.20 | $425.00 | $85.00 |
| 8/19/2024 | MTC | Review and update interim fee app (1.0 figuring out math issues) (1.3); prepare and file Fee App and NOH (.3). | 0.60 | $425.00 | $255.00 |
| | | **Total:** | **11.70** | | **$2,390.00** |
| **B185 ASSUMPTION/REJECTION OF LEASES/ CONTRACT** | | | | | |
| 8/16/2024 | MTC | Phone call with client re: EVD contract and motion to compel assumption/rejection. | 0.30 | $425.00 | $127.50 |
| 8/20/2024 | ARD | Phone call with Tom Devorak and Randy Peterman re Motion to Assume/Reject Lease concerns. | 0.20 | $150.00 | $30.00 |
| | | **Total:** | **0.50** | | **$157.50** |
| | | **TOTAL FEES:** | **24.10** | | **$6,395.00** |
| **COSTS** | | | | | |
| | | **TOTAL COSTS:** | **0.00** | | **$0.00** |
| | | **GRAND TOTAL:** | **24.10** | | **$6,395.00** |

|     |     | Staff Summary:        |       |          |            |
| --- | --- | --------------------- | ----- | -------- | ---------- |
|     | MTC | Matthew T. Christensen | 11.20 | $425.00  | $4,760.00  |
|     | ARD | Allison R. Daniels    | 2.00  | $0.00    | $0.00      |
|     | ARD | Allison R. Daniels    | 10.90 | $150.00  | $1,635.00  |
|     |     |                       | 24.10 |          | $6,395.00  |