UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

### ORDER RESOLVING EAST VALLEY DEVELOPMENT'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS, OR, IN THE ALTERNATIVE, FOR EQUITABLE RELIEF

Before the Court is the *Stipulation for an Order Resolving East Valley Development's Motion to Compel Assumption or Rejection of Executory Contracts, Or, in the Alternative, for Equitable Relief* [D.I. 607] (the "Stipulation")[1] filed on September 11, 2024.

For good cause appearing, and based on the agreement of the Parties to the Stipulation,

**IT IS HEREBY ORDERED THAT:**

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Stipulation.

1. The Motion is denied without prejudice.

2. The Debtors shall file either (a) a motion to reject or assume the Facility Agreements, or (b) a chapter 11 plan indicating their election regarding assumption or rejection of the Facility Agreements, in each case on or before September 30, 2024. If the Debtors fail to file either (a) a motion to reject or assume the Facility Agreements, or (b) a chapter 11 plan indicating their election regarding assumption or rejection of the Facility Agreements, in each case on or before September 30, 2024, then the Debtors shall be deemed to have rejected the Facility Agreements, subject to a written agreement (which may be via email) among the Parties to a further extension of the deadline to assume or reject the Facility Agreements.

3. If the Debtors reject the Facility Agreements, as per section 365(g) of the Bankruptcy Code, rejection is a breach of each of the Facility Agreements as of the Petition Date.

4. The Debtors and EVD each reserve their respective rights regarding all other issues with respect to the Facility Agreements.

5. Any stay of this Order under Rule 4001 of the Federal Rules of Bankruptcy Procedure or any similar rule is hereby waived for cause, and this Order shall be effective immediately upon entry of the Bankruptcy Court's docket.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order. //end of text//

DATED: September 12, 2024

_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Submitted by Janine P. Reynard
Counsel for East Valley Development