Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>      Debtor.<br> | Case No. 24-40158-NGH<br>Chapter 11 |
| Filing relates to:<br><br>☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024 - 1**

# GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024

Givens Pursley LLP (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of August 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Dkt. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A. The Firm is Special Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor") by virtue of the Application to Employ Special Counsel for Debtor in Possession (Dkt. 511) and the Court's Order Authorizing Employment of Special Counsel (Dkt. 577), entered on August 27, 2024. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B. The Firm billed a total of $10,965.50 in fees and expenses during the Application Period. The total fees represent 30.20 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| August 1-31, 2024 | $10,965.50 | $0.00 | $10,965.50 |

C. Accordingly, the Firm seeks allowance of interim compensation in the amount of $8,224.13 at this time. This total is comprised as follows: $8,884.13 (75% of the fees for services rendered) and $0.00 in costs (100% of the expenses incurred).

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024 - 2**

Attached hereto as **Exhibit A** is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

D.   Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

E.   The Firm does not have any funds in its client trust account on behalf of the Debtor. Accordingly, the Debtor will pay the full requested amount of $8,224.13 from its accounts at its discretion.

WHEREFORE, the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATED this 17th day of September, 2024.

GIVENS PURSLEY LLP


By  */s/ Thomas E. Dvorak*
    Thomas E. Dvorak – Of the Firm
    Special Counsel for the Debtors

`

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 17th day of September, 2024, I filed the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**Morton R. Branzburg**
mbranzburg@klehr.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**William K. Carter**
kentcarter@grsm.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024 - 4**

**Brian Faria**
brian@sawtoothlaw.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Adam Aiken Lewis**
alewis@mofo.com

**Karyn Lloyd**
klloyd@grsm.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**John D. Munding**
john@mundinglaw.com

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**James Niemeier**
jniemeier@mcgrathnorth.com

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024 - 5**

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST
2024 - 6**

**Joseph Mark Wager**
wager@mwsslawyers.com
wstewart@mwsslawyers.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

**Brent R. Wilson**
bwilson@hawleytroxell.com
amay@hawleytroxell.com

AND, I FURTHER CERTIFY that on such date I served the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024** on the following non-CM/ECF Registered Participants in the manner indicated:

| | |
|---|---|
| Millenkamp Cattle, Inc<br>471 North 300 West<br>Jerome, ID 83338 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Richard Bernard<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Ron C. Bingham<br>3424 Peachtree Road NE, Ste. 1600<br>Atlanta, GA 30326 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Morton R Branzburg<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market St., Ste. 1400<br>Philadelphia, PA 19103 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Bunge Canada C/O David D. Farrell<br>David D. Farrell. Esq.<br>One Bank Plaza, Ste. 2700<br>St. Louis, MO 63101 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| W. Kent Carter<br>One North Franklin, Ste. 800<br>Chicago, IL 60606 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

Davis Livestock, Inc.                      (X) U.S. Mail, Postage Prepaid
780 E Cannibal Rd                         ( ) Hand Delivered
Lewiston, UT 84320                    ( ) Overnight Mail
                                                 ( ) Facsimile

Scott F. Gautier                           (X) U.S. Mail, Postage Prepaid
1800 Century Park East, Ste. 1500     ( ) Hand Delivered
Los Angeles, CA 90067                ( ) Overnight Mail
                                                 ( ) Facsimile

Oren Buchanan Haker                (X) U.S. Mail, Postage Prepaid
Black Helterline LLP                 ( ) Hand Delivered
805 SW Broadway, Ste. 1900         ( ) Overnight Mail
Portland, OR 97205                   ( ) Facsimile

Zachery J McCraney                 (X) U.S. Mail, Postage Prepaid
Holland & Hart                            ( ) Hand Delivered
P.O. Box 2527                            ( ) Overnight Mail
800 W Main Street, Ste 1750          ( ) Facsimile
Boise, ID 83701

