# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

## ORDER APPROVING FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES (Johnson May)

Having reviewed the First Application for Allowance of Interim Fees for Johnson May (Docket No. 565 – the "Application"), no objections having been filed or heard, a hearing on the Application having been held on September 12, 2024, and good cause appearing;

IT IS HEREBY ORDERED that the Application is APPROVED, and the Applicant is awarded fees in the amount of $117,411.00 and expenses in the amount of $16,788.11. The Debtor is authorized to pay the remaining unpaid amounts as outlined in the Application ($25,822.11).

The Court's approval of the Application is made pursuant to 11 U.S.C. § 331 and the amounts awarded for compensation and expenses are subject to reconsideration in connection with a final fee application in this case.

//end of text//

DATED: September 18, 2024



_____

NOAH G. HILLEN

Chief U.S. Bankruptcy Judge

Order submitted by: Matthew T. Christensen, attorney for the Debtor

Approved as to form:

  /s/ Brett Cahoon (email approval)

Brett R. Cahoon, attorney for the Acting United States Trustee