# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−8 | User: admin | Date Created: 9/18/2024 |
| Case: 24−40158−NGH | Form ID: pdf108 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust    US Trustee    ustp.region18.bs.ecf@usdoj.gov
aty    Brett R Cahoon    ustp.region18.bs.ecf@usdoj.gov
aty    Jason Ronald Naess    Jason.r.naess@usdoj.gov
aty    Matthew T. Christensen    mtc@johnsonmaylaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Millenkamp Cattle, Inc    471 North 300 West    Jerome, ID 83338

TOTAL: 1