Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
         golivera@omm.com

*Attorneys for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

NOTICE OF ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**NOTICE OF ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing August 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtors, and the Official Committee of Unsecured Creditors.

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: September 19, 2024

Date: September 19, 2024

*/s/ Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

*/s/ Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee
of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |

NOTICE OF ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024 - 4

| | |
|---|---|
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

I further certify that on September 19, 2024, I sent the foregoing to the 20 largest unsecured creditors, except for those already receiving ECF and duplicates, via U.S. Mail, postage prepaid.

Dated this 19th day of September 2024.

                                    */s/ Bruce A. Anderson*
                                    ELSAESSER ANDERSON, CHTD.
                                    Bruce A. Anderson

EXHIBIT A

Armory Securities, LLC
200 N Pacific Coast Hwy Ste 1525
El Segundo, CA  90245



# INVOICE

**BILL TO**
Millenkamp Cattle, Inc.

| | |
|---|---|
| INVOICE | 1175 |
| DATE | 08/31/2024 |
| TERMS | Due on receipt |
| DUE DATE | 08/31/2024 |

| DESCRIPTION | AMOUNT |
|---|---|
| Professional Services Rendered Through August 31, 2024 | 82,896.05 |
| Disbursements | 1,317.94 |

**BALANCE DUE** **$84,213.99**

Please remit payment to:
Armory Securities, LLC
Attn:  Janna Spears
200 N Pacific Coast Highway, Ste 1525
El Segundo, CA  90245
(310) 220-6400
Tax I.D. # 20-8996056

Or wire funds to:
Bank Name:  JP Morgan Chase
Branch:  San Francisco, CA
ABA/SWIFT #:  321-081-669
Account #:  80006011938
Account Name:  Armory Securities, LLC

