**UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**ORDER APPROVING DENTONS DAVIS BROWN'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES**

This matter having come before this Court on Dentons Davis Brown's ("Dentons") First Application for Allowance of Interim Fees ("First Interim Fee Application") (Docket No. 548) filed by the Debtors in the above captioned chapter 11 cases (the "Cases"). The Court, having reviewed the First Interim Fee Application, and after due deliberation and consideration, and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b); that venue of this proceeding and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; that due and proper notice to all parties in interest was appropriate under the circumstances, and no further notice is necessary; that no objections were filed to the First Interim Fee Application; that cause exists to approve the

#4104465

relief requested in the First Interim Fee Application to the extent set forth below; and that, upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED as follows:

1. The First Interim Fee Application is APPROVED.

2. The total fees incurred by Dentons in the amount of $299,342.50 and total expenses incurred by Dentons in the amount of $21,615.20 during the First Interim Period are hereby approved.

3. The outstanding fees incurred during the First Interim Period, totaling $74,835.62, are hereby approved to be paid by the Debtors.

//end of text//

DATED: September 17, 2024



_____

NOAH G. HILLEN

Chief U.S. Bankruptcy Judge

Order submitted by: Krystal R. Mikkilineni, attorney for the Debtors

Approved as to Form:

/s/ *Brett R. Cahoon*

Brett R. Cahoon, Office of the United States Trustee

United States Bankruptcy Court

District of Idaho

In re:  Case No. 24-40158-NGH

Millenkamp Cattle, Inc  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8  User: admin  Page 1 of 5
Date Rcvd: Sep 18, 2024  Form ID: pdf108  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |
| aty | + | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Aiken Lewis | on behalf of Creditor East Valley Development  LLC alewis@mofo.com |
| Alexandra O Caval | on behalf of Interested Party William Millenkamp alex@cavallawoffice.com  R71985@notify.bestcase.com |
| Andrew J. Schoulder | on behalf of Creditor Rabo AgriFinance LLC andrew.schoulder@nortonrosefulbright.com nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com |
| Brent Russel Wilson | on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com  amay@hawleytroxell.com |
| Brett R Cahoon | on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov |

| District/off: 0976-8 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 18, 2024 | Form ID: pdf108 | Total Noticed: 2 |

Brian Faria
    on behalf of Creditor Viserion Grain  LLC brian@sawtoothlaw.com

Bruce A. Anderson
    on behalf of Creditor Committee Bruce A. Anderson baafiling@eaidaho.com

Cheryl Rambo
    on behalf of Creditor Idaho State Brand Department cheryl.rambo@isp.idaho.gov

Connor Bray Edlund
    on behalf of Creditor McAlvain Concrete  Inc. edlund@mwsslawyers.com, lemieux@mwsslawyers.com

D Blair Clark
    on behalf of Creditor Blue Cross of Idaho Health Service  Inc dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com

Daniel C Green
    on behalf of Interested Party Idaho AgCredit dan@racineolson.com  mcl@racinelaw.net

Daniel C Green
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net

David A Coleman
    on behalf of Creditor c/o David A. Coleman Youree Land & Livestock  Inc. david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor Eagle Creek Northwest LLC david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com

David T Krueck
    on behalf of Creditor Amalgamated Sugar Company dkrueck@hawleytroxell.com jdeshaw@perkinscoie.com;docketboi@perkinscoie.com

David W. Gadd
    on behalf of Creditor Valley Wide Cooperative Inc. dwg@magicvalleylaw.com  jfb@magicvalleylaw.com

Eric R Clark
    on behalf of Creditor Brandy Ann Bartholomew eclark101@hotmail.com  eclark@ericrclarkattorney.com

Eric R Clark
    on behalf of Creditor Brandy Bartholomew eclark101@hotmail.com  eclark@ericrclarkattorney.com

Evan Thomas Roth
    on behalf of Creditor Viserion Grain  LLC evan@sawtoothlaw.com

Gabriel Luis Olivera
    on behalf of Creditor Official Committee Of Unsecured Creditors golivera@omm.com  gabriel-olivera-3960@ecf.pacerpro.com

Gery W Edson
    on behalf of Creditor Land View  Inc. gedson@gedson.com, tfurey@gedson.com

Heidi Buck Morrison
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC heidi@racineolson.com, mandy@racineolson.com

Holly Roark
    on behalf of Creditor Elevation Electric  LLC holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Holly Roark
    on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

James Niemeier
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com

James Justin May
    on behalf of Debtor Millenkamp Cattle  Inc jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Janine Patrice Reynard
    on behalf of Creditor East Valley Development  LLC janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Jason Ronald Naess
    on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov

Jed W. Manwaring
    on behalf of Creditor MWI Veterinarian Supply  Inc. jwm@elamburke.com, jh@elamburke.com

