UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>        Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**<u>ORDER APPROVING FIRST APPLICATION FOR</u>**

**<u>ALLOWANCE OF INTERIM FEES (Johnson May)</u>**

Having reviewed the First Application for Allowance of Interim Fees for Johnson May (Docket No. 565 – the "Application"), no objections having been filed or heard, a hearing on the Application having been held on September 12, 2024, and good cause appearing;

IT IS HEREBY ORDERED that the Application is APPROVED, and the Applicant is awarded fees in the amount of $117,411.00 and expenses in the amount of $16,788.11. The Debtor is authorized to pay the remaining unpaid amounts as outlined in the Application ($25,822.11).

The Court's approval of the Application is made pursuant to 11 U.S.C. § 331 and the amounts awarded for compensation and expenses are subject to reconsideration in connection with a final fee application in this case.

//end of text//

DATED: September 18, 2024



_____

NOAH G. HILLEN

Chief U.S. Bankruptcy Judge

Order submitted by: Matthew T. Christensen, attorney for the Debtor

Approved as to form:

\_\_/s/ Brett Cahoon (email approval)\_\_\_\_

Brett R. Cahoon, attorney for the Acting United States Trustee

United States Bankruptcy Court

District of Idaho

In re:     Case No. 24-40158-NGH

Millenkamp Cattle, Inc     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8     User: admin     Page 1 of 5

Date Rcvd: Sep 18, 2024     Form ID: pdf108     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Aiken Lewis | on behalf of Creditor East Valley Development LLC alewis@mofo.com |
| Alexandra O Caval | on behalf of Interested Party William Millenkamp alex@cavallawoffice.com R71985@notify.bestcase.com |
| Andrew J. Schoulder | on behalf of Creditor Rabo AgriFinance LLC andrew.schoulder@nortonrosefulbright.com nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com |
| Brent Russel Wilson | on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com amay@hawleytroxell.com |
| Brett R Cahoon | on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov |
| Brian Faria | |

| | |
|---|---|
| | on behalf of Creditor Viserion Grain LLC brian@sawtoothlaw.com |
| Bruce A. Anderson | |
| | on behalf of Creditor Committee Bruce A. Anderson baafiling@eaidaho.com |
| Cheryl Rambo | |
| | on behalf of Creditor Idaho State Brand Department cheryl.rambo@isp.idaho.gov |
| Connor Bray Edlund | |
| | on behalf of Creditor McAlvain Concrete Inc. edlund@mwsslawyers.com, lemieux@mwsslawyers.com |
| D Blair Clark | |
| | on behalf of Creditor Blue Cross of Idaho Health Service Inc dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com |
| Daniel C Green | |
| | on behalf of Interested Party Idaho AgCredit dan@racineolson.com mcl@racinelaw.net |
| Daniel C Green | |
| | on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net |
| David A Coleman | |
| | on behalf of Creditor c/o David A. Coleman Youree Land & Livestock Inc. david@colemanjacobsonlaw.com |
| David A Coleman | |
| | on behalf of Creditor Eagle Creek Northwest LLC david@colemanjacobsonlaw.com |
| David A Coleman | |
| | on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com |
| David T Krueck | |
| | on behalf of Creditor Amalgamated Sugar Company dkrueck@hawleytroxell.com jdeshaw@perkinscoie.com;docketboi@perkinscoie.com |
| David W. Gadd | |
| | on behalf of Creditor Valley Wide Cooperative Inc. dwg@magicvalleylaw.com jfb@magicvalleylaw.com |
| Eric R Clark | |
| | on behalf of Creditor Brandy Ann Bartholomew eclark101@hotmail.com eclark@ericrclarkattorney.com |
| Eric R Clark | |
| | on behalf of Creditor Brandy Bartholomew eclark101@hotmail.com eclark@ericrclarkattorney.com |
| Evan Thomas Roth | |
| | on behalf of Creditor Viserion Grain LLC evan@sawtoothlaw.com |
| Gabriel Luis Olivera | |
| | on behalf of Creditor Official Committee Of Unsecured Creditors golivera@omm.com gabriel-olivera-3960@ecf.pacerpro.com |
| Gery W Edson | |
| | on behalf of Creditor Land View Inc. gedson@gedson.com, tfurey@gedson.com |
| Heidi Buck Morrison | |
| | on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC heidi@racineolson.com, mandy@racineolson.com |
| Holly Roark | |
| | on behalf of Creditor Elevation Electric LLC holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net |
| Holly Roark | |
| | on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net |
| James Niemeier | |
| | on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com |
| James Justin May | |
| | on behalf of Debtor Millenkamp Cattle Inc jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;lnh@johnsonmaylaw.com |
| Janine Patrice Reynard | |
| | on behalf of Creditor East Valley Development LLC janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com |
| Jason Ronald Naess | |
| | on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov |
| Jed W. Manwaring | |
| | on behalf of Creditor MWI Veterinarian Supply Inc. jwm@elamburke.com, jh@elamburke.com |
| John O'Brien | |
| | on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding |

