UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH<br><br>Chapter 11 |
| Filing relates to:<br><br>☒    ALL DEBTORS<br>☐    Millenkamp Cattle, Inc.<br>☐    Idaho Jersey Girls<br>☐    East Valley Cattle<br>☐    Millenkamp Properties<br>☐    Millenkamp Properties II<br>☐    Millenkamp Family<br>☐    Goose Ranch<br>☐    Black Pine Cattle<br>☐    Millenckamp Enterprises<br>☐    Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family) 24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**ORDER GRANTING VALLEY WIDE COOPERATIVE INC.'S AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM (DOCKET NO. 576)**

Upon consideration of the record before this Court and the Amended Motion for Allowance and Payment of Administrative Claim, Docket No. 576, and no objection having been raised or received, and good cause existing:

**ORDER GRANTING VALLEY WIDE COOPERATIVE INC.'S AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM (DOCKET NO. 576) – 1**

**IT IS HEREBY ORDERED** that Valley Wide Cooperative, Inc.'s Amended Motion for Allowance and Payment of Administrative Claim is hereby GRANTED.  Pursuant to § 503(b)(9) of the Bankruptcy Code, Valley Wide Cooperative, Inc. shall be and hereby is allowed an administrative expense in the amount of **$67,132.81**. //end of text//

DATED:  September 23, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Submitted by:
*/s/ David W. Gadd*
David W. Gadd, ISB #7605
Attorney for Creditor, Valley Wide
Cooperative, Inc.

**ORDER GRANTING VALLEY WIDE COOPERATIVE INC.'S AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM (DOCKET NO. 576) – 2**