**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>　　　　Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

### ORDER VACATING & RESETTING OCTOBER 2 & 3, 2024, HEARING

Having reviewed the Stipulation Between Debtors and Parties Regarding October 2nd and 3rd Hearing (Docket No. 628), and good cause appearing;

IT IS HEREBY ORDERED that the hearing on the Debtor's Second Motion for Continued Use of Cash Collateral (Docket No. 464 – the "Second Motion"), currently set for October 2 and 3, 2024 is **VACATED** and **RESET** to **October 28th and 29th, 2024**, beginning at 9:00 a.m. (MT) each day.

IT IS FURTHER ORDERED that any party desiring to present evidence at the continued hearing shall file witness and exhibit lists no later than October 21, 2024, and shall circulate any proposed exhibits to relevant parties on or before October 21, 2024.

IT IS FURTHER ORDERED that the Debtors are authorized to continue the use of cash collateral through October 29, 2024, in accordance with the budget attached to the Second Motion.

//end of text//

DATED:  September 24, 2024

_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by: Matthew T. Christensen, attorney for the Debtors