## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:**<br><br>**MILLENKAMP CATTLE, INC.,**<br><br>Debtor. | Case No. 24-40158-NGH |
| **Filing relates to:**<br><br>☒ **ALL DEBTORS**<br>☐ **Millenkamp Cattle, Inc.**<br>☐ **Idaho Jersey Girls**<br>☐ **East Valley Cattle**<br>☐ **Millenkamp Properties**<br>☐ **Millenkamp Properties II**<br>☐ **Millenkamp Family**<br>☐ **Goose Ranch**<br>☐ **Black Pine Cattle**<br>☐ **Millenkamp Enterprises**<br>☐ **Idaho Jersey Girls Jerome Dairy** | **Jointly Administered With Case Nos.:**<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>**Chapter 11 Cases** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE, the Creditor Committee Application for Interim Professional Compensation for O'Melveny & Myers LLP, Doc. No. 585 currently scheduled to be heard on October 2, 2024, at 9:00 a.m. in person shall now be heard

NOTICE OF ORAL RULING - 1

telephonically. On the date and time specified, the parties shall call the Court's

Conference No.: 1-669-254-5252, Meeting ID No.: 160-5422-0978.

Dated: September 25, 2024.

/s/ _____

Melanie Battle
Courtroom Deputy to
Bankruptcy Judge Noah G. Hillen

NOTICE OF ORAL RULING - 2