# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 9/25/2024 |
| Case: 24–40158–NGH | Form ID: pdf018 | Total: 279 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | CNH Industrial Capital America LLC |
| cr | MWI Veterinary Supply Inc. |
| cr | McAlvain Concrete, Inc. |
| cr | JOHN DEERE FINANCIAL |
| cr | Rocky Mountain Agronomics, Inc. |
| cr | Official Committee Of Unsecured Creditors |
| cr | Brandy Ann Bartholomew |
| aty | O'Melveny & Myers LLP |
| 5339219 | #3924637 |
| 5337874 | Badger Bearing PTP, Inc |
| 5350001 | MWI Veterinary Supply |
| 5346022 | Rexel USA, Inc. dba Platt Electric Supply |

TOTAL: 12

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Adam Aiken Lewis | alewis@mofo.com |
| aty | Alexandra O Caval | alex@cavallawoffice.com |
| aty | Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| aty | Brent Russel Wilson | bwilson@hawleytroxell.com |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brian Faria | brian@sawtoothlaw.com |
| aty | Bruce A. Anderson | baafiling@eaidaho.com |
| aty | Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| aty | Connor Bray Edlund | edlund@mwsslawyers.com |
| aty | D Blair Clark | dbc@dbclarklaw.com |
| aty | Daniel C Green | dan@racineolson.com |
| aty | David A Coleman | david@colemanjacobsonlaw.com |
| aty | David T Krueck | dkrueck@hawleytroxell.com |
| aty | David W. Gadd | dwg@magicvalleylaw.com |
| aty | Eric R Clark | eclark101@hotmail.com |
| aty | Evan Thomas Roth | evan@sawtoothlaw.com |
| aty | Gabriel Luis Olivera | golivera@omm.com |
| aty | Gery W Edson | gedson@gedson.com |
| aty | Heidi Buck Morrison | heidi@racineolson.com |
| aty | Holly Roark | holly@roarklawboise.com |
| aty | James Niemeier | jniemeier@mcgrathnorth.com |
| aty | James Justin May | jjm@johnsonmaylaw.com |
| aty | Janine Patrice Reynard | janine@averylaw.net |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| aty | Jed W. Manwaring | jwm@elamburke.com |
| aty | John O'Brien | jobrien@spencerfane.com |
| aty | John D Munding | john@mundinglaw.com |
| aty | John F Kurtz, Jr | jfk@kurtzlawllc.com |
| aty | Jon B Evans | evans.jb@dorsey.com |
| aty | Joseph Mark Wager, Jr. | wager@mwsslawyers.com |
| aty | Julian Gurule | jgurule@omm.com |
| aty | Karyn Lloyd | klloyd@grsm.com |
| aty | Kim J Trout | ktrout@trout–law.com |
| aty | Kimbell D Gourley | kgourley@idalaw.com |
| aty | Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| aty | Laura E Burri | lburri@morrowfischer.com |
| aty | Louis V. Spiker | louis.spiker@millernash.com |
| aty | Mark Bradford Perry | mbp@perrylawpc.com |
| aty | Matthew Kremer | mkremer@omm.com |
| aty | Matthew A Sturzen | matt@shermlaw.com |
| aty | Matthew T. Christensen | mtc@johnsonmaylaw.com |
| aty | Matthew W Grimshaw | matt@grimshawlawgroup.com |
| aty | Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| aty | Miranda K. Russell | mrussell@mofo.com |
| aty | Morton R. Branzburg | mbranzburg@klehr.com |
| aty | Rhett Michael Miller | rmiller@magicvalley.law |
| aty | Robert A Faucher | rfaucher@hollandhart.com |
| aty | Robert E Richards | robert.richards@dentons.com |
| aty | Scott C Powers | spowers@spencerfane.com |
| aty | Sheila Rae Schwager | sschwager@hawleytroxell.com |
| aty | Thomas E Dvorak | ted@givenspursley.com |
| aty | Tirzah R. Roussell | tirzah.roussell@dentons.com |

aty        William K Carter        kentcarter@grsm.com
aty        Zachary Fairlie        zfairlie@spencerfane.com

TOTAL: 55

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db         Millenkamp Cattle, Inc        471 North 300 West        Jerome, ID 83338
