Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>      Debtor.<br><br>Filing relates to:<br><br>☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br>Chapter 11<br><br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES** - 1

## DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES

---

**Notice of Debtors' Application to Employ Lance VanDemark and Theodore Isbell of Vertex as Expert Witnesses and Opportunity to Object and for a Hearing**

<u>No Objection</u>. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

Hearing on Objection. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

COME NOW Millenkamp Cattle, Inc. ("<u>Millenkamp Cattle</u>") and its affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>") in the above-captioned chapter 11 case (the "<u>Chapter 11 Case</u>"), by and through its undersigned counsel, hereby respectfully submit this Application to Employ Lance VanDemark and Theodore Isbell of Vertex as Expert Witnesses (the "<u>Application</u>"). In support of this Application, the Debtors respectfully represent as follows:

### JURISDICTION

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of the Application is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue is also proper under 28 U.S.C. §§ 1408 and 1409.

3.      The statutory bases for the relief requested herein are Sections 327(a) and 328 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016.

**DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES - 2**

## BACKGROUND

4.      On April 2, 2024 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for District of Idaho (the "Court") commencing the Chapter 11 Cases. The Debtors have continued in the management and operation of their businesses and properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

5.      No trustee, examiner, or official statutory committee of unsecured creditors (such official committee, the "Committee") has yet been appointed in the Chapter 11 Cases.

6.      The Debtors are ten affiliates that collectively own and operate several businesses, including a calf ranch raising approximately 50,000 calves located in Jerome, Idaho; a dairy heifer feedlot in Declo, Idaho, raising approximately 60,000 head of dairy cattle; a dairy operation at the Declo facility where the dairy cattle are milked several times a day; farming operations in Jerome, Twin Falls and Cassia counties; and custom harvest & trucking throughout the Magic Valley.

7.      Through ten entities, the Debtors operate as a single enterprise, which includes common usage of debt and banking facilities.

8.      Millenkamp Cattle is the primary entity from which all operations are directed, the revenues received, and the payables disbursed. Millenkamp Cattle is the operational entity which owns all of the cattle, feed, and equipment used to care for the cattle, employs the employees, and receives and disburses the majority of the monies. Millenkamp Cattle does not own any real property.

9.      Debtors wish to employ Lance VanDemark ("VanDemark") and Theodore Isbell ("Isbell") of Vertex ("Vertex") as their expert witnesses in the litigation involving *East Valley*

**DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES - 3**

*Cattle, LLC* (and all other Debtors as necessary) in Cassia County Case No. CV16-21-00486 (and any related appeals) ("Cassia County Case"), pursuant to Bankruptcy Code Section 327(a), at the expense of the Debtors' estates.

10.    It is anticipated that both VanDemark and Isbell will be the primary contacts for Vertex and will primarily provide expert witness services for Debtors, including testifying in Court in the Cassia County Case.

11.    VanDemark, Isbell, and Vertex will render services to the Debtors under the terms as set forth in the Engagement Agreement attached hereto as **Exhibit A**. Debtors note that the Engagement Agreement was drafted as between Vertex and Debtors' special counsel, Givens Pursley LLP, for privilege purposes, which is common in matters such as this.

12.    VanDemark, Isbell, and Vertex understand that compensation is subject to approval of this Court and intends to apply for compensation and reimbursement for fees incurred and costs advanced in conformity with Bankruptcy Code Sections 330 and 331.

## QUALIFICATIONS OF PROFESSIONALS

13.    The Debtors have selected VanDemark, Isbell, and Vertex because each considerable knowledge and expertise in these matters subject of the Cassia County Case.  The Declaration of Lance VanDemark, attached hereto as **Exhibit B**, identifies VanDemark's extensive experience as a Civil Engineer and in structural engineering and engineering management, and contains a copy of his curriculum vitae.

14.    The Declaration of Theodore Isbell, attached hereto as **Exhibit C**, identifies Isbell's extensive experience as a Senior Forensic Architect and contains a copy of his curriculum vitae.

**DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES - 4**

## SERVICES TO BE RENDERED

15.    The employment of VanDemark, Isbell, and Vertex is necessary to assist the Debtors as expert witnesses in the Cassia County Case.

16.    Subject to the Court's approval of this Application, VanDemark, Isbell, and Vertex are willing to assist the Debtors as expert witnesses in the Cassia County Case. The Debtors do not intend, nor do the Debtors believe, the services proposed to be rendered by VanDemark, Isbell, and Vertex will be duplicative of the services to be rendered to the Debtors' by other its professionals that employed on its behalf.

## PROFESSIONAL COMPENSATION

17.    The rates of Vertex are as outlined on the engagement letter.  *See* Exhibit A.

18.    VanDemark will charge his hourly rate of $435/hr for his services as an expert witness in the Cassia County Case.

19.    Isbell will charge his hourly rate of $435/hr for his services as an expert witness in the Cassia County Case.

20.    These fees will be paid by Debtors as Debtors of the services provided by VanDemark, Isbell, and Vertex.

21.    Neither VanDemark, Isbell, and Vertex, nor to the best of their knowledge and information, any other representative thereof, has been promised any compensation for professional services rendered or to be rendered in any capacity in connection with Debtors' Chapter 11 Case or the Cassia County Case, other than as permitted by the Bankruptcy Code.

**DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES** - 5

22.    VanDemark, Isbell, and Vertex have not received any prepetition retainer to guarantee payment of its services and costs in connection with Debtors' Chapter 11 Case or the Cassia County Case.

23.    VanDemark, Isbell, and Vertex have not agreed to share compensation received in connection with Debtors' Chapter 11 Case or the Cassia County Case with any other person, except as permitted by Section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016 in respect of the sharing of compensation among members of Vertex.

## DISINTERESTEDNESS OF PROFESSIONALS

24.    VanDemark, Isbell, and Vertex have undertaken a detailed search to determine, and to disclose, whether any of them represent or has represented any significant creditors or insiders of Debtors. In connection with its proposed retention by the Debtors in this case, VanDemark, Isbell, and Vertex conducted a search of its client database to determine whether they have any current or past relationships with any of Debtors' significant creditors or insiders.  Vertex does not have any connection with Debtors, their affiliates, their creditors or insiders, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee.

25.    Except as otherwise set forth in the Declaration, and based on the database search described above, VanDemark, Isbell, and Vertex are not aware of any past or current representation of any other individual or entity which is a creditor or insider of the Debtors.

26.    To the best of its knowledge and information, VanDemark, Isbell, and Vertex do not have any interest "adverse" to Debtors or their estates as that term is used in Bankruptcy Code Section 327.

**DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES** - 6

27. To the best of its knowledge and information, VanDemark, Isbell, and Vertex are each a "disinterested person" as that term is defined in Bankruptcy Code Section 101(14).

28. VanDemark, Isbell, and Vertex will conduct a continuing inquiry to ascertain whether there exists any situation that would affect its status as a person having no interest adverse to Debtors or their estates or that would affect the respective statuses VanDemark, Isbell, and Vertex as a disinterested person. VanDemark, Isbell, and Vertex will file supplemental disclosures or affidavits with this Court at such time as any such additional disclosures are appropriate or required.

**WHEREFORE,** the Debtors respectfully request that they be authorized, pursuant to Bankruptcy Code Section 327 and Bankruptcy Rule 2014 to employ VanDemark, Isbell, and Vertex as expert witnesses for the Cassia County Case; and for such other and further relief as may be just and equitable under the circumstances.

DATED this 25th day of September, 2024.

GIVENS PURSLEY LLP

By  /s/ Thomas E. Dvorak
    Thomas E. Dvorak – Of the Firm
    Special Counsel for the Debtors

**DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES - 7**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of September, 2024, I filed the foregoing **DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Morton R. Branzburg**
mbranzburg@klehr.com

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**William K. Carter**
kentcarter@grsm.com

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES - 8**

**Brian Faria**
brian@sawtoothlaw.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Adam Aiken Lewis**
alewis@mofo.com

**Karyn Lloyd**
klloyd@grsm.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**John D. Munding**
john@mundinglaw.com

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**James Niemeier**
jniemeier@mcgrathnorth.com

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES - 9**

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-
9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE
ISBELL OF VERTEX AS EXPERT WITNESSES - 10**

**Joseph Mark Wager**
wager@mwsslawyers.com
wstewart@mwsslawyers.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

**Brent R. Wilson**
bwilson@hawleytroxell.com
amay@hawleytroxell.com

   AND, I FURTHER CERTIFY that on such date I served the foregoing **DEBTORS'
APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF
VERTEX AS EXPERT WITNESSES** on the following non-CM/ECF Registered Participants in
the manner indicated:

| | |
|---|---|
| Millenkamp Cattle, Inc<br>471 North 300 West<br>Jerome, ID 83338 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Richard Bernard<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Ron C. Bingham<br>3424 Peachtree Road NE, Ste. 1600<br>Atlanta, GA 30326 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Morton R Branzburg<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market St., Ste. 1400<br>Philadelphia, PA 19103 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Bunge Canada C/O David D. Farrell<br>David D. Farrell. Esq.<br>One Bank Plaza, Ste. 2700<br>St. Louis, MO 63101 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| W. Kent Carter<br>One North Franklin, Ste. 800<br>Chicago, IL 60606 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

| | |
|---|---|
| Davis Livestock, Inc.<br>780 E Cannibal Rd<br>Lewiston, UT 84320 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Scott F. Gautier<br>1800 Century Park East, Ste. 1500<br>Los Angeles, CA 90067 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Oren Buchanan Haker<br>Black Helterline LLP<br>805 SW Broadway, Ste. 1900<br>Portland, OR 97205 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Zachery J McCraney<br>Holland & Hart<br>P.O. Box 2527<br>800 W Main Street, Ste 1750<br>Boise, ID 83701 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Cooper Norman<br>P.O. Box 5399<br>Twin Falls, ID 83303 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Domenic E Pacitti<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Ste. 1000<br>Wilmington, DE 19801 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Nikolaus F Schandlbauer<br>20 F Street NW, Ste. 500<br>Washington DC, 20001 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Michael R Stewart<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

**DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES - 12**

Summit Ag Appraisal Inc                  (X) U.S. Mail, Postage Prepaid
995 S 1150 E                             ( ) Hand Delivered
Albion, ID 83311                         ( ) Overnight Mail
                                         ( ) Facsimile

The Forbes Securities Group LLC, DBA Forbes   (X) U.S. Mail, Postage Prepaid
Partners as Investment Banker            ( ) Hand Delivered
6400 S Fiddlers Green Circle, Ste. 850   ( ) Overnight Mail
Greenwood Village, CO 80111              ( ) Facsimile


                                         _/s/Thomas E. Dvorak_____
                                         Thomas E. Dvorak


**DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE
ISBELL OF VERTEX AS EXPERT WITNESSES - 13**

**<u>EXHIBIT A</u>**
**Engagement Agreement**



August 28, 2024

Donald Z. Gray, Attorney
Givens Pursley LLP
601 W. Bannock St.
Boise, Idaho 83702
dongray@givenspursley.com

**Re:  Expert Consulting Services - McAlvain Concrete v. East Valley Cattle**
**2694 E 750 S**
**Declo, Idaho 83323**
**VERTEX Project No. 74787**

Dear Don:

Pursuant to your request, The Vertex Companies, LLC (VERTEX) is pleased to present this proposal to you for expert consulting services associated with the above-referenced matter.  Our proposal contains a Project Work Scope, Project Schedule, Fee Schedule, Terms and Conditions, and a Project Work Authorization.

**1.0   PROJECT WORK SCOPE**

Our services will include the following general tasks:

- Litigation support during bankruptcy proceedings

Potential additional services that are not included in the proposed budget:

- Calculation of damages (*if requested*)
- Deposition preparation and testimony (*if requested*)
- Trial preparation and testimony (*if requested*)

**2.0   PROJECT SCHEDULE**

VERTEX understands the need for timely completion of this project and is prepared to commence work upon receipt of the Project Work Authorization Form.

**3.0   FEE FOR SERVICES**

For this project, as defined in **Section 1.0 - Project Work Scope**, we anticipate an initial budget of **$25,000.00**. This is not a Lump Sum, all-inclusive budget. All work will be completed on a Time & Materials basis in accordance with the attached rates and may be adjusted.

Expert Consulting Services - McAlvain Concrete v. East Valley Cattle
Vertex Project #74787
August 28, 2024
Page 2 of 11

The Client will be responsible for payment in accordance with the terms and conditions unless another party is specifically identified as the "Party Responsible for Payment". Vertex will not exceed the budget without prior approval from either the Party Responsible for Payment and/or the Client.

**4.0   TERMS AND CONDITIONS**

This agreement is subject to the attached General Terms and Conditions.

**5.0   PROJECT AUTHORIZATION**

Attached you will find a copy of the Project Work Authorization as Attachment A. Please sign and return it to VERTEX, the receipt of which shall constitute our notice to proceed.

Sincerely,
THE VERTEX COMPANIES, LLC


Ted Isbell, AIA
Senior Forensic Architect

Matthew Click, AIA
Vice President


Attachments:
      Attachment A – Project Work Authorization
      Attachment B – VERTEX 2024 Labor Rates
      Attachment C – General Terms and Conditions

**VERTEX**

Expert Consulting Services - McAlvain Concrete v. East Valley Cattle
Vertex Project #74787
August 28, 2024
Page 3 of 11

## ATTACHMENT A - PROJECT WORK AUTHORIZATION

SERVICES:     Expert Consulting Services

Matter:     Expert Consulting Services - McAlvain Concrete v. East Valley Cattle
Address:     2694 E 750 S, Declo, Idaho 83323

Cost:     **T&M Not to Exceed (NTE) $25,000.00 without prior authorization in accordance with the attached rates.**

CLIENT:     Givens Pursley LLP
Contact:     Mr. Donald Z. Gray
Address:     601 W. Bannock St., Boise, Idaho 83702

TERMS AND CONDITIONS ACCEPTED BY: _____     Date: 9-12-24
(Signature – CLIENT)

CLIENT EMAIL:
DON GRAY @ GIVENS PURSLEY . COM

☒ Mark here if PAYOR ("Party Responsible for Payment") is different than CLIENT

BELOW MUST BE COMPLETED BY PAYOR (by either the **CLIENT** or the **Party Responsible for Payment**, e.g., insurance company, Insured, property owner, other).

**Acknowledgement of Responsibility of Payment:**
Acknowledged, Approved and Agreed as to Obligations of ___EAST VALLEY CATTLE___ ("Party Responsible for Payment") herein, including, but not limited to compensation obligations in Section 3.0 and the attached Standard Terms and Conditions. As referenced in Section 3.0, work will be completed on a Time & Materials basis in accordance with the attached rates and may be adjusted. VERTEX will not exceed the budget without prior approval from either the **Party Responsible for Payment and/or the Client.**

Company:     East Valley Cattle
Address:     471 N 300 W, Jerome, ID. 83538
By:     William J. Millenkamp
Title:     Manager
Date:     9-14-24
Signature: _____
Email:     bill e millenkamp. com

**Address shown on Invoice (Mark One)**     ☐ CLIENT ☒ Party Responsible for Payment
**Email invoices to (Mark One)**     ☐ CLIENT ☐ Party Responsible for Payment ☒ Both

This is a legal and binding contract between the PARTY RESPONSIBLE FOR PAYMENT, CLIENT and VERTEX as referenced in the attached proposal of this date and as described above. Please sign and return by email to:
tisbell@vertexeng.com.



Expert Consulting Services - McAlvain Concrete v. East Valley Cattle
Vertex Project #74787
August 28, 2024
Page 4 of 11

## ATTACHMENT B – 2024 VERTEX FEE SCHEDULE

## EXPERT FORENSIC SUPPORT

| LABOR CATEGORY | HOURLY RATE |
|---|---|
| Principal / PhD | $455 |
| Senior Electrical Engineer | $445 |
| Senior Architect / Engineer / Technical Expert | $435 |
| Senior Construction Consultant | $350 |
| Engineer / Architect | $350 |
| Certified Industrial Hygienists (CIH) | $315 |
| Certified Safety Professional | $305 |
| Cost Estimating / Construction Consultant | $295 |
| Forensic Consultant / Specialist | $245 |
| Technical Assistant / Analyst | $200 |
| Adminstrative Staff | $135 |

ARBITRATION, COURT, or DEPOSITION TESTIMONY

➢ 150% of the standard hourly billing rate to be billed in four-hour increments.

EXPENSES

➢ Expenses are billed at our cost. Typical expenses include airfare, hotels, meals (during overnight travel). Mileage to be reimbursed at IRS published rates plus 15% and are subject to change without notice. Subcontractor and vendor services will have a markup of 15%.

The fee schedule is subject to periodic increases typically on an annual basis at the start of the calendar year.



