Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2150
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
          golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| In re: <br><br> MILLENKAMP CATTLE, INC., <br><br> Debtors. | Case No. 24-40158-NGH |
|---|---|
| Filing relates to: <br> ☒ ALL DEBTORS <br> ☐ Millenkamp Cattle, Inc. <br> ☐ Idaho Jersey Girls <br> ☐ East Valley Cattle | Jointly Administered With Case Nos.: <br><br> 24-40159-NGH (Idaho Jersey Girls) <br> 24-40160-NGH (East Valley Cattle) <br> 24-40161-NGH (Millenkamp Properties) |

ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024 - 1

| ☐ Millenkamp Properties | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Idaho Jersey Girls Jerome Dairy | |

### ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024

Elsaesser Anderson, Chtd. (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the period August 1, 2024 through August 31, 2024 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1. The Firm is counsel to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of **$3,510.80** in fees and expenses during the Application Period. The total fees represent **8.10** hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| August 1, 2024 – August 31, 2024 | $3,240.00 | $270.80 | $3,510.80 |

3. Accordingly, the Firm seeks allowance of interim compensation in the amount of $2,700.80 at this time. This total is comprised as follows: $2,430.00 (75% of the fees for services rendered) plus $270.80 (100% of the expenses incurred).

4. Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: September 27, 2024

> */s/Bruce A. Anderson*
> ELSAESSER ANDERSON, CHTD.
> Bruce A. Anderson
>
> *Attorney for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on September 27, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| Alexanra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | eclark@eclarkattorney.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| David W. Gadd | dwg@magicvalleylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalleylaw.com |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Gabriel Luis Olivera | golivera@omm.com |
| Mark Bradford Perry | mbp@perrylawpc.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | |

| | |
|---|---|
| Sheila R. Schwager | andrew.schoulder@nortonrosefulbright.com |
| Louis V. Spiker | sschwager@hawleytroxell.com |
| Matthew A. Sturzen | louis.spiker@millernash.com |
| Meredith L. Thielbahr | matt@shermlaw.com |
| Kim J. Trout | mthielbahr@grsm.com |
| Joseph Mark Wager | ktrout@trout-law.com |
| Brent R. Wilson | wager@mwsslawyers.com |
| | bwilson@hawleytroxell.com |

Dated this 27th day of September 2024.

                                                                   */s/ Bruce A. Anderson*
                                                                   Bruce A. Anderson

**<u>Exhibit A</u>**

Invoice

Case 24-40158-NGH    Doc 635    Filed 09/27/24    Entered 09/27/24 16:29:24    Desc Main
Document    Page 6 of 9

ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024
- 6

# Elsaesser Anderson, Chtd.

**EXHIBIT A**

320 East Neider Suite 102, Coeur d'Alene, ID 83815

**Millenkamp Cattle, Inc. UCC**
Attn: Dan Noble and Greg Zematis
Jerome, ID 83338

**Invoice # 17817**

Invoice Date: 09/27/24
Services Through: 08/31/24

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **004 - Millenkamp UCC (Professional Services)** | | | |
| | | **04 Case Administration: Coordination and compliance activities not specifically covered by another category.** | | | |
| | | **Reporting: Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.** | | | |
| 08/09/24 | BA | Review Status Report #552. | 0.20 | 400.00 | $80.00 |
| | | | Hours | | 0.20 |
| | | | Labor: | | $80.00 |
| | | | Invoice Amount: | | $80.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **007 (Professional Services)** | | | |
| | | **007 - Preparation of employment and fee applications for self or others; motions to establish interim procedures.** | | | |
| 08/15/24 | BA | Review motion to employ Amory counsel and order regarding today's status conference (.25); attend by telephone hearing on Amory employment and Status Conference (.4); memo from Gabriel Olivera on fee matter (.1); memo to Gabriel Olivera on fee matter (.2); extended memo to Debtor's counsel on interim distributions (.3). | 1.25 | 400.00 | $500.00 |
| 08/16/24 | BA | Memo from Nichole Mulhner with supplement to Amory employment application and file same (.5). | 0.50 | 400.00 | $200.00 |
| 08/19/24 | BA | Memo from Krystal Mikkilineni responding to my memo regarding interim fee distribution (.1). | 0.10 | 400.00 | $40.00 |
| 08/20/24 | BA | Review O'Melveny & Myers motion for interim distribution for July 2024 and get filed (.75). | 0.75 | 400.00 | $300.00 |
| 08/21/24 | BA | Memo from Krystal Mikkilineni regarding wire transfer (.1); serve 20 largest creditors with O'Melveny notice of motion for interim distribution (.4). | 0.50 | 400.00 | $200.00 |
| 08/27/24 | BA | Receive and review draft of O'Melveny first interim fee application (.5); memos to and from Nicole Mulhner (.2); work on and file Elsaesser Anderson interim disbursement request (.5). | 1.20 | 400.00 | $480.00 |

