Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Tel/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
        golivera@omm.com

*Attorneys for the Official Committee of*
*Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>       Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024
- 1

| | |
|---|---|
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome |
| ☐ Idaho Jersey Girls Jerome Dairy | Dairy) |

**NOTICE OF O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION
FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>AUGUST 1, 2024 THROUGH AUGUST 31, 2024</u>**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, AND ALL
OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "<u>Professional(s)</u>") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing August 1, 2024 and ending August 31, 2024 (the "<u>Application Period</u>"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtors, and the Official Committee of Unsecured Creditors.

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024
- 2

DATE OF MAILING: September 27, 2024

Date: September 27, 2024

/s/ Julian Gurule
O'MELVENY & MYERS LLP
Julian Gurule

/s/ Bruce A. Anderson
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee
of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024 - 4

Meredith L. Thielbahr                    mthielbahr@grsm.com
Kim J. Trout                             ktrout@trout-law.com
Brent R. Wilson                          bwilson@hawleytroxell.com

Dated this 27th day of September 2024.

                                   /s/ Bruce A. Anderson
                                   ELSAESSER ANDERSON, CHTD.
                                   Bruce A. Anderson

## Exhibit A

Invoices

**O'Melveny**

O'Melveny & Myers LLP      T: +1 213 430 6000
400 South Hope Street      F: +1 213 430 6407
18th Floor                 omm.com
Los Angeles, CA  90071-2899

September 27, 2024

**MILLENKAMP CATTLE CHAPTER 11**

For Professional Services Rendered Through August 31, 2024

| | |
|---|---:|
| Total Fees | $220,227.50 |
| Less 15% Discount | (33,034.13) |
| **Total Fees After Adjustment** | **$187,193.37** |
| Total Disbursements | $2,589.59 |
| **Total Current Invoice** | **$189,782.96** |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

09/27/24
Invoice: 1186414
Page No. 2

## MILLENKAMP CATTLE CHAPTER 11

For Professional Services Rendered Through August 31, 2024

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| **B110 CASE ADMINISTRATION** | | | | |
| 08/06/24 | N MOLNER | ATTEND WEEKLY MEETING WITH DEBTORS AND PROFESSIONALS | 0.5 | 535.00 |
| 08/06/24 | M KREMER | UPDATE CALL WITH J. GURULE RE: SITE VISIT AND NEXT STEPS | 0.2 | 281.00 |
| 08/06/24 | J GURULE | CONFERENCE CALL WITH DEBTORS' PROFESSIONALS AND UCC FOR STANDING UPDATE CALL | 0.5 | 692.50 |
| 08/06/24 | J GURULE | PREP FOR STANDING CALL WITH DEBTORS | 0.1 | 138.50 |
| 08/06/24 | M KREMER | WEEKLY CALL WITH DEBTORS' COUNSEL | 0.5 | 702.50 |
| 08/09/24 | G OLIVERA | CONFERENCE CALL WITH OMM TEAM RE: PENDING MATTERS AND CASE STRATEGY | 0.4 | 506.00 |
| 08/09/24 | N MOLNER | CALL WITH OMM TEAM REGARDING CASE STRATEGY | 0.5 | 535.00 |
| 08/09/24 | M KREMER | MEETING WITH OMM TEAM RE: CASE STRATEGY | 0.5 | 702.50 |
| 08/13/24 | G OLIVERA | CONFERENCE CALL WITH DEBTORS' PROFESSIONALS, OMM, AND ARMORY RE: PENDING MATTERS AND CASE STRATEGY | 0.5 | 632.50 |
| 08/13/24 | N MOLNER | CONFERENCE CALL WITH DEBTORS' PROFESSIONALS, OMM, AND ARMORY RE: PENDING MATTERS AND CASE STRATEGY | 0.5 | 535.00 |
| 08/13/24 | M KREMER | STANDING CALL WITH DEBTORS' COUNSEL | 0.5 | 702.50 |
| 08/13/24 | J GURULE | ATTEND WEEKLY UPDATE CALL WITH DEBTORS | 0.5 | 692.50 |
| 08/20/24 | G OLIVERA | CONFER WITH J. GURULE RE: PENDING MATTERS | 0.2 | 253.00 |
| 08/20/24 | M KREMER | WEEKLY CALL WITH DEBTORS' COUNSEL | 0.4 | 562.00 |
| 08/20/24 | G OLIVERA | PARTICIPATE IN CONFERENCE CALL WITH OMM TEAM AND DEBTORS' PROFESSIONALS RE: CASE STRATEGY AND PENDING MATTERS | 0.5 | 632.50 |
| 08/20/24 | N MOLNER | ATTEND WEEKLY CALL WITH DEBTORS AND PROFESSIONALS | 0.5 | 535.00 |
| 08/23/24 | M KREMER | CALL WITH J. GURULE RE: CASE UPDATE AND NEXT STEPS | 0.4 | 562.00 |
| 08/27/24 | N MOLNER | ATTEND WEEKLY CALL WITH DEBTORS AND PROFESSIONALS (.6); UPDATE CASE CALENDAR (.1) | 0.7 | 749.00 |
| 08/27/24 | M KREMER | CALL WITH DEBTORS COUNSEL RE: CASE UPDATE | 0.6 | 843.00 |
| **Total** | **B110 CASE ADMINISTRATION** | | **8.5** | **10,792.00** |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name:  MILLENKAMP CATTLE CHAPTER 11

