Case 24-40158-NGH    Doc 640-2    Filed 09/30/24    Entered 09/30/24 19:30:44    Desc Exhibit Exhibit B - Liquidation Analysis    Page 1 of 1

EXHIBIT B

|  | 12/31/2024 Forecast | Est. Ch 7 Recovery | Est. Liquidation Proceeds (Dark) |  |
|---|---|---|---|---|
| **Assets** |  |  |  |  |
| Cash | $ 7,583 | 0% | $ - | Assumed Used up in Wind Down |
| Accounts Receivable | 19,370 | 60% | 11,622 | Collectibility issues with EVD and Calf Ranch Customers in Wind Down |
| Feed Inventory | 27,951 | 25% | 6,988 | Used up in Wind Down, significant discount on silage/haylage in pits |
| Investment in Growing Crops | 300 | 0% | - | Included in land sales |
| Steer Inventory | 7,944 | FMV | 10,476 | 12,471 head with avg weight of 400lbs at $2.1 blended price per lb |
| Medicine & Fuel Inventory | 1,000 | 0% | - | Used up in Wind Down |
| Prepaid Expenses | 1,746 | 0% | - |  |
| Dairy Herd |  |  |  |  |
| Cows | 51,866 | FMV | 76,512 | 39,850 head at $2,150 per head (Davis) (20% Cull Rate at $1,000) |
| Heifers | 40,641 | FMV | 42,925 | 34,340 head at $1,250 per head (Davis) |
| Real Property | 298,457 |  |  |  |
| Moonshine Ranch |  | FMV | 6,500 | Appraisal |
| Goose Ranch |  | FMV | 12,000 | Appraisal |
| McGregor & Ridgeway |  | FMV | 5,400 | Appraisal |
| Canyon Lands |  | FMV | 16,000 | Appraisal |
| German Dairy |  | FMV | 4,100 | Appraisal |
| Jersey Girls Dairy |  | FMV | 2,700 | Appraisal |
| Calf Ranch |  | FMV |  |  |
| Land |  | FMV | 9,668 | 75% of Appraisal |
| Improvements |  | FMV | 5,853 | 30% of Appraisal |
| East Valley Dairy |  | FMV |  |  |
| Land |  | FMV | 73,593 | 75% of Appraisal |
| Improvements |  | FMV | 80,269 | 25% of Appraisal |
| Machinery, Trucks, Trailers & Equipment | 42,382 | FMV | 20,451 | Harding Appraisal |
| Accumulated Depreciation | (77,401) | 0% | - |  |
| Deposits | 1,602 | 0% | - |  |
| Lease Assets | 4,024 | 0% | - |  |
| Investment in Affiliated Entities | 3,679 | 25% | 920 |  |
| Investment in Patron's Equity | 1,311 | 25% | 328 |  |
| Loan Fees | 1,448 | 0% | - |  |
| Less Sale Costs |  |  | (28,008) | 7.5% cost of sale |
| Net Admin & Operating Expenses Through Wind Down |  |  | (10,000) | Estimated Feed, Vet, Utility, Labor, net of milk check |
|  | $ 433,903 |  | $ 348,296 |  |
|  |  |  |  |  |
| **Liabilities** |  |  |  |  |
| **Administrative Expense Claims** |  |  |  |  |
| Professional Fees |  |  | 1,604 |  |
| Priority and 503(b)9 Payments |  |  | 5,305 |  |
| Post Petition Accounts Payable |  |  | 3,000 |  |
| Trustee Fees |  |  |  |  |
|  |  |  |  |  |
| **Secured Debt** |  |  |  |  |
| Sandton |  |  | 21,783 |  |
| Rabobank |  |  | 90,953 |  |
| MetLife |  |  | 184,178 |  |
| Conterra |  |  | 19,002 |  |
| Prepetition Accounts Payable with Liens |  |  | 3,209 |  |
| Pre Petition Accrued Fees & Interest |  |  | 3,631 |  |
| Post Petition Professional Fees (Secured Lenders) |  |  | 4,750 |  |
|  |  |  |  |  |
| **Total Available for Unsecured Pre-Petition Payables** |  |  | $ 10,881 |  |
|  |  |  |  |  |
| Unsecured Pre-petition payables |  |  | $ 27,894 |  |
| Recovery % |  |  | 39.01% |  |