**EXHIBIT E**

| Creditor | Claim Amount |
|---|---|
| A&K Trucking | $ 12,296.17 |
| AAA CowComfort, LLC | $ 48,013.58 |
| ABS Global, Inc. | $ 629,767.46 |
| Addison Biological Lab | $ 26,490.00 |
| Aden Brook Trading Corp. | $ 557,742.06 |
| ADM National Nutrition | $ 30,705.10 |
| Ag-Rows, Inc. | $ 61,022.20 |
| Ah-Zet Dairy | $ 629.75 |
| Airgas USA LLC | 8385.68 |
| All Wireless Communications | $ - |
| Allegiance Dairy Services | $ 536.23 |
| Al-Mar Dairy | $ 55,800.00 |
| Amalgamated Sugar | $ - |
| American Calf Products | $ - |
| American Express | $ 176,422.91 |
| AMI Supply | $ 84.15 |
| Arnold Machinery | $ 205,590.00 |
| Automation Werx | $ 251,143.50 |
| B&H Farming | $ - |
| Badger Bearing PTP, Inc. | $ 12,518.53 |
| Bear Necessities Portable Restrooms | $ - |
| Black Cat Dairy | $ 51,150.00 |
| Black Eagle Construction LLC | $ - |
| Black Pine Construction, LLC | $ 3,030.00 |
| BLN Huettig Farms | $ - |
| Boyce Equipment & Parts Co., Inc. | $ 10,191.19 |
| Brandi Bartholomew | |
| Brett Jensen Farms | $ 318,774.70 |
| BS&R Design & Supplies | $ 1,574.29 |
| BUNGE Canada | $ 1,159,843.85 |
| Burks Tractor | $ - |
| Butte Irrigation | $ 204,689.93 |
| Capital One | $ - |
| Carne I Corp. | $ 307,140.22 |
| Cellco Partnership dba Verizon | $ - |
| CenturyTel Service Group dba Century Link | $ - |
| Ciocca Dairy | $ 933.75 |
| Circle C Equipment | $ 15,129.59 |
| Citi Cards | $ - |
| Clear Lakes Products | $ 687,272.04 |

| | | |
|---|---|---:|
| Clear Water Products | $ | 658,702.40 |
| Coastline Equipment | $ | 7,457.35 |
| Colonial Life Processing Center | $ | - |
| Commodities Plus | $ | 20,472.00 |
| Connie Lapaseotes, Ltd. | | |
| Conrad & Bischoff Inc. | $ | - |
| Dairy Tech | $ | 28,925.49 |
| Daniels Manufacturing | $ | 65.98 |
| Daritech | $ | 1,219.12 |
| Darling Ingredients | $ | 23,841.60 |
| David Clark/Clark Ambulatory | $ | 8,163.70 |
| Department of Treasury - Internal Revenue Service | $ | 118,825.85 |
| Diamond B Dairy | $ | 16,550.00 |
| Double V, LLC | $ | 7,350.00 |
| Eagle View East | $ | 1,392.50 |
| Eagle View Farms | $ | 4,214.50 |
| East Valley Development, LLC | $ | - |
| Eide Bailey | $ | 214,291.60 |
| Electrical Werx & Construction | $ | 81,740.51 |
| Element Heating & Cooling | $ | 34,813.00 |
| Elevation Electric | $ | 609,199.60 |
| Evans Plumbing | $ | 10,624.12 |
| Farmore | $ | 37,220.97 |
| Fastenal Company | $ | - |
| Fergusun Enterprises, Inc. | $ | 6,880.07 |
| Floyd Lilly Company, Inc. | $ | 216.74 |
| Franklin Building Supply | $ | 4,833.63 |
| Fredin Brothers, Inc. | | |
| G.J. Verti-line Pumps, Inc. | $ | 157,413.31 |
| Galeno's Trucking | $ | 2,324.64 |
| Gem State Welders Supply, Inc. | $ | 2,862.68 |
| Givens Pursley LLP | $ | 109,955.03 |
| Great America Financial | $ | - |
| Green Source Automation | $ | 390,780.83 |
| Harper Family Partnership | $ | 213,802.20 |
| Hatfield Manufacturing, Inc. | $ | 1,729.75 |
| Heeringa Construction | $ | 19,500.00 |
| High Desert Dairy System | $ | 754.22 |
| Holesinksy Farms, LLC | $ | 226,291.80 |
| IBA Magic Valley Dairy System | $ | 3,191.74 |
| Idaho Dept of Lands | $ | 546.12 |
| Idaho Power | $ | - |
| Idaho State Tax Commission | $ | 169.56 |

