Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4068898

#4107496

| | |
|---|---|
| ☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Chapter 11 Cases |

### NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR FINANCIAL ADVISOR and NOTICE OF HEARING RE: SAME

PLEASE TAKE NOTICE that Kander, LLC, financial advisor for Debtors in Possession, Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), has filed a First Application for Allowance of Interim Fees and Costs for Financial Advisor (Dkt. No. 647 - the "Application") for the requested fees and costs for Kander, LLC in the amount of $398,304.85. The fees and costs required are related to the following:

- **Case Administration** was necessary in order to discuss various items with the client, counsel, and other parties, as well as prepare required reports (IRR, MOR), prepare financial modeling, update budgets, engage in communications with financial advisors for other parties and communications with Forbes, and prepare for responses to extensive first day motions, continued emergency/interim motions, and related orders.

- **Fee/Employment Applications** was necessary in order to draft and prepare applications to employ and draft monthly fee applications and this first interim fee application.

- **Non-Working Travel** was travel billed at ½ rate for travel to/from hearings.

- **Financing/Cash Collections** was necessary in order to correspond with multiple parties regarding the first day cash motions and prepare information and modeling for extensive relevant interim and final motions, notices, and orders.  Much of the initial stages of this case revolved around obtaining necessary approvals/consensus for using cash collateral to maintain operations and approval of the DIP loan. Prepared weekly reporting.

The projects have allowed the Debtors to prepare and file required reports, attend required meetings, draft various applications and motions, analyze and draft the Plan, and otherwise keep operations moving forward.

The Application has been reviewed and approved by the Debtors. A copy of the Application is on file with the above-captioned Court as Docket No. 548, together with supporting documents. Any party desiring information as to the details of the Application may request the same from the Clerk of the Court, from the court's online PACER information system at www.pacer.gov, or from the undersigned counsel.

YOU ARE HEREBY NOTIFIED that written objections to the Application should be filed with the court within twenty-one (21) days of the date of service of this notice. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served upon the movant. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief in the Application and may grant the relief without further notice of hearing. Any such objection should be filed with the U.S. Bankruptcy Court at the United States Courthouse, 550 W. Fort St., Boise, ID 83724 or electronically filed using the CM/ECF Filer system at https://ecf.edb.uscourts.gov.

YOU ARE FURTHER NOTIFIED that the Application is scheduled to come before the Court for hearing on the **21st day of November, 2024, at 1:30 p.m. (MT),** or as soon thereafter as the matter can be heard. This will be a telephonic hearing; parties should call the following number at least 10 minutes prior to the hearing: 1-669-254-5252; Access Code: 160-5422-0978.

NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR
FINANCIAL ADVISOR AND NOTICE OF HEARING RE: SAME

DATED this 2nd day of October, 2024.

        DENTONS DAVIS BROWN

        /s/ *Krystal Mikkilineni*
        KRYSTAL MIKKILINENI
        Counsel for Debtor

NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR
FINANCIAL ADVISOR AND NOTICE OF HEARING RE: SAME

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 2nd day of October, 2024, I filed the foregoing NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR FINANCIAL ADVISOR AND NOTICE OF HEARING RE: SAME

      Any others as listed on the Court's ECF Notice.

      I FURTHER CERTIFY that on this such date I served the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

See attached mailing matrix.

                                                          /s/ Krystal Mikkilineni
                                                    Krystal Mikkilineni

NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR FINANCIAL ADVISOR AND NOTICE OF HEARING RE: SAME

```
Label Matrix for local noticing          Ad Hoc Committee of Corn Silage Growers   Amalgamated Sugar Company
0976-8                                   153 East Main Street                      1951 S. Saturn Way
Case 24-40158-NGH                        PO Box 168                                Suite 100
District of Idaho                        Jerome, ID 83338-0168                     Boise, ID 83709-2924
Twin Falls
Fri Aug  9 12:38:20 MDT 2024

Automation Werx, LLC                     Blue Cross of Idaho Health Service, Inc   Bunge Canada C/O David D. Farrell
Morrow & Fischer, PLLC                   c/o Law Office of D. Blair Clark PC       David D. Farrell. Esq.
4 Ogden Avenue                           967 East Parkcenter Boulevard, #282       One Bank Plaza
Nampa, ID 83651-2371                     Boise, ID 83706-6721                      Suite 2700
                                                                                   St. Louis, MO 63101


Burks Tractor Company, Inc.              Conterra Holdings, LLC d/b/a Conterra Ag Cap  Davis Livestock, Inc.
3140 Kimberly Road                       Spencer Fane                              780 E Cannibal Rd
Twin Falls, ID 83301-8516                1700 Lincoln Street                       Lewiston, UT 84320-2038
                                         Suite 2000
                                         Denver, CO 80203-4554


East Valley Development, LLC             Elevation Electric, LLC                   Gale W. Harding and Associates
c/o Avery Law                            485 S IDAHO ST                            329 W 7th S
3090 E Gentry Way, Ste 250               WENDELL, ID 83355-5241                    Rexburg, ID 83440-9600
Meridian, ID 83642-3596


Glanbia Foods Inc                        Idaho AgCredit                            Idaho State Brand Department
c/o Robert A Faucher                     c/o Daniel C. Green                       700 S. Stratford Dr.
POB 2527                                 Racine Olson, PLLP                        Meridian, ID 83642-6202
Boise, ID 83701-2527                     P. O. Box 1391
                                         Pocatello, ID 83204-1391


(p)LAND VIEW  INC                        MWI Veterinarian Supply, Inc.             MetLife Real Estate Lending LLC
ATTN DAN NOBLE                           3041 W PASADENA DRIVE                     c/o Kimbell D. Gourley
P O BOX 475                              Boise, ID 83705-4776                      10801 Mastin Blvd
RUPERT ID 83350-0475                                                               Suite 700
                                                                                   Overland Park, KS 66210-1673


Metropolitan Life Insurance Company      Moss Farms Operations, LLC                Moss Grain Partnership
c/o Kimbell D. Gourley                   c/o Rhett M. Miller                       c/o Rhett M. Miller
10801 Mastin BLVD                        P.O. Box 910                              P.O. Box 910
Suite 700                                Burley, ID 83318-0910                     Burley, ID 83318-0910
Overland Park, KS 66210-1673


PerforMix Nutrition Systems, LLC         Progressive Dairy Service & Supply Corp.  Rabo AgriFinance LLC
MUNDING, P.S.                            485 S IDAHO ST                            c/o Sheila R. Schwager
309 E. FARWELL RD., STE 310              WENDELL, ID 83355-5241                    P.O. Box 1617
Spokane, WA 99218-8209                                                             Boise, ID 83701-1617


Raft River Rural Electric Cooperative, Inc.  Rexel USA, Inc dba Platt Electric Supply  Sandton Capital Partners LP
c/o Rhett M. Miller                      McConnell Wagner Sykes + Stacey PLLC      16 W 46th Street, 1st Floor
P.O. Box 910                             827 E. Park Blvd, Ste. 201                New York, NY 10036-4503
Burley, ID 83318-0910                    Boise, ID 83712-7782


Schuil Ag Real Estate Inc                Standlee Ag Resources                     The Forbes Securities Group LLC, DBA Forbes
5020 W Mineral King Ave                  c/o Miller Nash LLP                       6400 S Fiddlers Green Circle
Visalia, CA 93291-5364                   950 W Bannock St, Ste 1100                Suite 850
                                         Boise, ID 83702-6140                      Greenwood Village, CO 80111-4994
```

