# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>MILLENKAMP CATTLE, INC | CASE NO: 24-40158-NGH<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 648 |

On 10/2/2024, I did cause a copy of the following documents, described below,

Notice of Application for Interim Professional Compensation for Kander, LLC ECF Docket Reference No. 648

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/2/2024

/s/ Krystal R. Mikkilineni
Krystal R. Mikkilineni  AT0011814

Dentons Davis Brown
215 10th St
Des Moines, IA  50309
515 288 2500
krystal.mikkilineni@dentons.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| IN RE: | CASE NO: 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 648 |

On 10/2/2024, a copy of the following documents, described below,

Notice of Application for Interim Professional Compensation for Kander, LLC ECF Docket Reference No. 648

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/2/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Krystal R. Mikkilineni
Dentons Davis Brown
215 10th St
Des Moines, IA  50309

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING       KRYSTAL R  MIKKILINENI              A SCOTT JACKSON TRUCKING INC
09768                                  DENTONS DAVIS BROWN                 CO WILLIAMS MESERVY  LARSEN LLP
CASE 24-40158-NGH                      215 10TH ST                         POST OFFICE BOX 168
DISTRICT OF IDAHO                      STE 1300                            153 EAST MAIN STREET
TWIN FALLS                             DES MOINES IA 50309-3616            JEROME ID 83338-2332
WED OCT  2 13-14-59 MDT 2024




AAA COW COMFORT LLC                    ABS GLOBAL                          ARNOLD MACHINERY COMPANY
PO BOX 307                             1525 RIVER RD                       2975 WEST 2100 SOUTH
KIMBERLY ID 83341-0307                 DEFOREST WI 53532-2430              SALT LAKE CITY UT 84119-1273




AD HOC COMMITTEE OF CORN SILAGE GROWERS ADDISON BIOLOGICAL LABORATORY INC  AIRGAS USA LLC
153 EAST MAIN STREET                   507 NORTH CLEVELAND ST              PO BOX 734445
PO BOX 168                             FAYETTE MO 65248-1083               CHICAGO IL 60673-4445
JEROME ID 83338-0168




AIRGAS USA LLC                         ALEXANDER K REED                    AMALGAMATED SUGAR
110 WEST 7TH ST SUITE 1400             4296 N 2100 E                       1951 S SATURN WAY
TULSA OK 74119-1077                    FILER ID 83328-5046                 STE 100
                                                                           BOISE ID 83709-2924




AMERICAN CALF PRODUCTS (GOLDEN STATE   AMERICAN EXPRESS NATIONAL BANK      AMORY SECURITIES LLC
MIXING                                 CO BECKET AND LEE LLP               200 NORTH PACIFIC HWY
425 D STREET                           PO BOX 3001                         SUITE 1525
TURLOCK CA 95380-5452                  MALVERN  PA 19355-0701              EL SEGUNDO CA 90245




BRUCE A ANDERSON                       AUTOMATION WERX LLC                 AUTOMATION WERX LLC
320 EAST NEIDER AVENUE                 MORROW  FISCHER PLLC                PO BOX 3066
SUITE 102                              4 OGDEN AVENUE                      IDAHO FALLS ID 83403-3066
COEUR DALENE ID 83815-6007             NAMPA ID 83651-2371




CO DAVID A COLEMAN B  H FARMING        B  H FARMING AN IDAHO GENERAL       BS R DESIGN SUPPLIES
COLEMAN RITCHIE  JACOBSON              PARTNERSHIP                         198 LOCUST ST S
PO BOX 525                             PO BOX 123                          TWIN FALLS ID 83301-7832
TWIN FALLS ID 83303-0525               RUPERT ID 83350-0123




RICHARD BERNARD                        RON C BINGHAM II                    BLUE CROSS OF IDAHO
1177 AVENUE OF THE AMERICAS            3424 PEACHTREE ROAD NE              CO D BLAIR CLARK ATTY
41ST FLOOR                             SUITE 1600                          967 PARKCENTER BLVD 282
NEW YORK NY 10036-2714                 ATLANTA GA 30326-1139               BOISE ID 83706-6721




