Mark B. Perry ISB #3345
**PERRY LAW, P.C.**
2627 West Idaho Street
P.O. Box 637
Boise, Idaho  83701-0637
Telephone:  (208) 338-1001
Facsimile:   (208) 338-8400
PL File No.  4476.001
mbp@perrylawpc.com

Oren B. Haker (Admitted *Pro Hac Vice*)
BLACK HELTERLINE LLP
805 SW Broadway, Suite 1900
Portland, Oregon 97205
Telephone: (503) 224-5560
Facsimile: (503) 224-6148
oren.haker@bhlaw.com

*Attorneys for Burks Tractor Company, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No.   24-40158-NGH<br><br>Chapter 11 |

## APPLICATION FOR ADMISSION PRO HAC VICE

Pursuant to LBR 9010.1(d) of the United States Bankruptcy Court for the District of Idaho, Britta E. Warren (the "Applicant") hereby applies for admission pro hac vice to appear and participate in this case and in any related contested matters and adversary proceedings on behalf of creditor/party in interest Burks Tractor Company, Inc.

---

**APPLICATION FOR ADMISSION PRO HAC VICE   C   1**
taw | 4576.001 | 3794703_3 | 09302024

The Applicant hereby declares under penalty of perjury as follows:

1. Applicant resides in Portland, Oregon and practices at Black Helterline LLP, 805 SW Broadway, Suite 1900, Portland, Oregon 97205, (503) 224-5560.

2. Applicant Britta E. Warren (Oregon Bar. No. 065441) was admitted to practice in Oregon state and federal courts in 2006.

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Mark B. Perry, member in good standing of the bar of this Court, of the firm Perry Law, P.C., 2627 West Idaho Street, Boise, Idaho, are hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designees hereby consent to this designation by signing this application.

DATED: October 2, 2024.

**APPLICANT:**

_____
Britta E. Warren

SUBSCRIBED AND SWORN before me this 2nd day of October 2024

OFFICIAL STAMP
TANYA LABARR-GREEN
NOTARY PUBLIC - OREGON
COMMISSION NO. 1012087
MY COMMISSION EXPIRES MAY 13, 2025

NOTARY PUBLIC FOR Oregon
Residing at Beaverton
My Commission Expires May 13, 2025

**APPLICATION FOR ADMISSION PRO HAC VICE    C    2**
taw | 4576.001 | 3794703_3 | 09302024

**DESIGNEE:**

_____
Mark B. Perry

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 3rd day of October 2024, a true and correct copy of the foregoing **APPLICATION FOR ADMISSION PRO HAC VICE** was served upon the following persons via electronic mail through the ECF system of the United States Bankruptcy Court for the District of Idaho.

Krystal R. Mikkilineni
krystal.mikkilineni@dentons.com
tirzah.roussell@dentons.com

Millenkamp Cattle, Inc
mtc@johnsonmaylaw.com
jjm@johnsonmaylaw.com
krystal.mikkilineni@dentons.com
robert.richards@dentons.com
tirzah.roussell@dentons.com

Ad Hoc Committee of Corn Silage Growers
matt@grimshawlawgroup.com

Amalgamated Sugar Company
dkrueck@hawleytroxell.com

Creditor Committee
Bruce A. Anderson
baafiling@eaidaho.com

Automation Werx, LLC
lburri@morrowfischer.com

B & H Farming
david@colemanjacobsonlaw.com
Brandy Ann Bartholomew

eclark101@hotmail.com

Blue Cross of Idaho Health Service Inc.
D Blair Clark
dbc@dbclarklaw.com

Bunge Canada
dfarrell@thompsoncoburn.com

CNH Industrial Capital America LLC
kentcarter@grsm.com
klloyd@grsm.com
mthielbahr@grsm.com

Matthew T. Christensen
mtc@johnsonmaylaw.com

Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney
zfairlie@spencerfane.com
jobrien@spencerfane.com
spowers@spencerfane.com

