Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | Chapter 11 |
| Debtor. | Jointly Administered with Case Nos.: |
| Filing relates to: | 24-40159-NGH (Idaho Jersey Girls) |
| ☒ ALL DEBTORS | 24-40160-NGH (East Valley Cattle) |
| ☐ Millenkamp Cattle, Inc. | 24-40161-NGH (Millenkamp Properties) |
| ☐ Idaho Jersey Girls | 24-40162-NGH (Millenkamp Properties II) |
| ☐ East Valley Cattle | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Properties | 24-40164-NGH (Goose Ranch) |
| ☐ Millenkamp Properties II | 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Family | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Goose Ranch | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

CERTIFICATE OF SERVICE– Page 1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of August, 2024, I caused to be served the following: (1) Amended Application to Employ Financial Advisor for Debtors in Possession (Docket No. 569); (2) Amended Declaration of Ken Nofziger (Docket No. 569-1), (3) Application to Employ Heida Law Office (Docket No. 570); and (4) Declaration of David Heida (Docket No. 570-1) on the CM/ECF Registered Participants via electronic notice, and on the non-CM/ECF Registered Participants via first class mail with postage prepaid as addressed on the attached mailing matrix.

DATED this 3rd day of October, 2024.

          /s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtors in Possession

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of October 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |

CERTIFICATE OF SERVICE– Page 2

| | |
|---|---|
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| William K. Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | Eclark101@hotmail.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| James Neimeier | jniemeier@mcgrathnorth.com |
| Gabriel L. Olivera | golivera@omm.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Joseph M. Wager | wager@mwsslawyers.com |

Any others as listed on the Court's ECF Notice.

        /s/ Matt Christensen
MATTHEW T. CHRISTENSEN

CERTIFICATE OF SERVICE– Page 3

| | |
|---|---|
| Ron C. Bingham<br>3424 Peachtree Road NE<br>Suite 1600<br>Atlanta, GA 30326 | Richard Bernard<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036 |
| Bunge Canada<br>c/o David D. Farrell, Esq.<br>One Bank Plaza<br>Suite 2700<br>St. Louis, MO 63101 | Nikolaus F. Schandlbauer<br>20 F Street NW<br>Suite 500<br>Washington, DC 20001 |
| W. Kent Carter<br>One North Franklin<br>Suite 800<br>Chicago, IL 60606 | Scott F. Gautier<br>1800 Century Park East<br>Ste. 1500<br>Los Angeles, CA 90067 |
| Zachery J. McCraney<br>Holland & Hart<br>PO Box 2527<br>800 W. Main St., Suite 1750<br>Boise, ID 83701 | Domenic E. Pacitti<br>Klehr Harrison Harvey Branzburg, LLP<br>919 Market St<br>Suite 1000<br>Wilmington, DE 19801 |
| Michael R. Stewart<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | J.D. Heiskell Holding, LLC<br>c/o Tyler (Tab) Berger<br>17220 Wright St., Suite 200<br>Omaha, NE 68130 |
| Wilbur Ellis Nutrition-Rangen<br>c/o Tony Champion<br>PO Box 706<br>115 13th Ave. South<br>Buhl, ID 83316 | Bunge Canada<br>c/o Greg Zemaitis<br>1391 Timberlake Manor Parkway<br>Chesterfield, MO 63017 |
| Viterra USA Grain, LLC<br>Viterra USA Ingredients, LLC<br>c/o Alicia Burns<br>1331 Capitol Ave.<br>Omaha, NE 68102 | Land View, Inc.<br>c/o Dan Noble<br>PO Box 475<br>Rupert, ID 83350 |

CERTIFICATE OF SERVICE– Page 4