

**FIRST FEDERAL**

First Federal Savings Bank PO Box 249 Twin Falls, ID 83303-0249
Return Service Requested

00011855 MFFSIFST083124031014 01 000000000 0011855 045

MILLENKAMP CATTLE, INC.
DEBTOR IN POSSESSION CASE 24-40158-NGH
471 N 300 W
JEROME ID 83338-5078

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 08/30/2024 |
| Statement Thru Date | 09/02/2024 |
| Check/Items Enclosed | 364 |
| Page | 1 |

### Customer Service Information

 Visit us Online: www.BankFirstFed.com

Customer Support: 208-733-4222
1-800-278-9435
Call us Monday-Thursday 8:00am to 6:00pm Friday 8:00am-
6:30pm and Saturday 10:00am-2:00pm

 Written Inquiries:
FFSB PO Box 249 Twin Falls, ID. 83303

 24/7 Banking: 208-733-0778

Join us on Facebook or Instagram!

---

## IMPORTANT MESSAGE(S)

Your statement cutoff date is changing to the end of the month.
This change will occur within the next 45 days. As a result,
you will receive one short cycle statement from your current
cycle date to the new end-of-month cutoff. No action is needed
on your part. Please review your statements closely during
this transition period. For questions or assistance, call us
at 208-733-4222 or visit your nearest branch. Thank you for
your understanding and continued trust in First Federal Bank.

---

**BUSINESS WITH INTEREST**                    **Account Number: XXXXXX7877**

Account Owner(s):   MILLENKAMP CATTLE, INC.





**5.01%** APY *Rewards* CHECKING
BankFirstFed.com/Rewards

*4.90% interest rate, 5.01% Annual Percentage Yield (APY), on balances up to and including $20,000.00 and a 0.40% interest rate (0.40% APY) on balances over $20,000.00. Additional terms and conditions may apply. $100 minimum opening deposit required. The APY is accurate as of 9/1/2023. The interest rate on this variable rate account may change at any time at our discretion. Fees may reduce earnings.

 Member FDIC

Member FDIC

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK REGISTER TO YOUR STATEMENT BALANCE.**

**BALANCE YOUR CHECKBOOK REGISTER FIRST:**

1. CHECK OFF IN YOUR REGISTER THE CHECKS AND DEPOSITS LISTED ON THIS STATEMENT.

2. MAKE THE FOLLOWING ADJUSTMENTS TO YOUR CHECKBOOK REGISTER: **ADD** ANY DEPOSITS OR OTHER CREDITS (CREDIT LINE TRANSFERS, CREDIT MEMOS, AUTOMATIC TRANSFERS, ETC.) APPEARING ON THIS STATEMENT WHICH YOU HAVE NOT PREVIOUSLY ADDED.

SUBTRACT FROM YOUR CHECKBOOK REGISTER BALANCE ANY CHECKS OR OTHER CHARGES (AUTOMATIC CREDIT LINE PAYMENTS, HANDLING CHARGES, DEBIT MEMOS, ETC.) APPEARING ON THIS STATEMENT WHICH YOU HAVE NOT PREVIOUSLY DEDUCTED.

SUBTRACT FROM YOUR CHECKBOOK REGISTER BALANCE THE SERVICE CHARGE (IF ANY) APPEARING ON THIS STATEMENT.

3. LIST ALL CHECKS NOT YET PAID BY THE BANK

| CHECKS OUTSTANDING | | CHECKS OUTSTANDING | |
|---|---|---|---|
| CHECKING | AMOUNT | CHECKING | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL THEM** | | **TOTAL CHECKS OUTSTANDING** | $ |

4. ENDING BALANCE AS SHOWN ON THE FRONT OF THIS STATEMENT.                    $_____

5. ADD DEPOSIT NOT CREDITED ON THIS STATEMENT.                    (+)_____

6. SUBTRACT TOTAL CHECKS OUTSTANDING.                    (+)_____

SUBTOTAL _____

7. SUBTRACT CHECKBOOK BALANCE AFTER COMPLETING STEPS 1 AND 2 ABOVE.                    (-)_____

8. TO FIND THE DIFFERENCE (IF ANY):
   1. Check the addition and subtraction in your checkbook register.                    **TOTAL $**_____
   2. Make certain the amount of all checks and deposits have been entered in your checkbook correctly.                    (-) $_____
   3. Make certain no check was issued without being entered in your register

**IMPORTANT INFORMATION**

FORGERIES, ALTERATION, OR UNAUTHORIZED CHECKS. Please examine your statement and check images in a prompt manner. If you discover any forgeries, alterations, or unauthorized checks, you must notify us within 30 days from when the statement is first sent or made available. When notifying us, please include all relevant facts pertaining to the item(s). We may request that this notification be in writing

