

| | |
|---|---|
| Account Number | XXXXXX7893 |
| Statement Date | 08/30/2024 |
| Statement Thru Date | 09/02/2024 |
| Check/Items Enclosed | 0 |
| Page | 1 |

First Federal Savings Bank PO Box 249 Twin Falls, ID 83303-0249
Return Service Requested



00011857 MFFSIFST083124031014 01 000000000 0011857 003
MILLENKAMP CATTLE, INC.
DEBTOR IN POSSESSION CASE 24-40158-NGH
471 N 300 W
JEROME ID 83338-5078

### Customer Service Information

 **Visit us Online:** www.BankFirstFed.com

**Customer Support:** 208-733-4222
1-800-278-9435
Call us Monday-Thursday 8:00am to 6:00pm Friday 8:00am-
6:30pm and Saturday 10:00am-2:00pm

 **Written Inquiries:**
FFSB PO Box 249 Twin Falls, ID. 83303

 **24/7 Banking:** 208-733-0778

Join us on Facebook or Instagram!

## IMPORTANT MESSAGE(S)

Your statement cutoff date is changing to the end of the month.
This change will occur within the next 45 days. As a result,
you will receive one short cycle statement from your current
cycle date to the new end-of-month cutoff. No action is needed
on your part. Please review your statements closely during
this transition period. For questions or assistance, call us
at 208-733-4222 or visit your nearest branch. Thank you for
your understanding and continued trust in First Federal Bank.

## BUSINESS WITH INTEREST                    Account Number: XXXXXX7893

**Account Owner(s):   MILLENKAMP CATTLE, INC.**



# 5.01% Rewards CHECKING
## APY

BankFirstFed.com/Rewards

*4.90% interest rate, 5.01% Annual Percentage Yield (APY), on balances up to and including $20,000.00 and a 0.40% interest rate (0.40% APY) on balances over $20,000.00. Additional terms and conditions may apply. $100 minimum opening deposit required. The APY is accurate as of 5/1/2023. The interest rate on this variable rate account may change at any time at our discretion. Fees may reduce earnings.



Member FDIC

00011857 0049398 0001-0002 MFFSIFST083124031014 01  |  00011857

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK REGISTER TO YOUR STATEMENT BALANCE.**

**BALANCE YOUR CHECKBOOK REGISTER FIRST:**
1. CHECK OFF IN YOUR REGISTER THE CHECKS AND DEPOSITS LISTED ON THIS STATEMENT.

2. MAKE THE FOLLOWING ADJUSTMENTS TO YOUR CHECKBOOK REGISTER: **ADD** ANY DEPOSITS OR OTHER CREDITS (CREDIT LINE TRANSFERS, CREDIT MEMOS, AUTOMATIC TRANSFERS, ETC.) APPEARING ON THIS STATEMENT WHICH YOU HAVE NOT PREVIOUSLY ADDED.

SUBTRACT FROM YOUR CHECKBOOK REGISTER BALANCE ANY CHECKS OR OTHER CHARGES (AUTOMATIC CREDIT LINE PAYMENTS, HANDLING CHARGES, DEBIT MEMOS, ETC.) APPEARING ON THIS STATEMENT WHICH YOU HAVE NOT PREVIOUSLY DEDUCTED.

SUBTRACT FROM YOUR CHECKBOOK REGISTER BALANCE THE SERVICE CHARGE (IF ANY) APPEARING ON THIS STATEMENT.

3. LIST ALL CHECKS NOT YET PAID BY THE BANK

| CHECKS OUTSTANDING | | CHECKS OUTSTANDING | |
|---|---|---|---|
| CHECKING | AMOUNT | CHECKING | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL THEM | | TOTAL CHECKS OUTSTANDING | $ |

4. ENDING BALANCE AS SHOWN ON THE FRONT OF THIS STATEMENT.    $ _____

5. ADD DEPOSIT NOT CREDITED ON THIS STATEMENT.    (+) _____

6. SUBTRACT TOTAL CHECKS OUTSTANDING.    (+) _____

SUBTOTAL _____

7. SUBTRACT CHECKBOOK BALANCE AFTER COMPLETING STEPS 1 AND 2 ABOVE.    (-) _____

8. TO FIND THE DIFFERENCE (IF ANY):    TOTAL $ _____
   1. Check the addition and subtraction in your checkbook register.
   2. Make certain the amount of all checks and deposits have been entered in your checkbook correctly.    (-) $ _____
   3. Make certain no check was issued without being entered in your register

**IMPORTANT INFORMATION**

FORGERIES, ALTERATION, OR UNAUTHORIZED CHECKS: Please examine your statement and check images in a prompt manner. If you discover any forgeries, alterations, or unauthorized checks, you must notify us within 30 days from when the statement is first sent or made available. When notifying us, please include all relevant facts pertaining to the item(s). We may request that this notification be in writing

DIRECT DEPOSIT: If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number listed on the front of this statement.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CHECKING, SAVINGS, ATM, DEBIT CARD, OR OTHER ELECTRONIC TRANSFERS: If you think your statement or receipt is wrong, or if you need more information about a transfer on your statement or receipt, we must hear from you no later than 60 days (30 days for paper checks or drafts) after we sent you the FIRST statement on which the error or problem appeared. Telephone or write us at the number or address listed at the bottom of this page
   • Tell us your name and account number.
   • Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information
   • Tell us the dollar amount of the suspected error
We will tell you the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from point of sale debit card transactions, the time to resolve the investigation is 90 days.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT STATEMENT: If you think your statement is wrong, or if you need more information about a transaction on your statement, write to us at the address shown at the bottom of this page as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, provide the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • Date the transaction occurred
   • Describe the error if you can and explain why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating but you are still obligated to pay the parts of your statement that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

LINE OF CREDIT AVERAGE DAILY BALANCE CALCULATION: To calculate the average daily balance, we take the beginning balance of your account each day, add any new advances, and subtract any payments, credits and unpaid finance charges. This gives us a daily balance. Then we add all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This is your average daily balance. The "finance charge" begins from the date of each advance.

INFORMATION WE HAVE FURNISHED TO A CONSUMER REPORTING AGENCY ABOUT YOUR ACCOUNT(S): We may report information about t your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you feel we have made an error regarding the information we have reported, you have the right to dispute it by writing to First Federal at the address provided below. It will be important that you describe the information you feel is not accurate or is in dispute and the basis for your dispute, and include all documentation to support your dispute. If you believe the information you are disputing is a result of Identity Theft, please provide us with the Identity Theft Report you have filed with the Credit Bureaus.

