Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        Robert.richards@dentons.com
        Tirzah.roussell@dentons.com

Attorneys for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Chapter 11<br><br>[NO HEARING REQUIRED]<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 – Page 1

**JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE
AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024**

Johnson May (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of September 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.      The Firm is Local Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.      The Firm billed a total of $6,257.50 in fees and expenses during the Application Period. The total fees represent 15.50 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| September 1-30, 2024 | $6,257.50 | $0.00 | $6,257.50 |

C.      Accordingly, the Firm seeks allowance of interim compensation in the amount of $4,693.13 at this time. This total is comprised as follows: $4,693.13 (75% of the fees for services rendered) plus $0.00 (100% of the expenses incurred).

D.      Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

      E.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

      F.      The Firm no longer holds funds in its client trust account on behalf of the Debtor, as previous applications exceeded the initial retainer payment from the Debtor. The Debtor will pay the full requested amount of $4,693.13 from its accounts at its discretion.

      **WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: October 7,  2024               /s/ Matt Christensen
                                 JOHNSON MAY
                                 Matthew T. Christensen

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 7th day of October, 2024, I caused to be served a true and correct copy of the foregoing JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

 I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

| | |
|---|---|
| Bunge Canada<br>c/o Greg Zemaitis<br>1391 Timberlake Manor Parkway<br>Chesterfield, MO 63017 | Viterra USA Grain, LLC<br>Viterra USA Ingredients, LLC<br>c/o Alicia Burns<br>1331 Capitol Ave.<br>Omaha, NE 68102 |
| J.D. Heiskell Holding, LLC<br>c/o Tyler (Tab) Berger<br>17220 Wright St., Ste 200<br>Omaha, NE 68130 | Land View, Inc.<br>c/o Dan Noble<br>P.O. Box 475<br>Rupert, ID 83350 |
| Wilbur Ellis Nutrition – Rangen<br>c/o Tony Champion<br>P.O. Box 706<br>115 13th Ave. So.<br>Buhl, ID 83316 | |

        /s/ Matt Christensen
        _____
        Matthew T. Christensen

EXHIBIT A

## EXHIBIT A

| DATE | PROF | DESCRIPTION | UNITS | RATE | VALUE |
|---|---|---|---|---|---|
| **B110 CASE ADMINISTRATION** | | | | | |
| 9/16/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Call with RAF counsel and Krystal (.5); follow-up call with Krystal (.3); call with clients to discuss RAF call and plan options (.7). | 1.50 | $425.00 | $637.50 |
| 9/17/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Update RAF subpoena and communicate with SSchwager. | 0.40 | $425.00 | $170.00 |
| 9/18/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Emails with client re: documents and reporting. | 0.40 | $425.00 | $170.00 |
| 9/23/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Prepare and circulate Stipulation re 10/2 hearing and submit proposed order (.6); daily call with clients and other professionals (.5); review and respond to various emails re: plan terms and meetings (.3). | 1.40 | $425.00 | $595.00 |
| 9/24/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Daily call with client, counsel and FA (.3); call with UCC counsel (.4); call with client re: plan terms (.5); call with MetLife counsel re same (.5); review and redact term sheets from client (.4). | 2.10 | $425.00 | $892.50 |
| 9/25/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Daily call with clients and professionals (.7); various emails re: plan and related issues (.4). | 1.10 | $425.00 | $467.50 |
| 9/26/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Attend Case Strategy Meeting with MTC and SJ; Discuss upcoming hearing on fee applications. | 0.10 | $150.00 | $15.00 |
| 9/26/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Case strategy meeting with MTC and ARD; discuss upcoming hearing on fee applications | 0.10 | $150.00 | $15.00 |
| 9/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Daily call with clients (.3); review and respond to various emails re: plan terms and proposals (.5). | 0.80 | $425.00 | $340.00 |
| 9/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Call with clients and professionals (.3); review emails re: exit facility terms (.2); emails with clerk re DS hearing (.2). | 0.70 | $425.00 | $297.50 |
| | | **Total:** | **8.60** | | **$3,600.00** |
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 9/9/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Analyze August time entries for monthly fee application (0.2); Prepare Notice of Fee Application for August (0.1); Prepare Cover Sheet for August Monthly Fee Application (0.1); Prepare Exhibit A for August fee application (0.6). | 1.00 | $150.00 | $150.00 |
| 9/12/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Attend status conference and fee app hearing. | 0.40 | $425.00 | $170.00 |
| 9/13/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Review, finalize and file August monthly fee app. | 0.40 | $425.00 | $170.00 |
| 9/17/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Prepare and submit order approving interim fee app. | 0.20 | $425.00 | $85.00 |
| | | **Total:** | **2.00** | | **$575.00** |
| **B185 PLAN/DISCLOSURE STATEMENT** | | | | | |
| 9/2/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Phone call with DHeida and KMikkileneni re; plan options. | 0.60 | $425.00 | $255.00 |
| 9/13/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Phone call with Krystal M re: updates on plan progress. | 0.30 | $425.00 | $127.50 |
| 9/23/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Review and revise proposed plan - send to co-counsel for review. | 1.20 | $425.00 | $510.00 |
| 9/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Further review of plan - email comments to co-counsel. | 0.80 | $425.00 | $340.00 |
| 9/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Review and make changes to Disclosure Statement (1.8); prepare Notice of Hearing on Disclosure Statement (.2). | 2.00 | $425.00 | $850.00 |
| | | **Total:** | **4.90** | | **$2,082.50** |
| | | **TOTAL FEES:** | **15.50** | | **$6,257.50** |
| | | | | | |
| | | **GRAND TOTAL:** | **15.50** | | **6,257.50** |
| | | | | | |
| | | | | | |
| | | Staff Summary: | | | |
| | MTC | Matthew T. Christensen | 14.30 | $425.00 | $6,077.50 |
| | SJ | Suzie Jaderholm | 0.10 | $150.00 | $15.00 |
| | ARD | Allison R. Daniels | 1.10 | $150.00 | $165.00 |
| | | | 15.50 | | $6,257.50 |