Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        Robert.richards@dentons.com
        Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No.  24-40158-NGH |
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENES FOR THE
MONTH OF SEPTEMBER 2024 – PAGE 1

## NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, COUNSEL**

**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER**

**INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing September 1, 2024, and ending September 30, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtor, and any Official Committee of Unsecured Creditors appointed herein.

/

/

/

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose

application is the subject of an objection only those amounts not in dispute, until the Court hears

and resolves such disputes.

DATE OF MAILING: October 7, 2024.


DATE: October 7, 2024                          \_\_\_/s/ Matt Christensen_____
                                               JOHNSON MAY
                                               Matthew T. Christensen

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on this 7th day of October, 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Bunge Canada
c/o David D. Farrell, Esq.
One Bank Plaza
Suite 2700
St. Louis, MO 63101

Nikolaus F. Schandlbauer
20 F Street NW
Suite 500
Washington, DC 20001

W. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606

Scott F. Gautier
1800 Century Park East
Ste. 1500
Los Angeles, CA 90067

Zachery J. McCraney
Holland & Hart
PO Box 2527
800 W. Main St., Suite 1750
Boise, ID 83701

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg, LLP
919 Market St
Suite 1000
Wilmington, DE 19801

Michael R. Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Suite 200
Omaha, NE 68130

Wilbur Ellis Nutrition-Rangen
c/o Tony Champion
PO Box 706
115 13th Ave. South
Buhl, ID 83316

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENES FOR THE
MONTH OF SEPTEMBER 2024 – PAGE 5

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

Land View, Inc.
c/o Dan Noble
PO Box 475
Rupert, ID 83350


/s/ Matt Christensen
Matthew T. Christensen

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      Robert.richards@dentons.com
      Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>Debtor. | Case No.  24-40158-NGH<br><br>Chapter 11<br><br> [NO HEARING REQUIRED] |
| Filing relates to:<br><br>☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
SEPTEMBER 2024 – Page 1

## JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024

Johnson May (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of September 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.     The Firm is Local Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.     The Firm billed a total of $6,257.50 in fees and expenses during the Application Period. The total fees represent 15.50 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
| --- | --- | --- | --- |
| September 1-30, 2024 | $6,257.50 | $0.00 | $6,257.50 |

C.     Accordingly, the Firm seeks allowance of interim compensation in the amount of $4,693.13 at this time. This total is comprised as follows: $4,693.13 (75% of the fees for services rendered) plus $0.00 (100% of the expenses incurred).

D.     Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

the hours billed, and the hourly rate charged, together with a description of the expenses incurred

in the Application Period, broken down by category.

       E.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized

to make the payment requested herein without a further hearing or order of this Court unless an

objection to this Application is filed with the Court and served within fourteen (14) calendar days

after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor

is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

       F.      The Firm no longer holds funds in its client trust account on behalf of the Debtor,

as previous applications exceeded the initial retainer payment from the Debtor. The Debtor will

pay the full requested amount of $4,693.13 from its accounts at its discretion.

       **WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as

requested herein pursuant to and in accordance with the terms of the Order Establishing Interim

Fee Procedures.

       DATE: October 7,  2024             /s/ Matt Christensen
                                       JOHNSON MAY
                                       Matthew T. Christensen

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October, 2024, I caused to be served a true and correct copy of the foregoing JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 – Page 4

Andrew J. Schoulder andrew.schoulder@nortonrosefulbright.com
Sheila R. Schwager sschwager@hawleytroxell.com
Louis V. Spiker louis.spiker@millernash.com
Matthew A. Sturzen matt@shermlaw.com
Meredith L. Thielbahr mthielbahr@grsm.com
Kim J. Trout ktrout@trout-law.com
Brent R. Wilson bwilson@hawleytroxell.com

