Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      Robert.richards@dentons.com
      Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>        Debtor.<br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Chapter 11<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4114387

> **Notice of Application to Employ Special Counsel for Debtor (Heida Law Office) and Opportunity to Object and for a Hearing**
>
> <u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection.</u> The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

## APPLICATION TO EMPLOY SPECIAL COUNSEL FOR DEBTORS IN POSSESSION

Millenkamp Cattle, Inc., ("Millenkamp Cattle") and its affiliated debtors and debtors in possession (collectively, the "Debtors" or "Applicants") make application for authority to retain special counsel, and in support thereof respectfully show:

1. Debtors have filed petitions initiating cases seeking relief under Chapter 11 of the Bankruptcy Code and are currently in possession of their property and operation of their business.

2. Pursuant to Bankruptcy Code Sections 1107 and 327(e), the Applicants wish to employ special counsel to render professional services for them as debtors-in-possession for the collection of monies based upon James Cordova's trespass and malicious injury to the property of Millenkamp Cattle (as outlined on the Engagement Letter attached as **Exhibit A**).

3. Applicants desire to retain special counsel immediately and would retain David Heida of Heida Law Office, PLLC ("Firm"). Mr. Heida is admitted to practice before the relevant courts of record and has previously represented the Debtors for this sort of collection activity.

4.      Said attorney is familiar with the Bankruptcy Code and Rules and the Local Rules of the United States Bankruptcy Court for the District of Idaho, as well as the relevant rules of applicable state courts.

5.      Filed contemporaneously with this Application is a Declaration of David Heida in Support of Application to Employ Special Counsel for Debtors in Possession. The Declaration describes the connections between the Debtors and Heida Law Office.

6.      The Applicants have selected this Firm and its attorneys because they have prior relationships with the Debtors, including representation in collection activity for the Debtors, and have experience in these types of matters in order to adequately and efficiently represent the Debtors. As an entity, the Debtors must appear through counsel in order to pursue collections on its own behalf. While Mr. Heida is also the general manager of the Debtors, his law firm can separately represent the Debtors in the collection activity against James Cordova. Mr. Heida's hourly rate to the Debtors is $400.00 per hour for collection activity on this engagement.

7.      To the best of the Applicants' knowledge, the Firm does have connections with Debtors (as described in the Declaration contemporaneously filed with this Application, including prior representation of the Debtors), but does not have any connections related to any personnel employed in the Office of the United States Trustee, the creditors or any other party in interest (other than as described in the Declaration), or their respective attorneys or accountants (other than normal professional relationships), nor does this attorney represent or hold any interest adverse to the Debtors or the estates herein in the matters upon which they are to be engaged, and their employment would be in the best interests of the estates and their creditors.

8.      The Application is supported by the Declaration of David Heida, filed contemporaneously herewith.

APPLICATION TO EMPLOY SPECIAL COUNSEL FOR DEBTOR IN POSSESSION – PAGE 3

WHEREFORE, the Applicants pray that they be authorized to employ and retain Heida Law Office, to represent them as debtors-in-possession of these estates for the specific matters outlined herein.

DATED this 7th day of October, 2024.

_____
Bill Millenkamp