**EXHIBIT A**

## DAVID A. HEIDA
## Heida Law Office, PLLC

Post Office Box 216
Kimberly, Idaho 83341
Telephone (208) 320-2569
david@heidalawoffice.com

September 25, 2024

Millenkamp Cattle, Inc.
471 N 300 W
Jerome, ID 83338

RE: James Cordova

Dear Bill,

Thank you for considering Heida Law Office, PLLC to represent the interests of Millenkamp Cattle, Inc. in regards to James Cordova. This letter confirms that you have retained Heida Law Office, PLLC as counsel to collect monies upon James Cordova's trespass and malicious injury to property of Millenkamp Cattle, Inc. This will confirm the fee arrangement to be used for this matter as well as the terms of our engagement.

Our billing practice is to charge for our services based primarily on the number of hours devoted to your matter. My current hourly rate is $400.00. Heida Law Office, PLLC views its attorney's hourly rates as only a bench mark, and not as the sole determinant of the value of services for billing purposes. The amount of Heida Law Office, PLLC's billing statement will be the fair value of the services as determined by this office, taking into account the time records for the matter, the type of services attorneys are required to perform, any special level of expertise required, the size and scope of the matter, results obtained, and other relevant circumstances.

In addition to the fees described above, you agree to pay all expenses related to this engagement. During the course of our representation, we may incur certain ordinary expense items, such as long distance and international telephone calls, photocopying charges, facsimile charges, filing and recordation charges, postage, computer-aided research and word processing. In such circumstances, we will reflect those charges on your regular monthly statement. We will not incur individual costs of more than $500.00 without first notifying you. To the extent that our representation involves incurring any extraordinary expenditure, such as airfare, hotel accommodations, expert witness charges, etc., we will generally require that you pay these costs in advance.

We will provide a monthly statement for services rendered and costs during the previous month. All statements are due and payable upon Bankruptcy Court approval.

While we do our best to ensure that our clients are satisfied with both our services and with our reasonableness of the fees charged, if you do have questions regarding a statement or regarding the basis for our fees, please immediately raise such questions with me directly. Ten days after the receipt of your monthly invoice, the stated amount becomes final. Pursuant to this engagement, unless I hear from you to the contrary, we will send our monthly statement directly to you at the same address as used in this letter.

Throughout the course of this representation, I will retain paper and electronic files that relate to your matter as I, and the firm in its sole discretion, determine to be necessary. We will provide you copies of documents relevant to your matter as they become available. At the time that my services are complete, or at which time you receive your final statement for services in this engagement, we will either preserve or destroy these files in accordance with the records retention policy Heida Law Office, PLLC has in place at that time. After discontinuing representation, but prior to destruction, you many request to examine or copy all other documents within the file at your expense. We ask that all such requests are made within one year after our representation ends, after which time the files may be destroyed in accordance with our records retention policy. Heida Law Office, PLLC reserves the right to retain all or part of these files for any reason and for any length of time at our expense.

I may send you pleadings, documents, correspondence, and other information throughout your representation via email. If you prefer to receive these documents via U.S. Mail, please let me know.  Please retain all documents that I send to you as you may be asked to bring certain documents with you when we meet. I will also keep the information in a file in my office.

Since this engagement may involve proceedings in which a litigant may have the right to discover information applicable to the case, it is vital for you to take all necessary steps to retain any and all documents, items, information, or otherwise electronically stored information that may relate to this engagement. This can include, but is not limited to, communication records, emails, telephone logs, internet archives, thumb drives or other removable storage devices, contact information, server logs, or otherwise electronic files that may relate to your matter.

According to the rules of disclosure that govern discovery, you may be required to promptly disclose all documents, electronically stored information, and other tangible things in your possession early in the proceedings. In any event, you should start to identify possible sources of documents, electronically stored information, and other tangible things relevant to your case immediately. Failure to preserve or retain relevant documents or electronically stored information could expose you to penalties, including the exclusion of supportive evidence, default, or monetary sanctions.

I may withdraw from representation at any time in the event of your failure to pay your balance in full when due (absent any superseding written agreement to the contrary), in the event of lack of cooperation from you, or disagreement concerning which course of proceeding is in your best interest. I also reserve the right to withdraw from representing you should I determine a conflict of interest has developed.

Thank you again for retaining Heida Law Office, PLLC as your legal counsel. I look forward to representing you and am grateful for the opportunity to do so.

Sincerely,

Heida Law Office, PLLC

David A. Heida

THE UNDERSIGNED ACKNOWLEDGES READING AND UNDERSTANDING THE TERMS AND CONDITIONS OF THE ABOVE ENGAGEMENT LETTER AND WARRANTS THAT HE OR SHE HAS THE FULL AUTHORITY TO ENTER INTO THIS ENGAGEMENT LETTER ON BEHALF OF SAID ENTITY. THE UNDERSIGNED FURTHER ACKNOWLEDGES HAVING RECEIVED A FULLY COMPLETED COPY OF THIS ENGAGEMENT LETTER AND STANDARD TERMS AND CONDITIONS AND PERSONALLY GUARANTEES ITS PERFORMANCE.

Millenkamp Cattle, Inc.
By: Bill Millenkamp
Title: President
Signature: _____
Date: 9/30/24