Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

DECLARATION OF DAVID HEIDA IN SUPPORT OF APPLICATION TO EMPLOY SPECIAL COUNSEL FOR DEBTORS IN POSSESSION – Page 1

## DECLARATION OF DAVID HEIDA IN SUPPORT OF
## APPLICATION TO EMPLOY SPECIAL COUNSEL FOR DEBTORS IN POSSESSION

David Heida deposes, and says:

1. I am a practicing attorney and an attorney with the law firm of Heida Law Office, PLLC, with a mailing address of PO Box 216, Kimberly, Idaho, 83341; (208) 320-2569.

2. I have read the application of Millenkamp Cattle, Inc., for authority to employ and retain Heida Law Office as special counsel.

3. Heida Law Office previously represented the Debtors in collection activity for the purpose of collecting outstanding accounts receivable. Heida Law Office is not owed any funds for the pre-petition activity.

4. I am the general manager of the Debtors. Heida Law Office has no connection with the Debtors other than previous representation for collection of accounts receivable.

5. I and Heida Law Office have no connection with any personnel employed in the Office of the United States Trustee, the creditors or any party in interest, nor with their respective attorneys or accountants, other than normal professional relationships with attorneys and accountants.

6. I believe I and Heida Law Office represents there are no interests adverse to the debtor in possession or bankruptcy estate in matters upon which I am to be engaged, and believe that I and the law firm can undertake representation of the Debtor in Possession in this case as special counsel for the specific issues outlined in the attached engagement letter.

7. The hourly rates to be charged by myself and other professionals at my firm are outlined in the engagement letter between my firm and Debtor, copies of which are attached to the Application to Employ Special Counsel as Exhibit A. For collection activity for this engagement

DECLARATION OF DAVID HEIDA IN SUPPORT OF APPLICATION TO EMPLOY SPECIAL
COUNSEL FOR DEBTORS IN POSSESSION – Page 2

involving James Cordova, my hourly rate is $400.00. The Debtors will also be responsible for paying any costs of collecting the accounts receivable.

    8.    I declare under penalty of perjury that the foregoing is true and correct.

DATED this 25th day of September, 2024.

_____
DAVID HEIDA

DECLARATION OF DAVID HEIDA IN SUPPORT OF APPLICATION TO EMPLOY SPECIAL COUNSEL FOR DEBTORS IN POSSESSION – Page 3