**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**ORDER APPROVING APPLICATION FOR INTERIM COMPENSATION**

This matter having come before the Court on October 2, 2024, having reviewed the *First Application of O'Melveny & Myers LLP for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period May 21, 2024 through July 31, 2024* (the "Application") [Docket No. 585] on August 29, 2024; and notice given with no objections filed in the twenty-one (21) day period; and for good cause shown:

**IT IS HEREBY ORDERED**:

1. The Application is APPROVED, on an interim basis, as follows: O'Melveny & Myers LLP is awarded (i) expenses in the amount of $2,310.65; and (ii) fees in the amount of $100,000.00.

2. Any amounts not so approved shall be set for evidentiary hearing at a later date.

1

3. The Court's approval, as set forth herein, of the Application is made pursuant to 11 U.S.C. § 331 and the amounts awarded for compensation and expenses are subject to reconsideration in connection with a final fee application in this case.

//end of text//

DATED: October 4, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by:
Julian Gurule
O'Melveny & Myers LLP
Attorney for the Official Committee of Unsecured Creditors

Approved as to form:

/s/ Brett R. Cahoon
Brett R. Cahoon, Office of the United States Trustee