# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−8 | User: admin | Date Created: 10/7/2024 |
| Case: 24−40158−NGH | Form ID: pdf016 | Total: 281 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          CNH Industrial Capital America LLC
cr          MWI Veterinary Supply Inc.
cr          McAlvain Concrete, Inc.
cr          JOHN DEERE FINANCIAL
cr          Rocky Mountain Agronomics, Inc.
cr          Official Committee Of Unsecured Creditors
cr          Brandy Ann Bartholomew
aty         O'Melveny & Myers LLP
fa          Kander, LLC
5339219     #3924637
5337874     Badger Bearing PTP, Inc
5350001     MWI Veterinary Supply
5346022     Rexel USA, Inc. dba Platt Electric Supply
                                                                                                           TOTAL: 13

**Recipients of Notice of Electronic Filing:**
ust         US Trustee              ustp.region18.bs.ecf@usdoj.gov
aty         Adam Aiken Lewis          alewis@mofo.com
aty         Alexandra O Caval         alex@cavallawoffice.com
aty         Andrew J. Schoulder       andrew.schoulder@nortonrosefulbright.com
aty         Brent Russel Wilson       bwilson@hawleytroxell.com
aty         Brett R Cahoon            ustp.region18.bs.ecf@usdoj.gov
aty         Brian Faria               brian@sawtoothlaw.com
aty         Bruce A. Anderson         baafiling@eaidaho.com
aty         Cheryl Rambo              cheryl.rambo@isp.idaho.gov
aty         Connor Bray Edlund        edlund@mwsslawyers.com
aty         D Blair Clark             dbc@dbclarklaw.com
aty         Daniel C Green            dan@racineolson.com
aty         David A Coleman           david@colemanjacobsonlaw.com
aty         David T Krueck            dkrueck@hawleytroxell.com
aty         David W. Gadd             dwg@magicvalleylaw.com
aty         Eric R Clark              eclark101@hotmail.com
aty         Evan Thomas Roth          evan@sawtoothlaw.com
aty         Gabriel Luis Olivera      golivera@omm.com
aty         Gery W Edson              gedson@gedson.com
aty         Heidi Buck Morrison       heidi@racineolson.com
aty         Holly Roark               holly@roarklawboise.com
aty         James Niemeier            jniemeier@mcgrathnorth.com
aty         James Justin May          jjm@johnsonmaylaw.com
aty         Janine Patrice Reynard    janine@averylaw.net
aty         Jason Ronald Naess        Jason.r.naess@usdoj.gov
aty         Jed W. Manwaring          jwm@elamburke.com
aty         John O'Brien              jobrien@spencerfane.com
aty         John D Munding            john@mundinglaw.com
aty         John F Kurtz, Jr          jfk@kurtzlawllc.com
aty         Jon B Evans               evans.jb@dorsey.com
aty         Joseph Mark Wager, Jr.    wager@mwsslawyers.com
aty         Julian Gurule             jgurule@omm.com
aty         Karyn Lloyd               klloyd@grsm.com
aty         Kim J Trout               ktrout@trout−law.com
aty         Kimbell D Gourley         kgourley@idalaw.com
aty         Krystal R. Mikkilineni    krystal.mikkilineni@dentons.com
aty         Laura E Burri             lburri@morrowfischer.com
