Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: <br><br> MILLENKAMP CATTLE INC. <br><br> Debtor. <br><br> Filing relates to: <br><br> ☒ ALL DEBTORS <br> ☐ Millenkamp Cattle, Inc. <br> ☐ Idaho Jersey Girls <br> ☐ East Valley Cattle <br> ☐ Millenkamp Properties <br> ☐ Millenkamp Properties II <br> ☐ Millenkamp Family <br> ☐ Goose Ranch <br> ☐ Black Pine Cattle <br> ☐ Millenkamp Enterprises <br> ☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH <br><br> Chapter 11 <br><br> [NO HEARING REQUIRED] <br><br> Jointly Administered with Case Nos.: <br><br> 24-40159-NGH (Idaho Jersey Girls) <br> 24-40160-NGH (East Valley Cattle) <br> 24-40161-NGH (Millenkamp Properties) <br> 24-40162-NGH (Millenkamp Properties II) <br> 24-40163-NGH (Millenkamp Family) <br> 24-40164-NGH (Goose Ranch) <br> 24-40166-NGH (Black Pine Cattle) <br> 24-40167-NGH (Millenkamp Enterprises) <br> 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4136830

**DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024**

Dentons Davis Brown (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of September 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.   The Firm is counsel for Millenkamp Cattle, Inc. and its affiliated debtors, the debtors in the above captioned case (the "Debtors"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.   The Firm billed a total of $63,666.00 in fees and expenses during the Application Period. The total fees represent 192.9 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| September 1-30, 2024 | $63,653.50 | $12.50 | $63,666.00 |

C.   Accordingly, the Firm seeks allowance of interim compensation in the amount of $47,752.63 at this time. This total is comprised as follows: $47,740.13 (75% of the fees for services rendered) plus $12.50 (100% of the expenses incurred).

D.   Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

   E. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

   **WHEREFORE,** the Firm respectfully requests that the Debtors compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: October 9, 2024

     /s/ *Krystal R. Mikkilineni*
     DENTONS DAVIS BROWN
     Krystal R. Mikkilineni

     /s/ *Matt T. Christensen*
     JOHNSON MAY
     Matt T. Christensen

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October, 2024, I caused to be served a true and correct copy of the foregoing DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

/s/ *Krystal R. Mikkilineni*
Krystal R. Mikkilineni

DENTONS

In Account With

# EXHIBIT A

**DENTONS DAVIS BROWN PC**
**Attorneys and Counselors at Law**
**215 10th Street, Suite 1300**
**Des Moines, IA 50309-3993**
**(515) 288-2500**
**Federal I.D. No. 42-1343884**

**Millenkamp Cattle, Inc.**
**Bill Millenkamp**
**471 N 300th Rd W**
**Jerome, Idaho 83338**

Statement: 1580419
Date: 10/7/2024

Re: 9020530-188653 - Ch 11 Bankruptcy

## Professional Fees

| Date | Tkpr | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/02/2024 | KMIK | Call with client and co-counsel regarding plan strategy and refinancing options (.5) | B320 | 0.50 | 207.50 |
| 09/03/2024 | KMIK | Email client and Kander regarding plan strategy and refinancing (.4); call with Forbes, client, Kander, and co-counsel regarding refinancing status update and plan strategy (.3) | B320 | 0.70 | 290.50 |
| 09/03/2024 | KMIK | Review email from UST's office regarding bank account reconciliation (.1) and email Ken and Kati regarding same (.1); review email from MetLife regarding billing statements (.1); call with David Heida regarding communications with creditors committee (.1) | B110 | 0.40 | 166.00 |
| 09/03/2024 | TROU | Call with Forbes, client, Kander, and co-counsel regarding refinancing status update and plan strategy (.3); Review email from co-counsel regarding refinancing strategy (.1); Call with committee counsel and FAs, Kander, and co-counsel regarding refinancing update and plan strategy (.5) | B320 | 0.90 | 256.50 |
| 09/03/2024 | KMIK | Call with committee counsel and FAs, Kander, and co-counsel regarding refinancing update and plan strategy (.4); call with counsel for MetLife regarding status update on refinancing efforts and plan (.4) | B150 | 0.80 | 332.00 |
| 09/03/2024 | GMAT | Reviewing Proofs of Claim for 503(B)(9) amounts. | B310 | 1.50 | 315.00 |
| 09/03/2024 | GMAT | Drafting Forbes Partners fee application; email to Krystal regarding fee application | B160 | 0.80 | 168.00 |
| 09/03/2024 | KMIK | Emails to/from counsel for Sandton regarding relief from stay with McAlvain Concrete (.2) | B140 | 0.20 | 83.00 |
| 09/03/2024 | KMIK | Continue claims analysis and plan waterfall review and drafting (2.4) | B320 | 2.40 | 996.00 |
| 09/03/2024 | TROU | Research and drafting resistance to EVD's Motion to Compel (5.4) | B185 | 5.40 | 1,539.00 |
| 09/04/2024 | KMIK | Emails to/from Sheila Schwager regarding Glanbia deposits (.2) and emails to/from Lisa Nelson regarding same (.2); review email from Kati Churchill regarding MOR and bank account reconciliation (.1) | B110 | 0.50 | 207.50 |
| 09/04/2024 | KMIK | Review and revise resistance to motion to compel assumption or rejection of EVD contracts | B185 | 3.60 | 1,494.00 |

