| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Millenkamp Cattle, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | **24-40158-NGH** |

☑ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☑ Amended Schedule    **Schedules D and E/F**
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **Oct 8, 2024**        X  _/s/ Bill Millenkamp_
                                          Signature of individual signing on behalf of debtor

**William J. Millenkamp**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Millenkamp Cattle, Inc.**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known): **24-40158-NGH**

☑ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.25** **Milner Hay Company, LLC**<br>Creditor's Name<br>1154 W 200 S<br>Jerome, ID 83338<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**12/9/23**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2023 Barley**<br><br>Describe the lien<br>**Ag Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $64,885.00 | $24,229,019.00 |
| **2.28** **NorthWest Seed, Inc.**<br>Creditor's Name<br>PO Box 65<br>Hazelton, ID 83335<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**2024 Hay**<br><br>Describe the lien<br>**Crop Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $0.00 | $24,229,019.00 |

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

| Debtor | **Millenkamp Cattle, Inc.** | Case number (if known) | **24-40158-NGH** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.36 | | | | |
|---|---|---|---|---|
| | **Tyche Ag, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $24,229,019.00 |
| | Creditor's Name | **2023 Hay** | | |

**PO Box 123**
**Rupert, ID 83350**
Creditor's mailing address

**Describe the lien**
**Ag Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/30/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Fill in this information to identify the case:

Debtor name: **Millenkamp Cattle, Inc.**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known): 24-40158-NGH

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill

Amount of claim

| | | | |
|---|---|---|---|
| 3.12 | Nonpriority creditor's name and mailing address<br>**All Wireless Communications**<br>1112 Oakley Ave<br>Burley, ID 83318<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | $0.00 |
| 3.23 | Nonpriority creditor's name and mailing address<br>**Bear Necessities Prtbl Rstrm**<br>PO Box 1952<br>Twin Falls, ID 83303<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | $0.00 |
| 3.35 | Nonpriority creditor's name and mailing address<br>**Capitol One**<br>PO Box 60599<br>City of Industry, CA 91716<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | $0.00 |
| 3.41 | Nonpriority creditor's name and mailing address<br>**Citi Cards**<br>PO Box 78019<br>Phoenix, AZ 85062<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | $0.00 |
| 3.46 | Nonpriority creditor's name and mailing address<br>**Colonial Life**<br>Processing Center<br>PO Box 1365<br>Columbia, SC 29202-1365<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | $0.00 |

Debtor  **Millenkamp Cattle, Inc.**            Case number (if known)  **24-40158-NGH**
        Name

| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Conrad & Bishcoff Inc**<br>**2251 N Holmes**<br>**PO Box 50106**<br>**Idaho Falls, ID 83405**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Great America Financial**<br>**PO Box 660831**<br>**Dallas, TX 75266**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Idaho Power**<br>**PO Box 6062**<br>**Boise, ID 83707-6062**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.96 | **Nonpriority creditor's name and mailing address**<br>**Liberty Basin LLC**<br>**134 E Highway 81**<br>**Burley, ID 83318**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.105 | **Nonpriority creditor's name and mailing address**<br>**Minidoka Irrigation District**<br>**98 W 50 S**<br>**Rupert, ID 83350**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.110 | **Nonpriority creditor's name and mailing address**<br>**North Side Canal Company**<br>**921 N Lincoln**<br>**Jerome, ID 83338**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.112 | **Nonpriority creditor's name and mailing address**<br>**Overhead Door**<br>**489 S. Locust**<br>**Twin Falls, ID 83301**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |

Debtor **Millenkamp Cattle, Inc.** Case number (if known) **24-40158-NGH**
Name

| | | | |
|---|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address**<br>Pan American Life Insurance<br>1778 N Plano Rd<br>Ste 310<br>Richardson, TX 75081<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.115 | **Nonpriority creditor's name and mailing address**<br>Penn Millers Insurance Co<br>c/o Chubb Agribusiness<br>PO Box 62453<br>Baltimore, MD 21264-2453<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.122 | **Nonpriority creditor's name and mailing address**<br>Quality Truss<br>21005 Highway 30<br>Filer, ID 83328<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $5,207.18 |
| 3.123 | **Nonpriority creditor's name and mailing address**<br>Raft River Rural Electric<br>PO Box 617<br>Malta, ID 83342<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.126 | **Nonpriority creditor's name and mailing address**<br>Riveron RTS, LLC<br>PO Box 679265<br>Dallas, TX 75267-9265<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.143 | **Nonpriority creditor's name and mailing address**<br>State Insurance Fund<br>PO Box 990002<br>Boise, ID 83799-0002<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.152 | **Nonpriority creditor's name and mailing address**<br>Toshiba Financial Svcs<br>PO Box 41602<br>Philadelphia, PA 19101-1602<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

Debtor  **Millenkamp Cattle, Inc.**                                Case number (if known)  **24-40158-NGH**
        Name

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Twin Falls Canal Co.** <br> **PO Box 326** <br> **Twin Falls, ID 83303** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Western Waste Services** <br> **PO Box 714** <br> **Jerome, ID 83338** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Utilities** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |