# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>          Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

## ORDER APPROVING APPLICATION FOR INTERIM COMPENSATION

This matter having come before the Court on October 2, 2024, having reviewed the *First Application of O'Melveny & Myers LLP for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period May 21, 2024 through July 31, 2024* (the "Application") [Docket No. 585] on August 29, 2024; and notice given with no objections filed in the twenty-one (21) day period; and for good cause shown:

**IT IS HEREBY ORDERED**:

    1.    The Application is APPROVED, on an interim basis, as follows: O'Melveny & Myers LLP is awarded (i) expenses in the amount of $2,310.65; and (ii) fees in the amount of $100,000.00.

    2.    Any amounts not so approved shall be set for evidentiary hearing at a later date.

1

3. The Court's approval, as set forth herein, of the Application is made pursuant to 11 U.S.C. § 331 and the amounts awarded for compensation and expenses are subject to reconsideration in connection with a final fee application in this case.

//end of text//

DATED: October 4, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by:
Julian Gurule
O'Melveny & Myers LLP
Attorney for the Official Committee of Unsecured Creditors

Approved as to form:

*/s/ Brett R. Cahoon*
Brett R. Cahoon, Office of the United States Trustee

United States Bankruptcy Court

District of Idaho

In re: Case No. 24-40158-NGH

Millenkamp Cattle, Inc  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8      User: admin      Page 1 of 10

Date Rcvd: Oct 07, 2024      Form ID: pdf016      Total Noticed: 198

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |
| aty | + | Adam A Lewis, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105-2482 |
| aty |  | Andrew Schoulder, 1301 Avenue of The Americas, New York, NY 10019-6022 |
| aty | + | Britta E Warren, Black Helterline LLP, 805 SW Broadway, Suite 1900, Portland, OR 97205-3359 |
| aty | + | Domenic E Pacitti, Klehr Harrison Harvey Branzburg LLP, 919 Market Street, Suite 1000, Wilmington, DE 19801-3030 |
| aty | + | Gabriel L Olivera, 7 Times Square, New York, NY 10036-6524 |
| aty | + | James J Niemeier, McGrath North Mullin & Kratz, PC LLO, 1601 Dodge Street, Ste 3700, Omaha, NE 68102-1650 |
| aty | + | John O'Brien, Spencer Fane LLP, 1700 Lincoln Steet, Suite 2000, Denver, CO 80203-4554 |
| aty | + | Julian Gurule, O'Melveny & Meyers LLP, 400 South Hope Street, Suite 1900, Los Angeles, CA 90071-2811 |
| aty | + | Julian Gurule, 400 South Hope Street, Suite 1900, Los Angeles, CA 90071-2811 |
| aty | + | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| aty | + | Matthew T. Christensen, 199 N. Capitol Blvd., Ste 200, Boise, ID 83702-6197 |
| aty | + | Michael R Stewart, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-7508 |
| aty | + | Miranda Russell, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | Morton R Branzburg, Klehr Harrison Harvey Branzburg LLP, 1835 Market St, Suite 1400, Philadelphia, PA 19103-2945 |
| aty | + | Nikolaus F Schandlbauer, 20 F Street NW, Suite 500, Washington DC 20001-6703 |
| aty | + | Richard Bernard, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| aty |  | Robert E. Richards, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361 |
| aty | + | Ron C Bingham, II, 3424 Peachtree Road NE, Suite 1600, Atlanta, GA 30326-1139 |
| aty | + | Scott F Gautier, 1800 Century Park East, Ste 1500, Los Angeles, CA 90067-1501 |
| aty | + | Tirzah R. Roussell, 215 10th Street, Suite 1300, Des Moines, IA 50309-3616 |
| aty | + | W. Kent Carter, One North Franklin, Suite 800, Chicago, IL 60606-3422 |
| aty | + | Zachary Fairlie, Spencer Fane LLP, 1000 Walnut Street, Suite 1400, Kansas City, MO 64106-2168 |
| aty | + | Zachery J McCraney, Holland & Hart, Po Box 2527, 800 W Main Street, Suite 1750 Boise, ID 83702-5974 |
| cr | + | Ad Hoc Committee of Corn Silage Growers, 153 East Main Street, PO Box 168, Jerome, ID 83338-0168 |
| fa |  | Amory Securities LLC, 200 North Pacific Hwy, Suite 1525, El Segundo, CA 90245 |
| cr | + | Automation Werx, LLC, Morrow & Fischer, PLLC, 4 Ogden Avenue, Nampa, ID 83651-2371 |
| cr | + | Blue Cross of Idaho Health Service, Inc, c/o Law Office of D. Blair Clark PC, 967 East Parkcenter Boulevard, #282, Boise, ID 83706, UNITED STATES 83706-6721 |
| crcm | + | Bruce A. Anderson, 320 East Neider Avenue, Suite 102, Coeur d'Alene, ID 83815-6007 |
| cr |  | Bunge Canada C/O David D. Farrell, David D. Farrell. Esq., One Bank Plaza, Suite 2700, St. Louis, MO 63101 |
| cr | + | Burks Tractor Company, Inc., 3140 Kimberly Road, Twin Falls, ID 83301-8516 |
| cr | + | Conterra Holdings, LLC d/b/a Conterra Ag Capital a, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| app | + | Davis Livestock, Inc., 780 E Cannibal Rd, Lewiston, UT 84320-2038 |
| cr | + | East Valley Development, LLC, c/o Avery Law, 3090 E Gentry Way, Ste 250, Meridian, ID 83642-3596 |
| app | + | Gale W. Harding and Associates, 329 W 7th S, Rexburg, ID 83440-9600 |
| sp | + | Givens Pursley LLP, Givens Pursley LLP, 601 W. Bannock, P.O. Box 2720, Boise, ID 83701-2720 UNITED STATES 83701-2720 |
| intp | + | Glanbia Foods Inc, c/o Robert A Faucher, POB 2527, Boise, ID 83701-2527 |
| cr | + | Idaho State Brand Department, 700 S. Stratford Dr., Meridian, ID 83642, UNITED STATES 83642-6202 |
| cr | + | MWI Veterinarian Supply, Inc., 3041 W PASADENA DRIVE, Boise, ID 83705, UNITED STATES 83705-4776 |
| cr | + | MetLife Real Estate Lending LLC, c/o Kimbell D. Gourley, 10801 Mastin Blvd, Suite 700, Overland Park, KS 66210-1673 |
| cr | + | Metropolitan Life Insurance Company, c/o Kimbell D. Gourley, 10801 Mastin BLVD, Suite 700, Overland Park, KS 66210-1673 |
| cr | + | Moss Farms Operations, LLC, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |

