UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | |
| ☒ ALL DEBTORS | Jointly Administered With Case Nos.: |
| ☐ Millenkamp Cattle, Inc. | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Idaho Jersey Girls | 24-40160-NGH (East Valley Cattle) 24-40161-NGH (Millenkamp Properties) |
| ☐ East Valley Cattle | 24-40162-NGH (Millenkamp Properties II) 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Properties | 24-40164-NGH (Goose Ranch) 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Properties II | 24-40167-NGH (Millenkamp Enterprises) 24-40165-NGH (Idaho Jersey Girls Jerome |
| ☐ Millenkamp Family | Dairy) |
| ☐ Goose Ranch | |
| ☐ Black Pine Cattle | Chapter 11 Cases |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**STIPULATED ORDER GRANTING THE DEBTORS' APPLICATION TO EMPLOY HEIDA LAW OFFICE, PLLC AS SPECIAL COUNSEL**

This matter before the Court is the *Application to Employ Heida Law Office, PLLC, as*

#4134089

*Special Counsel for Debtors* (Docket No. 570) (the "Application") filed by the Debtors Millenkamp Cattle, Inc. et al. (the "Debtors"); and the Court, having reviewed the Application, finds that the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Application was sufficient under the circumstances and that no further notice need be given; and the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and with Rabo AgriFinance LLC's objection (Docket No. 589) being resolved as detailed in this Order, and after due deliberation and sufficient cause appearing, therefore;

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Application is GRANTED, pursuant to 11 U.S.C. § 327(e), and under the terms as set forth in the Application and herein.

2. The Debtors are authorized to employ Heida Law Office, PLLC (the "Applicant") to represent the interests of the Debtors to collect an open balance with Narciso Perez Cattle & Trading, LLC with any attorney-client privilege between the Debtors and the Applicant being limited to this specific collection matter.

3. The Debtors will file additional Applications to Employ the Applicant, to represent the Debtors, as needed, as to any other collection matter.

4. The Applicant will not charge attorney fees on an hourly or contingency basis for its services in the collection against Narciso Perez Cattle & Trading, as stated in the Application.

5. The Application was appropriate under the circumstances and in compliance with the Bankruptcy Code and Bankruptcy Rules.

59797.0007.17670767.1

6.  This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

7.  ~~Given this Order, the telephonic hearing on the Application presently set for October 10, 2024, at 1:30 p.m. (MT) is VACATED.~~ //end of text//

DATED: October 14, 2024



_____

NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by:

Krystal R. Mikkilineni
Matthew T. Christensen
Attorneys for the Debtors

Approved as to form and content:

/s/ *Brent R. Wilson*
Brent R. Wilson, Rabo AgriFinance LLC

Approved as to form:

/s/ *Brett R. Cahoon*
Brett R. Cahoon, Office of the United States Trustee