UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**ORDER GRANTING THE DEBTORS' AMENDED APPLICATION TO EMPLOY KANDER, LLC AS FINANCIAL ADVISOR**

The Debtors' *Application to Employ Financial Advisor for Debtors in Possession* (Docket

#4110527

No. 13) and *Amended Application to Employ Financial Advisor for Debtors in Possession* (Docket No. 569) (the "Application"); and the Court, having reviewed the Application, finds that the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Application was sufficient under the circumstances and that no further notice need be given; and the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and no objections having been filed; and after due deliberation and sufficient cause appearing, therefore:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Application is GRANTED and the Debtors are authorized to employ Kander, LLC pursuant to 11 U.S.C. § 327(a) under the terms as set forth in the Application.

2. The Application was appropriate under the circumstances and in compliance with the Bankruptcy Code and Bankruptcy Rules.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4. All applications for compensation for Kander, LLC shall be subject to review by this Court pursuant to 11 U.S.C. §§ 330 and 331.

//end of text//

DATED: October 15, 2024

_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by:

Krystal R. Mikkilineni
Matthew T. Christensen
Attorney for the Debtors



Approved as to form:

/s/  *Brett R. Cahoon*
Brett R. Cahoon, Office of the United States Trustee

Case 24-40158-NGH    Doc 674    Filed 10/15/24    Entered 10/17/24 08:43:38    Desc Main
                        Document      Page 3 of 3