Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH<br>Chapter 11 |
| Filing relates to:<br><br>☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 2024 - 1**

**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 2024**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS' COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER INTERESTED PARTIES**

**PLEASE TAKE NOTICE** that the professionals listed on **Exhibit A** hereto (the "Professionals") have applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing September 1, 2024, and ending September 30, 2024 (the "Application Period"). As detailed on Exhibit A, the Professionals seek allowance and payment of interim compensation for 75% of fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee and Expense Reimbursement Procedures* (Dkt. 303), entered on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States trustee, the Debtors, and any Official Committee of Unsecured Creditors appointed herein.

If any objection is timely filed and served, the Debtors will pay the Professionals whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING October 17, 2024.

DATED this 17th day of October, 2024.

GIVENS PURSLEY LLP


By  /s/ Thomas E. Dvorak
     Thomas E. Dvorak – Of the Firm
     Special Counsel for the Debtors

`

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of October, 2024, I filed the foregoing **NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 2024** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Morton R. Branzburg**
mbranzburg@klehr.com

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**William K. Carter**
kentcarter@grsm.com

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**Brian Faria**
brian@sawtoothlaw.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Adam Aiken Lewis**
alewis@mofo.com

**Karyn Lloyd**
klloyd@grsm.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**John D. Munding**
john@mundinglaw.com

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**James Niemeier**
jniemeier@mcgrathnorth.com

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-
9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**Joseph Mark Wager**                                    **Brent R. Wilson**
wager@mwsslawyers.com                              bwilson@hawleytroxell.com
wstewart@mwsslawyers.com                         amay@hawleytroxell.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

        AND, I FURTHER CERTIFY that on such date I served the foregoing **NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 2024** on the following non-CM/ECF Registered Participants in the manner indicated:

| | |
|---|---|
| Millenkamp Cattle, Inc<br>471 North 300 West<br>Jerome, ID 83338 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Richard Bernard<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Ron C. Bingham<br>3424 Peachtree Road NE, Ste. 1600<br>Atlanta, GA 30326 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Morton R Branzburg<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market St., Ste. 1400<br>Philadelphia, PA 19103 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Bunge Canada C/O David D. Farrell<br>David D. Farrell. Esq.<br>One Bank Plaza, Ste. 2700<br>St. Louis, MO 63101 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| W. Kent Carter<br>One North Franklin, Ste. 800<br>Chicago, IL 60606 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

Davis Livestock, Inc.                          (X) U.S. Mail, Postage Prepaid
780 E Cannibal Rd                              ( ) Hand Delivered
Lewiston, UT 84320                             ( ) Overnight Mail
                                               ( ) Facsimile


Scott F. Gautier                               (X) U.S. Mail, Postage Prepaid
1800 Century Park East, Ste. 1500              ( ) Hand Delivered
Los Angeles, CA 90067                          ( ) Overnight Mail
                                               ( ) Facsimile


Oren Buchanan Haker                            (X) U.S. Mail, Postage Prepaid
Black Helterline LLP                           ( ) Hand Delivered
805 SW Broadway, Ste. 1900                     ( ) Overnight Mail
Portland, OR 97205                             ( ) Facsimile


Zachery J McCraney                             (X) U.S. Mail, Postage Prepaid
Holland & Hart                                 ( ) Hand Delivered
P.O. Box 2527                                  ( ) Overnight Mail
800 W Main Street, Ste 1750                    ( ) Facsimile
Boise, ID 83701


Cooper Norman                                  (X) U.S. Mail, Postage Prepaid
P.O. Box 5399                                  ( ) Hand Delivered
Twin Falls, ID 83303                           ( ) Overnight Mail
                                               ( ) Facsimile


Domenic E Pacitti                              (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP            ( ) Hand Delivered
919 Market Street, Ste. 1000                   ( ) Overnight Mail
Wilmington, DE 19801                           ( ) Facsimile


Nikolaus F Schandlbauer                        (X) U.S. Mail, Postage Prepaid
20 F Street NW, Ste. 500                        ( ) Hand Delivered
Washington DC, 20001                           ( ) Overnight Mail
                                               ( ) Facsimile


Michael R Stewart                              (X) U.S. Mail, Postage Prepaid
2200 Wells Fargo Center                        ( ) Hand Delivered
90 South Seventh Street                        ( ) Overnight Mail
Minneapolis, MN 55402                          ( ) Facsimile


