UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

IN RE:

MILLENKAMP CATTLE, INC

CASE NO: 24-40158-NGH

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 482

On 10/17/2024, I did cause a copy of the following documents, described below,

Application for Compensation for Schuil Ag Real Estate Inc, Realtor ECF Docket Reference No. 482

Application for Compensation for Summit Ag Appraisal, Inc., Appraiser 553

Application for Compensation for Gale W. Harding and Associates, Appraiser 559

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/17/2024

/s/ Krystal R. Mikkilineni
Krystal R. Mikkilineni  AT0011814

Dentons Davis Brown
215 10th St
Des Moines, IA  50309

krystal.mikkilineni@dentons.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

IN RE:

MILLENKAMP CATTLE, INC

CASE NO: 24-40158-NGH

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 482

On 10/17/2024, a copy of the following documents, described below,

Application for Compensation for Schuil Ag Real Estate Inc, Realtor ECF Docket Reference No. 482

Application for Compensation for Summit Ag Appraisal, Inc., Appraiser 553

Application for Compensation for Gale W. Harding and Associates, Appraiser 559

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/17/2024

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Krystal R. Mikkilineni
Dentons Davis Brown
215 10th St
Des Moines, IA  50309

USPS FIRST-CLASS MAIL - LEGAL DOCUMENTS
Parties with names struck through or labeled as CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
09768
CASE 24-40158-NGH
DISTRICT OF IDAHO
TWIN FALLS
THU OCT 17 09-03-41 MDT 2024

KRYSTAL R  MIKKILINENI
DENTONS DAVIS BROWN
215 10TH ST
STE 1300
DES MOINES IA 50309-3616

A SCOTT JACKSON TRUCKING INC
CO WILLIAMS MESERVY  LARSEN LLP
POST OFFICE BOX 168
153 EAST MAIN STREET
JEROME ID 83338-2332

AAA COW COMFORT LLC
PO BOX 307
KIMBERLY ID 83341-0307

ABS GLOBAL
1525 RIVER RD
DEFOREST WI 53532-2430

ARNOLD MACHINERY COMPANY
2975 WEST 2100 SOUTH
SALT LAKE CITY UT 84119-1273

AD HOC COMMITTEE OF CORN SILAGE GROWERS
153 EAST MAIN STREET
PO BOX 168
JEROME ID 83338-0168

ADDISON BIOLOGICAL LABORATORY INC
507 NORTH CLEVELAND ST
FAYETTE MO 65248-1083

AIRGAS USA LLC
PO BOX 734445
CHICAGO IL 60673-4445

AIRGAS USA LLC
110 WEST 7TH ST SUITE 1400
TULSA OK 74119-1077

ALEXANDER K REED
4296 N 2100 E
FILER ID 83328-5046

AMALGAMATED SUGAR
1951 S SATURN WAY
STE 100
BOISE ID 83709-2924

AMERICAN CALF PRODUCTS (GOLDEN STATE
MIXING
425 D STREET
TURLOCK CA 95380-5452

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AMORY SECURITIES LLC
200 NORTH PACIFIC HWY
SUITE 1525
EL SEGUNDO CA 90245

BRUCE A ANDERSON
320 EAST NEIDER AVENUE
SUITE 102
COEUR DALENE ID 83815-6007

AUTOMATION WERX LLC
MORROW  FISCHER PLLC
4 OGDEN AVENUE
NAMPA ID 83651-2371

AUTOMATION WERX LLC
PO BOX 3066
IDAHO FALLS ID 83403-3066

CO DAVID A COLEMAN B  H FARMING
COLEMAN RITCHIE  JACOBSON
PO BOX 525
TWIN FALLS ID 83303-0525

B  H FARMING AN IDAHO GENERAL
PARTNERSHIP
PO BOX 123
RUPERT ID 83350-0123

BS R DESIGN SUPPLIES
198 LOCUST ST S
TWIN FALLS ID 83301-7832

RICHARD BERNARD
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK NY 10036-2714

RON C BINGHAM II
3424 PEACHTREE ROAD NE
SUITE 1600
ATLANTA GA 30326-1139

BLUE CROSS OF IDAHO
CO D BLAIR CLARK ATTY
967 PARKCENTER BLVD 282
BOISE ID 83706-6721

BLUE CROSS OF IDAHO
CO D BLAIR CLARK ATTORNEY
967 E PARKCENTER BLVD 282
BOISE ID 83706-6721

BLUE CROSS OF IDAHO HEALTH SERVICE INC
CO LAW OFFICE OF D BLAIR CLARK PC
967 EAST PARKCENTER BOULEVARD 282
BOISE ID 83706-6721

BO STEVENSON DBA BA FARMS
1001 S 1900 E
HAZELTON ID 83335-5451

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled as CM/ECF SERVICE were not served via First Class USPS Mail Service.

