Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        robert.richards@dentons.com
        tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒  ALL DEBTORS<br><br>☐  Millenkamp Cattle, Inc.<br><br>☐  Idaho Jersey Girls<br><br>☐  East Valley Cattle<br><br>☐  Millenkamp Properties<br><br>☐  Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy) |

#4145760

| | |
|---|---|
| ☐  Millenkamp Family | |
| ☐  Goose Ranch | Chapter 11 Cases |
| ☐  Black Pine Cattle | |
| ☐  Millenkamp Enterprises | |
| ☐  Idaho Jersey Girls Jerome Dairy | |

## AMENDED FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES

Ken Nofziger, of Kander, LLC (the "Applicant"), files this amended application to the Court for allowance of professional fees and costs pursuant to 11 U.S.C. § 331. Applicant respectfully states and represents to the Court that:

1.    Applicant is financial advisor for Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), the above-named Debtors in Possession, and makes this amended application for allowance of compensation for professional services rendered, and for reimbursement for actual necessary costs and expenses incurred since the commencement of this case, from April 2, 2024 to July 31, 2024 (the "First Interim Period") (the "Amended Application").

2.    All services for which compensation is requested by the Applicant were performed for and on behalf of said Debtors, and not on behalf of any committee, creditor, or other person. Each financial advisor involved in the services for which compensation is requested are specifically identified on the attached **Exhibit A** and incorporated herein by reference.

3.    Payment of the financial advisors' fees and costs and the payment of these fees and costs should be made pursuant to the Engagement Letter attached as Exhibit A to the Amended Application to Employ Kander as Financial Advisor (Dkt. No. 569).

4.      Applicant, or other members of Kander, has rendered services to the Debtors in the manner described on the attached **Exhibit B**, which is by this reference made a part hereof.

5.      Further, the Applicant sustained, and incurred expenses and/or costs described and itemized in the statement attached hereto as **Exhibit B**, in connection with Applicant's function and activities as financial advisor for the Debtors. A narrative summary of professional fees and expenses is attached hereto as **Exhibit C**.

6.      The fees requested by this Amended Application shall not be shared with any other party outside the Applicant's firm.

7.      The Applicant is currently holding a retainer in the amount of $116,649.50 The outstanding fees and costs allowed will be paid first from the retainer and then by the Debtors from operations. The Debtors will make payment of the Applicant's outstanding fees and costs after deduction from the retainer as permitted under the approved cash collateral budget (Dkt. No. 524).

8.      The rate of compensation of the financial advisors was detailed in the Engagement Letter attached as Exhibit A to the Amended Application to Employ Kander, which application is currently pending Court approval.

9.      The Applicant did not submit monthly fee applications pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures").  As such, the full amount of the Applicant's fees and costs during the First Interim Period is still outstanding and is detailed below.

|  | April 2024 | May 2024 | June 2024 | July 2024 |
|---|---|---|---|---|
| Fees Incurred | $96,499.00 | $108,009.00 | $105,175.00 | $78,195.00 |
| Total Expenses Incurred | $3,103.17 | $4,520.71 | $2,802.97 | $0.00 |

10.     The total outstanding in fees due during the First Interim Period is $387,878.00.  The total outstanding in expenses due during the First Interim Period is $10,426.85.

11.     The Applicant requests Court approval of the total fees incurred of $387,878.00 and total expenses incurred of $10,426.85 during the First Interim Period.  The Applicant further requests the Court allow payment of the outstanding fees and expenses incurred during the First Interim Period, totaling $398,304.85, to be paid first from the retainer and then by the Debtors.  The total due from the Debtors after reduction from the retainer is $281,655.35.

12.     The Debtors have reviewed this Amended Application and approved the Amended Application and amounts requested.

WHEREFORE, the Applicant prays that an allowance be made in the sum of $398,304.85 for time and services rendered on the Debtors' behalf during this First Interim Period as part of the expenses of the representation of the Debtors in the above-named bankruptcy case and payment of 100% of fees totaling $387,878.00 and expenses totaling $10,426.85.

DATED this 21st day of October, 2024.

DENTONS DAVIS BROWN

/s/ *Krystal Mikkilineni*
KRYSTAL MIKKILINENI
Attorney for Debtors

/s/ *Matt. T. Christensen*
MATTHEW T. CHRISTENSEN
Attorney for Debtors

<u>CERTIFICATE OF SERVICE</u>

 I HEREBY CERTIFY that on this 21st day of October, 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF KANDER LLC'S AMENDED APPLICATION FOR INTERIM FEES electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

Andrew J. Schoulder          andrew.schoulder@nortonrosefulbright.com
Sheila R. Schwager          sschwager@hawleytroxell.com
Louis V. Spiker          louis.spiker@millernash.com
Matthew A. Sturzen          matt@shermlaw.com
Meredith L. Thielbahr          mthielbahr@grsm.com
Kim J. Trout          ktrout@trout-law.com
Brent R. Wilson          bwilson@hawleytroxell.com

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Bunge Canada
c/o David D. Farrell, Esq.
One Bank Plaza
Suite 2700
St. Louis, MO 63101

Nikolaus F. Schandlbauer
20 F Street NW
Suite 500
Washington, DC 20001

W. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606

Scott F. Gautier
1800 Century Park East
Ste. 1500
Los Angeles, CA 90067

Zachery J. McCraney
Holland & Hart
PO Box 2527
800 W. Main St., Suite 1750
Boise, ID 83701

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg, LLP
919 Market St
Suite 1000
Wilmington, DE 19801

Michael R. Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Suite 200
Omaha, NE 68130

Wilbur Ellis Nutrition-Rangen
c/o Tony Champion
PO Box 706
115 13th Ave. South
Buhl, ID 83316

Viterra USA Grain, LLC
Viterra USA Ingredients,
LLC c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Land View, Inc.
c/o Dan Noble
PO Box 475
Rupert, ID 83350

/s/ *Krystal Mikkilineni*

Krystal Mikkilineni

# EXHIBIT A

## SUMMARY SHEET

Fees Previously Requested:
$0

Fees Previously Awarded:
$0

Expenses Previously Requested:
$0

Expenses Previously Awarded:
$0

NAME OF APPLICANT:
Kander, LLC

ROLE IN CASE: Financial Advisor for Debtors

CURRENT APPLICATION:

Fees Requested:      $387,878.00
Expenses Requested:  $10,426.85
Total Requested:     $398,304.85

| Hours Billed | | | | |
|---|---|---|---|---|
| Name of Professional | Years in Practice | Current Application | Hourly Rate | Total for Application |
| Kati P. Churchill | 13 | 415 | $495.00 | $205,425.00 |
| Kati P. Churchill– ½ rate for travel | | 18.5 (actual hours traveled 37) | $495.00 | $9,157.50 |
| Ken Nofziger | 34 | 262 | $595.00 | $155,890.00 |
| Ken Nofziger– ½ rate for travel | | 25 (actual hours traveled 50) | $595.00 | $14,875.00 |
| Natalia Sirju | 12 | 7 | $200.00 | $1,400.00 |
| Robert Marcus | 20 | 1.9 | $595.00 | $1,130.50 |
| | | | $ | $ |
| Total | | 729.4 | | $387,878.00 |

# EXHIBIT B

# kǎn′dər LLC

2538 Carrolwood Rd.
Naperville, IL 60540

| Invoice No.: | MC26/09102024 |
|---|---|
| Invoice Date: | September 10, 2024 |

