# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br>  MILLENKAMP CATTLE, INC | CASE NO: 24-40158-NGH<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 681 |

On 10/21/2024, I did cause a copy of the following documents, described below,

Amended Notice of Hearing Filed by Financial Advisor Kander, LLC (RE: related document(s)[680] Amended Application for Interim Professional Compensation for Kander, LLC, Financial Advisor, Fee: $387,878.00, Expenses: $10,426.85. Filed by Financial Ad ECF Docket Reference No. 681

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/21/2024

/s/ Krystal R. Mikkilineni
Krystal R. Mikkilineni  AT0011814

Dentons Davis Brown
215 10th St
Des Moines, IA  50309
515 288 2500
krystal.mikkilineni@dentons.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: <br><br> MILLENKAMP CATTLE, INC | CASE NO: 24-40158-NGH <br><br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br><br> Chapter: 11 <br> ECF Docket Reference No. 681 |

On 10/21/2024, a copy of the following documents, described below,

Amended Notice of Hearing Filed by Financial Advisor Kander, LLC (RE: related document(s)[680] Amended Application for Interim Professional Compensation for Kander, LLC, Financial Advisor, Fee: $387,878.00, Expenses: $10,426.85. Filed by Financial Ad ECF Docket Reference No. 681

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/21/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Krystal R. Mikkilineni
Dentons Davis Brown
215 10th St
Des Moines, IA  50309

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING          KRYSTAL R  MIKKILINENI              A SCOTT JACKSON TRUCKING INC
09768                                     DENTONS DAVIS BROWN                 CO WILLIAMS MESERVY  LARSEN LLP
CASE 24-40158-NGH                         215 10TH ST                         POST OFFICE BOX 168
DISTRICT OF IDAHO                         STE 1300                            153 EAST MAIN STREET
TWIN FALLS                                DES MOINES IA 50309-3616            JEROME ID 83338-2332
MON OCT 21 13-04-11 MDT 2024



AAA COW COMFORT LLC                       ABS GLOBAL                          ARNOLD MACHINERY COMPANY
PO BOX 307                                1525 RIVER RD                       2975 WEST 2100 SOUTH
KIMBERLY ID 83341-0307                    DEFOREST WI 53532-2430              SALT LAKE CITY UT 84119-1273




AD HOC COMMITTEE OF CORN SILAGE GROWERS   ADDISON BIOLOGICAL LABORATORY INC   AIRGAS USA LLC
153 EAST MAIN STREET                      507 NORTH CLEVELAND ST              PO BOX 734445
PO BOX 168                                FAYETTE MO 65248-1083               CHICAGO IL 60673-4445
JEROME ID 83338-0168




AIRGAS USA LLC                            ALEXANDER K REED                    AMALGAMATED SUGAR
110 WEST 7TH ST SUITE 1400                4296 N 2100 E                       1951 S SATURN WAY
TULSA OK 74119-1077                       FILER ID 83328-5046                 STE 100
                                                                              BOISE ID 83709-2924



AMERICAN CALF PRODUCTS (GOLDEN STATE      AMERICAN EXPRESS NATIONAL BANK      AMORY SECURITIES LLC
MIXING                                    CO BECKET AND LEE LLP               200 NORTH PACIFIC HWY
425 D STREET                              PO BOX 3001                         SUITE 1525
TURLOCK CA 95380-5452                     MALVERN  PA 19355-0701              EL SEGUNDO CA 90245




BRUCE A ANDERSON                          AUTOMATION WERX LLC                 AUTOMATION WERX LLC
320 EAST NEIDER AVENUE                    MORROW  FISCHER PLLC                PO BOX 3066
SUITE 102                                 4 OGDEN AVENUE                      IDAHO FALLS ID 83403-3066
COEUR DALENE ID 83815-6007                NAMPA ID 83651-2371




CO DAVID A COLEMAN B  H FARMING           B  H FARMING AN IDAHO GENERAL       BS R DESIGN SUPPLIES
COLEMAN RITCHIE  JACOBSON                 PARTNERSHIP                         198 LOCUST ST S
PO BOX 525                                PO BOX 123                          TWIN FALLS ID 83301-7832
TWIN FALLS ID 83303-0525                  RUPERT ID 83350-0123




RICHARD BERNARD                           RON C BINGHAM II                    BLUE CROSS OF IDAHO
1177 AVENUE OF THE AMERICAS               3424 PEACHTREE ROAD NE              CO D BLAIR CLARK ATTY
41ST FLOOR                                SUITE 1600                          967 PARKCENTER BLVD 282
NEW YORK NY 10036-2714                    ATLANTA GA 30326-1139               BOISE ID 83706-6721




BLUE CROSS OF IDAHO                       BLUE CROSS OF IDAHO HEALTH SERVICE INC   BO STEVENSON DBA BA FARMS
CO D BLAIR CLARK ATTORNEY                 CO LAW OFFICE OF D BLAIR CLARK PC        1001 S 1900 E
967 E PARKCENTER BLVD 282                 967 EAST PARKCENTER BOULEVARD 282        HAZELTON ID 83335-5451
BOISE ID 83706-6721                       BOISE ID 83706-6721
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| BRANDY A BARTHOLOMEW<br>CO ERIC R CLARK ATTORNEY<br>PO BOX 2504<br>EAGLE ID 83616-9118 | MORTON R BRANZBURG<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>1835 MARKET ST<br>SUITE 1400<br>PHILADELPHIA PA 19103-2945 | HEIDI BUCK MORRISON<br>RACINE OLSON PLLP<br>201 EAST CENTER STREET<br>POCATELLO ID 83201-6329 |
| BUNGE CANADA<br>CO DAVID D FARRELL<br>THOMPSON COBURN LLP<br>ONE USBANK PLAZA SUITE 2700<br>SAINT LOUIS MISSOURI 63101-1693 | BUNGE CANADA CO DAVID D FARRELL<br>DAVID D FARRELL ESQ<br>ONE BANK PLAZA<br>SUITE 2700<br>ST LOUIS MO 63101 | BURKS TRACTOR COMPANY INC<br>3140 KIMBERLY ROAD<br>TWIN FALLS ID 83301-8516 |
| BURKS TRACTOR COMPANY INC<br>OREN B HAKER<br>BLACK HELTERLINE LLP<br>805 SW BROADWAY SUITE 1900<br>PORTLAND OR 97205-3359 | LAURA E BURRI<br>MORROW  FISCHER PLLC<br>4 OGDEN AVENUE<br>83651<br>NAMPA ID 83651-2371 | CNH INDUSTRIAL CAPITAL AMERICA LLC<br>KENT CARTERGORDON REES<br>ONE NORTH FRANKLIN SUITE 800<br>CHICAGO IL 60606-3422 |
| BRETT R CAHOON<br>DOJUST<br>550 WEST FORT ST<br>STE 698<br>BOISE ID 83724-0101 | CAPITOL ONE<br>PO BOX 60599<br>CITY OF INDUSTRY CA 91716-0599 | (P)CARNE I CORP<br>134 E HIGHWAY 81<br>BURLEY ID 83318-5427 |
| W KENT CARTER<br>ONE NORTH FRANKLIN<br>SUITE 800<br>CHICAGO IL 60606-3422 | WILLIAM K CARTER<br>GORDON REES SCULLY MANSUKHANI LLP<br>ONE NORTH WACKER<br>SUITE 1600<br>CHICAGO IL 60606-2874 | ALEXANDRA O CAVAL<br>CAVAL LAW OFFICE PC<br>POB 1716<br>TWIN FALLS ID 83303-1716 |
| CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN VA 20147-6122 | (P)CENTURYTEL SERVICE GROUP LLC DBA CENTURYLI<br>931 14TH STREET 9TH FLOOR<br>DENVER CO 80202-2994 | MATTHEW T CHRISTENSEN<br>199 N CAPITOL BLVD<br>STE 200<br>BOISE ID 83702-6197 |
| MATTHEW T CHRISTENSEN<br>JOHNSON MAY PLLC<br>199 N CAPITOL BLVD<br>SUITE 200<br>BOISE ID 83702-6197 | CHRISTOPHER CAMARDELLO<br>1031 MENDOTA HEIGHTS ROAD<br>ST PAUL MN 55120-1419 | CITI CARDS<br>PO BOX 78019<br>PHOENIX AZ 85062-8019 |
| D BLAIR CLARK<br>967 E PARKCENTER BOULEVARD 282<br>BOISE ID 83706-6721 | ERIC R CLARK<br>PO BOX 2504<br>EAGLE ID 83616-9118 | CLINT D THOMPSON<br>298 N 200 W<br>JEROME ID 83338-5372 |
| COASTLINE EQUIPMENT COMPANY<br>2000 E OVERLAND RD<br>MERIDIAN ID 83642-6665 | DAVID A COLEMAN<br>PO BOX 525<br>TWIN FALLS ID 83303-0525 | COLONIAL LIFE<br>PROCESSING CENTER<br>PO BOX 1365<br>COLUMBIA SC 29202-1365 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CONNIE LAPASEOTES LTD
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

