**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

## **ORDER VACATING & RESETTING OCTOBER 28 & 29, 2024, HEARING**

Having reviewed the Stipulation Between Debtors and Parties Regarding October 28th and 29th Hearing (Docket No. 682), and good cause appearing;

IT IS HEREBY ORDERED that the hearing currently set on the Debtor's Second Motion for Continued Use of Cash Collateral (Docket No. 464 – the "Second Motion"), as well as the Debtors' Motion to Compel (Docket No. 671) currently set for October 28th and 29th, 2024 is **VACATED** and **RESET** to **December 10th and 11th, 2024**, beginning at 9:00 a.m. (MT) each day.

IT IS FURTHER ORDERED that any party desiring to present evidence at the continued hearing shall file witness and exhibit lists no later than December 3, 2024, and shall circulate any proposed exhibits to relevant parties on or before December 3, 2024.

IT IS FURTHER ORDERED that the Debtors are authorized to continue the use of cash collateral through December 11, 2024, in accordance with the budget attached to the Interim Order Granting Debtors' Second Motion for Continued Use of Cash Collateral (Docket No. 524).

//end of text//

DATED: October 21, 2024



_____

NOAH G. HILLEN

Chief U.S. Bankruptcy Judge

Order submitted by: Matthew T. Christensen, attorney for the Debtors