UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>   Debtor. | Case No. 24-40158-NGH<br>Chapter 11 |

Filing relates to:

☒ ALL DEBTORS
☐ Millenkamp Cattle, Inc.
☐ Idaho Jersey Girls
☐ East Valley Cattle
☐ Millenkamp Properties
☐ Millenkamp Properties II
☐ Millenkamp Family
☐ Goose Ranch
☐ Black Pine Cattle
☐ Millenkamp Enterprises
☐ Idaho Jersey Girls Jerome Dairy

Jointly Administered With
Case Nos.:

24-40159-NGH (Idaho Jersey Girls)
24-40160-NGH (East Valley Cattle)
24-40161-NGH (Millenkamp Properties)
24-40162-NGH (Millenkamp Properties II)
24-40163-NGH (Millenkamp Family)
24-40164-NGH (Goose Ranch)
24-40166-NGH (Black Pine Cattle)
24-40167-NGH (Millenkamp Enterprises)
24-40165-NGH (Idaho Jersey Girls Jerome Dairy)

## ORDER GRANTING DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES

  The Debtors' *Application to Employ Lance VanDemark and Theodore Isbell as Expert Witnesses* (Dkt. 633) (the "Application"); and the Court, having reviewed the Application, finds that the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Application was sent on September 25, 2024, and was sufficient under the circumstances and that no further notice need be given; and the legal and factual bases set forth in the Application establish just cause for the

**ORDER GRANTING DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES - 1**

relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing, therefore

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    **Pursuant to 11 U.S.C. § 327, t**he Application is GRANTED and the Debtors are authorized to employ Lance VanDemark, Theodore Isbell, and Vertex under the terms as set forth in the Application.[1]

2.    The Application was appropriate under the circumstances and in compliance with the Bankruptcy Code and Bankruptcy Rules.

3.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4.    **This order is effective as of the date of service of the application to employ, which is September 25, 2024.**[2]  //end of text//

DATED: October 24, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by:

Thomas E. Dvorak, ISB No. 5043, Special Counsel for the Debtor

---

[1] Language added by Court.

[2] Language added by Court.

**ORDER GRANTING DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES - 2**