# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 10/24/2024 |
| Case: 24–40158–NGH | Form ID: pdf116 | Total: 140 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | CNH Industrial Capital America LLC |
| cr | MWI Veterinary Supply Inc. |
| cr | McAlvain Concrete, Inc. |
| cr | JOHN DEERE FINANCIAL |
| cr | Rocky Mountain Agronomics, Inc. |
| cr | Official Committee Of Unsecured Creditors |
| cr | Brandy Ann Bartholomew |
| aty | O'Melveny & Myers LLP |
| fa | Kander, LLC |

TOTAL: 9

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Adam Aiken Lewis | alewis@mofo.com |
| aty | Alexandra O Caval | alex@cavallawoffice.com |
| aty | Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| aty | Brent Russel Wilson | bwilson@hawleytroxell.com |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brian Faria | brian@sawtoothlaw.com |
| aty | Britta E Warren | britta.warren@bhlaw.com |
| aty | Bruce A. Anderson | baafiling@eaidaho.com |
| aty | Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| aty | Connor Bray Edlund | edlund@mwsslawyers.com |
| aty | D Blair Clark | dbc@dbclarklaw.com |
| aty | Daniel C Green | dan@racineolson.com |
| aty | David A Coleman | david@colemanjacobsonlaw.com |
| aty | David T Krueck | dkrueck@hawleytroxell.com |
| aty | David W. Gadd | dwg@magicvalleylaw.com |
| aty | Eric R Clark | eclark101@hotmail.com |
| aty | Evan Thomas Roth | evan@sawtoothlaw.com |
| aty | Gabriel Luis Olivera | golivera@omm.com |
| aty | Gery W Edson | gedson@gedson.com |
| aty | Heidi Buck Morrison | heidi@racineolson.com |
| aty | Holly Roark | holly@roarklawboise.com |
| aty | James Niemeier | jniemeier@mcgrathnorth.com |
| aty | James Justin May | jjm@johnsonmaylaw.com |
| aty | Janine Patrice Reynard | janine@averylaw.net |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| aty | Jed W. Manwaring | jwm@elamburke.com |
| aty | John O'Brien | jobrien@spencerfane.com |
| aty | John D Munding | john@mundinglaw.com |
| aty | John F Kurtz, Jr | jfk@kurtzlawllc.com |
| aty | Jon B Evans | evans.jb@dorsey.com |
| aty | Joseph Mark Wager, Jr. | wager@mwsslawyers.com |
| aty | Julian Gurule | jgurule@omm.com |
| aty | Karyn Lloyd | klloyd@grsm.com |
| aty | Kim J Trout | ktrout@trout–law.com |
| aty | Kimbell D Gourley | kgourley@idalaw.com |
| aty | Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| aty | Laura E Burri | lburri@morrowfischer.com |
| aty | Louis V. Spiker | louis.spiker@millernash.com |
| aty | Mark Bradford Perry | mbp@perrylawpc.com |
| aty | Matthew Kremer | mkremer@omm.com |
| aty | Matthew A Sturzen | matt@shermlaw.com |
| aty | Matthew T. Christensen | mtc@johnsonmaylaw.com |
| aty | Matthew W Grimshaw | matt@grimshawlawgroup.com |
| aty | Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| aty | Miranda K. Russell | mrussell@mofo.com |
| aty | Morton R. Branzburg | mbranzburg@klehr.com |
| aty | Oren B. Haker | oren.haker@bhlaw.com |
| aty | Rhett Michael Miller | rmiller@magicvalley.law |
| aty | Robert A Faucher | rfaucher@hollandhart.com |
| aty | Robert E Richards | robert.richards@dentons.com |
| aty | Scott C Powers | spowers@spencerfane.com |
| aty | Sheila Rae Schwager | sschwager@hawleytroxell.com |
| aty | Thomas E Dvorak | ted@givenspursley.com |
| aty | Tirzah R. Roussell | tirzah.roussell@dentons.com |
| aty | William K Carter | kentcarter@grsm.com |

