UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>        Debtor.<br><br>Filing relates to:<br><br>☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy<br><br>_____ | Case No. 24-40158-NGH<br>Chapter 11<br><br><br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>                              Dairy) |

**ORDER GRANTING DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES**

The Debtors' *Application to Employ Lance VanDemark and Theodore Isbell as Expert Witnesses* (Dkt. 633) (the "Application"); and the Court, having reviewed the Application, finds that the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Application was sent on September 25, 2024, and was sufficient under the circumstances and that no further notice need be given; and the legal and factual bases set forth in the Application establish just cause for the

**ORDER GRANTING DEBTORS' APPLICATION TO EMPLOY LANCE
VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES - 1**

relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing, therefore

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. **Pursuant to 11 U.S.C. § 327, t**he Application is GRANTED and the Debtors are authorized to employ Lance VanDemark, Theodore Isbell, and Vertex under the terms as set forth in the Application.[1]

2. The Application was appropriate under the circumstances and in compliance with the Bankruptcy Code and Bankruptcy Rules.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4. **This order is effective as of the date of service of the application to employ, which is September 25, 2024.**[2]  //end of text//

DATED: October 24, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by:

Thomas E. Dvorak, ISB No. 5043, Special Counsel for the Debtor

---

[1] Language added by Court.

[2] Language added by Court.

**ORDER GRANTING DEBTORS' APPLICATION TO EMPLOY LANCE
VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES - 2**

United States Bankruptcy Court

District of Idaho

In re:  Case No. 24-40158-NGH

Millenkamp Cattle, Inc  Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8 User: admin Page 1 of 7
Date Rcvd: Oct 24, 2024 Form ID: pdf116 Total Noticed: 71

