Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
       golivera@omm.com

*Attorneys for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024**

Armory Securities, LLC (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation for the month of September 2024 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1. The Firm is financial advisor to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of $102,783.95 in fees and expenses during the Application Period. The total fees represent 197.16 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Total |
|---|---|---|
| September | $102,783.95 | $102,783.95 |

3. Accordingly, the Firm seeks allowance of interim compensation in the amount of $77,087.96 at this time. This total is comprised as follows: $77,087.96 (75% of the fees for services rendered).

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 - 2

4.      Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: October 28, 2024

/s/ *Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

/s/ *Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 - 4

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 28th day of October 2024.          /s/ *Bruce A. Anderson*
                                                                                Bruce A. Anderson

## Exhibit A

Invoices

**Armory Securities, LLC**

200 N Pacific Coast Hwy Ste 1525
El Segundo, CA  90245



# INVOICE

BILL TO
Millenkamp Cattle, Inc.

| | |
|---|---|
| INVOICE | 1199 |
| DATE | 09/30/2024 |
| TERMS | Due on receipt |
| DUE DATE | 09/30/2024 |

| DESCRIPTION | AMOUNT |
|---|---|
| Professional Services Rendered Through September 30, 2024 | 102,783.95 |

BALANCE DUE  **$102,783.95**

Please remit payment to:
Armory Securities, LLC
Attn: Janna Spears
200 N Pacific Coast Highway, Ste 1525
El Segundo, CA  90245
(310) 220-6400
Tax I.D. # 20-8996056

Or wire funds to:
Bank Name:  JP Morgan Chase
Branch:  San Francisco, CA
ABA/SWIFT #:  321-081-669
Account #:  80006011938
Account Name:  Armory Securities, LLC

