Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2150
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
        golivera@omm.com

*Attorneys for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family) |

ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 - 1

| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome |
| ☐ Idaho Jersey Girls Jerome Dairy | Dairy) |

**ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024**

Elsaesser Anderson, Chtd. (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the period September 1, 2024 through September 30, 2024 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1. The Firm is counsel to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of **$2,146.55** in fees and expenses during the Application Period. The total fees represent **5.25** hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| September 1, 2024 – September 30, 2024 | $2,100.00 | $46.55 | $2,146.55 |

3. Accordingly, the Firm seeks allowance of interim compensation in the amount of **$1,621.55** at this time. This total is comprised as follows: $1,575.00 (75% of the fees for services rendered) plus $46.55 (100% of the expenses incurred).

ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 - 2

4. Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: October 28, 2024

/s/Bruce A. Anderson
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorney for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |

ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 - 3

| | |
|---|---|
| Eric R. Clark | eclark@eclarkattorney.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Thomas E. Dvorak | ted@givenspursley.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| David W. Gadd | dwg@magicvalleylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Oren B. Haker | oren.haker@bhlaw.com |
| R. Ron Kerl | ron@cooper-larsen.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalleylaw.com |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Gabriel Luis Olivera | golivera@omm.com |
| Mark Bradford Perry | mbp@perrylawpc.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Joseph Mark Wager | wager@mwsslawyers.com |
| Britta E. Warren | britta.warren@bhlaw.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 28th day of October 2024.

                                                */s/ Bruce A. Anderson*
                                                Bruce A. Anderson

## Exhibit A

Invoice

# Elsaesser Anderson, Chtd.
## 320 East Neider Suite 102, Coeur d'Alene, ID 83815

**Millenkamp Cattle, Inc. UCC**
Attn: Dan Noble and Greg Zematis
Jerome, ID 83338

**Invoice # 17851**

Invoice Date: 10/24/24
Services Through: 09/30/24

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **004 - Millenkamp UCC (Professional Services)** | | | |
| | | **04 Case Administration:  Coordination and compliance activities not specifically covered by another category.** | | | |
| | | **Reporting:  Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.** | | | |
| 09/05/24 | BA | Review UCC Joinder to Debtors' Objection to EVD Motion to Compel (.4); memo to Gabriel Olivera regarding Joinder (.1); memo from Gabriel Olivera regarding filing of Joinder (.1); memo to and from Gabriel Olivera regarding filing, get document filed (.3). | 0.90 | 400.00 | $360.00 |
| 09/10/24 | BA | Review Debtor's Status report #604. | 0.20 | 400.00 | $80.00 |
| 09/11/24 | BA | Review of Amended Status Report #606 (.1), receive and review Stipulation Between EVD, Debtors, Unsecured Creditors Committee for Order Resolving EVD Motion to Compel #607 (.2). | 0.30 | 400.00 | $120.00 |
| 09/12/24 | BA | Review Documents # 565 Chistensen Fee Application, # 548 Denton's fee application and # 607 EVD Motion to compel (.2); attend status hearing via telephone (.2). | 0.40 | 400.00 | $160.00 |
| | | | Hours | | 1.80 |
| | | | Labor: | | $720.00 |
| | | | Invoice Amount: | | $720.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **007 (Professional Services)** | | | |
| | | **007 - Preparation of employment and fee applications for self or others; motions to establish interim procedures.** | | | |
| 09/09/24 | BA | Memo from Gabriel Olivera regarding Amory cover sheet application for May June and July 2024 and short review of attached drafts (.3); memos to and from Gabriel Olivera regarding filing of Amory pleadings (.1); file Amory cover sheet applications (.2). | 0.60 | 400.00 | $240.00 |
| 09/10/24 | BA | Serve notices of Amory Motions for Interim Distributions for May, June and July 2024. | 0.25 | 400.00 | $100.00 |
| 09/16/24 | BA | Memo to Debtor's Team regarding Interim Distribution (.2). | 0.20 | 400.00 | $80.00 |
| 09/19/24 | BA | Memo from Gabriel Olivera with Amory cover sheet application for August 2024 and notice (.1); review cover sheet application and notice and file pleadings (.3). | 0.40 | 400.00 | $160.00 |

Telephone/Fax: (208) 667-2900

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 09/20/24 | BA | Memo from Gabriel Olivera regarding no objections to O'Melveny & Myers First Interim Fee Application and filing of Statement of No Objection (.1). | 0.10 | 400.00 | $40.00 |
| 09/23/24 | BA | Memo from Gabriel Olivera regarding moving fee hearing (.1); teleconference with Court regarding moving hearing on O'Melveny & Myers fee application (.1); review stipulation regarding moving hearing (.2); memo from Melanie Battle (.1); memo to Gabriel Olivera regarding moving hearing to October 10 (.1); memo regarding October 2 hearings being telephonic (.1); memo from Gabriel Olivera (n/c). | 0.70 | 400.00 | $280.00 |
| 09/25/24 | BA | Receive and review Notice of Hearing (being held telephonically) #632 and Application for Interim Professional Compensation for O'Melveny & Myers LLP, #586 | 0.20 | 400.00 | $80.00 |
| 09/27/24 | BA | Draft cover sheet motion for interim distribution and notice for Elsaesser Anderson, finalize and file same (.4); review O'Melveny & Myers cover sheet motion for interim distribution (August 2024) and notice, file same (.4). | 0.80 | 400.00 | $320.00 |

|  |  |  |  | Hours | 3.25 |
|---|---|---|---|---|---|
|  |  |  |  | Labor: | $1,300.00 |
|  |  |  |  | Invoice Amount: | $1,300.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **008 - Review of Fee and Employment Applications (Professional Services)** | | | |
| | | **Fee/Employment Objections: Review of and objections to the employment and fee applications of others.** | | | |
| 09/25/24 | BA | Receive and review application to appoint experts. | 0.20 | 400.00 | $80.00 |

|  |  |  |  | Hours | 0.20 |
|---|---|---|---|---|---|
|  |  |  |  | Labor: | $80.00 |
|  |  |  |  | Invoice Amount: | $80.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **200 - Expenses (Expenses)** | | | |
| | | **Expenses** | | | |
| 09/10/24 | BA | Copy Charge: Dockets #600, 601 and 602 Notice of Amory Securities Cover Sheet Application for Payment of Interim Compensation May 2024 through July 2024 (8 pages to 15 recipients) | 120.00 | 0.17 | $20.40 |
| 09/10/24 | BA | Postage: Dockets #600, 601 and 602 Notice of Amory Securities Cover Sheet Application for Payment of Interim Compensation May 2024 through July 2024 ($1.01 X 15 recipients) | 15.00 | 1.01 | $15.15 |
| 09/19/24 | BA | Copy Charge: Notice of Armory Securities, LLC's Application for Allowance and Payment of Interim Compensation for August 2024 (3 pages for 15 recipients) | 0.45 | 0.11 | $0.05 |
| 09/19/24 | BA | Postage: Notice of Armory Securities, LLC's Application for Allowance and Payment of Interim Compensation for August 2024 (15 recipients) | 15.00 | 0.73 | $10.95 |

|  |  |  |  | Invoice Amount: | $46.55 |
|---|---|---|---|---|---|

|  |  |
|---|---|
| Total Hours: | 5.25 |
| Total Labor: | $2,100.00 |
| Total Expenses: | $46.55 |
| **Total Invoice Amount:** | **$2,146.55** |
| **Total Amount Due:** | **$2,146.55** |

## Timekeeper Summary

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| Bruce Anderson | 5.25 | @ 400.000 | 2,100.00 |