Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Tel/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
        golivera@omm.com

*Attorneys for the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

O'MELVENY & MYERS LLP'S NOTICE OF COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

### NOTICE OF O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing September 1, 2024 and ending September 30, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtors, and the Official Committee of Unsecured Creditors.

O'MELVENY & MYERS LLP'S NOTICE OF COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 - 2

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

Date: October 30, 2024

/s/ Julian Gurule
---
O'MELVENY & MYERS LLP
Julian Gurule

/s/ Bruce A. Anderson
---
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 30, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |

O'MELVENY & MYERS LLP'S NOTICE OF COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 - 4

| | |
|---|---|
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 30th day of October 2024.

/s/ *Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

## Exhibit A

Invoices

O'Melveny

O'Melveny & Myers LLP  
400 South Hope Street  
18th Floor  
Los Angeles, CA 90071-2899

T: +1 213 430 6000  
F: +1 213 430 6407  
omm.com

October 30, 2024

**MILLENKAMP CATTLE CHAPTER 11**

For Professional Services Rendered Through September 30, 2024

| | |
|---|---:|
| Total Fees | $196,086.50 |
| Less 15% Discount | (29,412.98) |
| **Total Fees After Adjustment** | **$166,673.52** |
| Total Disbursements | $6,903.64 |
| **Total Current Invoice** | **$173,577.16** |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

10/30/24
Invoice: 1189433
Page No. 2

## MILLENKAMP CATTLE CHAPTER 11

For Professional Services Rendered Through September 30, 2024

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| **B120 ASSET ANALYSIS & RECOVERY** | | | | |
| 09/03/24 | S MILDE | CALL WITH D. KELLY TO DISCUSS LIEN REVIEW MEMORANDUM (.2); REVIEW AND ANALYZE LIEN REVIEW MEMORANDUM (1.7) | 1.9 | 1,444.00 |
| 09/03/24 | D KELLY | CALL WITH S. MILDE RE: LIEN REVIEW MEMO | 0.2 | 214.00 |
| 09/04/24 | S MILDE | REVIEW AND ANALYZE LIEN DOCUMENTATION (2.1); DRAFT LIEN REVIEW MEMORANDUM (2.4) | 4.5 | 3,420.00 |
| 09/04/24 | G OLIVERA | COMMUNICATIONS WITH OMM TEAM RE: LIEN REVIEW | 0.2 | 253.00 |
| 09/06/24 | Z SMITH | CORRESPOND WITH G. OLIVERA ABOUT NEXT STEPS RE: LIEN REVIEW | 0.1 | 115.50 |
| 09/06/24 | D KELLY | EMAILS RE: LIEN REVIEW MEMO (.2); REVIEW LIEN REVIEW ANALYSIS (.2) | 0.4 | 428.00 |
| 09/08/24 | D KELLY | REVIEW S. MILDE EDITS TO LIEN REVIEW MEMO (.7); REVISIONS RE: SAME (.5); REVIEW SAME (.2) | 1.4 | 1,498.00 |
| 09/09/24 | Z SMITH | REVIEW EMAIL FROM D. KELLY CONTAINING MEMO REGARDING UNSECURED COLLATERAL | 0.2 | 231.00 |
| 09/09/24 | Z SMITH | CALL WITH G. OLIVERA AND D. KELLY RE: LIEN REVIEW | 0.5 | 577.50 |
| 09/09/24 | G OLIVERA | REVIEW AND EDIT LIEN REVIEW INVESTIGATION MEMORANDUM | 0.7 | 885.50 |
| 09/09/24 | G OLIVERA | CONFERENCE CALL WITH OMM TEAM RE: LIEN ISSUES | 0.5 | 632.50 |
| 09/09/24 | H MCKINNEY | CONFERENCE WITH OMM TEAM RE: LIEN REVIEW (.5); DRAFT MEMORANDUM RE: LIEN ISSUES (1.0) | 1.5 | 1,290.00 |
| 09/09/24 | D KELLY | PREP FOR AND ATTEND CALL RE: LIEN ISSUES (.5); EDIT LIEN REVIEW MEMO (.9) | 1.4 | 1,498.00 |
| 09/10/24 | Z SMITH | RESEARCH IN CONNECTION WITH LIEN REVIEW | 0.2 | 231.00 |
| 09/11/24 | H MCKINNEY | CONDUCT LEGAL RESEARCH WITH RESPECT LIEN ISSUES (2.3); DRAFT LIEN REVIEW MEMORANDUM (1.2) | 3.5 | 3,010.00 |
| 09/12/24 | H MCKINNEY | CONDUCT LEGAL RESEARCH WITH RESPECT TO IDAHO LIEN ISSUES (2.3); DRAFT MEMORANDUM RE: SAME (2.8) | 5.1 | 4,386.00 |
| 09/13/24 | Z SMITH | DRAFT LIEN REVIEW MEMO INSERT | 3.1 | 3,580.50 |
| 09/13/24 | S MILDE | DRAFT LIEN REVIEW MEMORANDUM | 2.0 | 1,520.00 |
| 09/13/24 | H MCKINNEY | CONDUCT LEGAL RESEARCH WITH RESPECT TO IDAHO LIEN ISSUES (3.7); DRAFT MEMORANDUM RE: SAME (3.9); CONFERENCE WITH OMM TEAM TO DISCUSS MEMORANDUM (0.4) | 8.0 | 6,880.00 |
| 09/13/24 | G OLIVERA | ANALYSIS IN CONNECTION WITH LIEN REVIEW | 1.3 | 1,644.50 |

