# BENOIT, ALEXANDER, MOLLERUP
# & DANIELSON, PLLC

**BREN E. MOLLERUP**
mollerup@benoitlaw.com

**MICHAEL D. DANIELSON**
danielson@benoitlaw.com

126 2nd AVENUE NORTH
P.O. BOX 366
TWIN FALLS, ID 83303-0366
Phone: (208)733-5463
Facsimile: (208)734-1438
www.benoitlaw.com

**JEFFREY J. GRIEVE**
grieve@benoitlaw.com

**JESSIE J. LEE**
lee@benoitlaw.com

HARRY BENOIT 1893-1966
EDWARD L. BENOIT 1921-1998
J. ROBERT ALEXANDER 1940-2022

October 31, 2024

U.S. COURTS
NOV - 4 2024
Rcvd_____ Filed_____ Time 10:30 a.m.
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

U.S. Bankruptcy Court
801 E. Sherman St.
Pocatello, ID 83201

   RE: Millenkamp Cattle, Inc.
      Case Number: 24-40158

Dear Clerk:

  Attached is the Amended Proof of Claim for Claim 96 (for Kenworth Sales Company, Inc.) filed on June 7, 2024.

  The Claim Number 128 was inadvertently filed and needs to be withdrawn and the Amended Proof of Claim that I am sending you needs to be filed as an Amended Claim for Document 96.

  Thank you. If you need anything else from me, please let me know.

          Very truly yours,

          *Kathy Anderson*
          Kathy Anderson
          Legal Assistant

Enclosure