Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4210588

### NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024

TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing October 1, 2024, and ending October 31, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtors, and any Official Committee of Unsecured Creditors appointed herein.

/

/

/

If an objection is timely filed and served, the Debtors will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: November 7, 2024.

DATE: November 7, 2024

/s/ *Krystal R. Mikkilineni*
DENTONS DAVIS BROWN
Krystal R. Mikkilineni

/s/ *Matt T. Christensen*
JOHNSON MAY
Matt T. Christensen

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE MONTH OF OCTOBER 2024 – PAGE 4

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Bunge Canada
c/o David D. Farrell, Esq.
One Bank Plaza
Suite 2700
St. Louis, MO 63101

Nikolaus F. Schandlbauer
20 F Street NW
Suite 500
Washington, DC 20001

W. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606

Scott F. Gautier
1800 Century Park East
Ste. 1500
Los Angeles, CA 90067

Zachery J. McCraney
Holland & Hart
PO Box 2527
800 W. Main St., Suite 1750
Boise, ID 83701

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg, LLP
919 Market St
Suite 1000
Wilmington, DE 19801

Michael R. Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Suite 200
Omaha, NE 68130

Wilbur Ellis Nutrition-Rangen
c/o Tony Champion
PO Box 706
115 13th Ave. South
Buhl, ID 83316

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 – PAGE 5

| | |
|---|---|
| Viterra USA Grain, LLC<br>Viterra USA Ingredients, LLC<br>c/o Alicia Burns<br>1331 Capitol Ave.<br>Omaha, NE 68102 | Land View, Inc.<br>c/o Dan Noble<br>PO Box 475<br>Rupert, ID 83350 |

/s/ *Krystal R. Mikkilineni*
Krystal R. Mikkilineni