Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        robert.richards@dentons.com
        tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No.  24-40158-NGH |
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy) |

#4210588

**NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET
APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE MONTH OF OCTOBER 2024**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, COUNSEL**

**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER**

**INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing October 1, 2024, and ending October 31, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtors, and any Official Committee of Unsecured Creditors appointed herein.

/

/

/

If an objection is timely filed and served, the Debtors will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: November 7, 2024.


DATE: November 7, 2024

_____ /s/ *Krystal R. Mikkilineni* _____
DENTONS DAVIS BROWN
Krystal R. Mikkilineni



_____ /s/ *Matt T. Christensen* _____
JOHNSON MAY
Matt T. Christensen

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 7th day of November, 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Bunge Canada
c/o David D. Farrell, Esq.
One Bank Plaza
Suite 2700
St. Louis, MO 63101

Nikolaus F. Schandlbauer
20 F Street NW
Suite 500
Washington, DC 20001

W. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606

Scott F. Gautier
1800 Century Park East
Ste. 1500
Los Angeles, CA 90067

Zachery J. McCraney
Holland & Hart
PO Box 2527
800 W. Main St., Suite 1750
Boise, ID 83701

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg, LLP
919 Market St
Suite 1000
Wilmington, DE 19801

Michael R. Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Suite 200
Omaha, NE 68130

Wilbur Ellis Nutrition-Rangen
c/o Tony Champion
PO Box 706
115 13th Ave. South
Buhl, ID 83316

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE MONTH OF OCTOBER 2024 – PAGE 5

Viterra USA Grain, LLC  
Viterra USA Ingredients, LLC  
c/o Alicia Burns  
1331 Capitol Ave.  
Omaha, NE 68102  

Land View, Inc.  
c/o Dan Noble  
PO Box 475  
Rupert, ID 83350  


/s/ *Krystal R. Mikkilineni*

Krystal R. Mikkilineni

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
          jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
          robert.richards@dentons.com
          tirzah.roussell@dentons.com

Attorneys for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>Debtor.<br><br>──────────────<br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Chapter 11<br><br>[NO HEARING REQUIRED]<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4210584

### DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024

Dentons Davis Brown (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of October 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.    The Firm is counsel for Millenkamp Cattle, Inc. and its affiliated debtors, the debtors in the above captioned case (the "Debtors"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.    The Firm billed a total of $37,740.57 in fees and expenses during the Application Period. The total fees represent 87.2 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| October 1-31, 2024 | $30,239.50 | $7,501.07 | $37,740.57 |

C.    Accordingly, the Firm seeks allowance of interim compensation in the amount of $30,180.70 at this time. This total is comprised as follows: $22,679.63 (75% of the fees for services rendered) plus $7,501.07 (100% of the expenses incurred).

D.    Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E.       Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtors compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: November 7, 2024                    _____/s/ *Krystal R. Mikkilineni*_____
                                                            DENTONS DAVIS BROWN
                                                            Krystal R. Mikkilineni


                                                            _____/s/ *Matt T. Christensen*_____
                                                            JOHNSON MAY
                                                            Matt T. Christensen

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 7th day of November, 2024, I caused to be served a true and correct copy of the foregoing DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 – Page 4

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

/s/ Krystal R. Mikkilineni
Krystal R. Mikkilineni

**DENTONS**

**In Account With**

**DENTONS DAVIS BROWN PC**
**Attorneys and Counselors at Law**
**215 10th Street, Suite 1300**
**Des Moines, IA 50309-3993**
**(515) 288-2500**
**Federal I.D. No. 42-1343884**

Millenkamp Cattle, Inc.                                                     Statement: 1583498
Bill Millenkamp                                                              Date: 11/6/2024
471 N 300th Rd W
Jerome, Idaho 83338

