Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      Robert.richards@dentons.com
      Tirzah.roussell@dentons.com

Attorneys for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>    Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Chapter 11<br><br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENES FOR THE MONTH OF OCTOBER 2024 – PAGE 1

### NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing October 1, 2024, and ending October 31, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtor, and any Official Committee of Unsecured Creditors appointed herein.

/

/

/

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: November 7, 2024.

DATE: November 7, 2024              \_\_\_/s/ Matt Christensen_____
                                                                   JOHNSON MAY
                                                                   Matthew T. Christensen

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 7th day of November, 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Bunge Canada
c/o David D. Farrell, Esq.
One Bank Plaza
Suite 2700
St. Louis, MO 63101

Nikolaus F. Schandlbauer
20 F Street NW
Suite 500
Washington, DC 20001

W. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606

Scott F. Gautier
1800 Century Park East
Ste. 1500
Los Angeles, CA 90067

Zachery J. McCraney
Holland & Hart
PO Box 2527
800 W. Main St., Suite 1750
Boise, ID 83701

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg, LLP
919 Market St
Suite 1000
Wilmington, DE 19801

Michael R. Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Suite 200
Omaha, NE 68130

Wilbur Ellis Nutrition-Rangen
c/o Tony Champion
PO Box 706
115 13th Ave. South
Buhl, ID 83316

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENES FOR THE MONTH OF OCTOBER 2024 – PAGE 5

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

Land View, Inc.
c/o Dan Noble
PO Box 475
Rupert, ID 83350

      /s/ Matt Christensen
Matthew T. Christensen

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>　　　　Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No.  24-40158-NGH<br><br>Chapter 11<br><br>[NO HEARING REQUIRED]<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 – Page 1

### JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024

Johnson May (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of October 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A. The Firm is Local Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B. The Firm billed a total of $10,617.50 in fees and expenses during the Application Period. The total fees represent 32.90 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| October 1-31, 2024 | $10,617.50 | $0.00 | $10,617.50 |

C. Accordingly, the Firm seeks allowance of interim compensation in the amount of $7,963.13 at this time. This total is comprised as follows: $7,963.13 (75% of the fees for services rendered) plus $0.00 (100% of the expenses incurred).

D. Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 – Page 2

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

   E. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

   F. The Firm no longer holds funds in its client trust account on behalf of the Debtor, as previous applications exceeded the initial retainer payment from the Debtor. The Debtor will pay the full requested amount of $7,963.13 from its accounts at its discretion.

   **WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

   DATE: November 7th, 2024

               /s/ Matt Christensen
               JOHNSON MAY
               Matthew T. Christensen

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 7th day of November, 2024, I caused to be served a true and correct copy of the foregoing JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 – Page 4

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

/s/ Matt Christensen
Matthew T. Christensen

| EXHIBIT A |||||||
|---|---|---|---|---|---|
| DATE | PROF | DESCRIPTION | UNITS | RATE | VALUE |
| **B110 CASE ADMINISTRATION** ||||||
| 10/1/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Revise Certificate of Service for Amended Application to Employ Kander. | 0.10 | $150.00 | $15.00 |
| 10/1/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Daily call with clients (.4); call with UCC professionals (.4) | 0.80 | $425.00 | $340.00 |
| 10/1/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Confer with MTC in preparation for hearing on 10/02/2024 | 0.10 | $200.00 | $20.00 |
| 10/2/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Prepare for (0.2) and attend (0.6) hearing regarding the Creditor Committee Application for Interim Professional Compensation (Doc. No 585). | 0.80 | $200.00 | $160.00 |
| 10/2/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Internal call with client and co-counsel discussing status of reconciliations, upcoming hearings, new cash collateral motion, possible amended plan, audit status, and MORs.(0.4); confer with local team regarding new tasks assigned (0.1). | 0.50 | $200.00 | $100.00 |
| 10/2/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Prepare for (0.2) and attend (0.6) hearing regarding the Creditor Committee Application for Interim Professional Compensation (Doc. No 585); Debrief hearing with MTC and ARD (.1). | 0.90 | $200.00 | $180.00 |
| 10/2/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Confer with SLM re August MORs. | 0.10 | $150.00 | $15.00 |
| 10/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Call with clients and professionals (.5). | 0.50 | $425.00 | $212.50 |
| 10/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Analyze and prepare Millenkamp Properties II August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Analyze and prepare Millenkamp Properties August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Analyze and prepare Millenkamp Family August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Analyze and prepare Millenkamp Enterprises August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Analyze and prepare Idaho Jersey Girls August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Analyze and prepare Idaho Jersey Girls Jerome Dairy August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Analyze and prepare Goose Ranch August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Analyze and prepare East Valley Cattle August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Analyze and prepare Black Pine Cattle August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Begin analyzing Millenkamp Cattle August MOR. | 1.30 | $150.00 | $195.00 |
| 10/4/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Continue analyzing Millenkamp Cattle bank statements for August MOR (1.0); Analyze and prepare August MOR for filing (0.2). | 1.20 | $150.00 | $180.00 |
| 10/7/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Review emails and daily call with clients. | 0.50 | $425.00 | $212.50 |
| 10/9/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Prepare and file status report (.3); email clerk re: same (.1); phone call and emails with clients (.5). | 0.90 | $425.00 | $382.50 |
| 10/10/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Attend status conference hearing. | 0.30 | $425.00 | $127.50 |
| 10/14/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Call with KM re: Mtn to Compel (.1); review docs and history of document production (.5); prepare Mtn to Compel Production (1.8); prepare Dec of MTC (.5); prepare and file NOH (.2). | 3.10 | $425.00 | $1,317.50 |
| 10/15/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Call with MetLife attorneys (.4); call with John O'brien re: calf buyers claims (.6); call with RAF's counsel (1.2); call with client group (.5); call with committee counsel (.5); review/respond to various emails (.3); call with Kander re: plan projections (.4) | 3.90 | $425.00 | $1,657.50 |
| 10/16/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Client team call (.5); Emails with JB Evans re: Western States claim and plan treatment (.2) | 0.70 | $425.00 | $297.50 |
| 10/17/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Client team call (.4); call with RAF counsel (.3) | 0.70 | $425.00 | $297.50 |
| 10/18/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Review and respond to various emails (.6); prepare and circulate Stipulation to vacate/reset hearing (.3); call with RAF counsel re: hearing (.3) | 1.20 | $425.00 | $510.00 |
| 10/21/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Client team call (.5); emails re: order vacating hearing, update and file stipulation (.3); prepare and submit proposed order vacating hearing (.2); emails with RAF re: guardrails (.2) | 1.20 | $425.00 | $510.00 |

