Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>   Debtor. | Case No. 24-40158-NGH<br>Chapter 11 |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 - 1**

# GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024

Givens Pursley LLP (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of October 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Dkt. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.      The Firm is Special Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor") by virtue of the Application to Employ Special Counsel for Debtor in Possession (Dkt. 511) and the Court's Order Authorizing Employment of Special Counsel (Dkt. 577), entered on August 27, 2024. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.      The Firm billed a total of $5,458.50 in fees and expenses during the Application Period. The total fees represent 13.50 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| October 1-31, 2024 | $5,458.50 | $0.00 | $5,458.50 |

C.      Accordingly, the Firm seeks allowance of interim compensation in the amount of $4,093.88 at this time. This total is comprised as follows: $4,093.88 (75% of the fees for services rendered) and $0.00 in costs (100% of the expenses incurred).

D. Attached hereto as **Exhibit A** is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

F. The Firm does not have any funds in its client trust account on behalf of the Debtor. Accordingly, the Debtor will pay the full requested amount of $4,093.88 from its accounts at its discretion.

WHEREFORE, the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATED this 14th day of November, 2024.

GIVENS PURSLEY LLP

By  /s/ Thomas E. Dvorak
   Thomas E. Dvorak – Of the Firm
   Special Counsel for the Debtors

`

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day November, 2024, I filed the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Morton R. Branzburg**
mbranzburg@klehr.com

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**William K. Carter**
kentcarter@grsm.com

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 - 4**

| | |
|---|---|
| **Brian Faria**<br>brian@sawtoothlaw.com | **Robert A Faucher**<br>rfaucher@hollandhart.com<br>boiseintaketeam@hollandhart.com<br>spturner@hollandhart.com |
| **David W. Gadd**<br>dwg@magicvalleylaw.com<br>jfb@magicvalleylaw.com | **Kimbell D. Gourley**<br>kgourley@idalaw.com/<br>shudson@idalaw.com |
| **Daniel C. Green**<br>dan@racineolson.com<br>mcl@racinelaw.net | **Matthew W. Grimshaw**<br>matt@grimshawlawgroup.com |
| **Julian Gurule**<br>jgurule@omm.com<br>julian-gurule-5732@ecf.pacerpro.com | **Matthew Kremer**<br>mkremer@omm.com<br>matthew-kremer-0858@ecf.pacerpro.com |
| **David T. Krueck**<br>dkrueck@perkinscoie.com<br>jdeshaw@perkinscoie.com<br>docketboi@perkinscoie.com | **John F. Kurtz**<br>jfk@kurtzlawllc.com,<br>tnd@kurtzlawllc.com |
| **Adam Aiken Lewis**<br>alewis@mofo.com | **Karyn Lloyd**<br>klloyd@grsm.com |
| **Jed W. Manwaring**<br>jmanwaring@evanskeane.com<br>duskin@evanskeane.com | **J. Justin May**<br>jjm@johnsonmaylaw.com<br>cjc@johnsonmaylaw.com<br>lnh@johnsonmaylaw.com |
| **Krystal R. Mikkilineni**<br>krystal.mikkilineni@dentons.com<br>gabby.mathias@dentons.com | **Rhett Michael Miller**<br>rmiller@magicvalley.law |
| **John D. Munding**<br>john@mundinglaw.com | **Jason R. Naess**<br>Jason.r.naess@usdoj.gov |
| **James Niemeier**<br>jniemeier@mcgrathnorth.com | **John O'Brien**<br>jobrien@spencerfane.com<br>anissly@spencerfane.com<br>dperea@spencerfane.com |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 - 5**

| | |
|---|---|
| **Gabriel Luis Olivera**<br>golivera@omm.com<br>gabriel-olivera-3960@ecf.pacerpro.com | **Mark Bradford Perry**<br>mbp@perrylawpc.com<br>info@perrylawpc.com<br>tlh@perrylawpc.com<br>plr@perrylawpc.com<br>jks@perrylawpc.com<br>tay@perrylawpc.com |
| **Scott C. Powers**<br>spowers@spencerfane.com<br>mwatson@spencerfane.com | **Cheryl Rambo**<br>cheryl.rambo@isp.idaho.gov |
| **Janine P. Reynard**<br>janine@averylaw.net<br>averybklaw@gmail.com<br>boise@averylaw.net<br>twinfalls@averylaw.net<br>lawar78055@notify.bestcase.com | **Robert E. Richards**<br>robert.richards@dentons.com<br>docket.general.lit.chi@dentons.com |
| **Holly Roark**<br>holly@roarklawboise.com<br>courtnotices@roarklawoffices.com<br>RoarkLawOffices@jubileebk.net | **Evan Thomas Roth**<br>evan@sawtoothlaw.com |
| **Tirzah R. Roussell**<br>tirzah.roussell@dentons.com | **Miranda K. Russell**<br>mrussell@mofo.com |
| **Andrew J. Schoulder**<br>andrew.schoulder@nortonrosefulbright.com<br>nymcocalendaring@nortonrosefulbright.com<br>calendaring-nortonrose-9955@ecf.pacerpro.com | **Sheila R. Schwager**<br>sschwager@hawleytroxell.com<br>jbrocious@hawleytroxell.com<br>mreinhart@hawleytroxell.com |
| **Louis V. Spiker**<br>louis.spiker@millernash.com | **Matthew A. Sturzen**<br>matt@shermlaw.com<br>bjorn@shermlaw.com<br>gina@shermlaw.com |
| **Meredith Leigh Thielbahr**<br>mthielbahr@grsm.com<br>ckaiser@grsm.com | **Kim J. Trout**<br>ktrout@trout-law.com |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 - 6**

