Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>        Debtor. | Case No. 24-40158-NGH<br>Chapter 11 |
| Filing relates to:<br><br>☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

## GIVENS PURSLEY LLP'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS

Thomas E. Dvorak, of the firm Givens Pursley LLP (the "Applicant"), applies to the Court for allowance of attorneys' fees and costs pursuant to 11 U.S.C. § 331. Applicant respectfully states and represents to the Court that:

1. Applicant is special counsel for Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), the above-named Debtors in Possession, and makes this application for allowance of compensation for professional services rendered, and for reimbursement for actual necessary costs and expenses incurred from July 22, 2024 to October 31, 2024 (the "First Interim Period").

2. All services for which compensation is requested by the Applicant were performed for and on behalf of said Debtors, and not on behalf of any committee, creditor, or other person. Each attorney involved in the services for which compensation is requested are specifically identified on the attached **Exhibit A** and incorporated herein by reference.

3. Payment of the attorneys' fees and costs and the payment of these fees and costs should be made pursuant to the Engagement Letters attached to the Application to Employ Special Counsel for Debtor in Possession (Dkt. 511).

4. Applicant, or other members of Givens Pursley LLP, has rendered services to the Debtors in the manner described on the attached **Exhibit B**, which is by this reference made a part hereof.

5. Further, the Applicant sustained, and incurred expenses and/or costs described and itemized in the statement attached hereto as **Exhibit B**, in connection with

applicant's function and activities as attorney for the Debtors. A narrative summary of professionals' fees and expenses is attached hereto as **Exhibit C**.

6.      The fees requested by this Application shall not be shared with any other party outside the Applicant's law firm.

7.      The Applicant does not currently hold funds in a client trust account for the Debtors with which to pay the fees requested. The outstanding fees and costs allowed will be paid by the Debtors from operations.

8.      The rate of compensation of the attorneys was detailed in the Engagement Letters attached to the Application to Employ Special Counsel for Debtor in Possession (Dkt. 511) as Exhibits A and B, which application was approved by Court order on August 27, 2024 (Dkt. 577). In conformity with that rate (which is subject to adjustment annually), the reasonable value of the services rendered by the Applicant as attorney for the Debtors in this case, including costs/expenses and disbursements incurred, since the Applicant was retained as special counsel is $30,626.00. Of that amount, there remains (or will remain, assuming the October Cover Sheet Application is paid) $7,656.50 in unpaid amounts (representing the 25% held back from the monthly Cover Sheet applications).

9.      Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Dkt. 303 - the "Order Establishing Interim Fee Procedures"), the Applicant has incurred and the Debtors have paid the following fees and expenses.

|  | July 2024 | August 2024 | September 2024 | October 2024 |
|---|---|---|---|---|
| Fees Incurred | $2,525.00 | $10,965.50 | $11,677.00 | $5,458.50 |
| Total Fees Paid Pursuant to Order Establishing Interim Procedures (75% of Fees) | $1,893.75 | $ 8,224.13 | $ 8,757.75 | $4,093.88 (Not yet paid – pending objection period) |
| Total Expenses Incurred & Paid Pursuant to Order Establishing Interim Procedures (100% of Expenses) | $0.00 | $0.00 | $0.00 | $0.00 |

10.     During the First Interim Period, the Applicant was paid a total of $22,969.50 in fees and $0.00 in expenses. The total outstanding in fees due during the First Interim Period is $7,656.50, which represents the 25% held back pursuant to the Order Establishing Interim Procedures.

11.     The Applicant requests Court approval of the total fees incurred of $30,626.00 and total expenses incurred of $0.00 during the First Interim Period. The Applicant further requests the Court allow payment of the outstanding fees incurred during the First Interim Period, totaling $7,656.50, to be paid by the Debtors.

12.     The Debtors have reviewed this application and approved the application and amounts requested.

WHEREFORE, the applicant prays that an allowance be made in the sum of $30,626.00 for time and services rendered on the Debtors' behalf during this First Interim Period as part of the expenses of the representation of the Debtors in the above-named bankruptcy case and payment of 25% of fees held back, totaling $7,656.50.

**GIVENS PURSLEY LLP'S FIRST APPLICATION FOR
ALLOWANCE OF INTERIM FEES AND COSTS - 4**

DATED this 14th day of November, 2024.

GIVENS PURSLEY LLP

By  _/s/ Thomas E. Dvorak_
    Thomas E. Dvorak – Of the Firm
    Special Counsel for the Debtors

`

### CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on the 14th day of November, 2024, I filed the foregoing **GIVENS PURSLEY LLP'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Morton R. Branzburg**
mbranzburg@klehr.com

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**William K. Carter**
kentcarter@grsm.com

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**Brian Faria**
brian@sawtoothlaw.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**Adam Aiken Lewis**
alewis@mofo.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**John D. Munding**
john@mundinglaw.com

**James Niemeier**
jniemeier@mcgrathnorth.com

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Karyn Lloyd**
klloyd@grsm.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**Joseph Mark Wager**
wager@mwsslawyers.com
wstewart@mwsslawyers.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

**B rent R. Wilson**
bwilson@hawleytroxell.com
amay@hawleytroxell.com

        AND, I FURTHER CERTIFY that on such date I served the foregoing **GIVENS PURSLEY LLP'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS** on the following non-CM/ECF Registered Participants in the manner indicated:

Millenkamp Cattle, Inc                    (X) U.S. Mail, Postage Prepaid
471 North 300 West                        ( ) Hand Delivered
Jerome, ID 83338                          ( ) Overnight Mail
                                          ( ) Facsimile

Richard Bernard                                    (X) U.S. Mail, Postage Prepaid
1177 Avenue of the Americas                        ( ) Hand Delivered
41st Floor                                         ( ) Overnight Mail
New York, NY 10036                                 ( ) Facsimile

Ron C. Bingham                                     (X) U.S. Mail, Postage Prepaid
3424 Peachtree Road NE, Ste. 1600                  ( ) Hand Delivered
Atlanta, GA 30326                                  ( ) Overnight Mail
                                                   ( ) Facsimile

Morton R Branzburg                                 (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP                ( ) Hand Delivered
1835 Market St., Ste. 1400                         ( ) Overnight Mail
Philadelphia, PA 19103                             ( ) Facsimile

