Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>      Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br>Chapter 11<br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**NOTICE OF GIVENS PURSLEY LLP'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS AND NOTICE OF HEARING REGARDING THE SAME - 1**

**NOTICE OF GIVENS PURSLEY LLP'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS AND NOTICE OF HEARING REGARDING THE SAME**

**PLEASE TAKE NOTICE** that Givens Pursley LLP, special counsel for the Debtors in Possession, Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), has filed Givens Pursley LLP's First Application for Allowance of Interim Fees and Costs (Dkt. No. 714 - the "Application") for the requested fees and costs for Givens Pursley LLP in the amount of $30,626.00.  The fees and costs required are related to the following:

- **Case Administration, Relief from Stay/Adequate Protection Proceedings and Assumption/Rejection of Leases and Contracts** were necessary in order to discuss various items with the client, counsel, and other parties and assist the client with specific business operational matters, including leasing and executory contract matters, and day to day business administration matters.  The services provided by Givens Pursley LLP enabled the Debtors to continue with their business operations.

- **Asset Analysis and Recovery** was necessary to evaluate actions related to a digester dispute and related arbitration.  The services provided by Givens Pursley LLP enabled the Debtors to continue in their necessary activities in that dispute and complete the necessary business analysis.

- **Business Operations** was necessary as Givens Pursley LLP serves as Debtors' regular counsel for ongoing business matters.  Givens Pursley LLP provided services related to leasing, title, and operational issues that benefitted Debtors ongoing business operations.

- **Fee/Employment Applications** was necessary in order to draft and prepare applications to employ Givens Pursley LLP as special counsel and draft monthly fee applications as well as to seek the employment of expert witness, Vertex.

- **Analysis/Strategy, Other Case Assessment, Development, and Administration and Pleadings** were necessary as Givens Pursley is the Debtor's counsel in a pending state court litigation and related arbitration.  Givens Pursley assisted the debtor in submissions related to these matters and communicated with the client and opposing counsel to advance the pending litigation.

The Application has been reviewed and approved by the Debtors. A copy of the Application is on file with the above-captioned Court as Docket No. 714, together with supporting documents. Any party desiring information as to the details of the Application may request the same from the Clerk of the Court, from the court's online PACER information system at www.pacer.gov, or from the undersigned counsel.

YOU ARE HEREBY NOTIFIED that written objections to the Application should be filed with the court within twenty-one (21) days of the date of service of this notice. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served upon the movant. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief in the Application and may grant the relief without further notice of hearing. Any such objection should be filed with the U.S. Bankruptcy Court at the United States Courthouse, 550 W. Fort St., Boise, ID 83724 or electronically filed using the CM/ECF Filer system at https://ecf.edb.uscourts.gov.

YOU ARE FURTHER NOTIFIED that the Application is scheduled to come before the Court for hearing on the **12th day of December, 2024, at 1:30 p.m. MST**, or as soon thereafter as the matter can be heard. This will be a telephonic hearing; parties should call the following number at least 10 minutes prior to the hearing: 1-669-254-5252; Access Code: 160-5422-0978.

DATED this 14th day of November, 2024.

GIVENS PURSLEY LLP

By  */s/ Thomas E. Dvorak*
    Thomas E. Dvorak – Of the Firm
    Special Counsel for the Debtors

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of November, 2024, I filed the foregoing **NOTICE OF GIVENS PURSLEY LLP'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS AND NOTICE OF HEARING REGARDING THE SAME** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**Morton R. Branzburg**
mbranzburg@klehr.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**William K. Carter**
kentcarter@grsm.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Brian Faria**
brian@sawtoothlaw.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**NOTICE OF GIVENS PURSLEY LLP'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS AND NOTICE OF HEARING REGARDING THE SAME - 4**

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**Adam Aiken Lewis**
alewis@mofo.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**John D. Munding**
john@mundinglaw.com

**James Niemeier**
jniemeier@mcgrathnorth.com

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Karyn Lloyd**
klloyd@grsm.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**NOTICE OF GIVENS PURSLEY LLP'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS AND NOTICE OF HEARING REGARDING THE SAME - 5**

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Joseph Mark Wager**
wager@mwsslawyers.com
wstewart@mwsslawyers.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Miranda K. Russell**
mrussell@mofo.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Kim J. Trout**
ktrout@trout-law.com

**Brent R. Wilson**
bwilson@hawleytroxell.com
amay@hawleytroxell.com

   AND, I FURTHER CERTIFY that on such date I served the foregoing **NOTICE OF GIVENS PURSLEY LLP'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS AND NOTICE OF HEARING REGARDING THE SAME** on the following non-CM/ECF Registered Participants in the manner indicated:

Millenkamp Cattle, Inc         (X) U.S. Mail, Postage Prepaid
471 North 300 West          ( ) Hand Delivered
Jerome, ID 83338           ( ) Overnight Mail
                     ( ) Facsimile

**NOTICE OF GIVENS PURSLEY LLP'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS AND NOTICE OF HEARING REGARDING THE SAME - 6**

| | |
|---|---|
| Richard Bernard<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Ron C. Bingham<br>3424 Peachtree Road NE, Ste. 1600<br>Atlanta, GA 30326 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Morton R Branzburg<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market St., Ste. 1400<br>Philadelphia, PA 19103 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Bunge Canada C/O David D. Farrell<br>David D. Farrell. Esq.<br>One Bank Plaza, Ste. 2700<br>St. Louis, MO 63101 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| W. Kent Carter<br>One North Franklin, Ste. 800<br>Chicago, IL 60606 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Davis Livestock, Inc.<br>780 E Cannibal Rd<br>Lewiston, UT 84320 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Scott F. Gautier<br>1800 Century Park East, Ste. 1500<br>Los Angeles, CA 90067 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Oren Buchanan Haker<br>Black Helterline LLP<br>805 SW Broadway, Ste. 1900<br>Portland, OR 97205 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Zachery J McCraney<br>Holland & Hart<br>P.O. Box 2527<br>800 W Main Street, Ste 1750<br>Boise, ID 83701 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

**NOTICE OF GIVENS PURSLEY LLP'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS AND NOTICE OF HEARING REGARDING THE SAME - 7**

| | |
|---|---|
| Cooper Norman<br>P.O. Box 5399<br>Twin Falls, ID 83303 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Domenic E Pacitti<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Ste. 1000<br>Wilmington, DE 19801 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Nikolaus F Schandlbauer<br>20 F Street NW, Ste. 500<br>Washington DC, 20001 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Michael R Stewart<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Summit Ag Appraisal Inc<br>995 S 1150 E<br>Albion, ID 83311 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker<br>6400 S Fiddlers Green Circle, Ste. 850<br>Greenwood Village, CO 80111 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

                                                    */s/ Thomas E. Dvorak*
                                                  Thomas E. Dvorak

**NOTICE OF GIVENS PURSLEY LLP'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS AND NOTICE OF HEARING REGARDING THE SAME - 8**