Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH<br>Chapter 11 |
| Filing relates to:<br><br>☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024** - 1

**VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024**

The Vertex Companies, LLC ("Vertex") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of September 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Dkt. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, Vertex respectfully represents as follows:

A. Vertex is employed as an expert witness for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor") by virtue of the Application to Employ Lance VanDemark and Ted Isbell of Vertex as Expert Witnesses (Dkt. 633), filed on September 25, 2024, and the Order Granting Debtors' Application to Employ Lance VanDemark and Ted Isbell of Vertex as Expert Witnesses (Dkt. 688), entered on October 24, 2024. Vertex hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B. Vertex billed a total of $375.00 in fees and expenses during the Application Period. The total fees represent 1 hour expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| September 25-30, 2024 | $375.00 | $0.00 | $375.00 |

C.  Accordingly, Vertex seeks allowance of interim compensation in the amount of $281.25 at this time. This total is comprised as follows: $281.25 (75% of the fees for services rendered) and $0.00 in costs (100% of the expenses incurred).

D.  Attached hereto as **Exhibit A** is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E.  Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

F.  Vertex does not have any funds in its client trust account on behalf of the Debtor. Accordingly, the Debtor will pay the full requested amount of $281.25 from its accounts at its discretion.

WHEREFORE, Vertex respectfully requests that the Debtor compensate Vertex as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATED this 19th day of November, 2024.

                                                                        GIVENS PURSLEY LLP


                                                                     By  */s/ Thomas E. Dvorak*
                                                                          Thomas E. Dvorak – Of the Firm
                                                                          Special Counsel for the Debtors

# CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on the 19th day of November, 2024, I filed the foregoing **VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Morton R. Branzburg**
mbranzburg@klehr.com

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**William K. Carter**
kentcarter@grsm.com

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 - 5**

**Brian Faria**
brian@sawtoothlaw.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**Adam Aiken Lewis**
alewis@mofo.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**John D. Munding**
john@mundinglaw.com

**James Niemeier**
jniemeier@mcgrathnorth.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Karyn Lloyd**
klloyd@grsm.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 - 6**

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 - 7**

| | |
|---|---|
| **Joseph Mark Wager** | **Brent R. Wilson** |
| wager@mwsslawyers.com | bwilson@hawleytroxell.com |
| wstewart@mwsslawyers.com | amay@hawleytroxell.com |
| seannegan@sneganlaw.con | |
| reception@mwsslawyers.com | |

   AND, I FURTHER CERTIFY that on such date I served the foregoing **VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024** on the following non-CM/ECF Registered Participants in the manner indicated:

Millenkamp Cattle, Inc           (X) U.S. Mail, Postage Prepaid
471 North 300 West            ( ) Hand Delivered
Jerome, ID 83338             ( ) Overnight Mail
                    ( ) Facsimile

Richard Bernard            (X) U.S. Mail, Postage Prepaid
1177 Avenue of the Americas        ( ) Hand Delivered
41st Floor               ( ) Overnight Mail
New York, NY 10036          ( ) Facsimile

Ron C. Bingham            (X) U.S. Mail, Postage Prepaid
3424 Peachtree Road NE, Ste. 1600     ( ) Hand Delivered
Atlanta, GA 30326           ( ) Overnight Mail
                    ( ) Facsimile

Morton R Branzburg          (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP   ( ) Hand Delivered
1835 Market St., Ste. 1400         ( ) Overnight Mail
Philadelphia, PA 19103          ( ) Facsimile

Bunge Canada C/O David D. Farrell     (X) U.S. Mail, Postage Prepaid
David D. Farrell. Esq.           ( ) Hand Delivered
One Bank Plaza, Ste. 2700         ( ) Overnight Mail
St. Louis, MO 63101           ( ) Facsimile

W. Kent Carter             (X) U.S. Mail, Postage Prepaid
One North Franklin, Ste. 800        ( ) Hand Delivered
Chicago, IL 60606            ( ) Overnight Mail
                    ( ) Facsimile

| | |
|---|---|
| Davis Livestock, Inc.<br>780 E Cannibal Rd<br>Lewiston, UT 84320 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Scott F. Gautier<br>1800 Century Park East, Ste. 1500<br>Los Angeles, CA 90067 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Oren Buchanan Haker<br>Black Helterline LLP<br>805 SW Broadway, Ste. 1900<br>Portland, OR 97205 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Zachery J McCraney<br>Holland & Hart<br>P.O. Box 2527<br>800 W Main Street, Ste 1750<br>Boise, ID 83701 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Cooper Norman<br>P.O. Box 5399<br>Twin Falls, ID 83303 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Domenic E Pacitti<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Ste. 1000<br>Wilmington, DE 19801 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Nikolaus F Schandlbauer<br>20 F Street NW, Ste. 500<br>Washington DC, 20001 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Michael R Stewart<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

**VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024** - 9

| | |
|---|---|
| Summit Ag Appraisal Inc<br>995 S 1150 E<br>Albion, ID 83311 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker<br>6400 S Fiddlers Green Circle, Ste. 850<br>Greenwood Village, CO 80111 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

       /s/ *Thomas E. Dvorak*
    Thomas E. Dvorak

Exhibit A

Exhibit A

**Time Report from September 25-30, 2024**

| Date | Professional Name | Units | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| **B160 - FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 9/25/2024 | Ted Isbell | 1.00 | $375.00 | $375.00 | Review and approve declaration of Ted Isbell. |
| | | **1.00** | | **$375.00** | |
| | **GRAND TOTAL** | **1.00** | | **$375.00** | |
| | Ted Isbell | **Staff Summary:** 1.00 | $375.00 | $375.00 | |
| | | **1.00** | | **$375.00** | |