Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

|  |  |
|---|---|
| In re: | |
| MILLENKAMP CATTLE, INC., | Case No. 24-40158-NGH |
| | Chapter 11 |
| Debtor. | |
| Filing relates to: | |
| | Jointly Administered With |
| ☒ ALL DEBTORS | Case Nos.: |
| ☐ Millenkamp Cattle, Inc. | |
| ☐ Idaho Jersey Girls | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ East Valley Cattle | 24-40160-NGH (East Valley Cattle) |
| ☐ Millenkamp Properties | 24-40161-NGH (Millenkamp Properties) |
| ☐ Millenkamp Properties II | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Family | 24-40163-NGH (Millenkamp Family) |
| ☐ Goose Ranch | 24-40164-NGH (Goose Ranch) |
| ☐ Black Pine Cattle | 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Enterprises | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Idaho Jersey Girls Jerome Dairy | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**NOTICE OF VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024- 1**

**NOTICE OF VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE MONTH OF SEPTEMBER 2024**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS' COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER
INTERESTED PARTIES**

**PLEASE TAKE NOTICE** that the professionals listed on **Exhibit A** hereto (the "Professionals") have applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing September 25, 2024, and ending September 30, 2024 (the "Application Period"). As detailed on Exhibit A, the Professionals seek allowance and payment of interim compensation for 75% of fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee and Expense Reimbursement Procedures* (Dkt. 303), entered on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States trustee, the Debtors, and any Official Committee of Unsecured Creditors appointed herein.

If any objection is timely filed and served, the Debtors will pay the Professionals whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING November 19, 2024.

DATED this 19th day of November, 2024.

GIVENS PURSLEY LLP

By   */s/ Thomas E. Dvorak*
    Thomas E. Dvorak – Of the Firm
    Special Counsel for the Debtors

`

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of November, 2024, I filed the foregoing **NOTICE OF VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Morton R. Branzburg**
mbranzburg@klehr.com

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**William K. Carter**
kentcarter@grsm.com

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**Brian Faria**
brian@sawtoothlaw.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Adam Aiken Lewis**
alewis@mofo.com

**Karyn Lloyd**
klloyd@grsm.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**John D. Munding**
john@mundinglaw.com

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**James Niemeier**
jniemeier@mcgrathnorth.com

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**NOTICE OF VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
SEPTEMBER 2024- 5**

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-
9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**NOTICE OF VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
SEPTEMBER 2024- 6**

**Joseph Mark Wager**
wager@mwsslawyers.com
wstewart@mwsslawyers.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

**Brent R. Wilson**
bwilson@hawleytroxell.com
amay@hawleytroxell.com

        AND, I FURTHER CERTIFY that on such date I served the foregoing **NOTICE OF VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024** on the following non-CM/ECF Registered Participants in the manner indicated:

Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID 83338

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Ron C. Bingham
3424 Peachtree Road NE, Ste. 1600
Atlanta, GA 30326

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Morton R Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market St., Ste. 1400
Philadelphia, PA 19103

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Bunge Canada C/O David D. Farrell
David D. Farrell. Esq.
One Bank Plaza, Ste. 2700
St. Louis, MO 63101

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

W. Kent Carter
One North Franklin, Ste. 800
Chicago, IL 60606

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Davis Livestock, Inc.                            (X) U.S. Mail, Postage Prepaid
780 E Cannibal Rd                                ( ) Hand Delivered
Lewiston, UT 84320                               ( ) Overnight Mail
                                                 ( ) Facsimile


Scott F. Gautier                                 (X) U.S. Mail, Postage Prepaid
1800 Century Park East, Ste. 1500                ( ) Hand Delivered
Los Angeles, CA 90067                            ( ) Overnight Mail
                                                 ( ) Facsimile


Oren Buchanan Haker                              (X) U.S. Mail, Postage Prepaid
Black Helterline LLP                             ( ) Hand Delivered
805 SW Broadway, Ste. 1900                       ( ) Overnight Mail
Portland, OR 97205                               ( ) Facsimile


Zachery J McCraney                               (X) U.S. Mail, Postage Prepaid
Holland & Hart                                   ( ) Hand Delivered
P.O. Box 2527                                    ( ) Overnight Mail
800 W Main Street, Ste 1750                      ( ) Facsimile
Boise, ID 83701


