Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
         jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
         robert.richards@dentons.com
         tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>      Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Chapter 11<br><br>[NO HEARING REQUIRED]<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4230131

### KANDER, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024

Kander, LLC (the "Applicant") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of August 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Applicant respectfully represents as follows:

A. The Applicant is the financial advisor for Millenkamp Cattle, Inc. and its affiliated debtors, the debtors in the above captioned case (the "Debtors"). The Applicant hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B. The Applicant billed a total of $90,996.00 in fees and expenses during the Application Period. The total fees represent 172.4 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| August 1-30, 2024 | $90,966.00 | $0 | $90,966.00 |

C. Accordingly, the Firm seeks allowance of interim compensation in the amount of $68,224.50 at this time. This total is comprised as follows: $68,224.50 (75% of the fees for services rendered) plus $0.00 (100% of the expenses incurred).

D. Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

KANDER, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 – Page 2

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtors compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: November 19, 2024

/s/ *Krystal R. Mikkilineni*
DENTONS DAVIS BROWN
Krystal R. Mikkilineni

/s/ *Matt T. Christensen*
JOHNSON MAY
Matt T. Christensen

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2024, I caused to be served a true and correct copy of the foregoing KANDER, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

/s/ *Krystal R. Mikkilineni*
Krystal R. Mikkilineni

# kăn'dər LLC

*2538 Carrolwood Rd.*
*Naperville, IL 60540*

# EXHIBIT A

| Invoice No.: | MC30/11042024 |
| --- | --- |
| Invoice Date: | November 4, 2024 |

Millenkamp Cattle, Inc.
471 North 300 West
Jerome, Idaho 83338

*Re:* Engagement of Financial Advisor dated February 22, 2024

**FEES - *In connection with the above matter***

| Date | | Description | Code | Hours | Rate | Fees |
| --- | --- | --- | --- | --- | --- | --- |
| 08/01/24 | KPC | Forbes FA update call (0.5); Focus Weekly Call (1.0); Coordinate missing statements for April MORs w/ client (0.2); Email FTI re: BBR questions (0.4) | B110 | 2.1 | $ 495.00 | $ 1,039.50 |
| 08/01/24 | KN | Forbes FA call (0.5); Focus call (1.0); Client update calls (0.6); Follow up on FTI BBC questions (0.3); Review term sheet received from Forbes (0.4) | B110 | 2.8 | $ 595.00 | $ 1,666.00 |
| 08/02/24 | KPC | Armory Weekly call (1.0); FTI Weekly Call (0.9); Professional Fee tracking updated (0.4); Review draft waiver (0.3); Reserve for Doubleful account analysis (0.2); Review final April 2024 financials (0.7) | B110 | 3.5 | $ 495.00 | $ 1,732.50 |
| 08/02/24 | KN | Armory call (1.0); FTI call (0.9); Follow up on Sandton waiver (0.3); Review reserve for doubtful accounts (0.2); Review Forbes list and process letter (0.4) | B110 | 2.8 | $ 595.00 | $ 1,666.00 |
| 08/05/24 | KPC | Daily internal call (0.5); FTI question re: AP (0.3); Professional Fee tracking updated (0.4); Email client re: upcoming adq. Payments (0.1); Prepare 5 Year Model by updating Actuals with Q1 accural financials (4.5); Call w/ Lisa re: cash (0.7) | B110 | 6.5 | $ 495.00 | $ 3,217.50 |
| 08/05/24 | KN | Internal daily call (0.5); Client update call (0.2); Sandton call and waiver review (0.9); Review Pro Fee analysis (0.3); Review Focus Financial Stmt questions (0.3) | B110 | 2.2 | $ 595.00 | $ 1,309.00 |
| 08/06/24 | KPC | Daily internal call (0.9); 5 Year Model - convert direct cashflow to accural (6.5); Discuss banking w/ client (0.3) | B110 | 7.7 | $ 495.00 | $ 3,811.50 |
| 08/06/24 | KN | Internal caily call (0.9); UCC call (0.3) | B110 | 1.2 | $ 595.00 | $ 714.00 |
| 08/07/24 | KPC | 5 Year Model - update supplemental metrics, tie out direct cashflow to accural, 2027-29 P&L forecasts | B110 | 7.0 | $ 495.00 | $ 3,465.00 |
| 08/08/24 | KPC | Forbes FA update call (0.5); Conterra call (0.5); Email client re: April financials review (0.2); Finalize draft of 5 Year Model (4.0); Review 5 Year Model with KN (1.1) | B110 | 6.3 | $ 495.00 | $ 3,118.50 |
| 08/08/24 | KPC | Weekly Report Wk18 WE 8-04 | B230 | 6.0 | $ 495.00 | $ 2,970.00 |
| 08/08/24 | KN | Forbes FA call (0.5); Conterra call (0.5); Review weekly variance reports (1.2); Review & address Kati questions on 5 Year model (1.1) | B110 | 3.3 | $ 595.00 | $ 1,963.50 |
| 08/09/24 | KPC | Daily internal call (0.5), FTI Weekly Call (0.6); Focus Weekly Call (0.7); Call with Forbes re: strategy (0.5); Review and finalize 5 Year Model w/ KN (2.3); BBR Weekly Comparison (0.8); Address Focus question re: LT Debt (0.4); Distribute April 2024 Financials (0.3) | B110 | 6.1 | $ 495.00 | $ 3,019.50 |
| 08/09/24 | KN | Internal daily call (0.5); FTI call (0.4); Focus call (0.7); Forbes call (0.5); Review DIP loan draw timing (0.2); Review BBC weekly comparisons (0.3); Meet with Kati to work on 5 yr model (2.3) | B110 | 4.9 | $ 595.00 | $ 2,915.50 |
| 08/09/24 | NS | Update BBC weekly comparisons Wk01-Wk18 | B110 | 1.5 | $ 200.00 | $ 300.00 |

