Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒  ALL DEBTORS<br><br>☐  Millenkamp Cattle, Inc.<br><br>☐  Idaho Jersey Girls<br><br>☐  East Valley Cattle<br><br>☐  Millenkamp Properties<br><br>☐  Millenkamp Properties II | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

STIPULATION BETWEEN DEBTORS AND PARTIES TO EXTEND EXCLUSIVE SOLICITATION PERIOD AND RESET HEARING – Page 1

| | |
|---|---|
| ☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Chapter 11 Cases |

# STIPULATION BETWEEN DEBTORS AND PARTIES
# TO EXTEND EXCLUSIVE SOLICITATION PERIOD AND RESET HEARING

The Parties noted below, each by and through their counsel of record, hereby stipulate and agree to the following:

1. The Debtors previously obtained an order from this Court, extending the exclusive period for the Debtors to propose a plan to September 30, 2024, and the exclusive period for the Debtors to solicit approval of a plan to November 29, 2024. *See* Docket No. 507.

2. Rabo AgriFinance, LLC ("RAF") previously filed a Motion to Terminate Exclusivity. *See* Docket No. 670 ("RAF's Motion"). A hearing is currently set on December 10, 2024, on RAF's Motion.

3. The Debtors filed a Motion to Extend the Exclusive Solicitation Period, seeking to extend the current November 29, 2024, deadline to March 31, 2025. *See* Docket No. 707 (the "Debtors' Motion"). The Debtors' Motion is currently set for hearing on November 21, 2024.

4. In order to preserve the current exclusive solicitation period pending full review of both pending motions, the parties agree that the court may extend the current exclusive solicitation period deadline from November 29, 2024, to December 13, 2024.

5. The parties further agree that the hearing on the Debtors' Motion may be reset to be heard on December 10, 2024 at 9:00 am (in conjunction with the currently-set cash collateral hearing and hearing on RAF's Motion).

DATED this 13th day of November, 2024.

JOHNSON MAY

*/s/ Matt Christensen*

MATTHEW T. CHRISTENSEN

Attorney for the Debtors

DATED this 13th day of November, 2024.

NORTON ROSE FULBRIGHT

*/s/ Andrew Schoulder (via email)*

ANDREW SCHOULDER

Attorney for Rabo AgriFinance

DATED this 13th day of November, 2024.

ADAMS & REESE, LLP

*/s/ Ron Bingham (via email)*

RON C. BINGHAM

Attorney for MetLife

DATED this 14th day of November, 2024.

KURTZ LAW

*/s/ John Kurtz (via email)*

JOHN F. KURTZ

Attorney for Sandton

DATED this 13th day of November, 2024.

        SPENCER FANE

        */s/ John O'brien (via email)*
        ―――――――――――――――――――
        JOHN O'BRIEN

        Attorney for Conterra

DATED this 14th day of November, 2024.

        O'MELVENY & MYERS LLP

        */s/ Julian Gurule (via email)*
        ―――――――――――――――――――
        JULIAN GURULE

        Attorney for the Unsecured Creditors Committee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| William K. Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | Eclark101@hotmail.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| James Neimeier | jniemeier@mcgrathnorth.com |
| Gabriel L. Olivera | golivera@omm.com |

STIPULATION BETWEEN DEBTORS AND PARTIES TO EXTEND EXCLUSIVE SOLICITATION PERIOD AND RESET HEARING – Page 5

| | |
|---|---|
| Mark B. Perry | mbp@perrylawpc.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Joseph M. Wager | wager@mwsslawyers.com |

Any others as listed on the Court's ECF Notice.


   /s/ Matt Christensen
MATTHEW T. CHRISTENSEN