Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
robert.richards@dentons.com
tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
|---|---|
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

DEBTORS' STATUS REPORT FOR NOVEMBER 2024 OMNIBUS HEARING – Page 1

☐ Millenkamp Family

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

Chapter 11 Cases

**DEBTORS' STATUS REPORT FOR NOVEMBER 2024 OMNIBUS HEARING**

Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), by and through their counsel of record, and pursuant to the Court's Order (Docket No. 194), provides the following status report prior to the November 21, 2024, omnibus status hearing:

1. *The status of administration of the Estates*.

The Debtors continue to operate and generate income. They are current on all reporting requirements (including weekly reporting to the parties and Monthly Operating Reports). The Debtors previously filed a proposed reorganization plan and Disclosure Statement. After discussions with the parties and further developments, the Debtors are in the process of preparing and filing an Amended reorganization plan and related Disclosure Statement, and anticipate filing that plan and statement prior to the end of November.

2. *Any upcoming motions or other relief that the Debtors anticipate seeking*.

The Disclosure Statement was set for hearing on November 21, 2024. Due to the pending changes, the Debtors withdrew that statement and will be filing a new one. There are two pending cash collateral motions which are currently set for evidentiary hearing on December 10 and 11, 2024. The Debtors anticipate that hearing will be contested and evidentiary. Also set for December

10 and 11 is a motion filed by Rabo AgriFinance to terminate the Debtors' exclusivity (Doc. 670) and a motion by the Debtors to extend the exclusivity (Doc. 707)[1].

Currently still set for hearing on the November 21, 2024, hearing date will be the Application for Interim Professional Compensation for Kander, LLC (the Debtor's financial advisor – Doc. 680). No objections to Kander's fee application were made and an order approving the compensation has been prepared. Additionally, the Debtors' filed a Motion for Approval of Amendment to Post-Petition Equipment Lease (Doc. 708) and Motion to Shorten Time (Doc. 709). Those motions are also set for hearing on the November 21, 2024, hearing date. No objections to those motions have been filed.

3. *Any other matters of which the Debtors believe the Court should be aware*.

Based on the pending amended plan and disclosure statement, the Debtors anticipate seeking a hearing for the new Disclosure Statement sometime in January 2025, with a confirmation date to take place in late February or March 2025 (depending on the date of the disclosure statement hearing and the court's available calendar days).

/

/

/

/

/

/

/

---

[1] This latter motion is currently set for the November 21, 2024, hearing. However, there is a pending stipulation and proposed order that extends the exclusivity through December 13, and resets the hearing to be heard at the same time as RAF's motion. *See* Doc.. 723.

DEBTORS' STATUS REPORT FOR NOVEMBER 2024 OMNIBUS HEARING – Page 3

Last, the court previously set several monthly status hearings. The last hearing set by the court is currently scheduled for December 12, 2024, at 1:30pm (telephonic). The Debtors suggest the court reset that December hearing to be on December 10, 2024 at 9:00am (together with the remaining hearings in this matter). Further, the Debtors inquire whether the court would like to set further monthly status hearings in 2025.

DATED this 19th day of November, 2024.

JOHNSON MAY

*/s/ Matt Christensen*
_____
MATTHEW T. CHRISTENSEN
Attorney for the Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.


/s/ Matt Christensen
MATTHEW T. CHRISTENSEN