UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:**<br><br>**MILLENKAMP CATTLE, INC.,**<br><br>Debtor. | Case No. 24-40158-NGH |
| **Filing relates to:**<br><br>☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | **Jointly Administered With Case Nos.:**<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>**Chapter 11 Cases** |

**ORDER SETTING FURTHER PERIODIC TELEPHONIC HEARINGS AND STATUS CONFERENCES**

ORDER AND NOTICE OF HEARING - 1

The Court will conduct telephonic[1] omnibus hearings and status conferences in these chapter 11 cases on:

- Jan. 9 at 1:30 p.m. Mountain Time ("MST");
- Feb. 4 at 9:00 a.m. MST;
- Mar. 6 at 1:30 p.m. MST;
- Apr. 10 at 1:30 p.m. MST;
- May 8 at 1:30 p.m. MST; and
- Jun. 5 at 1:30 MST.

To participate, parties shall call the Court's conferencing phone number at 1-669-254-5252, and enter Meeting ID: 160-5422-0978 or join the call via Zoom with Meeting ID: 160-5422-0978. Parties joining the call via Zoom should ensure that the display name shown on Zoom is their full name and that their camera is turned-off. The parties shall join the call at least ten (10) minutes prior to the start of the hearing. The courtroom deputy will take roll, after which, parties should mute their phones or microphones when not talking.

*(a) Omnibus hearing*

On omnibus hearing dates, the Court will hear motions or applications timely filed under the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules. Notwithstanding the above, the Court will not hear evidentiary matters on these dates and at these times. Parties wishing to set a non-evidentiary matter on an omnibus hearing date must still contact the courtroom deputy to schedule the matter and must provide timely notice to all interested parties in accordance with

---

[1] The Court reserves the right to conduct the omnibus hearings and status conferences in-person. If the Court elects to do so, it will provide interested parties notice of such decision sufficiently in advance of the scheduled date.

ORDER AND NOTICE OF HEARING - 2

applicable rules. Parties wishing to set evidentiary matters must also contact the courtroom deputy to schedule the matter for a separate hearing date.

*(b) Status conference*

For each scheduled omnibus hearing date, the Debtors shall file a status report at least two (2) days before the hearing. The report should describe (i) the status of administration of the estates, (ii) any upcoming motions or other relief that the Debtors anticipate seeking, and (iii) any other matters of which the Debtors believe the Court should be aware.

DATED:  November 20, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

ORDER AND NOTICE OF HEARING - 3