Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Tel/Fax (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
         golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| In re:<br>MILLENKAMP CATTLE, INC.,<br>    Debtors. | Case No. 24-40158-NGH |
|---|---|
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

NOTICE ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 - 1

**NOTICE OF ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION
FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing October 1, 2024 and ending October 31, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtors, and the Official Committee of Unsecured Creditors.

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

Date: November 20, 2024

/s/Bruce A. Anderson
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee
of Unsecured Creditors*

NOTICE ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | eclark@eclarkattorney.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Thomas E. Dvorak | ted@givenspursley.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| David W. Gadd | dwg@magicvalleylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Oren B. Haker | oren.haker@bhlaw.com |
| R. Ron Kerl | ron@cooper-larsen.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalleylaw.com |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Gabriel Luis Olivera | golivera@omm.com |
| Mark Bradford Perry | mbp@perrylawpc.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Joseph Mark Wager | wager@mwsslawyers.com |
| Britta E. Warren | britta.warren@bhlaw.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 20th day of November 2024.

                                                 */s/ Bruce A. Anderson*
                                                 Bruce A. Anderson

**<u>Exhibit A</u>**

Invoice

**Elsaesser Anderson, Chtd.**  **EXHIBIT A**
320 East Neider Suite 102, Coeur d'Alene, ID 83815

**Millenkamp Cattle, Inc. UCC**  **Invoice # 17960**
Attn: Dan Noble and Greg Zematis
Jerome, ID 83338

Invoice Date: 11/18/24
Services Through: 10/31/24

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | 004 - Millenkamp UCC (Professional Services) | | | |
| | | **04 Case Administration: Coordination and compliance activities not specifically covered by another category.** | | | |
| | | **Reporting: Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.** | | | |
| 10/09/24 | BA | Receive and review Debtors' status report #664 (.1). | 0.10 | 400.00 | $40.00 |
| 10/10/24 | BA | Review Amended Schedules #665 (.2). | 0.20 | 400.00 | $80.00 |
| 10/11/24 | BA | Review RABO's objection to Debtors' motion to continue use of cash collateral #670 (.2). | 0.20 | 400.00 | $80.00 |
| | | | Hours | | 0.50 |
| | | | Labor: | | $200.00 |
| | | | Invoice Amount: | | $200.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | 007 (Professional Services) | | | |
| | | **007 - Preparation of employment and fee applications for self or others; motions to establish interim procedures.** | | | |
| 10/02/24 | BA | Draft proposed Order for O'Melveny & Myers' first fee application (.5); memo from and to Nicole Molner re fee application (.1); memo to Matt Kremer regarding hearing (.1); receive and review comments to proposed order and memo to Nicole Molner regarding same (.3); memo to Brett Cahoon regarding reviewing of proposed Order (.1); memo from Brett Cahoon approving form of Order and respond to Nicole Molner (.1); teleconference with Nicole Molner regarding Order (.1); teleconference with Matt Kremer regarding hearing (.1). | 1.40 | 400.00 | $560.00 |
| 10/03/24 | BA | Memo from Nicole Molner regarding Order, add electronic signatures and submit proposed Order (.1). | 0.10 | 400.00 | $40.00 |
| 10/04/24 | BA | Forward email to Nicole Molner with Order as lodged (no charge). | 0.10 | 0.00 | $0.00 |
| 10/09/24 | BA | Receive and review order on O'Melveny Myers' first fee application #660 as entered. | 0.10 | 400.00 | $40.00 |
| 10/16/24 | BA | Memo to Krystal Mikkilineni regarding interim distribution with amount and wire transfer instructions (.2). | 0.20 | 400.00 | $80.00 |
| 10/22/24 | BA | Work on motion for interim disbursement and notice for September 2024 (.5). | 0.50 | 400.00 | $200.00 |
| 10/23/24 | BA | Continued work on motion for interim disbursement. | 0.50 | 400.00 | $200.00 |

Telephone/Fax: (208) 667-2900

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/28/24 | BA | Receive and review Amory Securities motion for interim distribution and notice, file same (.75); file Anderson motion for interim distribution and notice (.2). | 0.95 | 400.00 | $380.00 |
| 10/31/24 | BA | Receive and review O'Melveny & Myers' motion for interim disbursement and notice, make format changes and file same (.7); various memos to and from Gabriel Olivera regarding O'Melveny & Myers' motion for interim distribution (.1). | 0.80 | 400.00 | $320.00 |
| | | | Hours | | 4.65 |
| | | | Labor: | | $1,820.00 |
| | | | Invoice Amount: | | $1,820.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **008 - Review of Fee and Employment Applications (Professional Services)** | | | |
| | | **Fee/Employment Objections: Review of and objections to the employment and fee applications of others.** | | | |
| 10/09/24 | BA | Receive and review Debtors' application to employ special counsel #659 (.1), receive and review Dentons' interim fee application #661 (.2). | 0.30 | 400.00 | $120.00 |
| | | | Hours | | 0.30 |
| | | | Labor: | | $120.00 |
| | | | Invoice Amount: | | $120.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **12 - Plan and Disclosure Statement (Professional Services)** | | | |
| | | **12 - Plan and Disclosure Statement - Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the allowance and objections to allowance of claims.** | | | |
| 10/02/24 | BA | Receive and brief review Plan and Disclosure Statement #640 and 641. | 0.75 | 400.00 | $300.00 |
| | | | Hours | | 0.75 |
| | | | Labor: | | $300.00 |
| | | | Invoice Amount: | | $300.00 |

|  |  |
|---|---|
| Total Hours: | 6.20 |
| Total Labor: | $2,440.00 |
| **Total Invoice Amount:** | **$2,440.00** |
| **Total Amount Due:** | **$2,440.00** |

## Timekeeper Summary

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| Bruce Anderson | 0.10 | @ 0.000 | 0.00 |
| Bruce Anderson | 6.10 | @ 400.000 | 2,440.00 |

Telephone/Fax: (208) 667-2900