# Notice Recipients

District/Off: 0976−8      User: admin      Date Created: 11/21/2024
Case: 24−40158−NGH      Form ID: pdf061      Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Millenkamp Cattle, Inc | 471 North 300 West | Jerome, ID 83338 |
| r | Schuil Ag Real Estate Inc | 5020 W Mineral King Ave | Visalia, CA 93291 |

TOTAL: 2