**Notice Recipients**

| | | |
|---|---|---|
| District/Off: 0976−8 | User: admin | Date Created: 11/21/2024 |
| Case: 24−40158−NGH | Form ID: pdf061 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        Millenkamp Cattle, Inc        471 North 300 West        Jerome, ID 83338
app        Gale W. Harding and Associates        329 W 7th S        Rexburg, ID 83440

TOTAL: 2