UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>　　　　Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

## ORDER APPROVING SUMMIT AG APPRAISAL, INC.'S APPLICATION FOR ALLOWANCE OF FEES AND COSTS

This matter having come before this Court on Summit Ag Appraisal, Inc.'s ("Summit Ag") Application for Allowance of Fees and Costs ("Fee Application") (Docket No. 553) filed by the Debtors in the above captioned chapter 11 cases (the "Cases"). The Court, having reviewed the Fee Application, and after due deliberation and consideration, and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b); that venue of this proceeding and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; that the Fee Application was served on October 17, 2024 to all parties in interest; that due and proper notice was appropriate under the circumstances, and no further notice is necessary; that no objections were filed to the Fee Application; that cause

#4225536

exists to approve the relief requested in the Fee Application to the extent set forth below; and that, upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED as follows:

1. The Fee Application is APPROVED.

2. The total fees incurred by Summit Ag in the amount of $85,000.00 from the Fee Application are hereby approved, and the amount of $85,000.00 is approved to be paid by the Debtors to Summit Ag.

//end of text//

DATED: November 20, 2024



NOAH G. HILLEN

Chief U.S. Bankruptcy Judge

Order submitted by: Tirzah R. Roussell, attorney for the Debtors

Approved as to Form:

/s/ Brett R. Cahoon

Brett R. Cahoon, Office of the United States Trustee