# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−8 | User: admin | Date Created: 11/21/2024 |
| Case: 24−40158−NGH | Form ID: pdf061 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Millenkamp Cattle, Inc | 471 North 300 West | Jerome, ID 83338 |
| app | Summit Ag Appraisal Inc | 995 S 1150 E | Albion, ID 83311 |

TOTAL: 2