**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**ORDER EXTENDING EXCLUSIVE SOLICITATION PERIOD SETTING HEARING ON DEBTORS' MOTION (DOC. 707)**

Having reviewed the Stipulation Between Debtors and Parties Regarding to Extend Exclusive Solicitation Period and Reset Hearing (Docket No. 723) and good cause appearing;

IT IS HEREBY ORDERED that Exclusive Period for the Debtors to solicit ballots on Chapter 11 plans is extended from November 29, 2024 to December 13, 2024.

IT IS FURTHER ORDERED that Debtor's Motion to Extend the Exclusive Solicitation Period (Docket No. 707 – the "Debtors' Motion"), shall be heard on the 10th day of December 2024, at 9:00 a.m. (mountain time), or as soon thereafter as the hearing may be held. This hearing will be an in-person hearing at the United States Courthouse 550 W. Fort Street, Boise ID, 83724. If necessary, the hearing will be continued to the next day, December 11, 2024.

IT IS FURTHER ORDERED that no later than December 3, 2024, parties shall submit briefs, disclose witnesses, and exhibits.  Any prior exhibits can be used at this evidentiary hearing, but the prior exhibits will need to be disclosed in a current exhibit list.  Counsel shall use their previously assigned exhibit numbers and continue numbering consecutively.  Any other parties in interest that have not been assigned exhibits series number shall contact the Court to obtain an exhibit number.  //end of text//

DATED: November 22, 2024



NOAH G. HILLEN

Chief U.S. Bankruptcy Judge