# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

**IN RE:**

**MILLENKAMP CATTLE, INC.,**

Debtor.

**Case No. 24-40158-NGH**

**Filing relates to:**

☒ **ALL DEBTORS**

☐ Millenkamp Cattle, Inc.

☐ Idaho Jersey Girls

☐ East Valley Cattle

☐ Millenkamp Properties

☐ Millenkamp Properties II

☐ Millenkamp Family

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

**Jointly Administered With Case Nos.:**

**24-40159-NGH (Idaho Jersey Girls)**
**24-40160-NGH (East Valley Cattle)**
**24-40161-NGH (Millenkamp Properties)**
**24-40162-NGH (Millenkamp Properties II)**
**24-40163-NGH (Millenkamp Family)**
**24-40164-NGH (Goose Ranch)**
**24-40166-NGH (Black Pine Cattle)**
**24-40167-NGH (Millenkamp Enterprises)**
**24-40165-NGH (Idaho Jersey Girls Jerome Dairy)**

**Chapter 11 Cases**

## ORDER SETTING FURTHER PERIODIC TELEPHONIC HEARINGS AND STATUS CONFERENCES

ORDER AND NOTICE OF HEARING - 1

The Court will conduct telephonic[1] omnibus hearings and status conferences in these chapter 11 cases on:

- Jan. 9 at 1:30 p.m. Mountain Time ("MST");
- Feb. 4 at 9:00 a.m. MST;
- Mar. 6 at 1:30 p.m. MST;
- Apr. 10 at 1:30 p.m. MST;
- May 8 at 1:30 p.m. MST; and
- Jun. 5 at 1:30 MST.

To participate, parties shall call the Court's conferencing phone number at 1-669-254-5252, and enter Meeting ID: 160-5422-0978 or join the call via Zoom with Meeting ID: 160-5422-0978.  Parties joining the call via Zoom should ensure that the display name shown on Zoom is their full name and that their camera is turned-off.  The parties shall join the call at least ten (10) minutes prior to the start of the hearing.  The courtroom deputy will take roll, after which, parties should mute their phones or microphones when not talking.

*(a) Omnibus hearing*

On omnibus hearing dates, the Court will hear motions or applications timely filed under the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules.  Notwithstanding the above, the Court will not hear evidentiary matters on these dates and at these times.  Parties wishing to set a non-evidentiary matter on an omnibus hearing date must still contact the courtroom deputy to schedule the matter and must provide timely notice to all interested parties in accordance with

---

[1] The Court reserves the right to conduct the omnibus hearings and status conferences in-person. If the Court elects to do so, it will provide interested parties notice of such decision sufficiently in advance of the scheduled date.

ORDER AND NOTICE OF HEARING - 2

applicable rules. Parties wishing to set evidentiary matters must also contact the courtroom deputy to schedule the matter for a separate hearing date.

(b) *Status conference*

For each scheduled omnibus hearing date, the Debtors shall file a status report at least two (2) days before the hearing. The report should describe (i) the status of administration of the estates, (ii) any upcoming motions or other relief that the Debtors anticipate seeking, and (iii) any other matters of which the Debtors believe the Court should be aware.

DATED: November 20, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court

District of Idaho

In re:  Case No. 24-40158-NGH

Millenkamp Cattle, Inc  Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8                          User: admin                          Page 1 of 9
Date Rcvd: Nov 20, 2024                  Form ID: pdf035                  Total Noticed: 134

