UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re:

MILLENKAMP CATTLE, INC.,

Debtors.

Case No. 24-40158-NGH

Filing relates to:
☒ ALL DEBTORS
☐ Millenkamp Cattle, Inc.
☐ Idaho Jersey Girls
☐ East Valley Cattle
☐ Millenkamp Properties
☐ Millenkamp Properties II
☐ Millenkamp Family
☐ Goose Ranch
☐ Black Pine Cattle
☐ Millenkamp Enterprises
☐ Idaho Jersey Girls Jerome Dairy

Jointly Administered With
Case Nos.:

24-40159-NGH (Idaho Jersey Girls)
24-40160-NGH (East Valley Cattle)
24-40161-NGH (Millenkamp Properties)
24-40162-NGH (Millenkamp Properties II)
24-40163-NGH (Millenkamp Family)
24-40164-NGH (Goose Ranch)
24-40166-NGH (Black Pine Cattle)
24-40167-NGH (Millenkamp Enterprises)
24-40165-NGH (Idaho Jersey Girls Jerome Dairy)

## ORDER APPROVING SCHUIL AG REAL ESTATE, INC.'S APPLICATION FOR ALLOWANCE OF FEES AND COSTS

This matter having come before this Court on Schuil Ag Real Estate, Inc.'s ("Schuil") Application for Allowance of Fees and Costs ("Fee Application") (Docket No. 482) filed by the Debtors in the above captioned chapter 11 cases (the "Cases"). The Court, having reviewed the Fee Application, and after due deliberation and consideration, and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b); that venue of this proceeding and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; that the Fee Application was served on October 17, 2024 to all parties in interest; that due and proper notice was appropriate under the circumstances, and no further notice is necessary; that no objections were filed to the Fee Application; that cause

#4225856

exists to approve the relief requested in the Fee Application to the extent set forth below; and that, upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED as follows:

1. The Fee Application is APPROVED.

   The total fees incurred by Schuil in the amount of $19,287.50 from the Fee Application are hereby approved, and the amount of $19,287.50 is approved to be paid by the Debtors to Schuil. //end of text//

DATED: November 20, 2024



_____

NOAH G. HILLEN

Chief U.S. Bankruptcy Judge

Order submitted by: Tirzah R. Roussell, attorney for the Debtors

Approved as to Form:

*/s/ Brett R. Cahoon*

Brett R. Cahoon, Office of the United States Trustee

United States Bankruptcy Court
District of Idaho

In re:  Case No. 24-40158-NGH
Millenkamp Cattle, Inc  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8     User: admin     Page 1 of 6
Date Rcvd: Nov 21, 2024     Form ID: pdf061     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |
| r | + | Schuil Ag Real Estate Inc, 5020 W Mineral King Ave, Visalia, CA 93291-5364 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Aiken Lewis | on behalf of Creditor East Valley Development LLC alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com |
| Alexandra O Caval | on behalf of Interested Party William Millenkamp alex@cavallawoffice.com R71985@notify.bestcase.com |
| Andrew J. Schoulder | on behalf of Creditor Rabo AgriFinance LLC andrew.schoulder@nortonrosefulbright.com nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com |
| Brent Russel Wilson | on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com mreinhart@hawleytroxell.com |
| Brett R Cahoon | on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 2 of 6 |
| Date Rcvd: Nov 21, 2024 | Form ID: pdf061 | Total Noticed: 2 |

Brian Faria
    on behalf of Creditor Viserion Grain  LLC brian@sawtoothlaw.com

Britta E Warren
    on behalf of Defendant Burks Tractor Company  Inc. britta.warren@bhlaw.com

Britta E Warren
    on behalf of Creditor Burks Tractor Company  Inc. britta.warren@bhlaw.com

Bruce A. Anderson
    on behalf of Creditor Committee Bruce A. Anderson baafiling@eaidaho.com

Cheryl Rambo
    on behalf of Creditor Idaho State Brand Department cheryl.rambo@isp.idaho.gov

Connor Bray Edlund
    on behalf of Creditor McAlvain Concrete  Inc. edlund@mwsslawyers.com, lemieux@mwsslawyers.com

