UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

IN RE:

Millenkamp Cattle, Inc.           Case No.  24-40158-NGH

    Debtor

Filing relates to:                Jointly Administered With Case Nos.

☒ ALL DEBTORS                     24-40159-NGH (Idaho Jersy Girls)
                                  24-40160-NGH (East Valley Cattle)
☐ Millenkamp Cattle, Inc.         24-40161-NGH (Millenkamp Properties)
                                  24-40162-NGH (Millenkamp Properties II)
☐ Idaho Jersey Girls              24-40163-NGH (Millenkamp Family)
                                  24-40164-NGH (Goose Ranch)
☐ East Valley Cattle              24-40166-NGH (Black Pine Cattle)
                                  24-40167-NGH (Millenkamp Enterprises)
☐ Millenkamp Properties           24-40165-NGH (Idaho Jersey Girls Jerome Dairy)

☐ Millenkamp Properties II

☐ Millenkamp Family

☐ Goose Ranch                     Chapter 11 Cases

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy


**CONTERRA HOLDINGS, LLC'S WITNESS LIST**

Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC ("Conterra") by and through its attorneys, Spencer Fane LLP, hereby files its Witness List for the hearing on December 10, 2024.

The following witnesses may be called to testify, or cross examined, by Conterra at the hearing in relation to the matters set for hearing on December 10, 2024: (i) William (Bill)

Millenkamp; (ii) Paul Erickson; (iii) any witnesses identified, or who are called to testify, by any of the Debtors or other creditors or parties in interest in this matter; and (iv) any witness necessary for rebuttal. Conterra reserves the right to cross examine any other witnesses that are permitted to testify at the hearing.

DATED November 26, 2024.

Respectfully submitted,

SPENCER FANE LLP

*/s/* *John O'Brien*
John O'Brien (*Pro Hac Vice*)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO  80203-4554
Telephone: 303-839-3800
Email:  jobrien@spencerfane.com

Scott C. Powers #9958
Spencer Fane LLP
10 Exchange Place, 11th Floor
Salt Lake City, UT 84111
Telephone: 801-322-9164
Email: spowers@spencerfane.com

Zachary Fairlie (*Pro Hac Vice*)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106-2140
Telephone:  816-474-8100
Fax:  816-474-3216
Email:  zfairlie@spencerfane.com

Attorneys for Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC

# CERTIFICATE OF SERVICE

The undersigned certifies that on November 26, 2024 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Bruce Anderson | brucea@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| W. Kent Carter | kentcarter@grsm.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| John Brian (JB) Evans | Evans.jb@dorsey.com |
| Brian A. Faria | brian@sawtoothlaw.com |
| David D. Farrell | dfarrell@thompsoncoburn.com |
| Robert A. Faucher | RFaucher@hollandhart.com |
| Scott D. Fink | sfink@weltman.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Zachery J. McCraney | ZJMcCraney@hollandhart.com |
| Krystal Mikkilineni | Krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| Heidi Buck Morrison | heidi@racineolson.com |
| John D. Munding | John@Mundinglaw.com |
| James J. Niemeier | jniemeier@mcgrathnorth.com |
| Gabriel L. Olivera | golivera@omm.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | Robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| Miranda Russell | mrussell@mofo.com |

DE 9521808.1

| | |
|---|---|
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Steven F. Schossberg | sschossberger@trout-law.com |
| Andrew Schoulder | Andrew.Schoulder@nortonrosefulbright.com |
| Louis Spiker | Louis.spiker@millernash.com |
| Richard L. Stacey | stacey@mwsslawyers.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| U.S. Trustee | Ustp.region18.bs.ecf@usdoj.gov |
| Joseph M. Wager | wager@mwsslawyers.com |
| Arnold Wagner | wagner@mwsslawyers.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

/s/ *John O'Brien*
John O'Brien

DE 9521808.1