## BANKRUPTCY COURT
### Exhibit List

**SUBMITTED BY: Conterra Holdings, LLC d/b/a Conterra Ag Capital**

| CASE NAME:<br>In Re:<br>MILLENKAMP CATTLE, INC.<br>Filing Relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | COURT DATE:<br>12/10/2024 | CASE NUMBER: 24-40158-NGH<br>Jointly Administered with Case Nos.:<br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch) 24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
|---|---|---|
| **Plaintiff:** Millenkamp Cattle, Inc. et al.<br><br>**Debtor's Counsel:** Matthew Christianson, Krystal Mikkilineni<br><br>**Exhibit Nos.** 1000 | | **Co-Defendant/Creditor:** Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC<br><br>**Counsel:** John O'Brien, Zach Fairlie, Scott Powers<br><br>**Exhibit Nos.** 7000 |
| PRESIDING JUDGE: Noah G. Hillen | | |
| **EXHIBITS** | | **DESCRIPTION** |

DE 9521805.1

| NOS. | DATE | ADMITTED | |
|---|---|---|---|
| 7001. | 10/20/2022 | Admitted 4/9/24 | $16,500,000 Note dated October 20, 2022 payable to Conterra Agricultural Capital, LLC and endorsed to Ag Funding SC II LLC |
| 7002. | 10/20/2022 | Admitted 4/9/24 | Loan And Security Agreement dated October 20, 2022 |
| 7003. | 2/19/2024 | Admitted 4/9/24 | Financing Statement filed with the Idaho Secretary of State on February 19, 2024 as Doc. No. 20240226411 |
| 7004. | 2/20/2024 | Admitted 4/9/24 | Financing Statement filed with the Idaho Secretary of State on February 20, 2024 as Doc. No. 20240226555 |
| 7005. | 10/20/2022 | Admitted 4/9/24 | Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing (Third Priority) dated October 20, 2022 and recorded on October 20, 2022 at Reception No. 2022-004554, Cassia County records and re-recorded on October 20, 2022 at Instrument No. 2224761, Jerome County records and rerecorded on October 20, 2022 at Reception No. 2022018724, Twin Falls County records which was assigned to Ag Funding SC II LLC by virtue of an Assignment of Mortgage dated October 20, 2022 and recorded on October 20, 2022 at Reception No. 2022-004555, Cassia County records and rerecorded on October 20, 2022 at Instrument No. 2224762, Jerome County records and re-recorded on October 20, 2022 at Reception No. 2022018725, Twin Falls County |
| 7006. | 10/20/2022 | Admitted 4/9/24 | $2,549,750 Note dated October 20, 2022 payable to Conterra Agricultural Capital, LLC and endorsed to Rooster Capital IV LLC |
| 7007. | 10/20/2022 | Admitted 4/9/24 | Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated October 20, 2022 and recorded on October 20, 2022 at Instrument No. 2224754, Jerome County records which was assigned to Rooster Capital IV LLC by virtue of an Assignment of Mortgage dated October 20, 2022 and recorded on October 20, 2022 at Instrument No. 2224755, Jerome County records |
| 7008. | 10/28/2022 | Admitted 4/9/24 | Financing Statement filed with the Idaho Secretary of State on October 28, 2022 as Doc. No. 20221833441 |

| NOS. | | DATE | ADMITTED | |
|---|---|---|---|---|
| 7009. | | 10/20/2022 | Admitted 4/9/24 | Financing Statement filed with the Jerome County Clerk and Recorder on October 20, 2022 at Instrument No. 2224756 |
| 7010. | | 10/20/2022 | Admitted 4/9/24 | Milk Check Assignment Agreement For Glanbia Foods, Inc. dated October 26, 2022 |

DATED November 26, 2024.

                                      Respectfully submitted,

SPENCER FANE LLP

*/s/ John O'Brien*
John O'Brien (*Pro Hac Vice*)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO  80203-4554
Telephone: 303-839-3800
Email:  jobrien@spencerfane.com

Scott C. Powers #9958
Spencer Fane LLP
10 Exchange Place, 11th Floor
Salt Lake City, UT 84111
Telephone: 801-322-9164
Email: spowers@spencerfane.com

Zachary Fairlie (*Pro Hac Vice*)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106-2140
Telephone:  816-474-8100
Fax:  816-474-3216
Email:  zfairlie@spencerfane.com

Attorneys for Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC

# CERTIFICATE OF SERVICE

The undersigned certifies that on November 26, 2024 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Bruce Anderson | brucea@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| W. Kent Carter | kentcarter@grsm.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| John Brian (JB) Evans | Evans.jb@dorsey.com |
| Brian A. Faria | brian@sawtoothlaw.com |
| David D. Farrell | dfarrell@thompsoncoburn.com |
| Robert A. Faucher | RFaucher@hollandhart.com |
| Scott D. Fink | sfink@weltman.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Zachery J. McCraney | ZJMcCraney@hollandhart.com |
| Krystal Mikkilineni | Krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| Heidi Buck Morrison | heidi@racineolson.com |
| John D. Munding | John@Mundinglaw.com |
| James J. Niemeier | jniemeier@mcgrathnorth.com |
| Gabriel L. Olivera | golivera@omm.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | Robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| Miranda Russell | mrussell@mofo.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Steven F. Schossberg | sschossberger@trout-law.com |
| Andrew Schoulder | Andrew.Schoulder@nortonrosefulbright.com |
| Louis Spiker | Louis.spiker@millernash.com |

DE 9521805.1

| | |
|---|---|
| Richard L. Stacey | stacey@mwsslawyers.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| U.S. Trustee | Ustp.region18.bs.ecf@usdoj.gov |
| Joseph M. Wager | wager@mwsslawyers.com |
| Arnold Wagner | wagner@mwsslawyers.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

/s/ *John O'Brien*
John O'Brien

DE 9521805.1