UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>       Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

## ORDER APPROVING KANDER'S AMENDED FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES

This matter having come before this Court on Kander's Amended First Application for Allowance of Interim Fees ("First Interim Fee Application") (Docket No. 680) filed by the Debtors in the above captioned chapter 11 cases (the "Cases"). The Court, having reviewed the First Interim Fee Application, and after due deliberation and consideration, and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b); that venue of this proceeding and the First Interim Fee Application in this district is proper under 28 U.S.C. §§ 1408 and 1409; that due and proper notice to all parties in interest was appropriate under the circumstances, and no further notice is necessary; that no objections were filed to the First Interim Fee Application; that cause exists to approve the relief

#4214112

requested in the First Interim Fee Application to the extent set forth below; and that, upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED as follows:

1. The First Interim Fee Application is APPROVED.

2. The total fees incurred by Kander in the amount of $387,878.00 and total expenses incurred by Kander in the amount of $10,426.85 during the First Interim Period are hereby approved.

3. The amount of $116,649.50 is approved to be deducted from the retainer Kander is holding.

4. The remainder of the fees and expenses incurred during the First Interim Period, after deduction of the retainer, totaling $281,655.35, is hereby approved to be paid by the Debtors.  //end of text//

DATED: November 26, 2024



_____

NOAH G. HILLEN

Chief U.S. Bankruptcy Judge

Order submitted by: Krystal R. Mikkilineni, attorney for the Debtors

Approved as to Form:

/s/ *Brett R. Cahoon*

Brett R. Cahoon, Office of the United States Trustee