# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−8 | User: admin | Date Created: 11/26/2024 |
| Case: 24−40158−NGH | Form ID: pdf108 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust       US Trustee          ustp.region18.bs.ecf@usdoj.gov
aty       Brett R Cahoon      ustp.region18.bs.ecf@usdoj.gov
aty       Jason Ronald Naess       Jason.r.naess@usdoj.gov

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Millenkamp Cattle, Inc       471 North 300 West       Jerome, ID 83338
fa        Kander LLC       2538 Carrolwood Road       Naperville, IL 60540

TOTAL: 2