<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor Name  Millenkamp Cattle, Inc.

United States Bankruptcy Court for the: _____ District of  Idaho
(State)

Case number:  24-40158-NGH

## Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of  **11/1/2024**  on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Millenkamp Cattle, Inc. holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| H&M Custom, LLC | 50% | |
| Kans, LLC | 23% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

#3978708

Debtor Name   Millenkamp Cattle, Inc.                                            Case number  24-40158-NGH

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✗ _Bill Millenkamp_____
Signature of Authorized Individual

Bill Millenkamp
Printed name of Authorized Individual

Date 11/26/2024
MM / DD / YYYY

**For individual Debtors:**

✗ _____          ✗ _____
Signature of Debtor 1                         Signature of Debtor 2

_____              _____
Printed name of Debtor 1                      Printed name of Debtor 2

Date _____                   Date _____
MM / DD / YYYY                                     MM / DD / YYYY

Debtor Name   Millenkamp Cattle, Inc.                                                    Case number  24-40158-NGH

**Exhibit A: Financial Statements for H&M Custom, LLC and Kans, LLC**

**See below and attached.**

Debtor Name   Millenkamp Cattle, Inc.                                      Case number  24-40158-NGH

---

**Exhibit A-1 (1): Balance Sheets for H&M Custom, LLC and Exhibit A(1)(2) Balance Sheets for Kans, LLC**

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

**Exhibit A-1(1)**

- Balance Sheet for **H&M Custom, LLC** as of  September 30, 2024. Source of this information is Andrea Huettig.

**Exhibit A-1(2)**

- Balance Sheet for **Kans, LLC** as of October 31, 2024. Source of this information is Gary Johnston.

4:34 PM

11/11/24

Cash Basis

## H&M Custom, LLC
## Balance Sheet
### As of September 30, 2024

**EXHIBIT A-1(1)**

|  | Sep 30, 24 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| First Federal | 2,125,774.49 |
| **Total Checking/Savings** | 2,125,774.49 |
| **Accounts Receivable** | |
| Accounts Receivable | -401,731.65 |
| **Total Accounts Receivable** | -401,731.65 |
| **Other Current Assets** | |
| Payroll Asset | 3,200.00 |
| Snake River Sugar-Qualified Ret | 43,419.74 |
| **Total Other Current Assets** | 46,619.74 |
| **Total Current Assets** | 1,770,662.58 |
| **Fixed Assets** | |
| Accumulated Depreciation | -7,528,436.00 |
| Equipment Purchased | 16,166,365.00 |
| **Total Fixed Assets** | 8,637,929.00 |
| **Other Assets** | |
| Investment in Valley Wide COOP | 3,138.34 |
| **Total Other Assets** | 3,138.34 |
| **TOTAL ASSETS** | **10,411,729.92** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 122,567.78 |
| **Total Accounts Payable** | 122,567.78 |
| **Other Current Liabilities** | |
| Payroll Liabilities | 18,040.31 |
| **Total Other Current Liabilities** | 18,040.31 |
| **Total Current Liabilities** | 140,608.09 |
| **Long Term Liabilities** | |
| Agco 2290 Baler #05158 & #05115 | -1,802.43 |
| CNH-540 Tractors | 2,352,425.22 |
| JD Choppers | |
| JD 9900 #510002400178 | 560,767.13 |
| JD 9900 Chopper #510002129285 | 53,094.97 |
| JD 9900 Chopper #510002204754 | 447,405.15 |
| JD 9900 Chopper #510002271958 | 483,895.19 |
| JD 9900 Chopper #510002271959 | 471,737.15 |
| JD 9900 Chopper #510002477408 | 602,880.70 |
| **Total JD Choppers** | 2,619,780.29 |
| JD Oxbo Mergers | 6.33 |
| JD Swathers | |
| JD-235 Swather #0605 | 278,238.18 |
| JD W235 Swather #51002402211 | 354,351.57 |
| **Total JD Swathers** | 632,589.75 |
| SBA Covid 19 Loan | 145,614.00 |
| **Total Long Term Liabilities** | 5,748,613.16 |

