Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2150
Email: banderson@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
         golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**NOTICE OF O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION
FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024</u>**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "<u>Professional(s)</u>") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing October 1, 2024 and ending October 31, 2024 (the "<u>Application Period</u>"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtors, and the Official Committee of Unsecured Creditors.

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: November 27, 2024

Date: November 27, 2024         */s/Julian Gurule*
                                O'MELVENY & MYERS LLP
                                Julian Gurule

                                *Attorneys for the Official Committee*
                                *of Unsecured Creditors*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 27, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 - 4

| | |
|---|---|
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 27th day of November 2024.

                                            */s/Julian Gurule*
                                            O'MELVENY & MYERS LLP
                                            Julian Gurule

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 - 5

Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2150
Email: banderson@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
　　　golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re: <br><br> MILLENKAMP CATTLE, INC., <br><br> Debtors. | Case No. 24-40158-NGH |
| Filing relates to: <br> ☒ ALL DEBTORS <br> ☐ Millenkamp Cattle, Inc. <br> ☐ Idaho Jersey Girls <br> ☐ East Valley Cattle | Jointly Administered With Case Nos.: <br><br> 24-40159-NGH (Idaho Jersey Girls) <br> 24-40160-NGH (East Valley Cattle) <br> 24-40161-NGH (Millenkamp Properties) |

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Idaho Jersey Girls Jerome Dairy | |

# O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024

O'Melveny & Myers LLP (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the period October 1, 2024 and ending October 31, 2024 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1. The Firm is counsel to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of $88,086.37 in fees and expenses during the Application Period. The total fees represent 90.2 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| October 1, 2024 – October 31, 2024 | $88,034.92 | $51.45 | $88,086.37 |

3.	Accordingly, the Firm seeks allowance of interim compensation in the amount of $66,077.64 at this time. This total is comprised as follows: $66,026.19 (75% of the fees for services rendered) plus $51.45 (100% of the expenses incurred).

4.	Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5.	Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: November 27, 2024           */s/Julian Gurule*
                                  O'MELVENY & MYERS LLP
                                  Julian Gurule

                                  *Attorneys for the Official Committee*
                                  *of Unsecured Creditors*

# CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on November 27, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 - 4

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 27th day of November 2024.   */s/Julian Gurule*
　　　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　　　Julian Gurule

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 - 5

**<u>Exhibit A</u>**

Invoices

**O'Melveny**

O'Melveny & Myers LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071-2899

T: +1 213 430 6000
F: +1 213 430 6407
omm.com

November 27, 2024

**MILLENKAMP CATTLE CHAPTER 11**

For Professional Services Rendered Through October 31, 2024

| | |
|---|---:|
| Total Fees | $103,570.50 |
| Less 15% Discount | (15,535.58) |
| **Total Fees After Adjustment** | **$88,034.92** |
| Total Disbursements | $51.45 |
| **Total Current Invoice** | **$88,086.37** |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE　　　　　　　　　　　　　11/26/24
Matter Name: MILLENKAMP CATTLE CHAPTER 11　　　　　　　　　　　　　　　　　　Invoice: 1192324
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page No. 2

