Case 24-40158-NGH   Doc 748-3   Filed 11/29/24   Entered 11/29/24 16:55:14   Desc
Exhibit 3094   Page 1 of 3

Filed: 10/15/2024 17:10:09
Fifth Judicial District, Cassia County
Joseph W Larsen, Clerk of the Court
By: Deputy Clerk -Ambriz, Christina

**McCord Larsen** (ISB #8507)
*Prosecuting Attorney*
**Anthony T. Fry** (ISB #9025)
*Chief Deputy Prosecuting Attorney*
**Cassia County, Idaho**
1459 Overland Avenue, 3rd Floor
Post Office Box 7
Burley, Idaho 83318
Telephone: (208) 878-0419
Facsimile: (208) 878-2924
*efile.ccpa@cassia.gov*

Attorneys for State of Idaho
0014946

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF CASSIA

| | |
|---|---|
| STATE OF IDAHO, | Case No. CR16-24-05423 |
| Plaintiff, | **CRIMINAL COMPLAINT** |
| vs. | |
| **WILLIAM JOHN MILLENKAMP** | |
| Defendant. | |

COMES NOW before me this _15_ day of _October_, 2024, McCord Larsen, Cassia County Prosecuting Attorney, who complains and says, pursuant to Idaho Criminal Rule 3 and based upon the attached sworn affidavit, that William John Millenkamp, did commit the following:

**COUNT ONE**
**AGGRAVATED BATTERY**

William John Millenkamp, on or about August 10, 2024, in the County of Cassia, State of Idaho, did willfully and unlawfully use force or violence upon the person of Dylan M. Klockenga, causing great bodily harm, permanent disability or permanent disfigurement to-wit: by pushing Mr. Klockenga out of a moving vehicle onto a road. All in violation of Idaho Code § 18-903, 18-907, a Felony.

CRIMINAL COMPLAINT - 1

**EXHIBIT**
**3094**

## COUNT TWO
## FALSE IMPRISONMENT

William John Millenkamp, on or about August 10, 2024, in the County of Cassia, State of Idaho, did violate the personal liberty of another, to wit: Dylan M. Klockenga by keeping him in a vehicle against his will. All in violation of Idaho Code § 18-2901, a Misdemeanor.

All of which is contrary to the form and the statute in such case made and provided and against the peace and dignity of the State of Idaho.

Said complainant therefore prays that a Warrant be issued for the said defendant named herein and that the defendant be dealt with according to law.

_____
McCord Larsen
Prosecuting Attorney

SIGNED before me this 16 day of October, 2024.

_____
Magistrate Jeremy L. Pittard

CRIMINAL COMPLAINT - 2

## DEMAND FOR NOTICE OF ALIBI DEFENSE

Pursuant to Section 19-519, Idaho Code, the Prosecuting Attorney of Cassia County, State of Idaho, or his Deputy, does hereby make written demand upon the defendant named in the above and foregoing Complaint and that the defendant shall serve within ten (10) days or at such different times as the court may direct, upon the Prosecuting Attorney of Cassia County, State of Idaho, at P.O. Box 7, Burley, Idaho 83318, a written notice of the defendant's intention to offer a defense of alibi. Such notice shall state the specific place or places at which the defendant claims to have been at the time of the alleged offense and the names and addresses of the witnesses upon whom the defendant intends to rely to establish such alibi.

DATED this ___ day of _____ 2024.

_____
McCord Larsen
Prosecuting Attorney

CRIMINAL COMPLAINT - 3