Filed: 10/15/2024 17:10:09
Fifth Judicial District, Cassia County
Joseph W Larsen, Clerk of the Court
By: Deputy Clerk -Ambriz, Christina

# IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF CASSIA
## MAGISTRATE DIVISION

| | |
|---|---|
| STATE OF IDAHO,<br><br>Plaintiff,<br><br>vs.<br><br>Bill Mellenkamp,<br><br>Defendant.<br>_____/ | CASE NO. CR16-24-05423<br><br>AFFIDAVIT IN SUPPORT<br>OF COMPLAINT |

STATE OF IDAHO         )
                       ) ss.
County of Cassia       )

I, Deputy Hansen, being first duly sworn do certify under penalty of perjury pursuant to the law of the State of Idaho that the following is true and correct, and say:

**On August 11th, 2024 at approximately 0149 hours, I Deputy Hansen responded to Highway 81 milepost 25, in the County of Cassia, and State of Idaho for aggravated assault.**

**Upon my arrival I was traveling westbound and I noticed an individual on the south side of the highway, east of the canal flashing a light at me as I was approaching. I passed the individual and turned my patrol vehicle around to face eastbound and the individual.**

**The individual started walking towards me limping as if he had an injured leg. The individual identified himself as Dylan Klockenga, stated he was from Illinois and was in the Burley area on a business trip.**

AFFIDAVIT IN SUPPORT OF COMPLAINT - 1

EXHIBIT
3095

Dylan stated he met an individual by the name of Bill Mellenkamp at wicks in Declo on August 10th 2024 at approximately 2100 hours. Dylan and Bill started to talk about life and agriculture. They exchanged business cards and Bill offered to show Dylan around his Dairy facility. Dylan stated that Bill was drinking beers in the truck between stops. Dylan said they got towards what Bill said was the last 5 minutes of the tour when Dylan thanked Bill and stated he enjoyed the tour, his generosity, and that he was very impressed with Bill's facility.

Bill asked Dylan if he enjoyed hunting which Dylan stated yes and Bill then said he wanted to show Dylan a house he was renovating. When they arrived at the house Dylan stated that Bill's demeanor changed and Bill became visibly upset. Dylan tried to talk with Bill, while Bill explained that he knew Dylan was hired by his wife Susie to take him out and assault him and get dirt on him. After approximately 10 minutes in the house explaining to Bill that Dylan did not know Bill's wife and was not hired to assault him, Bill said he would take Dylan back to his truck in Declo.

During the ride back to Dylan's truck, Bill kept asking Dylan if he wanted to fight, and Dylan would respond by saying he did not want to fight. They got approximately one mile outside of Declo when Bill got upset again and asked if he wanted to fight him once again. Bill then pulled into a driveway on the side of the road and stated he was going to beat Dylan's ass for what Dylan had done.

Dylan said he calmed Bill down again trying to get back to his truck in Declo as he didn't know where he was. Bill pulled out of the driveway and proceeded to drive back towards his farm. Dylan Told Bill that he needed to stop and let him out, Bill said that he wasn't stopping and was tired of Dylan and he needed to get out of his truck. Dylan asked Bill to stop the truck again so he could get out and Bill stated the only way you are getting out of the truck is if you jump. Dylan said you need to stop. I'm not jumping out of a moving truck, and Bill said too bad you're getting out now. Bill reached across the center console and unbuckled Dylan's seat belt and proceeded to open the door Dylan was next to. The door slightly opened as Bill pushed Dylan out the door while the truck was moving at approximately 45 miles per hour. Dylan hit the ground causing him to get road rash and hurt one of his ankles as Bill drove away.

AFFIDAVIT IN SUPPORT OF COMPLAINT - 2

**Dylan stated he wanted to press charges on Bill. Dylan wanted to be checked by Meds, and Meds transported Dylan to the Cassia Regional Hospital for his injuries.**

**At this time, I am forwarding the case to the Prosecutors to review and charge Bill with**

- **Aggravated Battery per Idaho Code 18-907**

DATED August 16, 2024.

_____
Affiant

SUBSCRIBED AND SWORN to before me this 16th day of August, 2024.

Cameron Romo
Notary Public for Idaho
Residing at: Minidoka
Commission Expires: 1/20/29

AFFIDAVIT IN SUPPORT OF COMPLAINT - 3