**From:** Mikkilineni, Krystal <krystal.mikkilineni@dentons.com>
**Sent:** Tuesday, November 12, 2024 9:51 AM
**To:** Gurule, Julian <jgurule@omm.com>; Kremer, Matthew P. <mkremer@omm.com>; Olivera, Gabriel L. <golivera@omm.com>; Andrew Schoulder <andrew.schoulder@nortonrosefulbright.com>; Sheila Schwager <SSchwager@hawleytroxell.com>; Ron C. Bingham, II <Ron.Bingham@arlaw.com>; Nick Schandlbauer <Nick.Schandlbauer@arlaw.com>; Kimbell Gourley <kgourley@idalaw.com>; OBrien, John <jobrien@spencerfane.com>; zfairlie_spencerfane.com <zfairlie@spencerfane.com>; Bernard, Richard J. <richard.bernard@faegredrinker.com>; Michael Stewart <michael.stewart@faegredrinker.com>; Ballinger, Adam C. <adam.ballinger@faegredrinker.com>; jfk@kurtzlawllc.com
**Cc:** Matthew T. Christensen <MTC@johnsonmaylaw.com>; Roussell, Tirzah <tirzah.roussell@dentons.com>
**Subject:** Notice of Millenkamp Vehicle Purchase Pursuant to DN 533

* **NOTICE: EXTERNAL EMAIL** *

All,

Millenkamp Cattle needs to purchase four trucks.  Attached are invoices from Lithia Chrysler Jeep Dodge of Twin Falls to purchase four new trucks.  The details of the purchase of each truck are on the invoices.  We are sending this notice pursuant to the Court's Order at Docket Number 533.  If you have any questions, please let us know.

Thanks,

Krystal


### Krystal Mikkilineni
Shareholder

My pronouns are: (she/her/hers)

 +1 515 246 7943

krystal.mikkilineni@dentons.com   |   Bio   |   Website

Dentons Davis Brown PC | The Davis Brown Tower, 215 10th Street, Suite 1300, Des Moines, IA 50309

**DENTONS**

Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

EXHIBIT
**3126**

# VEHICLE BUYER'S ORDER

Stock# RG378747
DEAL # 112824

DATE: 11/06/2024

Buyer: **MILLENKAMP CATTLE**
Co-Buyer: N/A
Address: **471 N 300 W**
City, St, Zip, County: **JEROME, ID 83338-5078    JEROME**
Phone # H - **208-324-2350**     W - **208-324-2350**

Seller: **LITHIA CHRYSLER JEEP DODGE OF TWIN FALLS**
**1310 POLELINE RD EAST**
**TWIN FALLS, ID 83301**
**208 733 5776**

| Stock # | Year | Make & Model | Color | Vehicle Identification Number | Lic. No. | New/Used | Cylinders |
|---|---|---|---|---|---|---|---|
| RG378747 | 2024 | RAM 3500 | PW7/White | 3C7WRTAL4RG378747 | G | NEW | 6 |

### DESCRIPTION OF TRADE-IN(S)

| Stock # | Year | Make & Model | Color | Vehicle Identification Number | Lic. No. | Cylinders |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | | | |
|---|---|---|---|---|
| Cash Price as Equipped Before Rebate: | $ 61946.00 | 6. Other Charges: Consisting of: | | |
| Rebate Assigned to Dealer: | $ 1000.00 | A. Dept of Motor Vehicles: Consisting of: | | |
| NET CUSTOMER PRICE: | $ 60946.00 | - Title Fees | $ | N/A |
| 1. Cash Price Before Rebate: | $ 61946.00 | - License/Registration | $ | 16.00 |
| 2. Down Payment: Consisting of: | | - Other: N/A | $ | N/A |
| A. Cash From Customer: $ 1000.00 | 2a. INCLUDES | B. Sales/Use Tax | $ | 3686.70 |
| B. Manufactures Rebate: 1000.00 | A $ 0 | C. Credit Life Insurance | $ | N/A |
| C. Trade_In(s) | DOWN PAYMENT | D. Accident & Health Insurance | $ | N/A |
| - Trade-In(s) Allowance $ N/A | LOAN PROCURED | E. Service Contract | $ | N/A |
| - Balance owed on Trade-In(s) $ N/A | SOLELY BY | F. Maintenance Contract | $ | N/A |
| - Net Trade-In(s) Allowance $ N/A | PURCHASER. | G. Gap | $ | N/A |
| $ N/A | | H. Doc Fee | $ | 499.00 |
| Should the actual payoff to the lien holder be more than represented in this transaction, customer agrees to pay the difference within five days of notification of the additional amount due. If the actual payoff is lower than represented in this transaction a credit will be issued to customer. | | I. N/A | $ | N/A |
| | | J. N/A | $ | N/A |
| X _____ | | K. N/A | $ | N/A |
| D. Deferred Down Payment $ N/A | | L. N/A | $ | N/A |
| E. Total Down Payment | $ 2000.00 | M. N/A | $ | N/A |
| 3. Cash Balance as Equipped: | $ 60946.00 | N. N/A | $ | N/A |
| 4. Aftermarket Products Purchased: | | O. N/A | $ | N/A |
| Preservation Products $ N/A | | P. Total Other Charges | $ | 4201.70 |
| Security System / Misc. $ N/A | | 7. Financed Amount: | $ | 64147.70 |
| Lifetime Oil $ N/A | | 8. Finance Charge: | $ | N/A |
| N/A $ N/A | | 9. Deferred Payment Price: | $ | N/A |
| N/A $ N/A | | 10. Total of Payments: | $ | 64147.70 |
| Total Aftermarket Products Purchased: | $ N/A | 11. Annual Percentage Rate: | | N/A % |
| 5. Unpaid Balance of Cash Price: | $ 60946.00 | 12. Payment Schedule as Follows: | | |

