MC Cattle
Proposed Plan Debt Summary

*($ in millions)*

| Debt Facility | Amounts Outstanding as of | | | | | |
|---|---|---|---|---|---|---|
| | 4/2/24 | 11/30/24 | 4/30/25 | 12/31/25 | 12/31/26 | 2/28/27 |
| Sandton DIP | – | $20.7 | – | – | – | – |
| Sandton Exit Financing | – | – | 45.6 | 50.3 | 39.4 | 40.4 |
| 1L/2L Rabo RLOC | 90.5 | – | – | – | – | – |
| Term Loan 1 Met Bank #9534 | 88.7 | 88.7 | 90.2 | 90.2 | 90.2 | 90.2 |
| Term Loan 2 Met Bank #9535 | 52.3 | 52.3 | 52.3 | 52.3 | 52.3 | 52.3 |
| Term Loan 3 Met Bank #0638 | 11.5 | 11.5 | 11.5 | 11.5 | 11.5 | 11.5 |
| Term Loan 4 Met Bank #1560 | 10.5 | 10.5 | 10.5 | 10.5 | 10.5 | 10.5 |
| Term Loan 5 Met Bank #1559 | 16.2 | 16.2 | 16.2 | 16.2 | 16.2 | 16.2 |
| Term Loan 6 Met Bank #9858 | 4.9 | 4.9 | 4.9 | – | – | – |
| Total MetLife Loans | $184.2 | $184.2 | $185.7 | $180.8 | $180.8 | $180.8 |
| **Total 1L Debt** | **$274.7** | **$204.8** | **$231.2** | **$231.1** | **$220.2** | **$221.1** |
| 2L/3L Rabo RLOC/Term Loan | – | 91.0 | 93.1 | 70.0 | 68.1 | 68.1 |
| Conterra - Mezz | 16.5 | 16.5 | 17.4 | 18.4 | 20.2 | 20.5 |
| Conterra - German Dairy Mortgage | 2.5 | 2.5 | – | – | – | – |
| Total Conterra Loans | $19.0 | $19.0 | $17.4 | $18.4 | $20.2 | $20.5 |
| **Total Funded Debt** | **$293.7** | **$314.8** | **$341.7** | **$319.6** | **$308.4** | **$309.7** |
| *Total Funded Debt Compared to Filing Date* | | *$21.1* | *$48.1* | *$25.9* | *$14.8* | *$16.1* |
| Unsecured/Secured Prepetition AP | $45.5 | $36.8 | $31.5 | $28.1 | $21.4 | $21.4 |
| Leases | 3.9 | 3.9 | 3.9 | 3.9 | 3.9 | 3.9 |
| **Total Debt** | **$343.1** | **$355.5** | **$377.2** | **$351.6** | **$333.8** | **$335.1** |
| *Total Debt Compared to Filing Date* | | *$12.5* | *$34.1* | *$8.5* | *($9.3)* | *($8.0)* |

*Note: Debt balances above per "5 Year Plan Model - as of 11.15.24 - Scenario 7 - Sandton 45M.xlsx" from Kander*

EXHIBIT 3136

MC Cattle
Proposed Plan Total Debt Over Time



*Note: Debt balances above per "5 Year Plan Model - as of 11.15.24 - Scenario 7 - Sandton 45M.xlsx" from Kander*