**Actual Pro-Forma Levered Cash Flow (April 2024 - November 2024)**

| ($ in thousands) | [FN] | Apr. 24 | May 24 | Jun. 24 | Jul. 24 | Aug. 24 | Sep. 24 | Oct. 24 | Nov. 24 | Total | Adj. Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Beg. Date* | | 2-Apr | 29-Apr | 27-May | 1-Jul | 29-Jul | 2-Sep | 30-Sep | 4-Nov | 2-Apr | 2-Apr |
| *End Date* | | 28-Apr | 26-May | 30-Jun | 28-Jul | 1-Sep | 29-Sep | 3-Nov | 17-Nov | 17-Nov | 17-Nov |
| **Levered Cash Flow:** | | | | | | | | | | | |
| Cash Receipts | | 11,615 | 22,805 | 22,215 | 22,098 | 22,492 | 20,063 | 28,660 | 1,424 | 151,373 | 151,373 |
| Operating Cash Disbursements | | (11,071) | (17,363) | (21,880) | (22,153) | (18,925) | (18,031) | (18,871) | (8,686) | (136,981) | (136,981) |
| Adequate Protection Payments | [1] | – | – | – | – | – | – | – | – | – | (4,793) |
| **Unlevered Operating Cash Flow** | | **$544** | **$5,442** | **$336** | **($55)** | **$3,568** | **$2,032** | **$9,788** | **($7,262)** | **$14,392** | **$9,599** |
| Financing Cash Disbursements | [2] | (425) | (2,906) | (2,162) | (1,859) | (2,269) | (2,145) | (2,031) | (1,105) | (14,903) | (14,903) |
| **Levered Operating Cash Flow** | [3] | **$119** | **$2,536** | **($1,827)** | **($1,914)** | **$1,299** | **($113)** | **$7,757** | **($8,367)** | **($511)** | **($5,304)** |
| March 2024 Interest Payments | [4] | (1,457) | – | – | – | – | – | – | – | (1,457) | (1,457) |
| **Base Ch. 11 Levered Cash Flow** | | **($1,338)** | **$2,536** | **($1,827)** | **($1,914)** | **$1,299** | **($113)** | **$7,757** | **($8,367)** | **($1,967)** | **($6,760)** |
| | | | | | | | | | | | |
| *Memo (Restructuring Items):* | | | | | | | | | | | |
| *Professional Fees* | | – | (225) | (125) | (139) | (342) | (209) | (272) | (20) | (1,333) | (1,333) |
| *Adequate Protection Payments* | [1] | (5,200) | (2,084) | (2,250) | (1,199) | (3,646) | – | – | – | (14,379) | (9,586) |
| *UST Fees* | | – | – | – | – | (252) | – | (252) | – | (505) | (505) |
| ***Total Restructuring Items*** | | **($5,200)** | **($2,310)** | **($2,375)** | **($1,338)** | **($4,240)** | **($209)** | **($525)** | **($20)** | **($16,217)** | **($11,424)** |

*1. Adequate protection payments reflect payments of prepetition amounts to vendors. Some portion of these payments relate to January through March 2024 and would have been due on normal terms in April to June 2024. Because of the bankruptcy filing, payments to prepetition vendors were stayed until required approvals for adequate protection payments were granted. Had amounts due in April through June 2024 been paid as normal, FTI estimates levered operating cash flow would be as much as ~$5M worse.*

*2. Financing cash disbursements only includes 11 months of interest payments. The Company did not pay March 2024 interest to Rabo, MetLife or Conterra.*

*3. Levered operating cash flow does not include non-operating restructuring disbursements related to adequate protection payments ($14.4M), professional fees ($1.3M) and U.S. Trustee fees ($0.5M) through WE 11/17.*

*4. The Company did not pay March 2024 interest payments to MetLife, Rabo, or Conterra, which FTI estimates would have amounted to $726K, $640K, and $90K, respectively, based on the outstanding principal balances of MetLife, Rabo, and Conterra's loans as of the Petition Date and their non-default interest rates.*

