**EXHIBIT B**

|  | 12/31/2024 Forecast | Est. Ch 7 Recovery | Est. Liquidation Proceeds (Dark) |  |
|---|---:|:---:|---:|---|
| **Assets** | | | | |
| Cash | $ 7,583 | 0% | $ - | Assumed Used up in Wind Down |
| Accounts Receivable | 19,370 | 60% | 11,622 | Collectibility issues with EVD and Calf Ranch Customers in Wind Down |
| Feed Inventory | 27,951 | 25% | 6,988 | Used up in Wind Down, significant discount on silage/haylage in pits |
| Investment in Growing Crops | 300 | 0% | - | Included in land sales |
| Steer Inventory | 7,944 | FMV | 10,476 | 12,471 head with avg weight of 400lbs at $2.1 blended price per lb |
| Medicine & Fuel Inventory | 1,000 | 0% | - | Used up in Wind Down |
| Prepaid Expenses | 1,746 | 0% | - | |
| Dairy Herd | | | | |
|   Cows | 51,866 | FMV | 76,512 | 39,850 head at $2,150 per head (Davis) (20% Cull Rate at $1,000) |
|   Heifers | 40,641 | FMV | 42,925 | 34,340 head at $1,250 per head (Davis) |
| Real Property | 298,457 | | | |
|   Moonshine Ranch | | FMV | 6,500 | Appraisal |
|   Goose Ranch | | FMV | 12,000 | Appraisal |
|   McGregor & Ridgeway | | FMV | 5,400 | Appraisal |
|   Canyon Lands | | FMV | 16,000 | Appraisal |
|   German Dairy | | FMV | 4,100 | Appraisal |
|   Jersey Girls Dairy | | FMV | 2,700 | Appraisal |
|   Calf Ranch | | FMV | | |
|     Land | | FMV | 9,668 | 75% of Appraisal |
|     Improvements | | FMV | 5,853 | 30% of Appraisal |
|   East Valley Dairy | | FMV | | |
|     Land | | FMV | 73,593 | 75% of Appraisal |
|     Improvements | | FMV | 80,269 | 25% of Appraisal |
| Machinery, Trucks, Trailers & Equipment | 42,382 | FMV | 20,451 | Harding Appraisal |
| Accumulated Depreciation | (77,401) | 0% | - | |
| Deposits | 1,602 | 0% | - | |
| Lease Assets | 4,024 | 0% | - | |
| Investment in Affiliated Entities | 3,679 | 25% | 920 | |
| Investment in Patron's Equity | 1,311 | 25% | 328 | |
| Loan Fees | 1,448 | 0% | - | |
| Less Sale Costs | | | (28,008) | 7.5% cost of sale |
| Net Admin & Operating Expenses Through Wind Down | | | (10,000) | Estimated Feed, Vet, Utility, Labor, net of milk check |
| | $ 433,903 | | $ 348,296 | |
| **Liabilities** | | | | |
|   **Administrative Expense Claims** | | | | |
|     Professional Fees | | | 1,604 | |
|     Priority and 503(b)9 Payments | | | 5,305 | |
|     Post Petition Accounts Payable | | | 3,000 | |
|     Trustee Fees | | | | |
|   **Secured Debt** | | | | |
|     Sandton | | | 21,783 | |
|     Rabobank | | | 90,953 | |
|     MetLife | | | 184,178 | |
|     Conterra | | | 19,002 | |
|     Prepetition Accounts Payable with Liens | | | 3,209 | |
|     Pre Petition Accrued Fees & Interest | | | 3,631 | |
|     Post Petition Professional Fees (Secured Lenders) | | | 4,750 | |
| **Total Available for Unsecured Pre-Petition Payables** | | | $ 10,881 | |
| Unsecured Pre-petition payables | | | $ 27,894 | |
| Recovery % | | | 39.01% | |

EXHIBIT 3099