# TERM SHEET
## Millenkamp Cattle, Inc., et al

This term sheet (this "Term Sheet") summarizes the principal terms of a potential exit financing (the "Exit Loan") between the Borrowers and Sandton Capital Partners, LP and its Assigns ("Sandton"). This Term Sheet is subject to conditions including, but not limited to, binding documentation duly executed and delivered between the parties (the "Definitive Documents"), the terms and conditions of a proposed reorganization plan (the "Plan") acceptable to Sandton, the confirmation of the Plan by the United States Bankruptcy Court for the District of Idaho (the "Bankruptcy Court"), and the occurrence of the effective date under the Plan. By receipt of these terms and conditions, the Borrowers acknowledge that these materials are confidential and proprietary to Sandton and, in consideration for Lender providing these materials to the Borrowers, the Borrowers undertake not to disclose or provide these materials to third parties (excluding properly retained advisors) without the consent of Sandton.

THIS TERM SHEET DOES NOT ADDRESS ALL TERMS THAT WOULD BE REQUIRED IN CONNECTION WITH ANY POTENTIAL CHAPTER 11 PLAN. THIS TERM SHEET AND THE INFORMATION CONTAINED HEREIN IS STRICTLY CONFIDENTIAL AND SHALL NOT BE SHARED WITH ANY OTHER PARTY ABSENT THE PRIOR WRITTEN CONSENT OF THE PARTIES (AS DEFINED BELOW)

| **Lender:** | Sandton Capital Partners, LP and/or one or more of its affiliated funds and accounts (the "Lender"). |
|---|---|
| **Borrowers:** | Millenkamp Cattle, Inc., East Valley Cattle, LLC, Idaho Jersey Girls Jerome Dairy LLC, Millenkamp Enterprises LLC, Millenkamp Properties II LLC, Millenkamp Properties LLC, Goose Ranch LLC, Black Pine Cattle LLC, Millenkamp Family LLC, and Idaho Jersey Girls, LLC (collectively, the "Borrowers"). |
| **Exit Loan Amount:** | $45.0 million (the "Principal Amount"), based on Borrowers' Plan and in accordance with its budget as attached as Annex A or as subsequently agreed to by Lender in its sole discretion and in a form that is acceptable to the Borrowers and the Lender (the "Budget"). |

EXHIBIT
**3137**

| | |
|---|---|
| **Use of Proceeds:** | The Borrowers will use the Exit Loan proceeds for the following purposes:<br><br>1. Repay in full all obligations of the Borrowers under the Secured Superpriority Debtor-In-Possession Loan Agreement dated April 22, 2024;<br>2. Pay all allowed administrative expense claims under the terms of the Plan;<br>3. Partially repay Rabo AgriFinance, LLC, as Administrative Agent ("Rabobank") in an amount not to exceed $5 million relating to Claim No. 97-1;<br>4. Repay in full the obligations of the Borrowers relating to Claim No. 18-1 to Conterra Holdings encumbering the real property known as the German Dairy; and<br>5. Fund general working capital as described in the Budget. |
| **Maturity:** | Lender will be entitled to immediate repayment of all outstanding obligations under the Exit Loan on the earliest of (the "Repayment Date") (a) 24 months from the date of origination and (b) an event of default under the Definitive Documents. |
| **Amortization:** | None. |
| **Prepayment:** | The Exit Loan will be prepayable in full or in part by the Borrowers on one or more occasions but not earlier than 12 months from the date of origination of the Exit Loan.<br><br>The proceeds from the sale of any assets outside of the ordinary course of business or not in accordance with the Budget will be paid to the Lender as a mandatory repayment of the Exit Loan. |
| **Loan Interest Rates and Fees:** | The Exit Loan interest rates and fees will be as follows:<br>1. Cash Interest: None.<br>2. PIK Interest: The Borrowers will pay the Lender PIK interest at 15.0% per annum on the outstanding Principal Amount, which shall be added to the Principal Amount on a monthly basis. PIK'ed interest will not be counted against draw limits for any of the draws contemplated herein.<br>3. Origination Fee: The Borrowers will pay to the Lender an origination fee of 1.0% of the Principal Amount. Such origination fee will be earned on closing and capitalized to the loan balance.<br>4. Exit Fee: The Borrowers will pay the Lender an exit fee of 1.0% on the total drawn amount. Such exit fee will be |

