# CORPORATE RESOLUTION OF
# MILLENKAMP CATTLE, INC.
AN IDAHO CORPORATION

On April 1, 2024, the following resolution was adopted by the Directors and Shareholders of Millenkamp Cattle, Inc. an Idaho corporation (the "**Company**"):

**WHEREAS,** the undersigned, William J. Millenkamp, President, and Susan J. Millenkamp, Secretary, are the Directors and Shareholders of the Company ("**Shareholders**"); and

**WHEREAS,** the Company is experiencing significant financial challenges; and

**WHEREAS,** the Company has determined in its business judgment that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in the United States Bankruptcy Court seeking protection and reorganization under Chapter 11 of Title 11 of the United State Code (the "**Bankruptcy Code**"); and

**WHEREAS,** the Company has selected the law firms of Dentons Davis Brown and Johnson May and to represent the Company's interests in the Chapter 11 proceeding.

**NOW, THEREFORE, BE IT RESOLVED** the undersigned Shareholders consent to the following action by the Company:

**FURTHER RESOLVED** that William J. Millenkamp, as President of the Company, is hereby authorized and directed to take such steps and execute such documentation necessary to perfect the filing of a voluntary bankruptcy case under Title 11 of Chapter 11 in the United States Bankruptcy Court on behalf of the Company; and it is

**FURTHER RESOLVED,** that William J. Millenkamp, as President of the Company, is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy; and it is

**FURTHER RESOLVED,** the Company shall employ the law firms of Dentons and Johnson May to represent it in the Chapter 11 proceedings, and shall seek to have their employment approved by the Bankruptcy Court as soon as is practicable; and it is

**FURTHER RESOLVED,** that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding.

*-SIGNATURE PAGE FOLLOWS-*

#3877333

EXHIBIT
**3127**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION

The undersigned, Directors and Shareholders of the Company named as debtor in this case, declare under penalty of perjury that they have read the foregoing resolution and it is true and correct to the best of their knowledge, information, and belief.

DATED this  1st  day of  April , 2024.

By: William J. Millenkamp
As President of Millenkamp Cattle, Inc.

By: Susan J. Millenkamp
As Secretary of Millenkamp Cattle, Inc.

# CORPORATE RESOLUTION OF
# IDAHO JERSEY GIRLS LLC
AN IDAHO LIMITED LIABILITY COMPANY

On April 1, 2024, the following resolution was adopted by the sole member of Idaho Jersey Girls LLC an Idaho limited liability company (the "**Company**"):

**WHEREAS**, the undersigned, William J. Millenkamp and Susan J. Millenkamp are the Shareholders and Directors of Millenkamp Cattle, Inc, sole member of the Company ("**Member**"); and

**WHEREAS**, the Company is experiencing significant financial challenges; and

**WHEREAS**, the Company has determined in its business judgment that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in the United States Bankruptcy Court seeking protection and reorganization under Chapter 11 of Title 11 of the United State Code (the "**Bankruptcy Code**"); and

**WHEREAS**, the Company has selected the law firms of Dentons Davis Brown and Johnson May and to represent the Company's interests in the Chapter 11 proceeding.

**NOW, THEREFORE, BE IT RESOLVED** the undersigned Member consents to the following action by the Company:

**FURTHER RESOLVED** that William J. Millenkamp, as President of Millenkamp Cattle, Inc., Member of the Company, is hereby authorized and directed to take such steps and execute such documentation necessary to perfect the filing of a voluntary bankruptcy case under Title 11 of Chapter 11 in the United States Bankruptcy Court on behalf of the Company; and it is

**FURTHER RESOLVED,** that William J. Millenkamp, as President of Millenkamp Cattle, Inc., Member of the Company, is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy; and it is

**FURTHER RESOLVED,** the Company shall employ the law firms of Dentons and Johnson May to represent it in the Chapter 11 proceedings, and shall seek to have their employment approved by the Bankruptcy Court as soon as is practicable; and it is

**FURTHER RESOLVED,** that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding.

*-SIGNATURE PAGE FOLLOWS-*

#3877337

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LIMITED LIABILITY COMPANY

The undersigned Directors and Shareholders of Millenkamp Cattle, Inc., sole member of the Company named as debtor in this case, declare under penalty of perjury that they have read the foregoing resolution and it is true and correct to the best of their knowledge, information, and belief.

