**Sheila Schwager**

| | |
|---|---|
| **From:** | david@millenkamp.com |
| **Sent:** | Friday, August 11, 2023 1:10 PM |
| **To:** | Sheila Schwager |
| **Cc:** | 'Ed Miller'; Mike.Hayes@raboag.com; 'Jay Kornfeld' |
| **Subject:** | Millenkamp Funding Request |
| **Attachments:** | 71346851182__F74795C9-482A-40D2-AFA7-7950BE6A6660.jpg; 71331490248__8392F028-7513-4EC5-9C91-6A839ED20351.jpg; Report_from_Millenkamp_Cattle,_Inc..xlsx |

* NOTICE: EXTERNAL EMAIL *

Sheila,

Please see the attached and below:

1. Request of funding is $2,000,000.00 to be wired today. This number has been increased given increased pressures from vendors today.
2. Proposed uses of the source of funds to the various vendors in the amount of $2,000,000.00 is also attached.
3. Current AP list of the largest creditors.
4. Report of disbursement of funds.

Other items of note:

5. There are no funds in the D.L. Evans account, all funds have been expended to preserve collateral in accordance with the disbursement of funds attached.
6. Vitera will only be good supplying feed through Tuesday if the $800k payment is made.

Upon review with Mike, call Ed and I.

David Heida

EXHIBIT 3009

1