Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com
       bwilson@hawleytroxell.com

Andrew J. Schoulder (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212.318.3030
Email: andrew.schoulder@nortonrosefulbright.com

Attorneys for Rabo AgriFinance LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

NOTICE OF HEARING - 1

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

## NOTICE OF HEARING

Rabo AgriFinance LLC, in its capacity as agent and secured lender ("RAF"), by and through its attorneys of record, hereby provides its notice of hearing on the *Rabo AgriFinance LLC' Motion to Appoint a Chapter 11 Trustee* filed on November 29, 2024 (Dkt. No. 748) (the "Trustee Motion").

The hearing on the Trustee Motion will be held on December 10 and 11, 2024, at 9:00 a.m. (MT), or as soon thereafter as the hearing may be held. This hearing will be in person at the U.S. Courthouse, 550 W. Fort Street, Boise, Idaho 83724, before the Honorable Noah G. Hillen.

Dated: November 29, 2024          HAWLEY TROXELL ENNIS & HAWLEY LLP

/s/ Brent R. Wilson
_____
Brent R. Wilson, ISB No. 8936
Attorneys for Rabo AgriFinance LLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November, 2024, I electronically filed the foregoing **NOTICE OF HEARING** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine Patrice Reynard | janine@averylaw.net |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com |
| Zachary Fairlie | zfairlie@spencerfance.com |
| John O'Brien | jobrien@spencerfane.com |
| Gery W. Edson | gedson@gedson.com |
| Aaron Bell | abell@evanskeane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Karen Lloyd | klloyd@grsm.com |
| James Justin May | jjm@johnsonmaylaw.com |
| Rhett Michael Miller | rmiller@magicvalley.law |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |

NOTICE OF HEARING - 3

59797.0007.17882716.1

| | |
|---|---|
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| John F. Kurtz, Jr. | jfk@kurtzlaw.com |

And any others receiving cm/ecf notices

    I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following parties via US Mail, Postage Paid:

| | |
|---|---|
| Millenkamp Cattle, Inc.<br>471 North 300 West<br>Jerome, ID 83338 | Idaho Jersey Girls LLC<br>471 North 300 West<br>Jerome, ID 83338 |
| East Valley Cattle, LLC<br>471 North 300 West<br>Jerome, ID 83338 | Millenkamp Properties, L.L.C.<br>471 North 300 West<br>Jerome, ID 83338 |
| Millenkamp Properties II LLC<br>471 North 300 West<br>Jerome, ID 83338 | Millenkamp Family LLC<br>471 North 300 West<br>Jerome, ID 83338 |
| Goose Ranch LLC<br>471 North 300 West<br>Jerome, ID 83338 | Idaho Jersey Girls Jerome Dairy LLC<br>471 North 300 West<br>Jerome, ID 83338 |
| Black Pine Cattle LLC<br>471 North 300 West<br>Jerome, ID 83338 | Millenkamp Enterprises LLC<br>471 North 300 West<br>Jerome, ID 83338 |

/s/ Brent R. Wilson
Brent R. Wilson

NOTICE OF HEARING - 4

59797.0007.17882716.1