Kimbell D. Gourley, ISB No. 3578
JONES, WILLIAMS, FUHRMAN & GOURLEY, P.A.
225 N. 9th Street, Suite 820
Boise, ID  83701
Telephone (208)331-1170
kgourley@idalaw.com

Nikolaus F. Schandlbauer, DC Bar No. 434314
ADAMS AND REESE LLP
20 F Street NW, Suite 500
Washington, DC 20001
Telephone: (202) 478-1221
Nick.schandlbauer@arlaw.com

Ron C. Bingham, II, Ga Bar No. 057240
ADAMS AND REESE LLP
3424 Peachtree Road NE, Suite 1600
Atlanta, GA 30326
Telephone: (470) 427-3701
Ron.Bingham@arlaw.com

Attorneys for Metropolitan Life Insurance Company
and MetLife Real Estate Lending LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re:<br><br>MILLENKAMP CATTLE INC.<br><br>Debtor. | Case No. 24-40158-NGH |
|---|---|
| Filing Relates to:<br><br>☒  ALL DEBTORS<br><br>☐  Millenkamp Cattle, Inc.<br><br>☐  Idaho Jersey Girls<br><br>☐  East Valley Cattle<br><br>☐  Millenkamp Properties<br><br>☐  Millenkamp Properties II | Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH WITNESSES AND EXHIBITS - 1**

| | |
|---|---|
| ☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Chapter 11 Cases |

# NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH WITNESSES AND EXHIBITS

Pursuant to Local Rule 9014.1, Metropolitan Life Insurance Company and MetLife Real Estate Lending LLC, hereby give notice of their intent to present evidence through witnesses and exhibits at the hearing currently scheduled for December 10, 2024, at 9:00am., or, alternatively, at any evidentiary hearing or any continued hearing that may be scheduled thereafter by this Court, in relation to the (i) Debtors' Second Motion for Continued Use of Cash Collateral; (ii) Debtors' Third Motion for Continued Use of Cash Collateral; (iii) Debtors' Motion to Extend Exclusivity Period to file Disclosure Statement and Plan; (iv) Debtors' Motion to Compel Production of Information, (collectively, the "Motions"), and the objections thereto; and (v) Rabo AgriFinance LLC's Motion to Appoint Chapter 11 Trustee.

1. The following witnesses may be called to testify, or cross examined, by MetLife at the hearing in relation to all or any of the Motions:

    a. Jeremy Rasmussen, and/or
    b. Any witnesses identified, or who are called to testify, by any of the Debtors or any other creditors or parties in interest in this matter.

2. The following exhibits have been introduced into evidence at prior hearings in relation to this matter and may be used or referenced at the December 10, 2024, hearing on the Motions:

    a. Exhibit 2000 - Promissory Note A

**NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH WITNESSES AND EXHIBITS - 2**

b. Exhibit 2001 - Promissory Note B

c. Exhibit 2002 - Promissory Note C

d. Exhibit 2003 - Promissory Note D

e. Exhibit 2004 - Promissory Note E

f. Exhibit 2005 - Promissory Note 199858

g. Exhibit 2006 - 2018 Mortgage

h. Exhibit 2007 - First Amendment to 2018 Mortgage

i. Exhibit 2008 - Second Amendment to 2018 Mortgage

j. Exhibit 2009 - 2019 Mortgage

k. Exhibit 2010 - Milk Check Assignment Agreement (Note A)

l. Exhibit 2011 - Milk Check Assignment Agreement (Note B)

m. Exhibit 2012 - Milk Check Assignment Agreement (Note C)

n. Exhibit 2013 - Milk Check Assignment Agreement (Note C)

o. Exhibit 2014 - Milk Check Assignment Agreement (Notes D and E)

p. Exhibit 2015 - Intercreditor Agreement (RAF)

q. Exhibit 2016 - First Amendment to Intercreditor Agreement (RAF)

r. Exhibit 2017 - Second Amendment to Intercreditor Agreement (RAF)

s. Exhibit 2018 - Third Amendment to Intercreditor Agreement (RAF)

t. Exhibit 2019 - Subordination and Intercreditor Agreement (RAF)

u. Exhibit 2020 - Subordination and Intercreditor Agreement (Conterra)

v. Exhibit 2021 – UCC Statement (Doc # 20182631221)

w. Exhibit 2022 – Amendment to UCC Statement filed 10/04/2018 (Add Collateral) (Doc # 20200576479)

**NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH WITNESSES AND EXHIBITS - 3**

x.  Exhibit 2023 - Amendment to UCC Statement filed 10/04/2018 (Add Debtor) (Doc # 20200576484)

y.  Exhibit 2024 - Amendment to UCC Statement filed 10/04/2018 (Add Collateral) (Doc # 20210836187)

z.  Exhibit 2025 - Amendment to UCC Statement filed 10/04/2018 (Add Collateral) (Doc # 20221487538)

aa. Exhibit 2026 - Amendment to UCC Statement filed 10/04/2018 (Continuation) (Doc # 20230633226)

bb. Exhibit 2027 – UCC Statement (Doc # 20194572319

cc. Exhibit 2028 - Amendment to UCC Statement filed 03/19/2019 (Continuation) (Doc # 20231790159)

Dated this 2nd day of December, 2024.

JONES ¨ WILLIAMS ¨ FUHRMAN ¨ GOURLEY, P.A.

