Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*), CA Bar No. 252160
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*), NY Bar No. 5101860
Gabriel L. Olivera (Admitted *Pro Hac Vice*), NY Bar No. 5605027
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
        golivera@omm.com

*Attorneys for the Official Committee of*
*Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>          Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

FIRST APPLICATION OF ARMORY SECURITIES, LLC FOR ALLOWANCE AND PAYMENT OF INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES - 1

| | |
|---|---|
| ☐ Millenkamp Properties | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome |
| ☐ Idaho Jersey Girls Jerome Dairy | Dairy) |

**FIRST APPLICATION OF ARMORY SECURITIES, LLC FOR
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION
FOR THE PERIOD MAY 23, 2024 THROUGH JULY 31, 2024**

Armory Securities, LLC (the "Applicant"), applies to the Court for allowance of professionals' fees pursuant to 11 U.S.C. §§ 330 and 331. The Applicant respectfully represents as follows:

1.      The Applicant is financial advisor to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., *et al.*, the debtors in the above captioned cases (the "Debtors"), and hereby submits this first application (the "Application") for allowance and payment of interim compensation for the period May 23, 2024 through July 31, 2024 (the "First Interim Period") in accordance with the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* [ECF No. 303] entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures").

2.      All services for which compensation is requested by the Applicant were performed for and on behalf of the Committee, and not on behalf of any Debtor, creditor, or other person. Each professional involved in the services for which compensation is requested are specifically identified on the summary sheet attached hereto as **Exhibit A** and incorporated herein by reference.

3.      Payment of the professionals' fees should be made pursuant to the details in the *Application of Official Committee of Unsecured Creditors to Employ Armory Securities, LLC as*

*Financial Advisors to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to May 23,*
*2024* [ECF No. 354] (the "Application to Employ").

4.     The Applicant has rendered services to the Committee in the manner described on
the invoices attached hereto as **Exhibit B**, in connection with the Applicant's function and
activities as financial advisor for the Committee. A narrative summary of the professionals' fees is
attached hereto as **Exhibit C**.

5.     The fees requested by this Application shall not be shared with any other party
outside the Applicant.

6.     The rate of compensation of the professionals was detailed in the Application to
Employ, which application was approved by Court order on August 20, 2024 [ECF No. 573]. In
conformity with that rate (which is subject to adjustment annually), the reasonable value of the
services rendered by the Applicant as financial advisor for the Committee in this case, including
costs incurred, since the Applicant's engagement by the Committee is $157,276.00. Of that
amount, there remains $39,319.00 in unpaid amounts.

7.     Pursuant to the Order Establishing Interim Fee Procedures, the Applicant has
incurred, and the Debtors have paid the following fees:

| Period | Fees Requested | Fees Paid |
|---|---|---|
| May 21, 2024 - May 31, 2024 | $15,017.50 | $11,263.13 |
| June 1, 2024 - June 30, 2024 | $71,644.85 | $53,733.64 |
| July 1, 2024 - July 31, 2024 | $70,613.65 | $52,960.23 |

8.     The Applicant has received a total of $117,957.00, representing 75% of fees
incurred during the First Interim Period. The total outstanding fees due during the First Interim
Period is $39,319.00 which represents the 25% hold back amounts of May, June and July 2024,
pursuant to the Order Establishing Interim Procedures.

9.      Accordingly, the Applicant seeks approval of the total fees of $157,276.00 incurred during the First Interim Period. The Applicant further requests the Court allow payment of the outstanding fees incurred during the Interim Fee Period totaling $39,319.00, to be paid by the Debtors.

10.     Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

**WHEREFORE,** the Applicant respectfully requests that the Court enter an order (i) allowing the sum of $157,276.00 for time and services rendered on the Committee's behalf during the First Interim Period and (ii) allowing payment of the outstanding amounts owed to the Applicant, totaling $39,319.00.

Date: December 3, 2024

*/s/ Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

*/s/ Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 3rd day of December 2024.

*/s/ Bruce A. Anderson*

ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

## Exhibit A

Summary Sheet

Fees Previously Requested: $157,276.00    NAME OF APPLICANT: Armory Securities, LLC

Fees Previously Awarded: $117,957.00    ROLE IN CASE: Financial Advisors for the
Official Committee of Unsecured Creditors

CURRENT APPLICATION:

Fees Requested: $157,276.00
Total Requested: $157,276.00
Fees Outstanding to be Paid: $39,319.00

| First Interim Fee Period | | | | |
|---|---|---|---|---|
| Name of Professional | Title | Hourly Rate | Hours Billed | Total Billed |
| Dave Clark | Managing Director | 795.00 | 24.00 | 19,080.00 |
| Douglas McDonald | Managing Director | 795.00 | 85.30 | 67,813.50 |
| Melissa Chu | Vice President | 525.00 | 38.80 | 20,370.00 |
| Jeff Choi | Senior Associate | 475.00 | 49.80 | 23,655.00 |
| Martin Manasherob | Analyst | 375.00 | 70.40 | 26,400.00 |
| **Subtotal:** | | | **268.30** | **$157,318.50** |
| **Voluntary Write-Offs[1]:** | | | **--** | **($42.50)** |
| **Grand Total:** | | | **268.30** | **$157,276.00** |

---

[1] Applicant voluntarily wrote off $42.50 in services provided which were not reflected on the invoices for the First
Interim Fee Period.

