Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | [NO HEARING REQUIRED] |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4242597

**DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024**

Dentons Davis Brown (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of November 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A. The Firm is counsel for Millenkamp Cattle, Inc. and its affiliated debtors, the debtors in the above captioned case (the "Debtors"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B. The Firm billed a total of $28,105.18 in fees and expenses during the Application Period. The total fees represent 77.1 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| November 1-30, 2024 | $26,575.50 | $1,529.68 | $28,105.68 |

C. Accordingly, the Firm seeks allowance of interim compensation in the amount of $21,461.31 at this time. This total is comprised as follows: $19,931.63 (75% of the fees for services rendered) plus $1,529.68 (100% of the expenses incurred).

D. Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
MONTH OF NOVEMBER 2024 – Page 2

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

   E. Pursuant to the Order Establishing Interim Fee Procedures, the Debtors are authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtors are authorized to pay the appropriate percentage of only those amounts not subject to the objection.

   **WHEREFORE,** the Firm respectfully requests that the Debtors compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: December 3, 2024       /s/ *Krystal R. Mikkilineni*
                  DENTONS DAVIS BROWN
                  Krystal R. Mikkilineni


                  /s/ *Matt T. Christensen*
                  JOHNSON MAY
                  Matt T. Christensen

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of December, 2024, I caused to be served a true and correct copy of the foregoing DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

/s/ *Krystal R. Mikkilineni*
Krystal R. Mikkilineni

# DENTONS

In Account With

**EXHIBIT**

**A**

### DENTONS DAVIS BROWN PC
Attorneys and Counselors at Law
215 10th Street, Suite 1300
Des Moines, IA 50309-3993
(515) 288-2500
Federal I.D. No. 42-1343884

Millenkamp Cattle, Inc.
Bill Millenkamp
471 N 300th Rd W
Jerome, Idaho 83338

Statement: 1586197
Date: 12/3/2024

Re: 9020530-188653 - Ch 11 Bankruptcy

## Professional Fees

| Date | Atty | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/01/2024 | TROU | Review prior 2015.3 report to determine what is needed for next report (.5); Emails with David regarding 2015.3 report (.2) | B110 | 0.70 | 199.50 |
| 11/01/2024 | TROU | Review and revise Cooper Noram May-July Fee app (.8); Emails with Cooper Norman regarding same (.2) | B160 | 1.00 | 285.00 |
| 11/04/2024 | GMAT | Drafting October fee app | B160 | 0.20 | 42.00 |
| 11/04/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan updates, and strategy (.6); call with Matt Christensen regarding complaint and strategy (.2); call with David Heida regarding plan strategy (.2) | B110 | 1.00 | 415.00 |
| 11/04/2024 | KMIK | Emails to/from Jon Wiley regarding Forbes transaction fees (.2) | B160 | 0.20 | 83.00 |
| 11/04/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, strategy, and plan updates (.6) | B110 | 0.60 | 171.00 |
| 11/04/2024 | KMIK | Call with Rabo counsel and co-counsel regarding complaint and plan (.4) | B150 | 0.40 | 166.00 |
| 11/04/2024 | TROU | Attention to complaint (.2) | B110 | 0.20 | 57.00 |
| 11/04/2024 | TROU | Attention to emails from Gabby regarding fee app (.1); review and revise fee app (.2); Call from Gale Harding regarding status of Harding Fee App (.1); Review objection deadline to Harding fee app (.2) | B160 | 0.50 | 142.50 |
| 11/04/2024 | TROU | Review Withdrawal of claim by Benoitlaw (.1) | B300 | 0.10 | 28.50 |
| 11/05/2024 | GMAT | Updating claims analysis | B310 | 0.10 | 21.00 |
| 11/05/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and plan strategy (.5); call with Ken Nofziger regarding plan strategy and recap from committee call (.2); emails to/from Andrew Schoulder regarding Rabo inspection (.2) and email David Heida regarding same (.1); email Rich Bernard regarding plan (.1); call with Bill, David, and Matt regarding plan strategy (.8) | B110 | 1.90 | 788.50 |

