## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

IN RE:

Millenkamp Cattle, Inc.                                    Case No.  24-40158-NGH

    Debtor

Filing relates to:                                         Jointly Administered With Case Nos.

    ☐  ALL DEBTORS                            24-40159-NGH (Idaho Jersy Girls)
                                              24-40160-NGH (East Valley Cattle)
    ☐  Millenkamp Cattle, Inc.                24-40161-NGH (Millenkamp Properties)
                                              24-40162-NGH (Millenkamp Properties II)
    ☐  Idaho Jersey Girls                     24-40163-NGH (Millenkamp Family)
                                              24-40164-NGH (Goose Ranch)
    ☐  East Valley Cattle                     24-40166-NGH (Black Pine Cattle)
                                              24-40167-NGH (Millenkamp Enterprises)
    ☐  Millenkamp Properties                  24-40165-NGH (Idaho Jersey Girls Jerome Dairy)

    ☐  Millenkamp Properties II

    ☐  Millenkamp Family

    ☐  Goose Ranch                            Chapter 11 Cases

    ☐  Black Pine Cattle

    ☐  Millenkamp Enterprises

    ☐  Idaho Jersey Girls Jerome Dairy

## NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH WITNESSES AND EXHIBITS

    Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC ("Conterra") by and through its attorneys, Spencer Fane LLP, hereby give notice of their intent to present evidence though witness and exhibits at the hearing currently scheduled for December 10, 2024 at 9:00 am, or, alternatively, at

any evidentiary hearing or any continued hearing that may be scheduled thereafter by this Court

in relation to the (i) Debtors' Second Motion for Continued Use of Cash Collateral; (ii) Debtors'

Third Motion for Continued Use of Cash Collateral; (iii) Debtors' Motion to Extend Exclusivity

Period to file Disclosure Statement and Plan; (iv) Debtors' Motion to Compel Production of

Information, (collectively, the "Motions"), and the objections thereto; and (v) Rabo AgriFinance

LLC's Motion to Appoint Chapter 11 Trustee.

The witnesses that may be called to testify, or cross examined, by Conterra have been stated

in the Witness List filed on November 26, 2024 at Doc. No. 741.

The exhibits that may be offered into evidence by Conterra have been stated in the Exhibit

List filed on November 26, 2024 at Doc. No. 742

DATED December 3, 2024.

Respectfully submitted,

SPENCER FANE LLP


*/s/John O'Brien*
John O'Brien (*Pro Hac Vice Pending*)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO  80203-4554
Telephone: 303-839-3800
Email:  jobrien@spencerfane.com

Scott C. Powers #9958
Spencer Fane LLP
10 Exchange Place, 11th Floor
Salt Lake City, UT 84111
Telephone: 801-322-9164
Email: spowers@spencerfane.com

Zachary Fairlie (*Pro Hac Vice*)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106-2140

DE 9537933.1

Telephone:  816-474-8100
Fax:  816-474-3216
Email:  zfairlie@spencerfane.com

**Attorneys for Conterra Holdings, LLC d/b/a
Conterra Ag Capital as loan servicer and power
of attorney for Ag Funding SC II LLC and
Conterra Holdings, LLC d/b/a Conterra Ag
Capital as loan servicer and power of attorney
for Rooster Capital IV LLC**

DE 9537933.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 3, 2024 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Bruce Anderson | brucea@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| W. Kent Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Thomas E. Dvorak | tedservice@givenspursley.com |
| Gery W. Edson | gedson@gedson.com |
| John Brian (JB) Evans | Evans.jb@dorsey.com |
| Brian A. Faria | brian@sawtoothlaw.com |
| David D. Farrell | dfarrell@thompsoncoburn.com |
| Robert A. Faucher | RFaucher@hollandhart.com |
| Scott D. Fink | sfink@weltman.com |
| David W. Gadd | dwg@magicvalleylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Zachery J. McCraney | ZJMcCraney@hollandhart.com |
| Krystal Mikkilineni | Krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| Heidi Buck Morrison | heidi@racineolson.com |
| John D. Munding | John@Mundinglaw.com |
| James J. Niemeier | jniemeier@mcgrathnorth.com |
| Gabriel L. Olivera | golivera@omm.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | Robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |

DE 9537933.1

| | |
|---|---|
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| Miranda Russell | mrussell@mofo.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Steven F. Schossberg | sschossberger@trout-law.com |
| Andrew Schoulder | Andrew.Schoulder@nortonrosefulbright.com |
| Louis Spiker | Louis.spiker@millernash.com |
| Richard L. Stacey | stacey@mwsslawyers.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| U.S. Trustee | Ustp.region18.bs.ecf@usdoj.gov |
| Joseph M. Wager | wager@mwsslawyers.com |
| Arnold Wagner | wagner@mwsslawyers.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

/s/*John O'Brien*
John O'Brien