Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: <br><br> MILLENKAMP CATTLE INC. <br><br>       Debtor. <br><br> Filing relates to: <br><br> ☒ ALL DEBTORS <br> ☐ Millenkamp Cattle, Inc. <br> ☐ Idaho Jersey Girls <br> ☐ East Valley Cattle <br> ☐ Millenkamp Properties <br> ☐ Millenkamp Properties II <br> ☐ Millenkamp Family <br> ☐ Goose Ranch <br> ☐ Black Pine Cattle <br> ☐ Millenkamp Enterprises <br> ☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH <br><br> Chapter 11 <br><br> [NO HEARING REQUIRED] <br><br> Jointly Administered with Case Nos.: <br><br> 24-40159-NGH (Idaho Jersey Girls) <br> 24-40160-NGH (East Valley Cattle) <br> 24-40161-NGH (Millenkamp Properties) <br> 24-40162-NGH (Millenkamp Properties II) <br> 24-40163-NGH (Millenkamp Family) <br> 24-40164-NGH (Goose Ranch) <br> 24-40166-NGH (Black Pine Cattle) <br> 24-40167-NGH (Millenkamp Enterprises) <br> 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4252063

### KANDER, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024

Kander, LLC (the "Applicant") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of September 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Applicant respectfully represents as follows:

A. The Applicant is the financial advisor for Millenkamp Cattle, Inc. and its affiliated debtors, the debtors in the above captioned case (the "Debtors"). The Applicant hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B. The Applicant billed a total of $112,231.50 in fees and expenses during the Application Period. The total fees represent 215.4 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| August 1-30, 2024 | $112,231.50 | $0 | $112,231.50 |

C. Accordingly, the Firm seeks allowance of interim compensation in the amount of $84,173.63 at this time. This total is comprised as follows: $84,173.63 (75% of the fees for services rendered) plus $0.00 (100% of the expenses incurred).

D. Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

KANDER, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 – Page 2

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E. Pursuant to the Order Establishing Interim Fee Procedures, the Debtors are authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtors are authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Applicant respectfully requests that the Debtors compensate the Applicant as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: December 3, 2024

/s/ *Krystal R. Mikkilineni*
DENTONS DAVIS BROWN
Krystal R. Mikkilineni


/s/ *Matt T. Christensen*
JOHNSON MAY
Matt T. Christensen

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of December, 2024, I caused to be served a true and correct copy of the foregoing KANDER, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

