Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax:  (208) 667-2900
brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
golivera@omm.com

Attorneys for the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor.<br><br>Filing relates to:<br><br>☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties | Case No.:  24-40158-NGH<br><br>Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises) |

NOTICE OF HEARING  - 1

| | |
|---|---|
| ☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Armory Securities, LLC has scheduled a hearing on its First Application of Armory Securities, LLC for Allowance and Payment of Interim Compensation for the Period May 23, 2024 Through July 31, 2024 (Docket No. 755) ("Application") for the requested fees for Armory Securities, LLC in the amount of $157,276.00.  The hearing will be before the United States Bankruptcy Court, via telephonically, on January 9, 2025, at 1:30 p.m., Mountain Time, or as soon thereafter as parties may be heard.  Call in instructions are as follows: Courts Conference No.: 1-669-254-5252, Meeting ID: 160-5422-0978.

A copy of the Application is on file with the Court at Docket No.755, together with the supporting documents.  Any party desiring information as to the details of the Application may request the same from the Clerk of the Court, from the Court's online PACER information system at www.pacer.gov, or from the undersigned counsel.

**YOU ARE HEREBY NOTIFIED** that any written objection to the Application must be filed with the court within twenty-one (21) days of the date of service of this notice. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served upon the applicant. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief in the Application and may grant the relief without further notice of hearing. Any such objection should be filed with the United States Bankruptcy Court for the District of Idaho, United States Courthouse, 550 W. Fort St., Boise,

NOTICE OF HEARING  - 2

ID 83724 or electronically filed using the CM/ECF Filer system at https://ecf.edb.uscourts.gov.

**YOU ARE FURTHER NOTIFIED** that the **Application is scheduled to come before the Court for hearing on January 9, 2025, at 1:30 P.M. (MT),** or as soon thereafter as the matter can be heard.  This hearing will be held telephonically as noted above.

DATED this 3rd day of December, 2024.

ELSAESSER ANDERSON, CHTD.

*/s/ Bruce A. Anderson*
Bruce A. Anderson
Local Co-Counsel to the
Official Committee of Unsecured Creditors

NOTICE OF HEARING  - 3

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on December 3, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |

| | |
|---|---|
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 3rd day of December 2024.    /s/Bruce A. Anderson
                                         Bruce A. Anderson

NOTICE OF HEARING  - 5