Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        robert.richards@dentons.com
        tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy) |

#4068898

#4242489

| | |
|---|---|
| ☐ Millenkamp Family | Chapter 11 Cases |
| ☐ Goose Ranch | |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

## <u>NOTICE OF SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL and NOTICE OF HEARING RE: SAME</u>

PLEASE TAKE NOTICE that Dentons Davis Brown, counsel of record for Debtors in Possession, Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), has filed a Second Application for Allowance of Interim Fees and Costs for Counsel (Dkt. No. 761 - the "Application") for the requested fees and costs for Dentons Davis Brown in the amount of $154,837.74. The fees and costs required are related to the following:

- **Case Administration** was necessary in order to discuss various items with the client, co-counsel, financial advisor and other parties, as well as prepare and file required reports (IRR, MOR) and respond to continued emergency/interim motions, and related orders.

- **Asset Disposition** was necessary in order to maintain and collect documents regarding the potential sale of certain of the Debtors' assets and to prepare and file sale motions.

- **Relief from Stay/Adequate Protection Proceedings** was necessary to respond to opposing counsel and prepare responses to motions for relief from stay and motions for adequate protection.

- **Meetings of and Communications with Creditors** was necessary to prepare for and attend conferences with creditors regarding matters related to the case, status updates, and negotiations, and correspond with creditors and counsel for creditors via phone call and/or email.

NOTICE OF SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME

- **Fee/Employment Applications** was necessary in order to draft and prepare applications to employ and draft monthly fee applications and this second interim fee application.

- **Assumption/Rejection of Leases and Contracts** was necessary in order to review and respond to multiple creditor emails regarding the Debtors' intentions, and to correspond with co-counsel, financial advisor, and debtors regarding the same.

- **Other Contested Matters** was necessary in order to correspond with the Debtors, co-counsel, financial advisor, and creditors regarding multiple contested matters, including use of cash collateral, DIP approval, 503(b)(9) motion, critical vendor motion, and sale motion.

- **Non-Working Travel** was travel billed at ½ rate for travel to/from hearings.

- **Financing/Cash Collections** was necessary in order to correspond with multiple parties regarding the cash motions and draft and prepare extensive relevant interim and final motions, notices, and orders. Much of the initial stages of this case revolved around obtaining necessary approvals/consensus for using cash collateral to maintain operations.

- **Claims Administration and Objections** was necessary in order to review claims filed and evaluate potential objections to those claims.

- **Plan and Disclosure Statement** was necessary in order to correspond with co-counsel, Debtors, and the financial advisor regarding the drafting of and strategy for the Chapter 11 Plan.

The projects have allowed the Debtors to prepare and file required reports, prepare for and attend required meetings, draft various applications and motions, and otherwise proceed towards confirmation of their Chapter 11 Plan.

The Application has been reviewed and approved by the Debtors. A copy of the Application is on file with the above-captioned Court as Docket No. 761, together with supporting documents. Any party desiring information as to the details of the Application may request the same from the Clerk of the Court, from the court's online PACER information system at www.pacer.gov, or from the undersigned counsel.

YOU ARE HEREBY NOTIFIED that written objections to the Application should be filed

NOTICE OF SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND
COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME

with the court within twenty-one (21) days of the date of service of this notice. Any objection shall

set out the legal and/or factual basis for the objection. A copy of the objection shall be served upon

the movant. If an objection is not filed within the time permitted, the Court may consider that there

is no opposition to the granting of the requested relief in the Application and may grant the relief

without further notice of hearing. Any such objection should be filed with the U.S. Bankruptcy

Court at the United States Courthouse, 550 W. Fort St., Boise, ID 83724 or electronically filed

using the CM/ECF Filer system at https://ecf.edb.uscourts.gov.

YOU ARE FURTHER NOTIFIED that the Application is scheduled to come before the

Court for hearing on the **9th day of January, 2024, at 1:30 p.m. (MT),** or as soon thereafter as

the matter can be heard. This will be a telephonic hearing; parties should call the following

number at least 10 minutes prior to the hearing: 1-669-254-5252; Access Code: 160-5422-0978.


DATED this 3rd day of December, 2024.

DENTONS DAVIS BROWN


/s/ Krystal Mikkilineni
KRYSTAL MIKKILINENI
Counsel for Debtor


NOTICE OF SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND
COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of December, 2024, I filed the foregoing NOTICE OF SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

NOTICE OF SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND
COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I served the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

See attached mailing matrix.

/s/ Krystal Mikkilineni
Krystal Mikkilineni

NOTICE OF SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND
COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME

NOTICE OF SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND
COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
         jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
         robert.richards@dentons.com
         tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy) |

#4242425

☐   Millenkamp Family

☐   Goose Ranch                                    Chapter 11 Cases

☐   Black Pine Cattle

☐   Millenkamp Enterprises

☐   Idaho Jersey Girls Jerome Dairy

---

### SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES

Krystal Mikkilineni, of the firm Dentons Davis Brown (the "Applicant"), applies to the Court for allowance of attorneys' fees and costs pursuant to 11 U.S.C. § 331. Applicant respectfully states and represents to the Court that:

1.       Applicant is counsel for Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), the above-named Debtors in Possession, and makes this application for allowance of compensation for professional services rendered, and for reimbursement for actual necessary costs and expenses incurred from August 1, 2024 to November 30, 2024 (the "Second Interim Period").

2.       All services for which compensation is requested by the Applicant were performed for and on behalf of said Debtors, and not on behalf of any committee, creditor, or other person. Each attorney involved in the services for which compensation is requested are specifically identified on the attached **Exhibit A** and incorporated herein by reference.

3.       Payment of the attorneys' fees and costs and the payment of these fees and costs should be made pursuant to the Engagement Letter attached to the Application to Employ Counsel as Exhibit A (Dkt. No. 5).

4.      Applicant, or other members of Dentons Davis Brown, has rendered services to the Debtors in the manner described on the attached **Exhibit B**, which is by this reference made a part hereof.

5.      Further, the Applicant sustained, and incurred expenses and/or costs described and itemized in the statement attached hereto as **Exhibit B**, in connection with applicant's function and activities as attorney for the Debtors. A narrative summary of professionals' fees and expenses is attached hereto as **Exhibit C**.

6.      The fees requested by this Application shall not be shared with any other party outside the Applicant's law firm.

7.      The Applicant does not currently hold funds in a client trust account for the Debtors with which to pay the fees requested.  The outstanding fees and costs allowed will be paid by the Debtors from operations. The Debtors will make payment of the Applicant's outstanding fees and costs as permitted under the approved cash collateral budget (Dkt. No. 524).

8.      The rate of compensation of the attorneys was detailed in the Engagement Letter attached to the Application to Employ Counsel as Exhibit A, which application was approved by Court order on May 24, 2024 (Dkt. No. 323). In conformity with that rate (which is subject to adjustment annually), the reasonable value of the services rendered by the Applicant as attorney for the Debtors in this case, including costs/expenses and disbursements incurred, since August 1, 2024 is $154,837.74.  Of that amount, there remains (or will remain, assuming the November Cover Sheet Application is paid) $36,328.50 in unpaid amounts (representing the 25% held back from the monthly Cover Sheet applications).

9.      Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim

Fee Procedures"), the Applicant has incurred and the Debtors have paid the following fees and expenses incurred during the Second Interim Period.

|  | August 2024 | September 2024 | October 2024 | November 2024 |
|---|---|---|---|---|
| Fees Incurred | $24,845.50 | $63,653.50 | $30,239.50 | $26,575.50 |
| Total Fees Paid Pursuant to Order Establishing Interim Procedures (75% of Fees) | $18,634.13 | $47,740.13 | $22,679.63 | $19,931.63 (Not yet paid – pending objection period) |
| Total Expenses Incurred & Paid Pursuant to Order Establishing Interim Procedures (100% of Expenses) | $480.49 | $12.50 | $7,501.07 | $1,529.68 (Not yet paid – pending objection period) |

10.    The Applicant does not currently hold any further amount in trust. The fees and expenses paid during this Second Interim Period were paid from the Debtors' ongoing operations.

11.    On August 8, 2024, Applicant filed an Application for Interim Compensation since the commencement of this case, from April 2, 2024 to July 31, 2024 (the "First Interim Period") in the sum of $320,957.70 for time and services rendered on the Debtors' behalf during this First Interim Period as part of the expenses of the representation of the Debtors in the above-named bankruptcy case and payment of 25% of fees held back, totaling $74,835.62 (Dkt No. 548). On September 18, 2024, the court entered an order granting the fees requested during the First Interim Period (Dkt No. 617).

12.    During the Second Interim Period, the Applicant was paid a total of $89,062.89 (doesn't include $19,931.63 pending for November Interim Period) in fees and $9,523.74 in expenses. The total outstanding in fees due during the Second Interim Period is $36,328.50, which represents the 25% held back pursuant to the Order Establishing Interim Procedures.

13.     The Applicant requests Court approval of the total fees incurred of $145,314.00 and total expenses incurred of $9,523.74 during the Second Interim Period.  The Applicant further requests the Court allow payment of the outstanding fees incurred during the Second Interim Period, totaling $36,328.50, to be paid by the Debtors.

14.     The Debtors have reviewed this application and approved the Application and amounts requested.

WHEREFORE, the applicant prays that an allowance be made in the sum of $154,837.74 for time and services rendered on the Debtors' behalf during this Second Interim Period as part of the expenses of the representation of the Debtors in the above-named bankruptcy case and payment of 25% of fees held back, totaling $36,328.50.

DATED this 3rd day of December, 2024

DENTONS DAVIS BROWN


 /s/ Krystal Mikkilineni
KRYSTAL MIKKILINENI
Attorney for Debtors


 /s/ *Matt. T. Christensen*
MATTHEW T. CHRISTENSEN
Attorney for Debtors

<u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that on this 3rd day of December, 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF DENTONS DAVIS BROWN'S APPLICATION FOR INTERIM FEES electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Bunge Canada
c/o David D. Farrell, Esq.
One US Bank Plaza
Suite 2700
St. Louis, MO 63101

Nikolaus F. Schandlbauer
20 F Street NW
Suite 500
Washington, DC 20001

W. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606

Scott F. Gautier
1800 Century Park East
Ste. 1500
Los Angeles, CA 90067

Zachery J. McCraney
Holland & Hart
PO Box 2527
800 W. Main St., Suite 1750
Boise, ID 83701

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg, LLP
919 Market St
Suite 1000
Wilmington, DE 19801

Michael R. Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Suite 200
Omaha, NE 68130

Wilbur Ellis Nutrition-Rangen
c/o Tony Champion
PO Box 706
115 13th Ave. South
Buhl, ID 83316

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients,
LLC c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

Land View, Inc.
c/o Dan Noble
PO Box 475
Rupert, ID 83350

/s/ Krystal Mikkilineni

Krystal Mikkilineni

Label Matrix for local noticing
0976-8
Case 24-40158-NGH
District of Idaho
Twin Falls
Fri Aug  9 12:38:20 MDT 2024

Ad Hoc Committee of Corn Silage Growers
153 East Main Street
PO Box 168
Jerome, ID 83338-0168

Amalgamated Sugar Company
1951 S. Saturn Way
Suite 100
Boise, ID 83709-2924

Automation Werx, LLC
Morrow & Fischer, PLLC
4 Ogden Avenue
Nampa, ID 83651-2371

Blue Cross of Idaho Health Service, Inc
c/o Law Office of D. Blair Clark PC
967 East Parkcenter Boulevard, #282
Boise, ID 83706-6721

Bunge Canada C/O David D. Farrell
David D. Farrell. Esq.
One Bank Plaza
Suite 2700
St. Louis, MO 63101

Burks Tractor Company, Inc.
3140 Kimberly Road
Twin Falls, ID 83301-8516

Conterra Holdings, LLC d/b/a Conterra Ag Cap
Spencer Fane
1700 Lincoln Street
Suite 2000
Denver, CO 80203-4554

Davis Livestock, Inc.
780 E Cannibal Rd
Lewiston, UT 84320-2038

East Valley Development, LLC
c/o Avery Law
3090 E Gentry Way, Ste 250
Meridian, ID 83642-3596

Elevation Electric, LLC
485 S IDAHO ST
WENDELL, ID 83355-5241

Gale W. Harding and Associates
329 W 7th S
Rexburg, ID 83440-9600

Glanbia Foods Inc
c/o Robert A Faucher
POB 2527
Boise, ID 83701-2527

Idaho AgCredit
c/o Daniel C. Green
Racine Olson, PLLP
P. O. Box 1391
Pocatello, ID 83204-1391

Idaho State Brand Department
700 S. Stratford Dr.
Meridian, ID 83642-6202

(p)LAND VIEW  INC
ATTN DAN NOBLE
P O BOX 475
RUPERT ID 83350-0475

MWI Veterinarian Supply, Inc.
3041 W PASADENA DRIVE
Boise, ID 83705-4776

MetLife Real Estate Lending LLC
c/o Kimbell D. Gourley
10801 Mastin Blvd
Suite 700
Overland Park, KS 66210-1673

Metropolitan Life Insurance Company
c/o Kimbell D. Gourley
10801 Mastin BLVD
Suite 700
Overland Park, KS 66210-1673

Moss Farms Operations, LLC
c/o Rhett M. Miller
P.O. Box 910
Burley, ID 83318-0910

Moss Grain Partnership
c/o Rhett M. Miller
P.O. Box 910
Burley, ID 83318-0910

PerforMix Nutrition Systems, LLC
MUNDING, P.S.
309 E. FARWELL RD., STE 310
Spokane, WA 99218-8209

Progressive Dairy Service & Supply Corp.
485 S IDAHO ST
WENDELL, ID 83355-5241

Rabo AgriFinance LLC
c/o Sheila R. Schwager
P.O. Box 1617
Boise, ID 83701-1617

Raft River Rural Electric Cooperative, Inc.
c/o Rhett M. Miller
P.O. Box 910
Burley, ID 83318-0910

Rexel USA, Inc dba Platt Electric Supply
McConnell Wagner Sykes + Stacey PLLC
827 E. Park Blvd, Ste. 201
Boise, ID 83712-7782

Sandton Capital Partners LP
16 W 46th Street, 1st Floor
New York, NY 10036-4503

Schuil Ag Real Estate Inc
5020 W Mineral King Ave
Visalia, CA 93291-5364

Standlee Ag Resources
c/o Miller Nash LLP
950 W Bannock St, Ste 1100
Boise, ID 83702-6140

The Forbes Securities Group LLC, DBA Forbes
6400 S Fiddlers Green Circle
Suite 850
Greenwood Village, CO 80111-4994

United Electric Co-op, Inc.
c/o Rhett M. Miller
P.O. Box 910
Burley, ID 83318-0910

Valley Wide Cooperative Inc.
c/o David W. Gadd, Stover, Gadd & Assoc.
P.O. Box 1428
Twin Falls, ID 83303-1428

Viserion Grain, LLC
c/o Sawtooth Law Offices, PLLC
213 Canyon Crest Dr., Ste 200
Twin Falls, ID 83301-3053


Viterra USA Grain, LLC and Viterra USA Ingre
c/o Racine Olson, PLLP
P.O. Box 1391
Pocatello, ID 83204-1391

Western States Equipment Co.
500 East Overland Road
Meridian, ID 83642-6606

Wilbur-Ellis Company LLC
c/o Matthew A. Sturzen
P.O. Box 2247
Salem, OR 97308-2247


Twin Falls
U.S. Bankruptcy Court
801 East Sherman
Pocatello, ID 83201-5730

A. Scott Jackson Trucking, Inc.
c/o Williams Meservy & Larsen, LLP
Post Office Box 168
153 East Main Street
Jerome, ID 83338-2332

AAA Cow Comfort LLC
Po Box 307
Kimberly, ID 83341-0307


ABS Global
1525 River Rd.
DeForest, WI 53532-2430

ARNOLD MACHINERY COMPANY
2975 West 2100 South
Salt Lake City, UT 84119-1273

Addison Biological Laboratory, INC.
507 North Cleveland St.
Fayette, MO 65248-1083


Airgas USA LLC
PO Box 734445
Chicago, IL 60673-4445

Airgas USA, LLC
110 West 7th St. Suite 1400
Tulsa, OK 74119-1077

Alexander K. Reed
4296 N 2100 E
Filer, ID 83328-5046


American Calf Products (Golden State Mixing,
425 D Street
Turlock, CA 95380-5452

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Automation Werx, LLC
PO Box 3066
Idaho Falls, ID 83403-3066


B & H Farming, an Idaho General Partnership
PO Box 123
Rupert, ID 83350-0123

BS R Design Supplies
198 Locust St S
Twin Falls, ID 83301-7832

Blue Cross of Idaho
c/o D Blair Clark, Atty
967 Parkcenter Blvd #282
Boise, ID 83706-6721


Blue Cross of Idaho
c/o D. Blair Clark, Attorney
967 E. Parkcenter Blvd., #282
Boise, ID 83706-6721

Bo Stevenson dba B&A Farms
1001 S 1900 E
Hazelton, ID 83335-5451

Brandy A. Bartholomew
C/O Eric R. Clark, Attorney
P.O. Box 2504
Eagle, ID 83616-9118


Bunge Canada
c/o David D. Farrell
THOMPSON COBURN LLP
One USBank Plaza, Suite 2700
Saint Louis, Missouri 63101-1693

Burks Tractor Company, Inc.
Oren B. Haker
Black Helterline LLP
805 SW Broadway Suite 1900
Portland, OR 97205-3359

CNH Industrial Capital America LLC
Kent Carter/Gordon Rees
One North Franklin, Suite 800
Chicago, IL 60606-3422


Capitol One
PO Box 60599
City of Industry, CA 91716-0599

(p)CARNE I CORP
134 E HIGHWAY 81
BURLEY  ID 83318-5427

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

(p)CENTURYTEL SERVICE GROUP LLC DBA CENTURYLI
931 14TH STREET 9TH FLOOR
DENVER CO 80202-2994

Christopher Camardello
1031 Mendota Heights Road
St. Paul, MN 55120-1419

Citi Cards
PO Box 78019
Phoenix, AZ 85062-8019

Clint D. Thompson
298 N 200 W
Jerome, ID 83338-5372

Coastline Equipment Company
2000 E Overland Rd
Meridian, ID 83642-6665

Colonial Life
Processing Center
PO Box 1365
Columbia, SC 29202-1365

Connie Lapaseotes, Ltd.
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

Conrad Bishcoff Inc
2251 N Holmes
PO Box 50106
Idaho Falls, ID 83405-0106

Conterra Holdings, LLC dba Conterra Ag Capit
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

Daimler Truck Financial Services USA LLC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664

Dairy Tech, LLC
1031 Mendota Heights Road
St. Paul, MN 55120-1419

Daritech
8540 Benson Rd
Lynden, WA 98264-9711

David Clark
Clark Ambulatory Clinic, Inc.
1019 E 1020 S
Albion, ID 83311

Douglas J. Grant
2050 E 500 S
Hazelton, ID 83335-5006

Dusty Brow Farms, Inc.
2601 E 1100 S
Hazelton, ID 83335-5623

East Valley Development, LLC
c/o Adam Lewis, Esq.
Morrison & Foerster LLP
425 Market St.
San Francisco CA 94105-2482

Edward Chojnacky
298 N 100 W
Jerome, ID 83338-5406

Electrical Werx & Construction, LLC
PO Box 3066
Idaho Falls, ID 83403-3066

Eric Clark
Clark Associates
PO Box 2504
Eagle, ID 83616-9118

Evans Plumbing
111 Gulf Stream Lane
Hailey, ID 83333-7725

Farmers Bank
PO Box 392
Buhl, ID 83316-0392

Fastenal Company
2001 Theurer Blvd.
ATTN: LEGAL
Winona, MN 55987-9902

Fredin Brothers, Inc.
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

(p)GJ VERTILINE PUMPS INC
PO BOX 892
TWIN FALLS ID 83303-0892

Grant & Hagan, Inc.
P.O. Box 326
Hazelton, ID 83335-0326

Grant 4-D Farms LLC
707 E 600 N
Rupert, ID 83350-9466

Green Source Automation, LLC
3506 Moore Road
Ceres, CA 95307-9402

Hatfield Manufacturing Inc
1823 Shoestring Rd
Gooding, ID 83330-5361

Heeringa Construction LLC
18521 E Queen Creek Rd
#105-481
Queen Creek, AZ 85142-5864

