Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule, CA Bar #252160 (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer, NY Bar #5101860 (Admitted *Pro Hac Vice*)
Gabriel L. Olivera, NY Bar #5605027 (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
         golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>　　　　　Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESERVATION OF RIGHTS - 1

| | |
|---|---|
| ☐ Millenkamp Properties | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MILLENKAMP CATTLE, ET AL.'S RESERVATION OF RIGHTS REGARDING DEBTORS' EXCLUSIVITY MOTION, DEBTORS' THIRD CASH COLLATERAL MOTION, AND RABO'S CHAPTER 11 TRUSTEE MOTION**

The Official Committee of Unsecured Creditors of Millenkamp Cattle, *et al.* (the "Committee") appointed in the above-captioned Chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, submits this reservation of rights (the "Reservation of Rights") in connection with the *Debtors' Motion to Extend Exclusive Solicitation Period of 11 U.S.C. § 1121(c)* [ECF No. 707] (the "Exclusivity Motion"), the *Debtors' Third Motion for Continued Use of Cash Collateral* [ECF No. 716] (the "Third Cash Collateral Motion"), and *Rabo Agrifinance LLC's Motion to Appoint a Chapter 11 Trustee* [ECF No. 748] (the "Chapter 11 Trustee Motion" and together with the Exclusivity Motion and Third Cash Collateral Motion, the "Motions"). In support of its Reservation of Rights, the Committee respectfully states as follows:

**RESERVATION OF RIGHTS**

On November 11, 2024, the Debtors filed the Exclusivity Motion, which requests an extension of the period for solicitation of acceptances of the Debtors' chapter 11 plan through March 31, 2025. On November 15, 2024, the Debtors filed the Third Cash Collateral Motion seeking authorization to use cash collateral to continue their operations, pay professional fees, maintain insurance, pay interest on the pre-petition secured lenders' obligations, and provide adequate protection to the pre-petition secured lenders through April 30, 2025. On November 29,

OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESERVATION OF RIGHTS - 2

2024, Rabo Agrifinance LLC ("Rabo") filed the Chapter 11 Trustee Motion requesting that the Court appoint a chapter 11 trustee to oversee the Debtors' bankruptcy cases.

The Committee neither supports nor opposes the Motions at this time, and reserves all rights with respect to the Motions. The Committee is continuing to review and discuss the Motions with the Debtors and other key stakeholders in these cases.

This Reservation of Rights should not be deemed a waiver of any rights and the Committee expressly reserves any and all rights to formally oppose or support the Motion any time prior to, or at, the hearing on the Motions currently scheduled for December 10–11, 2024.

RESPECTFULLY SUBMITTED.

Date: December 3, 2024

O'MELVENY & MYERS LLP

*/s/ Julian Gurule*
JULIAN GURULE

-and-

ELSAESSER ANDERSON, CHTD.

*/s/ Bruce A. Anderson*
BRUCE A. ANDERSON

*Attorneys for the Official Committee of Unsecured Creditors*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 3rd day of December 2024.    */s/ Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson