Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*), CA Bar No. 252160
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*), NY Bar No. 5101860
Gabriel L. Olivera (Admitted *Pro Hac Vice*), NY Bar No. 4605027
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
        golivera@omm.com

*Attorneys for the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br>MILLENKAMP CATTLE, INC.,<br>Debtors. | Case No. 24-40158-NGH<br><br>Chapter 11 Cases |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

FIRST INTERIM APPLICATION FOR COMPENSATION OF ELSAESSER ANDERSON AND NOTICE - 1

FIRST INTERIM APPLICATION FOR COMPENSATION OF ELSAESSER ANDERSON
AND NOTICE

---

**NOTICE OF FIRST INTERIM APPLICATION FOR COMPENSATION OF
ELSAESSER ANDERSON
AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

**No Objection:** The Court may consider this request for an order without further notice or hearing

unless a party in interest files an objection within **twenty-one (21)** days of the date of service of

this Notice.

If an objection is not filed within the time permitted, the Court may consider that there is no

opposition to the granting of the requested relief and may grant the relief without further notice or

hearing.

**Objection:** Any objection shall set out the legal and/or factual basis for the objection. A copy of

the objection shall be served on the movant.

**Hearing on Objection:** The objecting party shall also contact the Court's calendar clerk to

schedule a hearing on the objection and file a separate notice of hearing.

---

TO THE HONORABLE NOAH G. HILLEN, U.S. BANKRUPTCY JUDGE:

Bruce A. Anderson of Elsaesser Anderson Chtd., local counsel for O'Melveny & Myers,

and co-counsel for the Official Committee of Unsecured Creditors, hereby makes application for

approval of an award of fees in the amount of $18,060.00 and costs in the amount of $1,274.42,

for the period May 24, 2024 through October 31, 2024 and in support of this application

respectfully provides the following narrative summary:

A.      The bankruptcy petition herein was filed on March 29, 2024.

B.      Notice of Appointment of Creditors Committee [Docket # 297] was filed on May 14, 2024.

C.      The Application to Employ Elsaesser Anderson Chtd. [Docket # 334] was filed and served on May 24, 2024.

D.      The Order Approving Employment of Attorney [Docket # 449] was signed by the Court on June 21, 2024.

E.      Services are being provided on behalf of the Official Committee of Unsecured Creditors.

F.      Services in this case commenced on May 24, 2024.

G.      Applicant is now seeking compensation pursuant to 11 U.S.C. §§327, 330, 331 and 503(b).

H.      The terms and conditions of employment and compensation including all payments made or promised to be made are as follows:

1.      Hourly rate of $400.00.

2.      The source of all payments made to the applicant thus far is the Debtors.  No cap or limitation has been placed on the applicant's representation herein.  Hourly rates are listed below.

I.      Applicant charges non-bankruptcy clients comparable rates for similar services.

J.      Applicant is now seeking compensation pursuant to 11 U.S.C. §§327, 330, 331 and 503(b), as follows:

| Name | Position | Hourly Rate | Total Time | Amt. Requested |
|---|---|---|---|---|
| Bruce A. Anderson | Attorney | $400.00 | 45.15 | $18,060.00 |
| Bruce A. Anderson | Attorney | $0.00 | 2.65 | $0.00 |
| Total Fees | | | | $18,060.00 |
| Total Expenses | | | | $1,274.42 |
| Total Requested | | | | $19,334.42 |

Attached as **Exhibit A** is the detailed description for fees requested and a complete accounting for all costs incurred for which reimbursement is requested.  The amount of costs was computed utilizing the following methods of allocation:

FIRST INTERIM APPLICATION FOR COMPENSATION OF ELSAESSER ANDERSON AND NOTICE - 3

Copies are charged at the rate of $0.17 each; postage is charged at actual cost; faxes are charged at $1.00 per page, and mileage is charged at federal allowed per mile rate at the time incurred.

K.        Pursuant to the Order Establishing Interim Fee and Expense Reimbursement Procedures, the Applicant has incurred and the Debtors have paid the following fees and expenses:

|  | Fees | Expenses | Total | Paid | Remaining |
|---|---|---|---|---|---|
| May 2024 | $3,420.00 | $825.52 | $4,245.52 | $3,390.52 | $ 855.00 |
| June 2024 | $4,460.00 | $100.78 | $4,560.78 | $3,445.78 | $1,115.00 |
| July 2024 | $2,400.00 | $30.77 | $2,430.77 | $1,830.77 | $ 600.00 |
| August 2024 | $3,240.00 | $270.80 | $3,510.80 | $2,700.88 | $ 809.92 |
| September 2024 | $2,100.00 | $46.55 | $2,146.55 | $1,621.55 | $ 525.00 |
| October 2024 | $2,440.00 | $0.00 | $2,440.00 | $0.00 | $2,440.00 |
|  | $18,060.00 | $1,274.42 | $19,334.42 | $12,989.50 | $6,344.92 |

L.    The time period covered by this application is from May 24, 2024, through October 31, 2024.

M.    This is the first interim application for compensation and the following is a list of previous orders signed, amounts paid, or approved fees and expenses remaining unpaid.

| Date Order Approved & Amount Approved | Payments | Amount of Fees & Expenses Remaining unpaid |
|---|---|---|
| n/a |  |  |

N.    Compensation and reimbursement are being sought for the following:

Acting as local counsel for the Official Committee of Unsecured Creditors in reviewing, assisting in drafting and filing all Committee filings in this case.  A more detailed description of the services provided is set forth in the invoices attached as **Exhibit A**.

