# BANKRUPTCY COURT
Exhibit List

**SUBMITTED BY:** Debtors

| | |
|---|---|
| **CASE NAME:** In re Millenkamp Cattle, Inc., et al. | **COURT DATE:** December 10/11, 2024    **CASE NUMBER:** 24-40158-NGH |
| **Debtor:** In re Millenkamp Cattle, Inc., et al. | **Creditor/Trustee:** Various |
| **Debtor's Counsel:** Christensen/Mikkilineni | **Counsel:** |
| **Exhibit Nos.** 1040 - 1052 | **Exhibit Nos.** _____ |
| **PRESIDING JUDGE:** Noah G. Hillen | **Matter before the Court:** Cash Collateral, etc. |

| EXHIBITS NOS. | Date | ADMITTED | DESCRIPTION |
|---|---|---|---|
| 1018 | | | Equipment Appraisal |
| 1019 | | | Livestock Appraisal |
| 1040 | | | 2024 Appraisal - Canyonlands |
| 1041 | | | 2024 Appraisal - East Valley Dairy |
| 1042 | | | 2024 Appraisal - German Dairy |
| 1043 | | | 2024 Appraisal - Jersey Girls Dairy |
| 1044 | | | 2024 Appraisal - Goose Ranch |
| 1045 | | | 2024 Appraisal - Calf Ranch |
| 1046 | | | 2024 Appraisal - McGregor/Ridgeway |
| 1047 | | | 2024 Appraisal - Moonshine Ranch |
| 1048 | | | Real Property Appraisal Summary |
| 1049 | | | Inventory Analysis |
| 1050 | | | Equity Cushion Analysis |
| 1051 | | | Rabo's Equity Cushion in Personal Property |
| 1052 | | | Cash Collateral Budget (3rd Motion) |
| | | | |
| | | | |

Updated June 11, 2013