Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com
       bwilson@hawleytroxell.com

Andrew J. Schoulder (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212.318.3030
Email: andrew.schoulder@nortonrosefulbright.com

Attorneys for Rabo AgriFinance LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH PRIOR EXHBITS - 1

59797.0007.17894635.1

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

## NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH PRIOR EXHIBITS

Pursuant to the Order Extending Exclusive Solicitation Period Setting Hearing On Debtors' Motion, Dkt. 733, Rabo AgriFinance LLC, in its capacity as agent and lender ("RAF"), by and through its attorneys of record, hereby files its Notice of Intent to Present Evidence Through the exhibits that are identified in the Rabo AgriFinance Amended Exhibit List filed as Dkt, No. 772, which includes exhibits that have been submitted by RAF in the prior evidentiary hearings, for the pending motions and objections set for hearing on December 10, 2024, and December 11, 2024, at 9:00 a.m. (MT). Due to the scope of the pending motions and objections, including Rabo AgriFinance LLC's Motion to Appoint a Chapter 11 Trustee, Dkt. No. 748, RAF is unable to specify which prior exhibits it will need to rely upon at the current evidentiary hearings, as it will depend on how the Debtors' witnesses testify and whether it is necessary to refer to such exhibits. In that regard, RAF also reserves the right to rely upon exhibits that were submitted by the Debtors at the prior hearings, including but not limited to Debtors Exhibit No. 1029 and Debtors Exhibit No. 1032.

Dated: December 3, 2024.

HAWLEY TROXELL ENNIS & HAWLEY LLP

*/s/ Sheila R. Schwager*

Sheila R. Schwager, ISB No. 5059
Attorneys for Rabo AgriFinance LLC

NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH PRIOR EXHIBITS- 2

59797.0007.17894635.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of December, 2024, I electronically filed the foregoing NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH PRIOR EXHIBITS with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine Patrice Reynard | janine@averylaw.net |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com |
| Zachary Fairlie | zfairlie@spencerfance.com |
| John O'Brien | jobrien@spencerfane.com |
| Gery W. Edson | gedson@gedson.com |
| Aaron Bell | abell@evanskeane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Karen Lloyd | klloyd@grsm.com |
| James Justin May | jjm@johnsonmaylaw.com |
| Rhett Michael Miller | rmiller@magicvalley.law |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan Thomas Roth | evan@sawtoothlaw.com |

NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH PRIOR EXHIBITS- 3

59797.0007.17894635.1

| | |
|---|---|
| Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| John F. Kurtz, Jr. | jfk@kurtzlaw.com |
| And any others receiving cm/ecf notices | |

_/s/ Sheila R. Schwager_
Sheila R. Schwager

NOTICE OF INTENT TO PRESENT EVIDENCE THROUGH PRIOR EXHIBITS- 4

59797.0007.17894635.1