# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br>Millenkamp Cattle, Inc. | CASE NO: 24-40158-NGH<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 762 |

On 12/4/2024, I did cause a copy of the following documents, described below,

Notice of Hearing ECF Docket Reference No. 762

Notice of Hearing 768

brucea@eaidaho.com

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/4/2024

/s/ Bruce A. Anderson
Bruce A. Anderson  3392

Elsaesser Anderson, Chtd.
320 East Neider Avenue, Ste. 102
Coeur d Alene, ID  83815
208 667 2900
danderson@eaidaho.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>Millenkamp Cattle, Inc. | CASE NO: 24-40158-NGH<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 762 |

On 12/4/2024, a copy of the following documents, described below,

Notice of Hearing ECF Docket Reference No. 762

Notice of Hearing 768

brucea@eaidaho.com

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/4/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Bruce A. Anderson
Elsaesser Anderson, Chtd.
320 East Neider Avenue, Ste. 102
Coeur d Alene, ID  83815

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| AD HOC COMMITTEE OF CORN SILAGE GROWERS<br>153 EAST MAIN STREET<br>PO BOX 168<br>JEROME, ID 83338-0168 | AMORY SECURITIES LLC<br>200 NORTH PACIFIC HWY<br>SUITE 1525<br>EL SEGUNDO CA 90245 | AUTOMATION WERX, LLC<br>MORROW & FISCHER, PLLC<br>4 OGDEN AVENUE<br>NAMPA, ID 83651-2371 |
| BUNGE CANADA<br>C/O DAVID D. FARRELL, ESQ.<br>ONE BANK PLAZA<br>SUITE 2700<br>ST. LOUIS MO 63101 | DAVIS LIVESTOCK, INC.<br>780 E CANNIBAL RD<br>LEWISTON, UT 84320-2038 | GIVENS PURSLEY LLP<br>601 W. BANNOCK<br>PO BOX 2720<br>BOISE, ID 83701-2720 |
| SUMMIT AG APPRAISAL INC<br>995 S 1150 E<br>ALBION ID 83311-9710 | THE FORBES SECURITIES GROUP LLC<br>DBA FORBES<br>6400 S FIDDLERS GREEN CIRCLE<br>SUITE 850<br>GREENWOOD VILLAGE CO 80111-4994 | A SCOTT JACKSON TRUCKING INC<br>CO WILLIAMS MESERVY LARSEN LLP<br>POST OFFICE BOX 168<br>153 EAST MAIN STREET<br>JEROME ID 83338-2332 |
| AAA COW COMFORT LLC<br>PO BOX 307<br>KIMBERLY ID 83341-0307 | ABS GLOBAL<br>1525 RIVER RD<br>DEFOREST WI 53532-2430 | ARNOLD MACHINERY COMPANY<br>2975 WEST 2100 SOUTH<br>SALT LAKE CITY UT 84119-1273 |
| ADDISON BIOLOGICAL LABORATORY INC<br>507 NORTH CLEVELAND ST<br>FAYETTE MO 65248-1083 | AIRGAS USA LLC<br>110 WEST 7TH ST SUITE 1400<br>TULSA OK 74119-1077 | ALEXANDER K REED<br>4296 N 2100 E<br>FILER ID 83328-5046 |
| AMERICAN CALF PRODUCTS<br>GOLDEN STATE MIXING<br>425 D STREET<br>TURLOCK CA 95380-5452 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | BS R DESIGN SUPPLIES<br>198 LOCUST ST S<br>TWIN FALLS ID 83301-7832 |
| BO STEVENSON DBA B&A FARMS<br>1001 S 1900 E<br>HAZELTON ID 83335-5451 | CAPITOL ONE<br>PO BOX 60599<br>CITY OF INDUSTRY CA 91716-0599 | CARNE I CORP<br>134 E HIGHWAY 81<br>BURLEY ID 83318-5427 |
| CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN VA 20147-6122 | CENTURYTEL SERVICE GROUP LLC DBA<br>CENTURYLI<br>931 14TH STREET 9TH FLOOR<br>DENVER CO 80202-2994 | CHRISTOPHER CAMARDELLO<br>1031 MENDOTA HEIGHTS ROAD<br>ST PAUL MN 55120-1419 |
| CITI CARDS<br>PO BOX 78019<br>PHOENIX AZ 85062-8019 | CLINT D THOMPSON<br>298 N 200 W<br>JEROME ID 83338-5372 | COASTLINE EQUIPMENT COMPANY<br>2000 E OVERLAND RD<br>MERIDIAN ID 83642-6665 |

