Case 24-40158-NGH   Doc 763   Filed 12/03/24   Entered 12/03/24 15:34:34   Desc Main
Document   Page 1 of 47

Case 24-40158-NGH   Doc 775   Filed 12/05/24   Entered 12/05/24 10:06:34   Desc Main
Document   Page 1 of 47

Case 24-40158-NGH   Doc 763   Filed 12/03/24   Entered 12/03/24 15:34:34   Desc Main
Document   Page 1 of 47

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10ᵗʰ Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        robert.richards@dentons.com
        tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | |
| ☒ ALL DEBTORS | Jointly Administered With Case Nos.: |
| ☐ Millenkamp Cattle, Inc. | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Idaho Jersey Girls | 24-40160-NGH (East Valley Cattle) |
| ☐ East Valley Cattle | 24-40161-NGH (Millenkamp Properties) |
| ☐ Millenkamp Properties | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| | 24-40164-NGH (Goose Ranch) |
| | 24-40166-NGH (Black Pine Cattle) |
| | 24-40167-NGH (Millenkamp Enterprises) |
| | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

| | | |
|---|---|---|
| ☐ Millenkamp Family | | |
| ☐ Goose Ranch | | Chapter 11 Cases |
| ☐ Black Pine Cattle | | |
| ☐ Millenkamp Enterprises | | |
| ☐ Idaho Jersey Girls Jerome Dairy | | |

### NOTICE OF SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL and NOTICE OF HEARING RE: SAME

PLEASE TAKE NOTICE that Dentons Davis Brown, counsel of record for Debtors in Possession, Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), has filed a Second Application for Allowance of Interim Fees and Costs for Counsel (Dkt. No. 761 - the "Application") for the requested fees and costs for Dentons Davis Brown in the amount of $154,837.74. The fees and costs required are related to the following:

- **Case Administration** was necessary in order to discuss various items with the client, co-counsel, financial advisor and other parties, as well as prepare and file required reports (IRR, MOR) and respond to continued emergency/interim motions, and related orders.

- **Asset Disposition** was necessary in order to maintain and collect documents regarding the potential sale of certain of the Debtors' assets and to prepare and file sale motions.

- **Relief from Stay/Adequate Protection Proceedings** was necessary to respond to opposing counsel and prepare responses to motions for relief from stay and motions for adequate protection.

- **Meetings of and Communications with Creditors** was necessary to prepare for and attend conferences with creditors regarding matters related to the case, status updates, and negotiations, and correspond with creditors and counsel for creditors via phone call and/or email.

NOTICE OF SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME

#4068898

#4242489

- **Fee/Employment Applications** was necessary in order to draft and prepare applications to employ and draft monthly fee applications and this second interim fee application.

- **Assumption/Rejection of Leases and Contracts** was necessary in order to review and respond to multiple creditor emails regarding the Debtors' intentions, and to correspond with co-counsel, financial advisor, and debtors regarding the same.

- **Other Contested Matters** was necessary in order to correspond with the Debtors, co-counsel, financial advisor, and creditors regarding multiple contested matters, including use of cash collateral, DIP approval, 503(b)(9) motion, critical vendor motion, and sale motion.

- **Non-Working Travel** was travel billed at ½ rate for travel to/from hearings.

- **Financing/Cash Collections** was necessary in order to correspond with multiple parties regarding the cash motions and draft and prepare extensive relevant interim and final motions, notices, and orders. Much of the initial stages of this case revolved around obtaining necessary approvals/consensus for using cash collateral to maintain operations.

- **Claims Administration and Objections** was necessary in order to review claims filed and evaluate potential objections to those claims.

- **Plan and Disclosure Statement** was necessary in order to correspond with co-counsel, Debtors, and the financial advisor regarding the drafting of and strategy for the Chapter 11 Plan.

The projects have allowed the Debtors to prepare and file required reports, prepare for and attend required meetings, draft various applications and motions, and otherwise proceed towards confirmation of their Chapter 11 Plan.

The Application has been reviewed and approved by the Debtors. A copy of the Application is on file with the above-captioned Court as Docket No. 761, together with supporting documents. Any party desiring information as to the details of the Application may request the same from the Clerk of the Court, from the court's online PACER information system at www.pacer.gov, or from the undersigned counsel.

YOU ARE HEREBY NOTIFIED that written objections to the Application should be filed with the court within twenty-one (21) days of the date of service of this notice. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served upon the movant. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief in the Application and may grant the relief without further notice of hearing. Any such objection should be filed with the U.S. Bankruptcy Court at the United States Courthouse, 550 W. Fort St., Boise, ID 83724 or electronically filed using the CM/ECF Filer system at https://ecf.idb.uscourts.gov.

YOU ARE FURTHER NOTIFIED that the Application is scheduled to come before the Court for hearing on the **9th day of January, 2024, at 1:30 p.m. (MT)**, or as soon thereafter as the matter can be heard. This will be a telephonic hearing; parties should call the following number at least 10 minutes prior to the hearing: 1-669-254-5252; Access Code: 160-5422-0978.

DATED this 3rd day of December, 2024.

DENTONS DAVIS BROWN

/s/ Krystal Mikkilineni
KRYSTAL MIKKILINENI
Counsel for Debtor

NOTICE OF SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND
COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME

Case 24-40158-NGH    Doc 763    Filed 12/03/24    Entered 12/03/24 15:34:34    Desc Main
Document      Page 3 of 47
Case 24-40158-NGH    Doc 775    Filed 12/05/24    Entered 12/05/24 10:06:14    Desc Main
Document      Page 3 of 47
Case 24-40158-NGH    Doc 763    Filed 12/03/24    Entered 12/03/24 15:34:34    Desc Main
Document      Page 3 of 47

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of December, 2024, I filed the foregoing NOTICE OF SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I served the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

See attached mailing matrix.

/s/ Krystal Mikkilineni
Krystal Mikkilineni

NOTICE OF SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME

Matthew T. Christensen, ISB: 7213
J. Justin May,  ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email:
    mtc@johnsonmaylaw.com
    jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10ᵗʰ Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
    robert.richards@dentons.com
    tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With Case Nos.: |
| ☒ ALL DEBTORS | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Millenkamp Cattle, Inc. | 24-40160-NGH (East Valley Cattle) 24-40161-NGH (Millenkamp Properties) |
| ☐ Idaho Jersey Girls | 24-40162-NGH (Millenkamp Properties II) 24-40163-NGH (Millenkamp Family) |
| ☐ East Valley Cattle | 24-40164-NGH (Goose Ranch) 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Properties | 24-40167-NGH (Millenkamp Enterprises) 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Millenkamp Properties II | |

NOTICE OF SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND
COSTS FOR COUNSEL AND NOTICE OF HEARING RE: SAME

#4242425

|  |  |
|---|---|
| ☐ Millenkamp Family | |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

## SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES

Krystal Mikkilineni, of the firm Dentons Davis Brown (the "Applicant"), applies to the Court for allowance of attorneys' fees and costs pursuant to 11 U.S.C. § 331. Applicant respectfully states and represents to the Court that:

1.      Applicant is counsel for Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), the above-named Debtors in Possession, and makes this application for allowance of compensation for professional services rendered, and for reimbursement for actual necessary costs and expenses incurred from August 1, 2024 to November 30, 2024 (the "Second Interim Period").

2.      All services for which compensation is requested by the Applicant were performed for and on behalf of said Debtors, and not on behalf of any committee, creditor, or other person. Each attorney involved in the services for which compensation is requested are specifically identified on the attached **Exhibit A** and incorporated herein by reference.

3.      Payment of the attorneys' fees and costs and the payment of these fees and costs should be made pursuant to the Engagement Letter attached to the Application to Employ Counsel as Exhibit A (Dkt. No. 5).

4.      Applicant, or other members of Dentons Davis Brown, has rendered services to the Debtors in the manner described on the attached **Exhibit B**, which is by this reference made a part hereof.

5.      Further, the Applicant sustained, and incurred expenses and/or costs described and itemized in the statement attached hereto as **Exhibit B**, in connection with applicant's function and activities as attorney for the Debtors. A narrative summary of professionals' fees and expenses is attached hereto as **Exhibit C**.

6.      The fees requested by this Application shall not be shared with any other party outside the Applicant's law firm.

7.      The Applicant does not currently hold funds in a client trust account for the Debtors with which to pay the fees requested. The outstanding fees and costs allowed will be paid by the Debtors from operations. The Debtors will make payment of the Applicant's outstanding fees and costs as permitted under the approved cash collateral budget (Dkt. No. 524).

8.      The rate of compensation of the attorneys was detailed in the Engagement Letter attached to the Application to Employ Counsel as Exhibit A, which application was approved by Court order on May 24, 2024 (Dkt. No. 323). In conformity with that rate (which is subject to adjustment annually), the reasonable value of the services rendered by the Applicant as attorney for the Debtors in this case, including costs/expenses and disbursements incurred, since August 1, 2024 is $154,837.74. Of that amount, there remains (or will remain, assuming the November Cover Sheet Application is paid) $36,328.50 in unpaid amounts (representing the 25% held back from the monthly Cover Sheet applications).

9.      Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim

Fee Procedures"), the Applicant has incurred and the Debtors have paid the following fees and expenses incurred during the Second Interim Period.

| | August 2024 | September 2024 | October 2024 | November 2024 |
|---|---|---|---|---|
| Fees Incurred | $24,845.50 | $63,653.50 | $30,239.50 | $26,575.50 |
| Total Fees Paid Pursuant to Order Establishing Interim Procedures (75% of Fees) | $18,634.13 | $47,740.13 | $22,679.63 | $19,931.63 (Not yet paid – pending objection period) |
| Total Expenses Incurred & Paid Pursuant to Order Establishing Interim Procedures (100% of Expenses) | $480.49 | $12.50 | $7,501.07 | $1,529.68 (Not yet paid – pending objection period) |

10.    The Applicant does not currently hold any further amount in trust. The fees and expenses paid during this Second Interim Period were paid from the Debtors' ongoing operations.

11.    On August 8, 2024, Applicant filed an Application for Interim Compensation since the commencement of this case, from April 2, 2024 to July 31, 2024 (the "First Interim Period") in the sum of $320,957.70 for time and services rendered on the Debtors' behalf during this First Interim Period as part of the expenses of the representation of the Debtors in the above-named bankruptcy case and payment of 25% of fees held back, totaling $74,835.62 (Dkt No. 548). On September 18, 2024, the court entered an order granting the fees requested during the First Interim Period (Dkt No. 617).

12.    During the Second Interim Period, the Applicant was paid a total of $89,062.89 (doesn't include $19,931.63 pending for November Interim Period) in fees and $9,523.74 in expenses. The total outstanding in fees due during the Second Interim Period is $36,328.50, which represents the 25% held back pursuant to the Order Establishing Interim Procedures.

13.    The Applicant requests Court approval of the total fees incurred of $145,314.00 and total expenses incurred of $9,523.74 during the Second Interim Period. The Applicant further requests the Court allow payment of the outstanding fees incurred during the Second Interim Period, totaling $36,328.50, to be paid by the Debtors.

14.    The Debtors have reviewed this application and approved the Application and amounts requested.

WHEREFORE, the applicant prays that an allowance be made in the sum of $154,837.74 for time and services rendered on the Debtors' behalf during this Second Interim Period as part of the expenses of the representation of the Debtors in the above-named bankruptcy case and payment of 25% of fees held back, totaling $36,328.50.

DATED this 3rd day of December, 2024

DENTONS DAVIS BROWN

/s/ Krystal Mikkilineni
KRYSTAL MIKKILINENI
Attorney for Debtors

/s/ Matt. T. Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtors

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of December, 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF DENTONS DAVIS BROWN'S APPLICATION FOR INTERIM FEES electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Bunge Canada
c/o David D. Farrell, Esq.
One US Bank Plaza
Suite 2700
St. Louis, MO 63101

Nikolaus F. Schandlbauer
20 F Street NW
Suite 500
Washington, DC 20001

W. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606

Scott F. Gautier
1800 Century Park East
Ste. 1500
Los Angeles, CA 90067

Zachery J. McCraney
Holland & Hart
PO Box 2527
800 W. Main St., Suite 1750
Boise, ID 83701

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg, LLP
919 Market St
Suite 1000
Wilmington, DE 19801

Michael R. Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Suite 200
Omaha, NE 68130

Label Matrix for local noticing
0976-8
District of Idaho
Twin Falls
Fri Aug 9 12:38:20 MDT 2024

Amalgamated Sugar Company
1951 S. Saturn Way
Suite 100
Boise, ID 83709-2924

153 East Main Street
PO Box 168
Jerome, ID 83338-0168

Wilbur Ellis Nutrition-Rangen
c/o Tony Champion
PO Box 706
115 13th Ave. South
Buhl, ID 83316

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Automation Werx, LLC
Morrow & Fischer, PLLC
4 Ogden Avenue
Nampa, ID 83651-2371

Blue Cross of Idaho Health Service, Inc
c/o Law Office of D. Blair Clark PC
967 East Parkcenter Boulevard, #282
Boise, ID 83706-6721

Bunge Canada C/O David D. Farrell
David D. Farrell. Esq.
One Bank Plaza
Suite 2700
St. Louis, MO 63101

Burks Tractor Company, Inc.
3140 Kimberly Road
Twin Falls, ID 83301-8516

Conterra Holdings, LLC d/b/a Conterra Ag Cap
Spencer Fane
1700 Lincoln Street
Suite 2000
Denver, CO 80203-4554

Davis Livestock, Inc.
780 E Cannibal Rd
Lewiston, UT 84320-2038

Viterra USA Grain, LLC
Viterra USA Ingredients,
LLC c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

Land View, Inc.
c/o Dan Noble
PO Box 475
Rupert, ID 83350

East Valley Development, LLC
c/o Avery Law
3090 E Gentry Way, Ste 250
Meridian, ID 83642-3596

Elevation Electric, LLC
485 S IDAHO ST
WENDELL, ID 83355-5241

Gale W. Harding and Associates
329 W 7th S
Rexburg, ID 83440-9600

Glanbia Foods Inc
c/o Robert A Faucher
POB 2527
Boise, ID 83701-2527

Idaho AgCredit
c/o Daniel C. Green
Racine Olson, PLLP
P. O. Box 1391
Pocatello, ID 83204-1391

Idaho State Brand Department
700 S. Stratford Dr.
Meridian, ID 83642-6202

(p) LAND VIEW INC
ATTN DAN NOBLE
P OBOX 475
RUPERT ID 83350-0475

MWI Veterinarian Supply, Inc.
3041 W PASADENA DRIVE
Boise, ID 83705-4776

MetLife Real Estate Lending LLC
c/o Kimbell D. Gourley
10801 Mastin Blvd
Suite 700
Overland Park, KS 66210-1673

Metropolitan Life Insurance Company
c/o Kimbell D. Gourley
10801 Mastin BLVD
Suite 700
Overland Park, KS 66210-1673

Moss Farms Operations, LLC
c/o Rhett M. Miller
P.O. Box 910
Burley, ID 83318-0910

Moss Grain Partnership
c/o Rhett M. Miller
P.O. Box 910
Burley, ID 83318-0910

PerforMix Nutrition Systems, LLC
MUNDING, P.S.
309 E. FARWELL RD., STE 310
Spokane, WA 99218-8209

Progressive Dairy Service & Supply Corp.
485 S IDAHO ST
WENDELL, ID 83355-5241

Rabo AgriFinance LLC
c/o Sheila R. Schwager
P.O. Box 1617
Boise, ID 83701-1617

Raft River Rural Electric Cooperative, Inc.
c/o Rhett M. Miller
P.O. Box 910
Burley, ID 83318-0910

Rexel USA, Inc dba Platt Electric Supply
McConnell Wagner Sykes + Stacey PLLC
827 E. Park Blvd, Ste. 201
Boise, ID 83712-7782

Sandton Capital Partners LP
16 W 46th Street, 1st Floor
New York, NY 10036-4503

Schuil Ag Real Estate Inc
5020 W Mineral King Ave
Visalia, CA 93291-5364

Standlee Ag Resources
c/o Miller Nash LLP
950 W Bannock St, Ste 1100
Boise, ID 83702-6140

The Forbes Securities Group LLC, DBA Forbes
6400 S Fiddlers Green Circle
Suite 850
Greenwood Village, CO 80111-4994

/s/ Krystal Mikkilineni

Krystal Mikkilineni

United Electric Co-op, Inc.
c/o Rhett M. Miller
P.O. Box 910
Burley, ID 83318-0910

Valley Wide Cooperative, Inc.
c/o David W. Gadd, Stover, Gadd & Assoc.
P.O. Box 1428
Twin Falls, ID 83303-1428

21ST CENTURY EQUIPMENT, LLC
9311 4TH STREET FGH FLOOR
Twin Falls, ID 83301-3053

AgCountry Farm Credit Services
1031 Mendota Heights Road
St. Paul, MN 55120-1419

Citi Cards
PO Box 78019
Phoenix, AZ 85062-8019

Viterra USA Grain, LLC and Viterra USA Ingre
c/o RacineOlson, PLLP
P.O. Box 1391
Pocatello, ID 83204-1391

Western States Equipment Co.
500 East Overland Road
Meridian, ID 83642-6606

Wilbur-Ellis Company LLC
c/o Matthew A. Sturzen
P.O. Box 2247
Salem, OR 97308-2247

Clint D. Thompson
298 N 200 W
Jerome, ID 83338-5372

Coastline Equipment Company
2000 E Overland Rd
Meridian, ID 83642-6665

Colonial Life
Processing Center
PO Box 1365
Columbia, SC 29202-1365

Twin Falls
U.S. Bankruptcy Court
801 East Sherman
Pocatello, ID 83201-5730

A. Scott Jackson Trucking, Inc.
c/o Williams Meservy & Larsen, LLP
Post Office Box 168
153 East Main Street
Jerome, ID 83338-2332

AAA Cow Comfort LLC
Po Box 307
Kimberly, ID 83341-0307

Connie Lapaseotes, Ltd.
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

Conrad Bishcoff Inc
2251 N Holmes
PO Box 50106
Idaho Falls, ID 83405-0106

Conterra Holdings, LLC dba Conterra Ag Capit
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

ABS Global
1525 River Rd.
DeForest, WI 53532-2430

ARNOLD MACHINERY COMPANY
2975 West 2100 South
Salt Lake City, UT 84119-1273

Addison Biological Laboratory, INC.
507 North Cleveland St.
Fayette, MO 65248-1083

Daimler Truck Financial Services USA LLC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664

Dairy Tech, LLC
1031 Mendota Heights Road
St. Paul, MN 55120-1419

Daritech
8540 Benson Rd
Lynden, WA 98264-9711

Airgas USA LLC
PO Box 734445
Chicago, IL 60673-4445

Airgas USA, LLC
110 West 7th St. Suite 1400
Tulsa, OK 74119-1077

Alexander K. Reed
4296 N 2100 E
Filer, ID 83328-5046

David Clark
Clark Ambulatory Clinic, Inc.
1019 E 1020 S
Albion, ID 83311

Douglas J. Grant
2050 E 500 S
Hazelton, ID 83335-5006

Dusty Brow Farms, Inc.
2601 E 1100 S
Hazelton, ID 83335-5623

American Calf Products (Golden State Mixing,
425 D Street
Turlock, CA 95380-5452

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Automation Werx, LLC
PO Box 3066
Idaho Falls, ID 83403-3066

East Valley Development, LLC
c/o Adam Lewis, Esq.
Morrison & Foerster LLP
425 Market St.
San Francisco CA 94105-2482

Edward Chojnacky
298 N 100 W
Jerome, ID 83338-5406

Electrical Werx & Construction, LLC
PO Box 3066
Idaho Falls, ID 83403-3066

B & H Farming, an Idaho General Partnership
PO Box 123
Rupert, ID 83350-0123

BSR Design Supplies
198 Locust St S
Twin Falls, ID 83301-7832

Blue Cross of Idaho
c/o D Blair Clark, Atty
967 Parkcenter Blvd #282
Boise, ID 83706-6721

Eric Clark
Clark Associates
PO Box 2504
Eagle, ID 83616-9118

Evans Plumbing
111 Gulf Stream Lane
Hailey, ID 83333-7725

Farmers Bank
PO Box 392
Buhl, ID 83316-0392

Blue Cross of Idaho
c/o D. Blair Clark, Attorney
967 E. Parkcenter Blvd., #282
Boise, ID 83706-6721

Bo Stevenson dba B&A Farms
1001 S 1900 E
Hazelton, ID 83335-5451

Brandy A. Bartholomew
C/O Eric R. Clark, Attorney
P.O. Box 2504
Eagle, ID 83616-9118

Fastenal Company
2001 Theurer Blvd.
ATTN: LEGAL
Winona, MN 55987-9902

Fredin Brothers, Inc.
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

(p)GJ VERTILINE PUMPS INC
PO BOX 892
TWIN FALLS ID 83303-0892

Bunge Canada
c/o David D. Farrell
THOMPSON COBURN LLP
One USBank Plaza, Suite 2700
Saint Louis, Missouri 63101-1693

Burks Tractor Company, Inc.
Oren B. Haker
Black Helterline LLP
805 SW Broadway Suite 1900
Portland, OR 97205-3359

CNH Industrial Capital America LLC
Kent Carter/Gordon Rees
One North Franklin, Suite 800
Chicago, IL 60606-3422

Grant & Hagan, Inc.
P.O. Box 326
Hazelton, ID 83335-0326

Grant 4-D Farms LLC
707 E 600 N
Rupert, ID 83350-9466

Green Source Automation, LLC
3506 Moore Road
Ceres, CA 95307-9402

Capitol One
PO Box 60599
City of Industry, CA 91716-0599

(p)CARNE I CORP
134 E HIGHWAY 81
BURLEY ID 83318-5427

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Hatfield Manufacturing Inc
1823 Shoestring Rd
Gooding, ID 83330-5361

Heeringa Construction LLC
18521 E Queen Creek Rd
#105-481
Queen Creek, AZ 85142-5864

Hollifield Ranches, Inc.
22866 Highway 30
Hansen, ID 83334-5028

Case 24-40158-NGH   Doc 763   Filed 12/05/24   Entered 12/05/24 10:06:04   Desc Main
Document   Page 10 of 47

IRS
Centralized Insolvency Oper.
PO Box 7346
Philadelphia, PA 19101-7346

Idaho State Tax Commission
PO Box 36
Boise, ID 83722-0036

J&C Hoof Trimming Inc.
3690 N 2570 E
Twin Falls, ID 83301-1004

(p) JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

James Farrell & CO
13810 SE Eastgate Way
Suite 520
Bellevue, WA 98005-4467

Jeffrey J. Grieve
P.O. Box 366
Twin Falls, ID 83303-0366

K R Rental Inc
256 A South 600 W
Heyburn, ID 83336-9750

Kinghorn Medical LLC
248 S Cole Rd
Boise, ID 83709-0934

Land View, Inc.
c/o Gery W. Edson
P.O. Box 448
Boise, ID 83701-0448

Metropolitan Life Insurance Company, a New Y
c/o Ron C. Bingham, II, Esq.
Adams and Reese LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326-1139

---

Idaho Milk Products
PO Box 83720
Boise, ID 83720-0003

(p) INNOVATIVE FOOD SOLUTIONS USA LLC
134 E HIGHWAY 81
BURLEY ID 83318-5427

J.D. Heiskell Holdings, LLC
17220 Wright St, Ste 200
Omaha, NE 68130-4667

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jean L. Thompson
225 N 250 W
Jerome, ID 83338

John Deere Construction and Forestry Company
c/o Weltman, Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131-1829

Keith D. and Janet Carlson
3866 E 3800 N
Hansen, ID 83334-5012

Kraus Farms, LLC
165 South 400 West
Rupert, ID 83350-9672

Merck Animal Health
Attn: Legal Dept-Animal Health
126 East Lincoln Avenue
Po Box 2000
Rahway, NJ 07065-0900

Michael Chojnacky
51 W 600 N
Jerome, ID 83338-5016

---

Idaho Trailer Sales, Inc.
c/o Miller Nash LLP
P.O. Box 1425
Boise, ID 83701-1425

Interstate Billing Service, Inc
PO box 2250
Decatur, AL 35609-2250

JOHN DEERE FINANCIAL
c/o Weltman, Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131-1829

Jake Millenkamp
1719 River Road
Buhl, ID 83316-5302

Jeffrey E. Rolig
PO Box 5455
Twin Falls, ID 83303-5455

John Deere Financial, f.s.b.
c/o Weltman, Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131-1829

Kenworth Sales Company, Inc.
c/o Benoit Law
P.O. Box 366
Twin Falls, ID 83303-0366

LES SCHWAB TIRE CENTERS OF IDAHO, LLC
PO BOX 5350
BEND, OR 97708-5350

MetLife Real Estate Lending, LLC
c/o Ron C. Bingham, II, Esq.
Adams and Reese LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326-1139

Moss Grain Partnership
301 Scott Ave. Suite 4
Rupert, ID 83350-5100

---

Independent Auto Finance, Corp.
950 W Bannock Street
Boise, ID 83702-6140

PTG of Idaho, LLC
c/o Holland N. O'Neil, Foley & Lard
2021 McKinney Avenue, Ste. 1600
Dallas, TX 75201-3340

Pivot Man Inc
Robin Jones
PO Box 355
Paul, ID 83347-0355

Progressive Dairy Service & Supplies Corp.
485 S. Idaho St.
Wendell, ID 83355-5241

Rexel USA, Inc dba Platt Electric Supply
827 E. Park Blvd, Ste. 201
Boise, Idaho 83712-7782

Rogers Machinery Company, Inc.
PO Box 230429
Portland, OR 97281-0429

Schow's Truck Center
PO Box 2208
Decatur, AL 35609-2208

SprinklerShop Inc
PO Box 599
Paul, ID 83347-0599

Standlee Ag Resources
c/o Miller Nash, LLP, Attn: Louis Spiker
950 W Bannock St, Ste 1100
Boise, ID 83702-6140

Steven R. Hogan II
409 S. 17th Street #500
Omaha, NE 68102-2603

---

Interior Logic Group Holdings, LLC
Black Belterline LLC
805 SW Broadway Suite 1900
Portland, OR 97205-3359

Pan American Life Insurance
1778 N Plano Rd
Ste 310
Richardson, TX 75081-1958

Prime Ridge Beef LLC
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

Quill Corporation
PO Box 102419
Columbia, SC 29224-2419

Roark Law Offices
950 Bannock St., 11th Fl.
Boise, ID 83702-5999

Schaeffer Manufacturing Company
c/o Denis McCarthy
2600 S Broadway
St. Louis, MO 63118-1828

Sheila R. Schwager
Hawley Troxell ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701-1617

St. Genetics
Inguran USA, INC.
22575 State Hwy 6 South
Navasota, TX 77868-8297

Star Falls Farms, LLC
1908 E 1300 S
Hazelton, ID 83335-5428

Stotz Equipment
2670 Kimberly Rd E
Twin Falls, ID 83301-7984

---

Overhead Door
489 S. Locust
Twin Falls, ID 83301-7849

PerforMix Nutrition Systems
2201 N 20th Street
Nampa, ID 83687-6849

Pro Tech Service Company
1550 Kimberly Rd
Twin Falls, ID 83301-7341

Rabo AgriFinance LLC, as Administrative Agen
c/o Sheila Schwager
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701-1617

Rocky Mountain Agronomics
1912 West Main Street
Burley, ID 83318-1611

Schmidt Cattle Hauling
848 E 3400 N
Castleford, ID 83321-6422

Six States Distributors Inc
29787 Network Place
Chicago, IL 60673-1297

Standing 16 Ranch Land Company, LLC
335 W 300 N
Jerome, ID 83338-5217

Steel Ranch LLC
2597 E 1100 S
Hazelton, ID 83335-5621

The Dairy Solutions Group
409 S. 17th Street #500
Omaha, NE 68102-2603

The Sprinkler Shop
P.O. Box 599
Paul, ID 83347-0599

[Triple S...] LLC
474 S 500 W
Jerome, ID 83338-6027

[730 Second Avenue S, Suite 700]
Minneapolis, MN [...]

