# BANKRUPTCY COURT
## SECOND AMENDED Exhibit List

**SUBMITTED BY:** **RABO AGRIFINANCE LLC (RAF)**

| CASE NAME:<br>In Re:<br>MILLENKAMP CATTLE, INC.<br>Filing Relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | COURT DATE:<br>12/10/24<br>12/11/24 | CASE NUMBER:<br>24-40158-NGH<br>Jointly Administered with Case Nos.:<br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
|---|---|---|
| **Plaintiff:** Millenkamp Cattle, Inc. et al.<br>**Debtor's Counsel:** Matthew Christensen, Krystal Mikkilineni<br>**Exhibit Nos.** <u>1000</u> | | **Co-Defendant/Creditor:** Rabo AgriFinance LLC<br>**Counsel:** Sheila R. Schwager, Brent Wilson, Andrew Schoulder<br>**Exhibit Nos.** 3000 |
| PRESIDING JUDGE: Noah G. Hillen | | |

| NOS. | ADMITTED | DATE OF ADMISSION | DESCRIPTION |
|---|---|---|---|
| 3000 | X | 04.09.24 | Third Amended and Restated Loan and Security Agreement, dated April 21, 2021 ("Loan Agreement") |
| 3001 | X | 04.09.24 | First Amendment to Third Amended and Restated Loan and Security Agreement, dated June 23, 2021 ("First Amendment") |
| 3002 | X | 04.09.24 | Second Amendment to Third Amended and Restated Loan and Security Agreement, dated October 21, 2022 ("Second Amendment") |
| 3003 | X | 04.09.24 | Intercreditor Agreement, dated September 18, 2018 ("First Intercreditor Agreement") |
| 3004 | X | 04.09.24 | Milk Check Assignment Agreement ("Milk Agreements") |
| 3005 | X | 04.09.24 | Collateral Assignment of Milk Contracts ("Collateral Assignment") |

| | | | |
|---|---|---|---|
| 3006 | X | 04.09.24 | Long-Term Forbearance Agreement, effective October 20, 2022 ("Forbearance Agreement") |
| 3007 | X | 04.09.24 | Subordination and Intercreditor Agreement, dated October 20, 2022 ("Second Intercreditor Agreement") |
| 3008 | X | 04.09.24 | DL Control Account Agreement |
| 3009 | | | August 11, 2023, email from Borrowers ("August 11 Conversion Email") |
| 3010 | X | 04.09.24 | Notice of Termination of Forbearance Agreement, dated August 14, 2023 ("Termination Notice") |
| 3011 | X | 04.09.24 | Rabo AgriFinance – Borrowing Base Certificate for Millenkamp Cattle et al / dated March 31, 2023 |
| 3012 | X | 04.09.24 | Rabo AgriFinance – Borrowing Base Certificate for Millenkamp Cattle et al/ Dated May 31, 2023 |
| 3013 | X | 04.09.24 | Rabo AgriFinance – Borrower Base Certificate for Millenkamp Cattle et al / dated December 31, 2023 |
| 3014 | X | 04.10.24 | Draft Borrowing Base Certificate – dated February 29, 2024 |
| 3015 | X | 04.10.24 | Rabo – Debtor's Long-Term Projections as of March 29, 2024 |
| 3016 | X | 04.09.24 | Sandton Priming DIP Facility and RAF proposed DIP Facility |
| 3017 | | | Financial Support Agreement, dated February 19, 2024 |
| 3018 | | | |
| 3019 | | | Stipulated Facts and Exhibits for Receivership Hearing, February 9, 2024 |
| 3020 | X | 04.10.24 | Order Appointing Receiver, filed February 16, 2024 |
| 3021 | X | 04.09.24 | 8 Week Cash Flow Budget – Receivership Action Budget |
| 3022 | X | 04.09.24 | Cash Flow Budget, as of March 22, 2024 |
| 3023 | | | Redline Receivership Terms Comparison – Sandton Term Sheet |
| 3024 | | | Updated – Rabobank Term Sheet Redline (compared to Redline Term Sheet filed by RAF on April 3, 2024) |
| 3025 | | | Updated Rabobank Term Sheet Redline (compared to Sandton Term Sheet) |
| 3026 | | | Pricing Comparison of Rabobank DIP Financing Compared to Sandton and Conterra |
| 3027 | | | Declaration of Matthew R. McKinlay in support of Emergency Motion for Entry of Revised Receivership Order |
| 3028 | | | Status Report and Renewed Request for Entry of Revised Receivership Order on Emergency Motion |
| 3029 | X | 04.09.24 | Debtors' Cash Collateral Motion – filed April 2, 2024 |

