Jason R. Naess, ISBN 8407
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
Andrew S. Jorgensen, ISBN 8695
United States Department of Justice
Office of the United States Trustee
720 Park Blvd, Ste. 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**UNITED STATES TRUSTEE'S RESPONSE TO RABO AGRIFINANCE LLC'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE**

- 1

The Acting United States Trustee ("UST") hereby files this response and notice with respect to Rabo Agrifinance LLC's Motion to Appoint a Chapter 11 Trustee (Dkt. No. 748) (the "Motion"). The UST plans to appear at that the hearing on the Motion, and respectfully requests the opportunity to examine witnesses and participate in the proceedings. The UST has reviewed the Motion and is preparing for the selection and appointment of a Chapter 11 Trustee should the Court grant the Motion. The United States reserves the right to take a position with respect to the Motion at the hearing, following the presentation of testimony and exhibits.

Date: December 6, 2024

    GREGORY M. GARVIN
    Acting United States Trustee for Region 18

    /s/ Brett R. Cahoon
    BRETT R. CAHOON
    Attorney for the Acting United States Trustee
    [Non CM/ECF e-mail brett.r.cahoon@usodj.gov]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___December 6, 2024___ I caused the foregoing document to be filed with the Court's CM/ECF system which causes a copy of the foregoing to be served by electronic means on the parties reflected on the Notice of Electronic Filing.

Date: __December 6, 2024__

    /s/ Brett R. Cahooon  .
    BRETT R. CAHOON