Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      robert.richards@dentons.com
      tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome |

#4269795

| | |
|---|---|
| ☐ Millenkamp Family <br> ☐ Goose Ranch <br> ☐ Black Pine Cattle <br> ☐ Millenkamp Enterprises <br> ☐ Idaho Jersey Girls Jerome Dairy | Dairy) <br><br> Chapter 11 Cases |

# SUPPLEMENT TO DEBTORS' DISCLOSURE STATEMENT

Millenkamp Cattle, Inc. ("Millenkamp Cattle") and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through their undersigned counsel, hereby submit the attached supplement to the Debtors' Disclosure Statement, which is an updated liquidation analysis and hereby replaces Exhibit B to the Disclosure Statement.

Dated: December 9, 2024

Respectfully submitted,

**DENTONS**

*/s/ Krystal R. Mikkilineni*
Krystal R. Mikkilineni

**JOHNSON MAY**

*/s/ Matthew T. Christensen*
Matthew T. Christensen

Attorneys for Debtors

SUPPLEMENT TO THE DEBTORS' DISCLOSURE STATEMENT  2

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of December 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| Gabriel L. Olivera | golivera@omm.com |

Any others as listed on the Court's ECF Notice.

/s/ *Krystal R. Mikkilineni*
Krystal R. Mikkilineni

SUPPLEMENT TO THE DEBTORS' DISCLOSURE STATEMENT  3

|  | 3/31/2025 Forecast | Est. Ch 7 Recovery | Est. Liquidation Proceeds (Dark Dairy) |  |
|---|---:|---|---:|---|
| Assets |  |  |  |  |
| Cash | $ 7,253 | 0% | $ - | Assumed Used up in Wind Down |
| Accounts Receivable | 10,567 | 60% | 6,340 | Collectibility issues with EVD and Calf Ranch Customers in Wind Down |
| Feed Inventory | 23,444 | 25% | 5,861 | Used up in Wind Down, significant discount on silage/haylage in pits |
| Investment in Growing Crops | 1,967 | 0% | - | Included in land sales |
| Steer Inventory | 9,560 | FMV | 10,476 | 12,184 head with avg weight of 400lbs at $2.1 blended price per lb |
| Medicine & Fuel Inventory | 1,000 | 0% | - | Used up in Wind Down |
| Prepaid Expenses | 73 | 0% | - |  |
| Dairy Herd |  |  |  |  |
|   Cows | 54,408 | FMV | 82,800 | 41,172 head at $2,150 per head (Davis) (20% Cull Rate at $1,000) plus beef cows 2,500 @ $1,500 |
|   Heifers | 40,116 | FMV | 42,710 | 34,168 head at $1,250 per head (Davis) |
| Real Property | 299,624 |  |  |  |
|   Moonshine Ranch |  | FMV | 6,500 | Appraisal |
|   Goose Ranch |  | FMV | 12,000 | Appraisal |
|   McGregor & Ridgeway |  | FMV | 5,400 | Appraisal |
|   Canyon Lands |  | FMV | 16,000 | Appraisal |
|   German Dairy |  | FMV | 4,100 | Appraisal |
|   Jersey Girls Dairy |  | FMV | 2,700 | Appraisal |
|   Calf Ranch |  | FMV |  |  |
|   Land |  | FMV | 9,668 | 75% of Appraisal |

|  |  |  |  |  |
|---|---:|---|---:|---|
| Improvements |  | FMV | 5,853 | 30% of Appraisal |
| East Valley Dairy |  | FMV |  |  |
| Land |  | FMV | 73,593 | 75% of Appraisal |
| Improvements |  | FMV | 80,269 | 25% of Appraisal |
| Machinery, Trucks, Trailers & Equipment | 42,382 | FMV | 20,451 | Harding Appraisal |
| Accumulated Depreciation | (79,397) | 0% | - |  |
| Deposits | 1,602 | 0% | - |  |
| Lease Assets | 4,024 | 0% | - |  |
| Investment in Affiliated Entities | 3,679 | 25% | 920 |  |
| Investment in Patron's Equity | 1,311 | 25% | 328 |  |
| Loan Fees | 1,410 | 0% | - |  |
| Less Sale Costs |  |  | (28,379) | 7.5% cost of sale |
| Net Admin & Operating Expenses Through Wind Down |  |  | (10,000) | Estimated Feed, Vet, Utility, Labor, net of milk check |
|  | **$ 423,023** |  | **$ 347,590** |  |
|  |  |  |  |  |
| **Liabilities** |  |  |  |  |
| **Administrative Expense Claims** |  |  |  |  |
| Professional Fees |  |  | 2,140 |  |
| Priority and 503(b)9 Payments |  |  | 5,305 |  |
| Post Petition Accounts Payable |  |  | 3,000 |  |
| Trustee Fees |  |  |  |  |
|  |  |  |  |  |
| **Secured Debt** |  |  |  |  |
| Sandton |  |  | 22,291 |  |
| Rabobank |  |  | 90,952 |  |
| MetLife |  |  | 184,178 |  |
| Conterra |  |  | 19,002 |  |
| Prepetition Accounts Payable with Liens |  |  | 3,602 |  |
| Pre Petition Accrued Fees & Interest |  |  | 3,631 |  |
| Post Petition Default Rate Interest (Rabo) |  |  | 4,716 |  |
| Post Petition Professional Fees (Secured Lenders) |  |  | 4,250 |  |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total Available for Unsecured Pre-Petition Payables and Contingent Claims** | | | | | | $ | 4,523 | |
| | | | | | | | | |
| Unsecured Pre-petition payables | | | | | | $ | 27,925 | |
| Contingent Rexel/ Platte Electric Claim | | | | | | | 504 | |
| Contingent East Valley Claim | | | | | | | 107,000 | Assumes property is sold without EVD lease in place |
| | | | | | | $ | 135,429 | |
| | | | | | | | | |
| **Recovery %** | | | | | | | **3.34%** | |