# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br>MILLENKAMP CATTLE, INC | CASE NO: 24-40158-NGH<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 789 |

On 12/9/2024, I did cause a copy of the following documents, described below,

Supplement to Debtors' Disclosure Statement ECF Docket Reference No. 789

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/9/2024

/s/ Krystal R. Mikkilineni
Krystal R. Mikkilineni  AT0011814

Dentons Davis Brown
215 10th St
Des Moines, IA  50309
515 288 2500
krystal.mikkilineni@dentons.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>MILLENKAMP CATTLE, INC | CASE NO: 24-40158-NGH<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 789 |

On 12/9/2024, a copy of the following documents, described below,

Supplement to Debtors' Disclosure Statement ECF Docket Reference No. 789

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/9/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Krystal R. Mikkilineni
Dentons Davis Brown
215 10th St
Des Moines, IA  50309

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING        KRYSTAL R MIKKILINENI              A SCOTT JACKSON TRUCKING INC
09768                                   DENTONS DAVIS BROWN                CO WILLIAMS MESERVY  LARSEN LLP
CASE 24-40158-NGH                       215 10TH ST                        POST OFFICE BOX 168
DISTRICT OF IDAHO                       STE 1300                           153 EAST MAIN STREET
TWIN FALLS                              DES MOINES IA 50309-3616           JEROME ID 83338-2332
MON DEC 9 12-51-59 MST 2024


AAA COW COMFORT LLC                     ABS GLOBAL                         ARNOLD MACHINERY COMPANY
PO BOX 307                              1525 RIVER RD                      2975 WEST 2100 SOUTH
KIMBERLY ID 83341-0307                  DEFOREST WI 53532-2430             SALT LAKE CITY UT 84119-1273



AD HOC COMMITTEE OF CORN SILAGE GROWERS ADDISON BIOLOGICAL LABORATORY INC  AIRGAS USA LLC
153 EAST MAIN STREET                    507 NORTH CLEVELAND ST             PO BOX 734445
PO BOX 168                              FAYETTE MO 65248-1083              CHICAGO IL 60673-4445
JEROME ID 83338-0168



AIRGAS USA LLC                          ALEXANDER K REED                   AMALGAMATED SUGAR
110 WEST 7TH ST SUITE 1400              4296 N 2100 E                      1951 S SATURN WAY
TULSA OK 74119-1077                     FILER ID 83328-5046                STE 100
                                                                           BOISE ID 83709-2924


AMERICAN CALF PRODUCTS (GOLDEN STATE    AMERICAN EXPRESS NATIONAL BANK     AMORY SECURITIES LLC
MIXING                                  CO BECKET AND LEE LLP              200 NORTH PACIFIC HWY
425 D STREET                            PO BOX 3001                        SUITE 1525
TURLOCK CA 95380-5452                   MALVERN PA 19355-0701              EL SEGUNDO CA 90245



BRUCE A ANDERSON                        AUTOMATION WERX LLC                AUTOMATION WERX LLC
320 EAST NEIDER AVENUE                  MORROW  FISCHER PLLC               PO BOX 3066
SUITE 102                               4 OGDEN AVENUE                     IDAHO FALLS ID 83403-3066
COEUR DALENE ID 83815-6007              NAMPA ID 83651-2371



CO DAVID A COLEMAN B  H FARMING         B  H FARMING AN IDAHO GENERAL      BS R DESIGN SUPPLIES
COLEMAN RITCHIE  JACOBSON               PARTNERSHIP                        198 LOCUST ST S
PO BOX 525                              PO BOX 123                         TWIN FALLS ID 83301-7832
TWIN FALLS ID 83303-0525                RUPERT ID 83350-0123



RICHARD BERNARD                         RON C BINGHAM II                   BLUE CROSS OF IDAHO
1177 AVENUE OF THE AMERICAS             3424 PEACHTREE ROAD NE             CO D BLAIR CLARK ATTY
41ST FLOOR                              SUITE 1600                         967 PARKCENTER BLVD 282
NEW YORK NY 10036-2714                  ATLANTA GA 30326-1139              BOISE ID 83706-6721



