Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5261
Email: sschwager@hawleytroxell.com
       bwilson@hawleytroxell.com

Andrew J. Schoulder (pro hac vice)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone:  212.318.3030
Email: andrew.schoulder@nortonrosefulbright.com

Attorneys for Rabo AgriFinance LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

RESERVATION OF RIGHTS - 1

59797.0007.17926374.1

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

## **RESERVATION OF RIGHTS**

Rabo AgriFinance LLC, in its capacity as agent and secured lender ("RAF"), by and through its attorneys of record, hereby files this reservation of rights with respect to further payment of interim applications for compensation by estate professionals (the "Reservation").

The evidentiary hearings to consider *Rabo AgriFinance LLC's Supplement to Objection to Debtors' Continued Use of Cash Collateral and Motion to Terminate Exclusivity (Dkt. No. 750)*, and in *Rabo AgriFinance LLC's Motion to Appoint a Chapter 11 Trustee (Dkt. No. 748)* ("RLOC Relief") concluded on December 11, 2024 (the "Final Evidentiary Hearing").

At the Final Evidentiary Hearing, the Court informed all parties that, on December 12, 2024, it would issue its ruling with respect to the RLOC Relief, including the request to suspend the making of interim distributions to estate professionals. RAF is aware that the deadline to object to the interim application for compensation by O'Melveny & Myers LLP as counsel for the unsecured creditors committee expires today, December 11, 2024, and Armory Securities, LLC as the financial advisor for the unsecured creditors committee has an interim fee application scheduled to be heard on January 9, 2025.

Accordingly, RAF is filing this Reservation out of an abundance of caution until the Court is able is issue its rulings with respect to the RLOC Relief on December 12, 2024. Depending

RESERVATION OF RIGHTS- 2

upon that ruling, RAF would either supplement, amend, or withdraw this Reservation in a manner consistent with this Court's direction.

In addition, as to the reasonableness of the amounts sought by all estate professionals, RAF reserves its right to object to the amounts sought at the final application for allowance of fees pursuant to 11 U.S.C. § 330, at the evidentiary hearings that this Court determined need to take place for such allowance.

Dated: December 11, 2024          NORTON ROSE FULBRIGHT US LLP

/s/ Andrew J. Schoulder_____
Andrew J. Schoulder, *pro hac*
Attorneys for Rabo AgriFinance LLC


HAWLEY TROXELL ENNIS & HAWLEY LLP

/s/ Brent R. Wilson_____
Brent R. Wilson, ISB No. 8936
Attorneys for Rabo AgriFinance LLC

RESERVATION OF RIGHTS- 3

59797.0007.17926374.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of December, 2024, I electronically filed the foregoing RESERVATION OF RIGHTS with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine Patrice Reynard | janine@averylaw.net |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com |
| Zachary Fairlie | zfairlie@spencerfance.com |
| John O'Brien | jobrien@spencerfane.com |
| Gery W. Edson | gedson@gedson.com |
| Aaron Bell | abell@evanskeane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Karen Lloyd | klloyd@grsm.com |
| James Justin May | jjm@johnsonmaylaw.com |
| Rhett Michael Miller | rmiller@magicvalley.law |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |

RESERVATION OF RIGHTS- 4

59797.0007.17926374.1

| | |
|---|---|
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| John F. Kurtz, Jr. | jfk@kurtzlaw.com |
| And any others receiving cm/ecf notices | |

/s/ Brent R. Wilson
Brent R. Wilson

RESERVATION OF RIGHTS- 5

59797.0007.17926374.1