Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho 83701
Telephone (208) 388-1200
Facsimile (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH<br>Chapter 11 |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 - 1**

# GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024

Givens Pursley LLP (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of November 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Dkt. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A. The Firm is Special Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor") by virtue of the Application to Employ Special Counsel for Debtor in Possession (Dkt. 511) and the Court's Order Authorizing Employment of Special Counsel (Dkt. 577), entered on August 27, 2024. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B. The Firm billed a total of $9,104.50 in fees and expenses during the Application Period. The total fees represent 23.40 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| November 1-30, 2024 | $9,104.50 | $0.00 | $9,104.50 |

C. Accordingly, the Firm seeks allowance of interim compensation in the amount of $6,828.38 at this time. This total is comprised as follows: $6,828.38 (75% of the fees for services rendered) and $0.00 in costs (100% of the expenses incurred).

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 - 2**

D. Attached hereto as **Exhibit A** is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

F. The Firm does not have any funds in its client trust account on behalf of the Debtor. Accordingly, the Debtor will pay the full requested amount of $6,828.38 from its accounts at its discretion.

WHEREFORE, the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATED this 13th day of December, 2024.

GIVENS PURSLEY LLP

By  */s/ Thomas E. Dvorak*
   Thomas E. Dvorak – Of the Firm
   Special Counsel for the Debtors

`

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day December, 2024, I filed the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Morton R. Branzburg**
mbranzburg@klehr.com

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**William K. Carter**
kentcarter@grsm.com

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 - 4**

| | |
|---|---|
| **Brian Faria**<br>brian@sawtoothlaw.com | **Robert A Faucher**<br>rfaucher@hollandhart.com<br>boiseintaketeam@hollandhart.com<br>spturner@hollandhart.com |
| **David W. Gadd**<br>dwg@magicvalleylaw.com<br>jfb@magicvalleylaw.com | **Kimbell D. Gourley**<br>kgourley@idalaw.com/<br>shudson@idalaw.com |
| **Daniel C. Green**<br>dan@racineolson.com<br>mcl@racinelaw.net | **Matthew W. Grimshaw**<br>matt@grimshawlawgroup.com |
| **Julian Gurule**<br>jgurule@omm.com<br>julian-gurule-5732@ecf.pacerpro.com | **Matthew Kremer**<br>mkremer@omm.com<br>matthew-kremer-0858@ecf.pacerpro.com |
| **David T. Krueck**<br>dkrueck@perkinscoie.com<br>jdeshaw@perkinscoie.com<br>docketboi@perkinscoie.com | **John F. Kurtz**<br>jfk@kurtzlawllc.com,<br>tnd@kurtzlawllc.com |
| **Adam Aiken Lewis**<br>alewis@mofo.com | **Karyn Lloyd**<br>klloyd@grsm.com |
| **Jed W. Manwaring**<br>jmanwaring@evanskeane.com<br>duskin@evanskeane.com | **J. Justin May**<br>jjm@johnsonmaylaw.com<br>cjc@johnsonmaylaw.com<br>lnh@johnsonmaylaw.com |
| **Krystal R. Mikkilineni**<br>krystal.mikkilineni@dentons.com<br>gabby.mathias@dentons.com | **Rhett Michael Miller**<br>rmiller@magicvalley.law |
| **John D. Munding**<br>john@mundinglaw.com | **Jason R. Naess**<br>Jason.r.naess@usdoj.gov |
| **James Niemeier**<br>jniemeier@mcgrathnorth.com | **John O'Brien**<br>jobrien@spencerfane.com<br>anissly@spencerfane.com<br>dperea@spencerfane.com |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 - 5**

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
NOVEMBER 2024 - 6**

| | |
|---|---|
| **Joseph Mark Wager** | **Brent R. Wilson** |
| wager@mwsslawyers.com | bwilson@hawleytroxell.com |
| wstewart@mwsslawyers.com | amay@hawleytroxell.com |
| seannegan@sneganlaw.con | |
| reception@mwsslawyers.com | |

AND, I FURTHER CERTIFY that on such date I served the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024** on the following non-CM/ECF Registered Participants in the manner indicated:

| | |
|---|---|
| Millenkamp Cattle, Inc<br>471 North 300 West<br>Jerome, ID 83338 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Richard Bernard<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Ron C. Bingham<br>3424 Peachtree Road NE, Ste. 1600<br>Atlanta, GA 30326 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Morton R Branzburg<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market St., Ste. 1400<br>Philadelphia, PA 19103 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Bunge Canada C/O David D. Farrell<br>David D. Farrell. Esq.<br>One Bank Plaza, Ste. 2700<br>St. Louis, MO 63101 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| W. Kent Carter<br>One North Franklin, Ste. 800<br>Chicago, IL 60606 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

