Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>       Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br>Chapter 11<br><br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR NOVEMBER 2024 - 1**

**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR
ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR NOVEMBER 2024**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR,S COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER
INTERESTED PARTIES**

  **PLEASE TAKE NOTICE** that the professionals listed on **Exhibit A** hereto (the

"Professionals") have applied to the United States Bankruptcy Court for the District of Idaho for

allowance and payment of interim compensation for services rendered and reimbursement of

expenses incurred during the period commencing November 1, 2024, and ending November 30,

2024 (the "Application Period").  As detailed on Exhibit A, the Professionals seek allowance and

payment of interim compensation for 75% of fees for services rendered, plus 100% of the interim

expenses incurred during the Application Period.

  Pursuant to the *Order Establishing Interim Fee and Expense Reimbursement

Procedures* (Dkt. 303), entered on May 16, 2024, any party objecting to the allowance and

payment of interim compensation and reimbursement of expenses as requested must file a written

objection with the Court and serve a copy of that objection within fourteen (14) calendar days after

the date of mailing of this notice on the Office of the United States trustee, the Debtors, and any

Official Committee of Unsecured Creditors appointed herein.

  If any objection is timely filed and served, the Debtors will pay the Professionals

whose application is the subject of an objection only those amounts not in dispute, until the Court

hears and resolves such disputes.

  DATE OF MAILING December 13, 2024.

DATED this 13th day of December, 2024.

GIVENS PURSLEY LLP

By  /s/ Thomas E. Dvorak
    Thomas E. Dvorak – Of the Firm
    Special Counsel for the Debtors

`

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of December, 2024, I filed the foregoing **NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR NOVEMBER 2024** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**Morton R. Branzburg**
mbranzburg@klehr.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**William K. Carter**
kentcarter@grsm.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**Alexandra O. Caval**
alex@cavallaoffice.com
R71985@notify.bestcase.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**Brian Faria**
brian@sawtoothlaw.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Adam Aiken Lewis**
alewis@mofo.com

**Karyn Lloyd**
klloyd@grsm.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**John D. Munding**
john@mundinglaw.com

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**James Niemeier**
jniemeier@mcgrathnorth.com

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
NOVEMBER 2024 - 5**

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-
9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
NOVEMBER 2024 - 6**

**Joseph Mark Wager**
wager@mwsslawyers.com
wstewart@mwsslawyers.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

**Brent R. Wilson**
bwilson@hawleytroxell.com
amay@hawleytroxell.com

   AND, I FURTHER CERTIFY that on such date I served the foregoing **NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR NOVEMBER 2024** on the following non-CM/ECF Registered Participants in the manner indicated:

Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID 83338

 (X) U.S. Mail, Postage Prepaid
 ( ) Hand Delivered
 ( ) Overnight Mail
 ( ) Facsimile

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

 (X) U.S. Mail, Postage Prepaid
 ( ) Hand Delivered
 ( ) Overnight Mail
 ( ) Facsimile

Ron C. Bingham
3424 Peachtree Road NE, Ste. 1600
Atlanta, GA 30326

 (X) U.S. Mail, Postage Prepaid
 ( ) Hand Delivered
 ( ) Overnight Mail
 ( ) Facsimile

Morton R Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market St., Ste. 1400
Philadelphia, PA 19103

 (X) U.S. Mail, Postage Prepaid
 ( ) Hand Delivered
 ( ) Overnight Mail
 ( ) Facsimile

Bunge Canada C/O David D. Farrell
David D. Farrell. Esq.
One Bank Plaza, Ste. 2700
St. Louis, MO 63101

 (X) U.S. Mail, Postage Prepaid
 ( ) Hand Delivered
 ( ) Overnight Mail
 ( ) Facsimile

W. Kent Carter
One North Franklin, Ste. 800
Chicago, IL 60606

 (X) U.S. Mail, Postage Prepaid
 ( ) Hand Delivered
 ( ) Overnight Mail
 ( ) Facsimile

Davis Livestock, Inc.                                   (X) U.S. Mail, Postage Prepaid
780 E Cannibal Rd                                       ( ) Hand Delivered
Lewiston, UT 84320                                      ( ) Overnight Mail
                                                        ( ) Facsimile


Scott F. Gautier                                        (X) U.S. Mail, Postage Prepaid
1800 Century Park East, Ste. 1500                       ( ) Hand Delivered
Los Angeles, CA 90067                                   ( ) Overnight Mail
                                                        ( ) Facsimile


