UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>　　　　Debtor. | Case No. 24-40158-NGH<br>Chapter 11 |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**ORDER APPROVING GIVENS PURSLEY LLP'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS**

THIS MATTER came before the Court at the hearing on December 12, 2024, upon Givens Pursley LLP's First Application for Allowance of Interim Fees and Costs (Dkt. 714) ("Application"), filed on November 14, 2024. This Court having considered the Application, lack of objection thereto, the arguments of counsel at the hearing, and good cause appearing therefor:

IT IS HEREBY ORDERED AND THIS DOES ORDER:

1.　　　Pursuant to 11 U.S.C. § 331, the Interim Fee Application is APPROVED.

**ORDER APPROVING GIVENS PURSLEY LLP'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS - 1**

2. The Applicant, Givens Pursley LLP, is hereby awarded fees in the amount of $30,626.00 and expenses in the amount of $0.00.

3. The Debtor is authorized to pay the Applicant the remaining unpaid amounts as outlined in the Application ($7,656.50).

//end of text//

DATED: December 13, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Submitted by: Thomas E. Dvorak, ISB No. 5043, Special Counsel for Millenkamp Cattle, Inc.

APPROVED AS TO FORM:

_____/s/ Brett Cahoon_____
Brett Cahoon
Attorneys for the United States Trustee
Dated: December 13, 2024

**ORDER APPROVING GIVENS PURSLEY LLP'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS - 2**