# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 12/16/2024 |
| Case: 24–40158–NGH | Form ID: pdf108 | Total: 140 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | CNH Industrial Capital America LLC |
| cr | MWI Veterinary Supply Inc. |
| cr | McAlvain Concrete, Inc. |
| cr | JOHN DEERE FINANCIAL |
| cr | Rocky Mountain Agronomics, Inc. |
| cr | Official Committee Of Unsecured Creditors |
| cr | Brandy Ann Bartholomew |
| aty | O'Melveny & Myers LLP |
| fa | Kander, LLC |

TOTAL: 9

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Adam Aiken Lewis | alewis@mofo.com |
| aty | Alexandra O Caval | alex@cavallawoffice.com |
| aty | Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| aty | Brent Russel Wilson | bwilson@hawleytroxell.com |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brian Faria | brian@sawtoothlaw.com |
| aty | Britta E Warren | britta.warren@bhlaw.com |
| aty | Bruce A. Anderson | baafiling@eaidaho.com |
| aty | Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| aty | Connor Bray Edlund | edlund@mwsslawyers.com |
| aty | D Blair Clark | dbc@dbclarklaw.com |
| aty | Daniel C Green | dan@racineolson.com |
| aty | David A Coleman | david@colemanjacobsonlaw.com |
| aty | David T Krueck | dkrueck@hawleytroxell.com |
| aty | David W. Gadd | dwg@magicvalleylaw.com |
| aty | Eric R Clark | eclark101@hotmail.com |
| aty | Evan Thomas Roth | evan@sawtoothlaw.com |
| aty | Gabriel Luis Olivera | golivera@omm.com |
| aty | Gery W Edson | gedson@gedson.com |
| aty | Heidi Buck Morrison | heidi@racineolson.com |
| aty | Holly Roark | holly@roarklawboise.com |
| aty | James Niemeier | jniemeier@mcgrathnorth.com |
| aty | James Justin May | jjm@johnsonmaylaw.com |
| aty | Janine Patrice Reynard | janine@averylaw.net |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| aty | Jed W. Manwaring | jwm@elamburke.com |
| aty | John O'Brien | jobrien@spencerfane.com |
| aty | John D Munding | john@mundinglaw.com |
| aty | John F Kurtz, Jr | jfk@kurtzlawllc.com |
| aty | Jon B Evans | evans.jb@dorsey.com |
| aty | Joseph Mark Wager, Jr. | wager@mwsslawyers.com |
| aty | Julian Gurule | jgurule@omm.com |
| aty | Karyn Lloyd | klloyd@grsm.com |
| aty | Kim J Trout | ktrout@trout–law.com |
| aty | Kimbell D Gourley | kgourley@idalaw.com |
| aty | Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| aty | Laura E Burri | lburri@morrowfischer.com |
| aty | Louis V. Spiker | louis.spiker@millernash.com |
| aty | Mark Bradford Perry | mbp@perrylawpc.com |
| aty | Matthew Kremer | mkremer@omm.com |
| aty | Matthew A Sturzen | matt@shermlaw.com |
| aty | Matthew T. Christensen | mtc@johnsonmaylaw.com |
| aty | Matthew W Grimshaw | matt@grimshawlawgroup.com |
| aty | Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| aty | Miranda K. Russell | mrussell@mofo.com |
| aty | Morton R. Branzburg | mbranzburg@klehr.com |
| aty | Oren B. Haker | oren.haker@bhlaw.com |
| aty | Rhett Michael Miller | rmiller@magicvalley.law |
| aty | Robert A Faucher | rfaucher@hollandhart.com |
| aty | Robert E Richards | robert.richards@dentons.com |
| aty | Scott C Powers | spowers@spencerfane.com |
| aty | Sheila Rae Schwager | sschwager@hawleytroxell.com |
| aty | Thomas E Dvorak | ted@givenspursley.com |
| aty | Tirzah R. Roussell | tirzah.roussell@dentons.com |
| aty | William K Carter | kentcarter@grsm.com |

