Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com
       bwilson@hawleytroxell.com

Andrew J. Schoulder (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212.318.3030
Email: andrew.schoulder@nortonrosefulbright.com

Attorneys for Rabo AgriFinance LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

1

59797.0007.17939447.2

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

### RABO AGRIFINANCE LLC'S MOTION TO ESTABLISH TIME FOR FILING COMPETING DISCLOSURE STATEMENT AND CHAPTER 11 PLAN

Rabo AgriFinance LLC, in its capacity as agent and secured lender ("RAF"), by and through its attorneys of record, hereby files this Motion to Establish Time for Filing Competing Disclosure Statement and Chapter 11 Plan (the "Motion").

### I. JURISDICTION, AUTHORITY, AND VENUE

This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334(b). This matter is a core proceeding and otherwise within the Court's constitutional authority to decide under 28 U.S.C. § 157(b)(2)(A). This Court is the proper venue for this matter under 28 U.S.C. §§ 1408 and 1409.

The statutory and rule predicate for this Objection is 11 U.S.C. §§ 105, 1121, and 1125, and Federal Rules of Bankruptcy Procedure 2002(b), 3016, 3017(a), and 9006(c)(1).

### II. FACTUAL BACKGROUND

The Debtors Millenkamp Cattle, Inc. et al. (the "Debtors") filed these chapter 11 cases on April 2, 2024. Dkt. No. 1. The Motion for Joint Administration of the cases was granted on April 16, 2024. Dkt. No. 184.

On June 27, 2024, the Debtors moved to extend the exclusivity period (Dkt. No. 467), which motion was granted after stipulation between parties in interest (Dkt. No. 723) on November

22, 2024 (Dkt. No. 733). The order extended the time to file a chapter 11 plan by the Debtors to December 13, 2024. Dkt. No. 733.

On October 11, 2024, RAF sought to terminate exclusivity in connection with its objection to the Debtors' further use of its cash collateral (Dkt. No. 670), which objection was supplemented by RAF on November 29, 2024 (Dkt. No. 750).

On November 11, 2024, the Debtors sought to further extend exclusivity from December 13, 2024, through March 31, 2025 (the "Exclusivity Motion"). Dkt. No. 707.

The Court held a hearing on the Exclusivity Motion, among other matters, on December 10 and 11, 2024. Dkt. Nos. 792; 795.

On December 12, 2024, the Court denied the Exclusivity Motion in an oral ruling. Dkt. No. 800. The Order denying the Exclusivity Motion is pending.

At the oral ruling on December 12, 2024, the Court stated that it was hopeful that any competing disclosure statements and plans could be filed in order to be considered at the same time as the Debtors' disclosure statement and plan.

The Debtors' disclosure statement is currently set to be heard on January 29, 2025, at 9:00 a.m. (MT). Dkt. No. 778.

### III. LAW

Parties that may file a chapter 11 plan are stated in 11 U.S.C. § 1121. Acceptance or rejection of a plan may not be solicited by the party filing the plan unless and until the bankruptcy court approves a disclosure statement, after notice and hearing. The disclosure statement requirements are provided in 11 U.S.C. § 1125.

Federal Rule of Bankruptcy Procedure 3016(b)(1) requires that the disclosure statement "be filed with the plan or at another time set by the court." In turn, Federal Rule of Bankruptcy Procedure 3017(a)(1) requires that a hearing on a disclosure statement and objections thereto "must be held on at least 28 days' notice under Rule 2002(b) . . . ." FED. R. BANKR. P. 3017(a)(1).

Despite use of the word "must" in Federal Rule of Bankruptcy Procedure 3017(a)(1), the 28 days' notice may be shortened under Federal Rule of Bankruptcy Procedure 9006(c)(1). *See* FED. R. BANKR. P. 9006(c)(2) (excluding any reference to Federal Rule of Bankruptcy Procedure 3017(a)(1) in notice periods that may not be reduced); *see also In re Holland*, 85 B.R. 735, 737 (Bankr. W.D. Tex. 1988) (reducing the time for hearing on a disclosure statement to 15 days under Rule 9006(c)(1)); 9 COLLIER ON BANKRUPTCY ¶ 3017.01[1], n.5 (Richard Levin & Henry J. Sommer eds. 16th ed.) (stating Federal Rule of Bankruptcy Procedure 3017(a)(1) may be reduced or enlarged per Federal Rule of Bankruptcy Procedure 9006(b) and (c)(1)).

