UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

**ORDER DENYING DEBTORS' MOTION TO EXTEND EXCLUSIVE SOLICITATION PERIOD OF 11 U.S.C. § 1121(c) (Dkt. No. 707)**

Upon consideration of the record before this Court; the Debtors' Motion to Extend Exclusive Solicitation Period of 11 U.S.C. § 1121(c) (Dkt. No. 707), filed by the Debtors Millenkamp Cattle, Inc. *et al.* (the "Debtors") on November 11, 2024 (the "Exclusivity Motion");

ORDER DENYING DEBTORS' MOTION TO EXTEND EXCLUSIVE SOLICITATION PERIOD OF 11 U.S.C. § 1121(c) (Dkt. No. 707) - 1

59797.0007.17929754.2

the Objection to Debtors' Continued Use of Cash Collateral and Motion to Terminate Exclusivity filed by Rabo AgriFinance LLC ("RAF") (Dkt. No. 670); the Rabo AgriFinance LLC's Supplement to Objection to Debtors' Continued Use of Cash Collateral and Motion to Terminate Exclusivity, filed on November 29, 2024, (Dkt. No. 750); the evidentiary hearing held on December 10 and 11, 2024; and good cause existing for the reasons stated on the record at the December 12, 2024, oral ruling, and for other good cause appearing therefore; **IT IS HEREBY ORDERED**:

1. The Exclusivity Motion (Dkt. No. 707) is **DENIED**; and

2. The Debtors' exclusivity period provided in 11 U.S.C. § 1121 is terminated; and as such, any party in interest may file a chapter 11 plan in these bankruptcy cases.

//end of text//

DATED: December 17, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Submitted by:

/s/ Sheila R. Schwager
_____
Sheila R. Schwager, ISB No. 5059
Hawley Troxell Ennis & Hawley LLP
Attorneys for Rabo AgriFinance LLC

Approved as to form:

/s/ Matthew T. Christensen (email auth.)

_____
Matthew T. Christensen
Johnson May PLLC
Attorneys for the Debtors

/s/ Brett R. Cahoon (email auth.)

_____
Brett R. Cahoon
United States Trustee

ORDER DENYING DEBTORS' MOTION TO EXTEND EXCLUSIVE SOLICITATION PERIOD OF 11 U.S.C. § 1121(c) (Dkt. No. 707) - 3

59797.0007.17929754.2