Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
robert.richards@dentons.com
tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:                              | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC.,            |                       |
| Debtor.                             |                       |
| Filing relates to:                  | Jointly Administered With Case Nos.: |
| ☒ ALL DEBTORS                       | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Millenkamp Cattle, Inc.           | 24-40160-NGH (East Valley Cattle) |
| ☐ Idaho Jersey Girls                | 24-40161-NGH (Millenkamp Properties) |
| ☐ East Valley Cattle                | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties             | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Properties II          | 24-40164-NGH (Goose Ranch) |
|                                     | 24-40166-NGH (Black Pine Cattle) |
|                                     | 24-40167-NGH (Millenkamp Enterprises) |
|                                     | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4270386

| | |
|---|---|
| ☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Chapter 11 Cases |

## NOTICE OF HEARING ON DEBTORS' APPLICATION TO EMPLOY ROBERT MARCUS AS CHIEF RESTRUCTURING OFFICER

**YOU ARE HEREBY NOTIFIED** that the Debtors have filed an Application to Employ Robert Marcus as the Debtors' Chief Restructuring Officer (Docket No. 791) (the "Application").

Copies of the Application may be found on the Court's PACER system for electronic filing – www.pacer.gov. In addition, if any party desires a copy of said Application, they may contact Debtors' counsel (contact information above), and a copy will be sent via email.

**YOU ARE FURTHER NOTIFIED** that the Application is scheduled to come before the Court for hearing on the **9th day of January, 2025, at 1:30 p.m. (MT)**, or as soon thereafter as the matter can be heard. This will be a telephonic hearing; parties should call the following number at least 10 minutes prior to the hearing: **1-669-254-5252; Access Code: 160-5422-0978.**

DATED this 17th day of December, 2024.

**DENTONS DAVIS BROWN**

*/s/ Tirzah R. Roussell*

TIRZAH R. ROUSSELL

**JOHNSON MAY**

*/s/ Matthew T. Christensen*

MATTHEW T CHRISTENSEN

ATTORNEYS FOR DEBTORS

NOTICE OF HEARING ON DEBTORS' APPLICATION TO EMPLOY CHIEF RESTRUCTURING OFFICER – Page 3

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on this 17th day of December, 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| William K. Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | Eclark101@hotmail.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| James Neimeier | jniemeier@mcgrathnorth.com |
| Gabriel L. Olivera | golivera@omm.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |

NOTICE OF HEARING ON DEBTORS' APPLICATION TO EMPLOY CHIEF RESTRUCTURING OFFICER – Page 4

| | |
|---|---|
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Joseph M. Wager | wager@mwsslawyers.com |

Any others as listed on the Court's ECF Notice.

  /s/ *Tirzah R. Roussell*
TIRZAH R. ROUSSELL