Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      robert.richards@dentons.com
      tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4278525

☐  Millenkamp Family

☐  Goose Ranch

☐  Black Pine Cattle

☐  Millenkamp Enterprises

☐  Idaho Jersey Girls Jerome Dairy

Chapter 11 Cases

# NOTICE OF DEBTORS' MONTHLY REPORT OF EQUIPMENT AND/OR MACHINERY PURCHASED/SOLD

**YOU ARE HEREBY NOTIFIED** that the Court entered an Order Granting Debtors' Omnibus Motion for Authority to Purchase and Sell Equipment and Machinery (the "Order") (Docket No. 533).

**YOU ARE FURTHER NOTIFIED** that pursuant to the Order, the Debtors shall file a monthly report describing which pieces of equipment and machinery were purchased and sold (if any), the corresponding amounts for each, and, in the case of a sale of equipment and machinery, an accounting of the proceeds of such sale.

**YOU ARE FURTHER NOTIFIED** that the Debtors have purchased and/or sold the following:

| Equipment/Machinery | Price | Purchase or Sale | Accounting of Proceeds if Sold |
|---|---|---|---|
| Genie Boom Lift | $92,290.00 | Purchase from Arnold Machinery Company | N/A |
| 2024 RAM 3500 | $64,147.70 | Purchase from Lithia Chrysler Jeep Dodge of Twin Falls | N/A |

NOTICE OF DEBTORS' MONTHLY REPORT OF EQUIPMENT AND/OR MACHINERY PURCHASED/SOLD – Page 2

| | | | |
|---|---|---|---|
| 2024 RAM 3500 | $64,147.70 | Purchase from Lithia Chrysler Jeep Dodge of Twin Falls | N/A |
| 2024 RAM 3500 | $62,132.64 | Purchase from Lithia Chrysler Jeep Dodge of Twin Falls | N/A |
| 2024 RAM 3500 | $62,132.64 | Purchase from Lithia Chrysler Jeep Dodge of Twin Falls | N/A |

DATED this 18th day of December, 2024.

**DENTONS DAVIS BROWN**

/s/ *Tirzah R. Roussell*

TIRZAH R. ROUSSELL

**JOHNSON MAY**

/s/ *Matthew T. Christensen*

MATTHEW T CHRISTENSEN

ATTORNEYS FOR DEBTORS

NOTICE OF DEBTORS' MONTHLY REPORT OF EQUIPMENT AND/OR MACHINERY PURCHASED/SOLD – Page 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| William K. Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | Eclark101@hotmail.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| James Neimeier | jniemeier@mcgrathnorth.com |
| Gabriel L. Olivera | golivera@omm.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Miranda K. Russell | mrussell@mofo.com |

NOTICE OF DEBTORS' MONTHLY REPORT OF EQUIPMENT AND/OR MACHINERY PURCHASED/SOLD – Page 4

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Joseph M. Wager | wager@mwsslawyers.com |

Any others as listed on the Court's ECF Notice.

  /s/ *Tirzah R. Roussell*
TIRZAH R. ROUSSELL