Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
         golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br>MILLENKAMP CATTLE, INC.,<br>　　　　Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

NOTICE ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 - 1

**NOTICE OF ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION
FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024</u>**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "<u>Professional(s)</u>") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing November 1, 2024 and ending November 30, 2024 (the "<u>Application Period</u>"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtors, and the Official Committee of Unsecured Creditors.

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

Date: December 18, 2024

                                                    */s/Bruce A. Anderson*
                                                    ELSAESSER ANDERSON, CHTD.
                                                   Bruce A. Anderson

                                                   *Attorneys for the Official Committee
                                                   of Unsecured Creditors*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 18, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | eclark@eclarkattorney.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Thomas E. Dvorak | ted@givenspursley.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| David W. Gadd | dwg@magicvalleylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Oren B. Haker | oren.haker@bhlaw.com |
| R. Ron Kerl | ron@cooper-larsen.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalleylaw.com |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Gabriel Luis Olivera | golivera@omm.com |
| Mark Bradford Perry | mbp@perrylawpc.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Joseph Mark Wager | wager@mwsslawyers.com |
| Britta E. Warren | britta.warren@bhlaw.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 18th day of December 2024.

      /s/ Bruce A. Anderson
      Bruce A. Anderson

## **Exhibit A**

Invoice

Case 24-40158-NGH    Doc 812    Filed 12/18/24    Entered 12/18/24 17:04:01    Desc Main
Document    Page 4 of 6

EXHIBIT A

# Elsaesser Anderson, Chtd.
**320 East Neider Suite 102, Coeur d'Alene, ID 83815**

**Millenkamp Cattle, Inc. UCC**
Attn: Dan Noble and Greg Zematis
Jerome, ID 83338

## Invoice # 18114

Invoice Date: 12/17/24
Services Through: 11/30/24

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **004 - Millenkamp UCC (Professional Services)** | | | |
| | | **04 Case Administration: Coordination and compliance activities not specifically covered by another category.** | | | |
| | | **Reporting: Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.** | | | |
| 11/05/24 | BA | Review personal case file related to bankruptcy case (.3); memos to and from Gabriel Olivera (.2). | 0.50 | 400.00 | $200.00 |
| 11/15/24 | BA | Memo from Gabriel Olivera regarding December 10 and 11 hearings (my response was that I was unavailable due to other bookings)(.3); memos to and from Gabriel Olivera regarding hearing (.2). | 0.50 | 400.00 | $200.00 |
| 11/18/24 | BA | Secure and review copy of repository and pleadings for State of Idaho vs. William Millenkamp at request of Committee, forward to Committee (.75). | 0.75 | 400.00 | $300.00 |
| 11/19/24 | BA | Review Debtor's Status Report (#724)(.2). | 0.20 | 400.00 | $80.00 |
| 11/21/24 | BA | Attend status conference and other hearings via phone (.75). | 0.75 | 400.00 | $300.00 |
| | | | Hours | | 2.70 |
| | | | Labor: | | $1,080.00 |
| | | | Invoice Amount: | | $1,080.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **007 (Professional Services)** | | | |
| | | **007 - Preparation of employment and fee applications for self or others; motions to establish interim procedures.** | | | |
| 11/14/24 | BA | Memo to Gabriel Olivera reminding him of interim distributions and our firm's unavailability due to holidays (.2); memo from Gabriel Olivera. | 0.20 | 400.00 | $80.00 |
| 11/15/24 | BA | Memo to Krystal Mikkilineni regarding no objection to interim distribution, with amount and wire transfer instructions (.2). | 0.20 | 400.00 | $80.00 |
| 11/18/24 | BA | Work on motion for interim distribution and notice for October 2024 (.75). | 0.75 | 400.00 | $300.00 |
| 11/20/24 | BA | Finish revisions to and file motion for interim distribution for October 2024 (.25); begin work on first interim fee application (1.0). | 1.25 | 400.00 | $500.00 |
| 11/25/24 | BA | Memo to Gabriel Olivera regarding motions for interim distribution due date (.3); memo from Gabriel Olivera. | 0.30 | 400.00 | $120.00 |

Telephone/Fax: (208) 667-2900

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| | | | Hours | | 2.70 |
| | | | Labor: | | $1,080.00 |
| | | | Invoice Amount: | | $1,080.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **008 - Review of Fee and Employment Applications (Professional Services)** | | | |
| | | **Fee/Employment Objections: Review of and objections to the employment and fee applications of others.** | | | |
| 11/11/24 | BA | Review of Motion for Interim Distribution for Debtor's local counsel (.2). | 0.20 | 400.00 | $80.00 |
| 11/20/24 | BA | Brief review of Givens Pursley interim fee application (#714) (.1); brief review of Vertex Companies motion for interim distribution and notice for September 2024 (#719)(.1); brief review of Kander LLC motion for interim distribution and notice for August 2024 (#721)(.2). | 0.40 | 400.00 | $160.00 |
| | | | Hours | | 0.60 |
| | | | Labor: | | $240.00 |
| | | | Invoice Amount: | | $240.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **12 - Plan and Disclosure Statement (Professional Services)** | | | |
| | | **12 - Plan and Disclosure Statement - Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the allowance and objections to allowance of claims.** | | | |
| 11/11/24 | BA | Review withdrawal of disclosure statement (#706) (.1); review motion to extend exclusivity period (#707) (.3). | 0.40 | 400.00 | $160.00 |
| 11/19/24 | BA | Review Stipulation for Extension of Exclusivity (#723)(.2). | 0.20 | 400.00 | $80.00 |
| | | | Hours | | 0.60 |
| | | | Labor: | | $240.00 |
| | | | Invoice Amount: | | $240.00 |

| | |
|---|---|
| Total Hours: | 6.60 |
| Total Labor: | $2,640.00 |
| **Total Invoice Amount:** | **$2,640.00** |
| **Total Amount Due:** | **$2,640.00** |

## Timekeeper Summary

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| Bruce Anderson | 6.60 | @ 400.000 | 2,640.00 |

Telephone/Fax: (208) 667-2900