**Forecast as of 10.27.24, last updated 11.15.24**
Actuals to Date, through 10-27
Forecasted Remainder through 04-30-25
Milk Prices as of 10-30-24

| | ACTUAL BK Wk1 2-Apr 7-Apr | ACTUAL BK Wk2 8-Apr 14-Apr | ACTUAL BK Wk3 15-Apr 21-Apr | ACTUAL BK Wk4 22-Apr 28-Apr | ACTUAL BK Wk5 29-Apr 5-May | ACTUAL BK Wk6 6-May 12-May | ACTUAL BK Wk7 13-May 19-May | ACTUAL BK Wk8 20-May 26-May | ACTUAL BK Wk9 27-May 2-Jun | ACTUAL BK Wk10 3-Jun 9-Jun | ACTUAL BK Wk11 10-Jun 16-Jun | ACTUAL BK Wk12 17-Jun 23-Jun | ACTUAL BK Wk13 24-Jun 30-Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SUMMARY CASH FLOW** | | | | | | | | | | | | | |
| **Net Cash Receipts** | | | | | | | | | | | | | |
| Net Milk Checks | $ - | $ - | $ 6,413,723 | $ - | $ 5,471,727 | $ - | $ - | $ 6,981,878 | $ 7,032,483 | $ - | $ - | $ 8,639,679 | $ - |
| Dairy Revenue Protection | - | - | - | - | 1,726,925 | - | - | - | - | - | - | - | - |
| Custom Feeding Receipts | - | - | - | - | 10,793 | 29,504 | 897,591 | 403,124 | 619,976 | 462,484 | 379,091 | 356,033 | 1,007,866 |
| Net Cattle Sales Receipts | 1,840,770 | - | - | - | 944,006 | 1,758,900 | 327,080 | 41,888 | 90,034 | 39,371 | 1,333,151 | 51,983 | 868,988 |
| Trucking Income | - | - | - | - | 508 | - | 26,847 | 1,208 | - | 16,358 | 28,723 | 69,712 | 3,576 |
| Digester Income | - | - | - | 225,000 | - | 225,000 | - | 225,000 | - | 240,000 | - | 225,000 | - |
| AR Collections | 1,674,476 | 241,277 | 655,813 | 661,629 | 2,830,244 | 133,065 | 669,765 | 32,714 | 109,980 | - | - | - | 161 |
| Collection Timing Contingency | (155,000) | - | - | - | - | - | - | - | - | - | - | - | - |
| Sale of Equipment | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Receipts | - | 57,751 | - | - | 67,341 | - | - | 20 | - | - | 164,579 | 303,067 | 172,762 |
| **TOTAL Cash Receipts** | $ 3,360,246 | $ 299,028 | $ 7,069,536 | $ 886,629 | $ 11,051,543 | $ 2,146,469 | $ 1,921,283 | $ 7,685,833 | $ 7,852,473 | $ 758,213 | $ 1,905,544 | $ 9,645,473 | $ 2,053,354 |
| **Cash Disbursements** | | | | | | | | | | | | | |
| Payroll | $ 1,224,496 | $ - | $ 1,158,212 | $ - | $ 3,278 | $ 1,147,214 | $ - | $ 1,163,114 | $ - | $ 1,177,466 | $ 0 | $ 1,266,700 | $ (365) |
| EE Benefits | - | 5,780 | 25,172 | 1,118 | 56,923 | 29,540 | 2,421 | 12,741 | 78,769 | 65,408 | 2,483 | - | 40,399 |
| Owner Distributions | - | - | - | - | - | - | - | - | - | - | - | - | 10,340 |
| **Total Salary & Wages** | 1,224,496 | 5,780 | 1,183,384 | 1,118 | 60,201 | 1,176,754 | 2,421 | 1,175,855 | 78,769 | 1,242,874 | 2,483 | 1,266,700 | 50,375 |
| **Interim Adequate Protection to Vendors** | | | | | | | | | | | | | |
| I.Adq.Pr - Feed | - | - | - | 4,560,000 | - | - | - | - | - | - | - | - | - |
| I.Adq.Pr - Vet/Med | - | - | - | 500,127 | - | - | - | - | - | - | - | - | - |
| I.Adq.Pr - Repairs & Maintenance | - | - | - | 140,000 | - | - | - | - | - | - | - | - | - |
| **Total Interim Adequate Protection to Vendors** | - | - | - | 5,200,127 | - | - | - | - | - | - | - | - | - |
| **Adequate Protection to Vendors** | | | | | | | | | | | | | |
| Adq.Pr - Feed | - | - | - | - | - | - | 500,000 | 1,187,000 | 1,500,000 | - | 500,000 | - | 250,000 |
| Adq. Pr - Loan/Lease Payments | - | - | - | - | - | - | - | 397,381 | - | - | - | - | - |
| **Total Adequate Protection to Vendors** | - | - | - | - | - | - | 500,000 | 1,584,381 | 1,500,000 | - | 500,000 | - | 250,000 |
| **Ongoing Op. Expenses - COD** | | | | | | | | | | | | | |
| Feed | 1,206,684 | 1,037,328 | 2,846,782 | 1,920,204 | 2,509,250 | 1,992,635 | 2,267,813 | 2,039,386 | 1,907,819 | 2,362,064 | 1,721,815 | 2,172,758 | 4,473,020 |
| Straw | - | - | - | - | - | 67,437 | 11,747 | 19,023 | 36,299 | 147,287 | 26,664 | 16,891 | - |
| Cattle | - | - | - | - | 37,250 | 30,000 | - | 16,950 | 3,450 | 26,100 | 39,625 | - | 30,975 |
| Supplies | - | - | 48,593 | 27,570 | 126,521 | 70,426 | 111,952 | 121,751 | 48,697 | 118,329 | 102,108 | 72,483 | 70,697 |
| Utilities | 15,474 | 39,760 | 145,125 | 12,032 | 36,456 | 7,106 | 33,165 | 5,156 | 188,563 | 81,327 | 291,509 | 10,550 | (18,975) |
| Vet/Med | 34,252 | 67,313 | 142,871 | 221,943 | 249,045 | 262,908 | 197,801 | 198,804 | 309,095 | 31,872 | 53,097 | 177,758 | 228,406 |
| Fuel | - | - | 1,514 | 88,186 | 155,926 | 263,429 | 138,585 | 123,962 | 2,849 | 111,624 | 127,658 | 171,803 | 3,587 |
| Trucking | - | - | 54,962 | - | 37,620 | 16,903 | 30,476 | 47,947 | 37,433 | 24,850 | 45,688 | 43,348 | 60,817 |
| Compost Turning & Hauling | - | - | - | - | - | 36,080 | 44,633 | 200,830 | - | - | 240,770 | 84,253 | 74,384 |
| Semen | - | - | - | - | - | 213,244 | - | 153,000 | - | 92,204 | - | 46,700 | - |
| Repairs & Maintenance | 12,500 | - | 144,252 | 64,392 | 155,184 | 442,097 | 248,063 | 241,542 | 118,611 | 315,829 | 214,546 | 151,142 | 291,135 |
| Insurance | - | - | - | - | 288,650 | - | - | - | - | - | - | - | - |
| Chemicals | - | - | - | - | 261,401 | - | 278,400 | 1,300 | - | - | 583,604 | 399,976 | 116,558 |
| Seed | - | - | - | 295,000 | - | - | 85,028 | 253,735 | 21,900 | 65,746 | 130,287 | - | - |
| Custom Farming | - | - | - | - | - | - | 15,850 | 21,460 | - | 65,759 | - | - | 104,011 |
| Rent | - | - | 2,350 | 10,000 | 4,500 | 356,500 | 3,115 | - | - | 12,350 | - | 2,350 | 10,000 |
| Professional Fees | - | - | - | - | - | - | - | 225,261 | - | - | - | - | 124,565 |
| Loan/Lease Payments | - | - | 91,664 | 333,239 | 105,706 | 395,569 | 28,843 | 120,368 | 132,075 | 339,226 | 47,734 | 106,401 | 40,290 |
| Rabo Interest Payment | - | - | - | - | 602,061 | - | 692,000 | - | - | - | 692,300 | - | - |
| MetLife Interest Payment | - | - | - | - | 156,974 | - | 685,000 | 25,864 | - | - | 707,642 | - | - |
| Conterra Interest Payment | - | - | - | - | - | 93,559 | - | - | - | - | 96,785 | - | - |
| Other | 15 | 8,024 | 203,274 | 6,313 | 119,331 | 18,742 | 171,430 | 106,880 | 53,841 | 165,480 | 87,629 | 390,842 | 38,500 |
| CAPEX | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Ongoing Op. Expenses - COD** | 1,268,925 | 1,152,425 | 3,681,386 | 2,978,880 | 4,845,775 | 4,266,485 | 5,043,900 | 3,923,220 | 2,860,632 | 3,960,046 | 5,209,463 | 3,847,254 | 5,647,971 |

