5Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV*
Robert E. Richards, *PHV*
Tirzah Roussell, *PHV*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome |

#4280461

| |
|---|
| ☐ Millenkamp Family |
| ☐ Goose Ranch |
| ☐ Black Pine Cattle |
| ☐ Millenkamp Enterprises |
| ☐ Idaho Jersey Girls Jerome Dairy |

Dairy)

Chapter 11 Cases

# DEBTORS' OBJECTION TO RABO AGRIFINANCE LLC'S MOTION TO ESTABLISH TIME FOR FILING COMPETING DISCLOSURE STATEMENT AND CHAPTER 11 PLAN

Millenkamp Cattle, Inc. ("Millenkamp Cattle") and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Case"), by and through their undersigned counsel, hereby respectfully file this objection to Rabo AgriFinance, LLC's Motion to Establish Time for Filing Competing Disclosure Statement and Chapter 11 Plan (the "Objection"). In support of this Objection, the Debtors respectfully represent as follows:

## BACKGROUND

1. On April 2, 2024 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for District of Idaho (the "Court") commencing the Chapter 11 cases. The Debtors have continued in the management and operation of their businesses and properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

2. No trustee or examiner has been appointed in the Chapter 11 cases.

3. On May 14, 2024, the Office of the United States Trustee (the "UST") appointed an official committee of unsecured creditors pursuant to 11 U.S.C. § 1102(a) (the "Committee")

(Docket No. 297).

4. On September 30, 2024, the Debtors filed their *First Plan of Reorganization and their Disclosure Statement* (Docket Nos. 640 & 641). The Disclosure Statement Hearing was set for November 21, 2024 (Docket No. 643). On November 11, 2024, the Debtors filed a Withdrawal of the Disclosure Statement (the "Withdrawal") (Docket No. 706). The Debtors noted in the Withdrawal that they were preparing a First Amended Chapter 11 Plan which will require an Amended Disclosure Statement.

5. On October 11, 2024, Rabo filed a *Motion to Terminate Exclusivity* (the "Motion to Terminate") (Docket No. 670).

6. On November 11, 2024, the Debtors sought to further extend exclusivity from December 13, 2024, through March 31, 2025 (the "Exclusivity Motion") (Docket No. 707).

7. The Court held a hearing on the Exclusivity Motion, among other matters, on December 10 and 11, 2024.

8. On December 12, 2024, the Court denied the Exclusivity Motion in an oral ruling (Docket No. 800).

9. A disclosure statement hearing on the Debtors' *Amended Disclosure Statement* is set for January 29, 2025 at 9 a.m. (MT) (Docket No. 778).

10. On December 16, 2024, Rabo AgriFinance, LLC ("Rabo") filed a *Motion to Establish Time for Filing Competing Disclosure Statement and Chapter 11 Plan* (the "Motion to Establish Time").

11. In the Motion to Establish Time, Rabo requests that that the Court enter an order allowing competing plans and disclosure statements to be filed on or before January 15, 2025, and that a hearing on any competing disclosure statement be held on January 29, 2025 at 9:00 a.m.

DEBTORS' OBJECTION TO RABO AGRIFINANCE LLC'S MOTION TO ESTABLISH TIME FOR FILING COMPETING DISCLOSURE STATEMENT AND CHAPTER 11 PLAN - 3

(MT) in connection with the Debtors' Amended Disclosure Statement.

12. Rabo also filed a Notice of Hearing on their Motion to Establish Time for Monday, December 23, 2024 at 9:00 a.m. (MT) (Docket No. 806).

### SHORTENED NOTICE PERIOD IS NOT REASONABLE AND IS PREJUDICIAL NOT ONLY TO THE DEBTORS BUT TO ALL PARTIES IN INTEREST

13. The notice requirements for disclosure statements are governed by Federal Rules of Bankruptcy Procedure 3017(a) and 2002. FED. R. BANKR. P. 3017(a)(1) & 2002.

