Brian M. Rothschild, ISB #9462
**PARSONS BEHLE & LATIMER**
800 West Main Street, Suite 1300
Boise, ID 83702
Telephone: (208) 562-4900
Fax: (208) 562-4901
Email: brothschild@parsonsbehle.com

*Attorneys for the Court-Appointed Investment Banker, The Forbes Securities Group LLC d/b/a Forbes Partners*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC., *et al.*,<br><br>　　　Debtors. | Case No. 24-40158-NGH<br><br>**APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE**<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases<br><br>Chief Judge Noah G. Hillen |

　　　Brian M. Rothschild of the firm Parsons Behle & Latimer hereby enters an appearance as counsel on behalf of the Court-Appointed Investment Banker, The Forbes Securities Group LLC

4913-5609-5241

d/b/a Forbes Partners in this matter. It is requested that any future notices and pleadings be sent to said attorney at the above-captioned address.

DATED this 20th day of December, 2024.

PARSONS BEHLE & LATIMER

By /s/ Brian M. Rothschild
Brian M. Rothschild

*Attorneys for Court-Appointed Investment Banker, The Forbes Securities Group LLC d/b/a Forbes Partners*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2024, I caused a true and correct copy of the foregoing to be served by filing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following counsel of record:

- **Bruce A. Anderson**    baafiling@eaidaho.com
- **Morton R. Branzburg**    mbranzburg@klehr.com
- **Heidi Buck Morrison**    heidi@racineolson.com, mandy@racineolson.com
- **Laura E Burri**    lburri@morrowfischer.com, klee@morrowfischer.com
- **Brett R Cahoon**    ustp.region18.bs.ecf@usdoj.gov
- **William K Carter**    kentcarter@grsm.com
- **Alexandra O Caval**    alex@cavallawoffice.com, R71985@notify.bestcase.com
- **Matthew T. Christensen**    mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com
- **D Blair Clark**    dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com
- **Eric R Clark**    eclark101@hotmail.com, eclark@ericrclarkattorney.com
- **David A Coleman**    david@colemanjacobsonlaw.com
- **Thomas E Dvorak**    ted@givenspursley.com, s274@givenspursley.com;kad@givenspursley.com
- **Connor Bray Edlund**    edlund@mwsslawyers.com, lemieux@mwsslawyers.com
- **Gery W Edson**    gedson@gedson.com, tfurey@gedson.com
- **Jon B Evans**    evans.jb@dorsey.com, sattler.carla@dorsey.com
- **Zachary Fairlie**    zfairlie@spencerfane.com
- **Brian Faria**    brian@sawtoothlaw.com
- **Robert A Faucher**    rfaucher@hollandhart.com, intaketeam@hollandhart.com;spturner@hollandhart.com
- **David W. Gadd**    dwg@magicvalleylaw.com, jfb@magicvalleylaw.com
- **Kimbell D Gourley**    kgourley@idalaw.com, shudson@idalaw.com
- **Daniel C Green**    dan@racineolson.com, mcl@racinelaw.net
- **Matthew W Grimshaw**    matt@grimshawlawgroup.com
- **Julian Gurule**    jgurule@omm.com, julian-gurule-5732@ecf.pacerpro.com
- **Oren B. Haker**    oren.haker@bhlaw.com
- **R Ron Kerl**    Ron@cooper-larsen.com, connie@cooper-larsen.com
- **Matthew Kremer**    mkremer@omm.com, matthew-kremer-0858@ecf.pacerpro.com
- **David T Krueck**    dkrueck@hawleytroxell.com, jdeshaw@perkinscoie.com;docketboi@perkinscoie.com
- **John F Kurtz**    jfk@kurtzlawllc.com, tnd@kurtzlawllc.com
- **Adam Aiken Lewis**    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- **Karyn Lloyd**    klloyd@grsm.com
- **Jed W. Manwaring**    jwm@elamburke.com, jh@elamburke.com

4913-5609-5241

- **James Justin May**  jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;lnh@johnsonmaylaw.com
- **Krystal R. Mikkilineni**  krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com
- **Rhett Michael Miller**  rmiller@magicvalley.law
- **John D Munding**  john@mundinglaw.com
- **Jason Ronald Naess**  Jason.r.naess@usdoj.gov
- **James Niemeier**  jniemeier@mcgrathnorth.com
- **John O'Brien**  jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com
- **Gabriel Luis Olivera**  golivera@omm.com, gabriel-olivera-3960@ecf.pacerpro.com
- **Mark Bradford Perry**  mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com
- **Scott C Powers**  spowers@spencerfane.com, mwatson@spencerfane.com
- **Cheryl Rambo**  cheryl.rambo@isp.idaho.gov
- **Janine Patrice Reynard**  janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com
- **Robert E Richards**  robert.richards@dentons.com, docket.general.lit.chi@dentons.com
- **Holly Roark**  holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net
- **Evan Thomas Roth**  evan@sawtoothlaw.com
- **Tirzah R. Roussell**  tirzah.roussell@dentons.com
- **Miranda K. Russell**  mrussell@mofo.com
- **Andrew J. Schoulder**  andrew.schoulder@nortonrosefulbright.com, nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com
- **Sheila Rae Schwager**  sschwager@hawleytroxell.com, jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com
- **Louis V. Spiker**  louis.spiker@millernash.com, louis.spiker@millernash.com
- **Matthew A Sturzen**  matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com
- **Meredith Leigh Thielbahr**  mthielbahr@grsm.com, ckaiser@grsm.com
- **Kim J Trout**  ktrout@trout-law.com
- **US Trustee**  ustp.region18.bs.ecf@usdoj.gov
- **Joseph Mark Wager**  wager@mwsslawyers.com, wstewart@mwsslawyers.com;seannegan@sneganlaw.com;reception@mwsslawyers.com
- **Britta E Warren**  britta.warren@bhlaw.com
- **Brent Russel Wilson**  bwilson@hawleytroxell.com, mreinhart@hawleytroxell.com

/s/ Brian M. Rothschild

2

4913-5609-5241