Brian M. Rothschild, ISB #9462
**PARSONS BEHLE & LATIMER**
800 West Main Street, Suite 1300
Boise, ID 83702
Telephone: (208) 562-4900
Fax: (208) 562-4901
Email: brothschild@parsonsbehle.com

*Attorneys for the Court-Appointed Investment Banker, The Forbes Securities Group LLC d/b/a Forbes Partners*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC., *et al.*,<br><br>    Debtors. | Case No. 24-40158-NGH<br><br>**APPLICATION FOR ALLOWANCE AND PAYMENT OF 503(B)(1) ADMINISTRATIVE EXPENSE CLAIM**<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases<br><br>Chief Judge Noah G. Hillen |

4908-5934-0807

> Notice of **APPLICATION FOR ALLOWANCE AND PAYMENT OF 503(B)(1) ADMINISTRATIVE EXPENSE CLAIM** and Opportunity to Object and for a Hearing
>
> No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **21 days (January 13, 2025)** of the date of service of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> Hearing on Objection. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

The Forbes Securities Group LLC, d/b/a Forbes Partners ("**Forbes**" or "**Applicant**"), by and through counsel, hereby submits this Application for Allowance of Administrative Claim (the "**Application**") seeking allowance and payment of $1,125,000 as an administrative expense claim for services provided to Millenkamp Cattle, Inc. and its affiliated debtors (collectively, the "**Debtors**") pursuant to sections 503(b)(1) and 507(a)(2) of title 11 of the United States Code (the "**Bankruptcy Code**").

Forbes requests that the Court enter an Order, substantially in the form that is attached as Exhibit A hereto, allowing $1,125,000 as an administrative expense claim in favor of Forbes for services rendered to the Debtors and ordering Debtors to pay said amount not later than ten (10) days after entry of the order approving this Application.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

4908-5934-0807

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The bases for relief hereunder are sections 105(a), 327(a), 328, and 330 of the Bankruptcy Code.

3. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

4. On April 2, 2024 (the "**Petition Date**"), the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for District of Idaho (the "**Court**") commencing the Chapter 11 Cases. The Debtors have continued in the management and operation of their businesses and properties as debtors in possession under sections 1107(a) and 1108 of the Bankruptcy Code. (ECF 1.)

5. On March 21, 2024, Forbes entered into an engagement letter (the "**Engagement Letter**") with the Debtors to serve as their exclusive financial adviser in connection with a number of potential transactions that primarily sought post-petition financing for the Debtors to sustain their ongoing operations.

6. On June 5, 2024, this Court entered an order (the "**Employment Order**") authorizing the Debtors to employ Forbes as their investment banker pursuant to section 327(a) of the Bankruptcy Code. (ECF 372.)

7. Under the terms of the Engagement Letter, Forbes is entitled to the following fees:

(a) A non-refundable kick-off fee of $15,000 for preparation of diligence requests, project plan, initial financial model template, kick-off meeting, and other process mobilization activities;

(b) A non-refundable closing fee of $15,000 for communications and negotiations with final targets, development and management of closing process trackers, development and management of due diligence process and data room;

(c) A transaction fee equal to 2.5% of gross financing proceeds up to $60,000,000 and 1.5% of gross proceeds in excess of $60,000,000, with a minimum fee of $1,000,000.

8. On April 2, 2024, the Debtors filed a motion seeking entry of an order authorizing the Debtors to enter into a senior secured, superpriority debtor-in-possession financing facility with Sandton Capital Solutions Master Fund VI, LP (the "**DIP Lender**") in an aggregate principal amount of not more than $45 million (the "**DIP Motion**"). (ECF 24.)

9. On April 19, 2024, the Court entered an order authorizing the Debtors, on an interim basis, to enter into the DIP Facility, up to $8.5 million during the interim period (the "**Interim DIP Order**"). (ECF 206.)

10. On May 9-10, 2024, the Court held a final hearing on Debtors' DIP Motion, and on May 17, 2024 the Court entered the final DIP Order (the "**Final DIP Order**") authorizing the Debtors to enter into the DIP Facility, which provides that the Debtors' may borrow an aggregate principal amount of $45 million under the DIP Facility, in accordance with the terms of the Final DIP Order and the DIP Facility. (ECF 305.)

