Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax: (208) 667-2900
Email: banderson@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
         golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

## ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION FOR THE MONTH OF OCTOBER 2024

Armory Securities, LLC (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation for the month of October 2024 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1. The Firm is financial advisor to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of $58,079.85 in fees during the Application Period. The total fees represent 112.33 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Total |
|---|---|---|
| October 2024 | $58,079.85 | $58,079.85 |

3.	Accordingly, the Firm seeks allowance of interim compensation in the amount of $43,559.89 at this time. This total is comprised as follows: $43,559.89 (75% of the fees for services rendered).

4.	Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5.	Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: December 20, 2024          */s/ Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

*/s/ Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2024 - 4

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 20th day of December 2024.          /s/ Bruce A. Anderson
                                               Bruce A. Anderson

<u>**Exhibit A**</u>

Invoices

**Armory Securities, LLC**
200 N Pacific Coast Hwy Ste 1525
El Segundo, CA 90245



# INVOICE

| BILL TO | | |
|---|---|---|
| Millenkamp Cattle, Inc. | INVOICE | 1225 |
| | DATE | 10/31/2024 |
| | TERMS | Due on receipt |
| | DUE DATE | 11/01/2024 |

| DESCRIPTION | AMOUNT |
|---|---|
| Professional Services Rendered Through October 31, 2024 | 58,079.85 |

| | BALANCE DUE | **$58,079.85** |
|---|---|---|

Please remit payment to:
Armory Securities, LLC
Attn: Janna Spears
200 N Pacific Coast Highway, Ste 1525
El Segundo, CA 90245
(310) 220-6400
Tax I.D. # 20-8996056

Or wire funds to:
Bank Name: JP Morgan Chase
Branch: San Francisco, CA
ABA/SWIFT #: 321-081-669
Account #: 80006011938
Account Name: Armory Securities, LLC

