Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com
bwilson@hawleytroxell.com

Andrew J. Schoulder (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212.318.3030
Email: andrew.schoulder@nortonrosefulbright.com

Attorneys for Rabo AgriFinance LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

1

59797.0007.17965021.1

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

### STIPULATION BETWEEN RABO AGRIFINANCE LLC AND THE DEBTORS RESOLVING DISCLOSURE STATEMENT HEARING DATES MOTION AND RESCHEDULING THE DEBTORS' CURRENT DISCLOSURE STATEMENT HEARING DATE

Rabo AgriFinance LLC, in its capacity as agent and secured lender ("RLOC Agent"), by and through its attorneys of record, and the Debtors Millenkamp Cattle, Inc., et al. (the "Debtors"), by and through their attorneys of record, hereby stipulate to resolve the Motion (defined below) and the Objection (defined below) set for hearing on December 23, 2024, at 9:00 a.m. (MT). RLOC Agent and the Debtors further stipulate to vacate the Debtors' hearing date of January 29, 2025, at 9:00 a.m. (MT) for the Court to consider the Debtors' Disclosure Statement (defined below) and reset the hearing on the Debtors' Disclosure Statement and any other disclosure statements to be filed in these cases to March 6 and 7, 2025, at 9:00 a.m. (MT) in person.

RLOC Agent and the Debtors hereby stipulate and agree to the following.

### I. BACKGROUND FACTS

The Debtors filed these chapter 11 cases on April 2, 2024. Dkt. No. 1. The Motion for Joint Administration of the cases was granted on April 16, 2024. Dkt. No. 184.

On June 27, 2024, the Debtors moved to extend the exclusivity period (Dkt. No. 467), which motion was granted after stipulation between parties in interest (Dkt. No. 723) on November

STIPULATION BETWEEN RABO AGRIFINANCE LLC AND THE DEBTORS RESOLVING DISCLOSURE STATEMENT HEARING DATES MOTION AND RESCHEDULING THE DEBTORS' CURRENT DISCLOSURE STATEMENT HEARING DATE - 2

59797.0007.17965021.1

22, 2024 (Dkt. No. 733). The order extended the time to file a chapter 11 plan by the Debtors to December 13, 2024. Dkt. No. 733.

On October 11, 2024, RLOC Agent sought to terminate exclusivity in connection with its objection to the Debtors' further use of its cash collateral (Dkt. No. 670), which objection was supplemented by RLOC Agent on November 29, 2024 (Dkt. No. 750).

On November 11, 2024, the Debtors sought to further extend exclusivity from December 13, 2024, through March 31, 2025 (the "Exclusivity Motion"). Dkt. No. 707.

On December 5, 2024, the Debtors filed the *Disclosure Statement for Chapter 11 Plan [of] Reorganization of Millenkamp Cattle, Inc. and its Related Affiliates (Dkt. No. 777)* (the "Disclosure Statement").

The Disclosure Statement is currently set to be heard on January 29, 2025, at 9:00 a.m. (MT). Dkt. No. 778.

The Court held a hearing on the Exclusivity Motion, among other matters, on December 10 and 11, 2024. Dkt. Nos. 792; 795.

On December 12, 2024, the Court denied the Exclusivity Motion in an oral ruling and entered an order to this effect. Dkt. Nos. 800; 807 (respectively).

At the oral ruling on December 12, 2024, the Court stated that it was hopeful that any competing disclosure statements and plans could be filed in order to be considered at the same time as the Debtors' disclosure statement and plan.

On December 16, 2024, RLOC Agent filed its *Motion to Establish Time for Filing Competing Disclosure Statement and Chapter 11 Plan (Dkt. No. 805)* (the "Motion") seeking an

STIPULATION BETWEEN RABO AGRIFINANCE LLC AND THE DEBTORS
RESOLVING DISCLOSURE STATEMENT HEARING DATES MOTION AND
RESCHEDULING THE DEBTORS' CURRENT DISCLOSURE STATEMENT HEARING
DATE - 3

59797.0007.17965021.1

order of this Court to allow RLOC Agent, and other parties in interest, until January 15, 2025, to file competing disclosure statements, which then would be considered at the January 29, 2025 hearing, already set by the Debtors. The Motion is set to be heard by this Court in a telephonic hearing on December 23, 2024, at 9:00 a.m. (MT). Dkt. No. 806.

