Brian M. Rothschild, ISB #9462
**PARSONS BEHLE & LATIMER**
800 West Main Street, Suite 1300
Boise, ID 83702
Telephone: (208) 562-4900
Fax: (208) 562-4901
Email: brothschild@parsonsbehle.com

*Attorneys for the Court-Appointed Investment Banker, The Forbes Securities Group LLC d/b/a Forbes Partners*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC., *et al.*,<br><br>Debtors. | Case No. 24-40158-NGH<br><br>**CERTFICATE OF SERVICE**<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases<br><br>Chief Judge Noah G. Hillen |

I hereby certify that I served a copy of the **APPLICATION FOR ALLOWANCE AND PAYMENT OF 503(B)(1) ADMINISTRATIVE EXPENSE CLAIM [Dkt. 818] o**n December 20, 2024, by filing on the Docket in this case, which gave notice to the following parties:

- **Bruce A. Anderson**     baafiling@eaidaho.com
- **Morton R. Branzburg**     mbranzburg@klehr.com
- **Heidi Buck Morrison**     heidi@racineolson.com, mandy@racineolson.com

4922-3834-3177

- **Laura E Burri** lburri@morrowfischer.com, klee@morrowfischer.com
- **Brett R Cahoon** ustp.region18.bs.ecf@usdoj.gov
- **William K Carter** kentcarter@grsm.com
- **Alexandra O Caval** alex@cavallawoffice.com, R71985@notify.bestcase.com
- **Matthew T. Christensen** mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com
- **D Blair Clark** dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com
- **Eric R Clark** eclark101@hotmail.com, eclark@ericrclarkattorney.com
- **David A Coleman** david@colemanjacobsonlaw.com
- **Thomas E Dvorak** ted@givenspursley.com, s274@givenspursley.com; kad@givenspursley.com
- **Connor Bray Edlund** edlund@mwsslawyers.com, lemieux@mwsslawyers.com
- **Gery W Edson** gedson@gedson.com, tfurey@gedson.com
- **Jon B Evans** evans.jb@dorsey.com, sattler.carla@dorsey.com
- **Zachary Fairlie** zfairlie@spencerfane.com
- **Brian Faria** brian@sawtoothlaw.com
- **Robert A Faucher** rfaucher@hollandhart.com, intaketeam@hollandhart.com;spturner@hollandhart.com
- **David W. Gadd** dwg@magicvalleylaw.com, jfb@magicvalleylaw.com
- **Kimbell D Gourley** kgourley@idalaw.com, shudson@idalaw.com
- **Daniel C Green** dan@racineolson.com, mcl@racinelaw.net
- **Matthew W Grimshaw** matt@grimshawlawgroup.com
- **Julian Gurule** jgurule@omm.com, julian-gurule-5732@ecf.pacerpro.com
- **Oren B. Haker** oren.haker@bhlaw.com
- **R Ron Kerl** Ron@cooper-larsen.com, connie@cooper-larsen.com
- **Matthew Kremer** mkremer@omm.com, matthew-kremer-0858@ecf.pacerpro.com
- **David T Krueck** dkrueck@hawleytroxell.com, jdeshaw@perkinscoie.com;docketboi@perkinscoie.com
- **John F Kurtz** jfk@kurtzlawllc.com, tnd@kurtzlawllc.com
- **Adam Aiken Lewis** alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- **Karyn Lloyd** klloyd@grsm.com
- **Jed W. Manwaring** jwm@elamburke.com, jh@elamburke.com
- **James Justin May** jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;lnh@johnsonmaylaw.com
- **Krystal R. Mikkilineni** krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com
- **Rhett Michael Miller** rmiller@magicvalley.law
- **John D Munding** john@mundinglaw.com
- **Jason Ronald Naess** Jason.r.naess@usdoj.gov
- **James Niemeier** jniemeier@mcgrathnorth.com
- **John O'Brien** jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com
- **Gabriel Luis Olivera** golivera@omm.com, gabriel-olivera-3960@ecf.pacerpro.com
- **Mark Bradford Perry** mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com

2

4922-3834-3177

- **Scott C Powers**          spowers@spencerfane.com, mwatson@spencerfane.com
- **Cheryl Rambo**            cheryl.rambo@isp.idaho.gov
- **Janine Patrice Reynard**  janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com
- **Robert E Richards**       robert.richards@dentons.com, docket.general.lit.chi@dentons.com
- **Holly Roark**             holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net
- **Evan Thomas Roth**        evan@sawtoothlaw.com
- **Brian Michael Rothschild**  brothschild@parsonsbehle.com, ecf@parsonsbehle.com;Boisedocket@parsonsbehle.com
- **Tirzah R. Roussell**      tirzah.roussell@dentons.com
- **Miranda K. Russell**      mrussell@mofo.com
- **Andrew J. Schoulder**     andrew.schoulder@nortonrosefulbright.com, nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com
- **Sheila Rae Schwager**     sschwager@hawleytroxell.com, jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com
- **Louis V. Spiker**         louis.spiker@millernash.com, louis.spiker@millernash.com
- **Matthew A Sturzen**       matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com
- **Meredith Leigh Thielbahr** mthielbahr@grsm.com, ckaiser@grsm.com
- **Kim J Trout**             ktrout@trout-law.com
- **US Trustee**              ustp.region18.bs.ecf@usdoj.gov
- **Joseph Mark Wager**       wager@mwsslawyers.com, wstewart@mwsslawyers.com;seannegan@sneganlaw.com;reception@mwsslawyers.com
- **Britta E Warren**         britta.warren@bhlaw.com
- **Brent Russel Wilson**     bwilson@hawleytroxell.com, mreinhart@hawleytroxell.com

In addition, on December 20, 2024, I served the Document by United States Postal Service, First-Class Mail™ on the Debtor's entire creditor mailing matrix, which is attached hereto.

