W. Reed Cotten, Esq.
ROBINSON & COTTEN
Attorneys at Law
P. O. Box 396
Rupert, Idaho  83350-0396
Telephone No. (208) 436-4717
Facsimile No.  (208) 436-6804
wrc@idlawfirm.com
ISB No. 8976

Attorneys for Aden Brook Trading Corp

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

- - - - - - -

| In Re: | ) | Case No. 24-40158 |
|---|---|---|
|  | ) | (Chapter 11) |
|  | ) |  |
| MILLENKAMP CATTLE, INC., | ) |  |
|  | ) |  |
| Debtor. | ) |  |

NOTICE OF APPEARANCE AS ATTORNEY FOR CREDITOR
AND REQUEST FOR NOTICE

COMES NOW W. Reed Cotten of the firm Robinson & Cotten, and hereby gives notice of his appearance as attorney for the creditor, Aden Brook Trading Corp, and hereby requests that:

1.	Counsel be provided with copies of all documents or pleadings filed in this case, and be provided with copies of all notices as provided by Bankruptcy Rule 2002; and

2.	Counsel be included on the master mailing list in the above-captioned proceeding.

The address of counsel where notice should be sent is:

W. Reed Cotten, Esq.
Robinson & Cotten
P.O. Box 396
Rupert, ID   83350-0396
Email:  wrc@idlawfirm.com

DATED this 23rd day of December, 2024.


  /s/  W. Reed Cotten
W. Reed Cotten
Attorney for Aden Brook Trading Corp


CERTIFICATE OF MAILING

I hereby certify that on December 23, 2024, I filed the foregoing ***Notice of Appearance as Attorney for Creditor and Request for Notice*** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    U.S. Trustee - ECF
    Matthew T. Christensen – ECF
    Thomas E. Dvorak – ECF
    James Justin May – ECF
    Krystal R. Mikkilineni – ECF
    Robert E. Richards – ECF
    Tirzah P. Roussell – ECF
    Brett R. Cahoon – ECF
    Jason R. Naess – ECF
    Bruce A. Anderson - ECF


AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via first class mail with postage prepaid, addressed to:

    Millenkamp Cattle, Inc.
    471 North 300 West
    Jerome, Idaho 83338


  /s/  W. Reed Cotten
W. Reed Cotten