**FIRST FEDERAL**

First Federal Savings Bank PO Box 249 Twin Falls, ID 83303-0249
Return Service Requested

00011822 MF FSiFS 113024040234 01 000000000 0011822 039
MILLENKAMP CATTLE, INC.
DEBTOR IN POSSESSION CASE 24-40158-NGH
471 N 300 W
JEROME ID 83338-5078

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Check/Items Enclosed | 320 |
| Page | 1 |

---

### Customer Service Information

 **Visit us Online:** www.BankFirstFed.com

**Customer Support:** 208-733-4222
1-800-278-9435
Call us Monday-Thursday 8:00am to 6:00pm Friday 8:00am-6:30pm and  Saturday 10:00am-2:00pm

 **Written Inquiries:**
FFSB PO Box 249 Twin Falls, ID. 83303

**24/7 Banking:** 208-733-0778

**Join us on Facebook or Instagram!**

---

## IMPORTANT MESSAGE(S)

Starting December 2, 2024, authorized users of Ready Reserve Line of
Credit Accounts will be permitted to access available funds at their
discretion. Funds may be accessed via online banking or requested at a
First Federal Bank branch. Refer to your original Ready Reserve Account
agreement for information on minimum payments, payment schedules, fees,
and other terms and conditions.
Prior to December 2, 2024, funds may only be accessed when the
associated DDA (Checking) or SV (Savings) accounts are overdrafted.
Please call First Federal Bank's Customer Service Center at
(208) 733-4222 with any questions.

---

### BUSINESS WITH INTEREST

**Account Number: XXXXXX7877**

Account Owner(s):    MILLENKAMP CATTLE, INC.

#### Balance Summary

| | |
|---|---|
| Beginning Balance as of 11/01/2024 | $4,888,274.88 |
| + Deposits and Credits  (20) | $19,319,902.81 |
| - Withdrawals and Debits  (430) | $21,118,524.52 |
| **Ending Balance as of 11/30/2024** | **$3,089,653.17** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $5,258,082.00 |
| Minimum Balance for Period | $2,010,923.00 |

#### Earnings Summary

| | |
|---|---|
| Interest for Period Ending 11/30/2024 | $216.09 |
| Interest Paid Year to Date | $807.42 |
| Average Rate for Period | 0.05% |
| Number of Days for Average Rate | 30 |





**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK REGISTER TO YOUR STATEMENT BALANCE.**

| BALANCE YOUR CHECKBOOK REGISTER FIRST:<br>1. CHECK OFF IN YOUR REGISTER THE CHECKS AND DEPOSITS LISTED ON THIS STATEMENT. | CHECKS OUTSTANDING | | CHECKS OUTSTANDING | |
|---|---|---|---|---|
| | CHECKING | AMOUNT | CHECKING | AMOUNT |
| 2. MAKE THE FOLLOWING ADJUSTMENTS TO YOUR CHECKBOOK REGISTER: ADD ANY DEPOSITS OR OTHER CREDITS (CREDIT LINE TRANSFERS, CREDIT MEMOS, AUTOMATIC TRANSFERS, ETC.) APPEARING ON THIS STATEMENT WHICH YOU HAVE NOT PREVIOUSLY ADDED. | | | | |
| SUBTRACT FROM YOUR CHECKBOOK REGISTER BALANCE ANY CHECKS OR OTHER CHARGES (AUTOMATIC CREDIT LINE PAYMENTS, HANDLING CHARGES, DEBIT MEMOS, ETC.) APPEARING ON THIS STATEMENT WHICH YOU HAVE NOT PREVIOUSLY DEDUCTED. | | | | |
| SUBTRACT FROM YOUR CHECKBOOK REGISTER BALANCE THE SERVICE CHARGE (IF ANY) APPEARING ON THIS STATEMENT. | | | | |
| 3. LIST ALL CHECKS NOT YET PAID BY THE BANK | **TOTAL THEM** | | **TOTAL CHECKS OUTSTANDING** | $ |

4. ENDING BALANCE AS SHOWN ON THE FRONT OF THIS STATEMENT. — $ _____

5. ADD DEPOSIT NOT CREDITED ON THIS STATEMENT. — (+) _____

6. SUBTRACT TOTAL CHECKS OUTSTANDING. — (+) _____

SUBTOTAL _____

7. SUBTRACT CHECKBOOK BALANCE AFTER COMPLETING STEPS 1 AND 2 ABOVE. — (−) _____

8. TO FIND THE DIFFERENCE (IF ANY):
1. Check the addition and subtraction in your checkbook register. — TOTAL $ _____
2. Make certain the amount of all checks and deposits have been entered in your checkbook correctly. — (−) $ _____
3. Make certain no check was issued without being entered in your register

**IMPORTANT INFORMATION**

FORGERIES, ALTERATION, OR UNAUTHORIZED CHECKS: Please examine your statement and check images in a prompt manner. If you discover any forgeries, alterations, or unauthorized checks, you must notify us within 30 days from when the statement is first sent or made available. When notifying us, please include all relevant facts pertaining to the item(s). We may request that this notification be in writing.

DIRECT DEPOSIT: If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number listed on the front of this statement.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CHECKING, SAVINGS, ATM, DEBIT CARD, OR OTHER ELECTRONIC TRANSFERS: If you think your statement or receipt is wrong, or if you need more information about a transfer on your statement or receipt, we must hear from you no later than 60 days (30 days for paper checks or drafts) after we sent you the FIRST statement on which the error or problem appeared. Telephone or write us at the number or address listed at the bottom of this page
 * Tell us your name and account number
 * Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
 * Tell us the dollar amount of the suspected error

We will tell you the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error,so that you will have the use of the money during the time it takes us to complete our investigation. For transfers in latve outside the United States or transfers resulting from point of sale debit card transactions, the time to resolve the investigation is 90 days.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT STATEMENT: If you think your statement is wrong, or if you need more information about a transaction on your statement, write to us at the address shown at the bottom of this page as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, provide the following information:
 * Your name and account number
 * The dollar amount of the suspected error
 * Date the transaction occurred
 * Describe the error. If you can and explain why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating but you are still obligated to pay the parts of your statement that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

LINE OF CREDIT AVERAGE DAILY BALANCE CALCULATION: To calculate the average daily balance, we take the beginning balance of your account each day, add any new advances, and subtract any payments, credits and unpaid finance charges. This gives us a daily balance. Then we add all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This is your average daily balance. The "finance charge" begins from the date of each advance.