Cooper Norman                          (X) U.S. Mail, Postage Prepaid
P.O. Box 5399                            ( ) Hand Delivered
Twin Falls, ID 83303                  ( ) Overnight Mail
                                                 ( ) Facsimile

Domenic E Pacitti                      (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP   ( ) Hand Delivered
919 Market Street, Ste. 1000           ( ) Overnight Mail
Wilmington, DE 19801                ( ) Facsimile

Nikolaus F Schandlbauer             (X) U.S. Mail, Postage Prepaid
20 F Street NW, Ste. 500              ( ) Hand Delivered
Washington DC, 20001                ( ) Overnight Mail
                                                 ( ) Facsimile

Michael R Stewart                     (X) U.S. Mail, Postage Prepaid
2200 Wells Fargo Center               ( ) Hand Delivered
90 South Seventh Street                ( ) Overnight Mail
Minneapolis, MN 55402               ( ) Facsimile

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024 - 8**

| | |
|---|---|
| Summit Ag Appraisal Inc<br>995 S 1150 E<br>Albion, ID 83311 | (X) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |
| The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker<br>6400 S Fiddlers Green Circle, Ste. 850<br>Greenwood Village, CO 80111 | (X) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |

        */s/ Thomas E. Dvorak*
        Thomas E. Dvorak

Exhibit A

Exhibit A

**Time Report from August 1-31, 2024**

| Date | Initials | Professional Name | Units | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| **B110 - CASE ADMINISTRATION** | | | | | | |
| 08/20/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Review emails between T. Dvorak and K. Moody regarding various bankruptcy issues. |
| 08/20/2024 | RAP | Randy A. Peterman | 0.20 | $425.00 | $85.00 | Conference with T. Dvorak and M. Christensen regarding various bankruptcy issues. |
| 08/20/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Confer with T. Dvorak regarding executory contract matters. |
| 08/21/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Draft request for notice in bankruptcy. |
| 08/27/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Finalize request for notice as special counsel in bankruptcy. |
| | | | **0.60** | | **$213.00** | |
| **B140 - RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS** | | | | | | |
| 08/21/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Review stipulation for stay relief provided by M. Christensen. |
| 08/21/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Telephone conference with D. Heida. |
| 08/21/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Review T. Dvorak's email to D. Heida. |
| 08/23/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Review and revise stipulation for stay relief. |
| | | | **0.50** | | **$217.50** | |
| **B160 - FEE/EMPLOYMENT APPLICATIONS** | | | | | | |
| 08/01/2024 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Review and respond to correspondence from T. Dvorak regarding issues application to employ in Millenkamp bankruptcy, terms of commencement of work, repayment, and pre-petition claim. |
| 08/12/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Analyze order regarding fee application requirements for estate professionals and related notices under said order and review the bankruptcy docket. |
| 08/12/2024 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Exchange extensive follow up correspondence regarding action regarding fee application in bankruptcy case and proof of claim issues. |
| 08/14/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Conference with A. Prescott regarding billing issues. |
| 08/16/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Conference with T. Dvorak regarding status of bond, expert witness, and related bankruptcy issues. |
| 08/16/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to debtor's counsel regarding order regarding fee application and related issue to reengage in underlying litigation. |
| 08/16/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Conference with T. Dvorak regarding order regarding fee application and related issue to reengage in underlying litigation. |
| 08/16/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Research status of response to pending application to employ as special counsel in Millenkamp bankruptcy. |
| 08/19/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to debtor's counsel to follow up regarding entry of order regarding application to employ. |
| 08/20/2024 | KAD | Keri Moody | 1.20 | $215.00 | $258.00 | Draft July 2024 cover sheet application for fees and expenses in Millenkamp bankruptcy and notice thereof and prepare exhibit thereto. |
| 08/20/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Conferences with debtor's counsel regarding issues related to entry of order regarding application to employ. |
| 08/20/2024 | KAD | Keri Moody | 0.50 | $215.00 | $107.50 | Conference with debtor's counsel regarding bankruptcy issues, stay relief with McAlvain, and pending application to employ. |
| 08/21/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence regarding applications to employ expert witnesses and related bankruptcy case matters. |