Armory Securities, LLC
Invoice: 1175
Page No. 2

**Millenkamp Cattle**
**For Professional Services Rendered Through August 31, 2024**

| Date | Description | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 8/1/2024 | Type notes from visit on return flight. Flight# DL3694 from BOI -> LAX (2 hours and 23 mins. | Douglas | McDonald | 2.38 | 1,892.10 |
| 8/1/2024 | Millenkamp 7/28 variance analysis and reviewing with Jeff | Martin | Manasherob | 4 | 1,500.00 |
| 8/1/2024 | Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 8/2/2024 | Kander Variance call | Dave | Clark | 1 | 795.00 |
| 8/2/2024 | Review notes from team call with Kander. Follow-up with Dave on process update for UCC. | Douglas | McDonald | 0.5 | 397.50 |
| 8/2/2024 | Armory Kander Millenkamp DIP Budget Call with Kander | Martin | Manasherob | 1 | 375.00 |
| 8/2/2024 | Variance analysis updates and review after the call with Kander | Martin | Manasherob | 1 | 375.00 |
| 8/2/2024 | Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 8/4/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 8/5/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 8/6/2024 | Variance report WE 08/04 pt 1 | Martin | Manasherob | 2 | 750.00 |
| 8/7/2024 | Review variance report for week 16 | Douglas | McDonald | 1 | 795.00 |
| 8/8/2024 | Review variance report for weeks 16-17 | Douglas | McDonald | 1 | 795.00 |
| 8/8/2024 | Variance report WE 08/04 pt 2 | Martin | Manasherob | 5 | 1,875.00 |
| 8/9/2024 | Type notes of Idaho trip | Douglas | McDonald | 0.5 | 397.50 |
| 8/9/2024 | variance report WE 08/04 pt 3 | Martin | Manasherob | 3 | 1,125.00 |
| 8/10/2024 | Type summary presentation of Idaho site visit for UCC | Douglas | McDonald | 4.33 | 3,442.35 |
| 8/10/2024 | Research to supplement notes and fact check summary of Idaho site visit notes for UCC | Douglas | McDonald | 2.42 | 1,923.90 |
| 8/11/2024 | Update notes from site visit and sent to Greg. Review presentation for next week. | Douglas | McDonald | 2.5 | 1,987.50 |
| 8/11/2024 | Variance Analysis WE 08.04 | Jeff | Choi | 3 | 1,425.00 |
| 8/12/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 1 | 795.00 |
| 8/12/2024 | Review insurance quotes | Douglas | McDonald | 0.33 | 262.35 |
| 8/12/2024 | Edits to UCC presentation | Douglas | McDonald | 1.83 | 1,454.85 |
| 8/12/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 1 | 375.00 |
| 8/12/2024 | Armory Kander Millenkamp DIP Budget Call | Jeff | Choi | 1 | 475.00 |
| 8/12/2024 | Variance Analysis WE 08.04 | Jeff | Choi | 1 | 475.00 |
| 8/13/2024 | Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 8/14/2024 | Call with Julian to discuss business analysis | Douglas | McDonald | 0.5 | 397.50 |
| 8/14/2024 | Millenkamp call with OMM | Douglas | McDonald | 0.5 | 397.50 |
| 8/16/2024 | variance report analysis WE 08/11 pt 1 | Martin | Manasherob | 1 | 375.00 |
| 8/20/2024 | Review appraisals | Douglas | McDonald | 1 | 795.00 |
| 8/21/2024 | Meeting with Lance, Doug, Julian | Douglas | McDonald | 1 | 795.00 |
| 8/22/2024 | Comments to draft UCC plan term sheet | Douglas | McDonald | 0.75 | 596.25 |
| 8/22/2024 | Review letter from RAF and discuss with OMM | Douglas | McDonald | 0.75 | 596.25 |
| 8/23/2024 | Review RAF letter and plan alternatives | Douglas | McDonald | 1 | 795.00 |
| 8/23/2024 | Variance Analysis | Jeff | Choi | 1.5 | 712.50 |
| 8/24/2024 | Term Sheet Discussion with OMM and Armory Teams | Douglas | McDonald | 1 | 795.00 |
| 8/24/2024 | Work on presentation to UCC for next week. Update and plan alternatives. | Douglas | McDonald | 2.5 | 1,987.50 |