John O'Brien

| District/off: 0976-8 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 18, 2024 | Form ID: pdf108 | Total Noticed: 2 |

|  |  |
|---|---|
|  | on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com |
| John D Munding | on behalf of Creditor PerforMix Nutrition Systems LLC john@mundinglaw.com |
| John F Kurtz, Jr | on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com tnd@kurtzlawllc.com |
| Jon B Evans | on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com sattler.carla@dorsey.com |
| Joseph Mark Wager, Jr. | on behalf of Creditor Rexel USA Inc dba Platt Electric Supply wager@mwsslawyers.com, wstewart@mwsslawyers.com;seannegan@sneganlaw.com;reception@mwsslawyers.com |
| Julian Gurule | on behalf of Creditor Official Committee Of Unsecured Creditors jgurule@omm.com julian-gurule-5732@ecf.pacerpro.com |
| Karyn Lloyd | on behalf of Creditor CNH Industrial Capital America LLC klloyd@grsm.com |
| Kim J Trout | on behalf of Creditor Rocky Mountain Agronomics Inc. ktrout@trout-law.com |
| Kimbell D Gourley | on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com shudson@idalaw.com |
| Kimbell D Gourley | on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com shudson@idalaw.com |
| Krystal R. Mikkilineni | on behalf of Attorney Krystal R Mikkilineni krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Cattle Inc krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Enterprises LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Properties L.L.C. krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Idaho Jersey Girls LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Black Pine Cattle LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Family LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Goose Ranch LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Properties II LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor East Valley Cattle LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Laura E Burri | on behalf of Creditor Automation Werx LLC lburri@morrowfischer.com, klee@morrowfischer.com |
| Louis V. Spiker | on behalf of Creditor Standlee Ag Resources louis.spiker@millernash.com louis.spiker@millernash.com |
| Mark Bradford Perry | on behalf of Creditor Burks Tractor Company Inc. mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com |
| Matthew Kremer | on behalf of Creditor Official Committee Of Unsecured Creditors mkremer@omm.com matthew-kremer-0858@ecf.pacerpro.com |
| Matthew A Sturzen | on behalf of Creditor Wilbur-Ellis Company LLC matt@shermlaw.com bjorn@shermlaw.com;gina@shermlaw.com |
| Matthew T. Christensen | on behalf of Debtor Idaho Jersey Girls LLC mtc@johnsonmaylaw.com |

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 4 of 5 |
| Date Rcvd: Sep 18, 2024 | Form ID: pdf108 | Total Noticed: 2 |

    mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Enterprises LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Black Pine Cattle LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Family LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Goose Ranch LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor East Valley Cattle  LLC mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Cattle  Inc mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Properties II LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Properties  L.L.C. mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Attorney Matthew T. Christensen mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew W Grimshaw
    on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com

Meredith Leigh Thielbahr
    on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com  ckaiser@grsm.com

Miranda K. Russell
    on behalf of Creditor East Valley Development  LLC mrussell@mofo.com

Morton R. Branzburg
    on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com

Rhett Michael Miller
    on behalf of Creditor Moss Farms Operations  LLC rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor United Electric Co-op  Inc. rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Raft River Rural Electric Cooperative  Inc. rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Moss Grain Partnership rmiller@magicvalley.law

Robert A Faucher
    on behalf of Interested Party Glanbia Foods Inc rfaucher@hollandhart.com boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Robert E Richards
    on behalf of Debtor Millenkamp Cattle  Inc robert.richards@dentons.com, docket.general.lit.chi@dentons.com

District/off: 0976-8     User: admin     Page 5 of 5
Date Rcvd: Sep 18, 2024     Form ID: pdf108     Total Noticed: 2

Scott C Powers
    on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mwatson@spencerfane.com

Sheila Rae Schwager
    on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com

Thomas E Dvorak
    on behalf of Special Counsel Givens Pursley LLP ted@givenspursley.com  s274@givenspursley.com;kad@givenspursley.com

Thomas E Dvorak
    on behalf of Debtor Millenkamp Cattle  Inc ted@givenspursley.com, s274@givenspursley.com;kad@givenspursley.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Cattle  Inc tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Enterprises LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Idaho Jersey Girls LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Properties II LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Black Pine Cattle LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Realtor Schuil Ag Real Estate Inc tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Family LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Properties  L.L.C. tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor East Valley Cattle  LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Goose Ranch LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Attorney Krystal R Mikkilineni tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Appraiser Gale W. Harding and Associates tirzah.roussell@dentons.com

US Trustee
    ustp.region18.bs.ecf@usdoj.gov

William K Carter
    on behalf of Creditor CNH Industrial Capital America LLC kentcarter@grsm.com

Zachary Fairlie
    on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com

TOTAL: 97