Case 24-40158-NGH   Doc 626   Filed 09/20/24   Entered 09/20/24 22:24:23   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0976-8 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 18, 2024 | Form ID: pdf108 | Total Noticed: 1 |

| | |
|---|---|
| | SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com |
| John D Munding | on behalf of Creditor PerforMix Nutrition Systems LLC john@mundinglaw.com |
| John F Kurtz, Jr | on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com tnd@kurtzlawllc.com |
| Jon B Evans | on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com sattler.carla@dorsey.com |
| Joseph Mark Wager, Jr. | on behalf of Creditor Rexel USA Inc dba Platt Electric Supply wager@mwsslawyers.com, wstewart@mwsslawyers.com;seannegan@sneganlaw.com;reception@mwsslawyers.com |
| Julian Gurule | on behalf of Creditor Official Committee Of Unsecured Creditors jgurule@omm.com julian-gurule-5732@ecf.pacerpro.com |
| Karyn Lloyd | on behalf of Creditor CNH Industrial Capital America LLC klloyd@grsm.com |
| Kim J Trout | on behalf of Creditor Rocky Mountain Agronomics Inc. ktrout@trout-law.com |
| Kimbell D Gourley | on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com shudson@idalaw.com |
| Kimbell D Gourley | on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com shudson@idalaw.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Cattle Inc krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Attorney Krystal R Mikkilineni krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Enterprises LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Black Pine Cattle LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Properties L.L.C. krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Idaho Jersey Girls LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Family LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Goose Ranch LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Properties II LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor East Valley Cattle LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Laura E Burri | on behalf of Creditor Automation Werx LLC lburri@morrowfischer.com, klee@morrowfischer.com |
| Louis V. Spiker | on behalf of Creditor Standlee Ag Resources louis.spiker@millernash.com louis.spiker@millernash.com |
| Mark Bradford Perry | on behalf of Creditor Burks Tractor Company Inc. mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com |
| Matthew Kremer | on behalf of Creditor Official Committee Of Unsecured Creditors mkremer@omm.com matthew-kremer-0858@ecf.pacerpro.com |
| Matthew A Sturzen | on behalf of Creditor Wilbur-Ellis Company LLC matt@shermlaw.com bjorn@shermlaw.com;gina@shermlaw.com |
| Matthew T. Christensen | on behalf of Debtor Idaho Jersey Girls LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@ |

| | |
|---|---|
| | notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Enterprises LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Black Pine Cattle LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor East Valley Cattle  LLC mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Family LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Goose Ranch LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Cattle  Inc mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Properties II LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Properties  L.L.C. mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Attorney Matthew T. Christensen mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew W Grimshaw | on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com |
| Meredith Leigh Thielbahr | on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com  ckaiser@grsm.com |
| Miranda K. Russell | on behalf of Creditor East Valley Development  LLC mrussell@mofo.com |
| Morton R. Branzburg | on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com |
| Rhett Michael Miller | on behalf of Creditor Moss Farms Operations  LLC rmiller@magicvalley.law |
| Rhett Michael Miller | on behalf of Creditor United Electric Co-op  Inc. rmiller@magicvalley.law |
| Rhett Michael Miller | on behalf of Creditor Raft River Rural Electric Cooperative  Inc. rmiller@magicvalley.law |
| Rhett Michael Miller | on behalf of Creditor Moss Grain Partnership rmiller@magicvalley.law |
| Robert A Faucher | on behalf of Interested Party Glanbia Foods Inc rfaucher@hollandhart.com boiseintaketeam@hollandhart.com;spturner@hollandhart.com |
| Robert E Richards | on behalf of Debtor Millenkamp Cattle  Inc robert.richards@dentons.com, docket.general.lit.chi@dentons.com |

District/off: 0976-8     User: admin     Page 5 of 5
Date Rcvd: Sep 18, 2024     Form ID: pdf108     Total Noticed: 1

Scott C Powers
on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mwatson@spencerfane.com

Sheila Rae Schwager
on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com

Thomas E Dvorak
on behalf of Special Counsel Givens Pursley LLP ted@givenspursley.com s274@givenspursley.com;kad@givenspursley.com

Thomas E Dvorak
on behalf of Debtor Millenkamp Cattle Inc ted@givenspursley.com, s274@givenspursley.com;kad@givenspursley.com

Tirzah R. Roussell
on behalf of Debtor Millenkamp Cattle Inc tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Millenkamp Enterprises LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Idaho Jersey Girls LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Millenkamp Properties II LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Black Pine Cattle LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Realtor Schuil Ag Real Estate Inc tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Millenkamp Properties L.L.C. tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Millenkamp Family LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor East Valley Cattle LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Goose Ranch LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Attorney Krystal R Mikkilineni tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Appraiser Gale W. Harding and Associates tirzah.roussell@dentons.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

William K Carter
on behalf of Creditor CNH Industrial Capital America LLC kentcarter@grsm.com

Zachary Fairlie
on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com

TOTAL: 97