cr         Rabo AgriFinance LLC        c/o Sheila R. Schwager        P.O. Box 1617        Boise, ID 83701
cr         Viterra USA Grain, LLC and Viterra USA Ingredients, LLC        c/o Racine Olson, PLLP        P.O. Box
           1391        Pocatello, ID 83204
cr         MetLife Real Estate Lending LLC        c/o Kimbell D. Gourley        10801 Mastin Blvd        Suite
           700        Overland Park, KS 66210
cr         Metropolitan Life Insurance Company        c/o Kimbell D. Gourley        10801 Mastin BLVD        Suite
           700        Overland Park, KS 66210
cr         Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC
           and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att        Spencer
           Fane        1700 Lincoln Street        Suite 2000        Denver, CO 80203
cr         Western States Equipment Co.        500 East Overland Road        Meridian, ID 83642
cr         c/o David A. Coleman Youree Land & Livestock, Inc.        Coleman, Ritchie & Jacobson        PO BOX
           525        TWIN FALLS, ID 83303–0525 UNITED STATES
cr         c/o David A. Coleman B & H Farming        Coleman, Ritchie & Jacobson        PO BOX 525        TWIN FALLS,
           ID 83303–0525 UNITED STATES
cr         East Valley Development, LLC        c/o Avery Law        3090 E Gentry Way, Ste 250        Meridian, ID 83642
cr         Land View, Inc.        P.O. Box 475        Rupert, ID 83350
cr         MWI Veterinarian Supply, Inc.        3041 W PASADENA DRIVE        Boise, ID 83705 UNITED STATES
cr         Raft River Rural Electric Cooperative, Inc.        c/o Rhett M. Miller        P.O. Box 910        Burley, ID 83318
cr         Viserion Grain, LLC        c/o Sawtooth Law Offices, PLLC        213 Canyon Crest Dr., Ste 200        Twin Falls,
           ID 83301 UNITED STATES
cr         Ad Hoc Committee of Corn Silage Growers        153 East Main Street        PO Box 168        Jerome, ID 83338
cr         Progressive Dairy Service & Supply Corp.        485 S IDAHO ST        WENDELL, ID 83355–5241
cr         Elevation Electric, LLC        485 S IDAHO ST        WENDELL, ID 83355–5241
cr         Bunge Canada C/O David D. Farrell        David D. Farrell. Esq.        One Bank Plaza        Suite 2700        St.
           Louis, MO 63101
intp       Glanbia Foods Inc        c/o Robert A Faucher        POB 2527        Boise, ID 83701
intp       Sandton Capital Partners LP        16 W 46th Street, 1st Floor        New York, NY 10036
cr         Automation Werx, LLC        Morrow & Fischer, PLLC        4 Ogden Avenue        Nampa, ID 83651
cr         Wilbur–Ellis Company LLC        c/o Matthew A. Sturzen        P.O. Box 2247        Salem, OR 97308
cr         PerforMix Nutrition Systems, LLC        MUNDING, P.S.        309 E. FARWELL RD., STE 310        Spokane,
           WA 99218 UNITED STATES
cr         Idaho State Brand Department        700 S. Stratford Dr.        Meridian, ID 83642 UNITED STATES
cr         Moss Grain Partnership        c/o Rhett M. Miller        P.O. Box 910        Burley, ID 83318
cr         Moss Farms Operations, LLC        c/o Rhett M. Miller        P.O. Box 910        Burley, ID 83318
cr         United Electric Co–op, Inc.        c/o Rhett M. Miller        P.O. Box 910        Burley, ID 83318
cr         Standlee Ag Resources        c/o Miller Nash LLP        950 W Bannock St, Ste 1100        Boise, ID 83702
cr         Burks Tractor Company, Inc.        3140 Kimberly Road        Twin Falls, ID 83301
cr         Blue Cross of Idaho Health Service, Inc        c/o Law Office of D. Blair Clark PC        967 East Parkcenter
           Boulevard, #282        Boise, ID 83706 UNITED STATES