Expert Consulting Services - McAlvain Concrete v. East Valley Cattle
Vertex Project #74787
August 28, 2024
Page 5 of 11

**ATTACHMENT C**

**THE VERTEX COMPANIES, LLC**
**GENERAL TERMS AND CONDITIONS**

These General Terms and Conditions, including any Supplemental Terms and Conditions, are incorporated by reference into the Proposal (including any separately attached Fee Schedule) of The Vertex Companies, LLC ("VERTEX") for the performance of work and services ("Scope of Work") described in the Proposal for the benefit of CLIENT, and together shall constitute the agreement ("Agreement") between VERTEX and CLIENT under which the Scope of Work is to be performed by VERTEX for CLIENT. VERTEX must receive acceptance of the Proposal within ninety (90) days, or the Proposal will no longer be valid, unless otherwise agreed to in writing by VERTEX. Any estimate of time and materials shall not be considered as a fixed price, but only an estimate (unless otherwise specifically stated in the Proposal).

**1.0  SCOPE OF WORK:**
a. The Scope of Work shall include all services provided by VERTEX which are reasonably necessary and appropriate for the effective and prompt fulfillment of VERTEX's obligations under the Agreement.

b. It is understood that the Scope of Work defined in the Proposal is based on the information provided by CLIENT. If this information is incomplete or inaccurate, or if unexpected conditions are discovered, the Scope of Work may change, even as the work is in progress. In addition, CLIENT may request additional services which will constitute a change in the Scope of Work. When a change in the Scope of Work is necessary, a written amendment to the Agreement shall be executed by CLIENT and VERTEX prior to VERTEX commencing the change in the work or services. If VERTEX believes an immediate change is necessary to protect human health or the environment, a written amendment incorporating the change shall be made as soon as is practicable, and CLIENT's consent to such amendments shall not be unreasonably withheld.

**2.0  RIGHT OF ENTRY AND REPRESENTATION OF PERMITTING:**
CLIENT grants to VERTEX the right of entry to the geographical location(s) where the services are to be performed ("Project Site") by its employees, agents, consultants, contractors and subcontractors, for the purpose of performing the services. CLIENT represents that it has obtained the necessary permits and licenses for the services as described in the Proposal. If CLIENT does not own the Project Site, CLIENT warrants and represents to VERTEX that it has the authority and permission of the owner and/or occupant of the Project Site to grant the right of entry to VERTEX.

**3.0  PAYMENT TERMS AND INVOICES:**
a. VERTEX will submit invoices to CLIENT monthly and a final bill upon completion of the services. There shall be no retainage, unless otherwise agreed upon in the Agreement. Payment is due within thirty (30) days from the invoice date, regardless of whether CLIENT has been reimbursed by any other party. CLIENT agrees to pay interest of one and one-half percent (1-1/2%) per month (or the maximum allowed by law, whichever is lower), of the invoiced amount per month for any payment received by VERTEX more than thirty (30) calendar days from the date of the invoice. If CLIENT objects to all or any portion of the invoice, CLIENT shall nevertheless timely pay the undisputed amount of such invoice and promptly advise VERTEX in writing within ten (10) days of receipt of invoice of the reasons for disputing any amount. CLIENT and VERTEX will promptly resolve disputed items.

b. CLIENT is responsible for all fees and expenses incurred in preparation for and attendance at depositions, trial or other required testimony, including notices or subpoenas issued by opposing counsel, unless VERTEX has received from opposing counsel, advance payment or written confirmation to pay VERTEX's fees and expenses. Upon notification of pending deposition, VERTEX will forward to CLIENT the rates and anticipated cost of the deposition, if requested.



Expert Consulting Services - McAlvain Concrete v. East Valley Cattle
Vertex Project #74787
August 28, 2024
Page 6 of 11

c. CLIENT is responsible for all fees and expenses incurred by VERTEX in response to any request for production of documents.  Upon notification of the request for production, VERTEX will forward to CLIENT the rates and the anticipated cost of complying with the request for production, if requested.

d. Unless otherwise agreed in writing, VERTEX shall be paid for any services additional to those set forth in the Agreement performed at CLIENT's request in accordance with the rates and charges set forth in the Proposal or Fee Schedule, if any.   Additional services requested by CLIENT shall be subject to and performed in accordance with these General Terms and Conditions and any Supplemental Terms and Conditions.

e. Should CLIENT fail to make payment on any invoice within thirty (30) days of receipt of such invoice, VERTEX may at any time, without waiving any other claim against CLIENT and without thereby incurring any liability to CLIENT, suspend any or all services in connection with the Agreement and/or retain any reports or other information until all outstanding amounts are paid in full or CLIENT provides VERTEX with adequate assurances of payment.  CLIENT shall pay any attorneys' fees, collection fees or other costs incurred in collecting any delinquent amounts.

f. To the extent VERTEX requires payment of a retainer fee, the amount of the fee shall be stated in the Proposal. The agreed upon retainer fee may be applied to the final invoice.  The unused portion of the retainer will be refunded to CLIENT at the conclusion of the project.  A charge of 50% of the retainer amount will be incurred on any project that is cancelled without a minimum of $500 invoiced for professional services performed.  Should VERTEX be retained for longer than six months as of the date of the Agreement without professional services performed, CLIENT shall be charged 100% of the retainer amount.

**4.0  STANDARD OF CARE:**
The services shall be performed in accordance with generally accepted industry principles and practices, consistent with a level of care and skill ordinarily practiced by reputable members of the profession currently providing similar services under similar circumstances (the "Standard of Care").  EXCEPT AS SET FORTH HEREIN, VERTEX MAKES NO OTHER REPRESENTATION, GUARANTEE, OR WARRANTY, EXPRESSED OR IMPLIED, IN FACT OR BY LAW, CONCERNING ANY OF THE SERVICES WHICH MAY BE FURNISHED BY VERTEX TO CLIENT.  THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION OF THE SERVICES TO BE PERFORMED.  CLIENT agrees to give VERTEX written notice of any breach or default under this section and to give VERTEX a reasonable opportunity to cure such breach or default, without the payment of additional fees to VERTEX, as a condition precedent to any claim for damages.

**5.0  LIMITATION OF PROFESSIONAL LIABILITY:**
**CLIENT and VERTEX have discussed the risks and benefits of the project and the compensation to be paid to VERTEX.  To the maximum extent permitted by law, the total liability, in the aggregate, of VERTEX and its shareholders, officers, directors, affiliates, employees, subsidiaries, agents, independent professional associates, subcontractors, and consultants, and any of them, to CLIENT and any one claiming by, through or under CLIENT, for any and all injuries, claims, losses, expenses, or damages whatsoever arising out of or in any way related to VERTEX's services, the project or this Agreement, from any cause or causes whatsoever, including but not limited to, the negligence, errors, omissions, strict liability, breach of contract, misrepresentation, or breach of warranty of VERTEX or VERTEX's shareholders, officers, directors, employees, affiliates, subsidiaries, agents or independent professional associates, subcontractors, or consultants, or any of them, shall not exceed the total amount of payments CLIENT made to VERTEX  for the services rendered on this project.**

CLIENT acknowledges that (i) without the inclusion of the liability provision, VERTEX would not have performed the services; (ii) it has had the opportunity to negotiate the terms of this limitation of liability as part of an "arms-length transaction"; (iii) the limitation amount may differ from the amount of professional liability insurance required of VERTEX under this Agreement; and (iv) the limitation of liability provision is merely a limitation, and not an exculpation, of VERTEX's liability.

**6.0  INSURANCE:**
a. VERTEX represents that it will maintain the following forms and amounts of insurance.



Expert Consulting Services - McAlvain Concrete v. East Valley Cattle
Vertex Project #74787
August 28, 2024
Page 7 of 11

(1)    Workers Compensation and Employers' Liability Insurance in compliance with the laws of the state having jurisdiction over the individual employee.

(2)    Professional Liability Insurance of at least $1,000,000.00 per claim/occurrence and $1,000,000.00 aggregate covering the professional activities VERTEX is performing under the Scope of Work.

(3)    Commercial general liability insurance policies of at least $1,000,000.00 per occurrence and $1,000,000.00 aggregate covering the activities VERTEX is performing under the Scope of Work.

(4)    Automobile liability insurance with coverage of at least $500,000 per occurrence.

b. Certificates for such policies of insurance shall be provided to CLIENT and CLIENT will be named as an additional insured on the Certificate(s) upon CLIENT's request, except on VERTEX's Workers Compensation and Professional Liability policies and where prohibited by law.  CLIENT acknowledges that VERTEX will not be liable to CLIENT for any loss, damage, cost or expense which, in the aggregate, is greater than the amounts of VERTEX's insurance coverage limits, exclusions and conditions as set forth in such policies, except to the extent that VERTEX is found by a final judgment of a court of competent jurisdiction to have caused any loss, cost, damage or expense solely by reason of VERTEX's gross negligence.   Claims against VERTEX based upon failure to perform in its professional acts in accordance with the Standard of Care required in Section 4.0 are limited by the provisions of Section 5.0.

**7.0   TERMINATION:**
a. Either party may suspend performance immediately upon becoming aware of a breach of the terms of this Agreement by the other party and provide written notice of its intention to terminate. The filing of a voluntary or involuntary bankruptcy petition, appointment of a receiver, assignment for the benefit of creditors or other similar acts of insolvency shall constitute a breach.  Termination will become effective fourteen (14) days after receipt of the written notice by the breaching party unless the event(s) giving rise to the breach are remedied within that time frame, or the party seeking termination revokes its notice. CLIENT or VERTEX may immediately terminate this Agreement when it is determined that the work or services being performed is contrary to existing law.

b. Upon fourteen (14) days' written notice, CLIENT may, without cause, terminate this Agreement with VERTEX.  If the Agreement is terminated without cause, VERTEX may recover from CLIENT payment for all services performed to the date of termination in accordance with this Agreement, and any proven loss, cost or expense in connection with the services, including those resulting from the termination.   Upon receipt of such payment, VERTEX shall deliver to CLIENT all reports and documents pertaining to services performed up to termination.

**8.0   ASSIGNS AND AMENDMENTS:**
This Agreement may be amended only by written instrument signed by both parties.  CLIENT shall not assign this Agreement, or any reports or information generated pursuant to this Agreement without the written consent of VERTEX. Nothing under these General Terms and Conditions and corresponding Proposal shall be construed to give any rights or benefits to any person or entity other than the CLIENT and VERTEX, and all duties and responsibilities undertaken pursuant to this Agreement will be for the sole and exclusive benefit of the CLIENT and VERTEX and not for the benefit of any other person or entity.

**9.0   CONFLICTS:**
In the event of any conflict between the provisions and terms of the Proposal, the General Terms and Conditions, and the Supplemental Terms and Conditions, those conflicting terms shall be interpreted in accordance with the following priority: (1) Supplemental Terms and Conditions, (2) General Terms and Conditions, and (3) Proposal (with the written words of the Proposal taking precedence over the Fee Schedule, if one is attached).

**10.0  SAFETY:**
VERTEX's responsibility for the safety of persons on the Project Site shall be limited to its own personnel and its subcontractors and any other persons over whom VERTEX has control on the Project Site.  This shall not be construed to relieve the CLIENT or any of its contractors from their responsibilities for maintaining a safe job site.  Neither the professional activities of VERTEX, nor the presence of VERTEX's employees and its subcontractors shall be construed to imply that VERTEX has any responsibility for any activities on the Project Site performed by personnel other than



Expert Consulting Services - McAlvain Concrete v. East Valley Cattle
Vertex Project #74787
August 28, 2024
Page 8 of 11

VERTEX's employees or subcontractors. VERTEX shall, if so requested, comply with the reasonable requirements of any applicable health and safety plan provided to it by CLIENT.

**11.0 CONTROL OF SITE:**
If the services to be performed under the Scope of Work are to be performed on property controlled by CLIENT, CLIENT acknowledges that it is now and shall remain in control of the Project Site at all times.

**12.0 EXISTING SITE INFORMATION:**
a. CLIENT shall furnish or cause to be furnished to VERTEX all information known to CLIENT that relates in any manner to soil conditions, subsurface hazards, man-made obstructions, or hazardous conditions or materials on the Project Site, including but not limited to, hazardous wastes, hazardous substances, underground storage tanks, ACM, pipelines and utility lines. VERTEX shall be entitled to rely upon the information provided by CLIENT. Failure to notify VERTEX of any of the above-listed subsurface hazards or conditions known to CLIENT shall result in CLIENT assuming full liability for any and all costs, expenses and damages incurred by VERTEX as a result of such failure. VERTEX shall not be liable for damage or injury arising from damage to subterranean structures, which are not called to VERTEX's attention or correctly shown on the documents furnished to VERTEX.

b. If the presence of an unanticipated hazardous substance or condition is discovered during the performance of the Scope of Work which could pose a hazard to VERTEX's employees, agents and subcontractors, VERTEX shall cease work and determine the necessary health and safety precautions to continue the Scope of Work. The cost of these necessary health and safety precautions shall be a change and shall be managed in accordance with Section 1.b.

**13.0 REPORTS AND OWNERSHIP OF DOCUMENTS/EVIDENCE:**
a. Upon final payment, VERTEX's report to CLIENT and the documents normally included in such reports shall be the property of CLIENT. All draft reports, field data, field notes, internal calculations, etc. are instruments of service, and shall remain the sole property of VERTEX. Reports will not, in whole or in part, be disseminated or conveyed to any other party, nor used by any other party in whole or in part, without the prior written consent of VERTEX, except as required by law. All reports and other work prepared by VERTEX for CLIENT shall be utilized solely for the intended purposes and the Project Site described in the Proposal. VERTEX will retain all pertinent records for a period of three (3) years following the submission of VERTEX's report to CLIENT. Such records will be available to CLIENT upon request at VERTEX's office during normal office hours on reasonable notice, and copies will be furnished by VERTEX to CLIENT for the total cost of reproduction of the same. After the expiration of the three (3) year period, the records will be maintained only on written instructions to do so and payment of a storage fee.

b. When requested, VERTEX will take possession of, and store for a period of one year, evidence that is pertinent to our investigation and report. CLIENT will be charged storage disposal fees for the storage disposal of all evidence.

**14.0 CONFIDENTIAL INFORMATION:**
VERTEX will hold as confidential all business and technical information obtained or generated in performing of the services under this Agreement. VERTEX will not disclose such information without CLIENT's consent except to the extent required for: (1) performance of services under this Agreement; (2) compliance with professional standards of conduct for preservation of the public safety, health, and welfare; (3) compliance with any court order, statute, law, or governmental directive; and/or (4) protection of VERTEX against claims or liabilities arising from the performance of services under this Agreement. VERTEX's obligations hereunder shall not apply to information in the public domain or lawfully obtained on a non-confidential basis from others.

**15.0 FIELD MONITORING:**
If VERTEX's services include monitoring of work performed by other contractors, under no circumstances shall VERTEX have the right or obligation to stop or direct the contractor's work. VERTEX will only provide data and recommendations to CLIENT. VERTEX shall not assume responsibility for the contractor's means, methods, techniques, sequences, or procedures and VERTEX's services shall not relieve the contractor of its responsibilities for performing the work in accordance with the plans and specifications and applicable laws and regulations.



Continuous monitoring by VERTEX's employees does not mean that VERTEX is observing all activities of the contractor or any other activities on the Project Site.

**16.0 GOVERNING LAW/DISPUTE RESOLUTION:**
a. This Agreement is governed by and shall be interpreted in accordance with the laws of the State of Massachusetts, without regard to principles of conflicts of law.

b. All disputes between VERTEX and CLIENT under this Agreement shall be referred, upon notice by one party to the other party, to a senior manager of VERTEX designated by VERTEX, and a senior manager of CLIENT designated by CLIENT, for resolution on an informal basis as promptly as practicable. In the event the designated senior managers are unable to resolve the dispute within ten (10) days of receipt of the notice, or such other period to which the parties may jointly agree, then either party may exercise any remedy available at law or in equity. All negotiations pursuant to this clause shall be confidential and treated as compromise and settlement for purposes of the rules of evidence.

c. All legal actions by either party to the Agreement against the other party for breach of this Agreement, failure to perform under this Agreement in accordance with an applicable standard of care, indemnity, or contribution (however denominated) shall be barred two years from the day after the date on which the party bringing the action knew or reasonably should have known of the facts giving rise to the cause or causes of action; but in no event may any such claim be filed, commenced or otherwise asserted more than two years from the date on which VERTEX completes its services. Nothing in this Section shall be construed in any way to extend the time period for filing of a legal action under any applicable statute of limitation or repose.

d. Each party hereto irrevocably (i) submits to the exclusive jurisdiction of the federal and state courts located in Massachusetts and sitting in Boston; (ii) waives any objection which it may have to the laying of venue of any proceedings brought in any such court; and (iii) waives any claim that such proceedings have been brought in an inconvenient forum. EACH PARTY WAIVES, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY RIGHT IT MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY SUIT, ACTION OR PROCEEDING RELATING TO THIS AGREEMENT.

e. If any claim under this Agreement is submitted to litigation or arbitration, the prevailing party in such litigation or arbitration shall be entitled to recover all of its reasonable attorney's fees and court costs incurred in the prosecution or defense of the claim. In any event, the maximum amount recoverable under this paragraph will not exceed the maximum amount in Section 5.0.