Telephone/Fax: (208) 667-2900

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 08/29/24 | BA | Review and suggest revisions to first interim fee application and notice of hearing for O'Melveny (1.5); get hearing date from Court; file application (.25); memos (4) from and to Nicole Mulhner regarding filing fee application, necessity of notice of hearing and attachment of negative noticing (.5); review updated application and memo to Nicole regarding correction of figures (.2); additional memos from Nicole regarding finalized application (4)(.2); work on notice of hearing and file same (.3). | 2.95 | 400.00 | $1,180.00 |
| 08/30/24 | BA | Assisted submitting notice of fee application with on-line service company to service on all parties. (.25). | 0.25 | 400.00 | $100.00 |
| | | | Hours | | 7.50 |
| | | | Labor: | | $3,000.00 |
| | | | Invoice Amount: | | $3,000.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | 008 - Review of Fee and Employment Applications (Professional Services) | | | |
| | | Fee/Employment Objections: Review of and objections to the employment and fee applications of others. | | | |
| 08/02/24 | BA | Review Denton's and other debtor fee applications #539 and #540. | 0.20 | 400.00 | $80.00 |
| 08/30/24 | BA | Review RABO limited objection to employment of Special Counsel for Debtors (.2). | 0.20 | 400.00 | $80.00 |
| | | | Hours | | 0.40 |
| | | | Labor: | | $160.00 |
| | | | Invoice Amount: | | $160.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | 200 - Expenses (Expenses) | | | |
| | | **Expenses** | | | |
| 08/16/24 | BA | Postage: Docket # 562 Supplement to Employment Application of Armory Securities, LLC | 13.00 | 0.73 | $9.49 |
| 08/16/24 | BA | Copy Charge: Docket #562 Supplement to Employment Application of Armory Securities, LLC  ( 2 pages to 13 Recipients). | 26.00 | 0.17 | $4.42 |
| 08/20/24 | BA | Postage: Dockets #571 and 572 - O'Melveny & Myers Motion for Interim Disbursement July 2024 and Notice. | 14.00 | 1.01 | $14.14 |
| 08/20/24 | BA | Copy Charge: Dockets 571 and 572 - O'Melveny Motion for Interim Disbursement and Notice. 8 pages * 14 recipients | 112.00 | 0.17 | $19.04 |
| 08/27/24 | BA | Postage: Elsaesser Anderson Motion for Interim Disbursement for July 2024 and Notice. | 15.00 | 1.01 | $15.15 |
| 08/27/24 | BA | Copy Charge: Elsaesser Anderson Motion for Interim Disbursement for July 2024 and Notice. (7 pages X 15 recipients) | 105.00 | 0.17 | $17.85 |
| 08/29/24 | BA | Postage: Docket #585 O'Melveny First Interim Fee Application. | 15.00 | 1.01 | $15.15 |
| 08/29/24 | BA | Copy Charge: Docket #585 O'Melveny First Interim Fee Application. (13 pages to 15 recipients). | 195.00 | 0.17 | $33.15 |
| 08/30/24 | BA | Postage: #   Notice of O'Melveny Fee Application (101 recipients at the 1oz rate  = $73.73) | 0.73 | 101.00 | $73.73 |

Telephone/Fax: (208) 667-2900

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 08/30/24 | BA | Copy Charge: O'Melveny & Myers Notice of Application for Compensation (4 pages to 101 recipients @ $0 .17 = 68.68) | 404.00 | 0.17 | $68.68 |
| | | | | Invoice Amount: | $270.80 |
| | | | | Total Hours: | 8.10 |
| | | | | Total Labor: | $3,240.00 |
| | | | | Total Expenses: | $270.80 |
| | | | | **Total Invoice Amount:** | **$3,510.80** |
| | | | | **Total Amount Due:** | **$3,510.80** |

## Timekeeper Summary

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| Bruce Anderson | 8.10 | @ 400.000 | 3,240.00 |

Telephone/Fax: (208) 667-2900