09/27/24
Invoice: 1186414
Page No.   3

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| **B120 ASSET ANALYSIS & RECOVERY** | | | | |
| 08/09/24 | D KELLY | EMAILS RE: LIEN REVIEW | 0.1 | 107.00 |
| 08/12/24 | T EVANS | DISCUSSIONS AND CORRESPONDENCE WITH D. LEAL REGARDING LIEN REVIEW AND MEMO | 0.8 | 1,140.00 |
| 08/12/24 | D LEAL | REVIEW OF DATA ROOM AND LIEN DOCUMENTATION | 1.3 | 1,118.00 |
| 08/12/24 | D KELLY | LIEN REVIEW (1.6); DRAFT LIEN REVIEW MEMO (.6) | 2.2 | 2,354.00 |
| 08/13/24 | D LEAL | CORRESPONDENCE W/ D. KELLY RE: ADDITIONAL LIEN REVIEW MATERIALS AND REVIEW OF FURTHER DOCUMENTATION | 1.2 | 1,032.00 |
| 08/13/24 | D KELLY | LIEN REVIEW (1.9); DRAFT LIEN REVIEW MEMO (1.2) | 3.1 | 3,317.00 |
| 08/14/24 | D LEAL | CORRESPONDENCE WITH D. KELLY RE: DRAFT LIEN REVIEW ISSUES (.3); MEETING COORDINATION RE: REVIEW AND INSERT DRAFT WORKSTREAM (.2); REVIEW OF FIRST DAY DECLARATION (.8) | 1.3 | 1,118.00 |
| 08/14/24 | D KELLY | LIEN REVIEW (1.7); DRAFT LIEN REVIEW MEMO (4.4) | 6.1 | 6,527.00 |
| 08/15/24 | D KELLY | LIEN REVIEW (3.3); DRAFT LIEN REVIEW MEMO, EMAILS RE: SAME (2.0) | 5.3 | 5,671.00 |
| 08/15/24 | D LEAL | ATTENTION TO MORTGAGE AND LEASE DOCUMENTS (1.4); CORRESPONDENCE W/ D. KELLY RE: LIEN REVIEW MEMORANDUM (.2) | 1.6 | 1,376.00 |
| 08/16/24 | D LEAL | CONFER WITH D. KELLY RE: LIEN REVIEW AND REAL PROPERTY INSERTS (.3); FURTHER REVIEW OF LIEN DOCUMENTATION AND PRECEDENT LIEN REVIEW MEMORANDUM (1.8) | 2.1 | 1,806.00 |
| 08/16/24 | D KELLY | LIEN REVIEW (2.1); DRAFT LIEN REVIEW MEMO (2.0); CALL WITH D. LEAL RE: REAL ESTATE COLLATERAL (.3); EMAILS RE: SAME (.5) | 4.9 | 5,243.00 |
| 08/18/24 | D LEAL | REVIEW OF LIEN DOCUMENTATION AND INITIAL DRAFTING OF REAL PROPERTY INSERTS TO LIEN MEMO | 1.4 | 1,204.00 |
| 08/19/24 | T EVANS | REVIEW AND ANALYSIS OF BANKRUPTCY FILINGS, DECLARATIONS AND OTHER BACKGROUND DOCUMENTS (.4); REVIEW AND ANALYSIS OF MORTGAGES (2.6); CALLS AND CORRESPONDENCE WITH D. LEAL REGARDING MORTGAGE ANALYSIS AND SUMMARY FOR SAME (.2); CORRESPONDENCE WITH BANKRUPTCY TEAM REGARDING LIEN REVIEW (.2) | 3.4 | 4,845.00 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name:  MILLENKAMP CATTLE CHAPTER 11

09/27/24
Invoice: 1186414
Page No.  4

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/19/24 | D LEAL | CORRESPONDENCE WITH T. EVANS RE: MORTGAGE REVIEW AND REAL PROPERTY INSERT (.2); CORRESPONDENCE WITH D. KELLY RE: LIEN REVIEW MEMO REAL PROPERTY INSERT STATUS (.2); CONFERENCE WITH T. EVANS RE: MILLENKAMP MORTGAGE REVIEW AND REAL PROPERTY ISSUES (.2); ATTENTION TO T. EVANS COMMENTS AND REVISIONS TO REAL PROPERTY INSERT (.9) | 1.5 | 1,290.00 |
| 08/19/24 | D KELLY | LIEN REVIEW (2.5); DRAFT LIEN REVIEW MEMO (3.1) | 5.6 | 5,992.00 |
| 08/20/24 | G OLIVERA | EDIT MEMORANDUM ON LIEN PERFECTION OF DEBTORS' ASSETS | 0.7 | 885.50 |
| 08/20/24 | G OLIVERA | COMMUNICATIONS WITH OMM TEAM RE: LIEN REVIEW INVESTIGATION | 0.6 | 759.00 |
| 08/20/24 | N MOLNER | REVIEW DATA ROOM FOR LOAN DOCUMENTS FOR LIEN ANALYSIS | 0.4 | 428.00 |
| 08/20/24 | Z SMITH | CALL WITH T. EVANS ON LIEN REVIEW | 0.4 | 462.00 |
| 08/20/24 | D LEAL | LIEN REVIEW AND INVESTIGATION OF REAL ESTATE ASSETS | 1.8 | 1,548.00 |
| 08/20/24 | D KELLY | LIEN REVIEW (3.7); DRAFT LIEN REVIEW MEMO (1.5) | 5.2 | 5,564.00 |
| 08/20/24 | T EVANS | REVIEW AND ANALYSIS OF MEMO INSERT RELATING TO REAL ESTATE SECURED PROPERTY (.8); CORRESPONDENCE WITH D. LEAL REGARDING SAME (.3); CALLS AND CORRESPONDENCE WITH Z. SMITH REGARDING LIEN REVIEW (.7) | 1.8 | 2,565.00 |
| 08/21/24 | Z SMITH | RESEARCH AND ANALYSIS OF LIEN ISSUES | 2.1 | 2,425.50 |
| 08/21/24 | T EVANS | ATTENTION TO REAL ESTATE SECURITY ANALYSIS (.7); REVIEW OF MEMO INSERT RELATING TO SAME (.4); CORRESPONDENCE WITH D. LEAL REGARDING SAME (.1) | 1.2 | 1,710.00 |
| 08/21/24 | D LEAL | FURTHER DRAFTING OF REAL PROPERTY INSERTS RE: T. EVANS COMMENTS (.7); CORRESPONDENCE WITH T. EVANS RE: SAME (.4); ADDITIONAL REVISIONS TO REAL PROPERTY INSERT RE: T. EVANS' INITIAL COMMENTS (.6); ATTENTION TO D. KELLY'S REVISED MEMORANDUM DRAFT AND REVISIONS TO REAL PROPERTY INSERT RE: D. KELLY COMMENTS (.7); CORRESPONDENCE W/ T. EVANS RE: REVISED REAL PROPERTY INSERT (.4) | 2.8 | 2,408.00 |
| 08/21/24 | D KELLY | LIEN REVIEW (1.4); DRAFT LIEN REVIEW MEMO, RESEARCH RE: PERFECTION OF CERTAIN ASSETS (1.5) | 2.9 | 3,103.00 |
| 08/22/24 | G OLIVERA | REVIEW AND ANALYZE LIEN REVIEW RESEARCH | 0.6 | 759.00 |
| 08/22/24 | G OLIVERA | COMMUNICATIONS WITH OMM TEAM RE: LIEN REVIEW ISSUES | 0.4 | 506.00 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