| | | |
|---|---|---|
| Idaho Udder Health Systems | $ | 322.00 |
| J&C Hoof Trimming, Inc. | $ | 43,417.00 |
| J.D. Heiskell & Co. | $ | 619,291.96 |
| James Farrell & Company | $ | 44,041.20 |
| JF Farms, Inc. | $ | 205,674.88 |
| JP Morgan Chase | $ | 14,410.79 |
| K&R Rental, Inc. | $ | 80.00 |
| Kinghorn Medical LLC | $ | 135.00 |
| Landview Inc. | $ | 8,219,236.00 |
| Leedstone | $ | 14,777.79 |
| Liberty Basin LLC | $ | - |
| Llanos Trucking LLC | $ | 52,590.00 |
| Macrae Custom Farming | $ | 85,224.00 |
| Magaw Industries | $ | 351.45 |
| Magic Valley Equipment, Inc. | $ | 156.02 |
| Magic Valley Hydraulics & Repair LLC | $ | 4,628.58 |
| McAlvain Concrete, Inc. c/o Big-D Companies | $ | - |
| Merck Animal Health/Allflex | $ | 88,768.22 |
| MicroProteins | $ | 174,851.69 |
| Minidoka Irrigation District | $ | - |
| Napa Auto Parts | $ | 39,093.50 |
| Nelson Farms LLC | $ | 94,000.00 |
| Nevin, Benjamin, McKay & Barlett | $ | 215.00 |
| Norco, Inc. | $ | 46.38 |
| North Side Canal Company | $ | - |
| Novoa Trucking | $ | 42,313.70 |
| Overhead Door | $ | - |
| Pacific Steel & Recylcing | $ | 58,101.65 |
| Pan American Life Insurance | $ | - |
| Penn Millers Insurance Co. c/o Chubb Agribusiness | $ | - |
| Pivot Man Inc./Robin Jones | $ | 822.51 |
| Premier Truck Group (PTG of Idaho LLC) | $ | 98,109.08 |
| Prime Ridge Beef, LLC | $ | - |
| Pro Rentals & Sales | $ | 20,705.49 |
| Pro Tech Service Company | $ | 245.12 |
| Progressive Dairy Service & Supply | $ | 133,421.55 |
| Quality Truss | $ | 5,207.18 |
| Quill Corporation | $ | 592.38 |
| Raft River Highway District | $ | 217,606.50 |
| Raft River Rural Electric | $ | - |
| Rangen (Wilbur-Ellis) | $ | 528,827.61 |
| Riveron RTS, LLC | $ | - |

| | | |
|---|---|---:|
| Rocky Mountain Agronomics | $ | 724,567.94 |
| Rocky Mountain Pharma | $ | 300.00 |
| Rogers Machinery | $ | 40,001.71 |
| S&O Mata Trucking, LLC | $ | 24,090.00 |
| Schaeffer Manufacturing Co. | $ | 55,482.70 |
| Schmidt Cattle Hauling | $ | 300.00 |
| Schow's Auto Parts & Truck Center/Interstate Billing Service, Inc. | $ | 46,569.15 |
| SeCon, LLC | $ | 121,800.00 |
| Select Sires Mid America, Inc. | $ | 57,471.71 |
| Silva Brothers | $ | 15,475.00 |
| SiteOne Landscape | $ | 34,493.64 |
| Six States Distributors Inc. | $ | 295.39 |
| Sprinkler Shop Inc. | $ | 11,866.50 |
| ST Genetics | $ | 67,106.89 |
| State Insurance Fund | $ | - |
| Stotz Equipment | $ | 30.26 |
| Streamline Precision | $ | 43,090.25 |
| Stukenholtz Laboratory | $ | 1,470.00 |
| T.L.K. Dairy Inc. | $ | 20,646.75 |
| Tacoma Screw Products | $ | 26,645.49 |
| Taqueria Tamazula Trucking | $ | 25,498.00 |
| The Dairy Solutions Group | $ | 289,003.41 |
| TMG Services | $ | 1,291.08 |
| Toshiba Financial Services | $ | - |
| Triple B Farms | $ | 124,965.00 |
| Twin Falls Canal Co. | $ | - |
| Udder Health Systems | $ | 5,713.10 |
| Uline | $ | - |
| United Electric Coop | $ | - |
| United Wholesale Mortgage | $ | 2,101.78 |
| Urgent Care of Jerome | $ | 626.35 |
| US Commodities LLC | $ | 103,274.64 |
| V&M Trucking LLC | $ | 17,710.00 |
| Valley Wide Coop | $ | 389,201.60 |
| Vanden Bosch Inc. | $ | 863.58 |
| Vandyk Dairy | $ | 67,100.00 |
| Vantage Dairy Supplies LLC | $ | 37,995.54 |
| Viserion Grain LLC | $ | 3,528,281.42 |
| Viterra Grain LLC | $ | 2,620,644.28 |
| WAG Services | $ | 231,036.76 |
| WageWorks Inc. | $ | 582.25 |
| Watts Hydraulic & Repair | $ | 20,723.92 |

| | | |
|---|---|---:|
| Watts Machine & Fabrication | $ | 53,077.80 |
| Webb Nursery | $ | 18.11 |
| Wendell Truck and Auto | $ | 3,126.49 |
| Westec Concrete Cutting LLC | $ | 1,675.00 |
| Western Construction | $ | 2,622.47 |
| Western Waste Services | $ | - |
| Westway Feed Products | $ | 313,884.04 |
| Xavier Farm Services LLC | $ | 63,895.20 |
| Young Automotive Group | $ | 26,649.87 |
| **TOTAL GENERAL UNSECURED CLAIMS** | **$** | **27,893,728.79** |