| | | |
|---|---|---|
| United Electric Co-op, Inc.<br>c/o Rhett M. Miller<br>P.O. Box 910<br>Burley, ID 83318-0910 | Valley Wide Cooperative, Inc.<br>c/o David W. Gadd, Stover, Gadd & Assoc.<br>P.O. Box 1428<br>Twin Falls, ID 83303-1428 | Viserion Grain, LLC<br>c/o Sawtooth Law Offices, PLLC<br>213 Canyon Crest Dr., Ste 200<br>Twin Falls, ID 83301-3053 |
| Viterra USA Grain, LLC and Viterra USA Ingre<br>c/o Racine Olson, PLLP<br>P.O. Box 1391<br>Pocatello, ID 83204-1391 | Western States Equipment Co.<br>500 East Overland Road<br>Meridian, ID 83642-6606 | Wilbur-Ellis Company LLC<br>c/o Matthew A. Sturzen<br>P.O. Box 2247<br>Salem, OR 97308-2247 |
| Twin Falls<br>U.S. Bankruptcy Court<br>801 East Sherman<br>Pocatello, ID 83201-5730 | A. Scott Jackson Trucking, Inc.<br>c/o Williams Meservy & Larsen, LLP<br>Post Office Box 168<br>153 East Main Street<br>Jerome, ID 83338-2332 | AAA Cow Comfort LLC<br>Po Box 307<br>Kimberly, ID 83341-0307 |
| ABS Global<br>1525 River Rd.<br>DeForest, WI 53532-2430 | ARNOLD MACHINERY COMPANY<br>2975 West 2100 South<br>Salt Lake City, UT 84119-1273 | Addison Biological Laboratory, INC.<br>507 North Cleveland St.<br>Fayette, MO 65248-1083 |
| Airgas USA LLC<br>PO Box 734445<br>Chicago, IL 60673-4445 | Airgas USA, LLC<br>110 West 7th St. Suite 1400<br>Tulsa, OK 74119-1077 | Alexander K. Reed<br>4296 N 2100 E<br>Filer, ID 83328-5046 |
| American Calf Products (Golden State Mixing,<br>425 D Street<br>Turlock, CA 95380-5452 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Automation Werx, LLC<br>PO Box 3066<br>Idaho Falls, ID 83403-3066 |
| B & H Farming, an Idaho General Partnership<br>PO Box 123<br>Rupert, ID 83350-0123 | BS R Design Supplies<br>198 Locust St S<br>Twin Falls, ID 83301-7832 | Blue Cross of Idaho<br>c/o D Blair Clark, Atty<br>967 Parkcenter Blvd #282<br>Boise, ID 83706-6721 |
| Blue Cross of Idaho<br>c/o D. Blair Clark, Attorney<br>967 E. Parkcenter Blvd., #282<br>Boise, ID 83706-6721 | Bo Stevenson dba B&A Farms<br>1001 S 1900 E<br>Hazelton, ID 83335-5451 | Brandy A. Bartholomew<br>C/O Eric R. Clark, Attorney<br>P.O. Box 2504<br>Eagle, ID 83616-9118 |
| Bunge Canada<br>c/o David D. Farrell<br>THOMPSON COBURN LLP<br>One USBank Plaza, Suite 2700<br>Saint Louis, Missouri 63101-1693 | Burks Tractor Company, Inc.<br>Oren B. Haker<br>Black Helterline LLP<br>805 SW Broadway Suite 1900<br>Portland, OR 97205-3359 | CNH Industrial Capital America LLC<br>Kent Carter/Gordon Rees<br>One North Franklin, Suite 800<br>Chicago, IL 60606-3422 |
| Capitol One<br>PO Box 60599<br>City of Industry, CA 91716-0599 | (p)CARNE I CORP<br>134 E HIGHWAY 81<br>BURLEY ID 83318-5427 | Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 |

```
(p)CENTURYTEL SERVICE GROUP LLC DBA CENTURYLI    Christopher Camardello              Citi Cards
931 14TH STREET 9TH FLOOR                         1031 Mendota Heights Road           PO Box 78019
DENVER CO 80202-2994                              St. Paul, MN 55120-1419             Phoenix, AZ 85062-8019


Clint D. Thompson                                 Coastline Equipment Company         Colonial Life
298 N 200 W                                       2000 E Overland Rd                  Processing Center
Jerome, ID 83338-5372                             Meridian, ID 83642-6665             PO Box 1365