BLUE CROSS OF IDAHO                    BLUE CROSS OF IDAHO HEALTH SERVICE INC  BO STEVENSON DBA BA FARMS
CO D BLAIR CLARK ATTORNEY              CO LAW OFFICE OF D BLAIR CLARK PC   1001 S 1900 E
967 E PARKCENTER BLVD 282              967 EAST PARKCENTER BOULEVARD 282   HAZELTON ID 83335-5451
BOISE ID 83706-6721                    BOISE ID 83706-6721
```

USPS FIRST CLASS MAIL RECIPIENTS:
Parties with names struck through or labeled D/NP/CM/SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| BRANDY A BARTHOLOMEW<br>CO ERIC R CLARK ATTORNEY<br>PO BOX 2504<br>EAGLE ID 83616-9118 | MORTON R BRANZBURG<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>1835 MARKET ST<br>SUITE 1400<br>PHILADELPHIA PA 19103-2945 | HEIDI BUCK MORRISON<br>RACINE OLSON PLLP<br>201 EAST CENTER STREET<br>POCATELLO ID 83201-6329 |
| BUNGE CANADA<br>CO DAVID D FARRELL<br>THOMPSON COBURN LLP<br>ONE USBANK PLAZA SUITE 2700<br>SAINT LOUIS MISSOURI 63101-1693 | BUNGE CANADA CO DAVID D FARRELL<br>DAVID D FARRELL ESQ<br>ONE BANK PLAZA<br>SUITE 2700<br>ST LOUIS MO 63101 | BURKS TRACTOR COMPANY INC<br>3140 KIMBERLY ROAD<br>TWIN FALLS ID 83301-8516 |
| BURKS TRACTOR COMPANY INC<br>OREN B HAKER<br>BLACK HELTERLINE LLP<br>805 SW BROADWAY SUITE 1900<br>PORTLAND OR 97205-3359 | LAURA E BURRI<br>MORROW  FISCHER PLLC<br>4 OGDEN AVENUE<br>83651<br>NAMPA ID 83651-2371 | CNH INDUSTRIAL CAPITAL AMERICA LLC<br>KENT CARTERGORDON REES<br>ONE NORTH FRANKLIN SUITE 800<br>CHICAGO IL 60606-3422 |
| BRETT R CAHOON<br>DOJUST<br>550 WEST FORT ST<br>STE 698<br>BOISE ID 83724-0101 | CAPITOL ONE<br>PO BOX 60599<br>CITY OF INDUSTRY CA 91716-0599 | (P)CARNE I CORP<br>134 E HIGHWAY 81<br>BURLEY ID 83318-5427 |
| W KENT CARTER<br>ONE NORTH FRANKLIN<br>SUITE 800<br>CHICAGO IL 60606-3422 | WILLIAM K CARTER<br>GORDON REES SCULLY MANSUKHANI LLP<br>ONE NORTH WACKER<br>SUITE 1600<br>CHICAGO IL 60606-2874 | ALEXANDRA O CAVAL<br>CAVAL LAW OFFICE PC<br>POB 1716<br>TWIN FALLS ID 83303-1716 |
| CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN VA 20147-6122 | (P)CENTURYTEL SERVICE GROUP LLC DBA CENTURYLI<br>931 14TH STREET 9TH FLOOR<br>DENVER CO 80202-2994 | MATTHEW T CHRISTENSEN<br>199 N CAPITOL BLVD<br>STE 200<br>BOISE ID 83702-6197 |
| MATTHEW T CHRISTENSEN<br>JOHNSON MAY PLLC<br>199 N CAPITOL BLVD<br>SUITE 200<br>BOISE ID 83702-6197 | CHRISTOPHER CAMARDELLO<br>1031 MENDOTA HEIGHTS ROAD<br>ST PAUL MN 55120-1419 | CITI CARDS<br>PO BOX 78019<br>PHOENIX AZ 85062-8019 |
| D BLAIR CLARK<br>967 E PARKCENTER BOULEVARD 282<br>BOISE ID 83706-6721 | ERIC R CLARK<br>PO BOX 2504<br>EAGLE ID 83616-9118 | CLINT D THOMPSON<br>298 N 200 W<br>JEROME ID 83338-5372 |
| COASTLINE EQUIPMENT COMPANY<br>2000 E OVERLAND RD<br>MERIDIAN ID 83642-6665 | DAVID A COLEMAN<br>PO BOX 525<br>TWIN FALLS ID 83303-0525 | COLONIAL LIFE<br>PROCESSING CENTER<br>PO BOX 1365<br>COLUMBIA SC 29202-1365 |

USPS FIRST CLASS MAIL RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CONNIE LAPASEOTES LTD<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | CONRAD BISHCOFF INC<br>2251 N HOLMES<br>PO BOX 50106<br>IDAHO FALLS ID 83405-0106 | CONTERRA HOLDINGS LLC DBA CONTERRA AG CAP<br>SPENCER FANE<br>1700 LINCOLN STREET<br>SUITE 2000<br>DENVER CO 80203-4554 |
| CONTERRA HOLDINGS LLC DBA CONTERRA AG CAPIT<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | DAIMLER TRUCK FINANCIAL SERVICES USA LLC<br>CO RANDALL P MROCZYNSKI<br>COOKSEY TOOLEN GAGE DUFFY  WOOG<br>535 ANTON BOULEVARD SUITE 1000<br>COSTA MESA CA 92626-7664 | DAIRY TECH LLC<br>1031 MENDOTA HEIGHTS ROAD<br>ST PAUL MN 55120-1419 |
| DARITECH<br>8540 BENSON RD<br>LYNDEN WA 98264-9711 | DAVID CLARK<br>CLARK AMBULATORY CLINIC INC<br>1019 E 1020 S<br>ALBION ID 83311 | DAVIS LIVESTOCK INC<br>780 E CANNIBAL RD<br>LEWISTON UT 84320-2038 |
| DOUGLAS J GRANT<br>2050 E 500 S<br>HAZELTON ID 83335-5006 | DUSTY BROW FARMS INC<br>2601 E 1100 S<br>HAZELTON ID 83335-5623 | THOMAS E DVORAK<br>POB 2720<br>BOISE ID 83701-2720 |
| EAST VALLEY DEVELOPMENT LLC<br>CO AVERY LAW<br>3090 E GENTRY WAY STE 250<br>MERIDIAN ID 83642-3596 | EAST VALLEY DEVELOPMENT LLC<br>CO ADAM LEWIS ESQ<br>MORRISON  FOERSTER LLP<br>425 MARKET ST<br>SAN FRANCISCO CA 94105-2482 | CONNOR BRAY EDLUND<br>MCCONNELL WAGNER SYKES  STACEY PLLC<br>827 E PARK BLVD<br>STE 201<br>BOISE ID 83712-7782 |
| GERY W EDSON<br>POB 448<br>BOISE ID 83701-0448 | EDWARD CHOJNACKY<br>298 N 100 W<br>JEROME ID 83338-5406 | ELECTRICAL WERX  CONSTRUCTION LLC<br>PO BOX 3066<br>IDAHO FALLS ID 83403-3066 |
| ELEVATION ELECTRIC LLC<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 | ERIC CLARK<br>CLARK ASSOCIATES<br>PO BOX 2504<br>EAGLE ID 83616-9118 | JON B EVANS<br>DORSEY  WHITNEY LLP<br>101 S CAPITOL BLVD STE 1701<br>BOISE ID 83702-7704 |
| EVANS PLUMBING<br>111 GULF STREAM LANE<br>HAILEY ID 83333-7725 | ZACHARY FAIRLIE<br>SPENCER FANE<br>1000 WALNUT<br>STE 1400<br>KANSAS CITY MO 64106-2168 | ZACHARY FAIRLIE<br>SPENCER FANE LLP<br>1000 WALNUT STREET<br>SUITE 1400<br>KANSAS CITY MO 64106-2168 |
| BRIAN FARIA<br>SAWTOOTH LAW OFFICES PLLC<br>1101 W RIVER STREET SUITE 110<br>83702<br>BOISE ID 83702-7067 | FARMERS BANK<br>PO BOX 392<br>BUHL ID 83316-0392 | FASTENAL COMPANY<br>2001 THEURER BLVD<br>ATTN- LEGAL<br>WINONA MN 55987-9902 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ROBERT A FAUCHER<br>POB 2527<br>BOISE ID 83701-2527 | FREDIN BROTHERS INC<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | (P)GJ VERTILINE PUMPS INC<br>PO BOX 892<br>TWIN FALLS ID 83303-0892 |
| DAVID W GADD<br>STOVER GADD  ASSOCIATES PLLC<br>905 SHOSHONE ST N<br>PO BOX 1428<br>TWIN FALLS ID 83303-1428 | GALE W HARDING AND ASSOCIATES<br>329 W 7TH S<br>REXBURG ID 83440-9600 | SCOTT F GAUTIER<br>1800 CENTURY PARK EAST<br>STE 1500<br>LOS ANGELES CA 90067-1501 |
| GIVENS PURSLEY LLP<br>GIVENS PURSLEY LLP<br>601 W BANNOCK<br>PO BOX 2720<br>BOISE ID 83701-2720 | GLANBIA FOODS INC<br>CO ROBERT A FAUCHER<br>POB 2527<br>BOISE ID 83701-2527 | KIMBELL D GOURLEY<br>POB 1097<br>BOISE ID 83701-1097 |
| GRANT  HAGAN INC<br>PO BOX 326<br>HAZELTON ID 83335-0326 | GRANT 4D FARMS LLC<br>707 E 600 N<br>RUPERT ID 83350-9466 | DANIEL C GREEN<br>RACINE OLSON PLLP<br>201 EAST CENTER<br>PO BOX 1391<br>POCATELLO ID 83204-1391 |