---

**APPLICATION FOR ADMISSION PRO HAC VICE — 3**
taw | 4576.001 | MOTION FOR ADMISSION PRO HAC VICE - BRITTA | 09302024

East Valley Development, LLC
alewis@mofo.com
janine@averylaw.net
mrussell@mofo.com

Elevation Electric, LLC
holly@roarklawboise.com

Gale W. Harding and Associates
tirzah.roussell@dentons.com

Givens Pursley LLP
ted@givenspursley.com

Glanbia Foods Inc
rfaucher@hollandhart.com
ZJMcCraney@hollandhart.com

Idaho AgCredit
dan@racineolson.com

Idaho State Brand Department
cheryl.rambo@isp.idaho.gov

JOHN DEERE FINANCIAL
sfink@weltman.com

Land View, Inc.
gedson@gedson.com

MWI Veterinarian Supply, Inc.
jwm@elamburke.com
bell.aaron@dorsey.com

MWI Veterinary Supply Inc
mbranzburg@klehr.com

McAlvain Concrete, Inc.
edlund@mwsslawyers.com

MetLife Real Estate Lending LLC
kgourley@idalaw.com

Metropolitan Life Insurance Company
kgourley@idalaw.com

William Millenkamp
alex@cavallawoffice.com

Millenkamp Cattle, Inc
mtc@johnsonmaylaw.com
ted@givenspursley.com
jjm@johnsonmaylaw.com
krystal.mikkilineni@dentons.com
robert.richards@dentons.com
tirzah.roussell@dentons.com

Moss Farms Operations, LLC
rmiller@magicvalley.law

Moss Grain Partnership
rmiller@magicvalley.law

Official Committee of Unsecured Creditors
jgurule@omm.com
mkremer@omm.com
golivera@omm.com

PerforMix Nutrition Systems, LLC
john@mundinglaw.com

Progressive Dairy Service & Supply Corp.
holly@roarklawboise.com

Rabo AgriFinance LLC
andrew.schoulder@nortonrosefulbright.com
sschwager@hawleytroxell.com
bwilson@hawleytroxell.com

---

**APPLICATION FOR ADMISSION PRO HAC VICE — 4**
taw | 4576.001 | MOTION FOR ADMISSION PRO HAC VICE - BRITTA | 09302024

Raft River Rural Electric Cooperative, Inc.
rmiller@magicvalley.law

Rexel USA, Inc dba Platt Electric Supply
wager@mwsslawyers.com

Rocky Mountain Agronomics, Inc
ktrout@trout-law.com

Sandton Capital Partners LP
jfk@kurtzlawllc.com

Schuil Ag Real Estate Inc
tirzah.roussell@dentons.com

Standlee Ag Resources
louis.spiker@millernash.com

United Electric Co-op, Inc.
rmiller@magicvalley.law

Valley Wide Cooperative Inc
dwg@magicvalleylaw.com

Viserion Grain, LLC
brian@sawtoothlaw.com
evan@sawtoothlaw.com

Viterra USA Grain, LLC and Viterra USA Ingredients, LLC
heidi@racineolson.com
dan@racineolson.com
jniemeier@mcgrathnorth.com

Western States Equipment Co.
evans.jb@dorsey.com

Wilbur-Ellis Company LLC
matt@shermlaw.com

Youree Land & Livestock, Inc.
david@colemanjacobsonlaw.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov
Jason.r.naess@usdoj.gov

AND, I FURTHER CERTIFY that on the 3rd day of October 2024 the foregoing Applciationfor Pro Hac Vice Admission was served upon the non-CM/ECF Registered Participants via Regular US Mail on the following:

Millenkamp Cattle, Inc.
471 North 300 West
Jerome, ID 83338

Rabo AgriFinance LLC
c/o Ron Kerl, Esq.
COOPER & LARSEN, CHARTERED
PO Box 4229
Pocatello, ID 83205-4229

_____
Mark B. Perry