DIRECT DEPOSIT: If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number listed on the front of this statement.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CHECKING, SAVINGS, ATM, DEBIT CARD, OR OTHER ELECTRONIC TRANSFERS: If you think your statement or receipt is wrong, or if you need more information about a transfer on your statement or receipt, we must hear from you no later than 60 days (30 days for paper checks or drafts) after we sent you the FIRST statement on which the error or problem appeared. Telephone or write us at the number or address listed at the bottom of this page
   • Tell us your name and account number.
   • Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
   • Tell us the dollar amount of the suspected error
We will tell you the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from point of sale debit card transactions, the time to resolve the investigation is 90 days.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT STATEMENT: If you think your statement is wrong, or if you need more information about a transaction on your statement, write to us at the address shown at the bottom of this page as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, provide the following information
   • Your name and account number
   • The dollar amount of the suspected error
   • Date the transaction occurred
   • Describe the error if you can and explain why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating but you are still obligated to pay the parts of your statement that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

LINE OF CREDIT AVERAGE DAILY BALANCE CALCULATION: To calculate the average daily balance, we take the beginning balance of your account each day, add any new advances, and subtract any payments, credits and unpaid finance charges. This gives us a daily balance. Then we add all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This is your average daily balance. The "finance charge" begins from the date of each advance

INFORMATION WE HAVE FURNISHED TO A CONSUMER REPORTING AGENCY ABOUT YOUR ACCOUNT(S): We may report information about t your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you feel we have made an error regarding the information we have reported, you have the right to dispute it by writing to First Federal at the address provided below. It will be important that you describe the information you feel is not accurate or is in dispute and the basis for your dispute, and include all documentation to support your dispute. If you believe the information you are disputing is a result of Identity Theft, please provide us with the Identity Theft Report you have filed with the Credit Bureaus.

TO OUR BUSINESS CUSTOMERS: Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed below.

ALL INQUIRIES regarding errors, transactions or any information on your statement can be obtained by calling us at (208) 733-4222 or writing to First Federal, PO Box 249, Twin Falls, Idaho 83303

00011855 0049224 0000-0044 MEESIEST083124031014 01 I 00011855

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 08/30/2024 |
| Statement Thru Date | 09/02/2024 |
| Page | 2 |

## Balance Summary

| | |
|---|---|
| Beginning Balance as of 08/01/2024 | $2,531,178.10 |
| + Deposits and Credits  (25) | $20,259,392.03 |
| − Withdrawals and Debits  (453) | $19,396,971.57 |
| Ending Balance as of 08/31/2024 | $3,393,598.56 |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $4,412,686.00 |
| Minimum Balance for Period | $1,156,658.00 |

## Earnings Summary

| | |
|---|---|
| Interest for Period Ending 08/31/2024 | $187.39 |
| Interest Paid Year to Date | $210.72 |
| Average Rate for Period | 0.05% |
| Number of Days for Average Rate | 31 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Deposits |
|---|---|---|
| Aug 01 | WIRE FROM MILLENKAMP CATTLE INC | 2,000,000.00 |
| Aug 02 | WIRE FROM MILLENKAMP CATTLE INC | 2,000,000.00 |
| Aug 06 | WIRE FROM MILLENKAMP CATTLE INC | 1,500,000.00 |
| Aug 07 | INTL WIRE FROM BRUCE FARMS LTD. | 482,685.00 |
| Aug 08 | WIRE FROM MILLENKAMP CATTLE INC | 199,816.09 |
| Aug 09 | DEPOSIT | 936,551.81 |
| Aug 16 | DEPOSIT | 1,229,165.63 |
| Aug 19 | GLANBIA INC./PROD PAYRL IDAHO JERSEY GIRLS - J | 84,470.66 |
| Aug 19 | GLANBIA INC./PROD PAYRL IDAHO JERSEY GIRLS BAR | 1,201,202.52 |
| Aug 19 | GLANBIA INC./PROD PAYRL IDAHO JERSEY GIRLS BAR | 4,831,061.57 |
| Aug 20 | INNOVATIVE FOOD/ENTRY JERSEY GIRL #2 | 314,276.73 |
| Aug 20 | INNOVATIVE FOOD/ENTRY JERSEY GIRL #1 | 2,541,091.60 |
| Aug 22 | REMOTE DEPOSIT | 123,315.69 |
| Aug 23 | REMOTE DEPOSIT | 5,382.16 |
| Aug 23 | REMOTE DEPOSIT | 19,267.72 |
| Aug 26 | REMOTE DEPOSIT | 319,367.58 |
| Aug 27 | REMOTE DEPOSIT | 304,280.29 |
| Aug 28 | WIRE FROM MILLENKAMP CATTLE INC | 151,076.83 |
| Aug 29 | REMOTE DEPOSIT | 221,653.68 |
| Aug 30 | DEPOSIT | 88,990.48 |
| Aug 30 | INNOVATIVE FOOD/PAYABLES MILLENKAMP CATTLE INC. | 42,392.07 |
| Aug 30 | INNOVATIVE FOOD/ENTRY JERSEY GIRL #2 | 214,820.20 |
| Aug 30 | INNOVATIVE FOOD/ENTRY JERSEY GIRL #1 | 1,392,537.33 |
| Aug 30 | REMOTE DEPOSIT | 55,799.00 |
| Aug 30 | INTEREST EARNED | 187.39 |