TO OUR BUSINESS CUSTOMERS: Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed below.

ALL INQUIRIES regarding errors, transactions or any information on your statement can be obtained by calling us at (208) 733-4222 or writing to First Federal, PO Box 249, Twin Falls, Idaho 83303

| | |
|---|---|
| Account Number | XXXXXX7893 |
| Statement Date | 08/30/2024 |
| Statement Thru Date | 09/02/2024 |
| Page | 2 |

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/01/2024** | **$1,500,079.44** |
| + Deposits and Credits (1) | $63.70 |
| - Withdrawals and Debits (1) | $5.00 |
| **Ending Balance as of 08/31/2024** | **$1,500,138.14** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $1,500,079.00 |
| Minimum Balance for Period | $1,500,079.00 |

### Earnings Summary

| | |
|---|---|
| Interest for Period Ending 08/31/2024 | $63.70 |
| Interest Paid Year to Date | $80.14 |
| Average Rate for Period | 0.05% |
| Number of Days for Average Rate | 31 |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Deposits |
|---|---|---|
| Aug 30 | INTEREST EARNED | 63.70 |

### MISCELLANEOUS WITHDRAWALS

| Date | Description | Withdrawals |
|---|---|---|
| Aug 30 | CASH MANAGEMENT WIRE MONTHLY FEE | 5.00 |

### DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| Aug 30 | 1,500,138.14 |



8:31 AM

09/09/24

## Millenkamp Cattle, Inc.
## Reconciliation Summary
### 0029 · Mechanics - Concentration, Period Ending 08/31/2024

|  | Aug 31, 24 |
| --- | --- |
| Beginning Balance |  | 3,000.00 |
| Cleared Transactions |  |  |
| Checks and Payments - 3 items | -553,786.36 |  |
| Deposits and Credits - 1 item | 550,786.36 |  |
| **Total Cleared Transactions** | -3,000.00 |  |
| **Cleared Balance** |  | 0.00 |
| **Register Balance as of 08/31/2024** |  | 0.00 |
| **Ending Balance** |  | 0.00 |

8:31 AM

09/09/24

# Millenkamp Cattle, Inc.
## Reconciliation Detail
### 0029 · Mechanics - Concentration, Period Ending 08/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 3,000.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Transfer | 08/05/2024 | | | X | -550,786.36 | -550,786.36 |
| Check | 08/12/2024 | Auto | Rabo AgriFinance, I... | X | -1,934.47 | -552,720.83 |
| Transfer | 08/13/2024 | | | X | -1,065.53 | -553,786.36 |
| Total Checks and Payments | | | | | -553,786.36 | -553,786.36 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 08/02/2024 | | | X | 550,786.36 | 550,786.36 |
| Total Deposits and Credits | | | | | 550,786.36 | 550,786.36 |
| Total Cleared Transactions | | | | | -3,000.00 | -3,000.00 |
| **Cleared Balance** | | | | | -3,000.00 | 0.00 |
| Register Balance as of 08/31/2024 | | | | | -3,000.00 | 0.00 |
| **Ending Balance** | | | | | -3,000.00 | 0.00 |

# Mechanics Bank®

P.O. Box 2200
Corona, CA 92878
800.797.6324
www.mechanicsbank.com

**RETURN SERVICE REQUESTED**

MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID 83338-5078

*Statement Ending 08/30/2024*

*Page 1 of 4*

## Managing Your Accounts

| | | |
|---|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

**BUSINESS LINE OF CREDIT** Up to $250,000[2]

**LIMITED TIME OFFER[1]**

# Prime-1% APR[1]

### A great rate to grow on!

- Buy extra material or inventory for your busy season
- Hire new employees or promote your business
- Renovate/refresh your location
- Be prepared for unexpected expenses
- Improve cash flow management



**Apply today!**
www.MechanicsBank.com/BizBoost

All loans and credit products subject to program eligibility, collateral, underwriting approval and credit approval. Offer is for new lines of credit and does not apply to renewing lines of credit. Must have automatic payments from a Mechanics Bank non-interest bearing business checking account. 1) Offer is effective as of 7/1/2024 and is subject to change or cancellation without notice. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." For the current Prime Rate, talk to a banker or visit https://www.wsj.com/market-data/bonds. 2) Represents borrower's new aggregated business credit exposure limits to qualify for advertised pricing.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ANALYZED CHECKING | XXXXXXXX0029 | $0.00 |

## ANALYZED CHECKING - XXXXXXXX0029

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/01/2024 | Beginning Balance | $3,000.00 |
| | 1 Credit(s) This Period | $550,786.36 |
| | 3 Debit(s) This Period | $553,786.36 |
| 08/30/2024 | Ending Balance | $0.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 08/02/2024 | Remote Deposit | $550,786.36 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 08/05/2024 | Conc to Disp | $550,786.36 |


Member FDIC

**HOW TO CONTACT US**    800.797.6324
P.O. Box 8070
Walnut Creek, CA 94596
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, P.O. Box 8070, Walnut Creek, CA 94596 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three (3) business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

 
MEMBER FDIC    EQUAL HOUSING LENDER

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0623 FM-Reference #3955.Version 1-eCH

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark ✓ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES".

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| ADD DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED | ➡ | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE    BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE



**Statement Ending 08/30/2024**

*Page 3 of 4*

## ANALYZED CHECKING - XXXXXXXX0029 (continued)

**Electronic Debits (continued)**

| Date | Description | Amount |
|------|-------------|--------|
| 08/13/2024 | Conc to Disp | $1,065.53 |

**Other Debits**

| Date | Description | Amount |
|------|-------------|--------|
| 08/12/2024 | Analysis Charges July 2024 | $1,934.47 |

**Daily Balances**

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 08/02/2024 | $553,786.36 | 08/12/2024 | $1,065.53 |
| 08/05/2024 | $3,000.00 | 08/13/2024 | $0.00 |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