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

/s/ Matt Christensen
Matthew T. Christensen

# EXHIBIT A

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| DATE | PROF | DESCRIPTION | UNITS | RATE | VALUE |
| **B110 CASE ADMINISTRATION** | | | | | |
| 9/16/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Call with RAF counsel and Krystal (.5); follow-up call with Krystal (.3); call with clients to discuss RAF call and plan options (.7). | 1.50 | $425.00 | $637.50 |
| 9/17/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Update RAF subpoena and communicate with SSchwager. | 0.40 | $425.00 | $170.00 |
| 9/18/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Emails with client re: documents and reporting. | 0.40 | $425.00 | $170.00 |
| 9/23/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Prepare and circulate Stipulation re 10/2 hearing and submit proposed order (.6); daily call with clients and other professionals (.5); review and respond to various emails re: plan terms and meetings (.3). | 1.40 | $425.00 | $595.00 |
| 9/24/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Daily call with client, counsel and FA (.3); call with UCC counsel (.4); call with client re: plan terms (.5); call with MetLife counsel re same (.5); review and redact term sheets from client (.4). | 2.10 | $425.00 | $892.50 |
| 9/25/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Daily call with clients and professionals (.7); various emails re: plan and related issues (.4). | 1.10 | $425.00 | $467.50 |
| 9/26/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Attend Case Strategy Meeting with MTC and SJ; Discuss upcoming hearing on fee applications. | 0.10 | $150.00 | $15.00 |
| 9/26/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Case strategy meeting with MTC and ARD; discuss upcoming hearing on fee applications | 0.10 | $150.00 | $15.00 |
| 9/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Daily call with clients (.3); review and respond to various emails re: plan terms and proposals (.5). | 0.80 | $425.00 | $340.00 |
| 9/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Call with clients and professionals (.3); review emails re: exit facility terms (.2); emails with clerk re DS hearing (.2). | 0.70 | $425.00 | $297.50 |
| | | **Total:** | **8.60** | | **$3,600.00** |
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 9/9/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Analyze August time entries for monthly fee application (0.2); Prepare Notice of Fee Application for August (0.1); Prepare Cover Sheet for August Monthly Fee Application (0.1); Prepare Exhibit A for August fee application (0.6). | 1.00 | $150.00 | $150.00 |
| 9/12/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Attend status conference and fee app hearing. | 0.40 | $425.00 | $170.00 |
| 9/13/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Review, finalize and file August monthly fee app. | 0.40 | $425.00 | $170.00 |
| 9/17/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Prepare and submit order approving interim fee app. | 0.20 | $425.00 | $85.00 |
| | | **Total:** | **2.00** | | **$575.00** |
| **B185 PLAN/DISCLOSURE STATEMENT** | | | | | |
| 9/2/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Phone call with DHeida and KMikkileneni re; plan options. | 0.60 | $425.00 | $255.00 |
| 9/13/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Phone call with Krystal M re: updates on plan progress. | 0.30 | $425.00 | $127.50 |
| 9/23/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Review and revise proposed plan - send to co-counsel for review. | 1.20 | $425.00 | $510.00 |
| 9/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Further review of plan - email comments to co-counsel. | 0.80 | $425.00 | $340.00 |
| 9/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK       Review and make changes to Disclosure Statement (1.8); prepare Notice of Hearing on Disclosure Statement (.2). | 2.00 | $425.00 | $850.00 |
| | | **Total:** | **4.90** | | **$2,082.50** |
| | | **TOTAL FEES:** | **15.50** | | **$6,257.50** |
| | | **GRAND TOTAL:** | **15.50** | | **6,257.50** |
| | | Staff Summary: | | | |
| | MTC | Matthew T. Christensen | 14.30 | $425.00 | $6,077.50 |
| | SJ | Suzie Jaderholm | 0.10 | $150.00 | $15.00 |
| | ARD | Allison R. Daniels | 1.10 | $150.00 | $165.00 |
| | | | 15.50 | | $6,257.50 |