aty         Louis V. Spiker           louis.spiker@millernash.com
aty         Mark Bradford Perry       mbp@perrylawpc.com
aty         Matthew Kremer            mkremer@omm.com
aty         Matthew A Sturzen         matt@shermlaw.com
aty         Matthew T. Christensen    mtc@johnsonmaylaw.com
aty         Matthew W Grimshaw        matt@grimshawlawgroup.com
aty         Meredith Leigh Thielbahr  mthielbahr@grsm.com
aty         Miranda K. Russell        mrussell@mofo.com
aty         Morton R. Branzburg       mbranzburg@klehr.com
aty         Oren B. Haker             oren.haker@bhlaw.com
aty         Rhett Michael Miller      rmiller@magicvalley.law
aty         Robert A Faucher          rfaucher@hollandhart.com
aty         Robert E Richards         robert.richards@dentons.com
aty         Scott C Powers            spowers@spencerfane.com
aty         Sheila Rae Schwager       sschwager@hawleytroxell.com

| | | |
|---|---|---|
| aty | Thomas E Dvorak | ted@givenspursley.com |
| aty | Tirzah R. Roussell | tirzah.roussell@dentons.com |
| aty | William K Carter | kentcarter@grsm.com |
| aty | Zachary Fairlie | zfairlie@spencerfane.com |

TOTAL: 56

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Millenkamp Cattle, Inc | 471 North 300 West   Jerome, ID 83338 |
| cr | Rabo AgriFinance LLC | c/o Sheila R. Schwager   P.O. Box 1617   Boise, ID 83701 |
| cr | Viterra USA Grain, LLC and Viterra USA Ingredients, LLC | c/o Racine Olson, PLLP   P.O. Box 1391   Pocatello, ID 83204 |
| cr | MetLife Real Estate Lending LLC | c/o Kimbell D. Gourley   10801 Mastin Blvd   Suite 700   Overland Park, KS 66210 |
| cr | Metropolitan Life Insurance Company | c/o Kimbell D. Gourley   10801 Mastin BLVD   Suite 700   Overland Park, KS 66210 |
| cr | Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att | Spencer Fane   1700 Lincoln Street   Suite 2000   Denver, CO 80203 |
| cr | Western States Equipment Co. | 500 East Overland Road   Meridian, ID 83642 |
| cr | c/o David A. Coleman Youree Land & Livestock, Inc. | Coleman, Ritchie & Jacobson   PO BOX 525   TWIN FALLS, ID 83303–0525 UNITED STATES |
| cr | c/o David A. Coleman B & H Farming | Coleman, Ritchie & Jacobson   PO BOX 525   TWIN FALLS, ID 83303–0525 UNITED STATES |
| cr | East Valley Development, LLC | c/o Avery Law   3090 E Gentry Way, Ste 250   Meridian, ID 83642 |
| cr | Land View, Inc. | P.O. Box 475   Rupert, ID 83350 |
| cr | MWI Veterinarian Supply, Inc. | 3041 W PASADENA DRIVE   Boise, ID 83705 UNITED STATES |
| cr | Raft River Rural Electric Cooperative, Inc. | c/o Rhett M. Miller   P.O. Box 910   Burley, ID 83318 |
| cr | Viserion Grain, LLC | c/o Sawtooth Law Offices, PLLC   213 Canyon Crest Dr., Ste 200   Twin Falls, ID 83301 UNITED STATES |
| cr | Ad Hoc Committee of Corn Silage Growers | 153 East Main Street   PO Box 168   Jerome, ID 83338 |
| cr | Progressive Dairy Service & Supply Corp. | 485 S IDAHO ST   WENDELL, ID 83355–5241 |
| cr | Elevation Electric, LLC | 485 S IDAHO ST   WENDELL, ID 83355–5241 |
| cr | Bunge Canada C/O David D. Farrell | David D. Farrell. Esq.   One Bank Plaza   Suite 2700   St. Louis, MO 63101 |