Millenkamp Cattle, Inc.  
10/7/2024  
Page: 2  

Client: 9020530  
Matter: 9020530-188653  
Statement: 1580419

| Date | Atty | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/04/2024 | GMAT | Reviewing proofs of claim for 503 (b)(9) claims. | B310 | 2.60 | 546.00 |
| 09/04/2024 | TROU | Further research regarding factors and drafting and revising objection to motion to compel evd contracts (4.2); emails from David and Givens Pearsley regarding tax expert for objection (.2) | B185 | 4.40 | 1,254.00 |
| 09/04/2024 | TROU | Emails with Kati regarding claims and admin estimation (.2) | B320 | 0.20 | 57.00 |
| 09/05/2024 | GMAT | Reviewing proofs of claim for 503 (b)(9) claims. | B310 | 3.20 | 672.00 |
| 09/05/2024 | KMIK | Review variance analysis from Kati Churchill (.1); review weekly report from Forbes (.1); email weekly reports to secured lenders (.2); call with client, Kander, and co-counsel regarding status update on refinancing and strategy for plan (.4); email David Heida regarding McAlvain bond (.1); call with Lisa Nelson regarding borrowing base calculation (.2) | B110 | 1.10 | 456.50 |
| 09/05/2024 | KMIK | Call with counsel for Sandton regarding McAlvain suit and stipulated relief from stay (.2) | B150 | 0.20 | 83.00 |
| 09/05/2024 | KMIK | Continue claims analysis and waterfall preparation for plan | B320 | 3.00 | 1,245.00 |
| 09/05/2024 | TROU | Drafting Chapter 11 Plan (4.8) | B320 | 4.80 | 1,368.00 |
| 09/05/2024 | TROU | Review variance analysis from Kati (.1); call with client, Kander, and co-counsel regarding status update on refinancing and strategy for plan (.4); review weekly report from Forbes (.1) | B110 | 0.60 | 171.00 |
| 09/06/2024 | KMIK | Emails to/from Sheila Schwager regarding borrowing base calculation (.3); call with Forbes regarding refinancing update (.2); call with client, Kander, and co-counsel regarding plan strategy and updates (.5); review email from David Heida to MetLife regarding proposal (.1); review email from counsel for Blue Cross of Idaho regarding August amount due (.1) and email Lisa Nelson regarding same (.1) | B110 | 1.30 | 539.50 |
| 09/06/2024 | TROU | Call with client, Forbes, Kander, and co-counsel regarding refinancing update (.2); call with client, Kander, and co-counsel regarding plan and updates (.5) | B110 | 0.70 | 199.50 |
| 09/06/2024 | KMIK | Review and revise Dentons' August invoice and prepare August fee app | B160 | 0.80 | 332.00 |
| 09/06/2024 | GMAT | Drafting August fee application | B160 | 1.00 | 210.00 |
| 09/06/2024 | TROU | Attention to emails from Lisa regarding borrowing base (.1) | B110 | 0.10 | 28.50 |
| 09/06/2024 | TROU | Drafting Plan of Reorg (2.4) | B320 | 2.40 | 684.00 |
| 09/09/2024 | KMIK | Call with Bill Millenkamp regarding subpoena to Rabo (.2); call with client, Kander, and co-counsel regarding status update, Amalgamated, cash collateral, and plan (.4); review email from David Heida regarding deposit request from Amalgamated (.1); review emails from David Heida and MetLife regarding proposal and financial advisors meeting (.2) | B110 | 0.90 | 373.50 |