| District/off: 0976-8 | User: admin | Page 2 of 10 |
|---|---|---|
| Date Rcvd: Oct 07, 2024 | Form ID: pdf016 | Total Noticed: 198 |

| | | |
|---|---|---|
| cr | + | Moss Grain Partnership, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | PerforMix Nutrition Systems, LLC, MUNDING, P.S., 309 E. FARWELL RD., STE 310, Spokane, WA 99218, UNITED STATES 99218-8209 |
| cr | + | Rabo AgriFinance LLC, c/o Sheila R. Schwager, P.O. Box 1617, Boise, ID 83701-1617 |
| cr | + | Raft River Rural Electric Cooperative, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | Rexel USA, Inc dba Platt Electric Supply, McConnell Wagner Sykes + Stacey PLLC, 827 E. Park Blvd, Ste. 201, Boise, ID 83712-7782 |
| intp | + | Sandton Capital Partners LP, 16 W 46th Street, 1st Floor, New York, NY 10036-4503 |
| r | + | Schuil Ag Real Estate Inc, 5020 W Mineral King Ave, Visalia, CA 93291-5364 |
| cr | + | Standlee Ag Resources, c/o Miller Nash LLP, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| app | + | Summit Ag Appraisal Inc, 995 S 1150 E, Albion, ID 83311-9710 |
| br | + | The Forbes Securities Group LLC, DBA Forbes Partne, 6400 S Fiddlers Green Circle, Suite 850, Greenwood Village, CO 80111-4994 |
| cr | + | United Electric Co-op, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | | Valley Wide Cooperative Inc., c/o David W. Gadd, Stover, Gadd & Assoc., P.O. Box 1428, Twin Falls, ID 83303-1428 |
| cr | + | Viserion Grain, LLC, c/o Sawtooth Law Offices, PLLC, 213 Canyon Crest Dr., Ste 200, Twin Falls, ID 83301, UNITED STATES 83301-3053 |
| cr | + | Viterra USA Grain, LLC and Viterra USA Ingredients, c/o Racine Olson, PLLP, P.O. Box 1391, Pocatello, ID 83204-1391 |
| cr | + | Western States Equipment Co., 500 East Overland Road, Meridian, ID 83642-6606 |
| cr | + | Wilbur-Ellis Company LLC, c/o Matthew A. Sturzen, P.O. Box 2247, Salem, OR 97308-2247 |
| intp | | William Millenkamp, 473 S 300 W, Jerome, ID 83338 |
| cr | + | c/o David A. Coleman B & H Farming, Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| cr | + | c/o David A. Coleman Youree Land & Livestock, Inc., Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| 5338357 | + | A. Scott Jackson Trucking, Inc., c/o Williams Meservy & Larsen, LLP, Post Office Box 168, 153 East Main Street, Jerome, ID 83338-2332 |
| 5339172 | + | AAA Cow Comfort LLC, Po Box 307, Kimberly, ID 83341-0307 |
| 5339357 | + | ABS Global, 1525 River Rd., DeForest, WI 53532-2430 |
| 5352499 | + | ARNOLD MACHINERY COMPANY, 2975 West 2100 South, Salt Lake City, UT 84119-1273 |
| 5345130 | + | Addison Biological Laboratory, INC., 507 North Cleveland St., Fayette, MO 65248-1083 |
| 5341229 | + | Airgas USA, LLC, 110 West 7th St. Suite 1400, Tulsa, OK 74119-1077 |
| 5339859 | + | Alexander K. Reed, 4296 N 2100 E, Filer, ID 83328-5046 |
| 5339174 | + | Amalgamated Sugar, 1951 S Saturn Way, Ste 100, Boise, ID 83709-2924 |
| 5340188 | + | American Calf Products (Golden State Mixing, Inc.), 425 D Street, Turlock, CA 95380-5452 |
| 5336402 | + | Automation Werx, LLC, PO Box 3066, Idaho Falls, ID 83403-3066 |