**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
SEPTEMBER 2024 - 8**

Summit Ag Appraisal Inc                         (X) U.S. Mail, Postage Prepaid
995 S 1150 E                                    ( ) Hand Delivered
Albion, ID 83311                                ( ) Overnight Mail
                                                ( ) Facsimile

The Forbes Securities Group LLC, DBA Forbes     (X) U.S. Mail, Postage Prepaid
Partners as Investment Banker                   ( ) Hand Delivered
6400 S Fiddlers Green Circle, Ste. 850          ( ) Overnight Mail
Greenwood Village, CO 80111                     ( ) Facsimile


                                        _*/s/ Thomas E. Dvorak*_____
                                        Thomas E. Dvorak

Exhibit A

Exhibit A

Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | |
| MILLENKAMP CATTLE, INC., | Case No. 24-40158-NGH<br>Chapter 11 |
| Debtor. | |
| Filing relates to: | |
| | Jointly Administered With<br>Case Nos.: |
| ☒ ALL DEBTORS | |
| ☐ Millenkamp Cattle, Inc. | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Idaho Jersey Girls | 24-40160-NGH (East Valley Cattle) |
| ☐ East Valley Cattle | 24-40161-NGH (Millenkamp Properties) |
| ☐ Millenkamp Properties | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome |
| ☐ Idaho Jersey Girls Jerome Dairy | Dairy) |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 - 1**

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024**

Givens Pursley LLP (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of September 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Dkt. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.      The Firm is Special Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor") by virtue of the Application to Employ Special Counsel for Debtor in Possession (Dkt. 511) and the Court's Order Authorizing Employment of Special Counsel (Dkt. 577), entered on August 27, 2024. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.      The Firm billed a total of $11,677.00 in fees and expenses during the Application Period. The total fees represent 28.50 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| September 1-30, 2024 | $11,677.00 | $0.00 | $11,677.00 |

C.      Accordingly, the Firm seeks allowance of interim compensation in the amount of $8,224.13 at this time. This total is comprised as follows: $8,757.75 (75% of the fees for services rendered) and $0.00 in costs (100% of the expenses incurred).

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 - 2**

Attached hereto as **Exhibit A** is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

D.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

E.      The Firm does not have any funds in its client trust account on behalf of the Debtor. Accordingly, the Debtor will pay the full requested amount of $8,757.75 from its accounts at its discretion.

WHEREFORE, the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATED this 17th day of October, 2024.

GIVENS PURSLEY LLP


By  _/s/ Thomas E. Dvorak_____
        Thomas E. Dvorak – Of the Firm
        Special Counsel for the Debtors

`

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of October, 2024, I filed the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Morton R. Branzburg**
mbranzburg@klehr.com

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**William K. Carter**
kentcarter@grsm.com

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**Brian Faria**
brian@sawtoothlaw.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Adam Aiken Lewis**
alewis@mofo.com

**Karyn Lloyd**
klloyd@grsm.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**John D. Munding**
john@mundinglaw.com

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**James Niemeier**
jniemeier@mcgrathnorth.com

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-
9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
SEPTEMBER 2024 - 6**

**Joseph Mark Wager**
wager@mwsslawyers.com
wstewart@mwsslawyers.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

**Brent R. Wilson**
bwilson@hawleytroxell.com
amay@hawleytroxell.com

   AND, I FURTHER CERTIFY that on such date I served the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER  2024** on the following non-CM/ECF Registered Participants in the manner indicated:

Millenkamp Cattle, Inc        (X) U.S. Mail, Postage Prepaid
471 North 300 West         ( ) Hand Delivered
Jerome, ID 83338          ( ) Overnight Mail
               ( ) Facsimile

Richard Bernard          (X) U.S. Mail, Postage Prepaid
1177 Avenue of the Americas      ( ) Hand Delivered
41st Floor            ( ) Overnight Mail
New York, NY 10036        ( ) Facsimile

Ron C. Bingham          (X) U.S. Mail, Postage Prepaid
3424 Peachtree Road NE, Ste. 1600    ( ) Hand Delivered
Atlanta, GA 30326         ( ) Overnight Mail
               ( ) Facsimile

Morton R Branzburg        (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP   ( ) Hand Delivered
1835 Market St., Ste. 1400      ( ) Overnight Mail
Philadelphia, PA 19103       ( ) Facsimile

Bunge Canada C/O David D. Farrell    (X) U.S. Mail, Postage Prepaid
David D. Farrell. Esq.        ( ) Hand Delivered
One Bank Plaza, Ste. 2700      ( ) Overnight Mail
St. Louis, MO 63101        ( ) Facsimile