BRANDY A BARTHOLOMEW
CO ERIC R CLARK ATTORNEY
PO BOX 2504
EAGLE ID 83616-9118

MORTON R BRANZBURG
KLEHR HARRISON HARVEY BRANZBURG LLP
1835 MARKET ST
SUITE 1400
PHILADELPHIA PA 19103-2945

HEIDI BUCK MORRISON
RACINE OLSON PLLP
201 EAST CENTER STREET
POCATELLO ID 83201-6329

BUNGE CANADA
CO DAVID D FARRELL
THOMPSON COBURN LLP
ONE USBANK PLAZA SUITE 2700
SAINT LOUIS MISSOURI 63101-1693

BUNGE CANADA CO DAVID D FARRELL
DAVID D FARRELL ESQ
ONE BANK PLAZA
SUITE 2700
ST LOUIS MO 63101

BURKS TRACTOR COMPANY INC
3140 KIMBERLY ROAD
TWIN FALLS ID 83301-8516

BURKS TRACTOR COMPANY INC
OREN B HAKER
BLACK HELTERLINE LLP
805 SW BROADWAY SUITE 1900
PORTLAND OR 97205-3359

LAURA E BURRI
MORROW  FISCHER PLLC
4 OGDEN AVENUE
83651
NAMPA ID 83651-2371

CNH INDUSTRIAL CAPITAL AMERICA LLC
KENT CARTERGORDON REES
ONE NORTH FRANKLIN SUITE 800
CHICAGO IL 60606-3422

BRETT R CAHOON
DOJUST
550 WEST FORT ST
STE 698
BOISE ID 83724-0101

CAPITOL ONE
PO BOX 60599
CITY OF INDUSTRY CA 91716-0599

(P)CARNE I CORP
134 E HIGHWAY 81
BURLEY ID 83318-5427

W KENT CARTER
ONE NORTH FRANKLIN
SUITE 800
CHICAGO IL 60606-3422

WILLIAM K CARTER
GORDON REES SCULLY MANSUKHANI LLP
ONE NORTH WACKER
SUITE 1600
CHICAGO IL 60606-2874

ALEXANDRA O CAVAL
CAVAL LAW OFFICE PC
POB 1716
TWIN FALLS ID 83303-1716

CELLCO PARTNERSHIP DBA VERIZON WIRELESS
WILLIAM M VERMETTE
22001 LOUDOUN COUNTY PKWY
ASHBURN VA 20147-6122

(P)CENTURYTEL SERVICE GROUP LLC DBA
CENTURYLI
931 14TH STREET 9TH FLOOR
DENVER CO 80202-2994

MATTHEW T CHRISTENSEN
199 N CAPITOL BLVD
STE 200
BOISE ID 83702-6197

MATTHEW T CHRISTENSEN
JOHNSON MAY PLLC
199 N CAPITOL BLVD
SUITE 200
BOISE ID 83702-6197

CHRISTOPHER CAMARDELLO
1031 MENDOTA HEIGHTS ROAD
ST PAUL MN 55120-1419

CITI CARDS
PO BOX 78019
PHOENIX AZ 85062-8019

D BLAIR CLARK
967 E PARKCENTER BOULEVARD 282
BOISE ID 83706-6721

ERIC R CLARK
PO BOX 2504
EAGLE ID 83616-9118

CLINT D THOMPSON
298 N 200 W
JEROME ID 83338-5372

COASTLINE EQUIPMENT COMPANY
2000 E OVERLAND RD
MERIDIAN ID 83642-6665

DAVID A COLEMAN
PO BOX 525
TWIN FALLS ID 83303-0525

COLONIAL LIFE
PROCESSING CENTER
PO BOX 1365
COLUMBIA SC 29202-1365

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled as CM/ECF SERVICE were not served via First Class USPS Mail Service.

CONNIE LAPASEOTES LTD
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

CONRAD BISHCOFF INC
2251 N HOLMES
PO BOX 50106
IDAHO FALLS ID 83405-0106

CONTERRA HOLDINGS LLC DBA CONTERRA AG
CAP
SPENCER FANE
1700 LINCOLN STREET
SUITE 2000
DENVER CO 80203-4554

CONTERRA HOLDINGS LLC DBA CONTERRA AG
CAPIT
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

DAIMLER TRUCK FINANCIAL SERVICES USA
LLC
CO RANDALL P MROCZYNSKI
COOKSEY TOOLEN GAGE DUFFY  WOOG
535 ANTON BOULEVARD SUITE 1000
COSTA MESA CA 92626-7664

DAIRY TECH LLC
1031 MENDOTA HEIGHTS ROAD
ST PAUL MN 55120-1419

DARITECH
8540 BENSON RD
LYNDEN WA 98264-9711

DAVID CLARK
CLARK AMBULATORY CLINIC INC
1019 E 1020 S
ALBION ID 83311

DAVIS LIVESTOCK INC
780 E CANNIBAL RD
LEWISTON UT 84320-2038

DOUGLAS J GRANT
2050 E 500 S
HAZELTON ID 83335-5006

DUSTY BROW FARMS INC
2601 E 1100 S
HAZELTON ID 83335-5623

THOMAS E DVORAK
POB 2720
BOISE ID 83701-2720

EAST VALLEY DEVELOPMENT LLC
CO AVERY LAW
3090 E GENTRY WAY STE 250
MERIDIAN ID 83642-3596

EAST VALLEY DEVELOPMENT LLC
CO ADAM LEWIS ESQ
MORRISON  FOERSTER LLP
425 MARKET ST
SAN FRANCISCO CA 94105-2482

CONNOR BRAY EDLUND
MCCONNELL WAGNER SYKES  STACEY PLLC
827 E PARK BLVD
STE 201
BOISE ID 83712-7782

GERY W EDSON
POB 448
BOISE ID 83701-0448

EDWARD CHOJNACKY
298 N 100 W
JEROME ID 83338-5406

ELECTRICAL WERX  CONSTRUCTION LLC
PO BOX 3066
IDAHO FALLS ID 83403-3066

ELEVATION ELECTRIC LLC
485 S IDAHO ST
WENDELL ID 83355-5241

ERIC CLARK
CLARK ASSOCIATES
PO BOX 2504
EAGLE ID 83616-9118

JON B EVANS
DORSEY  WHITNEY LLP
101 S CAPITOL BLVD STE 1701
BOISE ID 83702-7704

EVANS PLUMBING
111 GULF STREAM LANE
HAILEY ID 83333-7725

ZACHARY FAIRLIE
SPENCER FANE
1000 WALNUT
STE 1400
KANSAS CITY MO 64106-2168

ZACHARY FAIRLIE
SPENCER FANE LLP
1000 WALNUT STREET
SUITE 1400
KANSAS CITY MO 64106-2168

BRIAN FARIA
SAWTOOTH LAW OFFICES PLLC
1101 W RIVER STREET SUITE 110
83702
BOISE ID 83702-7067

FARMERS BANK
PO BOX 392
BUHL ID 83316-0392

FASTENAL COMPANY
2001 THEURER BLVD
ATTN- LEGAL
WINONA MN 55987-9902

USPS FIRST CLASS MAIL RECIPIENTS
Parties with names struck through or labeled as CM/ECF SERVICE are not being served via First Class USPS Mail Service.