Millenkamp Cattle, Inc.
471 North 300 West
Jerome, Idaho 83338

**Re:** Engagement of Financial Advisor dated February 22, 2024

---

***FEES - In connection with the above matter***

| Date | | Description | Code | Hours | | Rate | | Fees |
|---|---|---|---|---|---|---|---|---|
| 04/02/24 | KPC | Application to employ & declaration | B160 | 0.8 | $ | 495.00 | $ | 396.00 |
| 04/02/24 | KPC | Update Budget | B110 | 2.2 | $ | 495.00 | $ | 1,089.00 |
| 04/02/24 | KN | App to employ & declaration (.8) | B160 | 0.8 | $ | 595.00 | $ | 476.00 |
| 04/02/24 | KN | Meet with Bobby Rice re: Sandton DIP Loan | B230 | 1.3 | $ | 595.00 | $ | 773.50 |
| 04/03/24 | KPC | Internal Daily Meeting | B110 | 1.0 | $ | 495.00 | $ | 495.00 |
| 04/03/24 | KPC | Update Budget w/Interim Cash Collateral Highlights (.3); Budget to FTI (.1); Call w/Lisa re: $1.1M in Checks in Transit (.2); Discussions w/Mgmt re: MWI & Butte CV Payments, Update CF Model (.8) | B230 | 1.4 | $ | 495.00 | $ | 693.00 |
| 04/03/24 | KN | Review filing (.4); Meet with Bill and David at dairy | B110 | 2.2 | $ | 595.00 | $ | 1,309.00 |
| 04/03/24 | KN | Discuss Budget w/Kati | B230 | 0.7 | $ | 595.00 | $ | 416.50 |
| 04/04/24 | KPC | Internal Daily Meeting (1.0); Review Objections re: Steers, Budgets, Milk Price, Critical Vendors (0.8); Pre-Hearing Meeting (0.5); Attend Hearing (1.3) | B110 | 3.6 | $ | 495.00 | $ | 1,782.00 |
| 04/04/24 | KN | Review DIP term sheets and objections (.6); Call with Conterra re: DIP Loan (.5) | B230 | 1.1 | $ | 595.00 | $ | 654.50 |
| 04/04/24 | KN | Internal Daily Meeting (.5); Status Call w/Sandton (.3); Status Call w/Client (.3); Follow-up Call w/Kati re: Budget & Hearing (.9) | B110 | 2.0 | $ | 595.00 | $ | 1,190.00 |
| 04/04/24 | RM | Attend Hearing | B110 | 1.3 | $ | 595.00 | $ | 773.50 |
| 04/05/24 | KPC | Internal Daily Meeting (1.0); Analysis for Objections re: Milk Price/Feed (0.8) | B110 | 1.8 | $ | 495.00 | $ | 891.00 |
| 04/05/24 | KPC | DIP Comparison Analysis | B230 | 1.2 | $ | 495.00 | $ | 594.00 |
| 04/05/24 | KN | Review DIP analysis (.2); Call with Sandton regarding DIP and objections (.5) | B230 | 0.7 | $ | 595.00 | $ | 416.50 |
| 04/05/24 | KN | Internal Daily Meeting (1.0); Review Price/Feed analysis (.3); Call w/Client re: Price and Feed (.2) | B110 | 1.5 | $ | 595.00 | $ | 892.50 |
| 04/06/24 | KPC | DIP Comparison Analysis and Review | B230 | 1.5 | $ | 495.00 | $ | 742.50 |
| 04/06/24 | KN | DIP Comparison Analysis and Review (1.5); Call with Sandton re: DIP (.2) | B230 | 1.7 | $ | 595.00 | $ | 1,011.50 |
| 04/07/24 | KPC | Update Milk Price Analysis (0.4); Update 130-Day Budget with Critical Vendor Update (0.8) | B230 | 1.2 | $ | 495.00 | $ | 594.00 |
| 04/07/24 | KPC | Critical Vendor Review | B110 | 2.0 | $ | 495.00 | $ | 990.00 |
| 04/07/24 | KN | Critical Vendor Review | B110 | 1.0 | $ | 595.00 | $ | 595.00 |
| 04/08/24 | KPC | Travel: CMI-ORD-BOI-Office (8.0 billed at 50%) | B195 | 4.0 | $ | 495.00 | $ | 1,980.00 |
| 04/08/24 | KPC | Testimony prep & Updating DIP Budget | B110 | 10.0 | $ | 495.00 | $ | 4,950.00 |
| 04/08/24 | KN | Travel: PIA-ORD- BOI-Office (8.0 billed at 50%) | B195 | 4.0 | $ | 595.00 | $ | 2,380.00 |
| 04/08/24 | KN | Testimony prep & Updating DIP Budget | B110 | 10.0 | $ | 595.00 | $ | 5,950.00 |
| 04/09/24 | KPC | Hearing prep (2.0); Hearing (10.0); Meeting at JohnsonMay (0.7) | B110 | 12.7 | $ | 495.00 | $ | 6,286.50 |
| 04/09/24 | KN | Hearing prep (2.0); Hearing (10.0); Meeting at JohnsonMay (0.7) | B110 | 12.7 | $ | 595.00 | $ | 7,556.50 |
| 04/10/24 | KPC | Travel: BOI-DEN- ORD- CMI (11.0 billed at 50%) | B195 | 5.5 | $ | 495.00 | $ | 2,722.50 |
| 04/10/24 | KN | Attend Hearing (4.0); Update call with Sandton (.3) | B110 | 4.3 | $ | 595.00 | $ | 2,558.50 |
| 04/10/24 | KN | Travel: BOI-DFW -PIA (8.0 billed at 50%) | B195 | 4.0 | $ | 595.00 | $ | 2,380.00 |
| 04/12/24 | KPC | Internal Daily Meeting | B110 | 1.0 | $ | 495.00 | $ | 495.00 |
| 04/12/24 | KPC | Cash Collateral Update | B230 | 0.3 | $ | 495.00 | $ | 148.50 |
| 04/12/24 | KN | Internal Daily Meeting (1.0); Call with Sandon (.2) | B110 | 1.2 | $ | 595.00 | $ | 714.00 |
| 04/15/24 | KPC | Internal Daily Meeting | B110 | 0.5 | $ | 495.00 | $ | 247.50 |
| 04/15/24 | KPC | Set Up Weekly Reporting Template | B230 | 3.3 | $ | 495.00 | $ | 1,633.50 |

# kăn′dər LLC

2538 Carrolwood Rd.
Naperville, IL 60540

| Date | Initials | Description | Code | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/15/24 | KN | Internal Daily Meeting (0.5); Discuss reporting structure (1.1); Call with Schuil re BPO (.5); Call with client re BPO (.8) | B110 | 2.9 | $ | 595.00 | $ | 1,725.50 |
| 04/16/24 | KPC | Internal Daily Meeting | B110 | 1.4 | $ | 495.00 | $ | 693.00 |
| 04/16/24 | KPC | Set Up Weekly Reporting Template, Update Weekly Reporting for Wk1 and Wk2 | B230 | 6.0 | $ | 495.00 | $ | 2,970.00 |
| 04/16/24 | KN | Internal Daily Meeting (0.4); Hearing (1.0); Review and discuss reporting for Wk1 and Wk2 (1.2) | B110 | 2.6 | $ | 595.00 | $ | 1,547.00 |
| 04/17/24 | KPC | Internal Daily Meeting | B110 | 0.8 | $ | 495.00 | $ | 396.00 |
| 04/17/24 | KPC | Finalize Weekly Reporting Package Wk1 & Wk2 for Mgmt Review (4.0); Finalize DIP Budget (1.0) | B230 | 5.0 | $ | 495.00 | $ | 2,475.00 |
| 04/17/24 | KN | Internal Daily Meeting (0.8); Status call with client (.9); Reporting and budget review (1.3) | B110 | 3.0 | $ | 595.00 | $ | 1,785.00 |
| 04/18/24 | KPC | Sandton Weekly Var. Call (0.5); DIP Budget Interest (0.1); Internal Daily Meeting (0.5); Weekly Update Call with Focus (1.0) | B110 | 2.1 | $ | 495.00 | $ | 1,039.50 |
| 04/18/24 | KN | Weekly update call with Sandton (.5); Internal Daily Meeting (.5) Weekly update call with Focus (1.0) | B110 | 2.0 | $ | 595.00 | $ | 1,190.00 |
| 04/19/24 | KPC | Response to FTI Request List | B110 | 0.7 | $ | 495.00 | $ | 346.50 |
| 04/19/24 | KN | Review Interim DIP Order | B230 | 0.2 | $ | 595.00 | $ | 119.00 |
| 04/20/24 | KPC | Sandton Funding call (0.3); Sandton Funding discussions (0.2) | B110 | 0.5 | $ | 495.00 | $ | 247.50 |
| 04/20/24 | KN | Santon Funding call (0.3); Santon Funding discussions (0.2) | B110 | 0.5 | $ | 595.00 | $ | 297.50 |
| 04/22/24 | KPC | Internal Daily Meeting (0.9); Data review with Millenkamp (0.3); Coordinating with Millenkamp re: Sandton wire (0.2); Coordination with Millenkamp re: payments of Western States, silage group (0.8); Review Weekly Data (1.1) | B110 | 3.3 | $ | 495.00 | $ | 1,633.50 |
| 04/22/24 | KN | Internal Daily Meeting | B110 | 0.9 | $ | 595.00 | $ | 535.50 |
| 04/23/24 | KPC | Internal Daily Meeting | B110 | 1.8 | $ | 495.00 | $ | 891.00 |
| 04/23/24 | KPC | Update Weekly Reporting for Wk3 | B230 | 2.5 | $ | 495.00 | $ | 1,237.50 |
| 04/23/24 | KN | Internal Daily Meeting (1.8); Review Weekly Reporting (.9); Status call with Sandton re funding (.5) | B110 | 3.2 | $ | 595.00 | $ | 1,904.00 |
| 04/24/24 | KPC | Internal Daily Meeting | B110 | 0.7 | $ | 495.00 | $ | 346.50 |
| 04/24/24 | KPC | Add AR & AP Analysis, Milk Check Reporting to Weekly reporting. Finalize Weekly Reporting Package Wk3 | B230 | 4.5 | $ | 495.00 | $ | 2,227.50 |
| 04/24/24 | KN | Internal Daily Meeting (.7); Review weekly reporting (.9) | B110 | 1.6 | $ | 595.00 | $ | 952.00 |
| 04/25/24 | KPC | Weekly Update Call with Focus (1.0); Internal Daily Meeting (0.5); AP reporting (3.5); Schedules (2.3); Emails with FTI (0.1) | B110 | 7.4 | $ | 495.00 | $ | 3,663.00 |
| 04/25/24 | KN | Weekly update call with Focus (1.0) | B110 | 1.0 | $ | 595.00 | $ | 595.00 |
| 04/26/24 | KPC | Internal Daily Meeting (0.8); AP reporting and discussions with Lisa re: AP & Schedules (4.0); Critical Vendor (0.1) | B110 | 4.9 | $ | 495.00 | $ | 2,425.50 |
| 04/29/24 | KPC | Call with FTI (1.0); Internal Daily Meeting (1.0); Discussions with Miilenkamp team re: Budget updates (0.8); Review 4/1 AP vs schedules (1.0) | B110 | 3.8 | $ | 495.00 | $ | 1,881.00 |
| 04/29/24 | KPC | Budget Update | B230 | 1.0 | $ | 495.00 | $ | 495.00 |
| 04/29/24 | KN | Weekly update call with FTI (1.0); Internal Daily Meeting (1.0) | B110 | 2.0 | $ | 595.00 | $ | 1,190.00 |
| 04/30/24 | KPC | Discussions with Miilenkamp team re: Budget updates (0.8); Internal Daily Meeting (0.8) | B110 | 1.6 | $ | 495.00 | $ | 792.00 |
| 04/30/24 | KPC | Update Critical Vendors, cross reference updated schedules, update Budget (2.7); Update Weekly Reporting for Wk4 (2.5) | B230 | 5.2 | $ | 495.00 | $ | 2,574.00 |
| 04/30/24 | KN | Status call with client (0.8); Internal Daily Meeting (0.8); Review weekly reporting (1.1) | B110 | 2.6 | $ | 595.00 | $ | 1,547.00 |