CONRAD BISHCOFF INC
2251 N HOLMES
PO BOX 50106
IDAHO FALLS ID 83405-0106

CONTERRA HOLDINGS LLC DBA CONTERRA AG CAP
SPENCER FANE
1700 LINCOLN STREET
SUITE 2000
DENVER CO 80203-4554

CONTERRA HOLDINGS LLC DBA CONTERRA AG CAPIT
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

DAIMLER TRUCK FINANCIAL SERVICES USA LLC
CO RANDALL P MROCZYNSKI
COOKSEY TOOLEN GAGE DUFFY  WOOG
535 ANTON BOULEVARD SUITE 1000
COSTA MESA CA 92626-7664

DAIRY TECH LLC
1031 MENDOTA HEIGHTS ROAD
ST PAUL MN 55120-1419

DARITECH
8540 BENSON RD
LYNDEN WA 98264-9711

DAVID CLARK
CLARK AMBULATORY CLINIC INC
1019 E 1020 S
ALBION ID 83311

DAVIS LIVESTOCK INC
780 E CANNIBAL RD
LEWISTON UT 84320-2038

DOUGLAS J GRANT
2050 E 500 S
HAZELTON ID 83335-5006

DUSTY BROW FARMS INC
2601 E 1100 S
HAZELTON ID 83335-5623

THOMAS E DVORAK
POB 2720
BOISE ID 83701-2720

EAST VALLEY DEVELOPMENT LLC
CO AVERY LAW
3090 E GENTRY WAY STE 250
MERIDIAN ID 83642-3596

EAST VALLEY DEVELOPMENT LLC
CO ADAM LEWIS ESQ
MORRISON  FOERSTER LLP
425 MARKET ST
SAN FRANCISCO CA 94105-2482

CONNOR BRAY EDLUND
MCCONNELL WAGNER SYKES  STACEY PLLC
827 E PARK BLVD
STE 201
BOISE ID 83712-7782

GERY W EDSON
POB 448
BOISE ID 83701-0448

EDWARD CHOJNACKY
298 N 100 W
JEROME ID 83338-5406

ELECTRICAL WERX  CONSTRUCTION LLC
PO BOX 3066
IDAHO FALLS ID 83403-3066

ELEVATION ELECTRIC LLC
485 S IDAHO ST
WENDELL ID 83355-5241

ERIC CLARK
CLARK ASSOCIATES
PO BOX 2504
EAGLE ID 83616-9118

JON B EVANS
DORSEY  WHITNEY LLP
101 S CAPITOL BLVD STE 1701
BOISE ID 83702-7704

EVANS PLUMBING
111 GULF STREAM LANE
HAILEY ID 83333-7725

ZACHARY FAIRLIE
SPENCER FANE
1000 WALNUT
STE 1400
KANSAS CITY MO 64106-2168

ZACHARY FAIRLIE
SPENCER FANE LLP
1000 WALNUT STREET
SUITE 1400
KANSAS CITY MO 64106-2168

BRIAN FARIA
SAWTOOTH LAW OFFICES PLLC
1101 W RIVER STREET SUITE 110
83702
BOISE ID 83702-7067

FARMERS BANK
PO BOX 392
BUHL ID 83316-0392

FASTENAL COMPANY
2001 THEURER BLVD
ATTN- LEGAL
WINONA MN 55987-9902

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled NOT SERVED were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ROBERT A FAUCHER<br>POB 2527<br>BOISE ID 83701-2527 | FREDIN BROTHERS INC<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | (P)GJ VERTILINE PUMPS INC<br>PO BOX 892<br>TWIN FALLS ID 83303-0892 |
| DAVID W GADD<br>STOVER GADD  ASSOCIATES PLLC<br>905 SHOSHONE ST N<br>PO BOX 1428<br>TWIN FALLS ID 83303-1428 | GALE W HARDING AND ASSOCIATES<br>329 W 7TH S<br>REXBURG ID 83440-9600 | SCOTT F GAUTIER<br>1800 CENTURY PARK EAST<br>STE 1500<br>LOS ANGELES CA 90067-1501 |
| GIVENS PURSLEY LLP<br>GIVENS PURSLEY LLP<br>601 W BANNOCK<br>PO BOX 2720<br>BOISE ID 83701-2720 | GLANBIA FOODS INC<br>CO ROBERT A FAUCHER<br>POB 2527<br>BOISE ID 83701-2527 | KIMBELL D GOURLEY<br>POB 1097<br>BOISE ID 83701-1097 |
| GRANT  HAGAN INC<br>PO BOX 326<br>HAZELTON ID 83335-0326 | GRANT 4D FARMS LLC<br>707 E 600 N<br>RUPERT ID 83350-9466 | DANIEL C GREEN<br>RACINE OLSON PLLP<br>201 EAST CENTER<br>PO BOX 1391<br>POCATELLO ID 83204-1391 |
| GREEN SOURCE AUTOMATION LLC<br>3506 MOORE ROAD<br>CERES CA 95307-9402 | MATTHEW W GRIMSHAW<br>GRIMSHAW LAW GROUP PC<br>800 W MAIN STREET STE 1460<br>BOISE ID 83702-5983 | JULIAN GURULE<br>400 SOUTH HOPE STREET<br>SUITE 1900<br>LOS ANGELES CA 90071-2811 |
| JULIAN GURULE<br>OMELVENY  MEYERS LLP<br>400 SOUTH HOPE STREET<br>SUITE 1900<br>LOS ANGELES CA 90071-2811 | JULIAN GURULE<br>OMELVENY  MYERS LLP<br>400 SOUTH HOPE STREET<br>STE 18TH FLOOR<br>LOS ANGELES CA 90071-2801 | OREN B HAKER<br>BLACK HELTERLINE LLP<br>805 SW BROADWAY<br>SUITE 1900<br>PORTLAND OR 97205-3359 |
| HATFIELD MANUFACTURING INC<br>1823 SHOESTRING RD<br>GOODING ID 83330-5361 | HEERINGA CONSTRUCTION LLC<br>18521 E QUEEN CREEK RD<br>105-481<br>QUEEN CREEK AZ 85142-5864 | DAVID A HEIDA<br>HEIDA LAW OFFICE PLLC<br>PO BOX 216<br>KIMBERLY ID 83341-0216 |
| HOLLIFIELD RANCHES INC<br>22866 HIGHWAY 30<br>HANSEN ID 83334-5028 | IRS<br>CENTRALIZED INSOLVENCY OPER<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IDAHO AGCREDIT<br>CO DANIEL C GREEN<br>RACINE OLSON PLLP<br>P O BOX 1391<br>POCATELLO ID 83204-1391 |
| IDAHO DEPT OF LANDS<br>PO BOX 83720<br>BOISE ID 83720-0003 | IDAHO MATERIALS  CONSTRUCTION<br>CO MILLER NASH LLP<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | IDAHO STATE BRAND DEPARTMENT<br>700 S STRATFORD DR<br>MERIDIAN ID 83642-6202 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| IDAHO STATE TAX COMMISSION<br>PO BOX 36<br>BOISE ID 83722-0036 | (P)INNOVATIVE FOOD SOLUTIONS USA LLC<br>134 E HIGHWAY 81<br>BURLEY ID 83318-5427 | INTERSTATE BILLING SERVICE INC<br>PO BOX 2250<br>DECATUR AL 35609-2250 |
| JC HOOF TRIMMING INC<br>3690 N 2570 E<br>TWIN FALLS ID 83301-1004 | JD HEISKELL HOLDINGS LLC<br>17220 WRIGHT ST STE 200<br>OMAHA NE 68130-4667 | JOHN DEERE FINANCIAL<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 |
| (P)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO NATIONAL BANKRUPTCY SERVICES LLC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 | JAKE MILLENKAMP<br>1719 RIVER ROAD<br>BUHL ID 83316-5302 |
| JAMES FARRELL  CO<br>13810 SE EASTGATE WAY<br>SUITE 520<br>BELLEVUE WA 98005-4467 | JEAN L THOMPSON<br>225 N 250 W<br>JEROME ID 83338 | JEFFREY E ROLIG<br>PO BOX 5455<br>TWIN FALLS ID 83303-5455 |
| JEFFREY J GRIEVE<br>PO BOX 366<br>TWIN FALLS ID 83303-0366 | JOHN DEERE CONSTRUCTION AND FORESTRY COMPANY<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 | JOHN DEERE FINANCIAL FSB<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 |
| K R RENTAL INC<br>256 A SOUTH 600 W<br>HEYBURN ID 83336-9750 | KANDER LLC<br>2538 CARROLWOOD ROAD<br>NAPERVILLE IL 60540-8395 | KEITH D AND JANET CARLSON<br>3866 E 3800 N<br>HANSEN ID 83334-5012 |
| KENWORTH SALES COMPANY INC<br>CO BENOIT LAW<br>PO BOX 366<br>TWIN FALLS ID 83303-0366 | KINGHORN MEDICAL LLC<br>248 S COLE RD<br>BOISE ID 83709-0934 | KRAUS FARMS LLC<br>165 SOUTH 400 WEST<br>RUPERT ID 83350-9672 |
| MATTHEW KREMER<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6524 | MATTHEW KREMER<br>OMELVENY  MYERS LLP<br>1301 AVENUE OF THE AMERICAS<br>SUITE 1700<br>NEW YORK NY 10019-6022 | DAVID T KRUECK<br>HAWLEY TROXELL ENNIS  HALWEY LLP<br>877 W MAIN ST<br>SUITE 500<br>STE 200<br>BOISE ID 83702-6030 |
| JOHN F KURTZ JR<br>KURTZ LAW PLLC<br>910 W MAIN<br>SUITE 364<br>BOISE ID 83702-5740 | LES SCHWAB TIRE CENTERS OF IDAHO LLC<br>PO BOX 5350<br>BEND OR 97708-5350 | (P)LAND VIEW  INC<br>ATTN DAN NOBLE<br>P O BOX 475<br>RUPERT ID 83350-0475 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LAND VIEW INC<br>CO GERY W EDSON<br>PO BOX 448<br>BOISE ID 83701-0448 | ADAM A LEWIS<br>MORRISON  FOERSTER LLP<br>425 MARKET STREET<br>SAN FRANCISCO CA 94105-2482 | ADAM AIKEN LEWIS<br>MORRISON  FOERSTER LLP<br>425 MARKET STREET<br>STE 32ND FLOOR<br>SAN FRANCISCO CA 94105-2467 |
| KARYN LLOYD<br>GORDON REES SCULLY MANSUKHANI LLP<br>999 W MAIN STREET<br>100<br>BOISE ID 83702-9001 | KARYN LLOYD<br>GORDON REES SCULLY MANSUKHANI LLP<br>999 W MAIN STREET 100<br>BOISE ID 83702-9001 | MWI VETERINARIAN SUPPLY INC<br>3041 W PASADENA DRIVE<br>BOISE ID 83705-4776 |
| JED W MANWARING<br>ELAM  BURKE PA<br>251 E FRONT STREET<br>PO BOX 1539<br>STE 300<br>BOISE ID 83701-1539 | JAMES JUSTIN MAY<br>JOHNSON MAY<br>199 N CAPITOL BLVD<br>STE 200<br>BOISE ID 83702-6197 | ZACHERY J MCCRANEY<br>HOLLAND  HART<br>PO BOX 2527<br>800 W MAIN STREET<br>SUITE 1750<br>BOISE ID 83702-5974 |
| MERCK ANIMAL HEALTH<br>ATTN LEGAL DEPTANIMAL HEALTH<br>126 EAST LINCOLN AVENUE<br>PO BOX 2000<br>RAHWAY NJ 07065-0900 | METLIFE REAL ESTATE LENDING LLC<br>CO KIMBELL D GOURLEY<br>10801 MASTIN BLVD<br>SUITE 700<br>OVERLAND PARK KS 66210-1673 | METLIFE REAL ESTATE LENDING LLC<br>CO RON C BINGHAM II ESQ<br>ADAMS AND REESE LLP<br>3424 PEACHTREE ROAD NE SUITE 1600<br>ATLANTA GEORGIA 30326-1139 |
| METROPOLITAN LIFE INSURANCE COMPANY<br>CO KIMBELL D GOURLEY<br>10801 MASTIN BLVD<br>SUITE 700<br>OVERLAND PARK KS 66210-1673 | METROPOLITAN LIFE INSURANCE COMPANY A NEW Y<br>CO RON C BINGHAM II ESQ<br>ADAMS AND REESE LLP<br>3424 PEACHTREE ROAD NE SUITE 1600<br>ATLANTA GEORGIA 30326-1139 | MICHAEL CHOJNACKY<br>51 W 600 N<br>JEROME ID 83338-5016 |
| WILLIAM MILLENKAMP<br>473 S 300 W<br>JEROME ID 83338 | DEBTOR<br>MILLENKAMP CATTLE INC<br>471 NORTH 300 WEST<br>JEROME ID 83338-5078 | RHETT MICHAEL MILLER<br>PARSONS LOVELAND SHIRLEY  LINDSTROM<br>PO BOX 910<br>BURLEY ID 83318-0910 |
| MOSS FARMS OPERATIONS LLC<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 | MOSS GRAIN PARTNERSHIP<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 | MOSS GRAIN PARTNERSHIP<br>301 SCOTT AVE SUITE 4<br>RUPERT ID 83350-5100 |
| JOHN D MUNDING<br>MUNDING PS<br>309 E FARWELL RD<br>STE 310<br>SPOKANE WA 99218-8209 | NAPA AUTO PARTS<br>PO BOX 1425<br>TWIN FALLS ID 83303-1425 | JASON RONALD NAESS<br>DOJUST<br>550 WEST FORT ST<br>STE 698<br>BOISE ID 83724-0101 |
| JAMES NIEMEIER<br>MCGRATH NORTH<br>1601 DODGE STREET<br>SUITE 3700<br>OMAHA NE 68102-1627 | JAMES J NIEMEIER<br>MCGRATH NORTH MULLIN  KRATZ PC LLO<br>1601 DODGE STREET<br>STE 3700<br>OMAHA NE 68102-1650 | COOPER NORMAN<br>PO BOX 5399<br>TWIN FALLS ID 83303-5399 |