aty        Zachary Fairlie        zfairlie@spencerfane.com

                                                                        TOTAL: 57

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db         Millenkamp Cattle, Inc        471 North 300 West        Jerome, ID 83338
cr         Rabo AgriFinance LLC        c/o Sheila R. Schwager        P.O. Box 1617        Boise, ID 83701
cr         Viterra USA Grain, LLC and Viterra USA Ingredients, LLC        c/o Racine Olson, PLLC        P.O. Box
           1391        Pocatello, ID 83204
cr         MetLife Real Estate Lending LLC        c/o Kimbell D. Gourley        10801 Mastin Blvd        Suite
           700        Overland Park, KS 66210
cr         Metropolitan Life Insurance Company        c/o Kimbell D. Gourley        10801 Mastin BLVD        Suite
           700        Overland Park, KS 66210
cr         Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC
           and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att        Spencer
           Fane        1700 Lincoln Street        Suite 2000        Denver, CO 80203
cr         Western States Equipment Co.        500 East Overland Road        Meridian, ID 83642
cr         c/o David A. Coleman Youree Land & Livestock, Inc.        Coleman, Ritchie & Jacobson        PO BOX
           525        TWIN FALLS, ID 83303–0525 UNITED STATES
cr         c/o David A. Coleman B & H Farming        Coleman, Ritchie & Jacobson        PO BOX 525        TWIN FALLS,
           ID 83303–0525 UNITED STATES
cr         East Valley Development, LLC        c/o Avery Law        3090 E Gentry Way, Ste 250        Meridian, ID 83642
cr         Land View, Inc.        P.O. Box 475        Rupert, ID 83350
cr         MWI Veterinarian Supply, Inc.        3041 W PASADENA DRIVE        Boise, ID 83705 UNITED STATES
cr         Raft River Rural Electric Cooperative, Inc.        c/o Rhett M. Miller        P.O. Box 910        Burley, ID 83318
cr         Viserion Grain, LLC        c/o Sawtooth Law Offices, PLLC        213 Canyon Crest Dr., Ste 200        Twin Falls,
           ID 83301 UNITED STATES
cr         Ad Hoc Committee of Corn Silage Growers        153 East Main Street        PO Box 168        Jerome, ID 83338
cr         Progressive Dairy Service & Supply Corp.        485 S IDAHO ST        WENDELL, ID 83355–5241
cr         Elevation Electric, LLC        485 S IDAHO ST        WENDELL, ID 83355–5241
cr         Bunge Canada C/O David D. Farrell        David D. Farrell. Esq.        One Bank Plaza        Suite 2700        St.
           Louis, MO 63101
intp       Glanbia Foods Inc        c/o Robert A Faucher        POB 2527        Boise, ID 83701
intp       Sandton Capital Partners LP        16 W 46th Street, 1st Floor        New York, NY 10036
cr         Automation Werx, LLC        Morrow & Fischer, PLLC        4 Ogden Avenue        Nampa, ID 83651
cr         Wilbur–Ellis Company LLC        c/o Matthew A. Sturzen        P.O. Box 2247        Salem, OR 97308
cr         PerforMix Nutrition Systems, LLC        MUNDING, P.S.        309 E. FARWELL RD., STE 310        Spokane,
           WA 99218 UNITED STATES
cr         Idaho State Brand Department        700 S. Stratford Dr.        Meridian, ID 83642 UNITED STATES
cr         Moss Grain Partnership        c/o Rhett M. Miller        P.O. Box 910        Burley, ID 83318
cr         Moss Farms Operations, LLC        c/o Rhett M. Miller        P.O. Box 910        Burley, ID 83318
cr         United Electric Co–op, Inc.        c/o Rhett M. Miller        P.O. Box 910        Burley, ID 83318
cr         Standlee Ag Resources        c/o Miller Nash LLP        950 W Bannock St, Ste 1100        Boise, ID 83702
cr         Burks Tractor Company, Inc.        3140 Kimberly Road        Twin Falls, ID 83301
cr         Blue Cross of Idaho Health Service, Inc        c/o Law Office of D. Blair Clark PC        967 East Parkcenter
           Boulevard, #282        Boise, ID 83706 UNITED STATES
aty        Matthew T. Christensen        199 N. Capitol Blvd.        Ste 200        Boise, ID 83702
aty        Krystal R Mikkilineni        Dentons Davis Brown        215 10th St        Ste 1300        Des Moines, IA 50309
crcm       Bruce A. Anderson        320 East Neider Avenue        Suite 102        Coeur d'Alene, ID 83815
r          Schuil Ag Real Estate Inc        5020 W Mineral King Ave        Visalia, CA 93291
app        Gale W. Harding and Associates        329 W 7th S        Rexburg, ID 83440
app        Davis Livestock, Inc.        780 E Cannibal Rd        Lewiston, UT 84320
br         The Forbes Securities Group Inc, DBA Forbes Partners as Investment Banker        6400 S Fiddlers Green
           Circle        Suite 850        Greenwood Village, CO 80111
cr         Rexel USA, Inc dba Platt Electric Supply        McConnell Wagner Sykes & Stacey PLLC        827 E. Park Blvd,
           Ste. 201        Boise, ID 83712
cr         Amalgamated Sugar Company        1951 S. Saturn Way        Suite 100        Boise, ID 83709
aty        Bruce A. Anderson        320 East Neider Avenue        Suite 102        Coeur d'Alene, ID 83815
intp       William Millenkamp        473 S 300 W        Jerome, ID 83338
cr         Valley Wide Cooperative Inc.        c/o David W. Gadd, Stover, Gadd & Assoc.        P.O. Box 1428        Twin
           Falls, ID 83303–1428
intp       Idaho AgCredit        c/o Daniel C. Green        Racine Olson, PLLP        P. O. Box 1391        Pocatello, ID 83201
aty        Julian Gurule        O'Melveny & Meyers LLP        400 South Hope Street        Suite 1900        Los Angeles, CA
           90071
acc        Cooper Norman        PO Box 5399        Twin Falls, ID 83303
app        Summit Ag Appraisal Inc        995 S 1150 E        Albion, ID 83311
fa         Amory Securities LLC        200 North Pacific Hwy        Suite 1525        El Segundo, CA 90245
sp         Givens Pursley LLP        Givens Pursley LLP        601 W. Bannock        P.O. Box 2720        Boise, ID
           83701–2720 UNITED STATES
sp         David A Heida        Heida Law Office, PLLC        Po Box 216        Kimberly, ID 83341
fa         Kander LLC        2538 Carrolwood Road        Naperville, IL 60540
wit        Lance Vandemark        Expert Consulting Services        2694 E 750 S        Declo, ID 83323
wit        Theodore Isbell        Expert Consulting Services        2694 E 750 S        Declo, ID 83323
aty        Adam A Lewis        Morrison & Foerster LLP        425 Market Street        San Francisco, CA 94105
aty        Andrew Schoulder        1301 Avenue of The Americas        New York, NY 10019–6022
aty        Domenic E Pacitti        Klehr Harrison Harvey Branzburg LLP        919 Market Street        Suite
           1000        Wilmington, DE 19801