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |
| aty | + | Adam A Lewis, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105-2482 |
| aty | | Andrew Schoulder, 1301 Avenue of The Americas, New York, NY 10019-6022 |
| aty | + | Domenic E Pacitti, Klehr Harrison Harvey Branzburg LLP, 919 Market Street, Suite 1000, Wilmington, DE 19801-3030 |
| aty | + | Gabriel L Olivera, 7 Times Square, New York, NY 10036-6524 |
| aty | + | James J Niemeier, McGrath North Mullin & Kratz, PC LLO, 1601 Dodge Street, Ste 3700, Omaha, NE 68102-1650 |
| aty | + | John O'Brien, Spencer Fane LLP, 1700 Lincoln Steet, Suite 2000, Denver, CO 80203-4554 |
| aty | + | Julian Gurule, O'Melveny & Meyers LLP, 400 South Hope Street, Suite 1900, Los Angeles, CA 90071-2811 |
| aty | + | Julian Gurule, 400 South Hope Street, Suite 1900, Los Angeles, CA 90071-2811 |
| aty | + | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| aty | + | Matthew T. Christensen, 199 N. Capitol Blvd., Ste 200, Boise, ID 83702-6197 |
| aty | + | Michael R Stewart, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-7508 |
| aty | + | Miranda Russell, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | Morton R Branzburg, Klehr Harrison Harvey Branzburg LLP, 1835 Market St, Suite 1400, Philadelphia, PA 19103-2945 |
| aty | + | Nikolaus F Schandlbauer, 20 F Street NW, Suite 500, Washington DC 20001-6703 |
| aty | + | Richard Bernard, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| aty | | Robert E. Richards, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361 |
| aty | + | Ron C Bingham, II, 3424 Peachtree Road NE, Suite 1600, Atlanta, GA 30326-1139 |
| aty | + | Scott F Gautier, 1800 Century Park East, Ste 1500, Los Angeles, CA 90067-1501 |
| aty | + | Tirzah R. Roussell, 215 10th Street, Suite 1300, Des Moines, IA 50309-3616 |
| aty | + | W. Kent Carter, One North Franklin, Suite 800, Chicago, IL 60606-3422 |
| aty | + | Zachary Fairlie, Spencer Fane LLP, 1000 Walnut Street, Suite 1400, Kansas City, MO 64106-2168 |
| aty | + | Zachery J McCraney, Holland & Hart, Po Box 2527, 800 W Main Street, Suite 1750 Boise, ID 83702-5974 |
| cr | + | Ad Hoc Committee of Corn Silage Growers, 153 East Main Street, PO Box 168, Jerome, ID 83338-0168 |
| cr | + | Amalgamated Sugar Company, 1951 S. Saturn Way, Suite 100, Boise, ID 83709-2924 |
| fa | | Amory Securities LLC, 200 North Pacific Hwy, Suite 1525, El Segundo, CA 90245 |
| cr | + | Automation Werx, LLC, Morrow & Fischer, PLLC, 4 Ogden Avenue, Nampa, ID 83651-2371 |
| cr | + | Blue Cross of Idaho Health Service, Inc, c/o Law Office of D. Blair Clark PC, 967 East Parkcenter Boulevard, #282, Boise, ID 83706, UNITED STATES 83706-6721 |
| crcm | + | Bruce A. Anderson, 320 East Neider Avenue, Suite 102, Coeur d'Alene, ID 83815-6007 |
| cr | | Bunge Canada C/O David D. Farrell, David D. Farrell. Esq., One Bank Plaza, Suite 2700, St. Louis, MO 63101 |
| cr | + | Burks Tractor Company, Inc., 3140 Kimberly Road, Twin Falls, ID 83301-8516 |
| cr | + | Conterra Holdings, LLC d/b/a Conterra Ag Capital a, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| sp | + | David A Heida, Heida Law Office, PLLC, Po Box 216, Kimberly, ID 83341-0216 |
| app | + | Davis Livestock, Inc., 780 E Cannibal Rd, Lewiston, UT 84320-2038 |
| cr | + | East Valley Development, LLC, c/o Avery Law, 3090 E Gentry Way, Ste 250, Meridian, ID 83642-3596 |
| cr | | Elevation Electric, LLC, 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| app | + | Gale W. Harding and Associates, 329 W 7th S, Rexburg, ID 83440-9600 |
| sp | + | Givens Pursley LLP, Givens Pursley LLP, 601 W. Bannock, P.O. Box 2720, Boise, ID 83701-2720 UNITED STATES 83701-2720 |
| intp | + | Glanbia Foods Inc, c/o Robert A Faucher, POB 2527, Boise, ID 83701-2527 |
| cr | + | Idaho State Brand Department, 700 S. Stratford Dr., Meridian, ID 83642, UNITED STATES 83642-6202 |
| fa | + | Kander LLC, 2538 Carrolwood Road, Naperville, IL 60540-8395 |
| wit | + | Lance Vandemark, Expert Consulting Services, 2694 E 750 S, Declo, ID 83323-6001 |
| cr | + | MWI Veterinarian Supply, Inc., 3041 W PASADENA DRIVE, Boise, ID 83705, UNITED STATES 83705-4776 |
| cr | + | MetLife Real Estate Lending LLC, c/o Kimbell D. Gourley, 10801 Mastin Blvd, Suite 700, Overland Park, KS 66210-1673 |

Case 24-40158-NGH   Doc 689   Filed 10/26/24   Entered 10/26/24 22:22:12   Desc
Imaged Certificate of Notice   Page 4 of 9

| District/off: 0976-8 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Oct 24, 2024 | Form ID: pdf116 | Total Noticed: 71 |