Armory Securities, LLC
Invoice: 1199
Page No. 2

**Millenkamp Cattle**
**For Professional Services Rendered Through September 30, 2024**

| Date | Notes | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 9/2/2024 | Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 9/2/2024 | Variance analysis WE 08.27 | Martin | Manasherob | 3 | 1,125.00 |
| 9/3/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 9/3/2024 | variance analysis finalization | Martin | Manasherob | 1 | 375.00 |
| 9/5/2024 | prep for variance analysis | Martin | Manasherob | 0.5 | 187.50 |
| 9/6/2024 | Analysis of weekly cash flow report | Douglas | McDonald | 1 | 795.00 |
| 9/9/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 9/9/2024 | Variance Analysis Call with Kander | Jeff | Choi | 0.5 | 237.50 |
| 9/9/2024 | Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 9/9/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 9/9/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 9/10/2024 | Variance Analysis Call with Kander | Jeff | Choi | 1 | 475.00 |
| 9/13/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 9/13/2024 | Variance Analysis Call with Kander | Jeff | Choi | 0.5 | 237.50 |
| 9/13/2024 | Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 9/13/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 9/13/2024 | variance analysis | Martin | Manasherob | 2 | 750.00 |
| 9/13/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 9/13/2024 | Budget review | Melissa | Chu | 1 | 525.00 |
| 9/16/2024 | Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 9/17/2024 | Advisor weekly call Kander Prep | Dave | Clark | 0.5 | 397.50 |
| 9/17/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Dave | Clark | 0.75 | 596.25 |
| 9/17/2024 | Liquidation analysis build | Martin | Manasherob | 4 | 1,500.00 |
| 9/17/2024 | Liquidation comparables research | Melissa | Chu | 3 | 1,575.00 |
| 9/18/2024 | Liquidation Analysis | Jeff | Choi | 4.5 | 2,137.50 |
| 9/18/2024 | liquidation analysis draft 2 | Martin | Manasherob | 5 | 1,875.00 |
| 9/19/2024 | Millenkamp Liquidation Analysis - Draft Review | Dave | Clark | 0.5 | 397.50 |
| 9/19/2024 | Millenkamp Liquidation Analysis - Draft Review | Douglas | McDonald | 0.5 | 397.50 |
| 9/19/2024 | Dairy liquidation analysis comp set | Douglas | McDonald | 0.75 | 596.25 |
| 9/19/2024 | Review revised cash collateral budget | Douglas | McDonald | 1 | 795.00 |
| 9/19/2024 | Liquidation Analysis | Jeff | Choi | 7 | 3,325.00 |
| 9/19/2024 | Millenkamp Liquidation Analysis Tag-Up | Martin | Manasherob | 0.5 | 187.50 |
| 9/19/2024 | Millenkamp Liquidation Analysis - Draft Review | Martin | Manasherob | 0.5 | 187.50 |
| 9/19/2024 | Liquidation Analysis | Martin | Manasherob | 6 | 2,250.00 |
| 9/19/2024 | Liquidation Analysis - Comparable Research | Melissa | Chu | 3 | 1,575.00 |
| 9/19/2024 | Liquidation Analysis - Review Call | Melissa | Chu | 1 | 525.00 |
| 9/19/2024 | Liquidation Analysis - Comparables Case Analysis | Melissa | Chu | 3 | 1,575.00 |
| 9/19/2024 | Millenkamp Liquidation Analysis - Draft Review | Melissa | Chu | 0.5 | 262.50 |
| 9/20/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 9/20/2024 | Millenkamp Liquidation - Follow Up Discussion | Douglas | McDonald | 0.5 | 397.50 |
| 9/20/2024 | Liquidation Analysis | Jeff | Choi | 6 | 2,850.00 |
| 9/20/2024 | Liquidation Analysis pt. 2 | Martin | Manasherob | 7 | 2,625.00 |