# O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

10/30/24  
Invoice: 1189433  
Page No. 3

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/16/24 | D KELLY | ATTN TO LIEN REVIEW MEMO EMAILS RE: SAME | 0.3 | 321.00 |
| 09/16/24 | S MILDE | DRAFT AND EDIT LIEN REVIEW MEMORANDUM (1.1); REVIEW AND ANALYZE LIEN DOCUMENTS AND UCC-1 FINANCING STATEMENTS (1.9) | 3.0 | 2,280.00 |
| 09/17/24 | N MOLNER | COMMUNICATIONS WITH D. KELLY REGARDING LIEN REVIEW | 0.2 | 214.00 |
| 09/17/24 | D KELLY | FINALIZE LIEN REVIEW MEMO (2.7), EMAILS RE: SAME (0.2) | 2.9 | 3,103.00 |
| 09/17/24 | S MILDE | REVIEW AND ANALYZE LIEN DOCUMENTS AND UCC-1 FINANCING STATEMENTS (2.7); DRAFT LIEN REVIEW MEMORANDUM (1.4); INCORPORATE D. KELLY COMMENTS (0.3) | 4.4 | 3,344.00 |
| 09/18/24 | N MOLNER | REVIEW LIEN REVIEW MEMO | 0.4 | 428.00 |
| 09/18/24 | N MOLNER | RESEARCH CASE LAW REGARDING SECTION 552 OF THE BANKRUPTCY CODE IN CONNECTION WITH LIEN INVESTIGATION | 1.1 | 1,177.00 |
| 09/19/24 | N MOLNER | REVIEW RABO DECLARATION FOR SECTION 552 RESEARCH IN CONNECTION WITH LIEN INVESTIGATION | 0.5 | 535.00 |
| 09/19/24 | N MOLNER | REVIEW LIEN REVIEW MEMO FOR 552 RESEARCH IN CONNECTION WITH LIEN INVESTIGATION | 0.8 | 856.00 |
| 09/19/24 | N MOLNER | RESEARCH CASE LAW REGARDING SECTION 552 OF THE BANKRUPTCY CODE IN CONNECTION WITH LIEN INVESTIGATION | 1.6 | 1,712.00 |
| 09/19/24 | N MOLNER | REVIEW MILLENKAMP DECLARATION FOR SECTION 552 RESEARCH IN CONNECTION WITH LIEN INVESTIGATION | 0.7 | 749.00 |
| 09/19/24 | M KREMER | REVIEW AND REVISE LIEN ANALYSIS MEMORANDUM | 1.1 | 1,545.50 |
| 09/20/24 | G OLIVERA | EDIT LIEN REVIEW ANALYSIS | 1.9 | 2,403.50 |
| 09/20/24 | N MOLNER | ANALYZE APPLICATION OF SECTIONS 552 AND 506 WITH RESPECT TO MILLENKAMP ASSETS IN CONNECTION WITH LIEN INVESTIGATION | 0.8 | 856.00 |
| 09/20/24 | N MOLNER | COMMUNICATIONS WITH G. OLIVERA REGARDING SECTIONS 552 AND 506 CASE LAW IN CONNECTION WITH LIEN INVESTIGATION | 0.3 | 321.00 |
| 09/23/24 | G OLIVERA | REVIEW M. KREMER EDITS TO LIEN REVIEW MEMO | 0.4 | 506.00 |
| 09/23/24 | G OLIVERA | EDITS TO THE LIEN REVIEW MEMO | 1.7 | 2,150.50 |
| 09/23/24 | M KREMER | REVIEW AND REVISE LIEN REVIEW MEMORANDUM (1.2); EMAIL/CALLS WITH G. OLIVERA RE: THE SAME (.3) | 1.5 | 2,107.50 |
| 09/23/24 | D KELLY | REVIEW LIEN REVIEW MEMO (0.7); REVISIONS RE: SAME (2.6) | 3.3 | 3,531.00 |
| 09/24/24 | G OLIVERA | REVIEW AND ANALYZE COLLATERAL PACKAGES FOR ALL SECURED CREDITORS IN CONNECTION WITH PLAN STRATEGY | 2.1 | 2,656.50 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

10/30/24  
Invoice: 1189433  
Page No. 4

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/24/24 | M KREMER | REVIEW AND REVISE UPDATED LIEN INVESTIGATION MEMO | 0.8 | 1,124.00 |
| 09/25/24 | G OLIVERA | COMMUNICATIONS WITH OMM TEAM RE: LIEN REVIEW | 0.3 | 379.50 |
| 09/25/24 | G OLIVERA | DILIGENCE IN CONNECTION WITH LIEN REVIEW | 0.5 | 632.50 |
| 09/25/24 | R BRAMAN | COMMUNICATIONS WITH OMM TEAM AND VENDOR REGARDING UCC LIEN AND LITIGATION SEARCHES AND JURISDICTION PARAMETERS | 0.6 | 306.00 |
| 09/25/24 | N MOLNER | REVIEW METLIFE DECLARATION IN CONNECTION WITH LIEN INVESTIGATION | 0.4 | 428.00 |
| 09/25/24 | N MOLNER | DRAFT EMAIL TO G. OLIVERA REGARDING SECTION 552 RESEARCH IN CONNECTION WITH LIEN INVESTIGATION | 0.3 | 321.00 |
| 09/25/24 | N MOLNER | RESEARCH SECTION 552 CASE LAW IN CONNECTION WITH LIEN INVESTIGATION | 2.9 | 3,103.00 |
| 09/25/24 | N MOLNER | REVIEW DRAFT LIQUIDATION ANALYSIS AND TERM SHEET SUMMARY | 0.3 | 321.00 |
| 09/25/24 | N MOLNER | REVIEW RABO DECLARATION IN CONNECTION WITH LIEN INVESTIGATION | 0.3 | 321.00 |
| 09/25/24 | D KELLY | REVIEW MORTGAGES (0.8); REVISE LIEN REVIEW MEMO RE: SAME (0.6) | 1.4 | 1,498.00 |
| Total | B120 ASSET ANALYSIS & RECOVERY | | 73.5 | 72,969.50 |