Re: 9020530-188653 - Ch 11 Bankruptcy

## Professional Fees

| | | | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan, and employment apps (.4); review emails from David Heida and Andrew Leddy regarding next steps (.2); emails to/from James Morgan regarding filed plan and disclosure statement (.2); emails to/from Lisa Nelson regarding Cooper Norman retainer (.2) | B110 | 1.00 | 415.00 |
| 10/01/2024 | KMIK | Call with committee counsel, committee FA, Kander, and co-counsel regarding status update and plan (.4) | B150 | 0.40 | 166.00 |
| 10/01/2024 | KMIK | Emails to/from Doug McDonald regarding wire for fee app (.2) and email to Lisa Nelson regarding same (.1) | B160 | 0.30 | 124.50 |
| 10/01/2024 | KMIK | Email MetLife's counsel regarding plan discussions (.2); email Rabo's counsel regarding plan discussions (.2) | B320 | 0.40 | 166.00 |
| 10/01/2024 | KMIK | Emails to/from committee counsel regarding motion to approve disclosure statement and spreadsheet detailing unsecured claims reconciliation (.4) | B320 | 0.40 | 166.00 |
| 10/01/2024 | KMIK | Review proposed order for Summit fee app (.1) | B160 | 0.10 | 41.50 |
| 10/01/2024 | KMIK | Review email from MetLife regarding October adequate protection invoices (.1) | B140 | 0.10 | 41.50 |
| 10/01/2024 | KMIK | Continue reviewing and revising Kander first interim fee app (.6) | B160 | 0.60 | 249.00 |
| 10/01/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan, and employment apps (.4); review emails from James Morgan regarding filed plan and disclosure statement (.1) | B110 | 0.50 | 142.50 |
| 10/01/2024 | TROU | Call with committee counsel, committee FA, Kander, and co-counsel regarding status update and plan (.4); emails from committee counsel regarding draft plan and disclosure statement (.2) | B150 | 0.60 | 171.00 |
| 10/01/2024 | TROU | Emails with David regarding filed plan and disclosure statement (.2); email from David regarding Cargill counsel (.1); emails from Matt and clerk's office regarding disclosure statement hearing(.1); attention to emails from Matt, Krystal and Metlife's counsel regarding plan and disclosure statement (.2); emails with co-counsel regarding ds hearing and timeline (.2); attention to emails from Krystal and Rabo's counsel regarding plan and disclosure statement (.1); attention to notice of hearing on disclosure statement (.2); emails from Matt regarding same (.1); email from Forbes regarding plan and disclosure statement (.2); attention to status of mailing of plan and disclosure statement (.2) | B320 | 1.60 | 456.00 |

Millenkamp Cattle, Inc.
11/6/2024
Page: 2

Client: 9020530
Matter: 9020530-188653
Statement: 1583498

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/2024 | TROU | Revise summit fee app proposed order (.3); attention to Kander interim fee app (.1); finalize Summit Fee app and email to Matt for review (.2) emails from Krystal and Rabo counsel regarding stipulated order to employ David Heida (.2); start drafting stipulated order (.3); emails from co-counsel regarding certificate of service for Kander amended app to employ (.2) | B160 | 1.30 | 370.50 |
| 10/02/2024 | KMIK | Appear at hearing on O'Melveny interim fee app (.4); review notice of hearing held on O'Melveny fee app (.1); review email from David Heida regarding Kander fee app (.1); continue revising Kander fee app (.1) | B160 | 0.70 | 290.50 |
| 10/02/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, hearing recap, plan discussions, and cash collateral (.4) | B110 | 0.40 | 166.00 |
| 10/02/2024 | KMIK | Review and revise proposed stipulated order for Heida employment app (.1) | B160 | 0.10 | 41.50 |
| 10/02/2024 | KMIK | Begin review of Dentons September invoice for fee app (.3) | B160 | 0.30 | 124.50 |
| 10/02/2024 | TROU | Email with Kati Churchill regarding MORs and create folder (.2) | B110 | 0.20 | 57.00 |
| 10/02/2024 | TROU | Attend hearing on O'Melveny interim fee app (.4); review notice of hearing held on O'Melveny fee app (.1); review email from David regarding Kander fee app (.1); draft proposed order emplying David Heida (1.2) | B160 | 1.80 | 513.00 |
| 10/02/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, hearing recap, plan discussions, and cash collateral (.4) | B110 | 0.40 | 114.00 |
| 10/02/2024 | TROU | Attention to status of mailing of plan and disclosure statement exhibits (.2) | B320 | 0.20 | 57.00 |
| 10/03/2024 | KMIK | Emails to/from Ron Bingham regarding Cargill term sheet (.2) | B150 | 0.20 | 83.00 |
| 10/03/2024 | KMIK | Emails to/from Kati Churchill regarding MOR language (.2); review email from Kati Churchill regarding weekly variance reporting (.1) and email secured lenders regarding same (.1) | B110 | 0.40 | 166.00 |
| 10/03/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan, lender discussions, MORs, and amended schedules (.4); email from Kati Churchill regarding vendor payment (.1) | B110 | 0.50 | 207.50 |
| 10/03/2024 | KMIK | Email Brent Wilson regarding proposed stipulated order for Heida employment app (.1); review Rabo's redline revisions to stipulated order regarding Heida employment app (.1) and email UST regarding same (.1); continue reviewing and revising September invoice for September fee app (.7) | B160 | 1.00 | 415.00 |
| 10/03/2024 | KMIK | Review and revise amended schedules (.8) and email Lisa Nelson and Kati Churchill regarding same (.1) | B110 | 0.90 | 373.50 |
| 10/03/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan, lender discussions, MORs, and amended schedules (.4) | B110 | 0.40 | 114.00 |
| 10/03/2024 | TROU | Follow up with Matt regarding Summit fee app proposed order (.2) | B160 | 0.20 | 57.00 |
| 10/03/2024 | TROU | Review email from Brent Wilson regarding proposed stipulated order for Heida employment app (.1); review Rabo's redline revisions to stipulated order regarding Heida employment app (.1) | B160 | 0.20 | 57.00 |
| 10/03/2024 | TROU | Review Mark Perry's appearance for Burks Tractor (.1); emails from Kati, Matt, and Krystal regarding MORs (.2); attention to email from Lisa regarding borrowing base (.1); review emails regarding same; attention to amended schedules (.2); Email from Lisa and co-counsel regarding same (.2) | B110 | 0.80 | 228.00 |