| Date | Staff | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Begin analyzing September MORs and bank statements. | 1.50 | $150.00 | $225.00 |
| 10/23/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Email correspondence to Kati Churchill re September bank statements. | 0.10 | $150.00 | $15.00 |
| 10/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Confer with MTC re September MORs (0.1); Confer with Kati Churchill re same (0.1). | 0.20 | $150.00 | $30.00 |
| 10/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Insert signature pages pages into September MORs and finalize for filing. | 0.80 | $0.00 | $0.00 |
| 10/24/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Client team call (.3); call with UCC professionals (.4). | 0.70 | $425.00 | $297.50 |
| 10/25/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Call with client team (.5); review and respond to various emails (.4). | 0.90 | $425.00 | $382.50 |
| 10/28/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Call with client team (.4); phone call with Bill (.2). | 0.60 | $425.00 | $255.00 |
| 10/29/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Call with clients (.4); call with UCC people (.4); call with Rabo counsel (.6) | 1.40 | $425.00 | $595.00 |
| 10/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Call with Debtor professionals (.4); discuss 1121(c)(3) Motion with SJ (.2) | 0.60 | $425.00 | $255.00 |
| 10/31/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Call with client team (.4). | 0.40 | $425.00 | $170.00 |
| 10/31/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Case strategy meeting with MTC discussing motion to extend exclusivity periods | 0.10 | $200.00 | $20.00 |
| | | | **Total:** | **27.90** | | **$9,245.00** |
| **B150 MEETING AND COMMUNICATIONS W/CREDITORS** | | | | | | |
| 10/8/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | | 0.60 | $425.00 | $255.00 |
| | | | **Total:** | **0.60** | | **$255.00** |
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | | | |
| 10/2/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Analyze time entries for the month September (0.1); Prepare Time Entries spreadsheet for September (0.6); Prepare Notice of Monthly Fee App (0.2); Prepare Notice of Monthly Fee App (0.2). | 1.10 | $150.00 | $165.00 |
| 10/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Research and respond to email from clerk re: Amended App to Employ Kander. | 0.30 | $425.00 | $127.50 |
| 10/7/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Review and submit monthly fee application. | 0.20 | $425.00 | $85.00 |
| | | | **Total:** | **1.60** | | **$377.50** |
| **B210 BUSINESS OPERATIONS** | | | | | | |
| 10/11/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Review Rabo objection to cash collateral (.2); discuss same with clients (.4); email Rabo counsel re: rescheduling call (.2). | 0.80 | $425.00 | $340.00 |
| | | | **Total:** | **0.80** | | **$340.00** |
| **B320 PLAN & DISCLOSURE STATEMENT** | | | | | | |
| 10/30/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Began draft Motion to extend exclusivity period | 0.30 | $200.00 | $60.00 |
| 10/31/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Continued drafting Motion to Extend Exclusivity Period | 1.70 | $200.00 | $340.00 |
| | | | **Total:** | **2.00** | | **$400.00** |
| | | | **GRAND TOTAL:** | **32.90** | | **10,617.50** |
| | | Staff Summary: | | | | |
| | MTC | Matthew T. Christensen | | 20.30 | $425.00 | $8,627.50 |
| | SJ | Suzie Jaderholm | | 4.40 | $200.00 | $880.00 |
| | ARD | Allison R. Daniels | | 7.40 | $150.00 | $1,110.00 |
| | ARD | Allison R. Daniels | | 0.80 | $0.00 | $0.00 |
| | | | | 32.90 | | $10,617.50 |