**Joseph Mark Wager**
wager@mwsslawyers.com
wstewart@mwsslawyers.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

**Brent R. Wilson**
bwilson@hawleytroxell.com
amay@hawleytroxell.com

AND, I FURTHER CERTIFY that on such date I served the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024** on the following non-CM/ECF Registered Participants in the manner indicated:

Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID 83338

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Ron C. Bingham
3424 Peachtree Road NE, Ste. 1600
Atlanta, GA 30326

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Morton R Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market St., Ste. 1400
Philadelphia, PA 19103

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Bunge Canada C/O David D. Farrell
David D. Farrell. Esq.
One Bank Plaza, Ste. 2700
St. Louis, MO 63101

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

W. Kent Carter
One North Franklin, Ste. 800
Chicago, IL 60606

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

| | |
|---|---|
| Davis Livestock, Inc.<br>780 E Cannibal Rd<br>Lewiston, UT 84320 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Scott F. Gautier<br>1800 Century Park East, Ste. 1500<br>Los Angeles, CA 90067 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Oren Buchanan Haker<br>Black Helterline LLP<br>805 SW Broadway, Ste. 1900<br>Portland, OR 97205 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Zachery J McCraney<br>Holland & Hart<br>P.O. Box 2527<br>800 W Main Street, Ste 1750<br>Boise, ID 83701 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Cooper Norman<br>P.O. Box 5399<br>Twin Falls, ID 83303 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Domenic E Pacitti<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Ste. 1000<br>Wilmington, DE 19801 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Nikolaus F Schandlbauer<br>20 F Street NW, Ste. 500<br>Washington DC, 20001 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Michael R Stewart<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 - 8**

| | |
|---|---|
| Summit Ag Appraisal Inc<br>995 S 1150 E<br>Albion, ID 83311 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker<br>6400 S Fiddlers Green Circle, Ste. 850<br>Greenwood Village, CO 80111 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