Bunge Canada C/O David D. Farrell                  (X) U.S. Mail, Postage Prepaid
David D. Farrell. Esq.                             ( ) Hand Delivered
One Bank Plaza, Ste. 2700                          ( ) Overnight Mail
St. Louis, MO 63101                                ( ) Facsimile

W. Kent Carter                                     (X) U.S. Mail, Postage Prepaid
One North Franklin, Ste. 800                       ( ) Hand Delivered
Chicago, IL 60606                                  ( ) Overnight Mail
                                                   ( ) Facsimile

Davis Livestock, Inc.                              (X) U.S. Mail, Postage Prepaid
780 E Cannibal Rd                                  ( ) Hand Delivered
Lewiston, UT 84320                                 ( ) Overnight Mail
                                                   ( ) Facsimile

Scott F. Gautier                                   (X) U.S. Mail, Postage Prepaid
1800 Century Park East, Ste. 1500                  ( ) Hand Delivered
Los Angeles, CA 90067                              ( ) Overnight Mail
                                                   ( ) Facsimile

Oren Buchanan Haker                                (X) U.S. Mail, Postage Prepaid
Black Helterline LLP                               ( ) Hand Delivered
805 SW Broadway, Ste. 1900                         ( ) Overnight Mail
Portland, OR 97205                                 ( ) Facsimile

Zachery J McCraney                                 (X) U.S. Mail, Postage Prepaid
Holland & Hart                                     ( ) Hand Delivered
P.O. Box 2527                                      ( ) Overnight Mail
800 W Main Street, Ste 1750                        ( ) Facsimile
Boise, ID 83701

**GIVENS PURSLEY LLP'S FIRST APPLICATION FOR**
**ALLOWANCE OF INTERIM FEES AND COSTS - 9**

Cooper Norman                                       (X) U.S. Mail, Postage Prepaid
P.O. Box 5399                                       ( ) Hand Delivered
Twin Falls, ID 83303                                ( ) Overnight Mail
                                                    ( ) Facsimile

Domenic E Pacitti                                   (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP                 ( ) Hand Delivered
919 Market Street, Ste. 1000                        ( ) Overnight Mail
Wilmington, DE 19801                                ( ) Facsimile

Nikolaus F Schandlbauer                             (X) U.S. Mail, Postage Prepaid
20 F Street NW, Ste. 500                            ( ) Hand Delivered
Washington DC, 20001                                ( ) Overnight Mail
                                                    ( ) Facsimile

Michael R Stewart                                   (X) U.S. Mail, Postage Prepaid
2200 Wells Fargo Center                             ( ) Hand Delivered
90 South Seventh Street                             ( ) Overnight Mail
Minneapolis, MN 55402                               ( ) Facsimile

Summit Ag Appraisal Inc                             (X) U.S. Mail, Postage Prepaid
995 S 1150 E                                        ( ) Hand Delivered
Albion, ID 83311                                    ( ) Overnight Mail
                                                    ( ) Facsimile

The Forbes Securities Group LLC, DBA Forbes         (X) U.S. Mail, Postage Prepaid
Partners as Investment Banker                       ( ) Hand Delivered
6400 S Fiddlers Green Circle, Ste. 850              ( ) Overnight Mail
Greenwood Village, CO 80111                         ( ) Facsimile


        _/s/ Thomas E. Dvorak_____
        Thomas E. Dvorak


**GIVENS PURSLEY LLP'S FIRST APPLICATION FOR
ALLOWANCE OF INTERIM FEES AND COSTS - 10**

Exhibit A

Exhibit A

**EXHIBIT A**
**SUMMARY SHEET**

Fees Previously Requested: $0.00

Fees Previously Awarded: $0.00

Expenses Previously Requested: $0.00

Expenses Previously Awarded: $0.00

Retainer Paid: $0.00

Name of Applicant: Thomas E. Dvorak and Givens Pursley LLP

Role in Case: Special Counsel for the Debtors

**CURRENT APPLICATION**

Fees Requested: $30,626.00

Expenses Requested: $0

TOTAL $30,626.00

Fees Outstanding Requested to be Paid: $7,656.50

| Hours Billed | | | | |
|---|---|---|---|---|
| Name of Professional | Years in | Current Application | Hourly Rate | Total for Application |
| L. Edward Miller | | 21 | $550*.00 | $11,550.00 |
| Randall A. Peterman | | 8.1 | $425.00 | $ 3,442.50 |
| Thomas E. Dvorak | | 9.9 | $450.00 | $ 4,455.00 |
| Jason Blakley | | 11.9 | $350.00 | $ 4,165.00 |
| Charlie S. Baser | | 5.4 | $325.00 | $ 1,755.00 |
| Don Z. Gray | | 4.9 | $320.00 | $ 1,568.00 |
| Rebecca Fitz | | 0.7 | $235.00 | $   164.50 |
| Keri Moody | Paralegal | 16.4 | $215.00 | $ 3,526.00 |

|  |  |
|---|---|
| Total Fees | $30,626.00 |
| Total Costs | $          0 |
| **TOTAL** | $30,626.00 |

The fees/expenses previously requested, as outlined above, do not include amounts requested in monthly Cover Sheet Applications. To date, the Applicant has filed four (4) monthly cover sheet applications showing $30,626.50 in fees requested and $0.00 in expenses requested. No objections to those Cover Sheet Applications were filed (the bar date for the October Cover Sheet Application has not yet passed), and pursuant to the Court's Order Approving Interim Fee Procedures, 75% of the fees requested and 100% of the expenses requested have been previously paid by the Debtors (except the October fees, which will be paid if no objections are filed by December 4, 2024).