Cooper Norman                                    (X) U.S. Mail, Postage Prepaid
P.O. Box 5399                                    ( ) Hand Delivered
Twin Falls, ID 83303                             ( ) Overnight Mail
                                                 ( ) Facsimile


Domenic E Pacitti                                (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP              ( ) Hand Delivered
919 Market Street, Ste. 1000                     ( ) Overnight Mail
Wilmington, DE 19801                             ( ) Facsimile


Nikolaus F Schandlbauer                          (X) U.S. Mail, Postage Prepaid
20 F Street NW, Ste. 500                         ( ) Hand Delivered
Washington DC, 20001                             ( ) Overnight Mail
                                                 ( ) Facsimile


Michael R Stewart                                (X) U.S. Mail, Postage Prepaid
2200 Wells Fargo Center                          ( ) Hand Delivered
90 South Seventh Street                          ( ) Overnight Mail
Minneapolis, MN 55402                            ( ) Facsimile


**NOTICE OF VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
SEPTEMBER 2024- 8**

Summit Ag Appraisal Inc                          (X) U.S. Mail, Postage Prepaid
995 S 1150 E                                     ( ) Hand Delivered
Albion, ID 83311                                 ( ) Overnight Mail
                                                 ( ) Facsimile


The Forbes Securities Group LLC, DBA Forbes      (X) U.S. Mail, Postage Prepaid
Partners as Investment Banker                    ( ) Hand Delivered
6400 S Fiddlers Green Circle, Ste. 850           ( ) Overnight Mail
Greenwood Village, CO 80111                      ( ) Facsimile


                                    _/s/ Thomas E. Dvorak_____
                                    Thomas E. Dvorak

Exhibit A

Exhibit A

Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

|  |  |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>      Debtor. | Case No. 24-40158-NGH<br>Chapter 11 |
| Filing relates to:<br><br>☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>           Dairy) |

**VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 - 1**

**VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
MONTH OF SEPTEMBER 2024**

The Vertex Companies, LLC ("Vertex") hereby submits its Cover Sheet Application

(the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of

Expenses for the Month of September 2024 (the "Application Period") in accordance with the

*Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on

May 16, 2024 (Dkt. 303 - the "Order Establishing Interim Fee Procedures"). In support of the

Application, Vertex respectfully represents as follows:

A.      Vertex is employed as an expert witness for Millenkamp Cattle, Inc., the

debtor in the above captioned case (the "Debtor") by virtue of the Application to Employ Lance

VanDemark and Ted Isbell of Vertex as Expert Witnesses (Dkt. 633), filed on September 25, 2024,

and the Order Granting Debtors' Application to Employ Lance VanDemark and Ted Isbell of

Vertex as Expert Witnesses (Dkt. 688), entered on October 24, 2024. Vertex hereby applies to the

Court for allowance and payment of interim compensation for services rendered and

reimbursement of expenses incurred during the Application Period.

B.      Vertex billed a total of $375.00 in fees and expenses during the Application

Period. The total fees represent 1 hour expended during the period covered by this Application.

These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| September 25-30, 2024 | $375.00 | $0.00 | $375.00 |

C.      Accordingly, Vertex seeks allowance of interim compensation in the amount of $281.25 at this time. This total is comprised as follows: $281.25 (75% of the fees for services rendered) and $0.00 in costs (100% of the expenses incurred).

D.      Attached hereto as **Exhibit A** is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

F.      Vertex does not have any funds in its client trust account on behalf of the Debtor. Accordingly, the Debtor will pay the full requested amount of $281.25 from its accounts at its discretion.

WHEREFORE, Vertex respectfully requests that the Debtor compensate Vertex as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATED this 19th day of November, 2024.

GIVENS PURSLEY LLP


By  _/s/ Thomas E. Dvorak_____
    Thomas E. Dvorak – Of the Firm
    Special Counsel for the Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of November, 2024, I filed the foregoing **VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Morton R. Branzburg**
mbranzburg@klehr.com

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**William K. Carter**
kentcarter@grsm.com

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**Brian Faria**
brian@sawtoothlaw.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**Adam Aiken Lewis**
alewis@mofo.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**John D. Munding**
john@mundinglaw.com

**James Niemeier**
jniemeier@mcgrathnorth.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Karyn Lloyd**
klloyd@grsm.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 - 6**

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-
9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**Joseph Mark Wager**
wager@mwsslawyers.com
wstewart@mwsslawyers.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