Kander LLC
www.KanderLLC.com | info@kanderllc.com

# kănd̩ər LLC

*2538 Carrolwood Rd.*
*Naperville, IL 60540*

| Date | Initials | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/12/24 | KPC | Armory Weekly call (1.0); UBS, Forbes call (1.0); Other Receipts - EVD (0.3); Updated Glanbia pricing to FAs (0.1); Call w/ Lisa re: reporting (0.2) | B110 | 2.6 | $ 495.00 | $ 1,287.00 |
| 08/12/24 | KN | Armory call (1.0); UBS/Forbes call (1.0); Client update call (0.3); Debt schedule review (0.5); Follow up on insurance documents for Armory (0.3); Meet with Kati to work on 5 yr model (5.5) | B110 | 8.6 | $ 595.00 | $ 5,117.00 |
| 08/13/24 | KPC | Daily internal call (0.7); Forbes call (0.7); 5 Year Model - update with April 2024, balance sheet forecasting (6.0); AP Reconcilation, including calling w/ Lisa re: same (1.2); Review 5 Year Model with client (0.3); Distriute 5 Year Model to Cargill, Forbes (0.1) | B110 | 9.0 | $ 495.00 | $ 4,455.00 |
| 08/13/24 | KN | Internal daily call (0.7); UCC call (0.4); Forbes update (0.7); Client update call (0.3); Review & finalize 5 year model (2.7); Review term sheets from Forbes (0.4) | B110 | 5.2 | $ 595.00 | $ 3,094.00 |
| 08/14/24 | KPC | Distribute 5 Year Model to FAs, lenders | B110 | 0.2 | $ 495.00 | $ 99.00 |
| 08/14/24 | KPC | Weekly Report Wk19 WE 8-11 | B230 | 6.0 | $ 495.00 | $ 2,970.00 |
| 08/14/24 | KN | Client update call (0.3); Follow up on model distribution to prospective lenders (0.3) | B110 | 0.6 | $ 595.00 | $ 357.00 |
| 08/15/24 | KPC | Forbes FA update call (0.5); FTI Weekly Call (0.5); Focus Weekly Call (1.0); Status Hearing (0.3), Cargill Model review (1.3); Forbes TCW (0.5); BBR Review (0.3); April Financial Strength Monitor - prepare reporting, review, finalize (1.7) | B110 | 6.1 | $ 495.00 | $ 3,019.50 |
| 08/15/24 | KN | Forbes FA call (0.5); FTI call (0.5); Focus call (1.0); Status hearing (0.3); Cargill call (1.3); Forbes/TCW call (0.5); Client call (0.3); Review weekly variance reports (1.2); Review April Fin Strength Monitor (0.4); Review appraisals (0.8) | B110 | 6.8 | $ 595.00 | $ 4,046.00 |
| 08/15/24 | NS | Updated BBC weekly comparisons Wk19 | B110 | 0.1 | $ 200.00 | $ 20.00 |
| 08/16/24 | KPC | 5 year model - added Met Paydown analysis (1.3); July MOR Data request (0.1) | B110 | 1.4 | $ 495.00 | $ 693.00 |
| 08/16/24 | KN | Research and follow up on historic milk and cheese prices (0.9); Discuss 5 year model with Kati (0.5) | B110 | 1.4 | $ 595.00 | $ 833.00 |
| 08/19/24 | KPC | Daily internal call (0.4), Focus call re: 5-yr model (1.0); Email Cooper Norman re: Q1 Financials questions, respond to Focus (0.5) | B110 | 1.9 | $ 495.00 | $ 940.50 |
| 08/19/24 | KN | Internal daily call (0.4); Focus call (1.0); Sandton call (0.5) | B110 | 1.9 | $ 595.00 | $ 1,130.50 |
| 08/20/24 | KPC | Daily internal call (0.5); Review May draft financials (1.0), Compare YTD financials vs 5 Year Model (1.4), Distribute appraisals (0.2); Update April Fin. Strength monitor (0.4) | B110 | 3.5 | $ 495.00 | $ 1,732.50 |
| 08/20/24 | KN | Internal daily call (0.5); UCC call (0.5); Kornfeld call (0.5); Review May draft financial stmts (1.1); Review YTD actual accrual results vs. 5 year model (0.7) | B110 | 3.3 | $ 595.00 | $ 1,963.50 |
| 08/21/24 | KPC | July MOR Preparation (4.0); FTI question re: Met / milk checks (0.2); Email Cooper Norman re: CF (0.1) | B110 | 4.3 | $ 495.00 | $ 2,128.50 |
| 08/21/24 | KPC | Weekly Report Wk20 WE 8-18 | B230 | 6.0 | $ 495.00 | $ 2,970.00 |
| 08/21/24 | KN | Review revised May financials (0.4); Review weekly variance reports (0.9) | B110 | 1.3 | $ 595.00 | $ 773.50 |
| 08/22/24 | KPC | Forbes FA update call (0.5); FTI Weekly Call (0.5); Focus Weekly Call (0.7); April Financial Strength Monitor preparation (0.2); Distribute updated April Financials Strength Monitor (0.3); Email client re: upcoming adq. Payments (0.1) | B110 | 2.3 | $ 495.00 | $ 1,138.50 |
| 08/22/24 | KN | Forbes FA call (0.5); FTI call (0.5); Focus call (0.7); Client update call (0.3); | B110 | 2.0 | $ 595.00 | $ 1,190.00 |