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5338357 | + | A. Scott Jackson Trucking, Inc., c/o Williams Meservy & Larsen, LLP, Post Office Box 168, 153 East Main Street, Jerome, ID 83338-2332 |
| 5339172 | + | AAA Cow Comfort LLC, Po Box 307, Kimberly, ID 83341-0307 |
| 5339357 | + | ABS Global, 1525 River Rd., DeForest, WI 53532-2430 |
| 5352499 | + | ARNOLD MACHINERY COMPANY, 2975 West 2100 South, Salt Lake City, UT 84119-1273 |
| 5345130 | + | Addison Biological Laboratory, INC., 507 North Cleveland St., Fayette, MO 65248-1083 |
| 5341229 | + | Airgas USA, LLC, 110 West 7th St. Suite 1400, Tulsa, OK 74119-1077 |
| 5339859 | + | Alexander K. Reed, 4296 N 2100 E, Filer, ID 83328-5046 |
| 5339174 | + | Amalgamated Sugar, 1951 S Saturn Way, Ste 100, Boise, ID 83709-2924 |
| 5340188 | + | American Calf Products (Golden State Mixing, Inc.), 425 D Street, Turlock, CA 95380-5452 |
| 5336402 | + | Automation Werx, LLC, PO Box 3066, Idaho Falls, ID 83403-3066 |
| 5339552 | + | B & H Farming, an Idaho General Partnership, PO Box 123, Rupert, ID 83350-0123 |
| 5339175 | + | BS R Design Supplies, 198 Locust St S, Twin Falls, ID 83301-7832 |
| 5341673 | + | Blue Cross of Idaho, c/o D Blair Clark, Atty, 967 Parkcenter Blvd #282, Boise, ID 83706-6721 |
| 5341702 | + | Blue Cross of Idaho, c/o D. Blair Clark, Attorney, 967 E. Parkcenter Blvd., #282, Boise, ID 83706-6721 |
| 5339860 | + | Bo Stevenson dba B&A Farms, 1001 S 1900 E, Hazelton, ID 83335-5451 |
| 5345992 | + | Brandy A. Bartholomew, C/O Eric R. Clark, Attorney, P.O. Box 2504, Eagle, ID 83616-9118 |
| 5335094 | + | Bunge Canada, c/o David D. Farrell, THOMPSON COBURN LLP, One US Bank Plaza, Suite 2700, St. Louis, Missouri 63101-1693 |
| 5354690 | + | Burks Tractor Company, Inc., Oren B. Haker, Black Helterline LLP, 805 SW Broadway Suite 1900, Portland, OR 97205-3359 |
| 5350014 | + | CNH Industrial Capital America LLC, Kent Carter/Gordon Rees, One North Franklin, Suite 800, Chicago, IL 60606-3422 |
| 5339520 | + | Christopher Camardello, 1031 Mendota Heights Road, St. Paul, MN 55120-1419 |
| 5339861 | + | Clint D. Thompson, 298 N 200 W, Jerome, ID 83338-5372 |
| 5335499 | + | Coastline Equipment Company, 2000 E Overland Rd, Meridian, ID 83642-6665 |
| 5345020 | + | Connie Lapaseotes, Ltd., c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5339194 | + | Conrad Bishcoff Inc, 2251 N Holmes, PO Box 50106, Idaho Falls, ID 83405-0106 |
| 5338613 | + | Conterra Holdings, LLC dba Conterra Ag Capital as, c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5348879 | + | Daimler Truck Financial Services USA LLC, c/o Randall P. Mroczynski, Cooksey, Toolen, Gage, Duffy & Woog, 535 Anton Boulevard, Suite 1000, Costa Mesa, CA 92626-7664 |
| 5339521 | + | Dairy Tech, LLC, 1031 Mendota Heights Road, St. Paul, MN 55120-1419 |
| 5340867 | | David Clark, Clark Ambulatory Clinic, Inc., 1019 E 1020 S, Albion, ID 83311 |
| 5339862 | + | Douglas J. Grant, 2050 E 500 S, Hazelton, ID 83335-5006 |
| 5339863 | + | Dusty Brow Farms, Inc., 2601 E 1100 S, Hazelton, ID 83335-5623 |
| 5354704 | + | East Valley Development, LLC, c/o Adam Lewis, Esq., Morrison & Foerster LLP, 425 Market St., San Francisco CA 94105-2482 |
| 5339864 | + | Edward Chojnacky, 298 N 100 W, Jerome, ID 83338-5406 |
| 5336403 | + | Electrical Werx & Construction, LLC, PO Box 3066, Idaho Falls, ID 83403-3066 |
| 5336173 | + | Elevation Electric, LLC, 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5339196 | + | Eric Clark, Clark Associates, PO Box 2504, Eagle, ID 83616-9118 |
| 5339197 | + | Evans Plumbing, 111 Gulf Stream Lane, Hailey, ID 83333-7725 |
| 5339591 | + | Farmers Bank, PO Box 392, Buhl, ID 83316-0392 |
| 5345021 | + | Fredin Brothers, Inc., c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5339865 | + | Grant & Hagan, Inc., P.O. Box 326, Hazelton, ID 83335-0326 |
| 5339866 | + | Grant 4-D Farms LLC, 707 E 600 N, Rupert, ID 83350-9466 |
| 5345661 | + | Green Source Automation, LLC, 3506 Moore Road, Ceres, CA 95307-9402 |
| 5339198 | + | Hatfield Manufacturing Inc, 1823 Shoestring Rd, Gooding, ID 83330-5361 |
| 5353585 | + | Heeringa Construction LLC, 18521 E Queen Creek Rd, #105-481, Queen Creek, AZ 85142-5864 |
| 5339867 | + | Hollifield Ranches, Inc., 22866 Highway 30, Hansen, ID 83334-5028 |
| 5339199 | + | Idaho Dept of Lands, PO Box 83720, Boise, ID 83720-0003 |