D Blair Clark
    on behalf of Creditor Blue Cross of Idaho Health Service  Inc dbc@dbclarklaw.com,
    mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com

Daniel C Green
    on behalf of Interested Party Idaho AgCredit dan@racineolson.com  mcl@racinelaw.net

Daniel C Green
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net

David A Coleman
    on behalf of Creditor c/o David A. Coleman Youree Land & Livestock  Inc. david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor Eagle Creek Northwest LLC david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com

David T Krueck
    on behalf of Creditor Amalgamated Sugar Company dkrueck@hawleytroxell.com
    jdeshaw@perkinscoie.com;docketboi@perkinscoie.com

David W. Gadd
    on behalf of Creditor Valley Wide Cooperative Inc. dwg@magicvalleylaw.com  jfb@magicvalleylaw.com

Eric R Clark
    on behalf of Creditor Brandy Ann Bartholomew eclark101@hotmail.com  eclark@ericrclarkattorney.com

Eric R Clark
    on behalf of Creditor Brandy Bartholomew eclark101@hotmail.com  eclark@ericrclarkattorney.com

Evan Thomas Roth
    on behalf of Creditor Viserion Grain  LLC evan@sawtoothlaw.com

Gabriel Luis Olivera
    on behalf of Creditor Official Committee Of Unsecured Creditors golivera@omm.com  gabriel-olivera-3960@ecf.pacerpro.com

Gery W Edson
    on behalf of Creditor Land View  Inc. gedson@gedson.com, tfurey@gedson.com

Heidi Buck Morrison
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC heidi@racineolson.com,
    mandy@racineolson.com

Holly Roark
    on behalf of Creditor Elevation Electric  LLC holly@roarklawboise.com,
    courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Holly Roark
    on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com
    courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

James Niemeier
    on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com

James Justin May
    on behalf of Debtor Millenkamp Cattle  Inc jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Janine Patrice Reynard
    on behalf of Creditor East Valley Development  LLC janine@averylaw.net,
    averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Jason Ronald Naess

Case 24-40158-NGH    Doc 736    Filed 11/23/24    Entered 11/23/24 22:25:07    Desc
Imaged Certificate of Notice    Page 5 of 8

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 3 of 6 |
| Date Rcvd: Nov 21, 2024 | Form ID: pdf061 | Total Noticed: 2 |

on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov

Jed W. Manwaring

on behalf of Creditor MWI Veterinarian Supply  Inc. jwm@elamburke.com, jh@elamburke.com

John O'Brien

on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

John D Munding

on behalf of Creditor PerforMix Nutrition Systems  LLC john@mundinglaw.com

John F Kurtz, Jr

on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com  tnd@kurtzlawllc.com

Jon B Evans

on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com  sattler.carla@dorsey.com

Joseph Mark Wager, Jr.

on behalf of Creditor Rexel USA  Inc dba Platt Electric Supply wager@mwsslawyers.com, wstewart@mwsslawyers.com;seannegan@sneganlaw.com;reception@mwsslawyers.com

Julian Gurule

on behalf of Creditor Official Committee Of Unsecured Creditors jgurule@omm.com  julian-gurule-5732@ecf.pacerpro.com

Karyn Lloyd

on behalf of Creditor CNH Industrial Capital America LLC klloyd@grsm.com

Kim J Trout

on behalf of Creditor Rocky Mountain Agronomics  Inc. ktrout@trout-law.com

Kimbell D Gourley

on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com  shudson@idalaw.com

Kimbell D Gourley

on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com  shudson@idalaw.com

Krystal R. Mikkilineni

on behalf of Financial Advisor Kander  LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni

on behalf of Attorney Krystal R Mikkilineni krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni

on behalf of Debtor Millenkamp Cattle  Inc krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni

on behalf of Debtor Millenkamp Enterprises LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni

on behalf of Debtor Millenkamp Properties  L.L.C. krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni

on behalf of Debtor Idaho Jersey Girls LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni

on behalf of Debtor Black Pine Cattle LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni

on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni

on behalf of Debtor Goose Ranch LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni

on behalf of Debtor Millenkamp Properties II LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni

on behalf of Debtor Millenkamp Family LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni

on behalf of Debtor East Valley Cattle  LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Laura E Burri

on behalf of Creditor Automation Werx  LLC lburri@morrowfischer.com, klee@morrowfischer.com