**4:34 PM**

**11/11/24**

**Cash Basis**

# H&M Custom, LLC
## Balance Sheet
### As of September 30, 2024

|  | Sep 30, 24 |
|---|---|
| **Total Liabilities** | 5,889,221.25 |
|  |  |
| **Equity** |  |
| Capital Contributions-Millenkam | -5,000.00 |
| Capital Stock-Huettig Custom | -1,136,704.70 |
| Capital Stock-Millenkamp | -1,131,606.37 |
| Huettig Custom Draws | -12,000.00 |
| Millenkamp Draws | -12,000.00 |
| Retained Earnings | -456,884.39 |
| Net Income | 7,276,704.13 |
|  |  |
| **Total Equity** | 4,522,508.67 |
|  |  |
| **TOTAL LIABILITIES & EQUITY** | **10,411,729.92** |

11:33 AM

11/08/24

Accrual Basis

**Gold Filet Trust**

**Balance Sheet**

**As of October 31, 2024**

**EXHIBIT A-1(2)**

|  | Oct 31, 24 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Idaho First Bank - 0467 | 2,397.91 |
| **Total Checking/Savings** | 2,397.91 |
| **Total Current Assets** | 2,397.91 |
| **Other Assets** | |
| Prime Cut | 499,696.00 |
| **Total Other Assets** | 499,696.00 |
| **TOTAL ASSETS** | **502,093.91** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Capital - Millenkamp Cattle Inc | -153,841.73 |
| Capital - Psoas LLC | -515,035.36 |
| Contributions - Millenkamp | 485,081.50 |
| Contributions - Psoas LLC | 4,429,368.50 |
| Retained Earnings | -3,741,809.00 |
| Net Income | -1,670.00 |
| **Total Equity** | 502,093.91 |
| **TOTAL LIABILITIES & EQUITY** | **502,093.91** |

Debtor Name   Millenkamp Cattle, Inc.                                                          Case number  24-40158-NGH

████ **Exhibit A-2 (1): Statement of Income (*Loss*) for H&M Custom, LLC and Kans, LLC**

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

     a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

     b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

**Exhibit A-2(1):**

- **H&M Custom, LLC** statement of income for April 1, 2024 through June 30, 2024 and July 1, 2024 through September 30, 2024. Source of this information is Andrea Huettig.

**Exhibit A-2(2):**

- **Kans, LLC** statement of income for June 1, 2024 through October 31, 2024 Source of this information is Gary Johnston

4:32 PM

11/11/24

Cash Basis

## H&M Custom, LLC
## Profit & Loss
### April through June 2024

**EXHIBIT A-2(1)**

|  | Apr - Jun 24 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Contract Labor Income** | |
| Swathing | 382,454.20 |
| Contract Labor Income - Other | 6,394.50 |
| **Total Contract Labor Income** | 388,848.70 |
| **Cooperative Distributions** | 2,789.16 |
| **Crop Sales** | |
| Crop Sales-Chopping | 2,775,720.23 |
| Crop Sales-Hauling | 1,699,587.17 |
| Crop Sales-Packing | 1,002,058.85 |
| **Total Crop Sales** | 5,477,366.25 |
| **Sale of Assets** | 1,346,350.00 |
| **Total Income** | 7,215,354.11 |
| **Expense** | |
| Advertising | 47,481.00 |
| Bank Service Charges | 19,368.84 |
| Business Meals | 1,546.13 |
| **Contract Labor** | |
| Trucking | 1,278,923.09 |
| Contract Labor - Other | 5,439.00 |
| **Total Contract Labor** | 1,284,362.09 |
| Dues & Subscribtions | 8,561.48 |
| Equipment Rental | 209,520.00 |
| **Fuel** | |
| Diesel | 253,393.32 |
| Fuel - Other | 123,262.90 |
| **Total Fuel** | 376,656.22 |
| Insurance-Workmans Comp | 13,061.50 |
| **Interest Expense** | |
| Interest Expense-Loans | 262,392.44 |
| Interest Expense - Other | 11,726.60 |
| **Total Interest Expense** | 274,119.04 |
| Licenses & Permits | 313.62 |
| Misc. | 7,791.86 |
| Office Supplies | 85.14 |
| Oils | 19,807.63 |
| Payroll Expenses | 415,889.11 |
| Postage | 136.00 |
| **Professional Fees** | |
| Accounting | 4,455.00 |
| Sample Testing | 1,973.00 |
| Professional Fees - Other | 24,931.20 |
| **Total Professional Fees** | 31,359.20 |
| **Rent Expense** | |
| Rent Expense, Tenant Housing | 2,790.32 |
| Shop Rent | 3,000.00 |
| Rent Expense - Other | 33,870.00 |
| **Total Rent Expense** | 39,660.32 |
| **Repairs and Maintenance** | |
| Repairs-Building | 14,898.70 |
| Repairs and Maintenance - Other | 208,427.10 |