## MILLENKAMP CATTLE CHAPTER 11

For Professional Services Rendered Through October 31, 2024

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| **B120 ASSET ANALYSIS & RECOVERY** | | | | |
| 10/02/24 | R BRAMAN | COMMUNICATIONS WITH OMM TEAM AND VENDOR REGARDING ADDITIONAL CHARGES FOR COPIES OF LIEN SEARCH RESULTS | 0.2 | 102.00 |
| 10/02/24 | D KELLY | CORRESPONDENCE RE: LIEN REVIEW | 0.1 | 107.00 |
| 10/04/24 | D KELLY | CORRESPONDENCE RE: LIEN REVIEW ANALYSIS | 0.2 | 214.00 |
| 10/04/24 | R BRAMAN | COMMUNICATIONS WITH VENDOR AND OMM TEAM REGARDING STATUS OF RECEIPT OF UCC LIEN AND LITIGATION SEARCH RESULTS (.1); CONDUCT PRELIMINARY REVIEW OF UCC LIEN AND LITIGATION SEARCH RESULTS AND UPLOAD RESULTS AND INITIAL SUMMARY CHART TO ELECTRONIC RECORDS (.2); COMMUNICATIONS WITH OMM TEAM REGARDING RESULTS AND SUMMARY CHART (.1) | 0.4 | 204.00 |
| 10/06/24 | N MOLNER | REVISE LIEN REVIEW MEMO PER COMMENTS FROM M. KREMER AND G. OLIVERA | 3.1 | 3,317.00 |
| 10/07/24 | R BRAMAN | COMMUNICATIONS WITH VENDOR REGARDING CLARIFICATION OF IDAHO FILINGS | 0.2 | 102.00 |
| 10/07/24 | R BRAMAN | BEGIN REVIEW OF UCC LIEN SEARCH RESULTS AND PREPARE SUMMARY CHART OF SAME | 2.2 | 1,122.00 |
| 10/07/24 | R BRAMAN | COMMUNICATIONS WITH OMM TEAM REGARDING REVIEW OF UCC LIEN AND LITIGATION SEARCH RESULTS AND PREPARATION OF SUMMARY CHART OF SAME | 0.2 | 102.00 |
| 10/07/24 | G OLIVERA | COMMUNICATIONS WITH D. KELLY RE: LIEN REVIEW | 0.2 | 253.00 |
| 10/07/24 | G OLIVERA | REVIEW AND ANALYZE STATE LIEN SEARCH RESULTS | 1.8 | 2,277.00 |
| 10/07/24 | D KELLY | REVIEW LIEN SEARCH RESULTS (.8); EMAILS RE: SAME (.3); REVISE LIEN REVIEW MEMO (1.7) | 2.8 | 2,996.00 |
| 10/09/24 | R BRAMAN | COMMUNICATIONS WITH OMM TEAM TRANSMITTING UCC LIEN SEARCH RESULTS AND SUMMARY CHART OF SAME | 0.2 | 102.00 |
| 10/09/24 | R BRAMAN | CONTINUE AND FINALIZE REVIEW OF UCC LIEN SEARCH RESULTS AND PREPARE SUMMARY CHART OF SAME | 5.0 | 2,550.00 |
| 10/09/24 | G OLIVERA | COMMUNICATIONS WITH D. KELLY RE: LIEN REVIEW | 0.3 | 379.50 |
| 10/09/24 | G OLIVERA | REVIEW AND ANALYZE THE DEBTORS' AMENDED SCHEDULES | 0.2 | 253.00 |
| 10/09/24 | D KELLY | REVIEW AND ANALYZE LIEN SEARCH RESULTS (1.1); EMAILS RE: SAME (.3) | 1.4 | 1,498.00 |

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

11/26/24  
Invoice: 1192324  
Page No. 3

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/10/24 | D KELLY | CORRESPONDENCE/ATTN TO CORRESPONDENCE RE: LIEN SEARCH RESULTS (.5); ANALYZE LIEN SEARCH RESULTS (.6); DRAFT LIEN SUMMARY (1.3); REVIEW LIEN REVIEW MEMO (.2); REVISIONS RE: SAME (.7); EMAILS RE: SAME (.2) | 3.5 | 3,745.00 |
| 10/10/24 | S MILDE | REVIEW AND ANALYZE D. KELLY INSTRUCTIONS ON REVIEWING LIEN SEARCH RESULTS (.4); REVIEW AND ANALYZE LIEN SEARCH RESULTS AND INCORPORATE ALL RABO AND METLIFE LIENS IN LIEN MEMORANDUM SCHEDULE D (5.4) | 5.8 | 4,408.00 |
| 10/10/24 | R BRAMAN | UPDATE ELECTRONIC RECORDS OF LIEN REVIEW RESULTS | 0.2 | 102.00 |
| 10/11/24 | S MILDE | REVIEW AND ANALYZE D. KELLY COMMENTS ON LIEN REVIEW MEMO AND RESPOND TO SAME | 0.1 | 76.00 |
| 10/11/24 | D KELLY | REVIEW S. MILDE INSERTS RE: LIEN REVIEW MEMO (.3); REVIEW LIEN SEARCH RESULTS/SUMMARY (.4); REVISE LIEN REVIEW MEMO RE: SCHEDULE D, EMAILS RE: SAME (.7) | 1.4 | 1,498.00 |
| 10/15/24 | D KELLY | REVIEW AND ANALYZE ADDITIONAL LIENS DOCUMENTATION | 0.9 | 963.00 |
| **Total** | **B120 ASSET ANALYSIS & RECOVERY** | | **30.4** | **26,370.50** |