ADDITIONAL TERMS/AGREEMENT:

N/A
N/A
N/A
N/A

Buyer Signature: _____

Co-Buyer Signature: _____N/A_____

Dealer Representative: _____

40681*1*TFD-FI                                                                                                    11/06/2024   05:04 pm

# VEHICLE BUYER'S ORDER

Stock# RG378746
DATE: 11/06/2024
DEAL # 112830

Buyer: **MILLENKAMP CATTLE**
Co-Buyer: **N/A**
Address: **471 N 300 W**
City, St, Zip, County: **JEROME, ID 83338-5078   JEROME**
Phone # H - **208-324-2350**   W - **208-324-2350**

Seller: **LITHIA CHRYSLER JEEP DODGE OF TWIN FALLS**
**1310 POLELINE RD EAST**
**TWIN FALLS, ID 83301**
**208 733 5776**

| Stock # | Year | Make & Model | Color | Vehicle Identification Number | Lic. No. | New/Used | Cylinders |
|---|---|---|---|---|---|---|---|
| RG378746 | 2024 | RAM 3500 | PW7/White | 3C7WRTAL2RG378746 | F | NEW | 6 |

### DESCRIPTION OF TRADE-IN(S)

| Stock # | Year | Make & Model | Color | Vehicle Identification Number | Lic. No. | | Cylinders |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | $ | | | $ | |
|---|---|---|---|---|---|
| Cash Price as Equipped Before Rebate: | 61946.00 | 6. Other Charges: Consisting of: | | | |
| Rebate Assigned to Dealer: | 1000.00 | A. Dept of Motor Vehicles: Consisting of: | | | |
| NET CUSTOMER PRICE: | 60946.00 | - Title Fees | | $ | N/A |
| 1. Cash Price Before Rebate: | 61946.00 | - License/Registration | | $ | 16.00 |
| 2. Down Payment: Consisting of: | | - Other: N/A | | $ | N/A |
| A. Cash From Customer: $ 1000.00 | 2a. INCLUDES | B. Sales/Use Tax | | $ | 3686.70 |
| B. Manufactures Rebate: 1000.00 | A $ 0 | C. Credit Life Insurance | | $ | N/A |
| C. Trade_In(s) | DOWN PAYMENT | D. Accident & Health Insurance | | $ | N/A |
| - Trade-In(s) Allowance $ N/A | LOAN PROCURED | E. Service Contract | | $ | N/A |
| - Balance owed on Trade-In(s) $ N/A | SOLELY BY | F. Maintenance Contract | | $ | N/A |
| - Net Trade-In(s) Allowance $ N/A | PURCHASER. | G. Gap | | $ | N/A |
| $ N/A | | H. Doc Fee | | $ | 499.00 |
| Should the actual payoff to the lien holder be more than represented in this transaction, customer agrees to pay the difference within five days of notification of the additional amount due. If the actual payoff is lower than represented in this transaction a credit will be issued to customer. | | I. N/A | | $ | N/A |
| | | J. N/A | | $ | N/A |
| | | K. N/A | | $ | N/A |
| X _____ | | L. N/A | | $ | N/A |
| D. Deferred Down Payment $ N/A | | M. N/A | | $ | N/A |
| E. Total Down Payment | $ 2000.00 | N. N/A | | $ | N/A |
| 3. Cash Balance as Equipped: | $ 60946.00 | O. N/A | | $ | N/A |
| 4. Aftermarket Products Purchased: | | P. Total Other Charges: | | $ | 4201.70 |
| Preservation Products $ N/A | | 7. Financed Amount: | | $ | 64147.70 |
| Security System / Misc. $ N/A | | 8. Finance Charge: | | $ | N/A |
| Lifetime Oil $ N/A | | 9. Deferred Payment Price: | | $ | N/A |
| N/A $ N/A | | 10. Total of Payments: | | $ | 64147.70 |
| N/A $ N/A | | 11. Annual Percentage Rate: | | | N/A % |
| Total Aftermarket Products Purchased: | $ N/A | 12. Payment Schedule as Follows: | | | |
| 5. Unpaid Balance of Cash Price: | $ 60946.00 | | | | |