EXHIBIT 3138

**Actual Pro-Forma Levered Cash Flow (April 2024 - November 2024)**

| ($ in thousands) | [FN] | Apr. 24 | May 24 | Jun. 24 | Jul. 24 | Aug. 24 | Sep. 24 | Oct. 24 | Nov. 24 | Total | Adj. Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beg. Date | | 2-Apr | 29-Apr | 27-May | 1-Jul | 29-Jul | 2-Sep | 30-Sep | 4-Nov | 2-Apr | 2-Apr |
| End Date | | 28-Apr | 26-May | 30-Jun | 28-Jul | 1-Sep | 29-Sep | 3-Nov | 17-Nov | 17-Nov | 17-Nov |
| **Base Ch. 11 Levered Cash Flow** | | ($1,338) | $2,536 | ($1,827) | ($1,914) | $1,299 | ($113) | $7,757 | ($8,367) | ($1,967) | ($6,760) |
| **Adjustment to Reflect Contractual Debt Costs:** | | | | | | | | | | | |
| Rabo Default Interest | [1] | (377) | (753) | (377) | (377) | (377) | (377) | (377) | (377) | (3,389) | (3,389) |
| MetLife Amortization | [2] | (848) | (1,706) | (858) | (862) | (865) | (868) | (872) | (875) | (7,755) | (7,755) |
| MetLife Default Interest | [3] | – | (1,535) | (767) | (767) | (767) | (767) | (767) | (767) | (6,139) | (6,139) |
| Conterra Default Interest | [4] | (248) | (495) | (248) | (248) | (248) | (248) | (248) | (285) | (2,265) | (2,265) |
| **Total Adjustment to Reflect Contractual Debt Costs** | | ($1,472) | ($4,489) | ($2,250) | ($2,253) | ($2,256) | ($2,260) | ($2,263) | ($2,304) | ($19,548) | ($19,548) |
| **Base Ch. 11 Levered Cash Flow with Contractual Costs** | | ($2,810) | ($1,953) | ($4,077) | ($4,167) | ($958) | ($2,373) | $5,494 | ($10,671) | ($21,515) | ($26,308) |

1. Rabo default interest payments are based on the funded debt balance as of the Petition Date of $90.4M and a Default Rate premium of 5.00% per annum for the months of March through October 2024.

2. MetLife amortization payments are based on the funded debt balance as of the Petition Date of $184.2M and on schedules provided by Kander in the 5-year business plan model ("5 Year Plan Model - as of 09.30.24 - Scenario 5.xlsx") for the months of March through October 2024.

3. MetLife default interest payments are based on the funded debt balance as of the Petition Date of $184.2M and a Default Rate premium of 5.00% per annum for the months of April through October 2024.

4. Conterra default interest payments are based on the funded debt balance as of the Petition Date of $16.5M and a Default Rate premium of 18.00% per annum for the months of March through October 2024.

Note: Timing for all historical debt costs is assumed to be consistent with the timing of interest payments in the actual period. May - November interest was paid on the 15th of the month, April interest was paid in the first week of May.

**Actual Pro-Forma Levered Cash Flow (April 2024 - November 2024)**

| ($ in thousands) | [FN] | Apr. 24 | May 24 | Jun. 24 | Jul. 24 | Aug. 24 | Sep. 24 | Oct. 24 | Nov. 24 | Total | Adj. Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Beg. Date* | | 2-Apr | 29-Apr | 27-May | 1-Jul | 29-Jul | 2-Sep | 30-Sep | 4-Nov | 2-Apr | 2-Apr |
| *End Date* | | 28-Apr | 26-May | 30-Jun | 28-Jul | 1-Sep | 29-Sep | 3-Nov | 17-Nov | 17-Nov | 17-Nov |
| **Base Ch. 11 Levered Cash Flow** | | ($1,338) | $2,536 | ($1,827) | ($1,914) | $1,299 | ($113) | $7,757 | ($8,367) | ($1,967) | ($6,760) |
| **Adjustment to Reflect POR Interest Rates:** | | | | | | | | | | | |
| Incremental Conterra Interest | [1] | (179) | (362) | (183) | (184) | (186) | (187) | (188) | (190) | (1,658) | (1,658) |
| Incremental MetLife Interest | [2] | (696) | (696) | (348) | (348) | (348) | (348) | (348) | (348) | (3,480) | (3,480) |
| **Total Adjustment to Reflect POR Interest Rates** | [1], [2] | ($875) | ($1,058) | ($531) | ($532) | ($534) | ($535) | ($536) | ($538) | ($5,138) | ($5,138) |
| **Market Rate Adjustment:** | | | | | | | | | | | |
| Incremental Rabo Interest to Reflect Market Rates | [3] | (377) | (753) | (377) | (377) | (377) | (377) | (377) | (377) | (3,389) | (3,389) |
| **Total Market Rate Adjustment** | [3] | ($377) | ($753) | ($377) | ($377) | ($377) | ($377) | ($377) | ($377) | ($3,389) | ($3,389) |
| **Base Ch. 11 Levered Cash Flow at POR Terms** | | ($2,589) | $725 | ($2,734) | ($2,823) | $389 | ($1,025) | $6,844 | ($9,281) | ($10,494) | ($15,287) |

1. From April 2024 - March 2025 the Company has paid Conterra 5.00% annual interest on its $16.5M mezzanine loan. The Company's current POR includes 9.00% annual cash interest payments to Conterra on its $16.5M mezzanine loan. As such, these amounts represent incremental cash interest payments of 4.00% annually.
2. The Company's current POR contemplates an increase in the interest rate of all of MetLife's loans to 7.00% annually. As such, these amounts represent 7.00% annual interest less interest already paid to MetLife (blended average annual rate of 4.73%).
3. Rabo default interest payments are based on the funded debt balance as of the Petition Date of $90.4M and a Default Rate premium of 5.00% per annum for the months of March through October 2024. The adjustment to include these amounts is reflective of lien subordination and maturity extension and overall risk / credit worthiness of the borrower.