| | |
|---|---|
| | earned on closing and payable on the earlier to occur of the date: (a) the Repayment Date; and (b) the date the Exit Loan is paid in full or in part prior (on a pro rata basis) to the Repayment Date.<br><br>5. <u>Default Fee</u>: Upon the occurrence of an Event of Default, the Borrowers will pay a one-time fee of 4.0% of the Principal Amount which shall be added to the Principal Amount.<br><br>6. <u>Breakup Fee</u>: In the event that the Borrowers fail to close the Exit Loan with Sandton by the effective date of the Plan, as agreed to by Sandton, for any reason, the Borrowers will pay to Sandton within two (2) business days thereafter a one-time fee of 5.0% of the Principal Amount as consideration for the effort, expenses, and other opportunities forgone by Sandton. |
| **Financial and Operating Milestones:** | 1. <u>Financial Milestones</u>: Financial performance typical for a business of this nature including but not limited to: Borrowers' revenues and operating cash flows must be within 20% of their rolling projections as disclosed in the Budget.<br><br>2. <u>Operating Milestones</u>: Operational performance typical for a business of this nature that ensures Borrowers maintain inventory and property, plant, and equipment in good standing. |
| **Collateral Security and Priority:** | The collateral for the Exit Loan (the "<u>Collateral</u>") will include a fully perfected and first priority priming security interest and lien in all of the existing and after-acquired real property including, but not limited to, the real property known as the German Dairy and personal property assets, tangible and intangible, of the Borrowers including, without limitation, all cash, cash equivalents, bank deposit and securities accounts, accounts, other receivables, chattel paper, contract rights, inventory, instruments, documents, securities (whether or not marketable), equipment, fixtures, real property interests, franchise rights, general intangibles, investment property, supporting obligations, tax refunds, securities, franchise rights, letter of credit rights, commercial tort claims, causes of action and all substitutions, accessions and proceeds of the foregoing, wherever located, including insurance or other proceeds, patents, tradenames, trademarks, copyrights, intellectual property and all substitutions, accessions and proceeds of such intellectual property, wherever located, including insurance or other proceeds. |
| **Covenants:** | Affirmative, negative, and other financial and operational covenants customary for transactions of this type, including: |

|  | 1. Maintenance of a minimum cash balance of at least $3,000,000. (which may be funded from borrowed funds). |
|---|---|
|  | 2. Capital expenditures shall be in the ordinary course of business and as set forth in the Budget. |
|  | 3. No Restricted Payments, including dividends or other distribution with respect to capital stock or other equity interest of the Borrowers to any Person. |
|  | 4. No change of control of the Borrowers. |
|  | 5. Borrowers maintain appropriate insurance coverages and name the Lender as a beneficiary of insurance policies. |
|  | 6. Limitations on additional debt, guarantees, and hedging arrangements, including the subordination of all intercompany indebtedness to the Exit Loan. |
|  | 7. Limitations on new, additional, or replacement liens and further negative pledges. |
|  | 8. Limitations on sales, transfers, and other dispositions of assets. |
|  | 9. Limitations on the Borrowers incurring new, additional, or replacement indebtedness and investments. |
|  | 10. Limitations on creating new direct or indirect subsidiaries, becoming a general partner in any partnership, or joint venture. |
|  | 11. Limitations on transactions with affiliates except as permitted. |
|  | 12. Borrowers will continue to employ Kander LLC as financial advisor during the duration of the Exit Loan. |
|  | 13. Borrowers will maintain a Borrowing Base calculated in a manner acceptable to the Lender. |
|  | 14. In the event the Borrowers have not refinanced the Exit Loan by June 30, 2026, then the Borrowers agree to sell the real estate commonly known as a) the Canyonlands and b) McGregor (collectively, the "Excess Land") the proceeds of which must be paid to the operating indebtedness of Rabobank. |
|  | 15. Borrowers may, with the express written consent of the Lender, sell real property (including the Excess Land) in order to pay the operating indebtedness of Rabobank in an amount that, when combined with scheduled principal payments, totals no more than $30 million. Thereafter all |