DATED this 1st day of April, 2024.

By: William J. Millenkamp
As President of Millenkamp Cattle, Inc.

By: Susan J. Millenkamp
As Secretary of Millenkamp Cattle, Inc.

# CORPORATE RESOLUTION OF
# EAST VALLEY CATTLE, LLC
AN IDAHO LIMITED LIABILITY COMPANY

On April 1, 2024, the following resolution was adopted by the sole member of East Valley Cattle, LLC, an Idaho limited liability company (the "**Company**"):

**WHEREAS,** the undersigned, William J. Millenkamp is the sole member of the Company (the "**Member**"); and

**WHEREAS,** Company is experiencing significant financial challenges; and

**WHEREAS,** the Company has determined in its business judgment that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in the United States Bankruptcy Court seeking protection and reorganization under Chapter 11 of Title 11 of the United State Code (the "**Bankruptcy Code**"); and

**WHEREAS,** the Company has selected the law firms of Dentons Davis Brown and Johnson May and to represent the Company's interests in the Chapter 11 proceeding.

**NOW, THEREFORE, BE IT RESOLVED** the undersigned Member consents to the following action by the Company:

**FURTHER RESOLVED** that William J. Millenkamp, as Member of the Company, is hereby authorized and directed to take such steps and execute such documentation necessary to perfect the filing of a voluntary bankruptcy case under Title 11 of Chapter 11 in the United States Bankruptcy Court on behalf of the Company; and it is

**FURTHER RESOLVED,** that William J. Millenkamp, as Member of the Company, is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy; and it is

**FURTHER RESOLVED,** the Company shall employ the law firms of Dentons and Johnson May to represent it in the Chapter 11 proceedings, and shall seek to have their employment approved by the Bankruptcy Court as soon as is practicable; and it is

**FURTHER RESOLVED,** that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding.

*-SIGNATURE PAGE FOLLOWS-*

#3877331

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LIMITED LIABILITY COMPANY

The undersigned Member of East Valley Cattle, LLC, named as debtor in this case, declares under penalty of perjury that he has read the foregoing resolution and it is true and correct to the best of his knowledge, information, and belief.

DATED this 1st day of April, 2024.

By: William J. Millenkamp
As Sole Member of East Valley Cattle, LLC

# CORPORATE RESOLUTION OF
# MILLENKAMP PROPERTIES, L.L.C.
AN IDAHO LIMITED LIABILITY COMPANY

On April 1, 2024, the following resolution was adopted by the sole member of Millenkamp Properties, L.L.C., an Idaho limited liability company (the "**Company**"):

**WHEREAS,** the undersigned, William J. Millenkamp, Susan J. Millenkamp, William J. Millenkamp as Trustee of the SJM 2012 Trust, and Susan J. Millenkamp as Trustee of the WJM 2012 Trust are the Members of Millenkamp Family LLC, sole member of the Company ("**Member**"); and

**WHEREAS**, the Company is experiencing significant financial challenges; and

**WHEREAS**, the Company has determined in its business judgment that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in the United States Bankruptcy Court seeking protection and reorganization under Chapter 11 of Title 11 of the United State Code (the "**Bankruptcy Code**"); and

**WHEREAS**, the Company has selected the law firms of Dentons and Johnson May to represent the Company's interests in the Chapter 11 proceeding.