 */s/ Kimbell D. Gourley*
Kimbell D. Gourley
Attorneys for Metropolitan Life Insurance Company
and MetLife Real Estate Lending LLC

**NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH WITNESSES AND EXHIBITS - 4**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of December, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System which sent a Notice of Electronic Filing to the following persons:

- **Matthew T. Christensen** — mtc@johnsonmaylaw.com
- **James Justin May** — jjm@johnsonmaylaw.com
- **Krystal R. Mikkilineni** — krystal.mikkilineni@dentons.com
- **Robert E. Richards** — Robert.richards@dentons.com
- **Tirzah R. Roussell** — tirzah.roussell@dentons.com
- **US Trustee/Brett R. Cahoon** — ustp.region18.bs.ecf@usdoj.gov
- **Jason Ronald Naess** — Jason.r.naess@usdoj.gov
- **Sheila Rae Schwager** — sschwager@hawleytroxell.com
- **Brent Russel Wilson** — bwilson@hawleytroxell.com
- **Heidi Buck Morrison** — heidi@racineolson.com
- **Daniel C. Green** — dan@racineolson.com
- **Matthew W. Grimshaw** — matt@grimshawlawgroup.com
- **Laura E. Burri** — lburri@morrowfischer.com
- **David A. Coleman** — david@colemanjacobsonlaw.com
- **Karyn Lloyd** — klloyd@grsm.com
- **Meredith Leigh Thielbahr** — mthielbahr@grsm.com
- **Zachary Fairlie** — zfairlie@spencerfane.com
- **John O'Brien** — jobrien@spencerfane.com
- **Scott C. Powers** — spowers@spencerfane.com
- **Janine Patrice Reynard** — janine@averylaw.net
- **Holly Roark** — holly@roarklawboise.com
- **Robert A Faucher** — rfaucher@hollandhart.com
- **Zachery J McCraney** — ZJMcCraney@hollandhart.com
- **Cheryl Rambo** — cherly.rambo@isp.idhao.gov
- **Gery W. Edson** — gedson@gendson.com
- **Aaron Robert Bell** — abell@evanskeane.com
- **Jed W. Manwaring** — jmanwaring@evanskeane..com
- **Morton R. Branzburg** — mbranzburg@klehr.com
- **Rhett Michael Miller** — rmiller@magicvalley.law
- **John D. Munding** — john@mundinglaw.com
- **John F. Kurtz, Jr.** — jfk@kurtzlawllc.com
- **Brian Faria** — brian@sawtoothlaw.com
- **Evan Thomas Roth** — evan@sawtoothlaw.com
- **James Niemeier** — jniemeier@mcgrathnorth.com
- **Jon B. Evans** — evans.jb@dorsey.com
- **Matthew A. Sturzen** — matt@shermlaw.com
- **William K. Carter** — kentcarter@grsm.com
- **Adam Aiken Lewis** — alewis@mofo.com
- **Miranda K. Russell** — mrussell@mofo.com
- **Connor Bray Edlund** — edlund@mwsslawyers.com
- **Andrew J. Schoulder** — Andrew.schoulder@nortonrosefulbright.com
- **Alexandra O. Caval** — alex@cavallawoffice.com
- **David T Krueck** — dkrueck@hawleytroxell.com
- **Bruce A. Anderson** — baafiling@eaidaho.com
- **Eric R. Clark** — eclark101@hotmail.com
- **D. Blair Clark** — dbc@dbcarklaw.com

**NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH WITNESSES AND EXHIBITS - 5**

- Oren B. Haker — oren.haker@bhlaw.com
- Mark Bradford Perry — mbp@perrylawpc.com
- Britta E. Warren — britta.warren@bhlaw.com
- Thomas E. Dvorak — ted@givenspursley.com
- Julian Gurule — jgurule@omm.com
- Matthew Kremer — mkremer@omm.com
- Gabriel Luis Olivera — golivera@omm.com
- Joseph Mark Wager, Jr. — wager@mwsslawyers.com
- Kim J. Trout — ktrout@trout-law.com
- Louis V. Spiker — louis.spiker@millernash.com

Additionally, I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

Bunge Canada
c/o David D. Farrel
One Bank Plaza
Suite 2700
St. Louis, MO 63101

CNH Industrial Capital America LLC
c/o W. Kent Carter
One North Franklin, Suite 800
Chicago, IL 60606

East Valley Development, LLC
c/o Adam A. Lewis
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Rabo AgriFinance LLC
c/o Andrew Schoulder
1301 Ave. of The Americas
New York, NY 10019

MWI Veterinarian Supply, Inc.
c/o Morton R. Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market St., Suite 1400
Philadelphia, PA 19103

East Valley Development, LLC
c/o Miranda Russell
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Sandton Capital Partners LP
c/o Richard Bernard
1177 Ave. of the Americas
41st Floor
New York, NY 10036

MWI Veterinarian Supply, Inc.
c/o Domenic E. Pacitti
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Sandton Capital Partners LP
c/o Michael R. Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Sandton Capital Partners LP
c/o Scott F. Gautier
1800 Century Park East,
Suite 1500
Los Angeles, CA 90067

    */s/ Kimbell D. Gourley*
    Kimbell D. Gourley

**NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH WITNESSES AND EXHIBITS - 6**