FIRST APPLICATION OF ARMORY SECURITIES, LLC FOR ALLOWANCE AND PAYMENT OF INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES - 7

## **Exhibit B**

Invoices

**Armory Securities, LLC**

200 N Pacific Coast Hwy Ste 1525
El Segundo, CA  90245

# INVOICE

Millenkamp Cattle, Inc.

| | |
|---|---|
| INVOICE | 1135 |
| DATE | 07/31/2024 |

| DESCRIPTION | AMOUNT |
|---|---|
| For Professional Services Rendered Through May 31, 2024 | 15,017.50 |

| | |
|---|---|
| TOTAL INVOICE | **$15,017.50** |

Armory Securities, LLC
Invoice:  1135

Millenkamp Cattle
For Professional Services Rendered Through May 31, 2024

| Date | Description | First Name | Last Name | Hours | Amount |
|------|-------------|------------|-----------|-------|--------|
| 5/24/2024 | Teach-in meeting | Jeff | Choi | 1.0 | 475.00 |
| 5/24/2024 | Millenkamp Teach-in for Armory Team | Douglas | McDonald | 1.0 | 795.00 |
| 5/25/2024 | Millenkamp diligence list | Douglas | McDonald | 1.0 | 795.00 |
| 5/26/2024 | Diligence request list | Douglas | McDonald | 1.0 | 795.00 |
| 5/27/2024 | Variance Analysis | Jeff | Choi | 1.0 | 475.00 |
| 5/27/2024 | Variance Analysis | Jeff | Choi | 1.0 | 475.00 |
| 5/28/2024 | Call to OMM to discuss agenda for UCC meeting | Douglas | McDonald | 0.5 | 397.50 |
| 5/29/2024 | Prep for Debtor Advisor Call | Dave | Clark | 0.5 | 397.50 |
| 5/29/2024 | Debtors Advisor initial call, and prep | Dave | Clark | 1.0 | 795.00 |
| 5/29/2024 | Teams re: Millenkamp (Debtors/UCC Professionals) | Douglas | McDonald | 1.0 | 795.00 |
| 5/31/2024 | Read court filings - DIP budget and declarations | Douglas | McDonald | 1.0 | 795.00 |
| **Total** | **Business Analysis** | | | **10.0** | **6,990.00** |
| 5/25/2024 | Draft Millenkamp UCC engagement letter | Douglas | McDonald | 2.0 | 1,590.00 |
| 5/26/2024 | Review engagement comments and submit application | Douglas | McDonald | 1.0 | 795.00 |
| **Total** | **Fee/Employment Applicants** | | | **3.0** | **2,385.00** |
| 5/23/2024 | Millenkamp UCC FA engagement discussion | Douglas | McDonald | 0.5 | 397.50 |
| 5/23/2024 | Millenkamp UCC meetings | Douglas | McDonald | 4.0 | 3,180.00 |
| 5/28/2024 | Meeting with UCC and OMM - ran through initial agenda.  Follow up | Dave | Clark | 1.0 | 795.00 |
| 5/28/2024 | Attend Millenkamp UCC - Standing Weekly Call | Douglas | McDonald | 1.0 | 795.00 |
| 5/28/2024 | UCC weekly call | Jeff | Choi | 1.0 | 475.00 |
| **Total** | **Meetings of Creditors** | | | **7.5** | **5,642.50** |
| **Total** | | | | **20.5** | **$    15,017.50** |

Armory Securities, LLC
Invoice: 1135

**Millenkamp Cattle**
**Timekeeper Summary**

| <u>Timekeeper</u> | <u>Title</u> | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| Dave Clark | Managing Director | 795.00 | 2.5 | 1,987.50 |
| Douglas McDonald | Managing Director | 795.00 | 14.0 | 11,130.00 |
| **Total for Managing Director** | | | **16.5** | **13,117.50** |
| Jeff Choi | Associate | 475.00 | 4.0 | 1,900.00 |
| **Total for Associate** | | | **4.0** | **1,900.00** |
| **Total** | | | **20.5** | **15,017.50** |

**Armory Securities, LLC**



200 N Pacific Coast Hwy Ste 1525
El Segundo, CA  90245

## INVOICE

Millenkamp Cattle, Inc.

| | |
|---|---|
| INVOICE | 1136 |
| DATE | 07/31/2024 |

| DESCRIPTION | AMOUNT |
|---|---|
| For Professional Services Rendered Through June 30, 2024 | 71,644.85 |