Millenkamp Cattle, Inc.  
12/3/2024  
Page: 2

Client: 9020530  
Matter: 9020530-188653  
Statement: 1586197

| Date | Tkpr | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 11/05/2024 | KMIK | Call with Committee counsel and FA, Kander, and co-counsel regarding status update and plan (.4); email Committee counsel regarding complaint (.1) | B150 | 0.50 | 207.50 |
| 11/05/2024 | KMIK | Review Kenworth Sales' amended proof of claim (.1) | B310 | 0.10 | 41.50 |
| 11/05/2024 | KMIK | Email Lisa Nelson regarding Kenworth's proof of claim and amount owing (.1) | B310 | 0.10 | 41.50 |
| 11/05/2024 | KMIK | Review and revise Dentons October invoice for October fee app (1) | B160 | 1.00 | 415.00 |
| 11/05/2024 | KMIK | Call and email to Kati Churchill regarding professional fees and projections (.4) | B160 | 0.40 | 166.00 |
| 11/05/2024 | GMAT | Drafting October interim fee application | B160 | 0.50 | 105.00 |
| 11/05/2024 | TROU | Call with client, Kander, and co-counsel regarding status update and plan strategy (.5) | B110 | 0.50 | 142.50 |
| 11/05/2024 | TROU | Review Kenworth Sales amended proof of claim (.1) | B300 | 0.10 | 28.50 |
| 11/05/2024 | TROU | Call with Committee counsel and FA, Kander, and co-counsel regarding status, updates and plan status (.4) | B150 | 0.40 | 114.00 |
| 11/05/2024 | TROU | Emails with Gabby regarding October Fee app revisions (.2) | B160 | 0.20 | 57.00 |
| 11/06/2024 | GMAT | Drafting Dentons October fee application (.5); drafting Kander interim fee application proposed order (.2) | B160 | 0.70 | 147.00 |
| 11/06/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, and plan treatment and strategy (.7) | B110 | 0.70 | 290.50 |
| 11/06/2024 | GMAT | Revising Dentons October fee application (.1); email to Krystal regarding Dentons October fee app (.1) | B160 | 0.20 | 42.00 |
| 11/06/2024 | TROU | Call with client, Kander, and co-counsel regarding status update and plan strategy (.7) | B110 | 0.70 | 199.50 |
| 11/07/2024 | KMIK | Continue reviewing and revising Dentons' October fee app (.3) | B160 | 0.30 | 124.50 |
| 11/07/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and plan (.3); review email from Lisa Nelson regarding trucks (.1); review email from Lisa Nelson regarding status update on reconciliation of Rabo's claim (.1); call with David Heida regarding recap of call with Rabo's counsel (.1) | B110 | 0.60 | 249.00 |
| 11/07/2024 | TROU | Call with client, Kander, and co-counsel regarding status of plan and strategy (.3); review email from Lisa regarding status of reconciliation of Rabo's claim (.1) | B110 | 0.40 | 114.00 |
| 11/07/2024 | KMIK | Review and revise motion to extend solicitation period (.4) | B110 | 0.40 | 166.00 |
| 11/07/2024 | KMIK | Call with Rabo's counsel and co-counsel regarding complaint against Bill, status of Cargill, and plan (.5); review email from Andrew Schoulder regarding Cargill status and proposed call (.1) | B150 | 0.60 | 249.00 |
| 11/07/2024 | KMIK | Emails to/from counsel for Penske regarding 503(b)(9) claim (.2); revise waterfall analysis for claims (.4) | B310 | 0.60 | 249.00 |