/s/ *Krystal R. Mikkilineni*
Krystal R. Mikkilineni

# kăn'dər LLC

2538 Carrolwood Rd.
Naperville, IL 60540

**EXHIBIT A**

| Invoice No.: | MC31/12022024 |
|---|---|
| Invoice Date: | December 2, 2024 |

Millenkamp Cattle, Inc.
471 North 300 West
Jerome, Idaho 83338

**Re:** Engagement of Financial Advisor dated February 22, 2024

## FEES - In connection with the above matter

| Date | | Description | Code | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 09/03/24 | KPC | Prepare weekly data (0.5); Call Lisa re: weekly data (0.2); Forbes update call and follow ups (0.6); Leverage ratio analysis (0.3); Communicate with UST office re: July MOR Cash (0.5) | B110 | 2.1 | $ 495.00 | $ 1,039.50 |
| 09/03/24 | KPC | WE 09/01 Reporting and Supplemental Package | B230 | 3.5 | $ 495.00 | $ 1,732.50 |
| 09/03/24 | KN | Client update calls (0.1); Sandton call (0.5); UCC call (0.5); Forbes call (0.5);  Leverage ratio analysis for Forbes (0.9); | B110 | 2.5 | $ 595.00 | $ 1,487.50 |
| 09/04/24 | KPC | Plan conversations KPC, KN, Heida (0.6); Forbes - call re cash flows to UBS (0.5) | B110 | 1.1 | $ 495.00 | $ 544.50 |
| 09/04/24 | KPC | WE 09/01 Reporting and Supplemental Package | B230 | 2.5 | $ 495.00 | $ 1,237.50 |
| 09/04/24 | KN | Client update calls (0.6); Forbes UBS call (0.5) | B110 | 1.1 | $ 595.00 | $ 654.50 |
| 09/05/24 | KPC | FTI Weekly (0.5); Forbes update call and follow ups (0.4); Liquidation analysis (0.3); Review waterfall (0.5) | B110 | 1.7 | $ 495.00 | $ 841.50 |
| 09/05/24 | KPC | WE 09/01 Reporting and Supplemental Package | B230 | 0.8 | $ 495.00 | $ 396.00 |
| 09/05/24 | KN | Internal daily call (0.5); Client update calls (0.3); Forbes FA call (0.5); FTI call (0.5); Liquidation analysis update (1.6) Review weekly variance reports (1.2); Review claims waterfall (0.7) | B110 | 5.3 | $ 595.00 | $ 3,153.50 |
| 09/06/24 | KPC | Forbes internal call (0.3); Daily internal call (0.5), Rabo loan info review (0.9) | B110 | 1.7 | $ 495.00 | $ 841.50 |
| 09/06/24 | KN | Internal daily call (0.5); Sandton call (0.6); Forbes call (0.3); Review Rabo loan information (0.6); Review MetLife $40M loan request (0.5) | B110 | 2.5 | $ 595.00 | $ 1,487.50 |
| 09/09/24 | KPC | Daily internal call (0.4); Armory call (0.5); Discussions w/ Lisa re: payroll account (0.3); Focus call re: Ask of $40M (0.7); Call w/ Cargill re: Model clarifications (0.5); Coordinate MetLife request w/ Cooper Norman (0.2) | B110 | 2.6 | $ 495.00 | $ 1,287.00 |
| 09/09/24 | KN | Internal daily call (0.4); Client update calls (0.6); Conterra call (0.2); Armory call (0.5); Focus call (0.7); Cargill call (0.5) | B110 | 2.9 | $ 595.00 | $ 1,725.50 |
| 09/10/24 | KPC | Forbes internal call (0.5); Call w/ KN (0.3); Modeling MetLife $40M (1.4) | B110 | 2.2 | $ 495.00 | $ 1,089.00 |
| 09/10/24 | KN | Internal daily call (0.4); Kornfeld call (0.3); Client update calls (0.2); Counsel call (0.3); UCC call (0.7); Call w/KC (0.3) | B110 | 2.2 | $ 595.00 | $ 1,309.00 |
| 09/11/24 | KPC | Modeling MetLife $40M (2.0); Daily internal call (0.4); Update 5yr model (0.2); Update Professional Fees summary (1.1) | B110 | 3.7 | $ 495.00 | $ 1,831.50 |
| 09/11/24 | KPC | Updating cash collateral budget (3.0); Call w/ KN re: updating cash collateral budget (0.4); WE 09/08 data download and spreadsheet prep (0.4) | B230 | 3.8 | $ 495.00 | $ 1,881.00 |
| 09/11/24 | KN | Internal daily call (0.4); Review updated 5 year model and cash collateral budget (2.2) | B110 | 2.6 | $ 595.00 | $ 1,547.00 |