Hollifield Ranches, Inc.
22866 Highway 30
Hansen, ID 83334-5028

IRS
Centralized Insolvency Oper.
PO Box 7346
Philadelphia, PA 19101-7346

Idaho Dept of Lands
PO Box 83720
Boise, ID 83720-0003

Idaho Materials & Construction
c/o Miller Nash LLP
950 W Bannock St, Ste 1100
Boise, ID 83702-6140

Idaho State Tax Commission
PO Box 36
Boise, ID 83722-0036

(p)INNOVATIVE FOOD SOLUTIONS USA LLC
134 E HIGHWAY 81
BURLEY ID 83318-5427

Interstate Billing Service, Inc
PO box 2250
Decatur, AL 35609-2250

J&C Hoof Trimming Inc.
3690 N 2570 E
Twin Falls, ID 83301-1004

J.D. Heiskell Holdings, LLC
17220 Wright St, Ste 200
Omaha, NE 68130-4667

JOHN DEERE FINANCIAL
c/o Weltman, Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131-1829

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jake Millenkamp
1719 River Road
Buhl, ID 83316-5302

James Farrell & CO
13810 SE Eastgate Way
Suite 520
Bellevue, WA 98005-4467

Jean L. Thompson
225 N 250 W
Jerome, ID 83338

Jeffrey E. Rolig
PO Box 5455
Twin Falls, ID 83303-5455

Jeffrey J. Grieve
P.O. Box 366
Twin Falls, ID 83303-0366

John Deere Construction and Forestry Company
c/o Weltman, Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131-1829

John Deere Financial, f.s.b.
c/o Weltman, Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131-1829

K R Rental Inc
256 A South 600 W
Heyburn, ID 83336-9750

Keith D. and Janet Carlson
3866 E 3800 N
Hansen, ID 83334-5012

Kenworth Sales Company, Inc.
c/o Benoit Law
P.O. Box 366
Twin Falls, ID 83303-0366
'

Kinghorn Medical LLC
248 S Cole Rd
Boise, ID 83709-0934

Kraus Farms, LLC
165 South 400 West
Rupert, ID 83350-9672
'

LES SCHWAB TIRE CENTERS OF IDAHO, LLC
PO BOX 5350
BEND, OR 97708-5350

Land View, Inc.
c/o Gery W. Edson
P.O. Box 448
Boise, ID 83701-0448

Merck Animal Health
Attn: Legal Dept-Animal Health
126 East Lincoln Avenue
Po Box 2000
Rahway, NJ 07065-0900

MetLife Real Estate Lending, LLC
c/o Ron C. Bingham, II, Esq.
Adams and Reese LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326-1139

Metropolitan Life Insurance Company, a New Y
c/o Ron C. Bingham, II, Esq.
Adams and Reese LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326-1139

Michael Chojnacky
51 W 600 N
Jerome, ID 83338-5016

Moss Grain Partnership
301 Scott Ave. Suite 4
Rupert, ID 83350-5100

NAPA Auto Parts
P.O. Box 1425
Twin Falls, ID 83303-1425

Oren B. Baker
Black Helterline LLP
805 SW Broadway Suite 1900
Portland, OR 97205-3359

Overhead Door
489 S. Locust
Twin Falls, ID 83301-7849

PTG of Idaho, LLC
c/o Holland N. O'Neil, Foley & Lard
2021 McKinney Avenue, Ste. 1600
Dallas, TX 75201-3340

Pan American Life Insurance
1778 N Plano Rd
Ste 310
Richardson, TX 75081-1958

PerforMix Nutrition Systems
2201 N 20th Street
Nampa, ID 83687-6849

Pivot Man Inc
Robin Jones
PO Box 355
Paul, ID 83347-0355

Prime Ridge Beef LLC
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

Pro Tech Service Company
1550 Kimberly Rd
Twin Falls, ID 83301-7341

Progressive Dairy Service & Supplies Corp.
485 S. Idaho St.
Wendell, ID 83355-5241

Quill Corporation
PO Box 102419
Columbia, SC 29224-2419

Rabo AgriFinance LLC, as Administrative Agen
c/o Sheila Schwager
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701-1617

Rexel USA, Inc dba Platt Electric Supply
827 E. Park Blvd, Ste. 201
Boise, Idaho 83712-7782

Roark Law Offices
950 Bannock St., 11th Fl.
Boise, ID 83702-5999

Rocky Mountain Agronomics
1912 West Main Street
Burley, ID 83318-1611

Rogers Machinery Company, Inc.
PO Box 230429
Portland, OR 97281-0429

Schaeffer Manufacturing Company
c/o Denis McCarthy
2600 S Broadway
St. Louis, MO 63118-1828

Schmidt Cattle Hauling
848 E 3400 N
Castleford, ID 83321-6422

Schow's Truck Center
PO Box 2208
Decatur, AL 35609-2208

Sheila R. Schwager
Hawley Troxell ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701-1617

Six States Distributors Inc
29787 Network Place
Chicago, IL 60673-1297

SprinklerShop Inc
PO Box 599
Paul, ID 83347-0599

St. Genetics
Inguran USA, INC.
22575 State Hwy 6 South
Navasota, TX 77868-8297

Standing 16 Ranch Land Company, LLC
335 W 300 N
Jerome, ID 83338-5217

Standlee Ag Resources
c/o Miller Nash, LLP, Attn: Louis Spiker
950 W Bannock St, Ste 1100
Boise, ID 83702-6140

Star Falls Farms, LLC
1908 E 1300 S
Hazelton, ID 83335-5428

Steel Ranch LLC
2597 E 1100 S
Hazleton, ID 83335-5621

Steven R. Hogan II
409 S. 17th Street #500
Omaha, NE 68102-2603

Stotz Equipment
2670 Kimberly Rd E
Twin Falls, ID 83301-7984

The Dairy Solutions Group
409 S. 17th Street #500
Omaha, NE 68102-2603

The Sprinkler Shop
P.O. Box 599
Paul, ID 83347-0599

Triple C Farms, LLC
474 S 500 W
Jerome, ID 83338-6027

US Commodities, LLC
730 Second Avenue S. Suite 700
Minneapolis, MN 55402-2480
'

US Trustee
550 West Fort St, Ste 698
Boise, ID 83724-0101

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

Valley Wide Cooperative Inc.
c/o David W. Gadd
Stover, Gadd & Associates, PLLC
P.O. Box 1428
Twin Falls, Idaho 83303-1428

Viserion Grain LLC
385 Broadway St
Boulder, CO 80305-3303

Viterra USA Grain, LLC
1331 Capitol Ave.
Omaha, NE 68102-1197

Viterra USA Ingredients, LLC
1331 Capitol Ave.
Omaha, NE 68102-1197

Wag Services, Inc.
8121 W HARRISON ST
Tolleson, AZ 85353-3328
'

Wendell Truck and Auto
PO Box 213
356 S Idaho St
Wendell, ID 83355-5209

Western Construction Inc
PO Box 15569
Boise, ID 83715-5569

Westway Feed
BARR Credit Services
3444 N Country Club Rd
Ste 200
Tucson, AZ 85716-0815

Wilbur-Ellis Nutrition, LLC
c/o Matthew A. Sturzen
PO Box 2247
Salem, OR 97308-2247

Williams, Meservy & Larsen
Post Office Box 168
153 East Main Street
Jerome, ID 83338-2332

Young CDJR of Burley, LLC
PO Box 1530
Layton, UT 84041-6553

Youree Land & Livestock Inc.
3953 North 3300 East
Twin Falls, ID 83301-0348

Bruce A. Anderson
320 East Neider Avenue
Suite 102
Coeur d'Alene, ID 83815-6007

James Justin May
Johnson May
199 N. Capitol Blvd.
Ste. 200
Boise, ID 83702-6197

Julian Gurule
O'Melveny & Meyers LLP
400 South Hope Street
Suite 1900
Los Angeles, CA 90071-2811

Krystal R  Mikkilineni
Dentons Davis Brown
215 10th St
Ste 1300
Des Moines, IA 50309-3616

Matthew T. Christensen
199 N. Capitol Blvd.
Ste 200
Boise, ID 83702-6197

Matthew T. Christensen
Johnson May, PLLC
199 N. Capitol Blvd
Suite 200
Boise, ID 83702-6197

Robert E Richards
Dentons US LLP
233 South Wacker Drive
Ste 7800
Chicago, IL 60606-6459

Robert E. Richards
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6361

Tirzah R. Roussell
215 10th Street
Suite 1300
Des Moines, IA 50309-3616

Tirzah R. Roussell
Dentons Davis Brown PC
The Davis Brown Tower
215 10th Street
Suite 1300
Des Moines, IA 50309-3621

William Millenkamp
473 S 300 W
Jerome, ID 83338

c/o David A. Coleman B & H Farming
Coleman, Ritchie & Jacobson
PO BOX 525
TWIN FALLS, ID 83303-0525

c/o David A. Coleman Youree Land & Livestock
Coleman, Ritchie & Jacobson
PO BOX 525
TWIN FALLS, ID 83303-0525

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Land View, Inc.<br>P.O. Box 475<br>Rupert, ID 83350 | Carne I Corp.<br>134 E. Highway 81<br>Burley, ID 83318 | CenturyTel Service Group, LLC dba CenturyLin<br>Lumen Technologies Group<br>931 14th Street, 9th Floor (Attn: Legal-<br>Denver, CO 80202 |
| G.J. Verti-Line Pumps, Inc.<br>PO Box 892<br>Twin Falls, ID 83303-0892 | Innovative Food SolutionsUSA<br>Attn: Jordan Bowen<br>134 E. Highway 81<br>Burley, ID 83318 | JP Morgan Chase<br>PO Box 6294<br>Carol Stream, IL 60197 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CNH Industrial Capital America LLC | (u)JOHN DEERE FINANCIAL | (u)MWI Veterinary Supply Inc. |
| (u)McAlvain Concrete, Inc. | (u)Official Committee Of Unsecured Creditors | (u)Rocky Mountain Agronomics, Inc. |
| (u)#3924637 | (u)A K Trucking1897 E 990 S Hazelton, ID 8333<br>A. Scott Jackson TruckingPO Box 56 Jerom<br>A. Scott JacksonTrucking Inc PO Box 56 J<br>ABS Global Inc Box 22144 Network Place C<br>Addison Biological Lab 507 N Cleveland S<br>Aden Brook Trading CorpPO Box 217 Montgo | (d)Amalgamated Sugar<br>1951 S Saturn Way<br>Ste 100<br>Boise, ID 83709-2924 |
| (d)Amalgamated Sugar Company<br>1951 S. Saturn Way, Suite 100<br>Boise, ID 83709-2924 | (u)Badger Bearing PTP, Inc | (d)Conterra Holdings, LLC dba Conterra Ag Cap<br>c/o John O'Brien<br>Spencer Fane<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203-4554 |
| (d)Elevation Electric, LLC<br>485 S. Idaho St.<br>Wendell, ID 83355-5241 | (du)MWI Veterinary Supply | (u)NameAddress1Address2Address3CityStateZip<br>116 & West805 W Idaho StSte 300Boise<br>2020 Window ServicePO Box 6056Twin F<br>A & K Trucking1897 E 990 SHazeltonI<br>A. Scott Jackson TruckingPO Box 56Je<br>A. Scott JacksonTrucking IncPO Box 56 |
| (d)Progressive Dairy Service & Supply Corp.<br>485 S. Idaho St.<br>Wendell, ID 83355-5241 | (u)Rexel USA, Inc. dba Platt Electric Supply | (d)Viserion Grain, LLC<br>385 Broadway Street<br>Boulder, CO 80305-3303 |

```
(u)Brandy Ann Bartholomew          (d)Krystal R. Mikkilineni          (d)Krystal R. Mikkilineni
                                   Dentons Davis Brown                Dentons Davis Brown
                                   215 10th St                        215 10th Street
                                   Ste 1300                           Suite 1300
                                   Des Moines, IA 50309-3616           Des Moines, IA 50309-3616




End of Label Matrix
Mailable recipients      179
Bypassed recipients       21
Total                    200
```

# EXHIBIT A

## SUMMARY SHEET

Fees Previously Requested*:
    $299,342.50
Fees Previously Awarded:
    $299,342.50
Expenses Previously Requested:
    $21,615.20
Expenses Previously Awarded:
    $21,615.20

NAME OF APPLICANT:
Krystal Mikkilineni

ROLE IN CASE: Attorney for Debtors

CURRENT APPLICATION:

Fees Requested:    $145,314.00
Expenses Requested:  $9,523.74
Total Requested:    $154,837.74
Fees Outstanding Requested to be Paid:
$36,328.50

| Hours Billed | | | | |
|---|---|---|---|---|
| Name of Professional | Years in Practice | Current Application | Hourly Rate | Total for Application |
| Krystal Mikkilineni | 11 years | 190.5 | $415.00 | $79,057.50 |
| Krystal Mikkilineni – ½ rate for travel | | | $207.50 | $0 |
| Tirzah Roussell | 5 years | 203.3 | $285.00 | $57,940.50 |
| Tirzah Roussell – ½ rate for travel | | | $142.50 | $0 |
| Robert Richards | 36 Years | | $425.00 | $0 |
| Gabby Mathias | Paralegal | 39.6 | $210.00 | $8,316.00 |

\*      The fees/expenses previously requested, as outlined above, do not include amounts requested in monthly Cover Sheet Applications.  To date, the Applicant has filed four (4) monthly cover sheet applications showing $145,314.00 in fees requested and $9,523.74 in expenses requested.  No objections to those Cover Sheet Applications were filed (the bar date for the November Cover Sheet Application has not yet passed), and pursuant to the Court's Order Approving Interim Fee Procedures, 75% of the fees requested and 100% of the expenses requested have been previously paid by the Debtor (except the November fees and expenses, which will be paid if no objections are filed by December 24, 2024).

# EXHIBIT B

**DENTONS**

In Account With

EXHIBIT

A
_____

**DENTONS DAVIS BROWN PC**

**Attorneys and Counselors at Law**
**215 10th Street, Suite 1300**
**Des Moines, IA 50309-3993**
**(515) 288-2500**
**Federal I.D. No. 42-1343884**

Millenkamp Cattle, Inc.                                      Statement: 1586197
Bill Millenkamp                                              Date: 12/3/2024
471 N 300th Rd W
Jerome, Idaho 83338

Re: 9020530-188653 - Ch 11 Bankruptcy

## Professional Fees

| Date | | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/01/2024 | TROU | Review prior 2015.3 report to determine what is needed for next report (.5); Emails with David regarding 2015.3 report (.2) | B110 | 0.70 | 199.50 |
| 11/01/2024 | TROU | Review and revise Cooper Noram May-July Fee app (.8); Emails with Cooper Norman regarding same (.2) | B160 | 1.00 | 285.00 |
| 11/04/2024 | GMAT | Drafting October fee app | B160 | 0.20 | 42.00 |
| 11/04/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan updates, and strategy (.6); call with Matt Christensen regarding complaint and strategy (.2); call with David Heida regarding plan strategy (.2) | B110 | 1.00 | 415.00 |
| 11/04/2024 | KMIK | Emails to/from Jon Wiley regarding Forbes transaction fees (.2) | B160 | 0.20 | 83.00 |
| 11/04/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, strategy, and plan updates (.6) | B110 | 0.60 | 171.00 |
| 11/04/2024 | KMIK | Call with Rabo counsel and co-counsel regarding complaint and plan (.4) | B150 | 0.40 | 166.00 |
| 11/04/2024 | TROU | Attention to complaint (.2) | B110 | 0.20 | 57.00 |
| 11/04/2024 | TROU | Attention to emails from Gabby regarding fee app (.1); review and revise fee app (.2); Call from Gale Harding regarding status of Harding Fee App (.1); Review objection deadline to Harding fee app (.2) | B160 | 0.50 | 142.50 |
| 11/04/2024 | TROU | Review Withdrawal of claim by Benoitlaw (.1) | B300 | 0.10 | 28.50 |
| 11/05/2024 | GMAT | Updating claims analysis | B310 | 0.10 | 21.00 |
| 11/05/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and plan strategy (.5); call with Ken Nofziger regarding plan strategy and recap from committee call (.2); emails to/from Andrew Schoulder regarding Rabo inspection (.2) and email David Heida regarding same (.1); email Rich Bernard regarding plan (.1); call with Bill, David, and Matt regarding plan strategy (.8) | B110 | 1.90 | 788.50 |

Millenkamp Cattle, Inc.

Client: 9020530

12/3/2024

Matter: 9020530-188653

Page: 2

Statement: 1586197

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/05/2024 | KMIK | Call with Committee counsel and FA, Kander, and co-counsel regarding status update and plan (.4); email Committee counsel regarding complaint (.1) | B150 | 0.50 | 207.50 |
| 11/05/2024 | KMIK | Review Kenworth Sales' amended proof of claim (.1) | B310 | 0.10 | 41.50 |
| 11/05/2024 | KMIK | Email Lisa Nelson regarding Kenworth's proof of claim and amount owing (.1) | B310 | 0.10 | 41.50 |
| 11/05/2024 | KMIK | Review and revise Dentons October invoice for October fee app (1) | B160 | 1.00 | 415.00 |
| 11/05/2024 | KMIK | Call and email to Kati Churchill regarding professional fees and projections (.4) | B160 | 0.40 | 166.00 |
| 11/05/2024 | GMAT | Drafting October interim fee application | B160 | 0.50 | 105.00 |
| 11/05/2024 | TROU | Call with client, Kander, and co-counsel regarding status update and plan strategy (.5) | B110 | 0.50 | 142.50 |
| 11/05/2024 | TROU | Review Kenworth Sales amended proof of claim (.1) | B300 | 0.10 | 28.50 |
| 11/05/2024 | TROU | Call with Committee counsel and FA, Kander, and co-counsel regarding status, updates and plan status (.4) | B150 | 0.40 | 114.00 |
| 11/05/2024 | TROU | Emails with Gabby regarding October Fee app revisions (.2) | B160 | 0.20 | 57.00 |
| 11/06/2024 | GMAT | Drafting Dentons October fee application (.5); drafting Kander interim fee application proposed order (.2) | B160 | 0.70 | 147.00 |
| 11/06/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, and plan treatment and strategy (.7) | B110 | 0.70 | 290.50 |
| 11/06/2024 | GMAT | Revising Dentons October fee application (.1); email to Krystal regarding Dentons October fee app (.1) | B160 | 0.20 | 42.00 |
| 11/06/2024 | TROU | Call with client, Kander, and co-counsel regarding status update and plan strategy (.7) | B110 | 0.70 | 199.50 |
| 11/07/2024 | KMIK | Continue reviewing and revising Dentons' October fee app (.3) | B160 | 0.30 | 124.50 |
| 11/07/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and plan (.3); review email from Lisa Nelson regarding trucks (.1); review email from Lisa Nelson regarding status update on reconciliation of Rabo's claim (.1); call with David Heida regarding recap of call with Rabo's counsel (.1) | B110 | 0.60 | 249.00 |
| 11/07/2024 | TROU | Call with client, Kander, and co-counsel regarding status of plan and strategy (.3); review email from Lisa regarding status of reconciliation of Rabo's claim (.1) | B110 | 0.40 | 114.00 |
| 11/07/2024 | KMIK | Review and revise motion to extend solicitation period (.4) | B110 | 0.40 | 166.00 |
| 11/07/2024 | KMIK | Call with Rabo's counsel and co-counsel regarding complaint against Bill, status of Cargill, and plan (.5); review email from Andrew Schoulder regarding Cargill status and proposed call (.1) | B150 | 0.60 | 249.00 |
| 11/07/2024 | KMIK | Emails to/from counsel for Penske regarding 503(b)(9) claim (.2); revise waterfall analysis for claims (.4) | B310 | 0.60 | 249.00 |