WHEREFORE, Applicant prays that this Court enter an Order:

1.      Approving reasonable professional fees in the amount of $18,060.00 and reimbursement of costs and expenses in the amount of $1,274.42 for a total of $19,334.42, and approval of payments of $12,989.50 made in the Application Period; and the allowance of a priority, administrative expenses under Bankruptcy Code §§ 503(b)(2) and 507(a)(2) for all such approved compensation; and

2.      Authorizing the Debtor to pay the unpaid fees $6,344.92 as allowed by the Court for the Application period.

RESPECTFULLY SUBMITTED this 3rd day of December 2024.


ELSAESSER ANDERSON, CHTD.

*/s/ Bruce A. Anderson*
BRUCE A. ANDERSON
Local Co-Counsel to the
Official Committee of Unsecured Creditors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 3, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | eclark@eclarkattorney.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Thomas E. Dvorak | ted@givenspursley.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| David W. Gadd | dwg@magicvalleylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Oren B. Haker | oren.haker@bhlaw.com |
| R. Ron Kerl | ron@cooper-larsen.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalleylaw.com |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Gabriel Luis Olivera | golivera@omm.com |
| Mark Bradford Perry | mbp@perrylawpc.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Joseph Mark Wager | wager@mwsslawyers.com |
| Britta E. Warren | britta.warren@bhlaw.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 3rd day of December 2024.

_/s/ Bruce A. Anderson_
Bruce A. Anderson

FIRST INTERIM APPLICATION FOR COMPENSATION OF ELSAESSER ANDERSON AND NOTICE - 6

## **Exhibit A**

Invoices

**Elsaesser Anderson, Chtd.**
**320 East Neider Suite 102, Coeur d'Alene, ID 83815**

**EXHIBIT A**

**Millenkamp Cattle, Inc. UCC**
Attn:  Dan Noble and Greg Zematis
Jerome, ID 83338

**Invoice # 17666**

| Invoice Date: 07/23/24 |
| Services Through: 05/31/24 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| In Reference To: | | **004 - Millenkamp UCC (Professional Services)** | | | |
| | | **04 Case Administration:  Coordination and compliance activities not specifically covered by another category.** | | | |
| | | **Reporting:  Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.** | | | |
| 05/28/24 | BA | Memo from Gabriel Olivera regarding objection deadline question (.1); receive and review amended 503b(9) motion (.2); memo from Gabriel Olivera regarding support of the motion (.1); memo to Gabriel Olivera regarding motion (.1). | 0.50 | 400.00 | $200.00 |
| 05/29/24 | BA | Receive and review Debtor's motion for payment and Order regarding 503 (b)(9) claims (.4). | 0.40 | 400.00 | $160.00 |
| In Reference To: | | **004 - Millenkamp UCC (Expenses)** | | | |
| | | **04 Case Administration:  Coordination and compliance activities not specifically covered by another category.** | | | |
| | | **Reporting:  Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.** | | | |
| 05/24/24 | BA | Copy Charges:  Elsaesser Anderson Employment Application #334, O'MELVENY & MYERS LLP Employment Application #335 (8 pages to 20 recipients) | 160.00 | 0.10 | $16.00 |
| 05/24/24 | BA | Postage:  Elsaesser Anderson Employment Application #334 and O'MELVENY & MYERS LLP Employment Application #335 (20 recipients @ $0.88 each) | 20.00 | 0.88 | $17.60 |
| 05/24/24 | BA | Filing Fee:  Visa charge to Court 3 X $250 for pro hac vice applications for Gabriel Olivera, Julian Gurule and Matthew Kremer. | 3.00 | 250.00 | $750.00 |
| 05/29/24 | BA | Copy Charge:  Declaration of Julien Gurule #353 (4 pages to 16 recipients) | 64.00 | 0.10 | $6.40 |
| 05/29/24 | BA | Postage:  Declaration of Julien Gurule #353 (16 recipients @ $0.64)) | 16.00 | 0.64 | $10.24 |
| 05/29/24 | BA | Copy Charges:  Application to Employ Amory Sec. #354 (7 pages to 16 recipients) | 112.00 | 0.10 | $11.20 |
| 05/29/24 | BA | Postage:  Application to Employ Amory Sec. #354 (16 recipients @ $0.88 each) | 16.00 | 0.88 | $14.08 |

Telephone/Fax: (208) 667-2900

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| | | | Hours | | 0.90 |
| | | | Labor: | | $360.00 |
| | | | Invoice Amount: | | $1,185.52 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|