USPS FIRST CLASS MAIL RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| COLONIAL LIFE<br>PROCESSING CENTER<br>PO BOX 1365<br>COLUMBIA SC 29202-1365 | CONRAD BISHCOFF INC<br>2251 N HOLMES<br>PO BOX 50106<br>IDAHO FALLS ID 83405-0106 | DAIMLER TRUCK FINANCIAL SERVICES USA<br>CO RANDALL P MROCZYNSKI<br>COOKSEY TOOLEN GAGE DUFFY WOOG<br>535 ANTON BOULEVARD SUITE 1000<br>COSTA MESA CA 92626-7664 |
| DAIRY TECH LLC<br>1031 MENDOTA HEIGHTS ROAD<br>ST PAUL MN 55120-1419 | DAVID CLARK<br>CLARK AMBULATORY CLINIC INC<br>1019 E 1020 S<br>ALBION ID 83311 | DOUGLAS J GRANT<br>2050 E 500 S<br>HAZELTON ID 83335-5006 |
| DUSTY BROW FARMS INC<br>2601 E 1100 S<br>HAZELTON ID 83335-5623 | EDWARD CHOJNACKY<br>298 N 100 W<br>JEROME ID 83338-5406 | ELECTRICAL WERX CONSTRUCTION LLC<br>PO BOX 3066<br>IDAHO FALLS ID 83403-3066 |
| EVANS PLUMBING<br>111 GULF STREAM LANE<br>HAILEY ID 83333-7725 | FARMERS BANK<br>PO BOX 392<br>BUHL ID 83316-0392 | FASTENAL COMPANY<br>2001 THEURER BLVD<br>ATTN- LEGAL<br>WINONA MN 55987-9902 |
| FREDIN BROTHERS INC<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | GJ VERTILINE PUMPS INC<br>PO BOX 892<br>TWIN FALLS ID 83303-0892 | GRANT AND HAGAN INC<br>PO BOX 326<br>HAZELTON ID 83335-0326 |
| GRANT 4D FARMS LLC<br>707 E 600 N<br>RUPERT ID 83350-9466 | GREEN SOURCE AUTOMATION LLC<br>3506 MOORE ROAD<br>CERES CA 95307-9402 | HATFIELD MANUFACTURING INC<br>1823 SHOESTRING RD<br>GOODING ID 83330-5361 |
| HEERINGA CONSTRUCTION LLC<br>18521 E QUEEN CREEK RD<br>105-481<br>QUEEN CREEK AZ 85142-5864 | HOLLIFIELD RANCHES INC<br>22866 HIGHWAY 30<br>HANSEN ID 83334-5028 | IRS<br>CENTRALIZED INSOLVENCY OPER<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| IDAHO DEPT OF LANDS<br>PO BOX 83720<br>BOISE ID 83720-0003 | IDAHO MATERIALS AND CONSTRUCTION<br>CO MILLER NASH LLP<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | IDAHO STATE TAX COMMISSION<br>PO BOX 36<br>BOISE ID 83722-0036 |
| INNOVATIVE FOOD SOLUTIONS USA LLC<br>134 E HIGHWAY 81<br>BURLEY ID 83318-5427 | INTERSTATE BILLING SERVICE INC<br>PO BOX 2250<br>DECATUR AL 35609-2250 | JC HOOF TRIMMING INC<br>3690 N 2570 E<br>TWIN FALLS ID 83301-1004 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| JD HEISKELL HOLDINGS LLC<br>17220 WRIGHT ST STE 200<br>OMAHA NE 68130-4667 | JOHN DEERE FINANCIAL<br>CO WELTMAN WEINBERG REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO NATIONAL BANKRUPTCY SERVICES LLC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| JAMES FARRELL CO<br>13810 SE EASTGATE WAY<br>SUITE 520<br>BELLEVUE WA 98005-4467 | JEAN L THOMPSON<br>225 N 250 W<br>JEROME ID 83338 | JEFFREY E ROLIG<br>PO BOX 5455<br>TWIN FALLS ID 83303-5455 |
| JEFFREY J GRIEVE<br>PO BOX 366<br>TWIN FALLS ID 83303-0366 | K R RENTAL INC<br>256 A SOUTH 600 W<br>HEYBURN ID 83336-9750 | KEITH D AND JANET CARLSON<br>3866 E 3800 N<br>HANSEN ID 83334-5012 |
| KENWORTH SALES COMPANY INC<br>CO BENOIT LAW<br>PO BOX 366<br>TWIN FALLS ID 83303-0366 | KINGHORN MEDICAL LLC<br>248 S COLE RD<br>BOISE ID 83709-0934 | KRAUS FARMS LLC<br>165 SOUTH 400 WEST<br>RUPERT ID 83350-9672 |
| LES SCHWAB TIRE CENTERS OF IDAHO LLC<br>PO BOX 5350<br>BEND OR 97708-5350 | MERCK ANIMAL HEALTH<br>ATTN LEGAL DEPTANIMAL HEALTH<br>126 EAST LINCOLN AVENUE<br>PO BOX 2000<br>RAHWAY NJ 07065-0900 | MICHAEL CHOJNACKY<br>51 W 600 N<br>JEROME ID 83338-5016 |
| NAPA AUTO PARTS<br>PO BOX 1425<br>TWIN FALLS ID 83303-1425 | OREN B HAKER<br>BLACK HELTERLINE LLP<br>805 SW BROADWAY SUITE 1900<br>PORTLAND OR 97205-3359 | OVERHEAD DOOR<br>489 S LOCUST<br>TWIN FALLS ID 83301-7849 |
| PTG OF IDAHO LLC<br>CO HOLLAND N ONEIL FOLEY LARDNER L<br>2021 MCKINNEY AVENUE STE 1600<br>DALLAS TX 75201-3340 | PAN AMERICAN LIFE INSURANCE<br>1778 N PLANO RD<br>STE 310<br>RICHARDSON TX 75081-1958 | PIVOT MAN INC<br>ROBIN JONES<br>PO BOX 355<br>PAUL ID 83347-0355 |
| PRO RENTALS AND SALES<br>PO BOX 5450<br>C12<br>KALISPELL MT 59903-5450 | PRO TECH SERVICE COMPANY<br>1550 KIMBERLY RD<br>TWIN FALLS ID 83301-7341 | QUILL CORPORATION<br>PO BOX 102419<br>COLUMBIA SC 29224-2419 |
| ROGERS MACHINERY COMPANY INC<br>PO BOX 230429<br>PORTLAND OR 97281-0429 | SCHAEFFER MANUFACTURING COMPANY<br>CO DENIS MCCARTHY<br>2600 S BROADWAY<br>ST LOUIS MO 63118-1828 | SCHMIDT CATTLE HAULING<br>848 E 3400 N<br>CASTLEFORD ID 83321-6422 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