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342 (f) and Fed.R.Bank.P. 2002 (g) (4).

US Trustee
550 West Fort St, Ste 698
Boise, ID 83724-0101

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

Valley Wide Cooperative Inc.
c/o David W. Gadd
Stover, Gadd & Associates, PLLC
P.O. Box 1428
Twin Falls, Idaho 83303-1428

Land View, Inc.
P.O. Box 475
Rupert, ID 83350

Carne I Corp.
134 E. Highway 81
Burley, ID 83318

CenturyTel Service Group, LLC dba CenturyLin
Lumen Technologies Group
931 14th Street, 9th Floor (Attn: Legal-
Denver, CO 80202

Viserion Grain LLC
385 Broadway St
Boulder, CO 80305-3303

Viterra USA Grain, LLC
1331 Capitol Ave.
Omaha, NE 68102-1197

Viterra USA Ingredients, LLC
1331 Capitol Ave.
Omaha, NE 68102-1197

G.J. Verti-Line Pumps, Inc.
PO Box 892
Twin Falls, ID 83303-0892

Innovative FoodSolutionsUSA
Attn: Jordan Bowen
134 E. Highway 81
Burley, ID 83318

JP Morgan Chase
PO Box 6294
Carol Stream, IL 60197

Wag Services, Inc.
8121 W HARRISON ST
Tolleson, AZ 85353-3328

Wendell Truck andAuto
PO Box 213
356 S Idaho St
Wendell, ID 83355-5209

Western Construction Inc
PO Box 15569
Boise, ID 83715-5569

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

Westway Feed
BARR Credit Services
3444 N Country Club Rd
Ste 200
Tucson, AZ 85716-0815

Wilbur-Ellis Nutrition, LLC
c/o Matthew A. Sturzen
PO Box 2247
Salem, OR 97308-2247

Williams, Meservy & Larsen
Post Office Box168
153 East MainStreet
Jerome, ID 83338-2332

(u)CNH Industrial Capital America LLC

(u)JOHN DEERE FINANCIAL

(u)MWI Veterinary Supply Inc.

Young CDJR of Burley, LLC
PO Box 1530
Layton, UT 84041-6553

Youree Land & Livestock Inc.
3953 North 3300 East
Twin Falls, ID 83301-0348

Bruce A. Anderson
320 East NeiderAvenue
Suite 102
Coeur d'Alene, ID 83815-6007

(u)McAlvain Concrete, Inc.

(u)Official Committee Of Unsecured Creditors

(u)Rocky Mountain Agronomics, Inc.

James Justin May
Johnson May
199 N. CapitolBlvd.
Ste. 200
Boise, ID 83702-6197

Julian Gurule
O'Melveny & MeyersLLP
400 South HopeStreet
Suite 1900
Los Angeles, CA 90071-2811

Krystal R Mikkilineni
Dentons Davis Brown
215 10th St
Ste 1300
Des Moines, IA 50309-3616

(u)#3924637

(d)A K Trucking1897 E 990 S Hazelton, ID 8333
A. Scott Jackson TruckingPO Box 56 Jerom
A. Scott JacksonTrucking Inc PO Box 56 J
ABS Global Inc Box 22144 Network Place C
Addison Biological Lab 507 N Cleveland S
Aden Brook Trading CorpPO Box 217 Montgo

(d)Amalgamated Sugar
1951 S SaturnWay
Ste 100
Boise, ID 83709-2924

Matthew T. Christensen
199 N. CapitolBlvd.
Ste 200
Boise, ID 83702-6197

Matthew T. Christensen
Johnson May, PLLC
199 N. Capitol Blvd
Suite 200
Boise, ID 83702-6197

Robert E Richards
Dentons US LLP
233 South WackerDrive
Ste 7800
Chicago, IL 60606-6459

(d)Amalgamated Sugar Company
1951 S. Saturn Way, Suite 100
Boise, ID 83709-2924

(u)Badger Bearing PTP, Inc

(d)Conterra Holdings, LLC dba Conterra Ag Cap
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

Robert E. Richards
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6361

Tirzah R. Roussell
215 10th Street
Suite 1300
Des Moines, IA 50309-3616

Tirzah R. Roussell
Dentons Davis Brown PC
The Davis BrownTower
215 10th Street
Suite 1300
Des Moines, IA 50309-3621

(d)Elevation Electric, LLC
485 S. Idaho St.
Wendell, ID 83355-5241

(du)MWI Veterinary Supply

(u)NameAddress1Address2Address3CityStateZip
116 & West805 W Idaho St Ste 300Boise
2020 Window ServicePO Box 6056Twin F
A & K Trucking1897 E 990 SHazeltonI
A. Scott Jackson TruckingPO Box 56Je
A. Scott JacksonTrucking IncPO Box 56

William Millenkamp
473 S 300 W
Jerome, ID 83338

c/o David A. Coleman B & H Farming
Coleman, Ritchie & Jacobson
PO BOX 525
TWIN FALLS, ID 83303-0525

c/o David A. Coleman Youree Land & Livestock
Coleman, Ritchie & Jacobson
PO BOX 525
TWIN FALLS, ID 83303-0525

(d)Progressive Dairy Service & SupplyCorp.
485 S. Idaho St.
Wendell, ID 83355-5241

(u)Rexel USA, Inc. dba Platt Electric Supply

(d)Viserion Grain, LLC
385 Broadway Street
Boulder, CO 80305-3303

Case 24-40158-NGH    Doc 763    Filed 12/03/24    Entered 12/03/24 15:34:34    Desc Main

(u)Brandy Ann Bartholomew

(d)Joseph F Schmitt Jr.
Dentons Davis Brown
215 10th St
Ste 1300
Des Moines, IA 50309-3616

(p)PLY Wakiliat
Dentons Davis Brown
215  10th Street
Suite 1300
Des Moines, IA 50309-3616

End of Label Matrix
Mailable recipients    179
Bypassed recipients     21
Total                  200

EXHIBIT A

**SUMMARY SHEET**

| | |
|---|---|
| Fees Previously Requested*: | NAME OF APPLICANT: |
| $299,342.50 | Krystal Mikkilineni |
| Fees Previously Awarded: | |
| $299,342.50 | |
| Expenses Previously Requested: | ROLE IN CASE: Attorney for Debtors |
| $21,615.20 | |
| Expenses Previously Awarded: | CURRENT APPLICATION: |
| $21,615.20 | |

CURRENT APPLICATION:

Fees Requested:      $145,314.00
Expenses Requested: $9,523.74
Total Requested:     $154,837.74
Fees Outstanding Requested to be Paid:
$36,328.50

| Hours Billed | | | | |
|---|---|---|---|---|
| Name of Professional | Years in Practice | Current Application | Hourly Rate | Total for Application |
| Krystal Mikkilineni | 11 years | 190.5 | $415.00 | $79,057.50 |
| Krystal Mikkilineni – ½ rate for travel | | | $207.50 | $0 |
| Tirzah Roussell | 5 years | 203.3 | $285.00 | $57,940.50 |
| Tirzah Roussell – ½ rate for travel | | | $142.50 | $0 |
| Robert Richards | 36 Years | | $425.00 | $0 |
| Gabby Mathias | Paralegal | 39.6 | $210.00 | $8,316.00 |

# EXHIBIT B

*      The fees/expenses previously requested, as outlined above, do not include amounts requested in monthly Cover Sheet Applications. To date, the Applicant has filed four (4) monthly cover sheet applications showing $145,314.00 in fees requested and $9,523.74 in expenses requested. No objections to those Cover Sheet Applications were filed (the bar date for the November Cover Sheet Application has not yet passed), and pursuant to the Court's Order Approving Interim Fee Procedures, 75% of the fees requested and 100% of the expenses requested have been previously paid by the Debtor (except the November fees and expenses, which will be paid if no objections are filed by December 24, 2024).

In Account With



EXHIBIT
A

**DENTONS DAVIS BROWN PC**
Attorneys and Counselors at Law
215 10th Street, Suite 1300
Des Moines, IA 50309-3993
(515) 288-2500
Federa l I.D. No. 42-1343884

Millenkamp Cattle, Inc.
Bill Millenkamp
471 N 300th Rd W
Jerome , Idaho 83338

Statement: 1586197
Date: 12/3/2024

Re: 9020530-188653 - Ch 11 Bankruptcy

## Professional Fees

| | | | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/01/2024 | TROU | Review prior 2015.3 report to determine what is needed for next report (.5); Emails with David regarding 2015.3 report (.2) | B110 | 0.70 | 199.50 |
| 11/ 01 /2024 | TROU | Review and revise Cooper Noram May-July Fee app (.8); Ema ils with Cooper Norman regarding same (.2) | B160 | 1.00 | 285.00 |
| 11/04/2024 | GMAT | D rafting October fee app | B160 | 0.20 | 42.00 |
| 11/04/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan upd ates , and strategy (.6); call with Matt Christensen regarding comp laint and strategy (.2); call with David Heida regarding plan strategy(.2) | B110 | 1.00 | 415.00 |
| 11/04/2024 | KMIK | Ema ils to /from Jon Wiley regarding Forbes transac tion fees (.2) | B160 | 0.20 | 83.00 |
| 11 /04 /2024 | TROU | Call with client, Ka nder, and co-counse l regard in g status update, strategy, and plan updates (.6) | B110 | 0.60 | 171.00 |
| 11 /04/2024 | KMIK | Call with Rabo co unsel and co-counsel regarding complaint and pla n (.4) | B150 | 0.40 | 166.00 |
| 11/04 /2024 | TROU | Atten tion to complaint (.2) | B110 | 0.20 | 57.00 |
| 11 /04 /2024 | TROU | Attention to emails from Gabby regarding fee app (.1); review and revise fee app (.2); Call from Gale Harding regarding status of Harding Fee App (.1); Re view objection ad dline to Harding fee app (.2) | B160 | 0.50 | 142.50 |
| 11 /04 /2024 | TROU | Review Withdrawal of claim by Benoitlaw (.1) | B300 | 0.10 | 28.50 |
| 11 /05 /2024 | GMAT | Updating claims analysis | B310 | 0.10 | 21.00 |
| 11 /05 /202 4 | KMIK | Call with client, Kander, and co-couns el regardi ng stat us update and p la n strategy (.5); cal l with Ken Nofzige r regarding plan strategy and recap from comm ittee call (.2); em ails to/from Andrew Schou lder regarding Rabo inspect ion (.2) and emai l Da vid Heida regarding same (.1); email Rich Bernard regarding plan (.1); call with Bill, David , and Matt regarding plan strategy (.8) | B110 | 1.90 | 788.50 |
| 11/05/2024 | KMIK | Call with Committee counsel and FA, Kander , and co-counsel regarding status update and plan (.4); email Committee counsel regarding complaint (.1) | B1.50 | 0.50 | 207.50 |
| 11/05/2024 | KMIK | Review Kenwo rth Sales' am ended proof of claim (.1) | B310 | 0.10 | 41 .50 |
| 11/05/2024 | KMIK | Email Lisa Nelson regarding Kenworth's proofof claim and amount owing (.1) | B310 | 0.10 | 41.50 |
| 11/ 05/2024 | KMIK | Review and revise Dentons October invoice for October fee app (1) | B160 | 1.00 | 415. 00 |
| 11/05/2024 | KMIK | Call and email to Kati Churchi ll regarding profess ional fees and projections (.4) | B160 | 0.40 | 166 .00 |
| 11/05/2024 | GMAT | Drafting October interim fee application | B160 | 0.50 | 105.00 |
| 11/05/2024 | TROU | Ca ll with client, Kander, and co-counsel regarding status update and plan strategy (.5) | B110 | 0.50 | 142 .50 |
| 11/05/2024 | TROU | Review Kenworth Sales amended proof of claim (.1) | B300 | 0.10 | 28.50 |
| 11/05/2024 | KMIK | Call with Com mi ttee counsel and FA, Kander , and co-counsel regarding status , updates and plan status (.4) | B150 | 0.40 | 114 .00 |
| 11/05/2024 | TROU | Emails regarding Gabby regarding October Fee app revisions (.2) | B16 0 | 0.20 | 57.00 |
| 11/06 /2024 | GMAT | Drafting Dentons October fee application (.5); drafting Kander interim fee appl ication proposed order (.2) | B160 | 0.70 | 147.00 |
| 11/06/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, and plan treatment and strategy (.7) | B110 | 0.70 | 290 .50 |
| 11/06/ 2024 | GMAT | Revising Dentons October fee application (.1); email to Krystal regarding Dentons Octoberfee app (.1) | B160 | 0.20 | 42 .00 |
| 11/06/2024 | TROU | Call with client, Kander, and co-counsel regarding status update and plan strategy (.7) | B110 | 0.70 | 199.50 |
| 11/07/2024 | KMIK | Continue reviewing and revis ing Dentons' October fee app (.3) | B160 | 0.30 | 124 .50 |
| 11/07/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and plan (.3); review email from Lisa Nelson regarding trucks (.1); review email from Lisa Nelso n regarding status update on reconciliation of Rabo's claim (.1); call with David Heida rega rding recap of call with Rabo 's counsel (.1) | B110 | 0.60 | 249.00 |
| 11/07/2024 | TROU | Call with client, Kander , and co-counsel regard ing status of plan an d (.1) strategy (.3); review email from Lisa regarding status of reconciliation ofRabo's claim (.1) | B110 | 0.40 | 114.00 |
| 11/07/2024 | KMIK | Review and revise motion to extend sol icitation period (.4) | B110 | 0.40 | 166.00 |
| 11/07/2024 | KMIK | Call with Rabo's counsel and co-counse l regarding complaint against Bil l, status of Cargill , and plan (.5); review em ail from Andrew Schoulder regarding Cargi ll status and proposed call (.1) | B150 | 0.60 | 249 .00 |
| 11/07/2024 | KMIK | Emails to/from counsel for Penske regarding 503(b)(9) claim (.2); revise waterfall analysis for claim s (.4) | B310 | 0.60 | 249 .00 |

Millenkamp Cattle, Inc.
Client: 9020530
12/3/2024
Matter: 9020530-188653
Page: 3
Statement: 1586197

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 11/07/2024 TROU | Review Motion to Extend Solicitation Period (.4); Emails with co-counsel regarding same (.1) | B320 | 0.50 | 142.50 |
| 11/08/2024 KMIK | Call with Sandton's counsel regarding plan (.5) and recap call with Matt Christensen regarding same (.1) | B110 | 0.60 | 249.00 |
| 11/08/2024 KMIK | Emails to/from counsel for John Deere regarding amended plan (.2); emails to/from Ron Bingham regarding call (.2) | B150 | 0.40 | 166.00 |
| 11/08/2024 TROU | Emails with David regarding 2015.3 report | B110 | 0.10 | 28.50 |
| 11/08/2024 TROU | Follow up with Lance at Cooper Norman regarding Cooper Norman fee app (.1) | B160 | 0.10 | 28.50 |
| 11/10/2024 TROU | Review Kans LLC reports (.4); Drafting 2015.3 report (.5); email from David Heida regarding same (.1) | B110 | 1.00 | 285.00 |
| 11/10/2024 TROU | Attention to email from Michael Stewart regarding follow up on call and status | B110 | 0.10 | 28.50 |
| 11/11/2024 KMIK | Emails to/from Andrew Schoulder regarding meeting with Cargill (.2); emails to/from Sandton's counsel regarding research (.2); email Commitee counse l regarding rescheduling group call (.1) | B150 | 0.50 | 207.50 |
| 11/11/2024 KMIK | Call with client and co-counsel regarding status update, vehicle purchases , and plan strategy (.4); call with client and co-counsel regarding plan strategy (.6) | B110 | 1.00 | 415.00 |
| 11/11/2024 KMIK | Continue drafting amended plan | B320 | 0.20 | 83.00 |
| 11/11/2024 KMIK | Review email from John O'Brien regarding December adequate protection payments (.1) and email Lisa Nelson reg<1rding same (.1) | B140 | 0.20 | 83.00 |
| 11/11/2024 KMIK | Emails to/from Holly O'Neil regarding Penske 503(b)(9) claim (.2) | B310 | 0.20 | 83.00 |
| 11/11/2024 TROU | Call with client and co-counsel rega rding vehicle purchases, status update, and plan strategy (.4) | B110 | 0.40 | 114.00 |
| 11/11/2024 TROU | Review email from John O'Brien regarding Conterra 's December adequate protection payments (.1) | B140 | 0.10 | 28.50 |
| 11/12/2024 KMIK | Review email from CNH 's counsel regardin g plan treatment (.1) | B320 | 0.10 | 41.50 |
| 11/12/2024 KMIK | Review email from Kati Church ill regard ing updated cash collateral budget (.1) | B230 | 0.10 | 41.50 |
| 11/12/2024 KMIK | Emai l creditor parties regarding notice of vehicle purchases (.2) | B110 | 0.20 | 83.00 |
| 11/12/2024 KMIK | Call with Met's counsel and co-counse l rega rding use of cash collateral and plan (.6); email credi tors regarding 2023 audit (.1); call with Rabo 's counsel and co-counsel regarding status update and plan (.3) | B150 | 1.00 | 415.00 |
| 11/12/2024 KMIK | Review and revise proposed order approving Kander's amended interim fee app (.2) and em ail Kander regarding same (.1) | B160 | 0.30 | 124.50 |
| 11/12/2024 KMIK | Call with Kande r regarding status update and plan (.2) | B110 | 0.20 | 83.00 |
| 11/12/2024 TROU | Emails with Lisa Nelson regarding appraisa ls (.2); Email from Kati Churchill regard ing cash collatera l budget (.1) | B110 | 0.30 | 85.50 |

Millenkamp Cattle, Inc.
Client: 9020530
12/3/2024
Matter: 9020530-188653
Page: 4
Statement: 1586197

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 11/12/2024 TROU | Revise 2015.3 report and review documents from Kans and H&M (.5); Email Gabby to finalize pdf (.1) | B110 | 0.60 | 171.00 |
| 11/12/2024 TROU | Attention to email from CNH counsel regarding plan treatment (.1) | B300 | 0.10 | 28.50 |
| 11/12/2024 TROU | Email from Gale Harding regarding status of fee app (.1) | B160 | 0.10 | 28.50 |
| 11/13/2024 KMIK | Call with Co mm ittee counsel and FAs and co-counsel regarding status update and plan (.4); call with MetLife counsel and co-counsel regarding status update (.2) | B150 | 0.60 | 249 .00 |
| 11/13/2024 KMIK | Calls with Matt Christensen and Ken Nofziger regarding recap of Committee call (.2): review email from Forbes regarding fee (.1) and email client and co-couns el regarding same (.1); review email from Lisa Nels on regarding borrowing base (.1) | B110 | 0.50 | 207 .50 |
| 11/13/2024 KMIK | Review stipula tion regarding extension of so licitation period (.1) | B110 | 0.10 | 41.50 |
| 11/13/2024 KMIK | Review IRS' amended proof of claim (.1) and update claims analysis (.1) | B310 | 0.20 | 83.00 |
| 11/13/2024 TROU | Call with Committee counsel and FAs and co-counse l regarding status and plan (.4) | B110 | 0.40 | 114.00 |
| 11 /13/2024 TROU | Review stipulation regarding extension of solicitation period (.1); emails with Gabby regarding revisions to 2015 .3 report (.2); Email to Da vid rega rding missing documents for H&M for 2015 .3 report (.1); attention to em ail from Lis a N regarding borrowing base (.1) | B110 | 0.50 | 142.50 |
| 11/13/2024 TROU | Review and revise Summit Fee app (.2); Email to Brett Cahoon for approval (.1); draft Schuil Ag Fee App proposed order (.2); Emai l Schuil proposed ord er to UST (.1); Email Summit Ag Fee App to clerk (.1); draft harding Fee App proposed order (.2); em ails with Brett Cahoon regarding Harding and Schuil Fee app (.1); Email Schuil Fee App to clerk (.1); Email Harding Fee App to clerk (.1); attention to email from John O'brien regard ing upcoming Millenkamp schedule for hearings (.1) | B160 | 1.20 | 342.00 |
| 11/13/202 4 TROU | Review IRS proof of claim (.2) | B310 | 0.20 | 57.00 |
| 11/14/2024 KMIK | Review Givens Purs ley's interim fee app (.2); review Givens Pursley's October fee app (.1); em ail s to/from Bruce Anderson regard ing wire offees (.2) and email Lisa Nelson regarding same (.1) | B160 | 0.60 | 249.00 |
| 11/14/2024 KMIK | Call with client, Kander, and co-counse l regarding status update, discussions with creditor parties, and plan strategy (.7); emails to/from Lisa Nelson regarding IRS checks (.2) | B110 | 0.90 | 373.50 |
| 11/14/2024 TROU | Call with cli ent, Kander, and co-couns el regarding status update, discus sions with creditors, and plan strategy (.7) | B110 | 0.70 | 199.50 |
| 11/14 /2024 TROU | Attention to Motion for Interim Distribution for Givens Purs le y (.2); Email Lisa Nelson regarding when Sum mit's fees can be paid (.1) | B160 | 0.30 | 85.50 |
| 11/14/2024 TROU | Attention to email from Valley Vv1d e's counsel regarding Valley Vv1d e's admin claim (.1) | B310 | 0.10 | 28.50 |
| 11/14/2024 TROU | Attention to emails from parties regard ing sign ing off on Stipulation to Extend Exclusive Solicitation Periöd (.1); emails from Lisa rega rding IRS checks (.1) | B110 | 0.20 | 57.00 |