RABO AGRIFINANCE LLC'S SECOND AMENDED EXHIBIT LIST
(December 10th and 11th 2024 Hearings) - Page 2

59797.0007.17907855.1

| | | | |
|---|---|---|---|
| 3030 | X | 04.09.24 | Debtors' DIP Financing Motion – filed April 2, 2024 |
| 3031 | X | 04.09.24 | Declaration of William John Millenkamp in support of First Day Motions – filed April 2, 2024 |
| 3032 | X | 04.09.24 | DIP Proposal Comparison |
| 3033 | X | 04.10.24 | Debtors Leverage Summary as of Petition Date |
| 3034 | X | 04.09.24 | Rabobank Term Sheet as of 04.08.24 |
| 3035 | | | Declaration of Kati Churchill |
| 3036 | X | 04.10.24 | Rabobank Redline Term Sheet |
| 3037 | X | 04.10.24 | Creditor CNH Industrial Capital America LLC Objection to Debtor's Emergency Motion for Interim and Final Orders, Doc No. 126 |
| 3038 | X | 04.09.24 | Email Exchange |
| 3039 | X | 04.10.24 | Supplement to Rabo AgriFinance LLC's Second Supplement to Rabo AgriFinance LLC's Omnibus Objection |
| 3040 | X | 04.10.24 | Supplement to Motion to Obtain Post-Petition Financing |
| 3041 | X | 05.08.24 | Transcript of 04.09.24 Hearing |
| 3042 | X | 05.08.24 | Transcript of 04.10.24 Hearing |
| 3043 | X | 05.08.24 | DKT 170: Supplement to DIP Motion – Agreed Upon DIP Loan Agreement |
| 3044 | X | 05.08.24 | Email Forwarding Debtor's Revised DIP Budget and Revised DIP Budget as of April 17, 2024 |
| 3045 | X | 05.08.24 | Email forwarding Debtor's Revised DIP Budget and Revised Budget as of May 1, 2024 |
| 3046 | X | 05.08.24 | Dkt. 215 Millenkamp Cattle, Inc. Schedules |
| 3047 | X | 05.08.24 | Dkt. 220 20 Largest Unsecured Creditors (2pp) |
| 3048 | X | 05.08.24 | Dkt. 23, East Valley Cattle Schedules (46pp) |
| 3049 | | | Idaho Certificates of Titles with 1st Lienholders |
| 3050 | | | UCC Filings attached to Millenkamp Equipment |
| 3051 | | | DIP Budget Comparison |
| 3052 | X | 05.08.24 | Debtors' Variance Reports |
| 3053 | | | FTI Weekly Variance Report |
| 3054 | X | 05.08.24 | Email correspondence from David Heida on behalf of Bill Millenkamp to Douglas Gibson at MetLife, dated August 4, 2023 |

| | | | |
|---|---|---|---|
| 3055 | X | 05.09.24 | Email correspondence between Robert Rice at Sandton with David Heida and Bill Millenkamp re: refinance and KeyBank attachment |
| 3056 | X | 05.09.24 | Email correspondence between Andrew Wenger and Robert Rice at Sandton Capital with David Heida re: attached DIP Budget |
| 3057 | X | 05.08.24 | Agreement between Chojnacky, Grant 4-D Farms, LLC, Grant & Hagan, Inc., Douglas J. Grant, Hollifield Ranches, Inc., Star Falls Farms, LLC, Bo Stevenson, B&A Farms, Triple C. Farms, LLC, Alexander K. Reed, Standing 16 Ranch Land Company, LLC, Clint Thompson, Jean Thompson, Steel Ranch, LLC, Dusty Brow Farms, Inc., Millenkamp Cattle, Inc., and William Millenkamp |
| 3058 | X | 05.09.24 | FTI Cash Flow Analysis |
| 3059 | X | 05.08.24 | Millenkamp Monthly Financial Statements 2020 – 2023 |
| 3060 | X | 05.08.24 | Forbes Partners CIM for Millenkamp |
| 3061 | X | 05.08.24 | Riveron CIM for Millenkamp |
| 3062 | X | 05.08.24 | DIP Budget Comparison 3/22/24 – 4/30/24 |
| 3063 | X | 05.08.24 | Email from D Heida to James Brooks and Art Moessner re Millenkamp Loan Term Sheet |
| 3064 | X | 05.08.24 | Millenkamp Text Messages re Aaron Johnson |
| 3065 | X | 05.08.24 | Email from D Heida to R Rice re: Millenkamp Financial Projects |
| 3066 | X | 05.08.24 | Email from D Heida to A Jensen re: Current Financials |
| 3067 | X | 05.08.24 | Emails between D Heida and D Gibson re Millenkamp Restructuring Sheet |
| 3068 | X | 05.08.24 | Millenkamp Cattle Inc., TERM SHEET – January 31, 2024 |
| 3069 | X | 05.09.24 | Email from D Gibson to D Heida re: Millenkamp Funding Request |
| 3070 | | | Email from D Heida to Adam Olivas and B Millenkamp re: Question from Forbes |
| 3071 | | | Email Correspondence from D Heida to Forbes re Changes to Forbes CIM |
| 3072 | X | 05.08.24 | Email correspondence from Forbes to Platinum Equity re Forbes CIM |
| 3073 | X | 05.08.24 | Audited Millenkamp Combined Financial Statements, Years Ended December 31, 2022 and 2021 |
| 3074 | X | 06.20.24 | Dkt. 15, Motion for Allowance and Payment of Section 503(B)(9) Claims, filed April 2, 2024 |