BLUE CROSS OF IDAHO                     BLUE CROSS OF IDAHO HEALTH SERVICE INC  BO STEVENSON DBA BA FARMS
CO D BLAIR CLARK ATTORNEY               CO LAW OFFICE OF D BLAIR CLARK PC  1001 S 1900 E
967 E PARKCENTER BLVD 282               967 EAST PARKCENTER BOULEVARD 282  HAZELTON ID 83335-5451
BOISE ID 83706-6721                     BOISE ID 83706-6721
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| BRANDY A BARTHOLOMEW<br>CO ERIC R CLARK ATTORNEY<br>PO BOX 2504<br>EAGLE ID 83616-9118 | MORTON R BRANZBURG<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>1835 MARKET ST<br>SUITE 1400<br>PHILADELPHIA PA 19103-2945 | HEIDI BUCK MORRISON<br>RACINE OLSON PLLP<br>201 EAST CENTER STREET<br>POCATELLO ID 83201-6329 |
| BUNGE CANADA<br>CO DAVID D FARRELL<br>THOMPSON COBURN LLP<br>ONE US BANK PLAZA SUITE 2700<br>ST LOUIS MISSOURI 63101-1693 | BUNGE CANADA CO DAVID D FARRELL<br>DAVID D FARRELL ESQ<br>ONE US BANK PLAZA<br>SUITE 2700<br>ST LOUIS MO 63101-1616 | BURKS TRACTOR COMPANY INC<br>3140 KIMBERLY ROAD<br>TWIN FALLS ID 83301-8516 |
| BURKS TRACTOR COMPANY INC<br>OREN B HAKER<br>BLACK HELTERLINE LLP<br>805 SW BROADWAY SUITE 1900<br>PORTLAND OR 97205-3359 | LAURA E BURRI<br>MORROW  FISCHER PLLC<br>4 OGDEN AVENUE<br>83651<br>NAMPA ID 83651-2371 | CNH INDUSTRIAL CAPITAL AMERICA LLC<br>KENT CARTERGORDON REES<br>ONE NORTH FRANKLIN SUITE 800<br>CHICAGO IL 60606-3422 |
| BRETT R CAHOON<br>DOJUST<br>550 WEST FORT ST<br>STE 698<br>BOISE ID 83724-0101 | CAPITOL ONE<br>PO BOX 60599<br>CITY OF INDUSTRY CA 91716-0599 | (P)CARNE I CORP<br>134 E HIGHWAY 81<br>BURLEY ID 83318-5427 |
| W KENT CARTER<br>ONE NORTH FRANKLIN<br>SUITE 800<br>CHICAGO IL 60606-3422 | WILLIAM K CARTER<br>GORDON REES SCULLY MANSUKHANI LLP<br>ONE NORTH WACKER<br>SUITE 1600<br>CHICAGO IL 60606-2874 | ALEXANDRA O CAVAL<br>CAVAL LAW OFFICE PC<br>POB 1716<br>TWIN FALLS ID 83303-1716 |
| CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN VA 20147-6122 | (P)CENTURYTEL SERVICE GROUP LLC DBA<br>CENTURYLI<br>931 14TH STREET 9TH FLOOR<br>DENVER CO 80202-2994 | MATTHEW T CHRISTENSEN<br>199 N CAPITOL BLVD<br>STE 200<br>BOISE ID 83702-6197 |
| MATTHEW T CHRISTENSEN<br>JOHNSON MAY PLLC<br>199 N CAPITOL BLVD<br>SUITE 200<br>BOISE ID 83702-6197 | CHRISTOPHER CAMARDELLO<br>1031 MENDOTA HEIGHTS ROAD<br>ST PAUL MN 55120-1419 | CITI CARDS<br>PO BOX 78019<br>PHOENIX AZ 85062-8019 |
| D BLAIR CLARK<br>967 E PARKCENTER BOULEVARD 282<br>BOISE ID 83706-6721 | ERIC R CLARK<br>PO BOX 2504<br>EAGLE ID 83616-9118 | CLINT D THOMPSON<br>298 N 200 W<br>JEROME ID 83338-5372 |
| COASTLINE EQUIPMENT COMPANY<br>2000 E OVERLAND RD<br>MERIDIAN ID 83642-6665 | DAVID A COLEMAN<br>PO BOX 525<br>TWIN FALLS ID 83303-0525 | COLONIAL LIFE<br>PROCESSING CENTER<br>PO BOX 1365<br>COLUMBIA SC 29202-1365 |

Case 24-40158-NGH    Doc 790    Filed 12/09/24    Entered 12/09/24 13:08:17    Desc Main
Document    Page 5 of 15