| | |
|---|---|
| Davis Livestock, Inc.<br>780 E Cannibal Rd<br>Lewiston, UT 84320 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Scott F. Gautier<br>1800 Century Park East, Ste. 1500<br>Los Angeles, CA 90067 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Oren Buchanan Haker<br>Black Helterline LLP<br>805 SW Broadway, Ste. 1900<br>Portland, OR 97205 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Zachery J McCraney<br>Holland & Hart<br>P.O. Box 2527<br>800 W Main Street, Ste 1750<br>Boise, ID 83701 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Cooper Norman<br>P.O. Box 5399<br>Twin Falls, ID 83303 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Domenic E Pacitti<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Ste. 1000<br>Wilmington, DE 19801 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Nikolaus F Schandlbauer<br>20 F Street NW, Ste. 500<br>Washington DC, 20001 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Michael R Stewart<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 - 8**

| | |
|---|---|
| Summit Ag Appraisal Inc<br>995 S 1150 E<br>Albion, ID 83311 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker<br>6400 S Fiddlers Green Circle, Ste. 850<br>Greenwood Village, CO 80111 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

                                               */s/ Thomas E. Dvorak*
                                               Thomas E. Dvorak

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 - 9**

# Exhibit A

**Time Report from November 1-30, 2024**
Millenkamp Cattle (11054)

| Date | Initials | Professional Name | Units | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| **B160 - FEE/EMPLOYMENT APPLICATIONS** | | | | | | |
| 11/06/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to L. Nelson regarding September fee application and payment of fees thereon. |
| 11/08/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Attend to issues to prepare October fee application. |
| 11/12/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Correspondence to follow up regarding experts time for fee application for September and October. |
| 11/12/2024 | KAD | Keri Moody | 0.60 | $215.00 | $129.00 | Review, revise, and code October 2024 time for fee application. |
| 11/12/2024 | KAD | Keri Moody | 0.50 | $215.00 | $107.50 | Draft October 2024 cover sheet fee application and notice thereof. |
| 11/12/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Correspond with supervising attorney regarding October 2024 cover sheet fee application and matters to finalize the same. |
| 11/12/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Review Vertex's September 2024 invoice and correspond regarding revisions necessary thereto. |
| 11/12/2024 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Draft September 2024 cover sheet application and notice for Vertex. |
| 11/12/2024 | KAD | Keri Moody | 1.40 | $215.00 | $301.00 | Draft quarterly application for compensation for July-October 2024 and notice of hearing thereon. |
| 11/12/2024 | DZG | Don Gray | 0.10 | $320.00 | $32.00 | Correspondence with experts on invoicing for bankruptcy court; |
| 11/13/2024 | KAD | Keri Moody | 0.70 | $215.00 | $150.50 | Further work to draft quarterly application for compensation for July-October 2024 and notice of hearing thereon as well as exhibits thereto. |
| 11/14/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Finalize, file, and serve October 2024 cover sheet fee application and notice thereof. |
| 11/14/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Finalize, file and serve Givens Pursley's first interim quarterly fee application. |
| 11/14/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to L. Nelson regarding October cover sheet application and Givens Pursley's quarterly fee application and to discuss timing of payment. |
| 11/18/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence regarding Vertex invoice for September 2024 and fee application as well as October time. |
| 11/18/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Further draft September 2024 fee application for Vertex. |
| 11/19/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Finalize and submit cover sheet and notice thereof for Vertex's September 2024 invoice. |
| 11/19/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to L. Nelson regarding Vertex's September 2024 invoice and filed cover sheet and notice thereof as well as payment instructions. |
| 11/19/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to T. Isbell and L. Vandemark regarding filed September 2024 fee application and to explain issues related to payment and recovery of fees. |
| | | | **6.10** | | **$1,322.00** | |
| **L440 - Other Trial Preparation and Support** | | | | | | |
| 11/05/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Communicate with Court and opposing counsel regarding resetting trial. |
| 11/05/2024 | DZG | Don Gray | 0.70 | $320.00 | $224.00 | Evaluate schedule for trial; correspondence with co-counsel reegarding the same. |
| 11/06/2024 | DZG | Don Gray | 0.20 | $320.00 | $64.00 | Correspondence with opposing counsel regarding trial setting. |
| 11/26/2024 | DZG | Don Gray | 0.10 | $320.00 | $32.00 | Correspondence with opposing counsel regarding trial setting. |
| | | | **1.20** | | **$410.00** | |
| **B210 - BUSINESS OPERATIONS** | | | | | | |
| 11/08/2024 | JJB | Jason J. Blakley | 0.50 | $350.00 | $175.00 | Review manure supply agreement and correspondence from D. Heida providing notice to East Valley Development of breach. |
| 11/08/2024 | JJB | Jason J. Blakley | 0.20 | $350.00 | $70.00 | Correspondence to D. Heida regarding manure supply agreement and notice to East Valley Development of breach. |
| 11/11/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Review notice of self help. |
| 11/11/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Conference with D. Heida regarding notice of self help. |
| 11/13/2024 | LEM | L. Edward Miller | 0.10 | $550.00 | $55.00 | Call with B. Millenkamp regarding default. |
| 11/13/2024 | LEM | L. Edward Miller | 0.40 | $550.00 | $220.00 | Call with T. Dvorak regarding default. |
| 11/13/2024 | LEM | L. Edward Miller | 0.60 | $550.00 | $330.00 | Conference with B. Millenkamp, D. Heida, and T. Dvorak regarding default. |
| 11/13/2024 | TED | Thomas E. Dvorak | 0.50 | $450.00 | $225.00 | Revise arbitration demand. |
| 11/13/2024 | TED | Thomas E. Dvorak | 0.60 | $450.00 | $270.00 | Participate in telephone conference with E. Miller, B. Millenkamp and D. Heida regarding strategy and next steps. |
| 11/13/2024 | TED | Thomas E. Dvorak | 0.70 | $450.00 | $315.00 | Review background on self-help notice and response and draft email regarding same. |
| 11/15/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Draft email to D. Heida regarding demand for arbitration. |
| 11/15/2024 | TED | Thomas E. Dvorak | 1.30 | $450.00 | $585.00 | Draft and revise demand for arbitration. |
| 11/21/2024 | TED | Thomas E. Dvorak | 0.40 | $450.00 | $180.00 | Review master services agreement for provisions regarding duty to clean lagoons and settling ponds. |
| 11/21/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Conference with D. Heida regarding interpretation of contract. |
| 11/22/2024 | LEM | L. Edward Miller | 0.30 | $550.00 | $165.00 | Review three design approvals from D. Heida. |
| 11/22/2024 | LEM | L. Edward Miller | 0.50 | $550.00 | $275.00 | Conference with B. Millenkamp, D. Heida, and T. Dvorak regarding contract issues. |
| 11/22/2024 | TED | Thomas E. Dvorak | 0.50 | $450.00 | $225.00 | Participate in telephone conference with E. Miller and B. Millenkamp regarding contract issues. |
| 11/22/2024 | TED | Thomas E. Dvorak | 1.90 | $450.00 | $855.00 | Review digester contract in light of list of defaults from D. Heida. |