Oren Buchanan Haker                                     (X) U.S. Mail, Postage Prepaid
Black Helterline LLP                                    ( ) Hand Delivered
805 SW Broadway, Ste. 1900                              ( ) Overnight Mail
Portland, OR 97205                                      ( ) Facsimile


Zachery J McCraney                                      (X) U.S. Mail, Postage Prepaid
Holland & Hart                                          ( ) Hand Delivered
P.O. Box 2527                                           ( ) Overnight Mail
800 W Main Street, Ste 1750                             ( ) Facsimile
Boise, ID 83701


Cooper Norman                                           (X) U.S. Mail, Postage Prepaid
P.O. Box 5399                                           ( ) Hand Delivered
Twin Falls, ID 83303                                    ( ) Overnight Mail
                                                        ( ) Facsimile


Domenic E Pacitti                                       (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP                     ( ) Hand Delivered
919 Market Street, Ste. 1000                            ( ) Overnight Mail
Wilmington, DE 19801                                    ( ) Facsimile


Nikolaus F Schandlbauer                                 (X) U.S. Mail, Postage Prepaid
20 F Street NW, Ste. 500                                ( ) Hand Delivered
Washington DC, 20001                                    ( ) Overnight Mail
                                                        ( ) Facsimile


Michael R Stewart                                       (X) U.S. Mail, Postage Prepaid
2200 Wells Fargo Center                                 ( ) Hand Delivered
90 South Seventh Street                                 ( ) Overnight Mail
Minneapolis, MN 55402                                   ( ) Facsimile


**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
NOVEMBER 2024 - 8**

| | |
|---|---|
| Summit Ag Appraisal Inc | (X) U.S. Mail, Postage Prepaid |
| 995 S 1150 E | ( ) Hand Delivered |
| Albion, ID 83311 | ( ) Overnight Mail |
| | ( ) Facsimile |
| | |
| The Forbes Securities Group LLC, DBA Forbes | (X) U.S. Mail, Postage Prepaid |
| Partners as Investment Banker | ( ) Hand Delivered |
| 6400 S Fiddlers Green Circle, Ste. 850 | ( ) Overnight Mail |
| Greenwood Village, CO 80111 | ( ) Facsimile |

_/s/ Thomas E. Dvorak_
Thomas E. Dvorak

Exhibit A

Exhibit A

Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>      Debtor. | Case No. 24-40158-NGH<br>Chapter 11 |
| Filing relates to:<br><br>☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>          Dairy) |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 - 1**

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE MONTH OF NOVEMBER 2024**

Givens Pursley LLP (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of November 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Dkt. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.      The Firm is Special Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor") by virtue of the Application to Employ Special Counsel for Debtor in Possession (Dkt. 511) and the Court's Order Authorizing Employment of Special Counsel (Dkt. 577), entered on August 27, 2024. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.      The Firm billed a total of $9,104.50 in fees and expenses during the Application Period. The total fees represent 23.40 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|--------|------|----------|-------|
| November 1-30, 2024 | $9,104.50 | $0.00 | $9,104.50 |

C.      Accordingly, the Firm seeks allowance of interim compensation in the amount of $6,828.38 at this time. This total is comprised as follows: $6,828.38 (75% of the fees for services rendered) and $0.00 in costs (100% of the expenses incurred).

D.      Attached hereto as **Exhibit A** is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

F.      The Firm does not have any funds in its client trust account on behalf of the Debtor. Accordingly, the Debtor will pay the full requested amount of $6,828.38 from its accounts at its discretion.

WHEREFORE, the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATED this 13th day of December, 2024.

GIVENS PURSLEY LLP

By  _/s/ Thomas E. Dvorak_____
      Thomas E. Dvorak – Of the Firm
      Special Counsel for the Debtors

`

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day December, 2024, I filed the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Morton R. Branzburg**
mbranzburg@klehr.com

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**William K. Carter**
kentcarter@grsm.com

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**Brian Faria**
brian@sawtoothlaw.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**Adam Aiken Lewis**
alewis@mofo.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**John D. Munding**
john@mundinglaw.com

**James Niemeier**
jniemeier@mcgrathnorth.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Karyn Lloyd**
klloyd@grsm.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 - 5**

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-
9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**Joseph Mark Wager**
wager@mwsslawyers.com
wstewart@mwsslawyers.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