| | | |
|---|---|---|
| aty | Zachary Fairlie | zfairlie@spencerfane.com |

TOTAL: 57

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Millenkamp Cattle, Inc | 471 North 300 West      Jerome, ID 83338 |
| cr | Rabo AgriFinance LLC | c/o Sheila R. Schwager      P.O. Box 1617      Boise, ID 83701 |
| cr | Viterra USA Grain, LLC and Viterra USA Ingredients, LLC | c/o Racine Olson, PLLP      P.O. Box 1391      Pocatello, ID 83204 |
| cr | MetLife Real Estate Lending LLC | c/o Kimbell D. Gourley      10801 Mastin Blvd      Suite 700      Overland Park, KS 66210 |
| cr | Metropolitan Life Insurance Company | c/o Kimbell D. Gourley      10801 Mastin BLVD      Suite 700      Overland Park, KS 66210 |
| cr | Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att | Spencer Fane      1700 Lincoln Street      Suite 2000      Denver, CO 80203 |
| cr | Western States Equipment Co. | 500 East Overland Road      Meridian, ID 83642 |
| cr | c/o David A. Coleman Youree Land & Livestock, Inc. | Coleman, Ritchie & Jacobson      PO BOX 525      TWIN FALLS, ID 83303–0525 UNITED STATES |
| cr | c/o David A. Coleman B & H Farming | Coleman, Ritchie & Jacobson      PO BOX 525      TWIN FALLS, ID 83303–0525 UNITED STATES |
| cr | East Valley Development, LLC | c/o Avery Law      3090 E Gentry Way, Ste 250      Meridian, ID 83642 |
| cr | Land View, Inc. | P.O. Box 475      Rupert, ID 83350 |
| cr | MWI Veterinarian Supply, Inc. | 3041 W PASADENA DRIVE      Boise, ID 83705 UNITED STATES |
| cr | Raft River Rural Electric Cooperative, Inc. | c/o Rhett M. Miller      P.O. Box 910      Burley, ID 83318 |
| cr | Viserion Grain, LLC | c/o Sawtooth Law Offices, PLLC      213 Canyon Crest Dr., Ste 200      Twin Falls, ID 83301 UNITED STATES |
| cr | Ad Hoc Committee of Corn Silage Growers | 153 East Main Street      PO Box 168      Jerome, ID 83338 |
| cr | Progressive Dairy Service & Supply Corp. | 485 S IDAHO ST      WENDELL, ID 83355–5241 |
| cr | Elevation Electric, LLC | 485 S IDAHO ST      WENDELL, ID 83355–5241 |
| cr | Bunge Canada C/O David D. Farrell | David D. Farrell. Esq.      One US Bank Plaza      Suite 2700      St. Louis, MO 63101 |
| intp | Glanbia Foods Inc | c/o Robert A Faucher      POB 2527      Boise, ID 83701 |
| intp | Sandton Capital Partners LP | 16 W 46th Street, 1st Floor      New York, NY 10036 |
| cr | Automation Werx, LLC | Morrow & Fischer, PLLC      4 Ogden Avenue      Nampa, ID 83651 |
| cr | Wilbur–Ellis Company LLC | c/o Matthew A. Sturzen      P.O. Box 2247      Salem, OR 97308 |
| cr | PerforMix Nutrition Systems, LLC | MUNDING, P.S.      309 E. FARWELL RD., STE 310      Spokane, WA 99218 UNITED STATES |
| cr | Idaho State Brand Department | 700 S. Stratford Dr.      Meridian, ID 83642 UNITED STATES |
| cr | Moss Grain Partnership | c/o Rhett M. Miller      P.O. Box 910      Burley, ID 83318 |
| cr | Moss Farms Operations, LLC | c/o Rhett M. Miller      P.O. Box 910      Burley, ID 83318 |
| cr | United Electric Co–op, Inc. | c/o Rhett M. Miller      P.O. Box 910      Burley, ID 83318 |
| cr | Standlee Ag Resources | c/o Miller Nash LLP      950 W Bannock St, Ste 1100      Boise, ID 83702 |
| cr | Burks Tractor Company, Inc. | 3140 Kimberly Road      Twin Falls, ID 83301 |
| cr | Blue Cross of Idaho Health Service, Inc | c/o Law Office of D. Blair Clark PC      967 East Parkcenter Boulevard, #282      Boise, ID 83706 UNITED STATES |
| aty | Matthew T. Christensen | 199 N. Capitol Blvd.      Ste 200      Boise, ID 83702 |
| aty | Krystal R Mikkilineni | Dentons Davis Brown      215 10th St      Ste 1300      Des Moines, IA 50309 |
| crcm | Bruce A. Anderson | 320 East Neider Avenue      Suite 102      Coeur d'Alene, ID 83815 |
| r | Schuil Ag Real Estate Inc | 5020 W Mineral King Ave      Visalia, CA 93291 |
| app | Gale W. Harding and Associates | 329 W 7th S      Rexburg, ID 83440 |
| app | Davis Livestock, Inc. | 780 E Cannibal Rd      Lewiston, UT 84320 |
| br | The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker | 6400 S Fiddlers Green Circle      Suite 850      Greenwood Village, CO 80111 |
| cr | Rexel USA, Inc dba Platt Electric Supply | McConnell Wagner Sykes + Stacey PLLC      827 E. Park Blvd, Ste. 201      Boise, ID 83712 |
| cr | Amalgamated Sugar Company | 1951 S. Saturn Way      Suite 100      Boise, ID 83709 |
| aty | Bruce A. Anderson | 320 East Neider Avenue      Suite 102      Coeur d'Alene, ID 83815 |
| intp | William Millenkamp | 471 S 300 W      Jerome, ID 83338 |
| cr | Valley Wide Cooperative Inc. | c/o David W. Gadd, Stover, Gadd & Assoc.      P.O. Box 1428      Twin Falls, ID 83303–1428 |
| intp | Idaho AgCredit | c/o Daniel C. Green      Racine Olson, PLLP      P. O. Box 1391      Pocatello, ID 83201 |
| aty | Julian Gurule | O'Melveny & Meyers LLP      400 South Hope Street      Suite 1900      Los Angeles, CA 90071 |
| acc | Cooper Norman | PO Box 5399      Twin Falls, ID 83303 |
| app | Summit Ag Appraisal Inc | 995 S 1150 E      Albion, ID 83311 |
| fa | Amory Securities LLC | 200 North Pacific Hwy      Suite 1525      El Segundo, CA 90245 |
| sp | Givens Pursley LLP | Givens Pursley LLP      601 W. Bannock      P.O. Box 2720      Boise, ID 83701–2720 UNITED STATES |
| sp | David A Heida | Heida Law Office, PLLC      Po Box 216      Kimberly, ID 83341 |
| fa | Kander LLC | 2538 Carrolwood Road      Naperville, IL 60540 |
| wit | Lance Vandemark | Expert Consulting Services      2694 E 750 S      Declo, ID 83323 |
| wit | Theodore Isbell | Expert Consulting Services      2694 E 750 S      Declo, ID 83323 |
| aty | Adam A Lewis | Morrison & Foerster LLP      425 Market Street      San Francisco, CA 94105 |
| aty | Andrew Shoulder | 1301 Avenue of The Americas      New York, NY 10019–6022 |
| aty | Domenic E Pacitti | Klehr Harrison Harvey Branzburg LLP      919 Market Street      Suite 1000      Wilmington, DE 19801 |