Federal Rule of Bankruptcy Procedure 9006(c)(1) allows the Court, in its discretion, to shorten time upon a showing of "cause." In the context of a competing plan and disclosure statement, it is appropriate to reduce time under Federal Rule of Civil Procedure 9006(c)(1) in order to coordinate a hearing on a disclosure statement with a competing plan. *In re Landmark Park Plaza Ltd. P'ship*, 167 B.R. 752, 758 (Bankr. D. Conn. 1994).

### IV. APPLICATION OF LAW AND RELIEF REQUESTED

Applying the above principles, statutes, and rules, RAF respectfully requests that the Court enter an order authorizing RAF and other parties in interest, should they so desire, to file a competing chapter 11 plan and disclosure statement on or before January 15, 2025, and that a

hearing on any disclosure statement so filed be held on the same date and time (January 29, 2025, at 9:00 a.m. (MT)) as the Debtors' current disclosure statement.

RAF requires additional time from the Court's oral ruling on December 12, 2024, to evaluate, prepare, and file, its own competing disclosure statement and plan in this case. Allowing the filing of the competing disclosure statements and plans on or before January 15, 2025, will allow expediency and efficiency in consideration of the Debtors' disclosure statement and plan as well as the other parties in interest who may file competing disclosure statements and plans. Further, this process will allow the parties to comply with the Court's oral ruling on December 12, 2024, wherein this Court stated that "it makes sense to run those plans together so that creditors would have a choices available to them, as to which plan they specifically prefer." With a filing of the disclosure statements and plans by January 15, 2025, this will allow the parties 14 calendar days to evaluate the disclosure statements and plans filed.

"Cause" is present under Federal Rule of Bankruptcy 9006(c)(1) to shorten the typical 28 days' notice under Federal Rule of Bankruptcy Procedure 3017(a)(1) to 14 days for the reasons stated above.

## V. CONCLUSION

Based on the above, RAF respectfully requests an Order of this Court allowing competing plans and disclosure statements to be filed on or before January 15, 2025, and that a hearing on any competing disclosure statement be held on January 29, 2025, at 9:00 a.m. (MT) in connection with the Debtors' disclosure statement.

RABO AGRIFINANCE LLC'S MOTION TO ESTABLISH TIME FOR FILING COMPETING
DISCLOSURE STATEMENT AND CHAPTER 11 PLAN - 5

59797.0007.17939447.2

Dated: December 16, 2024       HAWLEY TROXELL ENNIS & HAWLEY LLP

/s/ Brent R. Wilson
_____
Brent R. Wilson, ISB No. 8936
Attorneys for Rabo AgriFinance LLC

RABO AGRIFINANCE LLC'S MOTION TO ESTABLISH TIME FOR FILING COMPETING DISCLOSURE STATEMENT AND CHAPTER 11 PLAN - 6

59797.0007.17939447.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December, 2024, I electronically filed the foregoing RABO AGRIFINANCE LLC'S MOTION TO ESTABLISH TIME FOR FILING COMPETING DISCLOSURE STATEMENT AND CHAPTER 11 PLAN with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine Patrice Reynard | janine@averylaw.net |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com |
| Zachary Fairlie | zfairlie@spencerfance.com |
| John O'Brien | jobrien@spencerfane.com |
| Gery W. Edson | gedson@gedson.com |
| Aaron Bell | abell@evanskeane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Karen Lloyd | klloyd@grsm.com |
| James Justin May | jjm@johnsonmaylaw.com |
| Rhett Michael Miller | rmiller@magicvalley.law |

RABO AGRIFINANCE LLC'S MOTION TO ESTABLISH TIME FOR FILING COMPETING DISCLOSURE STATEMENT AND CHAPTER 11 PLAN - 7

59797.0007.17939447.2

| | |
|---|---|
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| John F. Kurtz, Jr. | jfk@kurtzlaw.com |

And any others receiving cm/ecf notices

/s/ Brent R. Wilson
Brent R. Wilson

RABO AGRIFINANCE LLC'S MOTION TO ESTABLISH TIME FOR FILING COMPETING
DISCLOSURE STATEMENT AND CHAPTER 11 PLAN - 8

59797.0007.17939447.2