**Forecast as of 10.27.24, last updated 11.15.24**
Actuals to Date, through 10-27
Forecasted Remainder through 04-30-25
Milk Prices as of 10-30-24

| | ACTUAL BK Wk14 1-Jul 7-Jul | ACTUAL BK Wk15 8-Jul 14-Jul | ACTUAL BK Wk16 15-Jul 21-Jul | ACTUAL BK Wk17 22-Jul 28-Jul | ACTUAL BK Wk18 29-Jul 4-Aug | ACTUAL BK Wk19 5-Aug 11-Aug | ACTUAL BK Wk20 12-Aug 18-Aug | ACTUAL BK Wk21 19-Aug 25-Aug | ACTUAL BK Wk22 26-Aug 1-Sep | ACTUAL BK Wk23 2-Sep 8-Sep | ACTUAL BK Wk24 9-Sep 15-Sep | ACTUAL BK Wk25 16-Sep 22-Sep | ACTUAL BK Wk26 23-Sep 29-Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SUMMARY CASH FLOW** | | | | | | | | | | | | | |
| **Net Cash Receipts** | | | | | | | | | | | | | |
| Net Milk Checks | $ 6,779,037 | $ - | $ 8,258,277 | $ - | $ 7,085,637 | $ - | $ - | $ 8,972,103 | $ 1,649,750 | $ 5,720,927 | $ - | $ 9,952,510 | $ - |
| Dairy Revenue Protection | - | - | - | - | - | - | - | - | (399,274) | - | - | - | - |
| Custom Feeding Receipts | 550,841 | 391,253 | 474,721 | 378,033 | 468,091 | 381,114 | 440,855 | 87,638 | 850,984 | 249,624 | 382,719 | 343,915 | 478,960 |
| Net Cattle Sales Receipts | 1,144,154 | 1,612,622 | 1,278,612 | 697,657 | 69,535 | 1,630,190 | 271,745 | 27,251 | 20,414 | 1,019,391 | 438,891 | 24,183 | 1,139,838 |
| Trucking Income | - | 3,373 | 1,695 | 1,110 | 10,438 | 60,992 | 242 | 32,047 | 29,703 | 19,472 | 10,870 | 53,099 | 52,102 |
| Digester Income | 225,000 | - | - | 225,000 | - | 240,000 | - | 225,000 | - | - | - | - | - |
| AR Collections | - | - | - | - | - | - | - | - | - | - | 87,361 | - | - |
| Collection Timing Contingency | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sale of Equipment | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Receipts | - | 68,000 | 5,000 | 3,628 | 81 | - | 336,300 | 1,030 | 282 | - | 88,438 | 1,000 | 0 |
| **TOTAL Cash Receipts** | $ 8,699,032 | $ 2,075,248 | $ 10,018,305 | $ 1,305,427 | $ 7,633,783 | $ 2,312,297 | $ 1,049,142 | $ 9,345,069 | $ 2,151,858 | $ 7,009,414 | $ 1,008,280 | $ 10,374,708 | $ 1,670,900 |
| | | | | | | | | | | | | | |
| **Cash Disbursements** | | | | | | | | | | | | | |
| Payroll | $ 258,524 | $ 753,612 | $ 346,944 | $ 806,417 | $ 68,669 | $ 1,047,464 | $ 149,643 | $ 962,587 | $ 214,092 | $ 513,278 | $ 645,100 | $ 288,021 | $ 822,868 |
| EE Benefits | 62,961 | - | - | 31,173 | 3,663 | 70,171 | - | 578 | 241 | 100,781 | - | 569 | 41,986 |
| Owner Distributions | - | - | - | 1,118 | - | - | - | - | 1,118 | - | 11,689 | - | - |
| **Total Salary & Wages** | 321,486 | 753,612 | 346,944 | 838,708 | 72,332 | 1,117,635 | 149,643 | 963,165 | 215,451 | 614,058 | 656,789 | 288,590 | 864,854 |
| | | | | | | | | | | | | | |
| **Interim Adequate Protection to Vendors** | | | | | | | | | | | | | |
| I.Adq.Pr - Feed | - | - | - | - | - | - | - | - | - | - | - | - | - |
| I.Adq.Pr - Vet/Med | - | - | - | - | - | - | - | - | - | - | - | - | - |
| I.Adq.Pr - Repairs & Maintenance | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Interim Adequate Protection to Vend** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **Adequate Protection to Vendors** | | | | | | | | | | | | | |