14. Federal Rule of Bankruptcy Procedure 3017(a)(1) requires that a hearing on a disclosure statement and objections thereto "**must** be held on at least 28 days' notice under Rule 2002(b) . . . ." FED. R. BANKR. P. 3017(a)(1) (emphasis added).

15. Most notices fall under the 21-day notice period; however, the Supreme Court determined that some documents require more time for parties to receive adequate notice. As such, the 28-day notice period is also included under Rule 2002, which is the required notice period for disclosure statements. *See id.*

16. In its Motion to Establish Time, Rabo requests that this Court shorten the notice period for Rabo or other creditors to file their own disclosure statement and plan by half, to a mere 14 calendar days.

17. Rabo noted that disclosure statements are not included in the category of notice periods that courts are not allowed to reduce pursuant to Rule 9006(c)(2). *See* FED. R. BANKR. P. 9006(c)(2). However, courts have emphasized that the reduction of the notice period under Rule 9006 should be sparingly invoked and only for cause shown. *See In re Sandra Cotton, Inc.*, 65 B.R. 153 (W.D.N.Y. 1986).

18. Rule 9006 emphasizes that the flexibility to reduce time should be invoked judiciously, ensuring that the cause for such reduction is adequately justified. FED. R. BANKR.

DEBTORS' OBJECTION TO RABO AGRIFINANCE LLC'S MOTION TO ESTABLISH TIME FOR FILING COMPETING DISCLOSURE STATEMENT AND CHAPTER 11 PLAN - 4

P. 9006.

19. The only cause Rabo cites to in its Motion to Establish Time is that it "requires additional time from the Court's oral ruling on December 12, 2024, to evaluate, prepare, and file, its own competing disclosure statement and plan in this case."

20. Upon information and belief, Rabo has been preparing its competing disclosure statement and plan for weeks, if not months, well before the Court's oral ruling on December 12th. See, e.g., Docket 670, filed October 11, 2024, seeking to terminate exclusivity. The timing of the court's order terminating exclusivity and the Debtor's scheduled disclosure statement hearing is not sufficient cause for reduction of the notice requirements applicable to Rabo and others.

21. Shortening the notice period to only 14 days is highly prejudicial to the Debtors and other creditors and does not give the parties sufficient time to review and analyze the disclosure statement in comparison to the Debtors' disclosure statement. Further, exhibits for the January 29th hearing will be due by January 22nd, giving the parties only 7 days to prepare after receipt of the competing disclosure statement and plan, whereas Rabo will have had the full time needed to prepare its exhibits for the hearing.

**WHEREFORE**, the Debtors respectfully request the Court enter an order (1) requiring Rabo and any other creditors to file any competing disclosure statement and plan by January 1, 2025, in accordance with the 28-day notice period deadline, or (2) in the alternative, continue the hearing on the Debtors' Amended Disclosure Statement to provide parties adequate time to analyze and compare all filed disclosure statements, and for any further relief as is just and equitable under the circumstances.

DEBTORS' OBJECTION TO RABO AGRIFINANCE LLC'S MOTION TO ESTABLISH TIME FOR FILING COMPETING DISCLOSURE STATEMENT AND CHAPTER 11 PLAN - 5

Dated: December 19, 2024 	Respectfully submitted,

**DENTONS**

/s/ *Krystal R. Mikkilineni*
Krystal R. Mikkilineni

**JOHNSON MAY**

/s/ *Matthew T. Christensen*
Matthew T. Christensen

Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of December 2024, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| Gabriel L. Olivera | golivera@omm.com |

Any others as listed on the Court's ECF Notice.

/s/ *Krystal R. Mikkilineni*
Krystal R. Mikkilineni

DEBTORS' OBJECTION TO RABO AGRIFINANCE LLC'S MOTION TO ESTABLISH TIME FOR FILING COMPETING DISCLOSURE STATEMENT AND CHAPTER 11 PLAN - 7