11. Pursuant to the Final DIP Order, the Debtors were initially authorized to draw an additional $10 million under the DIP Facility. The Final DIP Order provides that "[t]o access additional funds under the DIP Facility, the Debtors are required to obtain an additional order from the Court authorizing the future advances on the $45 million DIP Facility." (ECF 305.) On June 6, 2024, the Debtors sought to draw an additional $15 million under the DIP Facility. (ECF 378.) And on June 21, 2024, the Court granted permission to draw $5 million. (ECF 450.)

12. The Debtors' draw under the DIP Facility was necessary for the preservation of their estates. (ECF 206, 305, 450.)

4908-5934-0807

Document      Page 5 of 9

13. Under the terms of the Engagement Letter, Forbes is entitled to a Transaction Fee of 2.5% of the total facility amount of $45,000,000, or $1,125,000.

## ARGUMENT

Section 507(a) of the Bankruptcy Code grants priority to administrative expense claims that are allowed under section 503(b) of the Bankruptcy Code.  11 U.S.C. § 507(a)(2).  Under section 503(b)(1)(A) of the Bankruptcy Code, "the actual, necessary costs and expenses of preserving the estate" are characterized as "administrative expenses" and entitled to priority over the claims of other unsecured creditors.  *See* 11 U.S.C. § 503(b)(1)(A) (2024).  "It is well settled that expenses incurred by the debtor-in-possession in attempting to rehabilitate the business during reorganization are within the ambit of § 503."  *In re Jartran, Inc.*, 732 F.2d 584, 586 (7th Cir. 1984); *see also Cushman & Wakefield v. Keren P'ship* (*in Re Keren Pshp*.), 189 F.3d 86, 88 (2d Cir. 1999) (noting that Section 503(b) specifically provides for allowance of brokerage commissions expenses as administrative priority).

Forbes is entitled to allowance and payment of an administrative expense claim for its services, which were actual and necessary expenses of preserving the Debtors' estates, and actually benefitted the Debtors' estates.  The services provided by Forbes were critical to the Debtors' restructuring efforts, as it allowed the Debtors to seek desperately needed funds on credit to sustain and preserve the value of their estates.  Forbes' services were also performed in accordance with the Court-approved Engagement Letter and Employment Order.

## CONCLUSION

WHEREFORE, Forbes respectfully requests that the Court enter an order, substantially in the form of Exhibit A, (i) allowing Forbes an administrative expense claim as set forth above;

4908-5934-0807

(ii) authorizing and directing payment of such claim; and (iii) granting such other relief as is just and proper.

DATED this 20th day of December, 2024.

PARSONS BEHLE & LATIMER

By /s/ Brian M. Rothschild
Brian M. Rothschild

*Attorneys for Court-Appointed Investment Banker, The Forbes Securities Group LLC d/b/a Forbes Partners*

## **EXHIBIT A**

*Proposed Order Granting Application*

4908-5934-0807

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC., et al.<br><br>Debtors. | Case No. 24-40158-NGH<br><br>**ORDER GRANTING APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM**<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases<br><br>Chief Judge Noah G. Hillen |

Upon consideration of the Application for Allowance of Administrative Claim (the "**Application**") filed by The Forbes Securities Group LLC d/b/a Forbes Partners ("**Forbes**") for allowance and payment of administrative expenses pursuant to sections 503(b)(1) and 507(a)(2) of the Bankruptcy Code; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that proper and

4908-5934-0807

adequate notice of the Application and opportunity for objection has been given and that no other notice need be given; and no objections having been filed; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

2. Forbes is hereby allowed an administrative expense claim against all of the Debtors in the amount of $1,125,000 pursuant to sections 503(b)(1) and 507(a)(2) of the Bankruptcy Code.

3. The Debtors are authorized and directed to pay Forbes the allowed administrative expense claim of $1,125,000 within ten (10) days of entry of this Order.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

// end of text //

*Order Prepared and Submitted by:*

Brian M. Rothschild, ISB #9462
**PARSONS BEHLE & LATIMER**
800 W Main St Suite 1300
Boise, Idaho 83702
Telephone:  208.562.4900
Facsimile:  801.536.6111
BRothschild@parsonsbehle.com

*Attorneys for the Court-Appointed
Investment Banker, The Forbes Securities
Group LLC d/b/a Forbes Partners*

2

4908-5934-0807