Armory Securities, LLC
Invoice: 1225
Page No.2

**Millenkamp Cattle**
**For Professional Services Rendered Through October 31, 2024**

| Date | Description | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 10/1/2024 | Review of Plan | Dave | Clark | 0.5 | 397.50 |
| 10/4/2024 | Review of Plan | Dave | Clark | 0.5 | 397.50 |
| 10/8/2024 | Millenkamp - Standing Committee Meeting | Dave | Clark | 0.75 | 596.25 |
| 10/10/2024 | Review of deck for UCC counter-proposal | Dave | Clark | 0.5 | 397.50 |
| 10/11/2024 | Review of deck for UCC counter-proposal | Dave | Clark | 0.5 | 397.50 |
| 10/11/2024 | Weekly call with Financial Advisor, Variance Report and Plan update | Dave | Clark | 0.5 | 397.50 |
| 10/15/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Dave | Clark | 1 | 795.00 |
| 10/18/2024 | Armory Kander Millenkamp DIP Budget Call | Dave | Clark | 0.5 | 397.50 |
| 10/25/2024 | Armory Kander Millenkamp DIP Budget Call | Dave | Clark | 0.5 | 397.50 |
| 10/1/2024 | Comment on presentation to UCC | Douglas | McDonald | 0.5 | 397.50 |
| 10/2/2024 | Work on plan model for UCC | Douglas | McDonald | 1.75 | 1,391.25 |
| 10/3/2024 | Work on plan presentation to UCC | Douglas | McDonald | 2 | 1,590.00 |
| 10/4/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 10/11/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 10/11/2024 | Review Model | Douglas | McDonald | 0.5 | 397.50 |
| 10/11/2024 | Millenkamp Committee Proposal | Douglas | McDonald | 0.5 | 397.50 |
| 10/14/2024 | Preparation for committee plan discussion | Douglas | McDonald | 0.33 | 262.35 |
| 10/15/2024 | Weekly variance reports analysis | Douglas | McDonald | 0.5 | 397.50 |
| 10/17/2024 | Review weekly variance reports slides for UCC | Douglas | McDonald | 1 | 795.00 |
| 10/18/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 10/18/2024 | Review cash flow model and plan summary for call with Kander. | Douglas | McDonald | 0.5 | 397.50 |
| 10/25/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 10/29/2024 | Review progress on update report | Douglas | McDonald | 0.5 | 397.50 |
| 10/1/2024 | Plan of Reorganization Analysis | Jeff | Choi | 3 | 1,425.00 |
| 10/1/2024 | UCC Meeting Prep | Jeff | Choi | 0.25 | 118.75 |
| 10/2/2024 | Plan of Reorganization Analysis | Jeff | Choi | 3 | 1,425.00 |
| 10/3/2024 | Plan of Reorganization Analysis | Jeff | Choi | 1 | 475.00 |
| 10/4/2024 | Plan of Reorganization Analysis | Jeff | Choi | 2 | 950.00 |
| 10/4/2024 | Meeting with Kander | Jeff | Choi | 0.5 | 237.50 |
| 10/6/2024 | Plan of Reorganization Analysis | Jeff | Choi | 2 | 950.00 |
| 10/7/2024 | Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 10/8/2024 | Variance Analysis | Jeff | Choi | 1.5 | 712.50 |
| 10/9/2024 | Plan Analysis | Jeff | Choi | 3 | 1,425.00 |
| 10/10/2024 | Plan Analysis | Jeff | Choi | 2 | 950.00 |
| 10/11/2024 | Call with Kander on Variance Analysis | Jeff | Choi | 0.5 | 237.50 |
| 10/11/2024 | Plan Analysis | Jeff | Choi | 2 | 950.00 |
| 10/13/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 10/14/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 10/17/2024 | Variance Analysis | Jeff | Choi | 0.5 | 237.50 |
| 10/18/2024 | Call with Kander | Jeff | Choi | 0.5 | 237.50 |
| 10/21/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 10/22/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 10/24/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 10/25/2024 | Call with Kander | Jeff | Choi | 0.5 | 237.50 |
| 10/25/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 10/31/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 10/1/2024 | plan of re-org analysis | Martin | Manasherob | 2 | 750.00 |
| 10/2/2024 | plan of re-org analysis | Martin | Manasherob | 3 | 1,125.00 |
| 10/3/2024 | liquidation deck scenario output | Martin | Manasherob | 2 | 750.00 |
| 10/3/2024 | variance analysis | Martin | Manasherob | 2 | 750.00 |
| 10/3/2024 | plan of re-org analysis | Martin | Manasherob | 3 | 1,125.00 |
| 10/4/2024 | plan of re-org analysis | Martin | Manasherob | 3 | 1,125.00 |
| 10/5/2024 | plan of re-org analysis | Martin | Manasherob | 2 | 750.00 |
| 10/6/2024 | plan of re-org analysis | Martin | Manasherob | 4 | 1,500.00 |
| 10/7/2024 | variance analysis prep | Martin | Manasherob | 1.5 | 562.50 |
| 10/10/2024 | variance report pt 1 | Martin | Manasherob | 1 | 375.00 |
| 10/11/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 10/11/2024 | variance analysis | Martin | Manasherob | 2 | 750.00 |
| 10/14/2024 | variance report clean up | Martin | Manasherob | 1 | 375.00 |
| 10/17/2024 | variance prep | Martin | Manasherob | 1.5 | 562.50 |
| 10/18/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 10/21/2024 | variance analysis clean up | Martin | Manasherob | 0.5 | 187.50 |
| 10/25/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 10/25/2024 | last minute variance clean up | Martin | Manasherob | 0.75 | 281.25 |
| 10/4/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 10/8/2024 | UCC Meeting Prep | Melissa | Chu | 0.25 | 131.25 |
| 10/11/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 10/18/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 10/25/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 10/25/2024 | DIP Budget Review | Melissa | Chu | 0.75 | 393.75 |
| | **Business Analysis** | | | | **40,137.35** |
| 10/9/2024 | Time entries review | Melissa | Chu | 0.25 | 131.25 |
| | **Claims Administration and Objections** | | | | **131.25** |
| 10/21/2024 | Review fee application | Douglas | McDonald | 0.25 | 198.75 |
| | **Fee/Employment Applications** | | | | **198.75** |