The Debtors objected to the Motion on December 19, 2024, in *Debtors' Objection to Rabo AgriFinance LLC's Motion to Establish Time for Filing Competing Disclosure Statement and Chapter 11 Plan (Dkt. No. 816)* (the "Objection").

RLOC Agent and the Debtors thereafter discussed the issues presented by the Motion and the Objection, and the parties have agreed to the following, after contacting the Court's clerk to obtain hearing dates to accommodate the parties' agreement.

## II. STIPULATION

Based on the foregoing, RAF and the Debtors hereby stipulate and agree as follows:

1. The Debtors' Disclosure Statement hearing, presently set for January 29, 2025, at 9:00 a.m. (MT), may be vacated and rescheduled to a hearing on the Disclosure Statement, and any other disclosure statements filed in these bankruptcy cases, to be held on March 6 and 7, 2025, at 9:00 a.m. (MT), in person.

2. Parties in interest who wish to file a disclosure statement in these bankruptcy cases shall do so with sufficient time in order for those competing disclosure statements to be considered by the Court on March 6 and 7, 2025, as required under the Federal Rules of Bankruptcy Procedure.

STIPULATION BETWEEN RABO AGRIFINANCE LLC AND THE DEBTORS RESOLVING DISCLOSURE STATEMENT HEARING DATES MOTION AND RESCHEDULING THE DEBTORS' CURRENT DISCLOSURE STATEMENT HEARING DATE - 4

59797.0007.17965021.1

3. The hearing on the Motion and the Objection, set for a telephonic hearing on December 23, 2024, at 9:00 a.m. (MT) may be vacated upon entry of an order approving this Stipulation, based on the agreement between the parties as stated in this Stipulation.

4. RLOC Agent and the Debtors agree to the form of order attached hereto as **Exhibit A** approving this Stipulation and agree that the proposed order attached hereto may be submitted upon filing of this Stipulation.

Dated: December 20, 2024    HAWLEY TROXELL ENNIS & HAWLEY LLP

/s/ Brent R. Wilson
_____
Brent R. Wilson, ISB No. 8936
Attorneys for Rabo AgriFinance LLC

Dated: December 20, 2024    DENTONS

/s/ Krystal R. Mikkilineni (email auth.)
_____
Krystal R. Mikkilineni
Attorneys for the Debtors

STIPULATION BETWEEN RABO AGRIFINANCE LLC AND THE DEBTORS RESOLVING DISCLOSURE STATEMENT HEARING DATES MOTION AND RESCHEDULING THE DEBTORS' CURRENT DISCLOSURE STATEMENT HEARING DATE - 5

59797.0007.17965021.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December, 2024, I electronically filed the foregoing STIPULATION BETWEEN RABO AGRIFINANCE LLC AND THE DEBTORS RESOLVING DISCLOSURE STATEMENT HEARING DATES MOTION AND RESCHEDULING THE DEBTORS' CURRENT DISCLOSURE STATEMENT HEARING DATE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine Patrice Reynard | janine@averylaw.net |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com |
| Zachary Fairlie | zfairlie@spencerfance.com |
| John O'Brien | jobrien@spencerfane.com |
| Gery W. Edson | gedson@gedson.com |
| Aaron Bell | abell@evanskeane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Karen Lloyd | klloyd@grsm.com |

STIPULATION BETWEEN RABO AGRIFINANCE LLC AND THE DEBTORS RESOLVING DISCLOSURE STATEMENT HEARING DATES MOTION AND RESCHEDULING THE DEBTORS' CURRENT DISCLOSURE STATEMENT HEARING DATE - 6