DATED this 20th day of December, 2024.

PARSONS BEHLE & LATIMER

/s/ *Brian M. Rothschild*
Brian M. Rothschild

*Attorneys for the Court-Appointed Investment Banker, The Forbes Securities Group LLC d/b/a Forbes Partners*

3

4922-3834-3177

```
Label Matrix for local noticing          Krystal R. Mikkilineni              A. Scott Jackson Trucking, Inc.
0976-8                                   Dentons Davis Brown                 c/o Williams Meservy & Larsen, LLP
Case 24-40158-NGH                        215 10th St                         Post Office Box 168
District of Idaho                        Ste 1300                            153 East Main Street
Twin Falls                               Des Moines, IA 50309-3616           Jerome, ID 83338-2332
Fri Dec 20 10:09:02 MST 2024

AAA Cow Comfort LLC                      ABS Global                          ARNOLD MACHINERY COMPANY
Po Box 307                               1525 River Rd.                      2975 West 2100 South
Kimberly, ID 83341-0307                  DeForest, WI 53532-2430             Salt Lake City, UT 84119-1273


Ad Hoc Committee of Corn Silage Growers  Addison Biological Laboratory, INC. Airgas USA LLC
153 East Main Street                     507 North Cleveland St.             PO Box 734445
PO Box 168                               Fayette, MO 65248-1083              Chicago, IL 60673-4445
Jerome, ID 83338-0168


Airgas USA, LLC                          Alexander K. Reed                   Amalgamated Sugar
110 West 7th St. Suite 1400              4296 N 2100 E                       1951 S Saturn Way
Tulsa, OK 74119-1077                     Filer, ID 83328-5046                Ste 100
                                                                             Boise, ID 83709-2924


American Calf Products (Golden State Mixing,  American Express National Bank Amory Securities LLC
425 D Street                             c/o Becket and Lee LLP              200 North Pacific Hwy
Turlock, CA 95380-5452                   PO Box 3001                         Suite 1525
                                         Malvern  PA 19355-0701              El Segundo, CA 90245


Bruce A. Anderson                        Automation Werx, LLC                Automation Werx, LLC
320 East Neider Avenue                   Morrow & Fischer, PLLC              PO Box 3066
Suite 102                                4 Ogden Avenue                      Idaho Falls, ID 83403-3066
Coeur d'Alene, ID 83815-6007             Nampa, ID 83651-2371


c/o David A. Coleman B & H Farming       B & H Farming, an Idaho General Partnership  BS R Design Supplies
Coleman, Ritchie & Jacobson              PO Box 123                          198 Locust St S
PO BOX 525                               Rupert, ID 83350-0123               Twin Falls, ID 83301-7832
TWIN FALLS, ID 83303-0525


Richard Bernard                          Ron C Bingham II                    Blue Cross of Idaho
1177 Avenue of the Americas              3424 Peachtree Road NE              c/o D Blair Clark, Atty
41st Floor                               Suite 1600                          967 Parkcenter Blvd #282
New York, NY 10036-2714                  Atlanta, GA 30326-1139              Boise, ID 83706-6721


Blue Cross of Idaho                      Blue Cross of Idaho Health Service, Inc  Bo Stevenson dba B&A Farms
c/o D. Blair Clark, Attorney             c/o Law Office of D. Blair Clark PC 1001 S 1900 E
967 E. Parkcenter Blvd., #282            967 East Parkcenter Boulevard, #282 Hazelton, ID 83335-5451
Boise, ID 83706-6721                     Boise, ID 83706-6721


Brandy A. Bartholomew                    Morton R Branzburg                  Heidi Buck Morrison
C/O Eric R. Clark, Attorney              Klehr Harrison Harvey Branzburg LLP Racine Olson, PLLP
P.O. Box 2504                            1835 Market St                      201 East Center Street
Eagle, ID 83616-9118                     Suite 1400                          Pocatello, ID 83201-6329
                                         Philadelphia, PA 19103-2945
```

```
Bunge Canada                              Bunge Canada C/O David D. Farrell        Burks Tractor Company, Inc.