INFORMATION WE HAVE FURNISHED TO A CONSUMER REPORTING AGENCY ABOUT YOUR ACCOUNT(S): We may report information about t your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you feel we have made an error regarding the information we have reported, you have the right to dispute it by writing to First Federal at the address provided below. It will be important that you describe the information you feel is not accurate or is in dispute and the basis for your dispute, and the facts all documentation to support your dispute. If you believe the information you are disputing is a result of Identity Theft, please provide us with the Identity Theft Report you have filed with the Credit Bureaus.

TO OUR BUSINESS CUSTOMERS: Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed below.

ALL INQUIRIES regarding errors, transactions or any information on your statement can be obtained by calling us at (208) 733-4222 or writing to First Federal, PO Box 249, Twin Falls, Idaho 83303

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 2 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Deposits |
|---|---|---|
| Nov 01 | GLANBIA INC./PROD PAYRL IDAHO JERSEY GIRLS - J | 80,335.00 |
| Nov 01 | GLANBIA INC./PROD PAYRL IDAHO JERSEY GIRLS BAR | 1,426,840.51 |
| Nov 01 | GLANBIA INC./PROD PAYRL IDAHO JERSEY GIRLS BAR | 4,023,931.64 |
| Nov 04 | REMOTE DEPOSIT | 521,171.44 |
| Nov 13 | WIRE FROM MILLENKAMP CATTLE INC | 37,749.15 |
| Nov 14 | WIRE FROM EAST VALLEY DEVELOPMENT LLC | 69,000.00 |
| Nov 15 | REMOTE DEPOSIT | 195,053.00 |
| Nov 15 | REMOTE DEPOSIT | 639,116.91 |
| Nov 15 | GLANBIA INC./PROD PAYRL IDAHO JERSEY GIRLS - J | 94,459.94 |
| Nov 15 | GLANBIA INC./PROD PAYRL IDAHO JERSEY GIRLS BAR | 1,392,521.62 |
| Nov 15 | GLANBIA INC./PROD PAYRL IDAHO JERSEY GIRLS BAR | 4,761,717.96 |
| Nov 15 | REMOTE DEPOSIT | 421,163.32 |
| Nov 20 | INNOVATIVE FOOD/ENTRY JERSEY GIRL #2 | 239,646.91 |
| Nov 20 | INNOVATIVE FOOD/ENTRY JERSEY GIRL #1 | 2,611,920.22 |
| Nov 22 | INTL WIRE FROM SUMMIT LIVESTOCK LTD | 665,000.00 |
| Nov 22 | REMOTE DEPOSIT | 655,140.50 |
| Nov 27 | REMOTE DEPOSIT | 103,216.53 |
| Nov 29 | INNOVATIVE FOOD/ENTRY JERSEY GIRL #2 | 87,234.55 |
| Nov 29 | INNOVATIVE FOOD/ENTRY JERSEY GIRL #1 | 1,274,467.52 |
| Nov 29 | INTEREST EARNED | 216.09 |

## MISCELLANEOUS WITHDRAWALS

| Date | Description | Withdrawals |
|---|---|---|
| Nov 01 | WIRE TO RANGEN | 40,000.00 |
| Nov 01 | WIRE TO AMALGAMATED | 55,000.00 |
| Nov 01 | WIRE TO LAND VIEW | 280,178.37 |
| Nov 01 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 01 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 01 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 01 | INTERNET BANKING TRANSFER TO DD 7885  OPER TO PR | 1,200,000.00 |
| Nov 01 | 20135-00 00/D00151328 MILLENKAMP CATTLE | 26,368.83 |
| Nov 04 | NATVS COMPANY/WEB PYMNT 857734257 MILLENKAMP MILKERS LLC | 3,305.55 |
| Nov 04 | NATVS COMPANY/WEB PYMNT 857734237 IDAHO JERSEY GIRLS MIL | 13,700.56 |
| Nov 04 | IRS/USATAXPYMT MILLENKAMP CATTLE INC | 19,433.34 |
| Nov 04 | NATVS COMPANY/WEB PYMNT 857734217 MILLENKAMP CATTLE | 136,556.34 |
| Nov 05 | REMIT LAND VIEW | 177,558.47 |
| Nov 05 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 05 | VERIZON WIRELESS/PAYMENTS 0000000066578744700003 | 552.96 |
| Nov 05 | VERIZON WIRELESS/PAYMENTS 0000000066578744700002 | 635.13 |
| Nov 05 | VERIZON WIRELESS/PAYMENTS 0000000066578744700001 | 836.08 |
| Nov 05 | CASH ONLINE PAYMENT 42*531386126730 SUSIE J MILLENKAMP | 6,000.00 |
| Nov 05 | CASH ONLINE PMT WILLIAM J MILLENKAMP | 40,000.00 |
| Nov 05 | HENRY GAVILON | 400,000.00 |
| Nov 05 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 05 | REMIT AG HERITAGE | 29,122.36 |
| Nov 05 | BANK CARGILL MEIER | 64,559.46 |
| Nov 05 | REMIT GERBER JAY | 76,256.92 |
| Nov 05 | REMIT PBM | 397,023.35 |
| Nov 05 | REMIT AGRETT SASA LLC | 425,770.92 |
| Nov 05 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 05 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 05 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 05 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 05 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 05 | REMIT ONETIME MILLENKAMP CATTLE | 2,532.55 |
| Nov 05 | REMIT PAYMENT MILLENKAMP CATTLE INC. | 197,315.64 |
| Nov 05 | REMIT COUNTER DRAFT 4 | 21,998.84 |