| Date | Init | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 08/21/2024 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Revise and finalize July 2024 fee request in bankruptcy and revise spreadsheet of entries for said fee request. |
| 08/23/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Review engagement agreement and curriculum vitaes for experts. |
| 08/23/2024 | KAD | Keri Moody | 1.20 | $215.00 | $258.00 | Draft application to employ experts for state court case. |
| 08/23/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Analyze status of entry of order granting application to employ and exchange correspondence regarding applications to employ experts. |
| 08/23/2024 | TED | Thomas E. Dvorak | 0.10 | $450.00 | $45.00 | Office conference regarding application for expert witness fees. |
| 08/23/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Review issues related to application for expert witness fees. |
| 08/23/2024 | DZG | Don Gray | 0.20 | $320.00 | $64.00 | Correspondence with expert regarding re-engagement in action. |
| 08/23/2024 | DZG | Don Gray | 0.60 | $320.00 | $192.00 | Work with K. Moody to prepare application to get bankruptcy court approval. |
| 08/26/2024 | RAP | Randy A. Peterman | 0.30 | $425.00 | $127.50 | Research regarding court approval of attorney as including court approval of expert witness used by the attorney for strategy for resolution of such issue. |
| 08/26/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Review order approving Givens Pursley as special counsel, and underlying motion regarding same. |
| 08/26/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Telephone conference with T. Dvorak. |
| 08/26/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Telephone conference with D. Heida. |
| 08/26/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Correspondence to debtors' counsel to follow up regarding entry of order on application to employ Givens Pursley as special counsel. |
| 08/27/2024 | DZG | Don Gray | 0.50 | $320.00 | $160.00 | Correspondence with expert regarding re-engagement in case to proceed to trial. |
| 08/27/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Facilitate expert witness's conflict search. |
| 08/27/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence regarding terms of order granting application to employ. |
| 08/27/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence with L. Nelson regarding July application and related payment issues. |
| 08/27/2024 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Revise and finalize July 2024 cover sheet application and notice thereof for fees incurred and file and serve the same. |
| 08/27/2024 | KAD | Keri Moody | 0.30 | $215.00 | $64.50 | Multiple conferences with K. Lemmon at bankruptcy court regarding status of order approving application to employ Givens Pursley as special counsel as well as subsequent bankruptcy case filing issues. |
| 08/27/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Exchange emails with T. Dvorak regarding expert witness issues. |
| 08/28/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Review and revise application to bankruptcy court to pay experts directly. |
|  |  |  | **10.00** |  | **$2,574.50** |  |

**B185 - ASSUMPTION/REJECTION OF LEASES AND CONTRACTS**

| Date | Init | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 08/16/2024 | RAP | Randy A. Peterman | 0.20 | $425.00 | $85.00 | Extended telephone call with T. Dvorak and clients regarding issues as to executory contracts. |
| 08/16/2024 | RAP | Randy A. Peterman | 0.50 | $425.00 | $212.50 | Review motion filed by East Valley Development, seeking assumption or rejection of certain executory contracts, and supporting Flanagan declaration. |
| 08/16/2024 | RAP | Randy A. Peterman | 0.80 | $425.00 | $340.00 | Review terms of Exclusivity Agreement, Real Property Lease Agreement, and Manure Supply Contract, under Section 365 of Bankruptcy Code, and under Idaho state law. |