| 8/24/2024 | variance analysis 8/18 | Martin | Manasherob | 4 | 1,500.00 |
| 8/24/2024 | Term Sheet Discussion | Jeff | Choi | 1 | 475.00 |
| 8/25/2024 | UCC Strategy | Dave | Clark | 1 | 795.00 |
| 8/25/2024 | Work on presentation to UCC committee | Douglas | McDonald | 1 | 795.00 |
| 8/25/2024 | working on UCC alternatives deck (the shared deck with OMM) | Martin | Manasherob | 2 | 750.00 |
| 8/25/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 8/26/2024 | Armory Kander Millenkamp DIP Budget Call | Dave | Clark | 0.5 | 397.50 |
| 8/26/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 8/26/2024 | Work on UCC strategy deck | Douglas | McDonald | 1.75 | 1,391.25 |
| 8/26/2024 | Armory Kander Millenkamp DIP Budget Call - weekly call to discuss prior aweek actuals | Martin | Manasherob | 0.5 | 187.50 |
| 8/26/2024 | UCC alternatives deck | Martin | Manasherob | 1 | 375.00 |
| 8/26/2024 | Variance analysis for WE 08.18 additional prep | Martin | Manasherob | 1 | 375.00 |
| 8/26/2024 | Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 8/26/2024 | Call with Kander DIP Budget | Jeff | Choi | 0.5 | 237.50 |
| 8/27/2024 | Analyze model for presentation to UCC | Douglas | McDonald | 1.75 | 1,391.25 |
| 8/29/2024 | Millenkamp - Rabo Cram Up Model meeting with OMM | Dave | Clark | 0.5 | 397.50 |
| 8/29/2024 | Millenkamp - Rabo Cram Up Model meeting with OMM - Prep | Douglas | McDonald | 0.5 | 397.50 |
| 8/31/2024 | Variance analysis WE 08.25 | Martin | Manasherob | 2 | 750.00 |
| | **Business Analysis** | | | | **47,768.05** |
| 8/15/2024 | [Millenkamp] Omnibus Hearing | Dave | Clark | 1 | 795.00 |
| 8/15/2024 | Listen to Millenkamp Omnibus Hearing | Douglas | McDonald | 1 | 795.00 |
| | **Case Administration** | | | | **1,590.00** |
| 8/1/2024 | Participate on 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call | Douglas | McDonald | 0.5 | 397.50 |
| 8/1/2024 | Discussion of Forbes consent letter and send consent | Douglas | McDonald | 1.33 | 1,057.35 |
| 8/1/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call with Forbes | Martin | Manasherob | 0.5 | 187.50 |
| 8/1/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call | Melissa | Chu | 0.5 | 262.50 |
| 8/1/2024 | Prep for Forbes Weekly Financing Call | Melissa | Chu | 0.5 | 262.50 |
| 8/8/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call | Douglas | McDonald | 0.5 | 397.50 |
| 8/8/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call with Forbes | Martin | Manasherob | 0.5 | 187.50 |
| 8/8/2024 | Forbes Financing Update Call | Jeff | Choi | 0.5 | 237.50 |
| 8/15/2024 | Prep for Weekly Financing Update Call with Forbes | Dave | Clark | 0.5 | 397.50 |
| 8/15/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call with Forbes | Douglas | McDonald | 0.5 | 397.50 |
| 8/15/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call with Forbes | Martin | Manasherob | 0.5 | 187.50 |
| 8/15/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call with Forbes | Jeff | Choi | 0.5 | 237.50 |
| 8/22/2024 | Millenkamp Cattle, Weekly Financing Update Call | Douglas | McDonald | 0.5 | 397.50 |
| 8/22/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call | Martin | Manasherob | 0.5 | 187.50 |
| 8/22/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call | Melissa | Chu | 0.5 | 262.50 |
| 8/22/2024 | Call with Forbes | Jeff | Choi | 0.5 | 237.50 |
| 8/22/2024 | Potential Buyer Analysis | Jeff | Choi | 0.5 | 237.50 |
| 8/23/2024 | Millenkamp Buyer List | Martin | Manasherob | 0.5 | 187.50 |
| 8/23/2024 | Millenkamp Buyer List V1 Review | Martin | Manasherob | 0.5 | 187.50 |