aty        Matthew T. Christensen        199 N. Capitol Blvd.        Ste 200        Boise, ID 83702
aty        Krystal R Mikkilineni        Dentons Davis Brown        215 10th St        Ste 1300        Des Moines, IA 50309
crcm       Bruce A. Anderson        320 East Neider Avenue        Suite 102        Coeur d'Alene, ID 83815
r          Schuil Ag Real Estate Inc        5020 W Mineral King Ave        Visalia, CA 93291
app        Gale W. Harding and Associates        329 W 7th S        Rexburg, ID 83440
app        Davis Livestock, Inc.        780 E Cannibal Rd        Lewiston, UT 84320
br         The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker        6400 S Fiddlers Green
           Circle        Suite 850        Greenwood Village, CO 80111
cr         Rexel USA, Inc dba Platt Electric Supply        McConnell Wagner Sykes + Stacey PLLC        827 E. Park Blvd,
           Ste. 201        Boise, ID 83712
cr         Amalgamated Sugar Company        1951 S. Saturn Way        Suite 100        Boise, ID 83709
aty        Bruce A. Anderson        320 East Neider Avenue        Suite 102        Coeur d'Alene, ID 83815
intp       William Millenkamp        473 S 300 W        Jerome, ID 83338
cr         Valley Wide Cooperative Inc.        c/o David W. Gadd, Stover, Gadd & Assoc.        P.O. Box 1428        Twin
           Falls, ID 83303–1428
intp       Idaho AgCredit        c/o Daniel C. Green        Racine Olson, PLLP        P. O. Box 1391        Pocatello, ID 83201
aty        Julian Gurule        O'Melveny & Meyers LLP        400 South Hope Street        Suite 1900        Los Angeles, CA
           90071
acc        Cooper Norman        PO Box 5399        Twin Falls, ID 83303
app        Summit Ag Appraisal Inc        995 S 1150 E        Albion, ID 83311
fa         Amory Securities LLC        200 North Pacific Hwy        Suite 1525        El Segundo, CA 90245
sp         Givens Pursley LLP        Givens Pursley LLP        601 W. Bannock        P.O. Box 2720        Boise, ID
           83701–2720 UNITED STATES
aty        Adam A Lewis        Morrison & Foerster LLP        425 Market Street        San Francisco, CA 94105
aty        Andrew Schoulder        1301 Avenue of The Americas        New York, NY 10019–6022
aty        Domenic E Pacitti        Klehr Harrison Harvey Branzburg LLP        919 Market Street        Suite
           1000        Wilmington, DE 19801
aty        Gabriel L Olivera        7 Times Square        New York, NY 10036
aty        James J Niemeier        McGrath North Mullin & Kratz, PC LLO        1601 Dodge Street        Ste
           3700        Omaha, NE 68102

aty     John O'Brien     Spencer Fane LLP     1700 Lincoln Steet     Suite 2000     Denver, CO 80203
aty     Julian Gurule     400 South Hope Street     Suite 1900     Los Angeles, CA 90071
aty     Karyn Lloyd     Gordon Rees Scully Mansukhani, LLP     999 W Main Street     100     Boise, ID 83702
aty     Krystal R Mikkilineni     Dentons Davis Brown     215 10th St     Ste 1300     Des Moines, IA 50309
aty     Matthew Kremer     7 Times Square     New York, NY 10036
aty     Michael R Stewart     2200 Wells Fargo Center     90 South Seventh Street     Minneapolis, MN 55402
aty     Miranda Russell     Morrison & Foerster LLP     250 West 55th Street     New York, NY 10019
aty     Morton R Branzburg     Klehr Harrison Harvey Branzburg LLP     1835 Market St     Suite 1400     Philadelphia, PA 19103
aty     Nikolaus F Schandlbauer     20 F Street NW     Suite 500     Washington DC 20001
aty     Oren Buchanan Haker     Black Helterline LLP,     805 SW Broadway     Suite 1900     Portland, OR 97205