**17.0 CONSEQUENTIAL DAMAGES:**
IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY OR ANY THIRD PARTY FOR ANY CONSEQUENTIAL, INCIDENTAL, PUNITIVE, OR INDIRECT DAMAGES INCLUDING, THOUGH NOT LIMITED TO, LOSS OF INCOME, LOSS OF PROFITS, LOSS OR RESTRICTION OF USE OF PROPERTY, LOSS OF GOODWILL, OR ANY OTHER BUSINESS LOSSES REGARDLESS AS TO WHETHER SUCH DAMAGES ARE CAUSED BY BREACH OF CONTRACT OR WARRANTY, NEGLIGENT ACT OR OMISSION OR OTHER WRONGFUL ACT. The provisions of this Section shall apply to the termination of this Agreement and shall survive such termination.

**18.0 SCHEDULE:**
VERTEX shall endeavor to meet all reasonably imposed project deadlines. CLIENT shall inform VERTEX of all pertinent deadlines and dates in order to effectively and efficiently carry out its scope of services. CLIENT shall endeavor to provide VERTEX with reasonable notice and time to complete and/or prepare for investigation, report(s) or other work product, depositions, trial, or other required testimony. Any work product or testimony requested of VERTEX by CLIENT on an expedited time schedule may be subject to increased fees as determined by VERTEX.

**19.0 FAILURE TO FOLLOW RECOMMENDATIONS:**



CLIENT will not hold VERTEX liable for problems that may occur if VERTEX's recommendations are not followed and agrees to defend, indemnify, and hold VERTEX harmless from any claim or liability for injury or loss that results from failure to implement VERTEX's recommendations.

**20.0 DELAYS AND FORCE MAJEURE:**
VERTEX will charge CLIENT at standard rates for stand-by or non-productive time or for delays in VERTEX's work caused by CLIENT or CLIENT's contractors unless otherwise specifically provided for in the Agreement. .Neither CLIENT nor VERTEX shall hold the other responsible for damages or delays in performance caused by events beyond the control of the other party and which could not reasonably have been anticipated or prevented, including but not limited to, acts of governmental authorities, acts of God, materially different site conditions, wars, acts of terrorism, riots, rebellions, sabotage, fires, explosions, accidents, floods, strikes or other conceded acts of workers, lockouts, or changes in laws, regulations or ordinances. As referenced above, acts of governmental authorities shall include, but are not limited to, matters involving permit processing, environmental impact reports, dedications, general plans and amendments thereto, zoning matters, annexations, consolidations, conditional use permitting, building permitting, and enforcement actions, including but not limited to, enforcement environmental regulations. The party intending to invoke force majeure shall provide prompt notice to the other party.

**21.0 INDEMNIFICATION:**
a. In addition to the specific provisions set forth above, VERTEX will defend, indemnify and hold harmless CLIENT and its representatives, agents, employees, and successors and assigns from and against any and all claims, suits, actions, losses, penalties, fines, and damages of any nature whatsoever, including reasonable attorney's fees, expert witnesses fees, and consultant fees, and court costs but only to the extent arising or resulting from (1) VERTEX's breach of this Agreement; and/or (2) VERTEX's negligence or intentional misconduct.

b. In addition to the specific provisions set forth above, CLIENT will defend, indemnify and hold harmless VERTEX and its representatives, agents, employees, parents, affiliates, and successors and assigns from and against any and all claims, suits, actions, losses, penalties, fines, and damages of any nature whatsoever, including reasonable attorney's fees, expert witnesses fees, and consultant fees, and court costs arising or resulting from (1) CLIENT's breach of this Agreement; (2) CLIENT's negligence or intentional misconduct; and (3) the existence of any hazardous substance or condition at the site(s) where VERTEX is performing the work and services under the Scope of Work, unless the negligent conduct of VERTEX exacerbates and causes the spread of the hazardous substance(s) or the development of a hazardous condition.

**22.0 INDEPENDENT CONTRACTOR:**
In all matters relating to the performance of this Agreement, VERTEX is and shall remain an independent contractor and shall not be considered as a representative of the CLIENT or engaged in a partnership or joint venture with the CLIENT.

**23.0 SURVIVAL:**
The parties agree that the provisions of Sections 5, 6, 14, and 16 survive the completion and/or termination of this Agreement. In addition, all provisions of this Agreement allocating responsibility or liability between VERTEX and CLIENT shall survive the completion of services and/or termination of this Agreement.

**24.0 SEVERABILITY:**
Any provision of this Agreement later held to be unenforceable shall be deemed void, but all remaining provisions shall continue in force and shall be construed as a whole.

**25.0 TITLES:**
The titles used in this Agreement are for general reference only and are not part of the Agreement. Parties to this Agreement are advised to read each provision and rely on the guidance of legal counsel as necessary to help assure a complete understanding of all provisions and the obligations imposed through acceptance.



Expert Consulting Services - McAlvain Concrete v. East Valley Cattle
Vertex Project #74787
August 28, 2024
Page 11 of 11

**26.0 MISCELLANEOUS:**

a. These General Terms and Conditions and any documents referenced herein constitute the entire Agreement between VERTEX and CLIENT.  This Agreement supersedes all other agreements, oral or written.  No cancellation, modification, amendment, deletion, addition, waiver, or other change in the Agreement shall have effect unless specifically set forth in writing signed by all parties.

b. This Agreement may be signed by the CLIENT or the CLIENT's authorized representative.  Signatures may be submitted by e-mail and/or facsimile, and the signature so received shall have the same legal force as an original signature.

c. This Agreement may be executed in several counterparts, each of which will be deemed an original but all of which constitute one and the same instrument.

d. In the event this Agreement is not fully executed by both parties and CLIENT has accepted VERTEX's services, CLIENT's acceptance of services shall constitute consent to the terms of this Agreement and shall have the same binding effect as if signed by the parties.

**VERTEX**

## <u>EXHIBIT B</u>

**DECLARATION OF LANCE VANDEMARK IN SUPPORT OF DEBTORS'
APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF
VERTEX AS EXPERT WITNESSES**

STATE OF COLORADO    )
                                  ) ss
COUNTY OF Denver       )

      **LANCE VANDEMARK**, being first duly sworn upon oath, deposes, and says:

      1.     Attached hereto as **Exhibit 1** is a true and correct copy of my Curriculum Vitae detailing my extensive experience and education.

      2.     I have read the application of the Debtors for authority to employ and retain myself, Theodore Isbell, and Vertex ("<u>Vertex</u>").

      3.     Neither myself or Vertex have received a retainer for our services.

      4.     I and Vertex have no connection with the Debtors other than our engagement to serve as expert witnesses in the litigation involving *East Valley Cattle, LLC* (and all other Debtors as necessary) in Cassia County Case No. CV16-21-00486.

      5.     I and Vertex have no connection with any personnel employed in the Office of the United States Trustee, the creditors or any party in interest, nor with their respective attorneys or accountants, other than normal professional relationships with attorneys and accountants.

      a.  Vertex may have conducted business with certain creditors or investors in matters unrelated to the Debtors. None of that representation involves the Debtors or any claims against the Debtors.

      6.     I believe I and Vertex are disinterested persons as defined in 11 U.S.C. § 101(14) and represent no interest adverse to the debtors in possession or bankruptcy estate in matters upon

**DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE
ISBELL OF VERTEX AS EXPERT WITNESSES - 15**

which I am to be engaged and believe that I can be employed in this case without any type of restriction.

7.      The fee arrangement to be charged by myself and other professionals at my office are outlined in the engagement agreement, a copy of which is attached to the Application to Employ as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.


*/s/ Lance VanDemark*
Lance VanDemark

**DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES - 16**

Exhibit 1

Exhibit 1



**Lance VanDemark, PE, PhD, F.ASCE, MSCE**
**Vice President, Civil Forensics**

**E** lvandemark@vertexeng.com |
**P** 303.623.9116

## BIOGRAPHY

Dr. VanDemark has over 24 years of traditional design experience in Civil Engineering & Land Development and has a strong educational background in Structural Engineering, Engineering Management and Construction Management. In addition to his Civil and Mechanical Bachelor's Degree, as well as his Engineering Systems and Engineering & Technology Management Master's Degrees, Dr. VanDemark completed and successfully defended his doctoral dissertation on dispute resolution and risk mitigation of civil engineering and construction related claims. Dr. VanDemark is a licensed professional engineer in 49 states in addition to Washington DC and Puerto Rico. Dr. VanDemark is an Editorial Board Member, Senior Editor and Guest Editor for the American Society of Civil Engineers (ASCE) Journal of Legal Affairs and Dispute Resolution in Engineering and Construction (LADR). Dr. VanDemark is also a Fellow with the American Society of Civil Engineers (ASCE). Dr. VanDemark has published several peer reviewed manuscripts related to Dispute Resolution and is active in the presentation of his expertise.

Dr. VanDemark has provided traditional Civil Land Development Services as the Engineer of Record in 25 states on a multitude of projects including grading, drainage, utilities and erosion control design in addition to entitlements and project management. Dr. VanDemark has also provided 12 years of assignments in Civil Forensics and Heavy Civil Engineering Claims since joining Vertex in early 2012. Dr. VanDemark has been retained on a multitude of civil engineering construction defect and expert witness files for civil and heavy civil engineering projects across the US in 45 different states. In addition to the civil engineering construction defect and expert witness work, Dr. VanDemark has also worked on, testified and performed expert consulting services for surety, insurance and eminent domain claims. Dr. VanDemark has been qualified as an expert in 6 different states in the areas of grading, drainage, utilities, erosion control, site planning, floodplain permitting, transportation, cost estimating and eminent domain.

Representative Heavy Civil projects that Dr. VanDemark has worked on as the Engineer of Record or as an expert/consultant include:

- **Airports:** Denver International Airport, Asheville Regional Airport, Miami International Airport, Hollywood International Airport (Ft. Lauderdale, FL), Indianapolis International Airport, Colorado Springs Regional Airport, Palau International Airport, Hulburt Field AFB (Ft. Walton Beach, FL), MK Airbase (Constanta, Romania) and Monett Regional Airport (Monett, MO)
- **Department of Transportation (DOT) Projects**: Colorado DOT, Arizona DOT, Kentucky DOT, Maine DOT, Maryland DOT, Mass DOT, Minnesota DOT, Ohio DOT, Texas DOT, Wisconsin DOT, Wyoming DOT
- **Oil & Gas Disputes:** Texas, Oklahoma, West Virginia, Pennsylvania & Ohio for large pipeline owners
- **Disputes & Dispute Resolution:** Multiple disputes in 45 states

### Highlights

Professional Engineer, Licensed in 49 States, DC & Puerto Rico

PhD Degree – Construction and Engineering Management

Dual Master's Degrees – Structural Dynamics and Engineering and Technology Management

Bachelor's Degree - Civil & Mechanical Engineering Specialties

ASCE Journal of Legal Affairs and Dispute Resolution (Peer Reviewed) – Board Member, Senior Editor and Guest Editor for Arlington, VA Conference (2022), Gold Coast, Australia Conference (2022) & Honolulu, HI Conference (2023)

### Qualified as an Expert in the Following Disciplines (CO, IA, ID, NC, NY & TX):

Standard of Care
- Design Professionals
  - Grading
  - Drainage
  - Utilities
  - Erosion Control
  - Site Planning
  - Floodplain Permitting
  - Transportation
- General and Subcontractor
Cost
Eminent Domain

### Expertise

Civil Engineering

Litigation Support & Expert Testimony (Civil Engineering)

Litigation Support & Expert Testimony (Forensics)

Litigation Support & Expert Testimony (Construction)

Professional Liability Claim

Construction Defect

Surety

Contract Claim

Construction Claim Analysis & Prep

Cost to Complete Studies

Project Relets & Bidding

Damages

Cost of Repair

Construction Estimating

Builder's Risk Claim

Design Plans

Loss Control

Consultation



**EDUCATION/TRAINING**

Ph.D., Engineering and Applied Science, University of Colorado 2021
M.S., Engineering Systems, Colorado School of Mines 2005
M.S., Engineering and Technology Management, Colorado School of Mines 2004
B.S., Civil Engineering, Colorado School of Mines 1999
B.S., Mechanical Engineering, Colorado School of Mines 1999

**LICENSES/CERTIFICATIONS**

Professional Engineer (PE) – Civil, State of AK, AL, AR, AZ, CO, CT, DC, DE, FL, GA, HI, IA, ID, IL, IN, KS, KY, LA, MA, MD, ME, MI, MN, MO, MS, MT, NC, ND, NE, NH, NJ, NM, NV, NY, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VA, VT, WA, WI, WV, WY
10 Hour OSHA Training

**FORENSIC AND LITIGATION EXPERIENCE**

Expert Opinions as Engineer of Record Provided in: AL, AR, AZ, CO, CT, DC, DE, FL, GA, HI, IA, ID, IL, IN, KS, KY, LA, MA, MD, ME, MN, MO, MS, MT, NC, ND, NE, NH, NJ, NM, NV, NY, OH, OK, OR, PA, SC, SD, TN, TX, VA, WA, WI, WV & WY
Deposition and Trial Testimony in: AZ, CO, CT, FL, IA, ID, IL, MA, NC, NY, TX, WI & WV
Civil Engineer of Record for Projects in: AL, AZ, CO, DC, FL, IL, MA, MD, ME, MN, NC, NE, NH, NJ, NM, NV, NY, OH, OK, OR, PA, TX, UT, VA & WA
Admitted as an expert in CO, IA, ID, NC, NY & TX

**ASSOCIATIONS**

Editorial Board Member, Senior Editor & Guest Editor - American Society of Civil Engineers (ASCE) - Journal of Legal Affairs and Dispute Resolution in Engineering and Construction
Fellow American Society of Civil Engineers (ASCE)
Member of the Claims Avoidance and Resolution Committee (ASCE)
Member National Society of Professional Engineers (NSPE)
Member American Water Works Association (AWWA)
Member American Institute of Steel Construction (AISC)
Member American Concrete Institute (ACI)

**PUBLICATIONS/PRESENTATIONS**

Brogan, E., Clevenger, C. and VanDemark, L., *Evaluating Design Level Designation of Owner Provided Data on Transportation Design-Build Projects Based on Case Studies*. ASCE Journal of Legal Affairs and Dispute Resolution, 2023, 15(2). DOI: 10.1061/JLADAH.LADR-901

Published Dissertation, *Mitigating Risk of Site Development Disputes*, Lance P. VanDemark, University of Colorado Department of Engineering and Applied Science, (2021).

VanDemark, L., Click, M., and Clevenger, C., *Building Envelope Issues within Construction Defect Litigation*, ASCE Journal of Legal Affairs and Dispute Resolution, 2021, 13(4): 03721003. DOI: 10.1061/(ASCE)LA.1943-4170.0000484.

VanDemark, L and Clevenger, C., *Site Civil Issues within Construction Defect Litigation*, ASCE Journal of Legal Affairs and Dispute Resolution, 2020, 12(3): 05020009. DOI: 10.1061/(ASCE)LA.1943-4170.0000418.

VanDemark, L and Clevenger, C., *Common Disputes in Eminent Domain Cases*, ASCE Journal of Legal Affairs and Dispute Resolution, 2020, 12(1): 05019010. DOI: 10.1061/(ASCE)LA.1943-4170.0000358.



VanDemark, L, Clevenger, C. and Brogan E., *Designating Responsible Parties for Drainage within Five Feet of a Building*, ASCE Journal of Legal Affairs and Dispute Resolution, 2019, 11(3): 03719001. DOI: 10.1061/(ASCE)LA.1943-4170.0000298

VanDemark, L and Clevenger, C., *Risk Mitigation for the Design and Installation of Underdrain Systems*, ASCE Journal of Legal Affairs and Dispute Resolution, 2018, 10(4): 03718001. DOI: 10.1061/(ASCE)LA.1943-4170.0000268.

VanDemark, L and Clevenger, C., *Estimation of Infiltration Based on Development Density and Soil Type for Denver*, Colorado, ASCE 2018 Construction Research Congress.

Published thesis, *Recording-Based Characterization and Quantification of Earthquake-Induced Site Nonlinearity*, Lance P. VanDemark, Colorado School of Mines Engineering Department, (2005).

Contributed to, *On estimating site damping with soil non-linearity from earthquake recordings* by Ray Zhang, International Journal of NonLinear Mechanics, (2004).