09/27/24
Invoice: 1186414
Page No. 5

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/22/24 | D LEAL | CONF WITH T. EVANS RE: LIEN REVIEW - PROPERTY INSERT CALL (.6); ATTENTION TO REAL PROPERTY INSERT RE: T. EVANS' COMMENTS; REVIEW MORTGAGE AND NOTE DOCUMENTATION RE: CONVEYANCE ISSUE (1.1); ATTENTION TO LIEN REVIEW ISSUE (.3); CORRESPONDENCE WITH D. KELLY RE: LIEN MEMORANDUM REVISIONS AND REAL PROPERTY INSERT (.4); FURTHER REVISE REAL PROPERTY INSERT (.1) | 2.5 | 2,150.00 |
| 08/22/24 | Z SMITH | CONFER WITH G. OLIVERA RE: LIEN REVIEW | 0.1 | 115.50 |
| 08/22/24 | T EVANS | REVIEW AND ANALYSIS OF DRAFT MEMO REGARDING PERFECTION OF LIENS AND REAL ESTATE INSERTS TO SAME (2.1); MARK COMMENTS TO SAME REVIEW AND ANALYSIS OF MORTGAGES IN CONNECTION WITH SAME (.8); CALLS AND CORRESPONDENCE WITH D. LEAL REGARDING COMMENTS AND POINTS TO BE ADDRESSED IN REDRAFT (.6); CORRESPONDENCE WITH Z. SMITH REGARDING LIEN REVIEW ANALYSIS (.4) | 3.9 | 5,557.50 |
| 08/22/24 | D KELLY | REVIEW REAL ESTATE DRAFT INSERTS RE: LIEN REVIEW MEMO (.9) EMAILS RE: SAME (.2) | 1.1 | 1,177.00 |
| 08/22/24 | J GURULE | REVIEW LIEN REVIEW CORRESPONDENCE | 0.1 | 138.50 |
| 08/23/24 | Z SMITH | CONDUCT FURTHER RESEARCH INTO IDAHO LIEN ISSUES | 1.1 | 1,270.50 |
| 08/23/24 | T EVANS | REVIEW AND ANALYSIS OF CORRESPONDENCE RELATING TO LIEN REVIEW | 0.5 | 712.50 |
| 08/23/24 | D LEAL | REAL PROPERTY LIEN REVIEW (.8); ATTENTION TO REAL PROPERTY INSERT REVISIONS RE: T. EVAN'S COMMENTS (.4); PREPARE COMMENTS FOR D. KELLY'S REVIEW (.4) | 1.6 | 1,376.00 |
| 08/24/24 | Z SMITH | CONFER AND ASSIGN RESEARCH TASKS TO H. MCKINNEY | 0.5 | 577.50 |
| 08/24/24 | H MCKINNEY | CONFERENCE WITH Z. SMITH TO DISCUSS RESEARCH (.6); WORK IN CONNECTION WITH LIEN REVIEW (.8) | 1.4 | 1,204.00 |
| 08/25/24 | D LEAL | ATTENTION TO REAL PROPERTY INSERT RE: T. EVANS' COMMENTS | 1.0 | 860.00 |
| 08/25/24 | H MCKINNEY | LIEN REVIEW RESEARCH (1.8); PREPARE LIEN REVIEW SUMMARY FOR Z. SMITH (1.1) | 2.9 | 2,494.00 |
| 08/25/24 | D KELLY | REVIEW DRAFT REAL ESTATE INSERTS/COMMENTS | 0.9 | 963.00 |
| 08/26/24 | D LEAL | LIEN REVIEW OF REAL ESTATE ASSETS | 0.4 | 344.00 |
| 08/26/24 | Z SMITH | CONFER WITH H. MCKINNEY AND BANKRUPTCY TEAM ON LATEST WORK | 0.6 | 693.00 |
| 08/26/24 | H MCKINNEY | REVIEW IDAHO LIEN DATABASE (.7); REVIEW MORTGAGE AND 2019 MORTGAGE DOCUMENTS (.4) | 1.1 | 946.00 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