                                                                                      Columbia, SC 29202-1365


Connie Lapaseotes, Ltd.                           Conrad Bishcoff Inc                 Conterra Holdings, LLC dba Conterra Ag Capit
c/o John O'Brien                                  2251 N Holmes                       c/o John O'Brien
Spencer Fane                                      PO Box 50106                        Spencer Fane
1700 Lincoln Street, Suite 2000                   Idaho Falls, ID 83405-0106          1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554                                                                 Denver, CO 80203-4554


Daimler Truck Financial Services USA LLC          Dairy Tech, LLC                     Daritech
c/o Randall P. Mroczynski                         1031 Mendota Heights Road           8540 Benson Rd
Cooksey, Toolen, Gage, Duffy & Woog               St. Paul, MN 55120-1419             Lynden, WA 98264-9711
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664


David Clark                                       Douglas J. Grant                    Dusty Brow Farms, Inc.
Clark Ambulatory Clinic, Inc.                     2050 E 500 S                        2601 E 1100 S
1019 E 1020 S                                     Hazelton, ID 83335-5006             Hazelton, ID 83335-5623
Albion, ID 83311


East Valley Development, LLC                      Edward Chojnacky                    Electrical Werx & Construction, LLC
c/o Adam Lewis, Esq.                              298 N 100 W                         PO Box 3066
Morrison & Foerster LLP                           Jerome, ID 83338-5406               Idaho Falls, ID 83403-3066
425 Market St.
San Francisco CA 94105-2482


Eric Clark                                        Evans Plumbing                      Farmers Bank
Clark Associates                                  111 Gulf Stream Lane                PO Box 392
PO Box 2504                                       Hailey, ID 83333-7725               Buhl, ID 83316-0392
Eagle, ID 83616-9118


Fastenal Company                                  Fredin Brothers, Inc.               (p)GJ VERTILINE PUMPS INC
2001 Theurer Blvd.                                c/o John O'Brien                    PO BOX 892
ATTN: LEGAL                                       Spencer Fane                        TWIN FALLS ID 83303-0892
Winona, MN 55987-9902                             1700 Lincoln Street, Suite 2000
                                                  Denver, CO 80203-4554


Grant & Hagan, Inc.                               Grant 4-D Farms LLC                 Green Source Automation, LLC
P.O. Box 326                                      707 E 600 N                         3506 Moore Road
Hazelton, ID 83335-0326                           Rupert, ID 83350-9466               Ceres, CA 95307-9402


Hatfield Manufacturing Inc                        Heeringa Construction LLC           Hollifield Ranches, Inc.
1823 Shoestring Rd                                18521 E Queen Creek Rd              22866 Highway 30
Gooding, ID 83330-5361                            #105-481                            Hansen, ID 83334-5028
                                                  Queen Creek, AZ 85142-5864
```