| GREEN SOURCE AUTOMATION LLC<br>3506 MOORE ROAD<br>CERES CA 95307-9402 | MATTHEW W GRIMSHAW<br>GRIMSHAW LAW GROUP PC<br>800 W MAIN STREET STE 1460<br>BOISE ID 83702-5983 | JULIAN GURULE<br>400 SOUTH HOPE STREET<br>SUITE 1900<br>LOS ANGELES CA 90071-2811 |
| JULIAN GURULE<br>OMELVENY  MEYERS LLP<br>400 SOUTH HOPE STREET<br>SUITE 1900<br>LOS ANGELES CA 90071-2811 | JULIAN GURULE<br>OMELVENY  MYERS LLP<br>400 SOUTH HOPE STREET<br>STE 18TH FLOOR<br>LOS ANGELES CA 90071-2801 | OREN BUCHANAN HAKER<br>BLACK HELTERLINE LLP<br>805 SW BROADWAY<br>SUITE 1900<br>PORTLAND OR 97205-3359 |
| HATFIELD MANUFACTURING INC<br>1823 SHOESTRING RD<br>GOODING ID 83330-5361 | HEERINGA CONSTRUCTION LLC<br>18521 E QUEEN CREEK RD<br>105-481<br>QUEEN CREEK AZ 85142-5864 | HOLLIFIELD RANCHES INC<br>22866 HIGHWAY 30<br>HANSEN ID 83334-5028 |
| IRS<br>CENTRALIZED INSOLVENCY OPER<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IDAHO AGCREDIT<br>CO DANIEL C GREEN<br>RACINE OLSON PLLP<br>P O BOX 1391<br>POCATELLO ID 83204-1391 | IDAHO DEPT OF LANDS<br>PO BOX 83720<br>BOISE ID 83720-0003 |
| IDAHO MATERIALS  CONSTRUCTION<br>CO MILLER NASH LLP<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | IDAHO STATE BRAND DEPARTMENT<br>700 S STRATFORD DR<br>MERIDIAN ID 83642-6202 | IDAHO STATE TAX COMMISSION<br>PO BOX 36<br>BOISE ID 83722-0036 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| (P)INNOVATIVE FOOD SOLUTIONS USA LLC<br>134 E HIGHWAY 81<br>BURLEY ID 83318-5427 | INTERSTATE BILLING SERVICE INC<br>PO BOX 2250<br>DECATUR AL 35609-2250 | JC HOOF TRIMMING INC<br>3690 N 2570 E<br>TWIN FALLS ID 83301-1004 |
| JD HEISKELL HOLDINGS LLC<br>17220 WRIGHT ST STE 200<br>OMAHA NE 68130-4667 | JOHN DEERE FINANCIAL<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 | (P)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO NATIONAL BANKRUPTCY SERVICES LLC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 | JAKE MILLENKAMP<br>1719 RIVER ROAD<br>BUHL ID 83316-5302 | JAMES FARRELL  CO<br>13810 SE EASTGATE WAY<br>SUITE 520<br>BELLEVUE WA 98005-4467 |
| JEAN L THOMPSON<br>225 N 250 W<br>JEROME ID 83338 | JEFFREY E ROLIG<br>PO BOX 5455<br>TWIN FALLS ID 83303-5455 | JEFFREY J GRIEVE<br>PO BOX 366<br>TWIN FALLS ID 83303-0366 |
| JOHN DEERE CONSTRUCTION AND FORESTRY COMPANY<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 | JOHN DEERE FINANCIAL FSB<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 | K R RENTAL INC<br>256 A SOUTH 600 W<br>HEYBURN ID 83336-9750 |
| KEITH D AND JANET CARLSON<br>3866 E 3800 N<br>HANSEN ID 83334-5012 | KENWORTH SALES COMPANY INC<br>CO BENOIT LAW<br>PO BOX 366<br>TWIN FALLS ID 83303-0366 | KINGHORN MEDICAL LLC<br>248 S COLE RD<br>BOISE ID 83709-0934 |
| KRAUS FARMS LLC<br>165 SOUTH 400 WEST<br>RUPERT ID 83350-9672 | MATTHEW KREMER<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6524 | MATTHEW KREMER<br>OMELVENY  MYERS LLP<br>1301 AVENUE OF THE AMERICAS<br>SUITE 1700<br>NEW YORK NY 10019-6022 |
| DAVID T KRUECK<br>HAWLEY TROXELL ENNIS  HALWEY LLP<br>877 W MAIN ST<br>SUITE 500<br>STE 200<br>BOISE ID 83702-6030 | JOHN F KURTZ JR<br>KURTZ LAW PLLC<br>910 W MAIN<br>SUITE 364<br>BOISE ID 83702-5740 | LES SCHWAB TIRE CENTERS OF IDAHO LLC<br>PO BOX 5350<br>BEND OR 97708-5350 |
| (P)LAND VIEW  INC<br>ATTN DAN NOBLE<br>P O BOX 475<br>RUPERT ID 83350-0475 | LAND VIEW INC<br>CO GERY W EDSON<br>PO BOX 448<br>BOISE ID 83701-0448 | ADAM A LEWIS<br>MORRISON  FOERSTER LLP<br>425 MARKET STREET<br>SAN FRANCISCO CA 94105-2482 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ADAM AIKEN LEWIS<br>MORRISON  FOERSTER LLP<br>425 MARKET STREET<br>STE 32ND FLOOR<br>SAN FRANCISCO CA 94105-2467 | KARYN LLOYD<br>GORDON REES SCULLY MANSUKHANI LLP<br>999 W MAIN STREET<br>100<br>BOISE ID 83702-9001 | KARYN LLOYD<br>GORDON REES SCULLY MANSUKHANI LLP<br>999 W MAIN STREET 100<br>BOISE ID 83702-9001 |
| MWI VETERINARIAN SUPPLY INC<br>3041 W PASADENA DRIVE<br>BOISE ID 83705-4776 | JED W MANWARING<br>ELAM  BURKE PA<br>251 E FRONT STREET<br>PO BOX 1539<br>STE 300<br>BOISE ID 83701-1539 | JAMES JUSTIN MAY<br>JOHNSON MAY<br>199 N CAPITOL BLVD<br>STE 200<br>BOISE ID 83702-6197 |
| ZACHERY J MCCRANEY<br>HOLLAND  HART<br>PO BOX 2527<br>800 W MAIN STREET<br>SUITE 1750<br>BOISE ID 83702-5974 | MERCK ANIMAL HEALTH<br>ATTN LEGAL DEPTANIMAL HEALTH<br>126 EAST LINCOLN AVENUE<br>PO BOX 2000<br>RAHWAY NJ 07065-0900 | METLIFE REAL ESTATE LENDING LLC<br>CO KIMBELL D GOURLEY<br>10801 MASTIN BLVD<br>SUITE 700<br>OVERLAND PARK KS 66210-1673 |
| METLIFE REAL ESTATE LENDING LLC<br>CO RON C BINGHAM II ESQ<br>ADAMS AND REESE LLP<br>3424 PEACHTREE ROAD NE SUITE 1600<br>ATLANTA GEORGIA 30326-1139 | METROPOLITAN LIFE INSURANCE COMPANY<br>CO KIMBELL D GOURLEY<br>10801 MASTIN BLVD<br>SUITE 700<br>OVERLAND PARK KS 66210-1673 | METROPOLITAN LIFE INSURANCE COMPANY A NEW Y<br>CO RON C BINGHAM II ESQ<br>ADAMS AND REESE LLP<br>3424 PEACHTREE ROAD NE SUITE 1600<br>ATLANTA GEORGIA 30326-1139 |
| MICHAEL CHOJNACKY<br>51 W 600 N<br>JEROME ID 83338-5016 | WILLIAM MILLENKAMP<br>473 S 300 W<br>JEROME ID 83338 | DEBTOR<br>MILLENKAMP CATTLE INC<br>471 NORTH 300 WEST<br>JEROME ID 83338-5078 |
| RHETT MICHAEL MILLER<br>PARSONS LOVELAND SHIRLEY  LINDSTROM<br>PO BOX 910<br>BURLEY ID 83318-0910 | MOSS FARMS OPERATIONS LLC<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 | MOSS GRAIN PARTNERSHIP<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 |
| MOSS GRAIN PARTNERSHIP<br>301 SCOTT AVE SUITE 4<br>RUPERT ID 83350-5100 | JOHN D MUNDING<br>MUNDING PS<br>309 E FARWELL RD<br>STE 310<br>SPOKANE WA 99218-8209 | NAPA AUTO PARTS<br>PO BOX 1425<br>TWIN FALLS ID 83303-1425 |
| JASON RONALD NAESS<br>DOJUST<br>550 WEST FORT ST<br>STE 698<br>BOISE ID 83724-0101 | JAMES NIEMEIER<br>MCGRATH NORTH<br>1601 DODGE STREET<br>SUITE 3700<br>OMAHA NE 68102-1627 | JAMES J NIEMEIER<br>MCGRATH NORTH MULLIN  KRATZ PC LLO<br>1601 DODGE STREET<br>STE 3700<br>OMAHA NE 68102-1650 |
| COOPER NORMAN<br>PO BOX 5399<br>TWIN FALLS ID 83303-5399 | JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET<br>STE 2000<br>DENVER CO 80203-4554 | JOHN OBRIEN<br>SPENCER FANE LLP<br>1700 LINCOLN STEET<br>SUITE 2000<br>DENVER CO 80203-4554 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| GABRIEL L OLIVERA<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6524 | GABRIEL LUIS OLIVERA<br>OMELVENY  MYERS LLP<br>1301 AVENUE OF THE AMERICAS<br>STE 1700<br>NEW YORK NY 10019-6022 | OREN B HAKER<br>BLACK HELTERLINE LLP<br>805 SW BROADWAY SUITE 1900<br>PORTLAND OR 97205-3359 |