## MISCELLANEOUS WITHDRAWALS



| Date | Description | Withdrawals |
|---|---|---|
| Aug 01 | INCOMING DOMESTIC WIRE FEE | 15.00 |
| Aug 02 | WIRE TO LAND VIEW | 295,624.47 |
| Aug 02 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 02 | INCOMING DOMESTIC WIRE FEE | 15.00 |
| Aug 02 | MWI VS COMPANY/WEB PYMNT 802500532 MILLENKAMP MILKERS LLC | 345.62 |
| Aug 02 | MWI VS COMPANY/WEB PYMNT 802500552 IDAHO JERSEY GIRLS MIL | 15,107.87 |
| Aug 02 | DTFS -0.00/D001157122 MILLENKAMP CATTLE | 26,368.83 |
| Aug 02 | CNH IND CAP PYMT/PAYMENT MILLENKAMP CATTLE, | 45,400.00 |
| Aug 02 | MWI VS COMPANY/WEB PYMNT 802500577 MILLENKAMP CATTLE | 132,132.89 |
| Aug 05 | WIRE TO DRENCH MATE - B&B MANUFACTURING LLC | 5,551.00 |
| Aug 05 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 05 | JDF ONE TIME TEL/JDFONETIME MILLENKAMP CATTLE | 2,532.55 |
| Aug 06 | WIRE TO LAND VIEW | 178,684.88 |
| Aug 06 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 06 | INCOMING DOMESTIC WIRE FEE | 15.00 |
| Aug 07 | WIRE TO SANDTON-FAEGRE DRINKER BIDDLE & REA | 23,035.20 |
| Aug 07 | WIRE TO KURTZ LAW-SANDTON | 24,190.00 |
| Aug 07 | WIRE TO CLEAR LAKES PRODUCTS | 30,995.77 |

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 08/30/2024 |
| Statement Thru Date | 09/02/2024 |
| Page | 3 |

## MISCELLANEOUS WITHDRAWALS (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Aug 07 | WIRE TO PERFORMIX | 79,407.59 |
| Aug 07 | WIRE TO CONRAD & BISCHOFF | 84,550.00 |
| Aug 07 | WIRE TO AMERICAN CALF | 90,169.79 |
| Aug 07 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 07 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 07 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 07 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 07 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 07 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 07 | INCOMING INTL WIRE FEE | 15.00 |
| Aug 08 | WIRE TO PAN-AMERICA LIFE INS CO | 45,371.64 |
| Aug 08 | WIRE TO TRIPLE B FARMS LLC | 100,000.00 |
| Aug 08 | WIRE TO KRAUS FARMS | 200,000.00 |
| Aug 08 | WIRE TO ABS GLOBAL, INC. | 219,776.00 |
| Aug 08 | INCOMING DOMESTIC WIRE FEE | 15.00 |
| Aug 08 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 08 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 08 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 08 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 08 | CAPITAL ONE/ONLINE PMT WILLIAM J MILLENKAMP | 10,200.00 |
| Aug 09 | WIRE TO NELSON JAMESON INC | 4,094.82 |
| Aug 09 | WIRE TO CONTERRA R4014 | 21,998.84 |
| Aug 09 | WIRE TO RANGEN | 60,000.00 |
| Aug 09 | WIRE TO CONTERRA SC10001 | 74,786.63 |
| Aug 09 | WIRE TO LAND VIEW | 316,808.58 |
| Aug 09 | WIRE TO LIBERTY BASIN LLC | 467,040.00 |
| Aug 09 | WIRE TO RABO | 677,661.95 |
| Aug 09 | WIRE TO MET LIFE | 701,159.46 |
| Aug 09 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 09 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 09 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 09 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 09 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 09 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 09 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 09 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 12 | STOP PAYMENT FEE | 30.00 |
| Aug 12 | WIRE TO DAIMLER 4001 | 37,557.32 |
| Aug 12 | WIRE TO VITERRA/GAVILON | 500,000.00 |
| Aug 12 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 12 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 12 | MWI VS COMPANY/WEB PYMNT 807661592 MILLENKAMP MILKERS LLC | 1,669.18 |
| Aug 12 | MWI VS COMPANY/WEB PYMNT 807661597 IDAHO JERSEY GIRLS MIL | 28,017.43 |
| Aug 12 | MWI VS COMPANY/WEB PYMNT 807661582 MILLENKAMP CATTLE | 80,002.84 |
| Aug 13 | WIRE TO LAND VIEW | 176,235.47 |
| Aug 13 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 13 | JDF ONE TIME TEL/JDFONETIME MILLENKAMP CATTLE | 1,959.07 |
| Aug 13 | JDF ONE TIME TEL/JDFONETIME MILLENKAMP CATTLE | 1,959.07 |
| Aug 13 | JDF ONE TIME TEL/JDFONETIME MILLENKAMP CATTLE | 6,171.27 |
| Aug 13 | CAPITAL ONE/ONLINE PMT WILLIAM J MILLENKAMP | 10,000.00 |
| Aug 13 | CAPITAL ONE/ONLINE PMT WILLIAM J MILLENKAMP | 14,900.00 |
| Aug 13 | CNH IND CAP PYMT/PAYMENT MILLENKAMP CATTLE, INC | 197,315.64 |
| Aug 14 | WIRE TO SUMMIT AG APPRAISAL | 42,500.00 |
| Aug 14 | WIRE TO AMERICAN CALF | 45,055.41 |
| Aug 14 | WIRE TO CLEAR LAKES PRODUCTS | 55,240.31 |
| Aug 14 | WIRE TO PERFORMIX | 58,114.28 |
| Aug 14 | WIRE TO JD HEISKELL | 60,282.39 |
| Aug 14 | WIRE TO CARNE I CORP | 109,226.52 |
| Aug 14 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 14 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 14 | OUTGOING DOMESTIC WIRE FEE | 15.00 |



| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 08/30/2024 |
| Statement Thru Date | 09/02/2024 |
| Page | 4 |

## MISCELLANEOUS WITHDRAWALS (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Aug 14 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 14 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 14 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 16 | WIRE TO RANGEN | 50,000.00 |
| Aug 16 | WIRE TO TRIPLE B FARMS LLC | 100,000.00 |
| Aug 16 | WIRE TO KRAUS FARMS | 200,000.00 |
| Aug 16 | WIRE TO LAND VIEW | 294,742.63 |
| Aug 16 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 16 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 16 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 16 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 19 | WIRE TO VITERRA/GAVILON | 600,000.00 |
| Aug 19 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 19 | MWI VS COMPANY/WEB PYMNT 811068552 MILLENKAMP MILKERS LLC | 1,863.93 |
| Aug 19 | MWI VS COMPANY/WEB PYMNT 811068542 IDAHO JERSEY GIRLS MIL | 24,738.61 |
| Aug 19 | MWI VS COMPANY/WEB PYMNT 811068537 MILLENKAMP CATTLE | 85,301.56 |
| Aug 20 | WIRE TO CONRAD & BISCHOFF | 50,600.00 |
| Aug 20 | WIRE TO DAVID CLARK DVM | 120,936.53 |
| Aug 20 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 20 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 20 | INTERNET BANKING TRANSFER TO DD 7885   OPER TO PR | 1,000,000.00 |
| Aug 21 | WIRE TO SCHOW'S | 4,752.69 |
| Aug 21 | WIRE TO ELSAESSER ANDERSON CHTD | 6,836.30 |
| Aug 21 | WIRE TO DENTON DAVIS BROWN | 29,667.14 |
| Aug 21 | WIRE TO PERFORMIX | 86,409.25 |
| Aug 21 | WIRE TO O'MELVENY & MYERS LLP | 215,722.63 |
| Aug 21 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 21 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 21 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 21 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 21 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 21 | JDF ONE TIME TEL/JDFONETIME MILLENKAMP CATTLE | 4,141.54 |
| Aug 23 | WIRE TO WESTERN TRAILER | 10,849.14 |
| Aug 23 | WIRE TO CLEAR LAKES PRODUCTS | 30,685.04 |
| Aug 23 | WIRE TO DOUGLAS FINICLE 2770599100 | 40,285.80 |
| Aug 23 | WIRE TO RANGEN | 45,000.00 |
| Aug 23 | WIRE TO ADEN BROOK | 82,066.63 |
| Aug 23 | WIRE TO AMERICAN CALF | 95,073.94 |
| Aug 23 | WIRE TO CARNE I CORP | 126,371.14 |
| Aug 23 | WIRE TO LAND VIEW | 192,591.05 |
| Aug 23 | WIRE TO VITERRA/GAVILON | 200,000.00 |
| Aug 23 | WIRE TO WILLIAMS MESERVY & LARSEN LLP | 1,537,208.00 |
| Aug 23 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 23 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 23 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 23 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 23 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 23 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 23 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 23 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 23 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 23 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 23 | CAPITAL ONE/ONLINE PMT WILLIAM J MILLENKAMP | 14,500.00 |
| Aug 26 | WIRE TO VITERRA/GAVILON | 500,000.00 |
| Aug 26 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 26 | MWI VS COMPANY/WEB PYMNT 814346707 MILLENKAMP MILKERS LLC | 3,587.20 |
| Aug 26 | MWI VS COMPANY/WEB PYMNT 814346697 IDAHO JERSEY GIRLS MIL | 15,790.67 |
| Aug 26 | MWI VS COMPANY/WEB PYMNT 814346672 MILLENKAMP CATTLE | 118,417.31 |
| Aug 27 | WIRE TO LAND VIEW | 174,436.90 |
| Aug 27 | WIRE TO LIBERTY BASIN LLC | 401,280.00 |
| Aug 27 | OUTGOING DOMESTIC WIRE FEE | 15.00 |



| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 08/30/2024 |
| Statement Thru Date | 09/02/2024 |
| Page | 5 |

## MISCELLANEOUS WITHDRAWALS (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Aug 27 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 27 | VERIZON WIRELESS/PAYMENTS 000000036572269500001 | 433.60 |
| Aug 27 | NORTHWESTERN MU/ISA PYMENT WILLIAM J MILLENKAMP | 1,118.28 |
| Aug 27 | CAPITAL ONE/ONLINE PMT WILLIAM J MILLENKAMP | 12,000.00 |
| Aug 28 | WIRE TO SCHOW'S | 2,541.24 |
| Aug 28 | WIRE TO CLEAR LAKES PRODUCTS | 32,308.18 |
| Aug 28 | WIRE TO JD HEISKELL | 47,217.45 |
| Aug 28 | WIRE TO PERFORMIX | 85,630.60 |
| Aug 28 | WIRE TO ADEN BROOK | 161,277.62 |
| Aug 28 | WIRE TO LIBERTY BASIN LLC | 429,520.00 |
| Aug 28 | INCOMING DOMESTIC WIRE FEE | 15.00 |
| Aug 28 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 28 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 28 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 28 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 28 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 28 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 28 | AMAZING LAWNS AN/SALE MILLENKAMP CATTLE | 4,635.00 |
| Aug 28 | JDF ONE TIME TEL/JDFONETIME MILLENKAMP CATTLE | 4,750.13 |
| Aug 28 | JDF ONE TIME TEL/JDFONETIME MILLENKAMP CATTLE | 5,029.24 |
| Aug 29 | NAU PREMIUM/PAYMENT MILLENKAMP CATTLE, INC | 399,274.00 |
| Aug 30 | WIRE TO MILLENKAMP-MECHANICS OPER | 10,000.00 |
| Aug 30 | WIRE TO RANGEN | 30,000.00 |
| Aug 30 | WIRE TO LAND VIEW | 328,485.60 |
| Aug 30 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 30 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 30 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Aug 30 | CASH MANAGEMENT ACH MONTHLY FEE | 30.00 |
| Aug 30 | CASH MANAGEMENT WIRE MONTHLY FEE | 5.00 |