**Statement Ending 08/30/2024**

*Page 4 of 4*

THIS PAGE LEFT INTENTIONALLY BLANK

8:45 AM

09/09/24

# Millenkamp Cattle, Inc.
## Reconciliation Summary
### 1110 · Mechanics - Operating, Period Ending 08/31/2024

|  | Aug 31, 24 |
| --- | --- |
| **Beginning Balance** | 1,448,468.50 |
| **Cleared Transactions** | |
| Checks and Payments - 25 items | -9,210,577.05 |
| Deposits and Credits - 24 items | 7,762,073.55 |
| **Total Cleared Transactions** | -1,448,503.50 |
| **Cleared Balance** | -35.00 |
| **Register Balance as of 08/31/2024** | -35.00 |
| New Transactions | |
| Checks and Payments - 1 item | -664,965.00 |
| Deposits and Credits - 1 item | 665,000.00 |
| **Total New Transactions** | 35.00 |
| **Ending Balance** | 0.00 |

8:45 AM

09/09/24

# Millenkamp Cattle, Inc.
## Reconciliation Detail
### 1110 · Mechanics - Operating, Period Ending 08/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 1,448,468.50 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 25 items** | | | | | | |
| Bill Pmt -Check | 06/26/2024 | 54293 | Standing 16 Ranch | X | -10,000.00 | -10,000.00 |
| Check | 07/17/2024 | 54282 | Ray Selene | X | -2,500.00 | -12,500.00 |
| Bill Pmt -Check | 07/19/2024 | 54230 | Mark Harrison | X | -1,000.00 | -13,500.00 |
| Bill Pmt -Check | 07/31/2024 | ACH | Colonial Life | X | -3,304.08 | -16,804.08 |
| Transfer | 08/01/2024 | | | X | -2,000,000.00 | -2,016,804.08 |
| Check | 08/01/2024 | Wire | Kraus Farms (New) | X | -200,000.00 | -2,216,804.08 |
| Transfer | 08/01/2024 | | | X | -200,000.00 | -2,416,804.08 |
| Check | 08/01/2024 | ACH | Capital One - Spark ... | X | -15,200.00 | -2,432,004.08 |
| Bill Pmt -Check | 08/01/2024 | ACH | Verizon Wireless | X | -432.27 | -2,432,436.35 |
| Transfer | 08/02/2024 | | | X | -2,000,000.00 | -4,432,436.35 |
| Check | 08/02/2024 | Wire | Silage Group ROLL ... | X | -1,000,000.00 | -5,432,436.35 |
| Transfer | 08/02/2024 | | | X | -800,000.00 | -6,232,436.35 |
| Check | 08/02/2024 | Wire | Viterra USA Grain, L... | X | -700,000.00 | -6,932,436.35 |
| Transfer | 08/02/2024 | | | X | -150,000.00 | -7,082,436.35 |
| Check | 08/02/2024 | Wire | Rangen (New) | X | -70,000.00 | -7,152,436.35 |
| Bill Pmt -Check | 08/05/2024 | ACH | Verizon Wireless | X | -1,886.28 | -7,154,322.63 |
| Transfer | 08/06/2024 | | | X | -1,500,000.00 | -8,654,322.63 |
| Transfer | 08/08/2024 | | | X | -199,816.09 | -8,854,138.72 |
| Bill Pmt -Check | 08/13/2024 | ACH | Citi Cards | X | -6,320.62 | -8,860,459.34 |
| Bill Pmt -Check | 08/14/2024 | Wire | Schows Inc - Rupert... | X | -14,973.80 | -8,875,433.14 |
| Bill Pmt -Check | 08/20/2024 | ACH | Culligan | X | -421.43 | -8,875,854.57 |
| Bill Pmt -Check | 08/21/2024 | Wire | Land View, Inc-Lives... | X | -173,610.65 | -9,049,465.22 |
| Transfer | 08/28/2024 | | | X | -151,076.83 | -9,200,542.05 |
| Check | 08/29/2024 | ACH | American Express | X | -10,000.00 | -9,210,542.05 |
| Check | 08/30/2024 | BK FEE | Millenkamp Cattle, I... | X | -35.00 | -9,210,577.05 |
| | | | **Total Checks and Payments** | | -9,210,577.05 | -9,210,577.05 |
| | | | | | | |
| **Deposits and Credits - 24 items** | | | | | | |
| Bill Pmt -Check | 07/17/2024 | 54245 | Burks Tractor | X | 0.00 | 0.00 |
| Deposit | 08/01/2024 | | | X | 5,964,323.86 | 5,964,323.86 |
| Deposit | 08/05/2024 | | | X | 240,000.00 | 6,204,323.86 |
| Transfer | 08/05/2024 | | | X | 550,786.36 | 6,755,110.22 |
| Deposit | 08/06/2024 | | | X | 653,060.00 | 7,408,170.22 |
| Transfer | 08/13/2024 | | | X | 1,065.53 | 7,409,235.75 |
| Deposit | 08/14/2024 | | | X | 48,837.80 | 7,458,073.55 |
| Deposit | 08/15/2024 | | | X | 69,000.00 | 7,527,073.55 |
| Deposit | 08/20/2024 | | | X | 225,000.00 | 7,752,073.55 |
| Transfer | 08/30/2024 | | | X | 10,000.00 | 7,762,073.55 |
| Bill Pmt -Check | 08/31/2024 | | Douglas J Grant | X | 0.00 | 7,762,073.55 |
| Bill Pmt -Check | 08/31/2024 | | Clint Thompson | X | 0.00 | 7,762,073.55 |
| Bill Pmt -Check | 08/31/2024 | | Chojnacky, Ed & Matt | X | 0.00 | 7,762,073.55 |
| Bill Pmt -Check | 08/31/2024 | | Bo Stevenson- B & ... | X | 0.00 | 7,762,073.55 |
| Bill Pmt -Check | 08/31/2024 | | Dusty Brow Farms - ... | X | 0.00 | 7,762,073.55 |
| Bill Pmt -Check | 08/31/2024 | | Grant & Hagan Inc. | X | 0.00 | 7,762,073.55 |
| Bill Pmt -Check | 08/31/2024 | | Grant 4-D Farms, LLC | X | 0.00 | 7,762,073.55 |
| Bill Pmt -Check | 08/31/2024 | | Hollifield Ranches, Inc | X | 0.00 | 7,762,073.55 |
| Bill Pmt -Check | 08/31/2024 | | Ken or Jean Thomp... | X | 0.00 | 7,762,073.55 |
| Bill Pmt -Check | 08/31/2024 | | Reed Farms | X | 0.00 | 7,762,073.55 |
| Bill Pmt -Check | 08/31/2024 | | Standing 16 Ranch | X | 0.00 | 7,762,073.55 |
| Bill Pmt -Check | 08/31/2024 | | Star Falls-Steven & ... | X | 0.00 | 7,762,073.55 |
| Bill Pmt -Check | 08/31/2024 | | Steel Ranch LLC - C... | X | 0.00 | 7,762,073.55 |
| Bill Pmt -Check | 08/31/2024 | | Triple C Farms | X | 0.00 | 7,762,073.55 |
| | | | **Total Deposits and Credits** | | 7,762,073.55 | 7,762,073.55 |
| | | | **Total Cleared Transactions** | | -1,448,503.50 | -1,448,503.50 |
| | | | **Cleared Balance** | | -1,448,503.50 | -35.00 |
| | | | **Register Balance as of 08/31/2024** | | -1,448,503.50 | -35.00 |