| intp | Glanbia Foods Inc | c/o Robert A Faucher   POB 2527   Boise, ID 83701 |
| intp | Sandton Capital Partners LP | 16 W 46th Street, 1st Floor   New York, NY 10036 |
| cr | Automation Werx, LLC | Morrow & Fischer, PLLC   4 Ogden Avenue   Nampa, ID 83651 |
| cr | Wilbur–Ellis Company LLC | c/o Matthew A. Sturzen   P.O. Box 2247   Salem, OR 97308 |
| cr | PerforMix Nutrition Systems, LLC | MUNDING, P.S.   309 E. FARWELL RD., STE 310   Spokane, WA 99218 UNITED STATES |
| cr | Idaho State Brand Department | 700 S. Stratford Dr.   Meridian, ID 83642 UNITED STATES |
| cr | Moss Grain Partnership | c/o Rhett M. Miller   P.O. Box 910   Burley, ID 83318 |
| cr | Moss Farms Operations, LLC | c/o Rhett M. Miller   P.O. Box 910   Burley, ID 83318 |
| cr | United Electric Co–op, Inc. | c/o Rhett M. Miller   P.O. Box 910   Burley, ID 83318 |
| cr | Standlee Ag Resources | c/o Miller Nash LLP   950 W Bannock St, Ste 1100   Boise, ID 83702 |
| cr | Burks Tractor Company, Inc. | 3140 Kimberly Road   Twin Falls, ID 83301 |
| cr | Blue Cross of Idaho Health Service, Inc | c/o Law Office of D. Blair Clark PC   967 East Parkcenter Boulevard, #282   Boise, ID 83706 UNITED STATES |
| aty | Matthew T. Christensen | 199 N. Capitol Blvd.   Ste 200   Boise, ID 83702 |
| aty | Krystal R Mikkilineni | Dentons Davis Brown   215 10th St   Ste 1300   Des Moines, IA 50309 |
| crcm | Bruce A. Anderson | 320 East Neider Avenue   Suite 102   Coeur d'Alene, ID 83815 |
| r | Schuil Ag Real Estate Inc | 5020 W Mineral King Ave   Visalia, CA 93291 |
| app | Gale W. Harding and Associates | 329 W 7th S   Rexburg, ID 83440 |
| app | Davis Livestock, Inc. | 780 E Cannibal Rd   Lewiston, UT 84320 |
| br | The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker | 6400 S Fiddlers Green Circle   Suite 850   Greenwood Village, CO 80111 |
| cr | Rexel USA, Inc dba Platt Electric Supply | McConnell Wagner Sykes + Stacey PLLC   827 E. Park Blvd, Ste. 201   Boise, ID 83712 |
| cr | Amalgamated Sugar Company | 1951 S. Saturn Way   Suite 100   Boise, ID 83709 |
| aty | Bruce A. Anderson | 320 East Neider Avenue   Suite 102   Coeur d'Alene, ID 83815 |
| intp | William Millenkamp | 473 S 300 W   Jerome, ID 83338 |
| cr | Valley Wide Cooperative Inc. | c/o David W. Gadd, Stover, Gadd & Assoc.   P.O. Box 1428   Twin Falls, ID 83303–1428 |
| intp | Idaho AgCredit | c/o Daniel C. Green   Racine Olson, PLLP   P. O. Box 1391   Pocatello, ID 83201 |
| aty | Julian Gurule | O'Melveny & Meyers LLP   400 South Hope Street   Suite 1900   Los Angeles, CA 90071 |
| acc | Cooper Norman | PO Box 5399   Twin Falls, ID 83303 |
| app | Summit Ag Appraisal Inc | 995 S 1150 E   Albion, ID 83311 |
| fa | Amory Securities LLC | 200 North Pacific Hwy   Suite 1525   El Segundo, CA 90245 |
| sp | Givens Pursley LLP | Givens Pursley LLP   601 W. Bannock   P.O. Box 2720   Boise, ID 83701–2720 UNITED STATES |
| aty | Adam A Lewis | Morrison & Foerster LLP   425 Market Street   San Francisco, CA 94105 |
| aty | Andrew Schoulder | 1301 Avenue of The Americas   New York, NY 10019–6022 |