| Date | Tkpr | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/09/2024 | KMIK | Email counsel for Amalgamated regarding deposit and post-petition business (.1); emails to/from Mort Branzburg regarding status update on plan and refinancing (.2); emails to/from Matt Ochs regarding relief from stay (.2); email counsel for Sandton regarding bond associated with McAlvain suit (.1); email Sheila Schwager regarding Rabo interest statements (.1) | B150 | 0.70 | 290.50 |
| 09/09/2024 | KMIK | Emails to/from committee counsel regarding July fees (.2) and email Lisa Nelson regarding same (.1) | B160 | 0.30 | 124.50 |
| 09/09/2024 | KMIK | Review and revise Dentons August fee app and notice (.3) | B160 | 0.30 | 124.50 |
| 09/09/2024 | KMIK | Emails to/from counsel for EVD regarding potential stipulation on motion to compel (.2) | B185 | 0.20 | 83.00 |
| 09/09/2024 | KMIK | Continue claim analysis and waterfall for plan | B320 | 3.20 | 1,328.00 |
| 09/09/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, cash collateral, and plan (.4); Email from David regarding Amalgamated deposit and needed products (.1); Review Order on Motion to Amend 503(b)(9) (.2); Emails from Amalgamated's counsel regarding products and deposit (.2) | B110 | 0.90 | 256.50 |
| 09/09/2024 | TROU | Reviewing Waterfall and Claim analysis and Drafting Plan (4.9) | B320 | 4.90 | 1,396.50 |
| 09/09/2024 | TROU | Review Dentons Motion for Interim Distribution (.2) | B160 | 0.20 | 57.00 |
| 09/10/2024 | KMIK | Review email from Sheila Schwager regarding Rabo interest calculation (.1) and email Lisa Nelson regarding same (.1); email Amalgamated counsel regarding business moving forward (.1); emails to/from David Heida regarding Amalgamated (.2);call with Forbes, Kander, client, and co-counsel regarding status update on refinancing (.4); review email from Kati Churchill regarding MOR question from UST (.1) | B110 | 1.00 | 415.00 |
| 09/10/2024 | KMIK | Emails to/from counsel for MetLife regarding status update call (.2); call with committee counsel and FAs, Kander, and co-counsel regarding status update on refinancing, plan strategy, and EVD motion to compel (.6); call with counsel for EVD and co-counsel regarding stipulation on motion to compel (.2) | B150 | 1.00 | 415.00 |
| 09/10/2024 | GMAT | Reviewing proofs of claim for 503 (b)(9) claims | B310 | 0.30 | 63.00 |
| 09/10/2024 | KMIK | call with Ken Nofziger regarding plan options and strategy (.3); emails to/from Andrew Schoulder regarding draft of plan (.2) | B320 | 0.50 | 207.50 |
| 09/10/2024 | KMIK | Draft status report for September status conference and prepare for hearing | B110 | 1.30 | 539.50 |
| 09/10/2024 | KMIK | Draft proposed order approving Dentons' first interim fee app | B160 | 0.60 | 249.00 |
| 09/10/2024 | KMIK | Review email from John O'Brien regarding Conterra's statements for October adequate protection payments (.1) and email Lisa Nelson regarding same (.1) | B140 | 0.20 | 83.00 |
| 09/10/2024 | KMIK | Call with Amalgamated counsel regarding deposit issue (.3) and call with David Heida regarding same (.2) | B110 | 0.50 | 207.50 |

Case 24-40158-NGH   Doc 661   Filed 10/08/24   Entered 10/08/24 09:24:43   Desc Main
Document      Page 9 of 15