| 5339552 | + | B & H Farming, an Idaho General Partnership, PO Box 123, Rupert, ID 83350-0123 |
| 5339175 | + | BS R Design Supplies, 198 Locust St S, Twin Falls, ID 83301-7832 |
| 5341673 | + | Blue Cross of Idaho, c/o D Blair Clark, Atty, 967 Parkcenter Blvd #282, Boise, ID 83706-6721 |
| 5341702 | + | Blue Cross of Idaho, c/o D. Blair Clark, Attorney, 967 E. Parkcenter Blvd., #282, Boise, ID 83706-6721 |
| 5339860 | + | Bo Stevenson dba B&A Farms, 1001 S 1900 E, Hazelton, ID 83335-5451 |
| 5345992 | + | Brandy A. Bartholomew, C/O Eric R. Clark, Attorney, P.O. Box 2504, Eagle, ID 83616-9118 |
| 5335094 | + | Bunge Canada, c/o David D. Farrell, THOMPSON COBURN LLP, One USBank Plaza, Suite 2700, Saint Louis, Missouri 63101-1693 |
| 5354690 | + | Burks Tractor Company, Inc., Oren B. Haker, Black Helterline LLP, 805 SW Broadway Suite 1900, Portland, OR 97205-3359 |
| 5350014 | + | CNH Industrial Capital America LLC, Kent Carter/Gordon Rees, One North Franklin, Suite 800, Chicago, IL 60606-3422 |
| 5339520 | + | Christopher Camardello, 1031 Mendota Heights Road, St. Paul, MN 55120-1419 |
| 5339861 | + | Clint D. Thompson, 298 N 200 W, Jerome, ID 83338-5372 |
| 5335499 | + | Coastline Equipment Company, 2000 E Overland Rd, Meridian, ID 83642-6665 |
| 5345020 | + | Connie Lapaseotes, Ltd., c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5339194 | + | Conrad Bishcoff Inc, 2251 N Holmes, PO Box 50106, Idaho Falls, ID 83405-0106 |
| 5338613 | + | Conterra Holdings, LLC dba Conterra Ag Capital as, c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5348879 | + | Daimler Truck Financial Services USA LLC, c/o Randall P. Mroczynski, Cooksey, Toolen, Gage, Duffy & Woog, 535 Anton Boulevard, Suite 1000, Costa Mesa, CA 92626-7664 |
| 5339521 | + | Dairy Tech, LLC, 1031 Mendota Heights Road, St. Paul, MN 55120-1419 |
| 5340867 | | David Clark, Clark Ambulatory Clinic, Inc., 1019 E 1020 S, Albion, ID 83311 |
| 5339862 | + | Douglas J. Grant, 2050 E 500 S, Hazelton, ID 83335-5006 |
| 5339863 | + | Dusty Brow Farms, Inc., 2601 E 1100 S, Hazelton, ID 83335-5623 |
| 5354704 | + | East Valley Development, LLC, c/o Adam Lewis, Esq., Morrison & Foerster LLP, 425 Market St., San Francisco CA 94105-2482 |
| 5339864 | + | Edward Chojnacky, 298 N 100 W, Jerome, ID 83338-5406 |
| 5336403 | + | Electrical Werx & Construction, LLC, PO Box 3066, Idaho Falls, ID 83403-3066 |
| 5336173 | + | Elevation Electric, LLC, 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5339196 | + | Eric Clark, Clark Associates, PO Box 2504, Eagle, ID 83616-9118 |
| 5339197 | + | Evans Plumbing, 111 Gulf Stream Lane, Hailey, ID 83333-7725 |
| 5339591 | + | Farmers Bank, PO Box 392, Buhl, ID 83316-0392 |
| 5345021 | + | Fredin Brothers, Inc., c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5339865 | + | Grant & Hagan, Inc., P.O. Box 326, Hazelton, ID 83335-0326 |

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 3 of 10 |
| Date Rcvd: Oct 07, 2024 | Form ID: pdf016 | Total Noticed: 198 |