W. Kent Carter          (X) U.S. Mail, Postage Prepaid
One North Franklin, Ste. 800      ( ) Hand Delivered
Chicago, IL 60606         ( ) Overnight Mail
               ( ) Facsimile

Davis Livestock, Inc.                         (X) U.S. Mail, Postage Prepaid
780 E Cannibal Rd                             ( ) Hand Delivered
Lewiston, UT 84320                            ( ) Overnight Mail
                                              ( ) Facsimile


Scott F. Gautier                              (X) U.S. Mail, Postage Prepaid
1800 Century Park East, Ste. 1500             ( ) Hand Delivered
Los Angeles, CA 90067                         ( ) Overnight Mail
                                              ( ) Facsimile


Oren Buchanan Haker                           (X) U.S. Mail, Postage Prepaid
Black Helterline LLP                          ( ) Hand Delivered
805 SW Broadway, Ste. 1900                    ( ) Overnight Mail
Portland, OR 97205                            ( ) Facsimile


Zachery J McCraney                            (X) U.S. Mail, Postage Prepaid
Holland & Hart                                ( ) Hand Delivered
P.O. Box 2527                                 ( ) Overnight Mail
800 W Main Street, Ste 1750                   ( ) Facsimile
Boise, ID 83701


Cooper Norman                                 (X) U.S. Mail, Postage Prepaid
P.O. Box 5399                                 ( ) Hand Delivered
Twin Falls, ID 83303                          ( ) Overnight Mail
                                              ( ) Facsimile


Domenic E Pacitti                             (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP           ( ) Hand Delivered
919 Market Street, Ste. 1000                  ( ) Overnight Mail
Wilmington, DE 19801                          ( ) Facsimile


Nikolaus F Schandlbauer                       (X) U.S. Mail, Postage Prepaid
20 F Street NW, Ste. 500                      ( ) Hand Delivered
Washington DC, 20001                          ( ) Overnight Mail
                                              ( ) Facsimile


Michael R Stewart                             (X) U.S. Mail, Postage Prepaid
2200 Wells Fargo Center                       ( ) Hand Delivered
90 South Seventh Street                       ( ) Overnight Mail
Minneapolis, MN 55402                         ( ) Facsimile


**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
SEPTEMBER 2024 - 8**

| | |
|---|---|
| Summit Ag Appraisal Inc<br>995 S 1150 E<br>Albion, ID 83311 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| The Forbes Securities Group LLC, DBA Forbes<br>Partners as Investment Banker<br>6400 S Fiddlers Green Circle, Ste. 850<br>Greenwood Village, CO 80111 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