ROBERT A FAUCHER
POB 2527
BOISE ID 83701-2527

FREDIN BROTHERS INC
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

(P)GJ VERTILINE PUMPS INC
PO BOX 892
TWIN FALLS ID 83303-0892

DAVID W GADD
STOVER GADD  ASSOCIATES PLLC
905 SHOSHONE ST N
PO BOX 1428
TWIN FALLS ID 83303-1428

GALE W HARDING AND ASSOCIATES
329 W 7TH S
REXBURG ID 83440-9600

SCOTT F GAUTIER
1800 CENTURY PARK EAST
STE 1500
LOS ANGELES CA 90067-1501

GIVENS PURSLEY LLP
GIVENS PURSLEY LLP
601 W BANNOCK
PO BOX 2720
BOISE ID 83701-2720

GLANBIA FOODS INC
CO ROBERT A FAUCHER
POB 2527
BOISE ID 83701-2527

KIMBELL D GOURLEY
POB 1097
BOISE ID 83701-1097

GRANT  HAGAN INC
PO BOX 326
HAZELTON ID 83335-0326

GRANT 4D FARMS LLC
707 E 600 N
RUPERT ID 83350-9466

DANIEL C GREEN
RACINE OLSON PLLP
201 EAST CENTER
PO BOX 1391
POCATELLO ID 83204-1391

GREEN SOURCE AUTOMATION LLC
3506 MOORE ROAD
CERES CA 95307-9402

MATTHEW W GRIMSHAW
GRIMSHAW LAW GROUP PC
800 W MAIN STREET STE 1460
BOISE ID 83702-5983

JULIAN GURULE
400 SOUTH HOPE STREET
SUITE 1900
LOS ANGELES CA 90071-2811

JULIAN GURULE
OMELVENY  MEYERS LLP
400 SOUTH HOPE STREET
SUITE 1900
LOS ANGELES CA 90071-2811

JULIAN GURULE
OMELVENY  MYERS LLP
400 SOUTH HOPE STREET
STE 18TH FLOOR
LOS ANGELES CA 90071-2801

OREN B HAKER
BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND OR 97205-3359

HATFIELD MANUFACTURING INC
1823 SHOESTRING RD
GOODING ID 83330-5361

HEERINGA CONSTRUCTION LLC
18521 E QUEEN CREEK RD
105-481
QUEEN CREEK AZ 85142-5864

DAVID A HEIDA
HEIDA LAW OFFICE PLLC
PO BOX 216
KIMBERLY ID 83341-0216

HOLLIFIELD RANCHES INC
22866 HIGHWAY 30
HANSEN ID 83334-5028

IRS
CENTRALIZED INSOLVENCY OPER
PO BOX 7346
PHILADELPHIA PA 19101-7346

IDAHO AGCREDIT
CO DANIEL C GREEN
RACINE OLSON PLLP
P O BOX 1391
POCATELLO ID 83204-1391

IDAHO DEPT OF LANDS
PO BOX 83720
BOISE ID 83720-0003

IDAHO MATERIALS  CONSTRUCTION
CO MILLER NASH LLP
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

IDAHO STATE BRAND DEPARTMENT
700 S STRATFORD DR
MERIDIAN ID 83642-6202

USPS FIRST-CLASS MAIL RECIPIENTS
Parties with names struck through or labeled as CM/ECF SERVICE were not served via First Class USPS Mail Service.

IDAHO STATE TAX COMMISSION
PO BOX 36
BOISE ID 83722-0036

(P)INNOVATIVE FOOD SOLUTIONS USA LLC
134 E HIGHWAY 81
BURLEY ID 83318-5427

INTERSTATE BILLING SERVICE INC
PO BOX 2250
DECATUR AL 35609-2250

JC HOOF TRIMMING INC
3690 N 2570 E
TWIN FALLS ID 83301-1004

JD HEISKELL HOLDINGS LLC
17220 WRIGHT ST STE 200
OMAHA NE 68130-4667

JOHN DEERE FINANCIAL
CO WELTMAN WEINBERG REIS CO LPA
965 KEYNOTE CIRCLE
CLEVELAND OH 44131-1829

(P)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO NATIONAL BANKRUPTCY SERVICES LLC
PO BOX 9013
ADDISON TEXAS 75001-9013

JAKE MILLENKAMP
1719 RIVER ROAD
BUHL ID 83316-5302

JAMES FARRELL CO
13810 SE EASTGATE WAY
SUITE 520
BELLEVUE WA 98005-4467

JEAN L THOMPSON
225 N 250 W
JEROME ID 83338

JEFFREY E ROLIG
PO BOX 5455
TWIN FALLS ID 83303-5455

JEFFREY J GRIEVE
PO BOX 366
TWIN FALLS ID 83303-0366

JOHN DEERE CONSTRUCTION AND FORESTRY
COMPANY
CO WELTMAN WEINBERG REIS CO LPA
965 KEYNOTE CIRCLE
CLEVELAND OH 44131-1829

JOHN DEERE FINANCIAL FSB
CO WELTMAN WEINBERG REIS CO LPA
965 KEYNOTE CIRCLE
CLEVELAND OH 44131-1829

K R RENTAL INC
256 A SOUTH 600 W
HEYBURN ID 83336-9750

KANDER LLC
2538 CARROLWOOD ROAD
NAPERVILLE IL 60540-8395

KEITH D AND JANET CARLSON
3866 E 3800 N
HANSEN ID 83334-5012

KENWORTH SALES COMPANY INC
CO BENOIT LAW
PO BOX 366
TWIN FALLS ID 83303-0366

KINGHORN MEDICAL LLC
248 S COLE RD
BOISE ID 83709-0934

KRAUS FARMS LLC
165 SOUTH 400 WEST
RUPERT ID 83350-9672

MATTHEW KREMER
7 TIMES SQUARE
NEW YORK NY 10036-6524

MATTHEW KREMER
OMELVENY MYERS LLP
1301 AVENUE OF THE AMERICAS
SUITE 1700
NEW YORK NY 10019-6022

DAVID T KRUECK
HAWLEY TROXELL ENNIS HALWEY LLP
877 W MAIN ST
SUITE 500
STE 200
BOISE ID 83702-6030

JOHN F KURTZ JR
KURTZ LAW PLLC
910 W MAIN
SUITE 364
BOISE ID 83702-5740

LES SCHWAB TIRE CENTERS OF IDAHO LLC
PO BOX 5350
BEND OR 97708-5350

(P)LAND VIEW INC
ATTN DAN NOBLE
P O BOX 475
RUPERT ID 83350-0475

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled as "VIA NOTICE" were not served via First Class USPS Mail Service.

LAND VIEW INC
CO GERY W EDSON
PO BOX 448
BOISE ID 83701-0448

ADAM A LEWIS
MORRISON  FOERSTER LLP
425 MARKET STREET
SAN FRANCISCO CA 94105-2482

ADAM AIKEN LEWIS
MORRISON  FOERSTER LLP
425 MARKET STREET
STE 32ND FLOOR
SAN FRANCISCO CA 94105-2467

KARYN LLOYD
GORDON REES SCULLY MANSUKHANI LLP
999 W MAIN STREET
100
BOISE ID 83702-9001

KARYN LLOYD
GORDON REES SCULLY MANSUKHANI LLP
999 W MAIN STREET 100
BOISE ID 83702-9001

MWI VETERINARIAN SUPPLY INC
3041 W PASADENA DRIVE
BOISE ID 83705-4776

JED W MANWARING
ELAM  BURKE PA
251 E FRONT STREET
PO BOX 1539
STE 300
BOISE ID 83701-1539

JAMES JUSTIN MAY
JOHNSON MAY
199 N CAPITOL BLVD
STE 200
BOISE ID 83702-6197

ZACHERY J MCCRANEY
HOLLAND  HART
PO BOX 2527
800 W MAIN STREET
SUITE 1750
BOISE ID 83702-5974

MERCK ANIMAL HEALTH
ATTN LEGAL DEPTANIMAL HEALTH
126 EAST LINCOLN AVENUE
PO BOX 2000
RAHWAY NJ 07065-0900

METLIFE REAL ESTATE LENDING LLC
CO KIMBELL D GOURLEY
10801 MASTIN BLVD
SUITE 700
OVERLAND PARK KS 66210-1673

METLIFE REAL ESTATE LENDING LLC
CO RON C BINGHAM II ESQ
ADAMS AND REESE LLP
3424 PEACHTREE ROAD NE SUITE 1600
ATLANTA GEORGIA 30326-1139