# kăn´dər LLC

2538 Carrolwood Rd.
Naperville, IL 60540

|  |  |  | 180.2 | Subtotal Fees: | $ | 96,499.00 |
|---|---|---|---|---|---|---|

**EXPENSES**

| Date | Description | Code | | Expense |
|---|---|---|---|---|
| 04/05/24 | Airfare | A109 | $ | 904.70 |
| 04/06/24 | Airfare | A109 | $ | 1,022.20 |
| 04/08/24 | Transportation | A109 | $ | 15.94 |
| 04/08/24 | Meals | A109 | $ | 13.66 |
| 04/09/24 | Transportation | A109 | $ | 3.00 |
| 04/09/24 | Transportation | A109 | $ | 9.00 |
| 04/09/24 | Lodging | A109 | $ | 158.20 |
| 04/09/24 | Lodging | A109 | $ | 197.75 |
| 04/10/24 | Meals | A109 | $ | 12.66 |
| 04/10/24 | Meals | A109 | $ | 5.74 |
| 04/10/24 | Meals | A109 | $ | 3.91 |
| 04/10/24 | Transportation | A109 | $ | 189.71 |
| 04/10/24 | Meals | A109 | $ | 86.30 |
| 04/10/24 | Transportation | A109 | $ | 16.33 |
| 04/10/24 | Meals | A109 | $ | 10.05 |
| 04/10/24 | Transportation | A109 | $ | 108.00 |
| 04/11/24 | Lodging | A109 | $ | 346.02 |

|  |  | Subtotal Expenses: | $ | 3,103.17 |
|---|---|---|---|---|

|  |  | **Invoice Total** | $ | 99,602.17 |
|---|---|---|---|---|

# **kăn′dər** LLC

*2538 Carrolwood Rd.*
*Naperville, IL 60540*

| | |
|---|---|
| Invoice No.: | MC27/09102024 |
| Invoice Date: | September 10, 2024 |

Millenkamp Cattle, Inc.
471 North 300 West
Jerome, Idaho 83338

**Re:**    Engagement of Financial Advisor dated February 22, 2024

---

*FEES - In connection with the above matter*

| Date | | Description | Code | Hours | | Rate | | Fees |
|---|---|---|---|---|---|---|---|---|
| 05/01/24 | KPC | Cattle Reporting (1.5); Coordinate with Lisa re: BBR request (0.2); Email w/ FTI re: Budget (0.1) | B110 | 1.8 | $ | 495.00 | $ | 891.00 |
| 05/01/24 | KPC | Finalize Weekly Reporting Package Wk4 | B230 | 8.0 | $ | 495.00 | $ | 3,960.00 |
| 05/01/24 | KN | Critical Vendor Review (0.3); FTI Questions and Responses (0.4); BBR (0.2); BPO report review (0.9) | B110 | 1.8 | $ | 595.00 | $ | 1,071.00 |
| 05/01/24 | KN | Weekly Reporting Review | B230 | 1.4 | $ | 595.00 | $ | 833.00 |
| 05/02/24 | KPC | Cattle Reporting (2.0); FTI Weekly Call (0.5); Internal Daily Meeting (.9); Focus Weekly Call (0.7) | B110 | 4.1 | $ | 495.00 | $ | 2,029.50 |
| 05/02/24 | KN | FTI Call (0.5); Internal Daily Meeting (.9); Focus Call (0.7); Schuil Call re BPO (0.5) Cattle Roll Forward Review (0.4) | B110 | 3.0 | $ | 595.00 | $ | 1,785.00 |
| 05/03/24 | KPC | AR, AP, Cattle (1.2); IDI (2.6); Discussions with Debtors counsel (0.3); Follow up call w/ KN (0.3); Call w/ Sandton (0.5); March Milk production data (0.3); Critical Vendor Payments Report (0.2); Emails with counsel re: Budget interations (0.4) | B110 | 5.8 | $ | 495.00 | $ | 2,871.00 |
| 05/03/24 | KN | IDI Call (2.6); Call w/Client (0.3); Follow-Up w/Kati (0.3) | B110 | 3.2 | $ | 595.00 | $ | 1,904.00 |
| 05/06/24 | KPC | Travel: CMI- DFW-BOI (9.0 billed at 50%) | B195 | 4.5 | $ | 495.00 | $ | 2,227.50 |
| 05/06/24 | KN | Travel: PIA-BOI (8.0 billed at 50%) | B195 | 4.0 | $ | 595.00 | $ | 2,380.00 |
| 05/07/24 | KPC | Hearing prep (10.5) | B110 | 10.5 | $ | 495.00 | $ | 5,197.50 |
| 05/07/24 | KPC | Update Weekly Reporting for Wk5 (1.5); Coordinate Wk5 Reporintg with N. Sirju (0.5) | B230 | 2.0 | $ | 495.00 | $ | 990.00 |
| 05/07/24 | KN | Hearing Prep | B110 | 10.5 | $ | 595.00 | $ | 6,247.50 |
| 05/07/24 | KN | Update Weekly Reporting for Wk5 | B230 | 1.5 | $ | 595.00 | $ | 892.50 |
| 05/07/24 | NS | Coordinate Wk5 Reporting with KC (.5); Assist w/Weekly Reporting Package (3.0) | B230 | 3.5 | $ | 200.00 | $ | 700.00 |
| 05/08/24 | KPC | Hearing | B110 | 9.0 | $ | 495.00 | $ | 4,455.00 |
| 05/08/24 | KPC | Update Weekly Reporting for Wk5 | B230 | 2.0 | $ | 495.00 | $ | 990.00 |
| 05/08/24 | KN | Hearing | B110 | 9.0 | $ | 595.00 | $ | 5,355.00 |
| 05/08/24 | KN | Update Weekly Reporting for Wk5 | B230 | 2.0 | $ | 595.00 | $ | 1,190.00 |
| 05/09/24 | KPC | Hearing | B110 | 9.0 | $ | 495.00 | $ | 4,455.00 |
| 05/09/24 | KN | Hearing | B110 | 9.0 | $ | 595.00 | $ | 5,355.00 |
| 05/10/24 | KPC | 341 Meeting (2.5); Telephonic Ruling (0.5); Discussions with Millenkamp team and KN re: Budget updates and ruling (1.1) | B110 | 4.1 | $ | 495.00 | $ | 2,029.50 |
| 05/10/24 | KPC | Milk Check Receivable Review | B230 | 0.2 | $ | 495.00 | $ | 99.00 |
| 05/10/24 | KPC | Travel: BOI-DFW-CMI (9.0 billed at 50%) | B195 | 4.5 | $ | 495.00 | $ | 2,227.50 |
| 05/10/24 | KN | 341 Meeting (1.5); Telephonic Ruling (0.5); Calls w/Client & Kati re Budget and Ruling (1.1) | B110 | 3.1 | $ | 595.00 | $ | 1,844.50 |
| 05/10/24 | KN | Travel: BOI-ORD (8.0 billed at 50%) | B195 | 4.0 | $ | 595.00 | $ | 2,380.00 |
| 05/13/24 | KPC | Internal Daily Meeting (0.6); Call w/ L. Nelson re banking (0.2); Call with KN, Sandton and then KN, client re: budget (0.5) ; Critical Vendor and 503(b)(9) analysis updated (1.2) | B110 | 2.5 | $ | 495.00 | $ | 1,237.50 |
| 05/13/24 | KN | Internal Daily Meeting (0.6); Call w/Sandton re Budget (0.3); Call w/ Client re: Sandton (0.2); 503(b)9 review (0.4) | B110 | 1.5 | $ | 595.00 | $ | 892.50 |
| 05/14/24 | KPC | Internal Daily Meeting (0.6); Update and finalize Cattle Reporting workbook (0.7); Review proposed CC order (0.2) | B110 | 1.5 | $ | 495.00 | $ | 742.50 |