USPS FIRST-CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled NOT SERVED were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET<br>STE 2000<br>DENVER CO 80203-4554 | JOHN OBRIEN<br>SPENCER FANE LLP<br>1700 LINCOLN STEET<br>SUITE 2000<br>DENVER CO 80203-4554 | GABRIEL L OLIVERA<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6524 |
| GABRIEL LUIS OLIVERA<br>OMELVENY  MYERS LLP<br>1301 AVENUE OF THE AMERICAS<br>STE 1700<br>NEW YORK NY 10019-6022 | OVERHEAD DOOR<br>489 S LOCUST<br>TWIN FALLS ID 83301-7849 | PTG OF IDAHO LLC<br>CO HOLLAND N ONEIL FOLEY  LARDNER L<br>2021 MCKINNEY AVENUE STE 1600<br>DALLAS TX 75201-3340 |
| DOMENIC E PACITTI<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 MARKET STREET<br>SUITE 1000<br>WILMINGTON DE 19801-3030 | PAN AMERICAN LIFE INSURANCE<br>1778 N PLANO RD<br>STE 310<br>RICHARDSON TX 75081-1958 | PERFORMIX NUTRITION SYSTEMS<br>2201 N 20TH STREET<br>NAMPA ID 83687-6849 |
| PERFORMIX NUTRITION SYSTEMS LLC<br>MUNDING PS<br>309 E FARWELL RD STE 310<br>SPOKANE WA 99218-8209 | MARK BRADFORD PERRY<br>PERRY LAW PC<br>POB 637<br>BOISE ID 83701-0637 | PIVOT MAN INC<br>ROBIN JONES<br>PO BOX 355<br>PAUL ID 83347-0355 |
| SCOTT C POWERS<br>SPENCER FANE LLP<br>10 EXCHANGE PLACE 11TH FLR<br>SALT  LAKE CITY UT 84111-2824 | PRIME RIDGE BEEF LLC<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | PRO RENTALS  SALES<br>PO BOX 5450<br>C12<br>KALISPELL MT 59903-5450 |
| PRO TECH SERVICE COMPANY<br>1550 KIMBERLY RD<br>TWIN FALLS ID 83301-7341 | PROGRESSIVE DAIRY SERVICE  SUPPLIES CORP<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 | PROGRESSIVE DAIRY SERVICE  SUPPLY CORP<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 |
| QUILL CORPORATION<br>PO BOX 102419<br>COLUMBIA SC 29224-2419 | RABO AGRIFINANCE LLC<br>CO SHEILA R SCHWAGER<br>PO BOX 1617<br>BOISE ID 83701-1617 | RABO AGRIFINANCE LLC AS ADMINISTRATIVE AGEN<br>CO SHEILA SCHWAGER<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>PO BOX 1617<br>BOISE ID 83701-1617 |
| RAFT RIVER RURAL ELECTRIC COOPERATIVE INC<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 | CHERYL RAMBO<br>IDAHO STATE POLICE<br>700 S STRATFORD DR<br>MERIDIAN ID 83642-6242 | REXEL USA INC DBA PLATT ELECTRIC SUPPI<br>MCCONNELL WAGNER SYKES + STACEY PLLC<br>827 E PARK BLVD STE 201<br>BOISE ID 83712-7782 |
| REXEL USA INC DBA PLATT ELECTRIC SUPPLY<br>827 E PARK BLVD STE 201<br>BOISE IDAHO 83712-7782 | JANINE PATRICE REYNARD<br>AVERY LAW<br>3090 E GENTRY WAY<br>SUITE 250<br>MERIDIAN ID 83642-3596 | ROBERT E RICHARDS<br>DENTONS US LLP<br>233 SOUTH WACKER DRIVE<br>STE 7800<br>CHICAGO IL 60606-6459 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/HGR-ADVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ROBERT E RICHARDS<br>233 SOUTH WACKER DRIVE<br>SUITE 5900<br>CHICAGO IL 60606-6361 | HOLLY ROARK<br>ROARK LAW OFFICES<br>950 BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | ROARK LAW OFFICES<br>950 BANNOCK ST 11TH FL<br>BOISE ID 83702-5999 |
| ROCKY MOUNTAIN AGRONOMICS<br>1912 WEST MAIN STREET<br>BURLEY ID 83318-1611 | ROGERS MACHINERY COMPANY INC<br>PO BOX 230429<br>PORTLAND OR 97281-0429 | EVAN THOMAS ROTH<br>1101 W RIVER ST STE 110<br>BOISE ID 83702-7067 |
| TIRZAH R ROUSSELL<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES IA 50309-3616 | TIRZAH R ROUSSELL<br>DENTONS DAVIS BROWN PC<br>THE DAVIS BROWN TOWER<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES IA 50309-3621 | MIRANDA RUSSELL<br>MORRISON  FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-0050 |
| MIRANDA K RUSSELL<br>MORRISON  FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-0050 | SANDTON CAPITAL PARTNERS LP<br>16 W 46TH STREET 1ST FLOOR<br>NEW YORK NY 10036-4503 | (P)SCHAEFFER MANUFACTURING COMPANY<br>ATTN DENIS MCCARTHY<br>2600 S BROADWAY<br>SAINT LOUIS MO 63118-1828 |
| NIKOLAUS F SCHANDLBAUER<br>20 F STREET NW<br>SUITE 500<br>WASHINGTON DC 20001-6703 | SCHMIDT CATTLE HAULING<br>848 E 3400 N<br>CASTLEFORD ID 83321-6422 | ANDREW SCHOULDER<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 |
| ANDREW J SCHOULDER<br>NORTON ROSE FULBRIGHT US LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 | SCHOWS TRUCK CENTER<br>PO BOX 2208<br>DECATUR AL 35609-2208 | SCHUIL AG REAL ESTATE INC<br>5020 W MINERAL KING AVE<br>VISALIA CA 93291-5364 |
| SHEILA RAE SCHWAGER<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>877 MAIN STREET SUITE 200<br>PO BOX 1617<br>BOISE ID 83701-1617 | SHEILA R SCHWAGER<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>PO BOX 1617<br>BOISE ID 83701-1617 | SIX STATES DISTRIBUTORS INC<br>29787 NETWORK PLACE<br>CHICAGO IL 60673-1297 |
| LOUIS V SPIKER<br>MILLER NASH LLP<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | SPRINKLERSHOP INC<br>PO BOX 599<br>PAUL ID 83347-0599 | ST GENETICS<br>INGURAN USA INC<br>22575 STATE HWY 6 SOUTH<br>NAVASOTA TX 77868-8297 |
| STANDING 16 RANCH LAND COMPANY LLC<br>335 W 300 N<br>JEROME ID 83338-5217 | STANDLEE AG RESOURCES<br>CO MILLER NASH LLP<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | STANDLEE AG RESOURCES<br>CO MILLER NASH LLP ATTN LOUIS SPIKER<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

STAR FALLS FARMS LLC
1908 E 1300 S
HAZELTON ID 83335-5428

STEEL RANCH LLC
2597 E 1100 S
HAZLETON ID 83335-5621

STEVEN R HOGAN II
409 S 17TH STREET 500
OMAHA NE 68102-2603

MICHAEL R STEWART
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS MN 55402-7508

STOTZ EQUIPMENT
2670 KIMBERLY RD E
TWIN FALLS ID 83301-7984

MATTHEW A STURZEN
SHERMAN SHERMAN JOHNNIE HOYT LLP
693 CHEMEKETA STREET NE
SALEM OR 97301-3732

SUMMIT AG APPRAISAL INC
995 S 1150 E
ALBION ID 83311-9710

THE DAIRY SOLUTIONS GROUP
409 S 17TH STREET 500
OMAHA NE 68102-2603

THE FORBES SECURITIES GROUP LLC DBA FORBES
6400 S FIDDLERS GREEN CIRCLE
SUITE 850
GREENWOOD VILLAGE CO 80111-4994

THE SPRINKLER SHOP
PO BOX 599
PAUL ID 83347-0599

MEREDITH LEIGH THIELBAHR
GORDON REES SEATTLE
701 FIFTH AVENUE
STE 2100
SEATTLE WA 98104-7084

TRIPLE C FARMS LLC
474 S 500 W
JEROME ID 83338-6027

KIM J TROUT
TROUT LAW PLLC
3778 PLANTATION RIVER DR STE 101
BOISE ID 83703-3086

US COMMODITIES LLC
730 SECOND AVENUE S SUITE 700
MINNEAPOLIS MN 55402-2480

US TRUSTEE
550 WEST FORT ST STE 698
BOISE ID 83724-0101

ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE WI 53158-3686

UNITED ELECTRIC COOP INC
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

VALLEY WIDE COOPERATIVE INC
CO DAVID W GADD STOVER GADD ASSOC
PO BOX 1428
TWIN FALLS ID 83303-1428

VALLEY WIDE COOPERATIVE INC
CO DAVID W GADD
STOVER GADD ASSOCIATES PLLC
PO BOX 1428
TWIN FALLS IDAHO 83303-1428

VISERION GRAIN LLC
385 BROADWAY ST
BOULDER CO 80305-3303

VISERION GRAIN LLC
CO SAWTOOTH LAW OFFICES PLLC
213 CANYON CREST DR STE 200
TWIN FALLS ID 83301-3053

VITERRA USA GRAIN LLC
1331 CAPITOL AVE
OMAHA NE 68102-1197

VITERRA USA GRAIN LLC AND VITERRA USA INGRE
CO RACINE OLSON PLLP
PO BOX 1391
POCATELLO ID 83204-1391

VITERRA USA INGREDIENTS LLC
1331 CAPITOL AVE
OMAHA NE 68102-1197

WAG SERVICES INC
8121 W HARRISON ST
TOLLESON AZ 85353-3328

JOSEPH MARK WAGER JR
MCCONNELL WAGNER SYKES STACEY
827 E PARK BLVD SUITE 201
BOISE ID 83712-7782

BRITTA E WARREN
BLACK HELTERLINE LLP
805 SW BROADWAY SUITE 1900
PORTLAND OR 97205-3359

Case 24-40158-NGH    Doc 683    Filed 10/21/24    Entered 10/21/24 14:24:06    Desc Main
Document    Page 12 of 19