| | | | | | |
|---|---|---|---|---|---|
| aty | Gabriel L Olivera | 7 Times Square | New York, NY 10036 | | |
| aty | James J Niemeier | McGrath North Mullin & Kratz, PC LLO | 1601 Dodge Street | Ste 3700 | Omaha, NE 68102 |
| aty | John O'Brien | Spencer Fane LLP | 1700 Lincoln Steet | Suite 2000 | Denver, CO 80203 |
| aty | Julian Gurule | 400 South Hope Street | Suite 1900 | Los Angeles, CA 90071 | |
| aty | Karyn Lloyd | Gordon Rees Scully Mansukhani, LLP | 999 W Main Street | 100 | Boise, ID 83702 |
| aty | Krystal R Mikkilineni | Dentons Davis Brown | 215 10th St | Ste 1300 | Des Moines, IA 50309 |
| aty | Matthew Kremer | 7 Times Square | New York, NY 10036 | | |
| aty | Michael R Stewart | 2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402 | |
| aty | Miranda Russell | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019 | |
| aty | Morton R Branzburg | Klehr Harrison Harvey Branzburg LLP | 1835 Market St | Suite 1400 | Philadelphia, PA 19103 |
| aty | Nikolaus F Schandlbauer | 20 F Street NW | Suite 500 | Washington DC 20001 | |
| aty | Richard Bernard | 1177 Avenue of the Americas | 41st Floor | New York, NY 10036 | |
| aty | Robert E. Richards | 233 South Wacker Drive | Suite 5900 | Chicago, IL 60606−6361 | |
| aty | Ron C Bingham, II | 3424 Peachtree Road NE | Suite 1600 | Atlanta, GA 30326 | |
| aty | Scott F Gautier | 1800 Century Park East | Ste 1500 | Los Angeles, CA 90067 | |
| aty | Tirzah R. Roussell | 215 10th Street | Suite 1300 | Des Moines, IA 50309 | |
| aty | W. Kent Carter | One North Franklin | Suite 800 | Chicago, IL 60606 | |
| aty | Zachary Fairlie | Spencer Fane LLP | 1000 Walnut Street | Suite 1400 | Kansas City, MO 64106 |
| aty | Zachery J McCraney | Holland & Hart | Po Box 2527 | 800 W Main Street | Suite 1750 | Boise, ID 83701 |

TOTAL: 74