| | | |
|---|---|---|
| cr | + | Metropolitan Life Insurance Company, c/o Kimbell D. Gourley, 10801 Mastin BLVD, Suite 700, Overland Park, KS 66210-1673 |
| cr | + | Moss Farms Operations, LLC, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | Moss Grain Partnership, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | PerforMix Nutrition Systems, LLC, MUNDING, P.S., 309 E. FARWELL RD., STE 310, Spokane, WA 99218, UNITED STATES 99218-8209 |
| cr | | Progressive Dairy Service & Supply Corp., 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| cr | + | Rabo AgriFinance LLC, c/o Sheila R. Schwager, P.O. Box 1617, Boise, ID 83701-1617 |
| cr | + | Raft River Rural Electric Cooperative, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | Rexel USA, Inc dba Platt Electric Supply, McConnell Wagner Sykes + Stacey PLLC, 827 E. Park Blvd, Ste. 201, Boise, ID 83712-7782 |
| intp | + | Sandton Capital Partners LP, 16 W 46th Street, 1st Floor, New York, NY 10036-4503 |
| r | + | Schuil Ag Real Estate Inc, 5020 W Mineral King Ave, Visalia, CA 93291-5364 |
| cr | + | Standlee Ag Resources, c/o Miller Nash LLP, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| app | + | Summit Ag Appraisal Inc, 995 S 1150 E, Albion, ID 83311-9710 |
| br | + | The Forbes Securities Group LLC, DBA Forbes Partne, 6400 S Fiddlers Green Circle, Suite 850, Greenwood Village, CO 80111-4994 |
| wit | + | Theodore Isbell, Expert Consulting Services, 2694 E 750 S, Declo, ID 83323-6001 |
| cr | + | United Electric Co-op, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | | Valley Wide Cooperative Inc., c/o David W. Gadd, Stover, Gadd & Assoc., P.O. Box 1428, Twin Falls, ID 83303-1428 |
| cr | + | Viserion Grain, LLC, c/o Sawtooth Law Offices, PLLC, 213 Canyon Crest Dr., Ste 200, Twin Falls, ID 83301, UNITED STATES 83301-3053 |
| cr | + | Viterra USA Grain, LLC and Viterra USA Ingredients, c/o Racine Olson, PLLP, P.O. Box 1391, Pocatello, ID 83204-1391 |
| cr | + | Western States Equipment Co., 500 East Overland Road, Meridian, ID 83642-6606 |
| cr | + | Wilbur-Ellis Company LLC, c/o Matthew A. Sturzen, P.O. Box 2247, Salem, OR 97308-2247 |
| intp | | William Millenkamp, 473 S 300 W, Jerome, ID 83338 |
| cr | + | c/o David A. Coleman B & H Farming, Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| cr | + | c/o David A. Coleman Youree Land & Livestock, Inc., Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |

TOTAL: 67

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: mkremer@omm.com | Oct 24 2024 23:00:00 | Matthew Kremer, 7 Times Square, New York, NY 10036-6524 |
| acc | + | Email/Text: ar@coopernorman.com | Oct 24 2024 23:00:00 | Cooper Norman, PO Box 5399, Twin Falls, ID 83303-5399 |
| intp | + | Email/Text: DAN@RACINELAW.NET | Oct 24 2024 23:00:00 | Idaho AgCredit, c/o Daniel C. Green, Racine Olson, PLLP, P. O. Box 1391, Pocatello, ID 83204-1391 |
| cr | | Email/Text: dann@lvf.com | Oct 24 2024 23:00:00 | Land View, Inc., P.O. Box 475, Rupert, ID 83350 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | O'Melveny & Myers LLP |
| cr | | Brandy Ann Bartholomew |
| cr | | CNH Industrial Capital America LLC |
| cr | | JOHN DEERE FINANCIAL |
| fa | | Kander, LLC |
| cr | | MWI Veterinary Supply Inc. |
| cr | | McAlvain Concrete, Inc. |
| cr | | Official Committee Of Unsecured Creditors |
| cr | | Rocky Mountain Agronomics, Inc. |
| aty | *+ | Bruce A. Anderson, 320 East Neider Avenue, Suite 102, Coeur d'Alene, ID 83815-6007 |
| aty | *+ | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| aty | ##+ | Karyn Lloyd, Gordon Rees Scully Mansukhani, LLP, 999 W Main Street, 100, Boise, ID 83702-9001 |

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 3 of 7 |
| Date Rcvd: Oct 24, 2024 | Form ID: pdf116 | Total Noticed: 71 |

TOTAL: 9 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2024                   Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:

**Name** — **Email Address**

Adam Aiken Lewis
on behalf of Creditor East Valley Development LLC alewis@mofo.com

Alexandra O Caval
on behalf of Interested Party William Millenkamp alex@cavallawoffice.com R71985@notify.bestcase.com

Andrew J. Schoulder
on behalf of Creditor Rabo AgriFinance LLC andrew.schoulder@nortonrosefulbright.com nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com

Brent Russel Wilson
on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com amay@hawleytroxell.com

Brett R Cahoon
on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov

Brian Faria
on behalf of Creditor Viserion Grain LLC brian@sawtoothlaw.com

Britta E Warren
on behalf of Creditor Burks Tractor Company Inc. britta.warren@bhlaw.com

Bruce A. Anderson
on behalf of Creditor Committee Bruce A. Anderson baafiling@eaidaho.com

Cheryl Rambo
on behalf of Creditor Idaho State Brand Department cheryl.rambo@isp.idaho.gov

Connor Bray Edlund
on behalf of Creditor McAlvain Concrete Inc. edlund@mwsslawyers.com, lemieux@mwsslawyers.com