| 9/20/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 9/20/2024 | Millenkamp Liquidation - Follow Up Discussion | Martin | Manasherob | 0.5 | 187.50 |
| 9/20/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 9/20/2024 | Millenkamp Liquidation - Follow Up Discussion | Melissa | Chu | 0.5 | 262.50 |
| 9/20/2024 | Liquidation comparables case research | Melissa | Chu | 3 | 1,575.00 |
| 9/21/2024 | Review Liquidation Analysis | Dave | Clark | 0.5 | 397.50 |
| 9/22/2024 | Review and comment on liquidation analysis | Douglas | McDonald | 1 | 795.00 |
| 9/22/2024 | Liquidation Analysis | Jeff | Choi | 2 | 950.00 |
| 9/23/2024 | Review and comment on liquidation analysis for UCC | Douglas | McDonald | 0.75 | 596.25 |
| 9/23/2024 | Call with Julian on UCC stipulation and summary of liquidation analysis | Douglas | McDonald | 0.33 | 262.35 |
| 9/23/2024 | Liquidation Analysis | Jeff | Choi | 6 | 2,850.00 |
| 9/23/2024 | Millenkamp Liquidation Sensitivity | Martin | Manasherob | 0.5 | 187.50 |
| 9/23/2024 | variance analysis | Martin | Manasherob | 2 | 750.00 |
| 9/23/2024 | liquidation analysis | Martin | Manasherob | 2 | 750.00 |
| 9/24/2024 | Draft UCC weekly call presentation on financing process, revised DIP budget and weekly variance reporting | Douglas | McDonald | 1 | 795.00 |
| 9/24/2024 | Variance Analysis | Jeff | Choi | 3 | 1,425.00 |
| 9/24/2024 | Variance analysis | Martin | Manasherob | 0.75 | 281.25 |
| 9/25/2024 | Work on liquidation analysis | Douglas | McDonald | 0.5 | 397.50 |
| 9/25/2024 | Liquidation Analysis | Jeff | Choi | 2 | 950.00 |
| 9/25/2024 | liquidation analysis | Martin | Manasherob | 2 | 750.00 |
| 9/25/2024 | Teams re: Millenkamp Liquidation Analysis - DRAFT | Melissa | Chu | 0.5 | 262.50 |
| 9/25/2024 | Liquidation Analysis - Report review | Melissa | Chu | 1 | 525.00 |
| 9/26/2024 | Prep for call to Juanita at Focus (Advisor to MetLife) | Douglas | McDonald | 0.5 | 397.50 |
| 9/26/2024 | Review term sheets and summarize for UCC meeting. Review Kander model of term sheets and incorporate | Douglas | McDonald | 1.5 | 1,192.50 |
| 9/26/2024 | Liquidation Analysis | Jeff | Choi | 5 | 2,375.00 |
| 9/26/2024 | liquidation analysis / term sheet summary / liquidation case profiling on similar cases | Martin | Manasherob | 3.5 | 1,312.50 |
| 9/27/2024 | Plan of Reorganization Analysis | Dave | Clark | 1 | 795.00 |
| 9/27/2024 | Liquidation Analysis | Dave | Clark | 1 | 795.00 |
| 9/27/2024 | Armory Kander Millenkamp DIP Budget Call Prep | Douglas | McDonald | 0.5 | 397.50 |
| 9/27/2024 | Armory Kander Millenkamp DIP Budget Call. Discuss plan term sheets and liquidation. | Douglas | McDonald | 0.5 | 397.50 |
| 9/27/2024 | Revisions to liquidation analysis and model plan term sheet alternatives in preparation for UCC meeting. | Douglas | McDonald | 2 | 1,590.00 |
| 9/27/2024 | Plan of Reorganization Analysis | Jeff | Choi | 5 | 2,375.00 |
| 9/27/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 9/27/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 9/28/2024 | Plan of Reorganization Analysis | Jeff | Choi | 5 | 2,375.00 |
| 9/29/2024 | Work on plan discussion documents and model UCC recovery | Douglas | McDonald | 1.5 | 1,192.50 |
| 9/29/2024 | Plan of Reorganization Analysis | Jeff | Choi | 4 | 1,900.00 |
| 9/29/2024 | Liquidation analysis deck updates | Martin | Manasherob | 2 | 750.00 |
| 9/30/2024 | Review of deck for Plan | Dave | Clark | 1 | 795.00 |