**B150 MEETINGS OF & COMMUNICATION W/ CREDITORS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/03/24 | G OLIVERA | PARTICIPATE IN WEEKLY STANDING CALL WITH THE UCC | 1.1 | 1,391.50 |
| 09/03/24 | J GURULE | WEEKLY UCC MEETING | 1.1 | 1,523.50 |
| 09/03/24 | J GURULE | EMAILS WITH COMMITTEE MEMBERS RE: AGENDA | 0.1 | 138.50 |
| 09/03/24 | J GURULE | PREP AND CIRCULATE AGENDA TO UCC MEMBERS FOR WEEKLY MEETING | 0.1 | 138.50 |
| 09/03/24 | M KREMER | WEEKLY COMMITTEE MEETING | 1.1 | 1,545.50 |
| 09/04/24 | J GURULE | DRAFT MEETING UPDATE FOR COMMITTEE MEMBER | 0.1 | 138.50 |
| 09/04/24 | J GURULE | CORRESPONDENCE WITH UCC MEMBERS | 0.1 | 138.50 |
| 09/04/24 | J GURULE | PREP FOR UCC MEETING AND REVIEW MATERIALS | 0.4 | 554.00 |
| 09/05/24 | J GURULE | CORRESPONDENCE WITH COMMITTEE MEMBER RE: MEETING WITH DEBTORS | 0.1 | 138.50 |
| 09/05/24 | G OLIVERA | PARTICIPATE IN CONFERENCE CALL WITH UCC RE: MEETING WITH DEBTORS ON PLAN STRATEGY | 0.6 | 759.00 |
| 09/05/24 | J GURULE | UCC DEBRIEF CALL RE: MEETING WITH DEBTORS ON CASE STRATEGY | 0.5 | 692.50 |
| 09/05/24 | M KREMER | DEBRIEF CALL WITH UCC RE: CALL WITH MANAGEMENT ON CASE STRATEGY | 0.5 | 702.50 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11  
10/30/24  
Invoice: 1189433  
Page No. 5

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/09/24 | G OLIVERA | DRAFT AGENDA FOR WEEKLY UCC MEETING | 0.2 | 253.00 |
| 09/10/24 | G OLIVERA | PARTICIPATE IN WEEKLY STANDING CALL WITH THE CREDITORS' COMMITTEE | 0.7 | 885.50 |
| 09/10/24 | N MOLNER | ATTEND WEEKLY CALL WITH COMMITTEE | 0.7 | 749.00 |
| 09/10/24 | M KREMER | WEEKLY UCC CALL | 0.7 | 983.50 |
| 09/10/24 | J GURULE | PREP FOR WEEKLY UCC MEETING | 0.2 | 277.00 |
| 09/10/24 | J GURULE | CIRCULATE AGENDA TO UCC MEMBERS | 0.1 | 138.50 |
| 09/10/24 | J GURULE | ATTEND WEEKLY UCC MEETING | 0.7 | 969.50 |
| 09/10/24 | J GURULE | CORRESPONDENCE WITH COMMITTEE MEMBER RE: MEETING WITH DEBTORS | 0.1 | 138.50 |
| 09/11/24 | J GURULE | CONFERENCE CALL WITH COMMITTEE MEMBER D. NOBLE RE PLAN ISSUES | 0.2 | 277.00 |
| 09/16/24 | G OLIVERA | PREPARE AGENDA FOR WEEKLY UCC MEETING | 0.3 | 379.50 |
| 09/17/24 | M KREMER | WEEKLY CALL WITH UCC (.5); PREPARE FOR THE SAME (.3) | 0.8 | 1,124.00 |
| 09/17/24 | J GURULE | CONFERENCE CALL WITH COMMITTEE MEMBER RE: STATUS | 0.3 | 415.50 |
| 09/17/24 | J GURULE | WEEKLY UCC MEETING | 0.5 | 692.50 |
| 09/17/24 | J GURULE | REVIEW AND CIRCULATE AGENDA TO UCC MEMBERS | 0.2 | 277.00 |
| 09/17/24 | G OLIVERA | PARTICIPATE IN WEEKLY CONFERENCE CALL WITH THE UCC | 0.5 | 632.50 |
| 09/17/24 | J GURULE | CORRESPONDENCE WITH UCC MEMBERS RE: PLAN STATUS | 0.1 | 138.50 |
| 09/23/24 | G OLIVERA | PREPARE AGENDA FOR WEEKLY UCC MEETING | 0.3 | 379.50 |
| 09/24/24 | G OLIVERA | PARTICIPATE IN WEEKLY CONFERENCE CALL WITH THE UNSECURED CREDITORS' COMMITTEE | 0.4 | 506.00 |
| 09/24/24 | M KREMER | WEEKLY CALL WITH COMMITTEE | 0.4 | 562.00 |
| 09/24/24 | J GURULE | ATTEND WEEKLY UCC MEETING | 0.4 | 554.00 |
| 09/27/24 | G OLIVERA | CONFERENCE CALL WITH COMMITTEE RE: PLAN ISSUES | 0.9 | 1,138.50 |
| 09/27/24 | M KREMER | CALL WITH UCC RE: LIQUIDITY ANALYSIS AND PLAN | 0.9 | 1,264.50 |
| 09/27/24 | J GURULE | CONFERENCE CALL WITH D. NOBLE AND A. BURNS RE: PLAN BACKGROUND AND STRATEGY | 0.4 | 554.00 |
| 09/27/24 | J GURULE | CALL WITH UCC | 0.9 | 1,246.50 |
| 09/30/24 | N MOLNER | REVIEW ARMORY ANALYSIS OF DRAFT PLAN FOR UCC DECK | 0.1 | 107.00 |
| 09/30/24 | N MOLNER | PROOF PLAN SUMMARY DECK FOR UCC | 0.6 | 642.00 |
| Total | **B150 MEETINGS OF & COMMUNICATION W/ CREDITORS** | | 17.4 | 23,146.00 |