Millenkamp Cattle, Inc.
11/6/2024
Page: 3

Client: 9020530
Matter: 9020530-188653
Statement: 1583498

| 10/04/2024 | KMIK | Emails to/from Kati Churchill regarding weekly reporting (.2); review emails from Sheila Schwager and Andrew Schoulder regarding interest calculations and reconciliation status (.2) | B110 | 0.40 | 166.00 |
|---|---|---|---|---|---|
| 10/04/2024 | KMIK | Continue reviewing and revising amended schedules | B110 | 0.60 | 249.00 |
| 10/04/2024 | GMAT | Drafting Certificate of Service for amended schedules. | B110 | 0.50 | 105.00 |
| 10/04/2024 | TROU | Review emails from Sheila Schwager and Andrew Schoulder regarding interest calculations and reconciliation of Rabo claim (.2) | B300 | 0.20 | 57.00 |
| 10/04/2024 | TROU | Attention to emails from co-counsel, Lisa and Kati regarding amended schedules (.3) | B110 | 0.30 | 85.50 |
| 10/07/2024 | KMIK | Review email from Brett Cahoon regarding Heida employment order (.1) and finalize order (.1); continue reviewing and revising September invoice for Dentons' September fee app (.4); review Johnson May's September fee app (.1); review of Summit Ag fee app order (.1) | B160 | 0.80 | 332.00 |
| 10/07/2024 | KMIK | Review email from John O'Brien regarding plan questions (.2) and email client, Kander, and co-counsel regarding proposed responses to same (.2); email UST regarding plan and disclosure statement (.1) | B320 | 0.50 | 207.50 |
| 10/07/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan negotiations, and amended schedules (.4); email Lisa Nelson and David Heida regarding amended schedules (.1) | B110 | 0.50 | 207.50 |
| 10/07/2024 | GMAT | Drafting motion for interim fee app (.2); drafting notice of interim fee app (.1) | B160 | 0.30 | 63.00 |
| 10/07/2024 | KMIK | Follow up email to Rabo's counsel regarding plan discussions call (.1) | B150 | 0.10 | 41.50 |
| 10/07/2024 | KMIK | Review email from Roberta Black regarding adequate protection statement (.1) | B140 | 0.10 | 41.50 |
| 10/07/2024 | KMIK | Continue revising app to employ Heida for Cordova collections matter (.2) | B160 | 0.20 | 83.00 |
| 10/07/2024 | TROU | Review email from John O'Brien regarding plan questions (.2) review emails from co-counsel, client, Kander regarding proposed responses to same (.2); review email from co-counsel to UST regarding plan and disclosure statement (.1); attention to email from co-counsel regarding hearing on cash collateral (.1) | B320 | 0.60 | 171.00 |
| 10/07/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan negotiations, and amended schedules (.4) | B110 | 0.40 | 114.00 |
| 10/07/2024 | TROU | Revise Summit fee app proposed order (.2); email proposed order to UST (.1) | B160 | 0.30 | 85.50 |
| 10/07/2024 | TROU | Review order regarding O'Melveny fee app (.1) | B160 | 0.10 | 28.50 |
| 10/08/2024 | KMIK | Review and revise Dentons' September fee app (.3); review certificate of service for app to employ David Heida for Cordova matter (.1); review order on O'Melveny interim fee app (.1); review email from Brett Cahoon regarding Kander fee app (.1) and email Kander regarding same (.1) | B160 | 0.70 | 290.50 |
| 10/08/2024 | KMIK | Draft response to John O'Brien regarding plan questions (.4) | B320 | 0.40 | 166.00 |
| 10/08/2024 | KMIK | Call with counsel and FA for creditor committee, Kander, and co-counsel regarding status update, plan, and cash collateral (.4) | B150 | 0.40 | 166.00 |

Millenkamp Cattle, Inc.