    */s/ Thomas E. Dvorak*
Thomas E. Dvorak

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 - 9**

# Exhibit A

# Exhibit A

**Time Report from October 1-31, 2024**
Millenkamp Cattle (11054)

| Date | Initals | Professional Name | Units | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| **B160 - FEE/EMPLOYMENT APPLICATIONS** | | | | | | |
| 10/10/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Exchange correspondence regarding timelines associated with pending application to employ experts. |
| 10/10/2024 | KAD | Keri Moody | 0.30 | $215.00 | $64.50 | Initial review and edits of September time for monthly fee application. |
| 10/15/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence with T. Dvorak regarding September fee application and expert application. |
| 10/15/2024 | KAD | Keri Moody | 0.30 | $215.00 | $64.50 | Review time for September 2024 fee application. |
| 10/16/2024 | KAD | Keri Moody | 0.60 | $215.00 | $129.00 | Review, revise, and code September 2024 time for fee application. |
| 10/16/2024 | KAD | Keri Moody | 0.50 | $215.00 | $107.50 | Draft September 2024 cover sheet fee application and notice thereof. |
| 10/16/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Correspond with supervising attorney regarding September 2024 cover sheet fee application and matters to finalize the same. |
| 10/17/2024 | KAD | Keri Moody | 0.30 | $215.00 | $64.50 | Finalize and file September 2024 cover sheet and notice thereof. |
| 10/17/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Review status of expert approval. |
| 10/21/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Draft order granting application to employ experts. |
| 10/21/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence regarding proposed order granting application to employ experts. |
| 10/21/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Review and revise order granting motion to employee experts for bankruptcy court. |
| 10/22/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | File statement of no objection regarding application to employ experts. |
| 10/22/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Correspondence to bankruptcy proposed order granting application to employ experts. |
| 10/25/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Review entered order granting application to employ expert witnesses. |
| 10/25/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence regarding entered order granting application to employ expert witnesses and related duties to recover fees. |
| 10/25/2024 | KAD | Keri Moody | 0.30 | $215.00 | $64.50 | Draft cover sheet application and notice for Vertex for September 2024. |
| 10/25/2024 | KAD | Keri Moody | 0.30 | $215.00 | $64.50 | Correspondence to Vertex regarding approval of application to employ, procedure for payments and application to the bankruptcy related thereto, and related billing information. |
| | | | **4.50** | | **$1,108.50** | |
| **B210 - BUSINESS OPERATIONS** | | | | | | |
| 10/07/2024 | LEM | L. Edward Miller | 0.10 | $550.00 | $55.00 | Call with D. Heida regarding status. |
| 10/08/2024 | LEM | L. Edward Miller | 1.20 | $550.00 | $660.00 | Review Forbes consulting agreement per D. Heida request. |
| 10/09/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Call with D. Heida regarding agreement. |
| 10/09/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Review agreement in aid of call with D. Heida. |
| 10/11/2024 | LEM | L. Edward Miller | 0.90 | $550.00 | $495.00 | Review standard conditions and note comments. |
| 10/11/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Call with D. Heida. |
| 10/22/2024 | LEM | L. Edward Miller | 0.50 | $550.00 | $275.00 | Call with B. Millenkamp regarding byproduct production and standards for same. |
| 10/23/2024 | LEM | L. Edward Miller | 1.30 | $550.00 | $715.00 | Call with D. Heida to review byproduct standards and other issues regarding agreement performance; review ground lease and manure separation agreement in preparation for call with D. Heida regarding byproduct standards and mechanically stabilized earth walls functioning and performance. |
| 10/24/2024 | LEM | L. Edward Miller | 0.40 | $550.00 | $220.00 | Review documents and D. Heida's email in preparation for call with D. Heida regarding duty to operate mechanically stabilized earth walls. |
| 10/24/2024 | LEM | L. Edward Miller | 0.40 | $550.00 | $220.00 | Call with D. Heida regarding tenant duty to operate mechanically stabilized earth walls. |
| 10/31/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Review D. Heida's email summarizing meeting with S. Stepenoff and Digester folks and respond to D. Heida. |
| | | | **5.60** | | **$3,080.00** | |

**L130 - Experts/Consultants**

| Date | Initials | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 10/31/2024 | DZG | Don Gray | 0.30 | $320.00 | $96.00 | Correspondence with experts regarding billing process, engagement, and trial dates. |
| | | | **0.30** | | **$96.00** | |

**L210 - Pleadings**

| Date | Initials | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 10/17/2024 | LEM | L. Edward Miller | 0.30 | $550.00 | $165.00 | Call with D. Heida, J. Blakley, and T. Dvorak regarding Digester Agreements to aid D. Heida and T. Dvorak in preparation of arbitration statement. |
| 10/17/2024 | JJB | Jason J. Blakley | 0.30 | $350.00 | $105.00 | Call with D. Heida, T. Dvorak, and E. Miller to discuss strategy concerning arbitration complaint. |
| 10/18/2024 | DZG | Don Gray | 0.20 | $320.00 | $64.00 | Draft stipulation for trial dates. |
| | | | **0.80** | | **$334.00** | |

**L440 - Other Trial Preparation and Support**

| Date | Initials | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 10/15/2024 | DZG | Don Gray | 0.60 | $320.00 | $192.00 | Correspondence with co-counsel and opposing counsel regarding availability for trial dates. |
| 10/17/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Review potential trial dates with opposing counsel. |
| 10/17/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Telephone conference with D. Heida regarding status. |
| 10/18/2024 | DZG | Don Gray | 0.20 | $320.00 | $64.00 | Correspondence with opposing counsel regarding trial dates. |
| 10/31/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Communicate with Clerk of the Court regarding alterative dates for trial. |
| 10/31/2024 | DZG | Don Gray | 0.20 | $320.00 | $64.00 | Correspondence with court regarding trial dates. |
| | | | **1.80** | | **$680.00** | |

**L450 - Trial and Hearing Attendance**

| Date | Initials | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 10/15/2024 | DZG | Don Gray | 0.50 | $320.00 | $160.00 | Attend status conference with court regarding trial setting. |
| | | | **0.50** | | **$160.00** | |

| | | **GRAND TOTAL** | **13.50** | | **$5,458.50** |
|---|---|---|---|---|---|

**Staff Summary:**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| LEM | L. Edward Miller | 5.90 | $550.00 | $3,245.00 |
| TED | Thomas E. Dvorak | 1.40 | $450.00 | $630.00 |
| JJB | Jason J. Blakley | 0.30 | $350.00 | $105.00 |
| DZG | Don Gray | 2.00 | $320.00 | $640.00 |
| KAD | Keri Moody | 3.90 | $215.00 | $838.50 |
| | | **13.50** | | **$5,458.50** |