Exhibit B

Exhibit B

**Time Report from July 22 - July 31, 2024**

| Date | Initials | Professional Name | Units | Rate | Amount | Narrative |
|------|----------|-------------------|-------|------|--------|-----------|
| **B120 - ASSET ANALYSIS AND RECOVERY** | | | | | | |
| 07/24/2024 | TED | Thomas E. Dvorak | 0.50 | $450.00 | $225.00 | Telephone conference with D. Heida regarding background and need to initiate narration. |
| 07/25/2024 | JJB | Jason J. Blakley | 0.60 | $350.00 | $210.00 | Call with client, D. Heida, and T. Dvorak to discuss facts and strategy related to the digester dispute. |
| 07/25/2024 | JJB | Jason J. Blakley | 0.90 | $350.00 | $315.00 | Begin assimilating correspondence and documentation provided by D. Heida related to the same and ascertaining strategy. |
| 07/25/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Receive and review background documents sent by D. Heida. |
| 07/25/2024 | TED | Thomas E. Dvorak | 0.60 | $450.00 | $270.00 | Telephone conference with D. Heida do and B. Millenkamp regarding background and need to draft arbitration complaint. |
| 07/25/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Office conference regarding background and arbitration complaint. |
| | | | **3.20** | | **$1,290.00** | |
| | | | | | | |
| **B210 - BUSINESS OPERATIONS** | | | | | | |
| 07/30/2024 | CSB | Charlie Baser | 0.20 | $325.00 | $65.00 | Attention to request for recorded memo of ground lease from T. Horn. |
| 07/31/2024 | CSB | Charlie Baser | 0.40 | $325.00 | $130.00 | Attention to East Valley Development's request for recorded memo of ground lease. |
| 07/31/2024 | CSB | Charlie Baser | 0.30 | $325.00 | $97.50 | Email correspondence with TitleOne, E. Miller, and M. Barnes memorandum of ground lease. |
| 07/31/2024 | CSB | Charlie Baser | 0.70 | $325.00 | $227.50 | Phone calls with E. Miller and M. Barnes regarding ground lease. |
| 07/31/2024 | LEM | L. Edward Miller | 0.40 | $550.00 | $220.00 | Attention to Clean Energy legal counsel request for Lease Memo and related documents. |
| 07/31/2024 | LEM | L. Edward Miller | 0.40 | $550.00 | $220.00 | Call with C. Baser regarding Lease Memo and related documents. |
| 07/31/2024 | LEM | L. Edward Miller | 0.50 | $550.00 | $275.00 | Review email history of Memo execution. |
| | | | **2.90** | | **$1,235.00** | |
| | | **GRAND TOTAL:** | **6.10** | | **$2,525.00** | |

| | | Staff Summary: | | | |
|---|-----|-------------------|------|---------|---------|
| | CSB | Charlie S. Baser | 1.60 | $325.00 | $520.00 |
| | JJB | Jason J. Blakley | 1.50 | $350.00 | $525.00 |
| | LEM | L. Edward Miller | 1.30 | $550.00 | $715.00 |
| | TED | Thomas E. Dvorak | 1.70 | $450.00 | $765.00 |
| | | | 6.10 | | $2,525.00 |

**Time Report from August 1-31, 2024**

| Date | Initials | Professional Name | Units | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| **B110 - CASE ADMINISTRATION** | | | | | | |
| 08/20/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Review emails between T. Dvorak and K. Moody regarding various bankruptcy issues. |
| 08/20/2024 | RAP | Randy A. Peterman | 0.20 | $425.00 | $85.00 | Conference with T. Dvorak and M. Christensen regarding various bankruptcy issues. |
| 08/20/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Confer with T. Dvorak regarding executory contract matters. |
| 08/21/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Draft request for notice in bankruptcy. |
| 08/27/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Finalize request for notice as special counsel in bankruptcy. |
| | | | **0.60** | | **$213.00** | |
| **B140 - RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS** | | | | | | |
| 08/21/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Review stipulation for stay relief provided by M. Christensen. |
| 08/21/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Telephone conference with D. Heida. |
| 08/21/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Review T. Dvorak's email to D. Heida. |
| 08/23/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Review and revise stipulation for stay relief. |
| | | | **0.50** | | **$217.50** | |
| **B160 - FEE/EMPLOYMENT APPLICATIONS** | | | | | | |
| 08/01/2024 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Review and respond to correspondence from T. Dvorak regarding issues application to employ in Millenkamp bankruptcy, terms of commencement of work, repayment, and pre-petition claim. |
| 08/12/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Analyze order regarding fee application requirements for estate professionals and related notices under said order and review the bankruptcy docket. |
| 08/12/2024 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Exchange extensive follow up correspondence regarding action regarding fee application in bankruptcy case and proof of claim issues. |
| 08/14/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Conference with A. Prescott regarding billing issues. |
| 08/16/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Conference with T. Dvorak regarding status of bond, expert witness, and related bankruptcy issues. |
| 08/16/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to debtor's counsel regarding order regarding fee application and related issue to reengage in underlying litigation. |
| 08/16/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Conference with T. Dvorak regarding order regarding fee application and related issue to reengage in underlying litigation. |
| 08/16/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Research status of response to pending application to employ as special counsel in Millenkamp bankruptcy. |
| 08/19/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to debtor's counsel to follow up regarding entry of order regarding application to employ. |
| 08/20/2024 | KAD | Keri Moody | 1.20 | $215.00 | $258.00 | Draft July 2024 cover sheet application for fees and expenses in Millenkamp bankruptcy and notice thereof and prepare exhibit thereto. |
| 08/20/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Conferences with debtor's counsel regarding issues related to entry of order regarding application to employ. |
| 08/20/2024 | KAD | Keri Moody | 0.50 | $215.00 | $107.50 | Conference with debtor's counsel regarding bankruptcy issues, stay relief with McAlvain, and pending application to employ. |
| 08/21/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence regarding applications to employ expert witnesses and related bankruptcy case matters. |