**Brent R. Wilson**
bwilson@hawleytroxell.com
amay@hawleytroxell.com

       AND, I FURTHER CERTIFY that on such date I served the foregoing **VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024** on the following non-CM/ECF Registered Participants in the manner indicated:

| | |
|---|---|
| Millenkamp Cattle, Inc<br>471 North 300 West<br>Jerome, ID 83338 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Richard Bernard<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Ron C. Bingham<br>3424 Peachtree Road NE, Ste. 1600<br>Atlanta, GA 30326 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Morton R Branzburg<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market St., Ste. 1400<br>Philadelphia, PA 19103 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Bunge Canada C/O David D. Farrell<br>David D. Farrell. Esq.<br>One Bank Plaza, Ste. 2700<br>St. Louis, MO 63101 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| W. Kent Carter<br>One North Franklin, Ste. 800<br>Chicago, IL 60606 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

Davis Livestock, Inc.                              (X) U.S. Mail, Postage Prepaid
780 E Cannibal Rd                                  ( ) Hand Delivered
Lewiston, UT 84320                                 ( ) Overnight Mail
                                                   ( ) Facsimile


Scott F. Gautier                                   (X) U.S. Mail, Postage Prepaid
1800 Century Park East, Ste. 1500                  ( ) Hand Delivered
Los Angeles, CA 90067                              ( ) Overnight Mail
                                                   ( ) Facsimile


Oren Buchanan Haker                                (X) U.S. Mail, Postage Prepaid
Black Helterline LLP                               ( ) Hand Delivered
805 SW Broadway, Ste. 1900                         ( ) Overnight Mail
Portland, OR 97205                                 ( ) Facsimile


Zachery J McCraney                                 (X) U.S. Mail, Postage Prepaid
Holland & Hart                                     ( ) Hand Delivered
P.O. Box 2527                                      ( ) Overnight Mail
800 W Main Street, Ste 1750                        ( ) Facsimile
Boise, ID 83701


Cooper Norman                                      (X) U.S. Mail, Postage Prepaid
P.O. Box 5399                                      ( ) Hand Delivered
Twin Falls, ID 83303                               ( ) Overnight Mail
                                                   ( ) Facsimile


Domenic E Pacitti                                  (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP                ( ) Hand Delivered
919 Market Street, Ste. 1000                       ( ) Overnight Mail
Wilmington, DE 19801                               ( ) Facsimile


Nikolaus F Schandlbauer                            (X) U.S. Mail, Postage Prepaid
20 F Street NW, Ste. 500                           ( ) Hand Delivered
Washington DC, 20001                               ( ) Overnight Mail
                                                   ( ) Facsimile


Michael R Stewart                                  (X) U.S. Mail, Postage Prepaid
2200 Wells Fargo Center                            ( ) Hand Delivered
90 South Seventh Street                            ( ) Overnight Mail
Minneapolis, MN 55402                              ( ) Facsimile


**VERTEX'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
SEPTEMBER 2024 - 9**

| | |
|---|---|
| Summit Ag Appraisal Inc | (X) U.S. Mail, Postage Prepaid |
| 995 S 1150 E | ( ) Hand Delivered |
| Albion, ID 83311 | ( ) Overnight Mail |
| | ( ) Facsimile |
| | |
| The Forbes Securities Group LLC, DBA Forbes | (X) U.S. Mail, Postage Prepaid |
| Partners as Investment Banker | ( ) Hand Delivered |
| 6400 S Fiddlers Green Circle, Ste. 850 | ( ) Overnight Mail |
| Greenwood Village, CO 80111 | ( ) Facsimile |

*/s/ Thomas E. Dvorak*

Thomas E. Dvorak

Exhibit A

Exhibit A

**Time Report from September 25-30, 2024**

| Date | Professional Name | Units | Rate | Amount | Narrative |
|------|-------------------|-------|------|--------|-----------|
| **B160 - FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 9/25/2024 Ted Isbell | | 1.00 | $375.00 | $375.00 | Review and approve declaration of Ted Isbell. |
| | | **1.00** | | **$375.00** | |
| | **GRAND TOTAL** | **1.00** | | **$375.00** | |

| | | Staff Summary: | | | |
|---|---|---|---|---|---|
| | Ted Isbell | 1.00 | $375.00 | $375.00 | |
| | | **1.00** | | **$375.00** | |