**kăn´dər** LLC

*2538 Carrolwood Rd.*
*Naperville, IL 60540*

| Date | Initials | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/23/24 | KN | Internal daily call (0.4); Forbes update (0.7); Conterra update (0.4); Review and call with Cooper Norman on cattle cap rates (1.3) | B110 | 2.8 | $ 595.00 | $ 1,666.00 |
| 08/26/24 | KPC | Armory Weekly call (0.5); CNH Claim review (0.3); July MOR Preparation (4.0); Payroll reconciliation discussions w/ client (1.8); Review May financials (1.2) | B110 | 7.8 | $ 495.00 | $ 3,861.00 |
| 08/26/24 | KN | Armory call (0.5); Review pro fee accrual for financials (0.3); Review final May financials (0.4); Review July MORs (1.9) | B110 | 3.1 | $ 595.00 | $ 1,844.50 |
| 08/27/24 | KPC | Daily internal call (0.4); July MOR Final Preparation & Review (1.5); Weekly BBR Comparisons (1.0); QB Internal Monthly Financials for Comparison (0.5); Review May 2024 draft financials (0.2) | B110 | 3.6 | $ 495.00 | $ 1,782.00 |
| 08/27/24 | KN | Internal daily call (0.4); UCC call (0.7); Client update calls (0.4) | B110 | 1.5 | $ 595.00 | $ 892.50 |
| 08/28/24 | KPC | Weekly Report Wk21 WE 8-25 | B230 | 6.0 | $ 495.00 | $ 2,970.00 |
| 08/28/24 | KN | Client update calls | B110 | 0.5 | $ 595.00 | $ 297.50 |
| 08/29/24 | KPC | Forbes FA update call (0.5); FTI Weekly Call (0.6); Focus Weekly Call (0.8); Forbes call (0.5); Call with client, email with FTI re: DRP (0.3); Distribute May financials (0.2) | B110 | 2.9 | $ 495.00 | $ 1,435.50 |
| 08/29/24 | KN | Forbes FA call (0.5); FTI call (0.6); Focus call (0.8); Forbes call (0.5); Review weekly variance reports (1.3); Review DRP payment schedule (0.3) | B110 | 4.0 | $ 595.00 | $ 2,380.00 |
| 08/30/24 | KPC | Forbes updated (0.7) | B110 | 0.7 | $ 495.00 | $ 346.50 |
| 08/30/24 | KN | Forbes call (0.7); Review Rabo discrepancies on BBC (0.4) | B110 | 1.1 | $ 595.00 | $ 654.50 |
| | | | | 172.4 | *Subtotal Fees:* | $ 90,996.00 |
| | | | | | ***Invoice Total*** | $ 90,996.00 |