| | | |
|---|---|---|
| 5354954 | + | Idaho Materials & Construction, c/o Miller Nash LLP, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| 5339765 | + | Interstate Billing Service, Inc, PO box 2250, Decatur, AL 35609-2250 |
| 5345295 | + | J&C Hoof Trimming Inc., 3690 N 2570 E, Twin Falls, ID 83301-1004 |
| 5345360 | + | J.D. Heiskell Holdings, LLC, 17220 Wright St, Ste 200, Omaha, NE 68130-4667 |
| 5339201 | + | Jake Millenkamp, 1719 River Road, Buhl, ID 83316-5302 |
| 5349577 | + | James Farrell & CO, 13810 SE Eastgate Way, Suite 520, Bellevue, WA 98005-4467 |
| 5339868 | + | Jean L. Thompson, 255 N 250 W, Jerome, ID 83338-5363 |
| 5339202 | | Jeffrey E. Rolig, PO Box 5455, Twin Falls, ID 83303-5455 |
| 5345787 | | Jeffrey J. Grieve, P.O. Box 366, Twin Falls, ID 83303-0366 |
| 5339204 | + | K R Rental Inc, 256 A South 600 W, Heyburn, ID 83336-9750 |
| 5339205 | + | Keith D. and Janet Carlson, 3866 E 3800 N, Hansen, ID 83334-5012 |
| 5345788 | | Kenworth Sales Company, Inc., c/o Benoit Law, P.O. Box 366, Twin Falls, ID 83303-0366, , |
| 5339206 | + | Kinghorn Medical LLC, 248 S Cole Rd, Boise, ID 83709-0934 |
| 5345508 | + | Kraus Farms, LLC, 165 South 400 West, Rupert, ID 83350-9672, , |
| 5339541 | + | Land View, Inc., c/o Gery W. Edson, P.O. Box 448, Boise, ID 83701-0448 |
| 5350983 | + | Merck Animal Health, Attn: Legal Dept-Animal Health, 126 East Lincoln Avenue, Po Box 2000, Rahway, NJ 07065-0900 |
| 5349667 | + | MetLife Real Estate Lending, LLC, c/o Ron C. Bingham, II, Esq., Adams and Reese LLP, 3424 Peachtree Road, NE, Suite 1600, Atlanta, Georgia 30326-1139 |
| 5349670 | + | Metropolitan Life Insurance Company, a New York Co, c/o Ron C. Bingham, II, Esq., Adams and Reese LLP, 3424 Peachtree Road, NE, Suite 1600, Atlanta, Georgia 30326-1139 |
| 5339870 | + | Michael Chojnacky, 51 W 600 N, Jerome, ID 83338-5016 |
| 5369598 | + | Milner Hay, 1154 W 200 S, Murtaugh, ID 83344-5388 |
| 5345659 | + | Moss Grain Partnership, 301 Scott Ave. Suite 4, Rupert, ID 83350-5100 |
| 5341333 | + | NAPA Auto Parts, P.O. Box 1425, Twin Falls, ID 83303-1425 |
| 5354689 | + | Oren B. Haker, Black Helterline LLP, 805 SW Broadway Suite 1900, Portland, OR 97205-3359 |
| 5339207 | + | Overhead Door, 489 S. Locust, Twin Falls, ID 83301-7849 |
| 5344741 | + | PTG of Idaho, LLC, c/o Holland N. O'Neil, Foley & Lardner L, 2021 McKinney Avenue, Ste. 1600, Dallas, TX 75201-3340 |
| 5339208 | + | Pan American Life Insurance, 1778 N Plano Rd, Ste 310, Richardson, TX 75081-1958 |
| 5342126 | + | PerforMix Nutrition Systems, 2201 N 20th Street, Nampa, ID 83687-6849 |
| 5339209 | + | Pivot Man Inc, Robin Jones, PO Box 355, Paul, ID 83347-0355 |
| 5345022 | + | Prime Ridge Beef LLC, c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5356686 | + | Pro Rentals & Sales, PO Box 5450, C12, Kalispell, MT 59903-5450 |