Louis V. Spiker

on behalf of Creditor Standlee Ag Resources louis.spiker@millernash.com  louis.spiker@millernash.com

Mark Bradford Perry

on behalf of Creditor Burks Tractor Company  Inc. mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 4 of 6 |
| Date Rcvd: Nov 21, 2024 | Form ID: pdf061 | Total Noticed: 2 |

Mark Bradford Perry
on behalf of Defendant Burks Tractor Company Inc. mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com

Matthew Kremer
on behalf of Creditor Official Committee Of Unsecured Creditors mkremer@omm.com matthew-kremer-0858@ecf.pacerpro.com

Matthew A Sturzen
on behalf of Creditor Wilbur-Ellis Company LLC matt@shermlaw.com bjorn@shermlaw.com;gina@shermlaw.com

Matthew T. Christensen
on behalf of Attorney Matthew T. Christensen mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
on behalf of Debtor Idaho Jersey Girls LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
on behalf of Debtor Millenkamp Enterprises LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
on behalf of Debtor Black Pine Cattle LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
on behalf of Debtor Millenkamp Family LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
on behalf of Debtor Goose Ranch LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
on behalf of Debtor East Valley Cattle LLC mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
on behalf of Debtor Millenkamp Cattle Inc mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
on behalf of Debtor Millenkamp Properties II LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
on behalf of Debtor Millenkamp Properties L.L.C. mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew W Grimshaw
on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com

Meredith Leigh Thielbahr
on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com ckaiser@grsm.com

Miranda K. Russell
on behalf of Creditor East Valley Development LLC mrussell@mofo.com

Morton R. Branzburg
on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com

Oren B. Haker
on behalf of Defendant Burks Tractor Company Inc. oren.haker@bhlaw.com

Oren B. Haker
on behalf of Creditor Burks Tractor Company Inc. oren.haker@bhlaw.com

| District/off: 0976-8 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Nov 21, 2024 | Form ID: pdf061 | Total Noticed: 2 |

R Ron Kerl
    on behalf of Plaintiff Rabo AgriFinance LLC Ron@cooper-larsen.com  connie@cooper-larsen.com

Rhett Michael Miller
    on behalf of Creditor Moss Grain Partnership rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Moss Farms Operations  LLC rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor United Electric Co-op  Inc. rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Raft River Rural Electric Cooperative  Inc. rmiller@magicvalley.law

Robert A Faucher
    on behalf of Interested Party Glanbia Foods Inc rfaucher@hollandhart.com boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Robert E Richards
    on behalf of Debtor Millenkamp Cattle  Inc robert.richards@dentons.com, docket.general.lit.chi@dentons.com

Scott C Powers
    on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mwatson@spencerfane.com

Sheila Rae Schwager
    on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com

Thomas E Dvorak
    on behalf of Special Counsel Givens Pursley LLP ted@givenspursley.com  s274@givenspursley.com;kad@givenspursley.com

Thomas E Dvorak
    on behalf of Debtor Millenkamp Cattle  Inc ted@givenspursley.com, s274@givenspursley.com;kad@givenspursley.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Cattle  Inc tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Enterprises LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Idaho Jersey Girls LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Properties II LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Black Pine Cattle LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Realtor Schuil Ag Real Estate Inc tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Family LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Properties  L.L.C. tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor East Valley Cattle  LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Debtor Goose Ranch LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Attorney Krystal R Mikkilineni tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Appraiser Gale W. Harding and Associates tirzah.roussell@dentons.com

US Trustee
    ustp.region18.bs.ecf@usdoj.gov

William K Carter
    on behalf of Creditor CNH Industrial Capital America LLC kentcarter@grsm.com

Zachary Fairlie

| District/off: 0976-8 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Nov 21, 2024 | Form ID: pdf061 | Total Noticed: 2 |

on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com

TOTAL: 104