4:32 PM

11/11/24

Cash Basis

# H&M Custom, LLC
# Profit & Loss
## April through June 2024

|  | Apr - Jun 24 |
|---|---|
| **Total Repairs and Maintenance** | 223,325.80 |
|  |  |
| **Supplies, Shop Supplies** | 923.00 |
| **Utilities** | 1,779.93 |
| **Wage Garnishment** | 0.00 |
| **Total Expense** | 2,975,747.91 |
| **Net Ordinary Income** | 4,239,606.20 |
| **Net Income** | **4,239,606.20** |

4:32 PM

11/11/24

Cash Basis

**H&M Custom, LLC**
# Profit & Loss
**July through September 2024**

|  | Jul - Sep 24 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Contract Labor Income** | |
| Swathing | 439,441.99 |
| Contract Labor Income - Other | 5,586.00 |
| **Total Contract Labor Income** | 445,027.99 |
| **Crop Sales** | |
| Crop Sales-Chopping | 2,079,222.79 |
| Crop Sales-Hauling | 1,267,401.21 |
| Crop Sales-Packing | 748,520.20 |
| **Total Crop Sales** | 4,095,144.20 |
| Interest Incom | -17,680.00 |
| Sale of Assets | -41,000.00 |
| **Total Income** | 4,481,492.19 |
| **Expense** | |
| Bank Service Charges | 5,462.61 |
| Business Meals | 432.11 |
| **Contract Labor** | |
| Trucking | 837,741.90 |
| Contract Labor - Other | 2,718.34 |
| **Total Contract Labor** | 840,460.24 |
| Contributions | 6,717.57 |
| Dues & Subscribtions | 2,523.00 |
| Equipment Rental | 89,155.50 |
| **Fuel** | |
| Diesel | 101,410.18 |
| Fuel - Other | 5,058.69 |
| **Total Fuel** | 106,468.87 |
| Insurance-Workmans Comp | 33,877.27 |
| **Interest Expense** | |
| Interest Expense-Loans | 75,935.60 |
| **Total Interest Expense** | 75,935.60 |
| Licenses & Permits | 553.99 |
| Misc. | 1,059.71 |
| Office Supplies | 173.62 |
| Oils | 8,649.30 |
| Payroll Expenses | 419,428.09 |
| Postage | 146.00 |
| **Professional Fees** | |
| Sample Testing | 11,667.50 |
| Professional Fees - Other | 464.00 |
| **Total Professional Fees** | 12,131.50 |
| **Rent Expense** | |
| Rent Expense, Tenant Housing | 4,100.00 |
| Shop Rent | 3,000.00 |
| Rent Expense - Other | 38,991.74 |
| **Total Rent Expense** | 46,091.74 |
| **Repairs and Maintenance** | |
| Repairs-Building | 5,749.84 |
| Repairs and Maintenance - Other | 309,712.31 |
| **Total Repairs and Maintenance** | 315,462.15 |
| Supplies, Shop Supplies | 470.98 |