**B150 MEETINGS OF & COMMUNICATION W/ CREDITORS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/24 | J GURULE | CIRCULATE UCC MEETING AGENDA | 0.1 | 138.50 |
| 10/01/24 | J GURULE | WEEKLY UCC CALL | 0.8 | 1,108.00 |
| 10/01/24 | G OLIVERA | PARTICIPATE IN WEEKLY CONFERENCE CALL WITH THE UNSECURED CREDITORS' COMMITTEE | 0.8 | 1,012.00 |
| 10/01/24 | N MOLNER | ATTEND WEEKLY COMMITTEE MEETING | 0.8 | 856.00 |
| 10/01/24 | M KREMER | PREPARE FOR CALL WITH DEBTORS RE: PLAN STRATEGY | 0.2 | 281.00 |
| 10/04/24 | J GURULE | EMAILS WITH COMMITTEE MEMBER RE CASE STATUS | 0.1 | 138.50 |
| 10/08/24 | G OLIVERA | DRAFT AGENDA FOR UCC MEETING | 0.2 | 253.00 |
| 10/08/24 | J GURULE | EMAIL W UCC MEMBERS RE FEE HEARING | 0.2 | 277.00 |
| 10/08/24 | J GURULE | UCC WEEKLY CALL | 0.9 | 1,246.50 |
| 10/08/24 | N MOLNER | ATTEND WEEKLY MEETING WITH COMMITTEE | 0.9 | 963.00 |
| 10/08/24 | G OLIVERA | PARTICIPATE IN WEEKLY CONFERENCE CALL WITH THE UNSECURED CREDITORS' COMMITTEE | 0.9 | 1,138.50 |
| 10/15/24 | G OLIVERA | PARTICIPATE IN WEEKLY STANDING CALL WITH UNSECURED CREDITORS' COMMITTEE | 0.5 | 632.50 |
| 10/15/24 | J GURULE | WEEKLY UCC MEETING | 0.5 | 692.50 |
| 10/15/24 | M KREMER | WEEKLY COMMITTEE CALL (.5); PREPARE FOR THE SAME (.2) | 0.7 | 983.50 |
| 10/21/24 | J GURULE | EMAIL TO UCC MEMBERS RE PLAN UPDATES | 0.1 | 138.50 |

O'Melveny

---

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

11/26/24  
Invoice: 1192324  
Page No. 4

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/21/24 | G OLIVERA | DRAFT EMAIL TO THE COMMITTEE RE: PENDING PLAN MATTERS | 0.3 | 379.50 |
| 10/24/24 | G OLIVERA | PREPARE AGENDA FOR WEEKLY COMMITTEE MEETING | 0.2 | 253.00 |
| 10/25/24 | J GURULE | EMAIL UCC AGENDA | 0.1 | 138.50 |
| 10/25/24 | J GURULE | WEEKLY UCC MEETING | 0.4 | 554.00 |
| 10/25/24 | M KREMER | WEEKLY UCC COMMITTEE CALL | 0.4 | 562.00 |
| 10/25/24 | G OLIVERA | PARTICIPATE IN WEEKLY COMMITTEE CALL | 0.4 | 506.00 |
| 10/28/24 | J GURULE | CASE UPDATE EMAIL TO UCC | 0.1 | 138.50 |
| 10/28/24 | G OLIVERA | DRAFT AGENDA FOR WEEKLY COMMITTEE MEETING | 0.2 | 253.00 |
| 10/29/24 | J GURULE | EMAIL TO UCC MEMBERS RE: CASE UPDATE | 0.1 | 138.50 |
| **Total** | **B150 MEETINGS OF & COMMUNICATION W/ CREDITORS** | | **9.9** | **12,782.00** |