**ADDITIONAL TERMS/AGREEMENT:**
N/A
N/A
N/A
N/A

Buyer Signature: _____

Co-Buyer Signature: **N/A**

Dealer Representative: _[signature]_

# VEHICLE BUYER'S ORDER

Stock# RG378761

DATE: 11/06/2024

DEAL # 112823

Buyer: **MILLENKAMP CATTLE**
Co-Buyer: N/A
Address: **471 N 300 W**
City, St, Zip, County: **JEROME, ID 83338-5078    JEROME**
Phone # H - **208-324-2350**    W - **208-324-2350**

Seller: **LITHIA CHRYSLER JEEP DODGE OF TWIN FALLS**
**1310 POLELINE RD EAST**
**TWIN FALLS, ID 83301**
**208 733 5776**

| Stock # | Year | Make & Model | Color | Vehicle Identification Number | Lic. No. | New/Used | Cylinders |
|---|---|---|---|---|---|---|---|
| RG378761 | 2024 | RAM 2500 | PW7/White | 3C6UR5CL3RG378761 | KZ | NEW | 6 |

### DESCRIPTION OF TRADE-IN(S)

| Stock # | Year | Make & Model | Color | Vehicle Identification Number | Lic. No. | | Cylinders |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Cash Price as Equipped Before Rebate: | $ 62045.00 | 6. Other Charges: Consisting of: | | |
| Rebate Assigned to Dealer: | $ 3000.00 | A. Dept of Motor Vehicles: Consisting of: | | |
| NET CUSTOMER PRICE: | $ 59045.00 | - Title Fees | $ | N/A |
| 1. Cash Price Before Rebate: | $ 62045.00 | - License/Registration | $ | 16.00 |
| 2. Down Payment: Consisting of: | | - Other: N/A | $ | N/A |
| A. Cash From Customer: $ 1000.00 | 2a. INCLUDES | B. Sales/Use Tax | $ | 3572.64 |
| B. Manufactures Rebate: 3000.00 | A $ 0 | C. Credit Life Insurance | $ | N/A |
| C. Trade_In(s) | DOWN PAYMENT | D. Accident & Health Insurance | $ | N/A |
| - Trade-In(s) Allowance $ N/A | LOAN PROCURED | E. Service Contract | $ | N/A |
| - Balance owed on Trade-In(s) $ N/A | SOLELY BY | F. Maintenance Contract | $ | N/A |
| - Net Trade-In(s) Allowance $ N/A | PURCHASER. | G. Gap | $ | N/A |
| $ N/A | | H. Doc Fee | $ | 499.00 |
| Should the actual payoff to the lien holder be more than represented in this transaction, customer agrees to pay the difference within five days of notification of the additional amount due. If the actual payoff is lower than represented in this transaction a credit will be issued to customer. | | I. N/A | $ | N/A |
| | | J. N/A | $ | N/A |
| | | K. N/A | $ | N/A |
| X _____ | | L. N/A | $ | N/A |
| D. Deferred Down Payment $ N/A | | M. N/A | $ | N/A |
| E. Total Down Payment | $ 4000.00 | N. N/A | $ | N/A |
| 3. Cash Balance as Equipped: | $ 59045.00 | O. N/A | $ | N/A |
| 4. Aftermarket Products Purchased: | | P. Total Other Charges: | $ | 4087.64 |
| Preservation Products $ N/A | | 7. Financed Amount: | $ | 62132.64 |
| Security System / Misc. $ N/A | | 8. Finance Charge: | $ | N/A |
| Lifetime Oil $ N/A | | 9. Deferred Payment Price: | $ | N/A |
| N/A $ N/A | | 10. Total of Payments: | $ | 62132.64 |
| N/A $ N/A | | 11. Annual Percentage Rate: | | N/A % |
| Total Aftermarket Products Purchased: | $ N/A | 12. Payment Schedule as Follows: | | |
| 5. Unpaid Balance of Cash Price: | $ 59045.00 | | | |