| | |
|---|---|
| | land sales shall be subject to the express written consent of the Lender, and all proceeds thereof shall be applied to the Exit Loan. |
| **Representations and Warranties:** | Usual and customary representations and warranties, including organization in good standing, validity of agreements, tax status, compliance with law, and operational and financial disclosures. |
| **Events of Default:** | Events of Default will include, in addition to other such events customarily found in transactions similar to the Exit Loan: <br> 1. Payment defaults. <br> 2. Covenant defaults. <br> 3. Representation or warranty breaches. <br> 4. Cross-defaults with other material indebtedness. <br><br> Upon the occurrence of an Event of Default, the Lender may accelerate all of the Exit Loan obligations and exercise all of its legal and equitable remedies. |
| **Expenses:** | The Borrowers will be responsible for the Lender's out of pocket fees and expenses, including attorneys' fees, incurred by the Lender to originate, manage, and enforce the terms of the Exit Loan. |
| **Contingencies:** | Lender has completed its due diligence, received internal approvals, and received documentation acceptable to the Lender in its sole discretion.  The terms of the Plan of reorganization and Bankruptcy Court's order confirming the Plan, including the terms regarding the priority of the liens securing the Exit Loan, must be acceptable to the Lender in its sole discretion. |
| **Governing Law, Waiver of Jury Trial, Jurisdiction:** | In connection with the transaction outlined in this Term Sheet, all parties agree: (i) that the law of the State of New York governs without regard to any conflict of law principles; (ii) to the waiver of a trial by jury; and (iii) to the jurisdiction of the state and federal courts located in New York County, New York. The Definitive Documents will be governed by New York law. |
| **Confidentiality:** | Borrowers shall not disclose to any person or entity the terms or conditions of this term sheet or any information about the transaction, including, without limitation, the existence, status, nature, terms or conditions of the discussions or actions by the parties relating to the potential transaction except Borrowers may disclose such matters (i) to those of its employees and other agents who need to know such matters for the sole purpose of permitting Borrowers to evaluate or consummate the potential transaction, (ii) as explicitly approved in advance in writing by Lender or (iii) to the extent, in the reasonable |

| | |
|---|---|
| | judgment of Borrowers, required by any applicable law or order, in which case Seller shall use commercially reasonable efforts to allow Borrowers reasonable time to comment on such disclosure in advance thereof. |
| **Definitive Documents:** | The Exit Loan will be documented by, among other things, a promissory note, security agreement, mortgages, and credit agreement in form and substance acceptable to the Lender, all of which will be subject to the confirmation of the Plan by the Bankruptcy Court and the occurrence of the effective date under the Plan. |
| **Brokers**: | Each of the parties represent to each other that no broker or other intermediary is entitled to any payments or compensation with respect to the transactions as set forth in this Term Sheet. |

[Signature page follows]

# TERM SHEET
## Millenkamp Cattle, Inc., et al

      This Term Sheet sets forth the present status of negotiations between the Parties to aid in reaching a final binding definitive purchase and sale agreement. The Parties understand and agree that such agreement(s) will contain additional material terms and conditions, which are not addressed in this Term Sheet.

Sincerely,
**Sandton Capital Partners LP**

*Robert Rice*

Robert C. Rice
Principal


**Borrowers:**   Millenkamp Cattle, Inc., et al

Agreed and Accepted this __ day of November, 2024


By: _____


**Its:** _____