**NOW, THEREFORE, BE IT RESOLVED** the undersigned Members consent to the following action by the Company:

**FURTHER RESOLVED** that William J. Millenkamp, as Manager of Millenkamp Family LLC, Member of the Company, is hereby authorized and directed to take such steps and execute such documentation necessary to perfect the filing of a voluntary bankruptcy case under Title 11 of Chapter 11 in the United States Bankruptcy Court on behalf of the Company; and it is

**FURTHER RESOLVED,** that William J. Millenkamp, as Manager of Millenkamp Family LLC, Member of the Company, is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy; and it is

**FURTHER RESOLVED**, the Company shall employ the law firms of Dentons and Johnson May to represent it in the Chapter 11 proceedings, and shall seek to have their employment approved by the Bankruptcy Court as soon as is practicable; and it is

**FURTHER RESOLVED**, that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding.

*-SIGNATURE PAGE FOLLOWS-*

#3877342 v.2

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LIMITED LIABILITY COMPANY

The undersigned Members of Millenkamp Family LLC, sole member of the Company named as debtor in this case, declare under penalty of perjury that they have read the foregoing resolution and it is true and correct to the best of their knowledge, information, and belief.

DATED this __1st__ day of __April__, 2024.

_____
By: William J. Millenkamp
As Manager/Member of Millenkamp Family, LLC

_____
By: Susan J. Millenkamp
As Manager/Member of Millenkamp Family, LLC

SJM 2012 TRUST
_____
By: William J. Millenkamp, Trustee
As Member of Millenkamp Family, LLC

WJM 2012 TRUST
_____
By: Susan J. Millenkamp, Trustee
As Member of Millenkamp Family, LLC

# CORPORATE RESOLUTION OF
# MILLENKAMP PROPERTIES II LLC
AN IDAHO LIMITED LIABILITY COMPANY

On April 1, 2024, the following resolution was adopted by the sole member Millenkamp Properties II LLC, an Idaho limited liability company (the "**Company**"):

**WHEREAS,** the undersigned, William J. Millenkamp, Susan J. Millenkamp, William J. Millenkamp as Trustee of the SJM 2012 Trust, and Susan J. Millenkamp as Trustee of the WJM 2012 Trust are the Members of Millenkamp Family LLC, sole member of the Company ("**Member**"); and

**WHEREAS,** the Company is experiencing significant financial challenges; and

**WHEREAS,** the Company has determined in its business judgment that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in the United States Bankruptcy Court seeking protection and reorganization under Chapter 11 of Title 11 of the United State Code (the "**Bankruptcy Code**"); and

**WHEREAS**, the Company has selected the law firms of Dentons and Johnson May to represent the Company's interests in the Chapter 11 proceeding.

**NOW, THEREFORE, BE IT RESOLVED** the undersigned Member consents to the following action by the Company:

**FURTHER RESOLVED** that William J. Millenkamp, as Manager of Millenkamp Family LLC, Member of the Company, is hereby authorized and directed to take such steps and execute such documentation necessary to perfect the filing of a voluntary bankruptcy case under Title 11 of Chapter 11 in the United States Bankruptcy Court on behalf of the Company; and it is

**FURTHER RESOLVED,** William J. Millenkamp, as Manager of Millenkamp Family LLC, Member of the Company, is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy; and it is

**FURTHER RESOLVED**, the Company shall employ the law firms of Dentons and Johnson May to represent it in the Chapter 11 proceedings, and shall seek to have their employment approved by the Bankruptcy Court as soon as is practicable; and it is

**FURTHER RESOLVED,** that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding.

*-SIGNATURE PAGE FOLLOWS-*

#3877344

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LIMITED LIABILITY COMPANY

The undersigned Members of Millenkamp Family LLC, sole member of the Company, named as debtor in this case, declare under penalty of perjury that they have read the foregoing resolution and it is true and correct to the best of their knowledge, information, and belief.

DATED this \_\_1st\_\_ day of \_\_April\_\_, 2024.