| | |
|---|---|
| TOTAL INVOICE | **$71,644.85** |

Armory Securities, LLC
Invoice:  1136

Millenkamp Cattle
For Professional Services Rendered Through June 30, 2024

| Date | Description | First Name | Last Name | Hours | Amount |
|------|-------------|-----------|-----------|-------|--------|
| | Initial Review of Data Room Diligence Items | | | | |
| | - 503b9 Vendors | | | | |
| | - Prior Investor Presentations | | | | |
| | - Borrowing Bases | | | | |
| 6/4/2024 | - Audited Financials | Melissa | Chu | 2.5 | 1,312.50 |
| 6/4/2024 | Correspondence for working group list (WGL) prep | Martin | Manasherob | 0.8 | 281.25 |
| 6/4/2024 | Constructing WGL (30 mins) | Martin | Manasherob | 0.5 | 187.50 |
| 6/4/2024 | Variance Analysis | Jeff | Choi | 1.3 | 593.75 |
| 6/5/2024 | BRiley Armory call to Intro Millenkamp Digester representatives | Douglas | McDonald | 0.5 | 397.50 |
| 6/5/2024 | Internal call with Doug, Dave, Melissa, Jeff to discuss WGL and plan | Martin | Manasherob | 0.3 | 93.75 |
| | Internal Admin Call - Millenkamp | | | | |
| 6/5/2024 | - Workflow organization and prioritization | Melissa | Chu | 0.3 | 131.25 |
| 6/5/2024 | BRiley Armory Intro MillenKamp Digester Project - Background and | Melissa | Chu | 0.5 | 262.50 |
| 6/5/2024 | Millenkamp Case timeline and debtor professionals review | Melissa | Chu | 0.5 | 262.50 |
| | Review of DIP Variance Deck | | | | |
| 6/5/2024 | - Review of filings and critical vendor motions | Melissa | Chu | 1 | 525.00 |
| 6/6/2024 | Internal call with Zach, Melissa, Jeff regarding variance analysis and | Martin | Manasherob | 0.5 | 187.50 |
| 6/6/2024 | Internal - Discussion of Weekly Summary of Variance Reporting and | Melissa | Chu | 1 | 525.00 |
| | Review of weekly variance report and initial DIP Budget | | | | |
| | Review of DIP draw request | | | | |
| 6/6/2024 | Cattle Feed Market Research | Melissa | Chu | 3 | 1,575.00 |
| 6/6/2024 | Review of court motions - Critical Vendor claims denial, DIP Budget | Melissa | Chu | 2 | 1,050.00 |
| 6/7/2024 | Draft questions for Kander re DIP Budget - 6.6.24 | Douglas | McDonald | 1 | 795.00 |
| 6/7/2024 | Variance analysis | Jeff | Choi | 2 | 950.00 |
| 6/7/2024 | Internal call with Jeff, Doug, Dave, Melissa regarding DIP budget ou | Martin | Manasherob | 0.5 | 187.50 |
| 6/7/2024 | Millenkamp DIP budget call with Kander reviewing performance of p | Martin | Manasherob | 1 | 375.00 |
| 6/7/2024 | Millenkamp weekly variance analysis financial model initial setup / p | Martin | Manasherob | 1 | 375.00 |
| 6/7/2024 | Millenkamp weekly variance analysis financial model initial setup / p | Martin | Manasherob | 1.8 | 656.25 |
| 6/7/2024 | Internal review of questions for Kander re DIP Budget - 6.6.24 - Rev | Melissa | Chu | 1 | 525.00 |
| 6/7/2024 | Armory Kander Millenkamp DIP Budget Call - Initial meeting, Varian | Melissa | Chu | 1 | 525.00 |
| 6/8/2024 | Draft notes from call with Kander and review variance report. | Douglas | McDonald | 0.5 | 397.50 |
| 6/8/2024 | Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 6/8/2024 | Millenkamp weekly variance analysis financial model initial setup / p | Martin | Manasherob | 2 | 750.00 |
| 6/9/2024 | Variance Analysis Presentation Materials | Jeff | Choi | 2 | 950.00 |
| 6/9/2024 | Closing notes from Jeff on variance analysis model and ppt | Martin | Manasherob | 1.5 | 562.50 |
| 6/10/2024 | Variance Analysis Presentation Materials | Jeff | Choi | 3 | 1,425.00 |
| 6/10/2024 | Closing notes from Melissa on variance analysis model and ppt - (up | Martin | Manasherob | 2 | 750.00 |
| 6/10/2024 | Internal call with Doug / Jeff to live discuss Doug's comments on var | Martin | Manasherob | 0.5 | 187.50 |
| 6/10/2024 | Closing Doug's comments with Jeff for millenkamp weekly analysis r | Martin | Manasherob | 0.5 | 187.50 |
| 6/12/2024 | Call with Forbes | Jeff | Choi | 0.5 | 237.50 |
| 6/12/2024 | Variance Analysis | Jeff | Choi | 0.5 | 237.50 |
| 6/12/2024 | Telephonic Court Hearing | Jeff | Choi | 1 | 475.00 |
| 6/14/2024 | Armory Kander weekly call | Jeff | Choi | 1 | 475.00 |
| 6/14/2024 | Variance report for week ending 6/9 (week 2 of variance analysis ma | Martin | Manasherob | 1.5 | 562.50 |
| 6/15/2024 | Weekly Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 6/16/2024 | Weekly Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 6/17/2024 | Weekly variance analysis ahead of Tuesday meeting. Resolving Dou | Martin | Manasherob | 0.5 | 187.50 |
| 6/18/2024 | Review of weekly variance report and updated DIP Budget | Melissa | Chu | 1 | 525.00 |
| 6/19/2024 | 6/16 variance analysis prep | Martin | Manasherob | 1 | 375.00 |
| 6/20/2024 | Correspondence with OMM regarding Millenkamp Financing | Douglas | McDonald | 0.5 | 397.50 |
| 6/21/2024 | variance analysis materials | Jeff | Choi | 2 | 950.00 |
| 6/21/2024 | Weekly variance report for week ending 6/16, which involves updatin | Martin | Manasherob | 1.5 | 562.50 |
| 6/24/2024 | Armory Kander Millenkamp DIP Budget Call - weekly call to discuss | Martin | Manasherob | 1 | 375.00 |
| 6/26/2024 | Review of new September forecast and latest weekly variance repor | Melissa | Chu | 1 | 525.00 |
| 6/28/2024 | Review revised cash collateral budget (pre-call with Kander) | Douglas | McDonald | 0.8 | 596.25 |
| 6/28/2024 | Variance analysis 6.23 - prep and setup of financial model updated v | Martin | Manasherob | 2.5 | 937.50 |
| 6/5/2024 | Intro call with Briley - discussing Digester project | Martin | Manasherob | 0.5 | 187.50 |
| 6/28/2024 | Call with B.Riley to discuss East Valley Development digester | Douglas | McDonald | 0.5 | 397.50 |
| | Review weekly variance report, draft questions for Kander | | | | |
| 6/7/2024 | Review 05.14.2024 DIP Budget | Melissa | Chu | 3 | 1,575.00 |
| 6/14/2024 | Armory Kander Weekly Millenkamp Budget Call - Review of latest D | Melissa | Chu | 1 | 525.00 |
| 6/24/2024 | Armory Kander Millenkamp DIP Budget Call - Weekly DIP budget re | Melissa | Chu | 1 | 525.00 |
| 6/7/2024 | Kander DIP Budget Call | Jeff | Choi | 1 | 475.00 |
| 6/6/2024 | DIP Budget and Variance Report Review | Dave | Clark | 1 | 795.00 |
| 6/6/2024 | Review Motions and DIP Budget.  Draft questions list. | Douglas | McDonald | 2 | 1,590.00 |