Millenkamp Cattle, Inc.  
12/3/2024  
Page: 3  

Client: 9020530  
Matter: 9020530-188653  
Statement: 1586197  

| Date | Atty | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/07/2024 | TROU | Review Motion to Extend Solicitation Period (.4); Emails with co-counsel regarding same (.1) | B320 | 0.50 | 142.50 |
| 11/08/2024 | KMIK | Call with Sandton's counsel regarding plan (.5) and recap call with Matt Christensen regarding same (.1) | B110 | 0.60 | 249.00 |
| 11/08/2024 | KMIK | Emails to/from counsel for John Deere regarding amended plan (.2); emails to/from Ron Bingham regarding call (.2) | B150 | 0.40 | 166.00 |
| 11/08/2024 | TROU | Emails with David regarding 2015.3 report | B110 | 0.10 | 28.50 |
| 11/08/2024 | TROU | Follow up with Lance at Cooper Norman regarding Cooper Norman fee app (.1) | B160 | 0.10 | 28.50 |
| 11/10/2024 | TROU | Review Kans LLC reports (.4); Drafting 2015.3 report (.5); email from David Heida regarding same (.1) | B110 | 1.00 | 285.00 |
| 11/10/2024 | TROU | Attention to email from Michael Stewart regarding follow up on call and status | B110 | 0.10 | 28.50 |
| 11/11/2024 | KMIK | Emails to/from Andrew Schoulder regarding meeting with Cargill (.2); emails to/from Sandton's counsel regarding research (.2); email Committee counsel regarding rescheduling group call (.1) | B150 | 0.50 | 207.50 |
| 11/11/2024 | KMIK | Call with client and co-counsel regarding status update, vehicle purchases, and plan strategy (.4); call with client and co-counsel regarding plan strategy (.6) | B110 | 1.00 | 415.00 |
| 11/11/2024 | KMIK | Continue drafting amended plan | B320 | 0.20 | 83.00 |
| 11/11/2024 | KMIK | Review email from John O'Brien regarding December adequate protection payments (.1) and email Lisa Nelson regarding same (.1) | B140 | 0.20 | 83.00 |
| 11/11/2024 | KMIK | Emails to/from Holly O'Neil regarding Penske 503(b)(9) claim (.2) | B310 | 0.20 | 83.00 |
| 11/11/2024 | TROU | Call with client and co-counsel regarding vehicle purchases, status update, and plan strategy (.4) | B110 | 0.40 | 114.00 |
| 11/11/2024 | TROU | Review email from John O'Brien regarding Conterra's December adequate protection payments (.1) | B140 | 0.10 | 28.50 |
| 11/12/2024 | KMIK | Review email from CNH's counsel regarding plan treatment (.1) | B320 | 0.10 | 41.50 |
| 11/12/2024 | KMIK | Review email from Kati Churchill regarding updated cash collateral budget (.1) | B230 | 0.10 | 41.50 |
| 11/12/2024 | KMIK | Email creditor parties regarding notice of vehicle purchases (.2) | B110 | 0.20 | 83.00 |
| 11/12/2024 | KMIK | Call with Met's counsel and co-counsel regarding status update and plan (.6); email creditors regarding 2023 audit (.1); call with Rabo's counsel and co-counsel regarding status update and plan (.3) | B150 | 1.00 | 415.00 |
| 11/12/2024 | KMIK | Review and revise proposed order approving Kander's amended interim fee app (.2) and email Kander regarding same (.1) | B160 | 0.30 | 124.50 |
| 11/12/2024 | KMIK | Call with Kander regarding status update and plan (.2) | B110 | 0.20 | 83.00 |
| 11/12/2024 | TROU | Emails with Lisa Nelson regarding appraisals (.2); Email from Kati Churchill regarding cash collateral budget (.1) | B110 | 0.30 | 85.50 |