Kander LLC
www.KanderLLC.com | info@kanderllc.com

# kănˈdər LLC

2538 Carrolwood Rd.
Naperville, IL 60540

| Date | Initials | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/12/24 | KPC | Payroll reconcilation question (0.3); Forbes updated call and follow ups (0.4); Call w/ Lisa re: cash collateral (0.4); Daily internal call (0.4); Cash Collateral - pre-petition AR collections review/analysis (0.5); Call w/ Heida re Cash Collateral (0.1); Cash Collateral - updating OpEx (3.3); Status Conference Hearing (0.3); Call w/ Krystal re: hearing (0.1); Input new cash collateral into 2-year direct cash model (0.6) | B110 | 6.4 | $ 495.00 | $ 3,168.00 |
| 09/12/24 | KPC | WE 09/08 spreadsheet, cash (0.5); Updating cash collateral budget (1.2); Work on weekly reporting w/ Natalia (0.9) | B230 | 2.6 | $ 495.00 | $ 1,287.00 |
| 09/12/24 | KN | Internal daily call (0.4); Client update calls (0.4); Sandton call (0.5); Status Conference call (0.4); Forbes FA call (0.4); Review updated cash collateral budget (1.1) | B110 | 3.2 | $ 595.00 | $ 1,904.00 |
| 09/12/24 | NS | Update Weekly Reporting for 09/08 | B230 | 3.0 | $ 200.00 | $ 600.00 |
| 09/13/24 | KPC | WE 09/08 supplemental reports, calls with KN, Heida, Lisa, Bill re: same (3.2); Forbes call (0.4); Forbes - NOLV discussion (0.4); Call w/ Armory (0.5); Call w/ Bill re: milk prices, cash (0.1); FTI weekly call (0.5); Focus weekly call (0.6); UBS call w/ Forbes (0.7); Call w/ Hoeman & Atlas (1.0); Kander, Forbes, Dentons check in (0.5); Silage deposits summary to FTI; Check status of June Financials (0.1) | B110 | 8.2 | $ 495.00 | $ 4,059.00 |
| 09/13/24 | KN | Internal daily call (0.3); Client update calls (0.3); Armory call (0.5); Forbes call (0.6); UBS call (0.7); Hoeman/Atlas call (1.0); FTI call (0.5); Focus call (0.6); Review weekly variance reports (1.2) Review Forbes EBITDA bridge (1.4) | B110 | 7.1 | $ 595.00 | $ 4,224.50 |
| 09/16/24 | KPC | Input updated cash collateral into 2-year direct cash model (3.8); Feed analysis for cash collateral (2.1) | B110 | 5.9 | $ 495.00 | $ 2,920.50 |
| 09/16/24 | KPC | Review Plan Concepts for Model Integration (1.7); Calls w/ Bill, Lisa, KN re: feed and plan concepts (2.1); Call w/ KN re: same (0.5) | B320 | 4.3 | $ 495.00 | $ 2,128.50 |
| 09/16/24 | KN | Internal daily call (0.7); Client update calls (0.3); Sandton call (0.3); Review Millenkamp appraisal with Sandton (0.4) | B110 | 1.7 | $ 595.00 | $ 1,011.50 |
| 09/16/24 | KN | Update & review revised plan concept (1.7); Feed cost and plan concept review (2.6) | B320 | 4.3 | $ 595.00 | $ 2,558.50 |
| 09/17/24 | KPC | Review and update cash collateral budget, 2-year direct cash model (5.2); Calls w/ KN (0.4) and Bill, Lisa re: same (0.4) | B230 | 6.0 | $ 495.00 | $ 2,970.00 |
| 09/17/24 | KN | Internal daily call (0.4); Client update calls (0.1); EVD call (0.3); UCC call (0.8); Review updated cash collateral budget (1.4) | B110 | 3.0 | $ 595.00 | $ 1,785.00 |
| 09/18/24 | KPC | Update 5-Year accrual model with updated cash collateral, 2-year direct CF, feed and straw analysis, plan scenario (6.5); Calls w/ KN and Bill re: same (0.6) | B230 | 7.1 | $ 495.00 | $ 3,514.50 |
| 09/18/24 | KN | Internal daily call | B110 | 0.3 | $ 595.00 | $ 178.50 |
| 09/18/24 | KN | Updated Plan Model Review | B320 | 2.6 | $ 595.00 | $ 1,547.00 |
| 09/18/24 | KN | Finalize Revised Cash Collateral Budget | B230 | 1.1 | $ 595.00 | $ 654.50 |
| 09/18/24 | NS | Update Weekly Reporting for 09/15 | B230 | 2.0 | $ 200.00 | $ 400.00 |
| 09/19/24 | KPC | FTI Weekly (0.5); Forbes update call and follow ups (0.6); Focus call (0.4); Call w/ Cargill re: model clarifications (0.6); Response to Krystal re: MWI counsel (1.0) | B110 | 3.1 | $ 495.00 | $ 1,534.50 |
| 09/19/24 | KPC | Call w/KN re: Plan Concepts | B320 | 0.2 | $ 495.00 | $ 99.00 |
| 09/19/24 | KPC | WE 09/15 - Supplemental Reports | B230 | 3.7 | $ 495.00 | $ 1,831.50 |