Millenkamp Cattle, Inc.
12/3/2024
Page: 3

Client: 9020530
Matter: 9020530-188653
Statement: 1586197

| Date | Init | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/07/2024 | TROU | Review Motion to Extend Solicitation Period (.4); Emails with co-counsel regarding same (.1) | B320 | 0.50 | 142.50 |
| 11/08/2024 | KMIK | Call with Sandton's counsel regarding plan (.5) and recap call with Matt Christensen regarding same (.1) | B110 | 0.60 | 249.00 |
| 11/08/2024 | KMIK | Emails to/from counsel for John Deere regarding amended plan (.2); emails to/from Ron Bingham regarding call (.2) | B150 | 0.40 | 166.00 |
| 11/08/2024 | TROU | Emails with David regarding 2015.3 report | B110 | 0.10 | 28.50 |
| 11/08/2024 | TROU | Follow up with Lance at Cooper Norman regarding Cooper Norman fee app (.1) | B160 | 0.10 | 28.50 |
| 11/10/2024 | TROU | Review Kans LLC reports (.4); Drafting 2015.3 report (.5); email from David Heida regarding same (.1) | B110 | 1.00 | 285.00 |
| 11/10/2024 | TROU | Attention to email from Michael Stewart regarding follow up on call and status | B110 | 0.10 | 28.50 |
| 11/11/2024 | KMIK | Emails to/from Andrew Schoulder regarding meeting with Cargill (.2); emails to/from Sandton's counsel regarding research (.2); email Committee counsel regarding rescheduling group call (.1) | B150 | 0.50 | 207.50 |
| 11/11/2024 | KMIK | Call with client and co-counsel regarding status update, vehicle purchases, and plan strategy (.4); call with client and co-counsel regarding plan strategy (.6) | B110 | 1.00 | 415.00 |
| 11/11/2024 | KMIK | Continue drafting amended plan | B320 | 0.20 | 83.00 |
| 11/11/2024 | KMIK | Review email from John O'Brien regarding December adequate protection payments (.1) and email Lisa Nelson regarding same (.1) | B140 | 0.20 | 83.00 |
| 11/11/2024 | KMIK | Emails to/from Holly O'Neil regarding Penske 503(b)(9) claim (.2) | B310 | 0.20 | 83.00 |
| 11/11/2024 | TROU | Call with client and co-counsel regarding vehicle purchases, status update, and plan strategy (.4) | B110 | 0.40 | 114.00 |
| 11/11/2024 | TROU | Review email from John O'Brien regarding Conterra's December adequate protection payments (.1) | B140 | 0.10 | 28.50 |
| 11/12/2024 | KMIK | Review email from CNH's counsel regarding plan treatment (.1) | B320 | 0.10 | 41.50 |
| 11/12/2024 | KMIK | Review email from Kati Churchill regarding updated cash collateral budget (.1) | B230 | 0.10 | 41.50 |
| 11/12/2024 | KMIK | Email creditor parties regarding notice of vehicle purchases (.2) | B110 | 0.20 | 83.00 |
| 11/12/2024 | KMIK | Call with Met's counsel and co-counsel regarding status update and plan (.6); email creditors regarding 2023 audit (.1); call with Rabo's counsel and co-counsel regarding status update and plan (.3) | B150 | 1.00 | 415.00 |
| 11/12/2024 | KMIK | Review and revise proposed order approving Kander's amended interim fee app (.2) and email Kander regarding same (.1) | B160 | 0.30 | 124.50 |
| 11/12/2024 | KMIK | Call with Kander regarding status update and plan (.2) | B110 | 0.20 | 83.00 |
| 11/12/2024 | TROU | Emails with Lisa Nelson regarding appraisals (.2); Email from Kati Churchill regarding cash collateral budget (.1) | B110 | 0.30 | 85.50 |

Millenkamp Cattle, Inc.                                                                    Client: 9020530
12/3/2024                                                                       Matter: 9020530-188653
Page: 4                                                                           Statement: 1586197

| 11/12/2024 TROU | Revise 2015.3 report and review documents from Kans and H&M (.5); Email Gabby to finalize pdf (.1) | B110 | 0.60 | 171.00 |
| 11/12/2024 TROU | Attention to email from CNH counsel regarding plan treatment (.1) | B300 | 0.10 | 28.50 |
| 11/12/2024 TROU | Email from Gale Harding regarding status of fee app (.1) | B160 | 0.10 | 28.50 |
| 11/13/2024 KMIK | Call with Committee counsel and FAs and co-counsel regarding status update and plan (.4); call with MetLife counsel and co-counsel regarding status update (.2) | B150 | 0.60 | 249.00 |
| 11/13/2024 KMIK | Calls with Matt Christensen and Ken Nofziger regarding recap of Committee call (.2); review email from Forbes regarding fee (.1) and email client and co-counsel regarding same (.1); review email from Lisa Nelson regarding borrowing base (.1) | B110 | 0.50 | 207.50 |
| 11/13/2024 KMIK | Review stipulation regarding extension of solicitation period (.1) | B110 | 0.10 | 41.50 |
| 11/13/2024 KMIK | Review IRS' amended proof of claim (.1) and update claims analysis (.1) | B310 | 0.20 | 83.00 |
| 11/13/2024 TROU | Call with Committee counsel and FAs and co-counsel regarding status update and plan (.4) | B110 | 0.40 | 114.00 |
| 11/13/2024 TROU | Review stipulation regarding extension of solicitation period (.1); emails with Gabby regarding revisions to 2015.3 report (.2); Email to David regarding missing documents for H&M for 2015.3 report (.1); attention to email from Lisa N regarding borrowing base (.1) | B110 | 0.50 | 142.50 |
| 11/13/2024 TROU | Review and revise Summit Fee app (.2); Email to Brett Cahoon for approval (.1); draft Schuil Ag Fee App proposed order (.2); Email Schuil proposed order to UST (.1); Email Summit Ag Fee App to clerk (.1); draft harding Fee App proposed order (.2); emails with Brett Cahoon regarding Harding and Schuil Fee app (.1); Email Schuil Fee App to clerk (.1); Email Harding Fee App to clerk (.1); attention to email from John O'brien regarding upcoming Millenkamp schedule for hearings (.1) | B160 | 1.20 | 342.00 |
| 11/13/2024 TROU | Review IRS proof of claim (.2) | B310 | 0.20 | 57.00 |
| 11/14/2024 KMIK | Review Givens Pursley's interim fee app (.2); review Givens Pursley's October fee app (.1); emails to/from Bruce Anderson regarding wire of fees (.2) and email Lisa Nelson regarding same (.1) | B160 | 0.60 | 249.00 |
| 11/14/2024 KMIK | Call with client, Kander, and co-counsel regarding status update, discussions with creditor parties, and plan strategy (.7); emails to/from Lisa Nelson regarding IRS checks (.2) | B110 | 0.90 | 373.50 |
| 11/14/2024 TROU | Call with client, Kander, and co-counsel regarding status update, discussions with creditors, and plan strategy (.7) | B110 | 0.70 | 199.50 |
| 11/14/2024 TROU | Attention to Motion for Interim Distribution for Givens Pursley (.2); Email from Lisa Nelson regarding when Summit's fees can be paid (.1) | B160 | 0.30 | 85.50 |
| 11/14/2024 TROU | Attention to email from Valley Wide's counsel regarding Valley Wide's admin claim (.1) | B310 | 0.10 | 28.50 |
| 11/14/2024 TROU | Attention to emails from parties regarding signing off on Stipulation to Extend Exclusive Solicitation Period (.1); emails from Lisa regarding IRS checks (.1) | B110 | 0.20 | 57.00 |

Millenkamp Cattle, Inc.
12/3/2024
Page: 5

Client: 9020530
Matter: 9020530-188653
Statement: 1586197

| 11/14/2024 TROU | Attention to email and updated models from Kander (.3) | B300 | 0.30 | 85.50 |
|---|---|---|---|---|
| 11/15/2024 KMIK | Review letter from Andrew Schoulder regarding plan and fiduciary duties (.2) and email client regarding same (.1); review email from Kati Churchill regarding updated projections (.1); review email from Lisa Nelson regarding CNH Productivity Plus loans (.1); email Sandton's counsel regarding Rabo's letter regarding fiduciary duties (.1); email Forbes regarding update on Cargill financing (.1) | B110 | 0.70 | 290.50 |
| 11/15/2024 KMIK | Review email from counsel for Valley Wide Co-op regarding admin claim (.1); emails to/from counsel for East Valley Development regarding assumption of contract in amended plan (.2); emails to/from John O'Brien regarding Sandton amended terms sheet (.2) | B150 | 0.50 | 207.50 |
| 11/15/2024 KMIK | Review and revise third cash collateral motion (.3) | B230 | 0.30 | 124.50 |
| 11/15/2024 TROU | Review letter from Andrew Schoulder regarding plan and fiduciary duties (.2); review email from Kati C regarding updated projections and budgets (.1); review email from Lisa Nelson regarding CNH loans (.1) | B110 | 0.40 | 114.00 |
| 11/18/2024 KMIK | Continue revising proposed order approving Kander interim fee app (.1) and emails to/from Brett Cahoon regarding same (.2); review email from Kander regarding August invoice (.1); review and revise Kander August fee app (.2) | B160 | 0.60 | 249.00 |
| 11/18/2024 KMIK | Call with client, Kander, and co-counsel regarding status update and plan and projections (.4); emails to/from Forbes regarding status update (.2) | B110 | 0.60 | 249.00 |
| 11/18/2024 GMAT | Drafting Kander August fee app and notice | B160 | 0.20 | 42.00 |
| 11/18/2024 KMIK | Emails to/from MetLife counsel regarding amended plan (.2) | B150 | 0.20 | 83.00 |
| 11/18/2024 KMIK | Continue drafting amended plan | B320 | 0.60 | 249.00 |
| 11/18/2024 TROU | Call with client, Kander, and co-counsel regarding status update, plan and projections (.4) | B110 | 0.40 | 114.00 |
| 11/18/2024 TROU | Email from David regarding cash flow report from H&M (.1); Review report (.1); email to Gabby to update 2015.3 report (.1); review finalized 2015.3 report (.2); email to David/Bill for signing (.1) | B110 | 0.60 | 171.00 |
| 11/19/2024 KMIK | Review email from Ken Nofziger regarding August fee app (.1); review Vertex Companies' September fee app (.1) | B160 | 0.20 | 83.00 |
| 11/19/2024 KMIK | Call with Matt Christensen regarding status report (.2); review status report (.1) | B110 | 0.30 | 124.50 |
| 11/19/2024 TROU | Research several issues for plan | B320 | 2.80 | 798.00 |
| 11/20/2024 KMIK | Call with client, Kander, and co-counsel regarding status update, plan strategy, and MORs (.5) | B110 | 0.50 | 207.50 |
| 11/20/2024 KMIK | Continue drafting amended plan | B320 | 2.40 | 996.00 |
| 11/20/2024 KMIK | Emails to/from Lisa Nelson regarding GreatAmerica proof of claim (.2) | B310 | 0.20 | 83.00 |

Millenkamp Cattle, Inc.                                                                                   Client: 9020530
12/3/2024                                                                                         Matter: 9020530-188653
Page: 6                                                                                              Statement: 1586197

| 11/20/2024 | TROU | Call with client, Kander, and co-counsel regarding status update and plan strategy(.5) | B110 | 0.50 | 142.50 |
| 11/20/2024 | TROU | Attention to emails from co-counsel and Lisa regarding Great America claim (.2) | B310 | 0.20 | 57.00 |
| 11/20/2024 | TROU | Research several issues for plan | B320 | 4.70 | 1,339.50 |
| 11/21/2024 | KMIK | Review email from Sheila Schwager regarding Rabo claim reconciliation (.1) | B310 | 0.10 | 41.50 |
| 11/21/2024 | KMIK | Review Elsaesser Anderson's October fee app (.1) | B160 | 0.10 | 41.50 |
| 11/21/2024 | KMIK | Review court's order and notice of hearing on status hearings (.1); emails to/from Lisa regarding trucks (.2); review email from Summit Ag Appraisal regarding cash collateral reaching (.1) | B110 | 0.40 | 166.00 |
| 11/21/2024 | KMIK | Call with client, Kander, and co-counsel regarding plan strategy (1); continue drafting plan (.5) | A101 | 1.50 | 622.50 |
| 11/21/2024 | KMIK | Appear at status conference (.6); review notice of hearing held (.1) | B110 | 0.70 | 290.50 |
| 11/21/2024 | KMIK | Review email from Brett Cahoon regarding Kander fee app (.1) | B160 | 0.10 | 41.50 |
| 11/21/2024 | TROU | Call with client, Kander, and co-counsel regarding plan strategy (1) | B300 | 1.00 | 285.00 |
| 11/21/2024 | TROU | Appear at status conference (.6); review notice of hearing held (.1) | B110 | 0.70 | 199.50 |
| 11/22/2024 | KMIK | Call with client, Kander, and co-counsel regarding plan strategy (.5); email Rich Bernard regarding term sheet (.1) | B110 | 0.60 | 249.00 |
| 11/22/2024 | TROU | Call with client, Kander, and co-counsel regarding plan strategy and status (.5); email Lisa regarding Schuil Fee App (.1); Email Lisa regarding Summit Fee App (.1); Email Lisa regarding Harding Fee App (.1); Emails with David regarding 2015.3 report execution (.1); review emails from Matt and Kati regarding MORS (.2) | B110 | 1.10 | 313.50 |
| 11/22/2024 | KMIK | Emails to/from John Deere counsel regarding claim 20 repayment (.2); review email from Kent Carter regarding CNH Productivity Plus Loans (.1) | B150 | 0.30 | 124.50 |
| 11/22/2024 | KMIK | Continue drafting amended plan | B320 | 0.70 | 290.50 |
| 11/22/2024 | TROU | Review order granting summit fee app and email Lisa to pay fees (.1); Review order regarding Harding fee app and email Lisa to pay fees (.1); Review order regarding Schuil Fee App and email Lisa to pay fees (.1) | B160 | 0.30 | 85.50 |
| 11/22/2024 | TROU | Follow up with David regarding 2015.3 report | B110 | 0.10 | 28.50 |
| 11/25/2024 | KMIK | Review email from Western States counsel regarding damages amount (.1); review email from Ron Bingham regarding Met's interest calculations (.1); call with Sandton's counsel and co-counsel regarding status update, plan, and strategy (.6); emails to/from Holly O'Neil regarding status update on amended plan (.2) | B150 | 1.00 | 415.00 |
| 11/25/2024 | KMIK | Review email from Lisa Nelson regarding payment of Schuil fees (.1) | B160 | 0.10 | 41.50 |

Millenkamp Cattle, Inc.
12/3/2024
Page: 7

Client: 9020530
Matter: 9020530-188653
Statement: 1586197

| Date | Initials | Description | Code | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 11/25/2024 | KMIK | Review Rabo's notice of hearing (.1) | B190 | 0.10 | 41.50 |
| 11/25/2024 | KMIK | Email Lisa Nelson regarding Dentons' October fee app (.1) | B160 | 0.10 | 41.50 |
| 11/25/2024 | KMIK | Continue drafting amended plan | B320 | 3.90 | 1,618.50 |
| 11/25/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, strategy, plan, and claims (.6) | B110 | 0.60 | 249.00 |
| 11/25/2024 | GMAT | Drafting fee app for November (.2); drafting fee app for August-November (.3) | B160 | 0.50 | 105.00 |
| 11/25/2024 | KMIK | Review GreatAmerica Financial proof of claim (.1) and email Lisa Nelson regarding same (.1) | B310 | 0.20 | 83.00 |
| 11/25/2024 | TROU | Conference call with Sandton's counsel and co-counsel regarding status update, plan, and strategy (.6) | B150 | 0.60 | 171.00 |
| 11/25/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, strategy, plan, and claims (.6) | B110 | 0.60 | 171.00 |
| 11/25/2024 | TROU | Review Great America's POC (.2); Emails from Lisa Nelson and co-counsel regarding same (.2) | B300 | 0.40 | 114.00 |
| 11/25/2024 | TROU | Research and prep for cash collateral hearing (1.5) | B230 | 1.70 | 484.50 |
| 11/25/2024 | TROU | Research regarding extension of exclusive period; draft memo regarding same | B110 | 1.50 | 427.50 |
| 11/26/2024 | KMIK | Prep for hearing on cash collateral and exclusivity (.5); review Conterra witness list (.1); review Conterra exhibit list (.1) | B230 | 0.70 | 290.50 |
| 11/26/2024 | GMAT | Amending schedules E/F | B110 | 0.20 | 42.00 |
| 11/26/2024 | TROU | Call with Committee, FA's and co-counsel regarding plan status and cash collateral hearing (.3); Call with client, Kander, and co-counsel regarding plan strategy, cash collateral and exclusivity hearing prep (.6); Email with David regarding 2015.3 report (.1); Review and finalize 2015.3 report (.2) | B110 | 1.20 | 342.00 |
| 11/26/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, strategy, and plan (.5) | B110 | 0.50 | 207.50 |
| 11/26/2024 | KMIK | Call with counsel and FAs for Committee and co-counsel regarding status update and plan (.3) | B150 | 0.30 | 124.50 |
| 11/26/2024 | KMIK | Continue drafting amended plan and amended disclosure statement (1) | B320 | 1.00 | 415.00 |
| 11/26/2024 | KMIK | Email Lisa Nelson and Kander regarding order approving Kander fee app (.1) | B160 | 0.10 | 41.50 |
| 11/26/2024 | TROU | Review Conterra witness list (.1); review Conterra exhibit list (.1); email Matt C cash collateral and exclusivity research (.1); review and start exhibit prep (.2); email co-counsel, client and Kander regarding same (.1) | B230 | 0.60 | 171.00 |

Millenkamp Cattle, Inc.                                                                Client: 9020530
12/3/2024                                                                      Matter: 9020530-188653
Page: 8                                                                        Statement: 1586197

| | | | | | |
|---|---|---|---|---|---|
| 11/27/2024 | TROU | Emails from co-counsel and Kander regarding revising the budget (.1); Reviewing and revising amended disclosure statement (1.5); Review budgets from Kander (.5); Calls with Kati Churchill regarding budgets (.2); review Sandton terms sheet (.3); Review updated budgets from Kati (.2); Email parties amended plan and disclosure statement and budgets (.2); emails with co-counsel and Kander regarding same (.1); email amended plan and amended disclosure statement to UST (.1) | B320 | 3.20 | 912.00 |
| 11/27/2024 | TROU | Review finalized 2015.3 report to file (.2); emails with Gabby regarding filing issue (.2) | B110 | 0.40 | 114.00 |
| 11/27/2024 | TROU | Attention to email from Lisa regarding Kander fee app payment (.1); review O'Melveny & Myers fee app and notice (.3) | B160 | 0.40 | 114.00 |
| 11/27/2024 | TROU | Attention to emails from Lisa and Krystal regarding lift equipment purchase (.1); review equipment invoice and email required notice to parties (.2) | B110 | 0.30 | 85.50 |
| 11/29/2024 | TROU | Review Rabo Supplement (.3); Review Rabo's Motion to Appoint Trustee (.8); Review Rabo's notice setting hearing regarding Motion to Appoint Trustee (.1) | B190 | 1.20 | 342.00 |

Sub-total Fees:    $26,575.50

## Rate Summary

| | | |
|---|---|---|
| Krystal R. Mikkilineni | 36.90 hours at $415.00/hr | 15,313.50 |
| Tirzah R. Roussell | 37.60 hours at $285.00/hr | 10,716.00 |
| Gabby B. Mathias | 2.60 hours at $210.00/hr | 546.00 |
| Total hours: | 77.10 | |

## Expenses

| | | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 10/29/2024 | Wire Fee | E107 | 1.00 | 6.25 | 6.25 |
| 11/25/2024 | Flight for Millenkamp Hearing | E110 | 1.00 | 448.97 | 448.97 |
| 11/25/2024 | Wire Fee | E107 | 1.00 | 6.25 | 6.25 |
| 11/25/2024 | Flight for Millenkamp Hearing | E110 | 1.00 | 417.98 | 417.98 |
| 11/26/2024 | Third party mailing of Kander fee application | E108 | 1.00 | 485.76 | 485.76 |
| 11/26/2024 | Return flight for Millenkamp hearing | E110 | 1.00 | 164.47 | 164.47 |

Sub-total Expenses:    $1,529.68

Total Current Billing:    $28,105.18

Millenkamp Cattle, Inc.