In Reference To:  **007 (Professional Services)**

**007 - Preparation of employment and fee applications for self or others; motions to establish interim procedures.**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| 05/22/24 | BA | Teleconference with counsel from O'Melveny. | 0.75 | 0.00 | $0.00 |
| 05/23/24 | BA | Teleconference with Gabriel Olivera; receive confirmation from Gabriel Olivera that UCC has voted to accept firm as local counsel; pull up pro hac vice applications from web-site and send to Gabriel Olivera; request retainer agreement. | 1.50 | 0.00 | $0.00 |
| 05/24/24 | BA | Teleconference with Gabriel Olivera regarding Pro Hac Vice application (.1); calls with Gabriel Olivera (3) regarding Pro Hac Vice Applications (.3); teleconference with Ford Elsaesser regarding Pro Hac Vice applications and notice of appearance; draft and file notice of appearance and 3 Pro Hac Vice Applications (1.5); memo to Gabriel Olivera regarding who will be signing documents for UCC (.1); memo to Gabriel Olivera with all documents to review and as filed (.2); draft and file Elsaesser Anderson Employment Application and Verified Statement (1.25) serve on 20 largest creditors; send copy of Elsaesser Anderson Employment application and verified statement to Gabriel Olivera for review and format (.2); memo to and from Gabriel Olivera regarding retainer agreement with UCC (.1); review, revise and file employment application of UCC counsel and verified statement (1.25). | 5.20 | 400.00 | $2,080.00 |
| 05/29/24 | BA | Receive and review Orders on pro hac vice applications for UCC lead counsel and forward those and other filed documents to date to clients (.3); receive and review Garule Declaration, make changes and get filed (.5); review documents in case to determine time to reply to hearing that has been set and reset several times (.3); memos to and from Gabriel Olivera, make changes and respond to Gabriel Olivera on same (.3); receive and review updated version of Amory employment application and get filed (.75). | 2.15 | 400.00 | $860.00 |
| 05/31/24 | BA | Memo from Gabriel Olivera regarding process of registering (.1); memo to lead counsel regarding getting registered on ECF (.2). | 0.30 | 400.00 | $120.00 |
| | | | Hours | | 9.90 |
| | | | Labor: | | $3,060.00 |
| | | | Invoice Amount: | | $3,060.00 |

| | | |
|---|---|---|
| Total Hours: | | 10.80 |
| Total Labor: | | $3,420.00 |
| Total Expenses: | | $825.52 |
| **Total Invoice Amount:** | | **$4,245.52** |
| **Total Amount Due:** | | **$4,245.52** |

**Timekeeper Summary**

Telephone/Fax: (208) 667-2900

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| Bruce Anderson | 2.25 | @ 0.000 | 0.00 |
| Bruce Anderson | 8.55 | @ 400.000 | 3,420.00 |

Telephone/Fax: (208) 667-2900

**Elsaesser Anderson, Chtd.**
**320 East Neider Suite 102, Coeur d'Alene, ID 83815**

**Millenkamp Cattle, Inc. UCC**
Attn: Dan Noble and Greg Zematis
Jerome, ID 83338

**Invoice # 17671**

| Invoice Date: 07/30/24 |
| Services Through: 06/30/24 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|-----|----------------|-----------|------|--------|
| In Reference To: | | **004 - Millenkamp UCC (Professional Services)** | | | |
| | | **04 Case Administration: Coordination and compliance activities not specifically covered by another category.** | | | |
| | | **Reporting: Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.** | | | |
| 06/03/24 | BA | Review latest filings including IRS proof of claim and notice of appearance for co-counsel. | 0.40 | 400.00 | $160.00 |
| 06/04/24 | BA | Receive and review filed Notices of Appearance; review and file UCC Committee Members Certifications with Court (.4); memo from Gabriel Olivera (N/C). | 0.40 | 400.00 | $160.00 |
| 06/05/24 | BA | Memo from Gabriel Olivera with UCC's reply to 503(b)(9) motion (.1); review of draft motion and memo to Gabriel Olivera and others with my comments (1.0); review RABO limited objection (.2); file review of reply and file same (.3); memo from and to Gabriel Olivera regarding filing (.1). | 1.70 | 400.00 | $680.00 |
| 06/06/24 | BA | Review draft Reply Memorandum and make suggested changes in memo to Gabriel Olivera (.9); review revised Reply Memorandum and get filed (.4). Read and review RABO limited objection (.3). Read extensive Bar Date motion (.4). | 2.00 | 400.00 | $800.00 |
| 06/10/24 | BA | Review Docket # 194 regarding lists of scheduled status conferences and motions to be heard and forward same to Gabriel Olivera (.2). | 0.20 | 400.00 | $80.00 |
| 06/12/24 | BA | Teleconference with Matthew Kremmer regarding 341 hearing (.1); memo to Gabriel Olivera regarding 341 hearing and attendance matters (.2). | 0.30 | 400.00 | $120.00 |
| 06/12/24 | BA | Memo from Gabriel Olivera. (no charge) | 0.10 | 0.00 | $0.00 |
| 06/13/24 | BA | Review Debtor's Status Report (.25); review pleadings; attend hearing on motion to shorten time and status conference (1.0); review and refile Declaration of Committee member (.2); memos to and from Gabriel Olivera regarding changes (.1). | 1.55 | 400.00 | $620.00 |
| 06/14/24 | BA | Review exhibit and witness lists filed MetLife and Viterra (.2). | 0.20 | 400.00 | $80.00 |
| 06/18/24 | BA | Receive and review UCC Statement in support of motion being hearing on Thursday (.5); receive and review RABO Omnibus Objection (.2). | 0.70 | 400.00 | $280.00 |
| 06/19/24 | BA | Memo from Jessica Brocious with exhibits and brief review (.2). | 0.20 | 400.00 | $80.00 |
| 06/21/24 | BA | Review docket text of hearing on Debtor's motions (6)(.1). | 0.10 | 400.00 | $40.00 |