SCHOWS TRUCK CENTER
PO BOX 2208
DECATUR AL 35609-2208

SIX STATES DISTRIBUTORS INC
29787 NETWORK PLACE
CHICAGO IL 60673-1297

SPRINKLERSHOP INC
PO BOX 599
PAUL ID 83347-0599

ST GENETICS
INGURAN USA INC
22575 STATE HWY 6 SOUTH
NAVASOTA TX 77868-8297

STANDING 16 RANCH LAND COMPANY LLC
335 W 300 N
JEROME ID 83338-5217

STAR FALLS FARMS LLC
1908 E 1300 S
HAZELTON ID 83335-5428

STEEL RANCH LLC
2597 E 1100 S
HAZELTON ID 83335-5621

STEVEN R HOGAN II
409 S 17TH STREET 500
OMAHA NE 68102-2603

STOTZ EQUIPMENT
2670 KIMBERLY RD E
TWIN FALLS ID 83301-7984

THE DAIRY SOLUTIONS GROUP
409 S 17TH STREET 500
OMAHA NE 68102-2603

TRIPLE C FARMS LLC
474 S 500 W
JEROME ID 83338-6027

US COMMODITIES LLC
730 SECOND AVENUE S SUITE 700
MINNEAPOLIS MN 55402-2480

ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE WI 53158-3686

WAG SERVICES INC
8121 W HARRISON ST
TOLLESON AZ 85353-3328

WENDELL TRUCK AND AUTO
PO BOX 213
356 S IDAHO ST
WENDELL ID 83355-5209

WESTERN CONSTRUCTION INC
PO BOX 15569
BOISE ID 83715-5569

WESTWAY FEED
BARR CREDIT SERVICES
3444 N COUNTRY CLUB RD
STE 200
TUCSON AZ 85716-0815

YOUNG CDJR OF BURLEY LLC
PO BOX 1530
LAYTON UT 84041-6553

COOPER NORMAN
PO BOX 5399
TWIN FALLS ID 83303-5399

THOMAS E. DVORAK
POB 2720
BOISE, ID 83701-2720