Millenkamp Cattle, Inc.
Client 9020530
12/3/2024
Matter 9020530-188653
Page: 5
Statement: 1586197

| Date | Atty | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 11/14/2024 | TROU | Attention to email and updated models from Kander (.3) | B300 | 0.30 | 85.50 |
| 11/15/2024 | KMIK | Review letter from Andre w Schoulder regarding plan and fiduciary duties (.2) and email client regarding same (.1); review email from Kati Churchill regarding updated projections (.1); review emai l from Lisa Nelson regarding CNH Productivity Plus loans (.1); ema il Sandton's course l regarding Rabo's letter regarding fiduciary duties (.1): email Forbes regarding update on Cargill financing (.1) | B110 | 0.70 | 290.50 |
| 11/15/2024 | KMIK | Review em ail from counsel for Valley Wide Co-op regarding admin claim (.1); emails to/from counsel for East Valley Development regarding assumption of contract in amended pla n (.2); emails to/from John O'Brien regarding Sandton amended terms sheet(.2) | B150 | 0.50 | 207.50 |
| 11/15/2024 | **KMIK** | Review and revise third cash collateral motion (.3) | B230 | 0.30 | 124.50 |
| 11/15/2024 | TROU | Review letter from Andrew Schoulder regarding plan and fiduciary duties (.2) ; review email from Kati C regarding updated projections and budgets (.1); review email from Lisa Nelson regarding CNH loans (.1) | B110 | 0.40 | 114 .00 |
| 11/18/2024 | KMIK | Continue revising proposed order approving Kander interim fee app (.1) and emails to/from Brett Cahoon regarding same (.2); review email from Kander rega rding August invoice (.1); review and revise Kander August fee app (.2) | B160 | 0.60 | 249.00 |
| 11/18/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and plan and projections (.4); emails to/from Forbes regarding status update (.2) | B110 | 0.60 | 249.00 |
| 11/18/2024 | GMAT | Drafting Kande r August fee app and notice | B160 | 0.20 | 42.00 |
| 11/18/2024 | KMIK | Emails to/from MetLife counsel regarding amended plan (.2) | B150 | 0.20 | 83.00 |
| 11 /18/2024 | KMIK | Continue drafting amended plan | B320 | 0.60 | 249.00 |
| 11/18/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan and projections (.4) | B110 | 0.40 | 114.00 |
| 11/18/2024 | TROU | Email from David regarding cash flow report from H&M (.1); Review report (.1); email to Gabby to update 2015.3 report (.1); review finalized 2015 .3 report (.2); email to David/Bill for signing (.1) | B110 | 0.60 | 171.00 |
| 11/19/2024 | KMIK | Review em ail from Ken Nofziger regarding August fee app (.1); review Vertex Companies' September fee app **(.1)** | B160 | 0.20 | 83.00 |
| 11 /19/2024 | KMIK | Call with Matt Christensen regarding status report (.2); review status report (.1) | B110 | 0.30 | 124.50 |
| 11/19/2024 | TROU | Research several issues for plan | B320 | 2.80 | 798.00 |
| 11 /20/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan strategy, and MORs (.5) | B110 | 0.50 | 207.50 |
| 1 1 /20/2024 | KMIK | Continue drafting amended plan | B320 | 2.40 | 996.00 |
| 1 1 /20/2024 | KMIK | Emails to/from Lisa Nelson regarding GreatAmerica proof of claim (.2) | B310 | 0.20 | 83.00 |

Millenkamp Cattle, Inc.
Client 9020530
Matter 9020530-188653
Page: 6
Statement: 1586197

| Date | Atty | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 11/20/2024 | TROU | Call with client, Kander , and co-counsel regarding status update and plan strategy(.5) | B110 | 0.50 | 142.50 |
| 11/20/2024 | TROU | Attention to emails from co-counsel and Lisa regarding Great America claim (.2) | B310 | 0.20 | 57.00 |
| 11/20/2024 | TROU | Researc h several issues for plan | B320 | 4.70 | 1,339.50 |
| 11/21/2024 | KMIK | Review email from Sheila Schwager regarding Rabo claim reconciliation (.1) | B310 | 0.10 | 41.50 |
| 11/21/2024 | KMIK | Review Elsaesser Ande rson 's Octoberfee app (.1) | B160 | 0.10 | 41.50 |
| 11/21/2024 | KMIK | Review court's order and notice of hearing on status hearings (.1); emai ls to/from Lisa regarding trucks (.2); review emai l from Summ it Ag Appra isal regarding cash collateral hearing (.1) | B110 | 0.40 | 166.00 |
| 11/21/2024 | KMIK | Call with client, Kander, and co-counse l regarding plan strategy (1); continue drafting plan (.5) | A101 | 1.50 | 622.50 |
| 11/21/2024 | KMIK | Appear at status conference (.6); review no tice of hearing held (.1) | 8110 | 0.70 | 290.50 |
| 11/21/2024 | KMIK | Review email from Brett Cahoon regarding Kander fee app (.1) | B160 | 0.10 | 41.50 |
| 11/21/2024 | TROU | Call with client, Kander, and co-counsel regarding plan strategy (1) | B300 | 1.00 | 285.00 |
| 11/21/2024 | TROU | Appear at status conference (.6); review notice of hearing held (.1) | B110 | 0.70 | 199.50 |
| 11/22/2024 | KMIK | Call with client,Kander, and co-counse l regarding plan strategy (.5); email Rich Bernard regarding term sheet (.1) | B110 | 0.60 | 249.00 |
| 11/22/2024 | TROU | Call with client, Kander, and co-counsel regarding plan strategy and status (.5); email Lisa regarding Schuil Fee App (.1); Email Lisa regarding Summit Fee App (.1); Email Lisa regarding Harding Fee App (.1); Emails with David regarding 2015.3 report execution (.1); review emails from Matt and Kati regarding MORS ( .2) | B110 | 1.10 | 313.50 |
| 11/22/2024 | KMIK | Emails to/from John Deere counse l regard ing claim 20 repayment (.2); review email from Ken t Carter regarding CNH Productivity Plus Loans (.1) | B150 | 0.30 | 124.50 |
| 11/22/2024 | KMIK | Continue drafting ame nded plan | 8320 | 0.70 | 290 .50 |
| 11/22/2024 | TROU | Review order granting summit fee app and email Lisa to pay fees (.1); Review order regarding Harding fee app and email Lisa to pay fees (.1). Review order regarding Schuil Fee App and email Lisa to payfees (.1) | 8160 | 0.30 | 85.50 |
| 11/22/2024 | TRO U | Follow up with David regard ing 2015.3 report | B110 | 0.10 | 28.50 |
| 11/25/2024 | KMIK | Review email from Western States counsel regarding damages amount (.1); review email from Ron Bingham regarding Mel's interest calculat ions (.1); call with Sandton's counsel and co-counsel regarding status update , plan , and strategy (.6); emails to/from Holly O'Ne il regarding status update on amended plan (.2) | B150 | 1.00 | 415.00 |
| 11/25/2024 | KMIK | Review email from Lisa Nelson regarding payment of Schuil fees (.1) | B160 | 0.10 | 41.50 |

Millenkamp Cattle, Inc.
12/3/2024
Page: 7
Client: 9020530
Matter: 9020530-188653
Statement: 1586197

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/25/2024 | KMIK | Review Rabo's notice of hearing (.1) | B190 | 0.10 | 41.50 |
| 11/25/2024 | KMIK | Email Lisa Nelson regarding Dentons' October fee app (.1) | B160 | 0.10 | 41.50 |
| 11/25/2024 | KMIK | Continue drafting amended plan | B320 | 3.90 | 1,618.50 |
| 11/25/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, strategy, plan, and claims (.6) | B110 | 0.60 | 249.00 |
| 11/25/2024 | GMAT | Drafting fee app for November (.2); drafting fee app for August - November (.3) | B160 | 0.50 | 105.00 |
| 11/25/2024 | KMIK | Review GreatAmerica Financial proofofclaim (.1) and email Lisa Nelson regarding same (.1) | B310 | 0.20 | 83.00 |
| 11/25/2024 | TROU | Conference call with Sandton's counsel and co-counsel regarding status update, plan, and claims (.6) | B150 | 0.60 | 171.00 |
| 11/25/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, strategy, plan, and claims (.6) | B110 | 0.60 | 171.00 |
| 11/25/2024 | TROU | Review Great America's POC (.2); Emails from Lisa Nelson and co-counsel regarding same (.2) | B300 | 0.40 | 114.00 |
| 11/25/2024 | TROU | Research and prep for cash collateral hearing (1.5) | B230 | 1.70 | 484.50 |
| 11/25/2024 | TROU | Research regarding extension of exclusive period; draft memo regarding same | B110 | 1.50 | 427.50 |
| 11/26/2024 | KMIK | Prep for hearing on cash collateral and exclusivity (.5); review Conterra witness list (.1); review Conterra exhibit list (.1) | B230 | 0.70 | 290.50 |
| 11/26/2024 | GMAT | Amending schedules E/F | B110 | 0.20 | 42.00 |
| 11/26/2024 | TROU | Call with Committee, FA's and co-counsel regarding plan status and cash collateral hearing (.3); Call with client, Kander, and co-counsel regarding plan strategy, cash collateral and exclusivity hearing prep (.6); Email with David regarding 2015.3 report (.1); Review and finalize 2015.3 report (.2) | B110 | 1.20 | 342.00 |
| 11/26/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, strategy, and plan (.5) | B110 | 0.50 | 207.50 |
| 11/26/2024 | KMIK | Call with counsel and FAs for Committee and co-counsel regarding status update and plan (.3) | B150 | 0.30 | 124.50 |
| 11/26/2024 | KMIK | Continue drafting amended plan and amended disclosure statement (1) | B320 | 1.00 | 415.00 |
| 11/26/2024 | KMIK | Email Lisa Nelson and Kander regarding order approving Kander fee app (.1) | B160 | 0.10 | 41.50 |
| 11/26/2024 | TROU | Review Conterra witness list (.1); review Conterra exhibit list (.1); email Matt C cash collateral and exclusivity res earch (.1); review and start exhibit prep (.2); email co-counsel, client and Kander regarding same (.1) | B230 | 0.60 | 171.00 |
| 11/27/2024 | TROU | Emails from co-counsel and Kander regarding revising the budget (.1); Reviewing and revising amended disclosure statement(1.5); Review budgets from Kander (.5); Ca lls with Kati Churchill regarding budgets (.2); review Sandton terms sheet (.3); Review updated budgets from Kati (.2); Email parties am ended plan and dis closure statement and budgets (.2); emails with co-counse l and Kander regarding same (.1); email amended plan and amended disclosure statement to UST (.1) | B320 | 3.20 | 912.00 |
| 11/27/2024 | TROU | Review finalized 2015.3 report to file (.2); emails  with Gabby regarding filing issue (.2) | B110 | 0.40 | 114.00 |
| 11/27/2024 | TROU | Attention to email from Lisa regarding Kander fee app payment (.1); review O'Melveny & Myers fee app and notice (.3) | B160 | 0.40 | 114.00 |
| 11/27/2024 | TROU | Attention to emai ls from Lisa and Krystal regarding lift equipment purchase (.1); review equipment invoice and email required notice to parties (.2) | B110 | 0.30 | 85.50 |
| 11/29/2024 | TROU | Review Rabo Supplement (.3); Review Rabo's Motion to Appoi nt Trustee (.8); Review Rabo's notice setting hearing regarding Motion to AppointTrustee (.1) | B190 | 1.20 | 342.00 |

| | | | Sub-total Fees: | | $26,575.50 |
|---|---|---|---|---|---|

### Rate Summary

| | | | |
|---|---|---|---|
| Krysta l R. Mikkilineni | 36.90 hours at $415.00/hr | | 15,313.50 |
| Tirzah R. Roussell | 37.60 hours at $285.00/hr | | 10,716.00 |
| Gabby B. Mathias | 2.60 hours at $210.00/hr | | 546.00 |
| | Total hours: | 77.10 | |

### Expenses

| Date | Description | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 10/29/2024 | Wire Fee | E107 | 1.00 | 6.25 | 6.25 |
| 11/25/2024 | Flight for Millenkamp Hearing | E110 | 1.00 | 448.97 | 448.97 |
| 11/25/2024 | Wire Fee | E107 | 1.00 | 6.25 | 6.25 |
| 11/25/2024 | Flight for Mille nkamp Hearing | E110 | 1.00 | 417.98 | 417.98 |
| 11/26/2024 | Third party mailing of Kander fee application | E108 | 1.00 | 485.76 | 485.76 |
| 11/26/2024 | Return flight for Millenkamp hearing | E110 | 1.00 | 164.47 | 164.47 |

| | Sub-total Expenses: | | | | $1,529.68 |
|---|---|---|---|---|---|

| | Total Current Billing: | | | | $28,105.18 |
|---|---|---|---|---|---|

Millenkamp Cattle, Inc.
12/3/2024
Page: 9

Client: 9020530
Matter: 188653
Statement: 1586197

**In Account With**

Effective March 29, 2021, Davis Brown law Firm formally combined with Dentons to become Dentons Davis Brown PC. Visit www. dentons.com/BusinessTerms to find our Terms of Business, which will apply to the extent that it is not inconsistent with the material terms and conditions of any existing engagement agreement. Please contact your lawyer or other professional if you have questions about the Terms of Business or th any respect of your representation.

Current statement due within 30 days of statement date . Please disregard any previously paid amounts. Contact us at 515-246-76 12 with any quest ions. Please include the statement number on your check.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be thdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**DENTONS DAVIS BROWN PC**
Attorneys and Counselors at Law
215 10th Street, Suite 1300
Des Moines, IA 50309-3993
(515) 288-2500
Federal I.D. No. 42-1343884

Millenkamp Cattle, Inc.                                 Statement: 1583498
Bill Millenkamp                                         Date: 11/6/2024
471 N 300th Rd W
Jerome, Idaho 83338

Re: 9020530-188653 - Ch 11 Bankruptcy

## Professional Fees

| | | | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan, and employment apps (.4); review emails from David Heida and Andrew Leddy regarding next steps (.2); emails to/from James Morgan regarding filed plan and disclosure statement (.2); emails to/from Lisa Nelson regarding Cooper Norman retainer (.2) | B110 | 1.00 | 415.00 |
| 10/01/2024 | KMIK | Call with committee counsel, committee FA, Kander, and co-counsel regarding status update and plan (.4) | B150 | 0.40 | 166.00 |
| 10/01/2024 | KMIK | Emails to/from Doug McDonald regarding wire for fee app (.2) and email to Lisa Nelson regarding same (.1) | B160 | 0.30 | 124.50 |
| 10/01/2024 | KMIK | Email MetLife's counsel regarding plan discussions (.2); email Rabo's counsel regarding plan discussions (.2) | B320 | 0.40 | 166.00 |
| 10/01/2024 | KMIK | Emails to/from committee counsel regarding motion to approve disclosure statement and spreadsheet detailing unsecured claims reconciliation (.4) | B320 | 0.40 | 166.00 |
| 10/01/2024 | KMIK | Review proposed order for Summit fee app (.1) | B160 | 0.10 | 41.50 |
| 10/01/2024 | KMIK | Review email from MetLife regarding October adequate protection invoices (.1) | B140 | 0.10 | 41.50 |
| 10/01/2024 | KMIK | Continue reviewing and revising Kander first interim fee app (.6) | B160 | 0.60 | 249.00 |
| 10/01/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan, and employment apps (.4); review emails from James Morgan regarding filed plan and disclosure statement (.1) | B110 | 0.50 | 142.50 |
| 10/01/2024 | TROU | Call with committee counsel, committee FA, Kander, and co-counsel regarding status update and plan (.4); emails from committee counsel regarding draft plan and disclosure statement (.2) | B150 | 0.60 | 171.00 |
| 10/01/2024 | TROU | Emails with David regarding filed plan and disclosure statement (.2); email from David regarding Cargill counsel (.1); emails from Matt and clerk's office regarding disclosure statement hearing(.1); attention to emails from Matt, Krystal and Metlife's counsel regarding plan and disclosure statement (.2); emails with co-counsel regarding ds hearing and timeline (.2); attention to emails from Krystal and Rabo's counsel regarding plan and disclosure statement (.1); attention to notice of hearing on disclosure statement (.2); emails from Matt regarding same (.1); email from Forbes regarding plan and disclosure statement (.2); attention to status of mailing of plan and disclosure statement (.2) | B320 | 1.60 | 456.00 |

Case 24-40158-NGH   Doc 763   Filed 12/03/24   Entered 12/03/24 15:34:34   Desc Main
Document   Page 19 of 47
Millenkamp Cattle, Inc.
11/6/2024
Page: 2
Client 9020530
Matter: 9020530-188653
Statement: 1583498

| Date | | Description | | | |
|------|------|-------------|------|------|------|
| 10/01/2024 | TROU | Revise summit fee app proposed order (.3); attention to Kander interim fee app (.1); finalize Summit Fee app and email to Matt for review (.2) emails from Krystal and Rabo counsel regarding stipulated order to employ David Heida (.2); start drafting stipulated order (.3); emails from co-counsel regarding certificate of service for Kander amended app to employ (.2) | B160 | 1.30 | 370.50 |
| 10/02/2024 | KMIK | Appear at hearing on O'Melveny interim fee app (.4); review notice of hearing held on O'Melveny fee app (.1); review email from David Heida regarding Kander fee app (.1); continue revising Kander fee app (.1) | B160 | 0.70 | 290.50 |
| 10/02/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, hearing recap, plan discussions, and cash collateral (.4) | B110 | 0.40 | 166.00 |
| 10/02/2024 | KMIK | Review and revise proposed stipulated order for Heida employment app (.1) | B160 | 0.10 | 41.50 |
| 10/02/2024 | KMIK | Begin review of Dentons September invoice for fee app (.3) | B160 | 0.30 | 124.50 |
| 10/02/2024 | TROU | Email with Kati Churchill regarding MORs and create folder (.2) | B110 | 0.20 | 57.00 |
| 10/02/2024 | TROU | Attend hearing on O'Melveny interim fee app (.4); review notice of hearing held on O'Melveny fee app (.1); review email from David regarding Kander fee app (.1); draft proposed order emplying David Heida (1.2) | B160 | 1.80 | 513.00 |
| 10/02/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, hearing recap, plan discussions, and cash collateral (.4) | B110 | 0.40 | 114.00 |
| 10/02/2024 | TROU | Attention to status of mailing of plan and disclosure statement exhibits (.2) | B320 | 0.20 | 57.00 |
| 10/03/2024 | KMIK | Emails to/from Ron Bingham regarding Cargill term sheet (.2) | B150 | 0.20 | 83.00 |
| 10/03/2024 | KMIK | Emails to/from Kati Churchill regarding MOR language (.2); review email from Kati Churchill regarding weekly variance reporting (.1) and email secured lenders regarding same (.1) | B110 | 0.40 | 166.00 |
| 10/03/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan, lender discussions, MORs, and amended schedules (.4); email from Kati Churchill regarding vendor payment (.1) | B110 | 0.50 | 207.50 |
| 10/03/2024 | KMIK | Email Brent Wilson regarding proposed stipulated order for Heida employment app (.1); review Rabo's redline revisions to stipulated order regarding Heida employment app (.1) and email UST regarding same (.1); continue reviewing and revising September invoice for September fee app (.7) | B160 | 1.00 | 415.00 |
| 10/03/2024 | KMIK | Review and revise amended schedules (.8) and email Lisa Nelson and Kati Churchill regarding same (.1) | B110 | 0.90 | 373.50 |
| 10/03/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan, lender discussions, MORs, and amended schedules (.4) | B110 | 0.40 | 114.00 |
| 10/03/2024 | TROU | Follow up with Matt regarding Summit fee app proposed order (.2) | B160 | 0.20 | 57.00 |
| 10/03/2024 | TROU | Review email from Brent Wilson regarding proposed stipulated order for Heida employment app (.1); review Rabo's redline revisions to stipulated order regarding Heida employment app (.1) | B160 | 0.20 | 57.00 |
| 10/03/2024 | TROU | Review Mark Perry's appearance for Burks Tractor (.1); emails from Kati, Matt, and Krystal regarding MORs (.2); attention to email from Lisa regarding borrowing base (.1); review emails regarding same; attention to amended schedules (.2); Email from Lisa and co-counsel regarding same (.2) | B110 | 0.80 | 228.00 |
| 10/04/2024 | KMIK | Emails to/from Kati Churchill regarding weekly reporting (.2); review emails from Sheila Schwager and Andrew Schoulder regarding interest calculations and reconciliation status (.2) | B110 | 0.40 | 166.00 |
| 10/04/2024 | KMIK | Continue reviewing and revising amended schedules | B110 | 0.60 | 249.00 |
| 10/04/2024 | GMAT | Drafting Certificate of Service for amended schedules. | B110 | 0.50 | 105.00 |
| 10/04/2024 | TROU | Review emails from Sheila Schwager and Andrew Schoulder regarding interest calculations and reconciliation of Rabo claim (.2) | B300 | 0.20 | 57.00 |
| 10/04/2024 | TROU | Attention to emails from co-counsel, Lisa and Kati regarding amended schedules (.3) | B110 | 0.30 | 85.50 |
| 10/07/2024 | KMIK | Review email from Brett Cahoon regarding Heida employment order (.1) and finalize order (.1); continue reviewing and revising September invoice for Dentons' September fee app (.4); review Johnson May's September fee app (.1); review of Summit Ag fee app order (.1) | B160 | 0.80 | 332.00 |
| 10/07/2024 | KMIK | Review email from John O'Brien regarding plan questions (.2) and email client, Kander, and co-counsel regarding proposed responses to same (.2); email UST regarding plan and disclosure statement (.1) | B320 | 0.50 | 207.50 |
| 10/07/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan negotiations, and amended schedules (.4); email Lisa Nelson and David Heida regarding amended schedules (.1) | B110 | 0.50 | 207.50 |
| 10/07/2024 | GMAT | Drafting motion for interim fee app (.2); drafting notice of interim fee app (.1) | B160 | 0.30 | 63.00 |
| 10/07/2024 | KMIK | Follow up email to Rabo's counsel regarding plan discussions call (.1) | B150 | 0.10 | 41.50 |
| 10/07/2024 | KMIK | Review email from Roberta Black regarding adequate protection statement (.1) | B140 | 0.10 | 41.50 |
| 10/07/2024 | KMIK | Continue revising app to employ Heida for Cordova collections matter (.2) | B160 | 0.20 | 83.00 |
| 10/07/2024 | TROU | Review email from John O'Brien regarding plan questions (.2) review emails from co-counsel, client, Kander regarding proposed responses to same (.2); review email from co-counsel to UST regarding plan and disclosure statement (.1); attention to email from co-counsel regarding hearing on cash collateral (.1) | B320 | 0.60 | 171.00 |
| 10/07/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan negotiations, and amended schedules (.4) | B110 | 0.40 | 114.00 |
| 10/07/2024 | TROU | Revise Summit fee app proposed order (.2); email proposed order to UST (.1) | B160 | 0.30 | 85.50 |
| 10/07/2024 | TROU | Review order regarding O'Melveny fee app (.1) | B160 | 0.10 | 28.50 |
| 10/08/2024 | KMIK | Review and revise Dentons' September fee app (.3); review certificate of service for app to employ David Heida for Cordova matter (.1); review order on O'Melveny interim fee app (.1); review email from Brett Cahoon regarding Kander fee app (.1) and email Kander regarding same (.1) | B160 | 0.70 | 290.50 |
| 10/08/2024 | KMIK | Draft response to John O'Brien regarding plan questions (.4) | B320 | 0.40 | 166.00 |
| 10/08/2024 | KMIK | Call with counsel and FA for creditor committee, Kander, and co-counsel regarding status update, plan, and cash collateral (.4) | B150 | 0.40 | 166.00 |

Millenkamp Cattle, Inc.
11/6/2024
Page: 2
Client 9020530
Matter: 9020530-188653
Statement: 1583498