RABO AGRIFINANCE LLC'S SECOND AMENDED EXHIBIT LIST
(December 10th and 11th 2024 Hearings) - Page 4

59797.0007.17907855.1

| | | | |
|---|---|---|---|
| 3075 | | | Dkt. 298 – Declaration of Alicia Burns obo Viterra USA Grain, LLC, filed May 15, 2024 |
| 3076 | X | 06.20.24 | Dkt. 308 – Debtor's Amended Motion for Allowance and Payment of Section 503(B)(9) Claims, filed May 20, 2024 |
| 3077 | X | 06.20.24 | Dkt. 332 – Johnson May's Application for Allowance of Payment for April 2024, filed May 24, 2024 |
| 3078 | X | 06.20.24 | Dkt. 344 – Denton Davis Brown's Application for Allowance of Payment for April 2024, filed May 29, 2024 |
| 3079 | X | 06.20.24 | Certain Invoices Requested by RAF and Provided by Debtors on May 31, 2024, to Support 503(B)(9) Claims |
| 3080 | | | Dkt. 377 – Declaration of Land View, Inc., in support of Debtors' Amended Motion for Allowance and Payment of Section 503(B)(9) Claims, filed June 6, 2024 |
| 3081 | | | Dkt. 383 – Declaration of Alicia Burns, ins support of Section 503(B)(9) Claims, filed June 6, 2024 |
| 3082 | X | 06.20.24 | Dkt. 387 – Johnson May's Application for Allowance of Payment for May 2024, filed June 7, 2024 |
| 3083 | X | 06.20.24 | Forbes Report, as of June 7, 2024 (under seal in accordance with final cash order, Dkt. 336) |
| 3084 | X | 06.20.24 | Weekly Variance Report, dated June 9, 2024 |
| 3085 | X | 06.20.24 | Dkt. 404 – Debtor's June 2024 Status Report, filed on June 11, 2024 |
| 3086 | X | 06.20.24 | Dkt. No. 406 – Denton Davis Brown's Application for Allowance of Payment for May 2024, filed June 12, 2024 |
| 3087 | X | 06.20.24 | Forbes Report, as of June 12, 2024 (under seal in accordance with final cash order, Dkt. 336) |
| 3088 | | | Dkt. 427 – Supplement to Debtors' Amended Motion for Allowance and Payment of Section 503(B)(9) Claims, filed June 14, 2024 |
| 3089 | | | Dkt. 430 – Supporting Declarations of Debtors' Motion for Allowance and Payment of Section 503(B)(9) Claims, filed June 18, 2024 |
| 3090 | X | 06.20.24 | FTI Sensitivity Analysis |
| 3091 | | | Transcript of May 8, 2024 Hearing |
| 3092 | | | Transcript of May 9, 2024 Hearing |
| 3093 | | | Transcript of June 20, 2024 Hearing |
| 3094 | | | State of Idaho v. William John Millenkamp Criminal Complaint, Case No. CR16-24-05423 |
| 3095 | | | State of Idaho v. Bill Millenkamp Affidavit in Support of Complaint, Case No. CR16-24-05423 |
| 3096 | | | 05.13.24 FB Marketplace Listing 2013 GMC Sierra |