USPS FIRST-CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled NOT SERVED were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CONNIE LAPASEOTES LTD<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | CONRAD BISHCOFF INC<br>2251 N HOLMES<br>PO BOX 50106<br>IDAHO FALLS ID 83405-0106 | CONTERRA HOLDINGS LLC DBA CONTERRA AG CAP<br>SPENCER FANE<br>1700 LINCOLN STREET<br>SUITE 2000<br>DENVER CO 80203-4554 |
| CONTERRA HOLDINGS LLC DBA CONTERRA AG CAPIT<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | DAIMLER TRUCK FINANCIAL SERVICES USA LLC<br>CO RANDALL P MROCZYNSKI<br>COOKSEY TOOLEN GAGE DUFFY  WOOG<br>535 ANTON BOULEVARD SUITE 1000<br>COSTA MESA CA 92626-7664 | DAIRY TECH LLC<br>1031 MENDOTA HEIGHTS ROAD<br>ST PAUL MN 55120-1419 |
| DARITECH<br>8540 BENSON RD<br>LYNDEN WA 98264-9711 | DAVID CLARK<br>CLARK AMBULATORY CLINIC INC<br>1019 E 1020 S<br>ALBION ID 83311 | DAVIS LIVESTOCK INC<br>780 E CANNIBAL RD<br>LEWISTON UT 84320-2038 |
| DOUGLAS J GRANT<br>2050 E 500 S<br>HAZELTON ID 83335-5006 | DUSTY BROW FARMS INC<br>2601 E 1100 S<br>HAZELTON ID 83335-5623 | THOMAS E DVORAK<br>POB 2720<br>BOISE ID 83701-2720 |
| EAST VALLEY DEVELOPMENT LLC<br>CO AVERY LAW<br>3090 E GENTRY WAY STE 250<br>MERIDIAN ID 83642-3596 | EAST VALLEY DEVELOPMENT LLC<br>CO ADAM LEWIS ESQ<br>MORRISON  FOERSTER LLP<br>425 MARKET ST<br>SAN FRANCISCO CA 94105-2482 | CONNOR BRAY EDLUND<br>MCCONNELL WAGNER SYKES  STACEY PLLC<br>827 E PARK BLVD<br>STE 201<br>BOISE ID 83712-7782 |
| GERY W EDSON<br>POB 448<br>BOISE ID 83701-0448 | EDWARD CHOJNACKY<br>298 N 100 W<br>JEROME ID 83338-5406 | ELECTRICAL WERX  CONSTRUCTION LLC<br>PO BOX 3066<br>IDAHO FALLS ID 83403-3066 |
| ELEVATION ELECTRIC LLC<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 | ERIC CLARK<br>CLARK ASSOCIATES<br>PO BOX 2504<br>EAGLE ID 83616-9118 | JON B EVANS<br>DORSEY  WHITNEY LLP<br>101 S CAPITOL BLVD<br>SUITE 1100<br>BOISE ID 83702-5958 |
| EVANS PLUMBING<br>111 GULF STREAM LANE<br>HAILEY ID 83333-7725 | ZACHARY FAIRLIE<br>SPENCER FANE<br>1000 WALNUT<br>STE 1400<br>KANSAS CITY MO 64106-2168 | ZACHARY FAIRLIE<br>SPENCER FANE LLP<br>1000 WALNUT STREET<br>SUITE 1400<br>KANSAS CITY MO 64106-2168 |
| BRIAN FARIA<br>SAWTOOTH LAW OFFICES PLLC<br>1101 W RIVER STREET SUITE 110<br>83702<br>BOISE ID 83702-7067 | FARMERS BANK<br>PO BOX 392<br>BUHL ID 83316-0392 | FASTENAL COMPANY<br>2001 THEURER BLVD<br>ATTN- LEGAL<br>WINONA MN 55987-9902 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled NOT SERVED were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ROBERT A FAUCHER<br>POB 2527<br>BOISE ID 83701-2527 | FREDIN BROTHERS INC<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | (P)GJ VERTILINE PUMPS INC<br>PO BOX 892<br>TWIN FALLS ID 83303-0892 |
| DAVID W GADD<br>STOVER GADD ASSOCIATES PLLC<br>905 SHOSHONE ST N<br>PO BOX 1428<br>TWIN FALLS ID 83303-1428 | GALE W HARDING AND ASSOCIATES<br>329 W 7TH S<br>REXBURG ID 83440-9600 | SCOTT F GAUTIER<br>1800 CENTURY PARK EAST<br>STE 1500<br>LOS ANGELES CA 90067-1501 |
| GIVENS PURSLEY LLP<br>GIVENS PURSLEY LLP<br>601 W BANNOCK<br>PO BOX 2720<br>BOISE ID 83701-2720 | GLANBIA FOODS INC<br>CO ROBERT A FAUCHER<br>POB 2527<br>BOISE ID 83701-2527 | KIMBELL D GOURLEY<br>POB 1097<br>BOISE ID 83701-1097 |
| GRANT HAGAN INC<br>PO BOX 326<br>HAZELTON ID 83335-0326 | GRANT 4D FARMS LLC<br>707 E 600 N<br>RUPERT ID 83350-9466 | GREATAMERICA FINANCIAL SERVICES CORPORATION<br>ATTN PEGGY UPTON<br>625 FIRST ST SE<br>CEDAR RAPIDS IA 52401-2030 |
| DANIEL C GREEN<br>RACINE OLSON PLLP<br>201 EAST CENTER<br>PO BOX 1391<br>POCATELLO ID 83204-1391 | GREEN SOURCE AUTOMATION LLC<br>3506 MOORE ROAD<br>CERES CA 95307-9402 | MATTHEW W GRIMSHAW<br>GRIMSHAW LAW GROUP PC<br>800 W MAIN STREET STE 1460<br>BOISE ID 83702-5983 |
| JULIAN GURULE<br>400 SOUTH HOPE STREET<br>SUITE 1900<br>LOS ANGELES CA 90071-2811 | JULIAN GURULE<br>OMELVENY MEYERS LLP<br>400 SOUTH HOPE STREET<br>SUITE 1900<br>LOS ANGELES CA 90071-2811 | JULIAN GURULE<br>OMELVENY MYERS LLP<br>400 SOUTH HOPE STREET<br>STE 18TH FLOOR<br>LOS ANGELES CA 90071-2801 |
| OREN B HAKER<br>BLACK HELTERLINE LLP<br>805 SW BROADWAY<br>SUITE 1900<br>PORTLAND OR 97205-3359 | HATFIELD MANUFACTURING INC<br>1823 SHOESTRING RD<br>GOODING ID 83330-5361 | HEERINGA CONSTRUCTION LLC<br>18521 E QUEEN CREEK RD<br>105-481<br>QUEEN CREEK AZ 85142-5864 |
| DAVID A HEIDA<br>HEIDA LAW OFFICE PLLC<br>PO BOX 216<br>KIMBERLY ID 83341-0216 | HOLLIFIELD RANCHES INC<br>22866 HIGHWAY 30<br>HANSEN ID 83334-5028 | IRS<br>CENTRALIZED INSOLVENCY OPER<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| IDAHO AGCREDIT<br>CO DANIEL C GREEN<br>RACINE OLSON PLLP<br>P O BOX 1391<br>POCATELLO ID 83204-1391 | IDAHO DEPT OF LANDS<br>PO BOX 83720<br>BOISE ID 83720-0003 | IDAHO MATERIALS CONSTRUCTION<br>CO MILLER NASH LLP<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 |