| Date | ID | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 11/25/2024 | LEM | L. Edward Miller | 1.50 | $550.00 | $825.00 | Conference with D. Heida, T. Dvorak, and B. Millenkamp regarding compliance with digester lease and manure supply agreement. |
| 11/25/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Telephone conference with D. Heida and E. Miller. |
| 11/26/2024 | TED | Thomas E. Dvorak | 0.40 | $450.00 | $180.00 | Draft and revise notice of default. |
| 11/26/2024 | TED | Thomas E. Dvorak | 0.40 | $450.00 | $180.00 | Conference with D. Heida regarding notice of default. |
| 11/27/2024 | CSB | Charlie Baser | 0.20 | $325.00 | $65.00 | Attention to renewal of extension of proof of use for "Pure Choice" trademark application. |
| 11/27/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Review demand letter to East Valley Development. |
| 11/28/2024 | CSB | Charlie Baser | 0.30 | $325.00 | $97.50 | Prepare extension to file statement of use. |
| 11/29/2024 | CSB | Charlie Baser | 0.80 | $325.00 | $260.00 | Prepare request for extension of time for proof of use for "Pure Choice" trademark. |
|  |  |  | **13.50** |  | **$6,202.50** |  |

**L210 - Pleadings**

| Date | ID | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 11/25/2024 | TED | Thomas E. Dvorak | 1.20 | $450.00 | $540.00 | Review and revise Arbitration Complaint. |
| 11/25/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Conference with D. Heida, E. Miller, and B. Millenkamp regarding Arbitration Complaint. |
| 11/27/2024 | TED | Thomas E. Dvorak | 0.10 | $450.00 | $45.00 | Communicate with D. Heida regarding arbitration complaint. |
| 11/27/2024 | TED | Thomas E. Dvorak | 1.00 | $450.00 | $450.00 | Draft and revise arbitration complaint. |
|  |  |  | **2.60** |  | **$1,170.00** |  |

|  |  |  | **23.40** |  | **$9,104.50** |  |

| | ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Staff Summary:** | | | | | |
| | LEM | L. Edward Miller | 3.60 | $550.00 | $1,980.00 |
| | TED | Thomas E. Dvorak | 10.70 | $450.00 | $4,815.00 |
| | JJB | Jason J. Blakley | 0.70 | $350.00 | $245.00 |
| | CSB | Charlie Baser | 1.30 | $325.00 | $422.50 |
| | DZG | Don Gray | 1.10 | $320.00 | $352.00 |
| | KAD | Keri Moody | 6.00 | $215.00 | $1,290.00 |
| | | | **23.40** | | **$9,104.50** |