**Brent R. Wilson**
bwilson@hawleytroxell.com
amay@hawleytroxell.com

        AND, I FURTHER CERTIFY that on such date I served the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024** on the following non-CM/ECF Registered Participants in the manner indicated:

Millenkamp Cattle, Inc                (X) U.S. Mail, Postage Prepaid
471 North 300 West                    ( ) Hand Delivered
Jerome, ID 83338                      ( ) Overnight Mail
                                    ( ) Facsimile

Richard Bernard                   (X) U.S. Mail, Postage Prepaid
1177 Avenue of the Americas          ( ) Hand Delivered
41st Floor                            ( ) Overnight Mail
New York, NY 10036                   ( ) Facsimile

Ron C. Bingham                   (X) U.S. Mail, Postage Prepaid
3424 Peachtree Road NE, Ste. 1600     ( ) Hand Delivered
Atlanta, GA 30326                  ( ) Overnight Mail
                                    ( ) Facsimile

Morton R Branzburg              (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP   ( ) Hand Delivered
1835 Market St., Ste. 1400           ( ) Overnight Mail
Philadelphia, PA 19103              ( ) Facsimile

Bunge Canada C/O David D. Farrell    (X) U.S. Mail, Postage Prepaid
David D. Farrell. Esq.               ( ) Hand Delivered
One Bank Plaza, Ste. 2700          ( ) Overnight Mail
St. Louis, MO 63101                ( ) Facsimile

W. Kent Carter                    (X) U.S. Mail, Postage Prepaid
One North Franklin, Ste. 800        ( ) Hand Delivered
Chicago, IL 60606                   ( ) Overnight Mail
                                  ( ) Facsimile

Davis Livestock, Inc.                          (X) U.S. Mail, Postage Prepaid
780 E Cannibal Rd                              ( ) Hand Delivered
Lewiston, UT 84320                             ( ) Overnight Mail
                                               ( ) Facsimile


Scott F. Gautier                               (X) U.S. Mail, Postage Prepaid
1800 Century Park East, Ste. 1500              ( ) Hand Delivered
Los Angeles, CA 90067                          ( ) Overnight Mail
                                               ( ) Facsimile


Oren Buchanan Haker                            (X) U.S. Mail, Postage Prepaid
Black Helterline LLP                           ( ) Hand Delivered
805 SW Broadway, Ste. 1900                     ( ) Overnight Mail
Portland, OR 97205                             ( ) Facsimile


Zachery J McCraney                             (X) U.S. Mail, Postage Prepaid
Holland & Hart                                 ( ) Hand Delivered
P.O. Box 2527                                  ( ) Overnight Mail
800 W Main Street, Ste 1750                    ( ) Facsimile
Boise, ID 83701


Cooper Norman                                  (X) U.S. Mail, Postage Prepaid
P.O. Box 5399                                  ( ) Hand Delivered
Twin Falls, ID 83303                           ( ) Overnight Mail
                                               ( ) Facsimile


Domenic E Pacitti                              (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP            ( ) Hand Delivered
919 Market Street, Ste. 1000                   ( ) Overnight Mail
Wilmington, DE 19801                           ( ) Facsimile


Nikolaus F Schandlbauer                        (X) U.S. Mail, Postage Prepaid
20 F Street NW, Ste. 500                       ( ) Hand Delivered
Washington DC, 20001                           ( ) Overnight Mail
                                               ( ) Facsimile


Michael R Stewart                              (X) U.S. Mail, Postage Prepaid
2200 Wells Fargo Center                        ( ) Hand Delivered
90 South Seventh Street                        ( ) Overnight Mail
Minneapolis, MN 55402                          ( ) Facsimile

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
NOVEMBER 2024 - 8**

Summit Ag Appraisal Inc                         (X) U.S. Mail, Postage Prepaid
995 S 1150 E                                    ( ) Hand Delivered
Albion, ID 83311                                ( ) Overnight Mail
                                                ( ) Facsimile


The Forbes Securities Group LLC, DBA Forbes     (X) U.S. Mail, Postage Prepaid
Partners as Investment Banker                   ( ) Hand Delivered
6400 S Fiddlers Green Circle, Ste. 850          ( ) Overnight Mail
Greenwood Village, CO 80111                     ( ) Facsimile



                                        _*/s/ Thomas E. Dvorak*_____
                                        Thomas E. Dvorak