| | | | | | |
|---|---|---|---|---|---|
| aty | Gabriel L Olivera | 7 Times Square | New York, NY 10036 | | |
| aty | James J Niemeier | McGrath North Mullin & Kratz, PC LLO | 1601 Dodge Street | Ste 3700 | Omaha, NE 68102 |
| aty | John O'Brien | Spencer Fane LLP | 1700 Lincoln Steet | Suite 2000 | Denver, CO 80203 |
| aty | Julian Gurule | 400 South Hope Street | Suite 1900 | Los Angeles, CA 90071 | |
| aty | Karyn Lloyd | Gordon Rees Scully Mansukhani, LLP | 999 W Main Street | 100 | Boise, ID 83702 |
| aty | Krystal R Mikkilineni | Dentons Davis Brown | 215 10th St | Ste 1300 | Des Moines, IA 50309 |
| aty | Matthew Kremer | 7 Times Square | New York, NY 10036 | | |
| aty | Michael R Stewart | 2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402 | |
| aty | Miranda Russell | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019 | |
| aty | Morton R Branzburg | Klehr Harrison Harvey Branzburg LLP | 1835 Market St | Suite 1400 | Philadelphia, PA 19103 |
| aty | Nikolaus F Schandlbauer | 20 F Street NW | Suite 500 | Washington DC 20001 | |
| aty | Richard Bernard | 1177 Avenue of the Americas | 41st Floor | New York, NY 10036 | |
| aty | Robert E. Richards | 233 South Wacker Drive | Suite 5900 | Chicago, IL 60606–6361 | |
| aty | Ron C Bingham, II | 3424 Peachtree Road NE | Suite 1600 | Atlanta, GA 30326 | |
| aty | Scott F Gautier | 1800 Century Park East | Ste 1500 | Los Angeles, CA 90067 | |
| aty | Tirzah R. Roussell | 215 10th Street | Suite 1300 | Des Moines, IA 50309 | |
| aty | W. Kent Carter | One North Franklin | Suite 800 | Chicago, IL 60606 | |
| aty | Zachary Fairlie | Spencer Fane LLP | 1000 Walnut Street | Suite 1400 | Kansas City, MO 64106 |
| aty | Zachery J McCraney | Holland & Hart | Po Box 2527 | 800 W Main Street | Suite 1750 Boise, ID 83701 |

TOTAL: 74