| Adq.Pr - Feed | 1,000,000 | - | - | - | 1,000,000 | - | - | 2,646,207 | - | - | - | - | - |
| Adq. Pr - Loan/Lease Payments | - | 198,690 | - | - | - | - | - | - | - | - | - | - | - |
| **Total Adequate Protection to Vendors** | 1,000,000 | 198,690 | - | - | 1,000,000 | - | - | 2,646,207 | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **Ongoing Op. Expenses - COD** | | | | | | | | | | | | | |
| Feed | 2,107,965 | 2,673,817 | 2,570,876 | 2,918,700 | 2,130,705 | 1,706,461 | 1,632,249 | 1,657,853 | 2,555,643 | 2,557,982 | 1,325,873 | 2,476,687 | 3,324,548 |
| Straw | - | 1,012,500 | 1,036,669 | - | 204,742 | 243,421 | 1,086 | 107,853 | 251,127 | 393,475 | 98,526 | 436,415 | 624,807 |
| Cattle | - | 23,675 | 18,900 | - | - | 78,550 | - | 24,450 | - | - | - | 35,375 | 40,575 |
| Supplies | 82,801 | 46,784 | 96,678 | 96,368 | 98,711 | 81,623 | 114,071 | 73,267 | 45,691 | 83,323 | 108,927 | 99,658 | 118,709 |
| Utilities | 21,826 | 50,459 | 354,799 | 17,511 | 6,124 | 19,030 | 455,723 | 84,084 | 10,601 | 410,716 | 5,354 | 17,801 | 18,155 |
| Vet/Med | 175,270 | 262,971 | 202,050 | 275,074 | 183,699 | 105,569 | (154,298) | 251,675 | 180,241 | 237,511 | 89,926 | 277,757 | 162,253 |
| Fuel | 67,851 | 129,151 | 150,603 | 64,250 | 144,187 | 87,848 | 2,228 | 139,310 | 57,356 | 114,800 | 53,252 | 235,338 | 2,643 |
| Trucking | 8,855 | 21,311 | 145,115 | 8,792 | 113,836 | 77,428 | 19,076 | 30,895 | 75,874 | 41,887 | 43,239 | 49,552 | 22,557 |
| Compost Turning & Hauling | 55,920 | 51,609 | - | 108,668 | - | - | 18,502 | 31,808 | 33,758 | 8,950 | - | 29,428 | 21,173 |
| Semen | 248,720 | - | - | - | - | 206,816 | - | - | - | - | - | 262,313 | - |
| Repairs & Maintenance | 225,160 | 366,452 | 217,333 | 132,282 | 382,626 | 365,438 | 149,215 | 390,842 | 319,777 | 273,664 | 202,806 | 372,279 | 373,778 |
| Insurance | - | - | 2,867,998 | - | - | - | (6,691) | - | - | - | 18,287 | 928 | - |
| Chemicals | 420,346 | 13,826 | 14,471 | 137,012 | 181,189 | 467,312 | - | 286,554 | - | - | - | 141,918 | 22,592 |
| Seed | 81,700 | 89,781 | 7,200 | - | - | - | - | - | - | - | - | - | - |
| Custom Farming | 19,430 | - | - | - | - | - | - | - | - | - | - | 137,102 | - |
| Rent | 2,000 | - | 2,082 | - | 2,000 | 10,000 | - | 5,548 | - | 9,500 | - | 2,000 | - |
| Professional Fees | 74,653 | - | - | 64,809 | - | 47,225 | 42,500 | 252,226 | - | - | 77,432 | 78,560 | 53,161 |
| Loan/Lease Payments | 45,431 | 247,555 | 109,847 | 695 | 84,081 | 173,605 | 418,983 | 106,914 | 9,779 | 322,001 | 37,617 | 189,002 | 124,075 |
| Rabo Interest Payment | - | 654,731 | - | - | - | 677,662 | - | - | - | - | 677,608 | - | - |
| MetLife Interest Payment | - | 704,407 | - | - | - | 701,159 | - | - | - | - | 697,899 | - | - |
| Conterra Interest Payment | - | 96,785 | - | - | - | 96,785 | - | - | - | - | 96,785 | - | - |
| Other | 60,712 | 12,967 | 73,410 | 41,296 | 465,632 | 81,063 | 33,105 | 43,736 | 40,103 | 68,597 | 10,626 | 64,164 | 58,664 |
| CAPEX | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Ongoing Op. Expenses - COD** | 3,698,640 | 6,458,782 | 7,868,031 | 3,865,457 | 3,997,532 | 5,226,995 | 2,725,747 | 3,487,015 | 3,579,951 | 4,522,406 | 3,544,157 | 4,906,275 | 4,967,690 |