Armory Securities, LLC
Invoice: 1225
Page No.3

**Millenkamp Cattle**
**For Professional Services Rendered Through October 31, 2024**

| Date | Description | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 10/8/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Dave | Clark | 0.5 | 397.50 |
| 10/8/2024 | Millenkamp Debtors/UCC Professionals Standing Call - Prep | Dave | Clark | 0.25 | 198.75 |
| 10/15/2024 | Millenkamp - Standing Committee Meeting | Dave | Clark | 0.75 | 596.25 |
| 10/24/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Dave | Clark | 0.5 | 397.50 |
| 10/1/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 10/1/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 10/8/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 10/8/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 10/15/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 10/15/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 10/24/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 10/25/2024 | Millenkamp Debtors/UCC Professionals | Douglas | McDonald | 0.5 | 397.50 |
| 10/25/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 10/25/2024 | Draft comments to UCC update presentation | Douglas | McDonald | 0.5 | 397.50 |
| 10/29/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 10/1/2024 | UCC Meeting Professionals | Jeff | Choi | 1 | 475.00 |
| 10/1/2024 | UCC Meeting with Committee | Jeff | Choi | 0.75 | 356.25 |
| 10/8/2024 | UCC Meeting Professionals | Jeff | Choi | 0.5 | 237.50 |
| 10/8/2024 | Prep UCC Meeting Professionals | Jeff | Choi | 0.5 | 237.50 |
| 10/8/2024 | UCC Meeting | Jeff | Choi | 0.75 | 356.25 |
| 10/11/2024 | UCC Meeting - Plan Proposal | Jeff | Choi | 0.5 | 237.50 |
| 10/15/2024 | UCC Professionals Meeting | Jeff | Choi | 1 | 475.00 |
| 10/15/2024 | UCC Meeting | Jeff | Choi | 0.75 | 356.25 |
| 10/24/2024 | UCC Meeting Professionals Call | Jeff | Choi | 0.5 | 237.50 |
| 10/25/2024 | Meeting with UCC | Jeff | Choi | 0.75 | 356.25 |
| 10/25/2024 | Call with Kander and OMM | Jeff | Choi | 0.5 | 237.50 |
| 10/29/2024 | UCC Professionals Call | Jeff | Choi | 1 | 475.00 |
| 10/1/2024 | FW: Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 1 | 375.00 |
| 10/1/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.75 | 281.25 |
| 10/8/2024 | FW: Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 0.5 | 187.50 |
| 10/8/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.75 | 281.25 |
| 10/11/2024 | Teams re: Millenkamp Committee Proposal | Martin | Manasherob | 0.5 | 187.50 |
| 10/15/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 1 | 375.00 |
| 10/15/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.75 | 281.25 |
| 10/24/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 0.5 | 187.50 |
| 10/25/2024 | Teams re: Millenkamp Debtors/UCC Professionals | Martin | Manasherob | 0.5 | 187.50 |
| 10/25/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.75 | 281.25 |
| 10/29/2024 | FW: Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 1 | 375.00 |
| 10/1/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| 10/8/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.5 | 262.50 |
| 10/8/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call - Prep | Melissa | Chu | 0.25 | 131.25 |
| 10/15/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| 10/24/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.5 | 262.50 |
| 10/25/2024 | Teams re: Millenkamp Debtors/UCC Professionals | Melissa | Chu | 0.75 | 393.75 |
| 10/29/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |

**Meetings of Creditors** — 17,612.50

**Total** — 58,079.85

Armory Securities, LLC  
Invoice: 1225  
Page No.4

**Millenkamp Cattle**  
**Timekeeper Summary Through October 31, 2024**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Dave Clark | Managing Director | 795.00 | 7.25 | 5,763.75 |
| Douglas McDonald | Managing Director | 795.00 | 18.33 | 14,572.35 |
| **Total for Managing Director** | | | **25.58** | **20,336.10** |
| Melissa Chu | Vice President | 525.00 | 8.25 | 4,331.25 |
| **Total for Vice President** | | | **8.25** | **4,331.25** |
| Jeff Choi | Senior Associate | 475.00 | 39.75 | 18,881.25 |
| **Total for Senior Associate** | | | **39.75** | **18,881.25** |
| Martin Manasherob | Analyst | 375.00 | 38.75 | 14,531.25 |
| **Total for Analyst** | | | **38.75** | **14,531.25** |
| **Total** | | | **112.33** | **58,079.85** |