59797.0007.17965021.1

| | |
|---|---|
| James Justin May | jjm@johnsonmaylaw.com |
| Rhett Michael Miller | rmiller@magicvalley.law |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| John F. Kurtz, Jr. | jfk@kurtzlaw.com |

And any others receiving cm/ecf notices

/s/ Brent R. Wilson
Brent R. Wilson

STIPULATION BETWEEN RABO AGRIFINANCE LLC AND THE DEBTORS RESOLVING DISCLOSURE STATEMENT HEARING DATES MOTION AND RESCHEDULING THE DEBTORS' CURRENT DISCLOSURE STATEMENT HEARING DATE - 7

59797.0007.17965021.1

EXHIBIT A

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

ORDER APPROVING STIPULATION BETWEEN RABO AGRIFINANCE LLC AND THE DEBTORS RESOLVING DISCLOSURE STATEMENT HEARING DATES MOTION AND RESCHEDULING THE DEBTORS' CURRENT DISCLOSURE STATEMENT HEARING DATE. - 1

59797.0007.17964926.1

**ORDER APPROVING STIPULATION BETWEEN RABO AGRIFINANCE LLC AND THE DEBTORS RESOLVING DISCLOUSRE STATEMENT HEARING DATES MOTION AND RESCHEDULING THE DEBTORS' CURRENT DISCLOSURE STATEMENT HEARING DATE**

Before the Court is the *Stipulation Between Rabo AgriFinance LLC and the Debtors Resolving Disclosure Statement Hearing Dates Motion and Rescheduling the Debtors' Current Disclosure Statement Hearing Date* (Dkt. No. []) (the "Stipulation"). Based on the agreement of the parties as stated in the Stipulation, and for other good cause appearing; **IT IS HEREBY ORDERED**:

1. The Stipulation (Dkt. No. []) is **APPROVED**; and

2. The hearing on the *Disclosure Statement for Chapter 11 Plan [of] Reorganization of Millenkamp Cattle, Inc. and its Related Affiliates (Dkt. No. 777)* (the "Disclosure Statement"), presently set for January 29, 2025, at 9:00 a.m. (MT) in person, per the Notice of Hearing at Dkt. No. 778, is **VACATED**; and

3. Hearing on the Disclosure Statement and any other disclosure statements to be filed in these bankruptcy cases shall be held on March 6 and 7, 2025, at 9:00 a.m. (MT), in person; and

4. Any parties in interest who wish to file a disclosure statement in these bankruptcy cases shall do so with sufficient time in order for those competing disclosure statements to be considered by the Court on March 6 and 7, 2025, as required under the Federal Rules of Bankruptcy Procedure; and

ORDER APPROVING STIPULATION BETWEEN RABO AGRIFINANCE LLC AND THE DEBTORS RESOLVING DISCLOSURE STATEMENT HEARING DATES MOTION AND RESCHEDULING THE DEBTORS' CURRENT DISCLOSURE STATEMENT HEARING DATE - 2

59797.0007.17964926.1

5. Based on the parties' agreement stated in the Stipulation, the hearing on the *Motion to Establish Time for Filing Competing Disclosure Statement and Chapter 11 Plan (Dkt. No. 805)*, as set in the Notice of Hearing at Dkt. No. 806, is **VACATED**. //end of text//

Submitted by:

/s/ Brent R. Wilson

_____
Brent R. Wilson, ISB No. 8936
Hawley Troxell Ennis & Hawley LLP
Attorneys for Rabo AgriFinance LLC

Approved:

/s/ Krystal R. Mikkilineni (email auth.)

_____
Krystal R. Mikkilineni
Dentons
Attorneys for the Debtors

ORDER APPROVING STIPULATION BETWEEN RABO AGRIFINANCE LLC AND THE DEBTORS RESOLVING DISCLOSURE STATEMENT HEARING DATES MOTION AND RESCHEDULING THE DEBTORS' CURRENT DISCLOSURE STATEMENT HEARING DATE - 3

59797.0007.17964926.1