c/o David D. Farrell                      David D. Farrell. Esq.                   3140 Kimberly Road
THOMPSON COBURN LLP                       One US Bank Plaza                        Twin Falls, ID 83301-8516
One US Bank Plaza, Suite 2700             Suite 2700
St. Louis, Missouri 63101-1693            St. Louis, MO 63101-1616


Burks Tractor Company, Inc.               Laura E Burri                            CNH Industrial Capital America LLC
Oren B. Haker                             Morrow & Fischer, PLLC                   Kent Carter/Gordon Rees
Black Helterline LLP                      4 Ogden Avenue                           One North Franklin, Suite 800
805 SW Broadway Suite 1900                83651                                    Chicago, IL 60606-3422
Portland, OR 97205-3359                   Nampa, ID 83651-2371


Brett R Cahoon                            Capitol One                              (p)CARNE I CORP
DOJ-UST                                   PO Box 60599                             134 E HIGHWAY 81
550 West Fort St.                         City of Industry, CA 91716-0599          BURLEY ID 83318-5427
Ste 698
Boise, ID 83724-0101


W. Kent Carter                            William K Carter                         Alexandra O Caval
One North Franklin                        Gordon Rees Scully Mansukhani, LLP       Caval Law Office, P.C.
Suite 800                                 One North Wacker                         POB 1716
Chicago, IL 60606-3422                    Suite 1600                               Twin Falls, ID 83303-1716
                                          Chicago, IL 60606-2874


Cellco Partnership d/b/a Verizon Wireless (p)CENTURYTEL SERVICE GROUP LLC DBA CENTURYLI  Matthew T. Christensen
William M Vermette                        931 14TH STREET 9TH FLOOR                199 N. Capitol Blvd.
22001 Loudoun County PKWY                 DENVER CO 80202-2994                     Ste 200
Ashburn, VA 20147-6122                                                             Boise, ID 83702-6197


Matthew T. Christensen                    Christopher Camardello                   Citi Cards
Johnson May, PLLC                         1031 Mendota Heights Road                PO Box 78019
199 N. Capitol Blvd                       St. Paul, MN 55120-1419                  Phoenix, AZ 85062-8019
Suite 200
Boise, ID 83702-6197


D Blair Clark                             Eric R Clark                             Clint D. Thompson
967 E. Parkcenter Boulevard #282          P.O. Box 2504                            298 N 200 W
Boise, ID 83706-6721                      Eagle, ID 83616-9118                     Jerome, ID 83338-5372


Coastline Equipment Company               David A Coleman                          Colonial Life
2000 E Overland Rd                        PO Box 525                               Processing Center
Meridian, ID 83642-6665                   Twin Falls, ID 83303-0525                PO Box 1365
                                                                                   Columbia, SC 29202-1365


Connie Lapaseotes, Ltd.                   Conrad Bishcoff Inc                      Conterra Holdings, LLC d/b/a Conterra Ag Cap
c/o John O'Brien                          2251 N Holmes                            Spencer Fane
Spencer Fane                              PO Box 50106                             1700 Lincoln Street
1700 Lincoln Street, Suite 2000           Idaho Falls, ID 83405-0106               Suite 2000
Denver, CO 80203-4554                                                              Denver, CO 80203-4554


Conterra Holdings, LLC dba Conterra Ag Capit  Daimler Truck Financial Services USA LLC  Dairy Tech, LLC
c/o John O'Brien                          c/o Randall P. Mroczynski                1031 Mendota Heights Road
Spencer Fane                              Cooksey, Toolen, Gage, Duffy & Woog      St. Paul, MN 55120-1419
1700 Lincoln Street, Suite 2000           535 Anton Boulevard, Suite 1000
Denver, CO 80203-4554                     Costa Mesa, CA 92626-7664
```