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 3 |

## MISC... ...OUS WITHDRAWALS (Continued)

| Date | | Withdrawals |
|---|---|---|
| Nov ... | ... RANGEN | 30,000.00 |
| Nov ... | ... MONTERRA SC10001 | 74,786.63 |
| Nov ... | ... CLEAR LAKES PRODUCTS | 111,822.04 |
| ... | ... | 130,767.57 |
| ... | ... | 331,995.55 |
| ... | ... NET LIFE | 694,625.42 |
| Nov ... | ...NG DOMESTIC WIRE FEE | 15.00 |
| Nov ... | ...NG DOMES TIC WIRE FEE | 15.00 |
| Nov ... | ... DOME  T C WIRE FEE | 15.00 |
| Nov ... | ... DOME  T D WIRE FEE | 15.00 |
| Nov ... | ...TGOING DOMESTIC WIRE FEE | 15.00 |
| Nov ... | ...TGOING DOMESTIC WIRE FEE | 15.00 |
| Nov ... | ...GOING DOMESTIC WIRE FEE | 15.00 |
| Nov ... | ...ING COMPANY\WEB PYMNT 861869977 MILLENKAMP MILKERS LLC | 157.55 |
| Nov ... | ...APITAL ONE/CRCARDPMT WILLIAM J MILLENKAMP | 159.00 |
| Nov 0... | ...WING COMPANYWEB PYMNT 861869957 IDAHO JERSEY GIRLS MIL | 26,546.83 |
| Nov 0... | ...WING COMPANY\WEB PYMNT 861869962 MILLENKAMP CATTLE | 125,567.68 |
| Nov 12 | WIRE TO CARNE I CORP | 45,400.01 |
| Nov 12 | WIRE TO AMALGAMATED | 55,000.00 |
| Nov 12 | WIRE TO LAND VIEW | 178,821.51 |
| Nov 12 | WIRE TO VITERRA/GAVILON | 500,000.00 |
| Nov 12 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 12 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 12 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 12 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 13 | ...SABLE/DEBITPMT #404874328 USABLE LIFE PREM PAYMT | 1,071.24 |
| Nov 1... | ...OF ONE TIME TEL\JDFONETIME MILLENKAMP CATTLE | 1,959.07 |
| Nov 1... | ...OF ONE TIME TEL\JDFONETIME MILLENKAMP CATTLE | 1,959.07 |
| Nov 1... | ...COLONIAL LIFE/PAY-IN FOR MILLENKAMP CATTLE INC | 3,199.14 |
| Nov 1... | ...OF ONE TIME TEL\JDFONETIME MILLENKAMP CATTLE | 6,171.27 |
| Nov 1... | ...DFS -0.00/D001335992 MILLENKAMP CATTLE | 37,557.32 |
| Nov 14 | WIRE TO CONRAD & BISCHOFF | 24,490.00 |
| Nov 1... | ...COMING DOMESTIC WIRE FEE | 15.00 |
| Nov 1... | ...TGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 1... | ...COMING DOMESTIC WIRE FEE | 15.00 |
| Nov 1... | ...TERNET BANKING TRANSFER TO DD 7885  OPER TO PR | 50,000.00 |
| Nov 1... | ...RE TO ELSAES & FR ANDERSON CHTD | 1,621.55 |
| Nov 1... | ...RE TO SANDTON-FAEGRE DRINKER BIDDLE & REA | 9,696.20 |
| Nov 1... | ...RE TO RANGEN | 45,000.00 |
| Nov 1... | ...RE TO JD HEINZELL | 55,685.79 |
| Nov 1... | ...RE TO CLEAR LAKES PRODUCTS | 68,045.84 |
| Nov 1... | ...RE TO PERFORMIX | 81,992.09 |
| Nov 1... | ...RE TO VITERRA/GAVILON | 200,000.00 |
| Nov 1... | ...RE TO H&M | 220,000.00 |
| Nov 1... | ...RE TO LAND VIEW | 335,498.69 |
| Nov 1... | ...RE TO LIBERTY BASIN LLC | 478,240.00 |
| Nov 1... | ...RGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 1... | ...TGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 1... | ...TGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 1... | ...TGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 1... | ...TGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 1... | ...GOING DOMESTIC WIRE FEE | 15.00 |
| Nov 1... | ...ING DOMESTIC WIRE FEE | 15.00 |
| Nov 1... | ...ING DOMESTIC WIRE FEE | 15.00 |
| Nov 1... | ...ING DOMESTIC WIRE FEE | 15.00 |
| Nov 1... | ...ING DOMESTIC WIRE FEE | 15.00 |
| Nov 1... | ...ALLIANCE MEDICAL LIFE INS CO | 44,350.70 |
| Nov 1... | ...DAVID G JRK DVM | 150,000.00 |
| Nov 1... | ...GOING DOMESTIC WIRE FEE | 15.00 |
| Nov 1... | ...ING DOMESTIC WIRE FEE | 15.00 |
| Nov 1... | ...ERNET BANKING TRANSFER TO DD 7885  OPER TO PR | 1,200,000.00 |

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 4 |

## MISCELLANEOUS WITHDRAWALS (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Nov 1 | ILMS COMPANY WEB-PYMNT 866080627 MILLENKAMP MILKERS LLC | 1,069.77 |
| Nov 1 | ILMS COMPANY WEB-PYMNT 866080642 IDAHO JERSEY GIRLS MIL | 6,902.56 |
| Nov 1 | CARD ONLINE PAYMENT 421537598993765 SUSIE J MILLENKAMP | 12,000.00 |
| Nov 1 | ILMS COMPANY WEB-PYMNT 866080672 MILLENKAMP CATTLE | 172,143.17 |
| Nov 1 | | 50,000.00 |
| Nov 1 | WIRE TO DEUTSCHE BK | 99,516.80 |
| Nov 1 | WIRE TO LAND VIEW | 131,378.30 |
| Nov 1 | WIRE TO TERRY TAYLON | 400,000.00 |
| Nov 1 | WIRE TO LIBERTY BASIN LLC | 480,480.00 |
| Nov 1 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 1 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 1 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 1 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 1 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 1 | RETURNED AND CHARGED BAC | 13,489.00 |
| Nov 1 | RETURNED AND CHARGED BAC | 58,875.00 |
| Nov 1 | WIRE 733241 BILL SUSIE MILLENKAMP | 536.66 |
| Nov 1 | WIRE TO JETIVE MILLENKAMP CATTLE | 4,141.54 |
| Nov 21 | WIRE TO LIBERTY BASIN LLC | 21,913.10 |
| Nov 21 | WIRE TO RANGEN | 30,000.00 |
| Nov 21 | WIRE TO SUMMIT AG APPRAISAL | 42,500.00 |
| Nov 21 | WIRE TO D HEISKELL | 52,143.18 |
| Nov 21 | WIRE TO AMALGAMATED | 60,000.00 |
| Nov 21 | WIRE TO PERFORMIX | 64,040.55 |
| Nov 22 | WIRE TO DAVID CLARK DVM | 70,000.00 |
| Nov 22 | WIRE TO AMERICAN CALF | 91,149.07 |
| Nov 22 | WIRE TO ADEN BROOK | 104,108.16 |
| Nov 22 | WIRE TO CLEAR LAKES PRODUCTS | 119,915.30 |
| Nov 22 | WIRE TO H&M | 228,611.48 |
| Nov 22 | WIRE TO LAND VIEW | 414,729.84 |
| Nov 22 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 22 | INCOMING INTL WIRE FEE | 15.00 |
| Nov 22 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 22 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 22 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 22 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 22 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 22 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 22 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 22 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 22 | CAPITAL ONE/ONLINE PMT WILLIAM J MILLENKAMP | 30,000.00 |
| Nov 22 | WIRE TO CONRAD & BISCHOFF | 95,160.00 |
| Nov 22 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 22 | ILMS COMPANY WEB-PYMNT 869932437 MILLENKAMP MILKERS LLC | 306.41 |
| Nov 22 | ILMS COMPANY WEB-PYMNT 869932442 IDAHO JERSEY GIRLS MIL | 82,549.15 |
| Nov 22 | ILMS COMPANY WEB-PYMNT 869932427 MILLENKAMP CATTLE | 136,886.76 |
| Nov 22 | WIRE TO DENTONS DAVIS BROWN | 30,180.70 |
| Nov 22 | WIRE TO H&M | 200,000.00 |
| Nov 22 | WIRE TO ASCHOFF BALL INC | 224,984.00 |
| Nov 22 | WIRE TO LAND VIEW | 260,126.25 |
| Nov 22 | WIRE TO DOUBLE R | 310,000.00 |
| Nov 22 | WIRE TO TERRY TAYLON | 450,000.00 |
| Nov 22 | WIRE TO LIBERTY BASIN LLC | 480,480.00 |
| Nov 22 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 22 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 22 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 22 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 22 | OUTGOING DOMESTIC WIRE FEE | 15.00 |