| Date | Initials | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 08/16/2024 | RAP | Randy A. Peterman | 0.20 | $425.00 | $85.00 | Initial conference with T. Dvorak regarding firm's appointment as special counsel, scope of retention, and existing issues created by motion filed by East Valley Development, seeking a court order to require the Debtor's to assume or reject critical executory contracts under Section 365. |
| 08/16/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Review response emails and call with D. Heida. |
| 08/16/2024 | LEM | L. Edward Miller | 0.50 | $550.00 | $275.00 | Discuss same with T. Dvorak. |
| 08/16/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Review D. Heida's email. |
| 08/16/2024 | TED | Thomas E. Dvorak | 0.40 | $450.00 | $180.00 | Office conference with R. Peterman. |
| 08/16/2024 | TED | Thomas E. Dvorak | 0.50 | $450.00 | $225.00 | Receive and review motion to affirm or reject. |
| 08/16/2024 | TED | Thomas E. Dvorak | 0.40 | $450.00 | $180.00 | Telephone conference with B. Millenkamp and D. Heida regarding options to negotiate with digester operator. |
| 08/17/2024 | RAP | Randy A. Peterman | 0.30 | $425.00 | $127.50 | Review the law regarding arbitration agreements in bankruptcy to develop strategy regarding the same. |
| 08/17/2024 | RAP | Randy A. Peterman | 1.30 | $425.00 | $552.50 | Research and draft portions of memo to the file regarding same. |
| 08/17/2024 | RAP | Randy A. Peterman | 0.30 | $425.00 | $127.50 | Create strategies to deal with Section 365 issues as to both documents. |
| 08/17/2024 | RAP | Randy A. Peterman | 0.70 | $425.00 | $297.50 | Review Exclusivity Agreement, Manure Production Agreement, and Real Property lease agreement, as pertinent executory contracts. |
| 08/17/2024 | RAP | Randy A. Peterman | 0.40 | $425.00 | $170.00 | Review motion and supporting declaration from East Valley Development regarding executory contract issues. |
| 08/19/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Telephone conference with D. Heida. |
| 08/19/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Office conference, regarding arbitration bankruptcy and potential need for court approval. |
| 08/19/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Receive and review memorandum on motion to assume or reject digester lease. |
| 08/19/2024 | RAP | Randy A. Peterman | 0.50 | $425.00 | $212.50 | Draft letter to T. Dvorak regarding memorandum on motion to assume or reject digester lease. |
| 08/19/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Exchange multiple emails with K. Moody regarding memorandum on motion to assume or reject digester lease. |
| 08/19/2024 | RAP | Randy A. Peterman | 1.10 | $425.00 | $467.50 | Revise and finalize memorandum to the file regarding executory contract and Section 365 issues. |
| 08/19/2024 | KAD | Keri Moody | 0.70 | $215.00 | $150.50 | Draft memorandum regarding executory contract issues regarding East Valley Development motion. |
| 08/19/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Conference with R. Peterman regarding executory contract issues regarding East Valley Development motion. |
| 08/19/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Analyze East Valley Development's executory contract motion and draft memorandum regarding the same as it relates to identification and inclusion of contracts. |
| 08/20/2024 | RAP | Randy A. Peterman | 0.30 | $425.00 | $127.50 | Review and finalize memorandum to the file, to include critical provision of Manure Supply Agreement, regarding rights of East Valley Development upon termination of that contract. |
| 08/20/2024 | KAD | Keri Moody | 0.30 | $215.00 | $64.50 | Revise memorandum regarding executory contract issues. |
| | | | **11.20** | | **$4,633.50** | |