Armory Securities, LLC
Invoice: 1175
Page No. 3

**Millenkamp Cattle**
**For Professional Services Rendered Through August 31, 2024**

| Date | Description | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 8/23/2024 | Buyer list work (profiling strategics and financial targets) | Martin | Manasherob | 5 | 1,875.00 |
| 8/23/2024 | Millenkamp Buyer List - Compilation | Melissa | Chu | 0.5 | 262.50 |
| 8/23/2024 | Millenkamp Buyer List V1 Review | Melissa | Chu | 0.5 | 262.50 |
| 8/24/2024 | target profiling for potential sale | Martin | Manasherob | 3 | 1,125.00 |
| 8/24/2024 | Buyer List review - v2 | Melissa | Chu | 1 | 525.00 |
| 8/25/2024 | profiling potential buyers | Martin | Manasherob | 2.5 | 937.50 |
| 8/26/2024 | additional profiles for potential buyers | Martin | Manasherob | 1 | 375.00 |
| 8/26/2024 | Target List | Ron | Papile | 0.72 | 378.00 |
| 8/29/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call with Forbes | Douglas | McDonald | 0.5 | 397.50 |
| 8/29/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call with Forbes | Martin | Manasherob | 0.5 | 187.50 |
| 8/29/2024 | Millenkamp - Rabo Cram Up Model meeting with OMM | Martin | Manasherob | 0.5 | 187.50 |
| 8/29/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call | Melissa | Chu | 0.5 | 262.50 |
| 8/29/2024 | Call with OMM to discuss Cram Up Model | Jeff | Choi | 0.5 | 237.50 |
| | **Corporate Finance** | | | | **12,920.35** |
| 8/10/2024 | Prepare fee application | Douglas | McDonald | 0.25 | 198.75 |
| 8/16/2024 | File application supplement | Douglas | McDonald | 1 | 795.00 |
| 8/20/2024 | Fee application | Douglas | McDonald | 0.5 | 397.50 |
| 8/21/2024 | Preparation of fee application | Douglas | McDonald | 0.67 | 532.65 |
| 8/30/2024 | Review hourly submissions from Armory team and clean up for submission to court | Douglas | McDonald | 1.5 | 1,192.50 |
| 8/30/2024 | Millenkamp Billing - call with Doug/Melissa/Jeff | Martin | Manasherob | 1.5 | 562.50 |
| 8/30/2024 | Additional cleanup of billing | Martin | Manasherob | 1 | 375.00 |
| 8/30/2024 | Millenkamp Billing Admin & Review | Melissa | Chu | 1 | 525.00 |
| 8/30/2024 | Millenkamp Billing Admin & Review pt 2 | Melissa | Chu | 1 | 525.00 |
| 8/30/2024 | Time entries | Jeff | Choi | 2.5 | 1,187.50 |
| | **Fee/Employment Applications** | | | | **6,291.40** |
| 8/6/2024 | Attend Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 8/6/2024 | Prep for Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 8/6/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 0.5 | 187.50 |
| 8/6/2024 | UCC Professionals Call | Jeff | Choi | 0.5 | 237.50 |
| 8/6/2024 | Prep for UCC Call | Jeff | Choi | 0.5 | 237.50 |
| 8/13/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Dave | Clark | 1 | 795.00 |
| 8/13/2024 | Millenkamp - Standing Committee Meeting | Dave | Clark | 0.5 | 397.50 |
| 8/13/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 8/13/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.5 | 397.50 |
| 8/13/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 1 | 375.00 |
| 8/13/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.5 | 187.50 |
| 8/13/2024 | UCC Professional Call | Jeff | Choi | 1 | 475.00 |
| 8/16/2024 | Millenkamp UCC Advisors Call | Dave | Clark | 1 | 795.00 |
| 8/16/2024 | Millenkamp UCC Advisors Call | Douglas | McDonald | 1 | 795.00 |
| 8/16/2024 | Millenkamp UCC Advisors Call | Martin | Manasherob | 1 | 375.00 |
| 8/16/2024 | UCC Advisors Call | Jeff | Choi | 1 | 475.00 |
| 8/20/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 8/20/2024 | FW: Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 1 | 375.00 |
| 8/20/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| 8/20/2024 | UCC Professionals Call | Jeff | Choi | 1 | 475.00 |
| 8/27/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Dave | Clark | 1 | 795.00 |
| 8/27/2024 | Millenkamp - Standing Committee Meeting | Dave | Clark | 1 | 795.00 |
| 8/27/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 8/27/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 1 | 795.00 |
| 8/27/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 1 | 375.00 |
| 8/27/2024 | Prep for Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.25 | 93.75 |
| 8/27/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 0.5 | 187.50 |
| 8/27/2024 | Prep for Debtors/UCC Professionals Call | Melissa | Chu | 0.5 | 262.50 |
| 8/27/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.5 | 262.50 |
| 8/27/2024 | Prep for Debtors/UCC Professionals Call | Jeff | Choi | 0.5 | 237.50 |
| 8/27/2024 | UCC Professionals meeting | Jeff | Choi | 0.5 | 237.50 |
| | **Meetings of Creditors** | | | | **14,326.25** |
| **Total** | | | | | **82,896.05** |

Armory Securities, LLC
Invoice:  1175
Page No. 4

**Millenkamp Cattle**
**Timekeeper Summary**

| <u>Timekeepr</u> | <u>Title</u> | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| Dave Clark | Managing Director | 795.00 | 9.00 | 7,155.00 |
| Douglas McDonald | Managing Director | 795.00 | 47.54 | 37,794.30 |
| **Total for Managing Director** | | | **56.54** | **44,949.30** |
| Ron Papile | Vice President | 525.00 | 0.72 | 378.00 |
| Melissa Chu | Vice President | 525.00 | 8.00 | 4,200.00 |
| **Total for Managing Director** | | | **8.72** | **4,578.00** |
| Jeff Choi | Senior Associate | 475.00 | 29.00 | 13,775.00 |
| **Total for Senior Associate** | | | **29.00** | **13,775.00** |
| Martin Manasherob | Analyst | 375.00 | 52.25 | 19,593.75 |
| **Total for Analyst** | | | **52.25** | **19,593.75** |
| **Total** | | | **146.51** | **82,896.05** |

Armory Securities, LLC
Invoice: 1175
Page No. 5

**Millenkamp Cattle**

**<u>Disbursements</u>**

Out of Town Travel          1,317.94

**Total Disbursements**       **1,317.94**

Case 24-40158-NGH Doc 623 Filed 09/19/24 Entered 09/19/24 12:54:23 Desc Main
Document Page 10 of 10