aty     Richard Bernard     1177 Avenue of the Americas     41st Floor     New York, NY 10036
aty     Robert E. Richards     233 South Wacker Drive     Suite 5900     Chicago, IL 60606–6361
aty     Ron C Bingham, II     3424 Peachtree Road NE     Suite 1600     Atlanta, GA 30326
aty     Scott F Gautier     1800 Century Park East     Ste 1500     Los Angeles, CA 90067
aty     Tirzah R. Roussell     215 10th Street     Suite 1300     Des Moines, IA 50309
aty     W. Kent Carter     One North Franklin     Suite 800     Chicago, IL 60606
aty     Zachary Fairlie     Spencer Fane LLP     1000 Walnut Street     Suite 1400     Kansas City, MO 64106
aty     Zachery J McCraney     Holland & Hart     Po Box 2527     800 W Main Street     Suite 1750     Boise, ID 83701
5338201     A K Trucking1897 E 990 S Hazelton, ID 83335     A. Scott Jackson TruckingPO Box 56 Jerom     A. Scott JacksonTrucking Inc PO Box 56 J     ABS Global Inc Box 22144 Network Place C     Addison Biological Lab 507 N Cleveland S     Aden Brook Trading CorpPO Box 217 Montgo
5338357     A. Scott Jackson Trucking, Inc.     c/o Williams Meservy & Larsen, LLP     Post Office Box 168     153 East Main Street     Jerome, ID 83338
5339172     AAA Cow Comfort LLC     Po Box 307     Kimberly, ID 83341
5339357     ABS Global     1525 River Rd.     DeForest, WI 53532
5352499     ARNOLD MACHINERY COMPANY     2975 West 2100 South     Salt Lake City, UT 84119
5345130     Addison Biological Laboratory, INC.     507 North Cleveland St.     Fayette, MO 65248
5339173     Airgas USA LLC     PO Box 734445     Chicago, IL 60673–4445
5341229     Airgas USA, LLC     110 West 7th St. Suite 1400     Tulsa, OK 74119
5339859     Alexander K. Reed     4296 N 2100 E     Filer, ID 83328
5339174     Amalgamated Sugar     1951 S Saturn Way     Ste 100     Boise, ID 83709
5345729     Amalgamated Sugar Company     1951 S. Saturn Way, Suite 100     Boise, ID 83709
5345775     Amalgamated Sugar Company     1951 S. Saturn Way, Suite 100     Boise, ID 83709
5340188     American Calf Products (Golden State Mixing, Inc.)     425 D Street     Turlock, CA 95380
5342707     American Express National Bank     c/o Becket and Lee LLP     PO Box 3001     Malvern PA 19355–0701
5342727     American Express National Bank     c/o Becket and Lee LLP     PO Box 3001     Malvern PA 19355–0701
5336402     Automation Werx, LLC     PO Box 3066     Idaho Falls, ID 83401
5339552     B & H Farming, an Idaho General Partnership     PO Box 123     Rupert, ID 83350
5339175     BS R Design Supplies     198 Locust St S     Twin Falls, ID 83301
5341673     Blue Cross of Idaho     c/o D Blair Clark, Atty     967 Parkcenter Blvd #282     Boise, ID 83706
5341702     Blue Cross of Idaho     c/o D. Blair Clark, Attorney     967 E. Parkcenter Blvd., #282     Boise, ID 83706
5339860     Bo Stevenson dba B&A Farms     1001 S 1900 E     Hazelton, ID 83335
5345992     Brandy A. Bartholomew     C/O Eric R. Clark, Attorney     P.O. Box 2504     Eagle, ID 83616
5335094     Bunge Canada     c/o David D. Farrell     THOMPSON COBURN LLP     One USBank Plaza, Suite 2700     Saint Louis, Missouri 63101
5354690     Burks Tractor Company, Inc.     Oren B. Haker     Black Helterline LLP     805 SW Broadway Suite 1900     Portland, OR 97205
5350014     CNH Industrial Capital America LLC     Kent Carter/Gordon Rees     One North Franklin, Suite 800     Chicago, IL 60606
5339191     Capitol One     PO Box 60599     City of Industry, CA 91716
5345658     Carne I Corp.     134 E. Highway 81     Burley, ID 83318
5344923     Cellco Partnership d/b/a Verizon Wireless     William M Vermette     22001 Loudoun County PKWY     Ashburn, VA 20147