2023: Selected as Outstanding Reviewer for the ASCE Journal of Legal Affairs and Dispute Resolution in Engineering and Construction

October-2023: Guest Editor for the ASCE Journal of Legal Affairs and Dispute Resolution in Engineering and Construction for the ASCE Construction Institute (CI) International Workshop Honolulu, Hawaii

2022: Selected as Outstanding Reviewer for the ASCE Journal of Legal Affairs and Dispute Resolution in Engineering and Construction

October-2022: Presented Evaluating Design Level Designation of Owner Provided Data on Transportation Design-Build Projects Based on Case Studies, for the ASCE Journal of Legal Affairs and Dispute Resolution International Workshop in Gold Coast, Australia for the ASCE Construction Institute

October-2022: Guest Editor for the ASCE Journal of Legal Affairs and Dispute Resolution in Engineering and Construction for the ASCE Construction Institute (CI) International Workshop Gold Coast, Australia

October-2022: Presented Cost to Cure and Other Expert Testimony, for the Colorado Law Institute Eminent Domain Conference in Denver, CO

April-2022: Presented CE (FL & TX) and CLE (CO, FL & TX) accredited Understanding Civil Engineering Disputes, Webinar

March-2022: Guest Editor for the ASCE Journal of Legal Affairs and Dispute Resolution in Engineering and Construction for the ASCE Construction Research Congress (CRC) and Construction Institute (CI) Joint Conference in Arlington, VA

2020: Selected as Outstanding Reviewer for the ASCE Journal of Legal Affairs and Dispute Resolution in Engineering and Construction

Guest Lecturer at the Colorado School of Mines and University of Colorado (Denver Campus)



September-2021: Presented Right of Way Plans: A Crash Course in Reading Plans, for the Colorado Law Institute Eminent Domain Conference in Denver, CO

August-2020: Presented Building Envelope Issues within Construction Defect Litigation, for the ASCE Journal of Legal Affairs and Dispute Resolution International Workshop in Limassol, Cyprus for the ASCE Construction Institute

February-2020: Presented Site Civil Issues within Construction Defect Litigation, for the ASCE Journal of Legal Affairs and Dispute Resolution at the ASCE Construction Institute Summit

March-2019: Presented Designating Responsible Parties for Drainage within Five Feet of a Building, for the ASCE Journal of Legal Affairs and Dispute Resolution at the ASCE Construction Institute Summit

August-2019: Presented Common Disputes in Eminent Domain Cases for the ASCE Journal of Legal Affairs and Dispute Resolution International Workshop in Hong Kong for the ASCE Construction Institute

March-2018: Presented Risk Mitigation for the Design and Installation of Underdrain Systems, for the ASCE Journal of Legal Affairs and Dispute Resolution at the ASCE Construction Institute Summit

**RELEVANT EXPERIENCE**

**CIVIL FORENSICS | RELEVANT EXPERIENCE**

Dr. VanDemark has over 12 years of assignments in Civil Forensics based on his 24 years of traditional design experience and has a strong educational background in Dispute Resolution, Structural Engineering & Engineering Management. Civil Forensics Services were provided on the following projects and includes construction defects, cost to complete, standard of care, insurance claims, surety claims, allocation, eminent domain and appraisals.

**DEPOSITION (July 2024) [30], EXPERT REPORT | Case No.: 2020-CA-014663, Circuit Court of the fifteenth Judicial Circuit in and for Palm Beach County, Florida, Janice M. Riley, Inc. d/b/a The Paving Lady v. Huntington Pointe Association, Inc.**

Civil engineering review of the construction of the paving project on behalf of the contractor (Sellers Marion & Bachi, PA).

**DEPOSITION (FEBRUARY 2024) [29], EXPERT REPORT | Case No. CV2022-013864, Superior Court of Arizona in and for the County of Maricopa, Pipe Jacking Trenchless, Inc. v. Eiffel Construction and Engineering, LLC et al.**

Review design and construction of the street improvement and trenchless pipe jacking project for the contractor (Jennings, Haug, Keleher, McLeod)

**DEPOSITION (FEBRUARY 2024) [28], EXPERT REPORT | Case No. 2020-CA-001897-15-W, 18th Judicial Circuit Courtin and for Seminole County, FL, Brownie's Septic & Plumbing, LLC v. Intercounty Engineering, Inc.**

Civil Engineering and Construction review of the Erosion Control Countermeasures within the Little Wekiva River project for plaintiff (Attorneys: Mills Law Group).

**DEPOSITION (SEPTEMBER 2023) [27], EXPERT REPORT | Case No. 2:22-cv-01657-SRB, Arizona District Court, Industrial Park Center, LLC v. Star Fisheries**

Civil Engineering and Construction review of the Star Fisheries project for plaintiff (Attorneys: Jennings Haug Keleher, McLeod).



**DEPOSITION (JULY 2023) [26], EXPERT REPORT | Civil Action No. 1:21-cv-11567-DJC, Massachusetts District Court, New England Building & Bridge v. Town of Cohasset v. CDM Smith**

Civil Engineering Standard of Care review of the Bound Brook Dam project for plaintiff (Attorneys: McElroy, Deutsch, Mulvaney & Carpenter, LLP).

**TRIAL (JULY 2023) [12], EXPERT CONSULT | Cause No. 108060 in the 40th Judicial District Court, Ellis County TX, Rodney & Lyndsay Hopper v. Kelly's Restoration, et al.**

Civil engineering review of the construction project for plaintiff (Attorneys: Killen & Dennis).

**DEPOSITION (JUNE 2023) [25], EXPERT REPORT | Case #19-CV-3332, State of Wisconsin, Dane County, Abigail Barr, et al. vs VC Tech, Inc., et al.**

Civil Engineering Standard of Care review of the HDD construction project for plaintiff (Attorneys: Nielsen, Zehe, Antas, PC).

**ARBITRATION TESTIMONY (APRIL 2023) [11], EXPERT REPORT | AAA No. 01-20-0005-1179, McMillan Storage, LLC v BPX Commercial, et al.**

Engineering review of the construction project for plaintiff (Attorneys: Holland & Hart).

**TRIAL (JAN 2023) [10], DEPOSITION (AUGUST 2022) [22], EXPERT REPORT | Administrative Hearing 22 ER 01337, State of North Carolina, County of Wake, The Umstead Coalition v. NC Department of Environmental Quality, Divisions of Water Resources**

Civil engineering review of the construction project for plaintiff (Attorneys: Calhoun, Bhella & Sechrest). The case is active.

**DEPOSITION (JAN 2023) [24], EXPERT REPORT | Case No. 2021CV30682, Larimer County District Court, Transportation Commission & Department of Transportation, State of Colorado v. Jensen Investments, LLC**

Provided floodplain opinions for the eminent domain case for the Colorado Department of Transportation. (Attorneys: State of Colorado Attorney General's Office).

**TRIAL (DEC 2022) [9], DEPOSITION (SEPT 2021) [19], EXPERT REPORT | Case No. 2020 CV 30231, Jefferson County District Court, The City of Westminster v. R. Dean Hawn Interests, et al**

Provided scope and cost estimating in addition to site planning for the City of Westminster for the property. (Attorneys: Hamre, Rodriguez, Ostrander & Dingess, PC).

**DEPOSITION (OCT 2022) [23], EXPERT REPORT | Case #CV16-21-486, Fifth Judicial District, State of Idaho, McAlvain Concrete, Inc. v. East Valley Cattle, LLC, et al**

Civil engineering review of the construction project for defendant (Attorneys: Givens Pursley).

**DEPOSITION (AUGUST 2022) [21], EXPERT REPORT | Cause No. CC-19-00200-D, County Court for Dallas County, TX, MetSL, LLC v. Adolfson & Peterson, Inc.**

Civil engineering review of the construction project for defendant (Attorneys: Daw & Ray, LLP).

**TRIAL (JAN 2022) [8], DEPOSITION (SEPT 2021 & JAN 2022) [18 & 20], EXPERT REPORT | Case No. LACL144829, Iowa District Court for Polk County, Kathryn Baldwin v. City of Ankeny**

Review of civil engineering project for plaintiff (Attorneys: Galligan Law, PC.).

**TRIAL TESTIMONY (OCT 2021) [7], EXPERT REPORT | Case No. 2019CV030020 Transportation Commission & Department of Transportation, State of Colorado v Donald C. Nielsen, et al.**

Provided cost estimating in addition to site planning opinions related to drainage and site access for the Owners of the property.  (Attorneys:  Otten Johnson Robinson Neff + Ragonetti PC).

**DEPOSITION TESTIMONY (JULY 2021) [17], EXPERT REPORT | Case No. 15 L 42, Circuit Court of the Thirteenth Judicial Circuit Grundy County, IL, Board of Education of Minooka Community High School District No. 111 v. P.T. Ferro Construction Co., and Continental Casualty Company**

Review of civil engineering project for defendant (Attorneys: Robbins, Salomon & Patt, Ltd.).



**DEPOSITION TESTIMONY (FEB 2021) [16], EXPERT REPORT | Case No. 3:18-CV-02065 (SRU), US District Court, District of Connecticut, Rosemarie Laviero v. City of Bristol, et al**

Review of civil engineering project for plaintiff (Attorneys: Goldstein Law Partners).

**DEPOSITION TESTIMONY (NOV 2020) [15], EXPERT REPORT | Case No. D302019CV31018 Jefferson County District Court, Armstrong Commercial Services, LLC v. The Lund Partnership, Inc.**

Standard of care review of civil documents for plaintiff (Attorneys: Moye | White).

**DEPOSITION TESTIMONY (APRIL 2020) [14], EXPERT REPORT | Case No. 2019CV30084 Denver County District Court, Michael Ubieta, et al v. The Augusta Group, LLC, et al**

Standard of care review of civil documents for defendant (Attorneys: McElroy, Deutsch, Mulvaney & Carpenter, LLP).

**DEPOSITION TESTIMONY (JAN 2020) [13], EXPERT REPORTS | Case No. 2018CV34745 Denver County District Court, MG Dyess, Inc. v. MarkWest Liberty Midstream & Resources, LLC**

Standard of care review and expert reports for the installation of an oil & gas pipeline in West Virginia (Attorneys: Snell Wilmer, LLP).

**DEPOSITION TESTIMONY (DEC 2019) [12], EXPERT REPORT | Case No. 2018CV30206 Boulder County District Court, Lawrence Construction Company v. Jim's Backhoe Service, Inc. et al**

Standard of care review and expert report for the installation of a domestic water main. (Attorneys: Brosseau Bartlett Lieberman, LLC & Davis and Ceriani, PC).

**TRIAL TESTIMONY (DEC 2019) [6], EXPERT REPORT | Case No. 2018CV031165 South Boulder Congregation of Jehovah's Witnesses v. Ms. Clare Gleason & Mr. Gary West**

Expert report and trial testimony for civil engineering claim (Attorneys: Stuart S. Jorgensen & Associates).

**TRIAL TESTIMONY (NOV 2019) [5], DEPOSITION TESTIMONY (AUG 2019) [11] | Case No. 2018CV31658 Board of County Commissioners of the County of Adams v TDSO Holdings, et al.**

Provided cost estimating in addition to site planning opinions for the Owners of the property. (Attorneys: Hamre, Rodriguez, Ostrander & Dingess, PC).

**DEPOSITION TESTIMONY (APRIL 2019) [10], EXPERT REPORT | Case No. 2018CV30352 Douglas County District Court Promenade at Castle Rock Metropolitan District No. 2 v WE O'Neil Construction Co. of Colorado**

Drainage design review of civil documents for plaintiff (Attorneys: Sweetbaum Sands Anderson, PC).

**DEPOSITION TESTIMONY (FEB 2019) [9], EXPERT REPORT | Case No. 2018CV30807 Denver County District Court, The Edge at Stapleton Homeowners Association v The Edge at Stapleton, LLC, et al**

Standard of care review of civil documents for defendant (Attorneys: Higgins, Hopkins, McLain & Roswell, LLC).

**DEPOSITION TESTIMONY (DEC 2018) [8], EXPERT REPORT | Case No. 2017 CV 32886 Arapahoe County District Court City of Aurora v. Aurora One Real Estate, LP, et al**

Provided scope and cost estimating in addition to site planning for the City of Aurora for the property. (Attorneys: Hamre, Rodriguez, Ostrander & Dingess, PC).

**ARBITRATION TESTIMONY (DEC 2018) [4], EXPERT REPORT | AAA No. 02-17-0004-3282, Northern Eagle Beverages, Inc. v Eastman Associates, Inc., et al.**

Site Civil Standard of Care review for various site issues for defendant (Attorney: Breakell Law Firm P.C.).

**DEPOSITION TESTIMONY (DEC 2017) [7], EXPERT REPORT | JAG No. 2016-1348A Judicial Arbiter Group, The Row Houses at Jefferson Park Homeowners Association, Inc. v. C&D Management, Inc.**

Standard of care review of civil documents for defendant (Attorneys: McElroy, Deutsch, Mulvaney & Carpenter, LLP).



**TRIAL TESTIMONY (JAN 2017) [3] & DEPOSITION TESTIMONY (NOV 2016) [5] | Case No. 2015CV31738 Adams County District Court, Board of County Commissioners of the County of Adams v. Cunningham Q-Tip, LLC**

Site plan and floodplain floodway review documents (Attorney: Hamre, Rodriguez, Ostrander & Dingess, PC).

**DEPOSITION TESTIMONY (DEC 2016) [6], EXPERT REPORT (BETTERMENT & STD. OF CARE) | Case No. 09-048929 Circuit Court of the Seventh Judicial Circuit in and for Broward County Triple R Paving, Inc. v Broward County, Florida v CH2M Hill, Inc.**

Betterment and Standard of Care review for defendant (Attorney: Lloyd, Gray, Whitehead & Monroe, PC) for Ft Lauderdale International Airport Taxiway C.

**ARBITRATION TESTIMONY (DEC 2016) [2] & DEPOSITION TESTIMONY (NOV 2016) [4] | JAG No. 15-0793A Judicial Arbiter Group, The Conservatory Homeowners Association, Inc. v. KDB Homes, Inc.**

Underdrain sizing review documents for defendant (Attorney: Higgins Hopkins McLain & Roswell, LLC).

**DEPOSITION TESTIMONY (MAY 2016) [3], EXPERT REPORT & EXPERT REBUTTAL | Case No. 2014CV030693 Larimer County District Court, Liberty at Registry Ridge Community Association, Inc. v. Caribou Construction, Inc. et al.**

Standard of care review of civil documents for defendant (Attorneys: Higgins Hopkins McLain & Roswell, LLC and Sweetbaum Sands Anderson PC).

**DEPOSITION TESTIMONY (APRIL 2015) [2], REPAIR PLAN, EXPERT REPORT & REBUTTAL | Case No. 14CV30522, Jefferson County District Court, Ball Aerospace & Technologies Corp. v. Big R Construction Company, Inc. et al.**

Commercial building drainage and settlement standard of care review for the plaintiff (Attorney: Brosseau Bartlett Seserman, LLC).

**TRIAL TESTIMONY (OCT 2014) [1], EXPERT REPORT & REBUTTAL | Case No. 2013 CV 34834 Denver County District Court, Phi Kappa Sigma Building Corporation of Colorado and Edward J. Collado v. Colorado Seminary and Craig Woody and John and Jane Doe(s)**

Eminent domain case for plaintiff.

**DEPOSITION TESTIMONY (JAN 2014) [1] & EXPERT REPORT | Case No. 12CV7405, Denver County District Court, Colorado Frontview 40 Condominium Association, Inc. v. Frontview 40, LLC, et al.**

Standard of care review of civil documents for defendant (Attorney: Hall & Evans Attorneys at Law).

**EXPERT REPORT/CONSULT | Large Design Build DOT Transportation Claim**

Completed a Standard of Care review of the civil engineering design on behalf of the General Contractor.

**EXPERT REPORT/CONSULT | Monnett Regional Airport, Monnett, MO**

Review of grading, drainage, erosion control, detention and discharge design for the General Contractor (McDowell Rice Smith & Buchanan, PC).

**EXPERT REPORT/CONSULT | Tennessee-Tombigbee Waterway Water Intake, Itawamba, MS**

Review of installation of the Project on behalf of the surety (Burns Figa Will).

**EXPERT REPORT/CONSULT | Seattle Public Utilities v. C.A. Carey Corp., et al, Seattle Washington**

Standard of Care review of the construction of the project on behalf of the general contractor (The Aguilera Law Group).

**EXPERT REPORT/CONSULT | The Village at Sugar Creek, West Des Moines, IA**

Review of grading, drainage, erosion control, detention and discharge design for the surety (Dysart Taylor McMonigle Brumitt & Wilcox, PC).



**EXPERT REPORT/CONSULT | CDOT Roof Expansion, Cripple Creek, CO**

Civil engineering review of the construction of the project on behalf of the land owner (State of Colorado Attorney General).

**EXPERT REPORT/CONSULT | VAM Aria, Longboat Key, FL**

Civil engineering review of the design of the project and repairs on behalf of the developer (Shumaker, Loop & Kendrick, LLP).

**EXPERT REPORT/CONSULT | Parmer Edge, Durham County, NC**

Civil engineering review of the construction of the dirtwork project on behalf of the land owner (Morningstar Law Group).

**EXPERT REPORT/CONSULT | OCS Industries, New Paltz, NY**

Civil engineering review of the construction of the site work project on behalf of the contractor (Goldberg Segalla, LLP).

**EXPERT REPORT/CONSULT | Clore Construction, Brooks, TX**

Civil engineering review of the construction of the asphalt paving project on behalf of the contractor (Walsh McGurk Cordova Nixon).