09/27/24
Invoice: 1186414
Page No. 6

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/26/24 | T EVANS | CORRESPONDENCE WITH D. LEAL AND Z. SMITH REGARDING LIEN ANALYSIS FOR MEMORANDUM | 0.4 | 570.00 |
| 08/26/24 | D KELLY | REVIEW DOCUMENTS/LIEN REVIEW | 1.9 | 2,033.00 |
| 08/27/24 | N MOLNER | COMMUNICATIONS WITH D. KELLY REGARDING DEBTORS' BANK ACCOUNTS | 0.3 | 321.00 |
| 08/27/24 | Z SMITH | CONFER WITH H. MCKINNEY ON LIEN REVIEW | 0.2 | 231.00 |
| 08/27/24 | D KELLY | REVISE DRAFT LIEN REVIEW MEMO | 4.6 | 4,922.00 |
| 08/27/24 | H MCKINNEY | REVIEW AND COMPILE LIEN REVIEW INFORMATION | 3.1 | 2,666.00 |
| 08/27/24 | C DAVIS | RESEARCH IDAHO LIEN PERFECTION ISSUES | 2.0 | 830.00 |
| 08/28/24 | G OLIVERA | COMMUNICATIONS WITH THE OMM TEAM RE: LIEN REVIEW | 0.3 | 379.50 |
| 08/28/24 | N MOLNER | REVIEW LIEN REVIEW ANALYSIS | 0.2 | 214.00 |
| 08/28/24 | Z SMITH | REVIEW H. MCKINNEY'S WORK ON LIEN ANALYSIS AND SEND EMAIL TO TEAM | 0.3 | 346.50 |
| 08/28/24 | D LEAL | ATTENTION TO Z. SMITH COMMENTS RE: LIEN ISSUES | 0.2 | 172.00 |
| 08/28/24 | D KELLY | REVISE LIEN REVIEW MEMO | 1.3 | 1,391.00 |
| 08/28/24 | C DAVIS | RESEARCH IDAHO LIEN PERFECTION ISSUES | 1.0 | 415.00 |
| 08/29/24 | G OLIVERA | EDIT LIEN REVIEW ANALYSIS | 0.7 | 885.50 |
| 08/29/24 | G OLIVERA | COMMUNICATIONS WITH OMM TEAM RE: LIEN REVIEW | 0.3 | 379.50 |
| 08/29/24 | D LEAL | ATTENTION TO H. MCKINNEY COMMENTS RE: LIEN REVIEW SPREADSHEET | 0.2 | 172.00 |
| 08/29/24 | H MCKINNEY | REVIEW INTERCREDITOR AGREEMENTS AND REVISE LIEN REVIEW SUMMARY DOCUMENT | 1.6 | 1,376.00 |
| 08/30/24 | D KELLY | REVIEW LIEN REVIEW SPREADSHEET | 0.6 | 642.00 |
| **Total** | **B120 ASSET ANALYSIS & RECOVERY** | | **101.7** | **105,788.00** |
| **B150 MEETINGS OF & COMMUNICATION W/ CREDITORS** | | | | |
| 08/12/24 | N MOLNER | REVIEW DRAFT ARMORY DECK FOR UCC BI-WEEKLY MEETING | 0.2 | 214.00 |
| 08/13/24 | J GURULE | REVIEW AND CIRCULATE MEETING AGENDA TO UCC | 0.2 | 277.00 |
| 08/13/24 | G OLIVERA | EDIT AGENDA FOR UCC STANDING CALL | 0.2 | 253.00 |
| 08/13/24 | G OLIVERA | PARTICIPATE IN CONFERENCE CALL WITH THE UNSECURED CREDITORS' COMMITTEE | 0.8 | 1,012.00 |
| 08/13/24 | N MOLNER | COMMUNICATIONS WITH ARMORY TEAM REGARDING DECK FOR UCC MEETING | 0.2 | 214.00 |
| 08/13/24 | N MOLNER | ATTEND STANDING CALL WITH COMMITTEE MEMBERS, OMM TEAM, AND ARMORY TEAM TO DISCUSS CASE STRATEGY AND UPDATES | 0.8 | 856.00 |
| 08/13/24 | J GURULE | UCC MEETING | 0.8 | 1,108.00 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

09/27/24
Invoice: 1186414
Page No.   7

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/15/24 | N MOLNER | ATTEND WEEKLY FINANCING CALL WITH OMM TEAM AND FINANCIAL ADVISORS | 0.5 | 535.00 |
| 08/16/24 | N MOLNER | ATTEND UCC ADVISORS CALL WITH OMM TEAM AND ARMORY TEAM REGARDING CASE STRATEGY | 0.9 | 963.00 |
| 08/16/24 | J GURULE | CONFERENCE CALL WITH G. ZEMAITIS RE STATUS AND NEXT STEPS | 0.8 | 1,108.00 |
| 08/24/24 | J GURULE | MEETING WITH OMM AND ARMORY TEAMS RE STRATEGY, PRESENTATION FOR TUESDAY UCC MEETING | 1.3 | 1,800.50 |
| 08/26/24 | N MOLNER | DRAFT AGENDA FOR UCC WEEKLY MEETING | 0.2 | 214.00 |
| 08/27/24 | N MOLNER | ATTEND BI-WEEKLY CALL WITH COMMITTEE, OMM TEAM, AND ARMORY TEAM | 1.3 | 1,391.00 |
| 08/27/24 | N MOLNER | DRAFT SUMMARY OF UCC MEETING | 0.2 | 214.00 |
| 08/27/24 | N MOLNER | REVISE UCC DECK FOR MEETING WITH COMMITTEE | 0.3 | 321.00 |
| 08/27/24 | J GURULE | UCC MEETING ON MAIN ISSUES, STRATEGY | 0.8 | 1,108.00 |
| 08/27/24 | J GURULE | REVIEW AND FINALIZE MATERIALS FOR UCC MEETING | 0.2 | 277.00 |
| 08/27/24 | J GURULE | CONFERENCE CALL WITH D. NOBLE RE STATUS UPDATE | 0.4 | 554.00 |
| 08/27/24 | J GURULE | EMAILS W COMMITTEE MEMBERS RE AGENDA AND STRATEGY | 0.2 | 277.00 |
| 08/27/24 | M KREMER | WEEKLY CALL WITH COMMITTEE | 1.3 | 1,826.50 |
| 08/27/24 | J GURULE | TC WEEKLY MEETING WITH DEBTORS' ADVISORS | 0.7 | 969.50 |
| 08/28/24 | N MOLNER | DRAFT DECK FOR COMMITTEE MEETING WITH DEBTORS | 0.7 | 749.00 |
| 08/28/24 | N MOLNER | MEETING WITH M. KREMER TO DISCUSS DECK FOR COMMITTEE MEETING WITH DEBTORS | 0.2 | 214.00 |
| 08/28/24 | J GURULE | CONFERENCE CALL WITH D. NOBLE RE STRATEGY | 0.2 | 277.00 |
| 08/28/24 | J GURULE | CORRESPONDENCE W UCC MEMBERS RE STRATEGY AND PROPOSALS | 0.3 | 415.50 |
| 08/29/24 | N MOLNER | REVISE DECK FOR COMMITTEE MEETING WITH DEBTORS PER COMMENTS FROM M. KREMER | 0.5 | 535.00 |
| 08/29/24 | N MOLNER | DRAFT DECK FOR COMMITTEE MEETING WITH DEBTORS | 0.4 | 428.00 |
| 08/29/24 | J GURULE | CONFERENCE CALL WITH UCC ADVISORS RE PLAN OPTIONS | 0.5 | 692.50 |
| 08/29/24 | J GURULE | CORRESPONDENCE W COMMITTEE MEMBERS RE UPDATES, DECK, NEXT STEPS | 0.3 | 415.50 |
| 08/30/24 | J GURULE | CORRESPONDENCE W COMMITTEE MEMBERS RE MEETING W DEBTORS | 0.3 | 415.50 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name:  MILLENKAMP CATTLE CHAPTER 11