| | | |
|---|---|---|
| IRS<br>Centralized Insolvency Oper.<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Idaho Dept of Lands<br>PO Box 83720<br>Boise, ID 83720-0003 | Idaho Materials & Construction<br>c/o Miller Nash LLP<br>950 W Bannock St, Ste 1100<br>Boise, ID 83702-6140 |
| Idaho State Tax Commission<br>PO Box 36<br>Boise, ID 83722-0036 | (p)INNOVATIVE FOOD SOLUTIONS USA LLC<br>134 E HIGHWAY 81<br>BURLEY ID 83318-5427 | Interstate Billing Service, Inc<br>PO box 2250<br>Decatur, AL 35609-2250 |
| J&C Hoof Trimming Inc.<br>3690 N 2570 E<br>Twin Falls, ID 83301-1004 | J.D. Heiskell Holdings, LLC<br>17220 Wright St, Ste 200<br>Omaha, NE 68130-4667 | JOHN DEERE FINANCIAL<br>c/o Weltman, Weinberg & Reis Co., L.P.A.<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Jake Millenkamp<br>1719 River Road<br>Buhl, ID 83316-5302 |
| James Farrell & CO<br>13810 SE Eastgate Way<br>Suite 520<br>Bellevue, WA 98005-4467 | Jean L. Thompson<br>225 N 250 W<br>Jerome, ID 83338 | Jeffrey E. Rolig<br>PO Box 5455<br>Twin Falls, ID 83303-5455 |
| Jeffrey J. Grieve<br>P.O. Box 366<br>Twin Falls, ID 83303-0366 | John Deere Construction and Forestry Company<br>c/o Weltman, Weinberg & Reis Co., L.P.A.<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 | John Deere Financial, f.s.b.<br>c/o Weltman, Weinberg & Reis Co., L.P.A.<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 |
| K R Rental Inc<br>256 A South 600 W<br>Heyburn, ID 83336-9750 | Keith D. and Janet Carlson<br>3866 E 3800 N<br>Hansen, ID 83334-5012 | Kenworth Sales Company, Inc.<br>c/o Benoit Law<br>P.O. Box 366<br>Twin Falls, ID 83303-0366<br>, |
| Kinghorn Medical LLC<br>248 S Cole Rd<br>Boise, ID 83709-0934 | Kraus Farms, LLC<br>165 South 400 West<br>Rupert, ID 83350-9672<br>, | LES SCHWAB TIRE CENTERS OF IDAHO, LLC<br>PO BOX 5350<br>BEND, OR 97708-5350 |
| Land View, Inc.<br>c/o Gery W. Edson<br>P.O. Box 448<br>Boise, ID 83701-0448 | Merck Animal Health<br>Attn: Legal Dept-Animal Health<br>126 East Lincoln Avenue<br>Po Box 2000<br>Rahway, NJ 07065-0900 | MetLife Real Estate Lending, LLC<br>c/o Ron C. Bingham, II, Esq.<br>Adams and Reese LLP<br>3424 Peachtree Road, NE, Suite 1600<br>Atlanta, Georgia 30326-1139 |
| Metropolitan Life Insurance Company, a New Y<br>c/o Ron C. Bingham, II, Esq.<br>Adams and Reese LLP<br>3424 Peachtree Road, NE, Suite 1600<br>Atlanta, Georgia 30326-1139 | Michael Chojnacky<br>51 W 600 N<br>Jerome, ID 83338-5016 | Moss Grain Partnership<br>301 Scott Ave. Suite 4<br>Rupert, ID 83350-5100 |