| OVERHEAD DOOR<br>489 S LOCUST<br>TWIN FALLS ID 83301-7849 | PTG OF IDAHO LLC<br>CO HOLLAND N ONEIL FOLEY  LARDNER L<br>2021 MCKINNEY AVENUE STE 1600<br>DALLAS TX 75201-3340 | DOMENIC E PACITTI<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 MARKET STREET<br>SUITE 1000<br>WILMINGTON DE 19801-3030 |
| PAN AMERICAN LIFE INSURANCE<br>1778 N PLANO RD<br>STE 310<br>RICHARDSON TX 75081-1958 | PERFORMIX NUTRITION SYSTEMS<br>2201 N 20TH STREET<br>NAMPA ID 83687-6849 | PERFORMIX NUTRITION SYSTEMS LLC<br>MUNDING PS<br>309 E FARWELL RD STE 310<br>SPOKANE WA 99218-8209 |
| MARK BRADFORD PERRY<br>PERRY LAW PC<br>POB 637<br>BOISE ID 83701-0637 | PIVOT MAN INC<br>ROBIN JONES<br>PO BOX 355<br>PAUL ID 83347-0355 | SCOTT C POWERS<br>SPENCER FANE LLP<br>10 EXCHANGE PLACE 11TH FLR<br>SALT  LAKE CITY UT 84111-2824 |
| PRIME RIDGE BEEF LLC<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | PRO RENTALS  SALES<br>PO BOX 5450<br>C12<br>KALISPELL MT 59903-5450 | PRO TECH SERVICE COMPANY<br>1550 KIMBERLY RD<br>TWIN FALLS ID 83301-7341 |
| PROGRESSIVE DAIRY SERVICE  SUPPLIES CORP<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 | PROGRESSIVE DAIRY SERVICE  SUPPLY CORP<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 | QUILL CORPORATION<br>PO BOX 102419<br>COLUMBIA SC 29224-2419 |
| RABO AGRIFINANCE LLC<br>CO SHEILA R SCHWAGER<br>PO BOX 1617<br>BOISE ID 83701-1617 | RABO AGRIFINANCE LLC AS ADMINISTRATIVE AGEN<br>CO SHEILA SCHWAGER<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>PO BOX 1617<br>BOISE ID 83701-1617 | RAFT RIVER RURAL ELECTRIC COOPERATIVE INC<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 |
| CHERYL RAMBO<br>IDAHO STATE POLICE<br>700 S STRATFORD DR<br>MERIDIAN ID 83642-6242 | REXEL USA INC DBA PLATT ELECTRIC SUPPLY<br>MCCONNELL WAGNER SYKES + STACEY PLLC<br>827 E PARK BLVD STE 201<br>BOISE ID 83712-7782 | REXEL USA INC DBA PLATT ELECTRIC SUPPI<br>827 E PARK BLVD STE 201<br>BOISE IDAHO 83712-7782 |
| JANINE PATRICE REYNARD<br>AVERY LAW<br>3090 E GENTRY WAY<br>SUITE 250<br>MERIDIAN ID 83642-3596 | ROBERT E RICHARDS<br>DENTONS US LLP<br>233 SOUTH WACKER DRIVE<br>STE 7800<br>CHICAGO IL 60606-6459 | ROBERT E RICHARDS<br>233 SOUTH WACKER DRIVE<br>SUITE 5900<br>CHICAGO IL 60606-6361 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled UNDELIVERABLE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| HOLLY ROARK<br>ROARK LAW OFFICES<br>950 BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | ROARK LAW OFFICES<br>950 BANNOCK ST 11TH FL<br>BOISE ID 83702-5999 | ROCKY MOUNTAIN AGRONOMICS<br>1912 WEST MAIN STREET<br>BURLEY ID 83318-1611 |
| ROGERS MACHINERY COMPANY INC<br>PO BOX 230429<br>PORTLAND OR 97281-0429 | EVAN THOMAS ROTH<br>1101 W RIVER ST STE 110<br>BOISE ID 83702-7067 | TIRZAH R ROUSSELL<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES IA 50309-3616 |
| TIRZAH R ROUSSELL<br>DENTONS DAVIS BROWN PC<br>THE DAVIS BROWN TOWER<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES IA 50309-3621 | MIRANDA RUSSELL<br>MORRISON FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-0050 | MIRANDA K RUSSELL<br>MORRISON FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-0050 |
| SANDTON CAPITAL PARTNERS LP<br>16 W 46TH STREET 1ST FLOOR<br>NEW YORK NY 10036-4503 | (P)SCHAEFFER MANUFACTURING COMPANY<br>ATTN DENIS MCCARTHY<br>2600 S BROADWAY<br>SAINT LOUIS MO 63118-1828 | NIKOLAUS F SCHANDLBAUER<br>20 F STREET NW<br>SUITE 500<br>WASHINGTON DC 20001-6703 |
| SCHMIDT CATTLE HAULING<br>848 E 3400 N<br>CASTLEFORD ID 83321-6422 | ANDREW SCHOULDER<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 | ANDREW J SCHOULDER<br>NORTON ROSE FULBRIGHT US LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 |
| SCHOWS TRUCK CENTER<br>PO BOX 2208<br>DECATUR AL 35609-2208 | SCHUIL AG REAL ESTATE INC<br>5020 W MINERAL KING AVE<br>VISALIA CA 93291-5364 | SHEILA RAE SCHWAGER<br>HAWLEY TROXELL ENNIS HAWLEY LLP<br>877 MAIN STREET SUITE 200<br>PO BOX 1617<br>BOISE ID 83701-1617 |
| SHEILA R SCHWAGER<br>HAWLEY TROXELL ENNIS HAWLEY LLP<br>PO BOX 1617<br>BOISE ID 83701-1617 | SIX STATES DISTRIBUTORS INC<br>29787 NETWORK PLACE<br>CHICAGO IL 60673-1297 | LOUIS V SPIKER<br>MILLER NASH LLP<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 |
| SPRINKLERSHOP INC<br>PO BOX 599<br>PAUL ID 83347-0599 | ST GENETICS<br>INGURAN USA INC<br>22575 STATE HWY 6 SOUTH<br>NAVASOTA TX 77868-8297 | STANDING 16 RANCH LAND COMPANY LLC<br>335 W 300 N<br>JEROME ID 83338-5217 |
| STANDLEE AG RESOURCES<br>CO MILLER NASH LLP<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | STANDLEE AG RESOURCES<br>CO MILLER NASH LLP ATTN LOUIS SPIKER<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | STAR FALLS FARMS LLC<br>1908 E 1300 S<br>HAZELTON ID 83335-5428 |

USPS FIRST-CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/HCP SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| STEEL RANCH LLC<br>2597 E 1100 S<br>HAZLETON ID 83335-5621 | STEVEN R HOGAN II<br>409 S 17TH STREET 500<br>OMAHA NE 68102-2603 | MICHAEL R STEWART<br>2200 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS MN 55402-7508 |
| STOTZ EQUIPMENT<br>2670 KIMBERLY RD E<br>TWIN FALLS ID 83301-7984 | MATTHEW A STURZEN<br>SHERMAN SHERMAN JOHNNIE  HOYT LLP<br>693 CHEMEKETA STREET NE<br>SALEM OR 97301-3732 | SUMMIT AG APPRAISAL INC<br>995 S 1150 E<br>ALBION ID 83311-9710 |
| THE DAIRY SOLUTIONS GROUP<br>409 S 17TH STREET 500<br>OMAHA NE 68102-2603 | THE FORBES SECURITIES GROUP LLC DBA FORBES<br>6400 S FIDDLERS GREEN CIRCLE<br>SUITE 850<br>GREENWOOD VILLAGE CO 80111-4994 | THE SPRINKLER SHOP<br>PO BOX 599<br>PAUL ID 83347-0599 |
| MEREDITH LEIGH THIELBAHR<br>GORDON  REES  SEATTLE<br>701 FIFTH AVENUE<br>STE 2100<br>SEATTLE WA 98104-7084 | TRIPLE C FARMS LLC<br>474 S 500 W<br>JEROME ID 83338-6027 | KIM J TROUT<br>TROUT LAW PLLC<br>3778 PLANTATION RIVER DR STE 101<br>BOISE ID 83703-3086 |
| US COMMODITIES LLC<br>730 SECOND AVENUE S SUITE 700<br>MINNEAPOLIS MN 55402-2480 | US TRUSTEE<br>550 WEST FORT ST STE 698<br>BOISE ID 83724-0101 | ULINE<br>12575 ULINE DRIVE<br>PLEASANT PRAIRIE WI 53158-3686 |