## CHECKS

\* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| Aug 19 | 160 | 1,480.68 | Aug 06 | 100076 | 1,257.73 | Aug 06 | 100106 | 452.32 |
| Aug 06 | *100001 | 72,181.00 | Aug 05 | 100077 | 87,742.10 | Aug 08 | 100107 | 2,400.82 |
| Aug 01 | *100003 | 450.26 | Aug 06 | 100078 | 67,687.65 | Aug 07 | 100108 | 738.08 |
| Aug 06 | *100005 | 179.93 | Aug 08 | 100079 | 59,636.20 | Aug 06 | 100109 | 2,177.66 |
| Aug 09 | *100008 | 1,574.60 | Aug 06 | 100080 | 3,163.59 | Aug 02 | 100110 | 20,737.21 |
| Aug 02 | *100012 | 2,061.67 | Aug 06 | 100081 | 1,264.17 | Aug 07 | 100111 | 2,861.22 |
| Aug 02 | *100019 | 32,100.00 | Aug 19 | 100082 | 317.97 | Aug 09 | 100112 | 226.55 |
| Aug 02 | *100021 | 6,369.53 | Aug 06 | *100084 | 1,127.30 | Aug 08 | 100113 | 6,312.50 |
| Aug 02 | *100026 | 322.00 | Aug 08 | 100085 | 340.97 | Aug 08 | 100114 | 32,503.53 |
| Aug 05 | 100027 | 1,590.72 | Aug 06 | 100086 | 1,737.06 | Aug 07 | *100116 | 31,719.36 |
| Aug 01 | *100031 | 47.91 | Aug 08 | 100087 | 514.00 | Aug 06 | 100117 | 466.52 |
| Aug 05 | *100035 | 50.99 | Aug 12 | 100088 | 199.31 | Aug 09 | 100118 | 336.81 |
| Aug 01 | 100036 | 1,815.01 | Aug 07 | 100089 | 29,868.75 | Aug 06 | 100119 | 5,222.70 |
| Aug 12 | *100042 | 1,487.45 | Aug 09 | 100090 | 781.60 | Aug 07 | 100120 | 17,654.05 |
| Aug 02 | 100043 | 6,983.90 | Aug 02 | 100091 | 60,367.49 | Aug 07 | 100121 | 682.89 |
| Aug 01 | *100047 | 2,569.88 | Aug 02 | 100092 | 113,032.52 | Aug 19 | 100122 | 6,600.00 |
| Aug 05 | *100059 | 960.00 | Aug 07 | 100093 | 358.64 | Aug 05 | 100123 | 500.00 |
| Aug 02 | 100060 | 198.75 | Aug 12 | 100094 | 70.49 | Aug 09 | 100124 | 1,000.00 |
| Aug 01 | *100066 | 2,304.00 | Aug 07 | *100097 | 9,422.45 | Aug 19 | 100125 | 1,000.00 |
| Aug 05 | *100068 | 30.26 | Aug 05 | 100098 | 2,653.48 | Aug 22 | 100126 | 2,050.28 |
| Aug 13 | 100069 | 117,000.00 | Aug 02 | 100099 | 8,136.69 | Aug 08 | 100127 | 5,239.49 |
| Aug 13 | 100070 | 273,824.00 | Aug 07 | 100100 | 148,748.72 | Aug 08 | 100128 | 957.28 |
| Aug 02 | 100071 | 13,911.62 | Aug 09 | 100101 | 228.80 | Aug 09 | 100129 | 3,071.66 |
| Aug 05 | 100072 | 400.00 | Aug 06 | 100102 | 2,846.70 | Aug 13 | 100130 | 75,000.00 |
| Aug 07 | 100073 | 69.55 | Aug 09 | 100103 | 190.00 | Aug 15 | *100132 | 1,311.78 |
| Aug 06 | 100074 | 13,781.40 | Aug 06 | 100104 | 190.00 | Aug 13 | 100133 | 66,993.25 |
| Aug 08 | 100075 | 270.75 | Aug 06 | 100105 | 181,188.97 | Aug 14 | 100134 | 20,725.40 |



| | | |
|---|---|---|
| Account Number | | XXXXXX7877 |
| Statement Date | | 08/30/2024 |
| Statement Thru Date | | 09/02/2024 |
| Page | | 6 |