8:45 AM

09/09/24

# Millenkamp Cattle, Inc.
## Reconciliation Detail
### 1110 · Mechanics - Operating, Period Ending 08/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Transfer | 09/06/2024 | | | | -664,965.00 | -664,965.00 |
| Total Checks and Payments | | | | | -664,965.00 | -664,965.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 09/03/2024 | | | | 665,000.00 | 665,000.00 |
| Total Deposits and Credits | | | | | 665,000.00 | 665,000.00 |
| Total New Transactions | | | | | 35.00 | 35.00 |
| **Ending Balance** | | | | | -1,448,468.50 | 0.00 |

## Mechanics Bank®

P.O. Box 2200
Corona, CA 92878
800.797.6324
www.mechanicsbank.com

*Statement Ending 08/30/2024*

Page 1 of 6

**RETURN SERVICE REQUESTED**

MILLENKAMP CATTLE INC
DBA BLACK PINE CATTLE
471 N 300 W
JEROME ID 83338-5078

### Managing Your Accounts

| | | |
|---|---|---|
| 👤 | Client Services | 800.797.6324 |
| 💻 | Online | www.mechanicsbank.com |
| 📱 | Mobile | Download Our Mobile Apps |



**BUSINESS LINE OF CREDIT** Up to $250,000[2]

**LIMITED TIME OFFER[1]**

# Prime-1% APR[1]

## A great rate to grow on!

- Buy extra material or inventory for your busy season
- Hire new employees or promote your business
- Renovate/refresh your location
- Be prepared for unexpected expenses
- Improve cash flow management

All loans and credit products subject to program eligibility, collateral, underwriting approval and credit approval. Offer is for new lines of credit and does not apply to renewing lines of credit. Must have automatic payments from a Mechanics Bank non-interest bearing business checking account. 1) Offer is effective as of 7/1/2024 and is subject to change or cancellation without notice. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." For the current Prime Rate, talk to a banker or visit https://www.wsj.com/market-data/bonds. 2) Represents borrower's new aggregated business credit exposure limits to qualify for advertised pricing.

**Apply today!**
www.MechanicsBank.com/BizBoost

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ANALYZED CHECKING | XXXXXXXX3206 | -$35.00 |

# ANALYZED CHECKING - XXXXXXXX3206

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/01/2024 | Beginning Balance | $1,448,468.50 |
| | 11 Credit(s) This Period | $7,762,073.55 |
| | 27 Debit(s) This Period | $9,210,577.05 |
| 08/30/2024 | Ending Balance | -$35.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 08/01/2024 | GLANBIA INC. PROD PAYRL 0006468 | $71,543.23 |
| 08/01/2024 | GLANBIA INC. PROD PAYRL 0006481 | $1,372,055.50 |
| 08/01/2024 | GLANBIA INC. PROD PAYRL 0006482 | $4,520,725.13 |
| 08/05/2024 | Wire/In___//EAST VALLEY DEVELOPMENT LLC | $240,000.00 |
| 08/05/2024 | Conc to Disp | $550,786.36 |
| 08/06/2024 | Wire/In___BK AMER NYC/ATBW000605065133/SUMMIT LIVESTOCK LTD | $653,060.00 |



Member FDIC
EQUAL HOUSING LENDER

Statement Ending 08/30/2024 | Page 2 of 6

**HOW TO CONTACT US**    800.797.6324
P.O. Box 8070
Walnut Creek, CA 94596
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, P.O. Box 8070, Walnut Creek, CA 94596 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three (3) business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

 

FDIC MEMBER FDIC | EQUAL HOUSING LENDER

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0623 FM-Reference #3955.Version 1-eCH

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES".

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| ADD DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE    BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

 **Mechanics Bank**®

### Statement Ending 08/30/2024
Page 3 of 6

## ANALYZED CHECKING - XXXXXXXX3206 (continued)

### Electronic Credits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 08/13/2024 | Conc to Disp | $1,065.53 |
| 08/14/2024 | Bill.com Heglar Creek Dai Heglar Creek Dairy, LLC Bill.com 015LOJMAYW4W2JX Mul | $48,837.80 |
| 08/15/2024 | Wire/In///EAST VALLEY DEVELOPMENT LLC | $69,000.00 |
| 08/20/2024 | Wire/In///EAST VALLEY DEVELOPMENT LLC | $225,000.00 |
| 08/30/2024 | Wire/In/FIRST FEDERAL TWIN//MILLENKAMP CATTLE, INC. | $10,000.00 |