| aty | Britta E Warren | Black Helterline LLP   805 SW Broadway   Suite 1900   Portland, OR 97205 |
| aty | Domenic E Pacitti | Klehr Harrison Harvey Branzburg LLP   919 Market Street   Suite 1000   Wilmington, DE 19801 |

| | | |
|---|---|---|
| aty | Gabriel L Olivera | 7 Times Square    New York, NY 10036 |
| aty | James J Niemeier | McGrath North Mullin & Kratz, PC LLO    1601 Dodge Street    Ste 3700    Omaha, NE 68102 |
| aty | John O'Brien | Spencer Fane LLP    1700 Lincoln Steet    Suite 2000    Denver, CO 80203 |
| aty | Julian Gurule | 400 South Hope Street    Suite 1900    Los Angeles, CA 90071 |
| aty | Karyn Lloyd | Gordon Rees Scully Mansukhani, LLP    999 W Main Street    100    Boise, ID 83702 |
| aty | Krystal R Mikkilineni | Dentons Davis Brown    215 10th St    Ste 1300    Des Moines, IA 50309 |
| aty | Matthew Kremer | 7 Times Square    New York, NY 10036 |
| aty | Michael R Stewart | 2200 Wells Fargo Center    90 South Seventh Street    Minneapolis, MN 55402 |
| aty | Miranda Russell | Morrison & Foerster LLP    250 West 55th Street    New York, NY 10019 |
| aty | Morton R Branzburg | Klehr Harrison Harvey Branzburg LLP    1835 Market St    Suite 1400    Philadelphia, PA 19103 |
| aty | Nikolaus F Schandlbauer | 20 F Street NW    Suite 500    Washington DC 20001 |
| aty | Richard Bernard | 1177 Avenue of the Americas    41st Floor    New York, NY 10036 |
| aty | Robert E. Richards | 233 South Wacker Drive    Suite 5900    Chicago, IL 60606–6361 |
| aty | Ron C Bingham, II | 3424 Peachtree Road NE    Suite 1600    Atlanta, GA 30326 |
| aty | Scott F Gautier | 1800 Century Park East    Ste 1500    Los Angeles, CA 90067 |
| aty | Tirzah R. Roussell | 215 10th Street    Suite 1300    Des Moines, IA 50309 |
| aty | W. Kent Carter | One North Franklin    Suite 800    Chicago, IL 60606 |
| aty | Zachary Fairlie | Spencer Fane LLP    1000 Walnut Street    Suite 1400    Kansas City, MO 64106 |
| aty | Zachery J McCraney | Holland & Hart    Po Box 2527    800 W Main Street    Suite 1750    Boise, ID 83701 |
| 5338201 | A K Trucking | 1897 E 990 S Hazelton, ID 83335    A. Scott Jackson Trucking PO Box 56 Jerom    A. Scott JacksonTrucking Inc PO Box 56 J    ABS Global Inc Box 22144 Network Place C    Addison Biological Lab 507 N Cleveland S    Aden Brook Trading Corp PO Box 217 Montgo |
| 5338357 | A. Scott Jackson Trucking, Inc. | c/o Williams Meservy & Larsen, LLP    Post Office Box 168    153 East Main Street    Jerome, ID 83338 |
| 5339172 | AAA Cow Comfort LLC | Po Box 307    Kimberly, ID 83341 |
| 5339357 | ABS Global | 1525 River Rd.    DeForest, WI 53532 |
| 5352499 | ARNOLD MACHINERY COMPANY | 2975 West 2100 South    Salt Lake City, UT 84119 |
| 5345130 | Addison Biological Laboratory, INC. | 507 North Cleveland St.    Fayette, MO 65248 |
| 5339173 | Airgas USA LLC | PO Box 734445    Chicago, IL 60673–4445 |
| 5341229 | Airgas USA, LLC | 110 West 7th St. Suite 1400    Tulsa, OK 74119 |
| 5339859 | Alexander K. Reed | 4296 N 2100 E    Filer, ID 83328 |
| 5339174 | Amalgamated Sugar | 1951 S Saturn Way    Ste 100    Boise, ID 83709 |