Millenkamp Cattle, Inc.  
10/7/2024  
Page: 4

Client: 9020530  
Matter: 9020530-188653  
Statement: 1580419

| Date | Atty | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/10/2024 | TROU | Call with Forbes, Kander, client, and co-counsel regarding status update on refinancing (.4); review email from Kati regarding MOR question from UST (.1) | B110 | 0.50 | 142.50 |
| 09/10/2024 | TROU | Review proposed order for Dentons Fee App (.2) | B160 | 0.20 | 57.00 |
| 09/10/2024 | TROU | Call with committee counsel and FAs, Kander, and co-counsel regarding status update on refinancing, plan strategy, and EVD motion to compel (.6); call with counsel for EVD and co-counsel regarding stipulation on motion to compel (.2) | B150 | 0.80 | 228.00 |
| 09/11/2024 | KMIK | Emails to/from John O'Brien regarding September 12th hearing (.2); call with MetLife counsel regarding status update (.4) | B150 | 0.60 | 249.00 |
| 09/11/2024 | KMIK | Emails to/from EVD counsel regarding stipulation on motion to compel assumption/rejection of EVD contract (.2); review stipulation (.1); email committee counsel regarding stipulation (.1); email client regarding stipulation (.1); review Committee's redline of Stipulation (.1) and email to counsel for EVD (.1) | B185 | 0.70 | 290.50 |
| 09/11/2024 | KMIK | Draft amended status report (.3); call with client, Kander, and co-counsel regarding refinancing updates, hearing, and plan strategy (.4) | B110 | 0.70 | 290.50 |
| 09/11/2024 | KMIK | Review and analyze Rabo's objection to Heida employment application and prepare order addressing issues (.3); emails to/from Kati Churchill regarding Kander amended employment app and fee invoices (.2); email Lisa Nelson follow up on wire of OMM fees (.1); review Armory's May fee app (.1); review Armory's June fee app (.1); review Armory's July fee app (.1) | B160 | 0.90 | 373.50 |
| 09/11/2024 | KMIK | Prep for Sept 12th status conference and hearing (.6); follow up email to Lisa Nelson regarding Blue Cross of Idaho payment (.1) | B110 | 0.70 | 290.50 |
| 09/11/2024 | GMAT | Drafting Kander fee application | B160 | 1.00 | 210.00 |
| 09/11/2024 | TROU | Emails from Kati regarding professional fee calculations (.2); Review amended status report (.1); call with client, Kander, and co-counsel regarding refinancing updates, status hearing, and plan strategy (.4) | B110 | 0.70 | 199.50 |
| 09/11/2024 | TROU | Review Rabo's objection to Heida employment application (.2); emails to/from Kati Churchill regarding Kander amended employment app and fee invoices (.2); review Armory's May fee app (.1); review Armory's June fee app (.1); review Armory's July fee app (.1) | B160 | 0.70 | 199.50 |
| 09/11/2024 | TROU | Emails from EVD's counsel and committee counsel regarding stipulation on motion to compel EVD contracts (.2); review stipulation (.2); emails from client regarding stipulation (.1); review Committee's redline of Stipulation (.1) | B150 | 0.60 | 171.00 |
| 09/11/2024 | TROU | Drafting Plan | B320 | 1.10 | 313.50 |
| 09/12/2024 | GMAT | Drafting Kander, LLC fee application (.5); email to Krystal regarding fee application (.1) | B160 | 0.60 | 126.00 |
| 09/12/2024 | KMIK | Emails to/from Lisa Nelson regarding amount due to Blue Cross of Idaho (.2); call with client, Kander, and co-counsel regarding status update, cash flow models, and hearing (.3); emails to/from Sheila Schwager regarding Rabo inspection request (.2) and email David Heida regarding same (.1); review notice of hearing held (.1) | B110 | 0.90 | 373.50 |

Case 24-40158-NGH   Doc 661   Filed 10/08/24   Entered 10/08/24 09:24:43   Desc Main
Document   Page 10 of 15

Millenkamp Cattle, Inc.  
10/7/2024  
Page: 5

Client: 9020530  
Matter: 9020530-188653  
Statement: 1580419

| Date | Atty | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/12/2024 | GMAT | Reviewing proofs of claim for 503(b)(9) claims | B310 | 0.20 | 42.00 |
| 09/12/2024 | KMIK | Continue prepping for status conference and telephonic hearing | B110 | 0.70 | 290.50 |
| 09/12/2024 | KMIK | Emails to/from Kati Churchill regarding cash collateral budget (.2) | B230 | 0.20 | 83.00 |
| 09/12/2024 | KMIK | Appear at status conference and telephonic hearing on motion to compel and fee apps (.4) | B110 | 0.40 | 166.00 |
| 09/12/2024 | KMIK | Continue revising proposed order for Dentons' interim fee app (.1) and email Brett Cahoon regarding same (.1) | B160 | 0.20 | 83.00 |
| 09/12/2024 | KMIK | Emails to/from counsel for The Dairy Solutions Group regarding status of 503(b)(9) payments (.2) | B150 | 0.20 | 83.00 |
| 09/12/2024 | KMIK | Call with David Heida regarding plan strategy (.2) | B320 | 0.20 | 83.00 |
| 09/12/2024 | TROU | Attention to cash collateral motions (2); determine if another motion is needed (.4) | B230 | 2.40 | 684.00 |
| 09/12/2024 | TROU | Appear at status conference hearing on motion to compel and fee apps (.4); call with client, Kander, and co-counsel regarding status update, cash flow models, and hearing (.3); review notice of hearing (.1) | B110 | 0.80 | 228.00 |
| 09/12/2024 | TROU | Drafting Plan (4.4) | B320 | 4.40 | 1,254.00 |
| 09/13/2024 | KMIK | Review Johnson May August fee app (.1); review email from Lisa Nelson regarding wire of OMM July fees (.1) and email Gabriel Olivera regarding same (.1) | B160 | 0.30 | 124.50 |
| 09/13/2024 | KMIK | Call with Forbes, Kander, and co-counsel regarding status update on refinancing and strategy (.4); follow up call with Forbes, Kander, and David Heida regarding refinancing and plan strategy (.6) | B320 | 1.00 | 415.00 |
| 09/13/2024 | KMIK | Emails to/from Andrew Schoulder regarding status update call (.2) | B150 | 0.20 | 83.00 |
| 09/13/2024 | KMIK | Review email from Kati Churchill regarding variance analysis (.1); review Forbes' weekly report (.1); email secured lenders counsel weekly reports (.2) | B110 | 0.40 | 166.00 |
| 09/13/2024 | KMIK | Review email from Lisa regarding adjustments based on proofs of claim (.1) | B310 | 0.10 | 41.50 |
| 09/13/2024 | TROU | Drafting Plan (7.6) | B320 | 7.60 | 2,166.00 |
| 09/15/2024 | KMIK | Review and revise plan | B320 | 4.80 | 1,992.00 |
| 09/16/2024 | KMIK | Review email from Brett Cahoon regarding proposed order on Dentons' interim fee app (.1); finalize proposed order on Dentons' interim fee app (.1); emails to/from Lisa Nelson regarding Givens Pursley July fee app (.2) | B160 | 0.40 | 166.00 |
| 09/16/2024 | GMAT | Drafting proposed order on app to employ Kander, LLC | B160 | 0.20 | 42.00 |
| 09/16/2024 | KMIK | Call with Rabo counsel and co-counsel regarding plan and negotiations (.4) | B150 | 0.40 | 166.00 |