| | | |
|---|---|---|
| 5339866 | + | Grant 4-D Farms LLC, 707 E 600 N, Rupert, ID 83350-9466 |
| 5345661 | + | Green Source Automation, LLC, 3506 Moore Road, Ceres, CA 95307-9402 |
| 5339198 | + | Hatfield Manufacturing Inc, 1823 Shoestring Rd, Gooding, ID 83330-5361 |
| 5353585 | + | Heeringa Construction LLC, 18521 E Queen Creek Rd, #105-481, Queen Creek, AZ 85142-5864 |
| 5339867 | + | Hollifield Ranches, Inc., 22866 Highway 30, Hansen, ID 83334-5028 |
| 5339199 | + | Idaho Dept of Lands, PO Box 83720, Boise, ID 83720-0003 |
| 5354954 | + | Idaho Materials & Construction, c/o Miller Nash LLP, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| 5339765 | + | Interstate Billing Service, Inc, PO box 2250, Decatur, AL 35609-2250 |
| 5345295 | + | J&C Hoof Trimming Inc., 3690 N 2570 E, Twin Falls, ID 83301-1004 |
| 5345360 | + | J.D. Heiskell Holdings, LLC, 17220 Wright St, Ste 200, Omaha, NE 68130-4667 |
| 5339201 | + | Jake Millenkamp, 1719 River Road, Buhl, ID 83316-5302 |
| 5349577 | + | James Farrell & CO, 13810 SE Eastgate Way, Suite 520, Bellevue, WA 98005-4467 |
| 5339868 | | Jean L. Thompson, 225 N 250 W, Jerome, ID 83338 |
| 5339202 | | Jeffrey E. Rolig, PO Box 5455, Twin Falls, ID 83303-5455 |
| 5345787 | | Jeffrey J. Grieve, P.O. Box 366, Twin Falls, ID 83303-0366 |
| 5339204 | + | K R Rental Inc, 256 A South 600 W, Heyburn, ID 83336-9750 |
| 5339205 | + | Keith D. and Janet Carlson, 3866 E 3800 N, Hansen, ID 83334-5012 |
| 5345788 | | Kenworth Sales Company, Inc., c/o Benoit Law, P.O. Box 366, Twin Falls, ID 83303-0366, , |
| 5339206 | + | Kinghorn Medical LLC, 248 S Cole Rd, Boise, ID 83709-0934 |
| 5345508 | + | Kraus Farms, LLC, 165 South 400 West, Rupert, ID 83350-9672, , |
| 5339541 | + | Land View, Inc., c/o Gery W. Edson, P.O. Box 448, Boise, ID 83701-0448 |
| 5350983 | + | Merck Animal Health, Attn: Legal Dept-Animal Health, 126 East Lincoln Avenue, Po Box 2000, Rahway, NJ 07065-0900 |
| 5349667 | + | MetLife Real Estate Lending, LLC, c/o Ron C. Bingham, II, Esq., Adams and Reese LLP, 3424 Peachtree Road, NE, Suite 1600, Atlanta, Georgia 30326-1139 |
| 5349670 | + | Metropolitan Life Insurance Company, a New York Co, c/o Ron C. Bingham, II, Esq., Adams and Reese LLP, 3424 Peachtree Road, NE, Suite 1600, Atlanta, Georgia 30326-1139 |
| 5339870 | + | Michael Chojnacky, 51 W 600 N, Jerome, ID 83338-5016 |
| 5345659 | + | Moss Grain Partnership, 301 Scott Ave. Suite 4, Rupert, ID 83350-5100 |
| 5341333 | + | NAPA Auto Parts, P.O. Box 1425, Twin Falls, ID 83303-1425 |
| 5354689 | + | Oren B. Haker, Black Helterline LLP, 805 SW Broadway Suite 1900, Portland, OR 97205-3359 |
| 5339207 | + | Overhead Door, 489 S. Locust, Twin Falls, ID 83301-7849 |
| 5344741 | + | PTG of Idaho, LLC, c/o Holland N. O'Neil, Foley & Lardner L, 2021 McKinney Avenue, Ste. 1600, Dallas, TX 75201-3340 |
| 5339208 | + | Pan American Life Insurance, 1778 N Plano Rd, Ste 310, Richardson, TX 75081-1958 |
| 5342126 | + | PerforMix Nutrition Systems, 2201 N 20th Street, Nampa, ID 83687-6849 |
| 5339209 | + | Pivot Man Inc, Robin Jones, PO Box 355, Paul, ID 83347-0355 |
| 5345022 | + | Prime Ridge Beef LLC, c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5356686 | + | Pro Rentals & Sales, PO Box 5450, C12, Kalispell, MT 59903-5450 |
| 5339210 | + | Pro Tech Service Company, 1550 Kimberly Rd, Twin Falls, ID 83301-7341 |
| 5346177 | + | Progressive Dairy Service & Supplies Corp., 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5336174 | + | Progressive Dairy Service & Supply Corp., 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5345667 | | Rabo AgriFinance LLC, as Administrative Agent, c/o Sheila Schwager, Hawley Troxell Ennis & Hawley, LLP, P.O. Box 1617, Boise, ID 83701-1617 |
| 5346019 | + | Rexel USA, Inc dba Platt Electric Supply, 827 E. Park Blvd, Ste. 201, Boise, Idaho 83712-7782 |
| 5339211 | + | Roark Law Offices, 950 Bannock St., 11th Fl., Boise, ID 83702-5999 |
| 5343428 | + | Rocky Mountain Agronomics, 1912 West Main Street, Burley, ID 83318-1611 |
| 5336660 | | Rogers Machinery Company, Inc., PO Box 230429, Portland, OR 97281-0429 |
| 5339212 | + | Schmidt Cattle Hauling, 848 E 3400 N, Castleford, ID 83321-6422 |
| 5339213 | + | Schow's Truck Center, PO Box 2208, Decatur, AL 35609-2208 |
| 5345789 | | Sheila R. Schwager, Hawley Troxell ennis & Hawley LLP, P.O. Box 1617, Boise, ID 83701-1617 |
| 5339214 | + | Six States Distributors Inc, 29787 Network Place, Chicago, IL 60673-1297 |
| 5339215 | + | SprinklerShop Inc, PO Box 599, Paul, ID 83347-0599 |
| 5345131 | | St. Genetics, Inguran USA, INC., 22575 State Hwy 6 South, Navasota, TX 77868-8297 |
| 5339872 | + | Standing 16 Ranch Land Company, LLC, 335 W 300 N, Jerome, ID 83338-5217 |
| 5339876 | + | Standlee Ag Resources, c/o Miller Nash, LLP, Attn: Louis Spiker, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| 5339873 | + | Star Falls Farms, LLC, 1908 E 1300 S, Hazelton, ID 83335-5428 |
| 5339874 | + | Steel Ranch LLC, 2597 E 1100 S, Hazelton, ID 83335-5621 |
| 5354401 | + | Steven R. Hogan II, 409 S. 17th Street #500, Omaha, NE 68102-2603 |
| 5339216 | + | Stotz Equipment, 2670 Kimberly Rd E, Twin Falls, ID 83301-7984 |
| 5354402 | + | The Dairy Solutions Group, 409 S. 17th Street #500, Omaha, NE 68102-2603 |
| 5342832 | + | The Sprinkler Shop, P.O. Box 599, Paul, ID 83347-0599 |
| 5339875 | + | Triple C Farms, LLC, 474 S 500 W, Jerome, ID 83338-6027 |
| 5347829 | + | Valley Wide Cooperative Inc., c/o David W. Gadd, Stover, Gadd & Associates, PLLC, P.O. Box 1428, Twin Falls, Idaho 83303-1428 |
| 5347503 | + | Viserion Grain LLC, 385 Broadway St, Boulder, CO 80305-3303 |