_/s/ Thomas E. Dvorak_
Thomas E. Dvorak

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 - 9**

Exhibit A

Exhibit A

**Time Report from September 1-30, 2024**
Unbilled
Millenkamp Cattle (11054)

| Date | Initials | Professional Name | Units | Rate | Amount | Narrative |
|------|----------|-------------------|-------|------|--------|-----------|
| **B160 - FEE/EMPLOYMENT APPLICATIONS** | | | | | | |
| 09/24/2024 | TED | Thomas E. Dvorak | 0.40 | 450.00 | $180.00 | Office conference regarding expert application to bankruptcy court; review declarations of proposed experts to be submitted with application to employ and revise the same. |
| 09/25/2024 | TED | Thomas E. Dvorak | 0.30 | 450.00 | $135.00 | Review and revise declarations of experts for application. |
| 09/12/2024 | DZG | Don Gray | 0.40 | 320.00 | $128.00 | Correspondence with client regarding re-engagement of experts. |
| 09/17/2024 | DZG | Don Gray | 0.40 | 320.00 | $128.00 | Correspondence with experts regarding engagement terms. |
| 09/24/2024 | DZG | Don Gray | 0.30 | 320.00 | $96.00 | Review and finalize application to appoint Vertex as expert. |
| 09/24/2024 | DZG | Don Gray | 0.50 | 320.00 | $160.00 | Correspondence with experts regarding declarations. |
| 09/13/2024 | KAD | Keri Moody | 0.60 | 215.00 | $129.00 | Prepare fee application and notice thereof for August 2024, including coding of time. |
| 09/16/2024 | KAD | Keri Moody | 0.10 | 215.00 | $21.50 | Follow up regarding status of application to employ experts. |
| 09/16/2024 | KAD | Keri Moody | 0.40 | 215.00 | $86.00 | Draft August 2024 cover sheet fee application and notice thereof. |
| 09/16/2024 | KAD | Keri Moody | 0.20 | 215.00 | $43.00 | Correspondence to L. Nelson regarding request for payment of July fees and costs after expiration of objection period for said fee request. |
| 09/17/2024 | KAD | Keri Moody | 0.10 | 215.00 | $21.50 | Conference with supervising attorney to finalize August 2024 fee application. |
| 09/17/2024 | KAD | Keri Moody | 0.30 | 215.00 | $64.50 | Finalize and file August 2024 fee application and notice thereof. |
| 09/17/2024 | KAD | Keri Moody | 0.10 | 215.00 | $21.50 | Correspondence to L. Nelson regarding filed August 2024 fee application and notice thereof. |
| 09/24/2024 | KAD | Keri Moody | 0.20 | 215.00 | $43.00 | Revise application to employ expert witnesses. |
| 09/24/2024 | KAD | Keri Moody | 0.20 | 215.00 | $43.00 | Exchange correspondence regarding matters to finalize application to employ expert witnesses. |
| 09/24/2024 | KAD | Keri Moody | 0.20 | 215.00 | $43.00 | Revise declarations of T. Isbell and L. VanDemark in support of application to employ experts and compile exhibits thereto. |
| 09/25/2024 | KAD | Keri Moody | 0.30 | 215.00 | $64.50 | Revise and file application to employ experts. |
| 09/25/2024 | KAD | Keri Moody | 0.20 | 215.00 | $43.00 | Review and respond to correspondence from L. VanDemark regarding revisions to his declaration in support of application to employ experts. |
| 09/25/2024 | KAD | Keri Moody | 0.20 | 215.00 | $43.00 | Review and respond to correspondence from T. Isbell regarding his declaration in support of application to employ experts and matters to finalize the same. |
| | | | **5.40** | | **$1,493.50** | |
| **B210 - BUSINESS OPERATIONS** | | | | | | |
| 09/04/2024 | LEM | L. Edward Miller | 0.80 | 550.00 | $440.00 | Review audit letter. |
| 09/04/2024 | LEM | L. Edward Miller | 0.10 | 550.00 | $55.00 | Call to D. Heida in aid of drafting audit response and any outstanding liability. |
| 09/09/2024 | LEM | L. Edward Miller | 0.10 | 550.00 | $55.00 | Return B. Millenkamp's call to answer B. Millenkamp's question regarding enforcement option and contract obligations. |
| 09/16/2024 | LEM | L. Edward Miller | 0.90 | 550.00 | $495.00 | Review Ground Lease and Manure Supply Agreement in aid of answering B. Millenkamp's questions regarding operations of manure separation equipment. |
| 09/16/2024 | LEM | L. Edward Miller | 0.20 | 550.00 | $110.00 | Draft email to B. Millenkamp and D. Heida regarding contract duties regarding operations of manure separation equipment. |
| 09/16/2024 | LEM | L. Edward Miller | 0.20 | 550.00 | $110.00 | Call with D. Heida re East Valley Development obligations under Digester agreement. |
| 09/17/2024 | LEM | L. Edward Miller | 0.90 | 550.00 | $495.00 | Review easement proposal. |
| 09/17/2024 | LEM | L. Edward Miller | 0.20 | 550.00 | $110.00 | Call with D. Heida regarding East Valley Development duties under agreement and arbitration issues. |
| 09/17/2024 | LEM | L. Edward Miller | 0.80 | 550.00 | $440.00 | Draft e-mail to D. Heida regarding easement proposal. |
| 09/18/2024 | LEM | L. Edward Miller | 0.20 | 550.00 | $110.00 | Call with D. Heida regarding comments to easement proposed by East Valley Development. |
| 09/24/2024 | LEM | L. Edward Miller | 0.50 | 550.00 | $275.00 | Work on response letter. |
| 09/24/2024 | LEM | L. Edward Miller | 0.10 | 550.00 | $55.00 | Review audit letter response request from CPA. |
| 09/25/2024 | KAD | Keri Moody | 0.40 | 215.00 | $86.00 | Exchange multiple correspondence regarding accounts receivable to show on audit letter response and related bankruptcy implications. |
| 09/25/2024 | LEM | L. Edward Miller | 1.70 | 550.00 | $935.00 | Draft audit response letter. |
| 09/25/2024 | LEM | L. Edward Miller | 0.30 | 550.00 | $165.00 | Review FASB standards for audit responses. |
| 09/25/2024 | LEM | L. Edward Miller | 0.30 | 550.00 | $165.00 | E-mail to other lawyers seek input for audit response. |
| 09/25/2024 | LEM | L. Edward Miller | 0.20 | 550.00 | $110.00 | Review A. Thompson mail and response request from client. |
| 09/25/2024 | TED | Thomas E. Dvorak | 0.40 | 450.00 | $180.00 | Draft and revise letter to auditors. |
| 09/25/2024 | TED | Thomas E. Dvorak | 0.20 | 450.00 | $90.00 | Office conference regarding response to audit request. |
| 09/26/2024 | LEM | L. Edward Miller | 1.40 | 550.00 | $770.00 | Draft and edit response letter. |
| 09/26/2024 | LEM | L. Edward Miller | 0.30 | 550.00 | $165.00 | Review FASB standards for responses. |
| 09/26/2024 | LEM | L. Edward Miller | 0.60 | 550.00 | $330.00 | E-Mails and calls with attorneys and staff in aid of drafting response letter. |