METROPOLITAN LIFE INSURANCE COMPANY
CO KIMBELL D GOURLEY
10801 MASTIN BLVD
SUITE 700
OVERLAND PARK KS 66210-1673

METROPOLITAN LIFE INSURANCE COMPANY A
NEW Y
CO RON C BINGHAM II ESQ
ADAMS AND REESE LLP
3424 PEACHTREE ROAD NE SUITE 1600
ATLANTA GEORGIA 30326-1139

MICHAEL CHOJNACKY
51 W 600 N
JEROME ID 83338-5016

WILLIAM MILLENKAMP
473 S 300 W
JEROME ID 83338

DEBTOR
MILLENKAMP CATTLE INC
471 NORTH 300 WEST
JEROME ID 83338-5078

RHETT MICHAEL MILLER
PARSONS LOVELAND SHIRLEY  LINDSTROM
PO BOX 910
BURLEY ID 83318-0910

MOSS FARMS OPERATIONS LLC
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

MOSS GRAIN PARTNERSHIP
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

MOSS GRAIN PARTNERSHIP
301 SCOTT AVE SUITE 4
RUPERT ID 83350-5100

JOHN D MUNDING
MUNDING PS
309 E FARWELL RD
STE 310
SPOKANE WA 99218-8209

NAPA AUTO PARTS
PO BOX 1425
TWIN FALLS ID 83303-1425

JASON RONALD NAESS
DOJUST
550 WEST FORT ST
STE 698
BOISE ID 83724-0101

JAMES NIEMEIER
MCGRATH NORTH
1601 DODGE STREET
SUITE 3700
OMAHA NE 68102-1627

JAMES J NIEMEIER
MCGRATH NORTH MULLIN  KRATZ PC LLO
1601 DODGE STREET
STE 3700
OMAHA NE 68102-1650

COOPER NORMAN
PO BOX 5399
TWIN FALLS ID 83303-5399

USPS FIRST-CLASS MAIL COUNTERPARTS
Parties with names struck through or labeled as "via NOTICE" were not served via First Class USPS Mail Service.

JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET
STE 2000
DENVER CO 80203-4554

JOHN OBRIEN
SPENCER FANE LLP
1700 LINCOLN STEET
SUITE 2000
DENVER CO 80203-4554

GABRIEL L OLIVERA
7 TIMES SQUARE
NEW YORK NY 10036-6524

GABRIEL LUIS OLIVERA
OMELVENY  MYERS LLP
1301 AVENUE OF THE AMERICAS
STE 1700
NEW YORK NY 10019-6022

OVERHEAD DOOR
489 S LOCUST
TWIN FALLS ID 83301-7849

PTG OF IDAHO LLC
CO HOLLAND N ONEIL FOLEY  LARDNER L
2021 MCKINNEY AVENUE STE 1600
DALLAS TX 75201-3340

DOMENIC E PACITTI
KLEHR HARRISON HARVEY BRANZBURG LLP
919 MARKET STREET
SUITE 1000
WILMINGTON DE 19801-3030

PAN AMERICAN LIFE INSURANCE
1778 N PLANO RD
STE 310
RICHARDSON TX 75081-1958

PERFORMIX NUTRITION SYSTEMS
2201 N 20TH STREET
NAMPA ID 83687-6849

PERFORMIX NUTRITION SYSTEMS LLC
MUNDING PS
309 E FARWELL RD STE 310
SPOKANE WA 99218-8209

MARK BRADFORD PERRY
PERRY LAW PC
POB 637
BOISE ID 83701-0637

PIVOT MAN INC
ROBIN JONES
PO BOX 355
PAUL ID 83347-0355

SCOTT C POWERS
SPENCER FANE LLP
10 EXCHANGE PLACE 11TH FLR
SALT  LAKE CITY UT 84111-2824

PRIME RIDGE BEEF LLC
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

PRO RENTALS  SALES
PO BOX 5450
C12
KALISPELL MT 59903-5450

PRO TECH SERVICE COMPANY
1550 KIMBERLY RD
TWIN FALLS ID 83301-7341

PROGRESSIVE DAIRY SERVICE  SUPPLIES
CORP
485 S IDAHO ST
WENDELL ID 83355-5241

PROGRESSIVE DAIRY SERVICE  SUPPLY CORF
485 S IDAHO ST
WENDELL ID 83355-5241

QUILL CORPORATION
PO BOX 102419
COLUMBIA SC 29224-2419

RABO AGRIFINANCE LLC
CO SHEILA R SCHWAGER
PO BOX 1617
BOISE ID 83701-1617

RABO AGRIFINANCE LLC AS ADMINISTRATIVE
AGEN
CO SHEILA SCHWAGER
HAWLEY TROXELL ENNIS  HAWLEY LLP
PO BOX 1617
BOISE ID 83701-1617