# kăn′dər LLC

2538 Carrollwood Rd.
Naperville, IL 60540

| Date | Initials | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/14/24 | KPC | Update Weekly Reporting for Wk6 (1.5); Budget updates (0.4); Update Budget to 05.14.24 Budget to include outcome of hearings re: Critical Vendor, Adq. Protection and 503 (1.0) | B230 | 2.9 | $ 495.00 | $ 1,435.50 |
| 05/14/24 | KN | Review Weekly Report (1.1); Internal Daily Meeting (0.6); Review Proposed CC Order (0.7); Client Call (0.3) | B110 | 2.7 | $ 595.00 | $ 1,606.50 |
| 05/15/24 | KPC | Internal Daily Meeting (0.3); Call w/ Bill (0.1) | B110 | 0.4 | $ 495.00 | $ 198.00 |
| 05/15/24 | KPC | Finalize Weekly Reporting for Wk6 | B230 | 4.0 | $ 495.00 | $ 1,980.00 |
| 05/15/24 | KN | Internal Daily Meeting (0.3); FTI Questions & Responses (0.4); Update Call w/Sandton (0.3) | B110 | 1.0 | $ 595.00 | $ 595.00 |
| 05/16/24 | KPC | Call w/ Bill (0.1); Discussing questions with KN (0.6); Calls w/ MTC (0.3); Calls w/ Lisa (0.3); Internal Daily Meeting (0.4); FTI Weekly Call (0.7); Focus Weekly Call (0.8); MOR preparation (1.2) | B110 | 4.4 | $ 495.00 | $ 2,178.00 |
| 05/16/24 | KN | FTI Call (0.7); Internal Daily Meeting (0.4); Focus Call (0.8); Questions & Responses FTI & Focus (0.8) | B110 | 2.7 | $ 595.00 | $ 1,606.50 |
| 05/17/24 | KN | Review Final DIP Order (0.4) | B230 | 0.4 | $ 595.00 | $ 238.00 |
| 05/20/24 | KPC | Internal Daily Meeting (0.7); MOR discussion w/ KN (0.5), MOR coordination over Zoom with L. Nelson (1.0); MOR Drafts (4.5) | B110 | 6.7 | $ 495.00 | $ 3,316.50 |
| 05/20/24 | KN | Internal Daily Meeting (0.7); MOR Review (1.1) MOR Calls w/Kati (0.5) | B110 | 2.3 | $ 595.00 | $ 1,368.50 |
| 05/21/24 | KPC | Internal Daily Meeting (0.4); MOR calls with KN (0.8); MOR Calls with Lisa (0.6); Review and Finalize April MORs (4.0); 503(b)(9) review (0.2) | B110 | 6.0 | $ 495.00 | $ 2,970.00 |
| 05/21/24 | KN | Internal Daily Meeting (0.4); MOR Review (1.3); MOR Calls w/Kati (0.8) | B110 | 2.5 | $ 595.00 | $ 1,487.50 |
| 05/22/24 | KPC | Internal Daily Meeting (0.4); Milk Price Analysis (0.4) | B110 | 0.8 | $ 495.00 | $ 396.00 |
| 05/22/24 | KPC | Wk7 Weekly Reporting package prep, review, finalize | B230 | 3.0 | $ 495.00 | $ 1,485.00 |
| 05/22/24 | KN | Internal Daily Meeting | B110 | 0.4 | $ 595.00 | $ 238.00 |
| 05/22/24 | KN | Review Weekly Report | B230 | 1.0 | $ 595.00 | $ 595.00 |
| 05/23/24 | KPC | Calls/emails with Lisa re payments (0.6); Calls with MTC re milk check (0.1); Conterra Call (0.6); FTI Weekly Call (0.7); Focus Weekly Call (0.8) | B110 | 2.8 | $ 495.00 | $ 1,386.00 |
| 05/23/24 | KN | FTI Call (0.7); Focus Call (0.8); Conterra Call (0.6); Client Call re: Budget and FA calls (1.0) | B110 | 3.1 | $ 595.00 | $ 1,844.50 |
| 05/24/24 | KPC | Internal Daily Meeting (0.9) | B110 | 0.9 | $ 495.00 | $ 445.50 |
| 05/24/24 | KN | Internal Daily Meeting (0.9); Review Forbes Info Request (0.7); Sandton Statement Review (0.3) | B110 | 1.9 | $ 595.00 | $ 1,130.50 |
| 05/28/24 | KPC | Internal Daily Meeting (1.1); Dicussion with Lisa re: disbursements (0.3); Granular review of Weekly categorizations by COA (4.8) | B110 | 6.2 | $ 495.00 | $ 3,069.00 |
| 05/28/24 | KN | Internal Daily Meeting (1.1); Forbes Call (1.1); Client call re Forbes (0.3) | B110 | 2.5 | $ 595.00 | $ 1,487.50 |
| 05/29/24 | KPC | Calls with KN, client re: Budget (0.8), Calls with Lisa re: Weekly report (0.6); Call with counsel re: Kander app to employ (0.3); Call with UST re: app to employ (0.4), Internal Daily Meeting (1.1); UCC Call (1.0) | B110 | 4.2 | $ 495.00 | $ 2,079.00 |
| 05/29/24 | KPC | Wk8 Weekly Report (3.3); Analysis for DIP Advance Motion (.2) | B230 | 3.5 | $ 495.00 | $ 1,732.50 |
| 05/29/24 | KN | UCC Call (1.0); Internal Daily Meeting (1.1); Call w/UST re: App to Employ Kander (.4) | B110 | 2.5 | $ 595.00 | $ 1,487.50 |
| 05/29/04 | KN | Weekly Report (.8); Budget Review (.7) | B230 | 1.5 | $ 595.00 | $ 892.50 |
| 05/29/24 | RM | Call w/UST re: App to Employ Kander | B110 | 0.4 | $ 595.00 | $ 238.00 |
| 05/30/24 | KPC | FTI Weekly Call (0.8); Internal Daily Meeting (.9); Focus Weekly Call (0.7); Calls with KN (0.4) | B110 | 2.8 | $ 495.00 | $ 1,386.00 |
| 05/30/24 | KN | Internal Daily Meeting (0.9); FTI Call (0.6); Focus Call (0.6); Kati Follow-Up from FA Calls (0.4); Follow-Up on Sandton Waiver (0.3) | B110 | 2.8 | $ 595.00 | $ 1,666.00 |
| 05/31/24 | KN | VM and Follow-Up on EVD FA (0.4) | B110 | 0.4 | $ 595.00 | $ 238.00 |
| | | | | 203.7 | Subtotal Fees: | $ 108,009.00 |