USPS FIRST-CLASS MAILING RECIPIENTS
Parties with names struck through or labeled DM/HCR SERVICE have not been served via First Class USPS Mail Service.

```
WENDELL TRUCK AND AUTO              WESTERN CONSTRUCTION INC            WESTERN STATES EQUIPMENT CO
PO BOX 213                          PO BOX 15569                        500 EAST OVERLAND ROAD
356 S IDAHO ST                      BOISE ID 83715-5569                 MERIDIAN ID 83642-6606
WENDELL ID 83355-5209


WESTWAY FEED                        WILBURELLIS COMPANY LLC             WILBURELLIS NUTRITION LLC
BARR CREDIT SERVICES                CO MATTHEW A STURZEN                CO MATTHEW A STURZEN
3444 N COUNTRY CLUB RD              PO BOX 2247                         PO BOX 2247
STE 200                             SALEM OR 97308-2247                 SALEM OR 97308-2247
TUCSON AZ 85716-0815


WILLIAMS MESERVY  LARSEN            BRENT RUSSEL WILSON                 YOUNG CDJR OF BURLEY LLC
POST OFFICE BOX 168                 HAWLEY TROXELL ENNIS  HAWLEY LLP    PO BOX 1530
153 EAST MAIN STREET                877 MAIN STREET SUITE 200           LAYTON UT 84041-6553
JEROME ID 83338-2332                BOISE ID 83702-6030


YOUREE LAND  LIVESTOCK INC          CO DAVID A COLEMAN YOUREE LAND
3953 NORTH 3300 EAST                LIVESTOCK
TWIN FALLS ID 83301-0348            COLEMAN RITCHIE  JACOBSON
                                    PO BOX 525
                                    TWIN FALLS ID 83303-0525
```

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      robert.richards@dentons.com
      tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor.<br><br>Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |
|---|---|

**NOTICE OF AMENDED FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR FINANCIAL ADVISOR and NOTICE OF HEARING RE: SAME**

PLEASE TAKE NOTICE that Kander, LLC, financial advisor for Debtors in Possession, Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), has filed an Amended First Application for Allowance of Interim Fees and Costs for Financial Advisor (Dkt. No. 680 - the "Amended Application") for the requested fees and costs for Kander, LLC in the amount of $398,304.85. The fees and costs required are related to the following:

- **Case Administration** was necessary in order to discuss various items with the client, counsel, and other parties, as well as prepare required reports (IRR, MOR), prepare financial modeling, update budgets, engage in communications with financial advisors for other parties and communications with Forbes, and prepare for responses to extensive first day motions, continued emergency/interim motions, and related orders.

- **Fee/Employment Applications** was necessary in order to draft and prepare applications to employ and draft monthly fee applications and this first interim fee application.

- **Non-Working Travel** was travel billed at ½ rate for travel to/from hearings.

- **Financing/Cash Collections** was necessary in order to correspond with multiple parties regarding the first day cash motions and prepare information and modeling for extensive relevant interim and final motions, notices, and orders. Much of the

NOTICE OF AMENDED FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS
FOR FINANCIAL ADVISOR AND NOTICE OF HEARING RE: SAME

#4068898
#4145762

Case 24-40158-NGH    Doc 681    Filed 10/21/24    Entered 10/21/24 12:34:32    Desc Main
Document    Page 15 of 14
Case 24-40158-NGH    Doc 683    Filed 10/21/24    Entered 10/21/24 14:24:06    Desc Main
Document    Page 14 of 19
Case 24-40158-NGH    Doc 681    Filed 10/21/24    Entered 10/21/24 12:34:32    Desc Main
Document    Page 14

initial stages of this case revolved around obtaining necessary approvals/consensus for using cash collateral to maintain operations and approval of the DIP loan. Prepared weekly reporting.

The projects have allowed the Debtors to prepare and file required reports, attend required meetings, draft various applications and motions, analyze and draft the Plan, and otherwise keep operations moving forward.

The Amended Application has been reviewed and approved by the Debtors. A copy of the Amended Application is on file with the above-captioned Court as Docket No. 680, together with supporting documents. Any party desiring information as to the details of the Amended Application may request the same from the Clerk of the Court, from the court's online PACER information system at www.pacer.gov, or from the undersigned counsel.

YOU ARE HEREBY NOTIFIED that written objections to the Amended Application should be filed with the court within twenty-one (21) days of the date of service of this notice. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served upon the movant. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief in the Amended Application and may grant the relief without further notice of hearing. Any such objection should be filed with the U.S. Bankruptcy Court at the United States Courthouse, 550 W. Fort St., Boise, ID 83724 or electronically filed using the CM/ECF Filer system at https://ecf.edb.uscourts.gov.

YOU ARE FURTHER NOTIFIED that the Amended Application is scheduled to come before the Court for hearing on the **21st day of November, 2024, at 1:30 p.m. (MT),** or as soon thereafter as the matter can be heard. This will be a telephonic hearing; parties should call the following number at least 10 minutes prior to the hearing: 1-669-254-5252; Access Code: 160-5422-0978.

DATED this 21st day of October, 2024.

DENTONS DAVIS BROWN

/s/ *Krystal Mikkilineni*
KRYSTAL MIKKILINENI
Counsel for Debtor

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of October, 2024, I filed the foregoing NOTICE OF AMENDED FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I served the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

See attached mailing matrix.