D Blair Clark
on behalf of Creditor Blue Cross of Idaho Health Service Inc dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com

Daniel C Green
on behalf of Interested Party Idaho AgCredit dan@racineolson.com mcl@racinelaw.net

Daniel C Green
on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net

David A Coleman
on behalf of Creditor Eagle Creek Northwest LLC david@colemanjacobsonlaw.com

David A Coleman
on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com

David A Coleman
on behalf of Creditor c/o David A. Coleman Youree Land & Livestock Inc. david@colemanjacobsonlaw.com

David T Krueck

Case 24-40158-NGH    Doc 689    Filed 10/26/24    Entered 10/26/24 22:22:12    Desc
Imaged Certificate of Notice    Page 6 of 9

| District/off: 0976-8 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Oct 24, 2024 | Form ID: pdf116 | Total Noticed: 71 |

| | |
|---|---|
| | on behalf of Creditor Amalgamated Sugar Company dkrueck@hawleytroxell.com jdeshaw@perkinscoie.com;docketboi@perkinscoie.com |
| David W. Gadd | |
| | on behalf of Creditor Valley Wide Cooperative Inc. dwg@magicvalleylaw.com jfb@magicvalleylaw.com |
| Eric R Clark | |
| | on behalf of Creditor Brandy Ann Bartholomew eclark101@hotmail.com eclark@ericrclarkattorney.com |
| Eric R Clark | |
| | on behalf of Creditor Brandy Bartholomew eclark101@hotmail.com eclark@ericrclarkattorney.com |
| Evan Thomas Roth | |
| | on behalf of Creditor Viserion Grain LLC evan@sawtoothlaw.com |
| Gabriel Luis Olivera | |
| | on behalf of Creditor Official Committee Of Unsecured Creditors golivera@omm.com gabriel-olivera-3960@ecf.pacerpro.com |
| Gery W Edson | |
| | on behalf of Creditor Land View Inc. gedson@gedson.com, tfurey@gedson.com |
| Heidi Buck Morrison | |
| | on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC heidi@racineolson.com, mandy@racineolson.com |
| Holly Roark | |
| | on behalf of Creditor Elevation Electric LLC holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net |
| Holly Roark | |
| | on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net |
| James Niemeier | |
| | on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com |
| James Justin May | |
| | on behalf of Debtor Millenkamp Cattle Inc jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;lnh@johnsonmaylaw.com |
| Janine Patrice Reynard | |
| | on behalf of Creditor East Valley Development LLC janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com |
| Jason Ronald Naess | |
| | on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov |
| Jed W. Manwaring | |
| | on behalf of Creditor MWI Veterinarian Supply Inc. jwm@elamburke.com, jh@elamburke.com |
| John O'Brien | |
| | on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com |
| John D Munding | |
| | on behalf of Creditor PerforMix Nutrition Systems LLC john@mundinglaw.com |
| John F Kurtz, Jr | |
| | on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com tnd@kurtzlawllc.com |
| Jon B Evans | |
| | on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com sattler.carla@dorsey.com |
| Joseph Mark Wager, Jr. | |
| | on behalf of Creditor Rexel USA Inc dba Platt Electric Supply wager@mwsslawyers.com, wstewart@mwsslawyers.com;seannegan@sneganlaw.com;reception@mwsslawyers.com |
| Julian Gurule | |
| | on behalf of Creditor Official Committee Of Unsecured Creditors jgurule@omm.com julian-gurule-5732@ecf.pacerpro.com |
| Karyn Lloyd | |
| | on behalf of Creditor CNH Industrial Capital America LLC klloyd@grsm.com |
| Kim J Trout | |
| | on behalf of Creditor Rocky Mountain Agronomics Inc. ktrout@trout-law.com |
| Kimbell D Gourley | |
| | on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com shudson@idalaw.com |
| Kimbell D Gourley | |
| | on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com shudson@idalaw.com |
| Krystal R. Mikkilineni | |

| District/off: 0976-8 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Oct 24, 2024 | Form ID: pdf116 | Total Noticed: 71 |