Armory Securities, LLC
Invoice: 1199
Page No. 3

**Millenkamp Cattle**
**For Professional Services Rendered Through September 30, 2024**

| Date | Notes | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 9/30/2024 | Plan analysis and model | Douglas | McDonald | 2 | 1,590.00 |
| 9/30/2024 | Plan of Reorganization Analysis | Jeff | Choi | 3 | 1,425.00 |
| 9/30/2024 | Liquidation analysis deck clean up | Martin | Manasherob | 1.5 | 562.50 |
| | **Business Analysis** | | | | **75,169.85** |
| 9/12/2024 | Listen to Millenkamp Omnibus Hearing - EVD Stipulation and Debtor Professional Fee Apps | Dave | Clark | 0.25 | 198.75 |
| 9/12/2024 | Listen to Millenkamp Omnibus Hearing - EVD Stipulation and Debtor Professional Fee Apps | Douglas | McDonald | 0.25 | 198.75 |
| 9/12/2024 | Omnibus Hearing Prep | Jeff | Choi | 0.25 | 118.75 |
| 9/12/2024 | Omnibus Hearing | Jeff | Choi | 0.25 | 118.75 |
| 9/12/2024 | Omnibus Hearing Prep | Martin | Manasherob | 0.75 | 281.25 |
| 9/12/2024 | FW: [Millenkamp] Omnibus Hearing | Martin | Manasherob | 0.25 | 93.75 |
| 9/12/2024 | [Millenkamp] Omnibus Hearing Prep | Melissa | Chu | 0.75 | 393.75 |
| 9/12/2024 | [Millenkamp] Omnibus Hearing | Melissa | Chu | 0.25 | 131.25 |
| | **Case Administration** | | | | **1,535.00** |
| 9/5/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call | Dave | Clark | 0.5 | 397.50 |
| 9/5/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call | Douglas | McDonald | 0.5 | 397.50 |
| 9/5/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call | Martin | Manasherob | 0.5 | 187.50 |
| 9/12/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call | Douglas | McDonald | 0.33 | 262.35 |
| 9/12/2024 | Follow-up call with Jon at Forbes to discuss financing process issues | Douglas | McDonald | 0.33 | 262.35 |
| 9/12/2024 | Forbes call prep | Martin | Manasherob | 0.17 | 62.50 |
| 9/12/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call | Martin | Manasherob | 0.33 | 123.75 |
| 9/12/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call Prep | Melissa | Chu | 0.17 | 89.25 |
| 9/12/2024 | 9 30a MT - Millenkamp Cattle, Weekly Financing Update Call | Melissa | Chu | 0.33 | 173.25 |
| 9/19/2024 | Milkmen | Weekly Financing Update Call | Dave | Clark | 0.5 | 397.50 |
| 9/19/2024 | Milkmen | Weekly Financing Update Call | Douglas | McDonald | 0.5 | 397.50 |
| 9/19/2024 | Call with Forbes | Jeff | Choi | 0.5 | 237.50 |
| 9/19/2024 | Milkmen | Weekly Financing Update Call with Forbes | Martin | Manasherob | 0.5 | 187.50 |
| 9/19/2024 | Milkmen | Weekly Financing Update Call (dropped early for conflicting call) | Melissa | Chu | 0.25 | 131.25 |
| 9/26/2024 | Milkmen | Weekly Financing Update Call (10mins).  Direct call to Forbes (10mins). | Douglas | McDonald | 0.33 | 262.35 |
| 9/26/2024 | Financing update call with Forbes prep | Jeff | Choi | 0.17 | 79.17 |
| 9/26/2024 | Financing update call with Forbes | Jeff | Choi | 0.33 | 158.33 |
| 9/26/2024 | Financing update call with Forbes prep | Martin | Manasherob | 0.17 | 63.75 |
| 9/26/2024 | Milkmen | Weekly Financing Update Call | Martin | Manasherob | 0.33 | 125.00 |
| 9/26/2024 | Forbes Financing Update Call Prep | Melissa | Chu | 0.17 | 89.25 |
| 9/26/2024 | Milkmen | Weekly Financing Update Call | Melissa | Chu | 0.33 | 175.00 |
| | **Corporate Finance** | | | | **4,260.05** |
| 9/8/2024 | Finalize and submit fee applications for May, June and July with OMM comments | Douglas | McDonald | 0.5 | 397.50 |
| 9/11/2024 | August fee application review and approval | Douglas | McDonald | 0.33 | 262.35 |
| 9/18/2024 | August fee application | Douglas | McDonald | 0.5 | 397.50 |
| 9/29/2024 | Time Logging | Melissa | Chu | 0.25 | 131.25 |
| | **Fee/Employment Applications** | | | | **1,188.60** |
| 9/3/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Dave | Clark | 0.5 | 397.50 |
| 9/3/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 9/3/2024 | Millenkamp - Standing Committee Meeting Prep | Douglas | McDonald | 0.25 | 198.75 |
| 9/3/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.5 | 397.50 |
| 9/3/2024 | UCC Professionals Call | Jeff | Choi | 0.5 | 237.50 |
| 9/3/2024 | UCC Meeting Prep | Jeff | Choi | 0.5 | 237.50 |
| 9/3/2024 | UCC Meeting | Jeff | Choi | 0.5 | 237.50 |
| 9/3/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 0.5 | 187.50 |
| 9/3/2024 | Millenkamp - Standing Committee Meeting Prep | Martin | Manasherob | 0.25 | 93.75 |
| 9/3/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.5 | 187.50 |
| 9/3/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.5 | 262.50 |
| 9/5/2024 | Millenkamp Cattle / Company & UCC Meeting | Dave | Clark | 1 | 795.00 |
| 9/5/2024 | Millenkamp Cattle / Company & UCC Meeting | Douglas | McDonald | 1 | 795.00 |
| 9/5/2024 | Teams Meeting with Unsecured Creditors' Committee & Millenkamp | Douglas | McDonald | 1 | 795.00 |
| 9/5/2024 | Teams re: Millenkamp Meeting Debrief | Douglas | McDonald | 0.5 | 397.50 |
| 9/5/2024 | Teams re: Millenkamp Meeting Debrief | Martin | Manasherob | 0.5 | 187.50 |
| 9/10/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Dave | Clark | 0.67 | 532.65 |
| 9/10/2024 | Millenkamp - Standing Committee Meeting Prep | Dave | Clark | 0.08 | 63.60 |
| 9/10/2024 | Millenkamp - Standing Committee Meeting.  Discuss 13 week variance and follow-up on potential plan scenar | Dave | Clark | 0.67 | 532.65 |
| 9/10/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.67 | 532.65 |
| 9/10/2024 | Millenkamp - Standing Committee Meeting.  Discuss 13 week variance and follow-up on potential plan scenar | Douglas | McDonald | 0.75 | 596.25 |
| 9/10/2024 | UCC Professionals Meeting | Jeff | Choi | 0.67 | 316.67 |
| 9/10/2024 | UCC Professionals Meeting Prep | Jeff | Choi | 0.33 | 158.33 |
| 9/10/2024 | Meeting with UCC | Jeff | Choi | 0.75 | 356.25 |
| 9/10/2024 | Millenkamp Debtors/UCC Professionals Standing Call Prep | Martin | Manasherob | 0.33 | 125.00 |
| 9/10/2024 | FW: Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 0.67 | 250.00 |
| 9/10/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.75 | 281.25 |
| 9/10/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call Prep | Melissa | Chu | 0.25 | 131.25 |
| 9/10/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.75 | 393.75 |
| 9/17/2024 | Millenkamp - Standing Committee Meeting | Dave | Clark | 0.75 | 596.25 |
| 9/17/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.75 | 596.25 |
| 9/17/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 9/17/2024 | UCC professionals call Prep | Jeff | Choi | 0.25 | 118.75 |