**B160 FEE/EMPLOYMENT APPLICATIONS**

# O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

10/30/24  
Invoice: 1189433  
Page No. 6

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/09/24 | J GURULE | EMAIL TO UCC CO CHAIRS RE ARMORY RETENTION | 0.1 | 138.50 |
| 09/09/24 | G OLIVERA | COMMUNICATIONS WITH ARMORY TEAM RE: ARMORY COVER APPLICATIONS | 0.3 | 379.50 |
| 09/09/24 | G OLIVERA | EDITS TO ARMORY COVER APPLICATIONS | 0.3 | 379.50 |
| 09/09/24 | N MOLNER | REVIEW ARMORY COVER SHEET FEE APPLICATIONS | 0.4 | 428.00 |
| 09/17/24 | G OLIVERA | REVIEW AND EDIT O'MELVENY'S AUGUST 2024 BILL | 1.2 | 1,518.00 |
| 09/18/24 | G OLIVERA | REVIEW AND ANALYZE THE DEBTORS' UPDATED CASH COLLATERAL BUDGET | 0.6 | 759.00 |
| 09/19/24 | G OLIVERA | REVIEW AND EDIT ARMORY'S AUGUST 2024 INTERIM FEE APP | 0.6 | 759.00 |
| 09/19/24 | G OLIVERA | DRAFT OMM'S AUGUST 2024 INTERIM FEE APPLICATION AND NOTICE | 0.8 | 1,012.00 |
| 09/20/24 | G OLIVERA | EMAIL B. ANDERSON RE: CNO FOR OMM INTERIM FEE APPLICATION | 0.1 | 126.50 |
| 09/23/24 | G OLIVERA | DRAFT AND EDIT STIPULATION RE: OCT. 2 HEARING | 0.4 | 506.00 |
| 09/23/24 | G OLIVERA | COMMUNICATIONS WITH OMM TEAM RE: FEE APPLICATION | 0.2 | 253.00 |
| 09/24/24 | M KREMER | REVISE O'MELVENY'S AUGUST 2024 FEE APP. | 0.2 | 281.00 |
| 09/25/24 | G OLIVERA | EDIT OMM AUGUST 2024 BILL | 0.6 | 759.00 |
| 09/25/24 | M KREMER | REVIEW AND REVISE FEE APPLICATION/INVOICES | 0.5 | 702.50 |
| 09/26/24 | G OLIVERA | REVIEW DEBTORS' APPLICATION TO EMPLOY LANCE VANDEMARK AND THEODORE ISBELL OF VERTEX AS EXPERT WITNESSES | 0.4 | 506.00 |
| Total | **B160 FEE/EMPLOYMENT APPLICATIONS** | | **6.7** | **8,507.50** |

**B185 ASSUMPTION/REJECTION LEASES/CONTRACTS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/04/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' DRAFT RESISTANCE TO EVD'S MOTION TO COMPEL | 0.6 | 759.00 |
| 09/04/24 | G OLIVERA | DRAFT JOINDER IN OPPOSITION TO EVP OBJECTION TO COMPEL ASSUMPTION/REJECTION | 0.7 | 885.50 |
| 09/04/24 | G OLIVERA | REVIEW, ANALYZE, AND COMMENT ON DEBTORS' DRAFT OBJECTION TO EVD'S MOTION TO COMPEL | 0.8 | 1,012.00 |
| 09/04/24 | M KREMER | REVIEW AND REVISE DEBTORS OBJECTION TO EVD MOTION TO COMPEL | 0.6 | 843.00 |
| 09/04/24 | M KREMER | REVIEW AND REVISE JOINDER TO OBJECTION TO MOTION TO COMPEL | 0.2 | 281.00 |
| 09/05/24 | J GURULE | REVIEW OPPOSITION TO EVD MOTION TO ASSUME OR REJECT | 0.1 | 138.50 |
| 09/05/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' OBJECTION TO EVD MOTION TO COMPEL | 0.6 | 759.00 |