Client: 9020530
Matter: 9020530-188653
Statement: 1583498

11/6/2024
Page: 4

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/08/2024 | KMIK | Continue claims reconciliation process and email creditors with disputed proofs of claim | B310 | 0.70 | 290.50 |
| 10/08/2024 | KMIK | Emails to/from Lisa Nelson regarding amended schedules (.2) | B110 | 0.20 | 83.00 |
| 10/08/2024 | TROU | Review email from Brett Cahoon regarding Kander fee app (.1) and review email from co-counsel and kander regarding same (.1) | B160 | 0.20 | 57.00 |
| 10/08/2024 | TROU | Call with counsel and FA for creditor committee, Kander, and co-counsel regarding status update, plan, and cash collateral hearing (.4); review email responses to John Obrien's questions regarding plan (.2) | B110 | 0.60 | 171.00 |
| 10/08/2024 | TROU | Email from Gabby regarding COS for app to employ Heida Law (.1) | B160 | 0.10 | 28.50 |
| 10/09/2024 | KMIK | Emails to/from Kati Churchill regarding Kander fee app and retainer | B160 | 0.20 | 83.00 |
| 10/09/2024 | KMIK | Review emails from clerks office and Matt Christensen regarding status conference (.2); review status report (.1); call with client, Kander, and co-counsel regarding status update, budget, fee apps, and plan discussions (.7); review email from Lisa Nelson regarding signed declarations and review declarations (.2); review certificate of service for mailing of amended schedules (.1) | B110 | 1.30 | 539.50 |
| 10/09/2024 | KMIK | Emails to/from Lisa Nelson and Kati Churchill regarding Verizon claim reconciliation (.2) and email Verizon's counsel regarding same (.1); continue conducting claims reconciliation (.8) | B310 | 1.10 | 456.50 |
| 10/09/2024 | KMIK | Emails to/from Matt Christensen regarding Farmers Bank treatment in plan (.2) | B320 | 0.20 | 83.00 |
| 10/09/2024 | TROU | Review emails from clerks office and co-counsel regarding status conference (.2); review status report (.1); call with client, Kander, and co-counsel regarding status update, budget, fee apps, and plan discussions (.7); review email from Lisa N regarding signed declarations and review declarations (.1); call with Gabby regarding filing amended schedules (.3); review filed amended schedules (.1); review certificate of service for mailing of amended schedules (.1) | B110 | 1.60 | 456.00 |
| 10/09/2024 | TROU | Emails from co-counsel, Kati, and client regarding Farmers claim and Brandy Bartholomew claim (.2); review plan and start amending plan treatment (.4); review emails and analyis from Kati, Lisa and co-counsel regarding verizon's claim and amended exhibit needed for GUCs (.4) | B320 | 1.00 | 285.00 |
| 10/10/2024 | KMIK | Emails to/from Uline regarding proof of claim (.2); review email from Valley Wide Coop's counsel regarding 503(b)(9) claim and email Matt Christensen regarding same (.2); emails to/from John O'Brien regarding proofs of claim for Idaho Calves (.2); emails to/from CenturyLink regarding proof of claim (.2); emails to/from Lisa Nelson regarding Verizon proof of claim (.2) | B310 | 1.00 | 415.00 |
| 10/10/2024 | KMIK | Emails to/from Brent Wilson regarding proposed order for Heida employment app (.2) | B160 | 0.20 | 83.00 |
| 10/10/2024 | KMIK | Appear at telephonic status hearing (.3) | B110 | 0.30 | 124.50 |
| 10/10/2024 | TROU | Draft and revise Cooper Norman Fee App (3); emails with Cooper Norman regarding certain issues with fee app and entries to correct (.4); email Summit proposed order to clerk (.1) | B160 | 3.50 | 997.50 |
| 10/10/2024 | TROU | Appear at telephonic status hearing (.3); email with Kati regarding status of professional fee apps for projections (.2) | B110 | 0.50 | 142.50 |

Millenkamp Cattle, Inc.
11/6/2024
Page: 5

Client: 9020530
Matter: 9020530-188653
Statement: 1583498

| | | | | | |
|---|---|---|---|---|---|
| 10/10/2024 | TROU | Review email from Valley Wide Coop's counsel regarding 503(b)(9) claim and emails from co-counsel regarding same (.3); review projections to start drafting allowed 503(b)(9) claims exhibit for disclosure statement (.5) | B310 | 0.80 | 228.00 |
| 10/11/2024 | KMIK | Review email from John O'Brien regarding Conterra November adequate protection statements (.1) | B140 | 0.10 | 41.50 |
| 10/11/2024 | KMIK | Review emails from Matt Christensen and Oren Haker regarding Burks Tractor lease (.2) | B185 | 0.20 | 83.00 |
| 10/11/2024 | KMIK | Call with client, Kander, and co-counsel regarding Rabo's objection and subpoena (.4); review notice of hearing held (.1) | B110 | 0.50 | 207.50 |
| 10/11/2024 | KMIK | Call with Kati Churchill regarding Kander fee app (.2); email Kati and Ken regarding response to UST regarding retainer amount (.2) | B160 | 0.40 | 166.00 |
| 10/11/2024 | KMIK | Review Rabo's objection to cash collateral and motion to terminate exclusivity | B230 | 0.60 | 249.00 |
| 10/11/2024 | KMIK | Emails to/from Ron Bingham regarding status update call (.2) | B150 | 0.20 | 83.00 |
| 10/11/2024 | KMIK | Review email from CenturyLink regarding pre-petition amount owing (.1) and email Lisa Nelson regarding same (.1) | B310 | 0.20 | 83.00 |
| 10/11/2024 | TROU | Call with client, Kander, and co-counsel regarding Rabo's objection and subpoena (.4); review notice of hearing held (.1) | B110 | 0.50 | 142.50 |
| 10/11/2024 | TROU | Review Rabo's objection to cash collateral and motion to terminate exclusivity | B230 | 0.70 | 199.50 |
| 10/11/2024 | TROU | Review email from John O'Brien regarding Conterra November adequate protection statements (.1) | B140 | 0.20 | 57.00 |
| 10/11/2024 | TROU | Review emails from Matt Christensen and Oren Haker regarding Burks Tractor lease (.2) | B185 | 0.20 | 57.00 |
| 10/14/2024 | KMIK | Call with Matt Christensen regarding motion to compel (.1) | B110 | 0.10 | 41.50 |
| 10/14/2024 | KMIK | Review and revise motion to compel (.4); review email from Sheila Schwager regarding motion to compel (.1) | B190 | 0.50 | 207.50 |
| 10/14/2024 | KMIK | Review UCC's plan treatment proposal (.3) and email client and Kander regarding same (.1) | B320 | 0.40 | 166.00 |
| 10/14/2024 | KMIK | Emails to/from John O'Brien regarding corrected adequate protection statements (.2) | B140 | 0.20 | 83.00 |
| 10/14/2024 | KMIK | Review and revise Cooper Norman's interim fee app (.3) | B160 | 0.30 | 124.50 |
| 10/14/2024 | KMIK | Continue claims reconciliation | B310 | 0.10 | 41.50 |
| 10/14/2024 | TROU | Review UCC's plan treatment proposal (.3) review emails from co-counsel, client and Kander regarding same (.1) | B320 | 0.40 | 114.00 |
| 10/14/2024 | TROU | Review and revise Cooper Norman interim fee app for May-Sept (.3); emails with co-counsel regarding same (.1) | B160 | 0.40 | 114.00 |
| 10/14/2024 | TROU | Review motion to compel (.3); review email from Sheila Schwager regarding motion to compel (.1) | B190 | 0.40 | 114.00 |