| 08/21/2024 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Revise and finalize July 2024 fee request in bankruptcy and revise spreadsheet of entries for said fee request. |
|---|---|---|---|---|---|---|
| 08/23/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Review engagement agreement and curriculum vitaes for experts. |
| 08/23/2024 | KAD | Keri Moody | 1.20 | $215.00 | $258.00 | Draft application to employ experts for state court case. |
| 08/23/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Analyze status of entry of order granting application to employ and exchange correspondence regarding applications to employ experts. |
| 08/23/2024 | TED | Thomas E. Dvorak | 0.10 | $450.00 | $45.00 | Office conference regarding application for expert witness fees. |
| 08/23/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Review issues related to application for expert witness fees. |
| 08/23/2024 | DZG | Don Gray | 0.20 | $320.00 | $64.00 | Correspondence with expert regarding re-engagement in action. |
| 08/23/2024 | DZG | Don Gray | 0.60 | $320.00 | $192.00 | Work with K. Moody to prepare application to get bankruptcy court approval. |
| 08/26/2024 | RAP | Randy A. Peterman | 0.30 | $425.00 | $127.50 | Research regarding court approval of attorney as including court approval of expert witness used by the attorney for strategy for resolution of such issue. |
| 08/26/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Review order approving Givens Pursley as special counsel, and underlying motion regarding same. |
| 08/26/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Telephone conference with T. Dvorak. |
| 08/26/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Telephone conference with D. Heida. |
| 08/26/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Correspondence to debtors' counsel to follow up regarding entry of order on application to employ Givens Pursley as special counsel. |
| 08/27/2024 | DZG | Don Gray | 0.50 | $320.00 | $160.00 | Correspondence with expert regarding re-engagement in case to proceed to trial. |
| 08/27/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Facilitate expert witness's conflict search. |
| 08/27/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence regarding terms of order granting application to employ. |
| 08/27/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence with L. Nelson regarding July application and related payment issues. |
| 08/27/2024 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Revise and finalize July 2024 cover sheet application and notice thereof for fees incurred and file and serve the same. |
| 08/27/2024 | KAD | Keri Moody | 0.30 | $215.00 | $64.50 | Multiple conferences with K. Lemmon at bankruptcy court regarding status of order approving application to employ Givens Pursley as special counsel as well as subsequent bankruptcy case filing issues. |
| 08/27/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Exchange emails with T. Dvorak regarding expert witness issues. |
| 08/28/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Review and revise application to bankruptcy court to pay experts directly. |
| | | | **10.00** | | **$2,574.50** | |

**B185 - ASSUMPTION/REJECTION OF LEASES AND CONTRACTS**

| 08/16/2024 | RAP | Randy A. Peterman | 0.20 | $425.00 | $85.00 | Extended telephone call with T. Dvorak and clients regarding issues as to executory contracts. |
|---|---|---|---|---|---|---|
| 08/16/2024 | RAP | Randy A. Peterman | 0.50 | $425.00 | $212.50 | Review motion filed by East Valley Development, seeking assumption or rejection of certain executory contracts, and supporting Flanagan declaration. |
| 08/16/2024 | RAP | Randy A. Peterman | 0.80 | $425.00 | $340.00 | Review terms of Exclusivity Agreement, Real Property Lease Agreement, and Manure Supply Contract, under Section 365 of Bankruptcy Code, and under Idaho state law. |

| Date | | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 08/16/2024 | RAP | Randy A. Peterman | 0.20 | $425.00 | $85.00 | Initial conference with T. Dvorak regarding firm's appointment as special counsel, scope of retention, and existing issues created by motion filed by East Valley Development, seeking a court order to require the Debtor's to assume or reject critical executory contracts under Section 365. |
| 08/16/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Review response emails and call with D. Heida. |
| 08/16/2024 | LEM | L. Edward Miller | 0.50 | $550.00 | $275.00 | Discuss same with T. Dvorak. |
| 08/16/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Review D. Heida's email. |
| 08/16/2024 | TED | Thomas E. Dvorak | 0.40 | $450.00 | $180.00 | Office conference with R. Peterman. |
| 08/16/2024 | TED | Thomas E. Dvorak | 0.50 | $450.00 | $225.00 | Receive and review motion to affirm or reject. |
| 08/16/2024 | TED | Thomas E. Dvorak | 0.40 | $450.00 | $180.00 | Telephone conference with B. Millenkamp and D. Heida regarding options to negotiate with digester operator. |
| 08/17/2024 | RAP | Randy A. Peterman | 0.30 | $425.00 | $127.50 | Review the law regarding arbitration agreements in bankruptcy to develop strategy regarding the same. |
| 08/17/2024 | RAP | Randy A. Peterman | 1.30 | $425.00 | $552.50 | Research and draft portions of memo to the file regarding same. |
| 08/17/2024 | RAP | Randy A. Peterman | 0.30 | $425.00 | $127.50 | Create strategies to deal with Section 365 issues as to both documents. |
| 08/17/2024 | RAP | Randy A. Peterman | 0.70 | $425.00 | $297.50 | Review Exclusivity Agreement, Manure Production Agreement, and Real Property lease agreement, as pertinent executory contracts. |
| 08/17/2024 | RAP | Randy A. Peterman | 0.40 | $425.00 | $170.00 | Review motion and supporting declaration from East Valley Development regarding executory contract issues. |
| 08/19/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Telephone conference with D. Heida. |
| 08/19/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Office conference, regarding arbitration bankruptcy and potential need for court approval. |
| 08/19/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Receive and review memorandum on motion to assume or reject digester lease. |
| 08/19/2024 | RAP | Randy A. Peterman | 0.50 | $425.00 | $212.50 | Draft letter to T. Dvorak regarding memorandum on motion to assume or reject digester lease. |
| 08/19/2024 | RAP | Randy A. Peterman | 0.10 | $425.00 | $42.50 | Exchange multiple emails with K. Moody regarding memorandum on motion to assume or reject digester lease. |
| 08/19/2024 | RAP | Randy A. Peterman | 1.10 | $425.00 | $467.50 | Revise and finalize memorandum to the file regarding executory contract and Section 365 issues. |
| 08/19/2024 | KAD | Keri Moody | 0.70 | $215.00 | $150.50 | Draft memorandum regarding executory contract issues regarding East Valley Development motion. |
| 08/19/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Conference with R. Peterman regarding executory contract issues regarding East Valley Development motion. |
| 08/19/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Analyze East Valley Development's executory contract motion and draft memorandum regarding the same as it relates to identification and inclusion of contracts. |
| 08/20/2024 | RAP | Randy A. Peterman | 0.30 | $425.00 | $127.50 | Review and finalize memorandum to the file, to include critical provision of Manure Supply Agreement, regarding rights of East Valley Development upon termination of that contract. |
| 08/20/2024 | KAD | Keri Moody | 0.30 | $215.00 | $64.50 | Revise memorandum regarding executory contract issues. |
| | | | **11.20** | | **$4,633.50** | |