| 5339210 | + | Pro Tech Service Company, 1550 Kimberly Rd, Twin Falls, ID 83301-7341 |
| 5346177 | + | Progressive Dairy Service & Supplies Corp., 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5336174 | + | Progressive Dairy Service & Supply Corp., 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5345667 | | Rabo AgriFinance LLC, as Administrative Agent, c/o Sheila Schwager, Hawley Troxell Ennis & Hawley, LLP, P.O. Box 1617, Boise, ID 83701-1617 |
| 5346019 | + | Rexel USA, Inc dba Platt Electric Supply, 827 E. Park Blvd, Ste. 201, Boise, Idaho 83712-7782 |
| 5339211 | + | Roark Law Offices, 950 Bannock St., 11th Fl., Boise, ID 83702-5999 |
| 5343428 | + | Rocky Mountain Agronomics, 1912 West Main Street, Burley, ID 83318-1611 |
| 5336660 | | Rogers Machinery Company, Inc., PO Box 230429, Portland, OR 97281-0429 |
| 5339212 | + | Schmidt Cattle Hauling, 848 E 3400 N, Castleford, ID 83321-6422 |
| 5339213 | + | Schow's Truck Center, PO Box 2208, Decatur, AL 35609-2208 |
| 5345789 | | Sheila R. Schwager, Hawley Troxell ennis & Hawley LLP, P.O. Box 1617, Boise, ID 83701-1617 |
| 5339214 | + | Six States Distributors Inc, 29787 Network Place, Chicago, IL 60673-1297 |
| 5339215 | + | SprinklerShop Inc, PO Box 599, Paul, ID 83347-0599 |
| 5345131 | + | St. Genetics, Inguran USA, INC., 22575 State Hwy 6 South, Navasota, TX 77868-8297 |
| 5339872 | + | Standing 16 Ranch Land Company, LLC, 335 W 300 N, Jerome, ID 83338-5217 |
| 5339876 | + | Standlee Ag Resources, c/o Miller Nash, LLP, Attn: Louis Spiker, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| 5339873 | + | Star Falls Farms, LLC, 1908 E 1300 S, Hazelton, ID 83335-5428 |
| 5339874 | + | Steel Ranch LLC, 2597 E 1100 S, Hazelton, ID 83335-5621 |
| 5354401 | + | Steven R. Hogan II, 409 S. 17th Street #500, Omaha, NE 68102-2603 |
| 5339216 | + | Stotz Equipment, 2670 Kimberly Rd E, Twin Falls, ID 83301-7984 |
| 5354402 | + | The Dairy Solutions Group, 409 S. 17th Street #500, Omaha, NE 68102-2603 |
| 5342832 | + | The Sprinkler Shop, P.O. Box 599, Paul, ID 83347-0599 |
| 5339875 | + | Triple C Farms, LLC, 474 S 500 W, Jerome, ID 83338-6027 |
| 5347829 | + | Valley Wide Cooperative Inc., c/o David W. Gadd, Stover, Gadd & Associates, PLLC, P.O. Box 1428, Twin Falls, Idaho 83303-1428 |
| 5347503 | + | Viserion Grain LLC, 385 Broadway St, Boulder, CO 80305-3303 |
| 5339554 | + | Viterra USA Grain, LLC, 1331 Capitol Ave., Omaha, NE 68102-1197 |
| 5339553 | + | Viterra USA Ingredients, LLC, 1331 Capitol Ave., Omaha, NE 68102-1197 |
| 5338166 | + | Wag Services, Inc., 8121 W HARRISON ST, Tolleson, AZ 85353-3328, , |
| 5339217 | + | Wendell Truck and Auto, PO Box 213, 356 S Idaho St, Wendell, ID 83355-5209 |
| 5339218 | + | Western Construction Inc, PO Box 15569, Boise, ID 83715-5569 |