**4:32 PM**

**11/11/24**

**Cash Basis**

# H&M Custom, LLC
# Profit & Loss
## July through September 2024

|  | Jul - Sep 24 |
|---|---|
| **Telephone Expense** | 256.48 |
| **Utilities** | 1,337.50 |
| **Wage Garnishment** | 0.00 |
| **Total Expense** | 1,966,793.83 |
| **Net Ordinary Income** | 2,514,698.36 |
| **Net Income** | **2,514,698.36** |

11:33 AM

**Gold Filet Trust**

**EXHIBIT A-2(2)**

11/08/24

**Profit & Loss**

Accrual Basis

**June through October 2024**

| | Jun - Oct 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Expense** | |
| Professional & Legal fees | 1,670.00 |
| **Total Expense** | 1,670.00 |
| **Net Ordinary Income** | -1,670.00 |
| **Net Income** | **-1,670.00** |

Debtor Name   Millenkamp Cattle, Inc.                                        Case number  24-40158-NGH

| | Exhibit A-3: Statement of Cash Flows for H&M Custom, LLC and Kans, LLC |
|---|---|

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

**Exhibit A-3(1):**

- **H&M Custom, LLC** statement of cash flows for April 1, 2024 through June 30, 2024 and July 1, 2024 through September 30, 2024. Source of this information is Andrea Huettig.

**Exhibit A-3(2):**

- **Kans, LLC** statement of cash flows for April 1, 2024 through October 31, 2024. Source of this information is Gary Johnston.

**EXHIBIT A-3(1)**

4:35 PM

11/11/24

**H&M Custom, LLC**
## Statement of Cash Flows
**April through June 2024**

|  | Apr - Jun 24 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| **Net Income** | 1,764,509.75 |
| **Adjustments to reconcile Net Income** |  |
| **to net cash provided by operations:** |  |
| **Accounts Receivable** | 4,893,493.35 |
| **Payroll Asset** | 1,000.00 |
| **Accounts Payable** | -1,529,591.99 |
| **Payroll Liabilities** | 32,644.92 |
| **Rabo-Line of Credit** | -2,219,999.90 |
| **Net cash provided by Operating Activities** | 2,942,056.13 |
| **INVESTING ACTIVITIES** |  |
| **Equipment Purchased** | -8,000.00 |
| **Net cash provided by Investing Activities** | -8,000.00 |
| **FINANCING ACTIVITIES** |  |
| **CNH-540 Tractors** | -311,189.10 |
| **JD-9520 Tractor** | -253,401.80 |
| **JD Choppers:JD 9900 Chopper #510002271958** | -169,069.17 |
| **JD Choppers:JD 9900 Chopper #510002271959** | -169,619.04 |
| **SBA Covid 19 Loan** | -2,193.00 |
| **Net cash provided by Financing Activities** | -905,472.11 |
| **Net cash increase for period** | 2,028,584.02 |
| **Cash at beginning of period** | 165,141.61 |
| **Cash at end of period** | 2,193,725.63 |