**B160 FEE/EMPLOYMENT APPLICATIONS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/24 | G OLIVERA | PREPARATIONS FOR INTERIM FEE HEARING | 0.4 | 506.00 |
| 10/01/24 | N MOLNER | DRAFT TALKING POINTS FOR HEARING ON INTERIM FEE APPLICATION | 0.9 | 963.00 |
| 10/01/24 | N MOLNER | RESEARCH CASE LAW REGARDING FEE APPLICATION STANDARDS IN IDAHO FOR HEARING ON INTERIM FEE APPLICATION | 0.7 | 749.00 |
| 10/02/24 | G OLIVERA | PARTICIPATE IN HEARING RE: OMM INTERIM FEE APPLICATION | 0.5 | 632.50 |
| 10/02/24 | M KREMER | PREPARE FOR HEARING (.4); ATTEND HEARING (.5); REVIEW PROPOSED ORDER (.1) | 1.0 | 1,405.00 |
| 10/16/24 | G OLIVERA | CONFER WITH OMM TEAM RE: FEE ISSUES | 0.2 | 253.00 |
| 10/22/24 | G OLIVERA | CONFER WITH ARMORY TEAM RE: FEE APPLICATION | 0.3 | 379.50 |
| 10/28/24 | G OLIVERA | REVIEW AND EDIT OMM'S SEPTEMBER 2024 BILL | 1.3 | 1,644.50 |
| 10/28/24 | G OLIVERA | REVIEW AND EDIT ARMORY SEPTEMBER COVER SHEET | 0.4 | 506.00 |
| 10/29/24 | M KREMER | REVIEW AND REVISE OMM FEE APPLICATION | 0.5 | 702.50 |
| 10/30/24 | G OLIVERA | DRAFT AND EDIT COVER SHEET AND NOTICE FOR O'MELVENY'S SEPTEMBER 2024 FEES AND EXPENSES | 0.8 | 1,012.00 |
| **Total** | **B160 FEE/EMPLOYMENT APPLICATIONS** | | **7.0** | **8,753.00** |

**B190 OTHER CONTESTED MATTERS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/02/24 | G OLIVERA | STRATEGY MEETING WITH OMM TEAM RE: HEARING DEBRIEF AND GO-FORWARD STRATEGY | 0.4 | 506.00 |
| 10/02/24 | N MOLNER | CONFERENCE WITH OMM TEAM REGARDING INTERIM FEE APPLICATION EVIDENTIARY HEARING STRATEGY | 0.4 | 428.00 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

11/26/24  
Invoice: 1192324  
Page No. 5

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/02/24 | J GURULE | CONFERENCE CALL WITH M. KREMER RE HEARING DOWNLOAD | 0.3 | 415.50 |
| 10/02/24 | M KREMER | STRATEGY MEETING WITH OMM TEAM RE: HEARING DEBRIEF AND GO-FORWARD STRATEGY | 0.4 | 562.00 |
| 10/09/24 | G OLIVERA | REVIEW DEBTORS' STATUS REPORT | 0.1 | 126.50 |
| 10/10/24 | G OLIVERA | REVIEW AND ANALYZE ADVERSARY PROCEEDING 24-2028 NOTICE OF REMOVAL AND RELATED COMPLAINT | 0.5 | 632.50 |
| 10/10/24 | G OLIVERA | PARTICIPATE IN OCTOBER STATUS CONFERENCE | 0.2 | 253.00 |
| 10/10/24 | M KREMER | ATTEND OMNIBUS HEARING | 0.2 | 281.00 |
| 10/14/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' MOTION TO COMPEL PRODUCTION OF INFORMATION FROM RABO | 0.4 | 506.00 |
| 10/15/24 | M KREMER | REVIEW MOTION TO COMPEL | 0.2 | 281.00 |
| **Total** | **B190 OTHER CONTESTED MATTERS** | | **3.1** | **3,991.50** |

**B210 BUSINESS OPERATIONS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/03/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' MONTHLY OPERATING REPORTING REPORTS FOR THE COMMITTEE | 0.4 | 506.00 |
| 10/04/24 | G OLIVERA | REVIEW AND ANALYZE MILLENKAMP CATTLE'S MONTHLY OPERATING REPORT | 0.3 | 379.50 |
| 10/24/24 | G OLIVERA | REVIEW AND ANALYZE MONTHLY OPERATING REPORT FOR SEPTEMBER FILED BY MILLENKAMP CATTLE, INC. | 0.3 | 379.50 |
| **Total** | **B210 BUSINESS OPERATIONS** | | **1.0** | **1,265.00** |