ADDITIONAL TERMS/AGREEMENT:

N/A
N/A
N/A
N/A

Buyer Signature: _____

Co-Buyer Signature: _____ N/A _____

Dealer Representative: _____ [signature]

40681*1*TFD-FI    11/06/2024    05:00 pm

# VEHICLE BUYER'S ORDER

Stock# RG378760

DATE: 11/06/2024

DEAL # 112825

Buyer: MILLENKAMP CATTLE
Co-Buyer: N/A
Address: 471 N 300 W
City, St, Zip, County: JEROME, ID 83338-5078    JEROME
Phone # H - 208-324-2350    W - 208-324-2350

Seller: LITHIA CHRYSLER JEEP DODGE OF TWIN FALLS
1310 POLELINE RD EAST
TWIN FALLS, ID 83301
208 733 5776

| Stock # | Year | Make & Model | Color | Vehicle Identification Number | Lic. No. | New/Used | Cylinders |
|---|---|---|---|---|---|---|---|
| RG378760 | 2024 | RAM 2500 | PW7/White | 3C6UR5CL1RG378760 | KZ | NEW | 6 |

### DESCRIPTION OF TRADE-IN(S)

| Stock # | Year | Make & Model | Color | Vehicle Identification Number | Lic. No. | Cylinders |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| | | |
|---|---|---|
| Cash Price as Equipped Before Rebate: | $ | 62045.00 |
| Rebate Assigned to Dealer: | $ | 3000.00 |
| **NET CUSTOMER PRICE:** | $ | 59045.00 |
| 1. Cash Price Before Rebate: | $ | 62045.00 |
| 2. Down Payment: Consisting of: | | |
| A. Cash From Customer: | $ | 1000.00 |
| B. Manufactures Rebate: | | 3000.00 |
| C. Trade_In(s) | | |
| - Trade-In(s) Allowance | $ | N/A |
| - Balance owed on Trade-In(s) | $ | N/A |
| - Net Trade-In(s) Allowance | $ | N/A |
| | $ | N/A |

2a. INCLUDES A $ ___0___ DOWN PAYMENT LOAN PROCURED SOLELY BY PURCHASER.

Should the actual payoff to the lien holder be more than represented in this transaction, customer agrees to pay the difference within five days of notification of the additional amount due. If the actual payoff is lower than represented in this transaction a credit will be issued to customer.

X _____

| | | |
|---|---|---|
| D. Deferred Down Payment | $ | N/A |
| E. Total Down Payment | $ | 4000.00 |
| 3. Cash Balance as Equipped: | $ | 59045.00 |
| 4. Aftermarket Products Purchased: | | |
| Preservation Products | $ | N/A |
| Security System / Misc. | $ | N/A |
| Lifetime Oil | $ | N/A |
| N/A | $ | N/A |
| N/A | $ | N/A |
| Total Aftermarket Products Purchased: | $ | N/A |
| 5. Unpaid Balance of Cash Price: | $ | 59045.00 |

| | | |
|---|---|---|
| 6. Other Charges: Consisting of: | | |
| A. Dept of Motor Vehicles: Consisting of: | | |
| - Title Fees | $ | N/A |
| - License/Registration | $ | 16.00 |
| - Other: N/A | $ | N/A |
| B. Sales/Use Tax | $ | 3572.64 |
| C. Credit Life Insurance | $ | N/A |
| D. Accident & Health Insurance | $ | N/A |
| E. Service Contract | $ | N/A |
| F. Maintenance Contract | $ | N/A |
| G. Gap | $ | N/A |
| H. Doc Fee | $ | 499.00 |
| I. N/A | $ | N/A |
| J. N/A | $ | N/A |
| K. N/A | $ | N/A |
| L. N/A | $ | N/A |
| M. N/A | $ | N/A |
| N. N/A | $ | N/A |
| O. N/A | $ | N/A |
| P. Total Other Charges: | $ | 4087.64 |
| 7. Financed Amount: | $ | 62132.64 |
| 8. Finance Charge: | $ | N/A |
| 9. Deferred Payment Price: | $ | N/A |
| 10. Total of Payments: | $ | 62132.64 |
| 11. Annual Percentage Rate: | | N/A % |
| 12. Payment Schedule as Follows: | | |

ADDITIONAL TERMS/AGREEMENT:

N/A
N/A
N/A
N/A

Buyer Signature: _____

Co-Buyer Signature: _____N/A_____

Dealer Representative: _____

40681*1*TFD-FI

11/06/2024    05:01 pm