_____
By: William J. Millenkamp
As Member/Manager of Millenkamp Family LLC

_____
By: Susan J. Millenkamp
As Member/Manager of Millenkamp Family LLC

SJM 2012 TRUST
_____
By: William J. Millenkamp, Trustee
As Member of Millenkamp Family, LLC

WJM 2012 TRUST
_____
By: Susan J. Millenkamp, Trustee
As Member of Millenkamp Family, LLC

2

# CORPORATE RESOLUTION OF
# MILLENKAMP FAMILY LLC
AN IDAHO LIMITED LIABILITY COMPANY

On April 1, 2024, the following resolution was adopted by the members of Millenkamp Family LLC, an Idaho limited liability company (the "**Company**"):

**WHEREAS,** the undersigned, William J. Millenkamp, Susan J. Millenkamp, William J. Millenkamp as Trustee of the SJM 2012 Trust, and Susan J. Millenkamp as Trustee of the WJM 2012 Trust are the Members of the Company (each, a "**Member**" and together, the "**Members**"); and

**WHEREAS,** the Company is experiencing significant financial challenges; and

**WHEREAS,** the Company has determined in its business judgment that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in the United States Bankruptcy Court seeking protection and reorganization under Chapter 11 of Title 11 of the United State Code (the "**Bankruptcy Code**"); and

**WHEREAS,** the Company has selected the law firms of Dentons and Johnson May to represent the Company's interests in the Chapter 11 proceeding.

**NOW, THEREFORE, BE IT RESOLVED** the undersigned Members consent to the following action by the Company:

**FURTHER RESOLVED** that William J. Millenkamp, Member and Manager of the Company, is hereby authorized and directed to take such steps and execute such documentation necessary to perfect the filing of a voluntary bankruptcy case under Title 11 of Chapter 11 in the United States Bankruptcy Court on behalf of the Company; and it is

**FURTHER RESOLVED,** that William J. Millenkamp, Member and Manager of the Company, is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy; and it is

**FURTHER RESOLVED,** the Company shall employ the law firms of Dentons and Johnson May to represent it in the Chapter 11 proceedings, and shall seek to have their employment approved by the Bankruptcy Court as soon as is practicable; and it is

**FURTHER RESOLVED,** that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding.

*-SIGNATURE PAGE FOLLOWS-*

#3877349 v.3

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LIMITED LIABILITY COMPANY

The undersigned Members of Millenkamp Family LLC, named as debtor in this case, declare under penalty of perjury that they have read the foregoing resolution and it is true and correct to the best of their knowledge, information, and belief.

DATED this \_\_1st\_\_ day of \_\_April\_\_, 2024.

By: William J. Millenkamp
As Member of Millenkamp Family LLC

By: Susan J. Millenkamp
As Member of Millenkamp Family LLC

SJM 2012 TRUST

By: William J. Millenkamp, Trustee
As Member of Millenkamp Family, LLC

WJM 2012 TRUST

By: Susan J. Millenkamp, Trustee
As Member of Millenkamp Family, LLC

# CORPORATE RESOLUTION OF
# GOOSE RANCH, LLC
### AN IDAHO LIMITED LIABILITY COMPANY

On April 1, 2024, the following resolution was adopted by the sole member of Goose Ranch, LLC an Idaho limited liability company (the "**Company**"):

**WHEREAS,** the undersigned, William J. Millenkamp, Susan J. Millenkamp, William J. Millenkamp as Trustee of the SJM 2012 Trust, and Susan J. Millenkamp as Trustee of the WJM 2012 Trust are the Members of Millenkamp Family LLC, sole member of the Company ("**Member**"); and

**WHEREAS**, the Company is experiencing significant financial challenges; and

**WHEREAS,** the Company has determined in its business judgment that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in the United States Bankruptcy Court seeking protection and reorganization under Chapter 11 of Title 11 of the United State Code (the "**Bankruptcy Code**"); and

**WHEREAS**, the Company has selected the law firms of Dentons and Johnson May to represent the Company's interests in the Chapter 11 proceeding.