Armory Securities, LLC
Invoice:  1136

Millenkamp Cattle
For Professional Services Rendered Through June 30, 2024

| Date | Description | First Name | Last Name | Hours | Amount |
|------|-------------|------------|-----------|-------|--------|
| 6/7/2024 | Armory Kander Millenkamp DIP Budget Call | Dave | Clark | 1 | 795.00 |
| 6/7/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 1 | 795.00 |
| 6/14/2024 | Kander call on Budget | Dave | Clark | 1 | 795.00 |
| 6/14/2024 | Type notes from Kander and Forbes calls.  Send to OMM. | Douglas | McDonald | 2 | 1,590.00 |
| 6/14/2024 | Armory Kander Weekly Millenkamp Budget Call | Douglas | McDonald | 1 | 795.00 |
| 6/17/2024 | Draft weekly report for UCC on variance and calls with Forbes and K | Douglas | McDonald | 1 | 795.00 |
| 6/24/2024 | Armory Kander Millenkamp DIP Budget Call | Dave | Clark | 0.5 | 397.50 |
| 6/24/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 6/25/2024 | Review Monthly Operating Reports.  Listen to hearing recordings fr | Douglas | McDonald | 3 | 2,385.00 |
| 6/27/2024 | Review budget and cash collateral motion | Douglas | McDonald | 0.8 | 596.25 |
| **Total** | **Business Analysis** | | | **80** | **42,663.80** |
| | | | | | |
| 6/19/2024 | Review hearing exhibits | Douglas | McDonald | 1 | 795.00 |
| 6/15/2024 | Hearing prep | Douglas | McDonald | 0.5 | 397.50 |
| 6/13/2024 | Millenkamp 503(b)9 Telephonic Hearing | Douglas | McDonald | 1 | 795.00 |
| 6/13/2024 | Millenkamp 503(b)9 Telephonic Hearing | Martin | Manasherob | 1 | 375.00 |
| 6/13/2024 | Telephonic Hearing and Call with Forbes | Dave | Clark | 1 | 795.00 |
| 6/13/2024 | MillenKamp Telephonic Hearing | Jeff | Choi | 1 | 475.00 |
| **Total** | **Case Administration** | | | **5.5** | **3,632.50** |
| | | | | | |
| 6/4/2024 | Call with Forbes | Douglas | McDonald | 0.5 | 397.50 |
| 6/13/2024 | Project Milkmen \| Armory Securities - call with Forbes | Douglas | McDonald | 0.5 | 397.50 |
| 6/13/2024 | Armory Forbes Meeting | Jeff | Choi | 0.5 | 237.50 |
| 6/13/2024 | Project Milkmen \| Armory Securities (intro call with Forbes bankers t | Martin | Manasherob | 0.5 | 187.50 |
| 6/13/2024 | Project Milkmen \| Armory Securities - Introductory call with Forbes re | Melissa | Chu | 0.5 | 262.50 |
| 6/17/2024 | Review Forbes Data Room | Douglas | McDonald | 0.5 | 397.50 |
| 6/17/2024 | Millenkamp additional lender list creation for Forbes | Martin | Manasherob | 0.5 | 187.50 |
| 6/18/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 6/18/2024 | Weekly variance update which includes updating a contact list for Fo | Martin | Manasherob | 0.5 | 187.50 |
| 6/18/2024 | Diligence additional target names for Forbes | Douglas | McDonald | 1 | 795.00 |
| 6/4/2024 | Additional review of material.  Forbes Report. | Dave | Clark | 1.5 | 1,192.50 |
| **Total** | **Corporate Finance** | | | **7.5** | **5,037.50** |
| | | | | | |
| 6/4/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 6/4/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Dave | Clark | 1 | 795.00 |
| 6/10/2024 | MillenKamp - UCC Meeting Materials Prep for Call Tomorrow | Douglas | McDonald | 3 | 2,385.00 |
| 6/11/2024 | Prep for call with OMM.  Various Motions and DIP Variance Reportir | Dave | Clark | 0.3 | 198.75 |
| 6/11/2024 | UCC Weekly Call 1 hour | Dave | Clark | 1 | 795.00 |
| 6/11/2024 | UCC Professional Call 30 mins | Dave | Clark | 0.5 | 397.50 |
| 6/11/2024 | Prep for call with UCC | Dave | Clark | 0.3 | 198.75 |
| 6/4/2024 | Debtor call Tuesday morning with UCC committee (30 mins) | Martin | Manasherob | 0.5 | 187.50 |
| 6/4/2024 | Weekly UCC Call with Company's Advisors - Discussion of 503(b)9 | Melissa | Chu | 0.5 | 262.50 |
| 6/4/2024 | Prep for and Call with and UCC | Douglas | McDonald | 0.5 | 397.50 |
| 6/4/2024 | FW: Millenkamp UCC - Standing Weekly Call | Douglas | McDonald | 0.5 | 397.50 |
| 6/4/2024 | Discuss agenda for UCC with Julian | Douglas | McDonald | 0.3 | 262.35 |
| 6/4/2024 | Debtor / UCC Professionals Call | Jeff | Choi | 0.5 | 237.50 |
| 6/4/2024 | Debtor / UCC Professionals Call | Melissa | Chu | 0.5 | 262.50 |
| 6/4/2024 | Prep for UCC Professionals call | Melissa | Chu | 0.3 | 131.25 |
| 6/4/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call - V | Melissa | Chu | 1 | 525.00 |
| 6/4/2024 | Millenkamp UCC - Standing Weekly Call - Discussion of progress or | Melissa | Chu | 1 | 525.00 |
| 6/4/2024 | Call preparation - Weekly UCC Meeting - Review of case dockets | Melissa | Chu | 0.3 | 131.25 |
| 6/4/2024 | Call preparation - Weekly advisors call - Review of materials | Melissa | Chu | 0.3 | 131.25 |
| 6/11/2024 | Prepare for Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 6/11/2024 | Attend Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 6/11/2024 | Millenkamp UCC - Standing Weekly Call | Douglas | McDonald | 1 | 795.00 |
| 6/11/2024 | UCC Professional Call 30 mins | Jeff | Choi | 0.5 | 237.50 |
| 6/11/2024 | UCC Weekly Call 1 hour | Jeff | Choi | 1 | 475.00 |
| 6/11/2024 | Prep for Weekly UCC Professionals Standing Call with OMM | Martin | Manasherob | 0.5 | 187.50 |
| 6/11/2024 | Millenkamp Debtors/UCC Professionals Standing Call - Weekly call | Martin | Manasherob | 0.5 | 187.50 |
| 6/11/2024 | Millenkamp UCC - Standing Weekly Call (weekly call with entire UC | Martin | Manasherob | 1 | 375.00 |
| 6/11/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call - D | Melissa | Chu | 0.5 | 262.50 |
| 6/11/2024 | Prep for weekly UCC Call - Review of latest materials & emails | Melissa | Chu | 0.25 | 131.25 |