Millenkamp Cattle, Inc.  
12/3/2024  
Page: 4

Client: 9020530  
Matter: 9020530-188653  
Statement: 1586197

| Date | Atty | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/12/2024 | TROU | Revise 2015.3 report and review documents from Kans and H&M (.5); Email Gabby to finalize pdf (.1) | B110 | 0.60 | 171.00 |
| 11/12/2024 | TROU | Attention to email from CNH counsel regarding plan treatment (.1) | B300 | 0.10 | 28.50 |
| 11/12/2024 | TROU | Email from Gale Harding regarding status of fee app (.1) | B160 | 0.10 | 28.50 |
| 11/13/2024 | KMIK | Call with Committee counsel and FAs and co-counsel regarding status update and plan (.4); call with MetLife counsel and co-counsel regarding status update (.2) | B150 | 0.60 | 249.00 |
| 11/13/2024 | KMIK | Calls with Matt Christensen and Ken Nofziger regarding recap of Committee call (.2); review email from Forbes regarding fee (.1) and email client and co-counsel regarding same (.1); review email from Lisa Nelson regarding borrowing base (.1) | B110 | 0.50 | 207.50 |
| 11/13/2024 | KMIK | Review stipulation regarding extension of solicitation period (.1) | B110 | 0.10 | 41.50 |
| 11/13/2024 | KMIK | Review IRS' amended proof of claim (.1) and update claims analysis (.1) | B310 | 0.20 | 83.00 |
| 11/13/2024 | TROU | Call with Committee counsel and FAs and co-counsel regarding status update and plan (.4) | B110 | 0.40 | 114.00 |
| 11/13/2024 | TROU | Review stipulation regarding extension of solicitation period (.1); emails with Gabby regarding revisions to 2015.3 report (.2); Email to David regarding missing documents for H&M for 2015.3 report (.1); attention to email from Lisa N regarding borrowing base (.1) | B110 | 0.50 | 142.50 |
| 11/13/2024 | TROU | Review and revise Summit Fee app (.2); Email to Brett Cahoon for approval (.1); draft Schuil Ag Fee App proposed order (.2); Email Schuil proposed order to UST (.1); Email Summit Ag Fee App to clerk (.1); draft harding Fee App proposed order (.2); emails with Brett Cahoon regarding Harding and Schuil Fee app (.1); Email Schuil Fee App to clerk (.1); Email Harding Fee App to clerk (.1); attention to email from John O'brien regarding upcoming Millenkamp schedule for hearings (.1) | B160 | 1.20 | 342.00 |
| 11/13/2024 | TROU | Review IRS proof of claim (.2) | B310 | 0.20 | 57.00 |
| 11/14/2024 | KMIK | Review Givens Pursley's interim fee app (.2); review Givens Pursley's October fee app (.1); emails to/from Bruce Anderson regarding wire of fees (.2) and email Lisa Nelson regarding same (.1) | B160 | 0.60 | 249.00 |
| 11/14/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, discussions with creditor parties, and plan strategy (.7); emails to/from Lisa Nelson regarding IRS checks (.2) | B110 | 0.90 | 373.50 |
| 11/14/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, discussions with creditors, and plan strategy (.7) | B110 | 0.70 | 199.50 |
| 11/14/2024 | TROU | Attention to Motion for Interim Distribution for Givens Pursley (.2); Email from Lisa Nelson regarding when Summit's fees can be paid (.1) | B160 | 0.30 | 85.50 |
| 11/14/2024 | TROU | Attention to email from Valley Wide's counsel regarding Valley Wide's admin claim (.1) | B310 | 0.10 | 28.50 |
| 11/14/2024 | TROU | Attention to emails from parties regarding signing off on Stipulation to Extend Exclusive Solicitation Period (.1); emails from Lisa regarding IRS checks (.1) | B110 | 0.20 | 57.00 |