**kăn′dər** LLC

2538 Carrolwood Rd.
Naperville, IL 60540

| Date | Initials | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/19/24 | KN | FTI call (0.5); Forbes call (0.6); Focus call (0.4); Cargill call (0.6); Review weekly variance reports (1.1) | B110 | 3.2 | $ 595.00 | $ 1,904.00 |
| 09/19/24 | KN | Call w/KC re: Plan Concepts | B320 | 0.2 | $ 595.00 | $ 119.00 |
| 09/20/24 | KPC | Forbes update w/ counsel (0.2); Call w/ Armory (0.6); Calls w/ KN, Heida re: Plan (0.3) | B110 | 1.1 | $ 495.00 | $ 544.50 |
| 09/20/24 | KN | Client update calls (0.3); Sandton call (0.5); Armory call (0.6) | B110 | 1.4 | $ 595.00 | $ 833.00 |
| 09/23/24 | KPC | August MORs draft (0.8); Cargill term sheet modeling including BBR (7.0); Internal daily call (0.5); Review draft June Financials (0.7); Calls w/ Lisa & KN, Bill re model updates (1.0) | B110 | 10.0 | $ 495.00 | $ 4,950.00 |
| 09/23/24 | KN | Internal daily call (0.5); Client update calls (1.8); Review June financial statements (1.4); Review borrowing base calculations for Cargill (1.2); Review Sandton term sheet (1.0) | B110 | 5.9 | $ 595.00 | $ 3,510.50 |
| 09/24/24 | KPC | Update Cargill Plan Model (2.5); covenant analysis, update model (2.0); Calls w/ Bill (0.2) and KN re: same (0.5) | B110 | 5.2 | $ 495.00 | $ 2,574.00 |
| 09/24/24 | KN | Internal daily call (0.8); Client update calls (0.5); Conterra call (0.2); UCC call (0.5); Cargill call (0.8); Review Cargill term sheet (1.3); Update Cargill model & review covenants (2.3) | B110 | 6.4 | $ 595.00 | $ 3,808.00 |
| 09/25/24 | KPC | Update Sandton Model (4.0); Model Scenarios #1-4, comparisons for Plan Discussions \| Sandton and Cargill (4.5); Calls w/ KN (0.5) and Bill (0.1) re: same | B110 | 9.1 | $ 495.00 | $ 4,504.50 |
| 09/25/24 | KN | Internal daily call (0.6); Client update calls (0.8); Forbes call (0.2); Review model with scenario updates from term sheets (2.3) | B110 | 3.9 | $ 595.00 | $ 2,320.50 |
| 09/26/24 | KPC | Revisions to Scenarios 1-4 (3.5); Review Rabo counsel's email re: treatment and POC (2.8); Calls w/ Krystal (0.3) and KN (0.5) re: same; Review Cargill term sheet for model update (0.3); Call w/ Bill, David Lisa re: same (1.0); Circulate June Financials (0.2); Call w/ KN and Cooper Norman re: Debt balances (0.3) | B110 | 8.9 | $ 495.00 | $ 4,405.50 |
| 09/26/24 | KN | Internal daily call (0.5); Client update calls (0.3); Armory call (0.5); Review formal proposal for MetLife & Rabo (0.6); Review of outstanding debt balances and POCs (0.8); Review updated plan model scenarios (1.1) | B110 | 2.7 | $ 595.00 | $ 1,606.50 |
| 09/26/24 | | Review Updated Plan Model Scenarios | B320 | 1.1 | $ 595.00 | $ 654.50 |
| 09/27/24 | KPC | Review term sheet updates for model revisions, discussions re: model, model revisions (3.0); Incorporate waterfall update (0.8); Calls w/ Krystal re: same (0.5); Review Audit in relation to Rabo, AP (1.0) | B110 | 5.3 | $ 495.00 | $ 2,623.50 |
| 09/27/24 | KPC | Review Draft Plan (1.0); Call w/ Armory re: Plan (0.5); Calls w/ Bill, David, Lisa, KN re: term sheet, plan updates (1.0) | B320 | 2.5 | $ 495.00 | $ 1,237.50 |
| 09/27/24 | KPC | Weekly Report WE 09/22 | B230 | 4.2 | $ 495.00 | $ 2,079.00 |
| 09/27/24 | KN | Internal daily call (0.7); Sandton call (0.1); Review weekly variance analysis (1.3) | B110 | 2.1 | $ 595.00 | $ 1,249.50 |
| 09/27/24 | KN | Review Plan Model Updates | B320 | 1.8 | $ 595.00 | $ 1,071.00 |
| 09/27/24 | NS | Update Weekly Reporting for 09/22 | B230 | 2.7 | $ 200.00 | $ 540.00 |
| 09/28/24 | KPC | Review Plan Model | B320 | 0.8 | $ 495.00 | $ 396.00 |
| 09/29/24 | KPC | Review updated Plan and Disclosure Statement | B320 | 1.4 | $ 495.00 | $ 693.00 |
| 09/29/24 | KN | Update liquidation analysis | B110 | 1.2 | $ 595.00 | $ 714.00 |
| 09/30/24 | KPC | Review audit debt balances w/ Cooper Norman, POC (1.0); Calls w/ Lisa, KN re: same (0.5) | B110 | 1.5 | $ 495.00 | $ 742.50 |

**kăn′dər** LLC

*2538 Carrolwood Rd.*
*Naperville, IL 60540*

| Date | | Description | | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/30/24 | KPC | Review Plan and Disclosure Statement Draft (0.8); Updating, finalizing Plan Model (4.5) Calls w/Krystal re: Plan Updates (0.4) | B320 | 5.7 | $ | 495.00 | $ | 2,821.50 |
| 09/30/24 | KN | Internal daily call (0.2); Client update calls (1.0); FTI call (0.5) | B110 | 1.7 | $ | 595.00 | $ | 1,011.50 |
| 09/30/24 | KN | Update plan models (2.2); Review draft plan & disclosure statement (2.6) | B320 | 4.8 | $ | 595.00 | $ | 2,856.00 |
| | | | | 215.4 | *Subtotal Fees:* | $ | | *112,231.50* |
| | | | | | ***Invoice Total*** | $ | | *112,231.50* |

**Kander LLC**
www.KanderLLC.com | info@kanderllc.com