12/3/2024

Page: 9

Effective March 29, 2021, Davis Brown Law Firm formally combined with Dentons to become Dentons Davis Brown PC. Visit
www.dentons.com/BusinessTerms to find our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the
material terms and conditions of any existing engagement agreement. Please contact your lawyer or other professional if you have questions
about the Terms of Business or with any respect of your representation.

Current statement due within 30 days of statement date. Please disregard any previously paid amounts. Contact us at 515-246-7812 with any
questions.  Please include the statement number on your check.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer
from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer,
funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from
your financial institution.

**DENTONS**

**In Account With**

**DENTONS DAVIS BROWN PC**
**Attorneys and Counselors at Law**
**215 10th Street, Suite 1300**
**Des Moines, IA 50309-3993**
**(515) 288-2500**
**Federal I.D. No. 42-1343884**

Millenkamp Cattle, Inc.                                                        Statement: 1583498
Bill Millenkamp                                                                Date: 11/6/2024
471 N 300th Rd W
Jerome, Idaho 83338

Re: 9020530-188653 - Ch 11 Bankruptcy

## Professional Fees

| | | | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan, and employment apps (.4); review emails from David Heida and Andrew Leddy regarding next steps (.2); emails to/from James Morgan regarding filed plan and disclosure statement (.2); emails to/from Lisa Nelson regarding Cooper Norman retainer (.2) | B110 | 1.00 | 415.00 |
| 10/01/2024 | KMIK | Call with committee counsel, committee FA, Kander, and co-counsel regarding status update and plan (.4) | B150 | 0.40 | 166.00 |
| 10/01/2024 | KMIK | Emails to/from Doug McDonald regarding wire for fee app (.2) and email to Lisa Nelson regarding same (.1) | B160 | 0.30 | 124.50 |
| 10/01/2024 | KMIK | Email MetLife's counsel regarding plan discussions (.2); email Rabo's counsel regarding plan discussions (.2) | B320 | 0.40 | 166.00 |
| 10/01/2024 | KMIK | Emails to/from committee counsel regarding motion to approve disclosure statement and spreadsheet detailing unsecured claims reconciliation (.4) | B320 | 0.40 | 166.00 |
| 10/01/2024 | KMIK | Review proposed order for Summit fee app (.1) | B160 | 0.10 | 41.50 |
| 10/01/2024 | KMIK | Review email from MetLife regarding October adequate protection invoices (.1) | B140 | 0.10 | 41.50 |
| 10/01/2024 | KMIK | Continue reviewing and revising Kander first interim fee app (.6) | B160 | 0.60 | 249.00 |
| 10/01/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan, and employment apps (.4); review emails from James Morgan regarding filed plan and disclosure statement (.1) | B110 | 0.50 | 142.50 |
| 10/01/2024 | TROU | Call with committee counsel, committee FA, Kander, and co-counsel regarding status update and plan (.4); emails from committee counsel regarding draft plan and disclosure statement (.2) | B150 | 0.60 | 171.00 |
| 10/01/2024 | TROU | Emails with David regarding filed plan and disclosure statement (.2); email from David regarding Cargill counsel (.1); emails from Matt and clerk's office regarding disclosure statement hearing(.1); attention to emails from Matt, Krystal and Metlife's counsel regarding plan and disclosure statement (.2); emails with co-counsel regarding ds hearing and timeline (.2); attention to emails from Krystal and Rabo's counsel regarding plan and disclosure statement (.1); attention to notice of hearing on disclosure statement (.2); emails from Matt regarding same (.1); email from Forbes regarding plan and disclosure statement (.2); attention to status of mailing of plan and disclosure statement (.2) | B320 | 1.60 | 456.00 |

Millenkamp Cattle, Inc.  
11/6/2024  
Page: 2

Client: 9020530  
Matter: 9020530-188653  
Statement: 1583498

| Date | Initials | Description | Code | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/01/2024 | TROU | Revise summit fee app proposed order (.3); attention to Kander interim fee app (.1); finalize Summit Fee app and email to Matt for review (.2) emails from Krystal and Rabo counsel regarding stipulated order to employ David Heida (.2); start drafting stipulated order (.3); emails from co-counsel regarding certificate of service for Kander amended app to employ (.2) | B160 | 1.30 | 370.50 |
| 10/02/2024 | KMIK | Appear at hearing on O'Melveny interim fee app (.4); review notice of hearing held on O'Melveny fee app (.1); review email from David Heida regarding Kander fee app (.1); continue revising Kander fee app (.1) | B160 | 0.70 | 290.50 |
| 10/02/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, hearing recap, plan discussions, and cash collateral (.4) | B110 | 0.40 | 166.00 |
| 10/02/2024 | KMIK | Review and revise proposed stipulated order for Heida employment app (.1) | B160 | 0.10 | 41.50 |
| 10/02/2024 | KMIK | Begin review of Dentons September invoice for fee app (.3) | B160 | 0.30 | 124.50 |
| 10/02/2024 | TROU | Email with Kati Churchill regarding MORs and create folder (.2) | B110 | 0.20 | 57.00 |
| 10/02/2024 | TROU | Attend hearing on O'Melveny interim fee app (.4); review notice of hearing held on O'Melveny fee app (.1); review email from David regarding Kander fee app (.1); draft proposed order emplying David Heida (1.2) | B160 | 1.80 | 513.00 |
| 10/02/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, hearing recap, plan discussions, and cash collateral (.4) | B110 | 0.40 | 114.00 |
| 10/02/2024 | TROU | Attention to status of mailing of plan and disclosure statement exhibits (.2) | B320 | 0.20 | 57.00 |
| 10/03/2024 | KMIK | Emails to/from Ron Bingham regarding Cargill term sheet (.2) | B150 | 0.20 | 83.00 |
| 10/03/2024 | KMIK | Emails to/from Kati Churchill regarding MOR language (.2); review email from Kati Churchill regarding weekly variance reporting (.1) and email secured lenders regarding same (.1) | B110 | 0.40 | 166.00 |
| 10/03/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan, lender discussions, MORs, and amended schedules (.4); email from Kati Churchill regarding vendor payment (.1) | B110 | 0.50 | 207.50 |
| 10/03/2024 | KMIK | Email Brent Wilson regarding proposed stipulated order for Heida employment app (.1); review Rabo's redline revisions to stipulated order regarding Heida employment app (.1) and email UST regarding same (.1); continue reviewing and revising September invoice for September fee app (.7) | B160 | 1.00 | 415.00 |
| 10/03/2024 | KMIK | Review and revise amended schedules (.8) and email Lisa Nelson and Kati Churchill regarding same (.1) | B110 | 0.90 | 373.50 |
| 10/03/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan, lender discussions, MORs, and amended schedules (.4) | B110 | 0.40 | 114.00 |
| 10/03/2024 | TROU | Follow up with Matt regarding Summit fee app proposed order (.2) | B160 | 0.20 | 57.00 |
| 10/03/2024 | TROU | Review email from Brent Wilson regarding proposed stipulated order for Heida employment app (.1); review Rabo's redline revisions to stipulated order regarding Heida employment app (.1) | B160 | 0.20 | 57.00 |
| 10/03/2024 | TROU | Review Mark Perry's appearance for Burks Tractor (.1); emails from Kati, Matt, and Krystal regarding MORs (.2); attention to email from Lisa regarding borrowing base (.1); review emails regarding same; attention to amended schedules (.2); Email from Lisa and co-counsel regarding same (.2) | B110 | 0.80 | 228.00 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/04/2024 | KMIK | Emails to/from Kati Churchill regarding weekly reporting (.2); review emails from Sheila Schwager and Andrew Schoulder regarding interest calculations and reconciliation status (.2) | B110 | 0.40 | 166.00 |
| 10/04/2024 | KMIK | Continue reviewing and revising amended schedules | B110 | 0.60 | 249.00 |
| 10/04/2024 | GMAT | Drafting Certificate of Service for amended schedules. | B110 | 0.50 | 105.00 |
| 10/04/2024 | TROU | Review emails from Sheila Schwager and Andrew Schoulder regarding interest calculations and reconciliation of Rabo claim (.2) | B300 | 0.20 | 57.00 |
| 10/04/2024 | TROU | Attention to emails from co-counsel, Lisa and Kati regarding amended schedules (.3) | B110 | 0.30 | 85.50 |
| 10/07/2024 | KMIK | Review email from Brett Cahoon regarding Heida employment order (.1) and finalize order (.1); continue reviewing and revising September invoice for Dentons' September fee app (.4); review Johnson May's September fee app (.1); review of Summit Ag fee app order (.1) | B160 | 0.80 | 332.00 |
| 10/07/2024 | KMIK | Review email from John O'Brien regarding plan questions (.2) and email client, Kander, and co-counsel regarding proposed responses to same (.2); email UST regarding plan and disclosure statement (.1) | B320 | 0.50 | 207.50 |
| 10/07/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan negotiations, and amended schedules (.4); email Lisa Nelson and David Heida regarding amended schedules (.1) | B110 | 0.50 | 207.50 |
| 10/07/2024 | GMAT | Drafting motion for interim fee app (.2); drafting notice of interim fee app (.1) | B160 | 0.30 | 63.00 |
| 10/07/2024 | KMIK | Follow up email to Rabo's counsel regarding plan discussions call (.1) | B150 | 0.10 | 41.50 |
| 10/07/2024 | KMIK | Review email from Roberta Black regarding adequate protection statement (.1) | B140 | 0.10 | 41.50 |
| 10/07/2024 | KMIK | Continue revising app to employ Heida for Cordova collections matter (.2) | B160 | 0.20 | 83.00 |
| 10/07/2024 | TROU | Review email from John O'Brien regarding plan questions (.2) review emails from co-counsel, client, Kander regarding proposed responses to same (.2); review email from co-counsel to UST regarding plan and disclosure statement (.1); attention to email from co-counsel regarding hearing on cash collateral (.1) | B320 | 0.60 | 171.00 |
| 10/07/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan negotiations, and amended schedules (.4) | B110 | 0.40 | 114.00 |
| 10/07/2024 | TROU | Revise Summit fee app proposed order (.2); email proposed order to UST (.1) | B160 | 0.30 | 85.50 |
| 10/07/2024 | TROU | Review order regarding O'Melveny fee app (.1) | B160 | 0.10 | 28.50 |
| 10/08/2024 | KMIK | Review and revise Dentons' September fee app (.3); review certificate of service for app to employ David Heida for Cordova matter (.1); review order on O'Melveny interim fee app (.1); review email from Brett Cahoon regarding Kander fee app (.1) and email Kander regarding same (.1) | B160 | 0.70 | 290.50 |
| 10/08/2024 | KMIK | Draft response to John O'Brien regarding plan questions (.4) | B320 | 0.40 | 166.00 |
| 10/08/2024 | KMIK | Call with counsel and FA for creditor committee, Kander, and co-counsel regarding status update, plan, and cash collateral (.4) | B150 | 0.40 | 166.00 |

Millenkamp Cattle, Inc.
11/6/2024
Page: 4

Client: 9020530
Matter: 9020530-188653
Statement: 1583498

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/08/2024 | KMIK | Continue claims reconciliation process and email creditors with disputed proofs of claim | B310 | 0.70 | 290.50 |
| 10/08/2024 | KMIK | Emails to/from Lisa Nelson regarding amended schedules (.2) | B110 | 0.20 | 83.00 |
| 10/08/2024 | TROU | Review email from Brett Cahoon regarding Kander fee app (.1) and review email from co-counsel and kander regarding same (.1) | B160 | 0.20 | 57.00 |
| 10/08/2024 | TROU | Call with counsel and FA for creditor committee, Kander, and co-counsel regarding status update, plan, and cash collateral hearing (.4); review email responses to John Obrien's questions regarding plan (.2) | B110 | 0.60 | 171.00 |
| 10/08/2024 | TROU | Email from Gabby regarding COS for app to employ Heida Law (.1) | B160 | 0.10 | 28.50 |
| 10/09/2024 | KMIK | Emails to/from Kati Churchill regarding Kander fee app and retainer | B160 | 0.20 | 83.00 |
| 10/09/2024 | KMIK | Review emails from clerks office and Matt Christensen regarding status conference (.2); review status report (.1); call with client, Kander, and co-counsel regarding status update, budget, fee apps, and plan discussions (.7); review email from Lisa Nelson regarding signed declarations and review declarations (.2); review certificate of service for mailing of amended schedules (.1) | B110 | 1.30 | 539.50 |
| 10/09/2024 | KMIK | Emails to/from Lisa Nelson and Kati Churchill regarding Verizon claim reconciliation (.2) and email Verizon's counsel regarding same (.1); continue conducting claims reconciliation (.8) | B310 | 1.10 | 456.50 |
| 10/09/2024 | KMIK | Emails to/from Matt Christensen regarding Farmers Bank treatment in plan (.2) | B320 | 0.20 | 83.00 |
| 10/09/2024 | TROU | Review emails from clerks office and co-counsel regarding status conference (.2); review status report (.1); call with client, Kander, and co-counsel regarding status update, budget, fee apps, and plan discussions (.7); review email from Lisa N regarding signed declarations and review declarations (.1); call with Gabby regarding filing amended schedules (.3); review filed amended schedules (.1); review certificate of service for mailing of amended schedules (.1) | B110 | 1.60 | 456.00 |
| 10/09/2024 | TROU | Emails from co-counsel, Kati, and client regarding Farmers claim and Brandy Bartholomew claim (.2); review plan and start amending plan treatment (.4); review emails and analyis from Kati, Lisa and co-counsel regarding verizon's claim and amended exhibit needed for GUCs (.4) | B320 | 1.00 | 285.00 |
| 10/10/2024 | KMIK | Emails to/from Uline regarding proof of claim (.2); review email from Valley Wide Coop's counsel regarding 503(b)(9) claim and email Matt Christensen regarding same (.2); emails to/from John O'Brien regarding proofs of claim for Idaho Calves (.2); emails to/from CenturyLink regarding proof of claim (.2); emails to/from Lisa Nelson regarding Verizon proof of claim (.2) | B310 | 1.00 | 415.00 |
| 10/10/2024 | KMIK | Emails to/from Brent Wilson regarding proposed order for Heida employment app (.2) | B160 | 0.20 | 83.00 |
| 10/10/2024 | KMIK | Appear at telephonic status hearing (.3) | B110 | 0.30 | 124.50 |
| 10/10/2024 | TROU | Draft and revise Cooper Norman Fee App (3); emails with Cooper Norman regarding certain issues with fee app and entries to correct (.4); email Summit proposed order to clerk (.1) | B160 | 3.50 | 997.50 |
| 10/10/2024 | TROU | Appear at telephonic status hearing (.3); email with Kati regarding status of professional fee apps for projections (.2) | B110 | 0.50 | 142.50 |

| Date | | Description | | | |
| --- | --- | --- | --- | --- | --- |
| 10/10/2024 | TROU | Review email from Valley Wide Coop's counsel regarding 503(b)(9) claim and emails from co-counsel regarding same (.3); review projections to start drafting allowed 503(b)(9) claims exhibit for disclosure statement (.5) | B310 | 0.80 | 228.00 |
| 10/11/2024 | KMIK | Review email from John O'Brien regarding Conterra November adequate protection statements (.1) | B140 | 0.10 | 41.50 |
| 10/11/2024 | KMIK | Review emails from Matt Christensen and Oren Haker regarding Burks Tractor lease (.2) | B185 | 0.20 | 83.00 |
| 10/11/2024 | KMIK | Call with client, Kander, and co-counsel regarding Rabo's objection and subpoena (.4); review notice of hearing held (.1) | B110 | 0.50 | 207.50 |
| 10/11/2024 | KMIK | Call with Kati Churchill regarding Kander fee app (.2); email Kati and Ken regarding response to UST regarding retainer amount (.2) | B160 | 0.40 | 166.00 |
| 10/11/2024 | KMIK | Review Rabo's objection to cash collateral and motion to terminate exclusivity | B230 | 0.60 | 249.00 |
| 10/11/2024 | KMIK | Emails to/from Ron Bingham regarding status update call (.2) | B150 | 0.20 | 83.00 |
| 10/11/2024 | KMIK | Review email from CenturyLink regarding pre-petition amount owing (.1) and email Lisa Nelson regarding same (.1) | B310 | 0.20 | 83.00 |
| 10/11/2024 | TROU | Call with client, Kander, and co-counsel regarding Rabo's objection and subpoena (.4); review notice of hearing held (.1) | B110 | 0.50 | 142.50 |
| 10/11/2024 | TROU | Review Rabo's objection to cash collateral and motion to terminate exclusivity | B230 | 0.70 | 199.50 |
| 10/11/2024 | TROU | Review email from John O'Brien regarding Conterra November adequate protection statements (.1) | B140 | 0.20 | 57.00 |
| 10/11/2024 | TROU | Review emails from Matt Christensen and Oren Haker regarding Burks Tractor lease (.2) | B185 | 0.20 | 57.00 |
| 10/14/2024 | KMIK | Call with Matt Christensen regarding motion to compel (.1) | B110 | 0.10 | 41.50 |
| 10/14/2024 | KMIK | Review and revise motion to compel (.4); review email from Sheila Schwager regarding motion to compel (.1) | B190 | 0.50 | 207.50 |
| 10/14/2024 | KMIK | Review UCC's plan treatment proposal (.3) and email client and Kander regarding same (.1) | B320 | 0.40 | 166.00 |
| 10/14/2024 | KMIK | Emails to/from John O'Brien regarding corrected adequate protection statements (.2) | B140 | 0.20 | 83.00 |
| 10/14/2024 | KMIK | Review and revise Cooper Norman's interim fee app (.3) | B160 | 0.30 | 124.50 |
| 10/14/2024 | KMIK | Continue claims reconciliation | B310 | 0.10 | 41.50 |
| 10/14/2024 | TROU | Review UCC's plan treatment proposal (.3) review emails from co-counsel, client and Kander regarding same (.1) | B320 | 0.40 | 114.00 |
| 10/14/2024 | TROU | Review and revise Cooper Norman interim fee app for May-Sept (.3); emails with co-counsel regarding same (.1) | B160 | 0.40 | 114.00 |
| 10/14/2024 | TROU | Review motion to compel (.3); review email from Sheila Schwager regarding motion to compel (.1) | B190 | 0.40 | 114.00 |

Millenkamp Cattle, Inc.