Telephone/Fax: (208) 667-2900

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|

In Reference To:  **004 - Millenkamp UCC (Expenses)**

**04 Case Administration:  Coordination and compliance activities not specifically covered by another category.**

**Reporting:  Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| 06/06/24 | BA | Copy Charge:  UCC Reply #382 (5 pages to 87 recipients) | 435.00 | 0.10 | $43.50 |
| 06/06/24 | BA | Postage:  UCC Reply #382 (87 recipients @ $0.64 each) | 87.00 | 0.64 | $55.68 |
| 06/24/24 | BA | Copy Charge: Notice of Hearing #456 to 20 Largest not on ECF | 16.00 | 0.10 | $1.60 |
| | | | Hours | | 7.85 |
| | | | Labor: | | $3,100.00 |
| | | | Invoice Amount: | | $3,200.78 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|

In Reference To:  **007 (Professional Services)**

**007 - Preparation of employment and fee applications for self or others; motions to establish interim procedures.**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| 06/17/24 | BA | Draft employment Orders for Elsaesser Anderson and O'Melveny & Myers (.3); forward proposed employment order to Gabriel Olivera for review and approval to submit (.1). | 0.40 | 400.00 | $160.00 |
| 06/18/24 | BA | Review ECF filings and file statements of no objection for applications to employ Elsaesser Anderson and O'Melveny & Myers (.3); memo from Gabriel Olivera regarding O'Melveny & Myers retention application (.1); memo to Gabriel Olivera regarding filing statement of no objection (.1); draft Orders for Employment of Elsaesser Anderson and O'Melveny & Myers (.4); send to Gabriel Olivera for review (.1). | 1.00 | 400.00 | $400.00 |
| 06/19/24 | BA | Teleconference with Matthew Kremmer regarding applications for employment (.1); teleconference with Gabriel Olivera regarding hearings; memos from Matt Christensen regarding upcoming hearings (.1). | 0.20 | 400.00 | $80.00 |
| 06/19/24 | BA | Memo from Gery Edson (no charge) | 0.10 | 0.00 | $0.00 |
| 06/21/24 | BA | Receive and review Order on Employment (.1); memo from Mel Battle regarding employment application of UCC counsel (.1); memo to UCC counsel regarding setting hearing on application for employment (.4). | 0.60 | 400.00 | $240.00 |
| 06/21/24 | BA | NO CHARGE - Memo from Gabriel Olivera. | 0.10 | 0.00 | $0.00 |
| 06/24/24 | BA | Teleconference with Mel Battle at court regarding scheduling hearing for O'Melveny employment application (.1); memo to Julian Garule, Mathew Kremmer and Gabriel Olivera regarding call with court and available hearing dates (.3); memo to Gabriel Olivera regarding hearing dates (.1); prepare, file and serve Notice of Hearing (.5). | 1.00 | 400.00 | $400.00 |
| 06/26/24 | BA | File Notice of Change of Address for UCC counsel (.2). | 0.20 | 400.00 | $80.00 |
| | | | Hours | | 3.60 |
| | | | Labor: | | $1,360.00 |
| | | | Invoice Amount: | | $1,360.00 |

Telephone/Fax: (208) 667-2900

| | |
|---|---|
| Total Hours: | 11.45 |
| Total Labor: | $4,460.00 |
| Total Expenses: | $100.78 |
| **Total Invoice Amount:** | **$4,560.78** |
| Previous Balance: | $4,245.52 |
| **Total Amount Due:** | **$8,806.30** |

## Timekeeper Summary

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| Bruce Anderson | 0.30 | @ 0.000 | 0.00 |
| Bruce Anderson | 11.15 | @ 400.000 | 4,460.00 |

Telephone/Fax: (208) 667-2900

# Elsaesser Anderson, Chtd.
### 320 East Neider Suite 102, Coeur d'Alene, ID 83815

**Millenkamp Cattle, Inc. UCC**
Attn: Dan Noble and Greg Zematis
Jerome, ID 83338

**Invoice # 17734**

| Invoice Date: 08/26/24 |
| Services Through: 07/31/24 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------| ----------|------|--------|
| In Reference To: | | **004 - Millenkamp UCC (Professional Services)** | | | |
| | | **04 Case Administration:  Coordination and compliance activities not specifically covered by another category.** | | | |
| | | **Reporting:  Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.** | | | |
| 07/01/24 | BA | Review Docket #468 Valleywide's Notice of Motion for allowance of administrative claims (.1). | 0.10 | 400.00 | $40.00 |
| 07/03/24 | BA | Receive and review Docket #475 Debtor's Objection to Motion for Relief from Stay (.1); receive and review Docket #475 Motion to Amend Order on Amended Motion to Allow and Pay Section 503(b) (9) Claims (related document(s)[308] (.1). | 0.20 | 400.00 | $80.00 |
| 07/18/24 | BA | Attend (by telephone) hearing on various matters (.8); memo from Matthew Kremer regarding today's hearing (.1); review Order extending exclusivity periods (Docket # 507) (.1). | 0.90 | 400.00 | $360.00 |
| | | | Hours | | 1.20 |
| | | | Labor: | | $480.00 |
| | | | Invoice Amount: | | $480.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------| ----------|------|--------|
| In Reference To: | | **007 (Professional Services)** | | | |
| | | **007 - Preparation of employment and fee applications for self or others; motions to establish interim procedures.** | | | |
| 07/02/24 | BA | Memo from Gabriel Olivera regarding retention of Amory employment application (.1); file statement of no objection regarding Docket #354 Application to Employ Armory Securities, LLC as Financial Advisors (.1). | 0.20 | 400.00 | $80.00 |
| 07/16/24 | BA | Memos from and to Gabriel Olivera regarding Amory Securities (.1); review and submit Order regarding employment of Amory Securities (.1). | 0.20 | 400.00 | $80.00 |
| 07/17/24 | BA | Memos to and from Gabriel Olivera regarding upcoming hearing (.1). | 0.10 | 400.00 | $40.00 |
| 07/18/24 | BA | Memo to Matthew Kremer regarding Amory Securities employment application (.2); memo from Court regarding Amory Securities, set for hearing (.1); memo to Team regarding setting Amory employment application for hearing (.2); memo from Gabriel Olivera regarding setting application for hearing (.1). | 0.60 | 400.00 | $240.00 |