Case 24-40158-NGH    Doc 763    Filed 12/03/24    Entered 12/03/24 15:34:34    Desc Main
Document    Page 20 of 47
Millenkamp Cattle, Inc.
11/6/2024
Page: 2
Client 9020530
Matter: 9020530-188653
Statement: 1583498

| Date | Atty | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/08/2024 | KMIK | Continue claims reconciliation process and email creditors with disputed proofs of claim | B310 | 0.70 | 290.50 |
| 10/08/2024 | KMIK | Emails to/from Lisa Nelson regarding amended schedules (.2) | B110 | 0.20 | 83.00 |
| 10/08/2024 | TROU | Review email from Brett Cahoon regarding Kander fee app (.1) and review email from co-counsel and Kander regarding same (.1) | B160 | 0.20 | 57.00 |
| 10/08/2024 | TROU | Call with counsel and FA for creditor committee, Kander, and co-counsel regarding status update, plan, and cash collateral hearing (.4); review email responses to John Obrien's questions regarding plan (.2) | B110 | 0.60 | 171.00 |
| 10/08/2024 | TROU | Email from Gabby regarding COS for app to employ Heida Law (.1) | B160 | 0.10 | 28.50 |
| 10/09/2024 | KMIK | Emails to/from Kati Churchill regarding Kander fee app and retainer | B160 | 0.20 | 83.00 |
| 10/09/2024 | KMIK | Review emails from clerks office and Matt Christensen regarding status conference (.2); review status report (.1); call with client, Kander, and co-counsel regarding status update, budget, fee apps, and plan discussions (.7); review email from Lisa Nelson regarding signed declarations and review declarations (.2); review certificate of service for mailing of amended schedules (.1) | B110 | 1.30 | 539.50 |
| 10/09/2024 | KMIK | Emails to/from Lisa Nelson and Kati Churchill regarding Verizon claim reconciliation (.2) and email Verizon's counsel regarding same (.1); continue conducting claims reconciliation (.8) | B310 | 1.10 | 456.50 |
| 10/09/2024 | KMIK | Emails to/from Matt Christensen regarding Farmers Bank treatment in plan (.2) | B320 | 0.20 | 83.00 |
| 10/09/2024 | TROU | Review emails from clerks office and co-counsel regarding status conference (.2); review status report (.1); call with client, Kander, and co-counsel regarding status update, budget, fee apps, and plan discussions (.7); review email from Lisa N regarding signed declarations and review declarations (.1); call with Gabby regarding filing amended schedules (.3); review filed amended schedules (.1); review certificate of service for mailing of amended schedules (.1) | B110 | 1.60 | 456.00 |
| 10/09/2024 | TROU | Emails from co-counsel, Kati, and client regarding Farmers claim and Brandy Bartholomew claim (.2); review plan and start amending plan treatment (.4); review emails and analyis from Kati, Lisa and co-counsel regarding verizon's claim and amended exhibit needed for GUCs (.4) | B320 | 1.00 | 285.00 |
| 10/10/2024 | KMIK | Emails to/from Uline regarding proof of claim (.2); review email from Valley Wide Coop's counsel regarding 503(b)(9) claim and email Matt Christensen regarding same (.2); emails to/from John O'Brien regarding proofs of claim for Idaho Calves (.2); emails to/from CenturyLink regarding proof of claim (.2); emails to/from Lisa Nelson regarding Verizon proof of claim (.2) | B310 | 1.00 | 415.00 |
| 10/10/2024 | KMIK | Emails to/from Brent Wilson regarding proposed order for Heida employment app (.2) | B160 | 0.20 | 83.00 |
| 10/10/2024 | KMIK | Appear at telephonic status hearing (.3) | B110 | 0.30 | 124.50 |
| 10/10/2024 | TROU | Draft and revise Cooper Norman Fee App (3); emails with Cooper Norman regarding certain issues with fee app and entries to correct (.4); email Summit proposed order to clerk (.1) | B160 | 3.50 | 997.50 |
| 10/10/2024 | TROU | Appear at telephonic status hearing (.3); email with Kati regarding status of professional fee apps for projections (.2) | B110 | 0.50 | 142.50 |
| 10/10/2024 | TROU | Review email from Valley Wide Coop's counsel regarding 503(b)(9) claim and emails from co-counsel regarding same (.3); review projections to start drafting allowed 503(b)(9) claims exhibit for disclosure statement (.5) | B310 | 0.80 | 228.00 |
| 10/11/2024 | KMIK | Review email from John O'Brien regarding Conterra November adequate protection statements (.1) | B140 | 0.10 | 41.50 |
| 10/11/2024 | KMIK | Review emails from Matt Christensen and Oren Haker regarding Burks Tractor lease (.2) | B185 | 0.20 | 83.00 |
| 10/11/2024 | KMIK | Call with client, Kander, and co-counsel regarding Rabo's objection and subpoena (.4); review notice of hearing held (.1) | B110 | 0.50 | 207.50 |
| 10/11/2024 | KMIK | Call with Kati Churchill regarding Kander fee app (.2); email Kati and Ken regarding response to UST regarding retainer amount (.2) | B160 | 0.40 | 166.00 |
| 10/11/2024 | KMIK | Review Rabo's objection to cash collateral and motion to terminate exclusivity | B230 | 0.60 | 249.00 |
| 10/11/2024 | KMIK | Emails to/from Ron Bingham regarding status update call (.2) | B150 | 0.20 | 83.00 |
| 10/11/2024 | KMIK | Review email from CenturyLink regarding pre-petition amount owing (.1) and email Lisa Nelson regarding same (.1) | B310 | 0.20 | 83.00 |
| 10/11/2024 | TROU | Call with client, Kander, and co-counsel regarding Rabo's objection and subpoena (.4); review notice of hearing held (.1) | B110 | 0.50 | 142.50 |
| 10/11/2024 | TROU | Review Rabo's objection to cash collateral and motion to terminate exclusivity | B230 | 0.70 | 199.50 |
| 10/11/2024 | TROU | Review email from John O'Brien regarding Conterra November adequate protection statements (.1) | B140 | 0.20 | 57.00 |
| 10/11/2024 | TROU | Review emails from Matt Christensen and Oren Haker regarding Burks Tractor lease (.2) | B185 | 0.20 | 57.00 |
| 10/14/2024 | KMIK | Call with Matt Christensen regarding motion to compel (.1) | B110 | 0.10 | 41.50 |
| 10/14/2024 | KMIK | Review and revise motion to compel (.4); review email from Sheila Schwager regarding motion to compel (.1) | B190 | 0.50 | 207.50 |
| 10/14/2024 | KMIK | Review UCC's plan treatment proposal (.3) and email client and Kander regarding same (.1) | B320 | 0.40 | 166.00 |
| 10/14/2024 | KMIK | Emails to/from John O'Brien regarding corrected adequate protection statements (.2) | B140 | 0.20 | 83.00 |
| 10/14/2024 | KMIK | Review and revise Cooper Norman's interim fee app (.3) | B160 | 0.30 | 124.50 |
| 10/14/2024 | KMIK | Continue claims reconciliation | B310 | 0.10 | 41.50 |
| 10/14/2024 | TROU | Review UCC's plan treatment proposal (.3) review emails from co-counsel, client and Kander regarding same (.1) | B320 | 0.40 | 114.00 |
| 10/14/2024 | TROU | Review and revise Cooper Norman interim fee app for May-Sept (.3); emails with co-counsel regarding same (.1) | B160 | 0.40 | 114.00 |
| 10/14/2024 | TROU | Review motion to compel (.3); review email from Sheila Schwager regarding motion to compel (.1) | B190 | 0.40 | 114.00 |

Case 24-40158-NGH   Doc 763   Filed 12/03/24   Entered 12/03/24 15:34:34   Desc Main
Millenkamp Cattle, Inc.
11/6/2024
Page: 2
Case 24-40158-NGH   Doc 775   Filed 12/05/24   Entered 12/05/24 10:06:...   Desc Main
Document   Page 21 of 47
Client 9020530
Matter: 9020530-188653
Statement: 1583498

| Date | Init | Description | Task | Hours | Amount | | Date | Init | Description | Task | Hours | Amount |
|------|------|-------------|------|-------|--------|---|------|------|-------------|------|-------|--------|
| 10/15/2024 | KMIK | Call with MetLife counsel and co-counsel regarding plan and cash collateral discussions (.4); review email from Sheila Schwager regarding loan information (.1); call with counsel and FA for UCC and co-counsel regarding status update, UCC proposal, and Rabo objection (.4); emails to/from Morgan Crilly regarding plan and disclosure statement notice (.2); call with Rabo's counsel and co-counsel regarding plan and cash collateral discussions (1.2) | B150 | 2.30 | 954.50 | | 10/17/2024 | KMIK | Review emails from JB Evans regarding Western States Cat's plan treatment (.2) | B320 | 0.20 | 83.00 |
| 10/15/2024 | KMIK | Prep for cash collateral hearing (.2) | B230 | 0.20 | 83.00 | | 10/17/2024 | KMIK | Review memo regarding 9th circuit case law on default interest in plan (.4) | B320 | 0.40 | 166.00 |
| 10/15/2024 | KMIK | Call with client and co-counsel regarding strategy for cash collateral and plan, Rabo objection, and Rabo subpoena production (.6); call with Kander and co-counsel regarding plan negotiations and cash collateral budget (.5); call with Matt Christensen regarding plan and cash collateral strategy (.1); call with John O'Brien regarding Idaho Calves and contingent claims (.7) | B110 | 1.90 | 788.50 | | 10/17/2024 | KMIK | Call with client and co-counsel regarding status update, plan strategy and treatment provisions (.4); review email from Lisa Nelson regarding borrowing base certificate (.1) | B110 | 0.50 | 207.50 |
|  |  |  |  |  |  | | 10/17/2024 | KMIK | Review email from Sheila Schwager regarding checks (.1) | B150 | 0.10 | 41.50 |
|  |  |  |  |  |  | | 10/17/2024 | KMIK | Draft amended plan | B320 | 0.40 | 166.00 |
| 10/15/2024 | KMIK | Email Kati Churchill regarding follow-up on fee app response (.1); email UST counsel regarding Kander's retainer amount (.2) | B160 | 0.30 | 124.50 | | 10/17/2024 | KMIK | Follow up email to Fastenal's counsel regarding proof of claim (.1) | B310 | 0.10 | 41.50 |
| 10/15/2024 | TROU | Call with counsel and FA for UCC and co-counsel regarding status update, UCC proposal, and Rabo objection (.4) | B150 | 0.40 | 114.00 | | 10/17/2024 | TROU | Call with client and co-counsel regarding status update, plan strategy and treatment provisions (.4); review email from Lisa Nelson regarding borrowing base certificate (.1) | B110 | 0.40 | 114.00 |
| 10/15/2024 | TROU | Call with client and co-counsel regarding strategy for cash collateral and plan, Rabo objection, and Rabo subpoena production (.6); call with Kander and co-counsel regarding plan negotiations and cash collateral budget (.5) | B110 | 0.50 | 142.50 | | 10/17/2024 | TROU | Review Givens Pursley September fee app (.1); review court's order granting Kander amended employment app (.1) | B160 | 0.20 | 57.00 |
| 10/15/2024 | TROU | Email from Lisa regarding Rabo claim reconciliation (.1) | B300 | 0.10 | 28.50 | | 10/17/2024 | TROU | Review emails from JB Evans regarding Western States Cat's plan treatment (.2) | B320 | 0.20 | 57.00 |
| 10/15/2024 | TROU | Start reply memo to Rabo's objection to cash collateral and exclusivity (1) | B190 | 1.00 | 285.00 | | 10/18/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, Rabo treatment, plan amendment, and cash collateral (.8); call with client and co-counsel regarding Cargill status and amended plan (.3) | B110 | 1.10 | 456.50 |
| 10/16/2024 | GMAT | Drafting amended fee app for Kander | B160 | 0.20 | 42.00 | | 10/18/2024 | KMIK | Review email from Fastenal counsel regarding claim amount (.1) and email Lisa Nelson regarding same (.1) | B310 | 0.20 | 83.00 |
| 10/16/2024 | KMIK | Review email from Brett Cahoon regarding Kander amended fee app (.1); review order approving employment of Heida to collect against Perez (.1) and email David regarding same (.1); continue reviewing and revising amended fee application for Kander (.3) and email client and Kander regarding same (.1); emails to/from Bruce Anderson regarding August fee app (.2) and email Lisa Nelson regarding same (.1) | B160 | 1.00 | 415.00 | | 10/18/2024 | KMIK | Email follow up to David and Lisa regarding Kander amended fee app (.1) | B160 | 0.10 | 41.50 |
|  |  |  |  |  |  | | 10/18/2024 | KMIK | Emails to/from Ron Bingham regarding status update (.2) | B150 | 0.20 | 83.00 |
| 10/16/2024 | KMIK | Call with client and co-counsel regarding status update and plan strategy (.4) | B110 | 0.40 | 166.00 | | 10/18/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, Rabo treatment, plan amendment, and cash collateral (.8) | B110 | 0.80 | 228.00 |
| 10/16/2024 | TROU | Review email from Brett Cahoon regarding Kander amended fee app (.1); review order approving employment of Heida to collect against Perez (.1); attention to mailing of fee apps (.2); email Gabby to mail Summit, Schuil, and Harding's fee apps and draft certificate of service (.3); email to Carol Mills, law clerk, regarding mailing issue of Summit Fee App (.1) | B160 | 0.80 | 228.00 | | 10/18/2024 | TROU | Review stipulation to continue the cash collateral hearing (.2); emails from parties regarding same (.1) | B230 | 0.30 | 85.50 |
| 10/16/2024 | TROU | Call with client and co-counsel regarding status update and plan strategy (.4); emails with Kati Churchill regarding cash collateral filings (.2) | B110 | 0.60 | 171.00 | | 10/21/2024 | KMIK | Review email from Rich Bernard regarding cash collateral stipulation (.1); review email from committee counsel regarding cash collateral stipulation (.1); review email from Andrew Shoulder regarding stipulation on cash collateral and extended time (.1); review email from John O'Brien regarding cash collateral stipulation (.1) | B230 | 0.40 | 166.00 |
| 10/16/2024 | TROU | Attention to email from Western States counsel regarding plan language (.1); emails with co-counsel regarding same (.2); review treatment of Western States and determine needed revisions (.3) | B300 | 0.60 | 171.00 | | 10/21/2024 | KMIK | Emails to/from Lisa regarding Fastenal claim and invoice (.2); emails to/from Fastenal regarding claim amount (.2) | B310 | 0.40 | 166.00 |
| 10/16/2024 | TROU | Research and draft memo regarding Default Interest for Plan Treatment in the Ninth Circuit (3.3) | B300 | 3.30 | 940.50 | | 10/21/2024 | KMIK | Review email from Met's counsel regarding status update (.1) and email regarding same (.1); call with client, Kander, and co-counsel regarding status update, plan terms, secured party discussions, and strategy (.7); email client and Kander regarding milestones through effective date (.2) | B110 | 1.10 | 456.50 |
| 10/17/2024 | KMIK | Review Givens Pursley September fee app (.1); review court's order granting Kander amended employment app (.1) | B160 | 0.20 | 83.00 | | 10/21/2024 | KMIK | Continue review of Kander's amended fee app (.1); review amended notice of Kander amended fee app (.1); email Ron Bingham regarding updated estimated professional fees through effective date (.1) | B160 | 0.30 | 124.50 |
|  |  |  |  |  |  | | 10/21/2024 | KMIK | Email UCC counsel regarding status call (.1) | B150 | 0.10 | 41.50 |

Case 24-40158-NGH   Doc 763   Filed 12/03/24   Entered 12/03/24 15:34:34   Desc Main
Document   Page 22 of 47
Millenkamp Cattle, Inc.
11/6/2024
Page: 2
Client 9020530
Matter: 9020530-188653
Statement: 1583498

| Date | Atty | Description | Task | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 10/21/2024 | TROU | Review email from Met's counsel regarding status update (.1) call with client, Kander, and co-counsel regarding status update, plan terms, secured party discussions, and strategy (.7); attention to memo regarding milestones through effective date (.2) | B110 | 1.00 | 285.00 |
| 10/21/2024 | TROU | Review emails from opposing counsel regarding cash collateral stipulation (.4) | B230 | 0.40 | 114.00 |
| 10/22/2024 | KMIK | Call with client and Kander regarding status update on party negotiations for plan (.2); review email from Kati Churchill regarding 2023 audit (.1); review order continuing cash collateral hearing (.1); emails to/from Kati Churchill regarding Sept MOR (.4) | B110 | 0.80 | 332.00 |
| 10/22/2024 | KMIK | Review email from Summit regarding fees (.1); review email from Lance Fenton regarding Cooper Norman fee app and time entries (.1) | B160 | 0.20 | 83.00 |
| 10/22/2024 | KMIK | Review Uline's withdrawal of claim (.1) | B110 | 0.10 | 41.50 |
| 10/22/2024 | KMIK | Emails to/from Penske's counsel regarding 503(b)(9) claim (.2); review email from Kati Churchill regarding Rabo claims reconciliation (.1) | B310 | 0.30 | 124.50 |
| 10/22/2024 | TROU | Emails from Summit regarding fee app status (.1) | B160 | 0.10 | 28.50 |
| 10/22/2024 | TROU | Emails with Kati regarding September MORs (.2) | B110 | 0.20 | 57.00 |
| 10/22/2024 | TROU | Review order continuing cash collateral hearing (.1) | B110 | 0.10 | 28.50 |
| 10/22/2024 | TROU | Review email from Kati Churchill regarding Rabo claims reconciliation (.1) | B300 | 0.10 | 28.50 |
| 10/22/2024 | TROU | Review Uline's withdrawal of claim (.1) | B110 | 0.10 | 28.50 |
| 10/23/2024 | GMAT | Reviewing PTG of Idaho POC and invoices for 503(b)(9) claim | B310 | 1.00 | 210.00 |
| 10/24/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, MORs, party negotiations, and John Deere claim (.3) | B110 | 0.30 | 124.50 |
| 10/24/2024 | KMIK | Emails to/from counsel for John Deere regarding John Deere plan treatment and claims (.2) | B150 | 0.20 | 83.00 |
| 10/24/2024 | KMIK | Email Kati Churchill regarding John Deere plan treatment (.1) | B320 | 0.10 | 41.50 |
| 10/24/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, MORs, party negotiations, and John Deere claim (.3); attention to emails from co-counsel, client and Kati regarding John Deere claim (.2); emails from UCC counsel regarding call (.1); attention to plan treatment settlement discussions from Metlife (.3) | B110 | 0.90 | 256.50 |
| 10/25/2024 | KMIK | Call with committee counsel, FAs, Kander, and co-counsel regarding status update | B150 | 0.50 | 207.50 |
| 10/25/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, party negotiations, and plan treatment | B110 | 0.60 | 249.00 |
| 10/25/2024 | TROU | Call with committee counsel, FAs, Kander, and co-counsel regarding status update | B150 | 0.50 | 142.50 |
| 10/25/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, party negotiations, and plan treatment | B110 | 0.60 | 171.00 |
| 10/28/2024 | KMIK | Emails to/from Andrew and Sheila regarding call (.2); review email from Ron Bingham regarding Met's plan treatment (.1); review email from Sheila regarding collateral examination (.1) | B150 | 0.40 | 166.00 |
| 10/28/2024 | KMIK | Review email from Kati Churchill regarding Sandton fees (.1); email Lisa Nelson regarding Dentons September fees (.1); review Armory's September fee app (.1); review Elaesser Anderson's September fee app (.1) | B160 | 0.40 | 166.00 |
| 10/28/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, and update on negotiations with parties and plan strategy (.4) | B110 | 0.40 | 166.00 |
| 10/28/2024 | KMIK | Review Rabo's claim reconciliation (.2) | B310 | 0.20 | 83.00 |
| 10/28/2024 | KMIK | Review and analyze Penske's 503(b)(9) claim (.3); review Moss Grain's amended proof of claim (.1); call with Penske's counsel regarding 503(b)(9) claim (.1) | B310 | 0.50 | 207.50 |
| 10/28/2024 | TROU | Review email from Ron Bingham regarding Met's plan treatment (.1) | B320 | 0.10 | 28.50 |
| 10/28/2024 | TROU | Review mail from Lisa Nelson regarding Dentons September fees (.1); review Elaesser Anderson's September fee app (.1); review Armory's September fee app (.1) | B160 | 0.30 | 85.50 |
| 10/28/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, and update on negotiations with parties and plan strategy (.4) | B110 | 0.40 | 114.00 |
| 10/29/2024 | KMIK | Review email from counsel for Burks Tractor regarding lease amendment (.1) | B185 | 0.10 | 41.50 |
| 10/29/2024 | KMIK | Emails to/from counsel for Conrad & Bischoff regarding claim amount (.3) | B310 | 0.30 | 124.50 |
| 10/29/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan negotiations, and strategy (.4) | B110 | 0.40 | 166.00 |
| 10/29/2024 | KMIK | Call with committee counsel and FA, Kander, and co-counsel regarding status update and plan terms (.3); call with Rabo counsel and co-counsel regarding status update, claim reconciliation, and plan terms (.6) | B150 | 0.90 | 373.50 |
| 10/29/2024 | GMAT | Amending schedules and declaration | B110 | 0.10 | 21.00 |
| 10/29/2024 | KMIK | Review email from third party regarding interest in Goose Ranch (.1) | B110 | 0.10 | 41.50 |
| 10/29/2024 | TROU | Review email from counsel for Burks Tractor regarding lease amendment (.1) | B185 | 0.10 | 28.50 |
| 10/29/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan negotiations, and strategy (.4) | B110 | 0.40 | 114.00 |
| 10/29/2024 | TROU | Call with committee counsel and FA, Kander, and co-counsel regarding status update and plan terms (.3) | B150 | 0.30 | 85.50 |
| 10/29/2024 | TROU | Research and draft memo for amended plan strategy | B110 | 1.40 | 399.00 |
| 10/30/2024 | KMIK | Call with David Heida regarding amended plan (.1) | B320 | 0.10 | 41.50 |
| 10/30/2024 | GMAT | Reviewing invoices for PTG 503(b)(9) claim | B310 | 0.50 | 105.00 |
| 10/30/2024 | KMIK | Call with Kander and co-counsel regarding plan strategy (.7) | B110 | 0.70 | 290.50 |

Millenkamp Cattle, Inc.
11/6/2024
Page: 2

Client: 9020530
Matter: 9020530-188653
Statement: 1583498

Millenkamp Cattle, Inc.
11/6/2021

Client: 9020530
Matter: 9020530-188653
Statement: 1583498

| Date | Atty | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/30/2024 | KMIK | Review email from Sheila Schwager regarding checks from US Bank (.1) | B150 | 0.10 | 41.50 |
| 10/30/2024 | KMIK | Continue drafting amended plan and disclosure statement | B320 | 0.20 | 83.00 |
| 10/30/2024 | KMIK | Review O'Melveny's September fee app (.2) | B160 | 0.20 | 83.00 |
| 10/30/2024 | TROU | Research and draft memo for amended plan strategy | B110 | 2.60 | 741.00 |
| 10/31/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update and plan strategy (.4); review and revise notices of change of address (.2) | B110 | 0.60 | 249.00 |
| 10/31/2024 | KMIK | Review Kenworth Sales amended proof of claim (.1) and email Lisa Nelson regarding same (.1) | B310 | 0.20 | 83.00 |
| 10/31/2024 | GMAT | Drafting change of address for William Millenkamp and Milner Hay | B110 | 0.10 | 21.00 |
| 10/31/2024 | KMIK | Research for amended plan | B320 | 0.70 | 290.50 |
| 10/31/2024 | TROU | Call with client, Kander, and co-counsel regarding status update and plan strategy (.4); review and revise memo regarding research for amended plan (1) | B110 | 1.40 | 399.00 |
| 10/31/2024 | TROU | Review Kenworth Sales amended proof of claim (.1) | B310 | 0.10 | 28.50 |

Sub-total Fees: $30,239.50

### Rate Summary

| | | | |
|---|---|---|---|
| Krystal R. Mikkilineni | 43.00 | hours at $415.00/hr | 17,845.00 |
| Tirzah R. Roussell | 41.50 | hours at $285.00/hr | 11,827.50 |
| Gabby B. Mathias | 2.70 | hours at $210.00/hr | 567.00 |
| Total hours: | 87.20 | | |

### Expenses

| Date | Description | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 10/02/2024 | Payment for Third Party Mailing | E108 | 1.00 | 311.24 | 311.24 |
| 10/02/2024 | Payment for Third Party Mailing | E108 | 1.00 | 481.92 | 481.92 |
| 10/02/2024 | Payment for Third Party Mailing | E108 | 1.00 | 5,695.19 | 5,695.19 |
| 10/17/2024 | Payment for third party mailing of documents | E108 | 1.00 | 711.65 | 711.65 |
| 10/21/2024 | Third party mailing for Notice of Hearing | E108 | 1.00 | 301.07 | 301.07 |

Sub-total Expenses: $7,501.07

Total Current Billing: $37,740.57

Effective March 29, 2021, Davis Brown Law Firm formally combined with Dentons to become Dentons Davis Brown PC. Visit www.dentons.com/BusinessTerms to find our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the material terms and conditions of any existing engagement agreement. Please contact your lawyer or other professional if you have questions about the Terms of Business or with any respect of your representation.