| | | | |
|---|---|---|---|
| 3097 | | | Idaho DMV Title History – 2013 GMC Sierra |
| 3098 | | | Dkt. 640-1 Chapter 11 Plan of Reorganization |
| 3099 | | | Dkt. 640-2 Liquidation Analysis |
| 3100 | | | Dkt. 640-3 Financial Projections |
| 3101 | | | Dkt. 640-4 Exit Term Loan Facility Term Sheet |
| 3102 | | | Dkt. 640-5 List of General Unsecured Creditors |
| 3103 | | | Dkt. 640-6 Entity Ownership Chart |
| 3104 | | | Dkt. 776 Chapter 11 Amended Plan of Reorganization, filed December 5, 2024 |
| 3105 | | | Exhibit B to Amended Disclosure Statement – Liquidation Anaylysis |
| 3106 | | | Exhibit C to Amended Disclosure Statement – Financial Projections |
| 3107 | | | Exhibit D to Amended Disclosure Statement – Exit Term Loan Facility Term Sheet |
| 3108 | | | Exhibit F to Amended Disclosure Statement – Entity Ownership Chart |
| 3109 | | | February 28, 2024, Notice of Plan to Sell Property by Public Sale |
| 3110 | | | July 22, 2024, Email exchange between Kenworth Sales Company and Rabo AgriFinance |
| 3111 | | | July 23 – July 24, 2024, Email exchange between Rabo AgriFinance counsel and Debtors' counsel re Kenworth Sales Company check |
| 3112 | | | Kenworth Sales Company, Inc., Proof of Claim No. 96-1 |
| 3113 | | | Dkt. 236 Millenkamp Cattle, Inc., Amended Schedules, Schedule D and E/F |
| 3114 | | | Dkt. 464 6.27.24 Debtor's Second Motion for Continued Use of Cash Collateral |
| 3115 | | | Dkt. 618 Supplement Cash Collateral Budget |
| 3116 | | | Dkt. 716 Debtors' Third Motion for Continued Use of Cash Collateral w/ Budget |
| 3117 | | | Coastline Equipment Company, Proof of Claim No. 4-1 |
| 3118 | | | Kenworth Sales Company, Inc., Amended Proof of Claim |
| 3119 | | | Verified Petition to Appoint Receiver |
| 3120 | | | Claim 35-1 Farmers Bank Proof of Claim for Ram Trucks Purchase |

| | | | |
|---|---|---|---|
| 3121 | | | 1.30.24 Viserion Grain v. Millenkamp Cattle Complaint |
| 3122 | | | 2.6.24 Silage Farmers v. Millenkamp Cattle, Inc., et. al., Verified Complaint for Foreclosure of Liens and Related Actions |
| 3123 | | | 2.8.24 B&H Farming v. Millenkamp Cattle, Inc., et. al, Temporary Restraining Order (Jerome) |
| 3124 | | | 2.1.24 H&M Custom, LLC v. Millenkamp Cattle, Inc., Complaint |
| 3125 | | | 7.30.24 Dkt. 533 Order Granting Debtors' Omnibus Motion for Authority to Purchase and Sell Equipment and Machinery |
| 3126 | | | 11.12.24 Email and Notice of Purchase of Vehicles |
| 3127 | | | Corporate Resolutions |
| 3128 | | | Dkt. 485 7.9.24 Stipulation between Debtors and RAF re Pending Motions |
| 3129 | | | Dkt. 628 9.23.24 Stipulation between Debtors and Parties re October 2nd and 3rd Hearing |
| 3130 | | | Dkt. 682 10.21.24 Stipulation Between Debtors and Parties re October 28th and 29th Hearing |
| 3131 | | | American AgCredit 2023-09-15 Decline Memo |
| 3132 | | | Milk Price Analysis |
| 3133 | | | 08.19.24 RAF Letter re Exclusivity ("Exclusivity Letter") |
| 3134 | | | Forbes Report, dated as of August 21, 2024 |
| 3135 | | | 11.15.24 Millenkamp Fiduciary Duty Letter |
| 3136 | | | FTI Chart – MC Cattle Proposed Debt Summary |
| 3137 | | | Sandton's Term Sheet |
| 3138 | | | FTI Analysis – Levered Cash Flow – 11.29.24 |
| 3139 | | | DRAFT Amended Millenkamp Amended Plan, circulated on 11.27.24 ("Insider Plan") |
| 3140 | | | DRAFT Millenkamp Amended Disclosure Statement, circulated on 11.27.24 ("New Disclosure Statement") |
| 3141 | | | DRAFT Financial Projections, circulated on 11.27.24 |
| 3142 | | | DRAFT Long Term Budget, circulated on 11.27.24 |
| 3143 | | | DRAFT Updated Cash Collateral Budget, circulated on 11.27.24 |
| 3144 | | | Feed Cost Analysis |
| 3145 | | | Interest Cost Analysis |

| 3146 | | | Underlying Milk Price Data |
| 3147 | | | Weekly Variance Reporting – 11.17.24 |
| 3148 | | | Dkt. 777 Amended Disclosure Statement, filed December 5, 2024 |