USPS FIRST-CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
IDAHO STATE BRAND DEPARTMENT        IDAHO STATE TAX COMMISSION         (P)INNOVATIVE FOOD SOLUTIONS USA LLC
700 S STRATFORD DR                  PO BOX 36                          134 E HIGHWAY 81
MERIDIAN ID 83642-6202              BOISE ID 83722-0036                BURLEY ID 83318-5427


INTERSTATE BILLING SERVICE INC      THEODORE ISBELL                    JC HOOF TRIMMING INC
PO BOX 2250                         EXPERT CONSULTING SERVICES         3690 N 2570 E
DECATUR AL 35609-2250               2694 E 750 S                       TWIN FALLS ID 83301-1004
                                    DECLO ID 83323-6001


JD HEISKELL HOLDINGS LLC            JOHN DEERE FINANCIAL               (P)JPMORGAN CHASE BANK N A
17220 WRIGHT ST STE 200             CO WELTMAN WEINBERG  REIS CO LPA   BANKRUPTCY MAIL INTAKE TEAM
OMAHA NE 68130-4667                 965 KEYNOTE CIRCLE                 700 KANSAS LANE FLOOR 01
                                    CLEVELAND OH 44131-1829            MONROE LA 71203-4774


JPMORGAN CHASE BANK NA              JAKE MILLENKAMP                    JAMES FARRELL  CO
SBMT CHASE BANK USA NA              1719 RIVER ROAD                    13810 SE EASTGATE WAY
CO NATIONAL BANKRUPTCY SERVICES LLC BUHL ID 83316-5302                 SUITE 520
PO BOX 9013                                                            BELLEVUE WA 98005-4467
ADDISON TEXAS 75001-9013


JEAN L THOMPSON                     JEFFREY E ROLIG                    JEFFREY J GRIEVE
255 N 250 W                         PO BOX 5455                        PO BOX 366
JEROME ID 83338-5363                TWIN FALLS ID 83303-5455           TWIN FALLS ID 83303-0366


JOHN DEERE CONSTRUCTION AND FORESTRY JOHN DEERE FINANCIAL FSB          K R RENTAL INC
COMPANY                             CO WELTMAN WEINBERG  REIS CO LPA   256 A SOUTH 600 W
CO WELTMAN WEINBERG  REIS CO LPA    965 KEYNOTE CIRCLE                 HEYBURN ID 83336-9750
965 KEYNOTE CIRCLE                  CLEVELAND OH 44131-1829
CLEVELAND OH 44131-1829


KANDER LLC                          KEITH D AND JANET CARLSON          KENWORTH SALES COMPANY INC
2538 CARROLWOOD ROAD                3866 E 3800 N                      CO BENOIT LAW
NAPERVILLE IL 60540-8395            HANSEN ID 83334-5012               PO BOX 366
                                                                       TWIN FALLS ID 83303-0366


KINGHORN MEDICAL LLC                KRAUS FARMS LLC                    MATTHEW KREMER
248 S COLE RD                       165 SOUTH 400 WEST                 7 TIMES SQUARE
BOISE ID 83709-0934                 RUPERT ID 83350-9672               NEW YORK NY 10036-6524