Exhibit A

Exhibit A

**Time Report from November 1-30, 2024**
Millenkamp Cattle (11054)

| Date | Initials | Professional Name | Units | Rate | Amount | Narrative |
|------|----------|-------------------|-------|------|--------|-----------|
| **B160 - FEE/EMPLOYMENT APPLICATIONS** | | | | | | |
| 11/06/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to L. Nelson regarding September fee application and payment of fees thereon. |
| 11/08/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Attend to issues to prepare October fee application. |
| 11/12/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Correspondence to follow up regarding experts time for fee application for September and October. |
| 11/12/2024 | KAD | Keri Moody | 0.60 | $215.00 | $129.00 | Review, revise, and code October 2024 time for fee application. |
| 11/12/2024 | KAD | Keri Moody | 0.50 | $215.00 | $107.50 | Draft October 2024 cover sheet fee application and notice thereof. |
| 11/12/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Correspond with supervising attorney regarding October 2024 cover sheet fee application and matters to finalize the same. |
| 11/12/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Review Vertex's September 2024 invoice and correspond regarding revisions necessary thereto. |
| 11/12/2024 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Draft September 2024 cover sheet application and notice for Vertex. |
| 11/12/2024 | KAD | Keri Moody | 1.40 | $215.00 | $301.00 | Draft quarterly application for compensation for July-October 2024 and notice of hearing thereon. |
| 11/12/2024 | DZG | Don Gray | 0.10 | $320.00 | $32.00 | Correspondence with experts on invoicing for bankruptcy court; |
| 11/13/2024 | KAD | Keri Moody | 0.70 | $215.00 | $150.50 | Further work to draft quarterly application for compensation for July-October 2024 and notice of hearing thereon as well as exhibits thereto. |
| 11/14/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Finalize, file, and serve October 2024 cover sheet fee application and notice thereof. |
| 11/14/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Finalize, file and serve Givens Pursley's first interim quarterly fee application. |
| 11/14/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to L. Nelson regarding October cover sheet application and Givens Pursley's quarterly fee application and to discuss timing of payment. |
| 11/18/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence regarding Vertex invoice for September 2024 and fee application as well as October time. |
| 11/18/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Further draft September 2024 fee application for Vertex. |
| 11/19/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Finalize and submit cover sheet and notice thereof for Vertex's September 2024 invoice. |
| 11/19/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to L. Nelson regarding Vertex's September 2024 invoice and filed cover sheet and notice thereof as well as payment instructions. |
| 11/19/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to T. Isbell and L. Vandemark regarding filed September 2024 fee application and to explain issues related to payment and recovery of fees. |
| | | | **6.10** | | **$1,322.00** | |
| | | | | | | |
| **L440 - Other Trial Preparation and Support** | | | | | | |
| 11/05/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Communicate with Court and opposing counsel regarding resetting trial. |
| 11/05/2024 | DZG | Don Gray | 0.70 | $320.00 | $224.00 | Evaluate schedule for trial; correspondence with co-counsel reegarding the same. |
| 11/06/2024 | DZG | Don Gray | 0.20 | $320.00 | $64.00 | Correspondence with opposing counsel regarding trial setting. |
| 11/26/2024 | DZG | Don Gray | 0.10 | $320.00 | $32.00 | Correspondence with opposing counsel regarding trial setting. |
| | | | **1.20** | | **$410.00** | |
| | | | | | | |
| **B210 - BUSINESS OPERATIONS** | | | | | | |
| 11/08/2024 | JJB | Jason J. Blakley | 0.50 | $350.00 | $175.00 | Review manure supply agreement and correspondence from D. Heida providing notice to East Valley Development of breach. |
| 11/08/2024 | JJB | Jason J. Blakley | 0.20 | $350.00 | $70.00 | Correspondence to D. Heida regarding manure supply agreement and notice to East Valley Development of breach. |
| 11/11/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Review notice of self help. |
| 11/11/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Conference with D. Heida regarding notice of self help. |
| 11/13/2024 | LEM | L. Edward Miller | 0.10 | $550.00 | $55.00 | Call with B. Millenkamp regarding default. |
| 11/13/2024 | LEM | L. Edward Miller | 0.40 | $550.00 | $220.00 | Call with T. Dvorak regarding default. |
| 11/13/2024 | LEM | L. Edward Miller | 0.60 | $550.00 | $330.00 | Conference with B. Millenkamp, D. Heida, and T. Dvorak regarding default. |
| 11/13/2024 | TED | Thomas E. Dvorak | 0.50 | $450.00 | $225.00 | Revise arbitration demand. |
| 11/13/2024 | TED | Thomas E. Dvorak | 0.60 | $450.00 | $270.00 | Participate in telephone conference with E. Miller, B. Millenkamp and D. Heida regarding strategy and next steps. |
| 11/13/2024 | TED | Thomas E. Dvorak | 0.70 | $450.00 | $315.00 | Review background on self-help notice and response and draft email regarding same. |
| 11/15/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Draft email to D. Heida regarding demand for arbitration. |
| 11/15/2024 | TED | Thomas E. Dvorak | 1.30 | $450.00 | $585.00 | Draft and revise demand for arbitration. |
| 11/21/2024 | TED | Thomas E. Dvorak | 0.40 | $450.00 | $180.00 | Review master services agreement for provisions regarding duty to clean lagoons and settling ponds. |
| 11/21/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Conference with D. Heida regarding interpretation of contract. |
| 11/22/2024 | LEM | L. Edward Miller | 0.30 | $550.00 | $165.00 | Review three design approvals from D. Heida. |
| 11/22/2024 | LEM | L. Edward Miller | 0.50 | $550.00 | $275.00 | Conference with B. Millenkamp, D. Heida, and T. Dvorak regarding contract issues. |
| 11/22/2024 | TED | Thomas E. Dvorak | 0.50 | $450.00 | $225.00 | Participate in telephone conference with E. Miller and B. Millenkamp regarding contract issues. |
| 11/22/2024 | TED | Thomas E. Dvorak | 1.90 | $450.00 | $855.00 | Review digester contract in light of list of defaults from D. Heida. |