| Forecast as of 10.27.24, last updated 11.15.24 | ACTUAL BK Wk27 | ACTUAL BK Wk28 | ACTUAL BK Wk29 | ACTUAL BK Wk30 | FORECAST BK Wk31 | FORECAST BK Wk32 | FORECAST BK Wk33 | FORECAST BK Wk34 | FORECAST BK Wk35 | FORECAST BK Wk36 | FORECAST BK Wk37 | FORECAST BK Wk38 | FORECAST BK Wk39 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actuals to Date, through 10-27 | 30-Sep | 7-Oct | 14-Oct | 21-Oct | 28-Oct | 4-Nov | 11-Nov | 18-Nov | 25-Nov | 2-Dec | 9-Dec | 16-Dec | 23-Dec |
| Forecasted Remainder through 04-30-25 | 6-Oct | 13-Oct | 20-Oct | 27-Oct | 3-Nov | 10-Nov | 17-Nov | 24-Nov | 1-Dec | 8-Dec | 15-Dec | 22-Dec | 29-Dec |
| **SUMMARY CASH FLOW** | | | | | | | | | | | | | |
| **Net Cash Receipts** | | | | | | | | | | | | | |
| Net Milk Checks | $ 8,125,299 | $ - | $ 6,958,809 | $ 2,976,455 | $ 6,968,697 | $ - | $ - | $ 8,787,293 | $ 6,737,272 | $ - | $ - | $ 7,622,413 | $ - |
| Dairy Revenue Protection | - | - | - | - | - | - | - | - | (955,000) | - | - | - | - |
| Custom Feeding Receipts | 174,222 | 602,400 | 171,990 | 349,065 | 679,403 | - | 711,217 | - | 716,285 | - | 623,992 | - | 579,592 |
| Net Cattle Sales Receipts | 11,767 | 384,725 | 318,126 | 271,912 | 283,790 | 209,600 | 1,141,475 | 209,600 | 759,875 | 209,600 | 1,447,640 | 284,300 | 1,444,910 |
| Trucking Income | 200 | 200,243 | 469,476 | 5,076 | 113,310 | - | 111,009 | - | 184,000 | - | 172,500 | - | 172,500 |
| Digester Income | - | - | - | - | - | - | - | - | - | - | - | - | - |
| AR Collections | - | 19,157 | - | - | 84,209 | - | - | - | - | - | - | - | - |
| Collection Timing Contingency | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sale of Equipment | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Receipts | 238 | - | 68,000 | 137,097 | - | - | - | 267,000 | - | 47,500 | - | - | - |
| **TOTAL Cash Receipts** | $ 8,311,726 | $ 1,206,525 | $ 7,986,401 | $ 3,739,605 | $ 8,129,410 | $ 209,600 | $ 1,963,701 | $ 9,263,893 | $ 7,442,431 | $ 257,100 | $ 2,244,132 | $ 7,906,713 | $ 2,197,002 |
| | | | | | | | | | | | | | |
| **Cash Disbursements** | | | | | | | | | | | | | |
| Payroll | $ 296,972 | $ 801,478 | $ 44,582 | $ 1,156,256 | $ - | $ 1,224,551 | $ - | $ 1,148,016 | $ - | $ 1,148,016 | $ - | $ 1,148,016 | $ - |
| EE Benefits | - | 37,791 | 42,433 | - | 68,389 | - | - | - | 68,389 | - | - | - | - |
| Owner Distributions | - | 1,118 | - | - | 10,000 | - | - | - | 10,000 | - | - | - | - |
| **Total Salary & Wages** | 296,972 | 840,387 | 87,015 | 1,156,256 | 78,389 | 1,224,551 | - | 1,148,016 | 78,389 | 1,148,016 | - | 1,148,016 | - |
| | | | | | | | | | | | | | |
| **Interim Adequate Protection to Vendors** | | | | | | | | | | | | | |
| I.Adq.Pr - Feed | - | - | - | - | - | - | - | - | - | - | - | - | - |
| I.Adq.Pr - Vet/Med | - | - | - | - | - | - | - | - | - | - | - | - | - |
| I.Adq.Pr - Repairs & Maintenance | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Interim Adequate Protection to Vend** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **Adequate Protection to Vendors** | | | | | | | | | | | | | |
| Adq.Pr - Feed | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adq. Pr - Loan/Lease Payments | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Adequate Protection to Vendors** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **Ongoing Op. Expenses - COD** | | | | | | | | | | | | | |
| Feed | 2,050,734 | 2,248,714 | 1,803,657 | 2,828,770 | 2,265,000 | 2,262,000 | 3,066,000 | 3,064,000 | 2,378,000 | 1,852,000 | 1,853,000 | 1,854,000 | 1,854,000 |
| Straw | 84,111 | - | 105,994 | 102,949 | 59,375 | 59,375 | 59,375 | 59,375 | 59,375 | 59,375 | 59,375 | 59,375 | 59,375 |
| Cattle | - | 170,500 | 135,000 | - | 7,600 | 10,350 | 10,350 | 310,350 | 10,350 | 18,300 | 18,300 | 18,300 | 18,300 |
| Supplies | 54,996 | 136,353 | 120,513 | 107,113 | 116,123 | 116,200 | 116,200 | 116,200 | 115,374 | 110,419 | 110,419 | 110,419 | 110,419 |
| Utilities | 369,711 | 6,159 | 18,707 | 8,750 | - | - | - | 244,000 | - | - | 240,000 | - | - |
| Vet/Med | 120,617 | 471,384 | 196,105 | 119,494 | 158,581 | 158,667 | 158,667 | 158,667 | 159,774 | 166,419 | 166,419 | 166,419 | 166,419 |
| Fuel | 54,897 | 55,065 | 54,656 | 64,856 | 104,542 | 104,533 | 104,533 | 104,533 | 103,019 | 93,935 | 93,935 | 93,935 | 93,935 |
| Trucking | 73,053 | 25,487 | 52,750 | 30,147 | 47,397 | 47,367 | 47,367 | 47,367 | 47,374 | 47,419 | 47,419 | 47,419 | 47,419 |
| Compost Turning & Hauling | - | - | 28,045 | 68,636 | 68,397 | 68,367 | 68,367 | 68,367 | 71,826 | 92,581 | 92,581 | 92,581 | 92,581 |
| Semen | 19,888 | - | 214,029 | - | 50,832 | 50,867 | 50,867 | 50,867 | 50,858 | 50,806 | 50,806 | 50,806 | 50,806 |
| Repairs & Maintenance | 262,910 | 90,790 | 152,976 | 206,620 | 229,803 | 226,100 | 226,100 | 226,100 | 222,671 | 202,097 | 202,097 | 202,097 | 202,097 |
| Insurance | - | - | 532 | 3,404 | - | - | - | - | - | - | - | - | - |
| Chemicals | - | - | 1,300 | 1,005 | 6,390 | 2,567 | 2,567 | 2,567 | 2,200 | - | - | - | - |
| Seed | - | - | 8,246 | - | 9,548 | - | - | - | - | - | - | - | - |
| Custom Farming | - | - | - | - | 12,026 | 11,200 | 11,200 | 11,200 | 10,245 | 4,516 | 4,516 | 4,516 | 4,516 |
| Rent | 9,500 | 50,000 | 2,000 | - | 12,000 | - | - | 1,429,000 | 12,000 | - | - | - | - |
| Professional Fees | 199,312 | - | 2,701 | - | 17,837 | - | - | 42,500 | 182,053 | - | - | 1,244,833 | - |
| Loan/Lease Payments | 13,312 | 280,580 | 272,476 | 18,981 | 231,246 | 280,729 | 106,657 | 741 | 231,246 | - | 383,184 | 4,943 | 4,750 |
| Rabo Interest Payment | - | 617,096 | - | - | - | 692,000 | - | - | - | - | 692,000 | - | - |
| MetLife Interest Payment | - | 694,625 | - | - | - | 685,000 | - | - | - | - | 685,000 | - | - |
| Conterra Interest Payment | - | 96,785 | - | - | - | 93,500 | - | - | - | - | 93,500 | - | - |
| Other | 136,377 | 48,842 | 10,752 | 24,266 | 73,513 | 79,100 | 79,100 | 79,100 | 79,477 | 81,742 | 81,742 | 81,742 | 81,742 |
| CAPEX | - | - | - | - | - | - | 250,000 | - | - | - | - | - | - |
| **Total Ongoing Op. Expenses - COD** | 3,449,418 | 4,992,381 | 3,180,440 | 3,584,992 | 3,470,209 | 4,947,920 | 4,357,349 | 6,014,933 | 3,735,844 | 2,779,610 | 4,634,295 | 4,271,386 | 2,786,361 |