| | | |
|---|---|---|
| Daritech<br>8540 Benson Rd<br>Lynden, WA 98264-9711 | David Clark<br>Clark Ambulatory Clinic, Inc.<br>1019 E 1020 S<br>Albion, ID 83311 | Davis Livestock, Inc.<br>780 E Cannibal Rd<br>Lewiston, UT 84320-2038 |
| Douglas J. Grant<br>2050 E 500 S<br>Hazelton, ID 83335-5006 | Dusty Brow Farms, Inc.<br>2601 E 1100 S<br>Hazelton, ID 83335-5623 | Thomas E Dvorak<br>POB 2720<br>Boise, ID 83701-2720 |
| East Valley Development, LLC<br>c/o Avery Law<br>3090 E Gentry Way, Ste 250<br>Meridian, ID 83642-3596 | East Valley Development, LLC<br>c/o Adam Lewis, Esq.<br>Morrison & Foerster LLP<br>425 Market St.<br>San Francisco CA 94105-2482 | Connor Bray Edlund<br>McConnell, Wagner, Sykes, & Stacey PLLC<br>827 E. Park Blvd.<br>Ste 201<br>Boise, ID 83712-7782 |
| Gery W Edson<br>POB 448<br>Boise, ID 83701-0448 | Edward Chojnacky<br>298 N 100 W<br>Jerome, ID 83338-5406 | Electrical Werx & Construction, LLC<br>PO Box 3066<br>Idaho Falls, ID 83403-3066 |
| Elevation Electric, LLC<br>485 S IDAHO ST<br>WENDELL, ID 83355-5241 | Eric Clark<br>Clark Associates<br>PO Box 2504<br>Eagle, ID 83616-9118 | Jon B Evans<br>Dorsey & Whitney LLP<br>101 S Capitol Blvd<br>Suite 1100<br>Boise, ID 83702-5958 |
| Evans Plumbing<br>111 Gulf Stream Lane<br>Hailey, ID 83333-7725 | Zachary Fairlie<br>Spencer Fane<br>1000 Walnut<br>Ste 1400<br>Kansas City, MO 64106-2168 | Zachary Fairlie<br>Spencer Fane LLP<br>1000 Walnut Street<br>Suite 1400<br>Kansas City, MO 64106-2168 |
| Brian Faria<br>Sawtooth Law Offices, PLLC<br>1101 W. River Street, Suite 110<br>83702<br>Boise, ID 83702-7067 | Farmers Bank<br>PO Box 392<br>Buhl, ID 83316-0392 | Fastenal Company<br>2001 Theurer Blvd.<br>ATTN: LEGAL<br>Winona, MN 55987-9902 |
| Robert A Faucher<br>POB 2527<br>Boise, ID 83701-2527 | Fredin Brothers, Inc.<br>c/o John O'Brien<br>Spencer Fane<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203-4554 | (p)GJ VERTILINE PUMPS INC<br>PO BOX 892<br>TWIN FALLS ID 83303-0892 |
| David W. Gadd<br>Stover, Gadd & Associates, PLLC<br>905 Shoshone St. N.<br>P.O. Box 1428<br>Twin Falls, ID 83303-1428 | Gale W. Harding and Associates<br>329 W 7th S<br>Rexburg, ID 83440-9600 | Scott F Gautier<br>1800 Century Park East<br>Ste 1500<br>Los Angeles, CA 90067-1501 |
| Givens Pursley LLP<br>Givens Pursley LLP<br>601 W. Bannock<br>P.O. Box 2720<br>Boise, ID 83701-2720 | Glanbia Foods Inc<br>c/o Robert A Faucher<br>POB 2527<br>Boise, ID 83701-2527 | Kimbell D Gourley<br>POB 1097<br>Boise, ID 83701-1097 |

```
Grant & Hagan, Inc.                 Grant 4-D Farms LLC                  GreatAmerica Financial Services Corporation
P.O. Box 326                        707 E 600 N                          ATTN: Peggy Upton
Hazelton, ID 83335-0326             Rupert, ID 83350-9466                625 First St. SE
                                                                         Cedar Rapids, IA 52401-2030


Daniel C Green                      Green Source Automation, LLC         Matthew W Grimshaw
Racine Olson, PLLP                  3506 Moore Road                      Grimshaw Law Group, P.C.
201 East Center                     Ceres, CA 95307-9402                 800 W. Main Street, Ste. 1460
PO Box 1391                                                              Boise, ID 83702-5983
Pocatello, ID 83204-1391


Julian Gurule                       Julian Gurule                        Julian Gurule
400 South Hope Street               O'Melveny & Meyers LLP               O'Melveny & Myers LLP
Suite 1900                          400 South Hope Street                400 South Hope Street
Los Angeles, CA 90071-2811          Suite 1900                           Ste 18th Floor
                                    Los Angeles, CA 90071-2811           Los Angeles, CA 90071-2801


Oren B. Haker                       Hatfield Manufacturing Inc           Heeringa Construction LLC
Black Helterline LLP                1823 Shoestring Rd                   18521 E Queen Creek Rd
805 SW Broadway                     Gooding, ID 83330-5361               #105-481
Suite 1900                                                               Queen Creek, AZ 85142-5864
Portland, OR 97205-3359


David A Heida                       Hollifield Ranches, Inc.             IRS
Heida Law Office, PLLC              22866 Highway 30                     Centralized Insolvency Oper.
Po Box 216                          Hansen, ID 83334-5028                PO Box 7346
Kimberly, ID 83341-0216                                                  Philadelphia, PA 19101-7346


Idaho AgCredit                      Idaho Dept of Lands                  Idaho Materials & Construction
c/o Daniel C. Green                 PO Box 83720                         c/o Miller Nash LLP
Racine Olson, PLLP                  Boise, ID 83720-0003                 950 W Bannock St, Ste 1100
P. O. Box 1391                                                           Boise, ID 83702-6140
Pocatello, ID 83204-1391


Idaho State Brand Department        Idaho State Tax Commission           (p)INNOVATIVE FOOD SOLUTIONS USA LLC
700 S. Stratford Dr.                PO Box 36                            134 E HIGHWAY 81
Meridian, ID 83642-6202             Boise, ID 83722-0036                 BURLEY ID 83318-5427


Interstate Billing Service, Inc     Theodore Isbell                      J&C Hoof Trimming Inc.
PO box 2250                         Expert Consulting Services           3690 N 2570 E
Decatur, AL 35609-2250              2694 E 750 S                         Twin Falls, ID 83301-1004
                                    Declo, ID 83323-6001


J.D. Heiskell Holdings, LLC         JOHN DEERE FINANCIAL                 (p)JPMORGAN CHASE BANK  N A
17220 Wright St, Ste 200            c/o Weltman, Weinberg & Reis Co., L.P.A.   BANKRUPTCY MAIL INTAKE TEAM
Omaha, NE 68130-4667                965 Keynote Circle                   700 KANSAS LANE FLOOR 01
                                    Cleveland, OH 44131-1829             MONROE LA 71203-4774


JPMorgan Chase Bank, N.A.           Jake Millenkamp                      James Farrell & CO
s/b/m/t Chase Bank USA, N.A.        1719 River Road                      13810 SE Eastgate Way
c/o National Bankruptcy Services, LLC   Buhl, ID 83316-5302              Suite 520
P.O. Box 9013                                                            Bellevue, WA 98005-4467
Addison, Texas 75001-9013
```