Account Number XXXXXX7877
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 5

## MISCELLANEOUS WITHDRAWALS (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Nov | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov | NORTHWESTERN... PYMENT WILLIAM J MILLENKAMP | 1,118.28 |
| Nov | ... THOMAS LOGISTICS | 7,000.00 |
| Nov | ... LLC | 7,963.13 |
| Nov | ... RANGE | 40,000.00 |
| Nov | ... CORP | 48,702.89 |
| Nov | ... | 60,000.00 |
| Nov | ... PETROLEUM | 63,221.39 |
| Nov | ... | 100,310.66 |
| Nov | ... LLC | 164,217.00 |
| Nov | ...ANDER... LLC | 281,655.35 |
| Nov | ...ING DOMESTIC WIRE FEE | 15.00 |
| Nov | ... DOMESTIC WIRE FEE | 15.00 |
| Nov | ... WIRE FEE | 15.00 |
| Nov | ... WIRE FEE | 15.00 |
| Nov | ... RE FEE | 15.00 |
| Nov | ... WIRE FEE | 15.00 |
| Nov | ... WIRE FEE | 15.00 |
| Nov | ... RE FEE | 15.00 |
| Nov | ... RE FEE | 15.00 |
| Nov | ...MENTS 0000000036572269500001 | 439.00 |
| Nov | ... WILLIAM J MILLENKAMP | 11,111.90 |
| Nov | ...ENT 43 550390586524 SUSIE J MILLENKAMP | 12,310.87 |
| Nov | ... PMT WILLIAM J MILLENKAMP | 28,395.66 |
| Nov | ... | 62,432.24 |
| Nov | ... RE TU ADEN BROOK | 76,663.20 |
| Nov | ... CLEAR LAKES PRODUCTS | 106,344.63 |
| Nov | ...ING DOMESTIC WIRE FEE | 15.00 |
| Nov | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov | CASH MANAGEMENT ACH MONTHLY FEE | 30.00 |
| Nov 29 | CASH MANAGEMENT WIRE MONTHLY FEE | 5.00 |
| Nov | REMOTE DEPOSIT MONTHLY FEE | 45.00 |

## CHECKS
\* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| Nov 05 | 100796 | 1,000.00 | Nov 01 | 100912 | 43,847.70 | Nov 06 | 100934 | 9,601.60 |
| Nov 08 | 100797 | 1,000.00 | Nov 08 | 100913 | 5,308.44 | Nov 06 | 100935 | 5,865.26 |
| Nov 01 | *100823 | 53,454.03 | Nov 07 | 100914 | 55,834.80 | Nov 06 | 100936 | 826.27 |
| Nov 07 | 100824 | 775.00 | Nov 05 | 100915 | 30,600.00 | Nov 06 | 100937 | 367.00 |
| Nov 05 | 100825 | 2,000.00 | Nov 05 | 100916 | 12,730.00 | Nov 06 | 100938 | 307.40 |
| Nov 13 | *100849 | 1,469.65 | Nov 06 | 100917 | 17,500.00 | Nov 05 | 100939 | 33.28 |
| Nov 04 | *100852 | 350.00 | Nov 05 | 100918 | 10,793.44 | Nov 06 | 100940 | 5,792.23 |
| Nov 04 | *100857 | 395.90 | Nov 06 | 100919 | 336.00 | Nov 06 | 100941 | 9,940.16 |
| Nov 01 | *100872 | 246.22 | Nov 06 | 100920 | 2,424.05 | Nov 07 | 100942 | 81.00 |
| Nov 06 | 100873 | 4,187.82 | Nov 06 | 100921 | 1,353.92 | Nov 06 | 100943 | 15,970.50 |
| Nov 07 | *100878 | 23,731.50 | Nov 06 | 100922 | 12,003.20 | Nov 12 | 100944 | 20,126.60 |
| Nov 12 | *100882 | 44,904.00 | Nov 04 | 100923 | 2,365.18 | Nov 08 | 100945 | 3,341.70 |
| Nov 12 | 100896 | 4,356.25 | Nov 05 | 100924 | 376.10 | Nov 05 | 100946 | 15,764.84 |
| Nov 05 | *100898 | 39,011.28 | Nov 05 | 100925 | 6,374.93 | Nov 05 | 100947 | 3,475.02 |
| Nov 01 | *100901 | 2,463.42 | Nov 05 | 100926 | 14,190.00 | Nov 06 | 100948 | 241.63 |
| Nov 07 | *100904 | 250.00 | Nov 12 | 100927 | 330.00 | Nov 05 | 100949 | 56,356.00 |
| Nov 07 | 100905 | 92.38 | Nov 05 | 100928 | 604.70 | Nov 05 | 100950 | 10,922.75 |
| Nov 06 | *100907 | 2,480.60 | Nov 07 | 100929 | 1,325.56 | Nov 15 | 100951 | 6,911.49 |
| Nov 08 | 100908 | 145.80 | Nov 06 | 100930 | 941.80 | Nov 08 | 100952 | 954.97 |
| Nov 06 | 100909 | 1,863.24 | Nov 05 | 100931 | 50,989.12 | Nov 05 | 100953 | 1,479.41 |
| Nov 05 | 100910 | 1,749.18 | Nov 07 | 100932 | 12,595.00 | Nov 19 | 100954 | 688.00 |
| Nov 07 | 100911 | -91.32 | Nov 06 | 100933 | 1,293.82 | Nov 06 | 100955 | 4,925.84 |

| Account Number | XXXXXX7877 |
|---|---|
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 6 |