**B210 - BUSINESS OPERATIONS**

| Date | Init | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 08/06/2024 | JJB | Jason J. Blakley | 0.20 | $350.00 | $70.00 | Correspondence to D. Heida regarding content for demand letter to East Valley Development concerning total solids testing. |
| 08/06/2024 | JJB | Jason J. Blakley | 0.80 | $350.00 | $280.00 | Continue reviewing and assimilating the relevant contract documents and ascertaining content for demand letter to East Valley Development concerning total solids testing. |
| 08/06/2024 | CSB | Charlie Baser | 0.10 | $325.00 | $32.50 | Call to T. Hom regarding recorded memo of ground lease. |
| 08/06/2024 | CSB | Charlie Baser | 0.20 | $325.00 | $65.00 | Call with D. Heida regarding recorded memo of ground lease. |
| 08/06/2024 | CSB | Charlie Baser | 0.70 | $325.00 | $227.50 | Attention to recorded memo of ground lease. |
| 08/10/2024 | LEM | L. Edward Miller | 0.30 | $550.00 | $165.00 | Call with B. Millenkamp regarding possible new operating line financing options. |
| 08/10/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Call with B. Millenkamp regarding history with Valley Queen. |
| 08/10/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Pull information regarding Valley Queen and forward to B. Millenkamp in aid of his conversations with Cargill. |
| 08/12/2024 | RMF | Rebecca Fitz | 0.30 | $235.00 | $70.50 | Discuss subsidiary exemption with L. E. Miller and C. Baser. |
| 08/13/2024 | RMF | Rebecca Fitz | 0.40 | $235.00 | $94.00 | Review organizational chart with C. Baser and discuss which exemptions may be applicable and further information needed from client. |
| 08/13/2024 | CSB | Charlie Baser | 0.70 | $325.00 | $227.50 | Meet with R. Fitz regarding organizational chart and determining how to file beneficial ownership reports for Millenkamp entities. |
| 08/13/2024 | CSB | Charlie Baser | 0.60 | $325.00 | $195.00 | Attention to organizational chart and determining how to file beneficial ownership reports for Millenkamp entities. |
| 08/26/2024 | LEM | L. Edward Miller | 0.70 | $550.00 | $385.00 | Call with D. Heida regarding refinancing alternatives and proposals. |
| 08/28/2024 | LEM | L. Edward Miller | 0.40 | $550.00 | $220.00 | Follow up on EIN question from D. Heida. |
| 08/29/2024 | LEM | L. Edward Miller | 0.80 | $550.00 | $440.00 | Review Audit Engagement letter. |
| 08/29/2024 | LEM | L. Edward Miller | 0.10 | $550.00 | $55.00 | Discuss with D. Heida. |
| 08/29/2024 | LEM | L. Edward Miller | 0.30 | $550.00 | $165.00 | Call with B. Millenkamp regarding Raft River Recharge project. |
| 08/29/2024 | LEM | L. Edward Miller | 0.10 | $550.00 | $55.00 | Call with D. Heida. |
| | | | **7.10** | | **$2,967.00** | |

**L190 - OTHER CASE ASSESSMENT, DEVELOPMENT, AND ADMINISTRATION**

| Date | Init | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 08/22/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Respond to inquire by Judge's law clerk T. Fordham regarding if District Court action will be unstayed. |
| | | | **0.30** | | **$135.00** | |

**L120 - ANALYSIS/STRATEGY**

| Date | Init | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 08/30/2024 | TED | Thomas E. Dvorak | 0.50 | $450.00 | $225.00 | Telephone conference with D. Heida regarding strategy and draft complaint. |
| | | | **0.50** | | **$225.00** | |

| | | | | **GRAND TOTAL:** | **30.20** | **$10,965.50** |

| | **Staff Summary:** | | | |
|---|---|---|---|---|
| CSB | Charlie S. Baser | 2.30 | $325.00 | $747.50 |
| DZG | Don Gray | 1.30 | $320.00 | $416.00 |
| JJB | Jason J. Blakley | 1.00 | $350.00 | $350.00 |
| KAD | Keri Moody | 9.00 | $215.00 | $1,935.00 |
| LEM | L. Edward Miller | 4.00 | $550.00 | $2,200.00 |
| RAP | Randy A. Peterman | 8.10 | $425.00 | $3,442.50 |
| RMF | Rebecca Fitz | 0.70 | $235.00 | $164.50 |
| TED | Thomas E. Dvorak | 3.80 | $450.00 | $1,710.00 |
| | | 30.20 | | $10,965.50 |