5335227     CenturyTel Service Group, LLC dba CenturyLink     Lumen Technologies Group     931 14th Street, 9th Floor (Attn: Legal–BKY)     Denver, CO 80202
5339520     Christopher Camardello     1031 Mendota Heights Road     St. Paul, MN 55120
5339192     Citi Cards     PO Box 78019     Phoenix, AZ 85062
5339861     Clint D. Thompson     298 N 200 W     Jerome, ID 83338
5335499     Coastline Equipment Company     2000 E Overland Rd     Meridian, ID 83642
5339193     Colonial Life     Processing Center     PO Box 1365     Columbia, SC 29202–1365
5345020     Connie Lapaseotes, Ltd.     c/o John O'Brien     Spencer Fane     1700 Lincoln Street, Suite 2000     Denver, CO 80203
5339194     Conrad Bishcoff Inc     2251 N Holmes     PO Box 50106     Idaho Falls, ID 83405
5338938     Conterra Holdings, LLC dba Conterra Ag Capital as     c/o John O'Brien     Spencer Fane     1700 Lincoln Street, Suite 2000     Denver, CO 80203
5338613     Conterra Holdings, LLC dba Conterra Ag Capital as     c/o John O'Brien     Spencer Fane     1700 Lincoln Street, Suite 2000     Denver, CO 80260
5348879     Daimler Truck Financial Services USA LLC     c/o Randall P. Mroczynski     Cooksey, Toolen, Gage, Duffy & Woog     535 Anton Boulevard, Suite 1000     Costa Mesa, CA 92626
5339521     Dairy Tech, LLC     1031 Mendota Heights Road     St. Paul, MN 55120
5339195     Daritech     8540 Benson Rd     Lynden, WA 98264
5340867     David Clark     Clark Ambulatory Clinic, Inc.     1019 E 1020 S     Albion, ID 83311

5339862    Douglas J. Grant    2050 E 500 S    Hazelton, ID 83335
5339863    Dusty Brow Farms, Inc.    2601 E 1100 S    Hazelton, ID 83335
5354704    East Valley Development, LLC    c/o Adam Lewis, Esq.    Morrison & Foerster LLP    425 Market St.    San Francisco CA 94105
5339864    Edward Chojnacky    298 N 100 W    Jerome, ID 83338
5336403    Electrical Werx & Construction, LLC    PO Box 3066    Idaho Falls, ID 83401
5336173    Elevation Electric, LLC    485 S. Idaho St.    Wendell, ID 83355
5339196    Eric Clark    Clark Associates    PO Box 2504    Eagle, ID 83616
5339197    Evans Plumbing    111 Gulf Stream Lane    Hailey, ID 83333
5339591    Farmers Bank    PO Box 392    Buhl, ID 83316
5345915    Fastenal Company    2001 Theurer Blvd.    ATTN: LEGAL    Winona, MN 55987
5345021    Fredin Brothers, Inc.    c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203
5336661    G.J. Verti–Line Pumps, Inc.    PO Box 892    Twin Falls, ID 83303–0892
5339865    Grant & Hagan, Inc.    P.O. Box 326    Hazelton, ID 83335
5339866    Grant 4–D Farms LLC    707 E 600 N    Rupert, ID 83350
5345661    Green Source Automation, LLC    3506 Moore Road    Ceres, CA 95307
5339198    Hatfield Manufacturing Inc    1823 Shoestring Rd    Gooding, ID 83330
5353585    Heeringa Construction LLC    18521 E Queen Creek Rd    #105–481    Queen Creek, AZ 85142
5339867    Hollifield Ranches, Inc.    22866 Highway 30    Hansen, ID 83334
5340509    IRS    Centralized Insolvency Oper.    PO Box 7346    Philadelphia, PA 19101–7346
5339199    Idaho Dept of Lands    PO Box 83720    Boise, ID 83720
5354954    Idaho Materials & Construction    c/o Miller Nash LLP    950 W Bannock St, Ste 1100    Boise, ID 83702
5339526    Idaho State Tax Commission    PO Box 36    Boise, ID 83722
5339200    Innovative Food SolutionsUSA    Attn: Jordan Bowen    134 E. Highway 81    Burley, ID 83318
5339765    Interstate Billing Service, Inc    PO box 2250    Decatur, AL 35609
5345295    J&C Hoof Trimming Inc.    3690 N 2570 E    Twin Falls, ID 83301
5345360    J.D. Heiskell Holdings, LLC    17220 Wright St, Ste 200    Omaha, NE 68130