**EXPERT REPORT/CONSULT | Michalik Property, Quincy, MA**

Civil engineering review of the permitting for project on behalf of the adjacent property owner (Koldys & Kelleher).

**EXPERT REPORT/CONSULT | Siefkes Residence, Grand Lake, CO**

Review design and construction of the street improvement project for the property owner (Contiguglia Law)

**EXPERT REPORT/CONSULT | Waquoit Feed and Garden, Falmouth, MA**

MassDOT, traffic & site design review for the property owner (Gargiulo/Rudnick, Arbella).

**EXPERT REPORT/CONSULT, REPAIR PLAN | Hach R&D Building #3, Loveland, CO**

Civil engineering standard of care review for the plaintiff for project (Davis Graham & Stubbs).

**EXPERT REPORT/CONSULT | Nutter Corporation, Vancouver, WA**

Review of utilities installation and damage for the contractor (Attorneys: The Aguilera Law Group, APLC).

**EXPERT REPORT/CONSULT | Washington Avenue Bridge, Kingston, NY**

Review of utilities installation, injection grouting and alleged conflicts for the contractor (Attorneys: Wade Clark Mulcahy, LLP).

**EXPERT REPORT/CONSULT | Somerton Valley Homes, Trevose, PA**

Civil engineering standard of care review of the project construction (Horn Williamson). The case is active.

**EXPERT REPORT/CONSULT | Residences at Madison Farms, Bethlehem, PA**

Civil engineering and drainage/pond standard of care review of the project construction (Horn Williamson). The case is active.

**EXPERT REPORT/CONSULT | First & Washington Townhomes, Golden, CO**

Civil engineering standard of care review for the plaintiff for project (Sherman Howard).

**EXPERT REPORT/CONSULT | Rout 57 West, Mansfield, NJ**

Reviewed the standard of care related to signage for a vehicle accident.

**EXPERT REPORT/CONSULT | Gillette Trust, Glenwood Springs, CO**

Eminent domain review of utility pole installation and access for the property owner.

**EXPERT REPORT/CONSULT | Leyden Rock, Arvada, CO**

Review of pavement installation for the contractor (Attorneys: Murphy & Decker, PC).



**EXPERT REPORT/CONSULT | ACWAA Sanitary Pipe Failure, Aurora, CO**

Review of utilities installation and alleged conflicts for the contractor (Attorneys: Arnett Litigation, LLC).

**EXPERT REPORT/CONSULT | Colorado Springs Airport, Colorado Springs, CO**

Review of construction activities for the hangar owner (Attorneys: Sparks Willson, PC).

**EXPERT REPORT/CONSULT | Dennis Dillon RV, Boise, ID**

Review of the civil engineering for the plaintiff (Attorneys: Kirton McConkie).

**EXPERT REPORT/CONSULT | Private Residence Eagle, ID**

Review of grading and drainage for the contractor (Attorneys: Anderson, Julian & Hull).

**EXPERT REPORT/CONSULT | Grand Monarch Senior Living Pond, Lakewood, CO**

Review of grading, drainage, erosion control, detention and discharge design for the contractor (Attorneys: BBG Construction Law).

**EXPERT REPORT CONSULT | Russell Residence Kennett Square, PA**

Review of grading, drainage & erosion control for the home owner (Lamb McErlane, PC).

**EXPERT REPORT/CONSULT | Seagren v. Ice House, Denver, CO**

Review plumbing maintenence and unit backups for the property owner (Robinson & Henry, PC).

**EXPERT REPORT/CONSULT | Trophy Club Town Center, Trophy Club, TX**

Review of grading, drainage, erosion control, detention and discharge design for the developer (Attorneys: Lasater & Martin).

**EXPERT REPORT/CONSULT | Centerra Bldg. #4, Longmont, CO**

Review of pavement and wall design for the property owner (Attorneys: Burns Figa & Will).

**EXPERT REPORT/CONSULT | Saddleback Subdivision, Firestone, CO**

Standard of Care review for the defendant relative to the civil engineering design (Attorneys: Higgins, Hopkins, McLain & Roswell).

**EXPERT REPORT/CONSULT | Wisconsin DOT Utilities Review, Madison, WI**

Utility and construction review for the contractor (Zurich, Cozen O'Connor).

**EXPERT REPORT/CONSULT | Copper Cove, Glendale, AZ**

Standard of Care review for the insured relative to civil engineering (Crum & Forster). The case is active.

**EXPERT CONSULT | Washington DC Sewer Strike**

Cause & origin review and repair plan for the contractor on behalf of the insurance company.

**EXPERT REPORT | 92 & 98 Birch St. Pembroke, MA**

Standard of Care review of civil documents for defendant (Attorneys: Hinshaw & Culbertson and Nagle & Joyce). The case is active.

**EXPERT CONSULT | Anthem Filings 20 & 24, Broomfield, CO**

Civil engineering review of the construction of the site concrete project on behalf of the contractor (Fox Rothschild).

**EXPERT CONSULT | Dana Hall School, Wellesley, MA**

Provide a civil engineering review of the design and construction for the School.

**EXPERT REPORT | Paving Litigation, West Palm, FL**

Standard of care review of civil documents for defendant (Attorneys: Law Offices of James W. Kehoe, III). The case is active.



**EXPERT REPORT | Access Road, Aliquippa, PA**

Standard of care review of civil documents for defendant (Attorneys: McElroy, Deutsch, Mulvaney & Carpenter, LLP).

**EXPERT REPORT | 1625 Monk Road, Gladwyne, PA**

Standard of care review of civil documents for defendant (Attorneys: Litchfield Cavo, LLP).

**EXPERT REPORT | 800 West Belleview, Englewood, CO**

Standard of care review of civil documents for defendant (Attorneys: Murphy Decker).

**EXPERT REPORT | 6343 West 6th Avenue, Lakewood, CO**

Standard of care review of civil documents for defendant (Attorneys: Murphy Decker).

**DOT CONSTRUCTION EXPERT CONSULT | Hamon Infrastructure, Inc. v. Colorado Department of Transportation**

Review of civil documents for plaintiff (Attorneys: Sherman & Howard, LLC).

**DOT CONSTRUCTION EXPERT CONSULT | Veranda Street Bridge, Portland, MA**

Review of bridge construction for the contractor (Attorneys: Denenberg Tuffley).

**DIRTWORK SURETY EXPERT CONSULT | Sun Valley High School, Monroe, NC**

Review of the project dirt work for the surety (C Comm Solutions).

**EXPERT CONSULT | White Earth Band, Ogema, MN**

Provided civil engineering expert opinions related to drainage, runoff and transportation for the client (Stafford Rosenbaum).

**EXPERT CONSULT | Baltazar Contractors, Natick, MA**

Civil engineering review of grading and drainage construction and MassDOT layout (Boyle Shaughnessy).

**EXPERT CONSULT | Utility Installation, Aberdeen, SD**

Differing Site Conditions review (Attorneys: Richardson Law Firm). The case is active.

**EXPERT REPORT/REBUTTAL | Residential Home, Denver, CO**

Standard of care review of civil engineering for plaintiff (Attorneys: Brown Dunning Walker Fein, PC).

**EXPERT REPORT/MEDIATION SUPPORT | Erosion Control, Williamsburg, MA**

Standard of care review of civil engineering and erosion control documents for defendant (Attorneys: Michienzie & Sawin LLC).

**EXPERT REPORT | Case No. 2018CV34272 Denver County District Court, Mark West Midstream & Resources, LLC v. Meridien Energy, LLC**

Standard of care review and expert report or the installation of an oil & gas pipeline in West Virginia (Attorneys: Snell Wilmer, LLP).

**EXPERT REPORT | High School, Buena Vista, CO**

Standard of care review of civil documents for defendant (Attorneys: Hall & Evans).

**EXPERT REPORT | Case No. 2016CV030162 Eagle County District Court, Upper Eagle Regional Water Authority v. Traer Creek-RP LLC, et al**

Standard of Care review of civil documents for the construction of a water storage tank.

**EXPERT CONSULT | Hospital, Grand Junction, CO**

Standard of care review of civil documents for defendant (Attorneys: Murphy Decker).

**EXPERT REPORT | Ballard Marine Construction, Inc. v. Stantec Engineering Services Company**

Standard of care review and expert report or the installation of a soil-cement replacement project in Manatee County Florida.



**DOT DRAINAGE EXPERT CONSULT | Fern Place Apartments, Cantonsville, MD**
Review of civil engineering drainage documents related to MDOT drainage design (Attorneys: Eccleston & Wolf, PC).

**EXPERT REPORT | Utility Installation, Villanova, PA**
Standard of care review of utility installation for defendant (Attorneys: Litchfield Cavo, LLP).

**EXPERT REPORT/CONSULTATION | Residential Development, Denver, CO**
Standard of care review of civil documents for defendant (Attorneys: Higgins, Hopkins, McLain & Roswell, LLC).

**EXPERT REPORT | MID-L-2090-15, Middlesex County Superior Court, New Jersey, Centex Homes, LLC v. C. Caruso Excavating, Inc, et al**
Standard of care review of civil documents for the construction of underground storm sewer infrastructure.

**EXPERT REPORT | Rogers v. Infinity Home Collection at Stapleton, LLC**
Expert report for civil engineering for the claim (Attorneys: Sweetbaum Sands Anderson, PC).

**EXPERT REPORT | Santos Residence Bethlehem PA**
Standard of Care consultant for civil engineering and drainage claims.

**EXPERT REPORT | Case No. 2017CVF001917D1**
Standard of Care review of civil documents for the construction of a looped domestic water line for defendant (Attorneys: Royston, Rayzor, Vickery & Williams, LLP).

**EXPERT REPORT | Case No. 2018CV31031 El Paso District Court, Stonecrest Homeowners Association, Inc, v. Brant Hallow Townhomes, LLC, et al**
Standard of care review of civil engineering documents for defendant (Attorneys: Nixon, Shefrin, Hensen and Ogburn, PC).

**EXPERT REPORT | Case No. 09-048929 Circuit Court of the Seventh Judicial Circuit in and for Browerd County Triple R Paving, Inc. v. Broward County, Florida v. CH2M Hill, Inc.**
Pre-judgement interest report.

**EXPERT REPORT | Ft. Smith, Arkansas**
Cost and Damages review for concrete installation.

**EXPERT REPORT | Case No. 2016CV31849 Denver County District Court, Kling Construction v. Tower One Construction and Gateway 1, LLC**
Cost and Damages review for sanitary sewer installation.

**EXPERT REPORT & REBUTTAL | JAG No. 15-0793A Judicial Arbiter Group, The Conservatory Homeowners Association, Inc. v. KDB Homes, Inc.**
Standard of care review of the underdrain system for defendant (Attorney: Higgins Hopkins McLain & Roswell, LLC).

**EXPERT REPORT & REBUTTAL | Case No. 2012CV1363, Adams County District Court, Regional Transportation District, a political subdivision of the State of Colorado v. Mathews Family, LLC, et al.**
Site damage and repair cost for associated Regional Transportation District (RTD) land acquisition appraisal for RTD.

**EXPERT REPORT | Case No. 2011CV333, Adams County District Court, Colorado Highlands at Westbury Townhome Association, Inc. v. Highlands at Westbury, LLC, et al.**
Standard of care review of civil documents for defendant.

**EXPERT REPORT | Case No. 2011 VC 3231, Jefferson County District Court Ronald G. Rossi v. Brinson Excavating, LLC, et al.**
Standard of care review of civil documents for the defendant.



**EXPERT REPORT | Contract No. F41622-97-C-0022, American Services Board of Contract Appeals, No. 53723. The United States Government v. American Renovation & Construction Co.**

Damage and construction defect consultant (civil and building envelope issues) for the design-builder.

**EXPERT REPORT | Case No. 2011CV1114, El Paso County District Court, Pinnacle at Cheyenne Mountain Townhome Owners Association, Inc. v. Pinnacle Mountain Builders, Inc., et al.**

Damage and construction defect consultant as well as standard of care review (civil issues) for the builder.

**EXPERT REPORT | Case No. 2012-CV-1761 Arapahoe County District Court, Heritage Eagle Bend Mater Association, Inc. v. Lennar, Colorado, LLC, et al.**

Damage and construction defect consultant as well as standard of care review (civil issues) for the builder.

**EXPERT REPORT SUPPORT | Case No.: 2024CV30527, District Court, Adams County, Parkland Metropolitan District No. 1 v. Palizzi & Sons, Inc., et al.**

Eminent domain review for the for the land owner (Hamre, Rodriquez, Ostrander & Prescott, PC).

**EXPET REPORT SUPPORT | Case No. 22-2022-CV-00513, Superior Court, Hillsborough South, SS, State of New Hampshire, Decoteau v. Sunshine Paving**

Contractor standard of care review for the contractor for pavement installation (Primmer Piper Eggleston & Cramer, PC).

**SURETY EXPERT REPORT | Eckley Evaporation Ponds, Eckley, CO**

Expert report and consult for the installation of the evaporation pond at the project for the contractor (Burns Figa & Will).

**SURETY CONSULT | The Roofing Company, NM**

Expert consult for the installation of the single family roof at the project for the surety (CapSpecialty).

**SURETY EXPERT CONSULT | Saltmarsh Industries, Cromwell, CT**

Expert consult for the installation of the pavement at the project for the contractor.

**SURETY EXPERT CONSULT, RFP PREPARATION | Pavement Installation, Cortez and Durango, CO**

Expert consult for the cost and time impacts for the surety for multiple projects. The case is active.

**AIRPORT SURETY EXPERT CONSULT | DIA Denver, CO**

Review of cost and time impacts for the project.

**AIRPORT SURETY EXPERT CONSULT | Hulburt, Field AFB, Ft. Walton Beach, FL**

Review of installation and replacement of the concrete pavement.

**WATER LINE SURETY EXPERT CONSULT | Underground Utilities, Arkport, NY**

Review of cost and time impacts for the project.

**SURETY EXPERT CONSULT | Pavement Installation, MS**

Review of cost and time impacts for the project.

**SURETY EXPERT CONSULT/RFP PREPARATION | Pavement Installation, AZ & CO**

Review of cost and time impacts for the surety for multiple projects. The case is active.

**SURETY EXPERT CONSULT | Public Utility Installation, Las Vegas, NV**

Review of cost and time impacts for the project.

**SURETY EXPERT CONSULT | Public SS Installation Bourbonnais, IL**

Review of cost and time impacts for the project.



**SURETY EXPERT CONSULT | Shoring Installation, Seattle, WA**

Review of cost and time impacts for the project.

**SURETY EXPERT REPORT & COST TO COMPLETE | Asheville Airport - Asheville North Carolina**

Cost to complete review of pavement design and installation for the Asheville regional airport in Asheville, NC for the surety.

**SURETY EXPERT CONSULT | Bunker Hill Central Treatment Plant - Kellogg, ID**

Review of cost and time impacts for the project.

**SURETY EXPERT CONSULT & COST TO COMPLETE REPORT | Denver Metro Area, Vail, CO & Salt Lake City, UT**

Comprehensive cost to complete review for a group of six projects to complete due to multiple claims on the bond.  The projects were all DOT projects in the Denver metro area Vail, CO and in Salt Lake City, Utah for the surety.

**SURETY EXPERT REPORT & COST TO COMPLETE | Oil & Gas Pipeline Ohio & Pennsylvania**

Expert report and Cost to Complete analysis were completed for three separate pipeline projects totaling over 100 miles of pipeline.

**SURETY EXPERT CONSULT & COST TO COMPLETE REPORT | Fort Peck, Montana #29995**

Cost to complete review of anchor/soil nail reinforcement for a large existing overflow spillway in Fort Peck, MT for surety.

**SURETY EXPERT CONSULT & COST TO COMPLETE REPORT | Red Bluff, Texas #29996**

Cost to complete review of foundation grouting for a large existing earthen dam in Red Bluff, TX for the surety.

**SURETY EXPERT CONSULT & REPORT | Tucson, Arizona**

Tucson Water standard of care review of large diameter High Density Polyethylene Pipe (HDPE) water distribution system for the surety.

**INSURANCE EXPERT CONSULT | K&S Engineers, Bridge Replacement, Portage, IN**

Expert consult for the project and alleged damage for the insurance company (Colony Specialty).

**INSURANCE EXPERT REPORT | Beacon Construction, Atlanta, GA**

Cause and Origin review of the project and alleged utility damage for the insurance company (Crum & Forster).

**INSURANCE EXPERT REPORT | PENCE/ALDER, PORTLAND, OR**

Cause and Origin review of the project and alleged damage for the insurance company (Distinguished Programs).

**INSURANCE EXPERT CONSULT | Metropolitan St. Louis Sewer District, St. Louis, MO**

Review of over 2,000 claims related to sewers and rain events for Iron Shore

**INSURANCE EXPERT CONSULT | Alcorn Construction, Loveland, CO**

Civil engineering review for the construction of tilt up panels at the site for Sirius.