09/27/24
Invoice: 1186414
Page No.  8

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| Total | **B150 MEETINGS OF & COMMUNICATION W/ CREDITORS** | | **15.7** | **19,634.50** |
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | |
| 08/07/24 | G OLIVERA | DRAFT FORM COVER SHEET / INTERIM FEE APPLICATION FOR THE ARMORY TEAM | 0.8 | 1,012.00 |
| 08/13/24 | G OLIVERA | REVIEW AND EDIT OMM'S JULY 2024 PROFESSIONAL FEE STATEMENT | 0.8 | 1,012.00 |
| 08/14/24 | G OLIVERA | EDIT O'MELVENY'S JULY 2024 FEE STATEMENT | 0.7 | 885.50 |
| 08/14/24 | M KREMER | REVIEW AND REVISE FEE APPLICATION | 0.5 | 702.50 |
| 08/15/24 | G OLIVERA | DRAFT TALKING POINTS FOR ARMORY RETENTION APPLICATION HEARING | 0.7 | 885.50 |
| 08/15/24 | N MOLNER | DRAFT SUPPLEMENT TO ARMORY APPLICATION PER COURT REQUEST | 1.0 | 1,070.00 |
| 08/15/24 | N MOLNER | RESEARCH NUNC PRO TUNC EMPLOYMENT STANDARD IN IDAHO AND NINTH CIRCUIT | 0.3 | 321.00 |
| 08/16/24 | G OLIVERA | EDIT SUPPLEMENT IN SUPPORT OF ARMORY APPLICATION | 0.4 | 506.00 |
| 08/16/24 | M KREMER | REVIEW AND REVISE SUPPLEMENT TO ARMORY RETENTION APPLICATION | 0.3 | 421.50 |
| 08/18/24 | G OLIVERA | DRAFT O'MELVENY'S JULY 2024 FEE COVER SHEET AND NOTICE | 0.9 | 1,138.50 |
| 08/20/24 | G OLIVERA | COORDINATE FILING OF O'MELVENY'S JULY 2024 FEE COVER SHEET AND NOTICE | 0.4 | 506.00 |
| 08/22/24 | G OLIVERA | COMMUNICATIONS WITH OMM TEAM RE: FEE APPLICATION | 0.3 | 379.50 |
| 08/22/24 | N MOLNER | DRAFT FIRST INTERIM FEE APPLICATION | 1.3 | 1,391.00 |
| 08/23/24 | G OLIVERA | EDIT O'MELVENY FIRST INTERIM FEE APPLICATION AND EXHIBITS | 1.3 | 1,644.50 |
| 08/23/24 | N MOLNER | DRAFT FIRST INTERIM FEE APPLICATION | 0.9 | 963.00 |
| 08/24/24 | N MOLNER | REVISE FIRST INTERIM FEE APPLICATION PER COMMENTS FROM G. OLIVERA | 0.3 | 321.00 |
| 08/25/24 | N MOLNER | REVISE FIRST INTERIM FEE APPLICATIONS PER COMMENTS FROM M. KREMER | 0.1 | 107.00 |
| 08/25/24 | M KREMER | REVIEW AND REVISE INTERIM FEE APPLICATION | 0.3 | 421.50 |
| 08/27/24 | N MOLNER | COMMUNICATIONS WITH B. ANDERSON REGARDING FIRST INTERIM FEE APP | 0.2 | 214.00 |
| 08/28/24 | N MOLNER | REVIEW AND COMMENT ON ARMORY FEE APPLICATION | 0.6 | 642.00 |
| 08/29/24 | N MOLNER | COMMUNICATIONS WITH B. ANDERSON REGARDING FIRST INTERIM FEE APP | 0.3 | 321.00 |
| 08/29/24 | N MOLNER | REVISE FIRST INTERIM FEE APP PER COMMENTS FROM B. ANDERSON | 0.6 | 642.00 |
| 08/30/24 | G OLIVERA | REVIEW ARMORY'S PROPOSED FEE COVER APPLICATIONS | 0.4 | 506.00 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

09/27/24
Invoice: 1186414
Page No. 9

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/30/24 | N MOLNER | DRAFT EMAIL TO D. MCDONALD REGARDING ARMORY FEE APPLICATION | 0.2 | 214.00 |
| 08/31/24 | N MOLNER | CALL WITH G. OLIVERA REGARDING ARMORY FEE APP | 0.1 | 107.00 |
| 08/31/24 | N MOLNER | COMMUNICATIONS WITH L. MCCUMBER REGARDING FILING REQUIREMENTS RE: FEE APP | 0.1 | 107.00 |
| 08/31/24 | N MOLNER | CALL WITH D. MCDONALD REGARDING ARMORY FEE APP | 0.1 | 107.00 |
| **Total** | **B160 FEE/EMPLOYMENT APPLICATIONS** | | **13.9** | **16,548.00** |
| **B185 ASSUMPTION/REJECTION LEASES/CONTRACTS** | | | | |
| 08/12/24 | M KREMER | REVIEW EAST VALLEY DEVELOPMENT FILING (.3); EMAIL WITH OMM TEAM RE: SAME (.1) | 0.4 | 562.00 |
| 08/13/24 | G OLIVERA | DRAFT SUMMARY FOR UCC ON EVD MOTION TO COMPEL ASSUMPTION/REJECTION OF CONTRACTS | 0.4 | 506.00 |
| 08/13/24 | G OLIVERA | REVIEW AND ANALYZE EVD MOTION TO COMPEL ASSUMPTION/REJECTION OF CONTRACTS | 0.5 | 632.50 |
| 08/13/24 | N MOLNER | REVIEW AND COMMENT ON DRAFT SUMMARY OF EAST VALLEY MOTION TO COMPEL ASSUMPTION | 0.2 | 214.00 |
| 08/13/24 | M KREMER | REVIEW AND REVISE MOTION RE: EVD MOTION TO COMPEL ASSUMPTION | 0.2 | 281.00 |
| 08/16/24 | J GURULE | CONFERENCE CALL WITH S. FREEMAN RE DIGESTER | 0.2 | 277.00 |
| **Total** | **B185 ASSUMPTION/REJECTION LEASES/CONTRACTS** | | **1.9** | **2,472.50** |
| **B190 OTHER CONTESTED MATTERS** | | | | |
| 08/06/24 | J GURULE | CONFERENCE CALL WITH M. KREMER RE OPEN ITEMS | 0.5 | 692.50 |
| 08/13/24 | G OLIVERA | REVIEW AND ANALYZE SITE VISIT SUMMARY AND BI-WEEKLY VARIANCE REPORT FOR THE UCC | 0.6 | 759.00 |
| 08/13/24 | G OLIVERA | REVIEW DEBTORS' AUGUST 2024 STATUS UPDATE | 0.1 | 126.50 |
| 08/14/24 | M KREMER | PREPARE FOR HEARING | 0.3 | 421.50 |
| 08/15/24 | G OLIVERA | ANALYZE POTENTIAL CAUSES OF ACTION IN CONNECTION WITH COMMITTEE INVESTIGATION | 1.4 | 1,771.00 |
| 08/15/24 | G OLIVERA | PARTICIPATE IN STATUS CONFERENCE | 0.2 | 253.00 |
| 08/15/24 | N MOLNER | ATTEND OMNIBUS HEARING | 0.3 | 321.00 |
| 08/15/24 | M KREMER | PREPARE FOR AND ATTEND HEARING | 0.9 | 1,264.50 |
| 08/16/24 | G OLIVERA | CONFERENCE CALL WITH OMM AND ARMORY TEAM RE: CASE STRATEGY | 0.9 | 1,138.50 |
| 08/29/24 | J GURULE | EMAIL TO D. HEIDA RE MEETING | 0.1 | 138.50 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