| | | |
|---|---|---|
| NAPA Auto Parts<br>P.O. Box 1425<br>Twin Falls, ID 83303-1425 | Oren B. Haker<br>Black Helterline LLP<br>805 SW Broadway Suite 1900<br>Portland, OR 97205-3359 | Overhead Door<br>489 S. Locust<br>Twin Falls, ID 83301-7849 |
| PTG of Idaho, LLC<br>c/o Holland N. O'Neil, Foley & Lard<br>2021 McKinney Avenue, Ste. 1600<br>Dallas, TX 75201-3340 | Pan American Life Insurance<br>1778 N Plano Rd<br>Ste 310<br>Richardson, TX 75081-1958 | PerforMix Nutrition Systems<br>2201 N 20th Street<br>Nampa, ID 83687-6849 |
| Pivot Man Inc<br>Robin Jones<br>PO Box 355<br>Paul, ID 83347-0355 | Prime Ridge Beef LLC<br>c/o John O'Brien<br>Spencer Fane<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203-4554 | Pro Tech Service Company<br>1550 Kimberly Rd<br>Twin Falls, ID 83301-7341 |
| Progressive Dairy Service & Supplies Corp.<br>485 S. Idaho St.<br>Wendell, ID 83355-5241 | Quill Corporation<br>PO Box 102419<br>Columbia, SC 29224-2419 | Rabo AgriFinance LLC, as Administrative Agen<br>c/o Sheila Schwager<br>Hawley Troxell Ennis & Hawley, LLP<br>P.O. Box 1617<br>Boise, ID 83701-1617 |
| Rexel USA, Inc dba Platt Electric Supply<br>827 E. Park Blvd, Ste. 201<br>Boise, Idaho 83712-7782 | Roark Law Offices<br>950 Bannock St., 11th Fl.<br>Boise, ID 83702-5999 | Rocky Mountain Agronomics<br>1912 West Main Street<br>Burley, ID 83318-1611 |
| Rogers Machinery Company, Inc.<br>PO Box 230429<br>Portland, OR 97281-0429 | Schaeffer Manufacturing Company<br>c/o Denis McCarthy<br>2600 S Broadway<br>St. Louis, MO 63118-1828 | Schmidt Cattle Hauling<br>848 E 3400 N<br>Castleford, ID 83321-6422 |
| Schow's Truck Center<br>PO Box 2208<br>Decatur, AL 35609-2208 | Sheila R. Schwager<br>Hawley Troxell ennis & Hawley LLP<br>P.O. Box 1617<br>Boise, ID 83701-1617 | Six States Distributors Inc<br>29787 Network Place<br>Chicago, IL 60673-1297 |
| SprinklerShop Inc<br>PO Box 599<br>Paul, ID 83347-0599 | St. Genetics<br>Inguran USA, INC.<br>22575 State Hwy 6 South<br>Navasota, TX 77868-8297 | Standing 16 Ranch Land Company, LLC<br>335 W 300 N<br>Jerome, ID 83338-5217 |
| Standlee Ag Resources<br>c/o Miller Nash, LLP, Attn: Louis Spiker<br>950 W Bannock St, Ste 1100<br>Boise, ID 83702-6140 | Star Falls Farms, LLC<br>1908 E 1300 S<br>Hazelton, ID 83335-5428 | Steel Ranch LLC<br>2597 E 1100 S<br>Hazleton, ID 83335-5621 |
| Steven R. Hogan II<br>409 S. 17th Street #500<br>Omaha, NE 68102-2603 | Stotz Equipment<br>2670 Kimberly Rd E<br>Twin Falls, ID 83301-7984 | The Dairy Solutions Group<br>409 S. 17th Street #500<br>Omaha, NE 68102-2603 |

```
The Sprinkler Shop                    Triple C Farms, LLC                  US Commodities, LLC
P.O. Box 599                          474 S 500 W                          730 Second Avenue S. Suite 700
Paul, ID 83347-0599                   Jerome, ID 83338-6027                Minneapolis, MN 55402-2480
                                                                           ,


US Trustee                            Uline                                Valley Wide Cooperative Inc.
550 West Fort St, Ste 698             12575 Uline Drive                    c/o David W. Gadd
Boise, ID 83724-0101                  Pleasant Prairie, WI 53158-3686      Stover, Gadd & Associates, PLLC
                                                                           P.O. Box 1428
                                                                           Twin Falls, Idaho 83303-1428


Viserion Grain LLC                    Viterra USA Grain, LLC               Viterra USA Ingredients, LLC
385 Broadway St                       1331 Capitol Ave.                    1331 Capitol Ave.
Boulder, CO 80305-3303                Omaha, NE 68102-1197                 Omaha, NE 68102-1197


Wag Services, Inc.                    Wendell Truck and Auto               Western Construction Inc
8121 W HARRISON ST                    PO Box 213                           PO Box 15569
Tolleson, AZ 85353-3328               356 S Idaho St                       Boise, ID 83715-5569
,                                     Wendell, ID 83355-5209


Westway Feed                          Wilbur-Ellis Nutrition, LLC          Williams, Meservy & Larsen
BARR Credit Services                  c/o Matthew A. Sturzen               Post Office Box 168
3444 N Country Club Rd                PO Box 2247                          153 East Main Street
Ste 200                               Salem, OR 97308-2247                 Jerome, ID 83338-2332
Tucson, AZ 85716-0815


Young CDJR of Burley, LLC             Youree Land & Livestock Inc.         Bruce A. Anderson