| UNITED ELECTRIC COOP INC<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 | VALLEY WIDE COOPERATIVE INC<br>CO DAVID W GADD STOVER GADD  ASSOC<br>PO BOX 1428<br>TWIN FALLS ID 83303-1428 | VALLEY WIDE COOPERATIVE INC<br>CO DAVID W GADD<br>STOVER GADD  ASSOCIATES PLLC<br>PO BOX 1428<br>TWIN FALLS IDAHO 83303-1428 |
| VISERION GRAIN LLC<br>385 BROADWAY ST<br>BOULDER CO 80305-3303 | VISERION GRAIN LLC<br>CO SAWTOOTH LAW OFFICES PLLC<br>213 CANYON CREST DR STE 200<br>TWIN FALLS ID 83301-3053 | VITERRA USA GRAIN LLC<br>1331 CAPITOL AVE<br>OMAHA NE 68102-1197 |
| VITERRA USA GRAIN LLC AND VITERRA USA INGRE<br>CO RACINE OLSON PLLP<br>PO BOX 1391<br>POCATELLO ID 83204-1391 | VITERRA USA INGREDIENTS LLC<br>1331 CAPITOL AVE<br>OMAHA NE 68102-1197 | WAG SERVICES INC<br>8121 W HARRISON ST<br>TOLLESON AZ 85353-3328 |
| JOSEPH MARK WAGER JR<br>MCCONNELL WAGNER SYKES  STACEY<br>827 E PARK BLVD SUITE 201<br>BOISE ID 83712-7782 | WENDELL TRUCK AND AUTO<br>PO BOX 213<br>356 S IDAHO ST<br>WENDELL ID 83355-5209 | WESTERN CONSTRUCTION INC<br>PO BOX 15569<br>BOISE ID 83715-5569 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/BCC ORNICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| WESTERN STATES EQUIPMENT CO<br>500 EAST OVERLAND ROAD<br>MERIDIAN ID 83642-6606 | WESTWAY FEED<br>BARR CREDIT SERVICES<br>3444 N COUNTRY CLUB RD<br>STE 200<br>TUCSON AZ 85716-0815 | WILBURELLIS COMPANY LLC<br>CO MATTHEW A STURZEN<br>PO BOX 2247<br>SALEM OR 97308-2247 |
| WILBURELLIS NUTRITION LLC<br>CO MATTHEW A STURZEN<br>PO BOX 2247<br>SALEM OR 97308-2247 | WILLIAMS MESERVY  LARSEN<br>POST OFFICE BOX 168<br>153 EAST MAIN STREET<br>JEROME ID 83338-2332 | BRENT RUSSEL WILSON<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>877 MAIN STREET SUITE 200<br>BOISE ID 83702-6030 |
| YOUNG CDJR OF BURLEY LLC<br>PO BOX 1530<br>LAYTON UT 84041-6553 | YOUREE LAND  LIVESTOCK INC<br>3953 NORTH 3300 EAST<br>TWIN FALLS ID 83301-0348 | CO DAVID A COLEMAN YOUREE LAND  LIVESTOCK<br>COLEMAN RITCHIE  JACOBSON<br>PO BOX 525<br>TWIN FALLS ID 83303-0525 |

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      robert.richards@dentons.com
      tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor.| Case No. 24-40158-NGH |
|---|---|
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

### NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR FINANCIAL ADVISOR and NOTICE OF HEARING RE: SAME

PLEASE TAKE NOTICE that Kander, LLC, financial advisor for Debtors in Possession, Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), has filed a First Application for Allowance of Interim Fees and Costs for Financial Advisor (Dkt. No. 647 - the "Application") for the requested fees and costs for Kander, LLC in the amount of $398,304.85. The fees and costs required are related to the following:

- **Case Administration** was necessary in order to discuss various items with the client, counsel, and other parties, as well as prepare required reports (IRR, MOR), prepare financial modeling, update budgets, engage in communications with financial advisors for other parties and communications with Forbes, and prepare for responses to extensive first day motions, continued emergency/interim motions, and related orders.

- **Fee/Employment Applications** was necessary in order to draft and prepare applications to employ and draft monthly fee applications and this first interim fee application.

- **Non-Working Travel** was travel billed at ½ rate for travel to/from hearings.

- **Financing/Cash Collections** was necessary in order to correspond with multiple parties regarding the first day cash motions and prepare information and modeling for extensive relevant interim and final motions, notices, and orders. Much of the initial stages of this case revolved around obtaining necessary approvals/consensus for using cash collateral to maintain operations and approval of the DIP loan. Prepared weekly reporting.

NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR FINANCIAL ADVISOR AND NOTICE OF HEARING RE: SAME

#4068898

#4107496

The projects have allowed the Debtors to prepare and file required reports, attend required meetings, draft various applications and motions, analyze and draft the Plan, and otherwise keep operations moving forward.

The Application has been reviewed and approved by the Debtors. A copy of the Application is on file with the above-captioned Court as Docket No. 548, together with supporting documents. Any party desiring information as to the details of the Application may request the same from the Clerk of the Court, from the court's online PACER information system at www.pacer.gov, or from the undersigned counsel.

YOU ARE HEREBY NOTIFIED that written objections to the Application should be filed with the court within twenty-one (21) days of the date of service of this notice. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served upon the movant. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief in the Application and may grant the relief without further notice of hearing. Any such objection should be filed with the U.S. Bankruptcy Court at the United States Courthouse, 550 W. Fort St., Boise, ID 83724 or electronically filed using the CM/ECF Filer system at https://ecf.edb.uscourts.gov.

YOU ARE FURTHER NOTIFIED that the Application is scheduled to come before the Court for hearing on the **21st day of November, 2024, at 1:30 p.m. (MT),** or as soon thereafter as the matter can be heard. This will be a telephonic hearing; parties should call the following number at least 10 minutes prior to the hearing: 1-669-254-5252; Access Code: 160-5422-0978.

DATED this 2nd day of October, 2024.

DENTONS DAVIS BROWN

/s/ *Krystal Mikkilineni*
KRYSTAL MIKKILINENI
Counsel for Debtor

NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR FINANCIAL ADVISOR AND NOTICE OF HEARING RE: SAME

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October, 2024, I filed the foregoing NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I served the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

See attached mailing matrix.

/s/ Krystal Mikkilineni
Krystal Mikkilineni