## CHECKS (Continued)

\* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| Aug 19 | 100135 | 6,750.00 | Aug 15 | 100198 | 626.50 | Aug 23 | 100266 | 83,520.35 |
| Aug 14 | 100136 | 29,125.00 | Aug 15 | 100199 | 4,442.50 | Aug 27 | 100267 | 25,939.98 |
| Aug 13 | 100137 | 6,750.00 | Aug 14 | 100200 | 23,550.00 | Aug 26 | 100268 | 1,605.28 |
| Aug 14 | 100138 | 1,143.81 | Aug 13 | 100201 | 5,250.00 | Aug 27 | 100269 | 10,163.17 |
| Aug 16 | *100140 | 39,525.00 | Aug 27 | 100202 | 9,875.00 | Aug 26 | 100270 | 37,452.53 |
| Aug 19 | 100141 | 60.00 | Aug 13 | 100203 | 75,000.00 | Aug 26 | 100271 | 37,061.58 |
| Aug 15 | 100142 | 17,795.00 | Aug 12 | 100204 | 2,799.01 | Aug 26 | 100272 | 45,320.00 |
| Aug 19 | 100143 | 1,672.56 | Aug 14 | 100205 | 30.00 | Aug 26 | *100275 | 31,251.59 |
| Aug 15 | 100144 | 65.98 | Aug 16 | 100206 | 12,000.00 | Aug 26 | 100275 | 6,990.00 |
| Aug 14 | 100145 | 93,420.55 | Aug 12 | 100207 | 264,062.12 | Aug 27 | 100276 | 95.60 |
| Aug 13 | 100146 | 24,799.25 | Aug 20 | *100209 | 174,020.83 | Aug 26 | 100277 | 563.38 |
| Aug 15 | 100147 | 665.17 | Aug 22 | 100210 | 500.00 | Aug 27 | 100278 | 2,863.29 |
| Aug 16 | 100148 | 1,089.27 | Aug 15 | 100211 | 2,157.21 | Aug 27 | 100279 | 387.56 |
| Aug 16 | 100149 | 5,182.59 | Aug 14 | 100212 | 2,304.00 | Aug 26 | 100280 | 960.00 |
| Aug 19 | 100150 | 211.34 | Aug 19 | 100213 | 7,017.23 | Aug 28 | *100283 | 947.91 |
| Aug 13 | 100151 | 23,651.87 | Aug 19 | 100214 | 3,306.63 | Aug 29 | 100284 | 3,329.80 |
| Aug 14 | 100152 | 3,381.58 | Aug 20 | 100215 | 14,594.00 | Aug 27 | 100285 | 939.38 |
| Aug 14 | 100153 | 1,525.00 | Aug 20 | 100216 | 8,406.00 | Aug 30 | 100286 | 330.00 |
| Aug 16 | 100154 | 3,689.40 | Aug 23 | 100217 | 106.51 | Aug 27 | 100287 | 3,721.68 |
| Aug 15 | 100155 | 14,837.50 | Aug 20 | 100218 | 28,800.00 | Aug 26 | 100288 | 102,077.82 |
| Aug 16 | 100156 | 101.92 | Aug 26 | 100219 | 2,312.58 | Aug 27 | 100289 | 1,376.24 |
| Aug 19 | 100157 | 3,031.22 | Aug 27 | 100220 | 111.63 | Aug 23 | 100290 | 17,255.00 |
| Aug 13 | 100158 | 15,191.37 | Aug 20 | 100221 | 4,942.75 | Aug 26 | 100291 | 214.94 |
| Aug 14 | 100159 | 587.76 | Aug 23 | *100223 | 4,839.46 | Aug 27 | 100292 | 1,092.22 |
| Aug 12 | *100161 | 36,652.00 | Aug 20 | 100224 | 7,430.04 | Aug 27 | 100293 | 53.00 |
| Aug 14 | 100162 | 1,574.21 | Aug 20 | *100226 | 93.69 | Aug 27 | 100294 | 31,808.40 |
| Aug 14 | 100163 | 77,083.68 | Aug 22 | 100227 | 4,578.73 | Aug 29 | 100295 | 222.14 |
| Aug 14 | 100164 | 381.00 | Aug 19 | 100228 | 50,709.00 | Aug 23 | 100296 | 1,665.00 |
| Aug 14 | 100165 | 549.60 | Aug 21 | 100229 | 828.60 | Aug 27 | 100297 | 527.37 |
| Aug 14 | 100166 | 7,900.32 | Aug 21 | 100230 | 18,501.90 | Aug 27 | 100298 | 22.88 |
| Aug 14 | 100167 | 307.40 | Aug 21 | 100231 | 1,602.86 | Aug 26 | 100299 | 10,293.70 |
| Aug 14 | 100168 | 8,561.38 | Aug 26 | 100232 | 414.00 | Aug 26 | 100300 | 21,225.62 |
| Aug 12 | 100169 | 41,730.00 | Aug 20 | 100233 | 44,705.88 | Aug 28 | 100301 | 324.28 |
| Aug 14 | 100170 | 47,473.75 | Aug 23 | 100234 | 173.55 | Aug 29 | 100302 | 4,144.60 |
| Aug 12 | 100171 | 900.00 | Aug 19 | 100235 | 962.70 | Aug 26 | 100303 | 4,526.75 |
| Aug 20 | 100172 | 633.00 | Aug 21 | 100236 | 312.74 | Aug 26 | 100304 | 390.20 |
| Aug 13 | 100173 | 128,391.20 | Aug 28 | 100237 | 74.09 | Aug 26 | *100306 | 504.22 |
| Aug 14 | 100174 | 420.17 | Aug 20 | 100238 | 21,948.95 | Aug 27 | 100307 | 694.77 |
| Aug 15 | 100175 | 223.39 | Aug 20 | 100239 | 291.50 | Aug 27 | 100308 | 40,717.80 |
| Aug 12 | 100176 | 983.01 | Aug 20 | 100240 | 3,752.38 | Aug 28 | 100309 | 7,789.25 |
| Aug 12 | 100177 | 40,907.70 | Aug 20 | 100241 | 4,265.60 | Aug 28 | 100310 | 200.00 |
| Aug 13 | 100178 | 427,787.26 | Aug 20 | 100242 | 15,832.52 | Aug 27 | 100311 | 3,287.00 |
| Aug 19 | 100179 | 7,257.88 | Aug 20 | 100243 | 300.00 | Aug 26 | 100312 | 10,669.38 |
| Aug 15 | 100180 | 2,226.00 | Aug 20 | *100245 | 491.15 | Aug 27 | 100313 | 687.50 |
| Aug 14 | 100181 | 123.46 | Aug 21 | 100246 | 1,808.18 | Aug 28 | 100314 | 2,690.95 |
| Aug 13 | 100182 | 206.13 | Aug 20 | 100247 | 118.83 | Aug 29 | *100316 | 1,095.00 |
| Aug 14 | 100183 | 10,000.00 | Aug 21 | 100248 | 20.85 | Aug 27 | 100317 | 3,337.87 |
| Aug 27 | 100184 | 800.00 | Aug 20 | 100249 | 3,047.28 | Aug 26 | 100318 | 11,403.63 |
| Aug 15 | 100185 | 491.10 | Aug 19 | 100250 | 48,801.30 | Aug 26 | 100319 | 4,525.01 |
| Aug 12 | 100186 | 22,115.46 | Aug 26 | 100251 | 4,925.60 | Aug 26 | 100320 | 13,393.84 |
| Aug 15 | 100187 | 2,838.71 | Aug 20 | 100252 | 8,222.46 | Aug 27 | 100321 | 170.91 |
| Aug 16 | 100188 | 46.00 | Aug 26 | 100253 | 430.46 | Aug 27 | *100324 | 14,457.00 |
| Aug 13 | 100189 | 1,078.21 | Aug 21 | 100254 | 1,085.76 | Aug 27 | 100325 | 578.00 |
| Aug 12 | 100190 | 6,099.74 | Aug 21 | 100255 | 740.81 | Aug 26 | 100326 | 4,357.02 |
| Aug 15 | 100191 | 16,813.60 | Aug 21 | 100256 | 45.29 | Aug 29 | 100327 | 1,503.23 |
| Aug 15 | 100192 | 1,219.52 | Aug 20 | 100257 | 1,913.33 | Aug 27 | 100328 | 3,627.11 |
| Aug 13 | 100193 | 496.56 | Aug 20 | 100258 | 302.86 | Aug 28 | 100329 | 1,131.40 |
| Aug 15 | 100194 | 539.94 | Aug 20 | 100259 | 417,183.85 | Aug 28 | 100330 | 4,484.00 |
| Aug 19 | 100195 | 693.50 | Aug 21 | 100260 | 25,421.65 | Aug 26 | 100331 | 1,402.88 |
| Aug 21 | 100196 | 810.75 | Aug 27 | 100261 | 1,000.00 | Aug 30 | 100332 | 1,048.45 |
| Aug 19 | 100197 | 7,125.00 | Aug 22 | *100265 | 22,706.34 | Aug 30 | 100333 | 2,500.00 |



| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 08/30/2024 |
| Statement Thru Date | 09/02/2024 |
| Page | 7 |

## CHECKS (Continued)                    * Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| Aug 27 | 100334 | 76,120.18 | Aug 27 | 100341 | 99,432.50 | Aug 29 | 100349 | 308.00 |
| Aug 27 | 100335 | 519,170.78 | Aug 28 | 100342 | 10,000.00 | Aug 30 | *100391 | 316.52 |
| Aug 28 | 100336 | 26,157.02 | Aug 28 | 100343 | 10,000.00 | Aug 29 | *100397 | 19,643.10 |
| Aug 29 | 100337 | 64,885.00 | Aug 28 | 100344 | 10,000.00 | Aug 30 | *100400 | 864.59 |
| Aug 27 | 100338 | 101,000.00 | Aug 30 | *100346 | 15,000.00 | Aug 30 | 100401 | 1,807.09 |
| Aug 28 | 100339 | 13,744.30 | Aug 27 | 100347 | 450.00 | Aug 20 | *13455622 | 258.75 |
| Aug 27 | 100340 | 208,489.50 | Aug 28 | 100348 | 4,189.60 | | | |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Aug 01 | 4,523,976.04 | Aug 13 | 1,906,775.38 | Aug 22 | 7,554,148.11 |
| Aug 02 | 5,744,744.98 | Aug 14 | 1,206,098.40 | Aug 23 | 5,070,517.40 |
| Aug 05 | 5,642,718.88 | Aug 15 | 1,156,658.10 | Aug 26 | 4,397,802.79 |
| Aug 06 | 6,609,079.30 | Aug 16 | 1,679,386.92 | Aug 27 | 2,975,725.96 |
| Aug 07 | 6,517,187.24 | Aug 19 | 6,937,205.56 | Aug 28 | 2,262,055.53 |
| Aug 08 | 6,033,405.15 | Aug 20 | 7,859,451.71 | Aug 29 | 1,989,304.34 |
| Aug 09 | 4,638,876.66 | Aug 21 | 7,460,667.77 | Aug 30 | 3,393,598.56 |
| Aug 12 | 3,573,563.60 | | | | |