### Electronic Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 08/01/2024 | Wire/Out/Kraus Farms/DL EVANS BK BURLEY | $200,000.00 |
| 08/01/2024 | Wire/Out/Millenkamp Cattle Inc/FST FSB TWIN FLS | $2,000,000.00 |
| 08/01/2024 | disp to PR | $200,000.00 |
| 08/02/2024 | Wire/Out/Wilbur-Ellis Nutrition, Inc./UNION LA AKA UBOC | $70,000.00 |
| 08/02/2024 | Wire/Out/Gavilon Ingredients LLC/BK AMER NYC | $700,000.00 |
| 08/02/2024 | Wire/Out/Millenkamp Cattle Inc - Payroll/FST FSB TWIN FLS | $800,000.00 |
| 08/02/2024 | Wire/Out/Williams Meservy & Larsen LLP/FARMERS BANK BUHL | $1,000,000.00 |
| 08/02/2024 | Wire/Out/Millenkamp Cattle Inc/FST FSB TWIN FLS | $2,000,000.00 |
| 08/02/2024 | Disp to PR | $150,000.00 |
| 08/02/2024 | VERIZON WIRELESS PAYMENTS 036572269500001 | $432.27 |
| 08/02/2024 | COLONIAL LIFE INS. PREM. E4725925 | $3,304.08 |
| 08/02/2024 | CAPITAL ONE ONLINE PMT 3XY7GJX7IKORHLR | $15,200.00 |
| 08/05/2024 | VERIZON WIRELESS PAYMENTS 066578744700002 | $504.77 |
| 08/05/2024 | VERIZON WIRELESS PAYMENTS 066578744700003 | $550.98 |
| 08/05/2024 | VERIZON WIRELESS PAYMENTS 066578744700001 | $830.53 |
| 08/06/2024 | Wire/Out/Millenkamp Cattle Inc/FST FSB TWIN FLS | $1,500,000.00 |
| 08/08/2024 | Wire/Out/Millenkamp Cattle Inc/FST FSB TWIN FLS | $199,816.09 |
| 08/13/2024 | CITI AUTOPAY PAYMENT 081459314345080 | $6,320.62 |
| 08/14/2024 | Wire/Out/Schow's Inc/FST FSB TWIN FLS | $14,973.80 |
| 08/21/2024 | Wire/Out/MIL CAT/Land View, Inc./FNB OMAHA | $173,610.65 |
| 08/21/2024 | CULLIGANWATERCON 2087332421 | $421.43 |
| 08/28/2024 | Wire/Out/Millenkamp Cattle Inc/FST FSB TWIN FLS | $151,076.83 |
| 08/29/2024 | AMEX EPAYMENT ACH PMT W4878 | $10,000.00 |

### Other Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 08/30/2024 | Overdraft Fee | $35.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|-------:|-----------|------|-------:|-----------|------|-------:|
| 54230 | 08/07/2024 | $1,000.00 | 54282* | 08/27/2024 | $2,500.00 | 54293* | 08/14/2024 | $10,000.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 08/01/2024 | $5,012,792.36 | 08/08/2024 | $15,000.00 | 08/21/2024 | $153,576.83 |
| 08/02/2024 | $273,856.01 | 08/13/2024 | $9,744.91 | 08/27/2024 | $151,076.83 |
| 08/05/2024 | $1,062,756.09 | 08/14/2024 | $33,608.91 | 08/28/2024 | $0.00 |
| 08/06/2024 | $215,816.09 | 08/15/2024 | $102,608.91 | 08/29/2024 | -$10,000.00 |
| 08/07/2024 | $214,816.09 | 08/20/2024 | $327,608.91 | 08/30/2024 | -$35.00 |

 **Mechanics Bank**®

*Statement Ending 08/30/2024*

*Page 4 of 6*

## ANALYZED CHECKING - XXXXXXXX3206 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $280.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



# Mechanics Bank®

**Statement Ending 08/30/2024**

*Page 5 of 6*



| #54230 | 08/07/2024 | $1,000.00 |
| --- | --- | --- |

| #54282 | 08/27/2024 | $2,500.00 |
| --- | --- | --- |



| #54293 | 08/14/2024 | $10,000.00 |
| --- | --- | --- |



THIS PAGE LEFT INTENTIONALLY BLANK

9:00 AM

09/09/24

# Millenkamp Cattle, Inc.
## Reconciliation Summary
### 1115 · Mechanics - Payroll, Period Ending 08/31/2024

|  | Aug 31, 24 |
|---|---|
| **Beginning Balance** | 32,011.53 |
|     **Cleared Transactions** | |
|         **Checks and Payments - 4 items** | -370,112.88 |
|         **Deposits and Credits - 2 items** | 350,000.00 |
|     **Total Cleared Transactions** | -20,112.88 |
| **Cleared Balance** | 11,898.65 |
|     **Uncleared Transactions** | |
|         **Checks and Payments - 19 items** | -11,898.65 |
|     **Total Uncleared Transactions** | -11,898.65 |
| **Register Balance as of 08/31/2024** | 0.00 |
| **Ending Balance** | 0.00 |

9:00 AM

09/09/24

# Millenkamp Cattle, Inc.
## Reconciliation Detail
### 1115 · Mechanics - Payroll, Period Ending 08/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 32,011.53 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| General Journal | 08/05/2024 | PR 8/... | | X | -224,824.37 | -224,824.37 |
| General Journal | 08/05/2024 | PR 8/... | | X | -61,817.99 | -286,642.36 |
| Transfer | 08/08/2024 | | | X | -83,369.17 | -370,011.53 |
| Transfer | 08/28/2024 | | | X | -101.35 | -370,112.88 |
| Total Checks and Payments | | | | | -370,112.88 | -370,112.88 |
| **Deposits and Credits - 2 items** | | | | | | |
| Transfer | 08/01/2024 | | | X | 200,000.00 | 200,000.00 |
| Transfer | 08/02/2024 | | | X | 150,000.00 | 350,000.00 |
| Total Deposits and Credits | | | | | 350,000.00 | 350,000.00 |
| Total Cleared Transactions | | | | | -20,112.88 | -20,112.88 |
| **Cleared Balance** | | | | | -20,112.88 | 11,898.65 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 19 items** | | | | | | |
| Paycheck | 01/05/2023 | 123881 | Martinez Osorio, Nar... | | -162.07 | -162.07 |
| Paycheck | 02/20/2023 | 125314 | Alvarado Canchuma... | | -313.07 | -475.14 |
| Paycheck | 04/20/2023 | 127307 | Camayo Rojas, Jos... | | -507.12 | -982.26 |
| Paycheck | 04/21/2023 | 127680 | Soto Perez, Edson | | -295.87 | -1,278.13 |
| Paycheck | 05/05/2023 | 127990 | Ascencio Vera, Salv... | | -2,135.81 | -3,413.94 |
| Paycheck | 05/19/2023 | 128315 | Alvarado Canchuma... | | -150.53 | -3,564.47 |
| Paycheck | 05/19/2023 | 128317 | Arcos Aguilar, Roberto | | -5.39 | -3,569.86 |
| Paycheck | 06/05/2023 | 128722 | Lopez Duarte, J Soc... | | -1,081.69 | -4,651.55 |
| Paycheck | 07/05/2023 | 129707 | Santana DeLaCruz, ... | | -211.25 | -4,862.80 |
| Paycheck | 07/05/2023 | 129818 | Velasquez, Elmer | | -150.99 | -5,013.79 |
| Paycheck | 07/05/2023 | 129708 | Santana Guerra, Ju... | | -64.41 | -5,078.20 |
| Paycheck | 07/20/2023 | 130405 | Hilario Lazo, Erik | | -627.98 | -5,706.18 |
| Paycheck | 07/20/2023 | 130392 | Diaz, Domingo | | -157.00 | -5,863.18 |
| Paycheck | 08/04/2023 | 130940 | Morales Gonzalez, F... | | -1,739.41 | -7,602.59 |
| Paycheck | 08/21/2023 | 131139 | Lavando Sullca, Wil... | | -1,903.01 | -9,505.60 |
| Paycheck | 08/21/2023 | 131036 | Huaroc Chaves, Alfr... | | -1,745.41 | -11,251.01 |
| Paycheck | 09/20/2023 | 132214 | Salgado Hernandez,... | | -209.55 | -11,460.56 |
| Paycheck | 11/20/2023 | 133877 | Barragan Romero, J... | | -161.04 | -11,621.60 |
| Paycheck | 12/05/2023 | 136758 | Valerio Valerio, Jona... | | -277.05 | -11,898.65 |
| Total Checks and Payments | | | | | -11,898.65 | -11,898.65 |
| Total Uncleared Transactions | | | | | -11,898.65 | -11,898.65 |
| Register Balance as of 08/31/2024 | | | | | -32,011.53 | 0.00 |
| **Ending Balance** | | | | | -32,011.53 | 0.00 |