| 5345729 | Amalgamated Sugar Company | 1951 S. Saturn Way, Suite 100    Boise, ID 83709 |
| 5345775 | Amalgamated Sugar Company | 1951 S. Saturn Way, Suite 100    Boise, ID 83709 |
| 5340188 | American Calf Products (Golden State Mixing, Inc.) | 425 D Street    Turlock, CA 95380 |
| 5342707 | American Express National Bank | c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701 |
| 5342727 | American Express National Bank | c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701 |
| 5336402 | Automation Werx, LLC | PO Box 3066    Idaho Falls, ID 83401 |
| 5339552 | B & H Farming, an Idaho General Partnership | PO Box 123    Rupert, ID 83350 |
| 5339175 | BS R Design Supplies | 198 Locust St S    Twin Falls, ID 83301 |
| 5341673 | Blue Cross of Idaho | c/o D Blair Clark, Atty    967 Parkcenter Blvd #282    Boise, ID 83706 |
| 5341702 | Blue Cross of Idaho | c/o D. Blair Clark, Attorney    967 E. Parkcenter Blvd., #282    Boise, ID 83706 |
| 5339860 | Bo Stevenson dba B&A Farms | 1001 S 1900 E    Hazelton, ID 83335 |
| 5345992 | Brandy A. Bartholomew | C/O Eric R. Clark, Attorney    P.O. Box 2504    Eagle, ID 83616 |
| 5335094 | Bunge Canada | c/o David D. Farrell    THOMPSON COBURN LLP    One USBank Plaza, Suite 2700    Saint Louis, Missouri 63101 |
| 5354690 | Burks Tractor Company, Inc. | Oren B. Haker    Black Helterline LLP    805 SW Broadway Suite 1900    Portland, OR 97205 |
| 5350014 | CNH Industrial Capital America LLC | Kent Carter/Gordon Rees    One North Franklin, Suite 800    Chicago, IL 60606 |
| 5339191 | Capitol One | PO Box 60599    City of Industry, CA 91716 |
| 5345658 | Carne I Corp. | 134 E. Highway 81    Burley, ID 83318 |
| 5344923 | Cellco Partnership d/b/a Verizon Wireless | William M Vermette    22001 Loudoun County PKWY    Ashburn, VA 20147 |
| 5335227 | CenturyTel Service Group, LLC dba CenturyLink | Lumen Technologies Group    931 14th Street, 9th Floor (Attn: Legal–BKY)    Denver, CO 80202 |
| 5339520 | Christopher Camardello | 1031 Mendota Heights Road    St. Paul, MN 55120 |
| 5339192 | Citi Cards | PO Box 78019    Phoenix, AZ 85062 |
| 5339861 | Clint D. Thompson | 298 N 200 W    Jerome, ID 83338 |
| 5335499 | Coastline Equipment Company | 2000 E Overland Rd    Meridian, ID 83642 |
| 5339193 | Colonial Life | Processing Center    PO Box 1365    Columbia, SC 29202–1365 |
| 5345020 | Connie Lapaseotes, Ltd. | c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203 |
| 5339194 | Conrad Bishcoff Inc | 2251 N Holmes    PO Box 50106    Idaho Falls, ID 83405 |
| 5338938 | Conterra Holdings, LLC dba Conterra Ag Capital as | c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203 |
| 5338613 | Conterra Holdings, LLC dba Conterra Ag Capital as | c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80260 |
| 5348879 | Daimler Truck Financial Services USA LLC | c/o Randall P. Mroczynski    Cooksey, Toolen, Gage, Duffy & Woog    535 Anton Boulevard, Suite 1000    Costa Mesa, CA 92626 |
| 5339521 | Dairy Tech, LLC | 1031 Mendota Heights Road    St. Paul, MN 55120 |