Case 24-40158-NGH   Doc 661   Filed 10/08/24   Entered 10/08/24 09:24:43   Desc Main
Document    Page 11 of 15

Millenkamp Cattle, Inc.  
10/7/2024  
Page: 6

Client: 9020530  
Matter: 9020530-188653  
Statement: 1580419

| Date | Atty | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/16/2024 | KMIK | Continue reviewing and revising plan (1.1); call with client, Kander, and co-counsel regarding plan strategy (.7) | B320 | 1.80 | 747.00 |
| 09/16/2024 | TROU | Emails with Gale Harding regarding fee app | B160 | 0.20 | 57.00 |
| 09/16/2024 | TROU | Call with client, Kander, and co-counsel regarding plan strategy (.7); drafting disclosure statement (3.4) | B320 | 4.10 | 1,168.50 |
| 09/17/2024 | KMIK | Emails to/from Ron Bingham regarding plan terms (.2) and email client and Kander regarding same (.1); call with Committee counsel and FAs, Kander, and co-counsel regarding status update and plan (.5) | B150 | 0.80 | 332.00 |
| 09/17/2024 | KMIK | Call with Forbes, client, and co-counsel regarding status update on refinancing and plan strategy (.4) | B320 | 0.40 | 166.00 |
| 09/17/2024 | KMIK | Review emails from Matt Christensen and Sheila Schwager regarding Rabo responses to subpoena (.2) | B110 | 0.20 | 83.00 |
| 09/17/2024 | KMIK | Review email from Rhett Miller regarding payment to Moss Farms (.1) and email Lisa Nelson regarding same (.1) | B140 | 0.20 | 83.00 |
| 09/17/2024 | KMIK | Review Givens Pursley's August fee app (.1); emails to/from Bruce Anderson regarding payment of July fees (.2) and email Lisa Nelson regarding same (.1) | B160 | 0.40 | 166.00 |
| 09/17/2024 | TROU | Call with Committee counsel and FAs, Kander, and co-counsel regarding status update and plan (.5); Call with Forbes, client, and co-counsel regarding status update on refinancing and plan strategy (.4); emails from Lisa regarding MWI's treatment for Plan (.2); Review redline of Plan (.5); email from Lisa regarding CNH Loans (.1) | B320 | 1.70 | 484.50 |
| 09/17/2024 | TROU | Review Givens Pursley's August fee app (.1); Email from Summit regarding invoice (.1) | B160 | 0.20 | 57.00 |
| 09/18/2024 | KMIK | Emails to/from Kati Churchill regarding cash collateral budget (.2) | B230 | 0.20 | 83.00 |
| 09/18/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update on refinancing and plan strategy (.3) | B320 | 0.30 | 124.50 |
| 09/18/2024 | KMIK | Email Lisa Nelson regarding order approving Dentons' interim fee app (.1); review email from Summit regarding fee approval status (.1) | B160 | 0.20 | 83.00 |
| 09/18/2024 | KMIK | Review emails from Matt Christensen and David Heida regarding subpoena to Rabo and production of documents (.2) | B110 | 0.20 | 83.00 |
| 09/18/2024 | GMAT | Drafting proposed order for Summit Ag Fee Application (.3); email to Tirzah regarding proposed order (.1) | B160 | 0.40 | 84.00 |
| 09/18/2024 | GMAT | Drafting App to Employ Heida Law Office for Cordova Engagement (.2); email to Krystal and Tirzah regarding App to Employ (.1) | B160 | 0.30 | 63.00 |
| 09/18/2024 | KMIK | Call with James Morgan regarding update on refinancing (.2) | B110 | 0.20 | 83.00 |
| 09/18/2024 | TROU | Call with Kander, client and co-counsel regarding status of refinancing and plan strategy (.3) | B320 | 0.30 | 85.50 |
| 09/18/2024 | TROU | Emails from Kati C regarding cash collateral budget (.2); review budget (.3) | B230 | 0.50 | 142.50 |
| 09/19/2024 | KMIK | Emails to/from Kati Churchill regarding Kander fee app (.2); review Armory's August fee app (.1) | B160 | 0.30 | 124.50 |