| District/off: 0976-8 | User: admin | Page 4 of 10 |
|---|---|---|
| Date Rcvd: Oct 07, 2024 | Form ID: pdf016 | Total Noticed: 198 |

| | | |
|---|---|---|
| 5339554 | + | Viterra USA Grain, LLC, 1331 Capitol Ave., Omaha, NE 68102-1197 |
| 5339553 | + | Viterra USA Ingredients, LLC, 1331 Capitol Ave., Omaha, NE 68102-1197 |
| 5338166 | + | Wag Services, Inc., 8121 W HARRISON ST, Tolleson, AZ 85353-3328, , |
| 5339217 | + | Wendell Truck and Auto, PO Box 213, 356 S Idaho St, Wendell, ID 83355-5209 |
| 5339218 | + | Western Construction Inc, PO Box 15569, Boise, ID 83715-5569 |
| 5335378 | + | Westway Feed, BARR Credit Services, 3444 N Country Club Rd, Ste 200, Tucson, AZ 85716-0815 |
| 5341725 | + | Wilbur-Ellis Nutrition, LLC, c/o Matthew A. Sturzen, PO Box 2247, Salem, OR 97308-2247 |
| 5338356 | + | Williams, Meservy & Larsen, Post Office Box 168, 153 East Main Street, Jerome, ID 83338-2332 |
| 5342349 | + | Young CDJR of Burley, LLC, PO Box 1530, Layton, UT 84041-6553 |
| 5336406 | + | Youree Land & Livestock Inc., 3953 North 3300 East, Twin Falls, ID 83301-0348 |

TOTAL: 170

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| aty | + | Email/Text: mkremer@omm.com | Oct 07 2024 23:04:00 | Matthew Kremer, 7 Times Square, New York, NY 10036-6524 |
| acc | + | Email/Text: ar@coopernorman.com | Oct 07 2024 23:04:00 | Cooper Norman, PO Box 5399, Twin Falls, ID 83303-5399 |
| intp | + | Email/Text: DAN@RACINELAW.NET | Oct 07 2024 23:04:00 | Idaho AgCredit, c/o Daniel C. Green, Racine Olson, PLLP, P. O. Box 1391, Pocatello, ID 83204-1391 |
| cr | | Email/Text: dann@lvf.com | Oct 07 2024 23:04:00 | Land View, Inc., P.O. Box 475, Rupert, ID 83350 |
| 5339173 | ^ | MEBN | Oct 07 2024 22:53:30 | Airgas USA LLC, PO Box 734445, Chicago, IL 60673-4445 |
| 5342707 | | Email/PDF: bncnotices@becket-lee.com | Oct 07 2024 23:12:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5345658 | | Email/Text: tnelson@gibbygroup.com | Oct 07 2024 23:04:00 | Carne I Corp., 134 E. Highway 81, Burley, ID 83318 |
| 5335227 | | Email/Text: bankruptcylegal@lumen.com | Oct 07 2024 23:04:00 | CenturyTel Service Group, LLC dba CenturyLink, Lumen Technologies Group, 931 14th Street, 9th Floor (Attn: Legal-, Denver, CO 80202 |
| 5339191 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2024 23:12:26 | Capitol One, PO Box 60599, City of Industry, CA 91716-0599 |
| 5344923 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 07 2024 23:04:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 5339192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2024 23:12:24 | Citi Cards, PO Box 78019, Phoenix, AZ 85062-8019 |
| 5339193 | | Email/Text: fnrobinson@coloniallife.com | Oct 07 2024 23:04:00 | Colonial Life, Processing Center, PO Box 1365, Columbia, SC 29202-1365 |
| 5339195 | + | Email/Text: marlene@daritech.com | Oct 07 2024 23:04:00 | Daritech, 8540 Benson Rd, Lynden, WA 98264-9711 |
| 5345915 | + | Email/Text: legal@fastenal.com | Oct 07 2024 23:04:00 | Fastenal Company, 2001 Theurer Blvd., ATTN: LEGAL, Winona, MN 55987-9902 |
| 5336661 | | Email/Text: sandy.gjv@gmail.com | Oct 07 2024 23:04:00 | G.J. Verti-Line Pumps, Inc., PO Box 892, Twin Falls, ID 83303-0892 |
| 5339200 | | Email/Text: tnelson@gibbygroup.com | Oct 07 2024 23:04:00 | Innovative Food SolutionsUSA, Attn: Jordan Bowen, 134 E. Highway 81, Burley, ID 83318 |
| 5340509 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 07 2024 23:04:00 | IRS, Centralized Insolvency Oper., PO Box 7346, Philadelphia, PA 19101-7346 |
| 5339526 | + | Email/Text: bankruptcynotices@tax.idaho.gov | Oct 07 2024 23:04:00 | Idaho State Tax Commission, PO Box 36, Boise, ID 83722-0036 |