| Date | ID | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 09/26/2024 | CSB | Charlie Baser | 1.00 | 325.00 | $325.00 | Email correspondence with E. Miller regarding same. |
| 09/26/2024 | CSB | Charlie Baser | 0.50 | 325.00 | $162.50 | Review and revise audit letter. |
| 09/27/2024 | TED | Thomas E. Dvorak | 0.10 | 450.00 | $45.00 | Office conference regarding audit letter. |
| 09/27/2024 | TED | Thomas E. Dvorak | 0.20 | 450.00 | $90.00 | Review and revise audit letter. |
| | | | **12.60** | | **$6,368.50** | |

**L210 - PLEADINGS**

| Date | ID | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 09/11/2024 | TED | Thomas E. Dvorak | 0.50 | 450.00 | $225.00 | Review and revise draft arbitration complaint. |
| 09/17/2024 | JJB | Jason J. Blakley | 1.10 | 350.00 | $385.00 | Continue assimilating documentation provided by D. Heida and ascertaining content for amended arbitration complaint. |
| 09/18/2024 | TED | Thomas E. Dvorak | 0.40 | 450.00 | $180.00 | Review and revise arbitration complaint. |
| 09/18/2024 | TED | Thomas E. Dvorak | 0.30 | 450.00 | $135.00 | Office conference regarding the arbitration complaint. |
| 09/18/2024 | TED | Thomas E. Dvorak | 0.20 | 450.00 | $90.00 | Telephone conference with D. Heida regarding arbitration complaint. |
| 09/18/2024 | JJB | Jason J. Blakley | 0.30 | 350.00 | $105.00 | Discuss arbitration complaint with D. Heida. |
| 09/18/2024 | JJB | Jason J. Blakley | 1.20 | 350.00 | $420.00 | Revise arbitration complaint. |
| 09/18/2024 | JJB | Jason J. Blakley | 3.50 | 350.00 | $1,225.00 | Continue reviewing and assimilating the ground lease and amendments thereto, the manure supply agreement and amendments thereto, correspondence between client and East Valley Development concerning breaches of said agreements, and client's byproduct testing, all in furtherance of gathering background information relevant to amended arbitration complaint. |
| 09/19/2024 | JJB | Jason J. Blakley | 0.50 | 350.00 | $175.00 | Review and assimilate latest edits to arbitration complaint provided by D. Heida. |
| 09/19/2024 | JJB | Jason J. Blakley | 0.50 | 350.00 | $175.00 | Begin drafting notice of default. |
| 09/20/2024 | JJB | Jason J. Blakley | 1.00 | 350.00 | 350.00 | Draft notice of default to East Valley Development. |
| 09/20/2024 | JJB | Jason J. Blakley | 1.00 | 350.00 | $350.00 | Finalize edits to revised arbitration complaint. |
| | | | **10.50** | | **$3,815.00** | |
| | | **GRAND TOTAL** | **28.50** | | **$11,677.00** | |

| | Staff Summary: | | | |
|---|---|---|---|---|
| CSB | Charlie S. Baser | 1.50 | $325.00 | $487.50 |
| DZG | Don Gray | 1.60 | $320.00 | $512.00 |
| JJB | Jason J. Blakley | 9.10 | $350.00 | $3,185.00 |
| KAD | Keri Moody | 3.50 | $215.00 | $752.50 |
| LEM | L. Edward Miller | 9.80 | $550.00 | $5,390.00 |
| TED | Thomas E. Dvorak | 3.00 | $450.00 | $1,350.00 |
| | | 28.50 | | $11,677.00 |