RAFT RIVER RURAL ELECTRIC COOPERATIVE
INC
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

CHERYL RAMBO
IDAHO STATE POLICE
700 S STRATFORD DR
MERIDIAN ID 83642-6242

REXEL USA INC DBA PLATT ELECTRIC SUPPLI
MCCONNELL WAGNER SYKES + STACEY PLLC
827 E PARK BLVD STE 201
BOISE ID 83712-7782

REXEL USA INC DBA PLATT ELECTRIC SUPPLY
827 E PARK BLVD STE 201
BOISE IDAHO 83712-7782

JANINE PATRICE REYNARD
AVERY LAW
3090 E GENTRY WAY
SUITE 250
MERIDIAN ID 83642-3596

ROBERT E RICHARDS
DENTONS US LLP
233 SOUTH WACKER DRIVE
STE 7800
CHICAGO IL 60606-6459

ROBERT E RICHARDS
233 SOUTH WACKER DRIVE
SUITE 5900
CHICAGO IL 60606-6361

HOLLY ROARK
ROARK LAW OFFICES
950 BANNOCK ST STE 1100
BOISE ID 83702-6140

ROARK LAW OFFICES
950 BANNOCK ST 11TH FL
BOISE ID 83702-5999

ROCKY MOUNTAIN AGRONOMICS
1912 WEST MAIN STREET
BURLEY ID 83318-1611

ROGERS MACHINERY COMPANY INC
PO BOX 230429
PORTLAND OR 97281-0429

EVAN THOMAS ROTH
1101 W RIVER ST STE 110
BOISE ID 83702-7067

TIRZAH R ROUSSELL
215 10TH STREET
SUITE 1300
DES MOINES IA 50309-3616

TIRZAH R ROUSSELL
DENTONS DAVIS BROWN PC
THE DAVIS BROWN TOWER
215 10TH STREET
SUITE 1300
DES MOINES IA 50309-3621

MIRANDA RUSSELL
MORRISON  FOERSTER LLP
250 WEST 55TH STREET
NEW YORK NY 10019-0050

MIRANDA K RUSSELL
MORRISON  FOERSTER LLP
250 WEST 55TH STREET
NEW YORK NY 10019-0050

SANDTON CAPITAL PARTNERS LP
16 W 46TH STREET 1ST FLOOR
NEW YORK NY 10036-4503

(P)SCHAEFFER MANUFACTURING COMPANY
ATTN DENIS MCCARTHY
2600 S BROADWAY
SAINT LOUIS MO 63118-1828

NIKOLAUS F SCHANDLBAUER
20 F STREET NW
SUITE 500
WASHINGTON DC 20001-6703

SCHMIDT CATTLE HAULING
848 E 3400 N
CASTLEFORD ID 83321-6422

ANDREW SCHOULDER
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022

ANDREW J SCHOULDER
NORTON ROSE FULBRIGHT US LLP
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022

SCHOWS TRUCK CENTER
PO BOX 2208
DECATUR AL 35609-2208

SCHUIL AG REAL ESTATE INC
5020 W MINERAL KING AVE
VISALIA CA 93291-5364

SHEILA RAE SCHWAGER
HAWLEY TROXELL ENNIS  HAWLEY LLP
877 MAIN STREET SUITE 200
PO BOX 1617
BOISE ID 83701-1617

SHEILA R SCHWAGER
HAWLEY TROXELL ENNIS  HAWLEY LLP
PO BOX 1617
BOISE ID 83701-1617

SIX STATES DISTRIBUTORS INC
29787 NETWORK PLACE
CHICAGO IL 60673-1297

LOUIS V SPIKER
MILLER NASH LLP
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

SPRINKLERSHOP INC
PO BOX 599
PAUL ID 83347-0599

ST GENETICS
INGURAN USA INC
22575 STATE HWY 6 SOUTH
NAVASOTA TX 77868-8297

STANDING 16 RANCH LAND COMPANY LLC
335 W 300 N
JEROME ID 83338-5217

STANDLEE AG RESOURCES
CO MILLER NASH LLP
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

STANDLEE AG RESOURCES
CO MILLER NASH LLP ATTN LOUIS SPIKER
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were served via First Class USPS Mail Service.

STAR FALLS FARMS LLC
1908 E 1300 S
HAZELTON ID 83335-5428

STEEL RANCH LLC
2597 E 1100 S
HAZLETON ID 83335-5621

STEVEN R HOGAN II
409 S 17TH STREET 500
OMAHA NE 68102-2603

MICHAEL R STEWART
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS MN 55402-7508

STOTZ EQUIPMENT
2670 KIMBERLY RD E
TWIN FALLS ID 83301-7984

MATTHEW A STURZEN
SHERMAN SHERMAN JOHNNIE  HOYT LLP
693 CHEMEKETA STREET NE
SALEM OR 97301-3732

SUMMIT AG APPRAISAL INC
995 S 1150 E
ALBION ID 83311-9710

THE DAIRY SOLUTIONS GROUP
409 S 17TH STREET 500
OMAHA NE 68102-2603

THE FORBES SECURITIES GROUP LLC DBA
FORBES
6400 S FIDDLERS GREEN CIRCLE
SUITE 850
GREENWOOD VILLAGE CO 80111-4994

THE SPRINKLER SHOP
PO BOX 599
PAUL ID 83347-0599

MEREDITH LEIGH THIELBAHR
GORDON  REES  SEATTLE
701 FIFTH AVENUE
STE 2100
SEATTLE WA 98104-7084

TRIPLE C FARMS LLC
474 S 500 W
JEROME ID 83338-6027

KIM J TROUT
TROUT LAW PLLC
3778 PLANTATION RIVER DR STE 101
BOISE ID 83703-3086

US COMMODITIES LLC
730 SECOND AVENUE S SUITE 700
MINNEAPOLIS MN 55402-2480

US TRUSTEE
550 WEST FORT ST STE 698
BOISE ID 83724-0101

ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE WI 53158-3686

UNITED ELECTRIC COOP INC
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

VALLEY WIDE COOPERATIVE INC
CO DAVID W GADD STOVER GADD  ASSOC
PO BOX 1428
TWIN FALLS ID 83303-1428

VALLEY WIDE COOPERATIVE INC
CO DAVID W GADD
STOVER GADD  ASSOCIATES PLLC
PO BOX 1428
TWIN FALLS IDAHO 83303-1428

VISERION GRAIN LLC
385 BROADWAY ST
BOULDER CO 80305-3303

VISERION GRAIN LLC
CO SAWTOOTH LAW OFFICES PLLC
213 CANYON CREST DR STE 200
TWIN FALLS ID 83301-3053

VITERRA USA GRAIN LLC
1331 CAPITOL AVE
OMAHA NE 68102-1197

VITERRA USA GRAIN LLC AND VITERRA USA
INGRE
CO RACINE OLSON PLLP
PO BOX 1391
POCATELLO ID 83204-1391

VITERRA USA INGREDIENTS LLC
1331 CAPITOL AVE
OMAHA NE 68102-1197

WAG SERVICES INC
8121 W HARRISON ST
TOLLESON AZ 85353-3328

JOSEPH MARK WAGER JR
MCCONNELL WAGNER SYKES  STACEY
827 E PARK BLVD SUITE 201
BOISE ID 83712-7782

BRITTA E WARREN
BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND OR 97205-3359