# kăn′dər LLC

*2538 Carrolwood Rd.*
*Naperville, IL 60540*

***EXPENSES***

| Date | Description | Code | | Expense |
|------|-------------|------|---|---------|
| 05/06/24 | Airfare | A109 | $ | 1,047.21 |
| 05/06/24 | Airfare | A109 | $ | 1,318.20 |
| 05/06/24 | Meals | A109 | $ | 28.05 |
| 05/06/24 | Meals | A109 | $ | 76.72 |
| 05/06/24 | Meals | A109 | $ | 5.39 |
| 05/07/24 | Transporation | A109 | $ | 20.00 |
| 05/08/24 | Transporation | A109 | $ | 12.00 |
| 05/10/24 | Meals | A109 | $ | 10.57 |
| 05/10/24 | Meals | A109 | $ | 13.93 |
| 05/10/24 | Transporation | A109 | $ | 302.87 |
| 05/10/24 | Transporation | A109 | $ | 28.00 |
| 05/11/24 | Lodging | A109 | $ | 825.01 |
| 05/11/24 | Lodging | A109 | $ | 832.76 |

| | | | |
|---|---|---|---|
| | *Subtotal Expenses:* | $ | *4,520.71* |

| | | |
|---|---|---|
| ***Invoice Total*** | $ | *112,529.71* |

# **kǎń′dər** LLC

*2538 Carrolwood Rd.*
*Naperville, IL 60540*

| | |
|---|---|
| Invoice No.: | MC28/09102024 |
| Invoice Date: | September 10, 2024 |

Millenkamp Cattle, Inc.
471 North 300 West
Jerome, Idaho 83338

**Re:**   Engagement of Financial Advisor dated February 22, 2024

---

*FEES - In connection with the above matter*

| Date | | Description | Code | Hours | Rate | | Fees | |
|------|----|-------------|------|-------|------|---|------|---|
| 06/03/24 | KPC | Request Weekly Data (0.1); Internal Daily Meeting (0.5); Milk check waiver (0.5) | B110 | 1.1 | $ | 495.00 | $ | 544.50 |
| 06/03/24 | KPC | Budget Analysis | B230 | 1.0 | $ | 495.00 | $ | 495.00 |
| 06/03/24 | KN | Internal daily call (0.6); Client update/follow up call (0.5); Waiver review (.4) | B110 | 1.5 | $ | 595.00 | $ | 892.50 |
| 06/03/24 | KN | Budget Review | B230 | 0.3 | $ | 595.00 | $ | 178.50 |
| 06/04/24 | KPC | Internal Daily Meeting (0.7); Review Weekly data, request additonal iten (0.4); Communications w/ Focus re: Silage (0.3); Budget to counsel for UCC request (0.2) | B110 | 1.6 | $ | 495.00 | $ | 792.00 |
| 06/04/24 | KPC | Budget Review w/KN | B230 | 1.1 | $ | 495.00 | $ | 544.50 |
| 06/04/24 | KN | Internal daily call (0.5); Client follow up call (.2); Sandton update call (.3); Weekly call with UCC (0.7); Silage transportation analysis (0.7); Review motion to draw funds (0.3) | B110 | 2.7 | $ | 595.00 | $ | 1,606.50 |
| 06/04/24 | KN | Budget Review w/Kati | B230 | 1.1 | $ | 595.00 | $ | 654.50 |
| 06/05/24 | KPC | Internal Daily Meeting (0.7); Call w/ Bill re: draw analysis (0.3); Call w/ Lisa re: Weekly Cash Flow reporting (0.3); Weekly report review w/ KN, Lisa (0.7) | B110 | 2.0 | $ | 495.00 | $ | 990.00 |
| 06/05/24 | KPC | Update Weekly Reporting for Wk9 with NS (2.0); Cash on Hand / DIP draw analysis (2.2);  Finalize Weekly reporting (1.6) | B230 | 5.8 | $ | 495.00 | $ | 2,871.00 |
| 06/05/24 | KN | Internal daily call (0.7); Review variance analysis (0.7); Call with B. Riley - EVD's FA(0.6) | B110 | 2.0 | $ | 595.00 | $ | 1,190.00 |
| 06/05/24 | NS | Update Weekly Reporting for Wk9 | B230 | 2.0 | $ | 200.00 | $ | 400.00 |
| 06/06/24 | KPC | FTI Weekly Call (0.7), Daily Internal Meeting (0.7); Update budget re: draw (0.8); Milk price analysis w/ FTI (0.1); 503(b)(9) goods per vendor (0.2) | B110 | 2.5 | $ | 495.00 | $ | 1,237.50 |
| 06/06/24 | KN | Weekly call with FTI (0.7); Internal daily call (0.7); Finalize motion to draw funds (0.2) | B110 | 1.6 | $ | 595.00 | $ | 952.00 |
| 06/07/24 | KPC | Review Armory request list (0.5); Armory Weekly Call (1.1); Focus Weekly Call (0.8); Internal Daily Meeting (0.5) | B110 | 2.9 | $ | 495.00 | $ | 1,435.50 |
| 06/07/24 | KPC | Work on Budget | B230 | 3.0 | $ | 495.00 | $ | 1,485.00 |
| 06/07/24 | KN | Weekly call with Armory (1.1); Weekly call with Focus (0.8); Internal daily call (0.5) | B110 | 2.4 | $ | 595.00 | $ | 1,428.00 |
| 06/07/24 | KN | Budget Update and Review | B230 | 1.6 | $ | 595.00 | $ | 952.00 |
| 06/10/24 | KPC | Internal Daily Meeting (0.4); Review status report (0.3); Long Term Budget drafting (4.0) | B110 | 4.7 | $ | 495.00 | $ | 2,326.50 |
| 06/11/24 | KPC | Internal Daily Meeting (0.5); Calls with KN re: AR related to digester (0.6); Digester summary and AR analysis to Armory (0.4); Long Term Budget drafting and review (4.5) | B110 | 5.5 | $ | 495.00 | $ | 2,722.50 |
| 06/11/24 | KN | Internal daily call (0.5);  Weekly call with UCC (0.8); Client update call (0.3); Work on LT Budget (1.8) | B110 | 3.4 | $ | 595.00 | $ | 2,023.00 |
| 06/12/24 | KPC | Call w/ Lisa (1.6) re: LT Budget, Weekly CF; Internal Daily Meeting (0.4); Calls w/ KN, Bill, David re: LT Budget (2.8); LT Budget drafting, updating (2.5); Weekly Variance Analysis for WE 06/09 (4.9) | B110 | 12.2 | $ | 495.00 | $ | 6,039.00 |
| 06/12/24 | KN | Review LT model (1.8); Weekly variance review (0.5) | B110 | 2.3 | $ | 595.00 | $ | 1,368.50 |