       /s/ Krystal Mikkilineni
       Krystal Mikkilineni

```
Label Matrix for local noticing          Ad Hoc Committee of Corn Silage Growers    Amalgamated Sugar Company             Allied Electronics Corp.              V2 Land, LLC                          Viserion Grain, LLC
0976-8                                   153 East Main Street                       1951 S. Saturn Way                    c/o Rhett M. Miller                   c/o David W. Gadd, Stover, Gadd & Assoc.  c/o Sawtooth Law Offices, PLLC
Case 24-40158-NGH                        PO Box 168                                 Suite 100                             P.O. Box 910                          P.O. Box 1428                         213 Canyon Crest Dr., Ste 200
District of Idaho                        Jerome, ID 83338-0168                      Boise, ID 83709-2924                  Burley, ID 83318-0910                 Twin Falls, ID 83303-1428             Twin Falls, ID 83301-3053
Twin Falls
Fri Aug 9 12:38:20 MDT 2024

Automation Werx, LLC                     Blue Cross of Idaho Health Service, Inc    Bunge Canada C/O David D. Farrell     Viterra USA Grain, LLC and Viterra USA Ingre   Western States Equipment Co.     Wilbur-Ellis Company LLC
Morrow & Fischer, PLLC                   c/o Law Office of D. Blair Clark PC        David D. Farrell. Esq.                c/o RacineOlson, PLLP                 500 East Overland Road                c/o Matthew A. Sturzen
4 Ogden Avenue                           967 East Parkcenter Boulevard, #282        One Bank Plaza                        P.O. Box 1391                         Meridian, ID 83642-6606               P.O. Box 2247
Nampa, ID 83651-2371                     Boise, ID 83706-6721                       Suite 2700                            Pocatello, ID 83204-1391                                                    Salem, OR 97308-2247
                                                                                    St. Louis, MO 63101

Burks Tractor Company, Inc.              Conterra Holdings, LLC d/b/a Conterra Ag Cap   Davis Livestock, Inc.              Twin Falls                            A. Scott Jackson Trucking, Inc.       AAA Cow Comfort LLC
3140 Kimberly Road                       Spencer Fane                               780 E Cannibal Rd                     U.S. Bankruptcy Court                 c/o Williams Meservy & Larsen, LLP    Po Box 307
Twin Falls, ID 83301-8516                1700 Lincoln Street                        Lewiston, UT 84320-2038               801 East Sherman                      Post Office Box 168                   Kimberly, ID 83341-0307
                                         Suite 2000                                                                       Pocatello, ID 83201-5730              153 East Main Street
                                         Denver, CO 80203-4554                                                                                                   Jerome, ID 83338-2332

East Valley Development, LLC             Elevation Electric, LLC                    Gale W. Harding and Associates        ABS Global                            ARNOLD MACHINERY COMPANY              Addison Biological Laboratory, INC.
c/o Avery Law                            485 S IDAHO ST                             329 W 7th S                           1525 River Rd.                        2975 West 2100 South                  507 North Cleveland St.
3090 E Gentry Way, Ste 250               WENDELL, ID 83355-5241                     Rexburg, ID 83440-9600                DeForest, WI 53532-2430               Salt Lake City, UT 84119-1273         Fayette, MO 65248-1083
Meridian, ID 83642-3596

Glanbia Foods Inc                        Idaho AgCredit                             Idaho State Brand Department          Airgas USA LLC                        Airgas USA, LLC                       Alexander K. Reed
c/o Robert A Faucher                     c/o Daniel C. Green                        700 S. Stratford Dr.                  PO Box 734445                         110 West 7th St. Suite 1400           4296 N 2100 E
POB 2527                                 Racine Olson, PLLP                         Meridian, ID 83642-6202               Chicago, IL 60673-4445                Tulsa, OK 74119-1077                  Filer, ID 83328-5046
Boise, ID 83701-2527                     P. O. Box 1391
                                         Pocatello, ID 83204-1391

(p)LAND VIEW INC                         MWI Veterinary Supply, Inc.                MetLife Real Estate Lending LLC       American Calf Products (Golden State Mixing,   American Express National Bank  Automation Werx, LLC
ATTN DAN NOBLE                           3041 W PASADENA DRIVE                      c/o Kimbell D. Gourley                425 D Street                          c/o Becket and Lee LLP                PO Box 3066
P O BOX 475                              Boise, ID 83705-4776                       10801 Mastin Blvd                     Turlock, CA 95380-5452                PO Box 3001                           Idaho Falls, ID 83403-3066
RUPERT ID 83350-0475                                                                Suite 700                                                                   Malvern PA 19355-0701
                                                                                    Overland Park, KS 66210-1673

Metropolitan Life Insurance Company      Moss Farms Operations, LLC                 Moss Grain Partnership                B & H Farming, an Idaho General Partnership   BS R Design Supplies          Blue Cross of Idaho
c/o Kimbell D. Gourley                   c/o Rhett M. Miller                        c/o Rhett M. Miller                   PO Box 123                            198 Locust St S                       c/o D Blair Clark, Atty
10801 Mastin BLVD                        P.O. Box 910                               P.O. Box 910                          Rupert, ID 83350-0123                 Twin Falls, ID 83301-7832             967 Parkcenter Blvd #282
Suite 700                                Burley, ID 83318-0910                      Burley, ID 83318-0910                                                                                             Boise, ID 83706-6721
Overland Park, KS 66210-1673

PerforMix Nutrition Systems, LLC         Progressive Dairy Service & Supply Corp.   Rabo AgriFinance LLC                  Blue Cross of Idaho                   Bo Stevenson dba B&A Farms            Brandy A. Bartholomew
MUNDING, P.S.                            485 S IDAHO ST                             c/o Sheila R. Schwager                c/o D. Blair Clark, Attorney          1001 S 1900 E                         C/O Eric R. Clark, Attorney
309 E. FARWELL RD., STE 310              WENDELL, ID 83355-5241                     P.O. Box 1617                         967 E. Parkcenter Blvd., #282         Hazelton, ID 83335-5451               P.O. Box 2504
Spokane, WA 99218-8209                                                              Boise, ID 83701-1617                  Boise, ID 83706-6721                                                        Eagle, ID 83616-9118

Raft River Rural Electric Cooperative, Inc.   Rexel USA, Inc dba Platt Electric Supply   Sandton Capital Partners LP     Bunge Canada                          Burks Tractor Company, Inc.           CNH Industrial Capital America LLC
c/o Rhett M. Miller                      McConnell Wagner Sykes + Stacey PLLC       16 W 46th Street, 1st Floor           c/o David D. Farrell                  Oren B. Haker                         Kent Carter/Gordon Rees
P.O. Box 910                             827 E. Park Blvd, Ste. 201                 New York, NY 10036-4503               THOMPSON COBURN LLP                   Black Helterline LLP                  One North Franklin, Suite 800
Burley, ID 83318-0910                    Boise, ID 83712-7782                                                             One US Bank Plaza, Suite 2700         805 SW Broadway Suite 1900            Chicago, IL 60606-3422
                                                                                                                          Saint Louis, Missouri 63101-1693      Portland, OR 97205-3359

Schuil Ag Real Estate Inc                Standlee Ag Resources                      The Forbes Securities Group LLC, DBA Forbes   Capitol One                   (p)CARNE I CORP                       Cellco Partnership d/b/a Verizon Wireless
5020 W Mineral King Ave                  c/o Miller Nash LLP                        6400 S Fiddlers Green Circle          PO Box 60599                          134 E HIGHWAY 81                      William M Vermette
Visalia, CA 93291-5364                   950 W Bannock St, Ste 1100                 Suite 850                             City of Industry, CA 91716-0599       BURLEY ID 83318-5427                  22001 Loudoun County PKWY