| | |
|---|---|
| | on behalf of Attorney Krystal R Mikkilineni krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Enterprises LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Properties  L.L.C. krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Idaho Jersey Girls LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Goose Ranch LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Properties II LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor East Valley Cattle  LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Cattle  Inc krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Black Pine Cattle LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Debtor Millenkamp Family LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com |
| Krystal R. Mikkilineni | on behalf of Financial Advisor Kander  LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Laura E Burri | on behalf of Creditor Automation Werx  LLC lburri@morrowfischer.com, klee@morrowfischer.com |
| Louis V. Spiker | on behalf of Creditor Standlee Ag Resources louis.spiker@millernash.com  louis.spiker@millernash.com |
| Mark Bradford Perry | on behalf of Creditor Burks Tractor Company  Inc. mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com |
| Mark Bradford Perry | on behalf of Defendant Burks Tractor Company  Inc. mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com |
| Matthew Kremer | on behalf of Creditor Official Committee Of Unsecured Creditors mkremer@omm.com  matthew-kremer-0858@ecf.pacerpro.com |
| Matthew A Sturzen | on behalf of Creditor Wilbur-Ellis Company LLC matt@shermlaw.com  bjorn@shermlaw.com;gina@shermlaw.com |
| Matthew T. Christensen | on behalf of Debtor Idaho Jersey Girls LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Enterprises LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Black Pine Cattle LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Family LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Goose Ranch LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@ |

| District/off: 0976-8 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Oct 24, 2024 | Form ID: pdf116 | Total Noticed: 71 |

    notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Cattle Inc mtc@johnsonmaylaw.com,
    mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@
    notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Properties II LLC mtc@johnsonmaylaw.com
    mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@
    notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Properties L.L.C. mtc@johnsonmaylaw.com,
    mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@
    notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Attorney Matthew T. Christensen mtc@johnsonmaylaw.com
    mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@
    notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor East Valley Cattle LLC mtc@johnsonmaylaw.com,
    mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@
    notify.bestcase.com;crb@johnsonmaylaw.com

Matthew W Grimshaw
    on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com

Meredith Leigh Thielbahr
    on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com ckaiser@grsm.com

Miranda K. Russell
    on behalf of Creditor East Valley Development LLC mrussell@mofo.com

Morton R. Branzburg
    on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com

Oren B. Haker
    on behalf of Creditor Burks Tractor Company Inc. oren.haker@bhlaw.com

R Ron Kerl
    on behalf of Plaintiff Rabo AgriFinance LLC Ron@cooper-larsen.com connie@cooper-larsen.com

Rhett Michael Miller
    on behalf of Creditor Moss Farms Operations LLC rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor United Electric Co-op Inc. rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Raft River Rural Electric Cooperative Inc. rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Moss Grain Partnership rmiller@magicvalley.law

Robert A Faucher
    on behalf of Interested Party Glanbia Foods Inc rfaucher@hollandhart.com
    boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Robert E Richards
    on behalf of Debtor Millenkamp Cattle Inc robert.richards@dentons.com, docket.general.lit.chi@dentons.com

Scott C Powers
    on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding
    SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com,
    mwatson@spencerfane.com

Sheila Rae Schwager
    on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com
    jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com

Thomas E Dvorak
    on behalf of Special Counsel Givens Pursley LLP ted@givenspursley.com s274@givenspursley.com;kad@givenspursley.com

Thomas E Dvorak
    on behalf of Debtor Millenkamp Cattle Inc ted@givenspursley.com, s274@givenspursley.com;kad@givenspursley.com

Tirzah R. Roussell
    on behalf of Debtor Idaho Jersey Girls LLC tirzah.roussell@dentons.com

Tirzah R. Roussell

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 7 of 7 |
| Date Rcvd: Oct 24, 2024 | Form ID: pdf116 | Total Noticed: 71 |

|  |  |
|---|---|
| | on behalf of Debtor Millenkamp Properties II LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Black Pine Cattle LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Realtor Schuil Ag Real Estate Inc tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Millenkamp Family LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor East Valley Cattle  LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Goose Ranch LLC tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Attorney Krystal R Mikkilineni tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Appraiser Gale W. Harding and Associates tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Millenkamp Properties  L.L.C. tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Millenkamp Cattle  Inc tirzah.roussell@dentons.com |
| Tirzah R. Roussell | on behalf of Debtor Millenkamp Enterprises LLC tirzah.roussell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| William K Carter | on behalf of Creditor CNH Industrial Capital America LLC kentcarter@grsm.com |
| Zachary Fairlie | on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com |

TOTAL: 102