Armory Securities, LLC  
Invoice: 1199  
Page No. 4

**Millenkamp Cattle**  
**For Professional Services Rendered Through September 30, 2024**

| Date | Notes | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 9/17/2024 | UCC professionals call | Jeff | Choi | 0.75 | 356.25 |
| 9/17/2024 | UCC Call | Jeff | Choi | 0.75 | 356.25 |
| 9/17/2024 | Millenkamp Debtors/UCC Professionals Standing Call Prep | Martin | Manasherob | 0.25 | 93.75 |
| 9/17/2024 | FW: Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 0.75 | 281.25 |
| 9/17/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.75 | 281.25 |
| 9/17/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call Prep | Melissa | Chu | 0.25 | 131.25 |
| 9/17/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.75 | 393.75 |
| 9/24/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Dave | Clark | 0.5 | 397.50 |
| 9/24/2024 | Millenkamp - Standing Committee Meeting | Dave | Clark | 0.5 | 397.50 |
| 9/24/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call (joined late) | Douglas | McDonald | 0.42 | 333.90 |
| 9/24/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 9/24/2024 | UCC Professional Call | Jeff | Choi | 0.5 | 237.50 |
| 9/24/2024 | UCC Call Prep | Jeff | Choi | 0.25 | 118.75 |
| 9/24/2024 | UCC Call | Jeff | Choi | 0.75 | 356.25 |
| 9/24/2024 | Millenkamp Debtors/UCC Professionals Standing Call Prep | Martin | Manasherob | 0.5 | 187.50 |
| 9/24/2024 | FW: Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 0.5 | 187.50 |
| 9/24/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.75 | 281.25 |
| 9/25/2024 | Millenkamp Liquidation Analysis - DRAFT Discussion with OMM | Douglas | McDonald | 0.5 | 397.50 |
| 9/25/2024 | Teams re: Millenkamp Liquidation Analysis - DRAFT | Martin | Manasherob | 0.5 | 187.50 |
| 9/26/2024 | Focus Armory Discussion | Douglas | McDonald | 0.5 | 397.50 |
| 9/26/2024 | Call with Metlife counsel | Jeff | Choi | 0.5 | 237.50 |
| 9/27/2024 | Millenkamp - Committee Meeting re: Plan | Dave | Clark | 1 | 795.00 |
| 9/27/2024 | Millenkamp - Committee Meeting re: Plan | Douglas | McDonald | 1 | 795.00 |
| 9/27/2024 | UCC Meeting | Jeff | Choi | 1 | 475.00 |
| 9/27/2024 | Millenkamp - Committee Meeting re: Plan | Martin | Manasherob | 1 | 375.00 |

**Meetings of Creditors**        20,630.45

**Total**        197.163    102,783.95

Armory Securities, LLC
Invoice: 1199
Page No. 5

**Millenkamp Cattle**
**Timekeeper Summary Through September 30, 2024**

| Timekeepr | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Dave Clark | Managing Director | 795.00 | 12.17 | 9,675.15 |
| Douglas McDonald | Managing Director | 795.00 | 30.74 | 24,438.30 |
| **Total for Managing Director** | | | **42.91** | **34,113.45** |
| Melissa Chu | Vice President | 525.00 | 23.50 | 12,339.25 |
| **Total for Managing Director** | | | **23.50** | **12,339.25** |
| Jeff Choi | Senior Associate | 475.00 | 73.00 | 34,675.00 |
| **Total for Senior Associate** | | | **73.00** | **34,675.00** |
| Martin Manasherob | Analyst | 375.00 | 57.75 | 21,656.25 |
| **Total for Analyst** | | | **57.75** | **21,656.25** |
| **Total** | | | **197.16** | **102,783.95** |