# O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

10/30/24  
Invoice: 1189433  
Page No. 7

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/05/24 | G OLIVERA | COMMUNICATIONS WITH OMM AND DENTONS TEAM RE: JOINDER TO EVD MOTION TO COMPEL | 0.3 | 379.50 |
| 09/05/24 | G OLIVERA | EDIT JOINDER TO DEBTORS' OBJECTION TO EVD MOTION TO COMPEL | 0.3 | 379.50 |
| 09/10/24 | G OLIVERA | DRAFT STATEMENT FOR HEARING ON EVD MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT | 0.6 | 759.00 |
| 09/11/24 | G OLIVERA | EDIT STIPULATION RE: EVD MOTION TO COMPEL | 0.3 | 379.50 |
| 09/11/24 | M KREMER | REVIEW AND REVISE STIPULATION WITH EAST VALLEY DEVELOPMENT (.4); EMAILS WITH OMM TEAM RE: THE SAME (.2); EMAILS WITH DENTONS RE: THE SAME (.2) | 0.8 | 1,124.00 |
| 09/11/24 | G OLIVERA | COMMUNICATIONS WITH OMM TEAM RE: EVD MOTION TO COMPEL | 0.2 | 253.00 |
| 09/11/24 | G OLIVERA | COMMUNICATIONS WITH DEBTORS' COUNSEL RE: EVD MOTION TO COMPEL | 0.2 | 253.00 |
| 09/11/24 | G OLIVERA | EMAIL THE UCC RE: EVD MOTION TO COMPEL | 0.2 | 253.00 |
| 09/11/24 | J GURULE | REVIEW EAST VALLEY STIP AND EMAIL M KREMER RE SAME | 0.1 | 138.50 |
| 09/12/24 | J GURULE | ATTEND SEPTEMBER OMNIBUS HEARING | 0.3 | 415.50 |
| Total | B185 ASSUMPTION/REJECTION LEASES/CONTRACTS | | 6.9 | 9,012.50 |

**B190 OTHER CONTESTED MATTERS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/10/24 | G OLIVERA | REVIEW STATUS REPORT FOR SEPTEMBER OMNIBUS HEARING | 0.1 | 126.50 |
| 09/12/24 | M KREMER | PREPARE FOR AND ATTEND OMNIBUS HEARING | 0.7 | 983.50 |
| 09/12/24 | N MOLNER | ATTEND OMNIBUS HEARING | 0.3 | 321.00 |
| 09/12/24 | G OLIVERA | PARTICIPATE IN SEPTEMBER OMNIBUS HEARING | 0.3 | 379.50 |
| Total | B190 OTHER CONTESTED MATTERS | | 1.4 | 1,810.50 |

**B230 FINANCING/CASH COLLATERAL**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/03/24 | G OLIVERA | REVIEW AND ANALYZE ARMORY WEEKLY VARIANCE REPORTING ANALYSIS | 0.4 | 506.00 |
| 09/05/24 | J GURULE | ATTEND WEEKLY FORBES CALL ON EXIT FINANCING | 0.4 | 554.00 |
| 09/05/24 | G OLIVERA | REVIEW AND ANALYZE LATEST EXIT FINANCING MATERIALS | 0.4 | 506.00 |
| 09/05/24 | G OLIVERA | REVIEW AND ANALYZE THE DEBTORS' WEEKLY VARIANCE REPORTING PACKAGE | 0.8 | 1,012.00 |
| 09/05/24 | G OLIVERA | PARTICIPATE IN CONFERENCE CALL WITH DEBTORS' PROFESSIONALS RE: EXIT FINANCING | 0.4 | 506.00 |
| 09/05/24 | M KREMER | WEEKLY EXIT FINANCING UPDATE CALL (.4); EMAILS WITH OMM TEAM RE: THE SAME (.2) | 0.6 | 843.00 |
| 09/06/24 | G OLIVERA | COMMUNICATIONS WITH DEBTORS AND RABO'S PROFESSIONALS RE: EXIT FINANCING | 0.2 | 253.00 |

# O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

10/30/24  
Invoice: 1189433  
Page No. 8

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/06/24 | M KREMER | REVIEW VARIANCE REPORT (.2); EMAIL WITH ARMORY AND TEAM ON REFINANCING EFFORTS (.2) | 0.4 | 562.00 |
| 09/10/24 | G OLIVERA | REVIEW AND ANALYZE ARMORY'S WEEKLY VARIANCE REPORTING ANALYSIS | 0.6 | 759.00 |
| 09/12/24 | M KREMER | WEEKLY EXIT FINANCING UPDATE CALL | 0.3 | 421.50 |
| 09/12/24 | G OLIVERA | PARTICIPATE IN WEEKLY CONFERENCE CALL WITH DEBTORS PROFESSIONALS RE: EXIT FINANCING | 0.3 | 379.50 |
| 09/12/24 | G OLIVERA | REVIEW AND ANALYZE UPDATES RE: EXIT FINANCING | 0.2 | 253.00 |
| 09/12/24 | J GURULE | CONFERENCE CALL WITH D. MCDONALD RE: FINANCING STATUS | 0.1 | 138.50 |
| 09/12/24 | J GURULE | PARTICIPATE IN CONFERENCE CALL RE: EXIT FINANCING | 0.3 | 415.50 |
| 09/13/24 | G OLIVERA | REVIEW AND ANALYZE THE DEBTORS' WEEKLY VARIANCE REPORTING PACKAGE | 0.8 | 1,012.00 |
| 09/17/24 | G OLIVERA | REVIEW AND ANALYZE ARMORY'S ANALYSIS OF DIP VARIANCE | 0.6 | 759.00 |
| 09/19/24 | G OLIVERA | PARTICIPATE IN WEEKLY MEETING WITH DEBTORS PROFESSIONALS RE: EXIT FINANCING | 0.3 | 379.50 |
| 09/19/24 | J GURULE | REVIEW UPDATED FINANCING REPORTS | 0.1 | 138.50 |
| 09/19/24 | M KREMER | ATTEND WEEKLY FINANCING CALL | 0.3 | 421.50 |
| 09/19/24 | G OLIVERA | REVIEW AND ANALYZE SUPPORT FOR CASH COLLATERAL BUDGET | 0.7 | 885.50 |
| 09/19/24 | G OLIVERA | REVIEW AND ANALYZE FORBES UPDATE RE: EXIT FINANCING | 0.2 | 253.00 |
| 09/20/24 | J GURULE | ANALYSIS OF FINANCING REPORTS | 0.2 | 277.00 |
| 09/20/24 | G OLIVERA | REVIEW AND ANALYZE THE DEBTORS' WEEKLY VARIANCE REPORTING | 0.8 | 1,012.00 |
| 09/20/24 | M KREMER | REVIEW FORBES EXIT FINANCING REPORT AND EMAIL WITH OMM TEAM RE: THE SAME | 0.4 | 562.00 |
| 09/23/24 | G OLIVERA | COMMUNICATIONS WITH OMM AND DEBTORS PROFESSIONALS RE: CASH COLLATERAL MOTION | 0.3 | 379.50 |
| 09/23/24 | M KREMER | REVIEW STIPULATION RE: OCT. 2 HEARING ON CASH COLLATERAL (.2); REVISE THE SAME (.2); EMAIL WITH OMM TEAM RE: THE SAME (.2) | 0.6 | 843.00 |
| 09/23/24 | G OLIVERA | REVIEW STIPULATION BETWEEN DEBTORS AND PARTIES RE: OCTOBER 2ND AND 3RD HEARING (.1); CONFER WITH OMM TEAM RE: SAME (.2) | 0.3 | 379.50 |
| 09/24/24 | J GURULE | REVIEW LATEST VARIANCE ANALYSIS | 0.2 | 277.00 |
| 09/24/24 | G OLIVERA | REVIEW AND ANALYZE ARMORY'S WEEKLY VARIANCE REPORTING DECK | 0.6 | 759.00 |
| 09/24/24 | G OLIVERA | REVIEW AND ANALYZE EXIT FINANCING TERM SHEETS | 0.7 | 885.50 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name:  MILLENKAMP CATTLE CHAPTER 11  