Millenkamp Cattle, Inc.
11/6/2024
Page: 6

Client: 9020530
Matter: 9020530-188653
Statement: 1583498

| | | | | | |
|---|---|---|---|---|---|
| 10/15/2024 | KMIK | Call with MetLife counsel and co-counsel regarding plan and cash collateral discussions (.4); review email from Sheila Schwager regarding loan information (.1); call with counsel and FA for UCC and co-counsel regarding status update, UCC proposal, and Rabo objection (.4); emails to/from Morgan Crilly regarding plan and disclosure statement notice (.2); call with Rabo's counsel and co-counsel regarding plan and cash collateral discussions (1.2) | B150 | 2.30 | 954.50 |
| 10/15/2024 | KMIK | Prep for cash collateral hearing (.2) | B230 | 0.20 | 83.00 |
| 10/15/2024 | KMIK | Call with client and co-counsel regarding strategy for cash collateral and plan, Rabo objection, and Rabo subpoena production (.6); call with Kander and co-counsel regarding plan negotiations and cash collateral budget (.5); call with Matt Christensen regarding plan and cash collateral strategy (.1); call with John O'Brien regarding Idaho Calves and contingent claims (.7) | B110 | 1.90 | 788.50 |
| 10/15/2024 | KMIK | Email Kati Churchill regarding follow-up on fee app response (.1); email UST counsel regarding Kander's retainer amount (.2) | B160 | 0.30 | 124.50 |
| 10/15/2024 | TROU | Call with counsel and FA for UCC and co-counsel regarding status update, UCC proposal, and Rabo objection (.4) | B150 | 0.40 | 114.00 |
| 10/15/2024 | TROU | Call with client and co-counsel regarding strategy for cash collateral and plan, Rabo objection, and Rabo subpoena production (.6); call with Kander and co-counsel regarding plan negotiations and cash collateral budget (.5) | B110 | 0.50 | 142.50 |
| 10/15/2024 | TROU | Email from Lisa regarding Rabo claim reconciliation (.2) | B300 | 0.10 | 28.50 |
| 10/15/2024 | TROU | Start reply memo to Rabo's objection to cash collateral and exclusivity (1) | B190 | 1.00 | 285.00 |
| 10/16/2024 | GMAT | Drafting amended fee app for Kander | B160 | 0.20 | 42.00 |
| 10/16/2024 | KMIK | Review email from Brett Cahoon regarding Kander amended fee app (.1); review order approving employment of Heida to collect against Perez (.1) and email David regarding same (.1); continue reviewing and revising amended fee application for Kander (.3) and email client and Kander regarding same (.1); emails to/from Bruce Anderson regarding August fee app (.2) and email Lisa Nelson regarding same (.1) | B160 | 1.00 | 415.00 |
| 10/16/2024 | KMIK | Call with client and co-counsel regarding status update and plan strategy (.4) | B110 | 0.40 | 166.00 |
| 10/16/2024 | TROU | Review email from Brett Cahoon regarding Kander amended fee app (.1); review order approving employment of Heida to collect against Perez (.1); attention to mailing of fee apps (.2); email Gabby to mail Summit, Schuil, and Harding's fee apps and draft certificate of service (.3); email to Carol Mills, law clerk, regarding mailing issue of Summit Fee App (.1) | B160 | 0.80 | 228.00 |
| 10/16/2024 | TROU | Call with client and co-counsel regarding status update and plan strategy (.4); emails with Kati Churchill regarding cash collateral filings (.2) | B110 | 0.60 | 171.00 |
| 10/16/2024 | TROU | Attention to email from Western States counsel regarding plan language (.1); emails with co-counsel regarding same (.2); review treatment of Western States and determine needed revisions (.3) | B300 | 0.60 | 171.00 |
| 10/16/2024 | TROU | Research and draft memo regarding Default Interest for Plan Treatment in the Ninth Circuit (3.3) | B300 | 3.30 | 940.50 |