**B210 - BUSINESS OPERATIONS**

| Date | | | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 08/06/2024 | JJB | Jason J. Blakley | 0.20 | $350.00 | $70.00 | Correspondence to D. Heida regarding content for demand letter to East Valley Development concerning total solids testing. |
| 08/06/2024 | JJB | Jason J. Blakley | 0.80 | $350.00 | $280.00 | Continue reviewing and assimilating the relevant contract documents and ascertaining content for demand letter to East Valley Development concerning total solids testing. |
| 08/06/2024 | CSB | Charlie Baser | 0.10 | $325.00 | $32.50 | Call to T. Hom regarding recorded memo of ground lease. |
| 08/06/2024 | CSB | Charlie Baser | 0.20 | $325.00 | $65.00 | Call with D. Heida regarding recorded memo of ground lease. |
| 08/06/2024 | CSB | Charlie Baser | 0.70 | $325.00 | $227.50 | Attention to recorded memo of ground lease. |
| 08/10/2024 | LEM | L. Edward Miller | 0.30 | $550.00 | $165.00 | Call with B. Millenkamp regarding possible new operating line financing options. |
| 08/10/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Call with B. Millenkamp regarding history with Valley Queen. |
| 08/10/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Pull information regarding Valley Queen and forward to B. Millenkamp in aid of his conversations with Cargill. |
| 08/12/2024 | RMF | Rebecca Fitz | 0.30 | $235.00 | $70.50 | Discuss subsidiary exemption with L. E. Miller and C. Baser. |
| 08/13/2024 | RMF | Rebecca Fitz | 0.40 | $235.00 | $94.00 | Review organizational chart with C. Baser and discuss which exemptions may be applicable and further information needed from client. |
| 08/13/2024 | CSB | Charlie Baser | 0.70 | $325.00 | $227.50 | Meet with R. Fitz regarding organizational chart and determining how to file beneficial ownership reports for Millenkamp entities. |
| 08/13/2024 | CSB | Charlie Baser | 0.60 | $325.00 | $195.00 | Attention to organizational chart and determining how to file beneficial ownership reports for Millenkamp entities. |
| 08/26/2024 | LEM | L. Edward Miller | 0.70 | $550.00 | $385.00 | Call with D. Heida regarding refinancing alternatives and proposals. |
| 08/28/2024 | LEM | L. Edward Miller | 0.40 | $550.00 | $220.00 | Follow up on EIN question from D. Heida. |
| 08/29/2024 | LEM | L. Edward Miller | 0.80 | $550.00 | $440.00 | Review Audit Engagement letter. |
| 08/29/2024 | LEM | L. Edward Miller | 0.10 | $550.00 | $55.00 | Discuss with D. Heida. |
| 08/29/2024 | LEM | L. Edward Miller | 0.30 | $550.00 | $165.00 | Call with B. Millenkamp regarding Raft River Recharge project. |
| 08/29/2024 | LEM | L. Edward Miller | 0.10 | $550.00 | $55.00 | Call with D. Heida. |
| | | | **7.10** | | **$2,967.00** | |

**L190 - OTHER CASE ASSESSMENT, DEVELOPMENT, AND ADMINISTRATION**

| Date | | | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 08/22/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Respond to inquire by Judge's law clerk T. Fordham regarding if District Court action will be unstayed. |
| | | | **0.30** | | **$135.00** | |

**L120 - ANALYSIS/STRATEGY**

| Date | | | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 08/30/2024 | TED | Thomas E. Dvorak | 0.50 | $450.00 | $225.00 | Telephone conference with D. Heida regarding strategy and draft complaint. |
| | | | **0.50** | | **$225.00** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **GRAND TOTAL:** | **30.20** | | **$10,965.50** | |

| | **Staff Summary:** | | | |
|---|---|---|---|---|
| CSB | Charlie S. Baser | 2.30 | $325.00 | $747.50 |
| DZG | Don Gray | 1.30 | $320.00 | $416.00 |
| JJB | Jason J. Blakley | 1.00 | $350.00 | $350.00 |
| KAD | Keri Moody | 9.00 | $215.00 | $1,935.00 |
| LEM | L. Edward Miller | 4.00 | $550.00 | $2,200.00 |
| RAP | Randy A. Peterman | 8.10 | $425.00 | $3,442.50 |
| RMF | Rebecca Fitz | 0.70 | $235.00 | $164.50 |
| TED | Thomas E. Dvorak | 3.80 | $450.00 | $1,710.00 |
| | | 30.20 | | $10,965.50 |

**Time Report from September 1-30, 2024**

Unbilled

Millenkamp Cattle (11054)