| District/off: 0976-8 | User: admin | Page 3 of 9 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: pdf035 | Total Noticed: 134 |

| | | |
|---|---|---|
| 5335378 | + | Westway Feed, BARR Credit Services, 3444 N Country Club Rd, Ste 200, Tucson, AZ 85716-0815 |
| 5341725 | + | Wilbur-Ellis Nutrition, LLC, c/o Matthew A. Sturzen, PO Box 2247, Salem, OR 97308-2247 |
| 5338356 | + | Williams, Meservy & Larsen, Post Office Box 168, 153 East Main Street, Jerome, ID 83338-2332 |
| 5342349 | + | Young CDJR of Burley, LLC, PO Box 1530, Layton, UT 84041-6553 |
| 5336406 | + | Youree Land & Livestock Inc., 3953 North 3300 East, Twin Falls, ID 83301-0348 |

TOTAL: 110

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5339173 | ^ | MEBN | Nov 20 2024 23:21:46 | Airgas USA LLC, PO Box 734445, Chicago, IL 60673-4445 |
| 5342707 | | Email/PDF: bncnotices@becket-lee.com | Nov 21 2024 02:18:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5345658 | | Email/Text: tnelson@gibbygroup.com | Nov 21 2024 00:17:00 | Carne I Corp., 134 E. Highway 81, Burley, ID 83318 |
| 5335227 | | Email/Text: bankruptcylegal@lumen.com | Nov 21 2024 00:17:00 | CenturyTel Service Group, LLC dba CenturyLink, Lumen Technologies Group, 931 14th Street, 9th Floor (Attn: Legal-, Denver, CO 80202 |
| 5339191 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2024 00:00:25 | Capitol One, PO Box 60599, City of Industry, CA 91716-0599 |
| 5344923 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 21 2024 00:17:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 5339192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 20 2024 23:44:17 | Citi Cards, PO Box 78019, Phoenix, AZ 85062-8019 |
| 5339193 | | Email/Text: fnrobinson@coloniallife.com | Nov 21 2024 00:17:00 | Colonial Life, Processing Center, PO Box 1365, Columbia, SC 29202-1365 |
| 5339195 | + | Email/Text: marlene@daritech.com | Nov 21 2024 00:26:00 | Daritech, 8540 Benson Rd, Lynden, WA 98264-9711 |
| 5345915 | + | Email/Text: legal@fastenal.com | Nov 21 2024 00:17:00 | Fastenal Company, 2001 Theurer Blvd., ATTN: LEGAL, Winona, MN 55987-9902 |
| 5336661 | | Email/Text: sandy.gjv@gmail.com | Nov 21 2024 00:17:00 | G.J. Verti-Line Pumps, Inc., PO Box 892, Twin Falls, ID 83303-0892 |
| 5339200 | | Email/Text: tnelson@gibbygroup.com | Nov 21 2024 00:17:00 | Innovative Food SolutionsUSA, Attn: Jordan Bowen, 134 E. Highway 81, Burley, ID 83318 |
| 5340509 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 21 2024 00:17:00 | IRS, Centralized Insolvency Oper., PO Box 7346, Philadelphia, PA 19101-7346 |
| 5339526 | + | Email/Text: bankruptcynotices@tax.idaho.gov | Nov 21 2024 00:17:00 | Idaho State Tax Commission, PO Box 36, Boise, ID 83722-0036 |
| 5339527 | + | Email/Text: BKRMailOps@weltman.com | Nov 21 2024 00:17:00 | JOHN DEERE FINANCIAL, c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5339203 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 21 2024 00:24:08 | JP Morgan Chase, PO Box 6294, Carol Stream, IL 60197 |
| 5338039 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 21 2024 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5339016 | + | Email/Text: BKRMailOps@weltman.com | Nov 21 2024 00:17:00 | John Deere Construction and Forestry Company, c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5339015 | + | Email/Text: BKRMailOps@weltman.com | Nov 21 2024 00:17:00 | John Deere Financial, f.s.b., c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |

Case 24-40158-NGH    Doc 735    Filed 11/22/24    Entered 11/22/24 22:28:02    Desc
Imaged Certificate of Notice    Page 7 of 12

| District/off: 0976-8 | User: admin | Page 4 of 9 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: pdf035 | Total Noticed: 134 |

| 5345606 | + Email/Text: ZyCredit.A.User@lesschwab.com | Nov 21 2024 00:26:00 | LES SCHWAB TIRE CENTERS OF IDAHO, LLC, PO BOX 5350, BEND, OR 97708-5350 |
|---|---|---|---|
| 5335058 | + Email/Text: thomas.riggleman@staples.com | Nov 21 2024 00:17:00 | Quill Corporation, PO Box 102419, Columbia, SC 29224-2419 |
| 5342352 | Email/Text: accounting@schaefferoil.com | Nov 21 2024 00:17:00 | Schaeffer Manufacturing Company, c/o Denis McCarthy, 2600 S Broadway, St. Louis, MO 63118 |
| 5336530 | + Email/Text: creditdept@agmotion.com | Nov 21 2024 00:26:00 | US Commodities, LLC, 730 Second Avenue S. Suite 700, Minneapolis, MN 55402-2480, , |
| 5342351 | + Email/Text: arbankruptcy@uline.com | Nov 21 2024 00:26:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5339219 | | #3924637 |
| 5338201 | | A K Trucking1897 E 990 S Hazelton, ID 83335, A. Scott Jackson TruckingPO Box 56 Jerom, A. Scott JacksonTrucking Inc PO Box 56 J, ABS Global Inc Box 22144 Network Place C, Addison Biological Lab 507 N Cleveland S, Aden Brook Trading CorpPO Box 217 Montgo |
| 5337874 | | Badger Bearing PTP, Inc |
| 5350001 | | MWI Veterinary Supply |
| 5334742 | | NameAddress1Address2Address3CityStateZip, 116 & West805 W Idaho StSte 300Boise, 2020 Window ServicePO Box 6056Twin F, A & K Trucking1897 E 990 SHazeltonI, A. Scott Jackson TruckingPO Box 56Je, A. Scott JacksonTrucking IncPO Box 56 |
| 5346022 | | Rexel USA, Inc. dba Platt Electric Supply |
| 5345729 | *+ | Amalgamated Sugar Company, 1951 S. Saturn Way, Suite 100, Boise, ID 83709-2924 |
| 5345775 | *+ | Amalgamated Sugar Company, 1951 S. Saturn Way, Suite 100, Boise, ID 83709-2924 |
| 5342727 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5338938 | *+ | Conterra Holdings, LLC dba Conterra Ag Capital as, c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5338040 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5354657 | *+ | Viserion Grain, LLC, 385 Broadway Street, Boulder, CO 80305-3303 |

TOTAL: 6 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Aiken Lewis | |

| District/off: 0976-8 | User: admin | Page 5 of 9 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: pdf035 | Total Noticed: 134 |

on behalf of Creditor East Valley Development LLC alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com

Alexandra O Caval
 on behalf of Interested Party William Millenkamp alex@cavallawoffice.com R71985@notify.bestcase.com

Andrew J. Schoulder
 on behalf of Creditor Rabo AgriFinance LLC andrew.schoulder@nortonrosefulbright.com nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com

Brent Russel Wilson
 on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com mreinhart@hawleytroxell.com