5:13 PM

11/17/24

# H&M Custom, LLC
## Statement of Cash Flows
### January through September 2024

|  | Jan - Sep 24 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| **Net Income** | 5,392,047.26 |
| **Adjustments to reconcile Net Income** |  |
| **to net cash provided by operations:** |  |
| **Accounts Receivable** | 3,451,939.49 |
| **Payroll Asset** | -1,500.00 |
| **Accounts Payable** | -794,138.33 |
| **Payroll Liabilities** | -12,105.82 |
| **Rabo-Line of Credit** | -2,464,999.90 |
| **Net cash provided by Operating Activities** | 5,571,242.70 |
| **INVESTING ACTIVITIES** |  |
| **Equipment Purchased** | -807,895.19 |
| **Net cash provided by Investing Activities** | -807,895.19 |
| **FINANCING ACTIVITIES** |  |
| **Agco 2290 Baler #05158 & #05115** | -53,872.22 |
| **CNH-540 Tractors** | -588,310.84 |
| **JD-9520 Tractor** | -253,401.80 |
| **JD Choppers:JD 9900 #510002400178** | -170,006.25 |
| **JD Choppers:JD 9900 Chopper #510002129285** | -25,270.39 |
| **JD Choppers:JD 9900 Chopper #510002204754** | -172,017.51 |
| **JD Choppers:JD 9900 Chopper #510002208048** | -612,203.84 |
| **JD Choppers:JD 9900 Chopper #510002271958** | -169,069.17 |
| **JD Choppers:JD 9900 Chopper #510002271959** | -169,619.04 |
| **JD Choppers:JD 9900 Chopper #510002477408** | -386,553.10 |
| **JD Oxbo Mergers** | -61,571.24 |
| **JD Swathers:JD-235 Swather #0605** | -106,357.62 |
| **JD Swathers:JD W235 Swather #51002402211** | -89,234.32 |
| **SBA Covid 19 Loan** | -4,386.00 |
| **Net cash provided by Financing Activities** | -2,861,873.34 |
| **Net cash increase for period** | 1,901,474.17 |
| **Cash at beginning of period** | 224,300.32 |
| **Cash at end of period** | 2,125,774.49 |

11:34 AM

11/08/24

**Gold Filet Trust**
**Statement of Cash Flows**
April through October 2024

EXHIBIT A-3(2)

|  | Apr - Oct 24 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -1,670.00 |
| **Net cash provided by Operating Activities** | -1,670.00 |
| **Net cash increase for period** | -1,670.00 |
| **Cash at beginning of period** | 4,067.91 |
| **Cash at end of period** | **2,397.91** |

Debtor Name   Millenkamp Cattle, Inc.                                                    Case number  24-40158-NGH

---

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*)**

---

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

**H&M Custom, LLC:** Do not have a statement of changes in equity at this time. Source of information is David Heida.

**Kans, LLC:** See attached. Source of information is Gary Johnston.

Debtor Name   Millenkamp Cattle, Inc.                                    Case number  24-40158-NGH

---

### Exhibit B: Description of Operations for H&M Custom, LLC and Kans, LLC

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

**H&M Custom, LLC**, is a crop harvesting company owned 50% by Millenkamp Cattle, Inc. and Heuttig Custom, LLC.  Brian Heuttig is the manager of the company.  The company harvests and processes several hundred thousand tons of corn silage, haylage, and triticale each year in order to feed the cattle owned by Millenkamp Cattle, Inc.  Revenues for the company are generated by charging Millenkamp Cattle, Inc. a per ton harvesting and processing fee.  The amount of the revenues the company generates varies annually due to the variable amount of tons that are harvested and processed.  Source of information is David Heida.

**KANS, LLC** is a company that Millenkamp Cattle, Inc. owns a 23% membership interest in.  The company was created to provide fat cattle for slaughter at the True West beef processing plant that was opened in 2023.  Gary Johnston, is the manager of KANS, LLC.  Gold Filet Trust holds a 13% limited interest in Prime Cut, LLLP, with KANS, LLC being the sole beneficiary of the Gold Filet Trust. Prime Cut, LLLP holds an ownership interest in True West.  With Millenkamp Cattle, Inc. being a member of KANS, LLC, it enables Millenkamp Cattle, Inc. to ship an allotted number of cattle to the True West beef processing plant.  Source of information is David Heida.

Debtor Name    Millenkamp Cattle, Inc.                                    Case number  24-40158-NGH

## Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed. Describe the source of this information.]

**H&M Custom, LLC**: **N/A**

**Kans LLC: N/A**

Debtor Name  Millenkamp Cattle, Inc.                                            Case number  24-40158-NGH

## Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]


H&M Custom, LLC and KANS, LLC both send a K-1 to Millenkamp Cattle, Inc. The K-1's report the respective share of profit and losses for the year as well as the allocation of debt. Source of this information is Kristen Zubizarreta at Eide Bailly.

Debtor Name   Millenkamp Cattle, Inc.                                          Case number  24-40158-NGH

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

**N/A**