**B230 FINANCING/CASH COLLATERAL**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/03/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' WEEKLY DIP VARIANCE REPORTING | 0.7 | 885.50 |
| 10/08/24 | G OLIVERA | REVIEW AND ANALYZE WEEKLY VARIANCE REPORTING ANALYSIS BY ARMORY | 0.4 | 506.00 |
| 10/11/24 | G OLIVERA | EDIT SUMMARY AND RECOMMENDATION TO COMMITTEE RE: RABO'S OBJECTION TO DEBTORS' USE OF CASH COLLATERAL AND REQUESTING EXCLUSIVITY TERMINATION | 0.5 | 632.50 |
| 10/11/24 | G OLIVERA | REVIEW AND ANALYZE RABO'S OBJECTION TO DEBTORS' USE OF CASH COLLATERAL AND REQUESTING EXCLUSIVITY TERMINATION | 0.6 | 759.00 |
| 10/18/24 | G OLIVERA | COMMUNICATIONS WITH OMM AND DEBTORS' COUNSEL RE: SECOND CASH COLLATERAL HEARING | 0.2 | 253.00 |
| 10/18/24 | N MOLNER | REVIEW AND COMMENT ON STIPULATION TO ADJOURN OCTOBER 28 HEARING | 0.1 | 107.00 |
| 10/18/24 | G OLIVERA | REVIEW DRAFT STIPULATION RE: SECOND CASH COLLATERAL HEARING | 0.1 | 126.50 |
| 10/21/24 | G OLIVERA | REVIEW FILED CASH COLLATERAL STIPULATION | 0.1 | 126.50 |

**O'Melveny**

---

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

11/26/24  
Invoice: 1192324  
Page No. 6

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/25/24 | G OLIVERA | REVIEW ARMORY'S VARIANCE REPORTING ANALYSIS | 0.7 | 885.50 |
| 10/31/24 | G OLIVERA | CONFER WITH ARMORY TEAM RE: WEEKLY VARIANCE | 0.2 | 253.00 |
| 10/31/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' WEEKLY VARIANCE REPORTING | 0.6 | 759.00 |
| **Total** | **B230 FINANCING/CASH COLLATERAL** | | **4.2** | **5,293.50** |

**B320 PLAN & DISCLOSURE STATEMENT**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/24 | J GURULE | CONFERENCE CALL WITH OMM AND ARMORY TEAM RE PLAN AND STRATEGY | 0.4 | 554.00 |
| 10/01/24 | J GURULE | WEEKLY CALL WITH DEBTORS RE: PLAN STRATEGY | 0.4 | 554.00 |
| 10/01/24 | J GURULE | CONFERENCE CALL WITH M. KREMER RE PLAN STRATEGY | 0.2 | 277.00 |
| 10/01/24 | G OLIVERA | REVIEW AND ANALYZE THE DEBTORS' UNSECURED CLAIMS RECONCILIATION SPREADSHEET | 0.6 | 759.00 |
| 10/01/24 | G OLIVERA | CONFERENCE CALL WITH DEBTORS' PROFESSIONALS AND THE OMM TEAM RE: PLAN STRATEGY | 0.4 | 506.00 |
| 10/01/24 | G OLIVERA | EDIT ANALYSIS OF DEBTORS' DRAFT PLAN OF REORGANIZATION FOR THE UNSECURED CREDITORS' COMMITTEE | 2.1 | 2,656.50 |
| 10/01/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' FILED PLAN OF REORGANIZATION IN PREPARATION FOR PRESENTATION TO UNSECURED CREDITORS' COMMITTEE | 1.8 | 2,277.00 |
| 10/01/24 | G OLIVERA | REVIEW NOTICE OF HEARING FOR DISCLOSURE STATEMENT HEARING | 0.1 | 126.50 |
| 10/01/24 | N MOLNER | ATTEND WEEKLY DEBTORS AND PROFESSIONALS CALL RE: PLAN STRATEGY | 0.4 | 428.00 |
| 10/01/24 | N MOLNER | REVISE ESTIMATED CONFIRMATION TIMELINE FOR UCC DECK REGARDING FILED PLAN | 0.2 | 214.00 |
| 10/01/24 | M KREMER | REVIEW AND REVISE PLAN SUMMARY DECK (.7); CALL WITH ARMORY TEAM RE: THE SAME (.4) | 1.1 | 1,545.50 |
| 10/01/24 | M KREMER | WEEKLY CALL WITH DEBTOR PROFESSIONALS RE: PLAN STRATEGY | 0.4 | 562.00 |
| 10/05/24 | G OLIVERA | DRAFT ANALYSIS RE: PLAN RECOMMENDATIONS FOR THE COMMITTEE | 1.1 | 1,391.50 |
| 10/07/24 | M KREMER | EMAIL WITH OMM TEAM RE: PLAN CONSIDERATIONS DECK (.3); REVIEW DRAFT PLAN AND DISCLOSURE STATEMENT (.7) | 1.0 | 1,405.00 |
| 10/08/24 | G OLIVERA | DRAFT AND EDIT PRESENTATION TO THE UCC RE: PLAN RECOMMENDATIONS | 1.4 | 1,771.00 |
| 10/08/24 | G OLIVERA | PARTICIPATE IN CONFERENCE CALL WITH THE DEBTORS' PROFESSIONALS RE: PLAN STRATEGY | 0.4 | 506.00 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11  