**NOW, THEREFORE**, **BE IT RESOLVED** the undersigned Member consents to the following action by the Company:

**FURTHER RESOLVED** that William J. Millenkamp, as Manager of Millenkamp Family LLC, Member of the Company, is hereby authorized and directed to take such steps and execute such documentation necessary to perfect the filing of a voluntary bankruptcy case under Title 11 of Chapter 11 in the United States Bankruptcy Court on behalf of the Company; and it is

**FURTHER RESOLVED,** that William J. Millenkamp, as Manager of Millenkamp Family LLC, Member of the Company, is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy; and it is

**FURTHER RESOLVED**, the Company shall employ the law firms of Dentons and Johnson May to represent it in the Chapter 11 proceedings, and shall seek to have their employment approved by the Bankruptcy Court as soon as is practicable; and it is

**FURTHER RESOLVED**, that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding.

*-SIGNATURE PAGE FOLLOWS-*

#3877346

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LIMITED LIABILITY COMPANY

The undersigned Members of Millenkamp Family LLC, sole member of the Company named as debtor in this case, declare under penalty of perjury that they have read the foregoing resolution and it is true and correct to the best of their knowledge, information, and belief.

DATED this  1st  day of  April , 2024.

_____
By: William J. Millenkamp
As Manager/Member of Millenkamp Family, LLC

_____
By: Susan J. Millenkamp
As Manager/Member of Millenkamp Family, LLC

SJM 2012 TRUST
_____
By: William J. Millenkamp, Trustee
As Member of Millenkamp Family, LLC

WJM 2012 TRUST
_____
By: Susan J. Millenkamp, Trustee
As Member of Millenkamp Family, LLC

2

# CORPORATE RESOLUTION OF
# IDAHO JERSEY GIRLS JEROME DIARY LLC
AN IDAHO LIMITED LIABILITY COMPANY

On April 1, 2024, the following resolution was adopted by the members and managers of Idaho Jersey Girls Jerome Diary LLC, an Idaho limited liability company (the "**Company**"):

**WHEREAS**, the undersigned, William J. Millenkamp and Susan J. Millenkamp are the Members and Managers of the Company (each, a "**Member**" and together, the "**Members**"); and

**WHEREAS**, Company is experiencing significant financial challenges; and

**WHEREAS**, the Company has determined in its business judgment that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in the United States Bankruptcy Court seeking protection and reorganization under Chapter 11 of Title 11 of the United State Code (the "**Bankruptcy Code**"); and

**WHEREAS**, the Company has selected the law firms of Dentons Davis Brown and Johnson May and to represent the Company's interests in the Chapter 11 proceeding.

**NOW, THEREFORE, BE IT RESOLVED** the undersigned Members consent to the following action by the Company:

**FURTHER RESOLVED** that William J. Millenkamp, as Member and Manager of the Company, is hereby authorized and directed to take such steps and execute such documentation necessary to perfect the filing of a voluntary bankruptcy case under Title 11 of Chapter 11 in the United States Bankruptcy Court on behalf of the Company; and it is

**FURTHER RESOLVED**, that William J. Millenkamp, as Member and Manager of the Company, is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy; and it is

**FURTHER RESOLVED**, the Company shall employ the law firms of Dentons and Johnson May to represent it in the Chapter 11 proceedings, and shall seek to have their employment approved by the Bankruptcy Court as soon as is practicable; and it is

**FURTHER RESOLVED**, that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding.

*-SIGNATURE PAGE FOLLOWS-*

#3877329

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LIMITED LIABILITY COMPANY

The undersigned Members of Idaho Jersey Girls Jerome Diary LLC, named as debtor in this case, declare under penalty of perjury that they have read the foregoing resolution and it is true and correct to the best of their knowledge, information, and belief.

DATED this 1st day of April, 2024.

By: William J. Millenkamp
As Member of Idaho Jersey Girls Jerome Dairy LLC

By: Susan J. Millenkamp
As Member of Idaho Jersey Girls Jerome Diary LLC

# CORPORATE RESOLUTION OF
# BLACK PINE CATTLE LLC
AN IDAHO LIMITED LIABILITY COMPANY

On April 1, 2024, the following resolution was adopted by the members of Black Pine Cattle LLC, an Idaho limited liability company (the "**Company**"):

**WHEREAS,** the undersigned, William J. Millenkamp and Susan J. Millenkamp are the Members of the Company (each, a "**Member**" and together, the "**Members**"); and

**WHEREAS,** the Company is experiencing significant financial challenges; and

**WHEREAS,** the Company has determined in its business judgment that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in the United States Bankruptcy Court seeking protection and reorganization under Chapter 11 of Title 11 of the United State Code (the "**Bankruptcy Code**"); and

**WHEREAS,** the Company has selected the law firms of Dentons Davis Brown and Johnson May and to represent the Company's interests in the Chapter 11 proceeding.