Armory Securities, LLC
Invoice: 1136

Millenkamp Cattle
For Professional Services Rendered Through June 30, 2024

| Date | Description | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 6/11/2024 | Millenkamp UCC - Standing Weekly Call - Presentation of Initial DIP | Melissa | Chu | 1 | 525.00 |
| 6/18/2024 | Millenkamp UCC - Standing Weekly Call | Dave | Clark | 0.67 | 532.65 |
| 6/18/2024 | Prep for call with UCC | Dave | Clark | 0.33 | 262.35 |
| 6/18/2024 | Debtors Advisor call and prep for both | Dave | Clark | 1 | 795.00 |
| 6/18/2024 | Millenkamp UCC - Standing Weekly Call | Douglas | McDonald | 0.7 | 532.65 |
| 6/18/2024 | Prep for Millenkamp UCC - Standing Weekly Call | Douglas | McDonald | 0.3 | 262.35 |
| 6/18/2024 | Millenkamp UCC - Standing Weekly Call (weekly call with entire UC( | Martin | Manasherob | 0.7 | 251.25 |
| 6/18/2024 | Millenkamp Debtors/UCC Professionals Standing Call - Discuss Dat | Melissa | Chu | 1 | 525.00 |
| 6/18/2024 | Prep for UCC Standing weekly call | Melissa | Chu | 0.3 | 157.50 |
| 6/18/2024 | Millenkamp Debtors/UCC Professionals Standing Call - weekly call t Millenkamp UCC - Standing Weekly Call | Martin | Manasherob | 0.5 | 187.50 |
| 6/18/2024 | - Discuss latest DIP Budget and variance report | Melissa | Chu | 0.7 | 367.50 |
| 6/20/2024 | Millenkamp hearing recap call post hearing | Martin | Manasherob | 0.5 | 187.50 |
| 6/25/2024 | UCC Standing Weekly Professionals call | Dave | Clark | 0.5 | 397.50 |
| 6/25/2024 | UCC Standing Weekly Professionals call | Dave | Clark | 0.5 | 397.50 |
| 6/25/2024 | Attend Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 6/25/2024 | Millenkamp Debtors/UCC Professionals Standing Call - Weekly call | Martin | Manasherob | 1 | 375.00 |
| 6/25/2024 | Millenkamp UCC - Standing Weekly Call (weekly call with entire UC( | Martin | Manasherob | 1 | 375.00 |
| 6/25/2024 | Attend Millenkamp UCC - Standing Weekly Call (30 min prep and 3( | Douglas | McDonald | 1 | 795.00 |
| 6/25/2024 | Prep for UCC Professionals call Teams re: Millenkamp Debtors/UCC Professionals Standing Call - Discuss Forbes' process, target list, professional eyes only | Melissa | Chu | 0.5 | 262.50 |
| 6/25/2024 | requirements | Melissa | Chu | 0.5 | 262.50 |
| **Total** | **Meetings of Creditors** | | | **32.5** | **20,311.10** |
| | | | | | |
| **Total** | | | | **125.3** | **71,644.90** |

Armory Securities, LLC
Invoice: 1136

**Millenkamp Cattle**
**Timekeeper Summary**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Dave Clark | Managing Director | 795.00 | 12.0 | 9,540.00 |
| Douglas McDonald | Managing Director | 795.00 | 30.8 | 24,509.85 |
| **Total for Managing Director** | | | **42.8** | **34,049.85** |
| Melissa Chu | Vice President | 525.00 | 28.8 | 15,093.75 |
| **Total for Vice President** | | | **28.8** | **15,093.75** |
| Jeff Choi | Senior Associate | 475.00 | 23.8 | 11,281.25 |
| **Total for Senior Associate** | | | **23.8** | **11,281.25** |
| Martin Manasherob | Analyst | 375.00 | 29.9 | 11,220.00 |
| **Total for Analyst** | | | **29.9** | **11,220.00** |
| **Total** | | | **125.3** | **71,644.85** |



**Armory Securities, LLC**

200 N Pacific Coast Hwy Ste 1525
El Segundo, CA  90245

## INVOICE

Millenkamp Cattle, Inc.

| | |
|---|---|
| INVOICE | 1137 |
| DATE | 07/31/2024 |

| DESCRIPTION | AMOUNT |
|---|---|
| For Professional Services Rendered Through July 31, 2024 | 70,613.65 |