Millenkamp Cattle, Inc.  
12/3/2024  
Page: 5

Client: 9020530  
Matter: 9020530-188653  
Statement: 1586197

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/14/2024 | TROU | Attention to email and updated models from Kander (.3) | B300 | 0.30 | 85.50 |
| 11/15/2024 | KMIK | Review letter from Andrew Schoulder regarding plan and fiduciary duties (.2) and email client regarding same (.1); review email from Kati Churchill regarding updated projections (.1); review email from Lisa Nelson regarding CNH Productivity Plus loans (.1); email Sandton's counsel regarding Rabo's letter regarding fiduciary duties (.1); email Forbes regarding update on Cargill financing (.1) | B110 | 0.70 | 290.50 |
| 11/15/2024 | KMIK | Review email from counsel for Valley Wide Co-op regarding admin claim (.1); emails to/from counsel for East Valley Development regarding assumption of contract in amended plan (.2); emails to/from John O'Brien regarding Sandton amended terms sheet (.2) | B150 | 0.50 | 207.50 |
| 11/15/2024 | KMIK | Review and revise third cash collateral motion (.3) | B230 | 0.30 | 124.50 |
| 11/15/2024 | TROU | Review letter from Andrew Schoulder regarding plan and fiduciary duties (.2); review email from Kati C regarding updated projections and budgets (.1); review email from Lisa Nelson regarding CNH loans (.1) | B110 | 0.40 | 114.00 |
| 11/18/2024 | KMIK | Continue revising proposed order approving Kander interim fee app (.1) and emails to/from Brett Cahoon regarding same (.2); review email from Kander regarding August invoice (.1); review and revise Kander August fee app (.2) | B160 | 0.60 | 249.00 |
| 11/18/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and plan and projections (.4); emails to/from Forbes regarding status update (.2) | B110 | 0.60 | 249.00 |
| 11/18/2024 | GMAT | Drafting Kander August fee app and notice | B160 | 0.20 | 42.00 |
| 11/18/2024 | KMIK | Emails to/from MetLife counsel regarding amended plan (.2) | B150 | 0.20 | 83.00 |
| 11/18/2024 | KMIK | Continue drafting amended plan | B320 | 0.60 | 249.00 |
| 11/18/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan and projections (.4) | B110 | 0.40 | 114.00 |
| 11/18/2024 | TROU | Email from David regarding cash flow report from H&M (.1); Review report (.1); email to Gabby to update 2015.3 report (.1); review finalized 2015.3 report (.2); email to David/Bill for signing (.1) | B110 | 0.60 | 171.00 |
| 11/19/2024 | KMIK | Review email from Ken Nofziger regarding August fee app (.1); review Vertex Companies' September fee app (.1) | B160 | 0.20 | 83.00 |
| 11/19/2024 | KMIK | Call with Matt Christensen regarding status report (.2); review status report (.1) | B110 | 0.30 | 124.50 |
| 11/19/2024 | TROU | Research several issues for plan | B320 | 2.80 | 798.00 |
| 11/20/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan strategy, and MORs (.5) | B110 | 0.50 | 207.50 |
| 11/20/2024 | KMIK | Continue drafting amended plan | B320 | 2.40 | 996.00 |
| 11/20/2024 | KMIK | Emails to/from Lisa Nelson regarding GreatAmerica proof of claim (.2) | B310 | 0.20 | 83.00 |

Millenkamp Cattle, Inc.  Client: 9020530
12/3/2024  Matter: 9020530-188653
Page: 6  Statement: 1586197

| Date | Tkpr | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 11/20/2024 | TROU | Call with client, Kander, and co-counsel regarding status update and plan strategy(.5) | B110 | 0.50 | 142.50 |
| 11/20/2024 | TROU | Attention to emails from co-counsel and Lisa regarding Great America claim (.2) | B310 | 0.20 | 57.00 |
| 11/20/2024 | TROU | Research several issues for plan | B320 | 4.70 | 1,339.50 |
| 11/21/2024 | KMIK | Review email from Sheila Schwager regarding Rabo claim reconciliation (.1) | B310 | 0.10 | 41.50 |
| 11/21/2024 | KMIK | Review Elsaesser Anderson's October fee app (.1) | B160 | 0.10 | 41.50 |
| 11/21/2024 | KMIK | Review court's order and notice of hearing on status hearings (.1); emails to/from Lisa regarding trucks (.2); review email from Summit Ag Appraisal regarding cash collateral hearing (.1) | B110 | 0.40 | 166.00 |
| 11/21/2024 | KMIK | Call with client, Kander, and co-counsel regarding plan strategy (1); continue drafting plan (.5) | A101 | 1.50 | 622.50 |
| 11/21/2024 | KMIK | Appear at status conference (.6); review notice of hearing held (.1) | B110 | 0.70 | 290.50 |
| 11/21/2024 | KMIK | Review email from Brett Cahoon regarding Kander fee app (.1) | B160 | 0.10 | 41.50 |
| 11/21/2024 | TROU | Call with client, Kander, and co-counsel regarding plan strategy (1) | B300 | 1.00 | 285.00 |
| 11/21/2024 | TROU | Appear at status conference (.6); review notice of hearing held (.1) | B110 | 0.70 | 199.50 |
| 11/22/2024 | KMIK | Call with client, Kander, and co-counsel regarding plan strategy (.5); email Rich Bernard regarding term sheet (.1) | B110 | 0.60 | 249.00 |
| 11/22/2024 | TROU | Call with client, Kander, and co-counsel regarding plan strategy and status (.5); email Lisa regarding Schuil Fee App (.1); Email Lisa regarding Summit Fee App (.1); Email Lisa regarding Harding Fee App (.1); Emails with David regarding 2015.3 report execution (.1); review emails from Matt and Kati regarding MORS (.2) | B110 | 1.10 | 313.50 |
| 11/22/2024 | KMIK | Emails to/from John Deere counsel regarding claim 20 repayment (.2); review email from Kent Carter regarding CNH Productivity Plus Loans (.1) | B150 | 0.30 | 124.50 |
| 11/22/2024 | KMIK | Continue drafting amended plan | B320 | 0.70 | 290.50 |
| 11/22/2024 | TROU | Review order granting summit fee app and email Lisa to pay fees (.1); Review order regarding Harding fee app and email Lisa to pay fees (.1); Review order regarding Schuil Fee App and email Lisa to pay fees (.1) | B160 | 0.30 | 85.50 |
| 11/22/2024 | TROU | Follow up with David regarding 2015.3 report | B110 | 0.10 | 28.50 |
| 11/25/2024 | KMIK | Review email from Western States counsel regarding damages amount (.1); review email from Ron Bingham regarding Met's interest calculations (.1); call with Sandton's counsel and co-counsel regarding status update, plan, and strategy (.6); emails to/from Holly O'Neil regarding status update on amended plan (.2) | B150 | 1.00 | 415.00 |
| 11/25/2024 | KMIK | Review email from Lisa Nelson regarding payment of Schuil fees (.1) | B160 | 0.10 | 41.50 |