11/6/2024

Page: 6

Client: 9020530

Matter: 9020530-188653

Statement: 1583498

| | | | | | |
|---|---|---|---|---|---|
| 10/15/2024 | KMIK | Call with MetLife counsel and co-counsel regarding plan and cash collateral discussions (.4); review email from Sheila Schwager regarding loan information (.1); call with counsel and FA for UCC and co-counsel regarding status update, UCC proposal, and Rabo objection (.4); emails to/from Morgan Crilly regarding plan and disclosure statement notice (.2); call with Rabo's counsel and co-counsel regarding plan and cash collateral discussions (1.2) | B150 | 2.30 | 954.50 |
| 10/15/2024 | KMIK | Prep for cash collateral hearing (.2) | B230 | 0.20 | 83.00 |
| 10/15/2024 | KMIK | Call with client and co-counsel regarding strategy for cash collateral and plan, Rabo objection, and Rabo subpoena production (.6); call with Kander and co-counsel regarding plan negotiations and cash collateral budget (.5); call with Matt Christensen regarding plan and cash collateral strategy (.1); call with John O'Brien regarding Idaho Calves and contingent claims (.7) | B110 | 1.90 | 788.50 |
| 10/15/2024 | KMIK | Email Kati Churchill regarding follow-up on fee app response (.1); email UST counsel regarding Kander's retainer amount (.2) | B160 | 0.30 | 124.50 |
| 10/15/2024 | TROU | Call with counsel and FA for UCC and co-counsel regarding status update, UCC proposal, and Rabo objection (.4) | B150 | 0.40 | 114.00 |
| 10/15/2024 | TROU | Call with client and co-counsel regarding strategy for cash collateral and plan, Rabo objection, and Rabo subpoena production (.6); call with Kander and co-counsel regarding plan negotiations and cash collateral budget (.5) | B110 | 0.50 | 142.50 |
| 10/15/2024 | TROU | Email from Lisa regarding Rabo claim reconciliation (.2) | B300 | 0.10 | 28.50 |
| 10/15/2024 | TROU | Start reply memo to Rabo's objection to cash collateral and exclusivity (1) | B190 | 1.00 | 285.00 |
| 10/16/2024 | GMAT | Drafting amended fee app for Kander | B160 | 0.20 | 42.00 |
| 10/16/2024 | KMIK | Review email from Brett Cahoon regarding Kander amended fee app (.1); review order approving employment of Heida to collect against Perez (.1) and email David regarding same (.1); continue reviewing and revising amended fee application for Kander (.3) and email client and Kander regarding same (.1); emails to/from Bruce Anderson regarding August fee app (.2) and email Lisa Nelson regarding same (.1) | B160 | 1.00 | 415.00 |
| 10/16/2024 | KMIK | Call with client and co-counsel regarding status update and plan strategy (.4) | B110 | 0.40 | 166.00 |
| 10/16/2024 | TROU | Review email from Brett Cahoon regarding Kander amended fee app (.1); review order approving employment of Heida to collect against Perez (.1); attention to mailing of fee apps (.2); email Gabby to mail Summit, Schuil, and Harding's fee apps and draft certificate of service (.3); email to Carol Mills, law clerk, regarding mailing issue of Summit Fee App (.1) | B160 | 0.80 | 228.00 |
| 10/16/2024 | TROU | Call with client and co-counsel regarding status update and plan strategy (.4); emails with Kati Churchill regarding cash collateral filings (.2) | B110 | 0.60 | 171.00 |
| 10/16/2024 | TROU | Attention to email from Western States counsel regarding plan language (.1); emails with co-counsel regarding same (.2); review treatment of Western States and determine needed revisions (.3) | B300 | 0.60 | 171.00 |
| 10/16/2024 | TROU | Research and draft memo regarding Default Interest for Plan Treatment in the Ninth Circuit (3.3) | B300 | 3.30 | 940.50 |
| 10/17/2024 | KMIK | Review Givens Pursley September fee app (.1); review court's order granting Kander amended employment app (.1) | B160 | 0.20 | 83.00 |

Client: 9020530
Matter: 9020530-188653
Statement: 1583498

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/17/2024 | KMIK | Review emails from JB Evans regarding Western States Cat's plan treatment (.2) | B320 | 0.20 | 83.00 |
| 10/17/2024 | KMIK | Review memo regarding 9th circuit case law on default interest in plan (.4) | B320 | 0.40 | 166.00 |
| 10/17/2024 | KMIK | Call with client and co-counsel regarding status update, plan strategy and treatment provisions (.4); review email from Lisa Nelson regarding borrowing base certificate (.1) | B110 | 0.50 | 207.50 |
| 10/17/2024 | KMIK | Review email from Sheila Schwager regarding checks (.1) | B150 | 0.10 | 41.50 |
| 10/17/2024 | KMIK | Draft amended plan | B320 | 0.40 | 166.00 |
| 10/17/2024 | KMIK | Follow up email to Fastenal's counsel regarding proof of claim (.1) | B310 | 0.10 | 41.50 |
| 10/17/2024 | TROU | Call with client and co-counsel regarding status update, plan strategy and treatment provisions (.4); review email from Lisa Nelson regarding borrowing base certificate (.1) | B110 | 0.40 | 114.00 |
| 10/17/2024 | TROU | Review Givens Pursley September fee app (.1); review court's order granting Kander amended employment app (.1) | B160 | 0.20 | 57.00 |
| 10/17/2024 | TROU | Review emails from JB Evans regarding Western States Cat's plan treatment (.2) | B320 | 0.20 | 57.00 |
| 10/18/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, Rabo treatment, plan amendment, and cash collateral (.8); call with client and co-counsel regarding Cargill status and amended plan (.3) | B110 | 1.10 | 456.50 |
| 10/18/2024 | KMIK | Review email from Fastenal counsel regarding claim amount (.1) and email Lisa Nelson regarding same (.1) | B310 | 0.20 | 83.00 |
| 10/18/2024 | KMIK | Email follow up to David and Lisa regarding Kander amended fee app (.1) | B160 | 0.10 | 41.50 |
| 10/18/2024 | KMIK | Emails to/from Ron Bingham regarding status update (.2) | B150 | 0.20 | 83.00 |
| 10/18/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, Rabo treatment, plan amendment, and cash collateral (.8) | B110 | 0.80 | 228.00 |
| 10/18/2024 | TROU | Review stipulation to continue the cash collateral hearing (.2); emails from parties regarding same (.1) | B230 | 0.30 | 85.50 |
| 10/21/2024 | KMIK | Review email from Rich Bernard regarding cash collateral stipulation (.1); review email from committee counsel regarding cash collateral stipulation (.1); review email from Andrew Shoulder regarding stipulation on cash collateral and extended time (.1); review email from John O'Brien regarding cash collateral stipulation (.1) | B230 | 0.40 | 166.00 |
| 10/21/2024 | KMIK | Emails to/from Lisa regarding Fastenal claim and invoice (.2); emails to/from Fastenal regarding claim amount (.2) | B310 | 0.40 | 166.00 |
| 10/21/2024 | KMIK | Review email from Met's counsel regarding status update (.1) and email client regarding same (.1); call with client, Kander, and co-counsel regarding status update, plan terms, secured party discussions, and strategy (.7); email client and Kander regarding milestones through effective date (.2) | B110 | 1.10 | 456.50 |
| 10/21/2024 | KMIK | Continue review of Kander's amended fee app (.1); review amended notice of Kander amended fee app (.1); email Ron Bingham regarding updated estimated professional fees through effective date (.1) | B160 | 0.30 | 124.50 |
| 10/21/2024 | KMIK | Email UCC counsel regarding status call (.1) | B150 | 0.10 | 41.50 |

Millenkamp Cattle, Inc.
11/6/2024
Page: 8

Client: 9020530
Matter: 9020530-188653
Statement: 1583498

| | | | | | |
|---|---|---|---|---|---|
| 10/21/2024 | TROU | Review email from Met's counsel regarding status update (.1) call with client, Kander, and co-counsel regarding status update, plan terms, secured party discussions, and strategy (.7); attention to memo regarding milestones through effective date (.2) | B110 | 1.00 | 285.00 |
| 10/21/2024 | TROU | Review emails from opposing counsel regarding cash collateral stipulation (.4) | B230 | 0.40 | 114.00 |
| 10/22/2024 | KMIK | Call with client and Kander regarding status update on party negotiations for plan (.2); review email from Kati Churchill regarding 2023 audit (.1); review order continuing cash collateral hearing (.1); emails to/from Kati Churchill regarding Sept MOR (.4) | B110 | 0.80 | 332.00 |
| 10/22/2024 | KMIK | Review email from Summit regarding fees (.1); review email from Lance Fenton regarding Cooper Norman fee app and time entries (.1) | B160 | 0.20 | 83.00 |
| 10/22/2024 | KMIK | Review Uline's withdrawal of claim (.1) | B110 | 0.10 | 41.50 |
| 10/22/2024 | KMIK | Emails to/from Penske's counsel regarding 503(b)(9) claim (.2); review email from Kati Churchill regarding Rabo claims reconciliation (.1) | B310 | 0.30 | 124.50 |
| 10/22/2024 | TROU | Emails from Summit regarding fee app status (.1) | B160 | 0.10 | 28.50 |
| 10/22/2024 | TROU | Emails with Kati regarding September MORs (.2) | B110 | 0.20 | 57.00 |
| 10/22/2024 | TROU | Review order continuing cash collateral hearing (.1) | B110 | 0.10 | 28.50 |
| 10/22/2024 | TROU | Review email from Kati Churchill regarding Rabo claims reconciliation (.1) | B300 | 0.10 | 28.50 |
| 10/22/2024 | TROU | Review Uline's withdrawal of claim (.1) | B110 | 0.10 | 28.50 |
| 10/23/2024 | GMAT | Reviewing PTG of Idaho POC and invoices for 503(b)(9) claim | B310 | 1.00 | 210.00 |
| 10/24/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, MORs, party negotiations, and John Deere claim (.3) | B110 | 0.30 | 124.50 |
| 10/24/2024 | KMIK | Emails to/from counsel for John Deere regarding John Deere plan treatment and claims (.2) | B150 | 0.20 | 83.00 |
| 10/24/2024 | KMIK | Email Kati Churchill regarding John Deere plan treatment (.1) | B320 | 0.10 | 41.50 |
| 10/24/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, MORs, party negotiations, and John Deere claim (.3); attention to emails from co-counsel, client and Kati regarding John Deere claim (.2); emails from UCC counsel regarding call (.1); attention to plan treatment settlement discussions from Metlife (.3) | B110 | 0.90 | 256.50 |
| 10/25/2024 | KMIK | Call with committee counsel, FAs, Kander, and co-counsel regarding status update | B150 | 0.50 | 207.50 |
| 10/25/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, party negotiations, and plan treatment | B110 | 0.60 | 249.00 |
| 10/25/2024 | TROU | Call with committee counsel, FAs, Kander, and co-counsel regarding status update | B150 | 0.50 | 142.50 |
| 10/25/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, party negotiations, and plan treatment | B110 | 0.60 | 171.00 |

Millenkamp Cattle, Inc.
11/6/2024
Page: 9

Client: 9020530
Matter: 9020530-188653
Statement: 1583498

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/28/2024 | KMIK | Emails to/from Andrew and Sheila regarding call (.2); review email from Ron Bingham regarding Met's plan treatment (.1); review email from Sheila regarding collateral examination (.1) | B150 | 0.40 | 166.00 |
| 10/28/2024 | KMIK | Review email from Kati Churchill regarding Sandton fees (.1); email Lisa Nelson regarding Dentons September fees (.1); review Armory's September fee app (.1); review Elaesser Anderson's September fee app (.1) | B160 | 0.40 | 166.00 |
| 10/28/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, and update on negotiations with parties and plan strategy (.4) | B110 | 0.40 | 166.00 |
| 10/28/2024 | KMIK | Review Rabo's claim reconciliation (.2) | B310 | 0.20 | 83.00 |
| 10/28/2024 | KMIK | Review and analyze Penske's 503(b)(9) claim (.3); review Moss Grain's amended proof of claim (.1); call with Penske's counsel regarding 503(b)(9) claim (.1) | B310 | 0.50 | 207.50 |
| 10/28/2024 | TROU | Review email from Ron Bingham regarding Met's plan treatment (.1) | B320 | 0.10 | 28.50 |
| 10/28/2024 | TROU | Review mail from Lisa Nelson regarding Dentons September fees (.1); review Elaesser Anderson's September fee app (.1); review Armory's September fee app (.1) | B160 | 0.30 | 85.50 |
| 10/28/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, and update on negotiations with parties and plan strategy (.4) | B110 | 0.40 | 114.00 |
| 10/29/2024 | KMIK | Review email from counsel for Burks Tractor regarding lease amendment (.1) | B185 | 0.10 | 41.50 |
| 10/29/2024 | KMIK | Emails to/from counsel for Conrad & Bischoff regarding claim amount (.3) | B310 | 0.30 | 124.50 |
| 10/29/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan negotiations, and strategy (.4) | B110 | 0.40 | 166.00 |
| 10/29/2024 | KMIK | Call with committee counsel and FA, Kander, and co-counsel regarding status update and plan terms (.3); call with Rabo counsel and co-counsel regarding status update, claim reconciliation, and plan terms (.6) | B150 | 0.90 | 373.50 |
| 10/29/2024 | GMAT | Amending schedules and declaration | B110 | 0.10 | 21.00 |
| 10/29/2024 | KMIK | Review email from third party regarding interest in Goose Ranch (.1) | B110 | 0.10 | 41.50 |
| 10/29/2024 | TROU | Review email from counsel for Burks Tractor regarding lease amendment (.1) | B185 | 0.10 | 28.50 |
| 10/29/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan negotiations, and strategy (.4) | B110 | 0.40 | 114.00 |
| 10/29/2024 | TROU | Call with committee counsel and FA, Kander, and co-counsel regarding status update and plan terms (.3) | B150 | 0.30 | 85.50 |
| 10/29/2024 | TROU | Research and draft memo for amended plan strategy | B110 | 1.40 | 399.00 |
| 10/30/2024 | KMIK | Call with David Heida regarding amended plan (.1) | B320 | 0.10 | 41.50 |
| 10/30/2024 | GMAT | Reviewing invoices for PTG 503(b)(9) claim | B310 | 0.50 | 105.00 |
| 10/30/2024 | KMIK | Call with Kander and co-counsel regarding plan strategy (.7) | B110 | 0.70 | 290.50 |

Millenkamp Cattle, Inc.
11/6/2024
Page: 10

Client: 9020530
Matter: 9020530-188653
Statement: 1583498

| Date | Atty | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/30/2024 | KMIK | Review email from Sheila Schwager regarding checks from US Bank (.1) | B150 | 0.10 | 41.50 |
| 10/30/2024 | KMIK | Continue drafting amended plan and disclosure statement | B320 | 0.20 | 83.00 |
| 10/30/2024 | KMIK | Review O'Melveny's September fee app (.2) | B160 | 0.20 | 83.00 |
| 10/30/2024 | TROU | Research and draft memo for amended plan strategy | B110 | 2.60 | 741.00 |
| 10/31/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and plan strategy (.4); review and revise notices of change of address (.2) | B110 | 0.60 | 249.00 |
| 10/31/2024 | KMIK | Review Kenworth Sales amended proof of claim (.1) and email Lisa Nelson regarding same (.1) | B310 | 0.20 | 83.00 |
| 10/31/2024 | GMAT | Drafting change of address for William Millenkamp and Milner Hay | B110 | 0.10 | 21.00 |
| 10/31/2024 | KMIK | Research for amended plan | B320 | 0.70 | 290.50 |
| 10/31/2024 | TROU | Call with client, Kander, and co-counsel regarding status update and plan strategy (.4); review and revise memo regarding research for amended plan (1) | B110 | 1.40 | 399.00 |
| 10/31/2024 | TROU | Review Kenworth Sales amended proof of claim (.1) | B310 | 0.10 | 28.50 |

Sub-total Fees: $30,239.50

## Rate Summary

| | | |
|---|---|---|
| Krystal R. Mikkilineni | 43.00 hours at $415.00/hr | 17,845.00 |
| Tirzah R. Roussell | 41.50 hours at $285.00/hr | 11,827.50 |
| Gabby B. Mathias | 2.70 hours at $210.00/hr | 567.00 |
| Total hours: | 87.20 | |

**Expenses**

| Date | Description | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 10/02/2024 | Payment for Third Party Mailing | E108 | 1.00 | 311.24 | 311.24 |
| 10/02/2024 | Payment for Third Party Mailing | E108 | 1.00 | 481.92 | 481.92 |
| 10/02/2024 | Payment for Third Party Mailing | E108 | 1.00 | 5,695.19 | 5,695.19 |
| 10/17/2024 | Payment for third party mailing of documents | E108 | 1.00 | 711.65 | 711.65 |
| 10/21/2024 | Third party mailing for Notice of Hearing | E108 | 1.00 | 301.07 | 301.07 |

Sub-total Expenses: $7,501.07

Total Current Billing: $37,740.57

Millenkamp Cattle, Inc.
11/6/2024
Page: 11

Client: 9020530
Matter: 9020530-188653
Statement: 1583498

Effective March 29, 2021, Davis Brown Law Firm formally combined with Dentons to become Dentons Davis Brown PC. Visit www.dentons.com/BusinessTerms to find our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the material terms and conditions of any existing engagement agreement. Please contact your lawyer or other professional if you have questions about the Terms of Business or with any respect of your representation.

Current statement due within 30 days of statement date. Please disregard any previously paid amounts. Contact us at 515-246-7812 with any questions.  Please include the statement number on your check.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**DENTONS**

**In Account With**

## DENTONS DAVIS BROWN PC
Attorneys and Counselors at Law
215 10th Street, Suite 1300
Des Moines, IA 50309-3993
(515) 288-2500
Federal I.D. No. 42-1343884

Millenkamp Cattle, Inc.                                          Statement: 1580419
Bill Millenkamp                                                  Date: 10/7/2024
471 N 300th Rd W
Jerome, Idaho 83338

Re: 9020530-188653 - Ch 11 Bankruptcy

## Professional Fees

| | | | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/02/2024 | KMIK | Call with client and co-counsel regarding plan strategy and refinancing options (.5) | B320 | 0.50 | 207.50 |
| 09/03/2024 | KMIK | Email client and Kander regarding plan strategy and refinancing (.4); call with Forbes, client, Kander, and co-counsel regarding refinancing status update and plan strategy (.3) | B320 | 0.70 | 290.50 |
| 09/03/2024 | KMIK | Review email from UST's office regarding bank account reconciliation (.1) and email Ken and Kati regarding same (.1); review email from MetLife regarding billing statements (.1); call with David Heida regarding communications with creditors committee (.1) | B110 | 0.40 | 166.00 |
| 09/03/2024 | TROU | Call with Forbes, client, Kander, and co-counsel regarding refinancing status update and plan strategy (.3); Review email from co-counsel regarding refinancing strategy (.1); Call with committee counsel and FAs, Kander, and co-counsel regarding refinancing update and plan strategy (.5) | B320 | 0.90 | 256.50 |
| 09/03/2024 | KMIK | Call with committee counsel and FAs, Kander, and co-counsel regarding refinancing update and plan strategy (.4); call with counsel for MetLife regarding status update on refinancing efforts and plan (.4) | B150 | 0.80 | 332.00 |
| 09/03/2024 | GMAT | Reviewing Proofs of Claim for 503(B)(9) amounts. | B310 | 1.50 | 315.00 |
| 09/03/2024 | GMAT | Drafting Forbes Partners fee application; email to Krystal regarding fee application | B160 | 0.80 | 168.00 |
| 09/03/2024 | KMIK | Emails to/from counsel for Sandton regarding relief from stay with McAlvain Concrete (.2) | B140 | 0.20 | 83.00 |
| 09/03/2024 | KMIK | Continue claims analysis and plan waterfall review and drafting (2.4) | B320 | 2.40 | 996.00 |
| 09/03/2024 | TROU | Research and drafting resistance to EVD's Motion to Compel (5.4) | B185 | 5.40 | 1,539.00 |
| 09/04/2024 | KMIK | Emails to/from Sheila Schwager regarding Glanbia deposits (.2) and emails to/from Lisa Nelson regarding same (.2); review email from Kati Churchill regarding MOR and bank account reconciliation (.1) | B110 | 0.50 | 207.50 |
| 09/04/2024 | KMIK | Review and revise resistance to motion to compel assumption or rejection of EVD contracts | B185 | 3.60 | 1,494.00 |

Millenkamp Cattle, Inc.                                                                                                Client: 9020530
10/7/2024                                                                                                         Matter: 9020530-188653
Page: 2                                                                                                            Statement: 1580419

| | | | | | |
|---|---|---|---|---|---|
| 09/04/2024 | GMAT | Reviewing proofs of claim for 503 (b)(9) claims. | B310 | 2.60 | 546.00 |
| 09/04/2024 | TROU | Further research regarding factors and drafting and revising objection to motion to compel evd contracts (4.2); emails from David and Givens Pearsley regarding tax expert for objection (.2) | B185 | 4.40 | 1,254.00 |
| 09/04/2024 | TROU | Emails with Kati regarding claims and admin estimation (.2) | B320 | 0.20 | 57.00 |
| 09/05/2024 | GMAT | Reviewing proofs of claim for 503 (b)(9) claims. | B310 | 3.20 | 672.00 |
| 09/05/2024 | KMIK | Review variance analysis from Kati Churchill (.1); review weekly report from Forbes (.1); email weekly reports to secured lenders (.2); call with client, Kander, and co-counsel regarding status update on refinancing and strategy for plan (.4); email David Heida regarding McAlvain bond (.1); call with Lisa Nelson regarding borrowing base calculation (.2) | B110 | 1.10 | 456.50 |
| 09/05/2024 | KMIK | Call with counsel for Sandton regarding McAlvain suit and stipulated relief from stay (.2) | B150 | 0.20 | 83.00 |
| 09/05/2024 | KMIK | Continue claims analysis and waterfall preparation for plan | B320 | 3.00 | 1,245.00 |
| 09/05/2024 | TROU | Drafting Chapter 11 Plan (4.8) | B320 | 4.80 | 1,368.00 |
| 09/05/2024 | TROU | Review variance analysis from Kati (.1); call with client, Kander, and co-counsel regarding status update on refinancing and strategy for plan (.4); review weekly report from Forbes (.1) | B110 | 0.60 | 171.00 |
| 09/06/2024 | KMIK | Emails to/from Sheila Schwager regarding borrowing base calculation (.3); call with Forbes regarding refinancing update (.2); call with client, Kander, and co-counsel regarding plan strategy and updates (.5); review email from David Heida to MetLife regarding proposal (.1); review email from counsel for Blue Cross of Idaho regarding August amount due (.1) and email Lisa Nelson regarding same (.1) | B110 | 1.30 | 539.50 |
| 09/06/2024 | TROU | Call with client, Forbes, Kander, and co-counsel regarding refinancing update (.2); call with client, Kander, and co-counsel regarding plan and updates (.5) | B110 | 0.70 | 199.50 |
| 09/06/2024 | KMIK | Review and revise Dentons' August invoice and prepare August fee app | B160 | 0.80 | 332.00 |
| 09/06/2024 | GMAT | Drafting August fee application | B160 | 1.00 | 210.00 |
| 09/06/2024 | TROU | Attention to emails from Lisa regarding borrowing base (.1) | B110 | 0.10 | 28.50 |
| 09/06/2024 | TROU | Drafting Plan of Reorg (2.4) | B320 | 2.40 | 684.00 |
| 09/09/2024 | KMIK | Call with Bill Millenkamp regarding subpoena to Rabo (.2); call with client, Kander, and co-counsel regarding status update, Amalgamated, cash collateral, and plan (.4); review email from David Heida regarding deposit request from Amalgamated (.1); review emails from David Heida and MetLife regarding proposal and financial advisors meeting (.2) | B110 | 0.90 | 373.50 |

Millenkamp Cattle, Inc.