Telephone/Fax: (208) 667-2900

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 07/19/24 | BA | Draft and file Notice of Hearing regarding Amory Securities employment application (.5). | 0.50 | 400.00 | $200.00 |
| 07/30/24 | BA | Teleconference with Gabriel Olivera regarding motions for interim distributions for May 2024 and June 2024 (.1); review Order regarding filing of interim distributions (.1); review OMelveny & Myers cover sheet applications and notices for May and June 2024 (.1); draft and file motions and notices for May and June 2024 (2.0). | 2.30 | 400.00 | $920.00 |
| 07/31/24 | BA | Draft and file Certificate of Service of Motions and Notices, and serve motions and notices on non-ecf participants (.2). | 0.20 | 400.00 | $80.00 |

| | | | | Hours | 4.10 |
|---|---|---|---|---|---|
| | | | | Labor: | $1,640.00 |
| | | | | Invoice Amount: | $1,640.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|

In Reference To:  **008 - Review of Fee and Employment Applications (Professional Services)**

**Fee/Employment Objections: Review of and objections to the employment and fee applications of others.**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/24 | BA | Review Docket # 470 Debtor's Motion for Interim Distribution for Schuil Ag Real Estate, Inc. (.1). | 0.20 | 400.00 | $80.00 |
| 07/03/24 | BA | Receive and review Docket # 477 Dentons' Motion for Interim Distribution (.2). | 0.20 | 400.00 | $80.00 |
| 07/08/24 | BA | Review of Dockets# 479 and 480 Motion for Interim Distribution (.1) and Notice of June 2024 Notice of Application for Interim Distribution (Christensen)(.1). | 0.20 | 400.00 | $80.00 |
| 07/08/24 | BA | Review of Docket #482 Application for Compensation Schuil Ag Real Estate Inc, Realtor (.1). | 0.10 | 400.00 | $40.00 |

| | | | | Hours | 0.70 |
|---|---|---|---|---|---|
| | | | | Labor: | $280.00 |
| | | | | Invoice Amount: | $280.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|

In Reference To:  **200 - Expenses (Expenses)**

**Expenses**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 07/19/24 | BA | Copy Charge:  Notice of Hearing (related document #354 Application to Employ Armory Securities, LLC as Financial Advisors (1 page to 13 recipients) | 13.00 | 0.10 | $1.30 |
| 07/19/24 | BA | Postage:  Notice of Hearing (related document #354 Application to Employ Armory Securities, LLC as Financial Advisors (13 recipients) | 13.00 | 0.73 | $9.49 |
| 07/31/24 | BA | Copy Charge:  Elsaesser Anderson Motion for Interim Disbursement and Notices for May 2024 and June 2024 (#s 525, 526, 528, 530) (8 pages to 18 recipients) | 18.00 | 0.10 | $1.80 |
| 07/31/24 | BA | Postage:  Elsaesser Anderson Motion for Interim Disbursement and Notices for May 2024 and June 2024  (#s 525, 526, 528, 530) (18 recipients) | 18.00 | 1.01 | $18.18 |

| | | | | Invoice Amount: | $30.77 |
|---|---|---|---|---|---|

Telephone/Fax: (208) 667-2900

|  |  |
|---|---|
| Total Hours: | 6.00 |
| Total Labor: | $2,400.00 |
| Total Expenses: | $30.77 |
| **Total Invoice Amount:** | **$2,430.77** |
| **Total Amount Due:** | **$2,430.77** |

## Timekeeper Summary

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| Bruce Anderson | 6.00 | @ 400.000 | 2,400.00 |

Telephone/Fax: (208) 667-2900

# Elsaesser Anderson, Chtd.
### 320 East Neider Suite 102, Coeur d'Alene, ID 83815

**Millenkamp Cattle, Inc. UCC**
Attn: Dan Noble and Greg Zematis
Jerome, ID 83338

## Invoice # 17817

| Invoice Date: 09/27/24 |
| Services Through: 08/31/24 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|----------------|-----------|------|--------|
| In Reference To: | | **004 - Millenkamp UCC (Professional Services)** | | | |
| | | **04 Case Administration:  Coordination and compliance activities not specifically covered by another category.** | | | |
| | | **Reporting:  Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.** | | | |
| 08/09/24 | BA | Review Status Report #552. | 0.20 | 400.00 | $80.00 |
| | | | Hours | | 0.20 |
| | | | Labor: | | $80.00 |
| | | | Invoice Amount: | | $80.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|----------------|-----------|------|--------|
| In Reference To: | | **007 (Professional Services)** | | | |
| | | **007 - Preparation of employment and fee applications for self or others; motions to establish interim procedures.** | | | |
| 08/15/24 | BA | Review motion to employ Amory counsel and order regarding today's status conference (.25); attend by telephone hearing on Amory employment and Status Conference (.4); memo from Gabriel Olivera on fee matter (.1); memo to Gabriel Olivera on fee matter (.2); extended memo to Debtor's counsel on interim distributions (.3). | 1.25 | 400.00 | $500.00 |
| 08/16/24 | BA | Memo from Nichole Mulhner with supplement to Amory employment application and file same (.5). | 0.50 | 400.00 | $200.00 |
| 08/19/24 | BA | Memo from Krystal Mikkilineni responding to my memo regarding interim fee distribution (.1). | 0.10 | 400.00 | $40.00 |
| 08/20/24 | BA | Review O'Melveny & Myers motion for interim distribution for July 2024 and get filed (.75). | 0.75 | 400.00 | $300.00 |
| 08/21/24 | BA | Memo from Krystal Mikkilineni regarding wire transfer (.1); serve 20 largest creditors with O'Melveny notice of motion for interim distribution (.4). | 0.50 | 400.00 | $200.00 |
| 08/27/24 | BA | Receive and review draft of O'Melveny first interim fee application (.5); memos to and from Nicole Mulhner (.2); work on and file Elsaesser Anderson interim disbursement request (.5). | 1.20 | 400.00 | $480.00 |