Current statement due within 30 days of statement date. Please disregard any previously paid amounts. Contact us at 515-246-7812 with any questions. Please include the statement number on your check.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**DENTONS**

Client: 9020530
Matter: 9020530-188653
Statement: 1580419

In Account With

**DENTONS DAVIS BROWN PC**
Attorneys and Counselors at Law
215 10th Street, Suite 1300
Des Moines, IA 50309-3993
(515) 288-2500
Federal I.D. No. 42-1343884

Millenkamp Cattle, Inc.
Bill Millenkamp
471 N 300th Rd W
Jerome, Idaho 83338

Statement: 1580419
Date: 10/7/2024

Re: 9020530-188653 - Ch 11 Bankruptcy

**Professional Fees**

| Date | Init | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/02/2024 | KMIK | Call with client and co-counsel regarding plan strategy and refinancing options (.5) | B320 | 0.50 | 207.50 |
| 09/03/2024 | KMIK | Email client and Kander regarding plan strategy and refinancing (.4); call with Forbes, client, Kander, and co-counsel regarding refinancing status update and plan strategy (.3) | B320 | 0.70 | 290.50 |
| 09/03/2024 | KMIK | Review email from UST's office regarding bank account reconciliation (.1) and email Ken and Kati regarding same (.1); review email from MetLife regarding billing statements (.1); call with David Heida regarding communications with creditors committee (.1) | B110 | 0.40 | 166.00 |
| 09/03/2024 | TROU | Call with Forbes, client, Kander, and co-counsel regarding refinancing status update and plan strategy (.3); Review email from co-counsel regarding refinancing strategy (.1); Call with committee counsel and FAs, Kander, and co-counsel regarding refinancing update and plan strategy(.5) | B320 | 0.90 | 256.50 |
| 09/03/2024 | KMIK | Call with committee counsel and FAs, Kander, and co-counsel regarding refinancing update and plan strategy(.4); call with counsel for MetLife regarding status update on refinancing efforts and plan (.4) | B150 | 0.80 | 332.00 |
| 09/03/2024 | GMAT | Reviewing Proofs of Claim for 503(B)(9) amounts. | B310 | 1.50 | 315.00 |
| 09/03/2024 | GMAT | Drafting Forbes Partners fee application; email to Krystal regarding fee application | B160 | 0.80 | 168.00 |
| 09/03/2024 | KMIK | Emails to/from counsel for Sandton regarding relief from stay with McAlvain Concrete (.2) | B140 | 0.20 | 83.00 |
| 09/03/2024 | KMIK | Continue claims analysis and plan waterfall review and drafting (2.4) | B320 | 2.40 | 996.00 |
| 09/03/2024 | TROU | Research and drafting resistance to EVD's Motion to Compel (5.4) | B185 | 5.40 | 1,539.00 |
| 09/04/2024 | KMIK | Emails to/from Sheila Schwager regarding Glanbia deposits (.2) and emails to/from Lisa Nelson regarding same (.2); review email from Kati Churchill regarding MOR and bank account reconciliation (.1) | B110 | 0.50 | 207.50 |
| 09/04/2024 | KMIK | Review and revise resistance to motion to compel assumption or rejection of EVD contracts | B185 | 3.60 | 1,494.00 |
| 09/04/2024 | GMAT | Reviewing proofs of claim for 503 (b)(9) claims. | B310 | 2.60 | 546.00 |
| 09/04/2024 | TROU | Further research regarding factors and drafting and revising objection to motion to compel evd contracts (4.2); emails from David and Givens Pearsley regarding tax expert for objection (.2) | B185 | 4.40 | 1,254.00 |
| 09/04/2024 | TROU | Emails with Kati regarding claims and admin estimation (.2) | B320 | 0.20 | 57.00 |
| 09/05/2024 | GMAT | Reviewing proofs of claim for 503 (b)(9) claims. | B310 | 3.20 | 672.00 |
| 09/05/2024 | KMIK | Review variance analysis from Kati Churchill (.1); review weekly report from Forbes (.1); email weekly reports to secured lenders (.2); call with client, Kander, and co-counsel regarding status update on refinancing and strategy for plan (.4); email David Heida regarding McAlvain bond (.1); call with Lisa Nelson regarding borrowing base calculation (.2) | B110 | 1.10 | 456.50 |
| 09/05/2024 | KMIK | Call with counsel for Sandton regarding McAlvain suit and stipulated relief from stay (.2) | B150 | 0.20 | 83.00 |
| 09/05/2024 | KMIK | Continue claims analysis and waterfall preparation for plan | B320 | 3.00 | 1,245.00 |
| 09/05/2024 | TROU | Drafting Chapter 11 Plan (4.8) | B320 | 4.80 | 1,368.00 |
| 09/05/2024 | TROU | Review variance analysis from Kati (.1); call with client, Kander, and co-counsel regarding status update on refinancing and strategy for plan (.4); review weekly report from Forbes (.1) | B110 | 0.60 | 171.00 |
| 09/06/2024 | KMIK | Emails to/from Sheila Schwager regarding borrowing base calculation (.3); call with Forbes regarding refinancing update (.2); call with client, Kander, and co-counsel regarding plan strategy and updates (.5); review email from David Heida to MetLife regarding proposal (.1); review email from counsel for Blue Cross of Idaho regarding August amount due (.1) and email Lisa Nelson regarding same (.1) | B110 | 1.30 | 539.50 |
| 09/06/2024 | TROU | Call with client, Forbes, Kander, and co-counsel regarding refinancing update (.2); call with client, Kander, and co-counsel regarding plan and updates (.5) | B110 | 0.70 | 199.50 |
| 09/06/2024 | KMIK | Review and revise Dentons' August invoice and prepare August fee app | B160 | 0.80 | 332.00 |
| 09/06/2024 | GMAT | Drafting August fee application | B160 | 1.00 | 210.00 |
| 09/06/2024 | TROU | Attention to emails from Lisa regarding borrowing base (.1) | B110 | 0.10 | 28.50 |
| 09/06/2024 | TROU | Drafting Plan of Reorg (2.4) | B320 | 2.40 | 684.00 |
| 09/09/2024 | KMIK | Call with Bill Millenkamp regarding subpoena to Rabo (.2); call with client, Kander, and co-counsel regarding status update, Amalgamated, cash collateral, and plan (.4); review email from David Heida regarding deposit request from Amalgamated (.1); review emails from David Heida and MetLife regarding proposal and financial advisors meeting (.2) | B110 | 0.90 | 373.50 |

Case 24-40158-NGH Doc 763 Filed 12/03/24 Entered 12/03/24 15:34:34 Desc Main

Millenkamp Cattle, Inc.
Client: 9020530
10/7/2024
Matter: 9020530-188653
Page: 3
Statement: 1580419

Case 24-40158-NGH Doc 775 Filed 12/05/24 Entered 12/05/24 10:06:31 Desc Main
Document Page 25 of 47

Case 24-40158-NGH Doc 763 Filed 12/03/24 Entered 12/03/24 15:34:34 Desc Main

Millenkamp Cattle, Inc.
Client: 9020530
10/7/2024
Matter: 9020530-188653
Page: 3
Statement: 1580419

| Date | | Description | | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 09/09/2024 | KMIK | Email counsel for Amalgamated regarding deposit and post-petition business (.1); emails to/from Mort Branzburg regarding status update on plan and refinancing (.2); emails to/from Matt Ochs regarding relief from stay (.2); email counsel for Sandton regarding bond associated with McAlvain suit (.1); email Sheila Schwager regarding Rabo interest statements (.1) | B150 | 0.70 | 290.50 |
| 09/09/2024 | KMIK | Emails to/from committee counsel regarding July fees (.2) and email Lisa Nelson regarding same (.1) | B160 | 0.30 | 124.50 |
| 09/09/2024 | KMIK | Review and revise Dentons August fee app and notice (.3) | B160 | 0.30 | 124.50 |
| 09/09/2024 | KMIK | Emails to/from counsel for EVD regarding potential stipulation on motion to compel (.2) | B185 | 0.20 | 83.00 |
| 09/09/2024 | KMIK | Continue claim analysis and waterfall for plan | B320 | 3.20 | 1,328.00 |
| 09/09/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, cash collateral, and plan (.4); Email from David regarding Amalgamated deposit and needed products (.1); Review Order on Motion to Amend 503(b)(9) (.2); Emails from Amalgamated's counsel regarding products and deposit (.2) | B110 | 0.90 | 256.50 |
| 09/09/2024 | TROU | Reviewing Waterfall and Claim analysis and Drafting Plan (4.9) | B320 | 4.90 | 1,396.50 |
| 09/09/2024 | TROU | Review Dentons Motion for Interim Distribution (.2) | B160 | 0.20 | 57.00 |
| 09/10/2024 | KMIK | Review email from Sheila Schwager regarding Rabo interest calculation (.1) and email Lisa Nelson regarding same (.1); email Amalgamated counsel regarding business moving forward (.1); emails to/from David Heida regarding Amalgamated (.2);call with Forbes, Kander, client, and co-counsel regarding status update on refinancing (.4); review email from Kati Churchill regarding MOR question from UST (.1) | B110 | 1.00 | 415.00 |
| 09/10/2024 | KMIK | Emails to/from counsel for MetLife regarding status update call (.2); call with committee counsel and FAs, Kander, and co-counsel regarding status update on refinancing, plan strategy, and EVD motion to compel (.6); call with counsel for EVD and co-counsel regarding stipulation on motion to compel (.2) | B150 | 1.00 | 415.00 |
| 09/10/2024 | GMAT | Reviewing proofs of claim for 503 (b)(9) claims | B310 | 0.30 | 63.00 |
| 09/10/2024 | KMIK | call with Ken Nofziger regarding plan options and strategy (.3); emails to/from Andrew Schoulder regarding draft of plan (.2) | B320 | 0.50 | 207.50 |
| 09/10/2024 | KMIK | Draft status report for September status conference and prepare for hearing | B110 | 1.30 | 539.50 |
| 09/10/2024 | KMIK | Draft proposed order approving Dentons' first interim fee app | B160 | 0.60 | 249.00 |
| 09/10/2024 | KMIK | Review email from John O'Brien regarding Conterra's statements for October adequate protection payments (.1) and email Lisa Nelson regarding same (.1) | B140 | 0.20 | 83.00 |
| 09/10/2024 | KMIK | Call with Amalgamated counsel regarding deposit issue (.3) and call with David Heida regarding same (.2) | B110 | 0.50 | 207.50 |
| 09/10/2024 | TROU | Call with Forbes, Kander, client, and co-counsel regarding status update on refinancing (.4); review email from Kati regarding MOR question from UST (.1) | B110 | 0.50 | 142.50 |
| 09/10/2024 | TROU | Review proposed order for Dentons Fee App (.2) | B160 | 0.20 | 57.00 |
| 09/10/2024 | TROU | Call with committee counsel and FAs, Kander, and co-counsel regarding status update on refinancing, plan strategy, and EVD motion to compel (.6); call with counsel for EVD and co-counsel regarding stipulation on motion to compel (.2) | B150 | 0.80 | 228.00 |
| 09/11/2024 | KMIK | Emails to/from John O'Brien regarding September 12th hearing (.2); call with MetLife counsel regarding status update (.4) | B150 | 0.60 | 249.00 |
| 09/11/2024 | KMIK | Emails to/from EVD counsel regarding stipulation on motion to compel assumption/rejection of EVD contract (.2); resume stipulation (.1); email committee counsel regarding stipulation (.1); email client regarding stipulation (.1); review Committee's redline of Stipulation (.1) and email to counsel for EVD (.1) | B185 | 0.70 | 290.50 |
| 09/11/2024 | KMIK | Draft amended status report (.3); call with client, Kander, and co-counsel regarding refinancing updates, hearing, and plan strategy (.4) | B110 | 0.70 | 290.50 |
| 09/11/2024 | KMIK | Review and analyze Rabo's objection to Heida employment application and prepare order addressing issues (.3); emails to/from Kati Churchill regarding Kander amended employment app and fee invoices (.2); email Lisa Nelson follow up on wire of OMM fees (.1); review Armory's May fee app (.1); review Armory's June fee app (.1); review Armory's July fee app (.1) | B160 | 0.90 | 373.50 |
| 09/11/2024 | KMIK | Prep for Sept 12th status conference and hearing (.6); follow up email to Lisa Nelson regarding Blue Cross of Idaho payment (.1) | B110 | 0.70 | 290.50 |
| 09/11/2024 | GMAT | Drafting Kander fee application | B160 | 1.00 | 210.00 |
| 09/11/2024 | TROU | Emails from Kati regarding professional fee calculations (.2); Review amended status report (.1); call with client, Kander, and co-counsel regarding refinancing updates, status hearing, and plan strategy(.4) | B110 | 0.70 | 199.50 |
| 09/11/2024 | TROU | Review Rabo's objection to Heida employment application (.2); emails to/from Kati Churchill regarding Kander amended employment app and fee invoices (.2); review Armory's May fee app (.1); review Armory's June fee app (.1); review Armory's July fee app (.1) | B160 | 0.70 | 199.50 |
| 09/11/2024 | TROU | Emails from EVD's counsel and committee counsel regarding stipulation on motion to compel EVD contracts (.2); review stipulation (.2); emails from client regarding stipulation (.1); review Committee's redline of Stipulation (.1) | B150 | 0.60 | 171.00 |
| 09/11/2024 | TROU | Drafting Plan | B320 | 1.10 | 313.50 |
| 09/12/2024 | GMAT | Drafting Kander, LLC fee application (.5); email to Krystal regarding fee application (.1) | B160 | 0.60 | 126.00 |
| 09/12/2024 | KMIK | Emails to/from Lisa Nelson regarding amount due to Blue Cross of Idaho (.2); call with client, Kander, and co-counsel regarding status update, cash flow models, and hearing (.3); emails to/from Sheila Schwager regarding Rabo inspection request (.2) and email David Heida regarding same (.1); review notice of hearing held (.1) | B110 | 0.90 | 373.50 |

Case 24-40158-NGH Doc 763 Filed 12/03/24 Entered 12/03/24 15:34:34 Desc Main
Millenkamp Cattle, Inc.
10/7/2024
Page: 3
Client: 9020530
Matter: 9020530-188653
Statement: 1580419

Case 24-40158-NGH Doc 763 Filed 12/03/24 Entered 12/03/24 15:34:34 Desc Main
Millenkamp Cattle, Inc.
10/7/2024
Page: 3
Client: 9020530
Matter: 9020530-188653
Statement: 1580419

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/12/2024 | GMAT | Reviewing proofs of claim for 503(b)(9) claims | B310 | 0.20 | 42.00 |
| 09/12/2024 | KMIK | Continue prepping for status conference and telephonic hearing | B110 | 0.70 | 290.50 |
| 09/12/2024 | KMIK | Emails to/from Kati Churchill regarding cash collateral budget (.2) | B230 | 0.20 | 83.00 |
| 09/12/2024 | KMIK | Appear at status conference and telephonic hearing on motion to compel and fee apps (.4) | B110 | 0.40 | 166.00 |
| 09/12/2024 | KMIK | Continue revising proposed order for Dentons' interim fee app (.1) and email Brett Cahoon regarding same (.1) | B160 | 0.20 | 83.00 |
| 09/12/2024 | KMIK | Emails to/from counsel for The Dairy Solutions Group regarding status of 503(b)(9) payments (.2) | B150 | 0.20 | 83.00 |
| 09/12/2024 | KMIK | Call with David Heida regarding plan strategy (.2) | B320 | 0.20 | 83.00 |
| 09/12/2024 | TROU | Attention to cash collateral motions (2); determine if another motion is needed (.4) | B230 | 2.40 | 684.00 |
| 09/12/2024 | TROU | Appear at status conference hearing on motion to compel and fee apps (.4); call with client, Kander, and co-counsel regarding status update, cash flow models, and hearing (.3); review notice of hearing (.1) | B110 | 0.80 | 228.00 |
| 09/12/2024 | TROU | Drafting Plan (4.4) | B320 | 4.40 | 1,254.00 |
| 09/13/2024 | KMIK | Review Johnson May August fee app (.1); review email from Lisa Nelson regarding wire of OMM July fees (.1) and email Gabriel Olivera regarding same (.1) | B160 | 0.30 | 124.50 |
| 09/13/2024 | KMIK | Call with Forbes, Kander, and co-counsel regarding status update on refinancing and strategy (.4); follow up call with Forbes, Kander, and David Heida regarding refinancing and plan strategy (.6) | B320 | 1.00 | 415.00 |
| 09/13/2024 | KMIK | Emails to/from Andrew Schoulder regarding status update call (.2) | B150 | 0.20 | 83.00 |
| 09/13/2024 | KMIK | Review email from Kati Churchill regarding variance analysis (.1); review Forbes' weekly report (.1); email secured lenders counsel weekly reports (.2) | B110 | 0.40 | 166.00 |
| 09/13/2024 | KMIK | Review email from Lisa regarding adjustments based on proofs of claim (.1) | B310 | 0.10 | 41.50 |
| 09/13/2024 | TROU | Drafting Plan (7.6) | B320 | 7.60 | 2,166.00 |
| 09/15/2024 | KMIK | Review and revise plan | B320 | 4.80 | 1,992.00 |
| 09/16/2024 | KMIK | Review email from Brett Cahoon regarding proposed order on Dentons' interim fee app (.1); finalize proposed order on Dentons' interim fee app (.1); emails to/from Lisa Nelson regarding Givens Pursley July fee app (.2) | B160 | 0.40 | 166.00 |
| 09/16/2024 | GMAT | Drafting proposed order on app to employ Kander, LLC | B160 | 0.20 | 42.00 |
| 09/16/2024 | KMIK | Call with Rabo counsel and co-counsel regarding plan and negotiations (.4) | B150 | 0.40 | 166.00 |
| 09/16/2024 | KMIK | Continue reviewing and revising plan (1.1); call with client, Kander, and co-counsel regarding plan strategy (.7) | B320 | 1.80 | 747.00 |
| 09/16/2024 | TROU | Emails with Gale Harding regarding fee app | B160 | 0.20 | 57.00 |
| 09/16/2024 | TROU | Call with client, Kander, and co-counsel regarding plan strategy (.7); drafting disclosure statement (3.4) | B320 | 4.10 | 1,168.50 |
| 09/17/2024 | KMIK | Emails to/from Ron Bingham regarding plan terms (.2) and email client and Kander regarding same (.1); call with Committee counsel and FAs, Kander, and co-counsel regarding status update and plan (.5) | B150 | 0.80 | 332.00 |
| 09/17/2024 | KMIK | Call with Forbes, client, and co-counsel regarding status update on refinancing and plan strategy (.4) | B320 | 0.40 | 166.00 |
| 09/17/2024 | KMIK | Review emails from Matt Christensen and Sheila Schwager regarding Rabo responses to subpoena (.2) | B110 | 0.20 | 83.00 |
| 09/17/2024 | KMIK | Review email from Rhett Miller regarding payment to Moss Farms (.1) and email Lisa Nelson regarding same (.1) | B140 | 0.20 | 83.00 |
| 09/17/2024 | KMIK | Review Givens Pursley's August fee app (.1); emails to/from Bruce Anderson regarding payment of July fees (.2) and email Lisa Nelson regarding same (.1) | B160 | 0.40 | 166.00 |
| 09/17/2024 | TROU | Call with Committee counsel and FAs, Kander, and co-counsel regarding status update and plan (.5); Call with Forbes, client, and co-counsel regarding status update on refinancing and plan strategy (.4); emails from Lisa regarding MWI's treatment for Plan (.2); Review redline of Plan (.5); email from Lisa regarding CNH Loans (.1) | B320 | 1.70 | 484.50 |
| 09/17/2024 | TROU | Review Givens Pursley's August fee app (.1); Email from Summit regarding invoice (.1) | B160 | 0.20 | 57.00 |
| 09/18/2024 | KMIK | Emails to/from Kati Churchill regarding cash collateral budget (.2) | B230 | 0.20 | 83.00 |
| 09/18/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update on refinancing and plan strategy (.3) | B320 | 0.30 | 124.50 |
| 09/18/2024 | KMIK | Email Lisa Nelson regarding order approving Dentons' interim fee app (.1); review email from Summit regarding fee approval status (.1) | B160 | 0.20 | 83.00 |
| 09/18/2024 | KMIK | Review emails from Matt Christensen and David Heida regarding subpoena to Rabo and production of documents (.2) | B110 | 0.20 | 83.00 |
| 09/18/2024 | GMAT | Drafting proposed order for Summit Ag Fee Application (.3); email to Tirzah regarding proposed order (.1) | B160 | 0.40 | 84.00 |
| 09/18/2024 | GMAT | Drafting App to Employ Heida Law Office for Cordova Engagement (.2); email to Krystal and Tirzah regarding App to Employ(.1) | B160 | 0.30 | 63.00 |
| 09/18/2024 | KMIK | Call with James Morgan regarding update on refinancing (.2) | B110 | 0.20 | 83.00 |
| 09/18/2024 | TROU | Call with Kander, client and co-counsel regarding status of refinancing and plan strategy (.3) | B320 | 0.30 | 85.50 |
| 09/18/2024 | TROU | Emails from Kati C regarding cash collateral budget (.2); review budget (.3) | B230 | 0.50 | 142.50 |
| 09/19/2024 | KMIK | Emails to/from Kati Churchill regarding Kander fee app (.2); review Armory's August fee app (.1) | B160 | 0.30 | 124.50 |

Millenkamp Cattle, Inc.
10/7/2024
Page: 3

Client: 9020530
Matter: 9020530-188653
Statement: 1580419

| Date | Tmkr | Description | Code | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 09/19/2024 | KMIK | Review email from Kati Churchill regarding weekly variance analysis (.1); review email from Forbes regarding weekly update on refinancing (.1); review email from Lisa Nelson regarding weekly borrowing base (.1); review statement of no objection to Valley Wide Coop's motion (.1) | B110 | 0.40 | 166.00 |
| 09/19/2024 | KMIK | Review email from Mort Branzburg regarding updated cash collateral budget (.1) and email Kander regarding same (.1) | B230 | 0.20 | 83.00 |
| 09/19/2024 | KMIK | Review email from Ken regarding updated plan concept model (.1); continue drafting plan (.8) | B320 | 0.90 | 373.50 |
| 09/20/2024 | GMAT | Drafting Kander fee application | B160 | 0.50 | 105.00 |
| 09/20/2024 | TROU | Attention to emails from clerk, co counsel, client and Kander regarding availability for cash collateral hearing (.2) | B230 | 0.20 | 57.00 |
| 09/23/2024 | KMIK | Review statement of no objection to O'Melveny fee app (.1); review email from Kander regarding July invoice (.1); review and revise app to employ Heida for Cordova collections matter and declaration in support of same (.6); review notice of hearing filed by Rabo on objection to app to employ Heida (.1) | B160 | 0.90 | 373.50 |
| 09/23/2024 | KMIK | Emails to/from Ron Bingham regarding status update call (.2) | B150 | 0.20 | 83.00 |
| 09/23/2024 | KMIK | Review email from Brent Wilson and Melanie Battle regarding cash collateral hearing (.1); review stipulation continuing cash collateral hearing (.1); review email from John O'Brien regarding cash collateral hearing stipulation (.1); review email from John Kurtz regarding cash collateral hearing stipulation (.1); review email from Brett Cahoon regarding cash collateral hearing stipulation (.1); review email from Ron Bingham regarding cash collateral hearing stipulation (.1); review redlined revisions to cash collateral hearing stipulation from Committee counsel (.1); review email from Sheila Schwager regarding cash collateral hearing stipulation (.1) | B230 | 0.80 | 332.00 |
| 09/23/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, refinancing update, plan and disclosure statement update, MORs, and financials update (.4); email Lisa Nelson regarding follow up on amount owing to Moss Farms (.1) | B110 | 0.50 | 207.50 |
| 09/23/2024 | TROU | Review email from Brent Wilson and Melanie Battle regarding cash collateral hearing (.1); review stipulation continuing cash collateral hearing (.1); Review emails from various parties regarding stipulation (.3) | B230 | 0.50 | 142.50 |
| 09/23/2024 | TROU | Call with client, Kander, and co-counsel regarding refinancing update, plan and disclosure statement update (.4); Drafting Disclosure Statement (2.9) | B320 | 3.30 | 940.50 |
| 09/24/2024 | KMIK | Call with Forbes, Kander, and co-counsel regarding status update on refinancing for plan (.2); calls with Kander and co-counsel regarding status update on cash flow projections for plan (.4); call with client, Kander, and co-counsel regarding strategy for plan and plan options (.4) | B320 | 1.00 | 415.00 |
| 09/24/2024 | KMIK | Review order approving Valley Wide Coop's amended motion for 503 (b)(9) claim (.1) | B310 | 0.10 | 41.50 |
| 09/24/2024 | KMIK | Continue drafting waterfall analysis for plan (.1); continue revising plan (1.5) | B320 | 1.60 | 664.00 |
| 09/24/2024 | KMIK | Review and revise proposed order employing Kander (.2) and email UST regarding same (.1) | B160 | 0.30 | 124.50 |
| 09/24/2024 | GMAT | Drafting Kander fee application | B160 | 1.50 | 315.00 |
| 09/24/2024 | KMIK | Call with counsel for MetLife and co-counsel regarding status update and plan options (.5); review email from John O'Brien regarding terms sheets (.1) | B150 | 0.60 | 249.00 |
| 09/24/2024 | KMIK | Emails to/from Forbes regarding terms sheets (.2) | B110 | 0.20 | 83.00 |
| 09/24/2024 | TROU | Drafting and revising Plan (3.4); Drafting Disclosure Statement (2.1); Review term sheets (.3) | B320 | 6.10 | 1,738.50 |
| 09/24/2024 | TROU | Review order approving Valley Wide Coop's 503(b)(9) claim (.1) | B310 | 0.10 | 28.50 |
| 09/24/2024 | TROU | Call with Forbes, Kander, and co-counsel regarding status update on refinancing for plan (.2); call with client, Kander, and co-counsel regarding strategy for plan and plan options (.4) | B320 | 0.60 | 171.00 |
| 09/25/2024 | GMAT | Drafting Kander fee application and notice (1.4); email to Krystal regarding same (.1) | B160 | 1.50 | 315.00 |
| 09/25/2024 | KMIK | Call with David Heida regarding plan strategy (.2) | B320 | 0.20 | 83.00 |
| 09/25/2024 | KMIK | Continue revising waterfall analysis for plan | B320 | 0.70 | 290.50 |
| 09/25/2024 | KMIK | Calls with client, Kander, and co-counsel regarding status update, plan strategy, and claims (.6) | B320 | 0.70 | 290.50 |
| 09/25/2024 | TROU | Calls with client, Kander, and co-counsel regarding strategy and status (.6); Drafting Disclosure Statement (1.6) | B320 | 2.30 | 655.50 |
| 09/26/2024 | KMIK | Review email from Forbes regarding weekly status update report (.1); emails to/from Rich Bernard regarding hearings (.2) | B110 | 0.30 | 124.50 |
| 09/26/2024 | KMIK | Review app to employ expert witnesses (.1) | B160 | 0.10 | 41.50 |
| 09/26/2024 | KMIK | Email Kander regarding cash flow models for plan (.1) | B320 | 0.10 | 41.50 |
| 09/26/2024 | KMIK | Continue drafting waterfall analysis for plan | B320 | 2.10 | 871.50 |
| 09/26/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan strategy, and claims (.5) | B110 | 0.50 | 207.50 |
| 09/26/2024 | GMAT | Amending Schedule D | B110 | 0.40 | 84.00 |
| 09/26/2024 | KMIK | Emails to/from EVD's counsel regarding status of plan filing in relation to EVD's assumption/rejection (.2) | B185 | 0.20 | 83.00 |
| 09/26/2024 | KMIK | Continue drafting plan (4.8) | B320 | 4.80 | 1,992.00 |
| 09/26/2024 | TROU | Call with client, Kander, and co-counsel regarding plan, strategy, and status (.5) | B110 | 0.50 | 142.50 |
| 09/26/2024 | TROU | Drafting Disclosure Statement (7.6) | B320 | 7.60 | 2,166.00 |