MATTHEW KREMER                      DAVID T KRUECK                     JOHN F KURTZ JR
OMELVENY  MYERS LLP                 HAWLEY TROXELL ENNIS  HALWEY LLP   KURTZ LAW PLLC
1301 AVENUE OF THE AMERICAS         877 W MAIN ST                      910 W MAIN
SUITE 1700                          SUITE 500                          SUITE 364
NEW YORK NY 10019-6022              STE 200                            BOISE ID 83702-5740
                                    BOISE ID 83702-6030
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled NOT SERVED were not served via First Class USPS Mail Service.

```
LES SCHWAB TIRE CENTERS OF IDAHO LLC    (P)LAND VIEW INC                      LAND VIEW INC
PO BOX 5350                             ATTN DAN NOBLE                        CO GERY W EDSON
BEND OR 97708-5350                      P O BOX 475                           PO BOX 448
                                        RUPERT ID 83350-0475                  BOISE ID 83701-0448


ADAM A LEWIS                            ADAM AIKEN LEWIS                      KARYN LLOYD
MORRISON  FOERSTER LLP                  MORRISON  FOERSTER LLP                GORDON REES SCULLY MANSUKHANI LLP
425 MARKET STREET                       425 MARKET STREET                     999 W MAIN STREET
SAN FRANCISCO CA 94105-2482             STE 32ND FLOOR                        100
                                        SAN FRANCISCO CA 94105-2467           BOISE ID 83702-9001


KARYN LLOYD                             MWI VETERINARIAN SUPPLY INC           JED W MANWARING
GORDON REES SCULLY MANSUKHANI LLP       3041 W PASADENA DRIVE                 ELAM  BURKE PA
999 W MAIN STREET 100                   BOISE ID 83705-4776                   251 E FRONT STREET
BOISE ID 83702-9001                                                           PO BOX 1539
                                                                              STE 300
                                                                              BOISE ID 83701-1539


JAMES JUSTIN MAY                        ZACHERY J MCCRANEY                    MERCK ANIMAL HEALTH
JOHNSON MAY                             HOLLAND  HART                         ATTN LEGAL DEPTANIMAL HEALTH
199 N CAPITOL BLVD                      PO BOX 2527                           126 EAST LINCOLN AVENUE
STE 200                                 800 W MAIN STREET                     PO BOX 2000
BOISE ID 83702-6197                     SUITE 1750                            RAHWAY NJ 07065-0900
                                        BOISE ID 83702-5974


METLIFE REAL ESTATE LENDING LLC         METLIFE REAL ESTATE LENDING LLC       METROPOLITAN LIFE INSURANCE COMPANY
CO KIMBELL D GOURLEY                    CO RON C BINGHAM II ESQ               CO KIMBELL D GOURLEY
10801 MASTIN BLVD                       ADAMS AND REESE LLP                   10801 MASTIN BLVD
SUITE 700                               3424 PEACHTREE ROAD NE SUITE 1600     SUITE 700
OVERLAND PARK KS 66210-1673             ATLANTA GEORGIA 30326-1139            OVERLAND PARK KS 66210-1673


METROPOLITAN LIFE INSURANCE COMPANY A   MICHAEL CHOJNACKY                     WILLIAM MILLENKAMP
NEW Y                                   51 W 600 N                            471 S 300 W
CO RON C BINGHAM II ESQ                 JEROME ID 83338-5016                  JEROME ID 83338
ADAMS AND REESE LLP
3424 PEACHTREE ROAD NE SUITE 1600
ATLANTA GEORGIA 30326-1139


DEBTOR
MILLENKAMP CATTLE INC                   RHETT MICHAEL MILLER                  MILNER HAY
471 NORTH 300 WEST                      PARSONS LOVELAND SHIRLEY  LINDSTROM   1154 W 200 S
JEROME ID 83338-5078                    PO BOX 910                            MURTAUGH ID 83344-5388
                                        BURLEY ID 83318-0910


MOSS FARMS OPERATIONS LLC               MOSS GRAIN PARTNERSHIP                MOSS GRAIN PARTNERSHIP
CO RHETT M MILLER                       CO RHETT M MILLER                     301 SCOTT AVE SUITE 4
PO BOX 910                              PO BOX 910                            RUPERT ID 83350-5100
BURLEY ID 83318-0910                    BURLEY ID 83318-0910


JOHN D MUNDING                          NAPA AUTO PARTS                       JASON RONALD NAESS
MUNDING PS                              PO BOX 1425                           DOJUST
309 E FARWELL RD                        TWIN FALLS ID 83303-1425              550 WEST FORT ST
STE 310                                                                       STE 698
SPOKANE WA 99218-8209                                                         BOISE ID 83724-0101