| Date | | Name | Hours | Rate | Amount | Description |
|------|---|------|-------|------|--------|-------------|
| 11/25/2024 | LEM | L. Edward Miller | 1.50 | $550.00 | $825.00 | Conference with D. Heida, T. Dvorak, and B. Millenkamp regarding compliance with digester lease and manure supply agreement. |
| 11/25/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Telephone conference with D. Heida and E. Miller. |
| 11/26/2024 | TED | Thomas E. Dvorak | 0.40 | $450.00 | $180.00 | Draft and revise notice of default. |
| 11/26/2024 | TED | Thomas E. Dvorak | 0.40 | $450.00 | $180.00 | Conference with D. Heida regarding notice of default. |
| 11/27/2024 | CSB | Charlie Baser | 0.20 | $325.00 | $65.00 | Attention to renewal of extension of proof of use for "Pure Choice" trademark application. |
| 11/27/2024 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Review demand letter to East Valley Development. |
| 11/28/2024 | CSB | Charlie Baser | 0.30 | $325.00 | $97.50 | Prepare extension to file statement of use. |
| 11/29/2024 | CSB | Charlie Baser | 0.80 | $325.00 | $260.00 | Prepare request for extension of time for proof of use for "Pure Choice" trademark. |
| | | | **13.50** | | **$6,202.50** | |

**L210 - Pleadings**

| Date | | Name | Hours | Rate | Amount | Description |
|------|---|------|-------|------|--------|-------------|
| 11/25/2024 | TED | Thomas E. Dvorak | 1.20 | $450.00 | $540.00 | Review and revise Arbitration Complaint. |
| 11/25/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Conference with D. Heida, E. Miller, and B. Millenkamp regarding Arbitration Complaint. |
| 11/27/2024 | TED | Thomas E. Dvorak | 0.10 | $450.00 | $45.00 | Communicate with D. Heida regarding arbitration complaint. |
| 11/27/2024 | TED | Thomas E. Dvorak | 1.00 | $450.00 | $450.00 | Draft and revise arbitration complaint. |
| | | | **2.60** | | **$1,170.00** | |
| | | | **23.40** | | **$9,104.50** | |

| | | **Staff Summary:** | | | |
|---|-----|------------------|-------|---------|-----------|
| | LEM | L. Edward Miller | 3.60 | $550.00 | $1,980.00 |
| | TED | Thomas E. Dvorak | 10.70 | $450.00 | $4,815.00 |
| | JJB | Jason J. Blakley | 0.70 | $350.00 | $245.00 |
| | CSB | Charlie Baser | 1.30 | $325.00 | $422.50 |
| | DZG | Don Gray | 1.10 | $320.00 | $352.00 |
| | KAD | Keri Moody | 6.00 | $215.00 | $1,290.00 |
| | | | **23.40** | | **$9,104.50** |