| Forecast as of 10.27.24, last updated 11.15.24 | | *partial WK for YE* | *partial WK for YE* | | | | *partial WK for Month End* | *partial WK for Month End* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actuals to Date, through 10-27 | | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST |
| Forecasted Remainder through 04-30-25 | | BK Wk40a | BK Wk40b | BK Wk41 | BK Wk42 | BK Wk43 | BK Wk44a | BK Wk44b | BK Wk45 | BK Wk46 | BK Wk47 | BK Wk48 | BK Wk49 | BK Wk50 |
| Milk Prices as of 10-30-24 | | 30-Dec | 1-Jan | 6-Jan | 13-Jan | 20-Jan | 27-Jan | 1-Feb | 3-Feb | 10-Feb | 17-Feb | 24-Feb | 3-Mar | 10-Mar |
| | | 31-Dec | 5-Jan | 12-Jan | 19-Jan | 26-Jan | 31-Jan | 2-Feb | 9-Feb | 16-Feb | 23-Feb | 2-Mar | 9-Mar | 16-Mar |
| **SUMMARY CASH FLOW** | | | | | | | | | | | | | | |
| **Net Cash Receipts** | | | | | | | | | | | | | | |
| Net Milk Checks | $ - | $ 6,639,526 | $ - | $ 7,979,433 | $ - | $ - | $ 6,631,119 | $ - | $ - | $ 7,974,592 | $ 6,758,417 | $ - | $ - |
| Dairy Revenue Protection | - | - | - | - | - | 90,000 | - | - | - | - | - | - | - |
| Custom Feeding Receipts | - | 557,392 | - | - | 597,885 | - | - | 557,392 | - | 597,885 | - | - | 557,392 |
| Net Cattle Sales Receipts | 284,300 | 121,750 | 197,300 | 971,233 | 238,250 | 969,905 | 202,390 | 59,500 | 208,700 | 1,097,293 | 208,700 | 982,105 | 381,800 |
| Trucking Income | - | 172,500 | - | - | 184,000 | - | - | 120,833 | - | 123,333 | - | - | 120,833 |
| Digester Income | - | - | - | - | - | - | - | - | - | - | - | - | - |
| AR Collections | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Collection Timing Contingency | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sale of Equipment | - | - | - | - | - | - | - | - | - | - | 41,667 | - | - |
| Other Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL Cash Receipts** | $ 284,300 | $ 7,491,168 | $ 197,300 | $ 8,950,665 | $ 1,020,135 | $ 1,059,905 | $ 6,833,509 | $ 737,725 | $ 208,700 | $ 9,793,102 | $ 7,008,784 | $ 982,105 | $ 1,060,025 |
| **Cash Disbursements** | | | | | | | | | | | | | | |
| Payroll | $ - | $ 1,148,016 | $ - | $ - | $ 1,148,016 | $ - | $ - | $ 1,148,019 | $ - | $ 1,148,021 | $ - | $ 1,148,023 | $ - |
| EE Benefits | - | 68,389 | - | - | - | - | 68,389 | - | - | - | 68,389 | - | - |
| Owner Distributions | - | 10,000 | - | - | - | - | 10,000 | - | - | - | 10,000 | - | - |
| **Total Salary & Wages** | - | 1,226,405 | - | - | 1,148,016 | - | 78,389 | 1,148,019 | - | 1,148,021 | 78,389 | 1,148,023 | - |
| **Interim Adequate Protection to Vendors** | | | | | | | | | | | | | | |
| I.Adq.Pr - Feed | - | - | - | - | - | - | - | - | - | - | - | - | - |
| I.Adq.Pr - Vet/Med | - | - | - | - | - | - | - | - | - | - | - | - | - |
| I.Adq.Pr - Repairs & Maintenance | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Interim Adequate Protection to Vendors** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Adequate Protection to Vendors** | | | | | | | | | | | | | | |
| Adq.Pr - Feed | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adq. Pr - Loan/Lease Payments | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Adequate Protection to Vendors** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ongoing Op. Expenses - COD** | | | | | | | | | | | | | | |
| Feed | 530,000 | 1,209,000 | 1,618,000 | 1,621,000 | 1,626,000 | 1,163,000 | 497,000 | 1,743,000 | 1,746,000 | 1,750,000 | 1,753,000 | 1,758,000 | 1,765,000 |
| Straw | 16,964 | 42,411 | 59,375 | 59,375 | 59,375 | 42,411 | 16,964 | 59,375 | 59,375 | 59,375 | 59,375 | 59,375 | 106,924 |
| Cattle | 9,000 | 8,750 | 17,500 | 17,500 | 17,500 | 8,750 | 19,640 | 19,640 | 19,640 | 19,640 | 19,640 | 16,350 | 16,350 |
| Supplies | 31,548 | 77,258 | 108,161 | 108,161 | 108,161 | 77,258 | 91,400 | 91,400 | 91,400 | 91,400 | 91,400 | 122,250 | 122,250 |
| Utilities | - | - | - | - | 179,333 | - | 37,867 | 37,867 | 37,867 | 37,867 | 37,867 | 49,083 | 49,083 |
| Vet/Med | 47,548 | 117,403 | 164,364 | 164,364 | 164,364 | 117,403 | 139,341 | 139,341 | 139,341 | 139,341 | 139,341 | 187,522 | 187,522 |
| Fuel | 26,839 | 65,806 | 92,129 | 92,129 | 92,129 | 65,806 | 77,800 | 77,800 | 77,800 | 77,800 | 77,800 | 21 | 104,000 |
| Trucking | 13,548 | 6,344 | 8,882 | 8,882 | 8,882 | 6,344 | 6,067 | 6,067 | 6,067 | 6,067 | 6,067 | 10,833 | 10,833 |
| Compost Turning & Hauling | 26,452 | 47,742 | 66,839 | 66,839 | 66,839 | 47,742 | 65,400 | 65,400 | 65,400 | 65,400 | 65,400 | 80,000 | 80,000 |
| Semen | 14,516 | 35,645 | 49,903 | 49,903 | 49,903 | 35,645 | 42,200 | 42,200 | 42,200 | 42,200 | 42,200 | 56,250 | 56,250 |
| Repairs & Maintenance | 57,742 | 67,151 | 94,011 | 94,011 | 94,011 | 67,151 | 86,667 | 86,667 | 86,667 | 86,667 | 86,667 | 115,833 | 115,833 |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Chemicals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Seed | - | - | - | - | - | - | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | - | - |
| Custom Farming | 1,290 | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent | - | 7,000 | - | - | - | - | 23,000 | - | - | - | - | 37,000 | - |
| Professional Fees | 335,001 | - | 630,000 | - | - | - | - | 630,000 | - | - | - | - | 630,000 |
| Loan/Lease Payments | 5,029 | 231,246 | 247,089 | 141,038 | 4,750 | 5,029 | 223,684 | 237,000 | - | 168,409 | 60 | 223,684 | 237,000 |
| Rabo Interest Payment | - | - | 692,000 | - | - | - | - | - | 692,000 | - | - | - | 692,000 |
| MetLife Interest Payment | - | - | 685,000 | - | - | - | - | - | - | 685,000 | - | - | 685,000 |
| Conterra Interest Payment | - | - | 93,500 | - | - | - | - | - | 93,500 | - | - | - | 93,500 |
| Other | 23,355 | 48,387 | 67,742 | 67,742 | 67,742 | 48,387 | 79,000 | 79,000 | 79,000 | 79,000 | 79,000 | 82,750 | 82,750 |
| CAPEX | - | 46,774 | 65,484 | 65,484 | 65,484 | 46,774 | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | 72,500 | 72,500 |
| **Total Ongoing Op. Expenses - COD** | 1,138,833 | 2,010,918 | 4,759,979 | 2,556,428 | 2,604,473 | 1,731,701 | 1,465,430 | 3,374,156 | 3,980,656 | 2,682,565 | 2,517,216 | 2,871,452 | 5,106,795 |