| | | |
|---|---|---|
| Jean L. Thompson<br>255 N 250 W<br>Jerome, ID 83338-5363 | Jeffrey E. Rolig<br>PO Box 5455<br>Twin Falls, ID 83303-5455 | Jeffrey J. Grieve<br>P.O. Box 366<br>Twin Falls, ID 83303-0366 |
| John Deere Construction and Forestry Company<br>c/o Weltman, Weinberg & Reis Co., L.P.A.<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 | John Deere Financial, f.s.b.<br>c/o Weltman, Weinberg & Reis Co., L.P.A.<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 | K R Rental Inc<br>256 A South 600 W<br>Heyburn, ID 83336-9750 |
| Kander LLC<br>2538 Carrolwood Road<br>Naperville, IL 60540-8395 | Keith D. and Janet Carlson<br>3866 E 3800 N<br>Hansen, ID 83334-5012 | Kenworth Sales Company, Inc.<br>c/o Benoit Law<br>P.O. Box 366<br>Twin Falls, ID 83303-0366 |
| Kinghorn Medical LLC<br>248 S Cole Rd<br>Boise, ID 83709-0934 | Kraus Farms, LLC<br>165 South 400 West<br>Rupert, ID 83350-9672 | Matthew Kremer<br>7 Times Square<br>New York, NY 10036-6524 |
| Matthew Kremer<br>O'Melveny & Myers LLP<br>1301 Avenue of the Americas<br>Suite 1700<br>New York, NY 10019-6022 | David T Krueck<br>Hawley Troxell Ennis & Halwey LLP<br>877 W. Main St.<br>Suite 500<br>Ste 200<br>Boise, ID 83702-6030 | John F Kurtz Jr<br>Kurtz Law PLLC<br>910 W. Main<br>Suite 364<br>Boise, ID 83702-5740 |
| LES SCHWAB TIRE CENTERS OF IDAHO, LLC<br>PO BOX 5350<br>BEND, OR 97708-5350 | (p)LAND VIEW  INC<br>ATTN DAN NOBLE<br>P O BOX 475<br>RUPERT ID 83350-0475 | Land View, Inc.<br>c/o Gery W. Edson<br>P.O. Box 448<br>Boise, ID 83701-0448 |
| Adam A Lewis<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | Adam Aiken Lewis<br>Morrison & Foerster LLP<br>425 Market Street<br>Ste 32nd Floor<br>San Francisco, CA 94105-2467 | Karyn Lloyd<br>Gordon Rees Scully Mansukhani, LLP<br>999 W Main Street<br>100<br>Boise, ID 83702-9001 |
| Karyn Lloyd<br>Gordon Rees Scully Mansukhani, LLP<br>999 W. Main Street, #100<br>Boise, ID 83702-9001 | MWI Veterinarian Supply, Inc.<br>3041 W PASADENA DRIVE<br>Boise, ID 83705-4776 | Jed W. Manwaring<br>Elam & Burke, P.A.<br>251 E. Front Street<br>P.O. Box 1539<br>Ste 300<br>Boise, ID 83701-1539 |
| James Justin May<br>Johnson May<br>199 N. Capitol Blvd.<br>Ste. 200<br>Boise, ID 83702-6197 | Zachery J McCraney<br>Holland & Hart<br>Po Box 2527<br>800 W Main Street<br>Suite 1750<br>Boise, ID 83702-5974 | Merck Animal Health<br>Attn: Legal Dept-Animal Health<br>126 East Lincoln Avenue<br>Po Box 2000<br>Rahway, NJ 07065-0900 |
| MetLife Real Estate Lending LLC<br>c/o Kimbell D. Gourley<br>10801 Mastin Blvd<br>Suite 700<br>Overland Park, KS 66210-1673 | MetLife Real Estate Lending, LLC<br>c/o Ron C. Bingham, II, Esq.<br>Adams and Reese LLP<br>3424 Peachtree Road, NE, Suite 1600<br>Atlanta, Georgia 30326-1139 | Metropolitan Life Insurance Company<br>c/o Kimbell D. Gourley<br>10801 Mastin BLVD<br>Suite 700<br>Overland Park, KS 66210-1673 |