## CHECKS (Continued)

\* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| | 100956 | 21,682.24 | Nov 19 | 101017 | 87,217.21 | Nov 20 | *101076 | 41,379.00 |
| | 100957 | 419.58 | Nov 20 | 101018 | 47,258.72 | Nov 26 | 101077 | 1,000.00 |
| | 100958 | 68,954.36 | Nov 18 | 101019 | 1,207.67 | Nov 26 | *101079 | 18,470.00 |
| | 100959 | 5,274.09 | Nov 20 | 101020 | 6,537.23 | Nov 26 | 101080 | 300,000.00 |
| | | | | 101021 | 41,105.00 | Nov 25 | 101081 | 380.00 |
| | | 32,749.86 | Nov 19 | 101022 | 26,719.20 | Nov 27 | *101083 | 200.00 |
| | | | Nov 21 | 101023 | 7,173.00 | Nov 26 | 101084 | 13,248.20 |
| | | 86,680.90 | Nov 20 | 101024 | 14,369.21 | Nov 26 | 101085 | 526.00 |
| | | | Nov 20 | 101025 | 48,624.99 | Nov 27 | 101086 | 50,440.00 |
| | | | Nov 25 | 101026 | 60.00 | Nov 26 | 101087 | 17,258.22 |
| | | | Nov 19 | 101027 | 14,892.16 | Nov 27 | 101088 | 6,890.00 |
| | | | Nov 25 | 101028 | 10,400.00 | Nov 26 | *101090 | 249.59 |
| | | | Nov 19 | 101029 | 3,268.50 | Nov 26 | 101091 | 2,875.00 |
| | | | Nov 21 | 101030 | 1,963.14 | Nov 27 | 101092 | 1,046.40 |
| | | | Nov 19 | 101031 | 5,107.91 | Nov 26 | *101094 | 174,020.83 |
| | | | Nov 18 | 101032 | 3,264.76 | Nov 26 | 101095 | 11,202.41 |
| | | | Nov 19 | 101033 | 21,694.51 | Nov 29 | 101096 | 1,821.83 |
| | | | Nov 25 | 101034 | 127.32 | Nov 29 | *101100 | 1,179.51 |
| | | | Nov 25 | 101035 | 136.83 | Nov 27 | 101101 | 2,640.93 |
| | | | Nov 25 | 101036 | 330.00 | Nov 29 | 101102 | 1,445.00 |
| | | | Nov 20 | 101037 | 702.11 | Nov 27 | 101103 | 1,747.65 |
| | | 6 | Nov 19 | 101038 | 736.69 | Nov 29 | 101104 | 3,864.00 |
| | | | Nov 21 | 101039 | 1,115.78 | Nov 26 | 101105 | 140.00 |
| | | | | 101040 | 219.43 | Nov 26 | 101106 | 478.04 |
| | | | | 101041 | 549.60 | Nov 29 | 101107 | 1,090.35 |
| | | | | 101042 | 650.00 | Nov 27 | 101108 | 1,675.47 |
| | | | Nov 19 | 101043 | 592.53 | Nov 27 | 101109 | 147.25 |
| | | | Nov 19 | 101044 | 15.10 | Nov 27 | 101110 | 31,646.70 |
| | | | Nov 20 | 101045 | 2,425.06 | Nov 29 | 101111 | 2,000.00 |
| | | | | 101046 | 600.00 | Nov 26 | 101112 | 7,499.17 |
| | | | | 101047 | 612.00 | Nov 26 | 101113 | 482.54 |
| | | | | 101048 | 1,172.20 | Nov 27 | 101114 | 419.07 |
| | | | | 101049 | 1,079.24 | Nov 29 | 101115 | 9,781.72 |
| | | | | 101050 | 13,217.75 | Nov 27 | 101116 | 247.20 |
| | | 12,024.00 | Nov 21 | 101051 | 6,049.18 | Nov 26 | *101118 | 3,755.20 |
| | | 1,569.16 | Nov 20 | 101052 | 749.76 | Nov 27 | 101119 | 2,447.62 |
| | | 5,148.05 | Nov 19 | 101053 | 589.27 | Nov 26 | *101121 | 121.20 |
| | | 843.00 | Nov 22 | 101054 | 7,857.39 | Nov 27 | 101122 | 13,666.34 |
| | | 10,651.50 | Nov 22 | 101055 | 988.61 | Nov 26 | 101123 | 494.19 |
| | | 223.41 | Nov 20 | 101056 | 1,050.19 | Nov 26 | 101124 | 16,695.54 |
| Nov 11 | 100999 | 4,679.23 | Nov 21 | 101057 | 200.00 | Nov 27 | *101126 | 176.00 |
| | 101000 | 46.00 | Nov 26 | 101058 | 5,000.00 | Nov 29 | *101129 | 185.90 |
| | 101001 | 9,350.00 | Nov 20 | 101059 | 1,824.63 | Nov 27 | *101131 | 817.79 |
| Nov 18 | 101002 | 24,900.00 | Nov 25 | 101060 | 237.51 | Nov 26 | *101133 | 1,237.50 |
| | 101003 | 55,575.50 | Nov 19 | 101061 | 5,762.06 | Nov 26 | *101135 | 453.70 |
| | 101004 | 14,639.17 | Nov 20 | 101062 | 241.33 | Nov 27 | *101137 | 6,347.25 |
| Nov 14 | 101005 | 2,687.48 | Nov 21 | 101063 | 1,106.25 | Nov 27 | *101139 | 4,417.90 |
| Nov 14 | 101006 | 6,576.46 | Nov 20 | 101064 | 3,203.43 | Nov 27 | 101140 | 46.00 |
| Nov 19 | 101007 | 1,412,000.00 | Nov 19 | 101065 | 4,093.96 | Nov 27 | 101141 | 35,004.40 |
| Nov 14 | 101008 | 96,562.40 | Nov 20 | 101066 | 1,087.03 | Nov 29 | 101142 | 2,036.48 |
| Nov 11 | 101009 | 109,922.73 | Nov 20 | 101067 | 963.23 | Nov 27 | 101143 | 397.10 |
| | 101010 | 110,398.75 | Nov 26 | 101068 | 16,100.00 | Nov 27 | 101144 | 5,499.27 |
| Nov 21 | 101011 | 107,200.00 | Nov 27 | 101069 | 35,800.00 | Nov 27 | 101145 | 1,155.30 |
| Nov 26 | 101012 | 155,119.20 | Nov 19 | 101070 | 269,672.59 | Nov 27 | 101146 | 16,213.32 |
| Nov 19 | 101013 | 227,925.61 | Nov 22 | 101071 | 8,319.80 | Nov 26 | 101147 | 14,957.59 |
| Nov 21 | 101014 | 116,180.22 | Nov 20 | 101072 | 6,152.58 | Nov 26 | 101148 | 55,105.03 |
| Nov 11 | 101015 | 305,000.00 | Nov 19 | 101073 | 7,160.42 | Nov 26 | 101149 | 5,250.00 |
| Nov 11 | 101016 | 140,079.96 | Nov 27 | 101074 | 97,705.82 | Nov 29 | *101153 | 1,020.59 |