5339527    JOHN DEERE FINANCIAL    c/o Weltman, Weinberg & Reis Co., L.P.A.    965 Keynote Circle    Cleveland, OH 44131
5339203    JP Morgan Chase    PO Box 6294    Carol Stream, IL 60197
5338039    JPMorgan Chase Bank, N.A.    s/b/m/t Chase Bank USA, N.A.    c/o National Bankruptcy Services, LLC    P.O. Box 9013    Addison, Texas 75001
5338040    JPMorgan Chase Bank, N.A.    s/b/m/t Chase Bank USA, N.A.    c/o National Bankruptcy Services, LLC    P.O. Box 9013    Addison, Texas 75001
5339201    Jake Millenkamp    1719 River Road    Buhl, ID 83316
5349577    James Farrell & CO    13810 SE Eastgate Way    Suite 520    Bellevue, WA 98005
5339868    Jean L. Thompson    225 N 250 W    Jerome, ID 83338
5339202    Jeffrey E. Rolig    PO Box 5455    Twin Falls, ID 83303–5455
5345787    Jeffrey J. Grieve    P.O. Box 366    Twin Falls, ID 83303–0366
5339016    John Deere Construction and Forestry Company    c/o Weltman, Weinberg & Reis Co., L.P.A.    965 Keynote Circle    Cleveland, OH 44131
5339015    John Deere Financial, f.s.b.    c/o Weltman, Weinberg & Reis Co., L.P.A.    965 Keynote Circle    Cleveland, OH 44131
5339204    K R Rental Inc    256 A South 600 W    Heyburn, ID 83336
5339205    Keith D. and Janet Carlson    3866 E 3800 N    Hansen, ID 83334
5345788    Kenworth Sales Company, Inc.    c/o Benoit Law    P.O. Box 366    Twin Falls, ID 83303–0366    ,
5339206    Kinghorn Medical LLC    248 S Cole Rd    Boise, ID 83709
5345508    Kraus Farms, LLC    165 South 400 West    Rupert, ID 83350    ,
5345606    LES SCHWAB TIRE CENTERS OF IDAHO, LLC    PO BOX 5350    BEND, OR 97708
5339541    Land View, Inc.    c/o Gery W. Edson    P.O. Box 448    Boise, ID 83701
5350983    Merck Animal Health    Attn: Legal Dept–Animal Health    126 East Lincoln Avenue    Po Box 2000    Rahway, NJ 07065
5349667    MetLife Real Estate Lending, LLC    c/o Ron C. Bingham, II, Esq.    Adams and Reese LLP    3424 Peachtree Road, NE, Suite 1600    Atlanta, Georgia 30326
5349670    Metropolitan Life Insurance Company, a New York Co    c/o Ron C. Bingham, II, Esq.    Adams and Reese LLP    3424 Peachtree Road, NE, Suite 1600    Atlanta, Georgia 30326
5339870    Michael Chojnacky    51 W 600 N    Jerome, ID 83338
5345659    Moss Grain Partnership    301 Scott Ave. Suite 4    Rupert, ID 83350
5341333    NAPA Auto Parts    P.O. Box 1425    Twin Falls, ID 83303
5334742    NameAddress1Address2Address3CityStateZip    116 & West805 W Idaho StSte 300Boise    2020 Window ServicePO Box 6056Twin F    A & K Trucking1897 E 990 SHazeltonI    A. Scott Jackson TruckingPO Box 56Je    A. Scott JacksonTrucking IncPO Box 56
5354689    Oren B. Haker    Black Helterline LLP    805 SW Broadway Suite 1900    Portland, OR 97205
5339207    Overhead Door    489 S. Locust    Twin Falls, ID 83301
5344741    PTG of Idaho, LLC    c/o Holland N. O'Neil, Foley & Lardner LLP    2021 McKinney Avenue, Ste. 1600    Dallas, TX 75201
5339208    Pan American Life Insurance    1778 N Plano Rd    Ste 310    Richardson, TX 75081
5342126    PerforMix Nutrition Systems    2201 N 20th Street    Nampa, ID 83687
5339209    Pivot Man Inc    Robin Jones    PO Box 355    Paul, ID 8334
5345022    Prime Ridge Beef LLC    c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203
5356686    Pro Rentals & Sales    PO Box 5450    C12    Kalispell, MT 59903
5339210    Pro Tech Service Company    1550 Kimberly Rd    Twin Falls, ID 83301
5346177    Progressive Dairy Service & Supplies Corp.    485 S. Idaho St.    Wendell, ID 83355
5336174    Progressive Dairy Service & Supply Corp.    485 S. Idaho St.    Wendell, ID 83355