**INSURANCE EXPERT CONSULT | Providence Engineering Morgan City, LA**

Civil engineering review of the utilities and grading for the insured (Crum & Forster)

**INSURANCE EXPERT CONSULT | Utilities Investigation, Arvada, CO**

Cause & Origin review for the utility installation at the site for Crum & Forster

**INSURANCE EXPERT CONSULT & REPORT | Kingdom Court, Murrysville, PA**

Civil engineering review of erosion control for the insured (Berkley Mid-Atlantic Group & Crum & Forster).

**INSURANCE EXPERT CONSULT | Pavement Investigation, Monroe, LA**

Damages review for the pavement installation at the site for Travelers.



**INSURANCE EXPERT CONSULT | Pavement Investigation, Oklahoma City, OK**

Cause & Origin review for the pavement installation at the site for Travelers.

**INSURANCE EXPERT CONSULT | Utilities and Flooding Investigation Middleborough, MA**

Cause & Origin review for the flooding at Middleborough High School for Zurich.

**INSURANCE EXPERT CONSULT | 2901 Grant Ave., Philadelphia, PA**

Cause & Origin review for the utility installation at the site for Crum & Forster.

**INSURANCE EXPERT CONSULT | Drainage Claim Indianapolis Airport**

Cause & Origin review for the drainage at the site for Travelers.

**INSURANCE EXPERT CONSULT | Soil Subsidence, Westbrook, ME**

Cause & Origin review for the soil subsidence at the site for Travelers.

**EMINENT DOMAIN/EXPERT REPORT | Weld County, CO**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition for the Gerrard Investments property.

**EMINENT DOMAIN/EXPERT REPORT | Weld County, CO**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition by Weld County for the Adams Ranch property.

**EMINENT DOMAIN/EXPERT REPORT | 22090 E. Smith Road**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition by the City of Aurora for the property.

**EMINENT DOMAIN/EXPERT REPORT | 24360 East Colfax**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition by the City of Aurora for the property.

**EMINENT DOMAIN | 3-Acre Wadsworth, Denver, CO**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition by the Colorado Department of Transportation (CDOT) for the property.

**EMINENT DOMAIN | Wind Stream Condos, Denver, CO**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition by Arapahoe County for the property.

**APPRAISAL/EMINENT DOMAIN | Ackard North Adams County, CO**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition by the East Cherry Creek Valley Water and Sanitation District for the property.

**APPRAISAL/EMINENT DOMAIN | 4343 Holly Street**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition by the Colorado Department of Transportation (CDOT) for the property.

**APPRAISAL/EMINENT DOMAIN | 4300 Oneida**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition by the Colorado Department of Transportation (CDOT) for the property.



**APPRAISAL/EMINENT DOMAIN | 5900 Federal**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition by Regional Transportation District (RTD) for the property.

**APPRAISAL/EMINENT DOMAIN | 60th & Tennyson**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition by RTD for the property.

**APPRAISAL/EMINENT DOMAIN | AT&T Building**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition by RTD for the AT&T property at 40th & Columbine.

**APPRAISAL/EMINENT DOMAIN | ABC Building**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition by RTD for the ABC property at 40th & Columbine.

**APPRAISAL/EMINENT DOMAIN | Aspen Commons**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition by RTD for the property at Parker & Beeler.

**APPRAISAL/EMINENT DOMAIN | Wellington Gulch**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition by CDOT for the property.

**APPRAISAL/EMINENT DOMAIN | 12th & Wadsworth**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition by Colorado Department of Transportation (CDOT) for the property.

**APPRAISAL/EMINENT DOMAIN | Douglas County, Colorado**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition.

**APPRAISAL/EMINENT DOMAIN | Brighton, Colorado**

Provided scope and cost estimating in addition to site planning for appraisals with regards to property value and repair as it relates to eminent domain and property acquisition.

**RELEVANT EXPERIENCE | CIVIL DESIGN**

Dr. VanDemark has provided comprehensive traditional Civil Land Development Services on the following projects:

**CIVIL ENGINEERING DESIGN/CONSULT | DOT Project Punchlist Preparation and Coordination**

Prepared punchlist for the DOT project for the General Contractor.

**CIVIL ENGINEERING DESIGN/CONSULT | Slate Drainage, Ft. Walton Beach, FL**

Review existing drainage of the property for the property owner (Slate Management)

**CIVIL ENGINEERING DESIGN | Mission Oaks, San Antonio, TX**

Civil engineering design for the drainage improvements on the site.



**SENIOR LIVING FACILITY | Multiple Village Cooperative Senior Living Projects**

Provided site planning, land use approval and entitlements in addition to full land development services from construction phase through project close out for multiple senior living facilities in the Denver Metro Area including Lakewood, Centennial, Loveland, Briargate and Broomfield as well as Puyallup and South Sound, WA.

**CIVIL ENGINEERING DESIGN/CONSULT | WBNS SPPP, Columbus, Ohio**

Prepared the Spill Prevention, Control and Countermeasures Report for the property owner (WBNS)

**CIVIL ENGINEERING DESIGN | Utilities Relocation - Brunswick, GA**

Civil engineering design for the utility improvements on the site.

**CIVIL ENGINEERING DESIGN | Bell South Park, Austin, TX**

Civil engineering design for the relocation of a water line and meter vault.

**CIVIL ENGINEERING REVIEW | Northgate Development, Seattle, WA**

Civil engineering review of excavation by the contractor and design by the design professionals.

**MIXED USE | Emmaus Retreat Center Jefferson County, CO**

Provided Civil Engineering design for the project including multiple access roads and utilities coordination.

**CIVIL ENGINEERING & DRAINAGE | Drainage Repairs, Bradenton, FL**

Prepared civil engineering drawings for the repair of a large underground drainage system.

**AIRPORT CIVIL ENGINEERING | Temporary Drainage Miami International Airport**

Prepared civil engineering drawings for the temporary drainage during construction of the new hangar pavement.

**RESIDENTIAL SUBDIVISION | Winsome Subdivision El Paso County, CO**

Provided Civil Engineering design for the project including utilities design and floodplain permitting.

**RESIDENTIAL SUBDIVISION | Wagon's West El Paso County, CO**

Provided Civil Engineering design for the project including utilities design and floodplain permitting.

**COMMERCIAL | Extra Space Storage Castle Rock, CO**

Provided Civil Engineering design for the project.

**CHURCH/RENOVATION | St. Jude Catholic Church Denver, CO**

Provided Civil Engineering design for the project.

**EDUCATION | Bell Middle School Jefferson County, CO**

Provided Civil Engineering design for the project.

**CHURCH/RENOVATION | Camp St. Malo Remodel Boulder County, CO**

Provided Civil Engineering design for the project.

**RESIDENTIAL | Priest Retirement Home, Denver, CO**

Provided Civil Engineering design for the project including the looping of a Denver Water main.

**RAIL TRANSPORTATION | Rocky Mountain Transload Rail Expansion Windsor, CO**

Provided Civil Engineering design for the project.

**INDUSTRIAL | Clean Harbors, Dolton, IL**

Provided Civil Engineering design for the project.

**COMMERCIAL | Early Childhood Learning Center, Aurora, CO**

Provided Civil Engineering design for the project.

**FIELD DESIGN | Bishop Machebeuf H.S. Athletic Field, Denver, CO**

Provided Civil Engineering design for the project.



**RETAIL | Multiple Taco Bell Projects, New Mexico**
Provided Civil Engineering design for the project.

**COMMERCIAL | ALSCO Cook Street Drainage Design, Denver, CO**
Provided Civil Engineering design for the project.

**PUBLIC | Truscott Affordable Housing Repairs, Aspen, CO**
Provided site repair plans in addition to full project management services from construction phase for the Truscott Affordable Housing Repairs for the City of Aspen in Aspen, Colorado.

**COMMERCIAL | Multiple Natural Grocers by Vitamin Cottage Projects**
Provided site planning, land use approval and entitlements in addition to full land development services from construction phase through project close out for multiple Natural Grocers by Vitamin Cottage Stores in the Denver Metro Area in addition to multiple national sites.

**COMMERCIAL | 17th & Market, Denver, CO**
Provided civil engineering design for the site.

**PUBLIC/PARKS | Lincoln Mountain Trailhead, Douglas County, CO**
Provided civil engineering design for the site.

**OUTDOOR STORAGE | Outdoor Storage Facility-Greeley, CO**
Provided civil engineering design for the site including floodplain permitting.

**COMMERCIAL | Archdiocese of Denver Recreation Center**
Provided civil engineering design for the site.

**HIGHER EDUCATION | Multiple Projects - University of Colorado**
Provided civil engineering design for the site including floodplain permitting.

**COMMERCIAL | Dentist Building, Golden, CO**
Provided civil engineering design for the site including floodplain permitting.

**RETAIL | 0.4-Acre Site, Near Sloan's Lake**
Provided civil engineering design for the site.

**EDUCATION | Jamaica Early Childhood Center, Aurora, CO**
Provided civil engineering design for the site.

**EDUCATION | Sixth Avenue Elementary School Addition, Denver, CO**
Provided civil engineering design for the site.

**PUBLIC | Taunton Municipal Lighting Plant - Peak Shaving, Taunton, MA**
Provided civil engineering design for the site including floodplain permitting.

**MIXED USE/RETAIL | MLK & Uinta in Stapleton, Denver, CO**
Provided civil engineering design for the site. [Not Constructed]

**EDUCATION | HPCRL Building Addition, Colorado State University, Fort Collins, CO**
Provided civil engineering design for the site.

**EDUCATION | Colorado State University Exercise Science Teaching Facility, Fort Collins, CO**
Provided civil engineering design for the site.

**EDUCATION | Colorado State University Visual Arts Center Addition, Fort Collins, Colorado**
Provided civil engineering design for the site.

**COMMERCIAL | Missionary Training Center, Denver, CO**
Provided civil engineering design for the site.

**TRANSPORTATION | Rail Yard, Golden, CO**
Provided civil engineering design for the site.



**TRANSPORTATION | Gering Rail Spur Updates, Gering, NE**
Provided civil engineering design for the site.

**MIXED USE/RESIDENTIAL | 44th & Alcott in Denver, Colorado**
Provided civil engineering design for the site.

**INDUSTRIAL | Commercial Fence Site, Parker, CO**
Provided civil engineering design for the site. [Not Constructed]

**CIVIL ENGINEERING | Higdon's Hair Studio**
Provided civil engineering design for the site.

**RESTAURANT | Tequila's Restaurant, Golden, CO**
Provided civil engineering design for the site.

**SITE IMPROVEMENTS | Holy Family Parking Lot Improvements, Denver, CO**
Provided civil engineering design for the site.

**SITE IMPROVEMENT | St. Francis of Assisi church parking expansion, Longmont, CO**
Provided civil engineering design for the site.

**CHURCH/RENOVATION | St. John the Baptist Drainage Improvements, Longmont, CO**
Provided civil engineering design for the site.

**CIVIL ENGINEERING | 383 Corona Street**
Provided civil engineering design for the site.

**CIVIL ENGINEERING | 1001 Bannock Street**
Provided civil engineering design for the site.

**CIVIL ENGINEERING | CTAP Rail Spur**
Rail Design

**CIVIL ENGINEERING | ESS #0744 Drainage**
Civil Engineering

**CIVIL ENGINEERING | 2534 West 37th Avenue**
Civil Engineering

**CIVIL ENGINEERING | 1320 15th Street Fireline**
Civil Engineering

**CIVIL ENGINEERING | Boyd Lake Avenue Intersection Design**
Civil Engineering

**SINGLE FAMILY RESIDENTIAL | Arvada, CO**
Provided civil engineering design for the site.

**SINGLE FAMILY RESIDENTIAL | Cherry Creek, Denver, CO**
Provided civil engineering design for the site.

**SINGLE FAMILY RESIDENTIAL | Private Residence, North Cherry Creek, CO**
Provided civil engineering design for the site.

**SINGLE FAMILY RESIDENTIAL | Cherry Hills Village, CO**
Provided civil engineering design for the site.

**PAVEMENT REPAIR/SITE IMPROVEMENT | Triad Parking**
Provided site maintenance and pavement repair recommendations for the property manager of the Triad office complex at Orchard and Syracuse.



**PAVEMENT REPAIR/SITE IMPROVEMENT | 64th & Ward**

Provided site maintenance and pavement repair recommendations for the property manager of the project.

**APPRAISAL/EMINENT DOMAIN | Brighton, Colorado**

Civil Engineering

**PAVEMENT REPAIR/SITE IMPROVEMENT | 64th & Sheridan**

Provided site maintenance and pavement repair recommendations for the property manager of the project.

**PAVEMENT REPAIR/SITE IMPROVEMENT | Iliff & Buckley**

Provided site maintenance and pavement repair recommendations for the property manager of the project at Iliff & Buckley.

**PAVEMENT REPAIR/SITE IMPROVEMENT | Littleton & Broadway, Littleton, CO**

Provided site maintenance and pavement repair recommendations for the property manager of the project at Littleton & Broadway.

**RELEVANT EXPERIENCE | PRIOR TO VERTEX**

Prior to working with VERTEX, Dr. VanDemark performed Civil Engineering design and management on a wide range of projects. The following is a brief summary of the representative projects that Dr. VanDemark designed and managed while at his previous firm.

**TRANSPORTATION** - Federal Center Park & Ride in Lakewood, CO
**ATHLETIC FIELDS** - Lorenz Park (Phases III & IV) in Douglas County, CO
**FAST FOOD RESTAURANTS** - Multiple Sonic and McDonald's restaurants in the CO Front Range
**INDUSTRIAL** - Large 27-acre Mountain West Business Park industrial development
**MIXED USE** - Multiple mixed use developments at 40th & Colorado, 19th & Logan and 15th & Boulder in Denver, CO
**AIRPORT PARKIN**G - Large off-site 46-acre parking facility outside of DIA
**SENIOR LIVING** - Multiple senior living developments in the Denver Metro area
**EDUCATION** - Cherry Creek School District School #42 in Aurora, CO

**EXHIBIT B**

**DECLARATION OF THEODORE ISBELL IN SUPPORT OF DEBTORS'
APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF
VERTEX AS EXPERT WITNESSES**

STATE OF IDAHO        )
                             ) ss
COUNTY OF Ada        )

         **THEODORE ISBELL**, being first duly sworn upon oath, deposes, and says:

         1.       Attached hereto as **Exhibit 1** is a true and correct copy of my Curriculum Vitae detailing my extensive experience and education.

         2.       I have read the application of the Debtors for authority to employ and retain myself, Lance VanDemark, and Vertex ("Vertex").

         3.       Neither myself or Vertex have received a retainer for our services.

         4.       I and Vertex have no connection with the Debtors other than our engagement to serve as expert witnesses in the litigation involving *East Valley Cattle, LLC* (and all other Debtors as necessary) in Cassia County Case No. CV16-21-00486.

         5.       I and Vertex have no connection with any personnel employed in the Office of the United States Trustee, the creditors or any party in interest, nor with their respective attorneys or accountants, other than normal professional relationships with attorneys and accountants.

                 a.       Vertex may have conducted business with certain creditors or investors in matters unrelated to the Debtors. None of that representation involves the Debtors or any claims against the Debtors.

         6.       I believe I and Vertex are disinterested persons as defined in 11 U.S.C. § 101(14) and represent no interest adverse to the debtors in possession or bankruptcy estate in matters upon

**DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE
ISBELL OF VERTEX AS EXPERT WITNESSES - 17**

which I am to be engaged and believe that I can be employed in this case without any type of restriction.

7.      The fee arrangement to be charged by myself and other professionals at my office are outlined in the engagement agreement, a copy of which is attached to the Application to Employ as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Theodore Lawrence Isbell
Digitally signed by Theodore Lawrence Isbell
DN: C=US, E=isbell.ted@gmail.com, O="The Vertex Companies, Inc.", CN=Theodore Lawrence Isbell
Date: 2024.09.25 09:49:48-06'00'

Theodore Isbell

**DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES - 18**

Exhibit 1

Exhibit 1



## Theodore Lawrence Isbell, AIA, NCARB, LEED AP BD+C, HCI-R/C/W
### Senior Forensic Architect

Highlights

tisbell@vertexeng.com |
949.407.8459

**BIOGRAPHY**

Theodore (Ted) serves as a Senior Forensic Architect for the Forensic division of VERTEX. Ted provides a wide array of consulting services including forensic analysis and expert witness services for construction defect, subrogation, professional liability and premise liability litigation; risk analysis of building envelope and waterproofing design for new construction; building envelope investigation and consulting for property owners and managers; property condition assessment (PCA) evaluations of exterior envelope and curtain wall systems; professional liability claim assessments; and forensic analysis for property loss claims. Prior to joining Vertex, Ted served as a Principal Architect / Project Manager directing the planning, design, technical detailing, and construction coordination on a variety of project types including governmental, education, commercial office, transportation, retail, industrial, and multi-family residential.