09/27/24
Invoice: 1186414
Page No. 10

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| **Total** | **B190 OTHER CONTESTED MATTERS** | | **5.3** | **6,886.00** |
| **B195 NON-WORKING TRAVEL** | | | | |
| 08/01/24 | J GURULE | TRAVEL BACK FROM TWIN FALLS TO LA (ACTUAL TIME 3.8 - 50% DISCOUNT) | 1.9 | 2,631.50 |
| **Total** | **B195 NON-WORKING TRAVEL** | | **1.9** | **2,631.50** |
| **B210 BUSINESS OPERATIONS** | | | | |
| 08/09/24 | G OLIVERA | ANALYSIS FOR PRESENTATION TO UCC RE: DEBTORS' BUSINESS OPERATIONS | 1.1 | 1,391.50 |
| 08/09/24 | J GURULE | ANALYSIS OF DEBTORS' BUSINESS OPERATIONS FOR UCC | 1.5 | 2,077.50 |
| 08/10/24 | G OLIVERA | COMMUNICATIONS WITH OMM AND ARMORY TEAMS RE: ANALYSIS FOR COMMITTEE ON COMPANY BUSINESS OPERATIONS | 0.3 | 379.50 |
| 08/12/24 | G OLIVERA | REVIEW AND ANALYZE THE DEBTORS' APRIL 2024 FINANCIALS | 0.7 | 885.50 |
| 08/12/24 | G OLIVERA | REVIEW DEBTORS' INSURANCE QUOTES AND POLICIES | 0.2 | 253.00 |
| 08/12/24 | G OLIVERA | REVIEW AND EDIT ANALYSIS RE: DEBTORS' BUSINESS OPERATIONS FOR THE UCC | 0.4 | 506.00 |
| 08/30/24 | G OLIVERA | REVIEW AND ANALYZE THE DEBTORS' MAY MONTHLY FINANCIAL STATEMENTS | 0.6 | 759.00 |
| 08/30/24 | G OLIVERA | REVIEW AND ANALYZE THE DEBTORS' JULY OPERATING REPORTS | 0.7 | 885.50 |
| **Total** | **B210 BUSINESS OPERATIONS** | | **5.5** | **7,137.50** |
| **B230 FINANCING/CASH COLLATERAL** | | | | |
| 08/02/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' WEEKLY VARIANCE REPORTING | 0.6 | 759.00 |
| 08/07/24 | J GURULE | EMAILS W D MCDONALD RE BUDGET | 0.1 | 138.50 |
| 08/08/24 | G OLIVERA | COMMUNICATIONS WITH DEBTORS' PROFESSIONALS RE: EXIT FINANCING | 0.3 | 379.50 |
| 08/08/24 | G OLIVERA | CONFERENCE CALL WITH DEBTORS FINANCIAL ADVISORS RE: EXIT FINANCING | 0.3 | 379.50 |
| 08/08/24 | J GURULE | ANALYSIS OF FA EMAILS RE FINANCING PROCESS | 0.2 | 277.00 |
| 08/09/24 | G OLIVERA | REVIEW AND ANALYZE WEEKLY DIP VARIANCE REPORTING | 0.7 | 885.50 |
| 08/13/24 | J GURULE | CONFERENCE CALL WITH D. MCDONALD RE PLAN STRATEGY | 0.3 | 415.50 |
| 08/14/24 | G OLIVERA | REVIEW AND ANALYZE INFORMATION GATHERED FROM DEBTORS' INVESTMENT BANKERS IN CONNECTION WITH POTENTIAL EXIT FINANCING | 1.1 | 1,391.50 |
| 08/15/24 | G OLIVERA | REVIEW AND ANALYZE THE DEBTORS' WEEKLY VARIANCE REPORTING | 0.8 | 1,012.00 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name:  MILLENKAMP CATTLE CHAPTER 11