PO Box 1530                           3953 North 3300 East                 320 East Neider Avenue
Layton, UT 84041-6553                 Twin Falls, ID 83301-0348            Suite 102
                                                                           Coeur d'Alene, ID 83815-6007


James Justin May                      Julian Gurule                        Krystal R  Mikkilineni
Johnson May                           O'Melveny & Meyers LLP               Dentons Davis Brown
199 N. Capitol Blvd.                  400 South Hope Street                215 10th St
Ste. 200                              Suite 1900                           Ste 1300
Boise, ID 83702-6197                  Los Angeles, CA 90071-2811           Des Moines, IA 50309-3616


Matthew T. Christensen                Matthew T. Christensen               Robert E Richards
199 N. Capitol Blvd.                  Johnson May, PLLC                    Dentons US LLP
Ste 200                               199 N. Capitol Blvd                  233 South Wacker Drive
Boise, ID 83702-6197                  Suite 200                            Ste 7800
                                      Boise, ID 83702-6197                 Chicago, IL 60606-6459


Robert E. Richards                    Tirzah R. Roussell                   Tirzah R. Roussell
233 South Wacker Drive                215 10th Street                      Dentons Davis Brown PC
Suite 5900                            Suite 1300                           The Davis Brown Tower
Chicago, IL 60606-6361                Des Moines, IA 50309-3616            215 10th Street
                                                                           Suite 1300
                                                                           Des Moines, IA 50309-3621


William Millenkamp                    c/o David A. Coleman B & H Farming   c/o David A. Coleman Youree Land & Livestock
473 S 300 W                           Coleman, Ritchie & Jacobson          Coleman, Ritchie & Jacobson
Jerome, ID 83338                      PO BOX 525                           PO BOX 525
                                      TWIN FALLS, ID 83303-0525            TWIN FALLS, ID 83303-0525
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Land View, Inc.
P.O. Box 475
Rupert, ID 83350

Carne I Corp.
134 E. Highway 81
Burley, ID 83318

CenturyTel Service Group, LLC dba CenturyLin
Lumen Technologies Group
931 14th Street, 9th Floor (Attn: Legal-
Denver, CO 80202

G.J. Verti-Line Pumps, Inc.
PO Box 892
Twin Falls, ID 83303-0892

Innovative Food SolutionsUSA
Attn: Jordan Bowen
134 E. Highway 81
Burley, ID 83318

JP Morgan Chase
PO Box 6294
Carol Stream, IL 60197


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CNH Industrial Capital America LLC

(u)JOHN DEERE FINANCIAL

(u)MWI Veterinary Supply Inc.


(u)McAlvain Concrete, Inc.

(u)Official Committee Of Unsecured Creditors

(u)Rocky Mountain Agronomics, Inc.


(u)#3924637

(u)A K Trucking1897 E 990 S Hazelton, ID 8333
A. Scott Jackson TruckingPO Box 56 Jerom
A. Scott JacksonTrucking Inc PO Box 56 J
ABS Global Inc Box 22144 Network Place C
Addison Biological Lab 507 N Cleveland S
Aden Brook Trading CorpPO Box 217 Montgo

(d)Amalgamated Sugar
1951 S Saturn Way
Ste 100
Boise, ID 83709-2924

(d)Amalgamated Sugar Company
1951 S. Saturn Way, Suite 100
Boise, ID 83709-2924

(u)Badger Bearing PTP, Inc

(d)Conterra Holdings, LLC dba Conterra Ag Cap
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

(d)Elevation Electric, LLC
485 S. Idaho St.
Wendell, ID 83355-5241

(du)MWI Veterinary Supply

(u)NameAddress1Address2Address3CityStateZip
116 & West805 W Idaho StSte 300Boise
2020 Window ServicePO Box 6056Twin F
A & K Trucking1897 E 990 SHazeltonI
A. Scott Jackson TruckingPO Box 56Je
A. Scott JacksonTrucking IncPO Box 56

(d)Progressive Dairy Service & Supply Corp.
485 S. Idaho St.
Wendell, ID 83355-5241

(u)Rexel USA, Inc. dba Platt Electric Supply

(d)Viserion Grain, LLC
385 Broadway Street
Boulder, CO 80305-3303

```
(u)Brandy Ann Bartholomew          (d)Krystal R. Mikkilineni          (d)Krystal R. Mikkilineni
                                   Dentons Davis Brown                Dentons Davis Brown
                                   215 10th St                        215 10th Street
                                   Ste 1300                           Suite 1300
                                   Des Moines, IA 50309-3616          Des Moines, IA 50309-3616


End of Label Matrix
Mailable recipients    179
Bypassed recipients     21
Total                  200
```