```
Label Matrix for local noticing        Ad Hoc Committee of Corn and Sugar         Amalgamated Sugar Company                 Allied Electric Propane, Inc.          V2 Land Properties, LLC                  Viserion Grain, LLC
0976-8                                 153 East Main Street                       1951 S. Saturn Way                        c/o Rhett M. Miller                    c/o David W. Gadd, Stover, Gadd & Assoc.  c/o Sawtooth Law Offices, PLLC
Case 24-40158-NGH                      PO Box 168                                 Suite 100                                 P.O. Box 910                           P.O. Box 1428                             213 Canyon Crest Dr., Ste 200
District of Idaho                      Jerome, ID 83338-0168                      Boise, ID 83709-2924                      Burley, ID 83318-0910                  Twin Falls, ID 83303-1428                 Twin Falls, ID 83301-3053
Twin Falls
Fri Aug 9 12:38:20 MDT 2024

Automation Werx, LLC                   Blue Cross of Idaho Health Service, Inc    Bunge Canada C/O David D. Farrell         Viterra USA Grain, LLC and Viterra USA Ingre  Western States Equipment Co.       Wilbur-Ellis Company LLC
Morrow & Fischer, PLLC                 c/o Law Office of D. Blair Clark PC        David D. Farrell. Esq.                    c/o RacineOlson, PLLP                  500 East Overland Road                    c/o Matthew A. Sturzen
4 Ogden Avenue                         967 East Parkcenter Boulevard, #282        One Bank Plaza                            P.O. Box 1391                          Meridian, ID 83642-6606                   P.O. Box 2247
Nampa, ID 83651-2371                   Boise, ID 83706-6721                       Suite 2700                                Pocatello, ID 83204-1391                                                         Salem, OR 97308-2247
                                                                                  St. Louis, MO 63101