# Mechanics Bank®

P.O. Box 2200
Corona, CA 92878
800.797.6324
www.mechanicsbank.com

**Statement Ending 08/30/2024**

*Page 1 of 4*

**RETURN SERVICE REQUESTED**

MILLENKAMP CATTLE INC
471 N 300 W
JEROME ID 83338-5078

## Managing Your Accounts

|  |  |  |
|---|---|---|
| Client Services | 800.797.6324 | |
| Online | www.mechanicsbank.com | |
| Mobile | Download Our Mobile Apps | |



**LIMITED TIME OFFER[1]**

**BUSINESS LINE OF CREDIT**
Up to $250,000[2]

## Prime -1% APR[1]

**A great rate to grow on!**

- Buy extra material or inventory for your busy season
- Hire new employees or promote your business
- Renovate/refresh your location
- Be prepared for unexpected expenses
- Improve cash flow management

All loans and credit products subject to program eligibility, collateral, underwriting approval and credit approval. Offer is for new lines of credit and does not apply to renewing lines of credit. Must have automatic payments from a Mechanics Bank non-interest bearing business checking account. 1) Offer is effective as of 7/1/2024 and is subject to change or cancellation without notice. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." For the current Prime Rate, talk to a banker or visit https://www.wsj.com/market-data/bonds. 2) Represents borrower's new aggregated business credit exposure limits to qualify for advertised pricing.



**Apply today!**
www.MechanicsBank.com/BizBoost

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ANALYZED CHECKING | XXXXXXXX8879 | $11,898.65 |

# ANALYZED CHECKING - XXXXXXXX8879

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/01/2024 | **Beginning Balance** | **$32,011.53** |
| | 2 Credit(s) This Period | $350,000.00 |
| | 6 Debit(s) This Period | $370,112.88 |
| 08/30/2024 | **Ending Balance** | **$11,898.65** |

## Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 08/01/2024 | disp to PR | $200,000.00 |
| 08/02/2024 | Disp to PR | $150,000.00 |



Member **FDIC**

| HOW TO CONTACT US | 800.797.6324 |
|---|---|
| | P.O. Box 8070 |
| | Walnut Creek, CA 94596 |
| | www.mechanicsbank.com |

### This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Call us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, P.O. Box 8070, Walnut Creek, CA 94596 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three (3) business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

 

MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0623 FM-Reference #3955.Version 1-eCH

### How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark ✓ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES".

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

### HOW TO BALANCE YOUR ACCOUNTS

| TRANSFER AMOUNT FROM PAGE ONE | $ | |
|---|---|---|
| ADD DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE        BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE



**Mechanics Bank®**

**Statement Ending 08/30/2024**

*Page 3 of 4*

## ANALYZED CHECKING - XXXXXXXX8879 (continued)

**Electronic Debits**

| Date | Description | Amount |
|---|---|---|
| 08/02/2024 | Wire/Out/⬛⬛⬛ Paylocity Payroll/BK AMER NYC | $26,785.58 |
| 08/02/2024 | Wire/Out⬛⬛⬛ Paylocity Payroll/BK AMER NYC | $198,038.79 |
| 08/05/2024 | Millenkamp Cattl MC-Hourly | $17,024.80 |
| 08/05/2024 | Millenkamp Millenkamp Cattl MC Salary | $44,793.19 |
| 08/08/2024 | Wire/Out⬛⬛⬛ Millenkamp Cattle Inc - Payroll/FST FSB TWIN FLS | $83,369.17 |
| 08/28/2024 | Wire/Out/⬛⬛⬛ Millenkamp Cattle Inc - Payroll/FST FSB TWIN FLS | $101.35 |

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/01/2024 | $232,011.53 | 08/05/2024 | $95,369.17 | 08/28/2024 | $11,898.65 |
| 08/02/2024 | $157,187.16 | 08/08/2024 | $12,000.00 | | |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



*Statement Ending 08/30/2024*

*Page 4 of 4*

THIS PAGE LEFT INTENTIONALLY BLANK

9:22 AM

09/09/24

# Millenkamp Cattle, Inc.
# Reconciliation Summary
### 1118 · Farmers Bank, Period Ending 08/31/2024

|  | Aug 31, 24 |
| --- | --- | --- |
| **Beginning Balance** | | 88,993.48 |
| Cleared Transactions | | |
| Checks and Payments - 1 item | -3.00 | |
| **Total Cleared Transactions** | | -3.00 |
| **Cleared Balance** | | 88,990.48 |
| Uncleared Transactions | | |
| Checks and Payments - 1 item | -88,990.48 | |
| **Total Uncleared Transactions** | | -88,990.48 |
| **Register Balance as of 08/31/2024** | | 0.00 |
| **Ending Balance** | | 0.00 |