| 5339195 | Daritech | 8540 Benson Rd    Lynden, WA 98264 |

| | | | | |
|---|---|---|---|---|
| 5340867 | David Clark | Clark Ambulatory Clinic, Inc. | 1019 E 1020 S | Albion, ID 83311 |
| 5339862 | Douglas J. Grant | 2050 E 500 S | Hazelton, ID 83335 | |
| 5339863 | Dusty Brow Farms, Inc. | 2601 E 1100 S | Hazelton, ID 83335 | |
| 5354704 | East Valley Development, LLC | c/o Adam Lewis, Esq. | Morrison & Foerster LLP | 425 Market St. San Francisco CA 94105 |
| 5339864 | Edward Chojnacky | 298 N 100 W | Jerome, ID 83338 | |
| 5336403 | Electrical Werx & Construction, LLC | PO Box 3066 | Idaho Falls, ID 83401 | |
| 5336173 | Elevation Electric, LLC | 485 S. Idaho St. | Wendell, ID 83355 | |
| 5339196 | Eric Clark | Clark Associates | PO Box 2504 | Eagle, ID 83616 |
| 5339197 | Evans Plumbing | 111 Gulf Stream Lane | Hailey, ID 83333 | |
| 5339591 | Farmers Bank | PO Box 392 | Buhl, ID 83316 | |
| 5345915 | Fastenal Company | 2001 Theurer Blvd. | ATTN: LEGAL | Winona, MN 55987 |
| 5345021 | Fredin Brothers, Inc. | c/o John O'Brien | Spencer Fane | 1700 Lincoln Street, Suite 2000 Denver, CO 80203 |
| 5336661 | G.J. Verti–Line Pumps, Inc. | PO Box 892 | Twin Falls, ID 83303–0892 | |
| 5339865 | Grant & Hagan, Inc. | P.O. Box 326 | Hazelton, ID 83335 | |
| 5339866 | Grant 4–D Farms LLC | 707 E 600 N | Rupert, ID 83350 | |
| 5345661 | Green Source Automation, LLC | 3506 Moore Road | Ceres, CA 95307 | |
| 5339198 | Hatfield Manufacturing Inc | 1823 Shoestring Rd | Gooding, ID 83330 | |
| 5353585 | Heeringa Construction LLC | 18521 E Queen Creek Rd | #105–481 | Queen Creek, AZ 85142 |
| 5339867 | Hollifield Ranches, Inc. | 22866 Highway 30 | Hansen, ID 83334 | |
| 5340509 | IRS | Centralized Insolvency Oper. | PO Box 7346 | Philadelphia, PA 19101–7346 |
| 5339199 | Idaho Dept of Lands | PO Box 83720 | Boise, ID 83720 | |
| 5354954 | Idaho Materials & Construction | c/o Miller Nash LLP | 950 W Bannock St, Ste 1100 | Boise, ID 83702 |
| 5339526 | Idaho State Tax Commission | PO Box 36 | Boise, ID 83722 | |
| 5339200 | Innovative Food SolutionsUSA | Attn: Jordan Bowen | 134 E. Highway 81 | Burley, ID 83318 |
| 5339765 | Interstate Billing Service, Inc | PO box 2250 | Decatur, AL 35609 | |
| 5345295 | J&C Hoof Trimming Inc. | 3690 N 2570 E | Twin Falls, ID 83301 | |
| 5345360 | J.D. Heiskell Holdings, LLC | 17220 Wright St, Ste 200 | Omaha, NE 68130 | |
| 5339527 | JOHN DEERE FINANCIAL | c/o Weltman, Weinberg & Reis Co., L.P.A. | 965 Keynote Circle | Cleveland, OH 44131 |
| 5339203 | JP Morgan Chase | PO Box 6294 | Carol Stream, IL 60197 | |
| 5338039 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | c/o National Bankruptcy Services, LLC | P.O. Box 9013 Addison, Texas 75001 |
| 5338040 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | c/o National Bankruptcy Services, LLC | P.O. Box 9013 Addison, Texas 75001 |
| 5339201 | Jake Millenkamp | 1719 River Road | Buhl, ID 83316 | |
| 5349577 | James Farrell & CO | 13810 SE Eastgate Way | Suite 520 | Bellevue, WA 98005 |
| 5339868 | Jean L. Thompson | 225 N 250 W | Jerome, ID 83338 | |