Millenkamp Cattle, Inc.  
10/7/2024  
Page: 7

Client: 9020530  
Matter: 9020530-188653  
Statement: 1580419

| Date | Tkpr | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/19/2024 | KMIK | Review email from Kati Churchill regarding weekly variance analysis (.1); review email from Forbes regarding weekly update on refinancing (.1); review email from Lisa Nelson regarding weekly borrowing base (.1); review statement of no objection to Valley Wide Coop's motion (.1) | B110 | 0.40 | 166.00 |
| 09/19/2024 | KMIK | Review email from Mort Branzburg regarding updated cash collateral budget (.1) and email Kander regarding same (.1) | B230 | 0.20 | 83.00 |
| 09/19/2024 | KMIK | Review email from Ken regarding updated plan concept model (.1); continue drafting plan (.8) | B320 | 0.90 | 373.50 |
| 09/20/2024 | GMAT | Drafting Kander fee application | B160 | 0.50 | 105.00 |
| 09/20/2024 | TROU | Attention to emails from clerk, co counsel, client and Kander regarding availability for cash collateral hearing (.2) | B230 | 0.20 | 57.00 |
| 09/23/2024 | KMIK | Review statement of no objection to O'Melveny fee app (.1); review email from Kander regarding July invoice (.1); review and revise app to employ Heida for Cordova collections matter and declaration in support of same (.6); review notice of hearing filed by Rabo on objection to app to employ Heida (.1) | B160 | 0.90 | 373.50 |
| 09/23/2024 | KMIK | Emails to/from Ron Bingham regarding status update call (.2) | B150 | 0.20 | 83.00 |
| 09/23/2024 | KMIK | Review email from Brent Wilson and Melanie Battle regarding cash collateral hearing (.1); review stipulation continuing cash collateral hearing (.1); review email from John O'Brien regarding cash collateral hearing stipulation (.1); review email from John Kurtz regarding cash collateral hearing stipulation (.1); review email from Brett Cahoon regarding cash collateral hearing stipulation (.1); review email from Ron Bingham regarding cash collateral hearing stipulation (.1); review redlined revisions to cash collateral hearing stipulation from Committee counsel (.1); review email from Sheila Schwager regarding cash collateral hearing stipulation (.1) | B230 | 0.80 | 332.00 |
| 09/23/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, refinancing update, plan and disclosure statement update, MORs, and financials update (.4); email Lisa Nelson regarding follow up on amount owing to Moss Farms (.1) | B110 | 0.50 | 207.50 |
| 09/23/2024 | TROU | Review email from Brent Wilson and Melanie Battle regarding cash collateral hearing (.1); review stipulation continuing cash collateral hearing (.1); Review emails from various parties regarding stipulation (.3) | B230 | 0.50 | 142.50 |
| 09/23/2024 | TROU | Call with client, Kander, and co-counsel regarding refinancing update, plan and disclosure statement update (.4); Drafting Disclosure Statement (2.9) | B320 | 3.30 | 940.50 |
| 09/24/2024 | KMIK | Call with Forbes, Kander, and co-counsel regarding status update on refinancing for plan (.2); calls with Kander and co-counsel regarding status update on cash flow projections for plan (.4); call with client, Kander, and co-counsel regarding strategy for plan and plan options (.4) | B320 | 1.00 | 415.00 |
| 09/24/2024 | KMIK | Review order approving Valley Wide Coop's amended motion for 503 (b)(9) claim (.1) | B310 | 0.10 | 41.50 |
| 09/24/2024 | KMIK | Continue drafting waterfall analysis for plan (.1); continue revising plan (1.5) | B320 | 1.60 | 664.00 |