| District/off: 0976-8 | User: admin | Page 5 of 10 |
|---|---|---|
| Date Rcvd: Oct 07, 2024 | Form ID: pdf016 | Total Noticed: 198 |

| | | | | |
|---|---|---|---|---|
| 5339527 | + | Email/Text: BKRMailOps@weltman.com | Oct 07 2024 23:04:00 | JOHN DEERE FINANCIAL, c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5339203 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 07 2024 23:12:23 | JP Morgan Chase, PO Box 6294, Carol Stream, IL 60197 |
| 5338039 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 07 2024 23:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5339016 | + | Email/Text: BKRMailOps@weltman.com | Oct 07 2024 23:04:00 | John Deere Construction and Forestry Company, c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5339015 | + | Email/Text: BKRMailOps@weltman.com | Oct 07 2024 23:04:00 | John Deere Financial, f.s.b., c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5345606 | + | Email/Text: ZyCredit.A.User@lesschwab.com | Oct 07 2024 23:04:00 | LES SCHWAB TIRE CENTERS OF IDAHO, LLC, PO BOX 5350, BEND, OR 97708-5350 |
| 5335058 | + | Email/Text: thomas.riggleman@staples.com | Oct 07 2024 23:04:00 | Quill Corporation, PO Box 102419, Columbia, SC 29224-2419 |
| 5342352 | | Email/Text: accounting@schaefferoil.com | Oct 07 2024 23:04:00 | Schaeffer Manufacturing Company, c/o Denis McCarthy, 2600 S Broadway, St. Louis, MO 63118 |
| 5336530 | + | Email/Text: creditdept@agmotion.com | Oct 07 2024 23:04:00 | US Commodities, LLC, 730 Second Avenue S. Suite 700, Minneapolis, MN 55402-2480, , |
| 5342351 | + | Email/Text: arbankruptcy@uline.com | Oct 07 2024 23:04:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | O'Melveny & Myers LLP |
| cr | | Brandy Ann Bartholomew |
| cr | | CNH Industrial Capital America LLC |
| cr | | JOHN DEERE FINANCIAL |
| fa | | Kander, LLC |
| cr | | MWI Veterinary Supply Inc. |
| cr | | McAlvain Concrete, Inc. |
| cr | | Official Committee Of Unsecured Creditors |
| cr | | Rocky Mountain Agronomics, Inc. |
| 5339219 | | #3924637 |
| 5338201 | | A K Trucking1897 E 990 S Hazelton, ID 83335, A. Scott Jackson TruckingPO Box 56 Jerom, A. Scott JacksonTrucking Inc PO Box 56 J, ABS Global Inc Box 22144 Network Place C, Addison Biological Lab 507 N Cleveland S, Aden Brook Trading CorpPO Box 217 Montgo |
| 5337874 | | Badger Bearing PTP, Inc |
| 5350001 | | MWI Veterinary Supply |
| 5334742 | | NameAddress1Address2Address3CityStateZip, 116 & West805 W Idaho StSte 300Boise, 2020 Window ServicePO Box 6056Twin F, A & K Trucking1897 E 990 SHazeltonI, A. Scott Jackson TruckingPO Box 56Je, A. Scott JacksonTrucking IncPO Box 56 |
| 5346022 | | Rexel USA, Inc. dba Platt Electric Supply |
| aty | *+ | Bruce A. Anderson, 320 East Neider Avenue, Suite 102, Coeur d'Alene, ID 83815-6007 |
| aty | *+ | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| cr | *+ | Amalgamated Sugar Company, 1951 S. Saturn Way, Suite 100, Boise, ID 83709-2924 |
| cr | * | Elevation Electric, LLC, 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| cr | * | Progressive Dairy Service & Supply Corp., 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| 5345729 | *+ | Amalgamated Sugar Company, 1951 S. Saturn Way, Suite 100, Boise, ID 83709-2924 |
| 5345775 | *+ | Amalgamated Sugar Company, 1951 S. Saturn Way, Suite 100, Boise, ID 83709-2924 |
| 5342727 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| District/off: 0976-8 | User: admin | Page 6 of 10 |
|---|---|---|
| Date Rcvd: Oct 07, 2024 | Form ID: pdf016 | Total Noticed: 198 |