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

WENDELL TRUCK AND AUTO
PO BOX 213
356 S IDAHO ST
WENDELL ID 83355-5209

WESTERN CONSTRUCTION INC
PO BOX 15569
BOISE ID 83715-5569

WESTERN STATES EQUIPMENT CO
500 EAST OVERLAND ROAD
MERIDIAN ID 83642-6606

WESTWAY FEED
BARR CREDIT SERVICES
3444 N COUNTRY CLUB RD
STE 200
TUCSON AZ 85716-0815

WILBURELLIS COMPANY LLC
CO MATTHEW A STURZEN
PO BOX 2247
SALEM OR 97308-2247

WILBURELLIS NUTRITION LLC
CO MATTHEW A STURZEN
PO BOX 2247
SALEM OR 97308-2247

WILLIAMS MESERVY  LARSEN
POST OFFICE BOX 168
153 EAST MAIN STREET
JEROME ID 83338-2332

BRENT RUSSEL WILSON
HAWLEY TROXELL ENNIS  HAWLEY LLP
877 MAIN STREET SUITE 200
BOISE ID 83702-6030

YOUNG CDJR OF BURLEY LLC
PO BOX 1530
LAYTON UT 84041-6553

YOUREE LAND  LIVESTOCK INC
3953 NORTH 3300 EAST
TWIN FALLS ID 83301-0348

CO DAVID A COLEMAN YOUREE LAND
LIVESTOCK
COLEMAN RITCHIE  JACOBSON
PO BOX 525
TWIN FALLS ID 83303-0525

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com

Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        robert.richards@dentons.com
        tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With Case Nos.: |
| ☒ ALL DEBTORS | |
| ☐ Millenkamp Cattle, Inc. | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Idaho Jersey Girls | 24-40160-NGH (East Valley Cattle) 24-40161-NGH (Millenkamp Properties) |
| ☐ East Valley Cattle | 24-40162-NGH (Millenkamp Properties II) 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Properties | 24-40164-NGH (Goose Ranch) 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Properties II | 24-40167-NGH (Millenkamp Enterprises) 24-40165-NGH (Idaho Jersey Girls Jerome |
| ☐ Millenkamp Family | Dairy) |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

#3972911 v.2

### APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SCHUIL AG REAL ESTATE, INC.

---

**Notice of Application for Allowance of Interim Fees and Costs for**

**Schuil Ag Real Estate, Inc. and Opportunity to Object and for a Hearing**

<u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

Jonathan Verhoeven, of Schuil Ag Real Estate Inc. ("Applicant"), submits this interim application for fees and costs pursuant to 11 U.S.C. § 330 (the "Application"). In support of this Application, Applicant respectfully states and represents to the Court as follows:

1.    Applicant is a professional person at Schuil Ag Real Estate Inc. and makes this Application for the allowance of compensation for professional services rendered, and or reimbursement for actual necessary costs and expenses incurred.

2.    On May 31, 2024, the Court entered an order authorizing the Debtors to employ Applicant as a real estate broker in this matter (Docket No. 357) consistent with the terms outlined

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SCHUIL AG REAL ESTATE, INC.– PAGE 2

in the Application to Employ Schuil Ag Real Estate as Real Estate Broker ("Schuil"), filed on April 29, 2024 (Docket No. 233) (the "Employment Application") with the Applicant's employment effective April 22, 2024.

3.    Payment of the fees and costs should be made pursuant to the Employment Application, which recognizes that "compensation is subject to approval of this Court."

4.    The fees requested by this Application shall not be shared with any other party outside the Applicant's firm.

5.    All services for which compensation is requested by the Applicant were performed for and on behalf of said Debtors, and not on behalf of any committee, creditor, or other person. The Applicant and personnel from Schuil were the only persons involved in the services for which compensation is requested and are specifically identified on the attached **Exhibit A** and is incorporated herein by reference. Individual time entries are noted on the enclosed invoices.

6.    Schuil and Applicant are qualified to provide the Debtors the vital services set forth in the Employment Application, including preparing a brokers price opinion and testifying as a witness as to the market value of the Debtors' real estate.

7.    The Applicant is a professional person that has considerable knowledge and expertise as a licensed realtor and is also aware of the Debtors' business activities. The Applicant grew up on and around dairies and his family continues to dairy today. He worked at Schuil as a bookkeeper between 2008 and 2011 before working as a staff accountant at Genske, Mulder & Company in California for two and a half years. In 2014, Applicant received his real estate license, moved back to Visalia, and joined the sales team at Schuil. In 2022, he was a featured speaker on the topic of land pricing at the Global Ag Investment Conference in New York City.

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SCHUIL AG REAL ESTATE, INC.– PAGE 3

8.    Applicant has rendered extensive and vital services to the Debtors in the manner prescribed in the attached Exhibit A, which is incorporated here by this reference and consistent with the Employment Application.

9.    Because of the services rendered by the Applicant and Schuil, the Debtors were able to receive a brokers price opinion that was used in the hearing on Debtors' use of cash collateral and Debtors' Motion to Obtain Debtor in Possession Financing held on May 8th and May 9th (the "Hearing"). Applicant also testified at the Hearing.

10.    The rate of compensation of the Applicant was detailed in the Employment Application. The invoices attached to this application in Exhibit A are in conformity with that rate.

11.    The reasonable value of services rendered by the Applicant in this case thus far is $21,200.00. These rates and fees are consistent with the hourly rates charged to non-bankruptcy clients and are consistent with industry pricing for broker price opinions.  Specifically, the amount of compensation requested to be approved in this Application is $5,000 for the preparation of a Price Opinion Letter, $4,387.50 for travel time, $2,700 for a site visit, $3,600 for pre-hearing preparation and an additional $3,600 for court hearing testimony.

12.    The Applicant's request for the noted rate of compensation and fees is justified in this case based on industry norms for these types of projects, and the expedited timeframe in which to complete the broker price opinion.

13.    The Debtors and Applicant have reviewed this Application and have approved the Application and amounts requested herein.

WHEREFORE, the Applicant prays that an allowance and confirmation be made for its compensation requests pursuant to 11 U.S.C. §330 in the total amount of $19,287.50.

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SCHUIL AG REAL ESTATE, INC.– PAGE 4

*/s/ Jonathan Verhoeven*
_____
JONATHAN P. VERHOEVEN
SCHUIL AG REAL ESTATE, INC.

**DENTONS**

*/s/ Tirzah R. Roussell*
_____
Tirzah R. Roussell

**JOHNSON MAY**

*/s/ Matthew T. Christensen*
_____
Matthew T. Christensen

Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of July 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| Gabriel L. Olivera | golivera@omm.com |

Any others as listed on the Court's ECF Notice.