# kăn′dər LLC

2538 Carrolwood Rd.
Naperville, IL 60540

| Date | Staff | Description | Code | Hours | | Rate | | Amount |
|------|-------|-------------|------|-------|--|------|--|--------|
| 06/13/24 | KPC | Internal Daily Meeting (0.5); FTI (0.7); Focus (0.7); Continued 341 Hearing (1.1); Calls w/ KN, Bill, David re: LT Budget (1.4); DIP Interest analysis (0.3); 503(b)(9) goods by vendor (0.3); Finalize draft LT Budget, sent to Forbes to discuss (2.2) | B110 | 7.2 | $ | 495.00 | $ | 3,564.00 |
| 06/13/24 | KN | Weekly call with FTI (0.7); Weekly call with Focus (0.7); Internal daily call (0.5); Client call (.7); Continued 341 hearing (1.1) Silage transportation analysis (0.9) | B110 | 4.6 | $ | 595.00 | $ | 2,737.00 |
| 06/14/24 | KPC | Cash Flow Modeling with Forbes (1.0); Armory (0.8); Updated Forecast drafting Actuals through 6/09, Fcst through 8/11 (4.0) | B110 | 5.8 | $ | 495.00 | $ | 2,871.00 |
| 06/14/24 | KN | Weekly call with Armory (0.8); Sandton call (.3) | B110 | 1.1 | $ | 595.00 | $ | 654.50 |
| 06/16/24 | KN | Review models and questions for testimony (2.4) | | 2.4 | $ | 595.00 | $ | 1,428.00 |
| 06/17/24 | KPC | Forecast review with KN (1.1); Internal Daily Meeting (0.6); Calls w/ Lisa re: LT Budget, Cash Flow Forecast (0.9); Silage analysis (0.4); Update forecast with Actuals through 6/16 and FCST through 9/30 (5.5) | B110 | 8.5 | $ | 495.00 | $ | 4,207.50 |
| 06/17/24 | KN | Forecast review (1.1); Internal daily call (0.6); Client call to review analysis (0.7); Finalize silage analysis (1.3) | B110 | 3.7 | $ | 595.00 | $ | 2,201.50 |
| 06/18/24 | KPC | Finalized Fcst (0.8); Internal Daily Meeting (0.6); Review updated Fcst with team (0.5); Forecast review (1.2); Calls w/ KN, Bill, David re: fcst, draw (0.7) | B110 | 3.8 | $ | 495.00 | $ | 1,881.00 |
| 06/18/24 | KN | Travel: MLI-BOI (9.0 billed at 50%) | B195 | 4.5 | $ | 595.00 | $ | 2,677.50 |
| 06/18/24 | KN | Forecast Review | B110 | 1.2 | $ | 595.00 | $ | 714.00 |
| 06/19/24 | KPC | Hearing prep re: Fcst (2.0); To-Date Variance review (0.8); FTI call to review updated budget (1.3); Call w/ KN re: budget, hearing prep (0.4); Truncate Fcst to Aug 11 (0.3); Weekly Variance Analysis WE 6/16 (4.8); Review FTI scenario analysis (1.1) | B110 | 10.7 | $ | 495.00 | $ | 5,296.50 |
| 06/19/24 | KN | Hearing prep at Johnson May's office (6.0); FTI call to review updated budget (1.3); Weekly variance review (0.7); LT budget review (1.1) | B110 | 9.1 | $ | 595.00 | $ | 5,414.50 |
| 06/20/24 | KPC | Discuss FTI analysis (0.3); May MOR preparation (2.8); Call w/ KN re: hearing (0.5) | B110 | 3.3 | $ | 495.00 | $ | 1,633.50 |
| 06/20/24 | KN | Prep, Attend hearing and Testify re: Updated Cash Collateral Budget (8.0) | B110 | 8.0 | $ | 595.00 | $ | 4,760.00 |
| 06/21/24 | KPC | May MOR preparation, review, finalization (5.5) | B110 | 5.5 | $ | 495.00 | $ | 2,722.50 |
| 06/21/24 | KN | MOR Review (1.8) | B110 | 1.8 | $ | 595.00 | $ | 1,071.00 |
| 06/22/24 | KN | Travel: BOI-MLI (9.0 billed at 50%) | B195 | 4.5 | $ | 595.00 | $ | 2,677.50 |
| 06/24/24 | KPC | Armory Weekly call (0.5); Daily Internal call (0.3); Focus Weekly Call (1.0); FTI Weekly Call (0.7); Calls w/ KN re: fcst update (0.8); Review updated milk pricing 6-24 (0.2) | B110 | 3.5 | $ | 495.00 | $ | 1,732.50 |
| 06/24/24 | KPC | Draft Cash Collateral Budget, extended through 12-31 | B230 | 3.5 | $ | 495.00 | $ | 1,732.50 |
| 06/24/24 | KN | Weekly call with Armory (0.5); Internal daily call (0.3); Weekly call with Focus (1.0); Weekly call with FTI (0.7) Sandton update call (.5);  Follow up on cash collateral budget (0.8) | B110 | 3.8 | $ | 595.00 | $ | 2,261.00 |
| 06/25/24 | KPC | Daily Internal call (0.6); Forbes (0.5) | B110 | 1.1 | $ | 495.00 | $ | 544.50 |
| 06/25/24 | KPC | Updating Cash Colateral Budget | B230 | 0.2 | $ | 495.00 | $ | 99.00 |
| 06/25/24 | KN | Internal daily call (0.6);  Weekly call with UCC (0.7) | B110 | 1.3 | $ | 595.00 | $ | 773.50 |
| 06/26/24 | KPC | Internal daily call (.5); Calls w/ KN, Lisa, Bill re: Cash collateral update (1.3); Review Second Cash Collateral Motion draft (0.3) | B110 | 2.1 | $ | 495.00 | $ | 1,039.50 |
| 06/26/24 | KPC | Weekly Reporting for 06/23 | B230 | 4.5 | $ | 495.00 | $ | 2,227.50 |
| 06/26/24 | KN | Internal daily call (0.5); Review weekly report (0.7) | B110 | 1.2 | $ | 595.00 | $ | 714.00 |
| 06/27/24 | KPC | Internal Daily Meeting (0.7); Calls w/ KN, David, Bill re: updates, LT Budget, cash collateral, debt (2.2) | B110 | 2.9 | $ | 495.00 | $ | 1,435.50 |
| 06/27/24 | KPC | Updated to 06.25 Budget (.8); Weekly Cash Collateral Budget to 12-31 reconcile to LT monthly through 12-31-26 (2.7) | B230 | 3.5 | $ | 495.00 | $ | 1,732.50 |
| 06/27/24 | KN | Weekly call with FTI (0.6); Internal daily call (0.7);  Client update call (1.0); Review cash collateral order (0.6); Review weekly variance analysis (0.7) | B110 | 3.6 | $ | 595.00 | $ | 2,142.00 |

# kăn´dər LLC

2538 Carrolwood Rd.
Naperville, IL 60540

| Date | | Description | Code | | | | | | |
|------|----|-----|------|-----|---|-----|---|-----|
| 06/28/24 | KPC | Internal Daily Meeting (0.8); Calls w/ KN, Lisa re: Weekly reporting, 2 year model (0.6); Review draft Q1 financials against historicals (2.2) | B110 | 3.6 | $ | 495.00 | $ | 1,782.00 |
| 06/28/24 | KPC | Weekly Cash Collateral Budget to 12-31 reconcile to LT monthly through 12-31-26 | B230 | 1.8 | $ | 495.00 | $ | 891.00 |
| 06/28/24 | KN | Internal daily call (0.8); Sandton update call (.5); Follow up on FTI questions (0.6) | B110 | 1.9 | $ | 595.00 | $ | 1,130.50 |
| 06/29/24 | KPC | Prepare Weekly Reporting | B230 | 5.0 | $ | 495.00 | $ | 2,475.00 |
| 06/29/24 | KPC | 2 Year Model | B110 | 0.5 | $ | 495.00 | $ | 247.50 |
| 06/30/24 | KPC | Finalize 2 Year Model, Review w/KN | B110 | 4.0 | $ | 495.00 | $ | 1,980.00 |
| 06/30/24 | KN | Review LT Model | B110 | 1.0 | $ | 595.00 | $ | 595.00 |

| | | | | | 199.0 | *Subtotal Fees:* | $ 105,175.00 |
|---|---|---|---|---|---|---|---|

## *EXPENSES*

| Date | Description | Code | | Expense |
|------|-------------|------|---|---------|
| 06/18/24 | Airfare | A109 | $ | 687.95 |
| 06/18/24 | Meals | A109 | $ | 13.36 |
| 06/18/24 | Meals | A109 | $ | 84.27 |
| 06/19/24 | Meals | A109 | $ | 11.43 |
| 06/19/24 | Meals | A109 | $ | 58.66 |
| 06/19/24 | Transportation | A109 | $ | 20.00 |
| 06/19/24 | Transportation | A109 | $ | 3.00 |
| 06/20/24 | Transportation | A109 | $ | 3.00 |
| 06/22/24 | Meals | A109 | $ | 20.15 |
| 06/22/24 | Meals | A109 | $ | 9.52 |
| 06/22/24 | Lodging | A109 | $ | 1,465.61 |
| 06/22/24 | Transportation | A109 | $ | 391.02 |
| 06/22/24 | Transportation | A109 | $ | 35.00 |

| | | *Subtotal Expenses:* | $ | 2,802.97 |
|---|---|---|---|---|

| | | ***Invoice Total*** | $ 107,977.97 |
|---|---|---|---|

# **kăn′dər** LLC

*2538 Carrolwood Rd.*
*Naperville, IL 60540*

| | |
|---|---|
| Invoice No.: | MC29/09192024 |
| Invoice Date: | September 19, 2024 |