                                         Boise, ID 83702-6140                       Greenwood Village, CO 80111-4994                                                                                  Ashburn, VA 20147-6122
```

```
(p)CENTURYTEL SERVICE GROUP LLC DBA CENTURYLI    Christopher Grande                    Cigna                           IRS                                 Idaho Dept of Lands                 Idaho Materials & Construction
931 14TH STREET 9TH FLOOR                        1031 Mendota Heights Road             PO Box 78019                    Centralized Insolvency Oper.       300 N 6th Street                    c/o Miller Nash LLP
DENVER CO 80202-2994                             St. Paul, MN 55120-1419               Phoenix, AZ 85062-8019          PO Box 7346                        PO Box 83720                         950 W Bannock St, Ste 1100
                                                                                                                       Philadelphia, PA 19101-7346        Boise, ID 83720-0003                 Boise, ID 83702-6140

Clint D. Thompson                                Coastline Equipment Company           Colonial Life                   Idaho State Tax Commission         (p)INNOVATIVE FOOD SOLUTIONS USA LLC Interstate Billing Service, Inc
298 N 200 W                                      2000 E Overland Rd                    Processing Center               PO Box 36                          134 E HIGHWAY 81                     PO box 2250
Jerome, ID 83338-5372                            Meridian, ID 83642-6665               PO Box 1365                     Boise, ID 83722-0036               BURLEY ID 83318-5427                 Decatur, AL 35609-2250
                                                                                       Columbia, SC 29202-1365

Connie Lapaseotes, Ltd.                          Conrad Bishcoff Inc                   Conterra Holdings, LLC dba Conterra Ag Capit  J&C Hoof Trimming Inc.   J.D. Heiskell Holdings, LLC      JOHN DEERE FINANCIAL
c/o John O'Brien                                 2251 N Holmes                         c/o John O'Brien                3690 N 2570 E                      17220 Wright St, Ste 200             c/o Weltman, Weinberg & Reis Co., L.P.A.
Spencer Fane                                     PO Box 50106                          Spencer Fane                    Twin Falls, ID 83301-1004          Omaha, NE 68130-4667                 965 Keynote Circle
1700 Lincoln Street, Suite 2000                  Idaho Falls, ID 83405-0106            1700 Lincoln Street, Suite 2000                                                                         Cleveland, OH 44131-1829
Denver, CO 80203-4554                                                                  Denver, CO 80203-4554

Daimler Truck Financial Services USA LLC         Dairy Tech, LLC                       Daritech                        (p)JPMORGAN CHASE BANK N A         JPMorgan Chase Bank, N.A.            Jake Millenkamp
c/o Randall P. Mroczynski                        1031 Mendota Heights Road             8540 Benson Rd                  BANKRUPTCY MAIL INTAKE TEAM        s/b/m/t Chase Bank USA, N.A.         1719 River Road
Cooksey, Toolen, Gage, Duffy & Woog              St. Paul, MN 55120-1419               Lynden, WA 98264-9711           700 KANSAS LANE FLOOR 01           c/o National Bankruptcy Services, LLC Buhl, ID 83316-5302
535 Anton Boulevard, Suite 1000                                                                                        MONROE LA 71203-4774               P.O. Box 9013
Costa Mesa, CA 92626-7664                                                                                                                                 Addison, Texas 75001-9013

David Clark                                      Douglas J. Grant                      Dusty Brow Farms, Inc.          James Farrell & CO                 Jean L. Thompson                     Jeffrey E. Rolig
Clark Ambulatory Clinic, Inc.                    2050 E 500 S                          2601 E 1100 S                   13810 SE Eastgate Way              225 N 250 W                          PO Box 5455
1019 E 1020 S                                    Hazelton, ID 83335-5006               Hazelton, ID 83335-5623         Suite 520                          Jerome, ID 83338                     Twin Falls, ID 83303-5455
Albion, ID 83311                                                                                                       Bellevue, WA 98005-4467

East Valley Development, LLC                     Edward Chojnacky                      Electrical Werx & Construction, LLC  Jeffrey J. Grieve             John Deere Construction and Forestry Company   John Deere Financial, f.s.b.
c/o Adam Lewis, Esq.                             298 N 100 W                           PO Box 3066                     P.O. Box 366                       c/o Weltman, Weinberg & Reis Co., L.P.A.  c/o Weltman, Weinberg & Reis Co., L.P.A.
Morrison & Foerster LLP                          Jerome, ID 83338-5406                 Idaho Falls, ID 83403-3066      Twin Falls, ID 83303-0366          965 Keynote Circle                   965 Keynote Circle
425 Market St.                                                                                                                                            Cleveland, OH 44131-1829             Cleveland, OH 44131-1829
San Francisco CA 94105-2482

Eric Clark                                       Evans Plumbing                        Farmers Bank                    K R Rental Inc                     Keith D. and Janet Carlson           Kenworth Sales Company, Inc.
Clark Associates                                 111 Gulf Stream Lane                  PO Box 392                      256 A South 600 W                  3866 E 3800 N                        c/o Benoit Law
PO Box 2504                                      Hailey, ID 83333-7725                 Buhl, ID 83316-0392             Heyburn, ID 83336-9750             Hansen, ID 83334-5012                P.O. Box 366
Eagle, ID 83616-9118                                                                                                                                                                           Twin Falls, ID 83303-0366

Fastenal Company                                 Fredin Brothers, Inc.                 (p)GJ VERTILINE PUMPS INC       Kinghorn Medical LLC               Kraus Farms, LLC                     LES SCHWAB TIRE CENTERS OF IDAHO, LLC
2001 Theurer Blvd.                               c/o John O'Brien                      PO BOX 892                      248 S Cole Rd                      165 South 400 West                   PO BOX 5350
ATTN: LEGAL                                      Spencer Fane                          TWIN FALLS ID 83303-0892        Boise, ID 83709-0934               Rupert, ID 83350-9672                BEND, OR 97708-5350
Winona, MN 55987-9902                            1700 Lincoln Street, Suite 2000
                                                 Denver, CO 80203-4554

Grant & Hagan, Inc.                              Grant 4-D Farms LLC                   Green Source Automation, LLC    Land View, Inc.                    Merck Animal Health                  MetLife Real Estate Lending, LLC
P.O. Box 326                                     707 E 600 N                           3506 Moore Road                 c/o Gery W. Edson                  Attn: Legal Dept-Animal Health       c/o Ron C. Bingham, II, Esq.
Hazelton, ID 83335-0326                          Rupert, ID 83350-9466                 Ceres, CA 95307-9402            P.O. Box 448                       126 East Lincoln Avenue              Adams and Reese LLP
                                                                                                                       Boise, ID 83701-0448               Po Box 2000                          3424 Peachtree Road, NE, Suite 1600
                                                                                                                                                          Rahway, NJ 07065-0900                Atlanta, Georgia 30326-1139

Hatfield Manufacturing Inc                       Heeringa Construction LLC             Hollifield Ranches, Inc.        Metropolitan Life Insurance Company, a New Y  Michael Chojnacky        Moss Grain Partnership
1823 Shoestring Rd                               18521 E Queen Creek Rd                22866 Highway 30                c/o Ron C. Bingham, II, Esq.       51 W 600 N                           301 Scott Ave. Suite 4
Gooding, ID 83330-5361                           #105-481                              Hansen, ID 83334-5028           Adams and Reese LLP                Jerome, ID 83338-5016                Rupert, ID 83350-5100
                                                 Queen Creek, AZ 85142-5864                                            3424 Peachtree Road, NE, Suite 1600
                                                                                                                       Atlanta, Georgia 30326-1139
```