10/30/24  
Invoice:  1189433  
Page No.  9

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/24/24 | N MOLNER | REVIEW CONFIDENTIAL TERM SHEETS PROVIDED BY DEBTORS | 0.6 | 642.00 |
| 09/24/24 | J GURULE | ATTN TO CASH COLLATERAL STIP | 0.1 | 138.50 |
| 09/25/24 | M KREMER | REVIEW AND REVISE LIQUIDATION ANALYSIS (0.5); EMAILS WITH G. OLIVERA RE: THE SAME (0.1) | 0.6 | 843.00 |
| 09/26/24 | G OLIVERA | REVIEW MATERIALS FROM DEBTORS' INVESTMENT BANKERS RE: EXIT FINANCING | 0.3 | 379.50 |
| 09/26/24 | G OLIVERA | PARTICIPATE IN CONFERENCE CALL WITH DEBTORS' INVESTMENT BANKERS RE: EXIT FINANCING | 0.2 | 253.00 |
| 09/26/24 | M KREMER | WEEKLY FINANCING CALL | 0.2 | 281.00 |
| 09/26/24 | J GURULE | ATTEND FORBES FINANCING UPDATE | 0.2 | 277.00 |
| 09/26/24 | J GURULE | CONFERENCE CALL WITH D. MCDONALD RE: EXIT FINANCING PROCESS | 0.2 | 277.00 |
| Total | B230 FINANCING/CASH COLLATERAL | | 14.9 | 19,423.50 |

**B320 PLAN & DISCLOSURE STATEMENT**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/03/24 | G OLIVERA | CONFERENCE CALL WITH DEBTORS' PROFESSIONALS RE: PLAN STRATEGY | 0.5 | 632.50 |
| 09/03/24 | J GURULE | WEEKLY UPDATE CALL WITH DEBTORS RE: PLAN | 0.5 | 692.50 |
| 09/03/24 | J GURULE | CONFERENCE CALL WITH M. KREMER RE: PLAN STRATEGY | 0.1 | 138.50 |
| 09/03/24 | M KREMER | WEEKLY CALL WITH DEBTORS COUNSEL RE: PLAN STRATEGY (.4); CONFER WITH GURULE RE: SAME (.1) | 0.5 | 702.50 |
| 09/05/24 | J GURULE | CONFERENCE CALL WITH D. MCDONALD RE DEBTOR MEETING ON PLAN STRATEGY | 0.1 | 138.50 |
| 09/09/24 | J GURULE | ANALYSIS OF PLAN ISSUES AND STRATEGY | 0.3 | 415.50 |
| 09/10/24 | G OLIVERA | PARTICIPATE IN WEEKLY STANDING CALL WITH THE DEBTORS' PROFESSIONALS RE: PLAN STRATEGY | 0.6 | 759.00 |
| 09/10/24 | J GURULE | CORRESPONDENCE FROM RABO COUNSEL | 0.1 | 138.50 |
| 09/10/24 | N MOLNER | ATTEND WEEKLY CALL WITH DEBTORS COUNSEL AND PROFESSIONALS RE: PLAN STRATEGY | 0.6 | 642.00 |
| 09/10/24 | M KREMER | WEEKLY CALL WITH DEBTORS COUNSEL RE: PLAN STRATEGY | 0.6 | 843.00 |
| 09/10/24 | J GURULE | WEEKLY STANDING CALL WITH DEBTORS' ADVISORS RE: PLAN STRATEGY | 0.6 | 831.00 |
| 09/10/24 | J GURULE | CONFERENCE CALL WITH M. KREMER RE: PLAN STRATEGY | 0.2 | 277.00 |
| 09/17/24 | N MOLNER | ATTEND WEEKLY CALL WITH DEBTORS AND PROFESSIONALS RE: PLAN STRATEGY | 0.5 | 535.00 |
| 09/17/24 | N MOLNER | ATTEND WEEKLY CALL WITH UCC | 0.5 | 535.00 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