| 10/17/2024 | KMIK | Review Givens Pursley September fee app (.1); review court's order granting Kander amended employment app (.1) | B160 | 0.20 | 83.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/17/2024 | KMIK | Review emails from JB Evans regarding Western States Cat's plan treatment (.2) | B320 | 0.20 | 83.00 |
| 10/17/2024 | KMIK | Review memo regarding 9th circuit case law on default interest in plan (.4) | B320 | 0.40 | 166.00 |
| 10/17/2024 | KMIK | Call with client and co-counsel regarding status update, plan strategy and treatment provisions (.4); review email from Lisa Nelson regarding borrowing base certificate (.1) | B110 | 0.50 | 207.50 |
| 10/17/2024 | KMIK | Review email from Sheila Schwager regarding checks (.1) | B150 | 0.10 | 41.50 |
| 10/17/2024 | KMIK | Draft amended plan | B320 | 0.40 | 166.00 |
| 10/17/2024 | KMIK | Follow up email to Fastenal's counsel regarding proof of claim (.1) | B310 | 0.10 | 41.50 |
| 10/17/2024 | TROU | Call with client and co-counsel regarding status update, plan strategy and treatment provisions (.4); review email from Lisa Nelson regarding borrowing base certificate (.1) | B110 | 0.40 | 114.00 |
| 10/17/2024 | TROU | Review Givens Pursley September fee app (.1); review court's order granting Kander amended employment app (.1) | B160 | 0.20 | 57.00 |
| 10/17/2024 | TROU | Review emails from JB Evans regarding Western States Cat's plan treatment (.2) | B320 | 0.20 | 57.00 |
| 10/18/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, Rabo treatment, plan amendment, and cash collateral (.8); call with client and co-counsel regarding Cargill status and amended plan (.3) | B110 | 1.10 | 456.50 |
| 10/18/2024 | KMIK | Review email from Fastenal counsel regarding claim amount (.1) and email Lisa Nelson regarding same (.1) | B310 | 0.20 | 83.00 |
| 10/18/2024 | KMIK | Email follow up to David and Lisa regarding Kander amended fee app (.1) | B160 | 0.10 | 41.50 |
| 10/18/2024 | KMIK | Emails to/from Ron Bingham regarding status update (.2) | B150 | 0.20 | 83.00 |
| 10/18/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, Rabo treatment, plan amendment, and cash collateral (.8) | B110 | 0.80 | 228.00 |
| 10/18/2024 | TROU | Review stipulation to continue the cash collateral hearing (.2); emails from parties regarding same (.1) | B230 | 0.30 | 85.50 |
| 10/21/2024 | KMIK | Review email from Rich Bernard regarding cash collateral stipulation (.1); review email from committee counsel regarding cash collateral stipulation (.1); review email from Andrew Shoulder regarding stipulation on cash collateral and extended time (.1); review email from John O'Brien regarding cash collateral stipulation (.1) | B230 | 0.40 | 166.00 |
| 10/21/2024 | KMIK | Emails to/from Lisa regarding Fastenal claim and invoice (.2); emails to/from Fastenal regarding claim amount (.2) | B310 | 0.40 | 166.00 |
| 10/21/2024 | KMIK | Review email from Met's counsel regarding status update (.1) and email client regarding same (.1); call with client, Kander, and co-counsel regarding status update, plan terms, secured party discussions, and strategy (.7); email client and Kander regarding milestones through effective date (.2) | B110 | 1.10 | 456.50 |
| 10/21/2024 | KMIK | Continue review of Kander's amended fee app (.1); review amended notice of Kander amended fee app (.1); email Ron Bingham regarding updated estimated professional fees through effective date (.1) | B160 | 0.30 | 124.50 |
| 10/21/2024 | KMIK | Email UCC counsel regarding status call (.1) | B150 | 0.10 | 41.50 |