| Date | Initials | Professional Name | Units | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| **B160 - FEE/EMPLOYMENT APPLICATIONS** | | | | | | |
| 09/24/2024 | TED | Thomas E. Dvorak | 0.40 | 450.00 | $180.00 | Office conference regarding expert application to bankruptcy court; review declarations of proposed experts to be submitted with application to employ and revise the same. |
| 09/25/2024 | TED | Thomas E. Dvorak | 0.30 | 450.00 | $135.00 | Review and revise declarations of experts for application. |
| 09/12/2024 | DZG | Don Gray | 0.40 | 320.00 | $128.00 | Correspondence with client regarding re-engagement of experts. |
| 09/17/2024 | DZG | Don Gray | 0.40 | 320.00 | $128.00 | Correspondence with experts regarding engagement terms. |
| 09/24/2024 | DZG | Don Gray | 0.30 | 320.00 | $96.00 | Review and finalize application to appoint Vertex as expert. |
| 09/24/2024 | DZG | Don Gray | 0.50 | 320.00 | $160.00 | Correspondence with experts regarding declarations. |
| 09/13/2024 | KAD | Keri Moody | 0.60 | 215.00 | $129.00 | Prepare fee application and notice thereof for August 2024, including coding of time. |
| 09/16/2024 | KAD | Keri Moody | 0.10 | 215.00 | $21.50 | Follow up regarding status of application to employ experts. |
| 09/16/2024 | KAD | Keri Moody | 0.40 | 215.00 | $86.00 | Draft August 2024 cover sheet fee application and notice thereof. |
| 09/16/2024 | KAD | Keri Moody | 0.20 | 215.00 | $43.00 | Correspondence to L. Nelson regarding request for payment of July fees and costs after expiration of objection period for said fee request. |
| 09/17/2024 | KAD | Keri Moody | 0.10 | 215.00 | $21.50 | Conference with supervising attorney to finalize August 2024 fee application. |
| 09/17/2024 | KAD | Keri Moody | 0.30 | 215.00 | $64.50 | Finalize and file August 2024 fee application and notice thereof. |
| 09/17/2024 | KAD | Keri Moody | 0.10 | 215.00 | $21.50 | Correspondence to L. Nelson regarding filed August 2024 fee application and notice thereof. |
| 09/24/2024 | KAD | Keri Moody | 0.20 | 215.00 | $43.00 | Revise application to employ expert witnesses. |
| 09/24/2024 | KAD | Keri Moody | 0.20 | 215.00 | $43.00 | Exchange correspondence regarding matters to finalize application to employ expert witnesses. |
| 09/24/2024 | KAD | Keri Moody | 0.20 | 215.00 | $43.00 | Revise declarations of T. Isbell and L. VanDemark in support of application to employ experts and compile exhibits thereto. |
| 09/25/2024 | KAD | Keri Moody | 0.30 | 215.00 | $64.50 | Revise and file application to employ experts. |
| 09/25/2024 | KAD | Keri Moody | 0.20 | 215.00 | $43.00 | Review and respond to correspondence from L. VanDemark regarding revisions to his declaration in support of application to employ experts. |
| 09/25/2024 | KAD | Keri Moody | 0.20 | 215.00 | $43.00 | Review and respond to correspondence from T. Isbell regarding his declaration in support of application to employ experts and matters to finalize the same. |
| | | | **5.40** | | **$1,493.50** | |
| **B210 - BUSINESS OPERATIONS** | | | | | | |
| 09/04/2024 | LEM | L. Edward Miller | 0.80 | 550.00 | $440.00 | Review audit letter. |
| 09/04/2024 | LEM | L. Edward Miller | 0.10 | 550.00 | $55.00 | Call to D. Heida in aid of drafting audit response and any outstanding liability. |
| 09/09/2024 | LEM | L. Edward Miller | 0.10 | 550.00 | $55.00 | Return B. Millenkamp's call to answer B. Millenkamp's question regarding enforcement option and contract obligations. |
| 09/16/2024 | LEM | L. Edward Miller | 0.90 | 550.00 | $495.00 | Review Ground Lease and Manure Supply Agreement in aid of answering B. Millenkamp's questions regarding operations of manure separation equipment. |
| 09/16/2024 | LEM | L. Edward Miller | 0.20 | 550.00 | $110.00 | Draft email to B. Millenkamp and D. Heida regarding contract duties regarding operations of manure separation equipment. |
| 09/16/2024 | LEM | L. Edward Miller | 0.20 | 550.00 | $110.00 | Call with D. Heida re East Valley Development obligations under Digester agreement. |
| 09/17/2024 | LEM | L. Edward Miller | 0.90 | 550.00 | $495.00 | Review easement proposal. |
| 09/17/2024 | LEM | L. Edward Miller | 0.20 | 550.00 | $110.00 | Call with D. Heida regarding East Valley Development duties under agreement and arbitration issues. |
| 09/17/2024 | LEM | L. Edward Miller | 0.80 | 550.00 | $440.00 | Draft e-mail to D. Heida regarding easement proposal. |
| 09/18/2024 | LEM | L. Edward Miller | 0.20 | 550.00 | $110.00 | Call with D. Heida regarding comments to easement proposed by East Valley Development. |
| 09/24/2024 | LEM | L. Edward Miller | 0.50 | 550.00 | $275.00 | Work on response letter. |
| 09/24/2024 | LEM | L. Edward Miller | 0.10 | 550.00 | $55.00 | Review audit letter response request from CPA. |
| 09/25/2024 | KAD | Keri Moody | 0.40 | 215.00 | $86.00 | Exchange multiple correspondence regarding accounts receivable to show on audit letter response and related bankruptcy implications. |
| 09/25/2024 | LEM | L. Edward Miller | 1.70 | 550.00 | $935.00 | Draft audit response letter. |
| 09/25/2024 | LEM | L. Edward Miller | 0.30 | 550.00 | $165.00 | Review FASB standards for audit responses. |
| 09/25/2024 | LEM | L. Edward Miller | 0.30 | 550.00 | $165.00 | E-mail to other lawyers seek input for audit response. |
| 09/25/2024 | LEM | L. Edward Miller | 0.20 | 550.00 | $110.00 | Review A. Thompson mail and response request from client. |
| 09/25/2024 | TED | Thomas E. Dvorak | 0.40 | 450.00 | $180.00 | Draft and revise letter to auditors. |
| 09/25/2024 | TED | Thomas E. Dvorak | 0.20 | 450.00 | $90.00 | Office conference regarding response to audit request. |
| 09/26/2024 | LEM | L. Edward Miller | 1.40 | 550.00 | $770.00 | Draft and edit response letter. |
| 09/26/2024 | LEM | L. Edward Miller | 0.30 | 550.00 | $165.00 | Review FASB standards for responses. |
| 09/26/2024 | LEM | L. Edward Miller | 0.60 | 550.00 | $330.00 | E-Mails and calls with attorneys and staff in aid of drafting response letter. |

| 09/26/2024 | CSB | Charlie Baser | 1.00 | 325.00 | $325.00 | Email correspondence with E. Miller regarding same. |
| 09/26/2024 | CSB | Charlie Baser | 0.50 | 325.00 | $162.50 | Review and revise audit letter. |
| 09/27/2024 | TED | Thomas E. Dvorak | 0.10 | 450.00 | $45.00 | Office conference regarding audit letter. |
| 09/27/2024 | TED | Thomas E. Dvorak | 0.20 | 450.00 | $90.00 | Review and revise audit letter. |
| | | | **12.60** | | **$6,368.50** | |