Brett R Cahoon
 on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov

Brian Faria
 on behalf of Creditor Viserion Grain LLC brian@sawtoothlaw.com

Britta E Warren
 on behalf of Defendant Burks Tractor Company Inc. britta.warren@bhlaw.com

Britta E Warren
 on behalf of Creditor Burks Tractor Company Inc. britta.warren@bhlaw.com

Bruce A. Anderson
 on behalf of Creditor Committee Bruce A. Anderson baafiling@eaidaho.com

Cheryl Rambo
 on behalf of Creditor Idaho State Brand Department cheryl.rambo@isp.idaho.gov

Connor Bray Edlund
 on behalf of Creditor McAlvain Concrete Inc. edlund@mwsslawyers.com, lemieux@mwsslawyers.com

D Blair Clark
 on behalf of Creditor Blue Cross of Idaho Health Service Inc dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com

Daniel C Green
 on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net

Daniel C Green
 on behalf of Interested Party Idaho AgCredit dan@racineolson.com mcl@racinelaw.net

David A Coleman
 on behalf of Creditor c/o David A. Coleman Youree Land & Livestock Inc. david@colemanjacobsonlaw.com

David A Coleman
 on behalf of Creditor Eagle Creek Northwest LLC david@colemanjacobsonlaw.com

David A Coleman
 on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com

David T Krueck
 on behalf of Creditor Amalgamated Sugar Company dkrueck@hawleytroxell.com jdeshaw@perkinscoie.com;docketboi@perkinscoie.com

David W. Gadd
 on behalf of Creditor Valley Wide Cooperative Inc. dwg@magicvalleylaw.com jfb@magicvalleylaw.com

Eric R Clark
 on behalf of Creditor Brandy Ann Bartholomew eclark101@hotmail.com eclark@ericrclarkattorney.com

Eric R Clark
 on behalf of Creditor Brandy Bartholomew eclark101@hotmail.com eclark@ericrclarkattorney.com

Evan Thomas Roth
 on behalf of Creditor Viserion Grain LLC evan@sawtoothlaw.com

Gabriel Luis Olivera
 on behalf of Creditor Official Committee Of Unsecured Creditors golivera@omm.com gabriel-olivera-3960@ecf.pacerpro.com

Gery W Edson
 on behalf of Creditor Land View Inc. gedson@gedson.com, tfurey@gedson.com

Heidi Buck Morrison
 on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC heidi@racineolson.com, mandy@racineolson.com

Holly Roark
 on behalf of Creditor Elevation Electric LLC holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

| District/off: 0976-8 | User: admin | Page 6 of 9 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: pdf035 | Total Noticed: 134 |

Holly Roark
    on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

James Niemeier
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com

James Justin May
    on behalf of Debtor Millenkamp Cattle  Inc jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Janine Patrice Reynard
    on behalf of Creditor East Valley Development  LLC janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Jason Ronald Naess
    on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov

Jed W. Manwaring
    on behalf of Creditor MWI Veterinarian Supply  Inc. jwm@elamburke.com, jh@elamburke.com

John O'Brien
    on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

John D Munding
    on behalf of Creditor PerforMix Nutrition Systems  LLC john@mundinglaw.com

John F Kurtz, Jr
    on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com  tnd@kurtzlawllc.com

Jon B Evans
    on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com  sattler.carla@dorsey.com

Joseph Mark Wager, Jr.
    on behalf of Creditor Rexel USA  Inc dba Platt Electric Supply wager@mwsslawyers.com, wstewart@mwsslawyers.com;seannegan@sneganlaw.com;reception@mwsslawyers.com

Julian Gurule
    on behalf of Creditor Official Committee Of Unsecured Creditors jgurule@omm.com  julian-gurule-5732@ecf.pacerpro.com

Karyn Lloyd
    on behalf of Creditor CNH Industrial Capital America LLC klloyd@grsm.com

Kim J Trout
    on behalf of Creditor Rocky Mountain Agronomics  Inc. ktrout@trout-law.com

Kimbell D Gourley
    on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com  shudson@idalaw.com