11/26/24  
Invoice: 1192324  
Page No. 7

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/08/24 | G OLIVERA | PREPARE FOR CONFERENCE CALL WITH THE DEBTORS' PROFESSIONALS RE: PLAN STRATEGY | 0.2 | 253.00 |
| 10/08/24 | M KREMER | REVIEW AND REVISE DECK RE: UCC PLAN CONSIDERATIONS (1.0); EMAILS WITH G. OLIVERA RE: THE SAME (.2) | 1.2 | 1,686.00 |
| 10/08/24 | M KREMER | WEEKLY CALL WITH DEBTORS RE: PLAN STRATEGY | 0.4 | 562.00 |
| 10/09/24 | G OLIVERA | PREPARE ANALYSIS FOR, AND DRAFT AND EDIT, UCC TERM SHEET FOR THE PLAN OF REORGANIZATION | 2.3 | 2,909.50 |
| 10/09/24 | M KREMER | REVIEW AND REVISE UCC PROPOSAL (.5); CONFER WITH G. OLIVERA RE: THE SAME (.3); REVIEW DISCLOSURE STATEMENT (1.1) | 1.9 | 2,669.50 |
| 10/10/24 | G OLIVERA | ANALYZE DEBTORS' FINANCIAL PROJECTIONS IN CONNECTION WITH UCC TERM SHEET FOR THE PLAN OF REORGANIZATION | 1.3 | 1,644.50 |
| 10/10/24 | G OLIVERA | EDIT UCC TERM SHEET FOR THE PLAN OF REORGANIZATION | 2.6 | 3,289.00 |
| 10/10/24 | M KREMER | REVIEW PLAN AND DISCLOSURE STATEMENT (.6); REVIEW AND REVISE UCC PLAN PROPOSAL (.5) | 1.1 | 1,545.50 |
| 10/11/24 | J GURULE | OMM AND ARMORY CALL RE COUNTER OFFER TO PLAN | 0.4 | 554.00 |
| 10/11/24 | G OLIVERA | ANALYSIS RE: UCC TERM SHEET FOR THE PLAN OF REORGANIZATION | 2.9 | 3,668.50 |
| 10/11/24 | G OLIVERA | EMAIL COMMITTEE RE: PROPOSED PLAN TREATMENT | 0.3 | 379.50 |
| 10/11/24 | N MOLNER | ATTEND CALL WITH ARMORY TEAM AND OMM TEAM REGARDING PLAN COUNTER-PROPOSAL | 0.4 | 428.00 |
| 10/11/24 | N MOLNER | DRAFT CLIENT-FACING SUMMARY OF RABO OBJECTION TO CASH COLLATERAL MOTION AND MOTION TO TERMINATE PLAN EXCLUSIVITY | 0.6 | 642.00 |
| 10/11/24 | G OLIVERA | CONFERENCE CALL WITH OMM AND ARMORY TEAMS RE: PLAN ISSUES | 0.4 | 506.00 |
| 10/11/24 | M KREMER | CALL WITH ARMORY AND OMM TEAM RE: POA PROPOSAL (.5); REVIEW AND REVISE DECK (.4); REVIEW UPDATED PROPOSAL AND EMAILS RE: THE SAME (.5) | 1.4 | 1,967.00 |
| 10/12/24 | G OLIVERA | COMMUNICATIONS WITH DEBTORS' COUNSEL AND THE OMM TEAM RE: PLAN | 0.4 | 506.00 |
| 10/15/24 | G OLIVERA | PARTICIPATE IN WEEKLY CONFERENCE CALL WITH DEBTORS' PROFESSIONALS RE: PLAN STRATEGY | 0.4 | 506.00 |
| 10/15/24 | M KREMER | WEEKLY CALL WITH DEBTORS PROFESSIONALS RE: PLAN STRATEGY | 0.4 | 562.00 |
| 10/16/24 | J GURULE | CONFERENCE CALL WITH M. KREMER RE NEXT STEPS AND PLAN | 0.2 | 277.00 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