**NOW, THEREFORE, BE IT RESOLVED** the undersigned Members consent to the following action by the Company:

**FURTHER RESOLVED** that William J. Millenkamp, Member and Manager of the Company, is hereby authorized and directed to take such steps and execute such documentation necessary to perfect the filing of a voluntary bankruptcy case under Title 11 of Chapter 11 in the United States Bankruptcy Court on behalf of the Company; and it is

**FURTHER RESOLVED,** that William J. Millenkamp, Member and Manager of the Company, is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy; and it is

**FURTHER RESOLVED,** the Company shall employ the law firms of Dentons and Johnson May to represent it in the Chapter 11 proceedings, and shall seek to have their employment approved by the Bankruptcy Court as soon as is practicable; and it is

**FURTHER RESOLVED,** that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding.

*-SIGNATURE PAGE FOLLOWS-*

#3877335

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LIMITED LIABILITY COMPANY

The undersigned Members of Black Pine Cattle LLC, named as debtor in this case, declare under penalty of perjury that they have read the foregoing resolution and it is true and correct to the best of their knowledge, information, and belief.

DATED this  1st  day of  April , 2024.

By: William J. Millenkamp
As Member of Black Pine Cattle LLC

By: Susan J. Millenkamp
As Member of Black Pine Cattle LLC

# CORPORATE RESOLUTION OF
# MILLENKAMP ENTERPRISES LLC
AN IDAHO LIMITED LIABILITY COMPANY

On April 1, 2024, the following resolution was adopted by the members of Millenkamp Enterprises LLC, an Idaho limited liability company (the "**Company**"):

**WHEREAS,** the undersigned, William J. Millenkamp and Susan J. Millenkamp are the Members of the Company (each, a "**Member**" and together, the "**Members**"); and

**WHEREAS,** the Company is experiencing significant financial challenges; and

**WHEREAS,** the Company has determined in its business judgment that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in the United States Bankruptcy Court seeking protection and reorganization under Chapter 11 of Title 11 of the United State Code (the "**Bankruptcy Code**"); and

**WHEREAS,** the Company has selected the law firms of Dentons Davis Brown and Johnson May and to represent the Company's interests in the Chapter 11 proceeding.

**NOW, THEREFORE, BE IT RESOLVED** the undersigned Members consent to the following action by the Company:

**FURTHER RESOLVED** that William J. Millenkamp, Member and Manager of the Company, is hereby authorized and directed to take such steps and execute such documentation necessary to perfect the filing of a voluntary bankruptcy case under Title 11 of Chapter 11 in the United States Bankruptcy Court on behalf of the Company; and it is

**FURTHER RESOLVED,** that William J. Millenkamp, Member and Manager of the Company, is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy; and it is

**FURTHER RESOLVED,** the Company shall employ the law firms of Dentons and Johnson May to represent it in the Chapter 11 proceedings, and shall seek to have their employment approved by the Bankruptcy Court as soon as is practicable; and it is

**FURTHER RESOLVED,** that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding.

*-SIGNATURE PAGE FOLLOWS-*

#3877334

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LIMITED LIABILITY COMPANY

The undersigned Members of Millenkamp Enterprises LLC, named as debtor in this case, declare under penalty of perjury that they have read the foregoing resolution and it is true and correct to the best of their knowledge, information, and belief.

DATED this __1st__ day of __April__, 2024.

By: William J. Millenkamp
As Member of Millenkamp Enterprises LLC

By: Susan J. Millenkamp
As Member of Millenkamp Enterprises LLC