| | |
|---|---|
| TOTAL INVOICE | **$70,613.65** |

Millenkamp Cattle
For Professional Services Rendered Through July 31, 2024

| Date | Description | First Name | Last Name | Hours | Amount |
|------|-------------|------------|-----------|-------|--------|
| 7/18/2024 | Plans for site visit diligence | Douglas | McDonald | 0.5 | 397.50 |
| 7/22/2024 | Call with Julian OMM to discuss trip planning and goals | Douglas | McDonald | 0.5 | 397.50 |
| 7/22/2024 | Draft request list for David Heida. | Douglas | McDonald | 0.5 | 397.50 |
| 7/23/2024 | David Heida Planning Call | Douglas | McDonald | 0.5 | 397.50 |
| 7/24/2024 | Call with Julian on trip logistics. Reserve flights and hotel for trip to Idaho. | Douglas | McDonald | 1.5 | 1,192.50 |
| 7/29/2024 | Travel preparations for Idaho meetings | Douglas | McDonald | 1 | 795.00 |
| 7/30/2024 | Read Appraisals and draft notes / question list for visit | Douglas | McDonald | 2 | 1,566.15 |
| 7/31/2024 | David Heida Pickup (Fairfield Inn Twin Falls) 7am.  Full day of tour of site visits to all real estate assets.  Tour of calf ranch and dairy.  Meeting with Dave Millenkamp.  Return to Twin Falls 4pm drop by David 4pm. | Douglas | McDonald | 8 | 6,360.00 |
| 7/31/2024 | Dinner with Julian G. and a regional real estate broker to discuss market trends. | Douglas | McDonald | 1.5 | 1,192.50 |
| **Total** | **Asset Analysis and Recovery** | | | **9.5** | **12,696.15** |
| 7/1/2024 | Week ending 6.23 variance analysis prep | Martin | Manasherob | 1 | 375.00 |
| 7/1/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 1 | 525.00 |
| 7/1/2024 | Initial  Review of the 24 Month Budget | Dave | Clark | 0.5 | 397.50 |
| 7/1/2024 | Call with Kander to review the 24 Month Budget. | Dave | Clark | 1 | 795.00 |
| 7/1/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 1 | 795.00 |
| 7/1/2024 | Kander Millenkamp DIP Budget Call - weekly call to review prior week actuals | Martin | Manasherob | 1 | 375.00 |
| 7/2/2024 | 6.23 variance analysis - closing Doug's comments | Martin | Manasherob | 6 | 2,250.00 |
| 7/3/2024 | Variance analysis materials | Jeff | Choi | 1 | 475.00 |
| 7/3/2024 | Variance analysis model - closing Doug's comments pt 2 | Martin | Manasherob | 3 | 1,125.00 |
| 7/8/2024 | Variance Analysis meeting with Kander | Jeff | Choi | 1 | 475.00 |
| 7/8/2024 | Variance Analysis Materials | Jeff | Choi | 0.5 | 237.50 |
| 7/8/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 1 | 795.00 |
| 7/8/2024 | Kander Millenkamp DIP Budget Call - weekly call to review prior week actuals | Martin | Manasherob | 1 | 375.00 |
| 7/8/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 1 | 525.00 |
| 7/8/2024 | WE 6.30 variance analysis - closing review comments | Martin | Manasherob | 2 | 750.00 |
| 7/10/2024 | OMM summary for UCC on Rabo Stipulation | Douglas | McDonald | 0.4 | 333.90 |
| 7/11/2024 | Read motions for upcoming hearing | Douglas | McDonald | 0.3 | 198.75 |
| 7/11/2024 | WE 07.07 variance analysis initial prep | Martin | Manasherob | 1 | 375.00 |
| 7/11/2024 | Review Kander model and prep for weekly call | Douglas | McDonald | 0.5 | 397.50 |
| 7/12/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 1 | 795.00 |
| 7/12/2024 | Prep for Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 1 | 525.00 |
| 7/12/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 1 | 525.00 |
| 7/12/2024 | Armory Kander Millenkamp DIP Budget Call - post call review | Douglas | McDonald | 0.5 | 397.50 |
| 7/12/2024 | Armory Kander Millenkamp DIP Budget Call | Jeff | Choi | 1 | 475.00 |
| 7/12/2024 | Kander Millenkamp DIP Budget Call - weekly call to review prior week actuals | Martin | Manasherob | 1 | 375.00 |
| 7/12/2024 | Pre-call prep for Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 1 | 375.00 |
| 7/15/2024 | Variance analysis materials | Jeff | Choi | 3 | 1,425.00 |
| 7/15/2024 | WE 07.07 Variance Analysis review and closing Doug's notes | Martin | Manasherob | 2 | 750.00 |
| 7/16/2024 | WE 07.07 variance analysis - Doug's notes and final review | Martin | Manasherob | 2.5 | 937.50 |
| 7/19/2024 | Weekly Kander call | Jeff | Choi | 1 | 475.00 |
| 7/19/2024 | Variance analysis | Jeff | Choi | 1 | 475.00 |
| 7/19/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 1 | 795.00 |
| 7/19/2024 | Kander Millenkamp DIP Budget Call - weekly call to review prior week actuals | Martin | Manasherob | 1 | 375.00 |
| 7/19/2024 | Variance analysis prep for WE 7.14 - session 1 | Martin | Manasherob | 2 | 750.00 |
| 7/20/2024 | Variance analysis prep for WE 7.14 - session 2 | Martin | Manasherob | 0.5 | 187.50 |
| 7/22/2024 | Variance analysis | Jeff | Choi | 2 | 950.00 |
| 7/22/2024 | Variance analysis 7/14 - review prior to sending up | Martin | Manasherob | 1 | 375.00 |
| 7/22/2024 | Variance analysis - spreading q1 '24 financial performance into deck | Martin | Manasherob | 2 | 750.00 |
| 7/23/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 7/23/2024 | Variance analysis | Jeff | Choi | 1 | 475.00 |
| 7/26/2024 | Variance Analysis | Jeff | Choi | 1.5 | 712.50 |
| 7/26/2024 | WE 07.21 variance analysis which includes updating budget for this week | Martin | Manasherob | 5 | 1,875.00 |
| 7/26/2024 | Prep for call with Kander | Dave | Clark | 0.5 | 397.50 |
| 7/26/2024 | Call with Ken at Kander | Dave | Clark | 0.5 | 397.50 |
| 7/26/2024 | Prep for Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 1 | 525.00 |
| 7/29/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 7/29/2024 | prep for variance analysis meeting with Kander | Martin | Manasherob | 0.5 | 187.50 |
| 7/29/2024 | Kander Millenkamp DIP Budget Call - weekly call to review prior week actuals | Martin | Manasherob | 0.5 | 187.50 |
| 7/29/2024 | prep for variance analysis meeting with Kander | Jeff | Choi | 0.5 | 237.50 |
| 7/29/2024 | variance analysis meeting with Kander | Jeff | Choi | 0.5 | 237.50 |