Millenkamp Cattle, Inc.  
12/3/2024  
Page: 7

Client: 9020530  
Matter: 9020530-188653  
Statement: 1586197

| Date | Tkpr | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 11/25/2024 | KMIK | Review Rabo's notice of hearing (.1) | B190 | 0.10 | 41.50 |
| 11/25/2024 | KMIK | Email Lisa Nelson regarding Dentons' October fee app (.1) | B160 | 0.10 | 41.50 |
| 11/25/2024 | KMIK | Continue drafting amended plan | B320 | 3.90 | 1,618.50 |
| 11/25/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, strategy, plan, and claims (.6) | B110 | 0.60 | 249.00 |
| 11/25/2024 | GMAT | Drafting fee app for November (.2); drafting fee app for August-November (.3) | B160 | 0.50 | 105.00 |
| 11/25/2024 | KMIK | Review GreatAmerica Financial proof of claim (.1) and email Lisa Nelson regarding same (.1) | B310 | 0.20 | 83.00 |
| 11/25/2024 | TROU | Conference call with Sandton's counsel and co-counsel regarding status update, plan, and strategy (.6) | B150 | 0.60 | 171.00 |
| 11/25/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, strategy, plan, and claims (.6) | B110 | 0.60 | 171.00 |
| 11/25/2024 | TROU | Review Great America's POC (.2); Emails from Lisa Nelson and co-counsel regarding same (.2) | B300 | 0.40 | 114.00 |
| 11/25/2024 | TROU | Research and prep for cash collateral hearing (1.5) | B230 | 1.70 | 484.50 |
| 11/25/2024 | TROU | Research regarding extension of exclusive period; draft memo regarding same | B110 | 1.50 | 427.50 |
| 11/26/2024 | KMIK | Prep for hearing on cash collateral and exclusivity (.5); review Conterra witness list (.1); review Conterra exhibit list (.1) | B230 | 0.70 | 290.50 |
| 11/26/2024 | GMAT | Amending schedules E/F | B110 | 0.20 | 42.00 |
| 11/26/2024 | TROU | Call with Committee, FA's and co-counsel regarding plan status and cash collateral hearing (.3); Call with client, Kander, and co-counsel regarding plan strategy, cash collateral and exclusivity hearing prep (.6); Email with David regarding 2015.3 report (.1); Review and finalize 2015.3 report (.2) | B110 | 1.20 | 342.00 |
| 11/26/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, strategy, and plan (.5) | B110 | 0.50 | 207.50 |
| 11/26/2024 | KMIK | Call with counsel and FAs for Committee and co-counsel regarding status update and plan (.3) | B150 | 0.30 | 124.50 |
| 11/26/2024 | KMIK | Continue drafting amended plan and amended disclosure statement (1) | B320 | 1.00 | 415.00 |
| 11/26/2024 | KMIK | Email Lisa Nelson and Kander regarding order approving Kander fee app (.1) | B160 | 0.10 | 41.50 |
| 11/26/2024 | TROU | Review Conterra witness list (.1); review Conterra exhibit list (.1); email Matt C cash collateral and exclusivity research (.1); review and start exhibit prep (.2); email co-counsel, client and Kander regarding same (.1) | B230 | 0.60 | 171.00 |