Client: 9020530
Matter: 9020530-188653
Statement: 1580419

10/7/2024

Page: 3

| Date | Init | Description | Task | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 09/09/2024 | KMIK | Email counsel for Amalgamated regarding deposit and post-petition business (.1); emails to/from Mort Branzburg regarding status update on plan and refinancing (.2); emails to/from Matt Ochs regarding relief from stay (.2); email counsel for Sandton regarding bond associated with McAlvain suit (.1); email Sheila Schwager regarding Rabo interest statements (.1) | B150 | 0.70 | 290.50 |
| 09/09/2024 | KMIK | Emails to/from committee counsel regarding July fees (.2) and email Lisa Nelson regarding same (.1) | B160 | 0.30 | 124.50 |
| 09/09/2024 | KMIK | Review and revise Dentons August fee app and notice (.3) | B160 | 0.30 | 124.50 |
| 09/09/2024 | KMIK | Emails to/from counsel for EVD regarding potential stipulation on motion to compel (.2) | B185 | 0.20 | 83.00 |
| 09/09/2024 | KMIK | Continue claim analysis and waterfall for plan | B320 | 3.20 | 1,328.00 |
| 09/09/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, cash collateral, and plan (.4); Email from David regarding Amalgamated deposit and needed products (.1); Review Order on Motion to Amend 503(b)(9) (.2); Emails from Amalgamated's counsel regarding products and deposit (.2) | B110 | 0.90 | 256.50 |
| 09/09/2024 | TROU | Reviewing Waterfall and Claim analysis and Drafting Plan (4.9) | B320 | 4.90 | 1,396.50 |
| 09/09/2024 | TROU | Review Dentons Motion for Interim Distribution (.2) | B160 | 0.20 | 57.00 |
| 09/10/2024 | KMIK | Review email from Sheila Schwager regarding Rabo interest calculation (.1) and email Lisa Nelson regarding same (.1); email Amalgamated counsel regarding business moving forward (.1); emails to/from David Heida regarding Amalgamated (.2);call with Forbes, Kander, client, and co-counsel regarding status update on refinancing (.4); review email from Kati Churchill regarding MOR question from UST (.1) | B110 | 1.00 | 415.00 |
| 09/10/2024 | KMIK | Emails to/from counsel for MetLife regarding status update call (.2); call with committee counsel and FAs, Kander, and co-counsel regarding status update on refinancing, plan strategy, and EVD motion to compel (.6); call with counsel for EVD and co-counsel regarding stipulation on motion to compel (.2) | B150 | 1.00 | 415.00 |
| 09/10/2024 | GMAT | Reviewing proofs of claim for 503 (b)(9) claims | B310 | 0.30 | 63.00 |
| 09/10/2024 | KMIK | call with Ken Nofziger regarding plan options and strategy (.3); emails to/from Andrew Schoulder regarding draft of plan (.2) | B320 | 0.50 | 207.50 |
| 09/10/2024 | KMIK | Draft status report for September status conference and prepare for hearing | B110 | 1.30 | 539.50 |
| 09/10/2024 | KMIK | Draft proposed order approving Dentons' first interim fee app | B160 | 0.60 | 249.00 |
| 09/10/2024 | KMIK | Review email from John O'Brien regarding Conterra's statements for October adequate protection payments (.1) and email Lisa Nelson regarding same (.1) | B140 | 0.20 | 83.00 |
| 09/10/2024 | KMIK | Call with Amalgamated counsel regarding deposit issue (.3) and call with David Heida regarding same (.2) | B110 | 0.50 | 207.50 |

Millenkamp Cattle, Inc.                                                                     Client: 9020530
10/7/2024                                                                            Matter: 9020530-188653
Page: 4                                                                                 Statement: 1580419

| | | | | | |
|---|---|---|---|---|---|
| 09/10/2024 | TROU | Call with Forbes, Kander, client, and co-counsel regarding status update on refinancing (.4); review email from Kati regarding MOR question from UST (.1) | B110 | 0.50 | 142.50 |
| 09/10/2024 | TROU | Review proposed order for Dentons Fee App (.2) | B160 | 0.20 | 57.00 |
| 09/10/2024 | TROU | Call with committee counsel and FAs, Kander, and co-counsel regarding status update on refinancing, plan strategy, and EVD motion to compel (.6); call with counsel for EVD and co-counsel regarding stipulation on motion to compel (.2) | B150 | 0.80 | 228.00 |
| 09/11/2024 | KMIK | Emails to/from John O'Brien regarding September 12th hearing (.2); call with MetLife counsel regarding status update (.4) | B150 | 0.60 | 249.00 |
| 09/11/2024 | KMIK | Emails to/from EVD counsel regarding stipulation on motion to compel assumption/rejection of EVD contract (.2); review stipulation (.1); email committee counsel regarding stipulation (.1); email client regarding stipulation (.1); review Committee's redline of Stipulation (.1) and email to counsel for EVD (.1) | B185 | 0.70 | 290.50 |
| 09/11/2024 | KMIK | Draft amended status report (.3); call with client, Kander, and co-counsel regarding refinancing updates, hearing, and plan strategy (.4) | B110 | 0.70 | 290.50 |
| 09/11/2024 | KMIK | Review and analyze Rabo's objection to Heida employment application and prepare order addressing issues (.3); emails to/from Kati Churchill regarding Kander amended employment app and fee invoices (.2); email Lisa Nelson follow up on wire of OMM fees (.1); review Armory's May fee app (.1); review Armory's June fee app (.1); review Armory's July fee app (.1) | B160 | 0.90 | 373.50 |
| 09/11/2024 | KMIK | Prep for Sept 12th status conference and hearing (.6); follow up email to Lisa Nelson regarding Blue Cross of Idaho payment (.1) | B110 | 0.70 | 290.50 |
| 09/11/2024 | GMAT | Drafting Kander fee application | B160 | 1.00 | 210.00 |
| 09/11/2024 | TROU | Emails from Kati regarding professional fee calculations (.2); Review amended status report (.1); call with client, Kander, and co-counsel regarding refinancing updates, status hearing, and plan strategy (.4) | B110 | 0.70 | 199.50 |
| 09/11/2024 | TROU | Review Rabo's objection to Heida employment application (.2); emails to/from Kati Churchill regarding Kander amended employment app and fee invoices (.2); review Armory's May fee app (.1); review Armory's June fee app (.1); review Armory's July fee app (.1) | B160 | 0.70 | 199.50 |
| 09/11/2024 | TROU | Emails from EVD's counsel and committee counsel regarding stipulation on motion to compel EVD contracts (.2); review stipulation (.2); emails from client regarding stipulation (.1); review Committee's redline of Stipulation (.1) | B150 | 0.60 | 171.00 |
| 09/11/2024 | TROU | Drafting Plan | B320 | 1.10 | 313.50 |
| 09/12/2024 | GMAT | Drafting Kander, LLC fee application (.5); email to Krystal regarding fee application (.1) | B160 | 0.60 | 126.00 |
| 09/12/2024 | KMIK | Emails to/from Lisa Nelson regarding amount due to Blue Cross of Idaho (.2); call with client, Kander, and co-counsel regarding status update, cash flow models, and hearing (.3); emails to/from Sheila Schwager regarding Rabo inspection request (.2) and email David Heida regarding same (.1); review notice of hearing held (.1) | B110 | 0.90 | 373.50 |

Millenkamp Cattle, Inc.
10/7/2024
Page: 5

Client: 9020530
Matter: 9020530-188653
Statement: 1580419

| 09/12/2024 | GMAT | Reviewing proofs of claim for 503(b)(9) claims | B310 | 0.20 | 42.00 |
|---|---|---|---|---|---|
| 09/12/2024 | KMIK | Continue prepping for status conference and telephonic hearing | B110 | 0.70 | 290.50 |
| 09/12/2024 | KMIK | Emails to/from Kati Churchill regarding cash collateral budget (.2) | B230 | 0.20 | 83.00 |
| 09/12/2024 | KMIK | Appear at status conference and telephonic hearing on motion to compel and fee apps (.4) | B110 | 0.40 | 166.00 |
| 09/12/2024 | KMIK | Continue revising proposed order for Dentons' interim fee app (.1) and email Brett Cahoon regarding same (.1) | B160 | 0.20 | 83.00 |
| 09/12/2024 | KMIK | Emails to/from counsel for The Dairy Solutions Group regarding status of 503(b)(9) payments (.2) | B150 | 0.20 | 83.00 |
| 09/12/2024 | KMIK | Call with David Heida regarding plan strategy (.2) | B320 | 0.20 | 83.00 |
| 09/12/2024 | TROU | Attention to cash collateral motions (2); determine if another motion is needed (.4) | B230 | 2.40 | 684.00 |
| 09/12/2024 | TROU | Appear at status conference hearing on motion to compel and fee apps (.4); call with client, Kander, and co-counsel regarding status update, cash flow models, and hearing (.3); review notice of hearing (.1) | B110 | 0.80 | 228.00 |
| 09/12/2024 | TROU | Drafting Plan (4.4) | B320 | 4.40 | 1,254.00 |
| 09/13/2024 | KMIK | Review Johnson May August fee app (.1); review email from Lisa Nelson regarding wire of OMM July fees (.1) and email Gabriel Olivera regarding same (.1) | B160 | 0.30 | 124.50 |
| 09/13/2024 | KMIK | Call with Forbes, Kander, and co-counsel regarding status update on refinancing and strategy (.4); follow up call with Forbes, Kander, and David Heida regarding refinancing and plan strategy (.6) | B320 | 1.00 | 415.00 |
| 09/13/2024 | KMIK | Emails to/from Andrew Schoulder regarding status update call (.2) | B150 | 0.20 | 83.00 |
| 09/13/2024 | KMIK | Review email from Kati Churchill regarding variance analysis (.1); review Forbes' weekly report (.1); email secured lenders counsel weekly reports (.2) | B110 | 0.40 | 166.00 |
| 09/13/2024 | KMIK | Review email from Lisa regarding adjustments based on proofs of claim (.1) | B310 | 0.10 | 41.50 |
| 09/13/2024 | TROU | Drafting Plan (7.6) | B320 | 7.60 | 2,166.00 |
| 09/15/2024 | KMIK | Review and revise plan | B320 | 4.80 | 1,992.00 |
| 09/16/2024 | KMIK | Review email from Brett Cahoon regarding proposed order on Dentons' interim fee app (.1); finalize proposed order on Dentons' interim fee app (.1); emails to/from Lisa Nelson regarding Givens Pursley July fee app (.2) | B160 | 0.40 | 166.00 |
| 09/16/2024 | GMAT | Drafting proposed order on app to employ Kander, LLC | B160 | 0.20 | 42.00 |
| 09/16/2024 | KMIK | Call with Rabo counsel and co-counsel regarding plan and negotiations (.4) | B150 | 0.40 | 166.00 |

Millenkamp Cattle, Inc.
10/7/2024
Page: 6

Client: 9020530
Matter: 9020530-188653
Statement: 1580419

| 09/16/2024 KMIK | Continue reviewing and revising plan (1.1); call with client, Kander, and co-counsel regarding plan strategy (.7) | B320 | 1.80 | 747.00 |
|---|---|---|---|---|
| 09/16/2024 TROU | Emails with Gale Harding regarding fee app | B160 | 0.20 | 57.00 |
| 09/16/2024 TROU | Call with client, Kander, and co-counsel regarding plan strategy (.7); drafting disclosure statement (3.4) | B320 | 4.10 | 1,168.50 |
| 09/17/2024 KMIK | Emails to/from Ron Bingham regarding plan terms (.2) and email client and Kander regarding same (.1); call with Committee counsel and FAs, Kander, and co-counsel regarding status update and plan (.5) | B150 | 0.80 | 332.00 |
| 09/17/2024 KMIK | Call with Forbes, client, and co-counsel regarding status update on refinancing and plan strategy (.4) | B320 | 0.40 | 166.00 |
| 09/17/2024 KMIK | Review emails from Matt Christensen and Sheila Schwager regarding Rabo responses to subpoena (.2) | B110 | 0.20 | 83.00 |
| 09/17/2024 KMIK | Review email from Rhett Miller regarding payment to Moss Farms (.1) and email Lisa Nelson regarding same (.1) | B140 | 0.20 | 83.00 |
| 09/17/2024 KMIK | Review Givens Pursley's August fee app (.1); emails to/from Bruce Anderson regarding payment of July fees (.2) and email Lisa Nelson regarding same (.1) | B160 | 0.40 | 166.00 |
| 09/17/2024 TROU | Call with Committee counsel and FAs, Kander, and co-counsel regarding status update and plan (.5); Call with Forbes, client, and co-counsel regarding status update on refinancing and plan strategy (.4); emails from Lisa regarding MWI's treatment for Plan (.2); Review redline of Plan (.5); email from Lisa regarding CNH Loans (.1) | B320 | 1.70 | 484.50 |
| 09/17/2024 TROU | Review Givens Pursley's August fee app (.1); Email from Summit regarding invoice (.1) | B160 | 0.20 | 57.00 |
| 09/18/2024 KMIK | Emails to/from Kati Churchill regarding cash collateral budget (.2) | B230 | 0.20 | 83.00 |
| 09/18/2024 KMIK | Call with client, Kander, and co-counsel regarding status update on refinancing and plan strategy (.3) | B320 | 0.30 | 124.50 |
| 09/18/2024 KMIK | Email Lisa Nelson regarding order approving Dentons' interim fee app (.1); review email from Summit regarding fee approval status (.1) | B160 | 0.20 | 83.00 |
| 09/18/2024 KMIK | Review emails from Matt Christensen and David Heida regarding subpoena to Rabo and production of documents (.2) | B110 | 0.20 | 83.00 |
| 09/18/2024 GMAT | Drafting proposed order for Summit Ag Fee Application (.3); email to Tirzah regarding proposed order (.1) | B160 | 0.40 | 84.00 |
| 09/18/2024 GMAT | Drafting App to Employ Heida Law Office for Cordova Engagement (.2); email to Krystal and Tirzah regarding App to Employ (.1) | B160 | 0.30 | 63.00 |
| 09/18/2024 KMIK | Call with James Morgan regarding update on refinancing (.2) | B110 | 0.20 | 83.00 |
| 09/18/2024 TROU | Call with Kander, client and co-counsel regarding status of refinancing and plan strategy (.3) | B320 | 0.30 | 85.50 |
| 09/18/2024 TROU | Emails from Kati C regarding cash collateral budget (.2); review budget (.3) | B230 | 0.50 | 142.50 |
| 09/19/2024 KMIK | Emails to/from Kati Churchill regarding Kander fee app (.2); review Armory's August fee app (.1) | B160 | 0.30 | 124.50 |

Millenkamp Cattle, Inc.                                                                    Client: 9020530
10/7/2024                                                                              Matter: 9020530-188653
Page: 7                                                                               Statement: 1580419

| 09/19/2024 | KMIK | Review email from Kati Churchill regarding weekly variance analysis (.1); review email from Forbes regarding weekly update on refinancing (.1); review email from Lisa Nelson regarding weekly borrowing base (.1); review statement of no objection to Valley Wide Coop's motion (.1) | B110 | 0.40 | 166.00 |
|---|---|---|---|---|---|
| 09/19/2024 | KMIK | Review email from Mort Branzburg regarding updated cash collateral budget (.1) and email Kander regarding same (.1) | B230 | 0.20 | 83.00 |
| 09/19/2024 | KMIK | Review email from Ken regarding updated plan concept model (.1); continue drafting plan (.8) | B320 | 0.90 | 373.50 |
| 09/20/2024 | GMAT | Drafting Kander fee application | B160 | 0.50 | 105.00 |
| 09/20/2024 | TROU | Attention to emails from clerk, co counsel, client and Kander regarding availability for cash collateral hearing (.2) | B230 | 0.20 | 57.00 |
| 09/23/2024 | KMIK | Review statement of no objection to O'Melveny fee app (.1); review email from Kander regarding July invoice (.1); review and revise app to employ Heida for Cordova collections matter and declaration in support of same (.6); review notice of hearing filed by Rabo on objection to app to employ Heida (.1) | B160 | 0.90 | 373.50 |
| 09/23/2024 | KMIK | Emails to/from Ron Bingham regarding status update call (.2) | B150 | 0.20 | 83.00 |
| 09/23/2024 | KMIK | Review email from Brent Wilson and Melanie Battle regarding cash collateral (.1); review stipulation continuing cash collateral hearing (.1); review email from John O'Brien regarding cash collateral hearing stipulation (.1); review email from John Kurtz regarding cash collateral hearing stipulation (.1); review email from Brett Cahoon regarding cash collateral hearing stipulation (.1); review email from Ron Bingham regarding cash collateral hearing stipulation (.1); review redlined revisions to cash collateral hearing stipulation from Committee counsel (.1); review email from Sheila Schwager regarding cash collateral hearing stipulation (.1) | B230 | 0.80 | 332.00 |
| 09/23/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, refinancing update, plan and disclosure statement update, MORs, and financials update (.4); email Lisa Nelson regarding follow up on amount owing to Moss Farms (.1) | B110 | 0.50 | 207.50 |
| 09/23/2024 | TROU | Review email from Brent Wilson and Melanie Battle regarding cash collateral hearing (.1); review stipulation continuing cash collateral hearing (.1); Review emails from various parties regarding stipulation (.3) | B230 | 0.50 | 142.50 |
| 09/23/2024 | TROU | Call with client, Kander, and co-counsel regarding refinancing update, plan and disclosure statement update (.4); Drafting Disclosure Statement (2.9) | B320 | 3.30 | 940.50 |
| 09/24/2024 | KMIK | Call with Forbes, Kander, and co-counsel regarding status update on refinancing for plan (.2); calls with Kander and co-counsel regarding status update on cash flow projections for plan (.4); call with client, Kander, and co-counsel regarding strategy for plan and plan options (.4) | B320 | 1.00 | 415.00 |
| 09/24/2024 | KMIK | Review order approving Valley Wide Coop's amended motion for 503 (b)(9) claim (.1) | B310 | 0.10 | 41.50 |
| 09/24/2024 | KMIK | Continue drafting waterfall analysis for plan (.1); continue revising plan (1.5) | B320 | 1.60 | 664.00 |