Telephone/Fax: (208) 667-2900

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 08/29/24 | BA | Review and suggest revisions to first interim fee application and notice of hearing for O'Melveny (1.5); get hearing date from Court; file application (.25); memos (4) from and to Nicole Mulhner regarding filing fee application, necessity of notice of hearing and attachment of negative noticing (.5); review updated application and memo to Nicole regarding correction of figures (.2); additional memos from Nicole regarding finalized application (4)(.2); work on notice of hearing and file same (.3). | 2.95 | 400.00 | $1,180.00 |
| 08/30/24 | BA | Assisted submitting notice of fee application with on-line service company to service on all parties. (.25). | 0.25 | 400.00 | $100.00 |

|  |  |  |  | Hours | 7.50 |
|---|---|---|---|---|---|
|  |  |  |  | Labor: | $3,000.00 |
|  |  |  | Invoice Amount: |  | $3,000.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|

In Reference To: **008 - Review of Fee and Employment Applications (Professional Services)**

**Fee/Employment Objections: Review of and objections to the employment and fee applications of others.**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 08/02/24 | BA | Review Denton's and other debtor fee applications #539 and #540. | 0.20 | 400.00 | $80.00 |
| 08/30/24 | BA | Review RABO limited objection to employment of Special Counsel for Debtors (.2). | 0.20 | 400.00 | $80.00 |

|  |  |  |  | Hours | 0.40 |
|---|---|---|---|---|---|
|  |  |  |  | Labor: | $160.00 |
|  |  |  | Invoice Amount: |  | $160.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|

In Reference To: **200 - Expenses (Expenses)**

**Expenses**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 08/16/24 | BA | Postage: Docket # 562 Supplement to Employment Application of Armory Securities, LLC | 13.00 | 0.73 | $9.49 |
| 08/16/24 | BA | Copy Charge: Docket #562 Supplement to Employment Application of Armory Securities, LLC  ( 2 pages to 13 Recipients). | 26.00 | 0.17 | $4.42 |
| 08/20/24 | BA | Postage: Dockets #571 and 572 - O'Melveny & Myers Motion for Interim Disbursement July 2024 and Notice. | 14.00 | 1.01 | $14.14 |
| 08/20/24 | BA | Copy Charge: Dockets 571 and 572 - O'Melveny Motion for Interim Disbursement and Notice. 8 pages * 14 recipients | 112.00 | 0.17 | $19.04 |
| 08/27/24 | BA | Postage: Elsaesser Anderson Motion for Interim Disbursement for July 2024 and Notice. | 15.00 | 1.01 | $15.15 |
| 08/27/24 | BA | Copy Charge: Elsaesser Anderson Motion for Interim Disbursement for July 2024 and Notice. (7 pages X 15 recipients) | 105.00 | 0.17 | $17.85 |
| 08/29/24 | BA | Postage: Docket #585 O'Melveny First Interim Fee Application. | 15.00 | 1.01 | $15.15 |
| 08/29/24 | BA | Copy Charge: Docket #585 O'Melveny First Interim Fee Application. (13 pages to 15 recipients). | 195.00 | 0.17 | $33.15 |
| 08/30/24 | BA | Postage: #   Notice of O'Melveny Fee Application (101 recipients at the 1oz rate  = $73.73) | 0.73 | 101.00 | $73.73 |

Telephone/Fax: (208) 667-2900

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|-----|----------------|-----------|------|--------|
| 08/30/24 | BA | Copy Charge:  O'Melveny & Myers Notice of Application for Compensation (4 pages to 101 recipients @ $0 .17 = 68.68) | 404.00 | 0.17 | $68.68 |

|  |  | Invoice Amount: | $270.80 |
|--|--|-----------------|---------|

| | |
|--|--|
| Total Hours: | 8.10 |
| Total Labor: | $3,240.00 |
| Total Expenses: | $270.80 |
| **Total Invoice Amount:** | **$3,510.80** |
| **Total Amount Due:** | **$3,510.80** |

## Timekeeper Summary

| Timekeeper | Hrs | Rate | Amount |
|------------|-----|------|--------|
| Bruce Anderson | 8.10 | @ 400.000 | 3,240.00 |