Case 24-40158-NGH Doc 763 Filed 12/03/24 Entered 12/03/24 15:34:34 Desc Main
Document Page 28 of 47

Millenkamp Cattle, Inc.
Matter: 9020530-188653
10/7/2024
Page: 3

Millenkamp Cattle, Inc.
Matter: 9020530-188653
10/7/2024
Statement: 1580419

Case 24-40158-NGH Doc 763 Filed 12/03/24 Entered 12/03/24 15:34:34 Desc Main
Document Page 28 of 47

Millenkamp Cattle, Inc.
Client: 9020530
Matter: 9020530-188653
Statement: 1580419

| Date | Init | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/27/2024 | KMIK | Emails to/from Ron Bingham regarding plan proposal and terms sheet (.2) | B150 | 0.20 | 83.00 |
| 09/27/2024 | GMAT | Amending Schedule D and F (.1); email with Krystal regarding amendments (.1) | B110 | 0.20 | 42.00 |
| 09/27/2024 | KMIK | Continue drafting plan and disclosure statement | B320 | 5.30 | 2,199.50 |
| 09/27/2024 | KMIK | Call with Ron Bingham regarding plan proposal (.3) | B150 | 0.30 | 124.50 |
| 09/27/2024 | KMIK | Call with Kati Churchill regarding cash flow models for plan (.3) and call with David Heida regarding update on MetLife discussions (.1) | B320 | 0.40 | 166.00 |
| 09/27/2024 | KMIK | Continue revising Kander interim fee app (.8); emails to/from Doug McDonald regarding Armory interim fees for May, June, and July (.2) and email Lisa Nelson regarding same (.1); review committee's local counsel August fee app (.1); review committee's lead counsel August fee app (.1); review notice of hearing on committee counsel's interim fee app (.1) | B160 | 1.40 | 581.00 |
| 09/27/2024 | KMIK | Email Rhett Miller regarding adequate protection payment to Moss Farms (.1) | B140 | 0.10 | 41.50 |
| 09/27/2024 | TROU | Revising Kander interim fee app (.4); review emails Doug McDonald regarding Armory interim fees for May, June, and July (.1) and review email from Lisa Nelson regarding same (.1); review committee's local counsel August fee app (.1); review committee's lead counsel August fee app (.1); review notice of hearing on committee counsels' interim fee app (.1) | B160 | 0.90 | 256.50 |
| 09/27/2024 | TROU | Call with Client, Kander, and co-counsel regarding plan and disclosure statement and strategy (.7); Call with Kati Churchill and co-counsel regarding cash flow and claims (.3); reviewing contracts and drafting executory contracts list for disclosure statement (2.1); emails with David, Lisa, and Matt regarding same (.3); Revising executory contract list (.5); review emails from co-counsel, Kander, and client regarding plan (.4) | B320 | 4.30 | 1,225.50 |
| 09/29/2024 | KMIK | Continue revising plan and disclosure statement | B320 | 2.00 | 830.00 |
| 09/29/2024 | TROU | Drafting and revising disclosure statement (2.6); Review term Sheet for exit facility (.8); drafting and revising executory contracts list for disclosure statement (1.1) | B320 | 4.50 | 1,282.50 |
| 09/30/2024 | KMIK | Call with Kander regarding cash flow and liquidation analysis (.2) and review email from Ken regarding POC amounts compared to audited financials (.1); continue drafting plan and disclosure statement (1.5) | B320 | 5.50 | 2,282.50 |
| 09/30/2024 | GMAT | Revising disclosure statement (2); revising plan (2) | B320 | 4.00 | 840.00 |
| 09/30/2024 | TROU | Drafting and Revising Disclosure Statement and Exhibits and Plan (5.2); Reviewing Plan Model Exhibit and emails from Kati and Ken regarding same (.5); Reviewing executory contracts and leases and updating list of assumed contracts and leases (1.2); emails with David and Lisa regarding same (.1); Call with Matt C regarding notices for Disclosure Statement and Plan (.1) | B320 | 7.10 | 2,023.50 |
| 09/30/2024 | TROU | Revising proposed order for Summit Ag fee app (.2) | B160 | 0.20 | 57.00 |
| 09/30/2024 | TROU | Revising and finalizing plan, disclosure statement, and exhibits (3.8) | B320 | 3.80 | 1,083.00 |
| 09/30/2024 | KMIK | Review email from clerk's office regarding amended app to employ Kander (.1) and email Matt Christensen regarding same (.1) | B160 | 0.20 | 83.00 |
| 09/30/2024 | KMIK | Emails to/from committee counsel regarding word versions of plan and disclosure statement (.2) | B320 | 0.20 | 83.00 |

Sub-total Fees: $63,653.50

### Rate Summary

| | | |
|---|---|---|
| Krystal R. Mikkilineni | 78.40 hours at $415.00/hr | 32,536.00 |
| Tirzah R. Roussell | 94.30 hours at $285.00/hr | 26,875.50 |
| Gabby B. Mathias | 20.20 hours at $210.00/hr | 4,242.00 |
| Total hours: | 192.90 | |

### Expenses

| | Code | Units | Price | Amount |
|---|---|---|---|---|
| 09/18/2024 Wire Fee | A107 | 1.00 | 6.25 | 6.25 |
| 09/27/2024 Wire Fee | E107 | 1.00 | 6.25 | 6.25 |

Sub-total Expenses: $12.50

**Total Current Billing:** $63,666.00

Effective March 29, 2021, Davis Brown Law Firm formally combined with Dentons to become Dentons Davis Brown PC. Visit www.dentons.com/BusinessTerms to find our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the material terms and conditions of any existing engagement agreement. Please contact your lawyer or other professional if you have questions about the Terms of Business or with any respect of our representation.

Current statement due within 30 days of statement date. Please disregard any previously paid amounts. Contact us at 515-246-7812 with any questions. Please include the statement number on your check.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**DENTONS**

Client: 9020530
Matter: 9020530-188653
Statement: 1577770

In Account With

**DENTONS DAVIS BROWN PC**
Attorneys and Counselors at Law
215 10th Street, Suite 1300
Des Moines, IA 50309-3993
(515) 288-2500
Federal I.D. No. 42-1343884

Millenkamp Cattle, Inc.
Bill Millenkamp
471 N 300th Rd W
Jerome, Idaho 83338

Statement: 1577770
Date: 9/6/2024

Re: 9020530-188653 - Ch 11 Bankruptcy

## Professional Fees

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/2024 | GMAT | Updating claims analysis | B310 | 0.20 | 42.00 |
| 08/01/2024 | TROU | Review email from Kati Churchill regarding variance analysis (.1) | B110 | 0.10 | 28.50 |
| 08/01/2024 | KMIK | Review email from Kati Churchill regarding variance analysis (.2) | B110 | 0.20 | 83.00 |
| 08/01/2024 | KMIK | Review and revise July invoice | B160 | 0.80 | 332.00 |
| 08/01/2024 | GMAT | Drafting July fee application | B160 | 0.60 | 126.00 |
| 08/01/2024 | TROU | Attention to email from Forbes regarding professional eyes acknowledgement (.1); Email from Ken Nofziger regarding same (.1); review email from Andrew Schoulder regarding Rabo's professional fee estimation (.1) | B110 | 0.30 | 85.50 |
| 08/02/2024 | KMIK | Continue revising July fee app (.3); continue revising first interim fee app (1.3) | B160 | 1.60 | 664.00 |
| 08/02/2024 | KMIK | Emails to/from Ken Nofziger regarding waiver for technical default of cash collateral budget (.2) and draft waiver (.3); email Sandton counsel regarding waiver (.1) | B230 | 0.60 | 249.00 |
| 08/02/2024 | KMIK | Review Canyonlands analysis regarding collateral for plan strategy | B320 | 0.30 | 124.50 |
| 08/02/2024 | KMIK | Review emails from FTI and Armory regarding consent to acknowledgement of Professional Eyes Only (.2) | B110 | 0.20 | 83.00 |
| 08/02/2024 | GMAT | Drafting interim fee application | B160 | 1.90 | 399.00 |
| 08/02/2024 | TROU | Review loan documents and draft analysis regarding canyonlands (1.8) | B110 | 1.80 | 513.00 |
| 08/02/2024 | TROU | Review fee app (.3) | B160 | 0.30 | 85.50 |
| 08/02/2024 | TROU | Review email from Ken Nofziger regarding waiver for technical default of cash collateral budget (.1) review draft waiver (.1); review email from Sandton's counsel regarding waiver (.1) | B230 | 0.30 | 85.50 |
| 08/05/2024 | KMIK | Review McAlvain's redline to relief from stay motion and order | B140 | 0.20 | 83.00 |
| 08/05/2024 | KMIK | Review email from Rich Bernard regarding signed waiver from Sandton (.1) and email counsel for secured lenders regarding same (.1) | B230 | 0.20 | 83.00 |
| 08/05/2024 | KMIK | Emails to/from Holly Roark regarding plan status (.2) | B150 | 0.20 | 83.00 |
| 08/05/2024 | KMIK | Review emails from Lisa Nelson and UST office regarding missing bank account statements from receivership (.2); review email from Liam Narozanick regarding term sheet (.1); call with client, Kander, and co-counsel regarding status update, Forbes calls and report, McAlvain relief from stay, and fee apps (.5); review order granting stipulation between American AgCredit and Rabo (.1); review email from Ken Nofziger and Bobby Rice regarding Sandton's fees (.1); review email from UST regarding DIP account (.1) and email Lisa Nelson regarding same (.1) | B110 | 0.70 | 290.50 |
| 08/05/2024 | KMIK | Review email from Andrew Schoulder regarding Rabo fee estimate for plan projections (.1) and email Ken and Kati regarding same (.1) | B320 | 0.20 | 83.00 |
| 08/05/2024 | KMIK | Review Idaho Materials & Construction proofs of claim (.2); review Standlee's amended proof of claim (.1); review East Valley Development's proof of claim (.1); review Burks Tractor proof of claim (.1); review Merck Animal Health proof of claim (.1); review Viserion proof of claim (.1); review Blue Cross of Idaho's amended proof of claim (.1); review The Dairy Solutions Group proof of claim (.1) | B300 | 0.90 | 373.50 |
| 08/05/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, Forbes reporting, McAlvain relief from stay, and fee app projections from secureds (.5) | B110 | 0.50 | 142.50 |
| 08/05/2024 | TROU | Review updated draft of relief from stay from Matt Ochs (.4) | B140 | 0.40 | 114.00 |
| 08/05/2024 | TROU | Review emails from Lisa Nelson and UST regarding missing bank account statements from receivership account (.2); call with client, Kander, and co-counsel regarding status update, Forbes reporting, McAlvain relief from stay, and fee apps (.5); review order granting stipulation between American AgCredit and Rabo (.1); review email from UST regarding DIP account (.1) and review email from Lisa Nelson regarding same (.1) | B110 | 1.00 | 285.00 |
| 08/06/2024 | KMIK | Call with client, Kander, and co-counsel regarding DIP account (.4); draft email to UST regarding DIP account (.3); emails to/from Lisa Nelson regarding refund check from US Commodities (.2) | B110 | 0.90 | 373.50 |
| 08/06/2024 | KMIK | Call with committee counsel, FA, Kander, and co-counsel regarding status update, Forbes efforts, and DIP account (.3) | B150 | 0.30 | 124.50 |
| 08/07/2024 | KMIK | Review email from Lisa Nelson regarding Rabo interest statement (.1); review acknowledgment from Focus on Professional Eyes Only calls (.1); review email from MetLife regarding interest statements (.1) | B110 | 0.30 | 124.50 |
| 08/07/2024 | KMIK | Review Valley Wide's amended 503(b)(9) motion (.2) | B300 | 0.20 | 83.00 |

Case 24-40158-NGH   Doc 763   Filed 12/03/24   Entered 12/03/24 15:34:34   Desc Main
Case 24-40158-NGH   Doc 775   Filed 12/05/24   Entered 12/05/24 10:06:__   Desc Main
Document   Page 30 of 47
Millenkamp Cattle, Inc.
9/6/2024
Page: 3
Client: 9020530
Matter: 9020530-188653
Statement: 1577770

| Date | Init. | Description | Task | Hours | Amount |
|------|-------|-------------|------|-------|--------|
| 08/07/2024 | KMIK | Review email from Sheila Schwager regarding Rabo interest (.1); emails to/from Mort Branzburg regarding status update on refinancing efforts and plan and disclosure statement filing (.2); emails to/from Lance Fenton with Cooper Norman regarding fee apps (.4); email Ken and Kati regarding January through April financial statements (.1) | B110 | 0.80 | 332.00 |
| 08/07/2024 | GMAT | Drafting Proposed Order on App to Employ Cooper Norman (.2); Drafting Proposed Order on App to Employ Summit Ag (.2); Drafting Proposed Order on App to Employ Givens Pursley (.2) | B160 | 0.60 | 126.00 |
| 08/07/2024 | KMIK | Continue reviewing and revising interim fee app | B160 | 0.80 | 332.00 |
| 08/07/2024 | TROU | Emails with Gabby regarding proposed order re employ cooper norman (.2); file statement of no objection for Cooper Norman (.1); review and revise proposed order to employ Cooper Norman (.2); email proposed order to UST (.1); review proposed order with UST revisions (.1); submit proposed order to clerk (.1); file Statement of No Objection for Summit Ag (.1) | B160 | 0.90 | 256.50 |
| 08/07/2024 | TROU | Attention to email from McAlvain counsel regarding relief from stay documents (.1) | B140 | 0.10 | 28.50 |
| 08/07/2024 | TROU | Review email from Lisa regarding borrowing Base (.1) | B110 | 0.10 | 28.50 |
| 08/07/2024 | TROU | Review Valley Wide's amended 503(b)(9) motion (.2) | B300 | 0.20 | 57.00 |
| 08/08/2024 | KMIK | Review email from Lisa Nelson regarding borrowing base certificate (.1); review email from Forbes regarding redacted term sheet (.1); review email from Lisa Nelson regarding status update on audit (.1) | B110 | 0.30 | 124.50 |
| 08/08/2024 | KMIK | Emails to/from Lisa Nelson regarding July fee app (.2) | B160 | 0.20 | 83.00 |
| 08/09/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, strategy, DIP account, and status hearing (.5) | B110 | 0.50 | 207.50 |
| 08/09/2024 | KMIK | Review email from Lisa Nelson regarding Conterra's adequate protection payment (.1) | B140 | 0.10 | 41.50 |
| 08/09/2024 | GMAT | Drafting fee application notice | B160 | 1.10 | 231.00 |
| 08/09/2024 | KMIK | Review DIP loan regarding term loan language (.2) and email Ken regarding same (.1) | B230 | 0.30 | 124.50 |
| 08/09/2024 | GMAT | Updating claims analysis | B310 | 0.10 | 21.00 |
| 08/09/2024 | KMIK | Review and revise notice of interim fee app | B160 | 0.10 | 41.50 |
| 08/11/2024 | KMIK | Review email from Kati Churchill regarding April financial statements (.1) and email counsel for secured lenders regarding same (.1) | B110 | 0.20 | 83.00 |
| 08/11/2024 | KMIK | Review Pro Rentals & Sales proof of claim (.1) | B300 | 0.10 | 41.50 |
| 08/11/2024 | KMIK | Review and revise notice of first interim fee application | B160 | 0.20 | 83.00 |
| 08/11/2024 | TROU | Review email from Kati Churchill regarding April financial statements (.1); review email from John O Brien regarding Conterra's September invoices (.1) | B110 | 0.20 | 57.00 |
| 08/13/2024 | KMIK | Call with Bill regarding refinancing strategy and plan; call with Forbes (.6); call with client, Kander, and co-counsel regarding refinancing status update and strategy for plan (.7) | B320 | 1.30 | 539.50 |
| 08/13/2024 | TROU | Call with client, Kander, and co-counsel regarding strategy, professional fee estimations, plan prep (.7); call with committee counsel, their FAs, Kander, and co-counsel regarding plan and status of case (.4); call with Kander, Forbes, client, and co-counsel regarding term sheets (.7) | B110 | 1.80 | 513.00 |
| 08/13/2024 | TROU | Draft and revise proposed order to employ summit (.2); Email proposed order to employ Summit to UST (.1); Review UST revision and revise proposed order (.1); submit proposed order to clerk (.1); draft summit ag appraisal fee app (1); emails with Matt C regarding Summit invoice and fee app.(.2) | B160 | 1.70 | 484.50 |
| 08/14/2024 | TROU | Finalize Summit Ag Fee app (.5); email same to Dennis at Summit (.1); review Summit invoice (.2); emails with Dennis at Summit regarding final approval of fee app (.1); Email Fee app to clients for approval to file (.1) | B160 | 1.00 | 285.00 |
| 08/14/2024 | TROU | Drafting Plan (1.2) | B320 | 1.20 | 342.00 |
| 08/14/2024 | TROU | Review emails from co-counsel and UST regarding DIP accounts (.2); review email from Kati Churchill regarding five year model (.1); Review five year model (.4) | B110 | 0.70 | 199.50 |
| 08/14/2024 | TROU | Review order regarding app to employ cooper norman | B160 | 0.10 | 28.50 |
| 08/15/2024 | GMAT | Drafting Notice of Interim Fees Application | B160 | 0.50 | 105.00 |
| 08/15/2024 | TROU | Emails with Gale Harding regarding fee app (.2); draft and finalize Harding Fee App (.8); email client for approval to file fee app (.1); Review notice of hearing on Dentons Fee app (.1); Email Gabby to file Harding Fee App (.1); review order granting approval of Summit Ag app to employ (.1); review statement of no objection and COS regarding UCC fee app (.1); emails from Ken Nofziger and co-counsel regarding O Melveny fees (.1) | B160 | 1.80 | 513.00 |
| 08/15/2024 | TROU | Attend Status Hearing (.3); email Krystal notes from status hearing (.1); review appraisals from Summit Ag (.8); add appraisals to Dentons Direct (.2); review email from Kati Churchill regarding variance analysis (.1); review proposed order regarding 506(b) motion (.1) emails from Matt C and John Obrien regarding same (.1); review Rabo redline to proposed 506(b) Motion (.1) | B110 | 1.70 | 484.50 |
| 08/16/2024 | TROU | Review email from Counsel for McAlvain Concrete regarding MFR consent order | B140 | 0.10 | 28.50 |
| 08/16/2024 | TROU | Review Supplement to Application to Employ Armory Securities, LLC (.2) | B160 | 0.20 | 57.00 |
| 08/19/2024 | KMIK | Review committee's supplement to app to employ Armory (.2); review email from John O'Brien regarding 506(b) order (.1) | B160 | 0.30 | 124.50 |
| 08/19/2024 | KMIK | Review email from McAlvain counsel regarding revisions to relief from stay motion (.1) | B140 | 0.10 | 41.50 |

Case 24-40158-NGH   Doc 763   Filed 12/03/24   Entered 12/03/24 15:34:34   Desc Main
Millenkamp Cattle, Inc.
9/6/2024
Page: 3
Case 24-40158-NGH   Doc 775   Filed 12/05/24   Entered 12/05/24 10:06:... Desc Main
Document   Page 31 of 47
Matter: 9020530-188653
Statement: 1577770
Case 24-40158-NGH   Doc 763   Filed 12/03/24   Entered 12/03/24 15:34:34   Desc Main
Millenkamp Cattle, Inc.
9/6/2024
Client: 9020530
Matter: 9020530-188653
Statement: 1577770

| Date | Atty | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/19/2024 | KMIK | Review emails from Bartholomew counsel, client, and co-counsel regarding insurance defense and discovery (.2) | B110 | 0.20 | 83.00 |
| 08/19/2024 | KMIK | Emails to/from Bruce Anderson regarding interim fees (.2) and email Lisa Nelson regarding same (.1); review appraisal summary (.1); call with client, Kander, and co-counsel regarding status update, projections, East Valley Development motion, and appraisals (.4); review Rabo's redline to order for 506(b) motion (.1); emails to/from committee counsel regarding May and June fees (.2) and email Lisa Nelson regarding same (.1); review letter from Rabo's counsel regarding exclusivity period and settlement discussions (.3) and email to client regarding same (.1); review email from Kati Churchill regarding variance analysis (.1); review Forbes report (.1); call with James Morgan regarding terms sheets (.1); review 5-year model (.2); review email from Sheila Schwager regarding Rabo loan information statements (.1) and email Lisa Nelson regarding same (.1); review email from Lisa Nelson regarding status update for May financials (.1) | B110 | 2.40 | 996.00 |
| 08/19/2024 | KMIK | Review email from EVD's counsel regarding motion to compel (.1); review EVD's motion to compel assumption or rejection (.3) | B185 | 0.40 | 166.00 |
| 08/19/2024 | KMIK | Review email from John O'Brien regarding Conterra's September adequate protection statements (.1) and email Lisa Nelson regarding same (.1) | B140 | 0.20 | 83.00 |
| 08/19/2024 | TROU | Review EVD's Motion to Compel (.5) | B185 | 0.50 | 142.50 |
| 08/19/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, projections, East Valley Development motion, and appraisals (.4); review Rabo's redline to order for 506(b) motion (.1); review letter from Rabo's counsel regarding exclusivity period and settlement discussions (.2) review email from Lisa Nelson regarding status update for May financials (.1) | B110 | 0.80 | 228.00 |
| 08/20/2024 | KMIK | Review emails from David Heida and Amalgamated regarding payments and payment structure and email David and Lisa regarding same (.2); call with client, Kander, and co-counsel regarding status update, Rabo proposal, and Amalgamated (.5); email Amalgamated in-house counsel regarding payment structure (.1); correspondence with Lisa Nelson regarding Cooper Norman retainer (.2) | B110 | 1.00 | 415.00 |
| 08/20/2024 | KMIK | Call with committee counsel, committee FA, Kander, and co-counsel regarding status update, appraisals, EVD motion to compel, plan, refinancing (.5) | B150 | 0.50 | 207.50 |
| 08/20/2024 | KMIK | Email Andrew Schoulder regarding Rabo's proposal regarding exclusivity (.2) | B110 | 0.20 | 83.00 |
| 08/20/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, Rabo proposal, and Amalgamated Sugar (.5) | B110 | 0.50 | 142.50 |
| 08/21/2024 | KMIK | Emails to/from Ron Bingham regarding status update call (.2) | B150 | 0.20 | 83.00 |
| 08/21/2024 | KMIK | Review O'Melveny July fee app (.2) | B160 | 0.20 | 83.00 |
| 08/21/2024 | GMAT | Drafting disclosure statement | B320 | 0.60 | 126.00 |
| 08/21/2024 | KMIK | Emails from Lisa regarding wires for committee counsel (.1) and email local counsel and lead counsel for committee regarding confirmation of wire for fees (.2) | B160 | 0.30 | 124.50 |
| 08/21/2024 | KMIK | Continue drafting waterfall analysis and plan | B320 | 1.00 | 415.00 |
| 08/21/2024 | TROU | Email Gabby regarding disclosure statement format (.2); drafting disclosure statement (1) | B320 | 1.20 | 342.00 |
| 08/21/2024 | TROU | Email from Kati Churchill regarding borrowing base | B110 | 0.10 | 28.50 |
| 08/22/2024 | KMIK | Review email from Kati Churchill regarding variance analysis (.1); emails to/from James Morgan regarding catch-up call (.2); call with David Heida and Bill Millenkamp regarding exclusivity date and strategy for plan (.3); call with Forbes regarding refinancing update (.3); review notice of objection deadline for Valley Wide Coop's motion for administrative expense claim (.1); call with Matt Christensen regarding status update and strategy for plan and refinancing (.3) | B110 | 1.30 | 539.50 |
| 08/22/2024 | KMIK | Call with MetLife counsel regarding status update (.5) | B150 | 0.50 | 207.50 |
| 08/22/2024 | GMAT | Drafting disclosure statement | B320 | 4.50 | 945.00 |
| 08/22/2024 | TROU | Review notice of objection deadline for Valley Wide Coop's motion for administrative expense claim (.1) | B110 | 0.10 | 28.50 |
| 08/23/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, strategy, refinancing, plan, and resistance to motion to compel (.4); review email from David Heida regarding refinancing communications (.1); call with Forbes, Kander, client, and co-counsel regarding refinancing status update (.7); call with Ken Nofziger regarding refinancing and Conterra (.1) | B110 | 1.30 | 539.50 |
| 08/23/2024 | KMIK | Emails to/from David and Forbes regarding invoices and fee application (.2) | B160 | 0.20 | 83.00 |
| 08/23/2024 | TROU | Review Forbes Fee App determine fee structure (.2) | B160 | 0.20 | 57.00 |
| 08/23/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, strategy, refinancing, plan, and resistance to motion to compel (.4); call with Forbes, Kander, client, and co-counsel regarding refinancing status update (.7); review email from David to Forbes regarding refinancing strategy (.1) | B110 | 1.20 | 342.00 |
| 08/23/2024 | TROU | Emails with Gabby regarding formatting and drafting of disclosure statement (.5) | B320 | 0.50 | 142.50 |
| 08/26/2024 | KMIK | Call with Amalgamated Sugar's in-house counsel regarding 503(b) (9) claim and continued business and payment moving forward (.4) | B150 | 0.40 | 166.00 |
| 08/26/2024 | KMIK | Continue drafting waterfall analysis (1.6) | B320 | 1.60 | 664.00 |
| 08/27/2024 | KMIK | Review email from Kati Churchill regarding monthly operating reports status (.1); call with client, co-counsel, and Kander regarding status update, strategy, steps to employ, plan, and refinancing (.4); review email from Lisa Nelson regarding Blue Cross Blue Shield (.1) | B110 | 0.60 | 249.00 |