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JAMES NIEMEIER<br>MCGRATH NORTH<br>1601 DODGE STREET<br>SUITE 3700<br>OMAHA NE 68102-1627 | JAMES J NIEMEIER<br>MCGRATH NORTH MULLIN KRATZ PC LLO<br>1601 DODGE STREET<br>STE 3700<br>OMAHA NE 68102-1650 | COOPER NORMAN<br>PO BOX 5399<br>TWIN FALLS ID 83303-5399 |
| JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET<br>STE 2000<br>DENVER CO 80203-4554 | JOHN OBRIEN<br>SPENCER FANE LLP<br>1700 LINCOLN STEET<br>SUITE 2000<br>DENVER CO 80203-4554 | GABRIEL L OLIVERA<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6524 |
| GABRIEL LUIS OLIVERA<br>OMELVENY MYERS LLP<br>1301 AVENUE OF THE AMERICAS<br>STE 1700<br>NEW YORK NY 10019-6022 | OVERHEAD DOOR<br>489 S LOCUST<br>TWIN FALLS ID 83301-7849 | PTG OF IDAHO LLC<br>CO HOLLAND N ONEIL FOLEY LARDNER L<br>2021 MCKINNEY AVENUE STE 1600<br>DALLAS TX 75201-3340 |
| DOMENIC E PACITTI<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 MARKET STREET<br>SUITE 1000<br>WILMINGTON DE 19801-3030 | PAN AMERICAN LIFE INSURANCE<br>1778 N PLANO RD<br>STE 310<br>RICHARDSON TX 75081-1958 | PERFORMIX NUTRITION SYSTEMS<br>2201 N 20TH STREET<br>NAMPA ID 83687-6849 |
| PERFORMIX NUTRITION SYSTEMS LLC<br>MUNDING PS<br>309 E FARWELL RD STE 310<br>SPOKANE WA 99218-8209 | MARK BRADFORD PERRY<br>PERRY LAW PC<br>POB 637<br>BOISE ID 83701-0637 | PIVOT MAN INC<br>ROBIN JONES<br>PO BOX 355<br>PAUL ID 83347-0355 |
| SCOTT C POWERS<br>SPENCER FANE LLP<br>10 EXCHANGE PLACE 11TH FLR<br>SALT LAKE CITY UT 84111-2824 | PRIME RIDGE BEEF LLC<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | PRO RENTALS SALES<br>PO BOX 5450<br>C12<br>KALISPELL MT 59903-5450 |
| PRO TECH SERVICE COMPANY<br>1550 KIMBERLY RD<br>TWIN FALLS ID 83301-7341 | PROGRESSIVE DAIRY SERVICE SUPPLIES CORP<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 | PROGRESSIVE DAIRY SERVICE SUPPLY CORP<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 |
| QUILL CORPORATION<br>PO BOX 102419<br>COLUMBIA SC 29224-2419 | RABO AGRIFINANCE LLC<br>CO SHEILA R SCHWAGER<br>PO BOX 1617<br>BOISE ID 83701-1617 | RABO AGRIFINANCE LLC AS ADMINISTRATIVE AGEN<br>CO SHEILA SCHWAGER<br>HAWLEY TROXELL ENNIS HAWLEY LLP<br>PO BOX 1617<br>BOISE ID 83701-1617 |
| RAFT RIVER RURAL ELECTRIC COOPERATIVE INC<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 | CHERYL RAMBO<br>IDAHO STATE POLICE<br>700 S STRATFORD DR<br>MERIDIAN ID 83642-6242 | REXEL USA INC DBA PLATT ELECTRIC SUPPL<br>MCCONNELL WAGNER SYKES + STACEY PLLC<br>827 E PARK BLVD STE 201<br>BOISE ID 83712-7782 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled NO/NON-SERVICE Do not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| REXEL USA INC DBA PLATT ELECTRIC SUPPLY<br>827 E PARK BLVD STE 201<br>BOISE IDAHO 83712-7782 | JANINE PATRICE REYNARD<br>AVERY LAW<br>3090 E GENTRY WAY<br>SUITE 250<br>MERIDIAN ID 83642-3596 | ROBERT E RICHARDS<br>DENTONS US LLP<br>233 SOUTH WACKER DRIVE<br>STE 7800<br>CHICAGO IL 60606-6459 |
| ROBERT E RICHARDS<br>233 SOUTH WACKER DRIVE<br>SUITE 5900<br>CHICAGO IL 60606-6361 | HOLLY ROARK<br>ROARK LAW OFFICES<br>950 BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | ROARK LAW OFFICES<br>950 BANNOCK ST 11TH FL<br>BOISE ID 83702-5999 |
| ROCKY MOUNTAIN AGRONOMICS<br>1912 WEST MAIN STREET<br>BURLEY ID 83318-1611 | ROGERS MACHINERY COMPANY INC<br>PO BOX 230429<br>PORTLAND OR 97281-0429 | EVAN THOMAS ROTH<br>1101 W RIVER ST STE 110<br>BOISE ID 83702-7067 |
| TIRZAH R ROUSSELL<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES IA 50309-3616 | TIRZAH R ROUSSELL<br>DENTONS DAVIS BROWN PC<br>THE DAVIS BROWN TOWER<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES IA 50309-3621 | MIRANDA RUSSELL<br>MORRISON  FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-0050 |
| MIRANDA K RUSSELL<br>MORRISON  FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-0050 | SANDTON CAPITAL PARTNERS LP<br>16 W 46TH STREET 1ST FLOOR<br>NEW YORK NY 10036-4503 | (P)SCHAEFFER MANUFACTURING COMPANY<br>ATTN DENIS MCCARTHY<br>2600 S BROADWAY<br>SAINT LOUIS MO 63118-1828 |
| NIKOLAUS F SCHANDLBAUER<br>20 F STREET NW<br>SUITE 500<br>WASHINGTON DC 20001-6703 | SCHMIDT CATTLE HAULING<br>848 E 3400 N<br>CASTLEFORD ID 83321-6422 | ANDREW SCHOULDER<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 |
| ANDREW J SCHOULDER<br>NORTON ROSE FULBRIGHT US LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 | SCHOWS TRUCK CENTER<br>PO BOX 2208<br>DECATUR AL 35609-2208 | SCHUIL AG REAL ESTATE INC<br>5020 W MINERAL KING AVE<br>VISALIA CA 93291-5364 |
| SHEILA RAE SCHWAGER<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>877 MAIN STREET SUITE 200<br>PO BOX 1617<br>BOISE ID 83701-1617 | SHEILA R SCHWAGER<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>PO BOX 1617<br>BOISE ID 83701-1617 | SIX STATES DISTRIBUTORS INC<br>29787 NETWORK PLACE<br>CHICAGO IL 60673-1297 |