| Forecast as of 10.27.24, last updated 11.15.24 | | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | *partial WK for Month End* FORECAST | FORECAST |
|---|---|---|---|---|---|---|---|---|---|
| Actuals to Date, through 10-27 | | BK Wk51 | BK Wk52 | BK Wk53 | BK Wk54 | BK Wk55 | BK Wk56 | BK Wk57a | TOTAL |
| Forecasted Remainder through 04-30-25 | | 17-Mar | 24-Mar | 31-Mar | 7-Apr | 14-Apr | 21-Apr | 28-Apr | 2-Apr-24 |
| Milk Prices as of 10-30-24 | | 23-Mar | 30-Mar | 6-Apr | 13-Apr | 20-Apr | 27-Apr | 30-Apr | 30-Apr-25 |
| **SUMMARY CASH FLOW** | | | | | | | | | |
| **Net Cash Receipts** | | | | | | | | | |
| Net Milk Checks | $ | 6,688,336 | $ - | $ 6,932,538 | $ - | $ 8,334,619 | $ - | $ - | $ 189,072,550 |
| Dairy Revenue Protection | | - | - | - | - | - | - | - | 462,651 |
| Custom Feeding Receipts | | - | 526,406 | - | 607,392 | - | - | 647,885 | 18,903,004 |
| Net Cattle Sales Receipts | | 626,870 | 381,800 | 623,343 | 288,490 | 198,400 | 617,635 | 198,400 | 32,506,138 |
| Trucking Income | | - | 115,833 | - | 120,833 | - | - | 123,333 | 2,931,889 |
| Digester Income | | - | - | - | - | - | - | - | 2,055,000 |
| AR Collections | | - | - | - | - | - | - | - | 7,199,850 |
| Collection Timing Contingency | | - | - | - | - | - | - | - | (155,000) |
| Sale of Equipment | | - | 41,667 | - | - | - | - | 41,667 | 125,000 |
| Other Receipts | | - | - | - | - | - | - | - | 1,789,115 |
| **TOTAL Cash Receipts** | $ | 7,315,206 | $ 1,065,706 | $ 7,555,881 | $ 1,016,715 | $ 8,533,019 | $ 617,635 | $ 1,011,285 | $ 254,890,196 |
| | | | | | | | | | |
| **Cash Disbursements** | | | | | | | | | |
| Payroll | $ | 1,148,025 | $ - | $ 1,148,027 | $ - | $ 1,148,029 | $ - | $ - | $ 30,169,397 |
| EE Benefits | | - | - | 68,389 | - | - | - | - | 1,123,436 |
| Owner Distributions | | - | - | 10,000 | - | - | - | - | 85,384 |
| **Total Salary & Wages** | | 1,148,025 | - | 1,226,416 | - | 1,148,029 | - | - | 31,378,217 |
| | | | | | | | | | |
| **Interim Adequate Protection to Vendors** | | | | | | | | | |
| I.Adq.Pr - Feed | | - | - | - | - | - | - | - | 4,560,000 |
| I.Adq.Pr - Vet/Med | | - | - | - | - | - | - | - | 500,127 |
| I.Adq.Pr - Repairs & Maintenance | | - | - | - | - | - | - | - | 140,000 |
| **Total Interim Adequate Protection to Vendors** | | - | - | - | - | - | - | - | 5,200,127 |
| | | | | | | | | | |
| **Adequate Protection to Vendors** | | | | | | | | | |
| Adq.Pr - Feed | | - | - | - | - | - | - | - | 8,583,207 |
| Adq. Pr - Loan/Lease Payments | | - | - | - | - | - | - | - | 596,071 |
| **Total Adequate Protection to Vendors** | | - | - | - | - | - | - | - | 9,179,278 |
| | | | | | | | | | |
| **Ongoing Op. Expenses - COD** | | | | | | | | | |
| Feed | | 1,809,000 | 1,816,000 | 1,822,000 | 1,827,000 | 1,831,000 | 1,837,000 | 788,000 | 117,985,793 |
| Straw | | - | - | - | - | - | - | - | 6,264,070 |
| Cattle | | 16,350 | 16,350 | 14,680 | 14,680 | 14,680 | 14,680 | 14,680 | 1,449,575 |
| Supplies | | 122,250 | 122,250 | 94,600 | 94,600 | 94,600 | 94,600 | 94,600 | 5,436,032 |
| Utilities | | 49,083 | 49,083 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 3,980,091 |
| Vet/Med | | 187,522 | 187,522 | 147,087 | 147,087 | 147,087 | 147,087 | 147,087 | 9,750,175 |
| Fuel | | 104,000 | 207,979 | 80,600 | 80,600 | 80,600 | 80,600 | 80,600 | 5,207,155 |
| Trucking | | 10,833 | 10,833 | 7,267 | 7,267 | 7,267 | 7,267 | 7,267 | 1,829,328 |
| Compost Turning & Hauling | | 80,000 | 80,000 | 58,600 | 58,600 | 58,600 | 58,600 | 58,600 | 3,115,543 |
| Semen | | 56,250 | 56,250 | 43,600 | 43,600 | 43,600 | 43,600 | 43,600 | 2,803,946 |
| Repairs & Maintenance | | 115,833 | 115,833 | 104,867 | 104,867 | 104,867 | 104,867 | 104,867 | 10,718,476 |
| Insurance | | - | - | - | - | - | - | - | 3,173,107 |
| Chemicals | | - | - | 105,200 | 105,200 | 105,200 | 105,200 | 105,200 | 3,871,054 |
| Seed | | - | - | - | - | - | - | - | 1,055,171 |
| Custom Farming | | - | - | - | - | - | - | - | 438,838 |
| Rent | | - | - | 10,000 | - | - | - | - | 2,025,546 |
| Professional Fees | | - | 442,500 | - | - | 630,000 | - | - | 6,027,129 |
| Loan/Lease Payments | | - | 168,409 | 223,744 | 237,000 | - | 168,409 | 60 | 7,961,186 |
| Rabo Interest Payment | | - | - | - | 692,000 | - | - | - | 8,765,459 |
| MetLife Interest Payment | | - | - | - | 685,000 | - | - | - | 8,483,571 |
| Conterra Interest Payment | | - | - | - | 93,500 | - | - | - | 1,138,487 |
| Other | | 82,750 | 82,750 | 65,600 | 65,600 | 65,600 | 65,600 | 65,600 | 4,739,230 |
| CAPEX | | 72,500 | 72,500 | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | 1,410,000 |
| **Total Ongoing Op. Expenses - COD** | | 2,706,372 | 3,428,259 | 2,877,512 | 4,356,267 | 3,282,767 | 2,827,176 | 1,609,827 | 217,628,964 |