| | | |
|---|---|---|
| Metropolitan Life Insurance Company, a New Y<br>c/o Ron C. Bingham, II, Esq.<br>Adams and Reese LLP<br>3424 Peachtree Road, NE, Suite 1600<br>Atlanta, Georgia 30326-1139 | Michael Chojnacky<br>51 W 600 N<br>Jerome, ID 83338-5016 | William Millenkamp<br>471 S 300 W<br>Jerome, ID 83338 |
| Millenkamp Cattle, Inc<br>471 North 300 West<br>Jerome, ID 83338-5078 | Rhett Michael Miller<br>Parsons, Loveland, Shirley & Lindstrom,<br>P.O. Box 910<br>Burley, ID 83318-0910 | Milner Hay<br>1154 W 200 S<br>Murtaugh, ID 83344-5388 |
| Moss Farms Operations, LLC<br>c/o Rhett M. Miller<br>P.O. Box 910<br>Burley, ID 83318-0910 | Moss Grain Partnership<br>c/o Rhett M. Miller<br>P.O. Box 910<br>Burley, ID 83318-0910 | Moss Grain Partnership<br>301 Scott Ave. Suite 4<br>Rupert, ID 83350-5100 |
| John D Munding<br>Munding, P.S.<br>309 E Farwell Rd<br>Ste 310<br>Spokane, WA 99218-8209 | NAPA Auto Parts<br>P.O. Box 1425<br>Twin Falls, ID 83303-1425 | Jason Ronald Naess<br>DOJ-UST<br>550 West Fort St.<br>Ste 698<br>Boise, ID 83724-0101 |
| James Niemeier<br>McGrath North<br>1601 Dodge Street<br>Suite 3700<br>Omaha, NE 68102-1627 | James J Niemeier<br>McGrath North Mullin & Kratz, PC LLO<br>1601 Dodge Street<br>Ste 3700<br>Omaha, NE 68102-1650 | Cooper Norman<br>PO Box 5399<br>Twin Falls, ID 83303-5399 |
| John O'Brien<br>Spencer Fane<br>1700 Lincoln Street<br>Ste 2000<br>Denver, CO 80203-4554 | John O'Brien<br>Spencer Fane LLP<br>1700 Lincoln Steet<br>Suite 2000<br>Denver, CO 80203-4554 | Gabriel L Olivera<br>7 Times Square<br>New York, NY 10036-6524 |
| Gabriel Luis Olivera<br>O'Melveny & Myers LLP<br>1301 Avenue of the Americas<br>Ste 1700<br>New York, NY 10019-6022 | Overhead Door<br>489 S. Locust<br>Twin Falls, ID 83301-7849 | PTG of Idaho, LLC<br>c/o Holland N. O'Neil, Foley & Lardner L<br>2021 McKinney Avenue, Ste. 1600<br>Dallas, TX 75201-3340 |
| Domenic E Pacitti<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801-3030 | Pan American Life Insurance<br>1778 N Plano Rd<br>Ste 310<br>Richardson, TX 75081-1958 | PerforMix Nutrition Systems<br>2201 N 20th Street<br>Nampa, ID 83687-6849 |
| PerforMix Nutrition Systems, LLC<br>MUNDING, P.S.<br>309 E. FARWELL RD., STE 310<br>Spokane, WA 99218-8209 | Mark Bradford Perry<br>Perry Law, P.C.<br>POB 637<br>Boise, ID 83701-0637 | Pivot Man Inc<br>Robin Jones<br>PO Box 355<br>Paul, ID 83347-0355 |
| Scott C Powers<br>Spencer Fane LLP<br>10 Exchange Place 11th Flr<br>Salt Lake City, UT 84111-2824 | Prime Ridge Beef LLC<br>c/o John O'Brien<br>Spencer Fane<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203-4554 | Pro Rentals & Sales<br>PO Box 5450<br>C12<br>Kalispell, MT 59903-5450 |

```
Pro Tech Service Company              Progressive Dairy Service & Supplies Corp.   Progressive Dairy Service & Supply Corp.
1550 Kimberly Rd                      485 S. Idaho St.                             485 S IDAHO ST
Twin Falls, ID 83301-7341             Wendell, ID 83355-5241                       WENDELL, ID 83355-5241



Quill Corporation                     Rabo AgriFinance LLC                         Rabo AgriFinance LLC, as Administrative Agen
PO Box 102419                         c/o Sheila R. Schwager                       c/o Sheila Schwager
Columbia, SC 29224-2419               P.O. Box 1617                                Hawley Troxell Ennis & Hawley, LLP
                                      Boise, ID 83701-1617                         P.O. Box 1617
                                                                                   Boise, ID 83701-1617


Raft River Rural Electric Cooperative, Inc.   Cheryl Rambo                         Rexel USA, Inc dba Platt Electric Supply
c/o Rhett M. Miller                   Idaho State Police                           McConnell Wagner Sykes + Stacey PLLC
P.O. Box 910                          700 S. Stratford Dr.                         827 E. Park Blvd, Ste. 201
Burley, ID 83318-0910                 Meridian, ID 83642-6242                      Boise, ID 83712-7782



Rexel USA, Inc dba Platt Electric Supply   Janine Patrice Reynard                  Robert E Richards
827 E. Park Blvd, Ste. 201            Avery Law                                    Dentons US LLP
Boise, Idaho 83712-7782               3090 E. Gentry Way                           233 South Wacker Drive
                                      Suite 250                                    Ste 7800
                                      Meridian, ID 83642-3596                      Chicago, IL 60606-6459


Robert E. Richards                    Holly Roark                                  Roark Law Offices
233 South Wacker Drive                Roark Law Offices                            950 Bannock St., 11th Fl.
Suite 5900                            950 Bannock St. Ste. 1100                    Boise, ID 83702-5999
Chicago, IL 60606-6361                Boise, ID 83702-6140



Rocky Mountain Agronomics             Rogers Machinery Company, Inc.               Evan Thomas Roth
1912 West Main Street                 PO Box 230429                                1101 W. River St., Ste 110
Burley, ID 83318-1611                 Portland, OR 97281-0429                      Boise, ID 83702-7067



Tirzah R. Roussell                    Tirzah R. Roussell                           Miranda Russell
215 10th Street                       Dentons Davis Brown PC                       Morrison & Foerster LLP
Suite 1300                            The Davis Brown Tower                        250 West 55th Street
Des Moines, IA 50309-3616             215 10th Street                              New York, NY 10019-0050
                                      Suite 1300
                                      Des Moines, IA 50309-3621

Miranda K. Russell                    Sandton Capital Partners LP                  (p)SCHAEFFER MANUFACTURING COMPANY
Morrison & Foerster LLP               16 W 46th Street, 1st Floor                  ATTN DENIS MCCARTHY
250 West 55th Street                  New York, NY 10036-4503                      2600 S BROADWAY
New York, NY 10019-0050                                                            SAINT LOUIS MO 63118-1828



Nikolaus F Schandlbauer               Schmidt Cattle Hauling                       Andrew Schoulder
20 F Street NW                        848 E 3400 N                                 1301 Avenue of The Americas
Suite 500                             Castleford, ID 83321-6422                    New York, NY 10019-6022
Washington DC 20001-6703



Andrew J. Schoulder                   Schow's Truck Center                         Schuil Ag Real Estate Inc
Norton Rose Fulbright US LLP          PO Box 2208                                  5020 W Mineral King Ave
1301 Avenue of The Americas           Decatur, AL 35609-2208                       Visalia, CA 93291-5364
New York, NY 10019-6022
```