| | | |
|---|---|---|
| Account Number | | XXXXXX7877 |
| Statement Date | | 11/29/2024 |
| Statement Thru Date | | 12/01/2024 |
| Page | | 7 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Nov 0 | 8,694,897.54 | Nov 13 | 3,711,224.03 | Nov 21 | 6,294,172.97 |
| Nov 04 | 8,336,961.50 | Nov 14 | 3,596,377.28 | Nov 22 | 6,267,841.99 |
| Nov 0 | 7,828,960.69 | Nov 15 | 2,857,706.18 | Nov 25 | 5,939,014.17 |
| Nov 0 | 7,0 30.04 | Nov 18 | 7,879,788.84 | Nov 26 | 3,157,064.36 |
| Nov 0 | 8,170,665.42 | Nov 19 | 3,843,732.53 | Nov 27 | 2,010,923.26 |
| Nov 08 | 4,821,503.12 | Nov 20 | 6,435,765.66 | Nov 29 | 3,089,653.17 |
| Nov 1 | 3,974,452.09 | | | | |

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 8 |

## CHECK IMAGES

**Virtual Deposit Ticket**

Millenkamp Cattle Inc
Deposit amount: 521171.44

11/07/2024   Check 0   $521,171.44

**Virtual Deposit Ticket**

Millenkamp Cattle Inc
Deposit amount: 195053.00

11/15/2024   Check 0   $195,053.00

**Virtual Deposit Ticket**

Millenkamp Cattle Inc
Deposit amount: 639116.91

11/15/2024   Check 0   $639,116.91

**Virtual Deposit Ticket**

Millenkamp Cattle Inc
Deposit amount: 421163.32

11/18/2024   Check 0   $421,163.32

**Virtual Deposit Ticket**

Millenkamp Cattle Inc
Deposit amount: 655140.50

11/22/2024   Check 0   $655,140.50

**Virtual Deposit Ticket**

Millenkamp Cattle Inc
Deposit amount: 103216.53

11/27/2024   Check 0   $103,216.53

11/05/2024   Check 100796   $1,000.00

11/08/2024   Check 100797   $1,000.00

Account Number        XXXXXX7877
Statement Date        11/29/2024
Statement Thru Date   12/01/2024
Page                  9

## CHECK IMAGES (Continued)



11/01/2024    Check 100823    $53,454.03



11/07/2024    Check 100824    $775.00



11/06/2024    Check 100825    $2,035.00



11/13/2024    Check 100849    $1,469.65



11/04/2024    Check 100852    $850.00



11/04/2024    Check 100857    $395.90

11/01/2024    Check 100872    $246.22

11/06/2024    Check 100873    $4,197.82

Account Number     XXXXXX7877
Statement Date     11/29/2024
Statement Thru Date     12/01/2024
Page     10

## CHECK IMAGES (Continued)



11/07/2024    Check 100878    $23,731.50



11/14/2024    Check 100882    $44,904.00



11/13/2024    Check 100885    $4,836.25



11/05/2024    Check 100896    $39,911.28



11/01/2024    Check 100901    $2,463.42



11/05/2024    Check 100904    $200.00

11/05/2024    Check 100905    $82.88

11/01/2024    Check 100907    $22,450.60

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 11 |

# CHECK IMAGES (Continued)



Check 100908   $1,441.60

11/05/2024   Check 100909   $1,182.21

Check 100910   $1,734.18

11/01/2024   Check 100911   $430.32

Check 100912   $43,847.70

11/08/2024   Check 100913   $5,308.44

Check 100914   $55,834.80

11/05/2024   Check 100915   $30,600.00

Account Number     XXXXXX7877
Statement Date     11/29/2024
Statement Thru Date     12/01/2024
Page     12

## CHECK IMAGES (Continued)



Check 100916     $12,730.00

11/06/2024     Check 100917     $17,500.00

Check 100918     $10,793.44

11/06/2024     Check 100919     $336.00

Check 100920     $2,424.05

11/06/2024     Check 100921     $1,353.92

Check 100922     $12,003.20

11/04/2024     Check 100923     $2,365.18

# CHECK IMAGES (Continued)

| 05/2024 | Check 100924 | $376.10 |

| 11/06/2024 | Check 100925 | $6,374.93 |

| 2024 | Check 100926 | $14,190.00 |

| 11/12/2024 | Check 100927 | $330.00 |

| 2024 | Check 100928 | $604.70 |

| 11/07/2024 | Check 100929 | $1,325.56 |

| 2024 | Check 100930 | $941.80 |

| 11/05/2024 | Check 100931 | $50,989.12 |

Account Number       XXXXXX7877
Statement Date       11/29/2024
Statement Thru Date  12/01/2024
Page                 14

## CHECK IMAGES (Continued)

| | | |
|---|---|---|
| ~/2024 | Check 100932 | $12,595.00 |
| 11/06/2024 | Check 100933 | $1,293.82 |
| 5/2024 | Check 100934 | $8,601.60 |
| 11/06/2024 | Check 100935 | $5,865.26 |
| Check 100936 | | $826.27 |
| 11/06/2024 | Check 100937 | $367.00 |
| 100938 | | $407.40 |
| 11/05/2024 | Check 100939 | $33.28 |

Account Number          XXXXXX7877
Statement Date           11/29/2024
Statement Thru Date      12/01/2024
Page                              15