5335058   Quill Corporation        PO Box 102419        Columbia, SC 29224
5345667   Rabo AgriFinance LLC, as Administrative Agent        c/o Sheila Schwager        Hawley Troxell Ennis & Hawley,
          LLP       P.O. Box 1617        Boise, ID 83701−1617
5346019   Rexel USA, Inc dba Platt Electric Supply        827 E. Park Blvd, Ste. 201        Boise, Idaho 83712
5339211   Roark Law Offices        950 Bannock St., 11th Fl.        Boise, ID 83702
5343428   Rocky Mountain Agronomics        1912 West Main Street        Burley, ID 83318
5336660   Rogers Machinery Company, Inc.        PO Box 230429        Portland, OR 97281−0429
5342352   Schaeffer Manufacturing Company        c/o Denis McCarthy        2600 S Broadway        St. Louis, MO
          63118
5339212   Schmidt Cattle Hauling        848 E 3400 N        Castleford, ID 8332
5339213   Schow's Truck Center        PO Box 2208        Decatur, AL 35609
5345789   Sheila R. Schwager        Hawley Troxell ennis & Hawley LLP        P.O. Box 1617        Boise, ID
          83701−1617
5339214   Six States Distributors Inc        29787 Network Place        Chicago, IL 60673
5339215   SprinklerShop Inc        PO Box 599        Paul, ID 83347
5345131   St. Genetics        Inguran USA, INC.        22575 State Hwy 6 South        Navasota, TX 77868
5339872   Standing 16 Ranch Land Company, LLC        335 W 300 N        Jerome, ID 83338
5339876   Standlee Ag Resources        c/o Miller Nash, LLP, Attn: Louis Spiker        950 W Bannock St, Ste
          1100        Boise, ID 83702
5339873   Star Falls Farms, LLC        1908 E 1300 S        Hazelton, ID 83335
5339874   Steel Ranch LLC        2597 E 1100 S        Hazleton, ID 83335
5354401   Steven R. Hogan II        409 S. 17th Street #500        Omaha, NE 68102
5339216   Stotz Equipment        2670 Kimberly Rd E        Twin Falls, ID 83301
5354402   The Dairy Solutions Group        409 S. 17th Street #500        Omaha, NE 68102
5342832   The Sprinkler Shop        P.O. Box 599        Paul, ID 83347
5339875   Triple C Farms, LLC        474 S 500 W        Jerome, ID 83338
5336530   US Commodities, LLC        730 Second Avenue S. Suite 700        Minneapolis, MN 55402        ,
5342351   Uline        12575 Uline Drive        Pleasant Prairie, WI 53158
5347829   Valley Wide Cooperative Inc.        c/o David W. Gadd        Stover, Gadd & Associates, PLLC        P.O. Box
          1428        Twin Falls, Idaho 83301
5347503   Viserion Grain LLC        385 Broadway St        Boulder, CO 80305
5354657   Viserion Grain, LLC        385 Broadway Street        Boulder, CO 80305
5339554   Viterra USA Grain, LLC        1331 Capitol Ave.        Omaha, NE 68102
5339553   Viterra USA Ingredients, LLC        1331 Capitol Ave.        Omaha, NE 68102
5338166   Wag Services, Inc.        8121 W HARRISON ST        Tolleson, AZ 85353        ,
5339217   Wendell Truck and Auto        PO Box 213        356 S Idaho St        Wendell, ID 83355
5339218   Western Construction Inc        PO Box 15569        Boise, ID 83715
5335378   Westway Feed        BARR Credit Services        3444 N Country Club Rd        Ste 200        Tucson, AZ
          85716
5341725   Wilbur−Ellis Nutrition, LLC        c/o Matthew A. Sturzen        PO Box 2247        Salem, OR 97308
5338356   Williams, Meservy & Larsen        Post Office Box 168        153 East Main Street        Jerome, ID 83338
5342349   Young CDJR of Burley, LLC        PO Box 1530        Layton, UT 84041
5336406   Youree Land & Livestock Inc.        3953 North 3300 East        Twin Falls, ID 83301

                                                                                    TOTAL: 212