Expertise

Mr. Isbell's areas of expertise include standard of care, construction defect, cause & origin, and building envelope investigations. He has worked on projects across the country involving the investigation of water infiltration issues relating to various exterior wall and roofing types, windows, window walls, curtain walls, doors, expansion joints, sealant joints, balconies, and plaza decks. Project types include commercial, institutional, multi-family & single-family residential as well as mixed-use projects. Mr. Isbell also has experience assessing below-grade foundation waterproofing design and installation.

**EDUCATION/TRAINING**

M.Arch., Master of Architecture, Tulane University School of Architecture, 2004
B.Arch., Bachelor of Architecture, Tulane University School of Architecture, 1991
M.L.S., Master of Legal Studies in Forensic Engineering, University of Denver, Sturm College of Law 2026

**LICENSES/CERTIFICATIONS**

Registered Architect, State of AL, CO, FL, GA, ID, MD, MT, NC, NJ, OR, SC, UT, VA, WA, WV
LEED Accredited Professional (LEED AP)
National Council of Architectural Registration Boards (NCARB) Certificate
Haag Certified Roof Inspector - Residential
Haag Certified Roof Inspector - Commercial
Haag Certified Roof Inspector - Wind
OSHA 10

**SPECIAL TRAINING**

Deposition, Hearing, and Trial Testimony in Colorado and Idaho
Expert Consultation/Opinions Provided in AZ, CA, CO, ID, LA, MT, NE, NM, NV, OR, PA, SD, TX, UT, WA, and WY
Architect of Record for Projects in GA and ID
FEMA P-154, Rapid Visual Screening of Buildings for Potential Seismic Hazards
DET (Duct and Envelope Testing) Certification, State of Idaho



Florida Department of Financial Services, Division of Insurance Agent and Agency Services, Bureau of Licensing: Education - Registered Instructor
CertainTeed™ Shingle Quality Specialist™, Master Shingle Applicator Wizard™, and Flintlastic Application Specialist™

**ASSOCIATIONS**

American Institute of Architects, Idaho Central Chapter (AIA)
American Society of Testing Materials (ASTM)
Building Owners and Managers Association, Idaho Chapter (BOMA)
EIFS Industry Manufacturers Association (EIMA)
National Council of Architectural Registration Boards (NCARB)
United States Green Building Council (USGBC)

**PUBLICATIONS/PRESENTATIONS**

*At the Edges: Building Envelope Science and Failures in Practice* - Blog article, VERTEX website, October 2023.
*Building Envelope Basics: Control Layers and Where and Why Common Failures Occur* - Webinar offered for credit for adjusters in FL, IL, OK, PA, TX, and WA and architects, nationally, 250+ attendees, August 2024.

**RELEVANT EXPERIENCE**

**| DEPOSITIONS AND TRIAL TESTIMONY | 2019 - CURRENT |**

Mr. Isbell has testified at the following depositions, hearings, and trials:

**TRIAL AND DEPOSITION TESTIMONY (MAY 2024), CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS | Case No. CV-01-21-07280, Boise Floor Covering & Design v. Paul J. and Jennifer Montalbano, Boise, ID**
Expert witness for the owner of a single-family residential project involving alleged construction defects in the flooring installation (split judgement in 2024).

**TRIAL TESTIMONY (NOVEMBER 2023), CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2021 - 2023) | Case No. CV08-22-00115, Twila Burns v. Castle Mountain Homes, LLC, Brent Leslie, and Scott Leslie, Garden Valley, ID**
Expert witness for the owner of a single-family residential project involving alleged construction defects including interior, exterior and site improvements.

**ARBITRATION TESTIMONY (OCTOBER 2023), CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS | JAG Case No 2022-1608A, Holly Smith and Ben Smith v. Liscott Custom Homes, LTD. Dillon, CO**
Expert witness for the general contractor of a modular, single-family residential project involving alleged construction defects including structural, architectural, civil, electrical, and mechanical/plumbing issues.

**TRIAL AND DEPOSITION TESTIMONY (SEPTEMBER 2022), CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS | Case No. CV 38-20-0460, Staker & Parsons Companies dba Idaho Materials & Construction v. Keith Clow, Kuna, ID**
Expert witness for the owner/general contractor of a commercial self-storage facility involving alleged construction defects relating to grading and drainage (judgement in favor of plaintiff in September 2022).



**TRIAL TESTIMONY (APRIL 2019), DEPOSITION TESTIMONY (APRIL 2018), CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS | Case No. CV-01-17-21332, Jamie and Wendy Luderman v. Marv's Insulation, Meridian, ID**

Expert witness for owner of a single-family residential remodel project involving inadequate attic ventilation (judgement in favor of plaintiff in May 2019 for $48,779.43).

**DEPOSITION TESTIMONY (APRIL 2024), CONSTRUCTION DEFECT - PLAINTIFF - PRE-LITIGATION EXPERT WITNESS | Titus Gilliam Residence, Eagle, ID**

Expert witness for the owner of a new single-family construction project involving alleged construction defects and damages relating to the installation of a HVAC system component.

**DEPOSITION TESTIMONY (JUNE 2024), CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2023 - 2024) | Case No. CV01-23-04595, Paradigm Construction Company, LLC v. Rick and Lisa Osborn, Eagle, ID**

Expert witness for the general contractor of a new single-family residential construction project involving alleged construction defects and damages relating to the building envelope, cabinetry, and interior finishes.

**DEPOSITION TESTIMONY (OCTOBER 2022), CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS | Case No. CV 16-21-00486, McAlvain Concrete, Inc. v. Millenkamp Cattle, LLC, MetLife Real Estate Lending, LLC and Others, Declo, ID**

Expert witness for the owner of a new agricultural facility project involving alleged construction defects related to the construction of concrete floors and walls.

**DEPOSITION TESTIMONY (OCTOBER 2022), CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS | Case No. CV-00538-BLW, Matthew Groenig v. Safeco, McCall, Idaho**

Expert witness for insurance carrier regarding a property insurance claim relating to ice dam formation and resultant damage (removed to Federal Court in November 2020).

**DEPOSTION TESTIMONY (MAY 2022), DESIGN ERROR AND OMISSION - DEFENDANT - EXPERT WITNESS | Case No. CV 06-20-0609, Golden Valley Natural, LLC v. Advanced Flooring Concepts, Inc. and Maurer Construction, LLC, Shelley, ID**

Expert witness for the concrete subcontractor of a new commercial food processing project involving alleged construction defects.

**DEPOSITION TESTIMONY (FEBRUARY 2020), BAD FAITH CLAIM - DEFENDANT - EXPERT WITNESS | Case No. CV-18-00408, Nancee Gerber-Sigglelow and Michael Wolfe v. Allstate Property and Casualty Insurance Company, Eagle, ID**

Expert witness for the insurance carrier of a single-family residence relating to a property insurance claim for weather-caused damage.

**DEPOSITION TESTIMONY (MAY 2019), DEFENDANT - EXPERT WITNESS | Case No. CV-2017-340, Silvercreek Living LLC v. Alta Construction, Inc., Hailey, ID**

Expert witness for the general contractor of an assisted living facility involving alleged construction defects.

**| FORENSIC ARCHITECTURAL INVESTIGATIONS | 2015 - CURRENT |**

Mr. Isbell has over 8 years of assignments in Forensic Architecture based on his 25 years of architectural practice.  Services were provided on the following projects and include Construction Defects, Standard of Care, Premises Liability, Property Insurance Claims and Others.

**CONSTRUCTION DEFECT - PLAINTIFFS - EXPERT WITNESS (2021 - 2023) | Cases No. Phila 190509040, 200200926, and 200200934, Finkle, Kipp, and Curtis v. The Cliff, L.P., et al., Philadelphia, PA**

Expert witness for three owners of new single-family condominium units involving alleged design errors/omissions and construction defects.



**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2022 - 2023) | Case No. 200302142, John and Julia Crane v. The Cliff, L.P., et al., Philadelphia, PA**

Expert witness for the owner of a new single-family condominium unit involving alleged design errors/omissions and construction defects (settled in 2023).

**ARCHITECT'S STANDARD OF CARE - DEFENDANT - EXPERT WITNESS (2021 - 2023) | Case No. CV 10-20-2438, Derbyhawk, et al v. Summit, Croft, et al, Idaho Falls, ID**

Expert witness for the architect of a new commercial building involving alleged construction defects and application of the architect's standard of care (settled in 2023).

**CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS (2022 - 2023) | Case No. 02-19-0002-7538, Hendrickson Construction, Inc. v. CRMX-236, LLC, Aspen, CO**

Expert witness for the general contractor of a new single-family residential project involving alleged construction defects including the building envelope.

**CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS (2022 - 2023)) | Case No. TBD, TBD v. Element Construction, Echelon Ridge Townhomes, Boise, ID**

Expert witness for the general contractor of a multi-family residential project involving alleged construction defects relating to the exterior envelope.

**CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS (2022 - 2023) | Case No. TBD, Michael Eisele and Kristina Eisele v. Kleinsmith Custom Homes, LLC, Hayden, ID**

Expert witness for the general contractor of a new single-family construction project involving alleged design errors/omissions and construction defects.

**STANDARD OF CARE - DEFENDANT - EXPERT WITNESS (2023 - 2024) | Central 72 Homeowners v. Forensic Building Consultants**

Expert witness for a building consultant of a 26-building multi-family residential project involving alleged inadequacies of professional services relating to the assessment of construction defects.

**CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS (2023 - 2024) | Case No. CV01-23-16901, Waterpro Well Drilling, Inc. v. Melissa J. Sharp, Donnelly, ID**

Expert witness for the property owner of a single-family residential construction project involving alleged construction defects and damages relating to the drilling of a domestic water well.

**ARCHITECT'S STANDARD OF CARE AND CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS-(2023) | AAA Case No. 02-21-0016-2170, PEG Companies, Inc. v. AJC Architects, PC v. Richardson Van Leeuwen Construction, LLC, Salt Lake City, UT**

Expert witness for the owner of a multi-family residential remodel project involving alleged design errors and omissions and construction defects.

**CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS (2023) | Case No. DV-1-2023-0014623-BC, Beaverhead County High School District v. Engineered Structures, Inc., NE45 Architecture and Williams Consulting, Inc., Dillon, MT**

Expert witness for the general contractor of a commercial remodel project involving alleged design errors/omissions and construction defects.

**CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS (2023) | Case No. CV09-22-1762, Dustin Russell and Amanda Russell v. Aspen Homes and Development, LLC., Sandpoint, ID**

Expert witness for a subcontractor of a new single-family residential project involving alleged construction defects related to the construction of the roof.

**PREMISES LIABILITY - DEFENDANT - EXPERT WITNESS (2023) | Case No. CV14-23-00429, Estate of Robert Lee Fox v. Sienna Hills Development Corporation, Sienna Hills Neighborhood Association, Inc. and Valley Property Management, Inc., Caldwell, ID**

Expert witness for the home owners' association of a residential development involving alleged premises liability related to a trip and fall incident.



**PREMISES LIABILITY - DEFENDANT - EXPERT WITNESS (2023) | Case No. CV42-23-1371, Peggy L. Voska v. Fred Meyer Stores, Inc., Twin Falls, ID**

Expert witness for the owner of a commercial property involving alleged premises liability related to a trip and fall incident.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2023) | Case No. CV37-22-00209, Ray and Brandy Johnson v. Lee Custom Homes, Inc., Marsing, ID**

Expert witness for the owners of a new single-family residential construction project involving alleged construction defects and damages relating to the building envelope, plumbing systems, and finishes.

**ARCHITECT'S STANDARD OF CARE AND CONSTRUCITON DEFECT - PLAINTIFF - PRE-LITIGATION EXPERT WITNESS (2023) | Sweetwater Community Association, Hailey, ID**

Expert witness for the HOA of a new multi-family condominium development with 32 units involving alleged design errors/omissions and construction defects including attic ventilation and the building envelope.

**ARCHITECT'S STANDARD OF CARE AND CONSTRUCITON DEFECT - OWNER - PRE-LITIGATION EXPERT WITNESS (2023) | Giovanni Nucci Residence, Ketchum, ID**

Expert witness for the owner of single-family residential project involving alleged design errors and omissions and construction defects involving the building envelope.

**CONSTRUCTION DEFECT - PLAINTIFF - PRE-LITIGATION EXPERT WITNESS (2023) | Glen and Holly Lorensen Residence, Garden City, ID**

Expert witness for the owners of a single-family residential remodel project involving alleged construction defects and damages relating to the installation of trim, fixtures, and finishes.

**CONSTRUCTION DEFECT - DEFENDANT - PRE-LITIGATION EXPERT WITNESS (2023 - 2024) | Krasovich v. Amyx Homes, Eagle, ID**

Expert witness for the general contractor of a new single-family residential project involving alleged construction defects related to the window installation.

**BUILDING ENVELOPE ANALYSIS (2023) | Asbjornsen Residence, Sun Valley, ID**

Building envelope analysis of an existing single-family condominium unit relating to ventilation and ice damming issues.

**BUILDING ENVELOPE ANALYSIS - DEVELOPER - POST-CONSTRUCTION SERVICES (2023) | ECO PHX Development, Phoenix, AZ**

Performed a post-construction review of a multi-family residential development project including 70 apartment units.

**PROTOTYPE BUILDING ENVELOPE ANALYSIS - GENERAL CONTRACTOR - PRECONSTRUCTION SERVICES (2023) | Quality Structures, Inc., Haven, KS**

Performed pre-construction reviews of standard protoptyical building designs for a regional general contractor. The focus was the design of the building exterior envelope relating to construction methodologies and applicable codes and standards.

**BUILDING ENVELOPE ANALYSIS - GENERAL CONTRACTOR - PRECONSTRUCTION SERVICES (2023) | Canyon Village Apartments, Caldwell, ID**

Performed a pre-construction review of a 7 building multi-family housing development project including 316 apartment units. Reviewed the building exterior envelope design for water management, thermal continuity, and constructability. Provided periodic construction quality control inspections of the building exterior envelope.

**WATER INFILTRATION INVESTIGATION - HOA - (2023) | Escala Condominiums, Seattle, WA**



Performed an assessment of an 8-level, underground parking garage with reported water infiltration in the concrete foundation. Developed an in-depth short term repair plan and long-term remediation plan to address the construction defects and eliminate the water infiltration.

**BUILDING ENVELOPE ANALYSIS - GENERAL CONTRACTOR - POST-CONSTRUCTION SERVICES (2023) | WoodSpring Suites, PETRA, Inc., Meridian, ID**

Assisted the general contractor in the analysis of the building envelope involving alleged construction defects in the windows, siding, and HVAC systems installation.

**BUILDING ENVELOPE ANALYSIS - PROPERTY MANAGER - POST-CONSTRUCTION SERVICES (2020 - 2023) | SP Management, Eagle, ID**

Assisted the Owner and Property Manager in the analysis of the building envelope involving water infiltration and condensation within the exterior wall assemblies.

**ENVELOPE ANALYSIS - DEVELOPER - PRECONSTRUCTION SERVICES (2022 - 2023) | Canyon Ridge Apartments, The Hawkins Companies, Boise, ID**

Performed a pre-construction review of a 7 building multi-family housing development project including 287 apartment units. Reviewed the building exterior envelope design for water management, thermal continuity, and constructability. Provided periodic construction quality control inspections of the building exterior envelope.

**CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS (2022) | Gillis - D&G Airpark v. New West Building Company, Alpine, WY**

Expert witness for subcontractor Teton Concrete, LLC of a new single-family residential project including alleged construction defects in the concrete flatwork installation.

**DAMAGES ANALYSIS - PRODUCT FAILURE - EXPERT WITNESS (2022) | State Farm v. Kemflo International, Sandpoint, ID**

Performed a damage estimate analysis related to a property insurance claim for the discharge of water attributed to the failure of a refrigerator water filter system.

**REVIEW OF ARCHITECT'S STANDARD OF CARE - PLAINTIFF - EXPERT WITNESS (2022) | Case No. CV01-20-09653, Bradley B., LLC, and Dennis Dillon RV, LLC v. BRS Architects AIA, PA, Andrew Davis, Civil Site Works, LLC and Corinne Graham, Boise, ID**

Expert witness for the owner and operator of a new commercial facility involving alleged design deficiencies, errors, and omissions (trial scheduled for August 2024).

**CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS (2022) | Case No. CV-, Ketchum Fine Finishes, LLC v. Darlene Young, Wells Fargo Home Mortgage, Inc. and Wells Fargo Bank, N.A., Ketchum, ID**

Expert witness for the homeowner of a residential remodel project involving alleged construction defects including inadequate protection of plumbing lines in the attic of the home.

**CONSTRUCTION DEFECT - PRE-LITIGATION - EXPERT WITNESS (2022) | Candis and Clay Allred v. Ironwood Builders, LLC, Sandpoint, ID**

Expert witness for the general contractor of a new single-family residential project involving alleged construction defects including water infiltration.

**CONSTRUCTION DEFECT - DEFENDANT - PRE-LITIGATION EXPERT WITNESS (2022) | Parker v. Amyx Homes, Eagle, ID**

Expert witness for the general contractor of a new single-family residential project involving alleged defects related to window installation.