09/27/24
Invoice: 1186414
Page No.   11

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/15/24 | G OLIVERA | COMMUNICATIONS WITH DEBTORS' PROFESSIONALS RE: EXIT FINANCING | 0.5 | 632.50 |
| 08/15/24 | M KREMER | FORBES FINANCING UPDATE CALL | 0.5 | 702.50 |
| 08/22/24 | G OLIVERA | REVIEW AND ANALYZE WEEKLY DIP VARIANCE REPORTING PACKAGE | 0.7 | 885.50 |
| 08/22/24 | G OLIVERA | COMMUNICATIONS WITH DEBTORS' PROFESSIONALS AND SECURED LENDERS RE: EXIT FINANCING | 0.3 | 379.50 |
| 08/22/24 | J GURULE | REVIEW CORRESPONDENCE FROM RABO | 0.3 | 415.50 |
| 08/22/24 | J GURULE | ANALYSIS OF WEEKLY FINANCING UPDATE MATERIALS | 0.2 | 277.00 |
| 08/22/24 | J GURULE | CONFERENCE CALL WITH D. MCDONALD RE FINANCING CALL | 0.1 | 138.50 |
| 08/22/24 | J GURULE | ATTEND FORBES FINANCING CALL | 0.2 | 277.00 |
| 08/23/24 | J GURULE | CONFERENCE CALL WITH D. MCDONALD RE FINANCING | 0.1 | 138.50 |
| 08/28/24 | G OLIVERA | COMMUNICATION WITH DEBTORS' PROFESSIONALS AND ARMORY RE: EXIT FINANCING | 0.3 | 379.50 |
| 08/29/24 | N MOLNER | ATTEND CALL WITH FORBES | 0.5 | 535.00 |
| 08/29/24 | N MOLNER | RESEARCH PLAN CONFIRMATION ISSUES | 0.5 | 535.00 |
| 08/29/24 | J GURULE | FORBES FINANCING CALL | 0.4 | 554.00 |
| 08/30/24 | G OLIVERA | REVIEW SUMMARY OF DEBTORS' PROFESSIONALS CALL ON EXIT FINANCING | 0.2 | 253.00 |
| 08/30/24 | G OLIVERA | REVIEW AND ANALYZE WEEKLY DIP VARIANCE REPORTING | 0.7 | 885.50 |
| **Total** | **B230 FINANCING/CASH COLLATERAL** | | **9.9** | **12,626.50** |
| **B300 CLAIMS & PLAN** | | | | |
| 08/05/24 | G OLIVERA | REVIEW VALLEY WIDE COOP MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM | 0.2 | 253.00 |
| **Total** | **B300 CLAIMS & PLAN** | | **0.2** | **253.00** |
| **B320 PLAN & DISCLOSURE STATEMENT** | | | | |
| 08/14/24 | M KREMER | REVIEW TERM SHEETS AND FORBES UPDATE RE: EXIT FINANCING | 0.5 | 702.50 |
| 08/14/24 | J GURULE | CONFERENCE CALL WITH D. MCDONALD RE CASE STRATEGY | 0.2 | 277.00 |
| 08/14/24 | J GURULE | ANALYSIS OF PLAN AND VALUATION ISSUES, AND PLAN STRATEGY | 0.5 | 692.50 |
| 08/16/24 | M KREMER | MILLENKAMP UCC ADVISORS CALL RE: PLAN OPTIONS | 1.0 | 1,405.00 |
| 08/16/24 | J GURULE | UCC ADVISORS STRATEGY CALL | 0.8 | 1,108.00 |
| 08/18/24 | N MOLNER | DRAFT PROPOSED PLAN TERM SHEET | 0.7 | 749.00 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name:  MILLENKAMP CATTLE CHAPTER 11

09/27/24
Invoice: 1186414
Page No.   12

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/20/24 | G OLIVERA | EDIT PROPOSED MILLENKAMP PLAN OF REORGANIZATION TERM SHEET | 0.8 | 1,012.00 |
| 08/20/24 | J GURULE | CONFERENCE CALL WITH DEBTORS ADVISORS RE WEEKLY STATUS | 0.5 | 692.50 |
| 08/20/24 | J GURULE | REVIEW AND COMMENT ON PLAN TERM SHEET | 0.4 | 554.00 |
| 08/22/24 | N MOLNER | CALL WITH J. GURULE REGARDING PLAN STRATEGY | 0.2 | 214.00 |
| 08/22/24 | N MOLNER | REVIEW RABO EMAIL AND LETTER REGARDING DEBTORS' FINANCING PROCESS | 0.2 | 214.00 |
| 08/22/24 | N MOLNER | RESEARCH RE: PLAN STRATEGY ISSUES | 0.4 | 428.00 |
| 08/22/24 | J GURULE | EMAIL TO MOLNER RE PLAN RESEARCH | 0.1 | 138.50 |
| 08/22/24 | J GURULE | OUTLINE PLAN STRATEGY OPTIONS | 0.4 | 554.00 |
| 08/23/24 | G OLIVERA | COMMUNICATIONS WITH OMM TEAM RE: PLAN ALTERNATIVES | 0.3 | 379.50 |
| 08/23/24 | G OLIVERA | REVIEW AND ANALYZE EMAIL MEMO RE: PLAN STRATEGY | 0.2 | 253.00 |
| 08/23/24 | N MOLNER | DRAFT EMAIL TO J. GURULE AND M. KREMER REGARDING PLAN STRATEGY RESEARCH | 0.3 | 321.00 |
| 08/23/24 | N MOLNER | RESEARCH ISSUES FOR PLAN STRATEGY | 0.8 | 856.00 |
| 08/23/24 | J GURULE | ANALYSIS OF PLAN OPTIONS AND RELATED RESEARCH | 0.6 | 831.00 |
| 08/23/24 | J GURULE | CONFERENCE CALL WITH M. KREMER RE PLAN STRATEGY | 0.4 | 554.00 |
| 08/23/24 | J GURULE | REVIEW PLAN RESEARCH FROM N. MOLNER | 0.1 | 138.50 |
| 08/24/24 | M KREMER | CALL WITH OMM AND ARMORY TEAM RE: REFINANCING/PLAN PROCESS | 1.0 | 1,405.00 |
| 08/24/24 | N MOLNER | ATTEND CALL WITH ARMORY TEAM AND OMM TEAM TO DISCUSS PLAN STRATEGY | 1.0 | 1,070.00 |
| 08/24/24 | J GURULE | DRAFT OUTLINE FOR UCC PRESENTATION MATERIALS | 0.5 | 692.50 |
| 08/25/24 | M KREMER | REVIEW AND COMMENT ON OUTLINE FOR DECK (.2); EMAILS WITH OMM TEAM RE: SAME (.1) | 0.3 | 421.50 |
| 08/26/24 | M KREMER | REVIEW AND REVISE RESPONSE TO ARMORY ON OPEN QUESTIONS FOR TERM SHEET/DECK | 0.2 | 281.00 |
| 08/26/24 | N MOLNER | DRAFT PROPOSED RESPONSE TO QUESTIONS FROM ARMORY REGARDING PLAN ALTERNATIVES DECK FOR UCC | 0.5 | 535.00 |
| 08/26/24 | N MOLNER | REVISE ARMORY PLAN ALTERNATIVES DECK TO UCC | 1.0 | 1,070.00 |
| 08/26/24 | J GURULE | REVIEW TERM SHEET COMMENTS | 0.3 | 415.50 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