Burks Tractor Company, Inc.            Conterra Holdings, LLC d/b/a Conterra Ag Cap  Davis Livestock, Inc.                  Twin Falls                             A. Scott Jackson Trucking, Inc.           AAA Cow Comfort LLC
3140 Kimberly Road                     Spencer Fane                               780 E Cannibal Rd                         U.S. Bankruptcy Court                  c/o Williams Meservy & Larsen, LLP        Po Box 307
Twin Falls, ID 83301-8516              1700 Lincoln Street                        Lewiston, UT 84320-2038                   801 East Sherman                       Post Office Box 168                       Kimberly, ID 83341-0307
                                       Suite 2000                                                                           Pocatello, ID 83201-5730               153 East Main Street
                                       Denver, CO 80203-4554                                                                                                       Jerome, ID 83338-2332

East Valley Development, LLC           Elevation Electric, LLC                    Gale W. Harding and Associates            ABS Global                             ARNOLD MACHINERY COMPANY                  Addison Biological Laboratory, INC.
c/o Avery Law                          485 S IDAHO ST                             329 W 7th S                               1525 River Rd.                         2975 West 2100 South                      507 North Cleveland St.
3090 E Gentry Way, Ste 250             WENDELL, ID 83355-5241                     Rexburg, ID 83440-9600                    DeForest, WI 53532-2430                Salt Lake City, UT 84119-1273             Fayette, MO 65248-1083
Meridian, ID 83642-3596

Glanbia Foods Inc                      Idaho AgCredit                             Idaho State Brand Department              Airgas USA LLC                         Airgas USA, LLC                           Alexander K. Reed
c/o Robert A Faucher                   c/o Daniel C. Green                        700 S. Stratford Dr.                      PO Box 734445                          110 West 7th St. Suite 1400               4296 N 2100 E
POB 2527                               Racine Olson, PLLP                         Meridian, ID 83642-6202                   Chicago, IL 60673-4445                 Tulsa, OK 74119-1077                      Filer, ID 83328-5046
Boise, ID 83701-2527                   P. O. Box 1391
                                       Pocatello, ID 83204-1391

(p)LAND VIEW INC                       MWI Veterinary Supply, Inc.                MetLife Real Estate Lending LLC           American Calf Products (Golden State Mixing,  American Express National Bank   Automation Werx, LLC
ATTN DAN NOBLE                         3041 W PASADENA DRIVE                      c/o Kimbell D. Gourley                    425 D Street                           c/o Becket and Lee LLP                    PO Box 3066
P O BOX 475                            Boise, ID 83705-4776                       10801 Mastin Blvd                         Turlock, CA 95380-5452                 PO Box 3001                               Idaho Falls, ID 83403-3066
RUPERT ID 83350-0475                                                              Suite 700                                                                        Malvern PA 19355-0701
                                                                                  Overland Park, KS 66210-1673

Metropolitan Life Insurance Company    Moss Farms Operations, LLC                 Moss Grain Partnership                    B & H Farming, an Idaho General Partnership  BS R Design Supplies               Blue Cross of Idaho
c/o Kimbell D. Gourley                 c/o Rhett M. Miller                        c/o Rhett M. Miller                       PO Box 123                             198 Locust St S                           c/o D Blair Clark, Atty
10801 Mastin BLVD                      P.O. Box 910                               P.O. Box 910                              Rupert, ID 83350-0123                  Twin Falls, ID 83301-7832                 967 Parkcenter Blvd #282
Suite 700                              Burley, ID 83318-0910                      Burley, ID 83318-0910                                                                                                      Boise, ID 83706-6721
Overland Park, KS 66210-1673

PerforMix Nutrition Systems, LLC       Progressive Dairy Service & Supply Corp.   Rabo AgriFinance LLC                      Blue Cross of Idaho                    Bo Stevenson dba B&A Farms                Brandy A. Bartholomew
MUNDING, P.S.                          485 S IDAHO ST                             c/o Sheila R. Schwager                    c/o D. Blair Clark, Attorney           1001 S 1900 E                             C/O Eric R. Clark, Attorney
309 E. FARWELL RD., STE 310            WENDELL, ID 83355-5241                     P.O. Box 1617                             967 E. Parkcenter Blvd., #282          Hazelton, ID 83335-5451                   P.O. Box 2504
Spokane, WA 99218-8209                                                            Boise, ID 83701-1617                      Boise, ID 83706-6721                                                             Eagle, ID 83616-9118

Raft River Rural Electric Cooperative, Inc.  Rexel USA, Inc dba Platt Electric Supply  Sandton Capital Partners LP          Bunge Canada                           Burks Tractor Company, Inc.               CNH Industrial Capital America LLC
c/o Rhett M. Miller                    McConnell Wagner Sykes + Stacey PLLC       16 W 46th Street, 1st Floor               c/o David D. Farrell                   Oren B. Haker                             Kent Carter/Gordon Rees
P.O. Box 910                           827 E. Park Blvd, Ste. 201                 New York, NY 10036-4503                   THOMPSON COBURN LLP                    Black Helterline LLP                      One North Franklin, Suite 800
Burley, ID 83318-0910                  Boise, ID 83712-7782                                                                 One USBank Plaza, Suite 2700           805 SW Broadway Suite 1900                Chicago, IL 60606-3422
                                                                                                                            Saint Louis, Missouri 63101-1693       Portland, OR 97205-3359