9:22 AM

09/09/24

# Millenkamp Cattle, Inc.
## Reconciliation Detail
### 1118 · Farmers Bank, Period Ending 08/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 88,993.48 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 08/30/2024 | | | X | -3.00 | -3.00 |
| Total Checks and Payments | | | | | -3.00 | -3.00 |
| Total Cleared Transactions | | | | | -3.00 | -3.00 |
| **Cleared Balance** | | | | | -3.00 | 88,990.48 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 08/30/2024 | 10002 | Millenkamp Cattle, I... | | -88,990.48 | -88,990.48 |
| Total Checks and Payments | | | | | -88,990.48 | -88,990.48 |
| Total Uncleared Transactions | | | | | -88,990.48 | -88,990.48 |
| Register Balance as of 08/31/2024 | | | | | -88,993.48 | 0.00 |
| **Ending Balance** | | | | | **-88,993.48** | **0.00** |

**FARMERS BANK**

PO Box 5629
Twin Falls, ID 83303

RETURN SERVICE REQUESTED

MILLENKAMP CATTLE INC
WILLIAM J MILLENKAMP
SUSAN JO MILLENKAMP
471 N 300 W
JEROME ID 83338-5078

*Statement Ending 08/30/2024*

MILLENKAMP CATTLE INC                           Page 1 of 2
Account Number: XXXXXXXX3942

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | Jerome |
| 📱 | Phone Number | (208) 324-3800 |
| ✉ | Mailing Address | PO Box 505 Jerome, ID 83338 |
|  | Customer Service | (208) 734-1500 |
| 🖥 | Online Banking | farmersbankidaho.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS | XXXXXXXX3942 | $88,990.48 |

## SMALL BUSINESS - XXXXXXXX3942

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/01/2024 | Beginning Balance | $88,993.48 |
| | 0 Credit(s) This Period | $0.00 |
| | 1 Debit(s) This Period | $3.00 |
| 08/30/2024 | Ending Balance | $88,990.48 |
| | Service Charges | $3.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 08/30/2024 | SERVICE CHARGE | $3.00 |

### Daily Balances

| Date | Amount |
|---|---|
| 08/30/2024 | $88,990.48 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR SMALL BUSINESS: | $3.00 |
| Total Service Charge | $3.00 |



Member FDIC

MILLENKAMP CATTLE INC          XXXXXXXX3942          Statement Ending 08/30/2024          Page 2 of 2

Update your check book with any transactions listed on this statement which are not recorded in your check register.

Interest Paid                 $ _____

Service Charges               $ _____

Ending Balance on Statement   $ _____

Add Deposits not included on statement

| DATE | AMOUNT | |
|------|--------|--|
|      |        |  |
|      |        |  |
|      |        |  |

Outstanding Deposits          $ _____ +

Subtract Checks and Debits not included on statement

| NUMBER | AMOUNT | |
|--------|--------|--|
|        |        |  |
|        |        |  |
|        |        |  |
|        |        |  |
|        |        |  |
|        |        |  |
|        |        |  |
|        |        |  |
|        |        |  |
|        |        |  |
|        |        |  |
|        |        |  |
|        |        |  |
|        |        |  |

Outstanding Items             $ _____ -

Calculate the Ending Balance  $ _____ =

This amount should be the same as the current balance shown in your check register

**READY RESERVE CHECKING**

Finance Charges

Finance Charges begin to accrue on the date the READY RESERVE/line of credit advance is posted, and continues to accrue until the balance is paid in full. The Bank will compute the amount of the Finance Charge by multiplying the average daily balance by a periodic rate and by the number of days in the monthly statement period. The average daily balance is arrived at by adding together the balances outstanding on your READY RESERVE account at the end of each day during the monthly statement period and dividing this result by the number of days in the monthly statement period.

**IMPORTANT INFORMATION**

FORGERIES, ALTERATION OR UNAUTHORIZED CHECKS

Please examine your statement in a prompt manner. If you discover any forgeries, alterations or unauthorized checks you must notify us within 30 days from when the statement is first sent or made available. When notifying us, please include all relevant facts pertaining to the item(s). The Bank may request that this notification be in writing. Refer to the required information as noted below.

IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT OR READY RESERVE STATEMENT

If you think you have an error on your statement or have question(s) regarding a transaction(s), write to us at the address shown below as soon as possible. The Bank must hear from you no later than sixty (60) days (30 days for paper checks or drafts) after the Bank sent or made available to you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
1. Your name and account number.
2. The dollar amount of the suspected error(s).
3. Describe the error(s) and explain if you can why you believe there is an error. If more information is needed, describe the item(s) that you are inquiring about.

The Bank will inform you of the results of the investigation within 10 business days and will correct any error promptly. If more time is needed, the Bank may take up to 45 days to investigate your complaint. In that case, provisional credit will be made on your account for the amount you think is in error. For transfers initiated outside the United States or transfers resulting from point of sale check card transactions the time to resolve the investigation is 90 days.

Ready Reserve Errors

If you think there is an error on your Ready Reserve account, you do not have to pay the amount in question while the Bank is investigating, but you are still obligated to pay the parts of your statement that are not in question. While your question is being investigated, the Bank cannot report you as delinquent or take action to collect the amount in question.

OTHER INFORMATION

Information The Bank May Furnish to a Consumer Reporting Agency About Your Account(s)

The Bank may report information about your account to a credit reporting agency. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you feel the Bank has made an error regarding the information that has been reported, you have the right to dispute it in writing to the Bank at the address below. It will be important that you describe the information you feel is not accurate, the basis for your dispute and include all supporting documentation.

Pre-authorized Credits

If you have arranged to have direct deposits made to your account, you can call Customer Service at (208) 734-1500 or use our online banking services to find out whether or not the deposit has been made.