| 5339202 | Jeffrey E. Rolig | PO Box 5455 | Twin Falls, ID 83303–5455 | |
| 5345787 | Jeffrey J. Grieve | P.O. Box 366 | Twin Falls, ID 83303–0366 | |
| 5339016 | John Deere Construction and Forestry Company | c/o Weltman, Weinberg & Reis Co., L.P.A. | 965 Keynote Circle | Cleveland, OH 44131 |
| 5339015 | John Deere Financial, f.s.b. | c/o Weltman, Weinberg & Reis Co., L.P.A. | 965 Keynote Circle | Cleveland, OH 44131 |
| 5339204 | K R Rental Inc | 256 A South 600 W | Heyburn, ID 83336 | |
| 5339205 | Keith D. and Janet Carlson | 3866 E 3800 N | Hansen, ID 83334 | |
| 5345788 | Kenworth Sales Company, Inc. | c/o Benoit Law | P.O. Box 366 | Twin Falls, ID 83303–0366 , |
| 5339206 | Kinghorn Medical LLC | 248 S Cole Rd | Boise, ID 83709 | |
| 5345508 | Kraus Farms, LLC | 165 South 400 West | Rupert, ID 83350 , | |
| 5345606 | LES SCHWAB TIRE CENTERS OF IDAHO, LLC | PO BOX 5350 | BEND, OR 97708 | |
| 5339541 | Land View, Inc. | c/o Gery W. Edson | P.O. Box 448 | Boise, ID 83701 |
| 5350983 | Merck Animal Health | Attn: Legal Dept–Animal Health | 126 East Lincoln Avenue | Po Box 2000 Rahway, NJ 07065 |
| 5349667 | MetLife Real Estate Lending, LLC | c/o Ron C. Bingham, II, Esq. | Adams and Reese LLP | 3424 Peachtree Road, NE, Suite 1600 Atlanta, Georgia 30326 |
| 5349670 | Metropolitan Life Insurance Company, a New York Co | c/o Ron C. Bingham, II, Esq. | Adams and Reese LLP | 3424 Peachtree Road, NE, Suite 1600 Atlanta, Georgia 30326 |
| 5339870 | Michael Chojnacky | 51 W 600 N | Jerome, ID 83338 | |
| 5345659 | Moss Grain Partnership | 301 Scott Ave. Suite 4 | Rupert, ID 83350 | |
| 5341333 | NAPA Auto Parts | P.O. Box 1425 | Twin Falls, ID 83303 | |
| 5334742 | NameAddress1Address2Address3CityStateZip | 116 & West805 W Idaho StSte 300Boise | 2020 Window ServicePO Box 6056Twin F | A & K Trucking1897 E 990 SHazeltonI A. Scott Jackson TruckingPO Box 56Je A. Scott JacksonTrucking IncPO Box 56 |
| 5354689 | Oren B. Haker | Black Helterline LLP | 805 SW Broadway Suite 1900 | Portland, OR 97205 |
| 5339207 | Overhead Door | 489 S. Locust | Twin Falls, ID 83301 | |
| 5344741 | PTG of Idaho, LLC | c/o Holland N. O'Neil, Foley & Lardner LLP | 2021 McKinney Avenue, Ste. 1600 | Dallas, TX 75201 |
| 5339208 | Pan American Life Insurance | 1778 N Plano Rd | Ste 310 | Richardson, TX 75081 |
| 5342126 | PerforMix Nutrition Systems | 2201 N 20th Street | Nampa, ID 83687 | |
| 5339209 | Pivot Man Inc | Robin Jones | PO Box 355 | Paul, ID 8334 |
| 5345022 | Prime Ridge Beef LLC | c/o John O'Brien | Spencer Fane | 1700 Lincoln Street, Suite 2000 Denver, CO 80203 |
| 5356686 | Pro Rentals & Sales | PO Box 5450 | C12 | Kalispell, MT 59903 |
| 5339210 | Pro Tech Service Company | 1550 Kimberly Rd | Twin Falls, ID 83301 | |
| 5346177 | Progressive Dairy Service & Supplies Corp. | 485 S. Idaho St. | Wendell, ID 83355 | |

| | | | |
|---|---|---|---|
| 5336174 | Progressive Dairy Service & Supply Corp. | 485 S. Idaho St. | Wendell, ID 83355 |
| 5335058 | Quill Corporation | PO Box 102419 | Columbia, SC 29224 |
| 5345667 | Rabo AgriFinance LLC, as Administrative Agent | c/o Sheila Schwager    Hawley Troxell Ennis & Hawley, LLP    P.O. Box 1617    Boise, ID 83701−1617 | |