| Date | Tkpr | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/24/2024 | KMIK | Review and revise proposed order employing Kander (.2) and email UST regarding same (.1) | B160 | 0.30 | 124.50 |
| 09/24/2024 | GMAT | Drafting Kander fee application | B160 | 1.50 | 315.00 |
| 09/24/2024 | KMIK | Call with counsel for MetLife and co-counsel regarding status update and plan options (.5); review email from John O'Brien regarding terms sheets (.1) | B150 | 0.60 | 249.00 |
| 09/24/2024 | KMIK | Emails to/from Forbes regarding terms sheets (.2) | B110 | 0.20 | 83.00 |
| 09/24/2024 | TROU | Drafting and revising Plan (3.4); Drafting Disclosure Statement (2.1); Review term sheets (.3) | B320 | 6.10 | 1,738.50 |
| 09/24/2024 | TROU | Review order approving Valley Wide Coop's 503(b)(9) claim (.1) | B310 | 0.10 | 28.50 |
| 09/24/2024 | TROU | Call with Forbes, Kander, and co-counsel regarding status update on refinancing for plan (.2); call with client, Kander, and co-counsel regarding strategy for plan and plan options (.4) | B320 | 0.60 | 171.00 |
| 09/25/2024 | GMAT | Drafting Kander fee application and notice (1.4); email to Krystal regarding same (.1) | B160 | 1.50 | 315.00 |
| 09/25/2024 | KMIK | Call with David Heida regarding plan strategy (.2) | B320 | 0.20 | 83.00 |
| 09/25/2024 | KMIK | Continue revising waterfall analysis for plan | B320 | 0.70 | 290.50 |
| 09/25/2024 | KMIK | Calls with client, Kander, and co-counsel regarding status update, plan strategy, and claims (.6) | B320 | 0.70 | 290.50 |
| 09/25/2024 | TROU | Calls with client, Kander, and co-counsel regarding strategy and status (.6); Drafting Disclosure Statement (1.6) | B320 | 2.30 | 655.50 |
| 09/26/2024 | KMIK | Review email from Forbes regarding weekly status update report (.1); emails to/from Rich Bernard regarding hearings (.2) | B110 | 0.30 | 124.50 |
| 09/26/2024 | KMIK | Review app to employ expert witnesses (.1) | B160 | 0.10 | 41.50 |
| 09/26/2024 | KMIK | Email Kander regarding cash flow models for plan (.1) | B320 | 0.10 | 41.50 |
| 09/26/2024 | KMIK | Continue drafting waterfall analysis for plan | B320 | 2.10 | 871.50 |
| 09/26/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan strategy, and claims (.5) | B110 | 0.50 | 207.50 |
| 09/26/2024 | GMAT | Amending Schedule D | B110 | 0.40 | 84.00 |
| 09/26/2024 | KMIK | Emails to/from EVD's counsel regarding status of plan filing in relation to EVD's assumption/rejection (.2) | B185 | 0.20 | 83.00 |
| 09/26/2024 | KMIK | Continue drafting plan (4.8) | B320 | 4.80 | 1,992.00 |
| 09/26/2024 | TROU | Call with client, Kander, and co-counsel regarding plan, strategy, and status (.5) | B110 | 0.50 | 142.50 |
| 09/26/2024 | TROU | Drafting Disclosure Statement (7.6) | B320 | 7.60 | 2,166.00 |

Millenkamp Cattle, Inc.     Client: 9020530
10/7/2024     Matter: 9020530-188653
Page: 9     Statement: 1580419