| 5338938 | *+ | Conterra Holdings, LLC dba Conterra Ag Capital as, c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5338040 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5354657 | *+ | Viserion Grain, LLC, 385 Broadway Street, Boulder, CO 80305-3303 |
| aty | ##+ | Karyn Lloyd, Gordon Rees Scully Mansukhani, LLP, 999 W Main Street, 100, Boise, ID 83702-9001 |

TOTAL: 15 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2024         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Adam Aiken Lewis
    on behalf of Creditor East Valley Development  LLC alewis@mofo.com

Alexandra O Caval
    on behalf of Interested Party William Millenkamp alex@cavallawoffice.com  R71985@notify.bestcase.com

Andrew J. Schoulder
    on behalf of Creditor Rabo AgriFinance LLC andrew.schoulder@nortonrosefulbright.com nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com

Brent Russel Wilson
    on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com  amay@hawleytroxell.com

Brett R Cahoon
    on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov

Brian Faria
    on behalf of Creditor Viserion Grain  LLC brian@sawtoothlaw.com

Bruce A. Anderson
    on behalf of Creditor Committee Bruce A. Anderson baafiling@eaidaho.com

Cheryl Rambo
    on behalf of Creditor Idaho State Brand Department cheryl.rambo@isp.idaho.gov

Connor Bray Edlund
    on behalf of Creditor McAlvain Concrete  Inc. edlund@mwsslawyers.com, lemieux@mwsslawyers.com

D Blair Clark
    on behalf of Creditor Blue Cross of Idaho Health Service  Inc dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com

Daniel C Green
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net

Daniel C Green
    on behalf of Interested Party Idaho AgCredit dan@racineolson.com  mcl@racinelaw.net

David A Coleman
    on behalf of Creditor c/o David A. Coleman Youree Land & Livestock  Inc. david@colemanjacobsonlaw.com

David A Coleman

| District/off: 0976-8 | User: admin | Page 7 of 10 |
|---|---|---|
| Date Rcvd: Oct 07, 2024 | Form ID: pdf016 | Total Noticed: 198 |

| | |
|---|---|
| | on behalf of Creditor Eagle Creek Northwest LLC david@colemanjacobsonlaw.com |
| David A Coleman | |
| | on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com |
| David T Krueck | |
| | on behalf of Creditor Amalgamated Sugar Company dkrueck@hawleytroxell.com jdeshaw@perkinscoie.com;docketboi@perkinscoie.com |
| David W. Gadd | |
| | on behalf of Creditor Valley Wide Cooperative Inc. dwg@magicvalleylaw.com  jfb@magicvalleylaw.com |
| Eric R Clark | |
| | on behalf of Creditor Brandy Ann Bartholomew eclark101@hotmail.com  eclark@ericrclarkattorney.com |
| Eric R Clark | |
| | on behalf of Creditor Brandy Bartholomew eclark101@hotmail.com  eclark@ericrclarkattorney.com |
| Evan Thomas Roth | |
| | on behalf of Creditor Viserion Grain  LLC evan@sawtoothlaw.com |
| Gabriel Luis Olivera | |
| | on behalf of Creditor Official Committee Of Unsecured Creditors golivera@omm.com  gabriel-olivera-3960@ecf.pacerpro.com |
| Gery W Edson | |
| | on behalf of Creditor Land View  Inc. gedson@gedson.com, tfurey@gedson.com |
| Heidi Buck Morrison | |
| | on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC heidi@racineolson.com, mandy@racineolson.com |
| Holly Roark | |
| | on behalf of Creditor Elevation Electric  LLC holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net |
| Holly Roark | |
| | on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net |
| James Niemeier | |
| | on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com |
| James Justin May | |
| | on behalf of Debtor Millenkamp Cattle  Inc jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;lnh@johnsonmaylaw.com |
| Janine Patrice Reynard | |
| | on behalf of Creditor East Valley Development  LLC janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com |
| Jason Ronald Naess | |
| | on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov |
| Jed W. Manwaring | |
| | on behalf of Creditor MWI Veterinarian Supply  Inc. jwm@elamburke.com, jh@elamburke.com |
| John O'Brien | |
| | on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com |
| John D Munding | |
| | on behalf of Creditor PerforMix Nutrition Systems  LLC john@mundinglaw.com |
| John F Kurtz, Jr | |
| | on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com  tnd@kurtzlawllc.com |
| Jon B Evans | |
| | on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com  sattler.carla@dorsey.com |
| Joseph Mark Wager, Jr. | |
| | on behalf of Creditor Rexel USA  Inc dba Platt Electric Supply wager@mwsslawyers.com, wstewart@mwsslawyers.com;seannegan@sneganlaw.com;reception@mwsslawyers.com |
| Julian Gurule | |
| | on behalf of Creditor Official Committee Of Unsecured Creditors jgurule@omm.com  julian-gurule-5732@ecf.pacerpro.com |
| Karyn Lloyd | |
| | on behalf of Creditor CNH Industrial Capital America LLC klloyd@grsm.com |
| Kim J Trout | |
| | on behalf of Creditor Rocky Mountain Agronomics  Inc. ktrout@trout-law.com |
| Kimbell D Gourley | |