*/s/ Tirzah R. Roussell*
_____
Tirzah R. Roussell

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SCHUIL AG REAL ESTATE, INC.– PAGE 5

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SCHUIL AG REAL ESTATE, INC.– PAGE 6

**EXHIBIT A**



INVOICE

*Expect a Higher Standard*

Date: 05/22/24

To      Dentons Davis Brown
        Atten: Kystal R.
        Mikkilineni
        215 10 St., Suite 1300
        Des Moines, IA 50309

| Salesperson | Job | Payment Terms | Due Date |
|---|---|---|---|
| Jonathan Verhoeven | Millenkamp Price Opinion, expert witness testimony | Due on receipt | 6/30/24 |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1 | Price Opinion Letter | $5,000.00 | $5,000.00 |
| 11.5 hours | 5/6/24 Travel (flight to Boise, drive to/from Jerome) | $225.00 | $2,587.50 |
| 6 hours | 2/6/24 Site visit | $450.00 | $2,700.00 |
| 8 hours | 5/7/24 Pre-hearing prep | $450.00 | $3,600.00 |
| 8 hours | 5/8/24 Court hearing testimony | $450.00 | $3,600.00 |
| 8 hours | 5/9/24 Travel | $225.00 | $1,800.00 |
| | Total | | $19,287.50 |

Make all checks payable to Schuil Ag Real Estate, Inc.

**Thank you for your business!**

***Schuil Ag Real Estate, Inc.***
***P.O. Box 7419, Visalia, CA  93290***

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
    jjm@johnsonmaylaw.com

Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
    robert.richards@dentons.com
    tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |

Filing relates to:

☒ ALL DEBTORS

☐ Millenkamp Cattle, Inc.

☐ Idaho Jersey Girls

☐ East Valley Cattle

☐ Millenkamp Properties

☐ Millenkamp Properties II

Jointly Administered With
Case Nos.:

24-40159-NGH (Idaho Jersey Girls)
24-40160-NGH (East Valley Cattle)
24-40161-NGH (Millenkamp Properties)
24-40162-NGH (Millenkamp Properties II)
24-40163-NGH (Millenkamp Family)
24-40164-NGH (Goose Ranch)
24-40166-NGH (Black Pine Cattle)
24-40167-NGH (Millenkamp Enterprises)
24-40165-NGH (Idaho Jersey Girls Jerome

☐ Millenkamp Family

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy)

Chapter 11 Cases

**APPLICATION FOR ALLOWANCE OF FEES
AND COSTS FOR SUMMIT AG APPRAISAL, INC.**

---

**Notice of Application for Allowance of Fees and Costs for
Summit Ag Appraisal, Inc. and Opportunity to Object and for a Hearing**

<u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

Dennis R. Bortz of Summit Ag Appraisal, Inc., ("Applicant"), submits this application for fees and costs pursuant to 11 U.S.C. § 330 (the "Application"). In support of this Application, Applicant respectfully states and represents to the Court as follows:

1.    Applicant is a professional person at Summit Ag Appraisal, Inc. and makes this Application for the allowance of compensation for professional services rendered, and or reimbursement for actual necessary costs and expenses incurred.

APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR SUMMIT AG
APPRAISAL, INC.– PAGE 2

#4074682 v.4

2.   On June 10, 2024 the Debtors filed an Amended Application to Employ Summit Ag Appraisal, Inc. as Real Estate Appraiser ("Summit"), (Docket No. 397) (the "Employment Application").

3.   The fees requested by this Application shall not be shared with any other party outside the Applicant's firm.

4.   All services for which compensation is requested by the Applicant were performed for and on behalf of said Debtors, and not on behalf of any committee, creditor, or other person. The Applicant and personnel from Summit were the only persons involved in the services for which compensation is requested and are specifically identified on the attached **Exhibit A** and is incorporated herein by reference.

5.   Pursuant to the Employment Application, Summit charges a flat fee of $85,000.00 for the appraisal (the "Appraisal Fee"). The full Appraisal Fee is due upon completion of the appraisals, which have been completed.

6.   Summit and Applicant are qualified to provide the Debtors vital services set forth in the Employment Application, including preparing a real estate appraisal.

7.   The Applicant is a Certified General Appraiser. He grew up on a farm and ranch operation in Southern Idaho and graduated from the University of Idaho with a Bachelor of Science degree in Agricultural Economics. His appraisal career began in 2000 and he obtained his Accredited Rural Appraiser designation with the American Society of Farm Managers and Rural Appraisers in 2008.

8.   Applicant has rendered extensive and vital services to the Debtors in the manner prescribed in the attached Exhibit A, which is incorporated here by this reference and consistent with the Employment Application.

APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR SUMMIT AG
APPRAISAL, INC.– PAGE 3

9.   Because of the services rendered by the Applicant and Summit, the Debtors will be receiving an appraisal of their real property.

10.   The amount of compensation requested to be approved in this Application is $85,000.00 for the preparation of the real estate appraisal, which is the full Appraisal Fee, and is in conformity with the Employment Application.

11.   The Applicant's request for fees is justified in this case based on industry norms for these types of projects, and the expedited timeframe in which to complete the real estate appraisal. The real properties at issue were extensive in nature, consisting of multiple parcels throughout many counties; some with structures and other improvements, some without. Further, based on the Applicant's extensive appraisal experience with these types of properties, the Applicant is confident the fees charged for these appraisals are consistent with fees charged by other appraisers for similar assignments.

12.   The Debtors and Applicant have reviewed this Application and have approved the Application, and amounts requested herein.

WHEREFORE, the Applicant prays that an allowance and confirmation be made for its compensation requests pursuant to 11 U.S.C. §330 in the total amount of $85,000.00

/s/ *Dennis R. Bortz*
Dennis R. Bortz
Summit Ag Appraisal, Inc.

APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR SUMMIT AG
APPRAISAL, INC.– PAGE 4

DENTONS DAVIS BROWN


/s/ *Tirzah Roussell*
_____
TIRZAH ROUSSELL
Attorney for Debtors

JOHNSON MAY


/s/ *Matt. T. Christensen*
_____
MATTHEW T. CHRISTENSEN
Attorney for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of August 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| Gabriel L. Olivera | golivera@omm.com |

Any others as listed on the Court's ECF Notice.