Millenkamp Cattle, Inc.
471 North 300 West
Jerome, Idaho 83338

**Re:**  Engagement of Financial Advisor dated February 22, 2024

**FEES - In connection with the above matter**

| Date | | Description | Code | Hours | Rate | | Fees |
|---|---|---|---|---|---|---|---|
| 07/01/24 | KPC | Daily Internal Call (0.5); Update, review & finalize 2 year direct cash flow model | B110 | 4.5 | $ | 495.00 | $ 2,227.50 |
| 07/01/24 | KN | Internal daily call (0.8); Armory call (0.5); Focus call (0.8); FTI call (0.7); Client update call (0.1); LT budget review (0.9); Review motion to extend exclusivity (0.5) | B110 | 4.3 | $ | 595.00 | $ 2,558.50 |
| 07/02/24 | KN | Internal daily call (0.5); UCC call (0.5); Client update call (0.2); Review equipment proposed purchase (0.7); Review updated list of 503(b)9 claims (0.4); Review & distribute weekly reporting for 06/30 (.2) | B110 | 2.5 | $ | 595.00 | $ 1,487.50 |
| 07/02/24 | NS | Update Weekly Reporting for 06/30 | B230 | 1.5 | $ | 200.00 | $ 300.00 |
| 07/03/24 | KN | Internal daily call (0.5); Client update calls (0.8); FTI Call (0.2); Follow up on proposed equipment purchases (0.2) | B110 | 1.7 | $ | 595.00 | $ 1,011.50 |
| 07/03/24 | KN | Review & send out updated/revised cash collateral budget | B230 | 1.2 | $ | 595.00 | $ 714.00 |
| 07/08/24 | KPC | Daily Internal call (0.5); Focus Weekly Call (1.0); Armory call (0.4), FTI call re: Cash Collateral (0.4); Review draft of Q1 financials (2.0) | B110 | 4.3 | $ | 495.00 | $ 2,128.50 |
| 07/08/24 | KN | Internal daily call (0.5); Focus call (1.0); Armory call (0.4); FTI call (0.4) Client update call (0.4); Review weekly variance analysis (1.2); Review Q1 accrual financial statements (1.4) | B110 | 5.3 | $ | 595.00 | $ 3,153.50 |
| 07/09/24 | KPC | Daily Internal call (0.2), Call w/ RM (0.2);  Review draft of Q1 financials (0.7); Update 2-year direct cash flow for Forbes (1.7) | B110 | 2.8 | $ | 495.00 | $ 1,386.00 |
| 07/09/24 | KN | Internal daily call (0.2); UCC call (0.5); Client update calls (0.5), Call w/ Conterra (0.5); Sandton call (1.0); Review stipulation draft (0.6); Follow up on Q1 financial statement questions (0.9) | B110 | 4.2 | $ | 595.00 | $ 2,499.00 |
| 07/09/24 | RM | Call w/KPC | B110 | 0.2 | $ | 595.00 | $ 119.00 |
| 07/10/24 | KPC | Cargill Call (1.1); Call w/ Forbes - Liam (0.3); Daily Internal Call (0.3); Long term model discussion with Liam - Forbes (0.8) | B110 | 2.5 | $ | 495.00 | $ 1,237.50 |
| 07/10/24 | KPC | Weekly Report Wk14 WE 7-14 | B230 | 5.0 | $ | 495.00 | $ 2,475.00 |
| 07/10/24 | KN | Cargill call (1.1); Internal daily call (0.3); Forbes call (0.8);Call w/ Conterra (0.3); Discuss weekly variance (0.6); DeLong call (0.5) | B110 | 3.6 | $ | 595.00 | $ 2,142.00 |
| 07/11/24 | KPC | Daily Internal Call (0.4); FTI Weekly Call (1.0); Focus Weekly Call (1.0); Milk pricing Analysis to Forbes (0.2); Review Forbes requests (0.8); Request cash data for Forbes request (0.3) | B110 | 3.7 | $ | 495.00 | $ 1,831.50 |
| 07/11/24 | KN | Internal daily call (0.4); FTI call (1.0); Focus call (0.6); Client call (0.4); Call w/ EVD FA (0.5); Review weekly variance report (0.9); Review EBITDA vs. FCF calculations (0.7); Review Forbes data requests (0.3) | B110 | 4.8 | $ | 595.00 | $ 2,856.00 |
| 07/12/24 | KPC | Call w/ Warson Capital (0.9); Review Q1 Financials (1.2); Daily Internal Call (0.3); Call w/ Cooper Norman - Lance re: Q1 Financials (1.3); Discuss Cooper Norman's responses w/ KN (1.1); Review new draft from CN (1.0); Armory Weekly Call (0.4) | B110 | 6.2 | $ | 495.00 | $ 3,069.00 |
| 07/12/24 | KN | Warson call (0.9); Internal daily call (0.3); Review and discuss Cooper Norman responses to Q1 financial statement questions (1.1) | B110 | 3.3 | $ | 595.00 | $ 1,963.50 |

# kăń′dər LLC

2538 Carrolwood Rd.
Naperville, IL 60540

| Date | Init | Description | Code | Hours | | Rate | | Amount |
|------|------|-------------|------|-------|--|------|--|--------|
| 07/15/24 | KN | Internal daily call (0.4); Follow up on FTI dataroom request (0.3); Review Cargill questions regarding feed cost assumptions (0.4) | B110 | 1.1 | $ | 595.00 | $ | 654.50 |
| 07/15/24 | KN | Review updated cash collatral budget for attachment to order | B230 | 0.5 | $ | 595.00 | $ | 297.50 |
| 07/16/24 | KPC | Daily Internal call (0.5); MOR request (0.1);  Follow up on Forbes request (0.1); Armory question re: Deposits (0.3); Feed cost analysis data review (1.8) | B110 | 2.8 | $ | 495.00 | $ | 1,386.00 |
| 07/16/24 | KN | Internal daily call (0.5); UCC call (0.5); Review ration analysis for Cargill (0.8); Reviw FTI questions on Forbes' CIM (0.3) | B110 | 2.1 | $ | 595.00 | $ | 1,249.50 |
| 07/17/24 | KPC | Feed analysis (2.2); Daily Internal call (0.4); Call w/ Kyle at Watson re: forecast (1.3); Review Sandton ESG (0.3) | B110 | 4.2 | $ | 495.00 | $ | 2,079.00 |
| 07/17/24 | KPC | Weekly Report Wk15 WE 7-14 | B230 | 5.5 | $ | 495.00 | $ | 2,722.50 |
| 07/17/24 | KN | Internal daily call (0.4); Call w/ Conterra (0.3); Follow up on ration analysis (0.6); Review Sandton ESG report (0.7) | B110 | 2.0 | $ | 595.00 | $ | 1,190.00 |
| 07/18/24 | KPC | Court prep (1.1); Hearing (1.9); Feed analysis (0.9); Q1 Financials question to CN (0.2) | B110 | 4.1 | $ | 495.00 | $ | 2,029.50 |
| 07/18/24 | KN | FTI call (0.4); Client update call (0.3); Review weekly variance analysis (1.1); Review professional fee estimates from all parties (0.6)' Court prep (0.4); Hearing (1.9) | B110 | 4.7 | $ | 595.00 | $ | 2,796.50 |
| 07/19/24 | KPC | FTI Call (1.1); Daily internal call (0.4); Armory Weekly call (0.5); June MOR prep (0.5), Call w Kyle at Watson re: forecast (1.6) | B110 | 4.1 | $ | 495.00 | $ | 2,029.50 |
| 07/19/24 | KN | Internal daily call (0.4); Armory call (0.5); FTI call (1.1); Review projections for Watson (0.5); Watson call (1.5) | B110 | 4.0 | $ | 595.00 | $ | 2,380.00 |
| 07/22/24 | KPC | Focus Weekly Call (0.4); Prepare June MORs (7.5); Daily Internal Call (0.4); Circulate Q1 Financials (0.3) | B110 | 8.6 | $ | 495.00 | $ | 4,257.00 |
| 07/22/24 | KN | Internal daily call (0.4); Focus call (0.4); Client update call (0.4); Review MORs (1.8) | B110 | 3.0 | $ | 595.00 | $ | 1,785.00 |
| 07/23/24 | KPC | Correspondence w/ Forbes re: Q1 (0.1) and Krystal re: CNH (0.2) | B110 | 0.3 | $ | 495.00 | $ | 148.50 |
| 07/23/24 | KN | UCC call (0.5); Call w/ EVD FA (0.3) | B110 | 0.8 | $ | 595.00 | $ | 476.00 |
| 07/24/24 | KPC | Daily Internal Call (0.3); Update to Weekly to new Cash Collateral Budget (1.5); Adq Protection payments (0.2) | B110 | 2 | $ | 495.00 | $ | 990.00 |
| 07/24/24 | KPC | Weekly Report Wk16 WE 7-21 | B230 | 6.5 | $ | 495.00 | $ | 3,217.50 |
| 07/24/24 | KN | Internal daily call (0.3) | B110 | 0.3 | $ | 595.00 | $ | 178.50 |
| 07/25/24 | KPC | Call w/ Lisa re: reports, AP, deposits, April financials (0.5) | B110 | 0.5 | $ | 495.00 | $ | 247.50 |
| 07/25/24 | KN | Review weekly variance analysis (0.8); Review FTI borrowing base questions (0.3) | B110 | 1.1 | $ | 595.00 | $ | 654.50 |
| 07/26/24 | KPC | Daily Internal Call (0.4); Review FTI questions re: Weekly (0.6) | B110 | 1 | $ | 495.00 | $ | 495.00 |
| 07/26/24 | KN | Internal daily call (0.4); Focus call (0.8); Client update call (0.4); Review Wawona case for collateral analysis (0.9) | B110 | 2.7 | $ | 595.00 | $ | 1,606.50 |
| 07/29/24 | KPC | Armory Call (0.5); Call w/ Forbes (0.5); Forbes Weekly Updated (0.6); Call w/ Kyle at Watson re: forecast (1.5) | B110 | 3.1 | $ | 495.00 | $ | 1,534.50 |
| 07/29/24 | KN | Forbes call (0.5); Armory call (0.5); Forbes update call (0.6); Client update calls (0.7); Discuss April financial statement status (0.4);  AGR call (0.4) | B110 | 3.1 | $ | 595.00 | $ | 1,844.50 |
| 07/30/24 | KPC | Daily Internal Call (0.4); Review Warson model (3.0); Review insurance impact on weekly variance (0.8) | B110 | 4.2 | $ | 495.00 | $ | 2,079.00 |
| 07/30/24 | KN | Internal daily call (0.4); Discuss weekly variance issues and potential waiver need (1.2); Review insurance policy (0.3); Review April financial statements (1.1) | B110 | 3.0 | $ | 595.00 | $ | 1,785.00 |
| 07/31/24 | KPC | Daily Internal Call (0.3); Professional Fees summary to date (1.0); Variance threshold (0.3); April financials questions (0.3) | B110 | 1.9 | $ | 495.00 | $ | 940.50 |
| 07/31/24 | KPC | Weekly Report Wk17 WE 7-28 | B230 | 6.0 | $ | 495.00 | $ | 2,970.00 |
| 07/31/24 | KN | Internal daily call (0.3); Review weekly variance reports (0.8); Follow up on April financial statement questions (0.6) | B110 | 1.7 | $ | 595.00 | $ | 1,011.50 |