| | | | | | |
|---|---|---|---|---|---|
| NAPA Auto Parts<br>P.O. Box 1425<br>Twin Falls, ID 83303-1425 | Oren Scotten<br>Black Helterline LLP<br>805 SW Broadway Suite 1900<br>Portland, OR 97205-3359 | Orchard Pest<br>489 S. Locust<br>Twin Falls, ID 83301-0610 | The Sprinkler Shop<br>P.O. Box 599<br>Paul, ID 83347-0599 | Tirzah Roussell<br>474 S 500 W<br>Jerome, ID 83338-6027 | US Commodities, LLC<br>730 Second Avenue S. Suite 700<br>Minneapolis, MN 55402-2480 |
| PTG of Idaho, LLC<br>c/o Holland N. O'Neil, Foley & Lard<br>2021 McKinney Avenue, Ste. 1600<br>Dallas, TX 75201-3340 | Pan American Life Insurance<br>1778 N Plano Rd<br>Ste 310<br>Richardson, TX 75081-1958 | PerforMix Nutrition Systems<br>2201 N 20th Street<br>Nampa, ID 83687-6849 | US Trustee<br>550 West Fort St, Ste 698<br>Boise, ID 83724-0101 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | Valley Wide Cooperative Inc.<br>c/o David W. Gadd<br>Stover, Gadd & Associates, PLLC<br>P.O. Box 1428<br>Twin Falls, Idaho 83303-1428 |
| Pivot Man Inc<br>Robin Jones<br>PO Box 355<br>Paul, ID 83347-0355 | Prime Ridge Beef LLC<br>c/o John O'Brien<br>Spencer Fane<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203-4554 | Pro Tech Service Company<br>1550 Kimberly Rd<br>Twin Falls, ID 83301-7341 | Viserion Grain LLC<br>385 Broadway St<br>Boulder, CO 80305-3303 | Viterra USA Grain, LLC<br>1331 Capitol Ave.<br>Omaha, NE 68102-1197 | Viterra USA Ingredients, LLC<br>1331 Capitol Ave.<br>Omaha, NE 68102-1197 |
| Progressive Dairy Service & Supplies Corp.<br>485 S. Idaho St.<br>Wendell, ID 83355-5241 | Quill Corporation<br>PO Box 102419<br>Columbia, SC 29224-2419 | Rabo AgriFinance LLC, as Administrative Agen<br>c/o Sheila Schwager<br>Hawley Troxell Ennis & Hawley, LLP<br>P.O. Box 1617<br>Boise, ID 83701-1617 | Wag Services, Inc.<br>8121 W HARRISON ST<br>Tolleson, AZ 85353-3328 | Wendell Truck and Auto<br>PO Box 213<br>356 S Idaho St<br>Wendell, ID 83355-5209 | Western Construction Inc<br>PO Box 15569<br>Boise, ID 83715-5569 |
| Rexel USA, Inc dba Platt Electric Supply<br>827 E. Park Blvd., Ste. 201<br>Boise, Idaho 83712-7782 | Roark Law Offices<br>950 Bannock St., 11th Fl.<br>Boise, ID 83702-5999 | Rocky Mountain Agronomics<br>1912 West Main Street<br>Burley, ID 83318-1611 | Westway Feed<br>BARR Credit Services<br>3444 N Country Club Rd<br>Ste 200<br>Tucson, AZ 85716-0815 | Wilbur-Ellis Nutrition, LLC<br>c/o Matthew A. Sturzen<br>PO Box 2247<br>Salem, OR 97308-2247 | Williams, Meservy & Larsen<br>Post Office Box 168<br>153 East Main Street<br>Jerome, ID 83338-2332 |
| Rogers Machinery Company, Inc.<br>PO Box 230429<br>Portland, OR 97281-0429 | Schaeffer Manufacturing Company<br>c/o Denis McCarthy<br>2600 S Broadway<br>St. Louis, MO 63118-1828 | Schmidt Cattle Hauling<br>848 E 3400 N<br>Castleford, ID 83321-6422 | Young CDJR of Burley, LLC<br>PO Box 1530<br>Layton, UT 84041-6553 | Youree Land & Livestock Inc.<br>3953 North 3300 East<br>Twin Falls, ID 83301-0348 | Bruce A. Anderson<br>320 East Neider Avenue<br>Suite 102<br>Coeur d'Alene, ID 83815-6007 |
| Schow's Truck Center<br>PO Box 2208<br>Decatur, AL 35609-2208 | Sheila R. Schwager<br>Hawley Troxell ennis & Hawley LLP<br>P.O. Box 1617<br>Boise, ID 83701-1617 | Six States Distributors Inc<br>29787 Network Place<br>Chicago, IL 60673-1297 | James Justin May<br>Johnson May<br>199 N. Capitol Blvd.<br>Ste. 200<br>Boise, ID 83702-6197 | Julian Gurule<br>O'Melveny & Meyers LLP<br>400 South Hope Street<br>Suite 1900<br>Los Angeles, CA 90071-2811 | Krystal R Mikkilineni<br>Dentons Davis Brown<br>215 10th St<br>Ste 1300<br>Des Moines, IA 50309-3616 |
| SprinklerShop Inc<br>PO Box 599<br>Paul, ID 83347-0599 | St. Genetics<br>Inguran USA, INC.<br>22575 State Hwy 6 South<br>Navasota, TX 77868-8297 | Standing 16 Ranch Land Company, LLC<br>335 W 300 N<br>Jerome, ID 83338-5217 | Matthew T. Christensen<br>199 N. Capitol Blvd.<br>Ste 200<br>Boise, ID 83702-6197 | Matthew T. Christensen<br>Johnson May, PLLC<br>199 N. Capitol Blvd<br>Suite 200<br>Boise, ID 83702-6197 | Robert E Richards<br>Dentons US LLP<br>233 South Wacker Drive<br>Ste 7800<br>Chicago, IL 60606-6459 |
| Standlee Ag Resources<br>c/o Miller Nash, LLP, Attn: Louis Spiker<br>950 W Bannock St, Ste 1100<br>Boise, ID 83702-6140 | Star Falls Farms, LLC<br>1908 E 1300 S<br>Hazelton, ID 83335-5428 | Steel Ranch LLC<br>2597 E 1100 S<br>Hazelton, ID 83335-5621 | Robert E. Richards<br>233 South Wacker Drive<br>Suite 5900<br>Chicago, IL 60606-6361 | Tirzah R. Roussell<br>215 10th Street<br>Suite 1300<br>Des Moines, IA 50309-3616 | Tirzah R. Roussell<br>Dentons Davis Brown PC<br>The Davis Brown Tower<br>215 10th Street<br>Suite 1300<br>Des Moines, IA 50309-3621 |
| Steven R. Hogan II<br>409 S. 17th Street #500<br>Omaha, NE 68102-2603 | Stotz Equipment<br>2670 Kimberly Rd E<br>Twin Falls, ID 83301-7984 | The Dairy Solutions Group<br>409 S. 17th Street #500<br>Omaha, NE 68102-2603 | William Millenkamp<br>473 S 300 W<br>Jerome, ID 83338 | c/o David A. Coleman B & H Farming<br>Coleman, Ritchie & Jacobson<br>PO BOX 525<br>TWIN FALLS, ID 83303-0525 | c/o David A. Coleman Youree Land & Livestock<br>Coleman, Ritchie & Jacobson<br>PO BOX 525<br>TWIN FALLS, ID 83303-0525 |