10/30/24
Invoice: 1189433
Page No. 10

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/17/24 | M KREMER | EMAILS WITH OMM TEAM RE: EXCLUSIVITY | 0.2 | 281.00 |
| 09/17/24 | M KREMER | WEEKLY CALL WITH DEBTORS RE: PLAN STRATEGY (.4) CONFER WITH J. GURULE RE: SAME (.1) | 0.5 | 702.50 |
| 09/17/24 | J GURULE | WEEKLY MEETING WITH DEBTORS' ADVISORS RE PLAN AND CASE STATUS | 0.5 | 692.50 |
| 09/17/24 | J GURULE | CONFERENCE CALL WITH G. OLIVERA RE STATUS OF PLAN WORK STREAMS | 0.2 | 277.00 |
| 09/17/24 | J GURULE | ANALYSIS OF PLAN STRATEGY | 0.2 | 277.00 |
| 09/17/24 | G OLIVERA | CONFER WITH OMM TEAM RE: EXCLUSIVITY ISSUES | 0.4 | 506.00 |
| 09/17/24 | G OLIVERA | PARTICIPATE IN WEEKLY CONFERENCE CALL WITH DEBTORS' COUNSEL RE: PLAN STRATEGY | 0.5 | 632.50 |
| 09/17/24 | J GURULE | CORRESPONDENCE WITH OMM TEAM RE: PLAN ISSUES | 0.1 | 138.50 |
| 09/23/24 | J GURULE | CONFERENCE CALL WITH D. MCDONALD RE PLAN STRATEGY | 0.3 | 415.50 |
| 09/24/24 | G OLIVERA | REVIEW, ANALYZE, AND EDIT LIQUIDATION ANALYSIS FOR UCC | 3.3 | 4,174.50 |
| 09/24/24 | N MOLNER | ANALYZE AND COMMENT ON ARMORY LIQUIDATION ANALYSIS | 1.1 | 1,177.00 |
| 09/24/24 | N MOLNER | DRAFT EMAIL TO G. OLIVERA REGARDING COMMENTS ON ARMORY LIQUIDATION ANALYSIS | 0.1 | 107.00 |
| 09/24/24 | N MOLNER | ATTEND WEEKLY CALL WITH DEBTORS AND PROFESSIONALS RE: PLAN STRATEGY | 0.4 | 428.00 |
| 09/24/24 | G OLIVERA | PARTICIPATE IN WEEKLY CONFERENCE CALL WITH DEBTORS' PROFESSIONALS RE: PLAN STRATEGY | 0.4 | 506.00 |
| 09/24/24 | N MOLNER | REVIEW TEAM COMMENTS TO ARMORY LIQUIDATION ANALYSIS | 0.4 | 428.00 |
| 09/24/24 | M KREMER | WEEKLY CALL WITH DEBTORS PROFESSIONALS RE: PLAN STRATEGY | 0.4 | 562.00 |
| 09/24/24 | M KREMER | REVIEW AND REVISE LIQUIDATION ANALYSIS | 0.5 | 702.50 |
| 09/24/24 | D KELLY | ANALYSIS OF LIEN DOCUMENTATION IN CONNECTION WITH LIQUIDATION ANALYSIS FOR THE COMMITTEE | 0.8 | 856.00 |
| 09/24/24 | J GURULE | WEEKLY UPDATE CALL WITH DEBTORS RE: PLAN STRATEGY | 0.4 | 554.00 |
| 09/24/24 | J GURULE | ANALYSIS OF LIQUIDATION ANALYSIS ISSUES | 0.3 | 415.50 |
| 09/25/24 | G OLIVERA | CONFERENCE CALL WITH OMM TEAM RE: PLAN ISSUES | 0.4 | 506.00 |
| 09/25/24 | G OLIVERA | REVIEW, ANALYZE, AND EDIT LIQUIDATION ANALYSIS | 1.9 | 2,403.50 |
| 09/25/24 | G OLIVERA | CONFERENCE CALL WITH OMM AND ARMORY TEAMS RE: LIQUIDATION ANALYSIS | 0.5 | 632.50 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