Millenkamp Cattle, Inc.
11/6/2024
Page: 8

Client: 9020530
Matter: 9020530-188653
Statement: 1583498

| | | | | | |
|---|---|---|---|---|---|
| 10/21/2024 | TROU | Review email from Met's counsel regarding status update (.1) call with client, Kander, and co-counsel regarding status update, plan terms, secured party discussions, and strategy (.7); attention to memo regarding milestones through effective date (.2) | B110 | 1.00 | 285.00 |
| 10/21/2024 | TROU | Review emails from opposing counsel regarding cash collateral stipulation (.4) | B230 | 0.40 | 114.00 |
| 10/22/2024 | KMIK | Call with client and Kander regarding status update on party negotiations for plan (.2); review email from Kati Churchill regarding 2023 audit (.1); review order continuing cash collateral hearing (.1); emails to/from Kati Churchill regarding Sept MOR (.4) | B110 | 0.80 | 332.00 |
| 10/22/2024 | KMIK | Review email from Summit regarding fees (.1); review email from Lance Fenton regarding Cooper Norman fee app and time entries (.1) | B160 | 0.20 | 83.00 |
| 10/22/2024 | KMIK | Review Uline's withdrawal of claim (.1) | B110 | 0.10 | 41.50 |
| 10/22/2024 | KMIK | Emails to/from Penske's counsel regarding 503(b)(9) claim (.2); review email from Kati Churchill regarding Rabo claims reconciliation (.1) | B310 | 0.30 | 124.50 |
| 10/22/2024 | TROU | Emails from Summit regarding fee app status (.1) | B160 | 0.10 | 28.50 |
| 10/22/2024 | TROU | Emails with Kati regarding September MORs (.2) | B110 | 0.20 | 57.00 |
| 10/22/2024 | TROU | Review order continuing cash collateral hearing (.1) | B110 | 0.10 | 28.50 |
| 10/22/2024 | TROU | Review email from Kati Churchill regarding Rabo claims reconciliation (.1) | B300 | 0.10 | 28.50 |
| 10/22/2024 | TROU | Review Uline's withdrawal of claim (.1) | B110 | 0.10 | 28.50 |
| 10/23/2024 | GMAT | Reviewing PTG of Idaho POC and invoices for 503(b)(9) claim | B310 | 1.00 | 210.00 |
| 10/24/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, MORs, party negotiations, and John Deere claim (.3) | B110 | 0.30 | 124.50 |
| 10/24/2024 | KMIK | Emails to/from counsel for John Deere regarding John Deere plan treatment and claims (.2) | B150 | 0.20 | 83.00 |
| 10/24/2024 | KMIK | Email Kati Churchill regarding John Deere plan treatment (.1) | B320 | 0.10 | 41.50 |
| 10/24/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, MORs, party negotiations, and John Deere claim (.3); attention to emails from co-counsel, client and Kati regarding John Deere claim (.2); emails from UCC counsel regarding call (.1); attention to plan treatment settlement discussions from Metlife (.3) | B110 | 0.90 | 256.50 |
| 10/25/2024 | KMIK | Call with committee counsel, FAs, Kander, and co-counsel regarding status update | B150 | 0.50 | 207.50 |
| 10/25/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, party negotiations, and plan treatment | B110 | 0.60 | 249.00 |
| 10/25/2024 | TROU | Call with committee counsel, FAs, Kander, and co-counsel regarding status update | B150 | 0.50 | 142.50 |
| 10/25/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, party negotiations, and plan treatment | B110 | 0.60 | 171.00 |

Millenkamp Cattle, Inc.
11/6/2024
Page: 9

Client: 9020530
Matter: 9020530-188653
Statement: 1583498

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/28/2024 | KMIK | Emails to/from Andrew and Sheila regarding call (.2); review email from Ron Bingham regarding Met's plan treatment (.1); review email from Sheila regarding collateral examination (.1) | B150 | 0.40 | 166.00 |
| 10/28/2024 | KMIK | Review email from Kati Churchill regarding Sandton fees (.1); email Lisa Nelson regarding Dentons September fees (.1); review Armory's September fee app (.1); review Elaesser Anderson's September fee app (.1) | B160 | 0.40 | 166.00 |
| 10/28/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, and update on negotiations with parties and plan strategy (.4) | B110 | 0.40 | 166.00 |
| 10/28/2024 | KMIK | Review Rabo's claim reconciliation (.2) | B310 | 0.20 | 83.00 |
| 10/28/2024 | KMIK | Review and analyze Penske's 503(b)(9) claim (.3); review Moss Grain's amended proof of claim (.1); call with Penske's counsel regarding 503(b)(9) claim (.1) | B310 | 0.50 | 207.50 |
| 10/28/2024 | TROU | Review email from Ron Bingham regarding Met's plan treatment (.1) | B320 | 0.10 | 28.50 |
| 10/28/2024 | TROU | Review mail from Lisa Nelson regarding Dentons September fees (.1); review Elaesser Anderson's September fee app (.1); review Armory's September fee app (.1) | B160 | 0.30 | 85.50 |
| 10/28/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, and update on negotiations with parties and plan strategy (.4) | B110 | 0.40 | 114.00 |
| 10/29/2024 | KMIK | Review email from counsel for Burks Tractor regarding lease amendment (.1) | B185 | 0.10 | 41.50 |
| 10/29/2024 | KMIK | Emails to/from counsel for Conrad & Bischoff regarding claim amount (.3) | B310 | 0.30 | 124.50 |
| 10/29/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan negotiations, and strategy (.4) | B110 | 0.40 | 166.00 |
| 10/29/2024 | KMIK | Call with committee counsel and FA, Kander, and co-counsel regarding status update and plan terms (.3); call with Rabo counsel and co-counsel regarding status update, claim reconciliation, and plan terms (.6) | B150 | 0.90 | 373.50 |
| 10/29/2024 | GMAT | Amending schedules and declaration | B110 | 0.10 | 21.00 |
| 10/29/2024 | KMIK | Review email from third party regarding interest in Goose Ranch (.1) | B110 | 0.10 | 41.50 |
| 10/29/2024 | TROU | Review email from counsel for Burks Tractor regarding lease amendment (.1) | B185 | 0.10 | 28.50 |
| 10/29/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan negotiations, and strategy (.4) | B110 | 0.40 | 114.00 |
| 10/29/2024 | TROU | Call with committee counsel and FA, Kander, and co-counsel regarding status update and plan terms (.3) | B150 | 0.30 | 85.50 |
| 10/29/2024 | TROU | Research and draft memo for amended plan strategy | B110 | 1.40 | 399.00 |
| 10/30/2024 | KMIK | Call with David Heida regarding amended plan (.1) | B320 | 0.10 | 41.50 |
| 10/30/2024 | GMAT | Reviewing invoices for PTG 503(b)(9) claim | B310 | 0.50 | 105.00 |
| 10/30/2024 | KMIK | Call with Kander and co-counsel regarding plan strategy (.7) | B110 | 0.70 | 290.50 |