**L210 - PLEADINGS**

| 09/11/2024 | TED | Thomas E. Dvorak | 0.50 | 450.00 | $225.00 | Review and revise draft arbitration complaint. |
| 09/17/2024 | JJB | Jason J. Blakley | 1.10 | 350.00 | $385.00 | Continue assimilating documentation provided by D. Heida and ascertaining content for amended arbitration complaint. |
| 09/18/2024 | TED | Thomas E. Dvorak | 0.40 | 450.00 | $180.00 | Review and revise arbitration complaint. |
| 09/18/2024 | TED | Thomas E. Dvorak | 0.30 | 450.00 | $135.00 | Office conference regarding the arbitration complaint. |
| 09/18/2024 | TED | Thomas E. Dvorak | 0.20 | 450.00 | $90.00 | Telephone conference with D. Heida regarding arbitration complaint. |
| 09/18/2024 | JJB | Jason J. Blakley | 0.30 | 350.00 | $105.00 | Discuss arbitration complaint with D. Heida. |
| 09/18/2024 | JJB | Jason J. Blakley | 1.20 | 350.00 | $420.00 | Revise arbitration complaint. |
| 09/18/2024 | JJB | Jason J. Blakley | 3.50 | 350.00 | $1,225.00 | Continue reviewing and assimilating the ground lease and amendments thereto, the manure supply agreement and amendments thereto, correspondence between client and East Valley Development concerning breaches of said agreements, and client's byproduct testing, all in furtherance of gathering background information relevant to amended arbitration complaint. |
| 09/19/2024 | JJB | Jason J. Blakley | 0.50 | 350.00 | $175.00 | Review and assimilate latest edits to arbitration complaint provided by D. Heida. |
| 09/19/2024 | JJB | Jason J. Blakley | 0.50 | 350.00 | $175.00 | Begin drafting notice of default. |
| 09/20/2024 | JJB | Jason J. Blakley | 1.00 | 350.00 | 350.00 | Draft notice of default to East Valley Development. |
| 09/20/2024 | JJB | Jason J. Blakley | 1.00 | 350.00 | $350.00 | Finalize edits to revised arbitration complaint. |
| | | | **10.50** | | **$3,815.00** | |
| | | **GRAND TOTAL** | **28.50** | | **$11,677.00** | |

| | Staff Summary: | | | |
|---|---|---|---|---|
| CSB | Charlie S. Baser | 1.50 | $325.00 | $487.50 |
| DZG | Don Gray | 1.60 | $320.00 | $512.00 |
| JJB | Jason J. Blakley | 9.10 | $350.00 | $3,185.00 |
| KAD | Keri Moody | 3.50 | $215.00 | $752.50 |
| LEM | L. Edward Miller | 9.80 | $550.00 | $5,390.00 |
| TED | Thomas E. Dvorak | 3.00 | $450.00 | $1,350.00 |
| | | 28.50 | | $11,677.00 |

**Time Report from October 1-31, 2024**

Millenkamp Cattle (11054)

| Date | Initals | Professional Name | Units | Rate | Amount | Narrative |
|------|---------|-------------------|-------|------|--------|-----------|
| **B160 - FEE/EMPLOYMENT APPLICATIONS** | | | | | | |
| 10/10/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Exchange correspondence regarding timelines associated with pending application to employ experts. |
| 10/10/2024 | KAD | Keri Moody | 0.30 | $215.00 | $64.50 | Initial review and edits of September time for monthly fee application. |
| 10/15/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence with T. Dvorak regarding September fee application and expert application. |
| 10/15/2024 | KAD | Keri Moody | 0.30 | $215.00 | $64.50 | Review time for September 2024 fee application. |
| 10/16/2024 | KAD | Keri Moody | 0.60 | $215.00 | $129.00 | Review, revise, and code September 2024 time for fee application. |
| 10/16/2024 | KAD | Keri Moody | 0.50 | $215.00 | $107.50 | Draft September 2024 cover sheet fee application and notice thereof. |
| 10/16/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Correspond with supervising attorney regarding September 2024 cover sheet fee application and matters to finalize the same. |
| 10/17/2024 | KAD | Keri Moody | 0.30 | $215.00 | $64.50 | Finalize and file September 2024 cover sheet and notice thereof. |
| 10/17/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Review status of expert approval. |
| 10/21/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Draft order granting application to employ experts. |
| 10/21/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence regarding proposed order granting application to employ experts. |
| 10/21/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Review and revise order granting motion to employee experts for bankruptcy court. |
| 10/22/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | File statement of no objection regarding application to employ experts. |
| 10/22/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Correspondence to bankruptcy  proposed order granting application to employ experts. |
| 10/25/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Review entered order granting application to employ expert witnesses. |
| 10/25/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence regarding entered order granting application to employ expert witnesses and related duties to recover fees. |
| 10/25/2024 | KAD | Keri Moody | 0.30 | $215.00 | $64.50 | Draft cover sheet application and notice for Vertex for September 2024. |
| 10/25/2024 | KAD | Keri Moody | 0.30 | $215.00 | $64.50 | Correspondence to Vertex regarding approval of application to employ, procedure for payments and application to the bankruptcy related thereto, and related billing information. |
| | | | **4.50** | | **$1,108.50** | |
| **B210 - BUSINESS OPERATIONS** | | | | | | |
| 10/07/2024 | LEM | L. Edward Miller | 0.10 | $550.00 | $55.00 | Call with D. Heida regarding status. |
| 10/08/2024 | LEM | L. Edward Miller | 1.20 | $550.00 | $660.00 | Review Forbes consulting agreement per D. Heida request. |
| 10/09/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Call with D. Heida regarding agreement. |
| 10/09/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Review agreement in aid of call with D. Heida. |
| 10/11/2024 | LEM | L. Edward Miller | 0.90 | $550.00 | $495.00 | Review standard conditions and note comments. |
| 10/11/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Call with D. Heida. |
| 10/22/2024 | LEM | L. Edward Miller | 0.50 | $550.00 | $275.00 | Call with B. Millenkamp regarding byproduct production and standards for same. |
| 10/23/2024 | LEM | L. Edward Miller | 1.30 | $550.00 | $715.00 | Call with D. Heida to review byproduct standards and other issues regarding agreement performance; review ground lease and manure separation agreement in preparation for call with D. Heida regarding byproduct standards and mechanically stabilized earth walls functioning and performance. |
| 10/24/2024 | LEM | L. Edward Miller | 0.40 | $550.00 | $220.00 | Review documents and D. Heida's email in preparation for call with D. Heida regarding duty to operate mechanically stabilized earth walls. |
| 10/24/2024 | LEM | L. Edward Miller | 0.40 | $550.00 | $220.00 | Call with D. Heida regarding tenant duty to operate mechanically stabilized earth walls. |
| 10/31/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Review D. Heida's email summarizing meeting with S. Stepenoff and Digester folks and respond to D. Heida. |
| | | | **5.60** | | **$3,080.00** | |

**L130 - Experts/Consultants**

| 10/31/2024 | DZG | Don Gray | 0.30 | $320.00 | $96.00 | Correspondence with experts regarding billing process, engagement, and trial dates. |
|---|---|---|---|---|---|---|
| | | | **0.30** | | **$96.00** | |