Kimbell D Gourley
    on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com  shudson@idalaw.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Cattle  Inc krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Black Pine Cattle LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Family LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Financial Advisor Kander  LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Attorney Krystal R Mikkilineni krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Enterprises LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Properties  L.L.C. krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Idaho Jersey Girls LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Goose Ranch LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

| District/off: 0976-8 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: pdf035 | Total Noticed: 134 |

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Properties II LLC krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor East Valley Cattle LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Laura E Burri
    on behalf of Creditor Automation Werx LLC lburri@morrowfischer.com, klee@morrowfischer.com

Louis V. Spiker
    on behalf of Creditor Standlee Ag Resources louis.spiker@millernash.com louis.spiker@millernash.com

Mark Bradford Perry
    on behalf of Creditor Burks Tractor Company Inc. mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com

Mark Bradford Perry
    on behalf of Defendant Burks Tractor Company Inc. mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com

Matthew Kremer
    on behalf of Creditor Official Committee Of Unsecured Creditors mkremer@omm.com matthew-kremer-0858@ecf.pacerpro.com

Matthew A Sturzen
    on behalf of Creditor Wilbur-Ellis Company LLC matt@shermlaw.com bjorn@shermlaw.com;gina@shermlaw.com

Matthew T. Christensen
    on behalf of Debtor East Valley Cattle LLC mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Idaho Jersey Girls LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Enterprises LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Black Pine Cattle LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Family LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Goose Ranch LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Cattle Inc mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Properties II LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Properties L.L.C. mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Attorney Matthew T. Christensen mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew W Grimshaw
    on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com

District/off: 0976-8 | User: admin | Page 8 of 9
Date Rcvd: Nov 20, 2024 | Form ID: pdf035 | Total Noticed: 134

Meredith Leigh Thielbahr
    on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com ckaiser@grsm.com

Miranda K. Russell
    on behalf of Creditor East Valley Development LLC mrussell@mofo.com

Morton R. Branzburg
    on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com

Oren B. Haker
    on behalf of Creditor Burks Tractor Company Inc. oren.haker@bhlaw.com

Oren B. Haker
    on behalf of Defendant Burks Tractor Company Inc. oren.haker@bhlaw.com

R Ron Kerl
    on behalf of Plaintiff Rabo AgriFinance LLC Ron@cooper-larsen.com connie@cooper-larsen.com

Rhett Michael Miller
    on behalf of Creditor Moss Farms Operations LLC rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor United Electric Co-op Inc. rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Raft River Rural Electric Cooperative Inc. rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Moss Grain Partnership rmiller@magicvalley.law

Robert A Faucher
    on behalf of Interested Party Glanbia Foods Inc rfaucher@hollandhart.com
    boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Robert E Richards
    on behalf of Debtor Millenkamp Cattle Inc robert.richards@dentons.com, docket.general.lit.chi@dentons.com

Scott C Powers
    on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mwatson@spencerfane.com

Sheila Rae Schwager
    on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com
    jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com

Thomas E Dvorak
    on behalf of Special Counsel Givens Pursley LLP ted@givenspursley.com s274@givenspursley.com;kad@givenspursley.com

Thomas E Dvorak
    on behalf of Debtor Millenkamp Cattle Inc ted@givenspursley.com, s274@givenspursley.com;kad@givenspursley.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Properties L.L.C. tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Cattle Inc tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Enterprises LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Idaho Jersey Girls LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Properties II LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Black Pine Cattle LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Realtor Schuil Ag Real Estate Inc tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Family LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor East Valley Cattle LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC tirzah.roussell@dentons.com

Tirzah R. Roussell

| District/off: 0976-8 | User: admin | Page 9 of 9 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: pdf035 | Total Noticed: 134 |

                on behalf of Debtor Goose Ranch LLC tirzah.roussell@dentons.com

Tirzah R. Roussell

                on behalf of Attorney Krystal R Mikkilineni tirzah.roussell@dentons.com

Tirzah R. Roussell

                on behalf of Appraiser Gale W. Harding and Associates tirzah.roussell@dentons.com

US Trustee

                ustp.region18.bs.ecf@usdoj.gov

William K Carter

                on behalf of Creditor CNH Industrial Capital America LLC kentcarter@grsm.com

Zachary Fairlie

                on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com

TOTAL: 104