11/26/24  
Invoice: 1192324  
Page No. 8

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/21/24 | J GURULE | EMAILS W TEAM RE NEXT STEPS IN PLAN NEGOTIATIONS | 0.1 | 138.50 |
| 10/22/24 | J GURULE | CONFERENCE CALL WITH M. KREMER RE PLAN STATUS | 0.1 | 138.50 |
| 10/24/24 | J GURULE | CONFERENCE CALL WITH DEBTORS RE PLAN TREATMENT | 0.3 | 415.50 |
| 10/24/24 | M KREMER | CALL WITH DEBTORS COUNSEL RE: PLAN STRATEGY AND STATUS | 0.3 | 421.50 |
| 10/24/24 | G OLIVERA | CONFERENCE CALL WITH DEBTORS' COUNSEL RE: PLAN STRATEGY | 0.3 | 379.50 |
| 10/25/24 | J GURULE | MEETING WITH DEBTORS RE: PLAN STRATEGY | 0.4 | 554.00 |
| 10/25/24 | M KREMER | WEEKLY CALL WITH DEBTORS' COUNSEL RE: PLAN STRATEGY | 0.4 | 562.00 |
| 10/25/24 | G OLIVERA | CALL WITH DEBTORS' COUNSEL RE: PLAN NEGOTIATIONS | 0.4 | 506.00 |
| 10/28/24 | J GURULE | ANALYSIS OF PLAN STATUS, NEGOTIATIONS | 0.3 | 415.50 |
| 10/29/24 | N MOLNER | ATTEND WEEKLY CALL WITH DEBTOR PROFESSIONALS AND OMM TEAM RE: PLAN STRATEGY | 0.4 | 428.00 |
| 10/29/24 | G OLIVERA | CONFERENCE CALL WITH DEBTORS' PROFESSIONALS RE: PLAN STRATEGY | 0.4 | 506.00 |
| 10/29/24 | M KREMER | WEEKLY CALL WITH DEBTOR'S COUNSEL RE: PLAN STRATEGY | 0.4 | 562.00 |
| Total | B320 PLAN & DISCLOSURE STATEMENT | | 34.6 | 45,115.00 |
| Total | | | 90.2 | $103,570.50 |

| | |
|---|---|
| **Less 15% Discount** | (15,535.58) |
| **Total Fees After Adjustment** | 88,034.92 |

**Disbursements**

| | |
|---|---|
| Copying | $14.25 |
| Online Research | 37.20 |
| **Total Disbursements** | **$51.45** |

**Total Current Invoice**  $88,086.37

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name:  MILLENKAMP CATTLE CHAPTER 11

11/26/24  
Invoice: 1192324  
Page No. 9

**Timekeeper Summary**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| MATTHEW P. KREMER | Partner | 1,405.00 | 13.6 | 19,108.00 |
| JULIAN GURULE | Partner | 1,385.00 | 6.5 | 9,002.50 |
| **Total for Partner** | | | **20.1** | **28,110.50** |
| GABRIEL L. OLIVERA | Counsel | 1,265.00 | 36.4 | 46,046.00 |
| **Total for Counsel** | | | **36.4** | **46,046.00** |
| DECLAN P. KELLY | Associate | 1,070.00 | 10.3 | 11,021.00 |
| NICOLE MOLNER | Associate | 1,070.00 | 8.9 | 9,523.00 |
| SEAN MILDE | Associate | 760.00 | 5.9 | 4,484.00 |
| **Total for Associate** | | | **25.1** | **25,028.00** |
| REGINA BRAMAN | Paralegal | 510.00 | 8.6 | 4,386.00 |
| **Total for Paralegal** | | | **8.6** | **4,386.00** |
| **Total** | | | **90.2** | **103,570.50** |