Millenkamp Cattle
For Professional Services Rendered Through July 31, 2024

| Date | Description | First Name | Last Name | Hours | Amount |
|------|-------------|------------|-----------|-------|--------|
| 7/29/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 7/29/2024 | Kander Weekly Call | Dave | Clark | 0.5 | 397.50 |
| 7/29/2024 | Follow-up with Kander | Dave | Clark | 0.5 | 397.50 |
| 7/30/2024 | Variance analysis | Jeff | Choi | 1.5 | 712.50 |
| **Total** | **Business Analysis** | | | **65.7** | **31,482.65** |
| | | | | | |
| 7/18/2024 | Court Hearing | Dave | Clark | 1 | 795.00 |
| 7/18/2024 | Prep for Court Hearing | Dave | Clark | 1 | 795.00 |
| 7/18/2024 | [Millenkamp] Telephonic Omnibus Hearing | Douglas | McDonald | 1 | 795.00 |
| **Total** | **Case Administration** | | | **3** | **2,385.00** |
| | | | | | |
| 7/9/2024 | Armory Forbes Discussion - weekly Forbes process update | Martin | Manasherob | 0.5 | 187.50 |
| 7/9/2024 | Armory Forbes Discussion | Douglas | McDonald | 0.5 | 397.50 |
| 7/11/2024 | Provide lender contact names to Forbes | Douglas | McDonald | 0.8 | 596.25 |
| 7/15/2024 | Review Forbes marketing materials. | Douglas | McDonald | 0.7 | 532.65 |
| 7/26/2024 | Coordinate call times with Kander and Forbes | Douglas | McDonald | 0.3 | 262.35 |
| 7/29/2024 | Financing call with Forbes | Dave | Clark | 0.5 | 397.50 |
| 7/29/2024 | 10 30a MT - Millenkamp Cattle, Weekly Financing Update Call | Melissa | Chu | 0.5 | 262.50 |
| 7/29/2024 | 10 30a MT - Millenkamp Cattle, Weekly Financing Update Call with Forbes | Douglas | McDonald | 0.5 | 397.50 |
| **Total** | **Corporate Finance** | | | **4.3** | **3,033.75** |
| | | | | | |
| 7/1/2024 | Review model and prep report for UCC meeting | Douglas | McDonald | 2 | 1,590.00 |
| 7/1/2024 | Review 2-year budget and draft presentation for UCC | Douglas | McDonald | 1.3 | 1,057.35 |
| 7/2/2024 | Turn presentation on 6.23 variance, 6-month collateral budget and 2-year plan budget. | Douglas | McDonald | 1 | 795.00 |
| 7/3/2024 | Turn presentation on 6.23 variance, 6-month collateral budget and 2-year plan budget.  Two sets of comments to team and send out to UCC. | Douglas | McDonald | 2.3 | 1,788.75 |
| 7/15/2024 | Draft weekly budget comparison presentation | Douglas | McDonald | 1 | 795.00 |
| 7/22/2024 | Review 1Q financials | Douglas | McDonald | 0.5 | 397.50 |
| 7/26/2024 | Review weekly budget | Douglas | McDonald | 0.5 | 397.50 |
| **Total** | **Data Analysis** | | | **8.6** | **6,821.10** |
| | | | | | |
| 7/2/2024 | Call with Kander, Dentons Counsel and OMM.  Call with UCC and OMM to discuss recent Motions, Weekly Variance Report and 24 month Plan. | Dave | Clark | 1.5 | 1,192.50 |
| 7/2/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 7/2/2024 | Millenkamp UCC - Standing Weekly Call | Douglas | McDonald | 1 | 795.00 |
| 7/2/2024 | Millenkamp UCC/Professionals Standing Call (weekly OMM call) | Martin | Manasherob | 1 | 375.00 |
| 7/2/2024 | Millenkamp UCC - Standing Weekly Call with entire UCC committee | Martin | Manasherob | 1 | 375.00 |
| 7/2/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Jeff | Choi | 1 | 475.00 |
| 7/2/2024 | Millenkamp UCC - Standing Weekly Call | Jeff | Choi | 1 | 475.00 |
| 7/2/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| 7/9/2024 | Prep for UCC professionals call | Douglas | McDonald | 1 | 795.00 |
| 7/9/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 7/9/2024 | Prep ahead of UCC Professionals call | Dave | Clark | 1 | 795.00 |
| 7/9/2024 | UCC Professionals call | Dave | Clark | 0.5 | 397.50 |
| 7/9/2024 | UCC professionals call | Jeff | Choi | 0.5 | 237.50 |
| 7/9/2024 | Call with UCC committee | Jeff | Choi | 1 | 475.00 |
| 7/9/2024 | Millenkamp Debtors/UCC Professionals Standing Call (weekly OMM call) | Martin | Manasherob | 0.5 | 187.50 |
| 7/9/2024 | Millenkamp UCC - Standing Weekly Call with entire UCC committee | Martin | Manasherob | 1 | 375.00 |
| 7/9/2024 | Prep ahead of UCC Professionals call | Melissa | Chu | 0.5 | 262.50 |
| 7/9/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.5 | 262.50 |
| 7/16/2024 | UCC Professional Meeting | Jeff | Choi | 1 | 475.00 |
| 7/16/2024 | UCC Meeting | Jeff | Choi | 0.5 | 237.50 |
| 7/16/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 7/16/2024 | Millenkamp Debtors/UCC Professionals Standing Call (weekly OMM call) | Martin | Manasherob | 1 | 375.00 |
| 7/16/2024 | Prep ahead of UCC committee call | Martin | Manasherob | 0.5 | 187.50 |
| 7/16/2024 | Millenkamp UCC - Standing Weekly Call with entire UCC committee | Martin | Manasherob | 0.5 | 187.50 |
| 7/16/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| 7/23/2024 | Millenkamp Debtors/UCC Professionals Standing Call (weekly OMM call) | Martin | Manasherob | 0.5 | 187.50 |
| 7/23/2024 | Prep for UCC professionals call | Jeff | Choi | 0.5 | 237.50 |
| 7/23/2024 | FW: Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Jeff | Choi | 0.5 | 237.50 |
| 7/23/2024 | Prep for UCC professionals call | Melissa | Chu | 0.5 | 262.50 |
| 7/23/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.5 | 262.50 |
| 7/30/2024 | B-weekly call with UCC | Dave | Clark | 0.5 | 397.50 |
| 7/30/2024 | B-weekly call with UCC | Jeff | Choi | 0.5 | 237.50 |
| 7/30/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.5 | 397.50 |
| **Total** | **Meetings of Creditors** | | | **25** | **14,195.00** |
| | | | | | |
| **Total** | | | | **116** | **70,613.65** |

Armory Securities, LLC
Invoice: 1137

**Millenkamp Cattle**
**Timekeeper Summary**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Dave Clark | Managing Director | 795.00 | 9.5 | 7,552.50 |
| Douglas McDonald | Managing Director | 795.00 | 40.5 | 32,173.65 |
| **Total for Managing Director** | | | **50.0** | **39,726.15** |
| Melissa Chu | Vice President | 525.00 | 10.0 | 5,250.00 |
| **Total for Vice President** | | | **10.0** | **5,250.00** |
| Jeff Choi | Senior Associate | 475.00 | 22.0 | 10,450.00 |
| **Total for Senior Associate** | | | **22.0** | **10,450.00** |
| Martin Manasherob | Analyst | 375.00 | 40.5 | 15,187.50 |
| **Total for Analyst** | | | **40.5** | **15,187.50** |
| **Total** | | | **122.5** | **70,613.65** |