Millenkamp Cattle, Inc.  
12/3/2024  
Page: 8  

Client: 9020530  
Matter: 9020530-188653  
Statement: 1586197  

| Date | Atty | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/27/2024 | TROU | Emails from co-counsel and Kander regarding revising the budget (.1); Reviewing and revising amended disclosure statement (1.5); Review budgets from Kander (.5); Calls with Kati Churchill regarding budgets (.2); review Sandton terms sheet (.3); Review updated budgets from Kati (.2); Email parties amended plan and disclosure statement and budgets (.2); emails with co-counsel and Kander regarding same (.1); email amended plan and amended disclosure statement to UST (.1) | B320 | 3.20 | 912.00 |
| 11/27/2024 | TROU | Review finalized 2015.3 report to file (.2); emails with Gabby regarding filing issue (.2) | B110 | 0.40 | 114.00 |
| 11/27/2024 | TROU | Attention to email from Lisa regarding Kander fee app payment (.1); review O'Melveny & Myers fee app and notice (.3) | B160 | 0.40 | 114.00 |
| 11/27/2024 | TROU | Attention to emails from Lisa and Krystal regarding lift equipment purchase (.1); review equipment invoice and email required notice to parties (.2) | B110 | 0.30 | 85.50 |
| 11/29/2024 | TROU | Review Rabo Supplement (.3); Review Rabo's Motion to Appoint Trustee (.8); Review Rabo's notice setting hearing regarding Motion to Appoint Trustee (.1) | B190 | 1.20 | 342.00 |

Sub-total Fees: $26,575.50

### Rate Summary

| Name | Hours/Rate | Amount |
|---|---|---|
| Krystal R. Mikkilineni | 36.90 hours at $415.00/hr | 15,313.50 |
| Tirzah R. Roussell | 37.60 hours at $285.00/hr | 10,716.00 |
| Gabby B. Mathias | 2.60 hours at $210.00/hr | 546.00 |
| Total hours: | 77.10 | |

### Expenses

| Date | Description | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 10/29/2024 | Wire Fee | E107 | 1.00 | 6.25 | 6.25 |
| 11/25/2024 | Flight for Millenkamp Hearing | E110 | 1.00 | 448.97 | 448.97 |
| 11/25/2024 | Wire Fee | E107 | 1.00 | 6.25 | 6.25 |
| 11/25/2024 | Flight for Millenkamp Hearing | E110 | 1.00 | 417.98 | 417.98 |
| 11/26/2024 | Third party mailing of Kander fee application | E108 | 1.00 | 485.76 | 485.76 |
| 11/26/2024 | Return flight for Millenkamp hearing | E110 | 1.00 | 164.47 | 164.47 |

Sub-total Expenses: $1,529.68

**Total Current Billing:** $28,105.18

Millenkamp Cattle, Inc.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Client: 9020530
12/3/2024　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Matter: 9020530-188653
Page: 9　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Statement: 1586197

Effective March 29, 2021, Davis Brown Law Firm formally combined with Dentons to become Dentons Davis Brown PC. Visit www.dentons.com/BusinessTerms to find our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the material terms and conditions of any existing engagement agreement. Please contact your lawyer or other professional if you have questions about the Terms of Business or with any respect of your representation.

Current statement due within 30 days of statement date. Please disregard any previously paid amounts. Contact us at 515-246-7812 with any questions.  Please include the statement number on your check.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.