Client: 9020530
Matter: 9020530-188653
Statement: 1580419

| Date | Init | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/24/2024 | KMIK | Review and revise proposed order employing Kander (.2) and email UST regarding same (.1) | B160 | 0.30 | 124.50 |
| 09/24/2024 | GMAT | Drafting Kander fee application | B160 | 1.50 | 315.00 |
| 09/24/2024 | KMIK | Call with counsel for MetLife and co-counsel regarding status update and plan options (.5); review email from John O'Brien regarding terms sheets (.1) | B150 | 0.60 | 249.00 |
| 09/24/2024 | KMIK | Emails to/from Forbes regarding terms sheets (.2) | B110 | 0.20 | 83.00 |
| 09/24/2024 | TROU | Drafting and revising Plan (3.4); Drafting Disclosure Statement (2.1); Review term sheets (.3) | B320 | 6.10 | 1,738.50 |
| 09/24/2024 | TROU | Review order approving Valley Wide Coop's 503(b)(9) claim (.1) | B310 | 0.10 | 28.50 |
| 09/24/2024 | TROU | Call with Forbes, Kander, and co-counsel regarding status update on refinancing for plan (.2); call with client, Kander, and co-counsel regarding strategy for plan and plan options (.4) | B320 | 0.60 | 171.00 |
| 09/25/2024 | GMAT | Drafting Kander fee application and notice (1.4); email to Krystal regarding same (.1) | B160 | 1.50 | 315.00 |
| 09/25/2024 | KMIK | Call with David Heida regarding plan strategy (.2) | B320 | 0.20 | 83.00 |
| 09/25/2024 | KMIK | Continue revising waterfall analysis for plan | B320 | 0.70 | 290.50 |
| 09/25/2024 | KMIK | Calls with client, Kander, and co-counsel regarding status update, plan strategy, and claims (.6) | B320 | 0.70 | 290.50 |
| 09/25/2024 | TROU | Calls with client, Kander, and co-counsel regarding strategy and status (.6); Drafting Disclosure Statement (1.6) | B320 | 2.30 | 655.50 |
| 09/26/2024 | KMIK | Review email from Forbes regarding weekly status update report (.1); emails to/from Rich Bernard regarding hearings (.2) | B110 | 0.30 | 124.50 |
| 09/26/2024 | KMIK | Review app to employ expert witnesses (.1) | B160 | 0.10 | 41.50 |
| 09/26/2024 | KMIK | Email Kander regarding cash flow models for plan (.1) | B320 | 0.10 | 41.50 |
| 09/26/2024 | KMIK | Continue drafting waterfall analysis for plan | B320 | 2.10 | 871.50 |
| 09/26/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan strategy, and claims (.5) | B110 | 0.50 | 207.50 |
| 09/26/2024 | GMAT | Amending Schedule D | B110 | 0.40 | 84.00 |
| 09/26/2024 | KMIK | Emails to/from EVD's counsel regarding status of plan filing in relation to EVD's assumption/rejection (.2) | B185 | 0.20 | 83.00 |
| 09/26/2024 | KMIK | Continue drafting plan (4.8) | B320 | 4.80 | 1,992.00 |
| 09/26/2024 | TROU | Call with client, Kander, and co-counsel regarding plan, strategy, and status (.5) | B110 | 0.50 | 142.50 |
| 09/26/2024 | TROU | Drafting Disclosure Statement (7.6) | B320 | 7.60 | 2,166.00 |

Millenkamp Cattle, Inc.
10/7/2024
Page: 9

Client: 9020530
Matter: 9020530-188653
Statement: 1580419

| 09/27/2024 | KMIK | Emails to/from Ron Bingham regarding plan proposal and terms sheet (.2) | B150 | 0.20 | 83.00 |
|---|---|---|---|---|---|
| 09/27/2024 | GMAT | Amending Schedule D and F (.1); email with Krystal regarding amendments (.1) | B110 | 0.20 | 42.00 |
| 09/27/2024 | KMIK | Continue drafting plan and disclosure statement | B320 | 5.30 | 2,199.50 |
| 09/27/2024 | KMIK | Call with Ron Bingham regarding plan proposal (.3) | B150 | 0.30 | 124.50 |
| 09/27/2024 | KMIK | Call with Kati Churchill regarding cash flow models for plan (.3) and call with David Heida regarding update on MetLife discussions (.1) | B320 | 0.40 | 166.00 |
| 09/27/2024 | KMIK | Continue revising Kander interim fee app (.8); emails to/from Doug McDonald regarding Armory interim fees for May, June, and July (.2) and email Lisa Nelson regarding same (.1); review committee's local counsel August fee app (.1); review committee's lead counsel August fee app (.1); review notice of hearing on committee counsel's interim fee app (.1) | B160 | 1.40 | 581.00 |
| 09/27/2024 | KMIK | Email Rhett Miller regarding adequate protection payment to Moss Farms (.1) | B140 | 0.10 | 41.50 |
| 09/27/2024 | TROU | Revising Kander interim fee app (.4); review emails Doug McDonald regarding Armory interim fees for May, June, and July (.1) and review email from Lisa Nelson regarding same (.1); review committee's local counsel August fee app (.1); review committee's lead counsel August fee app (.1); review notice of hearing on committee counsels' interim fee app (.1) | B160 | 0.90 | 256.50 |
| 09/27/2024 | TROU | Call with Client, Kander, and co-counsel regarding plan and disclosure statement and strategy (.7); Call with Kati Churchill and co-counsel regarding cash flow and claims (.3); reviewing contracts and drafting executory contracts list for disclosure statement (2.1); emails with David, Lisa, and Matt regarding same (.3); Revising executory contract list (.5); review emails from co-counsel, Kander, and client regarding plan (.4) | B320 | 4.30 | 1,225.50 |
| 09/29/2024 | KMIK | Continue revising plan and disclosure statement | B320 | 2.00 | 830.00 |
| 09/29/2024 | TROU | Drafting and revising disclosure statement (2.6); Review term Sheet for exit facility (.8); drafting and revising executory contracts list for disclosure statement (1.1) | B320 | 4.50 | 1,282.50 |
| 09/30/2024 | KMIK | Call with Kander regarding cash flow and liquidation analysis (.2) and review email from Ken regarding POC amounts compared to audited financials (.1); continue drafting plan and disclosure statement (1.5) | B320 | 5.50 | 2,282.50 |
| 09/30/2024 | GMAT | Revising disclosure statement (2); revising plan (2) | B320 | 4.00 | 840.00 |
| 09/30/2024 | TROU | Drafting and Revising Disclosure Statement and Exhibits and Plan (5.2); Reviewing Plan Model Exhibit and emails from Kati and Ken regarding same (.5); Reviewing executory contracts and leases and updating list of assumed contracts and leases (1.2); emails with David and Lisa regarding same (.1); Call with Matt C regarding notices for Disclosure Statement and Plan (.1) | B320 | 7.10 | 2,023.50 |
| 09/30/2024 | TROU | Revising proposed order for Summit Ag fee app (.2) | B160 | 0.20 | 57.00 |

Millenkamp Cattle, Inc.
10/7/2024
Page: 10

Client: 9020530
Matter: 9020530-188653
Statement: 1580419

| 09/30/2024 | TROU | Revising and finalizing plan, disclosure statement, and exhibits (3.8) | B320 | 3.80 | 1,083.00 |
| 09/30/2024 | KMIK | Review email from clerk's office regarding amended app to employ Kander (.1) and email Matt Christensen regarding same (.1) | B160 | 0.20 | 83.00 |
| 09/30/2024 | KMIK | Emails to/from committee counsel regarding word versions of plan and disclosure statement (.2) | B320 | 0.20 | 83.00 |

Sub-total Fees: $63,653.50

## Rate Summary

| Krystal R. Mikkilineni | 78.40 hours at $415.00/hr | 32,536.00 |
| Tirzah R. Roussell | 94.30 hours at $285.00/hr | 26,875.50 |
| Gabby B. Mathias | 20.20 hours at $210.00/hr | 4,242.00 |
| Total hours: | 192.90 | |

## Expenses

| | | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 09/18/2024 | Wire Fee | A107 | 1.00 | 6.25 | 6.25 |
| 09/27/2024 | Wire Fee | E107 | 1.00 | 6.25 | 6.25 |

Sub-total Expenses: $12.50

**Total Current Billing:** **$63,666.00**

Effective March 29, 2021, Davis Brown Law Firm formally combined with Dentons to become Dentons Davis Brown PC. Visit www.dentons.com/BusinessTerms to find our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the material terms and conditions of any existing engagement agreement. Please contact your lawyer or other professional if you have questions about the Terms of Business or with any respect of your representation.

Current statement due within 30 days of statement date. Please disregard any previously paid amounts. Contact us at 515-246-7812 with any questions. Please include the statement number on your check.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**DENTONS**

**In Account With**

## DENTONS DAVIS BROWN PC
**Attorneys and Counselors at Law**
**215 10th Street, Suite 1300**
**Des Moines, IA 50309-3993**
**(515) 288-2500**
**Federal I.D. No. 42-1343884**

Millenkamp Cattle, Inc.                                    Statement: 1577770
Bill Millenkamp                                             Date: 9/6/2024
471 N 300th Rd W
Jerome, Idaho 83338

Re: 9020530-188653 - Ch 11 Bankruptcy

## Professional Fees

| | | | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/2024 | GMAT | Updating claims analysis | B310 | 0.20 | 42.00 |
| 08/01/2024 | TROU | Review email from Kati Churchill regarding variance analysis (.1) | B110 | 0.10 | 28.50 |
| 08/01/2024 | KMIK | Review email from Kati Churchill regarding variance analysis (.2) | B110 | 0.20 | 83.00 |
| 08/01/2024 | KMIK | Review and revise July invoice | B160 | 0.80 | 332.00 |
| 08/01/2024 | GMAT | Drafting July fee application | B160 | 0.60 | 126.00 |
| 08/01/2024 | TROU | Attention to email from Forbes regarding professional eyes acknowledgement (.1); Email from Ken Nofziger regarding same (.1); review email from Andrew Schoulder regarding Rabo's professional fee estimation (.1) | B110 | 0.30 | 85.50 |
| 08/02/2024 | KMIK | Continue revising July fee app (.3); continue revising first interim fee app (1.3) | B160 | 1.60 | 664.00 |
| 08/02/2024 | KMIK | Emails to/from Ken Nofziger regarding waiver for technical default of cash collateral budget (.2) and draft waiver (.3); email Sandton counsel regarding waiver (.1) | B230 | 0.60 | 249.00 |
| 08/02/2024 | KMIK | Review Canyonlands analysis regarding collateral for plan strategy | B320 | 0.30 | 124.50 |
| 08/02/2024 | KMIK | Review emails from FTI and Armory regarding consent to acknowledgement of Professional Eyes Only (.2) | B110 | 0.20 | 83.00 |
| 08/02/2024 | GMAT | Drafting interim fee application | B160 | 1.90 | 399.00 |
| 08/02/2024 | TROU | Review loan documents and draft analysis regarding canyonlands (1.8) | B110 | 1.80 | 513.00 |
| 08/02/2024 | TROU | Review fee app (.3) | B160 | 0.30 | 85.50 |
| 08/02/2024 | TROU | Review email from Ken Nofziger regarding waiver for technical default of cash collateral budget (.1) review draft waiver (.1); review email from Sandton's counsel regarding waiver (.1) | B230 | 0.30 | 85.50 |

Millenkamp Cattle, Inc.                                                                                Client: 9020530
9/6/2024                                                                                     Matter: 9020530-188653
Page: 2                                                                                      Statement: 1577770

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/05/2024 | KMIK | Review McAlvain's redline to relief from stay motion and order | B140 | 0.20 | 83.00 |
| 08/05/2024 | KMIK | Review email from Rich Bernard regarding signed waiver from Sandton (.1) and email counsel for secured lenders regarding same (.1) | B230 | 0.20 | 83.00 |
| 08/05/2024 | KMIK | Emails to/from Holly Roark regarding plan status (.2) | B150 | 0.20 | 83.00 |
| 08/05/2024 | KMIK | Review emails from Lisa Nelson and UST office regarding missing bank account statements from receivership (.2); review email from Liam Narozanick regarding term sheet (.1); call with client, Kander, and co-counsel regarding status update, Forbes calls and report, McAlvain relief from stay, and fee apps (.5); review order granting stipulation between American AgCredit and Rabo (.1); review email from Ken Nofziger and Bobby Rice regarding Sandton's fees (.1); review email from UST regarding DIP account (.1) and email Lisa Nelson regarding same (.1) | B110 | 0.70 | 290.50 |
| 08/05/2024 | KMIK | Review email from Andrew Schoulder regarding Rabo fee estimate for plan projections (.1) and email Ken and Kati regarding same (.1) | B320 | 0.20 | 83.00 |
| 08/05/2024 | KMIK | Review Idaho Materials & Construction proofs of claim (.2); review Standlee's amended proof of claim (.1); review East Valley Development's proof of claim (.1); review Burks Tractor proof of claim (.1); review Merck Animal Health proof of claim (.1); review Viserion proof of claim (.1); review Blue Cross of Idaho's amended proof of claim (.1); review The Dairy Solutions Group proof of claim (.1) | B300 | 0.90 | 373.50 |
| 08/05/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, Forbes reporting, McAlvain relief from stay, and fee apps/fee app projections from secureds (.5) | B110 | 0.50 | 142.50 |
| 08/05/2024 | TROU | Review updated draft of relief from stay from Matt Ochs (.4) | B140 | 0.40 | 114.00 |
| 08/05/2024 | TROU | Review emails from Lisa Nelson and UST regarding missing bank account statements from receivership account (.2); call with client, Kander, and co-counsel regarding status update, Forbes reporting, McAlvain relief from stay, and fee apps (.5); review order granting stipulation between American AgCredit and Rabo (.1); review email from UST regarding DIP account (.1) and review email from Lisa Nelson regarding same (.1) | B110 | 1.00 | 285.00 |
| 08/06/2024 | KMIK | Call with client, Kander, and co-counsel regarding DIP account (.4); draft email to UST regarding DIP account (.3); emails to/from Lisa Nelson regarding refund check from US Commodities (.2) | B110 | 0.90 | 373.50 |
| 08/06/2024 | KMIK | Call with committee counsel, FA, Kander, and co-counsel regarding status update, Forbes efforts, and DIP account (.3) | B150 | 0.30 | 124.50 |
| 08/07/2024 | KMIK | Review email from Lisa Nelson regarding Rabo interest statement (.1); review acknowledgment from Focus on Professional Eyes Only calls (.1); review email from MetLife regarding interest statements (.1) | B110 | 0.30 | 124.50 |
| 08/07/2024 | KMIK | Review Valley Wide's amended 503(b)(9) motion (.2) | B300 | 0.20 | 83.00 |

Millenkamp Cattle, Inc.                                                                                    Client: 9020530
9/6/2024                                                                                            Matter: 9020530-188653
Page: 3                                                                                                Statement: 1577770

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/07/2024 | KMIK | Review email from Sheila Schwager regarding Rabo interest (.1); emails to/from Mort Branzburg regarding status update on refinancing efforts and plan and disclosure statement filing (.2); emails to/from Lance Fenton with Cooper Norman regarding fee apps (.4); email Ken and Kati regarding January through April financial statements (.1) | B110 | 0.80 | 332.00 |
| 08/07/2024 | GMAT | Drafting Proposed Order on App to Employ Cooper Norman (.2); Drafting Proposed Order on App to Employ Summit Ag (.2); Drafting Proposed Order on App to Employ Givens Pursley (.2) | B160 | 0.60 | 126.00 |
| 08/07/2024 | KMIK | Continue reviewing and revising interim fee app | B160 | 0.80 | 332.00 |
| 08/07/2024 | TROU | Emails with Gabby regarding proposed order re employ cooper norman (.2); file statement of no objection for Cooper Norman (.1); review and revise proposed order to employ Cooper Norman (.2); email proposed order to UST (.1); revise proposed order with UST revisions (.1); submit proposed order to clerk (.1); file Statement of No Objection for Summit Ag (.1) | B160 | 0.90 | 256.50 |
| 08/07/2024 | TROU | Attention to email from McAlvain counsel regarding relief from stay documents (.1) | B140 | 0.10 | 28.50 |
| 08/07/2024 | TROU | Review email from Lisa regarding borrowing Base (.1) | B110 | 0.10 | 28.50 |
| 08/07/2024 | TROU | Review Valley Wide's amended 503(b)(9) motion (.2) | B300 | 0.20 | 57.00 |
| 08/08/2024 | KMIK | Review email from Lisa Nelson regarding borrowing base certificate (.1); review email from Forbes regarding redacted term sheet (,1); review email from Lisa Nelson regarding status update on audit (.1) | B110 | 0.30 | 124.50 |
| 08/08/2024 | KMIK | Emails to/from Lisa Nelson regarding July fee app (.2) | B160 | 0.20 | 83.00 |
| 08/09/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, strategy, DIP account, and status hearing (.5) | B110 | 0.50 | 207.50 |
| 08/09/2024 | KMIK | Review email from Lisa Nelson regarding Conterra's adequate protection payment (.1) | B140 | 0.10 | 41.50 |
| 08/09/2024 | GMAT | Drafting fee application notice | B160 | 1.10 | 231.00 |
| 08/09/2024 | KMIK | Review DIP loan regarding term loan language (.2) and email Ken regarding same (.1) | B230 | 0.30 | 124.50 |
| 08/09/2024 | GMAT | Updating claims analysis | B310 | 0.10 | 21.00 |
| 08/09/2024 | KMIK | Review and revise notice of interim fee app | B160 | 0.10 | 41.50 |
| 08/11/2024 | KMIK | Review email from Kati Churchill regarding April financial statements (.1) and email counsel for secured lenders regarding same (.1) | B110 | 0.20 | 83.00 |
| 08/11/2024 | KMIK | Review Pro Rentals & Sales proof of claim (.1) | B300 | 0.10 | 41.50 |
| 08/11/2024 | KMIK | Review and revise notice of first interim fee application | B160 | 0.20 | 83.00 |

Millenkamp Cattle, Inc.                                                                Client: 9020530
9/6/2024                                                                               Matter: 9020530-188653
Page: 4                                                                                Statement: 1577770

| Date | | Description | | | |
|---|---|---|---|---|---|
| 08/11/2024 | TROU | Review email from Kati Churchill regarding April financial statements (.1); review email from John O Brien regarding Conterra's September invoices (.1) | B110 | 0.20 | 57.00 |
| 08/13/2024 | KMIK | Call with Bill regarding refinancing strategy and plan; call with Forbes (.6); call with client, Kander, and co-counsel regarding refinancing status update and strategy for plan (.7) | B320 | 1.30 | 539.50 |
| 08/13/2024 | TROU | Call with client, Kander, and co-counsel regarding strategy, professional fee estimations, plan prep (.7); call with committee counsel, their FAs, Kander, and co-counsel regarding plan and status of case (.4); call with Kander, Forbes, client, and co-counsel regarding term sheets (.7) | B110 | 1.80 | 513.00 |
| 08/13/2024 | TROU | Draft and revise proposed order to employ summit (.2); Email proposed order to employ Summit to UST (.1); Review UST revision and revise proposed order (.1); submit proposed order to clerk (.1); draft summit ag appraisal fee app (1); emails with Matt C regarding Summit invoice and fee app (.2) | B160 | 1.70 | 484.50 |
| 08/14/2024 | TROU | Finalize Summit Ag Fee app (.5); email same to Dennis at Summit (.1); review Summit invoice (.2); emails with Dennis at Summit regarding final approval of fee app (.1); Email Fee app to clients for approval to file (.1) | B160 | 1.00 | 285.00 |
| 08/14/2024 | TROU | Drafting Plan (1.2) | B320 | 1.20 | 342.00 |
| 08/14/2024 | TROU | Review emails from co-counsel and UST regarding DIP accounts (.2); review email from Kati Churchill regarding five year model (.1); Review five year model (.4) | B110 | 0.70 | 199.50 |
| 08/14/2024 | TROU | Review order regarding app to employ cooper norman | B160 | 0.10 | 28.50 |
| 08/15/2024 | GMAT | Drafting Notice of Interim Fees Application | B160 | 0.50 | 105.00 |
| 08/15/2024 | TROU | Emails with Gale Harding regarding fee app (.2); draft and finalize Harding Fee App (.8); email client for approval to file fee app (.1); Review notice of hearing on Dentons Fee app (.1); Email Gabby to file Harding Fee App (.1); review order granting approval of Summit Ag app to employ (.1); review statement of no objection and COS regarding UCC fee app (.1); emails from Ken Nofziger and co-counsel regarding O Melveny fees (.1) | B160 | 1.80 | 513.00 |
| 08/15/2024 | TROU | Attend Status Hearing (.3); email Krystal notes from status hearing (.1); review appraisals from Summit Ag (.8); add appraisals to Dentons Direct (.2); review email from Kati Churchill regarding variance analysis (.1); review proposed order regarding 506(b) motion (.1) emails from Matt C and John Obrien regarding same (.1); review Rabo redline to proposed 506(b) Motion (.1) | B110 | 1.70 | 484.50 |
| 08/16/2024 | TROU | Review email from Counsel for McAlvain Concrete regarding MFR consent order | B140 | 0.10 | 28.50 |
| 08/16/2024 | TROU | Review Supplement to Application to Employ Armory Securities, LLC (.2) | B160 | 0.20 | 57.00 |
| 08/19/2024 | KMIK | Review committee's supplement to app to employ Armory (.2); review email from John O'Brien regarding 506(b) order (.1) | B160 | 0.30 | 124.50 |
| 08/19/2024 | KMIK | Review email from McAlvain counsel regarding revisions to relief from stay motion (.1) | B140 | 0.10 | 41.50 |