Telephone/Fax: (208) 667-2900

# Elsaesser Anderson, Chtd.
### 320 East Neider Suite 102, Coeur d'Alene, ID 83815

**Millenkamp Cattle, Inc. UCC**
Attn: Dan Noble and Greg Zematis
Jerome, ID 83338

## Invoice # 17851

| Invoice Date: 10/24/24 |
| Services Through: 09/30/24 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| In Reference To: | | **004 - Millenkamp UCC (Professional Services)** | | | |
| | | **04 Case Administration: Coordination and compliance activities not specifically covered by another category.** | | | |
| | | **Reporting: Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.** | | | |
| 09/05/24 | BA | Review UCC Joinder to Debtors' Objection to EVD Motion to Compel (.4); memo to Gabriel Olivera regarding Joinder (.1); memo from Gabriel Olivera regarding filing of Joinder (.1); memo to and from Gabriel Olivera regarding filing, get document filed (.3). | 0.90 | 400.00 | $360.00 |
| 09/10/24 | BA | Review Debtor's Status report #604. | 0.20 | 400.00 | $80.00 |
| 09/11/24 | BA | Review of Amended Status Report #606 (.1), receive and review Stipulation Between EVD, Debtors, Unsecured Creditors Committee for Order Resolving EVD Motion to Compel #607 (.2). | 0.30 | 400.00 | $120.00 |
| 09/12/24 | BA | Review Documents # 565 Chistensen Fee Application, # 548 Denton's fee application and # 607 EVD Motion to compel (.2); attend status hearing via telephone (.2). | 0.40 | 400.00 | $160.00 |
| | | | Hours | | 1.80 |
| | | | Labor: | | $720.00 |
| | | | Invoice Amount: | | $720.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| In Reference To: | | **007 (Professional Services)** | | | |
| | | **007 - Preparation of employment and fee applications for self or others; motions to establish interim procedures.** | | | |
| 09/09/24 | BA | Memo from Gabriel Olivera regarding Amory cover sheet application for May June and July 2024 and short review of attached drafts (.3); memos to and from Gabriel Olivera regarding filing of Amory pleadings (.1); file Amory cover sheet applications (.2). | 0.60 | 400.00 | $240.00 |
| 09/10/24 | BA | Serve notices of Amory Motions for Interim Distributions for May, June and July 2024. | 0.25 | 400.00 | $100.00 |
| 09/16/24 | BA | Memo to Debtor's Team regarding Interim Distribution (.2). | 0.20 | 400.00 | $80.00 |
| 09/19/24 | BA | Memo from Gabriel Olivera with Amory cover sheet application for August 2024 and notice (.1); review cover sheet application and notice and file pleadings (.3). | 0.40 | 400.00 | $160.00 |

Telephone/Fax: (208) 667-2900

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| 09/20/24 | BA | Memo from Gabriel Olivera regarding no objections to O'Melveny & Myers First Interim Fee Application and filing of Statement of No Objection (.1). | 0.10 | 400.00 | $40.00 |
| 09/23/24 | BA | Memo from Gabriel Olivera regarding moving fee hearing (.1); teleconference with Court regarding moving hearing on O'Melveny & Myers fee application (.1); review stipulation regarding moving hearing (.2); memo from Melanie Battle (.1); memo to Gabriel Olivera regarding moving hearing to October 10 (.1); memo regarding October 2 hearings being telephonic (.1); memo from Gabriel Olivera (n/c). | 0.70 | 400.00 | $280.00 |
| 09/25/24 | BA | Receive and review Notice of Hearing (being held telephonically) #632 and Application for Interim Professional Compensation for O'Melveny & Myers LLP, #586 | 0.20 | 400.00 | $80.00 |
| 09/27/24 | BA | Draft cover sheet motion for interim distribution and notice for Elsaesser Anderson, finalize and file same (.4); review O'Melveny & Myers cover sheet motion for interim distribution (August 2024) and notice, file same (.4). | 0.80 | 400.00 | $320.00 |

|  |  |  |  | Hours | 3.25 |
|--|--|--|--|-------|------|
|  |  |  |  | Labor: | $1,300.00 |
|  |  |  |  | Invoice Amount: | $1,300.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|

**In Reference To:  008 - Review of Fee and Employment Applications (Professional Services)**

**Fee/Employment Objections: Review of and objections to the employment and fee applications of others.**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| 09/25/24 | BA | Receive and review application to appoint experts. | 0.20 | 400.00 | $80.00 |

|  |  |  |  | Hours | 0.20 |
|--|--|--|--|-------|------|
|  |  |  |  | Labor: | $80.00 |
|  |  |  |  | Invoice Amount: | $80.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|

**In Reference To:  200 - Expenses (Expenses)**

**Expenses**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| 09/10/24 | BA | Copy Charge:  Dockets #600, 601 and 602 Notice of Amory Securities Cover Sheet Application for Payment of Interim Compensation May 2024 through July 2024 (8 pages to 15 recipients) | 120.00 | 0.17 | $20.40 |
| 09/10/24 | BA | Postage:  Dockets #600, 601 and 602 Notice of Amory Securities Cover Sheet Application for Payment of Interim Compensation May 2024 through July 2024 ($1.01 X 15 recipients) | 15.00 | 1.01 | $15.15 |
| 09/19/24 | BA | Copy Charge:  Notice of Armory Securities, LLC's Application for Allowance and Payment of Interim Compensation for August 2024 (3 pages for 15 recipients) | 0.45 | 0.11 | $0.05 |
| 09/19/24 | BA | Postage:  Notice of Armory Securities, LLC's Application for Allowance and Payment of Interim Compensation for August 2024 (15 recipients) | 15.00 | 0.73 | $10.95 |

|  |  |  | Invoice Amount: | $46.55 |
|--|--|--|-----------------|--------|

Telephone/Fax: (208) 667-2900

|  | |
|---|---:|
| Total Hours: | 5.25 |
| Total Labor: | $2,100.00 |
| Total Expenses: | $46.55 |
| **Total Invoice Amount:** | **$2,146.55** |
| **Total Amount Due:** | **$2,146.55** |