Case 24-40158-NGH Doc 763 Filed 12/03/24 Entered 12/03/24 15:34:34 Desc Main
Millenkamp Cattle, Inc. Client: 9020530
9/6/2024 Matter: 9020530-188653
Page: 3 Statement: 1577770

Case 24-40158-NGH Doc 775 Filed 12/05/24 Entered 12/05/24 10:06:14 Desc Main
Document Page 32 of 47

Case 24-40158-NGH Doc 763 Filed 12/03/24 Entered 12/03/24 15:34:34 Desc Main
Millenkamp Cattle, Inc. Client: 9020530
9/6/2024 Matter: 9020530-188653
Page: 3 Statement: 1577770

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/27/2024 | KMIK | Call with committee counsel, committee FA, Kander, and co-counsel regarding refinancing and plan updates | B150 | 0.70 | 290.50 |
| 08/27/2024 | TROU | Emails with Kati Churchill regarding July MORS (.2); adding folder to Dentons Direct for July MORs (.1); review email from Kati regarding monthly operating reports status (.1); call with client, co-counsel, and Kander regarding update, strategy, plan, and refinancing (.4) | B110 | 0.80 | 228.00 |
| 08/27/2024 | TROU | Review Motion to Amend Order and docket regarding 503(b)(9) claims (.2); Draft Proposed Order Motion to Amend Order re 503(b)(9) Claims (.8) | B310 | 1.00 | 285.00 |
| 08/27/2024 | TROU | Call with counsel, Armory, Kander, and co-counsel regarding refinancing and plan updates | B150 | 0.80 | 228.00 |
| 08/27/2024 | TROU | Drafting plan | B320 | 1.10 | 313.50 |
| 08/28/2024 | KMIK | Review Elsaesser Anderson's July fee app (.1); review Givens Pursley July fee app (.1) | B160 | 0.20 | 83.00 |
| 08/28/2024 | KMIK | Review and revise proposed order granting motion to amend 503(b)(9) order (.1); email to counsel for Amalgamated Sugar regarding same (.1) | B310 | 0.20 | 83.00 |
| 08/28/2024 | KMIK | Review emails from Kati Churchill regarding MORs (.2); email Lisa Nelson regarding AP listing (.1) | B110 | 0.30 | 124.50 |
| 08/28/2024 | KMIK | Email counsel for Blue Cross of Idaho regarding amended proof of claim (.2) | B310 | 0.20 | 83.00 |
| 08/28/2024 | KMIK | Continue revising McAlvain stipulated relief from stay motion | B140 | 0.60 | 249.00 |
| 08/29/2024 | KMIK | Continue revising McAlvain stipulated motion for relief from stay (.2) | B140 | 0.20 | 83.00 |
| 08/29/2024 | KMIK | Email Kander and Lisa Nelson regarding weekly reports (.1); call with David Heida regarding status update, refinancing, and plan (.3); email counsel for Amalgamated Sugar regarding 503(b)(9) order (.1) | B110 | 0.50 | 207.50 |
| 08/29/2024 | KMIK | Review email from Braiden Miller regarding weekly Forbes update (.1); review email from Lisa Nelson regarding borrowing base certificate (.1); review email from Kati Churchill regarding weekly variance report and analysis (.1); email counsel for secured lenders regarding weekly reports (.2); emails to/from Sheila Schwager regarding Forbes report (.2) | B110 | 0.70 | 290.50 |
| 08/29/2024 | KMIK | Emails to/from Ron Bingham regarding status update call (.2) | B150 | 0.20 | 83.00 |
| 08/29/2024 | KMIK | Continue working on claims analysis and waterfall | B320 | 0.60 | 249.00 |
| 08/29/2024 | TROU | Review memo from Tom Dvorak regarding response to motion to compel assumption/rejection of EVD contract (.5); research and drafting resistance to motion to compel (1.4) | B185 | 1.90 | 541.50 |
| 08/29/2024 | TROU | Research regarding exclusivity period | B320 | 1.40 | 399.00 |
| 08/30/2024 | KMIK | Emails to/from committee counsel regarding meeting with debtors and creditors committee members (.2); emails to/from Ron Bingham regarding business rep call (.2) | B150 | 0.40 | 166.00 |
| 08/30/2024 | KMIK | Emails to/from David Heida and Tom Dvorak regarding response to motion to compel assumption/rejection of EVD contract (.2) | B185 | 0.20 | 83.00 |
| 08/30/2024 | KMIK | Review notice of hearing on committee counsel's first interim fee app (.1); review O'Melveny & Myers' first interim fee app (.2) | B160 | 0.30 | 124.50 |
| 08/30/2024 | KMIK | Review email from Sheila Schwager regarding borrowing base certificate calculation (.1) and email client regarding same (.1) | B110 | 0.20 | 83.00 |
| 08/30/2024 | KMIK | Review email from counsel for Blue Cross of Idaho regarding proof of claim (.1) | B310 | 0.10 | 41.50 |
| 08/30/2024 | KMIK | Email Johnson May regarding filing of MORs (.1) | B110 | 0.10 | 41.50 |
| 08/30/2024 | KMIK | Call with Forbes, Kander, client, and co-counsel regarding status update on refinancing and strategy for plan (.7) | B320 | 0.70 | 290.50 |
| 08/30/2024 | KMIK | Review Rabo's objection to app to employ Heida (.1) and email Heida regarding same (.1) | B170 | 0.20 | 83.00 |
| 08/30/2024 | GMAT | Reviewing Proofs of Claim for 503(b)(9) amounts. | B310 | 4.00 | 840.00 |
| 08/30/2024 | TROU | Call with Forbes, Kander, client, and co-counsel regarding status update on refinancing and strategies for plan (.7) | B320 | 0.70 | 199.50 |
| 08/30/2024 | TROU | Review Rabo's objection to app to employ Heida (.1) | B170 | 0.10 | 28.50 |
| 08/30/2024 | TROU | Review notice of hearing on committee counsel's first interim fee app (.1); review O'Melveny & Myers' first interim fee app (.2) | B160 | 0.30 | 85.50 |
| 08/30/2024 | TROU | Emails from David Heida and Tom Dvorak regarding response to motion to compel assumption/rejection of EVD contract (.2) | B185 | 0.20 | 57.00 |

| | Sub-total Fees: | $24,845.50 |
|---|---|---|

**Rate Summary**

| | | |
|---|---|---|
| Krystal R. Mikkilineni | 32.20 hours at $415.00/hr | 13,363.00 |
| Tirzah R. Roussell | 29.90 hours at $285.00/hr | 8,521.50 |
| Gabby B. Mathias | 14.10 hours at $210.00/hr | 2,961.00 |
| Total hours: | 76.20 | |

**Expenses**

| | | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 08/20/2024 | Third Party Delivery Payment | A111 | 1.00 | 474.24 | 474.24 |
| 08/21/2024 | Wire Fee | A107 | 1.00 | 6.25 | 6.25 |
| | Sub-total Expenses: | | | | $480.49 |

| | **Total Current Billing:** | **$25,325.99** |
|---|---|---|

Millenkamp Cattle, Inc.
9/6/2024
Page: 9

Client: 9020530-188653
Matter: 9020530-188653
Statement #:

Ef f-ectiv e March 29, 2021, Dav is Brown Law Firm f ormally combined with Dentons to become Dentons Dav is Brown PC. Visit
www.dentons.com/BusinessTerms to f ind our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the
material terms and conditions of any  existing engagement  agreement.  Please contact y our lawy er or other prof essional if  y ou hav e questions about
the Terms of Business or with any respect of y our representation.

Current statement due within 30 day s of statement date. Please disregard any prev iously paid amounts. Contact us at 515-246-7812 with any
questions. Please include the statement number on y our check.

When y ou prov ide a check as pay ment, y ou authorize us either to use inf ormation f rom y our check to make a one-time electronic f und transf er
f rom y our account or process the pay ment as a check transaction. When we use inf ormation f rom y our check to make an electronic f und transf er,
f unds may be withdrawn f rom y our account as soon as the same day we receiv e y our pay ment, and y ou will not receiv e y our check back from
y our f inancial institution.

EXHIBIT C

<u>N</u><u>ARRATIVE SHEET</u>

| | Information Requested | Information Given |
|---|---|---|
| I. | BACKGROUND:<br>The background information of the bankruptcy case, to the best of Applicant's knowledge is as follows: | |
| A. | Date the bankruptcy petition was filed. | April 2, 2024 |
| B. | Date of the "Order Authorizing Employment of Counsel". | May 24, 2024 |
| C. | Date services commenced. | March 19, 2024 |
| D. | Rate Applicant charges its non-bankruptcy clients for similar services. | Krystal Mikkilineni - $415.00 per hour<br>Tirzah Roussell - $285.00 per hour |
| E. | Application is final or interim. | Interim. |
| F. | Time period of the services or expenses covered by the Application. | August 1, 2024 through November 30, 2024 |
| II. | CASE STATUS:<br>To the best of the Applicant's knowledge, the financial condition and status of the case is as follows: | |
| A. | The amount of cash on hand or on deposit in the estate. | No funds are being held in trust with the Applicant. |
| B. | Amount and nature of accrued unpaid, administrative expenses. | To the best of the Applicant's knowledge, the only other unpaid administrative expenses are those of the estate's other professionals. To date, the estate has retained Johnson May as co-counsel, Kander as financial advisor, Forbes as investment banker, Cooper Norman as tax accountant, Davis Livestock as livestock appraiser, Schuil Ag Real Estate as brokers opinion expert, Gale W. Harding & Associates as equipment and machinery appraiser, Summit Ag Appraisal as real estate appraiser, and Givens Pursely as special counsel. The Unsecured Creditors Committee has also incurred administrative expenses for its professionals. |
| C. | The amount of unencumbered funds in the estate. | The estate currently holds $5,667,970 in funds (which is a constantly changing and updating number). While those funds are technically encumbered by the various lienholders in this case, they are |

| | | |
|---|---|---|
| | | available to pay the professional fees requested pursuant to the Cash Collateral Budget. |
| III. | PROJECT SUMMARY:<br>Description of each professional project or task for which compensation and reimbursement is sought: | |
| A. | Description of projects. | See Exhibit B attached hereto for a detailed description of what has been performed on behalf of the estate by the applicant and the fees and costs incurred in these projects. The project categories included: Case Administration, Asset Disposition, Relief from Stay/Adequate Protection Proceedings, Meetings of and Communications with Creditors, Fee/Employment Applications, Assumption/Rejection of Leases and Contracts, Other Contested Matters, Non-Working Travel, Financing/Cash Collections, Tax Issues, Claims Administration and Objections, and Plan and Disclosure Statement. |
| B. | Necessity of projects. | **Case Administration** was necessary in order to discuss various items with the client, co-counsel, financial advisor and other parties, as well as prepare and file required reports (IRR, MOR) and respond to continued emergency/interim motions, and related orders.<br><br>**Asset Disposition** was necessary in order to maintain and collect documents regarding the potential sale of certain of the Debtors' assets and to prepare and file sale motions.<br><br>**Relief from Stay/Adequate Protection Proceedings** was necessary to respond to opposing counsel and prepare responses to motions for relief from stay and motions for adequate protection. |

Case 24-40158-NGH   Doc 763   Filed 12/03/24   Entered 12/03/24 15:34:34   Desc Main
Document      Page 35 of 47

Case 24-40158-NGH   Doc 763   Filed 12/03/24   Entered 12/03/24 15:34:34   Desc Main
Document      Page 35 of 47

Case 24-40158-NGH   Doc 775   Filed 12/05/24   Entered 12/05/24 10:06:14   Desc Main
Document      Page 35 of 47

**Meetings of and Communications with Creditors** was necessary to prepare for and attend conferences with creditors regarding matters related to the case, status updates, and negotiations, and correspond with creditors and counsel for creditors via phone call and/or email.

**Fee/Employment Applications** was necessary in order to draft and prepare applications to employ and draft monthly fee applications and this second interim fee application.

**Assumption/Rejection of Leases and Contracts** was necessary in order to review and respond to multiple creditor emails regarding the Debtors' intentions, and to correspond with co-counsel, financial advisor, and debtors regarding the same.

**Other Contested Matters** was necessary in order to correspond with the Debtors, co-counsel, financial advisor, and creditors regarding multiple contested matters, including use of cash collateral, DIP approval, 503(b)(9) motion, critical vendor motion, and sale motion.

**Non-Working Travel** was travel billed at ½ rate for travel to/from hearings.

**Financing/Cash Collections** was necessary in order to correspond with multiple parties regarding the cash motions and draft and prepare extensive relevant interim and final motions, notices, and orders. Much of the initial stages of this case revolved around obtaining necessary approvals/consensus for using cash collateral to maintain operations.

**Claims Administration and Objections** was necessary in order to review claims

filed and evaluate potential objections to those claims.

**Plan and Disclosure Statement** was necessary in order to correspond with co-counsel, Debtors, and the financial advisor regarding the drafting of and strategy for the Chapter 11 Plan.

| | | |
|---|---|---|
| C. | Benefit of projects to the estate. | The projects have allowed the Debtors to prepare and file required reports, maintain documents for asset sales, attend required meetings, draft various applications and motions, analyze and draft the Plan, and otherwise keep operations moving forward. |
| D. | Status of project. | Interim. |
| E. | Identification of each person providing services on the projects. | See the attached Exhibit A. |
| F. | Number of hours spent, the amount of compensation requested for each professional and para-professional. | See the attached Exhibit A. |
| G. | Itemized time and services entries. | See the attached Exhibit B. |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

IN RE:

MILLENKAMP CATTLE, INC

CASE NO: 24-40158-NGH

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 763

On 12/4/2024, I did cause a copy of the following documents, described below,

Notice of Hearing  ECF Docket Reference No. 763

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/4/2024

/s/ Krystal R. Mikkilineni
Krystal R. Mikkilineni  AT0011814

Dentons Davis Brown
215 10th St
Des Moines, IA  50309
515 288 2500
krystal.mikkilineni@dentons.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

IN RE:

MILLENKAMP CATTLE, INC

CASE NO: 24-40158-NGH

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 763

On 12/4/2024, a copy of the following documents, described below,

Notice of Hearing  ECF Docket Reference No. 763

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/4/2024

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Krystal R. Mikkilineni
Dentons Davis Brown
215 10th St
Des Moines, IA  50309

USPS FIRST-CLASS MAIL CERTIFICATE OF DOCUMENTS
Parties with names struck through or labeled as CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
09768
CASE 24-40158-NGH
DISTRICT OF IDAHO
TWIN FALLS
TUE DEC  3 16-04-13 MST 2024

KRYSTAL R  MIKKILINENI
DENTONS DAVIS BROWN
215 10TH ST
STE 1300
DES MOINES IA 50309-3616

A SCOTT JACKSON TRUCKING INC
CO WILLIAMS MESERVY  LARSEN LLP
POST OFFICE BOX 168
153 EAST MAIN STREET
JEROME ID 83338-2332

AAA COW COMFORT LLC
PO BOX 307
KIMBERLY ID 83341-0307

ABS GLOBAL
1525 RIVER RD
DEFOREST WI 53532-2430

ARNOLD MACHINERY COMPANY
2975 WEST 2100 SOUTH
SALT LAKE CITY UT 84119-1273

AD HOC COMMITTEE OF CORN SILAGE GROWERS
153 EAST MAIN STREET
PO BOX 168
JEROME ID 83338-0168

ADDISON BIOLOGICAL LABORATORY INC
507 NORTH CLEVELAND ST
FAYETTE MO 65248-1083

AIRGAS USA LLC
PO BOX 734445
CHICAGO IL 60673-4445

AIRGAS USA LLC
110 WEST 7TH ST SUITE 1400
TULSA OK 74119-1077

ALEXANDER K REED
4296 N 2100 E
FILER ID 83328-5046

AMALGAMATED SUGAR
1951 S SATURN WAY
STE 100
BOISE ID 83709-2924

AMERICAN CALF PRODUCTS (GOLDEN STATE
MIXING
425 D STREET
TURLOCK CA 95380-5452

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AMORY SECURITIES LLC
200 NORTH PACIFIC HWY
SUITE 1525
EL SEGUNDO CA 90245

BRUCE A ANDERSON
320 EAST NEIDER AVENUE
SUITE 102
COEUR DALENE ID 83815-6007

AUTOMATION WERX LLC
MORROW  FISCHER PLLC
4 OGDEN AVENUE
NAMPA ID 83651-2371

AUTOMATION WERX LLC
PO BOX 3066
IDAHO FALLS ID 83403-3066

CO DAVID A COLEMAN B  H FARMING
COLEMAN RITCHIE  JACOBSON
PO BOX 525
TWIN FALLS ID 83303-0525

B  H FARMING AN IDAHO GENERAL
PARTNERSHIP
PO BOX 123
RUPERT ID 83350-0123

BS R DESIGN SUPPLIES
198 LOCUST ST S
TWIN FALLS ID 83301-7832

RICHARD BERNARD
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK NY 10036-2714

RON C BINGHAM II
3424 PEACHTREE ROAD NE
SUITE 1600
ATLANTA GA 30326-1139

BLUE CROSS OF IDAHO
CO D BLAIR CLARK ATTY
967 PARKCENTER BLVD 282
BOISE ID 83706-6721

BLUE CROSS OF IDAHO
CO D BLAIR CLARK ATTORNEY
967 E PARKCENTER BLVD 282
BOISE ID 83706-6721

BLUE CROSS OF IDAHO HEALTH SERVICE INC
CO LAW OFFICE OF D BLAIR CLARK PC
967 EAST PARKCENTER BOULEVARD 282
BOISE ID 83706-6721

BO STEVENSON DBA BA FARMS
1001 S 1900 E
HAZELTON ID 83335-5451

USPS FIRST-CLASS MAIL RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not being served via First Class USPS Mail Service.

BRANDY A BARTHOLOMEW
CO ERIC R CLARK ATTORNEY
PO BOX 2504
EAGLE ID 83616-9118

MORTON R BRANZBURG
KLEHR HARRISON HARVEY BRANZBURG LLP
1835 MARKET ST
SUITE 1400
PHILADELPHIA PA 19103-2945

HEIDI BUCK MORRISON
RACINE OLSON PLLP
201 EAST CENTER STREET
POCATELLO ID 83201-6329

BUNGE CANADA
CO DAVID D FARRELL
THOMPSON COBURN LLP
ONE US BANK PLAZA SUITE 2700
ST LOUIS MISSOURI 63101-1693

BUNGE CANADA CO DAVID D FARRELL
DAVID D FARRELL ESQ
ONE US BANK PLAZA
SUITE 2700
ST LOUIS MO 63101-1616

BURKS TRACTOR COMPANY INC
3140 KIMBERLY ROAD
TWIN FALLS ID 83301-8516

BURKS TRACTOR COMPANY INC
OREN B HAKER
BLACK HELTERLINE LLP
805 SW BROADWAY SUITE 1900
PORTLAND OR 97205-3359

LAURA E BURRI
MORROW  FISCHER PLLC
4 OGDEN AVENUE
83651
NAMPA ID 83651-2371

CNH INDUSTRIAL CAPITAL AMERICA LLC
KENT CARTERGORDON REES
ONE NORTH FRANKLIN SUITE 800
CHICAGO IL 60606-3422

BRETT R CAHOON
DOJUST
550 WEST FORT ST
STE 698
BOISE ID 83724-0101

CAPITOL ONE
PO BOX 60599
CITY OF INDUSTRY CA 91716-0599

(P)CARNE I CORP
134 E HIGHWAY 81
BURLEY ID 83318-5427

W KENT CARTER
ONE NORTH FRANKLIN
SUITE 800
CHICAGO IL 60606-3422

WILLIAM K CARTER
GORDON REES SCULLY MANSUKHANI LLP
ONE NORTH WACKER
SUITE 1600
CHICAGO IL 60606-2874

ALEXANDRA O CAVAL
CAVAL LAW OFFICE PC
POB 1716
TWIN FALLS ID 83303-1716

CELLCO PARTNERSHIP DBA VERIZON WIRELESS
WILLIAM M VERMETTE
22001 LOUDOUN COUNTY PKWY
ASHBURN VA 20147-6122

(P)CENTURYTEL SERVICE GROUP LLC DBA
CENTURYLI
931 14TH STREET 9TH FLOOR
DENVER CO 80202-2994

MATTHEW T CHRISTENSEN
199 N CAPITOL BLVD
STE 200
BOISE ID 83702-6197

MATTHEW T CHRISTENSEN
JOHNSON MAY PLLC
199 N CAPITOL BLVD
SUITE 200
BOISE ID 83702-6197

CHRISTOPHER CAMARDELLO
1031 MENDOTA HEIGHTS ROAD
ST PAUL MN 55120-1419

CITI CARDS
PO BOX 78019
PHOENIX AZ 85062-8019

D BLAIR CLARK
967 E PARKCENTER BOULEVARD 282
BOISE ID 83706-6721

ERIC R CLARK
PO BOX 2504
EAGLE ID 83616-9118

CLINT D THOMPSON
298 N 200 W
JEROME ID 83338-5372

COASTLINE EQUIPMENT COMPANY
2000 E OVERLAND RD
MERIDIAN ID 83642-6665

DAVID A COLEMAN
PO BOX 525
TWIN FALLS ID 83303-0525

COLONIAL LIFE
PROCESSING CENTER
PO BOX 1365
COLUMBIA SC 29202-1365

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled as CM/ECF SERVICE were not served via First Class USPS Mail Service.