| LOUIS V SPIKER<br>MILLER NASH LLP<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | SPRINKLERSHOP INC<br>PO BOX 599<br>PAUL ID 83347-0599 | ST GENETICS<br>INGURAN USA INC<br>22575 STATE HWY 6 SOUTH<br>NAVASOTA TX 77868-8297 |

USPS FIRST-CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled NM/HCP/APPICE are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| STANDING 16 RANCH LAND COMPANY LLC<br>335 W 300 N<br>JEROME ID 83338-5217 | STANDLEE AG RESOURCES<br>CO MILLER NASH LLP<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | STANDLEE AG RESOURCES<br>CO MILLER NASH LLP ATTN LOUIS SPIKER<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 |
| STAR FALLS FARMS LLC<br>1908 E 1300 S<br>HAZELTON ID 83335-5428 | STEEL RANCH LLC<br>2597 E 1100 S<br>HAZLETON ID 83335-5621 | STEVEN R HOGAN II<br>409 S 17TH STREET 500<br>OMAHA NE 68102-2603 |
| MICHAEL R STEWART<br>2200 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS MN 55402-7508 | STOTZ EQUIPMENT<br>2670 KIMBERLY RD E<br>TWIN FALLS ID 83301-7984 | MATTHEW A STURZEN<br>SHERMAN SHERMAN JOHNNIE  HOYT LLP<br>693 CHEMEKETA STREET NE<br>SALEM OR 97301-3732 |
| SUMMIT AG APPRAISAL INC<br>995 S 1150 E<br>ALBION ID 83311-9710 | THE DAIRY SOLUTIONS GROUP<br>409 S 17TH STREET 500<br>OMAHA NE 68102-2603 | THE FORBES SECURITIES GROUP LLC DBA FORBES<br>6400 S FIDDLERS GREEN CIRCLE<br>SUITE 850<br>GREENWOOD VILLAGE CO 80111-4994 |
| THE SPRINKLER SHOP<br>PO BOX 599<br>PAUL ID 83347-0599 | MEREDITH LEIGH THIELBAHR<br>GORDON  REES  SEATTLE<br>701 FIFTH AVENUE<br>STE 2100<br>SEATTLE WA 98104-7084 | TRIPLE C FARMS LLC<br>474 S 500 W<br>JEROME ID 83338-6027 |
| KIM J TROUT<br>TROUT LAW PLLC<br>3778 PLANTATION RIVER DR STE 101<br>BOISE ID 83703-3086 | US COMMODITIES LLC<br>730 SECOND AVENUE S SUITE 700<br>MINNEAPOLIS MN 55402-2480 | US TRUSTEE<br>550 WEST FORT ST STE 698<br>BOISE ID 83724-0101 |
| ULINE<br>12575 ULINE DRIVE<br>PLEASANT PRAIRIE WI 53158-3686 | UNITED ELECTRIC COOP INC<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 | VALLEY WIDE COOPERATIVE INC<br>CO DAVID W GADD STOVER GADD  ASSOC<br>PO BOX 1428<br>TWIN FALLS ID 83303-1428 |
| VALLEY WIDE COOPERATIVE INC<br>CO DAVID W GADD<br>STOVER GADD  ASSOCIATES PLLC<br>PO BOX 1428<br>TWIN FALLS IDAHO 83303-1428 | LANCE VANDEMARK<br>EXPERT CONSULTING SERVICES<br>2694 E 750 S<br>DECLO ID 83323-6001 | VISERION GRAIN LLC<br>385 BROADWAY ST<br>BOULDER CO 80305-3303 |
| VISERION GRAIN LLC<br>CO SAWTOOTH LAW OFFICES PLLC<br>213 CANYON CREST DR STE 200<br>TWIN FALLS ID 83301-3053 | VITERRA USA GRAIN LLC<br>1331 CAPITOL AVE<br>OMAHA NE 68102-1197 | VITERRA USA GRAIN LLC AND VITERRA USA INGRE<br>CO RACINE OLSON PLLP<br>PO BOX 1391<br>POCATELLO ID 83204-1391 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/HCP SERVICE have not been served via First Class USPS Mail Service.

| | | |
|---|---|---|
| VITERRA USA INGREDIENTS LLC<br>1331 CAPITOL AVE<br>OMAHA NE 68102-1197 | WAG SERVICES INC<br>8121 W HARRISON ST<br>TOLLESON AZ 85353-3328 | JOSEPH MARK WAGER JR<br>MCCONNELL WAGNER SYKES  STACEY<br>827 E PARK BLVD SUITE 201<br>BOISE ID 83712-7782 |
| BRITTA E WARREN<br>BLACK HELTERLINE LLP<br>805 SW BROADWAY SUITE 1900<br>PORTLAND OR 97205-3359 | WENDELL TRUCK AND AUTO<br>PO BOX 213<br>356 S IDAHO ST<br>WENDELL ID 83355-5209 | WESTERN CONSTRUCTION INC<br>PO BOX 15569<br>BOISE ID 83715-5569 |
| WESTERN STATES EQUIPMENT CO<br>500 EAST OVERLAND ROAD<br>MERIDIAN ID 83642-6606 | WESTWAY FEED<br>BARR CREDIT SERVICES<br>3444 N COUNTRY CLUB RD<br>STE 200<br>TUCSON AZ 85716-0815 | WILBURELLIS COMPANY LLC<br>CO MATTHEW A STURZEN<br>PO BOX 2247<br>SALEM OR 97308-2247 |
| WILBURELLIS NUTRITION LLC<br>CO MATTHEW A STURZEN<br>PO BOX 2247<br>SALEM OR 97308-2247 | WILLIAMS MESERVY  LARSEN<br>POST OFFICE BOX 168<br>153 EAST MAIN STREET<br>JEROME ID 83338-2332 | BRENT RUSSEL WILSON<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>877 MAIN STREET SUITE 200<br>BOISE ID 83702-6030 |
| YOUNG CDJR OF BURLEY LLC<br>PO BOX 1530<br>LAYTON UT 84041-6553 | YOUREE LAND  LIVESTOCK INC<br>3953 NORTH 3300 EAST<br>TWIN FALLS ID 83301-0348 | CO DAVID A COLEMAN YOUREE LAND<br>LIVESTOCK<br>COLEMAN RITCHIE  JACOBSON<br>PO BOX 525<br>TWIN FALLS ID 83303-0525 |

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      robert.richards@dentons.com
      tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II | Case No. 24-40158-NGH<br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) | |
|---|---|---|
| ☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | | Chapter 11 Cases |