10.27.24 - Updated Cash Collateral Budget as of 11.15.24.xlsx
Forecast v4 through 4-30

**Forecast as of 10.27.24, last updated 11.15.24**

| | Actuals to Date, through 10-27<br>Forecasted Remainder through 04-30-25<br>Milk Prices as of 10-30-24 | ACTUAL<br>BK Wk1<br>2-Apr<br>7-Apr | ACTUAL<br>BK Wk2<br>8-Apr<br>14-Apr | ACTUAL<br>BK Wk3<br>15-Apr<br>21-Apr | ACTUAL<br>BK Wk4<br>22-Apr<br>28-Apr | ACTUAL<br>BK Wk5<br>29-Apr<br>5-May | ACTUAL<br>BK Wk6<br>6-May<br>12-May | ACTUAL<br>BK Wk7<br>13-May<br>19-May | ACTUAL<br>BK Wk8<br>20-May<br>26-May | ACTUAL<br>BK Wk9<br>27-May<br>2-Jun | ACTUAL<br>BK Wk10<br>3-Jun<br>9-Jun | ACTUAL<br>BK Wk11<br>10-Jun<br>16-Jun | ACTUAL<br>BK Wk12<br>17-Jun<br>23-Jun | ACTUAL<br>BK Wk13<br>24-Jun<br>30-Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Other Disbursements | | | | | | | | | | | | | |
| | UST Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | **Total Other Disbursements** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | **TOTAL Cash Disbursements** | $ 2,493,421 | $ 1,158,205 | $ 4,864,770 | $ 8,180,125 | $ 4,905,976 | $ 5,443,239 | $ 5,546,321 | $ 6,683,456 | $ 4,439,401 | $ 5,202,920 | $ 5,711,945 | $ 5,113,955 | $ 5,948,345 |
| | Starting Cash | $ 168,699 | $ 1,035,524 | $ 176,347 | $ 2,381,113 | $ 3,587,617 | $ 9,733,184 | $ 6,436,414 | $ 10,811,376 | $ 11,813,753 | $ 15,226,825 | $ 10,782,118 | $ 6,975,717 | $ 13,507,235 |
| | Net Change in Cash | 866,825 | (859,177) | 2,204,766 | (7,293,496) | 6,145,567 | (3,296,770) | (3,625,038) | 1,002,377 | 3,413,072 | (4,444,707) | (3,806,402) | 4,531,518 | (3,894,992) |
| | **Ending Cash, Before DIP** | $ 1,035,524 | $ 176,347 | $ 2,381,113 | $ (4,912,383) | $ 9,733,184 | $ 6,436,414 | $ 2,811,376 | $ 11,813,753 | $ 15,226,825 | $ 10,782,118 | $ 6,975,717 | $ 11,507,235 | $ 9,612,243 |
| | DIP Financing | - | - | - | 8,500,000 | - | - | 8,000,000 | - | - | - | - | 2,000,000 | - |
| >>> | **Ending Cash** | $ 1,035,524 | $ 176,347 | $ 2,381,113 | $ 3,587,617 | $ 9,733,184 | $ 6,436,414 | $ 10,811,376 | $ 11,813,753 | $ 15,226,825 | $ 10,782,118 | $ 6,975,717 | $ 13,507,235 | $ 9,612,243 |

**Forecast as of 10.27.24, last updated 11.15.24**
Actuals to Date, through 10-27
Forecasted Remainder through 04-30-25
Milk Prices as of 10-30-24

| | ACTUAL BK Wk14 1-Jul 7-Jul | ACTUAL BK Wk15 8-Jul 14-Jul | ACTUAL BK Wk16 15-Jul 21-Jul | ACTUAL BK Wk17 22-Jul 28-Jul | ACTUAL BK Wk18 29-Jul 4-Aug | ACTUAL BK Wk19 5-Aug 11-Aug | ACTUAL BK Wk20 12-Aug 18-Aug | ACTUAL BK Wk21 19-Aug 25-Aug | ACTUAL BK Wk22 26-Aug 1-Sep | ACTUAL BK Wk23 2-Sep 8-Sep | ACTUAL BK Wk24 9-Sep 15-Sep | ACTUAL BK Wk25 16-Sep 22-Sep | ACTUAL BK Wk26 23-Sep 29-Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Other Disbursements** | | | | | | | | | | | | | |
| UST Fees | - | - | - | - | 252,250 | - | - | - | - | - | - | - | - |
| **Total Other Disbursements** | - | - | - | - | 252,250 | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **TOTAL Cash Disbursements** | $ 5,020,126 | $ 7,411,085 | $ 8,214,975 | $ 4,704,165 | $ 5,322,114 | $ 6,344,630 | $ 2,875,390 | $ 7,096,387 | $ 3,795,402 | $ 5,136,465 | $ 4,200,946 | $ 5,194,865 | $ 5,832,545 |
| | | | | | | | | | | | | | |
| **Starting Cash** | $ 9,612,243 | $ 13,291,150 | $ 7,955,313 | $ 9,758,644 | $ 6,359,906 | $ 8,671,575 | $ 4,639,242 | $ 2,812,995 | $ 5,061,676 | $ 3,418,132 | $ 5,291,082 | $ 2,098,416 | $ 7,278,258 |
| **Net Change in Cash** | 3,678,906 | (5,335,836) | 1,803,331 | (3,398,738) | 2,311,669 | (4,032,333) | (1,826,247) | 2,248,681 | (1,643,544) | 1,872,950 | (3,192,666) | 5,179,842 | (4,161,645) |
| **Ending Cash, Before DIP** | $ 13,291,150 | $ 7,955,313 | $ 9,758,644 | $ 6,359,906 | $ 8,671,575 | $ 4,639,242 | $ 2,812,995 | $ 5,061,676 | $ 3,418,132 | $ 5,291,082 | $ 2,098,416 | $ 7,278,258 | $ 3,116,613 |
| | | | | | | | | | | | | | |
| **DIP Financing** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| >>>  **Ending Cash** | $ 13,291,150 | $ 7,955,313 | $ 9,758,644 | $ 6,359,906 | $ 8,671,575 | $ 4,639,242 | $ 2,812,995 | $ 5,061,676 | $ 3,418,132 | $ 5,291,082 | $ 2,098,416 | $ 7,278,258 | $ 3,116,613 |

**Forecast as of 10.27.24, last updated 11.15.24**
Actuals to Date, through 10-27
Forecasted Remainder through 04-30-25
Milk Prices as of 10-30-24