| | | |
|---|---|---|
| Sheila Rae Schwager<br>Hawley Troxell Ennis & Hawley, LLP<br>877 Main Street, Suite 200<br>P.O. Box 1617<br>Boise, ID 83701-1617 | Sheila R. Schwager<br>Hawley Troxell ennis & Hawley LLP<br>P.O. Box 1617<br>Boise, ID 83701-1617 | Six States Distributors Inc<br>29787 Network Place<br>Chicago, IL 60673-1297 |
| Louis V. Spiker<br>Miller Nash LLP<br>950 W Bannock St, Ste 1100<br>Boise, ID 83702-6140 | SprinklerShop Inc<br>PO Box 599<br>Paul, ID 83347-0599 | St. Genetics<br>Inguran USA, INC.<br>22575 State Hwy 6 South<br>Navasota, TX 77868-8297 |
| Standing 16 Ranch Land Company, LLC<br>335 W 300 N<br>Jerome, ID 83338-5217 | Standlee Ag Resources<br>c/o Miller Nash LLP<br>950 W Bannock St, Ste 1100<br>Boise, ID 83702-6140 | Standlee Ag Resources<br>c/o Miller Nash, LLP, Attn: Louis Spiker<br>950 W Bannock St, Ste 1100<br>Boise, ID 83702-6140 |
| Star Falls Farms, LLC<br>1908 E 1300 S<br>Hazelton, ID 83335-5428 | Steel Ranch LLC<br>2597 E 1100 S<br>Hazleton, ID 83335-5621 | Steven R. Hogan II<br>409 S. 17th Street #500<br>Omaha, NE 68102-2603 |
| Michael R Stewart<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-7508 | Stotz Equipment<br>2670 Kimberly Rd E<br>Twin Falls, ID 83301-7984 | Matthew A Sturzen<br>Sherman Sherman Johnnie & Hoyt, LLP<br>693 Chemeketa Street NE<br>Salem, OR 97301-3732 |
| Summit Ag Appraisal Inc<br>995 S 1150 E<br>Albion, ID 83311-9710 | The Dairy Solutions Group<br>409 S. 17th Street #500<br>Omaha, NE 68102-2603 | The Forbes Securities Group LLC, DBA Forbes<br>6400 S Fiddlers Green Circle<br>Suite 850<br>Greenwood Village, CO 80111-4994 |
| The Sprinkler Shop<br>P.O. Box 599<br>Paul, ID 83347-0599 | Meredith Leigh Thielbahr<br>Gordon & Rees - Seattle<br>701 Fifth Avenue<br>Ste 2100<br>Seattle, WA 98104-7084 | Triple C Farms, LLC<br>474 S 500 W<br>Jerome, ID 83338-6027 |
| Kim J Trout<br>Trout Law, PLLC<br>3778 Plantation River Dr., Ste. 101<br>Boise, ID 83703-3086 | US Commodities, LLC<br>730 Second Avenue S. Suite 700<br>Minneapolis, MN 55402-2480<br>, | US Trustee<br>550 West Fort St, Ste 698<br>Boise, ID 83724-0101 |
| Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | United Electric Co-op, Inc.<br>c/o Rhett M. Miller<br>P.O. Box 910<br>Burley, ID 83318-0910 | Valley Wide Cooperative Inc.<br>c/o David W. Gadd, Stover, Gadd & Assoc.<br>P.O. Box 1428<br>Twin Falls, ID 83303-1428 |
| Valley Wide Cooperative Inc.<br>c/o David W. Gadd<br>Stover, Gadd & Associates, PLLC<br>P.O. Box 1428<br>Twin Falls, Idaho 83303-1428 | Lance Vandemark<br>Expert Consulting Services<br>2694 E 750 S<br>Declo, ID 83323-6001 | Viserion Grain LLC<br>385 Broadway St<br>Boulder, CO 80305-3303 |

```
Viserion Grain, LLC                  Viterra USA Grain, LLC              Viterra USA Grain, LLC and Viterra USA Ingre
c/o Sawtooth Law Offices, PLLC       1331 Capitol Ave.                   c/o Racine Olson, PLLP
213 Canyon Crest Dr., Ste 200        Omaha, NE 68102-1197                P.O. Box 1391
Twin Falls, ID 83301-3053                                                Pocatello, ID 83204-1391


Viterra USA Ingredients, LLC         Wag Services, Inc.                  Joseph Mark Wager Jr.
1331 Capitol Ave.                    8121 W HARRISON ST                  McConnell Wagner Sykes & Stacey
Omaha, NE 68102-1197                 Tolleson, AZ 85353-3328             827 E Park Blvd Suite 201
                                     ,                                   Boise, ID 83712-7782


Britta E Warren                      Wendell Truck and Auto              Western Construction Inc
Black Helterline LLP                 PO Box 213                          PO Box 15569
805 SW Broadway Suite 1900           356 S Idaho St                      Boise, ID 83715-5569
Portland, OR 97205-3359              Wendell, ID 83355-5209


Western States Equipment Co.         Westway Feed                        Wilbur-Ellis Company LLC
500 East Overland Road               BARR Credit Services                c/o Matthew A. Sturzen