## CHECK IMAGES (Continued)



| | | |
|---|---|---|
| .../2024 Check 100940 $5,792.23 | 11/06/2024 Check 100941 $9,940.16 | |
| .../2024 Check 100942 $81.00 | 11/06/2024 Check 100943 $15,970.50 | |
| .../2024 Check 100944 $20,126.60 | 11/08/2024 Check 100945 $3,341.70 | |
| .../2024 Check 100946 ... 64.84 | 11/08/2024 Check 100947 $3,475.02 | |

| Account Number | XXXXXX7877 |
|---|---|
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 16 |

# CHECK IMAGES (Continued)



| | | |
|---|---|---|
| 05/2024 | Check 100948 | $241.68 |
| 11/05/2024 | Check 100949 | $56,356.00 |
| 5/2024 | Check 100950 | $10,922.75 |
| 11/15/2024 | Check 100951 | $6,911.49 |
| 5/2024 | Check 100952 | $954.97 |
| 11/05/2024 | Check 100953 | $1,479.41 |
| 5/2024 | Check 100954 | $688.00 |
| 11/06/2024 | Check 100955 | $4,925.84 |

Case 24-40158-NGH   Doc 827-1   Filed 12/24/24   Entered 12/24/24 11:34:53   Desc
Statements   Page 18 of 39

Account Number      XXXXXX7877
Statement Date      11/29/2024
Statement Thru Date 12/01/2024
Page                      17

## CHECK IMAGES (Continued)

11/08/2024    Check 100956    $21,882.24

11/08/2024    Check 100957    $419.58

11/05/2024    Check 100958    $68,953.36

11/05/2024    Check 100959    $3,274.09

11/04/2024    Check 100960    $1,624.48

11/04/2024    Check 100961    $32,749.36

11/04/2024    Check 100962    $27,878.36

11/04/2024    Check 100963    $86,689.90

Case 24-40158-NGH   Doc 827-1   Filed 12/24/24   Entered 12/24/24 11:34:53   Desc
Statements    Page 19 of 39

Account Number        XXXXXXX7877
Statement Date         11/29/2024
Statement Thru Date    12/01/2024
Page                           18

# CHECKS (Continued)

11/04/2024    Check 100964    $31,677.37

11/05/2024    Check 100965    $2,500.00

11/05/2024    Check 100966    $25,295.84

11/06/2024    Check 100967    $4,621.09

11/05/2024    Check 100968    $600.00

11/05/2024    Check 100969    $642.21

11/05/2024    Check 100970    $1,030.49

11/08/2024    Check 100971    $2,328.00

Account Number          XXXXXX7877
Statement Date          11/29/2024
Statement Thru Date     12/01/2024
Page                    19

## CHARGES (Continued)



| | | |
|---|---|---|
| | Check 100973 | $1,000.00 |
| 11/07/2024 | Check 100974 | $12,147.00 |
| 11/06/2024 | Check 100975 | $1,600.00 |
| 11/08/2024 | Check 100976 | $75,997.50 |
| | Check 100977 | $1,272.19 |
| 11/12/2024 | Check 100978 | $7,000.00 |
| | Check 100979 | $58,134.03 |
| 11/13/2024 | Check 100980 | $8,757.75 |

Account Number    XXXXXX7877
Statement Date    11/29/2024
Statement Thru Date    12/01/2024
Page    20

## CHECK IMAGES (Continued)



11/12/2024    Check 100981    $39,692.91



11/19/2024    Check 100982    $18,070.30



11/18/2024    Check 100984    $67.31



11/14/2024    Check 100985    $488.45



11/14/2024    Check 100986    $315.00



11/13/2024    Check 100987    $1,783.48



11/21/2024    Check 100988    $3,496.92



11/14/2024    Check 100989    $1,355.06

Account Number    XXXXXX7877
Statement Date    11/29/2024
Statement Thru Date    12/01/2024
Page    21

## CHE    IMAGES (Continued)



Check 100992    11/13/2024    Check 100992    $50,574.00

Check 100993    $12,024.00    11/13/2024    Check 100994    $1,559.16

4/2024    Check 100995    $2,148.05    11/12/2024    Check 100996    $620.00

Check 100997    $10,601.50    11/19/2024    Check 100998    $203.41

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 22 |

## CHECK IMAGES (Continued)



11/13/2024    Check 100999    $4,679.23



11/15/2024    Check 101000    $46.00



11/18/2024    Check 101001    $9,350.00



11/18/2024    Check 101002    $24,900.00



11/13/2024    Check 101003    $55,575.50



11/13/2024    Check 101004    $14,639.17



11/14/2024    Check 101005    $2,687.48



11/14/2024    Check 101006    $6,576.46

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 23 |

## CHECK IMAGES (Continued)



11/19/2024     Check 101007     $1,412,000.00



11/14/2024     Check 101008     $96,562.40



11/18/2024     Check 101009     $109,822.73



11/19/2024     Check 101010     $110,596.75



11/27/2024     Check 101011     $107,000.00



11/26/2024     Check 101012     $155,118.20



11/19/2024     Check 101013     $227,825.61



11/21/2024     Check 101014     $115,160.22

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 24 |

# CHECK IMAGES (Continued)



11/19/2024   Check 101015   $305,000.00



11/19/2024   Check 101016   $149,978.96



11/19/2024   Check 101017   $87,217.21



11/20/2024   Check 101018   $47,258.72



11/19/2024   Check 101019   $1,207.67



11/20/2024   Check 101020   $6,537.23



11/19/2024   Check 101021   $41,105.00



11/19/2024   Check 101022   $26,719.20

Account Number XXXXXX7877
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 25

# CHECK IMAGES (Continued)



| | |
|---|---|
| 11/21/2024  Check 101023  $7,173.00 | 11/20/2024  Check 101024  $14,369.21 |



| | |
|---|---|
| 11/20/2024  Check 101025  $48,624.99 | 11/25/2024  Check 101026  $60.00 |

| | |
|---|---|
| 11/19/2024  Check 101027  $14,892.16 | 11/25/2024  Check 101028  $10,400.00 |



| | |
|---|---|
| 11/18/2024  Check 101029  $3,268.50 | 11/21/2024  Check 101030  $1,963.14 |

Account Number XXXXXX7877
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 26