**ENVELOPE ANALYSIS AND WATER INTRUSION TESTING (2022) | BASF Building M, Parma, ID**

Performed inspections and testing of a 24,000 sf office building and QA laboratory relating to the construction of the exterior envelope. Completed initial water infiltration testing of the window and wall assemblies per AAMA guidelines. Developed a comprehensive approach to coordinate and observe extensive water infiltration testing with the window manufacturer and installer.



Developed an in-depth repair and remediation plan to address the identified construction defects and eliminate water infiltration through the storefront window assemblies.

**BUILDING ENVELOPE ANALYSES (2022) | Monterra Townhome Apartments, Cordillera Townhomes, and Amazon Falls Townhomes, Boise and Eagle, ID**
Building envelope analyses of three properties with 93 total buildings including 426 housing units. Analyses were related to the purchase and sale agreements for these multi-family residential projects.

**PREMISES LIABILITY - PLAINTIFF - EXPERT WITNESS (2022) | Case No. CV-01-21-09546, Jean Colleen Gunderson v. Balt Commercial Properties, Colliers Paragon, LLC and Others, Eagle, ID**
Expert witness for the guest of a commercial property involving alleged premises liability related to a slip and fall incident (case dismissed with prejudice in October 2022).

**CONSTRUCTION DEFECT - PRE-LITIGATION - EXPERT WITNESS (2022) | Gemdale USA Corporation, San Francisco, CA**
Expert witness for the owner of a commercial office building related to the partial collapse of an interior ceiling. Services included an assessment of the entire ceiling including recommendations for remedial repairs to prevent additional damage.

**CONSTRUCTION QUALITY CONTROL (CQC) INSPECTIONS - 2022 - 2023 | Various locations in California and Nebraska**
Performed periodic construction quality control inspections on 4 projects located in California and Nebraska. The projects included over 2 million sf of occupied space with an estimated construction value of over $400M.

**STANDARD OF CARE - THIRD-PARTY PLAINTIFF - EXPERT WITNESS (2021) | Case No. CV 14-21-01689, K2 Construction v. Pusher Construction, Inc., David Ruby, AIA, and The Architects Office, PLLC, Caldwell, ID**
Expert witness for the general contractor of an assisted living addition project involving construction site safety (case dismissed with prejudice in September 2023).

**CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS (2021) | Case No. CV-01-20-1883, Alex Abel v. Christiansen Homes, Boise, ID**
Expert witness for the general contractor of a new single-family residential project involving alleged construction defects including inadequate attic ventilation and concrete workmanship.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2021) | Case No. CV 01-19-06883, Lawn Pro of Boise, LLC v. Chris Christensen and Christine Christensen, Eagle, ID**
Expert witness for the landscaping subcontractor of a new single-family residential project involving alleged construction defects including grading and drainage (case dismissed with prejudice in September 2022).

**CONSTRUCTION COMPLIANCE REVIEW & CERTIFYING ARCHITECT'S STANDARD OF CARE (2021) | Adams and Reese, LLP, St. Charles Place Apartments, Lake Charles, LA**
Preparation of an opinion regarding the Architect's Standard of Care in certifying the roof installation at a multi-family residential project.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2021) | Case No. CV01-19-19512, Berlum Development Co. v. Kate Kennedy, Secured Land Transfers, LLC, and Idaho Central Credit Union, Boise, ID**
Expert witness for the general contractor of a new single-family residential project involving alleged construction defects.

**CONSTRUCTION DEFECT - PLAINTIFFS - EXPERT WITNESS (2021) | Case No. CV 01-19-00719, Daines, Dragoo et al v. Franklin Building Supply, J.C. Watson Company, et al, Parma, ID**
Expert for plaintiffs in a personal injury case related to the construction of a new industrial project.



**CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS (2021) | Case No. CV 08-20-00042, Summit Construction GV, LLC v. Martha Ann Thaller Bollich, Garden Valley, ID**
Expert witness for the owner of a commercial addition project involving alleged construction defects including structural and building envelope assemblies.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2021) | Case No. CV 14-20-06174, Martha and Emilio Carbajal v. BK Construction, Inc., Caldwell, ID**
Expert witness for the owner of a new single-family residential project involving alleged construction defects.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2021) | Connie Christian v. Stone Precision Contractors, Boise, ID**
Expert witness for the owner of a single-family residential remodel project involving alleged construction defects.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2021) | Ty and Carrie Gabby v. Sawtooth Builders, Boise, ID**
Expert witness for the owner of a single-family residential remodel project involving alleged construction defects.

**REAL ESTATE DUE DILIGENCE - ENTITLEMENT SUPPORT (2021) | TBD Highway 95, Weiser, ID**
Entitlement research and reporting on regulatory concerns of commercial real estate property.

**BUILDING ENVELOPE ANALYSIS (2021) | Fairbourne Station Clinic, West Valley City, UT**
Building envelope analysis related to the purchase and sale agreement for multi-story medical office building.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2021) | Case No. CV-14-20-06101, Lenity Management, LLC v. Miriam, LLC and Does 1-20, Nampa, ID**
Expert witness for tenant and operator of a new assisted living facility involving alleged construction defects.

**FORENSIC INVESTIGATIONS - RESTORATION CONTRACTOR (2021) | Disaster Response of Idaho, Various Locations in ID**
Inspections of several single-family residences and provide repair recommendations for a restoration contractor.

**CONSTRUCTION DEFECT - PLAINTIFF - NON-DISCLOSED EXPERT WITNESS (2020) | Case No. CV 01-20-03544, BPX Commercial, Inc. v. McMillan Storage, LLC, Five Star Bank and First American Title Insurance Company, Meridian, ID**
Non-testifying expert witness for the general contractor of a new self-storage facility.

**CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS (2020) | Case No. CV 42-19-3248, Luke Long and Corinne Long v. Steven S. Miller Construction, Inc., Twin Falls, ID**
Expert witness for the general contractor of a new single-family residential project involving alleged construction defects.

**CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS (2020) | Case No. CV 01-20-01276, Eric and Laura Wennerlund v. Clark Homes Inc. and Leisure Time, Inc., McCall, ID**
Defendant for HVAC subcontractor of a single-family residential remodel project involving alleged construction defects (case dismissed with prejudice in February 2022).

**ESTATE SETTLEMENT DISPUTE - EXPERT WITNESS (2020) | Case No. CV 01-18-08490, In the Matter of the Estate of Robert Merlin Keithley, Kuna, ID**
Expert Witness for an estate beneficiary in a dispute regarding asset valuation.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2020) | Perez v. PineTop Construction LLC, New Meadows, ID**



Expert witness for homeowner of a single-family residential remodel project involving alleged construction defects.

**CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS (2020) | Case No. CV 44-19-0053, Humberto Reyes and Billie DeYoung v. Tucker Construction, Inc., Weiser, ID**

Expert witness for the general contractor of a new single-family residential project involving alleged construction defects.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2020) | Arvi Snyder v. R & R Log Homes, Inc., Council, ID**

Expert witness for the owner of a new single-family residential project involving alleged construction defects.

**REPLACEMENT ANALYSIS - HOA - BUILDING SYSTEMS (2020) | HVAC replacement and Upgrade Analysis, Park View East Condominiums, Boise, ID**

Performed a HVAC systems inventory, analysis and developed an upgrade program for an existing four-story multi-family residential project.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2020) | The Cincinnati Insurance Companies v. Poster Construction, Ironridge, Inc., and Site Based Energy, LLC, Ketchum, ID**

Inspection of several single-family residences and provide recommendations for a restoration contractor.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2020) | Robert Hammer and Karen Hammer v. Sunrise Signature Homes, Boise, ID**

Expert witness for the owner of a new single-family residential project involving alleged construction defects.

**FORENSIC INVESTIGATIONS - RESTORATION CONTRACTOR (2020) | Disaster Response of Idaho, Various Locations in ID**

Inspections of several single-family residences and provide repair recommendations for a restoration contractor.

**DESIGN ERROR & OMISSION - PLAINTIFF - EXPERT WITNESS (2019) | Case No. CV 01-18-23737, Verlan Fire Insurance Company v. Structural Engineering Consultants, LLC and Glancey Rockwell & Associates, Inc., Meridian, ID**

Expert witness for the insurance carrier of an industrial addition project involving alleged design errors and omissions (case dismissed with prejudice in June 2022).

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2019) | Case No. CV 01-17-23686, Brunobuilt, Inc. v. William Dempsey and Amy Dempsey, City of Boise, and Terra Nativa, LLP, Boise, ID**

Expert witness for the contractor of a new single-family residential project involving alleged construction defects.

**CONSTRUCITON DEFECT - DEFENDANT - EXPERT WITNESS (2019) | Case No. CV 42-19-0050, Steve Turnipseed and Steve Turnipseed Construction, Inc. v. Heather Ellsworth, Twin Falls, ID**

Expert witness for the owner of a new single-family residential project involving alleged construction defects.

**DEVELOPMENT IMPACT ASSESSMENT - PLAINTIFF - EXPERT WITNESS (2019) | Case No. CV 01-18-20560, George Lawrence Fischer v. Darrell Taylor, Carolyn Taylor, Keith Taylor, Molly Taylor and Skyline Development Corporation, Eagle, ID**

Expert witness for the owner of a residential property adjacent to a proposed cell tower site.

**PROPERTY DAMAGE - DEFENDANT - EXPERT WITNESS (2019) | Case No. CV 14-18-08793, Mussell Construction Inc. v. Qwest Corporation and John Does 1-10, Nampa, ID**



Expert witness for the owner of a commercial property involving alleged water intrusion and associated property damage.

**CONSTRUCITON DEFECT - PLAINTIFF - EXPERT WITNESS (2019) | Case No. CV 01-18-12175, Grey Seal Trust, Gerald Marolda and Kelly Marolda v. Hi-Tech Electric, LLC, Justin Metcalf, Page's Window & More, LLC and JH Remodel, LLC, Eagle, ID**

Expert witness for the owner of a single-family residential remodel project involving alleged construction defects.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2019) | Case No. CV 14-15-09945, The Cincinnati Insurance Company v. Bugo Concrete, Caldwell, ID**

Expert witness for the insurance carrier for the general contractor of a new commercial project involving alleged construction defects.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2019) | Copper Ranch Land, LLC v. Don Young Construction, Hailey, ID**

Expert witness for the owner of a new commercial project involving alleged construction defects in the roofing installation.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2019) | Case No. CV 18-459, Dickinson Frozen Foods, Inc. v. Elkhorn Insulation, Inc. and Gaco Western, LLC, Idaho Falls, ID**

Expert witness for the owner of a commercial property involving alleged construction defects in a roof re-coating project.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2019) | Randall Heeb and Shirley Ann Merchant v. Whipple, Inc., Virtual Design Concepts, LLC and Jason Whipple, Donnelly, ID**

Expert witness for the owner of a new single-family residential project involving alleged construction defects.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2019) | Mary Kay Welsh v. PineTop Construction, McCall, ID**

Expert witness for the owner of a new single-family residential project involving alleged construction defects.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2019) | Olivia and Demitri Panazes v. Jarth Mascroft, Boise, ID**

Expert witness for the owner of a single-family residential remodel project involving alleged construction defects.

**CONSTRUCTION DEFECT - SUBCONTRACTOR - EXPERT WITNESS (2019) | Sonic Roofing v. Anderson & Wood Construction Co., Inc., Cedar Crossing Subdivision No. 3 - Vertical Phase 1, Nampa, ID**

Expert witness for the roofing contractor of a new multi-family residential remodel project involving alleged construction defects.

**CONSTRUCTION DEFECT - SUBCONTRACTOR - EXPERT WITNESS (2019) | ARI Roofing, Martins Residence, Coeur d'Alene, ID**

Expert witness for the roofing contractor of a single-family residential roof replacement project involving alleged construction defects.

**NEW CONSTRUCTION INVESTIGATION (2019) | Skyline Apartments, Petra Construction, Boise, ID**

Inspection and investigation of exterior envelopes at (10) buildings in a new multi-family residential project

**CAUSE AND ORIGIN INVESTIGATION - DEFENDANT - EXPERT WITNESS (2019) | Timothy Eck v. Farm Bureau Mutual Insurance Company, Eagle, ID**

Expert witness for the insurance carrier of a single-family residence involving claims of weather-caused water intrusion.



**FORENSIC INVESTIGATION - RESIDENCE FIRE (2019) | MoldX, Snyder Residence, Meridian, ID**

Inspection of a fire-damaged single-family residence and provide repair recommendations for a restoration contractor.

**FORENSIC INVESTIGATIONS - RESTORATION CONTRACTOR (2018) | Disaster Response of Idaho, Various Locations in ID**

Inspections of several single-family residences and provide repair recommendations for a restoration contractor.

**CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS (2018) | Case No. CV 15-178C, Scott and Anne Davison v. Debest Plumbing, Inc., Donnelly, ID**

Expert witness for the plumbing subcontractor of a new single-family residential project involving alleged construction defects and water intrusion.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2018) | Case No. CV 01-17-10610, John and Julie Huerta v. Perfection Construction, LLC, Boise, ID**

Expert witness for the owner of a single-family residential basement addition and remodel project involving alleged construction defects.

**PERSONAL INJURY - DEFENDANT - NON-TESTIFYING EXPERT WITNESS (2018) | John A. Oswald and Nancy R. Poore v. Costco Wholesale Corporation and Estate of Frank L. Myers, Boise, ID**

Inspection and review of a commercial property in relation to a personal injury complaint.

**CONSTRUCTION DEFECT - PROPERTY OWNER - EXPERT WITNESS (2018) | Hammond Residence, Boise, ID**

Expert witness for the owner of a single-family residential roof replacement project involving alleged construction defects.

**CAUSE & ORIGIN INVESTIGATION - PROPERTY OWNER (2018) | Doug and Angela Ward, Ward Residence, Boise, ID**

Inspection and evaluation of a single-family residence to determine the cause of reported moisture intrusion, construction defects and to also provide repair recommendations.

**CONSTRUCTION DEFECT - DEFENDANT/SUBROGEE - EXPERT WITNESS (2017) | Case No. DV-29-2015-48, The Enclave Condominium Owners Association, Inc., et al v. Voyager Construction, LLC, et al, Big Sky, MT**

Expert witness for the contractor of a new multi-family residential project involving alleged construction defects.

**CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS (2017) | Michael Haman, Attorney, Abreu v. Moss, Idaho Falls, ID**

Expert witness for the seller of a new single-family residential project involving alleged construction defects.

**CONSTRUCTION DEFECT - DEFENDANT - EXPERT WITNESS (2016) | Case No. CV OC 1520332, Travis Anderson v. Express Plumbing Service, Inc., John Does 1-10 and Corporations XYZ, Boise, Idaho**

Expert witness for the plumbing contractor of a single-family residential plumbing project involving alleged construction defects.

**CONSTRUCTION DEFECT - PLAINTIFF - EXPERT WITNESS (2016) | Van Etten v. Walter, Arco, ID**

Expert witness for the owner of a new agricultural project involving alleged construction defects.

**| PROPERTY INSURANCE CLAIMS | 2013 - CURRENT |**

Performed over 400 commercial and residential building inspections for premises liability, trip/slip and falls, vehicle impacts and weather-caused and other damage since 2013. Inspections included building envelopes (roofs, walls, and foundations) as well as other building elements and systems.



Past clients include Cincinnati, Farm Bureau, Farmers Alliance, Liberty Mutual, MetLife, Mutual of Enumclaw, Oregon Mutual, Philadelphia, Travelers, USAA, and Zurich.

**| ARCHITECTURAL PRACTICE | 1992 - 2021 |**

For over 30 years, prior to joining Vertex, Ted performed architectural design and project management on a wide variety of projects including governmental, education, commercial office, transportation, retail, industrial, and multi-family residential projects.

**EXHIBIT D**
**Proposed Order**

**ORDER GRANTING DEBTORS' APPLICATION TO EMPLOY LANCE
VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES**

The Debtors' *Application to Employ Lance VanDemark and Theodore Isbell as Expert*

*Witnesses* (the "Application"); and the Court, having reviewed the Application, finds that the

Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter

under 28 U.S.C. § 157(b)(2), that notice of the Application was sent on September 25, 2024, and

was sufficient under the circumstances and that no further notice need be given; and the legal

and factual bases set forth in the Application establish just cause for the relief granted herein;

and any objections to the requested relief having been withdrawn or overruled on the merits; and

after due deliberation and sufficient cause appearing, therefore

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The Application is GRANTED and the Debtors are authorized to employ

Lance VanDemark, Theodore Isbell, and Vertex under the terms as set forth in the Application.

2.    The Application was appropriate under the circumstances and in

compliance with the Bankruptcy Code and Bankruptcy Rules.

3.    This Court retains exclusive jurisdiction with respect to all matters arising

from or related to the implementation, interpretation, and enforcement of this Order.

//end of text//

Order submitted by:

Thomas E. Dvorak, ISB No. 5043, Special Counsel for the Debtor

**DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE
ISBELL OF VERTEX AS EXPERT WITNESSES** - 19