09/27/24
Invoice: 1186414
Page No.   13

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/26/24 | M KREMER | DRAFT AND REVISE DECK OF PLAN ALTERNATIVES AND PREPARE FOR COMMITTEE MEETING (1.5); SEVERAL EMAILS WITH OMM TEAM RE: THE SAME (.4); FURTHER REVISE DECK (.6) | 2.5 | 3,512.50 |
| 08/26/24 | J GURULE | ANALYSIS OF STRATEGY AND PLAN ISSUES | 0.3 | 415.50 |
| 08/27/24 | M KREMER | REVIEW AND REVISE UCC TERM SHEET | 0.5 | 702.50 |
| 08/27/24 | M KREMER | REVIEW AND REVISE DECK OF ALTERNATIVE PLAN OPTIONS | 1.5 | 2,107.50 |
| 08/27/24 | J GURULE | CORRESPONDENCE W M KREMER AND N MOLNER RE PLAN STRUCTURE | 0.1 | 138.50 |
| 08/28/24 | G OLIVERA | REVIEW AND ANALYZE PRELIMINARY PLAN ALTERNATIVES FOR THE UCC'S CONSIDERATION | 0.8 | 1,012.00 |
| 08/28/24 | N MOLNER | CALL WITH J. GURULE AND M. KREMER REGARDING PLAN STRATEGY | 0.5 | 535.00 |
| 08/28/24 | N MOLNER | DRAFT EMAIL TO J. CHOI AND M. MANASHEROB REGARDING PLAN MODELING FOR DECK | 0.2 | 214.00 |
| 08/28/24 | N MOLNER | CALL WITH J. CHOI REGARDING PLAN MODELING | 0.2 | 214.00 |
| 08/28/24 | M KREMER | REVIEW AND REVISE TERM SHEET (.6); CALL RE: TERM SHEET (.5); CONFER WITH N. MOLNER AND J. GURULE RE: DECK AND OUTLINE OPTIONS (.6) | 1.7 | 2,388.50 |
| 08/28/24 | J GURULE | CONFERENCE CALL WITH M. KREMER AND MOLNER RE PLAN STRATEGY, MATERIALS | 0.5 | 692.50 |
| 08/29/24 | N MOLNER | ATTEND CALL WITH OMM TEAM AND ARMORY TEAM REGARDING PLAN MODELING | 0.4 | 428.00 |
| 08/29/24 | M KREMER | FORBES FINANCING CALL (.5); CALL WITH OMM AND ARMORY TEAM RE: PLAN ALTERNATIVES (.5); REVIEW AND REVISE DECK (.9) | 1.9 | 2,669.50 |
| 08/29/24 | J GURULE | CONFERENCE CALL RE: PLAN STRATEGY WITH POTENTIAL ESTATE ADVISOR | 0.3 | 415.50 |
| 08/30/24 | G OLIVERA | REVIEW PROPOSED UCC PLAN TERM SHEET | 0.3 | 379.50 |
| 08/30/24 | G OLIVERA | REVIEW COMMUNICATIONS WITH THE UCC RE: PLAN OPTIONS | 0.4 | 506.00 |
| 08/30/24 | G OLIVERA | REVIEW AND EDIT PLAN STRATEGY ANALYSIS FOR THE UCC | 0.7 | 885.50 |
| 08/30/24 | J GURULE | CORRESPONDENCE WITH D. HEIDA RE MEETING WITH UCC | 0.2 | 277.00 |
| **Total** | **B320 PLAN & DISCLOSURE STATEMENT** | | **27.2** | **35,458.00** |
| **Total** | | | **191.7** | **$220,227.50** |

| | | |
|---|---|---|
| **Less 15% Discount** | | (33,034.13) |
| **Total Fees After Adjustment** | | 187,193.37 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name:  MILLENKAMP CATTLE CHAPTER 11

09/27/24
Invoice: 1186414
Page No.   14

## Disbursements

| | |
|---|---|
| Copying | $21.25 |
| Document Production | 145.80 |
| Expense Report Other (Incl. Out of Town Travel) | 932.08 |
| Online Research | 1,490.46 |
| **Total Disbursements** | **$2,589.59** |

| | |
|---|---|
| **Total Current Invoice** | **$189,782.96** |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

09/27/24
Invoice: 1186414
Page No.   15

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| TIM EVANS | Partner | 1,425.00 | 12.0 | 17,100.00 |
| MATTHEW P. KREMER | Partner | 1,405.00 | 18.9 | 26,554.50 |
| JULIAN GURULE | Partner | 1,385.00 | 20.5 | 28,392.50 |
| **Total for Partner** | | | **51.4** | **72,047.00** |
| GABRIEL L. OLIVERA | Counsel | 1,265.00 | 31.2 | 39,468.00 |
| **Total for Counsel** | | | **31.2** | **39,468.00** |
| ZACH SMITH | Associate | 1,155.00 | 5.3 | 6,121.50 |
| DECLAN P. KELLY | Associate | 1,070.00 | 45.8 | 49,006.00 |
| NICOLE MOLNER | Associate | 1,070.00 | 24.0 | 25,680.00 |
| DANIEL W. LEAL | Associate | 860.00 | 20.9 | 17,974.00 |
| HATTIE MCKINNEY | Associate | 860.00 | 10.1 | 8,686.00 |
| **Total for Associate** | | | **106.1** | **107,467.50** |
| CHRISTINE A. DAVIS | Librarian | 415.00 | 3.0 | 1,245.00 |
| **Total for Librarian** | | | **3.0** | **1,245.00** |
| **Total** | | | **191.7** | **220,227.50** |