Schuil Ag Real Estate Inc              Standlee Ag Resources                      The Forbes Securities Group LLC, DBA Forbes  Capitol One                         (p)CARNE I CORP                           Cellco Partnership d/b/a Verizon Wireless
5020 W Mineral King Ave                c/o Miller Nash LLP                        6400 S Fiddlers Green Circle              PO Box 60599                           134 E HIGHWAY 81                          William M Vermette
Visalia, CA 93291-5364                 950 W Bannock St, Ste 1100                 Suite 850                                 City of Industry, CA 91716-0599        BURLEY ID 83318-5427                      22001 Loudoun County PKWY
                                       Boise, ID 83702-6140                      Greenwood Village, CO 80111-4994                                                                                            Ashburn, VA 20147-6122
```

| | | | | | | |
|---|---|---|---|---|---|---|
| (p)CENTURYTEL SERVICE GROUP LLC DBA CENTURYLI<br>931 14TH STREET 9TH FLOOR<br>DENVER CO 80202-2994 | Christopher Grove<br>1031 Mendota Heights Road<br>St. Paul, MN 55120-1419 | City of Gooding<br>PO Box 78019<br>Phoenix, AZ 85062-8019 | IRS<br>Centralized Insolvency Oper.<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Idaho Dept of Lands<br>PO Box 83720<br>Boise, ID 83720-0003 | Idaho Materials & Construction<br>c/o Miller Nash LLP<br>950 W Bannock St, Ste 1100<br>Boise, ID 83702-6140 |
| Clint D. Thompson<br>298 N 200 W<br>Jerome, ID 83338-5372 | Coastline Equipment Company<br>2000 E Overland Rd<br>Meridian, ID 83642-6665 | Colonial Life<br>Processing Center<br>PO Box 1365<br>Columbia, SC 29202-1365 | Idaho State Tax Commission<br>PO Box 36<br>Boise, ID 83722-0036 | (p)INNOVATIVE FOOD SOLUTIONS USA LLC<br>134 E HIGHWAY 81<br>BURLEY ID 83318-5427 | Interstate Billing Service, Inc<br>PO box 2250<br>Decatur, AL 35609-2250 |
| Connie Lapaseotes, Ltd.<br>c/o John O'Brien<br>Spencer Fane<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203-4554 | Conrad Bishcoff Inc<br>2251 N Holmes<br>PO Box 50106<br>Idaho Falls, ID 83405-0106 | Conterra Holdings, LLC dba Conterra Ag Capit<br>c/o John O'Brien<br>Spencer Fane<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203-4554 | J&C Hoof Trimming Inc.<br>3690 N 2570 E<br>Twin Falls, ID 83301-1004 | J.D. Heiskell Holdings, LLC<br>17220 Wright St, Ste 200<br>Omaha, NE 68130-4667 | JOHN DEERE FINANCIAL<br>c/o Weltman, Weinberg & Reis Co., L.P.A.<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 |
| Daimler Truck Financial Services USA LLC<br>c/o Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Boulevard, Suite 1000<br>Costa Mesa, CA 92626-7664 | Dairy Tech, LLC<br>1031 Mendota Heights Road<br>St. Paul, MN 55120-1419 | Daritech<br>8540 Benson Rd<br>Lynden, WA 98264-9711 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Jake Millenkamp<br>1719 River Road<br>Buhl, ID 83316-5302 |
| David Clark<br>Clark Ambulatory Clinic, Inc.<br>1019 E 1020 S<br>Albion, ID 83311 | Douglas J. Grant<br>2050 E 500 S<br>Hazelton, ID 83335-5006 | Dusty Brow Farms, Inc.<br>2601 E 1100 S<br>Hazelton, ID 83335-5623 | James Farrell & CO<br>13810 SE Eastgate Way<br>Suite 520<br>Bellevue, WA 98005-4467 | Jean L. Thompson<br>225 N 250 W<br>Jerome, ID 83338 | Jeffrey E. Rolig<br>PO Box 5455<br>Twin Falls, ID 83303-5455 |
| East Valley Development, LLC<br>c/o Adam Lewis, Esq.<br>Morrison & Foerster LLP<br>425 Market St.<br>San Francisco CA 94105-2482 | Edward Chojnacky<br>298 N 100 W<br>Jerome, ID 83338-5406 | Electrical Werx & Construction, LLC<br>PO Box 3066<br>Idaho Falls, ID 83403-3066 | Jeffrey J. Grieve<br>P.O. Box 366<br>Twin Falls, ID 83303-0366 | John Deere Construction and Forestry Company<br>c/o Weltman, Weinberg & Reis Co., L.P.A.<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 | John Deere Financial, f.s.b.<br>c/o Weltman, Weinberg & Reis Co., L.P.A.<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 |
| Eric Clark<br>Clark Associates<br>PO Box 2504<br>Eagle, ID 83616-9118 | Evans Plumbing<br>111 Gulf Stream Lane<br>Hailey, ID 83333-7725 | Farmers Bank<br>PO Box 392<br>Buhl, ID 83316-0392 | K R Rental Inc<br>256 A South 600 W<br>Heyburn, ID 83336-9750 | Keith D. and Janet Carlson<br>3866 E 3800 N<br>Hansen, ID 83334-5012 | Kenworth Sales Company, Inc.<br>c/o Benoit Law<br>P.O. Box 366<br>Twin Falls, ID 83303-0366 |
| Fastenal Company<br>2001 Theurer Blvd.<br>ATTN: LEGAL<br>Winona, MN 55987-9902 | Fredin Brothers, Inc.<br>c/o John O'Brien<br>Spencer Fane<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203-4554 | (p)GJ VERTILINE PUMPS INC<br>PO BOX 892<br>TWIN FALLS ID 83303-0892 | Kinghorn Medical LLC<br>248 S Cole Rd<br>Boise, ID 83709-0934 | Kraus Farms, LLC<br>165 South 400 West<br>Rupert, ID 83350-9672 | LES SCHWAB TIRE CENTERS OF IDAHO, LLC<br>PO BOX 5350<br>BEND, OR 97708-5350 |
| Grant & Hagan, Inc.<br>P.O. Box 326<br>Hazelton, ID 83335-0326 | Grant 4-D Farms LLC<br>707 E 600 N<br>Rupert, ID 83350-9466 | Green Source Automation, LLC<br>3506 Moore Road<br>Ceres, CA 95307-9402 | Land View, Inc.<br>c/o Gery W. Edson<br>P.O. Box 448<br>Boise, ID 83701-0448 | Merck Animal Health<br>Attn: Legal Dept-Animal Health<br>126 East Lincoln Avenue<br>Po Box 2000<br>Rahway, NJ 07065-0900 | MetLife Real Estate Lending, LLC<br>c/o Ron C. Bingham, II, Esq.<br>Adams and Reese LLP<br>3424 Peachtree Road, NE, Suite 1600<br>Atlanta, Georgia 30326-1139 |
| Hatfield Manufacturing Inc<br>1823 Shoestring Rd<br>Gooding, ID 83330-5361 | Heeringa Construction LLC<br>18521 E Queen Creek Rd<br>#105-481<br>Queen Creek, AZ 85142-5864 | Hollifield Ranches, Inc.<br>22866 Highway 30<br>Hansen, ID 83334-5028 | Metropolitan Life Insurance Company, a New Y<br>c/o Ron C. Bingham, II, Esq.<br>Adams and Reese LLP<br>3424 Peachtree Road, NE, Suite 1600<br>Atlanta, Georgia 30326-1139 | Michael Chojnacky<br>51 W 600 N<br>Jerome, ID 83338-5016 | Moss Grain Partnership<br>301 Scott Ave. Suite 4<br>Rupert, ID 83350-5100 |

| | | | | | |
|---|---|---|---|---|---|
| NAPA Auto Parts<br>P.O. Box 1425<br>Twin Falls, ID 83303-1425 | Oregon Potato Co<br>c/o Tara J Schleicher<br>Black Helterline LLP<br>805 SW Broadway Suite 1900<br>Portland, OR 97205-3359 | Overland Sales<br>489 S. Locust<br>Twin Falls, ID 83301-6160 | Pag Sprinkler Shop<br>P.O. Box 599<br>Paul, ID 83347-0599 | TDS Holdings, LLC<br>474 S 500 W<br>Jerome, ID 83338-6027 | US Commodities, LLC<br>730 Second Avenue S. Suite 700<br>Minneapolis, MN 55402-2480 |
| PTG of Idaho, LLC<br>c/o Holland N. O'Neil, Foley & Lard<br>2021 McKinney Avenue, Ste. 1600<br>Dallas, TX 75201-3340 | Pan American Life Insurance<br>1778 N Plano Rd<br>Ste 310<br>Richardson, TX 75081-1958 | PerforMix Nutrition Systems<br>2201 N 20th Street<br>Nampa, ID 83687-6849 | US Trustee<br>550 West Fort St, Ste 698<br>Boise, ID 83724-0101 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | Valley Wide Cooperative Inc.<br>c/o David W. Gadd<br>Stover, Gadd & Associates, PLLC<br>P.O. Box 1428<br>Twin Falls, Idaho 83303-1428 |
| Pivot Man Inc<br>Robin Jones<br>PO Box 355<br>Paul, ID 83347-0355 | Prime Ridge Beef LLC<br>c/o John O'Brien<br>Spencer Fane<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203-4554 | Pro Tech Service Company<br>1550 Kimberly Rd<br>Twin Falls, ID 83301-7341 | Viserion Grain LLC<br>385 Broadway St<br>Boulder, CO 80305-3303 | Viterra USA Grain, LLC<br>1331 Capitol Ave.<br>Omaha, NE 68102-1197 | Viterra USA Ingredients, LLC<br>1331 Capitol Ave.<br>Omaha, NE 68102-1197 |
| Progressive Dairy Service & Supplies Corp.<br>485 S. Idaho St.<br>Wendell, ID 83355-5241 | Quill Corporation<br>PO Box 102419<br>Columbia, SC 29224-2419 | Rabo AgriFinance LLC, as Administrative Agen<br>c/o Sheila Schwager<br>Hawley Troxell Ennis & Hawley, LLP<br>P.O. Box 1617<br>Boise, ID 83701-1617 | Wag Services, Inc.<br>8121 W HARRISON ST<br>Tolleson, AZ 85353-3328 | Wendell Truck and Auto<br>PO Box 213<br>356 S Idaho St<br>Wendell, ID 83355-5209 | Western Construction Inc<br>PO Box 15569<br>Boise, ID 83715-5569 |
| Rexel USA, Inc dba Platt Electric Supply<br>827 E. Park Blvd., Ste. 201<br>Boise, Idaho 83712-7782 | Roark Law Offices<br>950 Bannock St., 11th Fl.<br>Boise, ID 83702-5999 | Rocky Mountain Agronomics<br>1912 West Main Street<br>Burley, ID 83318-1611 | Westway Feed<br>BARR Credit Services<br>3444 N Country Club Rd<br>Ste 200<br>Tucson, AZ 85716-0815 | Wilbur-Ellis Nutrition, LLC<br>c/o Matthew A. Sturzen<br>PO Box 2247<br>Salem, OR 97308-2247 | Williams, Meservy & Larsen<br>Post Office Box 168<br>153 East Main Street<br>Jerome, ID 83338-2332 |
| Rogers Machinery Company, Inc.<br>PO Box 230429<br>Portland, OR 97281-0429 | Schaeffer Manufacturing Company<br>c/o Denis McCarthy<br>2600 S Broadway<br>St. Louis, MO 63118-1828 | Schmidt Cattle Hauling<br>848 E 3400 N<br>Castleford, ID 83321-6422 | Young CDJR of Burley, LLC<br>PO Box 1530<br>Layton, UT 84041-6553 | Youree Land & Livestock Inc.<br>3953 North 3300 East<br>Twin Falls, ID 83301-0348 | Bruce A. Anderson<br>320 East Neider Avenue<br>Suite 102<br>Coeur d'Alene, ID 83815-6007 |
| Schow's Truck Center<br>PO Box 2208<br>Decatur, AL 35609-2208 | Sheila R. Schwager<br>Hawley Troxell ennis & Hawley LLP<br>P.O. Box 1617<br>Boise, ID 83701-1617 | Six States Distributors Inc<br>29787 Network Place<br>Chicago, IL 60673-1297 | James Justin May<br>Johnson May<br>199 N. Capitol Blvd.<br>Ste. 200<br>Boise, ID 83702-6197 | Julian Gurule<br>O'Melveny & Meyers LLP<br>400 South Hope Street<br>Suite 1900<br>Los Angeles, CA 90071-2811 | Krystal R Mikkilineni<br>Dentons Davis Brown<br>215 10th St<br>Ste 1300<br>Des Moines, IA 50309-3616 |
| SprinklerShop Inc<br>PO Box 599<br>Paul, ID 83347-0599 | St. Genetics<br>Inguran USA, INC.<br>22575 State Hwy 6 South<br>Navasota, TX 77868-8297 | Standing 16 Ranch Land Company, LLC<br>335 W 300 N<br>Jerome, ID 83338-5217 | Matthew T. Christensen<br>199 N. Capitol Blvd.<br>Ste 200<br>Boise, ID 83702-6197 | Matthew T. Christensen<br>Johnson May, PLLC<br>199 N. Capitol Blvd<br>Suite 200<br>Boise, ID 83702-6197 | Robert E Richards<br>Dentons US LLP<br>233 South Wacker Drive<br>Ste 7800<br>Chicago, IL 60606-6459 |
| Standlee Ag Resources<br>c/o Miller Nash, LLP, Attn: Louis Spiker<br>950 W Bannock St, Ste 1100<br>Boise, ID 83702-6140 | Star Falls Farms, LLC<br>1908 E 1300 S<br>Hazelton, ID 83335-5428 | Steel Ranch LLC<br>2597 E 1100 S<br>Hazelton, ID 83335-5621 | Robert E. Richards<br>233 South Wacker Drive<br>Suite 5900<br>Chicago, IL 60606-6361 | Tirzah R. Roussell<br>215 10th Street<br>Suite 1300<br>Des Moines, IA 50309-3616 | Tirzah R. Roussell<br>Dentons Davis Brown PC<br>The Davis Brown Tower<br>215 10th Street<br>Suite 1300<br>Des Moines, IA 50309-3621 |
| Steven R. Hogan II<br>409 S. 17th Street #500<br>Omaha, NE 68102-2603 | Stotz Equipment<br>2670 Kimberly Rd E<br>Twin Falls, ID 83301-7984 | The Dairy Solutions Group<br>409 S. 17th Street #500<br>Omaha, NE 68102-2603 | William Millenkamp<br>473 S 300 W<br>Jerome, ID 83338 | c/o David A. Coleman B & H Farming<br>Coleman, Ritchie & Jacobson<br>PO BOX 525<br>TWIN FALLS, ID 83303-0525 | c/o David A. Coleman Youree Land & Livestock<br>Coleman, Ritchie & Jacobson<br>PO BOX 525<br>TWIN FALLS, ID 83303-0525 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002(g)(4).

| | | | |
|---|---|---|---|
| Land View, Inc.<br>P.O. Box 475<br>Rupert, ID 83350 | Carne I Corp.<br>134 E. Highway 81<br>Burley, ID 83318 | CenturyTel Service Group, LLC dba CenturyLin<br>Lumen Technologies Group<br>931 14th Street, 9th Floor (Attn: Legal-<br>Denver, CO 80202 | End of Label Matrix<br>Mailable recipients   179<br>Bypassed recipients    21<br>Total                 200 |
| G.J. Verti-Line Pumps, Inc.<br>PO Box 892<br>Twin Falls, ID 83303-0892 | Innovative FoodSolutionsUSA<br>Attn: Jordan Bowen<br>134 E. Highway 81<br>Burley, ID 83318 | JP Morgan Chase<br>PO Box 6294<br>Carol Stream, IL 60197 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CNH Industrial Capital America LLC | (u)JOHN DEERE FINANCIAL | (u)MWI Veterinary Supply Inc. |
| (u)McAlvain Concrete, Inc. | (u)Official Committee Of Unsecured Creditors | (u)Rocky Mountain Agronomics, Inc. |
| (u)#3924637 | (u)A K Trucking1897 E 990 S Hazelton, ID 8333<br>A. Scott Jackson TruckingPO Box 56 Jerom<br>A. Scott JacksonTrucking Inc PO Box 56 J<br>ABS Global Inc Box 22144 Network Place C<br>Addison Biological Lab 507 N Cleveland S<br>Aden Brook Trading CorpPO Box 217 Montgo | (d)Amalgamated Sugar<br>1951 S Saturn Way<br>Ste 100<br>Boise, ID 83709-2924 |
| (d)Amalgamated Sugar Company<br>1951 S. Saturn Way, Suite 100<br>Boise, ID 83709-2924 | (u)Badger Bearing PTP, Inc | (d)Conterra Holdings, LLC dba Conterra Ag Cap<br>c/o John O'Brien<br>Spencer Fane<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203-4554 |
| (d)Elevation Electric, LLC<br>485 S. Idaho St.<br>Wendell, ID 83355-5241 | (du)MWI Veterinary Supply | (u)NameAddress1Address2Address3CityStateZip<br>116 & West805 W Idaho StSte 300Boise<br>2020 Window ServicePO Box 6056Twin F<br>A & K Trucking1897 E 990 SHazeltonI<br>A. Scott Jackson TruckingPO Box 56Je<br>A. Scott JacksonTrucking IncPO Box 56 |
| (d)Progressive Dairy Service & Supply Corp.<br>485 S. Idaho St.<br>Wendell, ID 83355-5241 | (u)Rexel USA, Inc. dba Platt Electric Supply | (d)Viserion Grain, LLC<br>385 Broadway Street<br>Boulder, CO 80305-3303 |

(p)Brandy Lee Osborne
Dentons Davis Brown
215 10th St
Ste 1300
Des Moines, IA 50309-3616

(d)Krystal R. Mikkilineni
Dentons Davis Brown
215 10th Street
Suite 1300
Des Moines, IA 50309-3616