Lost or Stolen Cards

To report a Lost or Stolen Visa Credit Card please call 1-855-399-1014
To report a Lost or Stolen Visa Check Card please call 1-800-472-3272

**Farmers Bank**
**890 Shoshone St. E., P.O. Box 2706**
**Twin Falls, Idaho 83303**
**(208) 734-1500**
**www.farmersbankidaho.com**

9:21 AM

09/09/24

# Millenkamp Cattle, Inc.
## Reconciliation Summary
### 1122 · WJM Trust, Period Ending 08/31/2024

|  | Aug 31, 24 |
|---|---|
| **Beginning Balance** | 20.60 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -5.00 |
| **Total Cleared Transactions** | -5.00 |
| **Cleared Balance** | **15.60** |
| **Register Balance as of 08/31/2024** | 15.60 |
| **Ending Balance** | 15.60 |

Page 1

9:21 AM

09/09/24

# Millenkamp Cattle, Inc.
## Reconciliation Detail
### 1122 · WJM Trust, Period Ending 08/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 20.60 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 1 item** | | | | | | |
| Check | 08/30/2024 | | | X | -5.00 | -5.00 |
|     Total Checks and Payments | | | | | -5.00 | -5.00 |
|    Total Cleared Transactions | | | | | -5.00 | -5.00 |
| **Cleared Balance** | | | | | -5.00 | 15.60 |
| Register Balance as of 08/31/2024 | | | | | -5.00 | 15.60 |
| **Ending Balance** | | | | | **-5.00** | **15.60** |

 **FARMERS BANK**

PO Box 5629
Twin Falls, ID 83303

RETURN SERVICE REQUESTED

WJM 2012 TRUST
SUSAN JO MILLENKAMP
471 N 300 W
JEROME ID 83338-5078

## *Statement Ending 08/30/2024*

*WJM 2012 TRUST*                                **Page 1 of 2**
*Account Number: XXXXXXXX8824*

## *Managing Your Accounts*

| | | |
|---|---|---|
| 🏛 | Branch | Jerome |
| 📱 | Phone Number | (208) 324-3800 |
| ✉ | Mailing Address | PO Box 505 Jerome, ID 83338 |
|  | Customer Service | (208) 734-1500 |
| 💻 | Online Banking | farmersbankidaho.com |

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS INTEREST | XXXXXXXX8824 | $15.60 |

# BUSINESS INTEREST - XXXXXXXX8824

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 08/01/2024 | **Beginning Balance** | **$20.60** |
| | 0 Credit(s) This Period | $0.00 |
| | 1 Debit(s) This Period | $5.00 |
| 08/30/2024 | **Ending Balance** | **$15.60** |
| | Service Charges | $5.00 |

**Interest Summary**

| Description | Amount |
|---|---|
| Interest Earned From 08/01/2024 Through 08/30/2024 | |
| Annual Percentage Yield Earned | 0.00% |
| Interest Days | 30 |
| Interest Earned | $0.00 |
| Interest Paid This Period | $0.00 |
| Interest Paid Year-to-Date | $0.74 |

**Other Debits**

| Date | Description | Amount |
|---|---|---|
| 08/30/2024 | SERVICE CHARGE $8.00 LESS $3.00 CREDIT BACK | $5.00 |

**Daily Balances**

| Date | Amount |
|---|---|
| 08/30/2024 | $15.60 |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Service Charge Summary**

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR BUSINESS INTEREST: | $8.00 |
| TOTAL CREDIT BACK FOR ESTATEMENT CREDIT: | -$3.00 |
| Total Service Charge | $5.00 |

 Member **FDIC**

WJM 2012 TRUST                    XXXXXXXX8824          Statement Ending 08/30/2024                    Page 2 of 2

Update your check book with any transactions listed on this statement which are not recorded in your check register.

Interest Paid            $ _____

Service Charges          $ _____

    Ending Balance on Statement  $ _____

Add Deposits not included on statement

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |

Outstanding Deposits     $ _____ +

Subtract Checks and Debits not included on statement

| NUMBER | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |

Outstanding Items        $ _____ -

Calculate the Ending Balance  $ _____ =

    This amount should be the same as the current balance shown in your check register

READY RESERVE CHECKING
Finance Charges
Finance Charges begin to accrue on the date the READY RESERVE/line of credit advance is posted, and continues to accrue until the balance is paid in full. The Bank will compute the amount of the Finance Charge by multiplying the average daily balance by a periodic rate and by the number of days in the monthly statement period. The average daily balance is arrived at by adding together the balances outstanding on your READY RESERVE account at the end of each day during the monthly statement period and dividing this result by the number of days in the monthly statement period.

**IMPORTANT INFORMATION**

FORGERIES, ALTERATION OR UNAUTHORIZED CHECKS
Please examine your statement in a prompt manner. If you discover any forgeries, alterations or unauthorized checks you must notify us within 30 days from when the statement is first sent or made available. When notifying us, please include all relevant facts pertaining to the item(s). The Bank may request that this notification be in writing. Refer to the required information as noted below.

IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT OR READY RESERVE STATEMENT
If you think you have an error on your statement or have question(s) regarding a transaction(s), write to us at the address shown below as soon as possible. The Bank must hear from you no later than sixty (60) days (30 days for paper checks or drafts) after the Bank sent or made available to you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
1. Your name and account number.
2. The dollar amount of the suspected error(s).
3. Describe the error(s) and explain if you can why you believe there is an error. If more information is needed, describe the item(s) that you are inquiring about.

The Bank will inform you of the results of the investigation within 10 business days and will correct any error promptly. If more time is needed, the Bank may take up to 45 days to investigate your complaint. In that case, provisional credit will be made on your account for the amount you think is in error. For transfers initiated outside the United States or transfers resulting from point of sale check card transactions the time to resolve the investigation is 90 days.

Ready Reserve Errors
If you think there is an error on your Ready Reserve account, you do not have to pay the amount in question while the Bank is investigating, but you are still obligated to pay the parts of your statement that are not in question. While your question is being investigated, the Bank cannot report you as delinquent or take action to collect the amount in question.

OTHER INFORMATION
Information The Bank May Furnish to a Consumer Reporting Agency About Your Account(s)
The Bank may report information about your account to a credit reporting agency. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you feel the Bank has made an error regarding the information that has been reported, you have the right to dispute it in writing to the Bank at the address below. It will be important that you describe the information you feel is not accurate, the basis for your dispute and include all supporting documentation.

Pre-authorized Credits
If you have arranged to have direct deposits made to your account, you can call Customer Service at (208) 734-1500 or use our online banking services to find out whether or not the deposit has been made.

Lost or Stolen Cards
To report a Lost or Stolen Visa Credit Card please call 1-855-399-1014
To report a Lost or Stolen Visa Check Card please call 1-800-472-3272

**Farmers Bank**
**890 Shoshone St. E., P.O. Box 2706**
**Twin Falls, Idaho  83303**
**(208) 734-1500**
**www.farmersbankidaho.com**