| 5346019 | Rexel USA, Inc dba Platt Electric Supply | 827 E. Park Blvd, Ste. 201 | Boise, Idaho 83712 |
| 5339211 | Roark Law Offices | 950 Bannock St., 11th Fl. | Boise, ID 83702 |
| 5343428 | Rocky Mountain Agronomics | 1912 West Main Street | Burley, ID 83318 |
| 5336660 | Rogers Machinery Company, Inc. | PO Box 230429 | Portland, OR 97281−0429 |
| 5342352 | Schaeffer Manufacturing Company | c/o Denis McCarthy    2600 S Broadway    St. Louis, MO 63118 | |
| 5339212 | Schmidt Cattle Hauling | 848 E 3400 N | Castleford, ID 8332 |
| 5339213 | Schow's Truck Center | PO Box 2208 | Decatur, AL 35609 |
| 5345789 | Sheila R. Schwager | Hawley Troxell ennis & Hawley LLP    P.O. Box 1617    Boise, ID 83701−1617 | |
| 5339214 | Six States Distributors Inc | 29787 Network Place | Chicago, IL 60673 |
| 5339215 | SprinklerShop Inc | PO Box 599 | Paul, ID 83347 |
| 5345131 | St. Genetics | Inguran USA, INC.    22575 State Hwy 6 South    Navasota, TX 77868 | |
| 5339872 | Standing 16 Ranch Land Company, LLC | 335 W 300 N | Jerome, ID 83338 |
| 5339876 | Standlee Ag Resources | c/o Miller Nash, LLP, Attn: Louis Spiker    950 W Bannock St, Ste 1100    Boise, ID 83702 | |
| 5339873 | Star Falls Farms, LLC | 1908 E 1300 S | Hazelton, ID 83335 |
| 5339874 | Steel Ranch LLC | 2597 E 1100 S | Hazleton, ID 83335 |
| 5354401 | Steven R. Hogan II | 409 S. 17th Street #500 | Omaha, NE 68102 |
| 5339216 | Stotz Equipment | 2670 Kimberly Rd E | Twin Falls, ID 83301 |
| 5354402 | The Dairy Solutions Group | 409 S. 17th Street #500 | Omaha, NE 68102 |
| 5342832 | The Sprinkler Shop | P.O. Box 599 | Paul, ID 83347 |
| 5339875 | Triple C Farms, LLC | 474 S 500 W | Jerome, ID 83338 |
| 5336530 | US Commodities, LLC | 730 Second Avenue S. Suite 700 | Minneapolis, MN 55402 , |
| 5342351 | Uline | 12575 Uline Drive | Pleasant Prairie, WI 53158 |
| 5347829 | Valley Wide Cooperative Inc. | c/o David W. Gadd    Stover, Gadd & Associates, PLLC    P.O. Box 1428    Twin Falls, Idaho 83301 | |
| 5347503 | Viserion Grain LLC | 385 Broadway St | Boulder, CO 80305 |
| 5354657 | Viserion Grain, LLC | 385 Broadway Street | Boulder, CO 80305 |
| 5339554 | Viterra USA Grain, LLC | 1331 Capitol Ave. | Omaha, NE 68102 |
| 5339553 | Viterra USA Ingredients, LLC | 1331 Capitol Ave. | Omaha, NE 68102 |
| 5338166 | Wag Services, Inc. | 8121 W HARRISON ST | Tolleson, AZ 85353 , |
| 5339217 | Wendell Truck and Auto | PO Box 213    356 S Idaho St | Wendell, ID 83355 |
| 5339218 | Western Construction Inc | PO Box 15569 | Boise, ID 83715 |
| 5335378 | Westway Feed | BARR Credit Services    3444 N Country Club Rd    Ste 200    Tucson, AZ 85716 | |
| 5341725 | Wilbur−Ellis Nutrition, LLC | c/o Matthew A. Sturzen    PO Box 2247    Salem, OR 97308 | |
| 5338356 | Williams, Meservy & Larsen | Post Office Box 168    153 East Main Street | Jerome, ID 83338 |
| 5342349 | Young CDJR of Burley, LLC | PO Box 1530 | Layton, UT 84041 |
| 5336406 | Youree Land & Livestock Inc. | 3953 North 3300 East | Twin Falls, ID 83301 |

TOTAL: 212