| Date | Atty | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/27/2024 | KMIK | Emails to/from Ron Bingham regarding plan proposal and terms sheet (.2) | B150 | 0.20 | 83.00 |
| 09/27/2024 | GMAT | Amending Schedule D and F (.1); email with Krystal regarding amendments (.1) | B110 | 0.20 | 42.00 |
| 09/27/2024 | KMIK | Continue drafting plan and disclosure statement | B320 | 5.30 | 2,199.50 |
| 09/27/2024 | KMIK | Call with Ron Bingham regarding plan proposal (.3) | B150 | 0.30 | 124.50 |
| 09/27/2024 | KMIK | Call with Kati Churchill regarding cash flow models for plan (.3) and call with David Heida regarding update on MetLife discussions (.1) | B320 | 0.40 | 166.00 |
| 09/27/2024 | KMIK | Continue revising Kander interim fee app (.8); emails to/from Doug McDonald regarding Armory interim fees for May, June, and July (.2) and email Lisa Nelson regarding same (.1); review committee's local counsel August fee app (.1); review committee's lead counsel August fee app (.1); review notice of hearing on committee counsel's interim fee app (.1) | B160 | 1.40 | 581.00 |
| 09/27/2024 | KMIK | Email Rhett Miller regarding adequate protection payment to Moss Farms (.1) | B140 | 0.10 | 41.50 |
| 09/27/2024 | TROU | Revising Kander interim fee app (.4); review emails Doug McDonald regarding Armory interim fees for May, June, and July (.1) and review email from Lisa Nelson regarding same (.1); review committee's local counsel August fee app (.1); review committee's lead counsel August fee app (.1); review notice of hearing on committee counsels' interim fee app (.1) | B160 | 0.90 | 256.50 |
| 09/27/2024 | TROU | Call with Client, Kander, and co-counsel regarding plan and disclosure statement and strategy (.7); Call with Kati Churchill and co-counsel regarding cash flow and claims (.3); reviewing contracts and drafting executory contracts list for disclosure statement (2.1); emails with David, Lisa, and Matt regarding same (.3); Revising executory contract list (.5); review emails from co-counsel, Kander, and client regarding plan (.4) | B320 | 4.30 | 1,225.50 |
| 09/29/2024 | KMIK | Continue revising plan and disclosure statement | B320 | 2.00 | 830.00 |
| 09/29/2024 | TROU | Drafting and revising disclosure statement (2.6); Review term Sheet for exit facility (.8); drafting and revising executory contracts list for disclosure statement (1.1) | B320 | 4.50 | 1,282.50 |
| 09/30/2024 | KMIK | Call with Kander regarding cash flow and liquidation analysis (.2) and review email from Ken regarding POC amounts compared to audited financials (.1); continue drafting plan and disclosure statement (1.5) | B320 | 5.50 | 2,282.50 |
| 09/30/2024 | GMAT | Revising disclosure statement (2); revising plan (2) | B320 | 4.00 | 840.00 |
| 09/30/2024 | TROU | Drafting and Revising Disclosure Statement and Exhibits and Plan (5.2); Reviewing Plan Model Exhibit and emails from Kati and Ken regarding same (.5); Reviewing executory contracts and leases and updating list of assumed contracts and leases (1.2); emails with David and Lisa regarding same (.1); Call with Matt C regarding notices for Disclosure Statement and Plan (.1) | B320 | 7.10 | 2,023.50 |
| 09/30/2024 | TROU | Revising proposed order for Summit Ag fee app (.2) | B160 | 0.20 | 57.00 |

Millenkamp Cattle, Inc.                                                                                                 Client: 9020530
10/7/2024                                                                                                               Matter: 9020530-188653
Page: 10                                                                                                                Statement: 1580419

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/30/2024 | TROU | Revising and finalizing plan, disclosure statement, and exhibits (3.8) | B320 | 3.80 | 1,083.00 |
| 09/30/2024 | KMIK | Review email from clerk's office regarding amended app to employ Kander (.1) and email Matt Christensen regarding same (.1) | B160 | 0.20 | 83.00 |
| 09/30/2024 | KMIK | Emails to/from committee counsel regarding word versions of plan and disclosure statement (.2) | B320 | 0.20 | 83.00 |

Sub-total Fees:   $63,653.50

### Rate Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Krystal R. Mikkilineni | 78.40 hours at $415.00/hr | | 32,536.00 |
| Tirzah R. Roussell | 94.30 hours at $285.00/hr | | 26,875.50 |
| Gabby B. Mathias | 20.20 hours at $210.00/hr | | 4,242.00 |

Total hours:   192.90

### Expenses

| Date | Description | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 09/18/2024 | Wire Fee | A107 | 1.00 | 6.25 | 6.25 |
| 09/27/2024 | Wire Fee | E107 | 1.00 | 6.25 | 6.25 |

Sub-total Expenses:   $12.50

**Total Current Billing:**   **$63,666.00**

Effective March 29, 2021, Davis Brown Law Firm formally combined with Dentons to become Dentons Davis Brown PC. Visit www.dentons.com/BusinessTerms to find our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the material terms and conditions of any existing engagement agreement. Please contact your lawyer or other professional if you have questions about the Terms of Business or with any respect of your representation.

Current statement due within 30 days of statement date. Please disregard any previously paid amounts. Contact us at 515-246-7812 with any questions. Please include the statement number on your check.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.