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 8 of 10 |
| Date Rcvd: Oct 07, 2024 | Form ID: pdf016 | Total Noticed: 198 |

Kimbell D Gourley
    on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com shudson@idalaw.com

    on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com shudson@idalaw.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Cattle Inc krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Black Pine Cattle LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Family LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Financial Advisor Kander LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Attorney Krystal R Mikkilineni krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Enterprises LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Properties L.L.C. krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Idaho Jersey Girls LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Goose Ranch LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Properties II LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor East Valley Cattle LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Laura E Burri
    on behalf of Creditor Automation Werx LLC lburri@morrowfischer.com, klee@morrowfischer.com

Louis V. Spiker
    on behalf of Creditor Standlee Ag Resources louis.spiker@millernash.com louis.spiker@millernash.com

Mark Bradford Perry
    on behalf of Creditor Burks Tractor Company Inc. mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com

Mark Bradford Perry
    on behalf of Defendant Burks Tractor Company Inc. mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com

Matthew Kremer
    on behalf of Creditor Official Committee Of Unsecured Creditors mkremer@omm.com matthew-kremer-0858@ecf.pacerpro.com

Matthew A Sturzen
    on behalf of Creditor Wilbur-Ellis Company LLC matt@shermlaw.com bjorn@shermlaw.com;gina@shermlaw.com

Matthew T. Christensen
    on behalf of Debtor East Valley Cattle LLC mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Idaho Jersey Girls LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Enterprises LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Black Pine Cattle LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Family LLC mtc@johnsonmaylaw.com

| District/off: 0976-8 | User: admin | Page 9 of 10 |
|---|---|---|
| Date Rcvd: Oct 07, 2024 | Form ID: pdf016 | Total Noticed: 198 |

|  |  |
|---|---|
|  | mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Goose Ranch LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Cattle  Inc mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Properties II LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Properties  L.L.C. mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Attorney Matthew T. Christensen mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew W Grimshaw | on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com |
| Meredith Leigh Thielbahr | on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com  ckaiser@grsm.com |
| Miranda K. Russell | on behalf of Creditor East Valley Development  LLC mrussell@mofo.com |
| Morton R. Branzburg | on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com |
| Oren B. Haker | on behalf of Creditor Burks Tractor Company  Inc. oren.haker@bhlaw.com |
| Rhett Michael Miller | on behalf of Creditor Moss Farms Operations  LLC rmiller@magicvalley.law |
| Rhett Michael Miller | on behalf of Creditor United Electric Co-op  Inc. rmiller@magicvalley.law |
| Rhett Michael Miller | on behalf of Creditor Raft River Rural Electric Cooperative  Inc. rmiller@magicvalley.law |
| Rhett Michael Miller | on behalf of Creditor Moss Grain Partnership rmiller@magicvalley.law |
| Robert A Faucher | on behalf of Interested Party Glanbia Foods Inc rfaucher@hollandhart.com boiseintaketeam@hollandhart.com;spturner@hollandhart.com |
| Robert E Richards | on behalf of Debtor Millenkamp Cattle  Inc robert.richards@dentons.com, docket.general.lit.chi@dentons.com |
| Scott C Powers | on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mwatson@spencerfane.com |
| Sheila Rae Schwager | on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com |
| Thomas E Dvorak | on behalf of Special Counsel Givens Pursley LLP ted@givenspursley.com  s274@givenspursley.com;kad@givenspursley.com |
| Thomas E Dvorak | on behalf of Debtor Millenkamp Cattle  Inc ted@givenspursley.com, s274@givenspursley.com;kad@givenspursley.com |
| Tirzah R. Roussell |  |

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 10 of 10 |
| Date Rcvd: Oct 07, 2024 | Form ID: pdf016 | Total Noticed: 198 |

|  |  |
|---|---|
| | on behalf of Debtor Millenkamp Properties  L.L.C. tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Debtor Millenkamp Cattle  Inc tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Debtor Millenkamp Enterprises LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Debtor Idaho Jersey Girls LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Debtor Millenkamp Properties II LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Debtor Black Pine Cattle LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Realtor Schuil Ag Real Estate Inc tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Debtor Millenkamp Family LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Debtor East Valley Cattle  LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Debtor Goose Ranch LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Attorney Krystal R Mikkilineni tirzah.roussell@dentons.com |
| Tirzah R. Roussell | |
| | on behalf of Appraiser Gale W. Harding and Associates tirzah.roussell@dentons.com |
| US Trustee | |
| | ustp.region18.bs.ecf@usdoj.gov |
| William K Carter | |
| | on behalf of Creditor CNH Industrial Capital America LLC kentcarter@grsm.com |
| Zachary Fairlie | |
| | on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com |

TOTAL: 100