/s/ Tirzah R. Roussell
_____
Tirzah R. Roussell

**EXHIBIT A**

Summit Ag Appraisal, Inc

995 S 1150 E

Albion, ID 83311-9710

**Invoice**

| Date | Invoice # |
|------|-----------|
| 6/21/2024 | 1172 |

| Bill To |
|---------|
| Johnson May<br>Mr. Matt Christensen, Atty<br>199 N. Capital Blvd., Suite 200<br>Boise, ID 83702 |

| Description | Amount |
|-------------|--------|
| Dairy Appraisal: Millenkamp, properties include East Valley Dairy; German Dairy; Jersey Girls Dairy; Goose Ranch; McGregor Tract; Canyon Lands; Calf Ranch and Moonshine Ranch | 85,000.00 |

| Terms | Due on receipt | **Total** | $85,000.00 |
|-------|----------------|-----------|------------|

Thank you for your business.

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With Case Nos.: |
| ☒ ALL DEBTORS | |
| ☐ Millenkamp Cattle, Inc. | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Idaho Jersey Girls | 24-40160-NGH (East Valley Cattle) 24-40161-NGH (Millenkamp Properties) |
| ☐ East Valley Cattle | 24-40162-NGH (Millenkamp Properties II) 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Properties | 24-40164-NGH (Goose Ranch) 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Properties II | 24-40167-NGH (Millenkamp Enterprises) 24-40165-NGH (Idaho Jersey Girls Jerome |
| ☐ Millenkamp Family | Dairy) |
| ☐ Goose Ranch | |
| ☐ Black Pine Cattle | Chapter 11 Cases |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**APPLICATION FOR ALLOWANCE OF INTERIM FEES
AND COSTS FOR GALE W. HARDING AND ASSOCIATES**

---

**Notice of Application for Allowance of Interim Fees and Costs for**

**Gale W. Harding and Associates and Opportunity to Object and for a Hearing**

<u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

Gale W. Harding, of Gale W. Harding and Associates ("Applicant"), submits this interim application for fees and costs pursuant to 11 U.S.C. § 330 (the "Application"). In support of this Application, Applicant respectfully states and represents to the Court as follows:

1.       Applicant is a professional person at Gale W. Harding and Associates and makes this Application for the allowance of compensation for professional services rendered, and or reimbursement for actual necessary costs and expenses incurred.

2.       On May 31, 2024, the Court entered an Order authorizing the Debtors to employ Applicant as equipment appraiser in this matter consistent with the terms outlined in the

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR GALE W. HARDING AND ASSOCIATES - PAGE 2

#3974916

Application to Employ Gale W. Harding and Associates as Equipment Appraiser ("Harding"), filed on April 30, 2024 (Docket No. 243) (the "Employment Application") with the Applicant's employment effective April 22, 2024.

3.      Payment of the fees and costs should be made pursuant to the Employment Application, which recognizes that "compensation is subject to approval of this Court."

4.      The fees requested by this Application shall not be shared with any other party outside the Applicant's firm.

5.      All services for which compensation is requested by the Applicant were performed for and on behalf of said Debtors, and not on behalf of any committee, creditor, or other person.

6.      The Applicant was the only person involved in the services for which compensation is requested and is specifically identified on the attached **Exhibit A** and is incorporated here by reference. Individual time entries are noted on the enclosed invoice.

7.      Applicant is qualified to provide the Debtors with the vital services set forth in the Employment Application, including appraising equipment and testifying as to the appraisal.

8.      The Applicant is a professional person that has considerable knowledge and expertise in equipment appraisal. The Applicant has over 50 years of experience in auctioneering farm and construction equipment, 47 years of experience auctioneering Register Horses nationwide, 37 years of experience as a University of Idaho Extension Professor, and 45 years of experience as a Certified Equipment Appraiser. Applicant has a master's degree in Agricultural Education and a bachelor's degree in animal science from the University of Idaho. He is also part of the American Society of Farm Managers and Farm Appraisers and has further attended courses on advanced principles of valuation and principles of valuation.

9.      Applicant has rendered extensive and vital services to the Debtors in the manner prescribed in the attached Exhibit A, which is incorporated here by this reference and consistent with the Employment Application.

10.     Because of the services rendered by the Applicant, the Debtors were able to receive an appraisal that was used in the hearing on Debtors' use of cash collateral and Debtors' Motion to Obtain Debtor in Possession Financing held on May 8th and May 9th (the "Hearing"). Applicant also testified at the Hearing.

11.     The rate of compensation of Applicant was detailed in the Employment Application. The invoice attached to this Application in Exhibit A is in conformity with that rate.

12.     The reasonable value of services rendered by the Applicant in this case thus far is $5,250.00. These rates and fees are consistent with the hourly rates charged to non-bankruptcy clients and are consistent with industry pricing for equipment appraisals. Specifically, the amount of compensation requested to be approved in this Application is $500 for pre-hearing preparation, $850 for travel time, $500 for court hearing testimony, and $3,400 for the equipment appraisal fee.

13.     The Applicant's request for the noted rate of compensation and fees is justified in this case based on industry norms for these types of projects, and the expedited timeframe in which to complete the appraisal.

14.     The Debtors and Applicant have reviewed this Application and have approved the Application, and amounts requested herein.

WHEREFORE, the Applicant prays that an allowance and confirmation be made for its compensation requests pursuant to 11 U.S.C. §330 in the amount of $5,250.00

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR GALE W.
HARDING AND ASSOCIATES - PAGE 3

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR GALE W.
HARDING AND ASSOCIATES - PAGE 4

DATED: August 15, 2024

*/s/ Gale W. Harding*
_____

GALE W. HARDING
Applicant, Gale W. Harding and Associates



**DENTONS**


  */s/ Tirzah R. Roussell*
_____
Tirzah R. Roussell


**JOHNSON MAY**

*/s/ Matthew T. Christensen* _____

Matthew T. Christensen


Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of August 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| Gabriel L. Olivera | golivera@omm.com |

Any others as listed on the Court's ECF Notice.


  */s/ Tirzah R. Roussell*
_____
Tirzah R. Roussell

**EXHIBIT A**

Gale W. Harding & Associates

P.O. Box 761

Rexburg, Idaho 83440

(208-351-3191

July 1st, 2024

Invoice No: 10124

To: Tirzah Roussell

Dentons

215 10th Street, Ste 1300

Des Moines, IA 50309

For: Equipment Appraisal and preparation and appearance as a
witness: Millenkamp Bankruptcy, Boise, Idaho

**Witness Fee**: $200/hr for services as witness

- 2.5 hours preparation for hearing May 7 ,2024                $ 500.00
- 8.5 hours travel time (1/2 rate)                                        $ 850.00
  from Rexburg, Idaho to Boise, Idaho May 8, 2024
- 2.5 hours testifying at hearing.  May 8, 2024                  $ 500.00

**Appraisal Fee**:  Flat Fee                                                $ 3,400

**Total: $ 5,250.00**

Thank you! Gale W. Harding