# kănʹdər LLC

2538 Carrolwood Rd.
Naperville, IL 60540

| | 146.5 | Subtotal Fees: | $ 78,195.00 |
|---|---|---|---|
| | | Invoice Total | $ 78,195.00 |

Kahder LLC

Transaction Report

January 1-October 14, 2024

| ACCOUNT | DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT FULL NAME | ACCOUNT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| Retainers | | | | | | | | | |
| Beginning Balance | | | | | | | | | $0.00 |
| Retainers | 02/22/2024 | Invoice | MC23/02222024 | Millenkamp | Advanced Payment Retainer | Retainers | Accounts Receivable (A/R) | $100,000.00 | $100,000.00 |
| Retainers | 02/22/2024 | Invoice | MC24/02222024 | Millenkamp | Advanced Payment Retainer | Retainers | Accounts Receivable (A/R) | $60,000.00 | $160,000.00 |
| Retainers | 04/01/2024 | Invoice | MC25/04012024 | Millenkamp | Inv. MC25/04012024 | Retainers | Accounts Receivable (A/R) | -$43,350.50 | $116,649.50 |
| **Total for Retainers** | | | | | | | | **$116,649.50** | |
| | | | | | | | | **$116,649.50** | |

# EXHIBIT C

## NARRATIVE SHEET

|  | Information Requested | Information Given |
|---|---|---|
| I. | BACKGROUND:<br>The background information of the bankruptcy case, to the best of Applicant's knowledge is as follows: | |
| A. | Date the bankruptcy petition was filed. | April 2, 2024 |
| B. | Date of the "Order Authorizing Employment of Counsel": | May 24, 2024 |
| C. | Date services commenced. | March 19, 2024 |
| D. | Rate Applicant charges its non-bankruptcy clients for similar services. | Ken Nofzier - $595.00 per hour<br>Kati Churchill - $495.00 per hour |
| E. | Application is final or interim. | Interim. |
| F. | Time period of the services or expenses covered by the Application. | April 2, 2024 through July 31, 2024 |
| | | |
| II. | CASE STATUS:<br>To the best of the Applicant's knowledge, the financial condition and status of the case is as follows: | |
| A. | The amount of cash on hand or on deposit in the estate. | Applicant is holding $116,649.50 as a retainer. |
| B. | Amount and nature of accrued unpaid, administrative expenses. | To the best of the Applicant's knowledge, the only other unpaid administrative expenses are those of the estate's other professionals. To date, the estate has retained Johnson May as co-counsel, Dentons as co-counsel, Forbes as investment banker, Cooper Norman as tax accountant, Davis Livestock as livestock appraiser, Schuil Ag Real Estate as brokers opinion expert, Gale W. Harding & Associates as equipment and machinery appraiser, Summit Ag Appraisal as real estate appraiser, and Givens Pursely as special counsel. The Unsecured Creditors Committee has also incurred administrative expenses for its professionals. |
| C. | The amount of unencumbered funds in the estate. | The estate currently holds $3,010,000 in funds (which is a constantly changing and updating number). While those funds are technically encumbered by the various lienholders in this case, they are |

|  |  | available to pay the professional fees requested pursuant to the Cash Collateral Budget. |
|---|---|---|
|  |  |  |
| III. | PROJECT SUMMARY:<br>Description of each professional project or task for which compensation and reimbursement is sought: |  |
| A. | Description of projects. | See Exhibit B attached hereto for a detailed description of what has been performed on behalf of the estate by the applicant and the fees and costs incurred in these projects. The project categories included: Case Administration, Asset Disposition, Relief from Stay/Adequate Protection Proceedings, Meetings of and Communications with Creditors, Fee/Employment Applications, Assumption/Rejection of Leases and Contracts, Other Contested Matters, Non-Working Travel, Financing/Cash Collections, Tax Issues, Claims Administration and Objections, and Plan and Disclosure Statement. |
| B. | Necessity of projects. | **Case Administration** was necessary in order to discuss various items with the client, counsel, and other parties, as well as prepare required reports (IRR, MOR), prepare financial modeling, update budgets, engage in communications with financial advisors for other parties and communications with Forbes, and prepare for responses to extensive first day motions, continued emergency/interim motions, and related orders.<br><br>**Fee/Employment Applications** was necessary in order to draft and prepare applications to employ and draft monthly fee applications and this first interim fee application. |

|  |  | **Non-Working Travel** was travel billed at ½ rate for travel to/from hearings.<br><br>**Financing/Cash Collections** was necessary in order to correspond with multiple parties regarding the first day cash motions and prepare information and modeling for extensive relevant interim and final motions, notices, and orders.  Much of the initial stages of this case revolved around obtaining necessary approvals/consensus for using cash collateral to maintain operations and approval of the DIP loan. Prepared weekly reporting. |
| --- | --- | --- |
| C. | Benefit of projects to the estate. | The projects have allowed the Debtors to prepare and file required reports, attend required meetings, draft various applications and motions, analyze and draft the Plan, and otherwise keep operations moving forward. |
| D. | Status of project. | Interim. |
| E. | Identification of each person providing services on the projects. | See the attached Exhibit A. |
| F. | Number of hours spent, the amount of compensation requested for each professional and para-professional. | See the attached Exhibit A. |
| G. | Itemized time and services entries. | See the attached Exhibit B. |