Case 24-40158-NGH   Doc 681   Filed 10/21/24   Entered 10/21/24 12:34:32   Desc Main

Case 24-40158-NGH   Doc 681   Filed 10/21/24   Entered 10/21/24 12:34:32   Desc Main

(p) Brandy Ann Baxter-Thompson           (p) Krystal R. Mikkilineni
Dentons Davis Brown                       Dentons Davis Brown
215 10th St                               215 10th Street
Ste 1300                                  Suite 1300
Des Moines, IA 50309-3616                 Des Moines, IA 50309-3616

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002(g)(4).

Land View, Inc.                  Carne I Corp.                     CenturyTel Service Group, LLC dba CenturyLin   End of Label Matrix
P.O. Box 475                     134 E. Highway 81                 Lumen Technologies Group                       Mailable recipients   179
Rupert, ID 83350                 Burley, ID 83318                  931 14th Street, 9th Floor (Attn: Legal-       Bypassed recipients    21
                                                                   Denver, CO 80202                               Total                 200

G.J. Verti-Line Pumps, Inc.      Innovative FoodSolutionsUSA       JP Morgan Chase
PO Box 892                       Attn: Jordan Bowen                PO Box 6294
Twin Falls, ID 83303-0892        134 E. Highway 81                 Carol Stream, IL 60197
                                 Burley, ID 83318


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)CNH Industrial Capital America LLC      (u)JOHN DEERE FINANCIAL                (u)MWI Veterinary Supply Inc.


(u)McAlvain Concrete, Inc.                 (u)Official Committee Of Unsecured Creditors    (u)Rocky Mountain Agronomics, Inc.


(u)#3924637                                (u)A K Trucking1897 E 990 S Hazelton, ID 8333   (d)Amalgamated Sugar
                                           A. Scott Jackson TruckingPO Box 56 Jerom        1951 S Saturn Way
                                           A. Scott JacksonTrucking Inc PO Box 56 J        Ste 100
                                           ABS Global Inc Box 22144 Network Place C        Boise, ID 83709-2924
                                           Addison Biological Lab 507 N Cleveland S
                                           Aden Brook Trading CorpPO Box 217 Montgo

(d)Amalgamated Sugar Company               (u)Badger Bearing PTP, Inc             (d)Conterra Holdings, LLC dba Conterra Ag Cap
1951 S. Saturn Way, Suite 100                                                     c/o John O'Brien
Boise, ID 83709-2924                                                              Spencer Fane
                                                                                  1700 Lincoln Street, Suite 2000
                                                                                  Denver, CO 80203-4554

(d)Elevation Electric, LLC                 (du)MWI Veterinary Supply              (u)NameAddress1Address2Address3CityStateZip
485 S. Idaho St.                                                                  116 & West805 W Idaho StSte 300Boise
Wendell, ID 83355-5241                                                            2020 Window ServicePO Box 6056Twin F
                                                                                  A & K Trucking1897 E 990 SHazeltonI
                                                                                  A. Scott Jackson TruckingPO Box 56Je
                                                                                  A. Scott JacksonTrucking IncPO Box 56

(d)Progressive Dairy Service & Supply Corp.   (u)Rexel USA, Inc. dba Platt Electric Supply   (d)Viserion Grain, LLC
485 S. Idaho St.                                                                  385 Broadway Street
Wendell, ID 83355-5241                                                            Boulder, CO 80305-3303