10/30/24
Invoice: 1189433
Page No. 11

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/25/24 | J GURULE | CONFERENCE CALL WITH G. OLIVERA RE: PLAN WORK STREAMS AND OPEN ITEMS | 0.3 | 415.50 |
| 09/25/24 | J GURULE | CALL WITH OMM AND ARMORY TEAMS RE LIQUIDATION ANALYSIS | 0.5 | 692.50 |
| 09/25/24 | N MOLNER | ATTEND CALL WITH OMM TEAM AND ARMORY TEAM REGARDING LIQUIDATION ANALYSIS | 0.5 | 535.00 |
| 09/26/24 | G OLIVERA | REVIEW AND EDIT PRESENTATION TO COMMITTEE RE: BANKRUPTCY OUTCOMES | 0.8 | 1,012.00 |
| 09/26/24 | N MOLNER | REVIEW DRAFT OF LIQUIDATION ANALYSIS AND TERM SHEET SUMMARY | 0.3 | 321.00 |
| 09/26/24 | N MOLNER | COMMUNICATIONS WITH ARMORY TEAM REGARDING LIQUIDATION ANALYSIS AND TERM SHEET SUMMARIES | 0.9 | 963.00 |
| 09/26/24 | J GURULE | ATTN TO LIQUIDATION ANALYSIS | 0.2 | 277.00 |
| 09/27/24 | G OLIVERA | COMMUNICATIONS WITH OMM AND ARMORY TEAMS RE: PLAN ISSUES | 0.6 | 759.00 |
| 09/27/24 | G OLIVERA | REVIEW AND EDIT PRESENTATION TO COMMITTEE RE: BANKRUPTCY OUTCOMES | 0.6 | 759.00 |
| 09/27/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' DRAFT PLAN OF REORGANIZATION | 3.3 | 4,174.50 |
| 09/27/24 | G OLIVERA | PREPARE ANALYSIS FOR CONFERENCE CALL WITH COMMITTEE RE: PLAN ISSUES | 0.9 | 1,138.50 |
| 09/27/24 | M KREMER | REVIEW DRAFT PLAN AND EMAILS WITH OMM TEAM RE: THE SAME | 0.8 | 1,124.00 |
| 09/27/24 | N MOLNER | REVIEW DRAFT PLAN | 0.4 | 428.00 |
| 09/27/24 | J GURULE | CONFERENCE CALL WITH D. MCDONALD RE LIQUIDATION ANALYSIS AND PLAN | 0.1 | 138.50 |
| 09/27/24 | J GURULE | CONFERENCE CALL WITH G. OLIVERA RE UCC MEETING AND LIQUIDATION ANALYSIS | 0.1 | 138.50 |
| 09/27/24 | J GURULE | CORRESPONDENCE WITH OMM TEAM RE PLAN SUMMARY FOR UCC | 0.1 | 138.50 |
| 09/27/24 | J GURULE | ANALYSIS OF DRAFT PLAN FROM DENTONS | 0.4 | 554.00 |
| 09/28/24 | N MOLNER | DRAFT SUMMARY OF CLAIM TREATMENT UNDER PROPOSED PLAN AND ANTICIPATED PLAN SCHEDULE FOR UCC DECK | 2.4 | 2,568.00 |
| 09/28/24 | N MOLNER | REVIEW DRAFT PLAN FOR CLIENT SUMMARY | 0.3 | 321.00 |
| 09/28/24 | N MOLNER | COMMUNICATIONS WITH G. OLIVERA REGARDING SUMMARY OF DRAFT PLAN | 0.2 | 214.00 |
| 09/28/24 | G OLIVERA | DRAFT ANALYSIS OF DEBTORS' DRAFT PLAN OF REORGANIZATION FOR THE UNSECURED CREDITORS' COMMITTEE | 2.9 | 3,668.50 |
| 09/28/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' DRAFT PLAN OF REORGANIZATION | 1.7 | 2,150.50 |
| 09/29/24 | N MOLNER | COMMUNICATIONS WITH ARMORY TEAM REGARDING PLAN RECOVERY ANALYSIS | 0.6 | 642.00 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

10/30/24  
Invoice: 1189433  
Page No. 12

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/29/24 | G OLIVERA | EDIT ANALYSIS OF DEBTORS' DRAFT PLAN OF REORGANIZATION FOR THE UNSECURED CREDITORS' COMMITTEE | 2.1 | 2,656.50 |
| 09/30/24 | N MOLNER | REVIEW FILED DISCLOSURE STATEMENT | 0.5 | 535.00 |
| 09/30/24 | N MOLNER | REVIEW FILED CHAPTER 11 PLAN | 0.4 | 428.00 |
| 09/30/24 | M KREMER | REVIEW MILLENKAMP FILED PLAN AND DISCLOSURE STATEMENT (1.0); REVIEW AND REVISE SUMMARY/ISSUES DECK FOR UCC (1.1); EMAILS WITH OMM TEAM (.2) | 2.3 | 3,231.50 |
| 09/30/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' DRAFT PLAN OF REORGANIZATION | 1.6 | 2,024.00 |
| 09/30/24 | G OLIVERA | EDIT ANALYSIS RE: FINANCIAL BACKUP FOR PLAN OF REORGANIZATION | 0.9 | 1,138.50 |
| 09/30/24 | G OLIVERA | EDIT ANALYSIS OF DEBTORS' DRAFT PLAN OF REORGANIZATION FOR THE UNSECURED CREDITORS' COMMITTEE | 2.7 | 3,415.50 |
| Total | B320 PLAN & DISCLOSURE STATEMENT | | 48.9 | 61,217.00 |
| Total | | | 169.7 | $196,086.50 |

**Less 15% Discount** (29,412.98)

**Total Fees After Adjustment** 166,673.52

### Disbursements

Document Production $107.10  
Online Research 4,495.54  
Other Professionals 2,301.00

**Total Disbursements** $6,903.64

**Total Current Invoice** $173,577.16

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

10/30/24
Invoice: 1189433
Page No. 13

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| MATTHEW P. KREMER | Partner | 1,405.00 | 20.0 | 28,100.00 |
| JULIAN GURULE | Partner | 1,385.00 | 14.6 | 20,221.00 |
| **Total for Partner** | | | **34.6** | **48,321.00** |
| GABRIEL L. OLIVERA | Counsel | 1,265.00 | 61.0 | 77,165.00 |
| **Total for Counsel** | | | **61.0** | **77,165.00** |
| ZACH SMITH | Associate | 1,155.00 | 4.1 | 4,735.50 |
| DECLAN P. KELLY | Associate | 1,070.00 | 12.1 | 12,947.00 |
| NICOLE MOLNER | Associate | 1,070.00 | 23.4 | 25,038.00 |
| HATTIE MCKINNEY | Associate | 860.00 | 18.1 | 15,566.00 |
| SEAN MILDE | Associate | 760.00 | 15.8 | 12,008.00 |
| **Total for Associate** | | | **73.5** | **70,294.50** |
| REGINA BRAMAN | Paralegal | 510.00 | 0.6 | 306.00 |
| **Total for Paralegal** | | | **0.6** | **306.00** |
| **Total** | | | **169.7** | **196,086.50** |