Millenkamp Cattle, Inc.
11/6/2024
Page: 10

Client: 9020530
Matter: 9020530-188653
Statement: 1583498

| Date | Atty | Description | Code | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 10/30/2024 | KMIK | Review email from Sheila Schwager regarding checks from US Bank (.1) | B150 | 0.10 | 41.50 |
| 10/30/2024 | KMIK | Continue drafting amended plan and disclosure statement | B320 | 0.20 | 83.00 |
| 10/30/2024 | KMIK | Review O'Melveny's September fee app (.2) | B160 | 0.20 | 83.00 |
| 10/30/2024 | TROU | Research and draft memo for amended plan strategy | B110 | 2.60 | 741.00 |
| 10/31/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and plan strategy (.4); review and revise notices of change of address (.2) | B110 | 0.60 | 249.00 |
| 10/31/2024 | KMIK | Review Kenworth Sales amended proof of claim (.1) and email Lisa Nelson regarding same (.1) | B310 | 0.20 | 83.00 |
| 10/31/2024 | GMAT | Drafting change of address for William Millenkamp and Milner Hay | B110 | 0.10 | 21.00 |
| 10/31/2024 | KMIK | Research for amended plan | B320 | 0.70 | 290.50 |
| 10/31/2024 | TROU | Call with client, Kander, and co-counsel regarding status update and plan strategy (.4); review and revise memo regarding research for amended plan (1) | B110 | 1.40 | 399.00 |
| 10/31/2024 | TROU | Review Kenworth Sales amended proof of claim (.1) | B310 | 0.10 | 28.50 |

Sub-total Fees: $30,239.50

## Rate Summary

| | | | |
|---|---|---|---|
| Krystal R. Mikkilineni | 43.00 hours at $415.00/hr | | 17,845.00 |
| Tirzah R. Roussell | 41.50 hours at $285.00/hr | | 11,827.50 |
| Gabby B. Mathias | 2.70 hours at $210.00/hr | | 567.00 |
| | Total hours: | 87.20 | |

**Expenses**

| Date | Description | Code | Units | Price | Amount |
|------|-------------|------|-------|-------|--------|
| 10/02/2024 | Payment for Third Party Mailing | E108 | 1.00 | 311.24 | 311.24 |
| 10/02/2024 | Payment for Third Party Mailing | E108 | 1.00 | 481.92 | 481.92 |
| 10/02/2024 | Payment for Third Party Mailing | E108 | 1.00 | 5,695.19 | 5,695.19 |
| 10/17/2024 | Payment for third party mailing of documents | E108 | 1.00 | 711.65 | 711.65 |
| 10/21/2024 | Third party mailing for Notice of Hearing | E108 | 1.00 | 301.07 | 301.07 |

Sub-total Expenses: $7,501.07

**Total Current Billing:** $37,740.57

Millenkamp Cattle, Inc.
11/6/2024
Page: 11

Client: 9020530
Matter: 9020530-188653
Statement: 1583498

Effective March 29, 2021, Davis Brown Law Firm formally combined with Dentons to become Dentons Davis Brown PC. Visit
www.dentons.com/BusinessTerms to find our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the
material terms and conditions of any existing engagement agreement. Please contact your lawyer or other professional if you have questions about
the Terms of Business or with any respect of your representation.

Current statement due within 30 days of statement date. Please disregard any previously paid amounts. Contact us at 515-246-7812 with any
questions.  Please include the statement number on your check.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from
your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds
may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial
institution.