**L210 - Pleadings**

| 10/17/2024 | LEM | L. Edward Miller | 0.30 | $550.00 | $165.00 | Call with D. Heida, J. Blakley, and T. Dvorak regarding Digester Agreements to aid D. Heida and T. Dvorak in preparation of arbitration statement. |
|---|---|---|---|---|---|---|
| 10/17/2024 | JJB | Jason J. Blakley | 0.30 | $350.00 | $105.00 | Call with D. Heida, T. Dvorak, and E. Miller to discuss strategy concerning arbitration complaint. |
| 10/18/2024 | DZG | Don Gray | 0.20 | $320.00 | $64.00 | Draft stipulation for trial dates. |
| | | | **0.80** | | **$334.00** | |

**L440 - Other Trial Preparation and Support**

| 10/15/2024 | DZG | Don Gray | 0.60 | $320.00 | $192.00 | Correspondence with co-counsel and opposing counsel regarding availability for trial dates. |
|---|---|---|---|---|---|---|
| 10/17/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Review potential trial dates with opposing counsel. |
| 10/17/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Telephone conference with D. Heida regarding status. |
| 10/18/2024 | DZG | Don Gray | 0.20 | $320.00 | $64.00 | Correspondence with opposing counsel regarding trial dates. |
| 10/31/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Communicate with Clerk of the Court regarding alterative dates for trial. |
| 10/31/2024 | DZG | Don Gray | 0.20 | $320.00 | $64.00 | Correspondence with court regarding trial dates. |
| | | | **1.80** | | **$680.00** | |

**L450 - Trial and Hearing Attendance**

| 10/15/2024 | DZG | Don Gray | 0.50 | $320.00 | $160.00 | Attend status conference with court regarding trial setting. |
|---|---|---|---|---|---|---|
| | | | **0.50** | | **$160.00** | |

| | **GRAND TOTAL** | **13.50** | **$5,458.50** |
|---|---|---|---|

| | Staff Summary: | | |
|---|---|---|---|
| LEM | L. Edward Miller | 5.90 | $550.00 | $3,245.00 |
| TED | Thomas E. Dvorak | 1.40 | $450.00 | $630.00 |
| JJB | Jason J. Blakley | 0.30 | $350.00 | $105.00 |
| DZG | Don Gray | 2.00 | $320.00 | $640.00 |
| KAD | Keri Moody | 3.90 | $215.00 | $838.50 |
| | | **13.50** | | **$5,458.50** |

Exhibit C

Exhibit C

**EXHIBIT C**
**NARRATIVE SHEET**

|     | Information Requested | Information Given |
| --- | --- | --- |
| I. | BACKGROUND:<br><br>The background information of the bankruptcy case, to the best of Applicant's knowledge is as follows: | |
| A. | Date the bankruptcy petition was filed. | April 2, 2024 |
| B. | Date of the "Order Authorizing Employment of Counsel". | August 27, 2024 (Application for Employment filed on July 22, 2024) |
| C. | Date services commenced. | November 19, 2020 |
| D. | Rate Applicant charges its non-bankruptcy clients for similar services. | Same as other similarly situated clients: $425.00-$550.00 for senior partners, $350.00 for junior partners, $235.00-325.00 for associates, and $215.00 for paralegals |
| E. | Application is final or interim. | Interim. |
| F. | Time period of the services or expenses covered by the Application | July 22, 2024 through October 31, 2024 |
| | | |
| II. | CASE STATUS:<br><br>To the best of the Applicant's knowledge, the financial condition and status of the case is as follows: | |
| A. | The amount of cash on hand or on deposit in the estate. | No retainer or other funds are being held by counsel on behalf of the Debtors. |
| B. | Amount and nature of accrued, unpaid administrative expenses. | To the best of the Applicant's knowledge, the only other unpaid administrative expenses are those of the estate's other professionals. |
| C. | The amount of unencumbered funds in the estate. | The Applicant is unaware of any such funds. |
| | | |

| | Information Requested | Information Given |
|---|---|---|
| III. | PROJECT SUMMARY:<br><br>Description of each professional project or task for which compensation and reimbursement is sought. | |
| A. | Description of projects. | See Exhibit B attached hereto for a detailed description of what has been performed on behalf of the estate by the Applicant and the fees and costs incurred in these projects. |
| B. | Necessity of projects. | **Case Administration, Relief from Stay/Adequate Protection Proceedings and Assumption/Rejection of Leases and Contracts** were necessary in order to discuss various items with the client, counsel, and other parties and assist the client with specific business operational matters, including leasing and executory contract matters, and day to day business administration matters. The services provided by Givens Pursley LLP enabled the Debtors to continue with their business operations.<br><br>**Asset Analysis and Recovery** was necessary to evaluate actions related to a digester dispute and related arbitration. The services provided by Givens Pursley LLP enabled the Debtors to continue in their necessary activities in that dispute and complete the necessary business analysis.<br><br>**Business Operations** was necessary as Givens Pursley LLP serves as Debtors' regular counsel for ongoing business matters. Givens Pursley LLP provided services related to leasing, title, and operational issues that benefitted Debtors ongoing business operations.<br><br>**Fee/Employment Applications** was necessary in order to draft and prepare applications to employ Givens Pursley LLP as special counsel and draft monthly fee |

**GIVENS PURSLEY LLP'S FIRST APPLICATION FOR
ALLOWANCE OF INTERIM FEES AND COSTS - 13**

|     | Information Requested | Information Given |
|-----|----------------------|-------------------|
|     |                      | applications as well as to seek the employment of expert witness, Vertex.<br><br>**Analysis/Strategy, Other Case Assessment, Development, and Administration and Pleadings** were necessary as Givens Pursley is the Debtor's counsel in a pending state court litigation and related arbitration. Givens Pursley assisted the debtor in submissions related to these matters and communicated with the client and opposing counsel to advance the pending litigation. |
| C.  | Benefit of projects to the estate. | The projects have facilitated the Debtors ongoing business operations and engagement in pending litigation, for which Givens Pursley LLP was retained. |
| D.  | Status of project. | Interim |
| E.  | Identification of each person providing services on the projects. | See the attached Exhibit A. |
| F.  | Number of hours spent, and the amount of compensation requested for each professional and para-professional. | See the attached Exhibit A. |
| G.  | Itemized time and services entries. | See the attached Exhibit B. |