**Armory Securities, LLC**

200 N Pacific Coast Hwy Ste 1525
El Segundo, CA  90245

## INVOICE

BILL TO
Millenkamp Cattle, Inc.

| | |
|---|---|
| INVOICE | 1224 |
| DATE | 10/31/2024 |
| TERMS | Due on receipt |
| DUE DATE | 11/01/2024 |

| DESCRIPTION | AMOUNT |
|---|---:|
| June Billing Adjustment for Melissa Chu | 26.25 |
| June Billing Adjustment for Jeff Choi | 23.75 |
| June Billing Adjustment for Martin Manaserob | -7.50 |

**BALANCE DUE**       **$42.50**

Please remit payment to:
Armory Securities, LLC
Attn:  Janna Spears
200 N Pacific Coast Highway, Ste 1525
El Segundo, CA  90245
(310) 220-6400
Tax I.D. # 20-8996056

Or wire funds to:
Bank Name:  JP Morgan Chase
Branch:  San Francisco, CA
ABA/SWIFT #:  321-081-669
Account #:  8006011938
Account Name:  Armory Securities, LLC

Armory Securities
Invoice 1224

**Armory Securities**
**Millenkamp Account Reconciliaiton**

| | Month | Hours | Rate | Total | Invoiced | Difference |
|---|---|---|---|---|---|---|
| Melissa | | | | | | - |
| | June | 28.8 | 525 | 15,120.00 | 15,093.75 | 26.25 |
| | | | | | | |
| Jeff | | | | | | |
| | June | 23.8 | 475 | 11,305.00 | 11,281.25 | 23.75 |
| | | | | | | |
| Martin | | | | | | |
| | June | 29.9 | 375 | 11,212.50 | 11,220.00 | (7.50) |
| | | | | | | |
| | | | | 37,637.50 | 37,595.00 | 42.50 |

**Exhibit C**

Narrative Sheet

| | | **Information Requested** | **Information Given** |
|---|---|---|---|
| **I.** | | **BACKGROUND: The background information of the bankruptcy case:** | |
| A. | | Date the bankruptcy petition was filed. | April 2, 2024 |
| B. | | Date of the "Order Authorizing Employment of Counsel": | August 20, 2024 |
| C. | | Date services commenced. | May 23, 2024 |
| D. | | Application is final or interim. | Interim. |
| E. | | Time period of the services or expenses covered by the Application. | May 23, 2024, through July 31, 2024 |
| **II.** | | **CASE STATUS: To the best of the Applicant's knowledge, the financial condition and status of the case is as follows:** | |
| A. | | The amount of cash on hand or on deposit in the estate. | No funds are being held in trust with the Applicant. |
| B. | | Amount and nature of accrued unpaid, administrative expenses | To the best of the Applicant's knowledge, the only other unpaid administrative expenses are those of the estate's other professionals and section 503(b)(9) claims. |
| C. | | The amount of unencumbered funds in the estate. | As of October 21, 2024, the estate currently holds $3,010,000.00 in funds (which varies day-to-day) according to the application for allowance of interim fees filed by Debtors' financial advisors, Kander, LLC [ECF No. 680]. |
| **III.** | | **PROJECT SUMMARY: Description of each professional project or task for which compensation and reimbursement is sought:** | |
| A. | | Description of projects | See Exhibit B attached hereto for a detailed description of what has been performed on behalf of the Committee by the Applicant and the fees and costs incurred in these projects. The project categories included: Case Administration, Asset Analysis & Recovery, Meetings of and Communications with Creditors, Fee/Employment Applications, Other Contested Matters, Assumption/Rejection of Leases/Contracts, Business Operations, Real Estate, Claims and Plan, Non-Working Travel, Financing/Cash Collateral, Bankruptcy-Related Advice, General Bankruptcy Advice/Opinions, Relief from Stay Proceedings, and Plan and Disclosure Statement. |
| B. | | Necessity of projects. | **Case Administration** was necessary in order to discuss various items with the client, |

| Information Requested | Information Given |
|---|---|
| | Committee counsel, and other parties, draft critical documents, and conduct research and analysis.

**Asset Analysis & Recovery** was necessary in order to request, maintain, and collect documents and information from the Debtors and evaluate liens and title in furtherance of Chapter 11 plan strategy.

**Meetings of Creditors** was necessary to prepare for and attend conferences with the Committee and Debtors regarding matters related to the case, status updates, and negotiations, and correspond with the Committee, the Debtors' financial advisor, and counsel for the Debtors via phone call and/or email.

**Fee/Employment Applications** was necessary in order to draft and prepare applications to employ and draft monthly fee applications and this first interim fee application.

**Business Analysis** was necessary in order to review and evaluate the Debtor's business plan, operating strategies, and cash flow forecasts with the financial advisors and subsequently provide financial and operational insight to the creditors on a weekly basis.

**Corporate Finance** was necessary in order to review the financial aspects, strategy, and progress of the Debtors' capital raise process with its investment bank and other advisors, and subsequently provide updates and insight into potential recovery options to the creditors on a weekly basis.

**Data Analysis** was necessary in order to thoroughly review and analyze the significant financial data of the case, assess and opine on potential recovery values, as well as communicate the status of various claims to the creditors. |

|   | Information Requested | Information Given |
|---|---|---|
|   |   |   |
| C. | Benefit of projects to the estate. | The projects have allowed the Committee to make informed strategic decisions, attend essential meetings and court hearings, draft various applications and motions, analyze the Debtors' financing options, and otherwise ensure the transparency and forward progress of the bankruptcy proceeding. |
| D. | Status of project. | Interim. |
| E. | Identification of each person providing services on the projects. | See the attached Exhibits A and B. |
| F. | Number of hours spent, the amount of compensation requested for each professional and para-professional. | See the attached Exhibits A and B. |
| G. | Itemized time and services entries. | See the attached Exhibit B. |