Millenkamp Cattle, Inc.
9/6/2024
Page: 5

Client: 9020530
Matter: 9020530-188653
Statement: 1577770

| Date | Atty | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/19/2024 | KMIK | Review emails from Bartholomew counsel, client, and co-counsel regarding insurance defense and discovery (.2) | B110 | 0.20 | 83.00 |
| 08/19/2024 | KMIK | Emails to/from Bruce Anderson regarding interim fees (.2) and email Lisa Nelson regarding same (.1); review appraisal summary (.1); call with client, Kander, and co-counsel regarding status update, projections, East Valley Development motion, and appraisals (.4); review Rabo's redline to order for 506(b) motion (.1); emails to/from committee counsel regarding May and June fees (.2) and email Lisa Nelson regarding same (.1); review letter from Rabo's counsel regarding exclusivity period and settlement discussions (.3) and email to client regarding same (.1); review email from Kati Churchill regarding variance analysis (.1); review Forbes report (.1); call with James Morgan regarding terms sheets (.1); review 5-year model (.2); review email from Sheila Schwager regarding Rabo loan information statements (.1) and email Lisa Nelson regarding same (.1); review email from Lisa Nelson regarding status update for May financials (.1) | B110 | 2.40 | 996.00 |
| 08/19/2024 | KMIK | Review email from EVD's counsel regarding motion to compel (.1); review EVD's motion to compel assumption or rejection (.3) | B185 | 0.40 | 166.00 |
| 08/19/2024 | KMIK | Review email from John O'Brien regarding Conterra's September adequate protection statements (.1) and email Lisa Nelson regarding same (.1) | B140 | 0.20 | 83.00 |
| 08/19/2024 | TROU | Review EVD's Motion to Compel (.5) | B185 | 0.50 | 142.50 |
| 08/19/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, projections, East Valley Development motion, and appraisals (.4); review Rabo's redline to order for 506(b) motion (.1); review letter from Rabo's counsel regarding exclusivity period and settlement discussions (.2) review email from Lisa Nelson regarding status update for May financials (.1) | B110 | 0.80 | 228.00 |
| 08/20/2024 | KMIK | Review emails from David Heida and Amalgamated regarding payments and payment structure and email David and Lisa regarding same (.2); call with client, Kander, and co-counsel regarding status update, Rabo proposal, and Amalgamated (.5); email Amalgamated in-house counsel regarding payment structure (.1); correspondence with Lisa Nelson regarding Cooper Norman retainer (.2) | B110 | 1.00 | 415.00 |
| 08/20/2024 | KMIK | Call with committee counsel, committee FA, Kander, and co-counsel regarding status update, appraisals, EVD motion to compel, plan, refinancing (.5) | B150 | 0.50 | 207.50 |
| 08/20/2024 | KMIK | Email Andrew Schoulder regarding Rabo's proposal regarding exclusivity (.2) | B110 | 0.20 | 83.00 |
| 08/20/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, Rabo proposal, and Amalgamated Sugar (.5) | B110 | 0.50 | 142.50 |
| 08/21/2024 | KMIK | Emails to/from Ron Bingham regarding status update call (.2) | B150 | 0.20 | 83.00 |
| 08/21/2024 | KMIK | Review O'Melveny July fee app (.2) | B160 | 0.20 | 83.00 |
| 08/21/2024 | GMAT | Drafting disclosure statement | B320 | 0.60 | 126.00 |

Millenkamp Cattle, Inc.                                                                    Client: 9020530
9/6/2024                                                                          Matter: 9020530-188653
Page: 6                                                                           Statement: 1577770

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/21/2024 | KMIK | Emails from Lisa regarding wires for committee counsel (.1) and email local counsel and lead counsel for committee regarding confirmation of wire for fees (.2) | B160 | 0.30 | 124.50 |
| 08/21/2024 | KMIK | Continue drafting waterfall analysis and plan | B320 | 1.00 | 415.00 |
| 08/21/2024 | TROU | Email Gabby regarding disclosure statement format (.2); drafting disclosure statement (1) | B320 | 1.20 | 342.00 |
| 08/21/2024 | TROU | Email from Kati Churchill regarding borrowing base | B110 | 0.10 | 28.50 |
| 08/22/2024 | KMIK | Review email from Kati Churchill regarding variance analysis (.1); emails to/from James Morgan regarding catch-up call (.2); call with David Heida and Bill Millenkamp regarding exclusivity date and strategy for plan (.3); call with Forbes regarding refinancing update (.3); review notice of objection deadline for Valley Wide Coop's motion for administrative expense claim (.1); call with Matt Christensen regarding status update and strategy for plan and refinancing (.3) | B110 | 1.30 | 539.50 |
| 08/22/2024 | KMIK | Call with MetLife counsel regarding status update (.5) | B150 | 0.50 | 207.50 |
| 08/22/2024 | GMAT | Drafting disclosure statement | B320 | 4.50 | 945.00 |
| 08/22/2024 | TROU | Review notice of objection deadline for Valley Wide Coop's motion for administrative expense claim (.1) | B110 | 0.10 | 28.50 |
| 08/23/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, strategy, refinancing, plan, and resistance to motion to compel (.4); review email from David Heida regarding refinancing communications (.1); call with Forbes, Kander, client, and co-counsel regarding refinancing status update (.7); call with Ken Nofziger regarding refinancing and Conterra (.1) | B110 | 1.30 | 539.50 |
| 08/23/2024 | KMIK | Emails to/from David and Forbes regarding invoices and fee application (.2) | B160 | 0.20 | 83.00 |
| 08/23/2024 | TROU | Review Forbes Fee App determine fee structure (.2) | B160 | 0.20 | 57.00 |
| 08/23/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, strategy, refinancing, plan, and resistance to motion to compel (.4); call with Forbes, Kander, client, and co-counsel regarding refinancing status update (.7); review email from David to Forbes regarding refinancing strategy (.1) | B110 | 1.20 | 342.00 |
| 08/23/2024 | TROU | Emails with Gabby regarding formatting and drafting of disclosure statement (.5) | B320 | 0.50 | 142.50 |
| 08/26/2024 | KMIK | Call with Amalgamated Sugar's in-house counsel regarding 503(b)(9) claim and continued business and payment moving forward (.4) | B150 | 0.40 | 166.00 |
| 08/26/2024 | KMIK | Continue drafting waterfall analysis (1.6) | B320 | 1.60 | 664.00 |
| 08/27/2024 | KMIK | Review email from Kati Churchill regarding monthly operating reports status (.1); call with client, co-counsel, and Kander regarding status update, strategy, apps to employ, plan, and refinancing (.4); review email from Lisa Nelson regarding Blue Cross Blue Shield (.1) | B110 | 0.60 | 249.00 |

Millenkamp Cattle, Inc.                                                          Client: 9020530
9/6/2024                                                                 Matter: 9020530-188653
Page: 7                                                                  Statement: 1577770

| | | | | | |
|---|---|---|---|---|---|
| 08/27/2024 | KMIK | Call with committee counsel, committee FA, Kander, and co-counsel regarding refinancing and plan updates | B150 | 0.70 | 290.50 |
| 08/27/2024 | TROU | Emails with Kati Churchill regarding July MORS (.2); adding folder to Dentons Direct for July MORs (.1); review email from Kati regarding monthly operating reports status (.1); call with client, co-counsel, and Kander regarding update, strategy, plan, and refinancing (.4) | B110 | 0.80 | 228.00 |
| 08/27/2024 | TROU | Review Motion to Amend Order and docket regarding 503(b)(9) claims (.2); Draft Proposed Order Motion to Amend Order re 503(b)(9) Claims (.8) | B310 | 1.00 | 285.00 |
| 08/27/2024 | TROU | Call with committee counsel, Armory, Kander, and co-counsel regarding refinancing and plan updates | B150 | 0.80 | 228.00 |
| 08/27/2024 | TROU | Drafting plan | B320 | 1.10 | 313.50 |
| 08/28/2024 | KMIK | Review Elsaesser Anderson's July fee app (.1); review Givens Pursley July fee app (.1) | B160 | 0.20 | 83.00 |
| 08/28/2024 | KMIK | Review and revise proposed order granting motion to amend 503(b)(9) order (.1); email to counsel for Amalgamated Sugar regarding same (.1) | B310 | 0.20 | 83.00 |
| 08/28/2024 | KMIK | Review emails from Kati Churchill regarding MORs (.2); email Lisa Nelson regarding AP listing (.1) | B110 | 0.30 | 124.50 |
| 08/28/2024 | KMIK | Email counsel for Blue Cross of Idaho regarding amended proof of claim (.2) | B310 | 0.20 | 83.00 |
| 08/28/2024 | KMIK | Continue revising McAlvain stipulated relief from stay motion | B140 | 0.60 | 249.00 |
| 08/29/2024 | KMIK | Continue revising McAlvain stipulated motion for relief from stay (.2) | B140 | 0.20 | 83.00 |
| 08/29/2024 | KMIK | Email Kander and Lisa Nelson regarding weekly reports (.1); call with David Heida regarding status update, refinancing, and plan (.3); email counsel for Amalgamated Sugar regarding 503(b)(9) order (.1) | B110 | 0.50 | 207.50 |
| 08/29/2024 | KMIK | Review email from Braiden Miller regarding weekly Forbes update (.1); review email from Lisa Nelson regarding borrowing base certificate (.1); review email from Kati Churchill regarding weekly variance report and analysis (.1); email counsel for secured lenders regarding weekly reports (.2); emails to/from Sheila Schwager regarding Forbes report (.2) | B110 | 0.70 | 290.50 |
| 08/29/2024 | KMIK | Emails to/from Ron Bingham regarding status update call (.2) | B150 | 0.20 | 83.00 |
| 08/29/2024 | KMIK | Continue working on claims analysis and waterfall | B320 | 0.60 | 249.00 |
| 08/29/2024 | TROU | Review memo from Tom Dovorak regarding response to motion to compel assumption/rejection of EVD contract (.5); research and drafting resistance to motion to compel (1.4) | B185 | 1.90 | 541.50 |
| 08/29/2024 | TROU | Research regarding exclusivity period | B320 | 1.40 | 399.00 |
| 08/30/2024 | KMIK | Emails to/from committee counsel regarding meeting with debtors and creditors committee members (.2); emails to/from Ron Bingham regarding business rep call (.2) | B150 | 0.40 | 166.00 |
| 08/30/2024 | KMIK | Emails to/from David Heida and Tom Dvorak regarding response to motion to compel assumption/rejection of EVD contract (.2) | B185 | 0.20 | 83.00 |

Millenkamp Cattle, Inc.
9/6/2024
Page: 8

Client: 9020530
Matter: 9020530-188653
Statement: 1577770

| | | | | | |
|---|---|---|---|---|---|
| 08/30/2024 | KMIK | Review notice of hearing on committee counsel's first interim fee app (.1); review O'Melveny & Myers' first interim fee app (.2) | B160 | 0.30 | 124.50 |
| 08/30/2024 | KMIK | Review email from Sheila Schwager regarding borrowing base certificate calculation (.1) and email client regarding same (.1) | B110 | 0.20 | 83.00 |
| 08/30/2024 | KMIK | Review email from counsel for Blue Cross of Idaho regarding proof of claim (.1) | B310 | 0.10 | 41.50 |
| 08/30/2024 | KMIK | Email Johnson May regarding filing of MORs (.1) | B110 | 0.10 | 41.50 |
| 08/30/2024 | KMIK | Call with Forbes, Kander, client, and co-counsel regarding status update on refinancing and strategy for plan (.7) | B320 | 0.70 | 290.50 |
| 08/30/2024 | KMIK | Review Rabo's objection to app to employ Heida (.1) and email Heida regarding same (.1) | B170 | 0.20 | 83.00 |
| 08/30/2024 | GMAT | Reviewing Proofs of Claim for 503(b)(9) amounts. | B310 | 4.00 | 840.00 |
| 08/30/2024 | TROU | Call with Forbes, Kander, client, and co-counsel regarding status update on refinancing and strategies for plan (.7) | B320 | 0.70 | 199.50 |
| 08/30/2024 | TROU | Review Rabo's objection to app to employ Heida (.1) | B170 | 0.10 | 28.50 |
| 08/30/2024 | TROU | Review notice of hearing on committee counsel's first interim fee app (.1); review O'Melveny & Myers' first interim fee app (.2) | B160 | 0.30 | 85.50 |
| 08/30/2024 | TROU | Emails from David Heida and Tom Dvorak regarding response to motion to compel assumption/rejection of EVD contract (.2) | B185 | 0.20 | 57.00 |

Sub-total Fees:    $24,845.50

## Rate Summary

| | | | |
|---|---|---|---|
| Krystal R. Mikkilineni | 32.20 hours at $415.00/hr | | 13,363.00 |
| Tirzah R. Roussell | 29.90 hours at $285.00/hr | | 8,521.50 |
| Gabby B. Mathias | 14.10 hours at $210.00/hr | | 2,961.00 |
| | Total hours: | 76.20 | |

## Expenses

| | | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 08/20/2024 | Third Party Delivery Payment | A111 | 1.00 | 474.24 | 474.24 |
| 08/21/2024 | Wire Fee | A107 | 1.00 | 6.25 | 6.25 |

Sub-total Expenses:    $480.49

Total Current Billing:    $25,325.99

Effective March 29, 2021, Davis Brown Law Firm formally combined with Dentons to become Dentons Davis Brown PC. Visit www.dentons.com/BusinessTerms to find our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the material terms and conditions of any existing engagement agreement. Please contact your lawyer or other professional if you have questions about the Terms of Business or with any respect of your representation.

Current statement due within 30 days of statement date. Please disregard any previously paid amounts. Contact us at 515-246-7812 with any questions.  Please include the statement number on your check.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

EXHIBIT C

## <u>NARRATIVE SHEET</u>

| | Information Requested | Information Given |
|---|---|---|
| I. | BACKGROUND:<br>The background information of the bankruptcy case, to the best of Applicant's knowledge is as follows: | |
| A. | Date the bankruptcy petition was filed. | April 2, 2024 |
| B. | Date of the "Order Authorizing Employment of Counsel": | May 24, 2024 |
| C. | Date services commenced. | March 19, 2024 |
| D. | Rate Applicant charges its non-bankruptcy clients for similar services. | Krystal Mikkilineni - $415.00 per hour<br>Tirzah Roussell - $285.00 per hour |
| E. | Application is final or interim. | Interim. |
| F. | Time period of the services or expenses covered by the Application. | August 1, 2024 through November 30, 2024 |
| | | |
| II. | CASE STATUS:<br>To the best of the Applicant's knowledge, the financial condition and status of the case is as follows: | |
| A. | The amount of cash on hand or on deposit in the estate. | No funds are being held in trust with the Applicant. |
| B. | Amount and nature of accrued unpaid, administrative expenses. | To the best of the Applicant's knowledge, the only other unpaid administrative expenses are those of the estate's other professionals. To date, the estate has retained Johnson May as co-counsel, Kander as financial advisor, Forbes as investment banker, Cooper Norman as tax accountant, Davis Livestock as livestock appraiser, Schuil Ag Real Estate as brokers opinion expert, Gale W. Harding & Associates as equipment and machinery appraiser, Summit Ag Appraisal as real estate appraiser, and Givens Pursely as special counsel.  The Unsecured Creditors Committee has also incurred administrative expenses for its professionals. |
| C. | The amount of unencumbered funds in the estate. | The estate currently holds $5,667,970 in funds (which is a constantly changing and updating number).  While those funds are technically encumbered by the various lienholders in this case, they are |

| | | |
|---|---|---|
| | | available to pay the professional fees requested pursuant to the Cash Collateral Budget. |
| | | |
| III. | PROJECT SUMMARY: Description of each professional project or task for which compensation and reimbursement is sought: | |
| A. | Description of projects. | See Exhibit B attached hereto for a detailed description of what has been performed on behalf of the estate by the applicant and the fees and costs incurred in these projects. The project categories included: Case Administration, Asset Disposition, Relief from Stay/Adequate Protection Proceedings, Meetings of and Communications with Creditors, Fee/Employment Applications, Assumption/Rejection of Leases and Contracts, Other Contested Matters, Non-Working Travel, Financing/Cash Collections, Tax Issues, Claims Administration and Objections, and Plan and Disclosure Statement. |
| B. | Necessity of projects. | **Case Administration** was necessary in order to discuss various items with the client, co-counsel, financial advisor and other parties, as well as prepare and file required reports (IRR, MOR) and respond to continued emergency/interim motions, and related orders.<br><br>**Asset Disposition** was necessary in order to maintain and collect documents regarding the potential sale of certain of the Debtors' assets and to prepare and file sale motions.<br><br>**Relief from Stay/Adequate Protection Proceedings** was necessary to respond to opposing counsel and prepare responses to motions for relief from stay and motions for adequate protection. |

| | | |
|---|---|---|
| | | **Meetings of and Communications with Creditors** was necessary to prepare for and attend conferences with creditors regarding matters related to the case, status updates, and negotiations, and correspond with creditors and counsel for creditors via phone call and/or email.<br><br>**Fee/Employment Applications** was necessary in order to draft and prepare applications to employ and draft monthly fee applications and this second interim fee application.<br><br>**Assumption/Rejection of Leases and Contracts** was necessary in order to review and respond to multiple creditor emails regarding the Debtors' intentions, and to correspond with co-counsel, financial advisor, and debtors regarding the same.<br><br>**Other Contested Matters** was necessary in order to correspond with the Debtors, co-counsel, financial advisor, and creditors regarding multiple contested matters, including use of cash collateral, DIP approval, 503(b)(9) motion, critical vendor motion, and sale motion.<br><br>**Non-Working Travel** was travel billed at ½ rate for travel to/from hearings.<br><br>**Financing/Cash Collections** was necessary in order to correspond with multiple parties regarding the cash motions and draft and prepare extensive relevant interim and final motions, notices, and orders.  Much of the initial stages of this case revolved around obtaining necessary approvals/consensus for using cash collateral to maintain operations.<br><br>**Claims Administration and Objections** was necessary in order to review claims |

|   |   | filed and evaluate potential objections to those claims.<br><br>**Plan and Disclosure Statement** was necessary in order to correspond with co-counsel, Debtors, and the financial advisor regarding the drafting of and strategy for the Chapter 11 Plan. |
|---|---|---|
| C. | Benefit of projects to the estate. | The projects have allowed the Debtors to prepare and file required reports, maintain documents for asset sales, attend required meetings, draft various applications and motions, analyze and draft the Plan, and otherwise keep operations moving forward. |
| D. | Status of project. | Interim. |
| E. | Identification of each person providing services on the projects. | See the attached Exhibit A. |
| F. | Number of hours spent, the amount of compensation requested for each professional and para-professional. | See the attached Exhibit A. |
| G. | Itemized time and services entries. | See the attached Exhibit B. |