## Timekeeper Summary

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| Bruce Anderson | 5.25 | @ 400.000 | 2,100.00 |

Telephone/Fax: (208) 667-2900

# Elsaesser Anderson, Chtd.
## 320 East Neider Suite 102, Coeur d'Alene, ID 83815

**Millenkamp Cattle, Inc. UCC**
Attn: Dan Noble and Greg Zematis
Jerome, ID 83338

**Invoice # 17960**

| Invoice Date: 11/18/24 |
| Services Through: 10/31/24 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| In Reference To: | **004 - Millenkamp UCC (Professional Services)** | | | | |
| | **04 Case Administration:  Coordination and compliance activities not specifically covered by another category.** | | | | |
| | **Reporting:  Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.** | | | | |
| 10/09/24 | BA | Receive and review Debtors' status report #664 (.1). | 0.10 | 400.00 | $40.00 |
| 10/10/24 | BA | Review Amended Schedules #665 (.2). | 0.20 | 400.00 | $80.00 |
| 10/11/24 | BA | Review RABO's objection to Debtors' motion to continue use of cash collateral #670 (.2). | 0.20 | 400.00 | $80.00 |
| | | | Hours | | 0.50 |
| | | | Labor: | | $200.00 |
| | | | Invoice Amount: | | $200.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| In Reference To: | **007 (Professional Services)** | | | | |
| | **007 - Preparation of employment and fee applications for self or others; motions to establish interim procedures.** | | | | |
| 10/02/24 | BA | Draft proposed Order for O'Melveny& Myers' first fee application (.5); memo from and to Nicole Molner re fee application (.1); memo to Matt Kremer regarding hearing (.1); receive and review comments to proposed order and memo to Nicole Molner regarding same (.3); memo to Brett Cahoon regarding reviewing of proposed Order (.1); memo from Brett Cahoon approving form of Order and respond to Nicole Molner (.1); teleconference with Nicole Molner regarding Order (.1); teleconference with Matt Kremer regarding hearing (.1). | 1.40 | 400.00 | $560.00 |
| 10/03/24 | BA | Memo from Nicole Molner regarding Order, add electronic signatures and submit proposed Order (.1). | 0.10 | 400.00 | $40.00 |
| 10/04/24 | BA | Forward email to Nicole Molner with Order as lodged (no charge). | 0.10 | 0.00 | $0.00 |
| 10/09/24 | BA | Receive and review order on O'Melveny Myers' first fee application #660 as entered. | 0.10 | 400.00 | $40.00 |
| 10/16/24 | BA | Memo to Krystal Mikkilineni regarding interim distribution with amount and wire transfer instructions (.2). | 0.20 | 400.00 | $80.00 |
| 10/22/24 | BA | Work on motion for interim disbursement and notice for September 2024 (.5). | 0.50 | 400.00 | $200.00 |
| 10/23/24 | BA | Continued work on motion for interim disbursement. | 0.50 | 400.00 | $200.00 |

Telephone/Fax: (208) 667-2900

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/28/24 | BA | Receive and review Amory Securities motion for interim distribution and notice, file same (.75); file Anderson motion for interim distribution and notice (.2). | 0.95 | 400.00 | $380.00 |
| 10/31/24 | BA | Receive and review O'Melveny & Myers' motion for interim disbursement and notice, make format changes and file same (.7); various memos to and from Gabriel Olivera regarding O'Melveny & Myers' motion for interim distribution (.1). | 0.80 | 400.00 | $320.00 |

| | | | Hours | 4.65 |
|---|---|---|---|---|
| | | | Labor: | $1,820.00 |
| | | | Invoice Amount: | $1,820.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **008 - Review of Fee and Employment Applications (Professional Services)** | | | |
| | | **Fee/Employment Objections: Review of and objections to the employment and fee applications of others.** | | | |
| 10/09/24 | BA | Receive and review Debtors' application to employ special counsel #659 (.1), receive and review Dentons' interim fee application #661 (.2). | 0.30 | 400.00 | $120.00 |

| | | | Hours | 0.30 |
|---|---|---|---|---|
| | | | Labor: | $120.00 |
| | | | Invoice Amount: | $120.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **12 - Plan and Disclosure Statement (Professional Services)** | | | |
| | | **12 - Plan and Disclosure Statement - Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the allowance and objections to allowance of claims.** | | | |
| 10/02/24 | BA | Receive and brief review Plan and Disclosure Statement #640 and 641. | 0.75 | 400.00 | $300.00 |

| | | | Hours | 0.75 |
|---|---|---|---|---|
| | | | Labor: | $300.00 |
| | | | Invoice Amount: | $300.00 |

| | | |
|---|---|---|
| | Total Hours: | 6.20 |
| | Total Labor: | $2,440.00 |
| | **Total Invoice Amount:** | **$2,440.00** |
| | **Total Amount Due:** | **$2,440.00** |

## Timekeeper Summary

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| Bruce Anderson | 0.10 | @ 0.000 | 0.00 |
| Bruce Anderson | 6.10 | @ 400.000 | 2,440.00 |

Telephone/Fax: (208) 667-2900