CONNIE LAPASEOTES LTD
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

CONRAD BISHCOFF INC
2251 N HOLMES
PO BOX 50106
IDAHO FALLS ID 83405-0106

CONTERRA HOLDINGS LLC DBA CONTERRA AG
CAP
SPENCER FANE
1700 LINCOLN STREET
SUITE 2000
DENVER CO 80203-4554

CONTERRA HOLDINGS LLC DBA CONTERRA AG
CAPIT
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

DAIMLER TRUCK FINANCIAL SERVICES USA
LLC
CO RANDALL P MROCZYNSKI
COOKSEY TOOLEN GAGE DUFFY  WOOG
535 ANTON BOULEVARD SUITE 1000
COSTA MESA CA 92626-7664

DAIRY TECH LLC
1031 MENDOTA HEIGHTS ROAD
ST PAUL MN 55120-1419

DARITECH
8540 BENSON RD
LYNDEN WA 98264-9711

DAVID CLARK
CLARK AMBULATORY CLINIC INC
1019 E 1020 S
ALBION ID 83311

DAVIS LIVESTOCK INC
780 E CANNIBAL RD
LEWISTON UT 84320-2038

DOUGLAS J GRANT
2050 E 500 S
HAZELTON ID 83335-5006

DUSTY BROW FARMS INC
2601 E 1100 S
HAZELTON ID 83335-5623

THOMAS E DVORAK
POB 2720
BOISE ID 83701-2720

EAST VALLEY DEVELOPMENT LLC
CO AVERY LAW
3090 E GENTRY WAY STE 250
MERIDIAN ID 83642-3596

EAST VALLEY DEVELOPMENT LLC
CO ADAM LEWIS ESQ
MORRISON  FOERSTER LLP
425 MARKET ST
SAN FRANCISCO CA 94105-2482

CONNOR BRAY EDLUND
MCCONNELL WAGNER SYKES  STACEY PLLC
827 E PARK BLVD
STE 201
BOISE ID 83712-7782

GERY W EDSON
POB 448
BOISE ID 83701-0448

EDWARD CHOJNACKY
298 N 100 W
JEROME ID 83338-5406

ELECTRICAL WERX  CONSTRUCTION LLC
PO BOX 3066
IDAHO FALLS ID 83403-3066

ELEVATION ELECTRIC LLC
485 S IDAHO ST
WENDELL ID 83355-5241

ERIC CLARK
CLARK ASSOCIATES
PO BOX 2504
EAGLE ID 83616-9118

JON B EVANS
DORSEY  WHITNEY LLP
101 S CAPITOL BLVD
SUITE 1100
BOISE ID 83702-5958

EVANS PLUMBING
111 GULF STREAM LANE
HAILEY ID 83333-7725

ZACHARY FAIRLIE
SPENCER FANE
1000 WALNUT
STE 1400
KANSAS CITY MO 64106-2168

ZACHARY FAIRLIE
SPENCER FANE LLP
1000 WALNUT STREET
SUITE 1400
KANSAS CITY MO 64106-2168

BRIAN FARIA
SAWTOOTH LAW OFFICES PLLC
1101 W RIVER STREET SUITE 110
83702
BOISE ID 83702-7067

FARMERS BANK
PO BOX 392
BUHL ID 83316-0392

FASTENAL COMPANY
2001 THEURER BLVD
ATTN- LEGAL
WINONA MN 55987-9902

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ROBERT A FAUCHER
POB 2527
BOISE ID 83701-2527

FREDIN BROTHERS INC
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

(P)GJ VERTILINE PUMPS INC
PO BOX 892
TWIN FALLS ID 83303-0892

DAVID W GADD
STOVER GADD ASSOCIATES PLLC
905 SHOSHONE ST N
PO BOX 1428
TWIN FALLS ID 83303-1428

GALE W HARDING AND ASSOCIATES
329 W 7TH S
REXBURG ID 83440-9600

SCOTT F GAUTIER
1800 CENTURY PARK EAST
STE 1500
LOS ANGELES CA 90067-1501

GIVENS PURSLEY LLP
GIVENS PURSLEY LLP
601 W BANNOCK
PO BOX 2720
BOISE ID 83701-2720

GLANBIA FOODS INC
CO ROBERT A FAUCHER
POB 2527
BOISE ID 83701-2527

KIMBELL D GOURLEY
POB 1097
BOISE ID 83701-1097

GRANT HAGAN INC
PO BOX 326
HAZELTON ID 83335-0326

GRANT 4D FARMS LLC
707 E 600 N
RUPERT ID 83350-9466

GREATAMERICA FINANCIAL SERVICES
CORPORATION
ATTN PEGGY UPTON
625 FIRST ST SE
CEDAR RAPIDS IA 52401-2030

DANIEL C GREEN
RACINE OLSON PLLP
201 EAST CENTER
PO BOX 1391
POCATELLO ID 83204-1391

GREEN SOURCE AUTOMATION LLC
3506 MOORE ROAD
CERES CA 95307-9402

MATTHEW W GRIMSHAW
GRIMSHAW LAW GROUP PC
800 W MAIN STREET STE 1460
BOISE ID 83702-5983

JULIAN GURULE
400 SOUTH HOPE STREET
SUITE 1900
LOS ANGELES CA 90071-2811

JULIAN GURULE
OMELVENY MEYERS LLP
400 SOUTH HOPE STREET
SUITE 1900
LOS ANGELES CA 90071-2811

JULIAN GURULE
OMELVENY MYERS LLP
400 SOUTH HOPE STREET
STE 18TH FLOOR
LOS ANGELES CA 90071-2801

OREN B HAKER
BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND OR 97205-3359

HATFIELD MANUFACTURING INC
1823 SHOESTRING RD
GOODING ID 83330-5361

HEERINGA CONSTRUCTION LLC
18521 E QUEEN CREEK RD
105-481
QUEEN CREEK AZ 85142-5864

DAVID A HEIDA
HEIDA LAW OFFICE PLLC
PO BOX 216
KIMBERLY ID 83341-0216

HOLLIFIELD RANCHES INC
22866 HIGHWAY 30
HANSEN ID 83334-5028

IRS
CENTRALIZED INSOLVENCY OPER
PO BOX 7346
PHILADELPHIA PA 19101-7346

IDAHO AGCREDIT
CO DANIEL C GREEN
RACINE OLSON PLLP
P O BOX 1391
POCATELLO ID 83204-1391

IDAHO DEPT OF LANDS
PO BOX 83720
BOISE ID 83720-0003

IDAHO MATERIALS CONSTRUCTION
CO MILLER NASH LLP
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

IDAHO STATE BRAND DEPARTMENT
700 S STRATFORD DR
MERIDIAN ID 83642-6202

IDAHO STATE TAX COMMISSION
PO BOX 36
BOISE ID 83722-0036

(P)INNOVATIVE FOOD SOLUTIONS USA LLC
134 E HIGHWAY 81
BURLEY ID 83318-5427

INTERSTATE BILLING SERVICE INC
PO BOX 2250
DECATUR AL 35609-2250

THEODORE ISBELL
EXPERT CONSULTING SERVICES
2694 E 750 S
DECLO ID 83323-6001

JC HOOF TRIMMING INC
3690 N 2570 E
TWIN FALLS ID 83301-1004

JD HEISKELL HOLDINGS LLC
17220 WRIGHT ST STE 200
OMAHA NE 68130-4667

JOHN DEERE FINANCIAL
CO WELTMAN WEINBERG  REIS CO LPA
965 KEYNOTE CIRCLE
CLEVELAND OH 44131-1829

(P)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO NATIONAL BANKRUPTCY SERVICES LLC
PO BOX 9013
ADDISON TEXAS 75001-9013

JAKE MILLENKAMP
1719 RIVER ROAD
BUHL ID 83316-5302

JAMES FARRELL  CO
13810 SE EASTGATE WAY
SUITE 520
BELLEVUE WA 98005-4467

JEAN L THOMPSON
255 N 250 W
JEROME ID 83338-5363

JEFFREY E ROLIG
PO BOX 5455
TWIN FALLS ID 83303-5455

JEFFREY J GRIEVE
PO BOX 366
TWIN FALLS ID 83303-0366

JOHN DEERE CONSTRUCTION AND FORESTRY
COMPANY
CO WELTMAN WEINBERG  REIS CO LPA
965 KEYNOTE CIRCLE
CLEVELAND OH 44131-1829

JOHN DEERE FINANCIAL FSB
CO WELTMAN WEINBERG  REIS CO LPA
965 KEYNOTE CIRCLE
CLEVELAND OH 44131-1829

K R RENTAL INC
256 A SOUTH 600 W
HEYBURN ID 83336-9750

KANDER LLC
2538 CARROLWOOD ROAD
NAPERVILLE IL 60540-8395

KEITH D AND JANET CARLSON
3866 E 3800 N
HANSEN ID 83334-5012

KENWORTH SALES COMPANY INC
CO BENOIT LAW
PO BOX 366
TWIN FALLS ID 83303-0366

KINGHORN MEDICAL LLC
248 S COLE RD
BOISE ID 83709-0934

KRAUS FARMS LLC
165 SOUTH 400 WEST
RUPERT ID 83350-9672

MATTHEW KREMER
7 TIMES SQUARE
NEW YORK NY 10036-6524

MATTHEW KREMER
OMELVENY  MYERS LLP
1301 AVENUE OF THE AMERICAS
SUITE 1700
NEW YORK NY 10019-6022

DAVID T KRUECK
HAWLEY TROXELL ENNIS  HALWEY LLP
877 W MAIN ST
SUITE 500
STE 200
BOISE ID 83702-6030

JOHN F KURTZ JR
KURTZ LAW PLLC
910 W MAIN
SUITE 364
BOISE ID 83702-5740

USPS FIRST CLASS MAIL RECIPIENTS
Parties with names struck through or labeled as being excluded by SERVICE    NOTICE are no longer served via First Class USPS Mail Service.

LES SCHWAB TIRE CENTERS OF IDAHO LLC
PO BOX 5350
BEND OR 97708-5350

(P)LAND VIEW  INC
ATTN DAN NOBLE
P O BOX 475
RUPERT ID 83350-0475

LAND VIEW INC
CO GERY W EDSON
PO BOX 448
BOISE ID 83701-0448

ADAM A LEWIS
MORRISON  FOERSTER LLP
425 MARKET STREET
SAN FRANCISCO CA 94105-2482

ADAM AIKEN LEWIS
MORRISON  FOERSTER LLP
425 MARKET STREET
STE 32ND FLOOR
SAN FRANCISCO CA 94105-2467

KARYN LLOYD
GORDON REES SCULLY MANSUKHANI LLP
999 W MAIN STREET
100
BOISE ID 83702-9001

KARYN LLOYD
GORDON REES SCULLY MANSUKHANI LLP
999 W MAIN STREET 100
BOISE ID 83702-9001

MWI VETERINARIAN SUPPLY INC
3041 W PASADENA DRIVE
BOISE ID 83705-4776

JED W MANWARING
ELAM  BURKE PA
251 E FRONT STREET
PO BOX 1539
STE 300
BOISE ID 83701-1539

JAMES JUSTIN MAY
JOHNSON MAY
199 N CAPITOL BLVD
STE 200
BOISE ID 83702-6197

ZACHERY J MCCRANEY
HOLLAND  HART
PO BOX 2527
800 W MAIN STREET
SUITE 1750
BOISE ID 83702-5974

MERCK ANIMAL HEALTH
ATTN LEGAL DEPTANIMAL HEALTH
126 EAST LINCOLN AVENUE
PO BOX 2000
RAHWAY NJ 07065-0900

METLIFE REAL ESTATE LENDING LLC
CO KIMBELL D GOURLEY
10801 MASTIN BLVD
SUITE 700
OVERLAND PARK KS 66210-1673

METLIFE REAL ESTATE LENDING LLC
CO RON C BINGHAM II ESQ
ADAMS AND REESE LLP
3424 PEACHTREE ROAD NE SUITE 1600
ATLANTA GEORGIA 30326-1139

METROPOLITAN LIFE INSURANCE COMPANY
CO KIMBELL D GOURLEY
10801 MASTIN BLVD
SUITE 700
OVERLAND PARK KS 66210-1673

METROPOLITAN LIFE INSURANCE COMPANY A
NEW Y
CO RON C BINGHAM II ESQ
ADAMS AND REESE LLP
3424 PEACHTREE ROAD NE SUITE 1600
ATLANTA GEORGIA 30326-1139

MICHAEL CHOJNACKY
51 W 600 N
JEROME ID 83338-5016

WILLIAM MILLENKAMP
471 S 300 W
JEROME ID 83338

DEBTOR
MILLENKAMP CATTLE INC
471 NORTH 300 WEST
JEROME ID 83338-5078

RHETT MICHAEL MILLER
PARSONS LOVELAND SHIRLEY  LINDSTROM
PO BOX 910
BURLEY ID 83318-0910

MILNER HAY
1154 W 200 S
MURTAUGH ID 83344-5388

MOSS FARMS OPERATIONS LLC
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

MOSS GRAIN PARTNERSHIP
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

MOSS GRAIN PARTNERSHIP
301 SCOTT AVE SUITE 4
RUPERT ID 83350-5100

JOHN D MUNDING
MUNDING PS
309 E FARWELL RD
STE 310
SPOKANE WA 99218-8209

NAPA AUTO PARTS
PO BOX 1425
TWIN FALLS ID 83303-1425

JASON RONALD NAESS
DOJUST
550 WEST FORT ST
STE 698
BOISE ID 83724-0101

USPS FIRST CLASS MAIL RECIPIENTS
Parties with names struck through or labeled with "✗ NO NOTICE" were not served via First Class USPS Mail Service.

JAMES NIEMEIER
MCGRATH NORTH
1601 DODGE STREET
SUITE 3700
OMAHA NE 68102-1627

JAMES J NIEMEIER
MCGRATH NORTH MULLIN  KRATZ PC LLO
1601 DODGE STREET
STE 3700
OMAHA NE 68102-1650

COOPER NORMAN
PO BOX 5399
TWIN FALLS ID 83303-5399

JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET
STE 2000
DENVER CO 80203-4554

JOHN OBRIEN
SPENCER FANE LLP
1700 LINCOLN STREET
SUITE 2000
DENVER CO 80203-4554

GABRIEL L OLIVERA
7 TIMES SQUARE
NEW YORK NY 10036-6524

GABRIEL LUIS OLIVERA
OMELVENY  MYERS LLP
1301 AVENUE OF THE AMERICAS
STE 1700
NEW YORK NY 10019-6022

OVERHEAD DOOR
489 S LOCUST
TWIN FALLS ID 83301-7849

PTG OF IDAHO LLC
CO HOLLAND N ONEIL FOLEY  LARDNER L
2021 MCKINNEY AVENUE STE 1600
DALLAS TX 75201-3340

DOMENIC E PACITTI
KLEHR HARRISON HARVEY BRANZBURG LLP
919 MARKET STREET
SUITE 1000
WILMINGTON DE 19801-3030

PAN AMERICAN LIFE INSURANCE
1778 N PLANO RD
STE 310
RICHARDSON TX 75081-1958

PERFORMIX NUTRITION SYSTEMS
2201 N 20TH STREET
NAMPA ID 83687-6849

PERFORMIX NUTRITION SYSTEMS LLC
MUNDING PS
309 E FARWELL RD STE 310
SPOKANE WA 99218-8209

MARK BRADFORD PERRY
PERRY LAW PC
POB 637
BOISE ID 83701-0637

PIVOT MAN INC
ROBIN JONES
PO BOX 355
PAUL ID 83347-0355

SCOTT C POWERS
SPENCER FANE LLP
10 EXCHANGE PLACE 11TH FLR
SALT  LAKE CITY UT 84111-2824

PRIME RIDGE BEEF LLC
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

PRO RENTALS  SALES
PO BOX 5450
C12
KALISPELL MT 59903-5450

PRO TECH SERVICE COMPANY
1550 KIMBERLY RD
TWIN FALLS ID 83301-7341

PROGRESSIVE DAIRY SERVICE  SUPPLIES
CORP
485 S IDAHO ST
WENDELL ID 83355-5241

PROGRESSIVE DAIRY SERVICE  SUPPLY CORP
485 S IDAHO ST
WENDELL ID 83355-5241

QUILL CORPORATION
PO BOX 102419
COLUMBIA SC 29224-2419

RABO AGRIFINANCE LLC
CO SHEILA R SCHWAGER
PO BOX 1617
BOISE ID 83701-1617

RABO AGRIFINANCE LLC AS ADMINISTRATIVE
AGEN
CO SHEILA SCHWAGER
HAWLEY TROXELL ENNIS  HAWLEY LLP
PO BOX 1617
BOISE ID 83701-1617

RAFT RIVER RURAL ELECTRIC COOPERATIVE
INC
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

CHERYL RAMBO
IDAHO STATE POLICE
700 S STRATFORD DR
MERIDIAN ID 83642-6242

REXEL USA INC DBA PLATT ELECTRIC SUPPLI
MCCONNELL WAGNER SYKES + STACEY PLLC
827 E PARK BLVD STE 201
BOISE ID 83712-7782

USPS FIRST CLASS MAIL RECIPIENTS
Parties with names struck through or labeled NOT SERVED were not served via First Class USPS Mail Service.

REXEL USA INC DBA PLATT ELECTRIC SUPPLY
827 E PARK BLVD STE 201
BOISE IDAHO 83712-7782

JANINE PATRICE REYNARD
AVERY LAW
3090 E GENTRY WAY
SUITE 250
MERIDIAN ID 83642-3596

ROBERT E RICHARDS
DENTONS US LLP
233 SOUTH WACKER DRIVE
STE 7800
CHICAGO IL 60606-6459

ROBERT E RICHARDS
233 SOUTH WACKER DRIVE
SUITE 5900
CHICAGO IL 60606-6361

HOLLY ROARK
ROARK LAW OFFICES
950 BANNOCK ST STE 1100
BOISE ID 83702-6140

ROARK LAW OFFICES
950 BANNOCK ST 11TH FL
BOISE ID 83702-5999

ROCKY MOUNTAIN AGRONOMICS
1912 WEST MAIN STREET
BURLEY ID 83318-1611

ROGERS MACHINERY COMPANY INC
PO BOX 230429
PORTLAND OR 97281-0429

EVAN THOMAS ROTH
1101 W RIVER ST STE 110
BOISE ID 83702-7067

TIRZAH R ROUSSELL
215 10TH STREET
SUITE 1300
DES MOINES IA 50309-3616

TIRZAH R ROUSSELL
DENTONS DAVIS BROWN PC
THE DAVIS BROWN TOWER
215 10TH STREET
SUITE 1300
DES MOINES IA 50309-3621

MIRANDA RUSSELL
MORRISON  FOERSTER LLP
250 WEST 55TH STREET
NEW YORK NY 10019-0050

MIRANDA K RUSSELL
MORRISON  FOERSTER LLP
250 WEST 55TH STREET
NEW YORK NY 10019-0050

SANDTON CAPITAL PARTNERS LP
16 W 46TH STREET 1ST FLOOR
NEW YORK NY 10036-4503

(P)SCHAEFFER MANUFACTURING COMPANY
ATTN DENIS MCCARTHY
2600 S BROADWAY
SAINT LOUIS MO 63118-1828

NIKOLAUS F SCHANDLBAUER
20 F STREET NW
SUITE 500
WASHINGTON DC 20001-6703

SCHMIDT CATTLE HAULING
848 E 3400 N
CASTLEFORD ID 83321-6422

ANDREW SCHOULDER
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022

ANDREW J SCHOULDER
NORTON ROSE FULBRIGHT US LLP
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022

SCHOWS TRUCK CENTER
PO BOX 2208
DECATUR AL 35609-2208

SCHUIL AG REAL ESTATE INC
5020 W MINERAL KING AVE
VISALIA CA 93291-5364

SHEILA RAE SCHWAGER
HAWLEY TROXELL ENNIS  HAWLEY LLP
877 MAIN STREET SUITE 200
PO BOX 1617
BOISE ID 83701-1617

SHEILA R SCHWAGER
HAWLEY TROXELL ENNIS  HAWLEY LLP
PO BOX 1617
BOISE ID 83701-1617

SIX STATES DISTRIBUTORS INC
29787 NETWORK PLACE
CHICAGO IL 60673-1297

LOUIS V SPIKER
MILLER NASH LLP
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

SPRINKLERSHOP INC
PO BOX 599
PAUL ID 83347-0599

ST GENETICS
INGURAN USA INC
22575 STATE HWY 6 SOUTH
NAVASOTA TX 77868-8297

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

STANDING 16 RANCH LAND COMPANY LLC
335 W 300 N
JEROME ID 83338-5217

STANDLEE AG RESOURCES
CO MILLER NASH LLP
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

STANDLEE AG RESOURCES
CO MILLER NASH LLP ATTN LOUIS SPIKER
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

STAR FALLS FARMS LLC
1908 E 1300 S
HAZELTON ID 83335-5428

STEEL RANCH LLC
2597 E 1100 S
HAZLETON ID 83335-5621

STEVEN R HOGAN II
409 S 17TH STREET 500
OMAHA NE 68102-2603

MICHAEL R STEWART
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS MN 55402-7508

STOTZ EQUIPMENT
2670 KIMBERLY RD E
TWIN FALLS ID 83301-7984

MATTHEW A STURZEN
SHERMAN SHERMAN JOHNNIE  HOYT LLP
693 CHEMEKETA STREET NE
SALEM OR 97301-3732

SUMMIT AG APPRAISAL INC
995 S 1150 E
ALBION ID 83311-9710

THE DAIRY SOLUTIONS GROUP
409 S 17TH STREET 500
OMAHA NE 68102-2603

THE FORBES SECURITIES GROUP LLC DBA
FORBES
6400 S FIDDLERS GREEN CIRCLE
SUITE 850
GREENWOOD VILLAGE CO 80111-4994

THE SPRINKLER SHOP
PO BOX 599
PAUL ID 83347-0599

MEREDITH LEIGH THIELBAHR
GORDON  REES  SEATTLE
701 FIFTH AVENUE
STE 2100
SEATTLE WA 98104-7084

TRIPLE C FARMS LLC
474 S 500 W
JEROME ID 83338-6027

KIM J TROUT
TROUT LAW PLLC
3778 PLANTATION RIVER DR STE 101
BOISE ID 83703-3086

US COMMODITIES LLC
730 SECOND AVENUE S SUITE 700
MINNEAPOLIS MN 55402-2480

US TRUSTEE
550 WEST FORT ST STE 698
BOISE ID 83724-0101

ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE WI 53158-3686

UNITED ELECTRIC COOP INC
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

VALLEY WIDE COOPERATIVE INC
CO DAVID W GADD STOVER GADD  ASSOC
PO BOX 1428
TWIN FALLS ID 83303-1428

VALLEY WIDE COOPERATIVE INC
CO DAVID W GADD
STOVER GADD  ASSOCIATES PLLC
PO BOX 1428
TWIN FALLS IDAHO 83303-1428

LANCE VANDEMARK
EXPERT CONSULTING SERVICES
2694 E 750 S
DECLO ID 83323-6001

VISERION GRAIN LLC
385 BROADWAY ST
BOULDER CO 80305-3303

VISERION GRAIN LLC
CO SAWTOOTH LAW OFFICES PLLC
213 CANYON CREST DR STE 200
TWIN FALLS ID 83301-3053

VITERRA USA GRAIN LLC
1331 CAPITOL AVE
OMAHA NE 68102-1197

VITERRA USA GRAIN LLC AND VITERRA USA
INGRE
CO RACINE OLSON PLLP
PO BOX 1391
POCATELLO ID 83204-1391

USPS FIRST-CLASS MAIL RECIPIENTS
Parties with names struck through or labeled as CM/ECF SERVICE were not served via First Class USPS Mail Service.

VITERRA USA INGREDIENTS LLC
1331 CAPITOL AVE
OMAHA NE 68102-1197

WAG SERVICES INC
8121 W HARRISON ST
TOLLESON AZ 85353-3328

JOSEPH MARK WAGER JR
MCCONNELL WAGNER SYKES  STACEY
827 E PARK BLVD SUITE 201
BOISE ID 83712-7782

BRITTA E WARREN
BLACK HELTERLINE LLP
805 SW BROADWAY SUITE 1900
PORTLAND OR 97205-3359

WENDELL TRUCK AND AUTO
PO BOX 213
356 S IDAHO ST
WENDELL ID 83355-5209

WESTERN CONSTRUCTION INC
PO BOX 15569
BOISE ID 83715-5569

WESTERN STATES EQUIPMENT CO
500 EAST OVERLAND ROAD
MERIDIAN ID 83642-6606

WESTWAY FEED
BARR CREDIT SERVICES
3444 N COUNTRY CLUB RD
STE 200
TUCSON AZ 85716-0815

WILBURELLIS COMPANY LLC
CO MATTHEW A STURZEN
PO BOX 2247
SALEM OR 97308-2247

WILBURELLIS NUTRITION LLC
CO MATTHEW A STURZEN
PO BOX 2247
SALEM OR 97308-2247

WILLIAMS MESERVY  LARSEN
POST OFFICE BOX 168
153 EAST MAIN STREET
JEROME ID 83338-2332

BRENT RUSSEL WILSON
HAWLEY TROXELL ENNIS  HAWLEY LLP
877 MAIN STREET SUITE 200
BOISE ID 83702-6030

YOUNG CDJR OF BURLEY LLC
PO BOX 1530
LAYTON UT 84041-6553

YOUREE LAND  LIVESTOCK INC
3953 NORTH 3300 EAST
TWIN FALLS ID 83301-0348

CO DAVID A COLEMAN YOUREE LAND
LIVESTOCK
COLEMAN RITCHIE  JACOBSON
PO BOX 525
TWIN FALLS ID 83303-0525