**SUPPLEMENT TO DEBTORS' DISCLOSURE STATEMENT**

    Millenkamp Cattle, Inc. ("Millenkamp Cattle") and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through their undersigned counsel, hereby submit the attached supplement to the Debtors' Disclosure Statement, which is an updated liquidation analysis and hereby replaces Exhibit B to the Disclosure Statement.

Dated: December 9, 2024                Respectfully submitted,

**DENTONS**

*/s/ Krystal R. Mikkilineni*
Krystal R. Mikkilineni

**JOHNSON MAY**

*/s/ Matthew T. Christensen*
Matthew T. Christensen

Attorneys for Debtors

SUPPLEMENT TO THE DEBTORS' DISCLOSURE STATEMENT 2

#4269795

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of December 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| Gabriel L. Olivera | golivera@omm.com |

Any others as listed on the Court's ECF Notice.

/s/ *Krystal R. Mikkilineni*
Krystal R. Mikkilineni

SUPPLEMENT TO THE DEBTORS' DISCLOSURE STATEMENT 3

---

| | 3/31/2025 Forecast | Est. Ch 7 Recovery | Est. Liquidation Proceeds (Dark Dairy) | |
|---|---|---|---|---|
| Assets | | | | |
| Cash | $ 7,253 | 0% | $ - | Assumed Used up in Wind Down |
| Accounts Receivable | 10,567 | 60% | 6,340 | Collectibility issues with EVD and Calf Ranch Customers in Wind Down |
| Feed Inventory | 23,444 | 25% | 5,861 | Used up in Wind Down, significant discount on silage/haylage in pits |
| Investment in Growing Crops | 1,967 | 0% | - | Included in land sales |
| Steer Inventory | 9,560 | FMV | 10,476 | 12,184 head with avg weight of 400lbs at $2.1 blended price per lb |
| Medicine & Fuel Inventory | 1,000 | 0% | - | Used up in Wind Down |
| Prepaid Expenses | 73 | 0% | - | |
| Dairy Herd | | | | |
| Cows | 54,408 | FMV | 82,800 | 41,172 head at $2,150 per head (Davis) (20% Cull Rate at $1,000) plus beef cows 2,500 @ $1,500 |
| Heifers | 40,116 | FMV | 42,710 | 34,168 head at $1,250 per head (Davis) |
| Real Property | 299,624 | | | |
| Moonshine Ranch | | FMV | 6,500 | Appraisal |
| Goose Ranch | | FMV | 12,000 | Appraisal |
| McGregor & Ridgeway | | FMV | 5,400 | Appraisal |
| Canyon Lands | | FMV | 16,000 | Appraisal |
| German Dairy | | FMV | 4,100 | Appraisal |
| Jersey Girls Dairy | | FMV | 2,700 | Appraisal |
| Calf Ranch | | FMV | | |
| Land | | FMV | 9,668 | 75% of Appraisal |

Case 24-40158-NGH    Doc 789    Filed 12/09/24    Entered 12/09/24 12:24:04    Desc Main
Document      Page 5 of 6

Case 24-40158-NGH    Doc 789    Filed 12/09/24    Entered 12/09/24 12:24:04    Desc Main
Document      Page 6 of 6

Case 24-40158-NGH    Doc 790    Filed 12/09/24    Entered 12/09/24 13:08:17    Desc Main
Document      Page 15 of 15

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Improvements |  | FMV |  | 5,853 | 30% of Appraisal |  |
| East Valley Dairy |  | FMV |  |  |  |  |
| Land |  | FMV |  | 73,593 | 75% of Appraisal |  |
| Improvements |  | FMV |  | 80,269 | 25% of Appraisal |  |
| Machinery, Trucks, Trailers & Equipment | 42,382 | FMV |  | 20,451 | Harding Appraisal |  |
| Accumulated Depreciation | (79,397) | 0% |  | - |  |  |
| Deposits | 1,602 | 0% |  | - |  |  |
| Lease Assets | 4,024 | 0% |  | - |  |  |
| Investment in Affiliated Entities | 3,679 | 25% |  | 920 |  |  |
| Investment in Patron's Equity | 1,311 | 25% |  | 328 |  |  |
| Loan Fees | 1,410 | 0% |  | - |  |  |
| Less Sale Costs |  |  |  | (28,379) | 7.5% cost of sale |  |
| Net Admin & Operating Expenses Through Wind Down |  |  |  | (10,000) | Estimated Feed, Vet, Utility, Labor, net of milk check |  |
|  | $ 423,023 |  |  | $ 347,590 |  |  |
|  |  |  |  |  |  |  |
| **Liabilities** |  |  |  |  |  |  |
| **Administrative Expense Claims** |  |  |  |  |  |  |
| Professional Fees |  |  |  | 2,140 |  |  |
| Priority and 503(b)9 Payments |  |  |  | 5,305 |  |  |
| Post Petition Accounts Payable |  |  |  | 3,000 |  |  |
| Trustee Fees |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Secured Debt** |  |  |  |  |  |  |
| Sandton |  |  |  | 22,291 |  |  |
| Rabobank |  |  |  | 90,952 |  |  |
| MetLife |  |  |  | 184,178 |  |  |
| Conterra |  |  |  | 19,002 |  |  |
| Prepetition Accounts Payable with Liens |  |  |  | 3,602 |  |  |
| Pre Petition Accrued Fees & Interest |  |  |  | 3,631 |  |  |
| Post Petition Default Rate Interest (Rabo) |  |  |  | 4,716 |  |  |
| Post Petition Professional Fees (Secured Lenders) |  |  |  | 4,250 |  |  |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| **Total Available for Unsecured Pre-Petition Payables and Contingent Claims** |  |  |  |  | $ | 4,523 |
|  |  |  |  |  |  |  |
| Unsecured Pre-petition payables |  |  |  |  | $ | 27,925 |
| Contingent Rexel/ Platte Electric Claim |  |  |  |  |  | 504 |
| Contingent East Valley Claim |  |  |  |  |  | 107,000 | Assumes property is sold without EVD lease in place |
|  |  |  |  |  |  | $ 135,429 |
|  |  |  |  |  |  |  |
| **Recovery %** |  |  |  |  |  | 3.34% |