| | ACTUAL BK Wk27 30-Sep 6-Oct | ACTUAL BK Wk28 7-Oct 13-Oct | ACTUAL BK Wk29 14-Oct 20-Oct | ACTUAL BK Wk30 21-Oct 27-Oct | FORECAST BK Wk31 28-Oct 3-Nov | FORECAST BK Wk32 4-Nov 10-Nov | FORECAST BK Wk33 11-Nov 17-Nov | FORECAST BK Wk34 18-Nov 24-Nov | FORECAST BK Wk35 25-Nov 1-Dec | FORECAST BK Wk36 2-Dec 8-Dec | FORECAST BK Wk37 9-Dec 15-Dec | FORECAST BK Wk38 16-Dec 22-Dec | FORECAST BK Wk39 23-Dec 29-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other Disbursements | | | | | | | | | | | | | |
| UST Fees | - | - | - | - | 252,250 | - | - | - | - | - | - | - | - |
| **Total Other Disbursements** | - | - | - | - | 252,250 | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **TOTAL Cash Disbursements** | $ 3,746,390 | $ 5,832,768 | $ 3,267,454 | $ 4,741,248 | $ 3,800,848 | $ 6,172,471 | $ 4,357,349 | $ 7,162,949 | $ 3,814,233 | $ 3,927,627 | $ 4,634,295 | $ 5,419,403 | $ 2,786,361 |
| | | | | | | | | | | | | | |
| Starting Cash | $ 3,116,613 | $ 7,681,949 | $ 3,055,707 | $ 7,774,654 | $ 6,773,011 | $ 11,101,572 | $ 5,138,701 | $ 2,745,053 | $ 4,845,996 | $ 8,474,195 | $ 4,803,668 | $ 2,413,506 | $ 4,900,816 |
| Net Change in Cash | 4,565,337 | (4,626,243) | 4,718,947 | (1,001,643) | 4,328,561 | (5,962,871) | (2,393,648) | 2,100,943 | 3,628,199 | (3,670,527) | (2,390,163) | 2,487,310 | (589,359) |
| **Ending Cash, Before DIP** | $ 7,681,949 | $ 3,055,707 | $ 7,774,654 | $ 6,773,011 | $ 11,101,572 | $ 5,138,701 | $ 2,745,053 | $ 4,845,996 | $ 8,474,195 | $ 4,803,668 | $ 2,413,506 | $ 4,900,816 | $ 4,311,457 |
| | | | | | | | | | | | | | |
| DIP Financing | - | - | - | - | | | | | | | | | |
| >>> **Ending Cash** | $ 7,681,949 | $ 3,055,707 | $ 7,774,654 | $ 6,773,011 | $ 11,101,572 | $ 5,138,701 | $ 2,745,053 | $ 4,845,996 | $ 8,474,195 | $ 4,803,668 | $ 2,413,506 | $ 4,900,816 | $ 4,311,457 |

| Forecast as of 10.27.24, last updated 11.15.24 | | partial WK for YE | partial WK for YE | | | | partial WK for Month End | partial WK for Month End | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actuals to Date, through 10-27 | | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST |
| Forecasted Remainder through 04-30-25 | | BK Wk40a | BK Wk40b | BK Wk41 | BK Wk42 | BK Wk43 | BK Wk44a | BK Wk44b | BK Wk45 | BK Wk46 | BK Wk47 | BK Wk48 | BK Wk49 | BK Wk50 |
| Milk Prices as of 10-30-24 | | 30-Dec | 1-Jan | 6-Jan | 13-Jan | 20-Jan | 27-Jan | 1-Feb | 3-Feb | 10-Feb | 17-Feb | 24-Feb | 3-Mar | 10-Mar |
| | | 31-Dec | 5-Jan | 12-Jan | 19-Jan | 26-Jan | 31-Jan | 2-Feb | 9-Feb | 16-Feb | 23-Feb | 2-Mar | 9-Mar | 16-Mar |
| Other Disbursements | | | | | | | | | | | | | | |
| UST Fees | | - | - | - | - | - | 252,250 | - | - | - | - | - | - | - |
| Total Other Disbursements | | - | - | - | - | - | 252,250 | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | |
| TOTAL Cash Disbursements | $ | 1,138,833 | 3,237,323 | 4,759,979 | 2,556,428 | 3,752,490 | 1,983,951 | 1,543,819 | 4,522,176 | 3,980,656 | 3,830,586 | 2,595,605 | 4,019,475 | 5,106,795 |
| | | | | | | | | | | | | | | |
| Starting Cash | $ | 4,311,457 | 3,456,924 | 7,710,769 | 3,148,089 | 9,542,327 | 6,809,972 | 5,885,926 | 11,175,616 | 7,391,166 | 3,619,209 | 9,581,726 | 13,994,904 | 10,957,534 |
| Net Change in Cash | | (854,533) | 4,253,845 | (4,562,679) | 6,394,238 | (2,732,355) | (924,046) | 5,289,690 | (3,784,450) | (3,771,956) | 5,962,516 | 4,413,178 | (3,037,370) | (4,046,770) |
| Ending Cash, Before DIP | $ | 3,456,924 | 7,710,769 | 3,148,089 | 9,542,327 | 6,809,972 | 5,885,926 | 11,175,616 | 7,391,166 | 3,619,209 | 9,581,726 | 13,994,904 | 10,957,534 | 6,910,764 |
| | | | | | | | | | | | | | | |
| DIP Financing | | | | | | | | | | | | | | |
| >>> Ending Cash | $ | 3,456,924 | 7,710,769 | 3,148,089 | 9,542,327 | 6,809,972 | 5,885,926 | 11,175,616 | 7,391,166 | 3,619,209 | 9,581,726 | 13,994,904 | 10,957,534 | 6,910,764 |

**Forecast as of 10.27.24, last updated 11.15.24**
Actuals to Date, through 10-27
Forecasted Remainder through 04-30-25
Milk Prices as of 10-30-24

| | FORECAST BK Wk51 17-Mar 23-Mar | FORECAST BK Wk52 24-Mar 30-Mar | FORECAST BK Wk53 31-Mar 6-Apr | FORECAST BK Wk54 7-Apr 13-Apr | FORECAST BK Wk55 14-Apr 20-Apr | FORECAST BK Wk56 21-Apr 27-Apr | *partial WK for Month End* FORECAST BK Wk57a 28-Apr 30-Apr | FORECAST TOTAL 2-Apr-24 30-Apr-25 |
|---|---|---|---|---|---|---|---|---|
| Other Disbursements | | | | | | | | |
| UST Fees | - | - | - | - | - | - | 252,250 | 1,009,000 |
| **Total Other Disbursements** | - | - | - | - | - | - | 252,250 | 1,009,000 |
| | | | | | | | | |
| **TOTAL Cash Disbursements** | $ 3,854,397 | $ 3,428,259 | $ 4,103,928 | $ 4,356,267 | $ 4,430,797 | $ 2,827,176 | $ 1,862,077 | $ 264,395,586 |
| | | | | | | | | |
| **Starting Cash** | $ 6,910,764 | $ 10,371,573 | $ 8,009,020 | $ 11,460,972 | $ 8,121,420 | $ 12,223,643 | $ 10,014,102 | $ 168,699 |
| Net Change in Cash | 3,460,809 | (2,362,553) | 3,451,953 | (3,339,552) | 4,102,222 | (2,209,541) | (850,793) | (9,505,390) |
| **Ending Cash, Before DIP** | $ 10,371,573 | $ 8,009,020 | $ 11,460,972 | $ 8,121,420 | $ 12,223,643 | $ 10,014,102 | $ 9,163,309 | $ (9,336,691) |
| | | | | | | | | |
| DIP Financing | | | | | | | | 18,500,000 |
| >>> **Ending Cash** | $ 10,371,573 | $ 8,009,020 | $ 11,460,972 | $ 8,121,420 | $ 12,223,643 | $ 10,014,102 | $ 9,163,309 | $ 9,163,309 |