Meridian, ID 83642-6606              3444 N Country Club Rd              P.O. Box 2247
                                     Ste 200                             Salem, OR 97308-2247
                                     Tucson, AZ 85716-0815


Wilbur-Ellis Nutrition, LLC          Williams, Meservy & Larsen          Brent Russel Wilson
c/o Matthew A. Sturzen               Post Office Box 168                 Hawley Troxell Ennis & Hawley, LLP
PO Box 2247                          153 East Main Street                877 Main Street, Suite 200
Salem, OR 97308-2247                 Jerome, ID 83338-2332               Boise, ID 83702-6030


Young CDJR of Burley, LLC            Youree Land & Livestock Inc.        c/o David A. Coleman Youree Land & Livestock
PO Box 1530                          3953 North 3300 East                Coleman, Ritchie & Jacobson
Layton, UT 84041-6553                Twin Falls, ID 83301-0348           PO BOX 525
                                                                         TWIN FALLS, ID 83303-0525



              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Carne I Corp.                        CenturyTel Service Group, LLC dba CenturyLin    G.J. Verti-Line Pumps, Inc.
134 E. Highway 81                    Lumen Technologies Group                        PO Box 892
Burley, ID 83318                     931 14th Street, 9th Floor (Attn: Legal-        Twin Falls, ID 83303-0892
                                     Denver, CO 80202


Innovative Food SolutionsUSA         JP Morgan Chase                     Land View, Inc.
Attn: Jordan Bowen                   PO Box 6294                         P.O. Box 475
134 E. Highway 81                    Carol Stream, IL 60197              Rupert, ID 83350
Burley, ID 83318


Schaeffer Manufacturing Company
c/o Denis McCarthy
2600 S Broadway
St. Louis, MO 63118
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)#3924637 | (u)A K Trucking1897 E 990 S Hazelton, ID 8333<br>A. Scott Jackson TruckingPO Box 56 Jerom<br>A. Scott JacksonTrucking Inc PO Box 56 J<br>ABS Global Inc Box 22144 Network Place C<br>Addison Biological Lab 507 N Cleveland S<br>Aden Brook Trading CorpPO Box 217 Montgo | (d)Amalgamated Sugar Company<br>1951 S. Saturn Way<br>Suite 100<br>Boise, ID 83709-2924 |
| (d)Amalgamated Sugar Company<br>1951 S. Saturn Way, Suite 100<br>Boise, ID 83709-2924 | (d)Bruce A. Anderson<br>320 East Neider Avenue<br>Suite 102<br>Coeur d'Alene, ID 83815-6007 | (u)Badger Bearing PTP, Inc |
| (u)Brandy Ann Bartholomew | (d)Morton R. Branzburg<br>Klehr Harrison Harvey Branzburg, LLP<br>1835 Market Street<br>Suite 1400<br>Philadelphia, PA 19103-2945 | (u)CNH Industrial Capital America LLC |
| (d)Conterra Holdings, LLC dba Conterra Ag Cap<br>c/o John O'Brien<br>Spencer Fane<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203-4554 | (d)Elevation Electric, LLC<br>485 S. Idaho St.<br>Wendell, ID 83355-5241 | (u)JOHN DEERE FINANCIAL |
| (u)Kander, LLC | (u)MWI Veterinary Supply | (du)MWI Veterinary Supply Inc. |
| (u)McAlvain Concrete, Inc. | (d)Krystal R Mikkilineni<br>Dentons Davis Brown<br>215 10th St<br>Ste 1300<br>Des Moines, IA 50309-3616 | (d)Krystal R. Mikkilineni<br>Dentons Davis Brown<br>215 10th Street<br>Suite 1300<br>Des Moines, IA 50309-3616 |
| (u)NameAddress1Address2Address3CityStateZip<br>116 & West805 W Idaho StSte 300Boise<br>2020 Window ServicePO Box 6056Twin F<br>A & K Trucking1897 E 990 SHazeltonI<br>A. Scott Jackson TruckingPO Box 56Je<br>A. Scott JacksonTrucking IncPO Box 56 | (u)O'Melveny & Myers LLP | (u)Official Committee Of Unsecured Creditors |
| (d)Oren B. Haker<br>Black Helterline LLP<br>805 SW Broadway Suite 1900<br>Portland, OR 97205-3359 | (d)Progressive Dairy Service & Supply Corp.<br>485 S. Idaho St.<br>Wendell, ID 83355-5241 | (u)Rexel USA, Inc. dba Platt Electric Supply |
| (u)Rocky Mountain Agronomics, Inc. | (d)Viserion Grain, LLC<br>385 Broadway Street<br>Boulder, CO 80305-3303 | End of Label Matrix<br>Mailable recipients   257<br>Bypassed recipients    26<br>Total                  283 |