# CHECK IMAGES (Continued)



11/19/2024   Check 101031   $5,107.91



11/18/2024   Check 101032   $3,264.76



11/19/2024   Check 101033   $21,694.51



11/25/2024   Check 101034   $127.32



11/25/2024   Check 101035   $136.83



11/25/2024   Check 101036   $330.00



11/20/2024   Check 101037   $702.11



11/19/2024   Check 101038   $736.69

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 27 |

# CHECK IMAGES (Continued)

| | | |
|---|---|---|
| 11/2024 | Check 101039 | $1,115.78 |
| 11/26/2024 | Check 101040 | $219.43 |
| 11/2024 | Check 101041 | $549.60 |
| 11/21/2024 | Check 101042 | $650.00 |
| 11/2024 | Check 101043 | $692.53 |
| 11/19/2024 | Check 101044 | $15.10 |
| 11/2024 | Check 101045 | $2,426.66 |
| 11/25/2024 | Check 101046 | $600.00 |

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 28 |

## CHECK IMAGES (Continued)

| | |
|---|---|
| 11/18/2024  Check 101047  $612.00 |  11/19/2024  Check 101048  $1,172.20 |
|  11/25/2024  Check 101049  $1,079.24 |  11/29/2024  Check 101050  $13,217.75 |
|  11/21/2024  Check 101051  $6,049.18 |  11/20/2024  Check 101052  $749.76 |
|  11/19/2024  Check 101053  $589.27 | 11/22/2024  Check 101054  $7,857.39 |

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 29 |

# CHECK IMAGES (Continued)



11/22/2024   Check 101055   $988.61



11/20/2024   Check 101056   $1,050.19




11/21/2024   Check 101057   $200.00



11/26/2024   Check 101058   $5,000.00



11/20/2024   Check 101059   $1,824.63



11/25/2024   Check 101060   $237.51



11/19/2024   Check 101061   $5,762.06



11/20/2024   Check 101062   $241.33

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 30 |

## CHECK IMAGES (Continued)



| 11/21/2024 | Check 101063 | $1,106.25 |
|---|---|---|



| 11/20/2024 | Check 101064 | $3,203.43 |
|---|---|---|



| 11/19/2024 | Check 101065 | $4,093.96 |
|---|---|---|



| 11/20/2024 | Check 101066 | $1,087.03 |
|---|---|---|



| 11/20/2024 | Check 101067 | $963.23 |
|---|---|---|



| 11/26/2024 | Check 101068 | $16,100.00 |
|---|---|---|



| 11/27/2024 | Check 101069 | $35,800.00 |
|---|---|---|



| 11/19/2024 | Check 101070 | $269,672.59 |
|---|---|---|

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 31 |

## CHECK IMAGES (Continued)



11/22/2024   Check 101071   $8,319.80



11/20/2024   Check 101072   $6,152.58



11/19/2024   Check 101073   $7,160.42



11/27/2024   Check 101074   $97,705.82



11/20/2024   Check 101076   $41,379.00



11/26/2024   Check 101077   $1,000.00



11/26/2024   Check 101079   $18,470.00



11/26/2024   Check 101080   $300,000.00

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 32 |

## CHECK IMAGES (Continued)



11/25/2024    Check 101081    $390.00



11/27/2024    Check 101083    $200.00



11/26/2024    Check 101084    $13,246.20



11/26/2024    Check 101085    $526.00



11/27/2024    Check 101086    $50,440.00



11/26/2024    Check 101087    $17,258.22



11/27/2024    Check 101088    $6,990.00



11/26/2024    Check 101090    $249.59

Account Number    XXXXXX7877
Statement Date    11/29/2024
Statement Thru Date    12/01/2024
Page    33

# CHECK IMAGES (Continued)



11/26/2024    Check 101091    $2,875.00



11/27/2024    Check 101092    $1,046.40



11/26/2024    Check 101094    $174,020.83



11/26/2024    Check 101095    $11,202.41



11/29/2024    Check 101096    $1,821.88



11/29/2024    Check 101100    $1,179.51



11/27/2024    Check 101101    $2,640.93



11/29/2024    Check 101102    $1,445.00

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 34 |

## CHECK IMAGES (Continued)

| 11/29/2024 | Check 101103 | $1,747.65 |
|---|---|---|

| 11/29/2024 | Check 101104 | $3,864.00 |
|---|---|---|

| 11/29/2024 | Check 101105 | $140.00 |
|---|---|---|

| 11/26/2024 | Check 101106 | $478.04 |
|---|---|---|

| 11/29/2024 | Check 101107 | $1,090.35 |
|---|---|---|

| 11/27/2024 | Check 101108 | $1,675.47 |
|---|---|---|

| 11/27/2024 | Check 101109 | $147.25 |
|---|---|---|

| 11/27/2024 | Check 101110 | $31,646.70 |
|---|---|---|

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 35 |

## CHECK IMAGES (Continued)



11/29/2024   Check 101111   $2,000.00



11/26/2024   Check 101112   $7,499.17



11/28/2024   Check 101113   $482.54



11/27/2024   Check 101114   $419.07



11/27/2024   Check 101115   $9,761.72



11/27/2024   Check 101116   $247.20



11/26/2024   Check 101118   $6,755.20



11/27/2024   Check 101119   $2,447.62

# CHECK IMAGES (Continued)



11/26/2024   Check 101121   $121.20



11/27/2024   Check 101122   $13,666.34



11/26/2024   Check 101123   $494.19



11/26/2024   Check 101124   $16,695.54



11/26/2024   Check 101126   $176.00



11/29/2024   Check 101129   $185.90



11/27/2024   Check 101131   $817.79



11/26/2024   Check 101133   $1,237.50

Account Number     XXXXXX7877
Statement Date     11/29/2024
Statement Thru Date  12/01/2024
Page               37

## CHECK IMAGES (Continued)



| 11/26/2024 | Check 101135 | $453.70 |
| 11/27/2024 | Check 101137 | $6,347.25 |
| 11/27/2024 | Check 101139 | $4,417.90 |
| 11/27/2024 | Check 101140 | $46.00 |
| 11/27/2024 | Check 101141 | $35,004.40 |
| 11/29/2024 | Check 101142 | $2,036.48 |
| 11/27/2024 | Check 101143 | $397.10 |
| 11/27/2024 | Check 101144 | $5,499.27 |

Account Number | XXXXXX7877
Statement Date | 11/29/2024
Statement Thru Date | 12/01/2024
Page | 38

# CHECK IMAGES (Continued)



| 11/27/2024 | Check 101145 | $1,155.30 |
| 11/27/2024 | Check 101146 | $16,213.32 |
| 11/26/2024 | Check 101147 | $14,957.59 |
| 11/26/2024 | Check 101148 | $55,105.03 |
| 11/26/2024 | Check 101149 | $5,250.00 |
| 11/29/2024 | Check 101153 | $1,020.59 |