FIRST FEDERAL

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Check/Items Enclosed | 958 |
| Page | 1 |

First Federal Savings Bank PO Box 249 Twin Falls, ID 83303-0249
Return Service Requested

00011823 MFFSIFST113024040234 01 000000000 0011823 128
MILLENKAMP CATTLE, INC.
DEBTOR IN POSSESSION CASE 24-40158-NGH
471 N 300 W
JEROME ID 83338-5078

**Customer Service Information**

**Visit us Online:** www.BankFirstFed.com

**Customer Support:** 208-733-4222
1-800-278-9435
Call us Monday-Thursday 8:00am to 6:00pm Friday 8:00am-6:30pm and Saturday 10:00am-2:00pm

**Written Inquiries:**
FFSB PO Box 249 Twin Falls, ID. 83303

**24/7 Banking:** 208-733-0778

**Join us on Facebook or Instagram!**

## IMPORTANT MESSAGE(S)

Starting December 2, 2024, authorized users of Ready Reserve Line of Credit Accounts will be permitted to access available funds at their discretion. Funds may be accessed via online banking or requested at a First Federal Bank branch. Refer to your original Ready Reserve Account agreement for information on minimum payments, payment schedules, fees, and other terms and conditions.
Prior to December 2, 2024, funds may only be accessed when the associated DDA (Checking) or SV (Savings) accounts are overdrafted.
Please call First Federal Bank's Customer Service Center at (208) 733-4222 with any questions.

## BUSINESS WITH INTEREST

**Account Number: XXXXXX7885**

**Account Owner(s): MILLENKAMP CATTLE, INC.**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/2024** | **$22,508.70** |
| + Deposits and Credits (6) | $2,453,902.37 |
| - Withdrawals and Debits (973) | $2,338,794.67 |
| **Ending Balance as of 11/30/2024** | **$137,616.40** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $484,533.00 |
| Minimum Balance for Period | $42,127.00 |

### Earnings Summary

| | |
|---|---|
| Interest for Period Ending 11/30/2024 | $19.91 |
| Interest Paid Year to Date | $157.90 |
| Average Rate for Period | 0.05% |
| Number of Days for Average Rate | 30 |





**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK REGISTER TO YOUR STATEMENT BALANCE.**

**BALANCE YOUR CHECKBOOK REGISTER FIRST:**

1. CHECK OFF IN YOUR REGISTER THE CHECKS AND DEPOSITS LISTED ON THIS STATEMENT.

2. MAKE THE FOLLOWING ADJUSTMENTS TO YOUR CHECKBOOK REGISTER: **ADD** ANY DEPOSITS OR OTHER CREDITS (CREDIT LINE TRANSFERS, CREDIT MEMOS, AUTOMATIC TRANSFERS, ETC.) APPEARING ON THIS STATEMENT WHICH YOU HAVE NOT PREVIOUSLY ADDED.

SUBTRACT FROM YOUR CHECKBOOK REGISTER BALANCE ANY CHECKS OR OTHER CHARGES (AUTOMATIC CREDIT LINE PAYMENTS, HANDLING CHARGES, DEBIT MEMOS, ETC.) APPEARING ON THIS STATEMENT WHICH YOU HAVE NOT PREVIOUSLY DEDUCTED.

SUBTRACT FROM YOUR CHECKBOOK REGISTER BALANCE THE SERVICE CHARGE (IF ANY) APPEARING ON THIS STATEMENT.

3. LIST ALL CHECKS NOT YET PAID BY THE BANK

| CHECKS OUTSTANDING | | |
|---|---|---|
| CHECKING | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL THEM** →

| CHECKS OUTSTANDING | | |
|---|---|---|
| CHECKING | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS OUTSTANDING | $ | |

4. ENDING BALANCE AS SHOWN ON THE FRONT OF THIS STATEMENT. $ ____________

5. ADD DEPOSIT NOT CREDITED ON THIS STATEMENT. (+) ____________

6. SUBTRACT TOTAL CHECKS OUTSTANDING. (+) ____________

SUBTOTAL ____________

7. SUBTRACT CHECKBOOK BALANCE AFTER COMPLETING STEPS 1 AND 2 ABOVE. (-) ____________

**TOTAL $** ____________

8. TO FIND THE DIFFERENCE (IF ANY):
   1. Check the addition and subtraction in your checkbook register.
   2. Make certain the amount of all checks and deposits have been entered in your checkbook correctly.
   3. Make certain no check was issued without being entered in your register

(-) $ ____________

**IMPORTANT INFORMATION**

FORGERIES, ALTERATION, OR UNAUTHORIZED CHECKS: Please examine your statement and check images in a prompt manner. If you discover any forgeries, alterations, or unauthorized checks, you must notify us within 30 days from when the statement is first sent or made available. When notifying us, please include all relevant facts pertaining to the item(s). We may request that this notification be in writing.

DIRECT DEPOSIT: If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number listed on the front of this statement.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CHECKING, SAVINGS, ATM, DEBIT CARD, OR OTHER ELECTRONIC TRANSFERS: If you think your statement or receipt is wrong, or if you need more information about a transfer on your statement or receipt, we must hear from you no later than 60 days (30 days for paper checks or drafts) after we sent you the FIRST statement on which the error or problem appeared. Telephone or write us at the number or address listed at the bottom of this page

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error

We will tell you the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error,so that you will have the use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from point of sale debit card transactions, the time to resolve the investigation is 90 days.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT STATEMENT: If you think your statement is wrong, or if you need more information about a transaction on your statement, write to us at the address shown at the bottom of this page as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, provide the following information:

- Your name and account number
- The dollar amount of the suspected error
- Date the transaction occurred
- Describe the error if you can and explain why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating but you are still obligated to pay the parts of your statement that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

LINE OF CREDIT AVERAGE DAILY BALANCE CALCULATION: To calculate the average daily balance, we take the beginning balance of your account each day, add any new advances, and subtract any payments, credits and unpaid finance charges. This gives us a daily balance. Then we add all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This is your average daily balance. The "finance charge" begins from the date of each advance.

INFORMATION WE HAVE FURNISHED TO A CONSUMER REPORTING AGENCY ABOUT YOUR ACCOUNT(S): We may report information about t your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you feel we have made an error regarding the information we have reported, you have the right to dispute it by writing to First Federal at the address provided below. It will be important that you describe the information you feel is not accurate or is in dispute and the basis for your dispute, and include all documentation to support your dispute. If you believe the information you are disputing is a result of Identity Theft, please provide us with the Identity Theft Report you have filed with the Credit Bureaus.

TO OUR BUSINESS CUSTOMERS: Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed below.

ALL INQUIRIES regarding errors, transactions or any information on your statement can be obtained by calling us at (208) 733-4222 or writing to First Federal, PO Box 249, Twin Falls, Idaho 83303.

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 2 |

00011823 0051887 0002-0127

## DEPOSITS AND OTHER CREDITS

| Date | Description | Deposits |
|---|---|---|
| Nov 01 | INTERNET BANKING TRANSFER FROM DD 7877 OPER TO PR | 1,200,000.00 |
| Nov 06 | PAYLOCITY CORPOR/TAX COL MILLENKAMP CATTLE INC | 403.99 |
| Nov 14 | INTERNET BANKING TRANSFER FROM DD 7877 OPER TO PR | 50,000.00 |
| Nov 18 | INTERNET BANKING TRANSFER FROM DD 7877 OPER TO PR | 1,200,000.00 |
| Nov 26 | DEPOSIT | 3,478.47 |
| Nov 29 | INTEREST EARNED | 19.91 |

## MISCELLANEOUS WITHDRAWALS

| Date | Description | Withdrawals |
|---|---|---|
| Nov 01 | WIRE TO PAYLOCITY | 290.92 |
| Nov 01 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 04 | WIRE TO PAYLOCITY | 222,335.58 |
| Nov 04 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 05 | WIRE TO PAYLOCITY | 108.57 |
| Nov 05 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 05 | 197614 MILLENKAM/AGENCY MILLENKAMP CATTLE INC | 692.70 |
| Nov 05 | MILLENKAMP CATTL/ACH PAYMEN MILLENKAMP CATTL | 59,012.76 |
| Nov 06 | 197614 MILLENKAM/AGENCY MILLENKAMP CATTLE INC | 120.00 |
| Nov 12 | 197614 MILLENKAM/FIX MILLENKAMP CATTLE INC | 76.06 |
| Nov 19 | WIRE TO PAYLOCITY | 22,370.41 |
| Nov 19 | WIRE TO PAYLOCITY | 176,481.02 |
| Nov 19 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 19 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 20 | WIRE TO PAYLOCITY | 156.16 |
| Nov 20 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 20 | 197614 MILLENKAM/AGENCY MILLENKAMP CATTLE INC | 120.00 |
| Nov 20 | 197614 MILLENKAM/AGENCY MILLENKAMP CATTLE INC | 692.70 |
| Nov 20 | 197614 MILLENKAM/BILLING INV2450516 MILLENKAMP CATTLE INC | 3,224.06 |
| Nov 20 | MILLENKAMP CATTL/ACH PAYMEN MILLENKAMP CATTL | 58,620.93 |
| Nov 22 | WIRE TO PAYLOCITY | 608.57 |
| Nov 22 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Nov 29 | CASH MANAGEMENT WIRE MONTHLY FEE | 5.00 |

## CHECKS

* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| Nov 26 | 0 | 3,478.47 | Nov 01 | *504596 | 2,054.50 | Nov 06 | 504879 | 1,680.84 |
| Nov 08 | *5240 | 1,734.04 | Nov 26 | *504667 | 1,889.69 | Nov 06 | 504880 | 1,622.43 |
| Nov 26 | *5713 | 1,818.45 | Nov 13 | *504682 | 2,033.79 | Nov 07 | 504881 | 1,813.75 |
| Nov 01 | *50477 | 2,029.73 | Nov 01 | *504728 | 1,951.38 | Nov 06 | 504882 | 1,812.60 |
| Nov 19 | *53456 | 2,091.98 | Nov 04 | *504732 | 1,745.41 | Nov 08 | 504883 | 1,876.96 |
| Nov 05 | *502974 | 2,384.00 | Nov 06 | *504739 | 1,876.66 | Nov 07 | 504884 | 1,795.01 |
| Nov 26 | *503533 | 521.38 | Nov 01 | *504755 | 1,742.66 | Nov 08 | 504885 | 262.44 |
| Nov 26 | *503936 | 2,083.71 | Nov 01 | *504770 | 638.96 | Nov 06 | 504886 | 1,839.05 |
| Nov 05 | *504182 | 1,946.74 | Nov 01 | 504771 | 1,742.70 | Nov 06 | 504887 | 1,887.54 |
| Nov 01 | *504242 | 1,678.33 | Nov 04 | *504788 | 1,678.41 | Nov 07 | 504888 | 1,735.44 |
| Nov 19 | *504328 | 1,901.56 | Nov 19 | *504817 | 1,130.09 | Nov 06 | 504889 | 1,720.65 |
| Nov 12 | *504386 | 83.11 | Nov 05 | *504820 | 930.25 | Nov 07 | 504890 | 1,343.16 |
| Nov 08 | *504391 | 2,969.95 | Nov 06 | *504867 | 644.36 | Nov 07 | 504891 | 1,604.16 |
| Nov 12 | *504443 | 2,294.66 | Nov 12 | 504868 | 656.57 | Nov 06 | 504892 | 1,740.44 |
| Nov 07 | *504463 | 949.80 | Nov 04 | 504869 | 416.24 | Nov 06 | 504893 | 1,683.70 |
| Nov 01 | *504514 | 848.95 | Nov 05 | *504873 | 1,683.70 | Nov 12 | 504894 | 1,910.10 |
| Nov 01 | *504542 | 1,831.67 | Nov 05 | *504875 | 2,172.51 | Nov 08 | 504895 | 1,761.83 |
| Nov 19 | *504545 | 1,939.89 | Nov 12 | 504876 | 710.15 | Nov 07 | 504896 | 1,671.46 |
| Nov 04 | *504563 | 1,996.91 | Nov 07 | 504877 | 1,499.09 | Nov 06 | 504897 | 1,547.27 |
| Nov 04 | 504564 | 1,786.46 | Nov 07 | 504878 | 1,710.38 | Nov 06 | 504898 | 1,644.21 |

**CHECKS (Continued)**

* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| Nov 07 | 504899 | 2,285.97 | Nov 06 | 504961 | 1,691.56 | Nov 12 | 505022 | 1,962.11 |
| Nov 07 | 504900 | 1,824.64 | Nov 07 | 504962 | 1,707.15 | Nov 12 | 505023 | 2,132.52 |
| Nov 06 | 504901 | 1,634.70 | Nov 08 | 504963 | 1,793.25 | Nov 06 | 505024 | 1,900.75 |
| Nov 08 | *504903 | 2,077.65 | Nov 07 | 504964 | 1,659.26 | Nov 06 | 505025 | 2,029.49 |
| Nov 06 | 504904 | 1,720.48 | Nov 07 | 504965 | 1,786.98 | Nov 06 | 505026 | 2,122.08 |
| Nov 18 | 504905 | 2,434.32 | Nov 12 | 504966 | 1,781.02 | Nov 08 | 505027 | 1,996.38 |
| Nov 08 | 504906 | 2,103.93 | Nov 08 | 504967 | 1,755.30 | Nov 07 | 505028 | 2,187.19 |
| Nov 07 | 504907 | 2,369.46 | Nov 08 | 504968 | 1,852.06 | Nov 12 | 505029 | 1,837.77 |
| Nov 12 | 504908 | 1,910.08 | Nov 06 | 504969 | 1,627.30 | Nov 06 | 505030 | 1,996.68 |
| Nov 12 | 504909 | 3,031.60 | Nov 06 | 504970 | 1,570.70 | Nov 07 | 505031 | 1,896.69 |
| Nov 07 | 504910 | 2,395.27 | Nov 07 | 504971 | 1,547.72 | Nov 12 | 505032 | 2,248.85 |
| Nov 07 | 504911 | 2,415.60 | Nov 12 | 504972 | 1,657.90 | Nov 12 | 505033 | 1,893.85 |
| Nov 07 | 504912 | 350.19 | Nov 06 | 504973 | 1,835.18 | Nov 06 | 505034 | 1,873.62 |
| Nov 06 | 504913 | 2,049.71 | Nov 06 | 504974 | 1,855.51 | Nov 06 | 505035 | 1,939.97 |
| Nov 22 | 504914 | 2,358.22 | Nov 06 | 504975 | 2,296.35 | Nov 06 | 505036 | 1,185.04 |
| Nov 06 | 504915 | 2,431.15 | Nov 06 | 504976 | 1,824.61 | Nov 07 | 505037 | 2,018.93 |
| Nov 08 | 504916 | 1,803.58 | Nov 07 | 504977 | 1,649.41 | Nov 07 | 505038 | 2,011.16 |
| Nov 07 | 504917 | 1,975.94 | Nov 08 | 504978 | 1,768.45 | Nov 06 | 505039 | 2,126.42 |
| Nov 06 | 504918 | 1,670.96 | Nov 06 | 504979 | 1,900.52 | Nov 07 | 505040 | 1,973.84 |
| Nov 12 | 504919 | 1,649.17 | Nov 12 | 504980 | 1,902.51 | Nov 06 | 505041 | 2,118.54 |
| Nov 07 | 504920 | 1,933.15 | Nov 06 | 504981 | 2,017.26 | Nov 06 | 505042 | 2,142.32 |
| Nov 07 | 504921 | 1,858.36 | Nov 07 | 504982 | 1,993.35 | Nov 12 | 505043 | 1,918.57 |
| Nov 06 | 504922 | 1,687.07 | Nov 07 | 504983 | 1,132.13 | Nov 06 | 505044 | 2,007.69 |
| Nov 08 | 504923 | 1,507.01 | Nov 06 | 504984 | 2,076.92 | Nov 08 | 505045 | 1,937.32 |
| Nov 08 | 504924 | 1,818.36 | Nov 06 | 504985 | 2,040.87 | Nov 07 | 505046 | 2,197.21 |
| Nov 06 | 504925 | 1,710.89 | Nov 06 | 504986 | 2,042.27 | Nov 07 | 505047 | 2,268.94 |
| Nov 06 | 504926 | 1,788.24 | Nov 08 | 504987 | 1,867.95 | Nov 07 | 505048 | 1,913.97 |
| Nov 08 | 504927 | 1,820.38 | Nov 06 | 504988 | 2,086.26 | Nov 07 | 505049 | 1,959.55 |
| Nov 06 | 504928 | 932.15 | Nov 12 | 504989 | 1,919.97 | Nov 12 | 505050 | 2,097.98 |
| Nov 08 | 504929 | 1,682.37 | Nov 07 | 504990 | 2,072.83 | Nov 07 | 505051 | 1,972.13 |
| Nov 13 | 504930 | 1,856.83 | Nov 07 | 504991 | 2,117.79 | Nov 12 | 505052 | 1,879.95 |
| Nov 06 | 504931 | 1,826.70 | Nov 15 | 504992 | 2,124.37 | Nov 07 | 505053 | 2,023.92 |
| Nov 07 | 504932 | 1,717.92 | Nov 15 | 504993 | 2,145.65 | Nov 07 | 505054 | 1,846.88 |
| Nov 06 | 504933 | 1,801.24 | Nov 07 | 504994 | 1,883.84 | Nov 08 | 505055 | 1,775.91 |
| Nov 07 | 504934 | 2,147.18 | Nov 13 | 504995 | 1,850.28 | Nov 13 | 505056 | 2,001.85 |
| Nov 06 | 504935 | 1,894.36 | Nov 06 | 504996 | 2,063.06 | Nov 06 | 505057 | 2,162.11 |
| Nov 06 | 504936 | 1,793.47 | Nov 07 | 504997 | 2,023.25 | Nov 08 | 505058 | 1,918.31 |
| Nov 07 | 504937 | 1,578.64 | Nov 12 | 504998 | 2,058.57 | Nov 06 | 505059 | 2,002.03 |
| Nov 07 | 504938 | 1,888.48 | Nov 07 | 504999 | 2,283.29 | Nov 06 | 505060 | 2,091.65 |
| Nov 06 | 504939 | 1,866.19 | Nov 12 | 505000 | 1,914.17 | Nov 06 | 505061 | 2,115.03 |
| Nov 08 | 504940 | 1,892.76 | Nov 06 | 505001 | 2,071.34 | Nov 08 | 505062 | 1,868.98 |
| Nov 06 | 504941 | 1,704.66 | Nov 12 | 505002 | 1,841.60 | Nov 13 | 505063 | 2,046.16 |
| Nov 08 | 504942 | 1,889.41 | Nov 07 | 505003 | 2,013.68 | Nov 12 | 505064 | 2,211.82 |
| Nov 08 | 504943 | 1,772.13 | Nov 06 | 505004 | 2,153.80 | Nov 06 | 505065 | 2,376.11 |
| Nov 06 | 504944 | 1,723.22 | Nov 07 | 505005 | 1,905.19 | Nov 13 | 505066 | 2,285.01 |
| Nov 07 | 504945 | 1,601.37 | Nov 13 | 505006 | 1,678.47 | Nov 06 | 505067 | 2,433.95 |
| Nov 07 | 504946 | 1,778.47 | Nov 08 | 505007 | 1,725.56 | Nov 07 | 505068 | 2,383.44 |
| Nov 08 | 504947 | 747.41 | Nov 12 | 505008 | 1,897.30 | Nov 08 | 505069 | 1,949.37 |
| Nov 07 | 504948 | 1,870.29 | Nov 07 | 505009 | 1,922.13 | Nov 06 | 505070 | 1,932.29 |
| Nov 07 | 504949 | 1,700.51 | Nov 06 | 505010 | 2,501.96 | Nov 13 | 505071 | 2,315.73 |
| Nov 06 | 504950 | 1,615.39 | Nov 12 | 505011 | 2,042.16 | Nov 08 | 505072 | 2,088.33 |
| Nov 06 | 504951 | 1,780.80 | Nov 08 | 505012 | 1,846.25 | Nov 06 | 505073 | 2,163.67 |
| Nov 08 | 504952 | 1,817.05 | Nov 06 | 505013 | 1,900.01 | Nov 07 | 505074 | 2,115.23 |
| Nov 07 | 504953 | 1,754.34 | Nov 06 | 505014 | 2,204.98 | Nov 07 | 505075 | 2,194.82 |
| Nov 08 | 504954 | 1,837.92 | Nov 18 | 505015 | 2,047.74 | Nov 06 | 505076 | 2,270.09 |
| Nov 06 | 504955 | 1,764.88 | Nov 07 | 505016 | 2,412.38 | Nov 12 | 505077 | 2,052.34 |
| Nov 06 | 504956 | 1,652.36 | Nov 22 | 505017 | 2,004.70 | Nov 13 | 505078 | 2,058.18 |
| Nov 08 | 504957 | 1,810.81 | Nov 13 | 505018 | 1,998.77 | Nov 08 | 505079 | 1,865.66 |
| Nov 06 | 504958 | 1,773.80 | Nov 06 | 505019 | 2,534.43 | Nov 13 | 505080 | 2,127.77 |
| Nov 07 | 504959 | 1,665.07 | Nov 06 | 505020 | 2,127.87 | Nov 07 | 505081 | 2,284.32 |
| Nov 07 | 504960 | 1,763.43 | Nov 15 | 505021 | 2,252.39 | Nov 07 | 505082 | 2,034.28 |

**CHECKS (Continued)**

* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| Nov 12 | 505083 | 1,722.54 | Nov 07 | 505144 | 2,079.31 | Nov 07 | 505205 | 1,902.41 |
| Nov 06 | 505084 | 2,232.45 | Nov 08 | 505145 | 1,856.57 | Nov 15 | 505206 | 1,792.56 |
| Nov 08 | 505085 | 2,124.46 | Nov 07 | 505146 | 1,633.44 | Nov 18 | 505207 | 1,876.66 |
| Nov 08 | 505086 | 1,879.61 | Nov 07 | 505147 | 1,565.53 | Nov 07 | 505208 | 1,941.43 |
| Nov 08 | 505087 | 2,029.82 | Nov 06 | 505148 | 1,932.77 | Nov 13 | 505209 | 2,094.15 |
| Nov 06 | 505088 | 2,147.83 | Nov 07 | 505149 | 1,638.95 | Nov 18 | 505210 | 1,983.76 |
| Nov 07 | 505089 | 2,107.01 | Nov 26 | 505150 | 1,970.84 | Nov 07 | *505212 | 2,007.65 |
| Nov 06 | 505090 | 2,088.07 | Nov 12 | 505151 | 2,067.62 | Nov 15 | 505213 | 1,818.08 |
| Nov 06 | 505091 | 1,833.22 | Nov 07 | 505152 | 1,930.63 | Nov 13 | 505214 | 1,693.45 |
| Nov 06 | 505092 | 2,144.16 | Nov 06 | 505153 | 1,789.35 | Nov 08 | 505215 | 2,059.40 |
| Nov 06 | 505093 | 2,440.89 | Nov 08 | 505154 | 1,820.20 | Nov 07 | 505216 | 1,662.16 |
| Nov 07 | 505094 | 2,413.83 | Nov 13 | 505155 | 1,747.59 | Nov 07 | 505217 | 1,818.37 |
| Nov 12 | 505095 | 2,207.22 | Nov 13 | 505156 | 1,750.08 | Nov 12 | 505218 | 2,007.69 |
| Nov 12 | 505096 | 2,134.18 | Nov 06 | 505157 | 1,638.11 | Nov 06 | 505219 | 1,818.45 |
| Nov 13 | 505097 | 1,993.73 | Nov 08 | 505158 | 2,104.20 | Nov 12 | 505220 | 1,818.45 |
| Nov 22 | 505098 | 1,750.04 | Nov 12 | 505159 | 2,124.47 | Nov 07 | 505221 | 2,059.40 |
| Nov 06 | 505099 | 1,910.53 | Nov 06 | 505160 | 1,869.67 | Nov 12 | *505223 | 1,979.51 |
| Nov 07 | 505100 | 2,138.82 | Nov 07 | 505161 | 1,608.57 | Nov 08 | 505224 | 1,902.41 |
| Nov 06 | 505101 | 2,091.30 | Nov 12 | 505162 | 1,974.44 | Nov 08 | 505225 | 2,007.65 |
| Nov 12 | 505102 | 1,809.69 | Nov 08 | 505163 | 1,875.29 | Nov 07 | 505226 | 1,925.29 |
| Nov 06 | 505103 | 2,656.58 | Nov 07 | 505164 | 1,591.16 | Nov 07 | 505227 | 1,818.41 |
| Nov 12 | 505104 | 2,932.71 | Nov 07 | 505165 | 2,156.35 | Nov 12 | 505228 | 2,007.65 |
| Nov 07 | 505105 | 1,766.80 | Nov 06 | 505166 | 1,940.29 | Nov 08 | 505229 | 2,061.50 |
| Nov 07 | 505106 | 2,045.45 | Nov 07 | 505167 | 1,801.98 | Nov 07 | 505230 | 1,792.88 |
| Nov 07 | 505107 | 1,853.29 | Nov 12 | 505168 | 1,876.66 | Nov 12 | 505231 | 1,957.54 |
| Nov 06 | 505108 | 2,125.60 | Nov 13 | 505169 | 2,016.13 | Nov 12 | 505232 | 2,007.65 |
| Nov 06 | 505109 | 2,238.82 | Nov 08 | 505170 | 1,832.50 | Nov 07 | 505233 | 1,923.07 |
| Nov 08 | 505110 | 2,028.61 | Nov 07 | 505171 | 1,818.41 | Nov 13 | 505234 | 1,818.45 |
| Nov 12 | 505111 | 2,058.51 | Nov 13 | 505172 | 1,850.74 | Nov 12 | 505235 | 1,876.66 |
| Nov 06 | 505112 | 2,235.86 | Nov 12 | 505173 | 1,876.66 | Nov 13 | 505236 | 1,478.69 |
| Nov 07 | 505113 | 1,881.07 | Nov 08 | 505174 | 2,139.69 | Nov 06 | 505237 | 1,835.73 |
| Nov 06 | 505114 | 2,085.77 | Nov 07 | 505175 | 1,876.66 | Nov 07 | 505238 | 1,876.66 |
| Nov 06 | 505115 | 2,305.05 | Nov 08 | 505176 | 1,957.50 | Nov 08 | 505239 | 721.26 |
| Nov 07 | 505116 | 2,124.82 | Nov 13 | 505177 | 2,089.59 | Nov 19 | *505241 | 2,007.65 |
| Nov 06 | 505117 | 2,266.40 | Nov 06 | 505178 | 1,818.90 | Nov 13 | 505242 | 1,742.66 |
| Nov 12 | 505118 | 2,194.78 | Nov 12 | 505179 | 2,195.85 | Nov 14 | 505243 | 1,569.92 |
| Nov 12 | 505119 | 2,148.70 | Nov 13 | 505180 | 2,053.06 | Nov 08 | 505244 | 1,957.50 |
| Nov 06 | 505120 | 2,189.11 | Nov 18 | 505181 | 1,876.66 | Nov 06 | 505245 | 1,876.66 |
| Nov 06 | 505121 | 2,044.04 | Nov 18 | 505182 | 1,700.87 | Nov 07 | 505246 | 1,941.43 |
| Nov 07 | 505122 | 1,975.84 | Nov 12 | 505183 | 2,007.65 | Nov 12 | 505247 | 2,234.39 |
| Nov 07 | 505123 | 1,975.25 | Nov 06 | 505184 | 1,957.54 | Nov 12 | 505248 | 2,136.57 |
| Nov 07 | 505124 | 2,163.03 | Nov 07 | 505185 | 1,876.66 | Nov 08 | 505249 | 1,724.21 |
| Nov 07 | 505125 | 2,052.03 | Nov 07 | 505186 | 1,883.70 | Nov 18 | 505250 | 1,850.74 |
| Nov 08 | 505126 | 1,876.66 | Nov 18 | 505187 | 1,876.66 | Nov 07 | 505251 | 1,876.66 |
| Nov 07 | 505127 | 1,902.41 | Nov 07 | 505188 | 2,121.50 | Nov 07 | 505252 | 2,078.03 |
| Nov 07 | 505128 | 1,957.50 | Nov 12 | 505189 | 1,941.39 | Nov 13 | 505253 | 1,693.45 |
| Nov 07 | 505129 | 2,121.50 | Nov 15 | 505190 | 2,029.73 | Nov 13 | 505254 | 2,069.36 |
| Nov 08 | 505130 | 1,886.88 | Nov 07 | 505191 | 1,975.27 | Nov 19 | 505255 | 1,876.66 |
| Nov 08 | 505131 | 1,742.66 | Nov 07 | 505192 | 1,565.16 | Nov 07 | 505256 | 1,818.45 |
| Nov 06 | 505132 | 1,957.46 | Nov 18 | 505193 | 1,818.11 | Nov 07 | 505257 | 2,189.10 |
| Nov 12 | 505133 | 2,059.40 | Nov 15 | 505194 | 1,818.45 | Nov 07 | 505258 | 1,804.25 |
| Nov 07 | 505134 | 2,147.26 | Nov 12 | 505195 | 1,876.66 | Nov 12 | 505259 | 1,957.50 |
| Nov 15 | 505135 | 2,059.40 | Nov 18 | 505196 | 1,818.50 | Nov 25 | 505260 | 2,125.84 |
| Nov 07 | 505136 | 1,861.19 | Nov 13 | 505197 | 1,801.98 | Nov 13 | 505261 | 1,978.11 |
| Nov 07 | 505137 | 1,964.40 | Nov 08 | 505198 | 1,902.41 | Nov 06 | 505262 | 2,223.06 |
| Nov 07 | 505138 | 1,934.90 | Nov 15 | 505199 | 1,678.41 | Nov 08 | 505263 | 1,971.32 |
| Nov 26 | 505139 | 1,837.30 | Nov 13 | 505200 | 1,818.41 | Nov 19 | 505264 | 1,675.70 |
| Nov 06 | 505140 | 1,794.29 | Nov 08 | 505201 | 1,941.43 | Nov 07 | 505265 | 2,205.57 |
| Nov 08 | 505141 | 2,060.62 | Nov 12 | 505202 | 1,925.50 | Nov 12 | 505266 | 1,993.58 |
| Nov 12 | 505142 | 2,067.08 | Nov 18 | 505203 | 1,818.45 | Nov 13 | 505267 | 1,876.66 |
| Nov 07 | 505143 | 1,769.35 | Nov 06 | 505204 | 2,100.85 | Nov 06 | 505268 | 2,188.81 |

**CHECKS (Continued)**

* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| Nov 12 | 505269 | 1,957.46 | Nov 08 | 505330 | 2,205.30 | Nov 22 | 505394 | 1,831.78 |
| Nov 12 | 505270 | 1,693.45 | Nov 06 | 505331 | 1,520.75 | Nov 21 | 505395 | 1,564.83 |
| Nov 12 | 505271 | 1,957.50 | Nov 12 | 505332 | 1,912.37 | Nov 25 | 505396 | 1,512.66 |
| Nov 07 | 505272 | 1,880.51 | Nov 07 | 505333 | 2,123.09 | Nov 22 | 505397 | 1,745.19 |
| Nov 08 | 505273 | 1,818.45 | Nov 08 | 505334 | 1,796.52 | Nov 22 | 505398 | 1,722.10 |
| Nov 15 | 505274 | 940.11 | Nov 06 | 505335 | 1,587.30 | Nov 21 | 505399 | 1,663.51 |
| Nov 08 | 505275 | 1,814.50 | Nov 12 | 505336 | 1,902.89 | Nov 22 | 505400 | 1,423.29 |
| Nov 06 | 505276 | 2,422.92 | Nov 06 | 505337 | 2,034.69 | Nov 25 | 505401 | 1,568.38 |
| Nov 06 | 505277 | 1,941.05 | Nov 07 | 505338 | 1,788.03 | Nov 21 | 505402 | 1,735.67 |
| Nov 06 | 505278 | 2,339.92 | Nov 08 | 505339 | 2,217.98 | Nov 21 | 505403 | 1,597.93 |
| Nov 08 | 505279 | 2,139.19 | Nov 08 | 505340 | 2,144.74 | Nov 25 | 505404 | 1,699.54 |
| Nov 08 | 505280 | 1,953.54 | Nov 08 | 505341 | 1,794.91 | Nov 22 | *505406 | 1,853.37 |
| Nov 12 | 505281 | 2,183.70 | Nov 07 | 505342 | 2,088.67 | Nov 22 | 505407 | 1,757.11 |
| Nov 12 | 505282 | 1,421.52 | Nov 08 | 505343 | 2,100.54 | Nov 21 | 505408 | 1,713.00 |
| Nov 08 | 505283 | 2,044.34 | Nov 06 | 505344 | 2,275.61 | Nov 25 | 505409 | 1,620.87 |
| Nov 07 | 505284 | 1,654.16 | Nov 07 | 505345 | 2,140.48 | Nov 21 | 505410 | 1,679.73 |
| Nov 07 | 505285 | 2,179.16 | Nov 06 | 505346 | 1,938.26 | Nov 22 | 505411 | 1,805.82 |
| Nov 26 | 505286 | 2,107.26 | Nov 12 | 505347 | 2,330.03 | Nov 21 | 505412 | 1,831.14 |
| Nov 07 | 505287 | 2,052.88 | Nov 15 | 505348 | 734.70 | Nov 21 | 505413 | 1,686.45 |
| Nov 06 | 505288 | 2,237.02 | Nov 06 | 505349 | 416.26 | Nov 21 | 505414 | 1,603.21 |
| Nov 12 | 505289 | 1,997.63 | Nov 12 | 505350 | 311.07 | Nov 22 | 505415 | 2,055.81 |
| Nov 07 | 505290 | 1,687.69 | Nov 15 | 505351 | 129.29 | Nov 25 | *505417 | 1,573.37 |
| Nov 06 | 505291 | 2,057.06 | Nov 20 | 505352 | 1,899.03 | Nov 21 | 505418 | 1,700.79 |
| Nov 06 | 505292 | 1,838.60 | Nov 26 | 505353 | 811.67 | Nov 22 | 505419 | 1,565.64 |
| Nov 08 | 505293 | 2,040.96 | Nov 20 | *505355 | 2,172.51 | Nov 22 | 505420 | 1,509.16 |
| Nov 07 | 505294 | 1,771.56 | Nov 25 | 505356 | 1,593.44 | Nov 21 | 505421 | 1,633.21 |
| Nov 06 | 505295 | 2,000.52 | Nov 22 | 505357 | 1,604.86 | Nov 25 | 505422 | 1,728.37 |
| Nov 06 | 505296 | 2,096.82 | Nov 21 | 505358 | 1,712.13 | Nov 22 | 505423 | 1,692.31 |
| Nov 19 | 505297 | 2,209.12 | Nov 21 | 505359 | 1,663.97 | Nov 22 | 505424 | 1,751.56 |
| Nov 06 | 505298 | 2,987.53 | Nov 21 | 505360 | 1,604.13 | Nov 25 | 505425 | 1,664.93 |
| Nov 13 | 505299 | 2,620.41 | Nov 21 | 505361 | 1,635.09 | Nov 21 | 505426 | 1,647.55 |
| Nov 07 | 505300 | 1,746.82 | Nov 25 | 505362 | 1,535.72 | Nov 22 | 505427 | 1,703.91 |
| Nov 07 | 505301 | 2,381.80 | Nov 25 | 505363 | 1,665.61 | Nov 25 | 505428 | 1,688.07 |
| Nov 06 | 505302 | 3,176.45 | Nov 25 | 505364 | 1,760.13 | Nov 22 | 505429 | 1,526.87 |
| Nov 07 | 505303 | 2,563.73 | Nov 26 | 505365 | 1,802.39 | Nov 26 | 505430 | 1,736.94 |
| Nov 07 | 505304 | 2,649.44 | Nov 25 | 505366 | 1,753.23 | Nov 21 | 505431 | 1,652.37 |
| Nov 07 | 505305 | 2,348.81 | Nov 21 | 505367 | 1,755.78 | Nov 21 | 505432 | 1,669.07 |
| Nov 08 | 505306 | 3,146.29 | Nov 25 | 505368 | 1,156.59 | Nov 26 | 505433 | 1,817.82 |
| Nov 13 | 505307 | 3,111.42 | Nov 25 | 505369 | 1,412.17 | Nov 21 | 505434 | 1,488.34 |
| Nov 06 | 505308 | 3,086.56 | Nov 26 | 505370 | 1,844.61 | Nov 25 | 505435 | 1,562.65 |
| Nov 07 | 505309 | 2,219.27 | Nov 21 | 505371 | 1,664.89 | Nov 25 | 505436 | 1,641.15 |
| Nov 12 | 505310 | 2,652.27 | Nov 26 | 505372 | 1,839.39 | Nov 21 | 505437 | 1,697.17 |
| Nov 07 | 505311 | 2,489.17 | Nov 22 | 505373 | 1,660.34 | Nov 25 | 505438 | 1,723.99 |
| Nov 13 | 505312 | 2,593.66 | Nov 21 | 505374 | 1,629.56 | Nov 25 | 505439 | 1,678.97 |
| Nov 07 | 505313 | 3,270.15 | Nov 22 | 505375 | 809.37 | Nov 25 | 505440 | 1,563.85 |
| Nov 19 | 505314 | 2,915.94 | Nov 21 | 505376 | 1,573.81 | Nov 21 | 505441 | 1,700.49 |
| Nov 08 | 505315 | 2,953.34 | Nov 21 | 505377 | 2,008.75 | Nov 25 | 505442 | 1,697.42 |
| Nov 12 | 505316 | 2,995.02 | Nov 22 | 505378 | 1,865.16 | Nov 25 | 505443 | 1,514.40 |
| Nov 06 | 505317 | 2,748.71 | Nov 21 | 505379 | 1,790.14 | Nov 25 | 505444 | 1,666.50 |
| Nov 08 | 505318 | 2,981.64 | Nov 22 | *505381 | 1,897.21 | Nov 21 | 505445 | 1,538.29 |
| Nov 08 | 505319 | 2,971.17 | Nov 25 | *505383 | 2,102.45 | Nov 21 | 505446 | 1,573.17 |
| Nov 06 | 505320 | 2,859.61 | Nov 22 | 505384 | 2,024.74 | Nov 22 | 505447 | 1,576.34 |
| Nov 18 | 505321 | 2,009.92 | Nov 26 | 505385 | 1,733.09 | Nov 21 | 505448 | 1,633.21 |
| Nov 12 | 505322 | 2,608.00 | Nov 26 | 505386 | 2,774.39 | Nov 21 | 505449 | 1,691.81 |
| Nov 07 | 505323 | 1,800.81 | Nov 22 | 505387 | 2,247.90 | Nov 21 | 505450 | 1,699.54 |
| Nov 12 | 505324 | 2,052.75 | Nov 25 | 505388 | 2,298.19 | Nov 21 | 505451 | 2,096.99 |
| Nov 07 | 505325 | 1,662.49 | Nov 22 | 505389 | 656.13 | Nov 21 | 505452 | 1,722.87 |
| Nov 07 | 505326 | 1,806.26 | Nov 21 | 505390 | 1,735.21 | Nov 21 | 505453 | 1,690.19 |
| Nov 06 | 505327 | 1,922.54 | Nov 22 | 505391 | 2,171.84 | Nov 22 | 505454 | 1,883.07 |
| Nov 07 | 505328 | 1,787.91 | Nov 25 | 505392 | 1,817.97 | Nov 22 | 505455 | 1,897.85 |
| Nov 07 | 505329 | 1,662.56 | Nov 25 | 505393 | 1,553.05 | Nov 22 | 505456 | 1,792.23 |

**CHECKS (Continued)**

* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| Nov 22 | 505457 | 1,858.60 | Nov 22 | 505521 | 1,927.32 | Nov 21 | 505584 | 2,039.06 |
| Nov 22 | 505458 | 1,683.32 | Nov 25 | 505522 | 1,924.16 | Nov 25 | 505585 | 1,796.79 |
| Nov 25 | 505459 | 1,448.45 | Nov 22 | 505523 | 2,001.47 | Nov 21 | 505586 | 2,160.87 |
| Nov 21 | 505460 | 1,902.81 | Nov 21 | 505524 | 1,777.89 | Nov 26 | 505587 | 1,879.47 |
| Nov 21 | 505461 | 1,918.81 | Nov 26 | 505525 | 1,979.83 | Nov 22 | 505588 | 1,932.67 |
| Nov 21 | 505462 | 1,782.01 | Nov 22 | 505526 | 1,871.26 | Nov 21 | 505589 | 2,094.31 |
| Nov 21 | 505463 | 1,875.84 | Nov 22 | 505527 | 1,807.15 | Nov 21 | 505590 | 1,873.85 |
| Nov 21 | 505464 | 1,966.85 | Nov 21 | 505528 | 1,821.92 | Nov 22 | 505591 | 2,190.81 |
| Nov 22 | 505465 | 1,777.79 | Nov 22 | 505529 | 1,972.60 | Nov 21 | 505592 | 2,015.79 |
| Nov 25 | 505466 | 1,896.41 | Nov 25 | 505530 | 1,721.68 | Nov 25 | 505593 | 1,865.14 |
| Nov 21 | 505467 | 1,899.41 | Nov 21 | 505531 | 1,941.39 | Nov 25 | 505594 | 2,061.26 |
| Nov 25 | *505470 | 1,958.89 | Nov 25 | 505532 | 1,914.53 | Nov 21 | 505595 | 2,065.03 |
| Nov 26 | 505471 | 1,187.62 | Nov 25 | 505533 | 1,724.47 | Nov 22 | 505596 | 1,736.88 |
| Nov 22 | 505472 | 1,892.86 | Nov 21 | 505534 | 1,800.25 | Nov 22 | 505597 | 1,842.94 |
| Nov 21 | 505473 | 1,885.85 | Nov 21 | 505535 | 1,710.03 | Nov 22 | 505598 | 2,164.89 |
| Nov 21 | 505474 | 1,905.42 | Nov 21 | 505536 | 1,863.33 | Nov 22 | 505599 | 2,031.80 |
| Nov 22 | 505475 | 2,065.82 | Nov 27 | 505537 | 1,903.19 | Nov 25 | 505600 | 1,876.66 |
| Nov 21 | 505476 | 1,647.02 | Nov 22 | 505538 | 2,020.82 | Nov 25 | 505601 | 2,047.65 |
| Nov 22 | 505477 | 1,899.85 | Nov 25 | 505539 | 2,054.22 | Nov 25 | 505602 | 1,678.45 |
| Nov 22 | 505478 | 1,569.12 | Nov 27 | 505540 | 2,095.75 | Nov 22 | 505603 | 1,992.18 |
| Nov 21 | 505479 | 1,433.12 | Nov 21 | 505541 | 2,015.96 | Nov 26 | 505604 | 1,886.88 |
| Nov 21 | 505480 | 1,751.10 | Nov 25 | 505542 | 1,736.76 | Nov 26 | 505605 | 2,007.65 |
| Nov 27 | 505481 | 1,887.85 | Nov 21 | *505544 | 1,759.94 | Nov 25 | 505606 | 1,818.41 |
| Nov 25 | 505482 | 1,321.78 | Nov 25 | 505545 | 1,706.58 | Nov 25 | 505607 | 1,745.41 |
| Nov 26 | 505483 | 1,581.96 | Nov 22 | 505546 | 1,808.67 | Nov 21 | 505608 | 1,726.94 |
| Nov 21 | 505484 | 1,875.84 | Nov 21 | 505547 | 1,962.06 | Nov 22 | 505609 | 1,745.41 |
| Nov 21 | 505485 | 1,400.31 | Nov 29 | 505548 | 2,049.28 | Nov 25 | 505610 | 1,992.18 |
| Nov 22 | 505486 | 2,314.68 | Nov 29 | 505549 | 2,123.38 | Nov 25 | 505611 | 1,964.40 |
| Nov 22 | 505487 | 1,783.90 | Nov 25 | *505551 | 1,777.94 | Nov 22 | 505612 | 1,941.35 |
| Nov 22 | 505488 | 1,837.77 | Nov 26 | 505552 | 1,927.87 | Nov 26 | 505613 | 1,942.03 |
| Nov 21 | 505489 | 1,586.86 | Nov 22 | 505553 | 1,864.55 | Nov 21 | 505614 | 1,683.58 |
| Nov 26 | 505490 | 1,886.73 | Nov 26 | 505554 | 1,963.71 | Nov 21 | 505615 | 183.09 |
| Nov 29 | 505491 | 1,997.81 | Nov 27 | 505555 | 2,102.75 | Nov 26 | 505616 | 1,958.79 |
| Nov 29 | 505492 | 2,347.47 | Nov 29 | 505556 | 2,039.51 | Nov 22 | 505617 | 1,690.56 |
| Nov 22 | 505493 | 1,953.29 | Nov 22 | 505557 | 1,854.50 | Nov 22 | 505618 | 1,806.70 |
| Nov 26 | 505494 | 1,859.21 | Nov 21 | 505558 | 1,937.17 | Nov 22 | 505619 | 1,617.40 |
| Nov 21 | 505495 | 2,363.64 | Nov 21 | 505559 | 2,044.39 | Nov 25 | 505620 | 1,664.56 |
| Nov 21 | 505496 | 1,948.87 | Nov 21 | 505560 | 1,900.96 | Nov 25 | 505621 | 1,681.85 |
| Nov 25 | 505497 | 2,018.42 | Nov 21 | 505561 | 1,879.74 | Nov 26 | 505622 | 1,822.39 |
| Nov 25 | 505498 | 1,685.55 | Nov 22 | 505562 | 1,982.60 | Nov 22 | 505623 | 1,424.94 |
| Nov 26 | 505499 | 1,872.95 | Nov 27 | 505563 | 1,989.25 | Nov 26 | *505625 | 1,832.39 |
| Nov 22 | 505500 | 1,887.63 | Nov 21 | 505564 | 1,941.87 | Nov 21 | 505626 | 1,797.00 |
| Nov 22 | 505501 | 2,026.36 | Nov 21 | 505565 | 1,862.12 | Nov 21 | 505627 | 1,435.97 |
| Nov 26 | 505502 | 1,869.70 | Nov 21 | 505566 | 1,884.35 | Nov 25 | 505628 | 1,687.52 |
| Nov 22 | 505503 | 1,844.54 | Nov 29 | 505567 | 2,046.68 | Nov 26 | 505629 | 624.04 |
| Nov 25 | 505504 | 1,780.84 | Nov 22 | 505568 | 2,392.84 | Nov 26 | 505630 | 1,744.53 |
| Nov 22 | 505505 | 1,969.81 | Nov 21 | 505569 | 2,044.91 | Nov 21 | 505631 | 1,407.21 |
| Nov 21 | 505506 | 1,630.45 | Nov 21 | 505570 | 1,989.98 | Nov 26 | 505632 | 1,924.98 |
| Nov 22 | 505507 | 1,766.05 | Nov 25 | 505571 | 1,883.22 | Nov 22 | 505633 | 1,678.09 |
| Nov 29 | *505509 | 1,757.54 | Nov 22 | 505572 | 907.28 | Nov 22 | 505634 | 1,725.46 |
| Nov 21 | 505510 | 1,856.94 | Nov 22 | 505573 | 1,642.54 | Nov 25 | 505635 | 1,516.46 |
| Nov 21 | 505511 | 1,830.30 | Nov 22 | 505574 | 1,931.70 | Nov 25 | 505636 | 1,671.24 |
| Nov 21 | 505512 | 1,840.54 | Nov 21 | 505575 | 1,790.95 | Nov 26 | 505637 | 1,802.15 |
| Nov 25 | 505513 | 1,746.44 | Nov 21 | 505576 | 1,878.88 | Nov 25 | 505638 | 1,402.58 |
| Nov 22 | 505514 | 2,033.24 | Nov 21 | 505577 | 2,432.47 | Nov 26 | 505639 | 1,855.51 |
| Nov 21 | 505515 | 1,774.68 | Nov 22 | 505578 | 2,813.33 | Nov 21 | 505640 | 1,650.42 |
| Nov 25 | 505516 | 1,327.52 | Nov 21 | 505579 | 1,680.08 | Nov 21 | 505641 | 1,941.43 |
| Nov 21 | 505517 | 1,990.34 | Nov 21 | 505580 | 1,926.72 | Nov 21 | 505642 | 2,091.24 |
| Nov 21 | 505518 | 1,878.74 | Nov 29 | 505581 | 1,878.60 | Nov 21 | 505643 | 1,873.34 |
| Nov 25 | 505519 | 1,885.29 | Nov 21 | 505582 | 1,983.76 | Nov 26 | 505644 | 1,818.45 |
| Nov 21 | 505520 | 1,860.17 | Nov 27 | 505583 | 2,001.17 | Nov 21 | 505645 | 1,818.41 |

**CHECKS (Continued)**

* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| Nov 26 | 505646 | 1,850.74 | Nov 25 | 505711 | 1,709.14 | Nov 21 | *505770 | 2,744.89 |
| Nov 22 | 505647 | 1,742.66 | Nov 22 | 505712 | 1,876.66 | Nov 26 | 505771 | 2,622.39 |
| Nov 25 | *505649 | 2,007.65 | Nov 25 | *505714 | 2,007.65 | Nov 22 | 505772 | 2,755.05 |
| Nov 21 | 505650 | 1,818.45 | Nov 25 | 505715 | 1,588.42 | Nov 22 | 505773 | 2,410.98 |
| Nov 21 | 505651 | 1,588.42 | Nov 26 | 505716 | 1,678.49 | Nov 21 | 505774 | 2,927.90 |
| Nov 22 | 505652 | 1,775.40 | Nov 26 | 505717 | 1,876.66 | Nov 26 | 505775 | 2,172.44 |
| Nov 22 | 505653 | 1,930.34 | Nov 22 | 505718 | 2,078.03 | Nov 22 | 505776 | 2,403.79 |
| Nov 22 | 505654 | 1,783.84 | Nov 22 | 505719 | 1,731.56 | Nov 22 | 505777 | 2,561.47 |
| Nov 25 | 505655 | 1,824.04 | Nov 22 | 505720 | 1,742.66 | Nov 26 | 505778 | 2,759.65 |
| Nov 25 | 505656 | 1,768.04 | Nov 25 | *505722 | 1,850.74 | Nov 26 | 505779 | 2,755.68 |
| Nov 22 | *505658 | 1,678.45 | Nov 26 | 505723 | 1,849.84 | Nov 21 | 505780 | 2,738.98 |
| Nov 25 | *505660 | 1,665.20 | Nov 27 | 505724 | 1,801.98 | Nov 22 | 505781 | 2,392.98 |
| Nov 25 | 505661 | 1,876.66 | Nov 25 | 505725 | 1,553.45 | Nov 22 | 505782 | 2,259.95 |
| Nov 27 | 505662 | 1,861.19 | Nov 25 | *505727 | 1,876.66 | Nov 21 | 505783 | 2,273.76 |
| Nov 25 | 505663 | 1,941.39 | Nov 26 | 505728 | 1,678.49 | Nov 25 | *505785 | 2,884.55 |
| Nov 26 | 505664 | 1,889.74 | Nov 22 | 505729 | 1,883.94 | Nov 26 | 505786 | 2,619.86 |
| Nov 26 | 505665 | 1,930.30 | Nov 26 | 505730 | 1,674.25 | Nov 22 | 505787 | 2,696.69 |
| Nov 26 | *505667 | 2,059.40 | Nov 22 | 505731 | 1,538.46 | Nov 26 | 505788 | 2,657.97 |
| Nov 25 | 505668 | 1,818.45 | Nov 25 | 505732 | 1,628.30 | Nov 21 | 505789 | 2,486.28 |
| Nov 25 | 505669 | 1,876.66 | Nov 26 | 505733 | 1,710.04 | Nov 26 | 505790 | 2,737.58 |
| Nov 27 | 505670 | 1,957.55 | Nov 21 | 505734 | 1,819.29 | Nov 26 | 505791 | 2,785.61 |
| Nov 26 | 505671 | 1,941.43 | Nov 25 | 505735 | 1,818.41 | Nov 21 | 505792 | 803.07 |
| Nov 26 | 505672 | 1,902.41 | Nov 26 | 505736 | 1,902.41 | Nov 22 | 505793 | 1,922.97 |
| Nov 25 | 505673 | 1,818.41 | Nov 22 | *505738 | 1,742.66 | Nov 21 | 505794 | 2,508.51 |
| Nov 26 | *505675 | 1,941.43 | Nov 21 | 505739 | 2,037.63 | Nov 22 | 505795 | 1,713.62 |
| Nov 21 | 505676 | 1,967.09 | Nov 22 | 505740 | 1,941.39 | Nov 26 | 505796 | 1,809.61 |
| Nov 25 | 505677 | 1,818.45 | Nov 25 | 505741 | 1,553.45 | Nov 25 | 505797 | 1,731.05 |
| Nov 21 | 505678 | 1,799.15 | Nov 25 | 505742 | 1,476.61 | Nov 22 | 505798 | 1,762.87 |
| Nov 26 | 505679 | 1,902.41 | Nov 21 | 505743 | 1,745.41 | Nov 21 | 505799 | 1,678.57 |
| Nov 25 | 505680 | 1,719.74 | Nov 26 | 505744 | 1,880.51 | Nov 26 | 505800 | 1,864.74 |
| Nov 26 | 505681 | 1,876.66 | Nov 25 | 505745 | 1,678.45 | Nov 22 | 505801 | 1,624.09 |
| Nov 22 | 505682 | 1,661.98 | Nov 25 | 505746 | 1,529.88 | Nov 22 | 505802 | 2,024.32 |
| Nov 25 | 505683 | 1,678.54 | Nov 22 | 505747 | 1,820.49 | Nov 21 | 505803 | 1,550.93 |
| Nov 25 | 505684 | 1,983.76 | Nov 21 | 505748 | 2,510.28 | Nov 26 | 505804 | 1,835.82 |
| Nov 27 | *505687 | 1,693.45 | Nov 21 | 505749 | 1,941.53 | Nov 22 | 505805 | 2,047.82 |
| Nov 27 | 505688 | 1,745.41 | Nov 26 | 505750 | 2,191.93 | Nov 26 | 505806 | 1,719.58 |
| Nov 25 | 505689 | 1,532.16 | Nov 22 | 505751 | 1,994.77 | Nov 26 | 505807 | 1,219.02 |
| Nov 26 | *505691 | 1,876.66 | Nov 26 | 505752 | 1,858.95 | Nov 21 | 505808 | 1,756.40 |
| Nov 22 | 505692 | 1,909.03 | Nov 21 | 505753 | 1,849.03 | Nov 25 | 505809 | 1,956.81 |
| Nov 25 | 505693 | 1,678.45 | Nov 26 | 505754 | 1,725.22 | Nov 20 | 505810 | 2,585.95 |
| Nov 26 | 505694 | 1,902.41 | Nov 22 | 505755 | 1,967.08 | Nov 21 | 505811 | 1,582.98 |
| Nov 26 | *505697 | 1,902.41 | Nov 25 | 505756 | 1,644.41 | Nov 21 | 505812 | 1,833.70 |
| Nov 25 | 505698 | 1,829.60 | Nov 22 | 505757 | 2,008.80 | Nov 26 | 505813 | 1,875.65 |
| Nov 21 | 505699 | 1,665.20 | Nov 22 | *505759 | 1,941.30 | Nov 26 | 505814 | 1,809.81 |
| Nov 25 | 505700 | 1,745.41 | Nov 21 | 505760 | 2,085.84 | Nov 22 | 505815 | 1,952.42 |
| Nov 22 | 505701 | 1,742.66 | Nov 26 | 505761 | 2,029.92 | Nov 22 | 505816 | 1,709.89 |
| Nov 22 | 505702 | 1,861.94 | Nov 21 | 505762 | 1,706.40 | Nov 21 | 505817 | 2,285.48 |
| Nov 22 | 505703 | 1,792.88 | Nov 21 | 505763 | 1,932.77 | Nov 22 | 505818 | 1,971.57 |
| Nov 22 | *505705 | 1,742.66 | Nov 21 | 505764 | 1,548.43 | Nov 20 | 505819 | 1,009.37 |
| Nov 22 | 505706 | 2,075.77 | Nov 26 | 505765 | 1,803.58 | Nov 25 | 505820 | 2,031.15 |
| Nov 22 | *505708 | 1,742.66 | Nov 25 | 505766 | 1,834.03 | Nov 22 | *505822 | 903.91 |
| Nov 26 | 505709 | 1,605.28 | Nov 21 | 505767 | 1,843.76 | Nov 22 | *505824 | 1,627.13 |
| Nov 27 | 505710 | 1,693.45 | Nov 22 | 505768 | 2,007.01 | | | |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Nov 01 | 1,207,683.90 | Nov 13 | 42,127.80 | Nov 21 | 723,587.92 |
| Nov 04 | 977,709.89 | Nov 14 | 90,557.88 | Nov 22 | 495,878.49 |
| Nov 05 | 908,763.66 | Nov 15 | 71,034.74 | Nov 25 | 324,079.50 |
| Nov 06 | 659,847.39 | Nov 18 | 1,247,922.35 | Nov 26 | 176,574.75 |
| Nov 07 | 391,782.28 | Nov 19 | 1,031,292.33 | Nov 27 | 153,841.76 |
| Nov 08 | 246,999.44 | Nov 20 | 960,796.62 | Nov 29 | 137,616.40 |
| Nov 12 | 106,272.42 | | | | |

## CHECK IMAGES

FIRST FEDERAL
Checking Deposit
DDADEP
CustomerName: Millenkamp Cattle, Inc.
TranDT11/26/2024 at 01:00 PM
Bus Date: 11/26/2024 Drawer #: 305 TranSeq: 47 Item Seq
Memo:
CashIn $0.00
ChecksIn $3,478.47
CashOut $0.00
Amount: $ 3,478.47

11/26/2024 Check 0 $3,478.47

CREDIT/DEBIT
CHECKING TRANSACTION
CUSTOMER NAME Susan Millenkamp
SIGNATURE
DESCRIPTION:
DATE 11/26/24
PREPARED BY 00Ho
APPROVED BY
CREDIT 20 - Deposit
DEBIT 54 - Withdrawal 60 - Debit Memo 58 - Closing Entry
ACCOUNT NUMBER 7885
TRAN CODE 54
TOTAL AMOUNT $ 3478.47

11/26/2024 Check 0 $3,478.47

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505240
Payroll Check
Pay this amount: One thousand seven hundred thirty-four dollars and four cents ********* $ ** 1,734.04
To the order of Virgilio Morales Vasquez
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/08/2024 Check 5240 $1,734.04

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505713
Payroll Check
Pay this amount: One thousand eight hundred eighteen dollars and forty-five cents ****** $ ** 1,818.45
To the order of Virgilio Morales Vasquez
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/26/2024 Check 5713 $1,818.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date October 23, 2024
Check Number 504707
Payroll Check
Pay this amount: Two thousand twenty-nine dollars and seventy-three cents *************** $ ** 2,029.73
To the order of Roy Campos Orihuela
2467 E Yale Rd
Declo, ID 83323
Authorized Signature
Nov 4 10-30

11/01/2024 Check 50477 $2,029.73

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date September 20, 2024
Check Number 503456
Payroll Check
Pay this amount: Two thousand ninety-one dollars and ninety-eight cents *************** $ ** 2,091.98
To the order of Juan Alvarez
603 N Fillmore St Trl A
Jerome, ID 83338
Authorized Signature

11/19/2024 Check 53456 $2,091.98

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date September 5, 2024
Check Number 502974
Payroll Check
Pay this amount: Two thousand three hundred eighty-four dollars and zero cents ********* $ ** 2,384.00
To the order of Juan Alvarez
603 N Fillmore St Trl A
Jerome, ID 83338
Authorized Signature

11/05/2024 Check 502974 $2,384.00

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date September 20, 2024
Check Number 503533
Payroll Check
Pay this amount: Five hundred twenty-one dollars and thirty-eight cents *************** $ ** 521.38
To the order of Agustin Zaragoza Perez
1030 N Lincoln #1
Jerome, ID 83338
Authorized Signature

11/26/2024 Check 503533 $521.38

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: October 5, 2024
Check Number: 503936
Payroll Check

Pay this amount: Two thousand eighty-three dollars and seventy-one cents ************** $ ** 2,083.71

To the order of: Juan Alvarez
503 N Fillmore St Trl A
Jerome, ID 83338

Authorized Signature

11/26/2024 Check 503936 $2,083.71

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: October 5, 2024
Check Number: 504182
Payroll Check

Pay this amount: One thousand nine hundred forty-six dollars and seventy-four cents **** $ ** 1,946.74

To the order of: Jose A. Govea
504 5Th Ave W
Jerome, ID 83338

Authorized Signature

11/05/2024 Check 504182 $1,946.74

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: October 5, 2024
Check Number: 504242
Payroll Check

Pay this amount: One thousand six hundred seventy-eight dollars and thirty-three cents * $ ** 1,678.33

To the order of: Melcin Guerra Damian
2601 E 300 S
Declo, ID 83323

Authorized Signature

10-30
5/14

11/01/2024 Check 504242 $1,678.33

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: October 5, 2024
Check Number: 504328
Payroll Check

Pay this amount: One thousand nine hundred one dollars and fifty-six cents ************* $ ** 1,901.56

To the order of: Hector Rodriguez Alvarado
230 Teton Dr
Jerome, ID 83338-5096

Authorized Signature

11/19/2024 Check 504328 $1,901.56

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: October 8, 2024
Check Number: 504386
Payroll Check

Pay this amount: Eighty-three dollars and eleven cents ******************************** $ ** 83.11

To the order of: Danny Caja Sellica
2601 E 300 S
Declo, ID 83323

Authorized Signature

No 4 11-09

11/12/2024 Check 504386 $83.11

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: October 21, 2024
Check Number: 504391
Payroll Check

Pay this amount: Two thousand nine hundred sixty-nine dollars and ninety-five cents **** $ ** 2,969.95

To the order of: Mark A. Harrison
1719 River Road
Buhl, ID 83316

Authorized Signature

11/08/2024 Check 504391 $2,969.95

Millenkamp Cattle Inc DT 11.5.24
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: October 21, 2024
Check Number: 504443
Payroll Check

Pay this amount: Two thousand two hundred ninety-four dollars and sixty-six cents ***** $ ** 2,294.66

To the order of: Carlos Antonio Soto Leyva
225 W Avenue E
Jerome, ID 83338

Authorized Signature

11/12/2024 Check 504443 $2,294.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: October 21, 2024
Check Number: 504463
Payroll Check

Pay this amount: Nine hundred forty-nine dollars and eighty cents ********************** $ ** 949.80

To the order of: Noel G. Montejano
1015 North 1st Street Trl #68
Jerome, ID 83338

Authorized Signature

11/07/2024 Check 504463 $949.80

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 11 |

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: October 21, 2024
Check Number: 504514
Payroll Check

Pay this amount: Eight hundred forty-eight dollars and ninety-five cents ************** $ ** 848.95

To the order of: Saul Isai Benito Condori
793 S 2150 E
Room 7B
Declo, ID 83323

Authorized Signature

11/01/2024 Check 504514 $848.95

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: October 21, 2024
Check Number: 504542
Payroll Check

Pay this amount: One thousand eight hundred thirty-one dollars and sixty-seven cents *** $ ** 1,831.67

To the order of: Jhon Rhonald Huaman Aquino
793 S 2150 E
House #1 Unit A
Declo, ID 83350

Authorized Signature

11/01/2024 Check 504542 $1,831.67

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: October 21, 2024
Check Number: 504545
Payroll Check

Pay this amount: One thousand nine hundred thirty-nine dollars and eighty-nine cents *** $ ** 1,939.89

To the order of: Mijael Huayas
70 First Ave
Malta, ID 83342

Authorized Signature

11/19/2024 Check 504545 $1,939.89

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: October 21, 2024
Check Number: 504563
Payroll Check

Pay this amount: One thousand nine hundred ninety-six dollars and ninety-one cents ***** $ ** 1,996.91

To the order of: Mario Mori Trigos
2451 E 300 S
Declo, ID 83323

Authorized Signature

11/04/2024 Check 504563 $1,996.91

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: October 21, 2024
Check Number: 504564
Payroll Check

Pay this amount: One thousand seven hundred eighty-six dollars and forty-six cents ***** $ ** 1,786.46

To the order of: Yaslon Rossana Mori Trigos
793 S 2150 E
Declo, ID 83323

Authorized Signature

11/04/2024 Check 504564 $1,786.46

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: October 21, 2024
Check Number: 504596
Payroll Check

Pay this amount: Two thousand fifty-four dollars and fifty cents ********************* $ ** 2,054.50

To the order of: Hager Cristobal Angulo
325 E 2550 S
Declo, ID 83323

Authorized Signature

11/01/2024 Check 504596 $2,054.50

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: October 21, 2024
Check Number: 504667
Payroll Check

Pay this amount: One thousand eight hundred eighty-nine dollars and sixty-nine cents *** $ ** 1,889.69

To the order of: Jose A. Govea
504 5Th Ave W
Jerome, ID 83338

Authorized Signature

11/26/2024 Check 504667 $1,889.69

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: October 21, 2024
Check Number: 504682
Payroll Check

Pay this amount: Two thousand thirty-three dollars and seventy-nine cents ************** $ ** 2,033.79

To the order of: Antonio Soto Leyva
225 W Avenue E
Jerome, ID 83338

Authorized Signature

11/13/2024 Check 504682 $2,033.79

Statements Page 13 of 128

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 12

## CHECK IMAGES (Continued)

11/01/2024 Check 504728 $1,951.38

11/04/2024 Check 504732 $1,745.41

11/06/2024 Check 504739 $1,876.66

11/01/2024 Check 504755 $1,742.66

11/01/2024 Check 504770 $638.96

11/01/2024 Check 504771 $1,742.70

11/04/2024 Check 504788 $1,678.41

11/19/2024 Check 504817 $1,130.09

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date October 21, 2024
Check Number 504820
Payroll Check
Pay this amount: Nine hundred thirty dollars and twenty-five cents ********************
$ ** 930.25
To the order of: Cesar Clemente
316 2nd Ave
Wendell, ID 83355
Authorized Signature

11/05/2024 Check 504820 $930.25

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date October 21, 2024
Check Number 504867
Payroll Check
Pay this amount: Six hundred forty-four dollars and thirty-six cents ********************
$ ** 644.36
To the order of: IDAHO STATE TAX COMMISSION
440 FALLS AVE
TWIN FALLS, ID 83301
Authorized Signature

11/06/2024 Check 504867 $644.36

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date October 18, 2024
Check Number 504868
Payroll Check
Pay this amount: Six hundred fifty-six dollars and fifty-seven cents ********************
$ ** 656.57
197614
To the order of: Luis Lano Liallino
2451 E 300 S
Hazelton, ID 83335
Authorized Signature

11/12/2024 Check 504868 $656.57

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date October 21, 2024
Check Number 504869
Payroll Check
Pay this amount: Four hundred sixteen dollars and twenty-four cents ********************
$ ** 416.24
To the order of: Azael Perez Barrera
120 W Ave F Apt C-107
Jerome, ID 83338
Authorized Signature

11/04/2024 Check 504869 $416.24

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 1, 2024
Check Number 504873
Payroll Check
Pay this amount: One thousand six hundred eighty-three dollars and seventy cents *******
$ ** 1,683.70
To the order of: Santiago Cruz Hernandez
400 N Lincoln #7
Jerome, ID 83338
Authorized Signature

11/05/2024 Check 504873 $1,683.70

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504875
Payroll Check
Pay this amount: Two thousand one hundred seventy-two dollars and fifty-one cents ******
$ ** 2,172.51
To the order of: Everett H. Lighenberg
2602 Malone Rd
Declo, ID 83323
Authorized Signature

11/05/2024 Check 504875 $2,172.51

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504876
Payroll Check
Pay this amount: Seven hundred ten dollars and fifteen cents **************************
$ ** 710.15
To the order of: Rodo Perez
220 Turtle Loop
Wendell, ID 83355
Authorized Signature

11/12/2024 Check 504876 $710.15

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504877
Payroll Check
Pay this amount: One thousand four hundred ninety-nine dollars and nine cents **********
$ ** 1,499.09
To the order of: Alejandro Aguilar Guzman
305 S Elm St
Jerome, ID 83338
Authorized Signature

11/07/2024 Check 504877 $1,499.09

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 14

## CHECK IMAGES (Continued)

11/07/2024 Check 504878 $1,710.38

11/06/2024 Check 504879 $1,680.84

11/06/2024 Check 504880 $1,622.43

11/07/2024 Check 504881 $1,813.75

11/06/2024 Check 504882 $1,812.60

11/08/2024 Check 504883 $1,876.96

11/07/2024 Check 504884 $1,795.01

11/08/2024 Check 504885 $262.44

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 15 |

## CHECK IMAGES (Continued)



11/06/2024    Check 504886    $1,839.05



11/06/2024    Check 504887    $1,887.54



11/07/2024    Check 504888    $1,735.44



11/06/2024    Check 504889    $1,720.65



11/07/2024    Check 504890    $1,343.16



11/07/2024    Check 504891    $1,604.16



11/06/2024    Check 504892    $1,740.44



11/06/2024    Check 504893    $1,683.70

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504894
Payroll Check
Pay this amount: One thousand nine hundred ten dollars and ten cents
$ ** 1,910.10
To the order of Mario Roldan Moreno Hernandez
600 N 300 E
Jerome, ID 83338
Authorized Signature

11/12/2024 Check 504894 $1,910.10

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504895
Payroll Check
Pay this amount: One thousand seven hundred sixty-one dollars and eighty-three cents
$ ** 1,761.83
To the order of Santiago Moreno Hernandez
301 S Elm St
Jerome, ID 83338
Authorized Signature

11/08/2024 Check 504895 $1,761.83

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504896
Payroll Check
Pay this amount: One thousand six hundred seventy-one dollars and forty-six cents
$ ** 1,671.46
To the order of Ronaldo Moreno Sanchez
600 S Fillmore St 46
Jerome, ID 83338
Authorized Signature

11/07/2024 Check 504896 $1,671.46

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504897
Payroll Check
Pay this amount: One thousand five hundred forty-seven dollars and twenty-seven cents
$ ** 1,547.27
To the order of Jose Perez Guzman
214 E 400 N
Jerome, ID 83338
Authorized Signature

11/06/2024 Check 504897 $1,547.27

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
1628
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504898
Payroll Check
Pay this amount: One thousand six hundred forty-four dollars and twenty-one cents
$ ** 1,644.21
To the order of Hector Perez Jimenez
200 E 400 N
Jerome, ID 83338
Authorized Signature

11/06/2024 Check 504898 $1,644.21

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504899
Payroll Check
Pay this amount: Two thousand two hundred eighty-five dollars and ninety-seven cents
$ ** 2,285.97
To the order of Daniel A. Santiago
156 West 200 North
Jerome, ID 83338
Authorized Signature

11/07/2024 Check 504899 $2,285.97

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504900
Payroll Check
Pay this amount: One thousand eight hundred twenty-four dollars and sixty-four cents
$ ** 1,824.64
To the order of Jeronimo Vazquez Gomez
220 E 400 N
Jerome, ID 83338
Authorized Signature

11/07/2024 Check 504900 $1,824.64

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
1618
-810
808
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504901
Payroll Check
Pay this amount: One thousand six hundred thirty-four dollars and seventy cents
$ ** 1,634.70
To the order of Jose Manuel Vazquez Mendez
460 N Lincoln Ave Apt 87
Jerome, ID 83338
Authorized Signature

11/06/2024 Check 504901 $1,634.70

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 504903
Payroll Check
Pay the Two thousand seventy-seven dollars and sixty-five cents
$ ** 2,077.65
To the order of Roberto Amador Ortiz
Authorized Signature

11/08/2024 Check 504903 $2,077.65

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 504904
Payroll Check
Pay the One thousand seven hundred twenty dollars and forty-eight cents
$ ** 1,720.48
To the order of Jose A. Ascencio Ramirez
Authorized Signature

11/06/2024 Check 504904 $1,720.48

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 504905
Payroll Check
Pay the Two thousand four hundred thirty-four dollars and thirty-two cents
$ ** 2,434.32
To the order of Salvador Ascencio Vera
Authorized Signature

11/18/2024 Check 504905 $2,434.32

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 504906
Payroll Check
Pay the Two thousand one hundred three dollars and ninety-three cents
$ ** 2,103.93
To the order of Gabriel Barragan Romero
Authorized Signature

11/08/2024 Check 504906 $2,103.93

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 504907
Payroll Check
Pay the Two thousand three hundred sixty-nine dollars and forty-six cents
$ ** 2,369.46
To the order of Carlos Bernal Garcia
Authorized Signature

11/07/2024 Check 504907 $2,369.46

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 504908
Payroll Check
Pay the One thousand nine hundred ten dollars and eight cents
$ ** 1,910.08
To the order of Luis Enrique Carvajal Najera
Authorized Signature

11/12/2024 Check 504908 $1,910.08

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 504909
Payroll Check
Pay the Three thousand thirty-one dollars and sixty cents
$ ** 3,031.60
To the order of Uriel Garcia
Authorized Signature

11/12/2024 Check 504909 $3,031.60

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 504910
Payroll Check
Pay the Two thousand three hundred ninety-five dollars and twenty-seven cents
$ ** 2,395.27
To the order of Juan Garcia C
Authorized Signature

11/

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 18

## CHECK IMAGES (Continued)

11/07/2024 Check 504911 $2,415.60

11/07/2024 Check 504912 $350.19

11/06/2024 Check 504913 $2,049.71

11/22/2024 Check 504914 $2,358.22

11/06/2024 Check 504915 $2,431.15

11/08/2024 Check 504916 $1,803.58

11/07/2024 Check 504917 $1,975.94

11/06/2024 Check 504918 $1,670.96

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 504919
Payroll Check
Pay this amount: One thousand six hundred forty-nine dollars and seventeen cents ******* $ ** 1,649.17
To the order of: Alejandro Cardenas Ortiz
377 3rd Ave W
Wendell, ID 83355
Authorized Signature

11/12/2024 Check 504919 $1,649.17

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 504920
Payroll Check
Pay this amount: One thousand nine hundred thirty-three dollars and fifteen cents ****** $ ** 1,933.15
To the order of: Juan Silvestre Cervantes
513 W B St
Shoshone, ID 83352
Authorized Signature

11/07/2024 Check 504920 $1,933.15

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 504921
Payroll Check
Pay this amount: One thousand eight hundred fifty-eight dollars and thirty-six cents *** $ ** 1,858.36
To the order of: Luis Antonio Cervantes Nunez
513 W B St
Shoshone, ID 83352
Authorized Signature

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
1670
-260
1410
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 504922
Payroll Check
Pay this amount: One thousand six hundred eighty-seven dollars and seven cents ********* $ ** 1,687.07
To the order of: Rigoberto Deara Estrada
827 17th Avenue E
Jerome, ID 83338
Authorized Signature

11/06/2024 Check 504922 $1,687.07

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 504923
Payroll Check
Pay this amount: One thousand five hundred seven dollars and one cents ***************** $ ** 1,507.01
To the order of: Benito Galindo Soto
600 S Fillmore St Apt 6
Jerome, ID 83338
Authorized Signature

11/08/2024 Check 504923 $1,507.01

Millenkamp Cattle Inc DX 11-5-24
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 504924
Payroll Check
Pay this amount: One thousand eight hundred eighteen dollars and thirty-six cents ****** $ ** 1,818.36
To the order of: Heriberto Gomez Lopez
416 E Ave C
Jerome, ID 83338
Authorized Signature

11/08/2024 Check 504924 $1,818.36

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
1693
-1010
683
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 504925
Payroll Check
Pay this amount: One thousand seven hundred ten dollars and eighty-nine cents ********** $ ** 1,710.89
To the order of: Francisco Gonzalez Gomez
328 E Ave C
Jerome, ID 83338
Authorized Signature

11/06/2024 Check 504925 $1,710.89

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
1752
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 504926
Payroll Check
Pay this amount: One thousand seven hundred eighty-eight dollars and twenty-four cents * $ ** 1,788.24
To the order of: Jose Gilberto Guzman Lopez
1490100 Ave E
Jerome, ID 83338
Authorized Signature

11/06/2024 Check 504926 $1,788.24

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 5, 2024 — Check Number 504927 — Payroll Check
Pay this amount: One thousand eight hundred twenty dollars and thirty-eight cents ****** $ ** 1,820.38
To the order of Fernando Jimenez Lopez, 211 Ave K, Jerome, ID 83338
Authorized Signature

11/08/2024 Check 504927 $1,820.38

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 5, 2024 — Check Number 504928 — Payroll Check
Pay this amount: One thousand nine hundred thirty-two dollars and fifteen cents ******** $ ** 1,932.15
To the order of Maria B. Leon DeOchoa, 559 Glacier Drive, Jerome, ID 83338
Authorized Signature

11/06/2024 Check 504928 $932.15

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 5, 2024 — Check Number 504929 — Payroll Check
Pay this amount: One thousand six hundred eighty-two dollars and thirty-seven cents **** $ ** 1,682.37
To the order of Cesar Vidal Leon Espinoza, 214 W 200 N, Jerome, ID 83338
Authorized Signature

11/08/2024 Check 504929 $1,682.37

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 5, 2024 — Check Number 504930 — Payroll Check
Pay this amount: One thousand eight hundred fifty-six dollars and eighty-three cents *** $ ** 1,856.83
To the order of Juan Deara Lopez, 1981 Hillcrest Lane #D1, Burley, ID 83318
Authorized Signature

11/13/2024 Check 504930 $1,856.83

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 5, 2024 — Check Number 504931 — Payroll Check
Pay this amount: One thousand eight hundred twenty-six dollars and seventy cents ******* $ ** 1,826.70
To the order of Juan Carlos Lopez Moreno, 302 E 600 N, Jerome, ID 83338
Authorized Signature

11/06/2024 Check 504931 $1,826.70

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 5, 2024 — Check Number 504932 — Payroll Check
Pay this amount: One thousand seven hundred seventeen dollars and ninety-two cents ***** $ ** 1,717.92
To the order of Manuel Lopez Perez, 600 S. Fillmore Apt 6, Jerome, ID 83338
Authorized Signature

11/07/2024 Check 504932 $1,717.92

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 5, 2024 — Check Number 504933 — Payroll Check
Pay this amount: One thousand eight hundred one dollars and twenty-four cents ********** $ ** 1,801.24
To the order of Amadas Mendez Gonzalez, 302 E 600 N, Jerome, ID 83338
Authorized Signature

11/06/2024 Check 504933 $1,801.24

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 5, 2024 — Check Number 504934 — Payroll Check
Pay this amount: Two thousand one hundred forty-seven dollars and eighteen cents ****** $ ** 2,147.18
To the order of Noel C. Montejano, 1015 North 1st Street Trl #68, Jerome, ID 83338
Authorized Signature

11/07/2024 Check 504934 $2,147.18

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 21

## CHECK IMAGES (Continued)

11/06/2024 Check 504935 $1,894.36

11/06/2024 Check 504936 $1,793.47

11/07/2024 Check 504937 $1,578.64

11/07/2024 Check 504938 $1,888.48

11/06/2024 Check 504939 $1,866.19

11/08/2024 Check 504940 $1,892.76

11/06/2024 Check 504941 $1,704.66

11/08/2024 Check 504942 $1,889.41

Statements Page 23 of 128

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 22

## CHECK IMAGES (Continued)

11/08/2024 Check 504943 $1,772.13

11/06/2024 Check 504944 $1,723.22

11/07/2024 Check 504945 $1,601.37

11/07/2024 Check 504946 $1,778.47

11/08/2024 Check 504947 $747.41

11/07/2024 Check 504948 $1,870.29

11/07/2024 Check 504949 $1,700.51

11/06/2024 Check 504950 $1,615.39

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

1744

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 504951

Payroll Check

Pay this amount: One thousand seven hundred eighty dollars and eighty cents ************ $ ** 1,780.80

To the order of: Nestor Espinoza
300 E 600 N
Jerome, ID 83338

Authorized Signature

11/06/2024 Check 504951 $1,780.80

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 504952

Payroll Check

Pay this amount: One thousand eight hundred seventeen dollars and five cents *********** $ ** 1,817.05

To the order of: Salvador Francisco Gomez
2914 S 1300 E
Hagerman, ID 83332

Authorized Signature

11/08/2024 Check 504952 $1,817.05

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 504953

Payroll Check

Pay this amount: One thousand seven hundred fifty-four dollars and thirty-four cents *** $ ** 1,754.34

To the order of: Heriberto Gomez Saragoz
220 E 400 N
Jerome, ID 83338

Authorized Signature

11/07/2024 Check 504953 $1,754.34

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 504954

Payroll Check

Pay this amount: One thousand eight hundred thirty-seven dollars and ninety-two cents ** $ ** 1,837.92

To the order of: Jose Alfredo Guzman Hernandez
201 5th Ave W
Jerome, ID 83338

Authorized Signature

11/08/2024 Check 504954 $1,837.92

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

1728

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 504955

Payroll Check

Pay this amount: One thousand seven hundred sixty-four dollars and eighty-eight cents ** $ ** 1,764.88

To the order of: Francisco Guzman Lopez
491 N 400 W
Jerome, ID 83338

Authorized Signature

11/06/2024 Check 504955 $1,764.88

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

1635
-910
725

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 504956

Payroll Check

Pay this amount: One thousand six hundred fifty-two dollars and thirty-six cents ******* $ ** 1,652.36

To the order of: Jose M Hernandez
1016 N Lincoln Ave F
Jerome, ID 83338

Authorized Signature

11/06/2024 Check 504956 $1,652.36

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 504957

Payroll Check

Pay this amount: One thousand eight hundred ten dollars and eighty-one cents *********** $ ** 1,810.81

To the order of: Jacinto Hernandez Perez
230 18th Ave E
Jerome, ID 83338

Authorized Signature

11/08/2024 Check 504957 $1,810.81

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

1755
-110
1645

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 504958

Payroll Check

Pay this amount: One thousand seven hundred seventy-three dollars and eighty cents ***** $ ** 1,773.80

To the order of: Pedro Jimenez
471 N 300 W
Jerome, ID 83338

Authorized Signature

11/06/2024 Check 504958 $1,773.80

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504959
Payroll Check
Pay this amount One thousand six hundred sixty-five dollars and seven cents ***********
$ ** 1,665.07
To the order of Amado Jimenez Cruz
301 S Elm St
Jerome, ID 83338
Authorized Signature

11/07/2024 Check 504959 $1,665.07

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504960
Payroll Check
Pay this amount One thousand seven hundred sixty-three dollars and forty-three cents **
$ ** 1,763.43
To the order of Bonifacio Jimenez Perez
600 N 300 E
Jerome, ID 83338
Authorized Signature

11/07/2024 Check 504960 $1,763.43

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504961
Payroll Check
Pay this amount One thousand six hundred ninety-one dollars and fifty-six cents ******
$ ** 1,691.56
To the order of Gustavo Angel Jimenez Perez
PO Box 360
Wendell, ID 83355
Authorized Signature

11/06/2024 Check 504961 $1,691.56

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504962
Payroll Check
Pay this amount One thousand seven hundred seven dollars and fifteen cents ************
$ ** 1,707.15
To the order of Marcos Lopez Hernandez
302 E 600 N
Jerome, ID 83338
Authorized Signature

11/07/2024 Check 504962 $1,707.15

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504963
Payroll Check
Pay this amount One thousand seven hundred ninety-three dollars and twenty-five cents *
$ ** 1,793.25
To the order of Jose Martinez Mardiaz
914-S Buchanan St
Jerome, ID 83338
Authorized Signature

11/08/2024 Check 504963 $1,793.25

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504964
Payroll Check
Pay this amount One thousand six hundred fifty-nine dollars and twenty-six cents ******
$ ** 1,659.26
To the order of Pedro Montejo Gutierrez
600N 300E
Jerome, ID 83338
Authorized Signature

11/07/2024 Check 504964 $1,659.26

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504965
Payroll Check
Pay this amount One thousand seven hundred eighty-six dollars and ninety-eight cents **
$ ** 1,786.98
To the order of Madelin Moreno
600 N 300 E
Jerome, ID 83338
Authorized Signature

11/07/2024 Check 504965 $1,786.98

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504966
Payroll Check
Pay this amount One thousand seven hundred eighty-one dollars and two cents ***********
$ ** 1,781.02
To the order of Isaias Moreno Hernandez
600 N 300 E
Jerome, ID 83338
Authorized Signature

11/12/2024 Check 504966 $1,781.02

Statements Page 26 of 128

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 25

## CHECK IMAGES (Continued)

11/08/2024 Check 504967 $1,755.30

11/08/2024 Check 504968 $1,852.06

11/06/2024 Check 504969 $1,627.30

11/06/2024 Check 504970 $1,570.70

11/07/2024 Check 504971 $1,547.72

11/12/2024 Check 504972 $1,657.90

11/06/2024 Check 504973 $1,835.18

11/06/2024 Check 504974 $1,855.51

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 26 |

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 504975

Payroll Check

Pay this amount: Two thousand two hundred ninety-six dollars and thirty-five cents *****

$ ** 2,296.35

To the order of: Jose Alfredo Valdez
515 18th Ave E
Jerome, ID 83338

Authorized Signature

11/06/2024 Check 504975 $2,296.35

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 504976

Payroll Check

Pay this amount: One thousand eight hundred twenty-four dollars and sixty-one cents ****

$ ** 1,824.61

To the order of: Humberto Vazquez Jiminez
302 E 600 N
Jerome, ID 83338

Authorized Signature

11/06/2024 Check 504976 $1,824.61

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 504977

Payroll Check

Pay this amount: One thousand six hundred forty-nine dollars and forty-one cents *******

$ ** 1,649.41

To the order of: Juan Velasco Guzman
Ave K 215
Jerome, ID 83338

Authorized Signature

11/07/2024 Check 504977 $1,649.41

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 504978

Payroll Check

Pay this amount: One thousand seven hundred sixty-eight dollars and forty-five cents ***

$ ** 1,768.45

To the order of: Abel Alanya Marbuca
2595 E 300 S
Declo, ID 83323

Authorized Signature

11/08/2024 Check 504978 $1,768.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 504979

Payroll Check

Pay this amount: One thousand nine hundred zero dollars and fifty-two cents ************

$ ** 1,900.52

To the order of: Saul Alanya Machuca
2550 E 325 S
Declo, ID 83323

Authorized Signature

11/06/2024 Check 504979 $1,900.52

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 504980

Payroll Check

Pay this amount: One thousand nine hundred two dollars and fifty-one cents *************

$ ** 1,902.51

To the order of: Alberto Alarcon Balderas
793 S 2150 E
House #3 Unit E
Declo, ID 83323

Authorized Signature

11/12/2024 Check 504980 $1,902.51

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 504981

Payroll Check

Pay this amount: Two thousand seventeen dollars and twenty-six cents ******************

$ ** 2,017.26

To the order of: Gabriel Alarcon Balderas
793 S 2150 E
House #3 Unit E
Declo, ID 83323

Authorized Signature

11/06/2024 Check 504981 $2,017.26

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 504982

Payroll Check

Pay this amount: One thousand nine hundred ninety-three dollars and thirty-five cents **

$ ** 1,993.35

To the order of: Wilder Aparco Ramos
2550 E 325 S
Declo, ID 83323

Authorized Signature

11/07/2024 Check 504982 $1,993.35

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date: November 5, 2024
Check Number: 504983
Payroll Check

Pay the One thousand one hundred thirty-two dollars and thirteen cents ******* $ ** 1,132.13

To the order of Rafael Aquino Cotura
793 E 2300 S
Declo, ID 83323

Authorized Signature

11/07/2024 Check 504983 $1,132.13

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date: November 5, 2024
Check Number: 504984
Payroll Check

Pay the Two thousand seventy-six dollars and ninety-two cents ***************** $ ** 2,076.92

To the order of Gerson Didier Avalos Bautista
158 S 150 E
Burley, ID 83318

Authorized Signature

11/06/2024 Check 504984 $2,076.92

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date: November 5, 2024
Check Number: 504985
Payroll Check

Pay the Two thousand forty dollars and eighty-seven cents ******************** $ ** 2,040.87

To the order of Antonio Belin Pasquy ...
2601 E 300 S
Declo, ID 83323

Authorized Signature

11/06/2024 Check 504985 $2,040.87

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date: November 5, 2024
Check Number: 504986
Payroll Check

Pay the Two thousand forty-two dollars and twenty-seven cents ***************** $ ** 2,042.27

To the order of Roman Cantero Solano
793 S 2150 E
Unit A
Declo, ID 83323

Authorized Signature

11/06/2024 Check 504986 $2,042.27

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date: November 5, 2024
Check Number: 504987
Payroll Check

Pay the One thousand eight hundred sixty-seven dollars and ninety-five cents ** $ ** 1,867.95

To the order of Roy Yerser Carbuancho Leiva
793 S 2150 E
House 4 Unit G
Declo, ID 83323

Authorized Signature

11/08/2024 Check 504987 $1,867.95

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date: November 5, 2024
Check Number: 504988
Payroll Check

Pay the Two thousand eighty-six dollars and twenty-six cents ****************** $ ** 2,086.26

To the order of Engel Cerna Pantoja
2601 E 300 S
Declo, ID 83323

Authorized Signature

11/06/2024 Check 504988 $2,086.26

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date: November 5, 2024
Check Number: 504989
Payroll Check

Pay the One thousand nine hundred nineteen dollars and ninety-seven cents ***** $ ** 1,919.97

To the order of Marcos Jose Chapaman Ayala
2595 E 300 S
Declo, ID 83323

Authorized Signature

11/12/2024 Check 504989 $1,919.97

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date: November 5, 2024
Check Number: 504990
Payroll Check

Pay the Two thousand seventy-two dollars and eighty-three cents *************** $ ** 2,072.83

To the order of Victor Rafael Cipriano Pena
2601 E 300 S
Declo, ID 83323

Authorized Signature

11/07/2024 Check 504990 $2,072.83

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504991
Payroll Check
Pay this amount: Two thousand one hundred seventeen dollars and seventy-nine cents *****
$ ** 2,117.79
To the order of Euribi Cordova Perez
Declo, ID 83323
Authorized Signature

11/07/2024 Check 504991 $2,117.79

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504992
Payroll Check
Pay this amount: Two thousand one hundred twenty-four dollars and thirty-seven cents ***
$ ** 2,124.37
To the order of Jose Guadalupe De la Paz Onate
Declo, ID 83323
Authorized Signature

11/15/2024 Check 504992 $2,124.37

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504993
Payroll Check
Pay this amount: Two thousand one hundred forty-five dollars and sixty-five cents ******
$ ** 2,145.65
To the order of Martha De La Paz Onate
Declo, ID 83323
Authorized Signature

11/15/2024 Check 504993 $2,145.65

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504994
Payroll Check
Pay this amount: One thousand eight hundred eighty-three dollars and eighty-four cents *
$ ** 1,883.84
To the order of Samuel Espinoza Hilario
PO Box 43
Malta, ID 83342
Authorized Signature

11/07/2024 Check 504994 $1,883.84

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504995
Payroll Check
Pay this amount: One thousand eight hundred fifty dollars and twenty-eight cents *******
$ ** 1,850.28
To the order of Julian Gamarra Dominguez
Room 33
Declo, ID 83323
Authorized Signature

11/13/2024 Check 504995 $1,850.28

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504996
Payroll Check
Pay this amount: Two thousand sixty-three dollars and six cents ************************
$ ** 2,063.06
To the order of Jesus Edilson Gavino Huaman
Declo, ID 83323
Authorized Signature

11/06/2024 Check 504996 $2,063.06

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504997
Payroll Check
Pay this amount: Two thousand twenty-three dollars and twenty-five cents ***************
$ ** 2,023.25
To the order of Saul Ivan Gavino Huaman
Declo, ID 83323
Authorized Signature

11/07/2024 Check 504997 $2,023.25

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 504998
Payroll Check
Pay this amount: Two thousand fifty-eight dollars and fifty-seven cents *****************
$ ** 2,058.57
To the order of Manuel Gomez Sanchez
Burley, ID 83318
Authorized Signature

11/12/2024 Check 504998 $2,058.57

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date: November 5, 2024
Check Number: 504999
Payroll Check
Pay this amount: Two thousand two hundred eighty-three dollars and twenty-nine cents ***
$ ** 2,283.29
To the order of: Ernesto T. Gamez Silva
2669 E Yale Road
Declo, ID 83323
Authorized Signature

11/07/2024 Check 504999 $2,283.29

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date: November 5, 2024
Check Number: 505000
Payroll Check
Pay this amount: One thousand nine hundred fourteen dollars and seventeen cents ********
$ ** 1,914.17
To the order of: Pedro Gabriel Gomez Diaz
1327 Hansen Ave
Burley, ID 83318
Authorized Signature

11/12/2024 Check 505000 $1,914.17

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date: November 5, 2024
Check Number: 505001
Payroll Check
Pay this amount: Two thousand seventy-one dollars and thirty-four cents ****************
$ ** 2,071.34
To the order of: Miguel Gomez Guzman
1981 110 Crest Ln Tr 1
Burley, ID 83318
Authorized Signature

11/06/2024 Check 505001 $2,071.34

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date: November 5, 2024
Check Number: 505002
Payroll Check
Pay this amount: One thousand eight hundred forty-one dollars and sixty cents *********
$ ** 1,841.60
To the order of: Maria Gonzalez Bautista
793 E 2150 S
House #3 Unit E
Declo, ID 83323
Authorized Signature

11/12/2024 Check 505002 $1,841.60

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date: November 5, 2024
Check Number: 505003
Payroll Check
Pay this amount: Two thousand thirteen dollars and sixty-eight cents ******************
$ ** 2,013.68
To the order of: Armando Gonzalez Hernandez
415 W Main St
Burley, ID 83318
Authorized Signature

11/07/2024 Check 505003 $2,013.68

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date: November 5, 2024
Check Number: 505004
Payroll Check
Pay this amount: Two thousand one hundred fifty-three dollars and eighty cents *********
$ ** 2,153.80
To the order of: Bruss Rolando Guerra Damian
793 S 2150 E
Room 86
Declo, ID 83323
Authorized Signature

11/06/2024 Check 505004 $2,153.80

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date: November 5, 2024
Check Number: 505005
Payroll Check
Pay this amount: One thousand nine hundred five dollars and nineteen cents *************
$ ** 1,905.19
To the order of: Carlos Ider Guerra Damian
2595 E 300 S
Declo, ID 83323
Authorized Signature

11/07/2024 Check 505005 $1,905.19

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date: November 5, 2024
Check Number: 505006
Payroll Check
Pay this amount: One thousand six hundred seventy-eight dollars and forty-seven cents **
$ ** 1,678.47
To the order of: Jose G. Gutierrez Murillo
2600 E 100 S
Declo, ID 83323
Authorized Signature

11/13/2024 Check 505006 $1,678.47

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505007
Payroll Check
Pay this amount: One thousand seven hundred twenty-five dollars and fifty-six cents ****
$ ** 1,725.56
To the order of: 197614 1500 2011 505007 11727
Jose Hernandez Bonilla
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/08/2024 Check 505007 $1,725.56

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505008
Payroll Check
Pay this amount: One thousand eight hundred ninety-seven dollars and thirty cents *****
$ ** 1,897.30
To the order of: 197614 1500 1575 505008 11728
Raquel Hernandez Perez
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/12/2024 Check 505008 $1,897.30

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505009
Payroll Check
Pay this amount: One thousand nine hundred twenty-two dollars and thirteen cents *******
$ ** 1,922.13
To the order of: 197614 1500 1404 505009 11729
Roberto Hernandez Perez
915 W Main St
Burley, ID 83318
Authorized Signature

11/07/2024 Check 505009 $1,922.13

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505010
Payroll Check
Pay this amount: Two thousand five hundred one dollars and ninety-six cents ************
$ ** 2,501.96
To the order of: 197614 1500 728 505010 11730
Apolonio Huaire Inga
2550 E 325 S
Declo, ID 83323
Authorized Signature

11/06/2024 Check 505010 $2,501.96

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505011
Payroll Check
Pay this amount: Two thousand forty-two dollars and sixteen cents **********************
$ ** 2,042.16
To the order of: 197614 1500 1822 505011 11731
Gilmer Huaman Aguirre
793 S 2150 E
House #1 Unit A
Declo, ID 83323
Authorized Signature

11/12/2024 Check 505011 $2,042.16

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505012
Payroll Check
Pay this amount: One thousand eight hundred forty-six dollars and twenty-five cents ****
$ ** 1,846.25
To the order of: 197614 1500 871 505012 11732
Jhon Rhonald Huaman Aquino
793 S 2150 E
House #1 Unit A
Declo, ID 83330
Authorized Signature

11/08/2024 Check 505012 $1,846.25

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505013
Payroll Check
Pay this amount: One thousand nine hundred zero dollars and one cents *****************
$ ** 1,900.01
To the order of: 197614 1500 1703 505013 11733
Edwin Huaman Sicha
2601 E 300 S
Declo, ID 83323
Authorized Signature

11/06/2024 Check 505013 $1,900.01

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505014
Payroll Check
Pay this amount: Two thousand two hundred four dollars and ninety-eight cents **********
$ ** 2,204.98
To the order of: 197614 1500 831 505014 11734
Jorge A. Huaroc Chavez
2601 East 300 South
Declo, ID 83323
Authorized Signature

11/06/2024 Check 505014 $2,204.98

Statements Page 32 of 128

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 31

## CHECK IMAGES (Continued)

11/18/2024 Check 505015 $2,047.74

11/07/2024 Check 505016 $2,412.38

11/22/2024 Check 505017 $2,004.70

11/13/2024 Check 505018 $1,998.77

11/06/2024 Check 505019 $2,534.43

11/06/2024 Check 505020 $2,127.87

11/15/2024 Check 505021 $2,252.39

11/12/2024 Check 505022 $1,962.11

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505023
Payroll Check
Pay this amount: Two thousand one hundred thirty-two dollars and fifty-two cents *******
$ ** 2,132.52
To the order of: Jose Luis Laguna Sloreta
900 S Hwy 81 #902
Declo, ID 83323
Authorized Signature

11/12/2024 Check 505023 $2,132.52

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505024
Payroll Check
Pay this amount: One thousand nine hundred zero dollars and seventy-five cents ********
$ ** 1,900.75
To the order of: Dario Lapa Samaniego
793 S 2150 E
House #1 Unit A
Declo, ID 83323
Authorized Signature

11/06/2024 Check 505024 $1,900.75

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505025
Payroll Check
Pay this amount: Two thousand twenty-nine dollars and forty-nine cents *****************
$ ** 2,029.49
To the order of: Luis Miguel Lopez Gomez
2595 E 300 S
Declo, ID 83323
Authorized Signature

11/06/2024 Check 505025 $2,029.49

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505026
Payroll Check
Pay this amount: Two thousand one hundred twenty-two dollars and eight cents ***********
$ ** 2,122.08
To the order of: Vladimir Jorge Lopez Inga
2267 E Yale Rd
Declo, ID 83323
Authorized Signature

11/06/2024 Check 505026 $2,122.08

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505027
Payroll Check
Pay this amount: One thousand nine hundred ninety-six dollars and thirty-eight cents ***
$ ** 1,996.38
To the order of: Renildo Lopez Pino
2601 E 300 S
Declo, ID 83323
Authorized Signature

11/08/2024 Check 505027 $1,996.38

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505028
Payroll Check
Pay this amount: Two thousand one hundred eighty-seven dollars and nineteen cents ******
$ ** 2,187.19
To the order of: Javier Loreto Solis
2550 E 485 S
Declo, ID 83323
Authorized Signature

11/07/2024 Check 505028 $2,187.19

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505029
Payroll Check
Pay this amount: One thousand eight hundred thirty-seven dollars and seventy-seven cents
$ ** 1,837.77
To the order of: Leonardo Martinez Garcia
741 Highland Ave
Burley, ID 83323
Authorized Signature

11/12/2024 Check 505029 $1,837.77

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505030
Payroll Check
Pay this amount: One thousand nine hundred ninety-six dollars and sixty-eight cents ****
$ ** 1,996.68
To the order of: Cesar Armando Martinez Ruiz
1981 Hillcrest Ln Trl C14
Burley, ID 83318
Authorized Signature

11/06/2024 Check 505030 $1,996.68

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 33 |

## CHECK IMAGES (Continued)



11/07/2024   Check 505031   $1,896.69



11/12/2024   Check 505032   $2,248.85



11/12/2024   Check 505033   $1,893.85



11/06/2024   Check 505034   $1,873.62



11/06/2024   Check 505035   $1,939.97



11/06/2024   Check 505036   $1,185.04



11/07/2024   Check 505037   $2,018.93



11/07/2024   Check 505038   $2,011.16

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505039
Payroll Check
Pay this amount: Two thousand one hundred twenty-six dollars and forty-two cents ******* $ ** 2,126.42
To the order of Bladimir Pactori Mauricio
Authorized Signature

11/06/2024 Check 505039 $2,126.42

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505040
Payroll Check
Pay this amount: One thousand nine hundred seventy-three dollars and eighty-four cents * $ ** 1,973.84
To the order of Pedro Perez Duarte
415 E Main St
Burley, ID 83318
Authorized Signature

11/07/2024 Check 505040 $1,973.84

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505041
Payroll Check
Pay this amount: Two thousand one hundred eighteen dollars and fifty-four cents ******** $ ** 2,118.54
To the order of Orailo Perez Lopez
1327 Hansen Ave
Burley, ID 83318
Authorized Signature

11/06/2024 Check 505041 $2,118.54

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505042
Payroll Check
Pay this amount: Two thousand one hundred forty-two dollars and thirty-two cents ******* $ ** 2,142.32
To the order of Liberado Perez Nunez
1515 Conant Ave
Burley, ID 83318
Authorized Signature

11/06/2024 Check 505042 $2,142.32

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505043
Payroll Check
Pay this amount: One thousand nine hundred eighteen dollars and fifty-seven cents ****** $ ** 1,918.57
To the order of Nilsen Rivera Garcia
2550 E 325 S
Declo, ID 83323
Authorized Signature

11/12/2024 Check 505043 $1,918.57

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505044
Payroll Check
Pay this amount: Two thousand seven dollars and sixty-nine cents ********************* $ ** 2,007.69
To the order of Frank Jhersi Reyes Quinto
793 S 2150 E
Room 77
Declo, ID 83323
Authorized Signature

11/06/2024 Check 505044 $2,007.69

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505045
Payroll Check
Pay this amount: One thousand nine hundred thirty-seven dollars and thirty-two cents *** $ ** 1,937.32
To the order of Elio Ruiz Quispe
2451 E 360 S
Declo, ID 83323
Authorized Signature

11/08/2024 Check 505045 $1,937.32

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505046
Payroll Check
Pay this amount: Two thousand one hundred ninety-seven dollars and twenty-one cents **** $ ** 2,197.21
To the order of Isidro Ruiz Solis
2550 East 455 South
Declo, ID 83323
Authorized Signature

11/07/2024 Check 505046 $2,197.21

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505047
Payroll Check
Pay this amount: Two thousand two hundred sixty-eight dollars and ninety-four cents ****
$ ** 2,268.94
To the order of: Noe Ruiz-S
417 S E Street
Rupert, ID 83350
Authorized Signature

11/07/2024 Check 505047 $2,268.94

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505048
Payroll Check
Pay this amount: One thousand nine hundred thirteen dollars and ninety-seven cents *****
$ ** 1,913.97
To the order of: Rudy Ramiro Saltachin DeLaCruz
Authorized Signature

11/07/2024 Check 505048 $1,913.97

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505049
Payroll Check
Pay this amount: One thousand nine hundred fifty-nine dollars and fifty-five cents *****
$ ** 1,959.55
To the order of: Elias Salvador Mucha
Burley, ID 83323
Authorized Signature

11/07/2024 Check 505049 $1,959.55

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505050
Payroll Check
Pay this amount: Two thousand ninety-seven dollars and ninety-eight cents *************
$ ** 2,097.98
To the order of: Moises Sanchez
Declo, ID 83323
Authorized Signature

11/12/2024 Check 505050 $2,097.98

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505051
Payroll Check
Pay this amount: One thousand nine hundred seventy-two dollars and thirteen cents ******
$ ** 1,972.13
To the order of: Aurelio Sanchez Diaz
1313 Hansen Ave
Burley, ID 83318
Authorized Signature

11/07/2024 Check 505051 $1,972.13

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505052
Payroll Check
Pay this amount: One thousand eight hundred seventy-nine dollars and ninety-five cents *
$ ** 1,879.95
To the order of: Javier Sanchez Diaz
Declo, ID 83323
Authorized Signature

11/12/2024 Check 505052 $1,879.95

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505053
Payroll Check
Pay this amount: Two thousand twenty-three dollars and ninety-two cents ****************
$ ** 2,023.92
To the order of: Olmer Santos Huaman
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/07/2024 Check 505053 $2,023.92

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505054
Payroll Check
Pay this amount: One thousand eight hundred forty-six dollars and eighty-eight cents ***
$ ** 1,846.88
To the order of: Manuel Saith Gomez
741 Highland Ave
Burley, ID 83318
Authorized Signature

11/07/2024 Check 505054 $1,846.88

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 36

## CHECK IMAGES (Continued)

11/08/2024 Check 505055 $1,775.91

11/13/2024 Check 505056 $2,001.85

11/06/2024 Check 505057 $2,162.11

11/08/2024 Check 505058 $1,918.31

11/06/2024 Check 505059 $2,002.03

11/06/2024 Check 505060 $2,091.65

11/06/2024 Check 505061 $2,115.03

11/08/2024 Check 505062 $1,868.98

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 37

## CHECK IMAGES (Continued)

11/13/2024 Check 505063 $2,046.16

11/12/2024 Check 505064 $2,211.82

11/06/2024 Check 505065 $2,376.11

11/13/2024 Check 505066 $2,285.01

11/06/2024 Check 505067 $2,433.95

11/07/2024 Check 505068 $2,383.44

11/08/2024 Check 505069 $1,949.37

11/06/2024 Check 505070 $1,932.29

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 38 |

## CHECK IMAGES (Continued)

11/13/2024 Check 505071 $2,315.73

11/08/2024 Check 505072 $2,088.33

11/06/2024 Check 505073 $2,163.67

11/07/2024 Check 505074 $2,115.23

11/07/2024 Check 505075 $2,194.82

11/06/2024 Check 505076 $2,270.09

11/12/2024 Check 505077 $2,052.34

11/13/2024 Check 505078 $2,058.18

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc 471 N 300 W Jerome, ID 83338 — FIRST FEDERAL SAVING TWIN FALLS, ID — Check Date November 5, 2024 — Check Number 505079 — Payroll Check — Pay this amount: One thousand eight hundred sixty-five dollars and sixty-six cents ***** $ ** 1,865.66 — To the order of Antony Cerron Huaynalaya 793 S 2150 E House #2 Unit D Declo, ID 83323 — Authorized Signature

11/08/2024 Check 505079 $1,865.66

Millenkamp Cattle Inc 471 N 300 W Jerome, ID 83338 — FIRST FEDERAL SAVING TWIN FALLS, ID — Check Date November 5, 2024 — Check Number 505080 — Payroll Check — Pay this amount: Two thousand one hundred twenty-seven dollars and seventy-seven cents * $ ** 2,127.77 — To the order of Remigio Inga Damian 793 S 2150 E Room #72 Declo, ID 83323 — Authorized Signature

11/13/2024 Check 505080 $2,127.77

Millenkamp Cattle Inc 471 N 300 W Jerome, ID 83338 — FIRST FEDERAL SAVING TWIN FALLS, ID — Check Date November 5, 2024 — Check Number 505081 — Payroll Check — Pay this amount: Two thousand two hundred eighty-four dollars and thirty-two cents ***** $ ** 2,284.32 — To the order of Fisher Huayat Macha 70 First Ave Malta, ID 83342 — Authorized Signature

11/07/2024 Check 505081 $2,284.32

Millenkamp Cattle Inc 471 N 300 W Jerome, ID 83338 — FIRST FEDERAL SAVING TWIN FALLS, ID — Check Date November 5, 2024 — Check Number 505082 — Payroll Check — Pay this amount: Two thousand thirty-four dollars and twenty-eight cents *************** $ ** 2,034.28 — To the order of Elber Macha Conchumanya 793 S 2150 E Room #64 Declo, ID 83323 — Authorized Signature

11/07/2024 Check 505082 $2,034.28

Millenkamp Cattle Inc 471 N 300 W Jerome, ID 83338 — FIRST FEDERAL SAVING TWIN FALLS, ID — Check Date November 5, 2024 — Check Number 505083 — Payroll Check — Pay this amount: One thousand seven hundred twenty-two dollars and fifty-four cents **** $ ** 1,722.54 — To the order of Juan Aguilar Perez 2669 E Yale Rd Declo, ID 83323 — Authorized Signature

11/12/2024 Check 505083 $1,722.54

Millenkamp Cattle Inc 471 N 300 W Jerome, ID 83338 — FIRST FEDERAL SAVING TWIN FALLS, ID — Check Date November 5, 2024 — Check Number 505084 — Payroll Check — Pay this amount: Two thousand two hundred thirty-two dollars and forty-five cents ***** $ ** 2,232.45 — To the order of Francisco Alfaro Mendez 2350 E 495 S Declo, ID 83323 — Authorized Signature

11/06/2024 Check 505084 $2,232.45

Millenkamp Cattle Inc 471 N 300 W Jerome, ID 83338 — FIRST FEDERAL SAVING TWIN FALLS, ID — Check Date November 5, 2024 — Check Number 505085 — Payroll Check — Pay this amount: Two thousand one hundred twenty-four dollars and forty-six cents ****** $ ** 2,124.46 — To the order of Noel Arce Laza 793 S 2150 E Room #70 Declo, ID 83323 — Authorized Signature

11/08/2024 Check 505085 $2,124.46

Millenkamp Cattle Inc 471 N 300 W Jerome, ID 83338 — FIRST FEDERAL SAVING TWIN FALLS, ID — Check Date November 5, 2024 — Check Number 505086 — Payroll Check — Pay this amount: One thousand eight hundred seventy-nine dollars and sixty-one cents *** $ ** 1,879.61 — To the order of Ever Bautista Alany 2395 E 300 S Declo, ID 83323 — Authorized Signature

11/08/2024 Check 505086 $1,879.61

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 40

## CHECK IMAGES (Continued)

11/08/2024 Check 505087 $2,029.82

11/06/2024 Check 505088 $2,147.83

11/07/2024 Check 505089 $2,107.01

11/06/2024 Check 505090 $2,088.07

11/06/2024 Check 505091 $1,833.22

11/06/2024 Check 505092 $2,144.16

11/06/2024 Check 505093 $2,440.89

11/07/2024 Check 505094 $2,413.83

Statements Page 42 of 128

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 41

## CHECK IMAGES (Continued)

11/12/2024 Check 505095 $2,207.22

11/12/2024 Check 505096 $2,134.18

11/13/2024 Check 505097 $1,993.73

11/22/2024 Check 505098 $1,750.04

11/06/2024 Check 505099 $1,910.53

11/07/2024 Check 505100 $2,138.82

11/06/2024 Check 505101 $2,091.30

11/12/2024 Check 505102 $1,809.69

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505103
Payroll Check
Pay this amount: Two thousand six hundred fifty-six dollars and fifty-eight cents ****** $ ** 2,656.58
To the order of Heriberto Monreal
793 S 2150 E
House 1 Unit B
Declo, ID 83323
Authorized Signature

11/06/2024 Check 505103 $2,656.58

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505104
Payroll Check
Pay this amount: Two thousand nine hundred thirty-two dollars and seventy-one cents **** $ ** 2,932.71
To the order of Adam Montoya
191 W 2nd N
Po Box 86
Malta, ID 83342
Authorized Signature

11/12/2024 Check 505104 $2,932.71

11/07/2024 Check 505105 $1,766.80

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505106
Payroll Check
Pay this amount: Two thousand forty-five dollars and forty-five cents ****************** $ ** 2,045.45
To the order of David Ortiz
1451 Elba Ave
Burley, ID 83318
Authorized Signature

11/07/2024 Check 505106 $2,045.45

11/07/2024 Check 505107 $1,853.29

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505108
Payroll Check
Pay this amount: Two thousand one hundred twenty-five dollars and sixty cents ********** $ ** 2,125.60
To the order of Reynaldo Perez Diaz
2669 E Yale Rd
Declo, ID 83323
Authorized Signature

11/06/2024 Check 505108 $2,125.60

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505109
Payroll Check
Pay this amount: Two thousand two hundred thirty-eight dollars and eighty-two cents **** $ ** 2,238.82
To the order of Angel Perez Sanchez
132 Hansen Ave
Burley, ID 83318
Authorized Signature

11/06/2024 Check 505109 $2,238.82

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505110
Payroll Check
Pay this amount: Two thousand twenty-eight dollars and sixty-one cents **************** $ ** 2,028.61
To the order of Ricardo Perez Sanchez
407 E Main #3
Burley, ID 83318
Authorized Signature

11/08/2024 Check 505110 $2,028.61

Account Number          XXXXXX7885
Statement Date          11/29/2024
Statement Thru Date     12/01/2024
Page                    43

## CHECK IMAGES (Continued)



11/12/2024     Check 505111     $2,058.51



11/06/2024     Check 505112     $2,235.86



11/07/2024     Check 505113     $1,881.07



11/06/2024     Check 505114     $2,085.77



11/06/2024     Check 505115     $2,305.05



11/07/2024     Check 505116     $2,124.82



11/06/2024     Check 505117     $2,266.40



11/12/2024     Check 505118     $2,194.78

Statements Page 45 of 128

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 44

## CHECK IMAGES (Continued)

11/12/2024 Check 505119 $2,148.70

11/06/2024 Check 505120 $2,189.11

11/06/2024 Check 505121 $2,044.04

11/07/2024 Check 505122 $1,975.84

11/07/2024 Check 505123 $1,975.25

11/07/2024 Check 505124 $2,163.03

11/07/2024 Check 505125 $2,052.03

11/08/2024 Check 505126 $1,876.66

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505127
Payroll Check
Pay this amount: One thousand nine hundred two dollars and forty-one cents *************
$ ** 1,902.41
To the order of Efrain Aparco Ramos
1871 S 2470 E
Malta, ID 83342
Authorized Signature

11/07/2024 Check 505127 $1,902.41

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505128
Payroll Check
Pay this amount: One thousand nine hundred fifty-seven dollars and fifty cents *********
$ ** 1,957.50
To the order of Fray Alberto Aquino Colera
2601 E 300 S
Declo, ID 83323
Authorized Signature

11/07/2024 Check 505128 $1,957.50

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505129
Payroll Check
Pay this amount: Two thousand one hundred twenty-one dollars and fifty cents ***********
$ ** 2,121.50
To the order of Idel Helmoth Coello Francisco
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/07/2024 Check 505129 $2,121.50

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505130
Payroll Check
Pay this amount: One thousand eight hundred eighty-six dollars and eighty-eight cents **
$ ** 1,886.88
To the order of Vicente Gala Taipe
793 S 2150 E
House #2 Unit C
Declo, ID 83323
Authorized Signature

11/08/2024 Check 505130 $1,886.88

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505131
Payroll Check
Pay this amount: One thousand seven hundred forty-two dollars and sixty-six cents ******
$ ** 1,742.66
To the order of Maximo Gutierrez Huaman
793 E 2150 S
Room #53
Declo, ID 83323
Authorized Signature

11/08/2024 Check 505131 $1,742.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505132
Payroll Check
Pay this amount: One thousand nine hundred fifty-seven dollars and forty-six cents *****
$ ** 1,957.46
To the order of Ronald Gutierrez Quispe
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/06/2024 Check 505132 $1,957.46

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505133
Payroll Check
Pay this amount: Two thousand fifty-nine dollars and forty cents **********************
$ ** 2,059.40
To the order of Antolin C. Inga Damian
793 S 2150 E
Room #73
Declo, ID 83323
Authorized Signature

11/12/2024 Check 505133 $2,059.40

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505134
Payroll Check
Pay this amount: Two thousand one hundred forty-seven dollars and twenty-six cents *****
$ ** 2,147.26
To the order of Fracisco Lopez Gonzalez
1983 Hillcrest Rd Lot D13
Burley, ID 83318
Authorized Signature

11/07/2024 Check 505134 $2,147.26

| Account Number | XXXXXX7885 |
|---|---|
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 46 |

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 5, 2024 Check Number 505135
Payroll Check
Pay the amount: Two thousand fifty nine dollars and forty cents ********************* $ ** 2,059.40
To the order of: Juan Macha Cueva
Authorized Signature

11/15/2024 Check 505135 $2,059.40

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 5, 2024 Check Number 505136
Payroll Check
Pay the amount: One thousand eight hundred sixty-one dollars and nineteen cents ****** $ ** 1,861.19
To the order of: Marquino Ramos Alberto
1549 ID 77
Malta, ID 83342
Authorized Signature

11/07/2024 Check 505136 $1,861.19

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 5, 2024 Check Number 505137
Payroll Check
Pay the amount: One thousand nine hundred sixty-four dollars and forty cents ********** $ ** 1,964.40
To the order of: Yulino Ramos Alberto
325 E 2550 S
Declo, ID 83323
Authorized Signature

11/07/2024 Check 505137 $1,964.40

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 5, 2024 Check Number 505138
Payroll Check
Pay the amount: One thousand nine hundred thirty-four dollars and ninety cents ******* $ ** 1,934.90
To the order of: German Trevino Santos
Burley, ID 83318
Authorized Signature

11/07/2024 Check 505138 $1,934.90

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 5, 2024 Check Number 505139
Payroll Check
Pay the amount: One thousand eight hundred thirty-seven dollars and thirty cents ****** $ ** 1,837.30
To the order of: Alfredo Acosta Sanchez
603 N Fillmore St Trailer A
Jerome, ID 83338
Authorized Signature

11/26/2024 Check 505139 $1,837.30

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 5, 2024 Check Number 505140
Payroll Check
Pay the amount: One thousand seven hundred ninety-four dollars and twenty-nine cents ** $ ** 1,794.29
To the order of: Gustavo Baraza
909 22nd Ave E
Jerome, ID 83338
Authorized Signature

11/06/2024 Check 505140 $1,794.29

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 5, 2024 Check Number 505141
Payroll Check
Pay the amount: Two thousand sixty dollars and sixty-two cents ********************** $ ** 2,060.62
To the order of: Julio Hernando Bojorquez Lopez
407 Poverty Flats Lb
Jerome, ID 83338
Authorized Signature

11/08/2024 Check 505141 $2,060.62

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 5, 2024 Check Number 505142
Payroll Check
Pay the amount: Two thousand sixty-seven dollars and eight cents ******************** $ ** 2,067.08
To the order of: David Cardoso Ortiz
312 S Elm St
Jerome, ID 83338
Authorized Signature

11/12/2024 Check 505142 $2,067.08

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 47

## CHECK IMAGES (Continued)

11/07/2024 Check 505143 $1,769.35

11/07/2024 Check 505144 $2,079.31

11/08/2024 Check 505145 $1,856.57

11/07/2024 Check 505146 $1,633.44

11/07/2024 Check 505147 $1,565.53

11/06/2024 Check 505148 $1,932.77

11/07/2024 Check 505149 $1,638.95

11/26/2024 Check 505150 $1,970.84

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505151
Payroll Check
Pay this amount: Two thousand sixty-seven dollars and sixty-two cents ****************** $ ** 2,067.62
To the order of Adan Cuadarrama
473 N 300 W
Jerome, ID 83338
Authorized Signature

11/12/2024 Check 505151 $2,067.62

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505152
Payroll Check
Pay this amount: One thousand nine hundred thirty dollars and sixty-three cents ******** $ ** 1,930.63
To the order of Cesar Guerrero Cordova
1984 E 2800 S
Wendell, ID 83355
Authorized Signature

11/07/2024 Check 505152 $1,930.63

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505153
Payroll Check
Pay this amount: One thousand seven hundred eighty-nine dollars and thirty-five cents ** $ ** 1,789.35
To the order of Melchorlo Jimenez Alvaro
220 E 400 N
Jerome, ID 83338
Authorized Signature

11/06/2024 Check 505153 $1,789.35

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505154
Payroll Check
Pay this amount: One thousand eight hundred twenty dollars and twenty cents ************ $ ** 1,820.20
To the order of Elmer Jimenez Perez
301 S Elm St
Jerome, ID 83338
Authorized Signature

11/08/2024 Check 505154 $1,820.20

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505155
Payroll Check
Pay this amount: One thousand seven hundred forty-seven dollars and fifty-nine cents *** $ ** 1,747.59
To the order of Francisco Medrano Ceja
275 W 125 N
Jerome, ID 83338
Authorized Signature

11/13/2024 Check 505155 $1,747.59

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505156
Payroll Check
Pay this amount: One thousand seven hundred fifty dollars and eight cents ************** $ ** 1,750.08
To the order of Juan Moreno Viera
302 N Date St
Jerome, ID 83338
Authorized Signature

11/13/2024 Check 505156 $1,750.08

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505157
Payroll Check
Pay this amount: One thousand six hundred thirty-eight dollars and eleven cents ******** $ ** 1,638.11
To the order of Leonardo Perez Hernandez
200 E 400 N
Jerome, ID 83338
Authorized Signature

11/06/2024 Check 505157 $1,638.11

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505158
Payroll Check
Pay this amount: Two thousand one hundred four dollars and twenty cents **************** $ ** 2,104.20
To the order of Ernesto Perez Hurtado
312 4th Ave E
Jerome, ID 83338
Authorized Signature

11/08/2024 Check 505158 $2,104.20

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505159
Payroll Check

Pay this amount: Two thousand one hundred twenty-four dollars and forty-seven cents ****
$ ** 2,124.47

To the order of: Crescenciano Reyes
218 W Ave I #12
Jerome, ID 83338

Authorized Signature

11/12/2024 Check 505159 $2,124.47

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505160
Payroll Check

Pay this amount: One thousand eight hundred sixty-nine dollars and sixty-seven cents ***
$ ** 1,869.67

To the order of: Cesme Rivera
580 E A
Wendell, ID 83355

Authorized Signature

11/06/2024 Check 505160 $1,869.67

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

11-5

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505161
Payroll Check

Pay this amount: One thousand six hundred eight dollars and fifty-seven cents **********
$ ** 1,608.57

To the order of: Angel Fabricio Ruiz Silva
212 N 200 W
Jerome, ID 83338

Authorized Signature

11/07/2024 Check 505161 $1,608.57

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

11-5

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505162
Payroll Check

Pay this amount: One thousand nine hundred seventy-four dollars and forty-four cents ***
$ ** 1,974.44

To the order of: Cesar Salazar Herrera
2955 N 1300 E
Hagerman, ID 83332

Authorized Signature

11/12/2024 Check 505162 $1,974.44

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505163
Payroll Check

Pay this amount: One thousand eight hundred seventy-five dollars and twenty-nine cents *
$ ** 1,875.29

To the order of: Martin Anastacio Santiz Hernandez
PO Box 360
Wendell, ID 83355

Authorized Signature

11/08/2024 Check 505163 $1,875.29

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

11-5

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505164
Payroll Check

Pay this amount: One thousand five hundred ninety-one dollars and sixteen cents ********
$ ** 1,591.16

To the order of: Jose S Soto
600 S Fillmore St #6
Jerome, ID 83338

Authorized Signature

11/07/2024 Check 505164 $1,591.16

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505165
Payroll Check

Pay this amount: Two thousand one hundred fifty-six dollars and thirty-five cents ******
$ ** 2,156.35

To the order of: Antonio Soto Leyva
225 W Avenue E
Jerome, ID 83338

Authorized Signature

11/07/2024 Check 505165 $2,156.35

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505166
Payroll Check

Pay this amount: One thousand nine hundred forty dollars and twenty-nine cents *********
$ ** 1,940.29

To the order of: Arturo Viana Aguilar
1019 N Lincoln Ave
Trlr F
Jerome, ID 83338

Authorized Signature

11/06/2024 Check 505166 $1,940.29

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date November 5, 2024
Check Number 505167
Payroll Check

Pay this amount: One thousand eight hundred one dollars and ninety-eight cents ********* $ ** 1,801.98

To the order of: Elias Aguilar Perez
PO Box 43
Malta, ID 83342

Authorized Signature

11/07/2024 Check 505167 $1,801.98

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date November 5, 2024
Check Number 505168
Payroll Check

Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents **** $ ** 1,876.66

To the order of: Orlandi Alanya Poma
2550 E 325 S
Dietrich, ID 83323

Authorized Signature

11/12/2024 Check 505168 $1,876.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date November 5, 2024
Check Number 505169
Payroll Check

Pay this amount: Two thousand sixteen dollars and thirteen cents ********************** $ ** 2,016.13

To the order of: Ramiro Alarcon Espinoza
793 E 2150 S
House 3
Declo, ID 83323

Authorized Signature

11/13/2024 Check 505169 $2,016.13

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date November 5, 2024
Check Number 505170
Payroll Check

Pay this amount: One thousand eight hundred thirty-two dollars and fifty cents ********* $ ** 1,832.50

To the order of: Arnaldo Manuel Alejo Castro
793 E 2150 S
Declo, ID 83323

Authorized Signature

11/08/2024 Check 505170 $1,832.50

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date November 5, 2024
Check Number 505171
Payroll Check

Pay this amount: One thousand eight hundred eighteen dollars and forty-one cents ******* $ ** 1,818.41

To the order of: Elvis Gerardo Alfaro Melchor
2667 E Yale Rd
Declo, ID 83323

Authorized Signature

11/07/2024 Check 505171 $1,818.41

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date November 5, 2024
Check Number 505172
Payroll Check

Pay this amount: One thousand eight hundred fifty dollars and seventy-four cents ******* $ ** 1,850.74

To the order of: Wilian Aparro Ramos
1871 S 2470 E
Malta, ID 83342

Authorized Signature

11/13/2024 Check 505172 $1,850.74

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date November 5, 2024
Check Number 505173
Payroll Check

Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents **** $ ** 1,876.66

To the order of: Nolber Aquino Colera
2451 E 300 S
Declo, ID 83323

Authorized Signature

11/12/2024 Check 505173 $1,876.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date November 5, 2024
Check Number 505174
Payroll Check

Pay this amount: Two thousand one hundred thirty-nine dollars and sixty-nine cents ***** $ ** 2,139.69

To the order of: Samuel Arreyo Saenz
2550 E 325 S
Declo, ID 83323

Authorized Signature

11/08/2024 Check 505174 $2,139.69

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505175
Payroll Check
Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents ****
$ ** 1,876.66
To the order of Yuber Baquerizo Correa
2601 E 300 S
Declo, ID 83323
Authorized Signature

11/07/2024 Check 505175 $1,876.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505176
Payroll Check
Pay this amount: One thousand nine hundred fifty-seven dollars and fifty cents *********
$ ** 1,957.50
To the order of Daniel Bautista Alanya
2601 Yale Rd
Declo, ID 83323
Authorized Signature

11/08/2024 Check 505176 $1,957.50

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505177
Payroll Check
Pay this amount: Two thousand eighty-nine dollars and fifty-nine cents ****************
$ ** 2,089.59
To the order of Carlos Eduardo Bautista Gonzalez
793 S 2150 E
House #3 Unit E
Declo, ID 83323
Authorized Signature

11/13/2024 Check 505177 $2,089.59

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505178
Payroll Check
Pay this amount: One thousand eight hundred eighteen dollars and ninety cents **********
$ ** 1,818.90
To the order of Crispin Clemente Bautista Gonzalez
793 E 2150 S
House #1 Unit E
Declo, ID 83323
Authorized Signature

11/06/2024 Check 505178 $1,818.90

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505179
Payroll Check
Pay this amount: Two thousand one hundred ninety-five dollars and eighty-five cents ****
$ ** 2,195.85
To the order of Elias Antonio Bautista Gonzalez
793 S 2150 E
House #1 Unit E
Declo, ID 83323
Authorized Signature

11/12/2024 Check 505179 $2,195.85

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505180
Payroll Check
Pay this amount: Two thousand fifty-three dollars and six cents ***********************
$ ** 2,053.06
To the order of Jesus Bautista Gonzalez
793 S 2150 E
House #3 Unit E
Declo, ID 83323
Authorized Signature

11/13/2024 Check 505180 $2,053.06

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505181
Payroll Check
Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents ****
$ ** 1,876.66
To the order of Angel Bautista Salgado
793 S 2150 E
House #3 Unit E
Declo, ID 83323
Authorized Signature

11/18/2024 Check 505181 $1,876.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505182
Payroll Check
Pay this amount: One thousand seven hundred zero dollars and eighty-seven cents ********
$ ** 1,700.87
To the order of Hermelando Bautista Salgado
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/18/2024 Check 505182 $1,700.87

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505183
Payroll Check

Pay this amount: Two thousand seven dollars and sixty-five cents ********************** $ ** 2,007.65

To the order of: Gerardo Daniel Benito
793 S 2150 E
Declo, ID 83323

Authorized Signature

11/12/2024 Check 505183 $2,007.65

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505184
Payroll Check

Pay this amount: One thousand nine hundred fifty-seven dollars and fifty-four cents **** $ ** 1,957.54

To the order of: Nilton Cristian Benito Condori
325 S 2550 E
Declo, ID 83323

Authorized Signature

11/06/2024 Check 505184 $1,957.54

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505185
Payroll Check

Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents **** $ ** 1,876.66

To the order of: Carlos Armando Bruno Inga
2451 E 300 S
Declo, ID 83323

Authorized Signature

11/07/2024 Check 505185 $1,876.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505186
Payroll Check

Pay this amount: One thousand eight hundred eighty-three dollars and seventy cents ***** $ ** 1,883.70

To the order of: Yoni Bruno Povis
2451 E 300 S
Declo, ID 83323

Authorized Signature

11/07/2024 Check 505186 $1,883.70

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505187
Payroll Check

Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents **** $ ** 1,876.66

To the order of: Urbano Caja Bravo
325 S 2550 E
Declo, ID 83323

Authorized Signature

11/18/2024 Check 505187 $1,876.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505188
Payroll Check

Pay this amount: Two thousand one hundred twenty-one dollars and fifty cents *********** $ ** 2,121.50

To the order of: Gustavo Camac Povis
2451 E 300 S
Declo, ID 83323

Authorized Signature

11/07/2024 Check 505188 $2,121.50

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505189
Payroll Check

Pay this amount: One thousand nine hundred forty-one dollars and thirty-nine cents ***** $ ** 1,941.39

To the order of: Anibal Camayo Cerron
793 E 2150 S
Declo, ID 83323

Authorized Signature

11/12/2024 Check 505189 $1,941.39

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505190
Payroll Check

Pay this amount: Two thousand twenty-nine dollars and seventy-three cents ************** $ ** 2,029.73

To the order of: Roy Campos Orihuela
2667 E Yale Rd
Declo, ID 83323

Authorized Signature

11/15/2024 Check 505190 $2,029.73

Statements Page 54 of 128

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 53

## CHECK IMAGES (Continued)

11/07/2024 Check 505191 $1,975.27

11/07/2024 Check 505192 $1,565.16

11/18/2024 Check 505193 $1,818.11

11/15/2024 Check 505194 $1,818.45

11/12/2024 Check 505195 $1,876.66

11/18/2024 Check 505196 $1,818.50

11/13/2024 Check 505197 $1,801.98

11/08/2024 Check 505198 $1,902.41

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 54 |

## CHECK IMAGES (Continued)



11/15/2024    Check 505199    $1,678.41



11/13/2024    Check 505200    $1,818.41



11/08/2024    Check 505201    $1,941.43



11/12/2024    Check 505202    $1,925.50



11/18/2024    Check 505203    $1,818.45



11/06/2024    Check 505204    $2,100.85



11/07/2024    Check 505205    $1,902.41



11/15/2024    Check 505206    $1,792.56

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505207
Payroll Check
Pay this amount One thousand eight hundred seventy-six dollars and sixty-six cents ****
$ ** 1,876.66
To the order of Miguel Jordy Galvan Medina
7601 E 300 S
Declo, ID 83323
Authorized Signature

11/18/2024 Check 505207 $1,876.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505208
Payroll Check
Pay this amount One thousand nine hundred forty-one dollars and forty-three cents *****
$ ** 1,941.43
To the order of Juan Carlos Garcia Pascar
1118 Normal Ave #2
Burley, ID 83318
Authorized Signature

11/07/2024 Check 505208 $1,941.43

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505209
Payroll Check
Pay this amount Two thousand ninety-four dollars and fifteen cents ********************
$ ** 2,094.15
To the order of Diego Gonzalez Bautista
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/13/2024 Check 505209 $2,094.15

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505210
Payroll Check
Pay this amount One thousand nine hundred eighty-three dollars and seventy-six cents **
$ ** 1,983.76
To the order of Marco Gonzalez Martinez
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/18/2024 Check 505210 $1,983.76

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505212
Payroll Check
Pay this amount Two thousand seven dollars and sixty-five cents **********************
$ ** 2,007.65
To the order of Alvaro Guerra Macho
2595 E 300 S
Declo, ID 83323
Authorized Signature

11/07/2024 Check 505212 $2,007.65

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505213
Payroll Check
Pay this amount One thousand eight hundred eighteen dollars and eight cents ***********
$ ** 1,818.08
To the order of Angel Guerra Quinto
793 S 2150 E
Room 77
Declo, ID 83323
Authorized Signature

11/15/2024 Check 505213 $1,818.08

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505214
Payroll Check
Pay this amount One thousand six hundred ninety-three dollars and forty-five cents ****
$ ** 1,693.45
To the order of Fritz Huairs Inga
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/13/2024 Check 505214 $1,693.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505215
Payroll Check
Pay this amount Two thousand fifty-nine dollars and forty cents **********************
$ ** 2,059.40
To the order of Alfredo Victor Huaroc Chavez
793 S 2150 E
Room 82
Declo, ID 83323
Authorized Signature

11/08/2024 Check 505215 $2,059.40

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 56

## CHECK IMAGES (Continued)

11/07/2024 Check 505216 $1,662.16

11/07/2024 Check 505217 $1,818.37

11/12/2024 Check 505218 $2,007.69

11/06/2024 Check 505219 $1,818.45

11/12/2024 Check 505220 $1,818.45

11/07/2024 Check 505221 $2,059.40

11/12/2024 Check 505223 $1,979.51

11/08/2024 Check 505224 $1,902.41

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505225
Payroll Check

Pay this amount: Two thousand seven dollars and sixty-five cents ********************** $ ** 2,007.65

To the order of: Wilber Uber Lavando Sulba
325 S 2550 E
Declo, ID 83323

Authorized Signature

11/08/2024 Check 505225 $2,007.65

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505226
Payroll Check

Pay this amount: One thousand nine hundred twenty-five dollars and twenty-nine cents *** $ ** 1,925.29

To the order of: Cliover Lerma Sanchez
315 S 2550 E
Declo, ID 83323

Authorized Signature

11/07/2024 Check 505226 $1,925.29

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505227
Payroll Check

Pay this amount: One thousand eight hundred eighteen dollars and forty-one cents ******* $ ** 1,818.41

To the order of: Henry Lloris Huarac
2667 E Yale Rd
Declo, ID 83323

Authorized Signature

11/07/2024 Check 505227 $1,818.41

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505228
Payroll Check

Pay this amount: Two thousand seven dollars and sixty-five cents ********************** $ ** 2,007.65

To the order of: Gilberto Lopez Garcia
2667 E Yale Road
Declo, ID 83323

Authorized Signature

11/12/2024 Check 505228 $2,007.65

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505229
Payroll Check

Pay this amount: Two thousand sixty-one dollars and fifty cents ********************** $ ** 2,061.50

To the order of: Jose A. Lopez Gonzalez
1981 Hillcrest Lane #D14
Burley, ID 83318

Authorized Signature

11/08/2024 Check 505229 $2,061.50

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505230
Payroll Check

Pay this amount: One thousand seven hundred ninety-two dollars and eighty-eight cents ** $ ** 1,792.88

To the order of: Adolfo Macha Bruno
1871 S 2470 E
Malta, ID 83342

Authorized Signature

11/07/2024 Check 505230 $1,792.88

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505231
Payroll Check

Pay this amount: One thousand nine hundred fifty-seven dollars and fifty-four cents **** $ ** 1,957.54

To the order of: Miguel Angel Mantari Chavez
2601 E 500 S
Declo, ID 83323

Authorized Signature

11/12/2024 Check 505231 $1,957.54

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505232
Payroll Check

Pay this amount: Two thousand seven dollars and sixty-five cents ********************** $ ** 2,007.65

To the order of: Carlos Ruben Mantari Huarac
2601 E 500 S
Declo, ID 83323

Authorized Signature

11/12/2024 Check 505232 $2,007.65

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505233
Payroll Check

Pay this amount: One thousand nine hundred twenty-three dollars and seven cents ******** $ ** 1,923.07

To the order of: 197614 2000 1697 505233 11953
Fernando G. Maravi Camposano
325 S 2550 E
Declo, ID 83323

Authorized Signature

11/07/2024 Check 505233 $1,923.07

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505234
Payroll Check

Pay this amount: One thousand eight hundred eighteen dollars and forty-five cents ****** $ ** 1,818.45

To the order of: 197614 2000 1986 505234 11954
Brian Marcelo Canhihuaman
2451 E 300 S
Declo, ID 83323

Authorized Signature

11-11
GG SI

11/13/2024 Check 505234 $1,818.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505235
Payroll Check

Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents **** $ ** 1,876.66

To the order of: 197614 2000 1774 505235 11955
Jesus Mario Sunquillpo
2451 E 300 S
Declo, ID 83323

Authorized Signature

11/12/2024 Check 505235 $1,876.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505236
Payroll Check

Pay this amount: One thousand four hundred seventy-eight dollars and sixty-nine cents ** $ ** 1,478.69

To the order of: 197614 2000 1846 505236 11956
Martin Martinez Gonzalez
793 E 2150 S
Declo, ID 83323

Authorized Signature

11/13/2024 Check 505236 $1,478.69

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505237
Payroll Check

Pay this amount: One thousand eight hundred thirty-five dollars and seventy-three cents $ ** 1,835.73

To the order of: 197614 2000 2008 505237 11957
Fernando Martinez Ruiz
305 Oriental Ave Apt B
Burley, ID 83318

Authorized Signature

11-05
GG

11/06/2024 Check 505237 $1,835.73

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505238
Payroll Check

Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents **** $ ** 1,876.66

To the order of: 197614 2000 1728 505238 11958
Oliver Meza Camayo
2667 E Yale Rd
Declo, ID 83323

Authorized Signature

11/07/2024 Check 505238 $1,876.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505239
Payroll Check

Pay this amount: Seven hundred twenty-one dollars and twenty-six cents ***************** $ ** 721.26

To the order of: 197614 2000 1989 505239 11959
Alfredo Morales Vasquez
2667 E Yale Rd
Declo, ID 83323

Authorized Signature

11/08/2024 Check 505239 $721.26

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505241
Payroll Check

Pay this amount: Two thousand seven dollars and sixty-five cents ********************** $ ** 2,007.65

To the order of: 197614 2000 1855 505241 11961
Lorenzo Marcelo Morgado Perez
793 E 2150 S
Room #66
Declo, ID 83323

Authorized Signature

11/19/2024 Check 505241 $2,007.65

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505242
Payroll Check
Pay this amount: One thousand seven hundred forty-two dollars and sixty-six cents ****** $ ** 1,742.66
To the order of: 197614 2000 1789 505242 11962
Mayeol Mucha Torres
793 E 2150 S
Room #22
Declo, ID 83323
Authorized Signature

11/13/2024 Check 505242 $1,742.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505243
Payroll Check
Pay this amount: One thousand five hundred sixty-nine dollars and ninety-two cents ***** $ ** 1,569.92
To the order of: 197614 2000 2012 505243 11963
Kenedy Martinez Mallma
325 S 2350 E
Declo, ID 83323
Authorized Signature

11/14/2024 Check 505243 $1,569.92

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505244
Payroll Check
Pay this amount: One thousand nine hundred fifty-seven dollars and fifty cents ********* $ ** 1,957.50
To the order of: 197614 2000 1950 505244 11964
Felix Naupe Santiago
1410 Elba Ave
Burley, ID 83318
Authorized Signature

11/08/2024 Check 505244 $1,957.50

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505245
Payroll Check
Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents **** $ ** 1,876.66
To the order of: 197614 2000 1679 505245 11965
John Henry Olivares Lindo
2550 E 325 S
Declo, ID 83323
Authorized Signature
11-05
G.GS

11/06/2024 Check 505245 $1,876.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505246
Payroll Check
Pay this amount: One thousand nine hundred forty-one dollars and forty-three cents ***** $ ** 1,941.43
To the order of: 197614 2000 1990 505246 11966
Ramiro W Orga Capcha
1118 Normal Ave Apt 2
Burley, ID 83318
Authorized Signature

11/07/2024 Check 505246 $1,941.43

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505247
Payroll Check
Pay this amount: Two thousand two hundred thirty-four dollars and thirty-nine cents **** $ ** 2,234.39
To the order of: 197614 2000 1604 505247 11967
Jose Peralta Alejo
793 S 2150 E
Room 88
Declo, ID 83323
Authorized Signature

11/12/2024 Check 505247 $2,234.39

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505248
Payroll Check
Pay this amount: Two thousand one hundred thirty-six dollars and fifty-seven cents ***** $ ** 2,136.57
To the order of: 197614 2000 1746 505248 11968
Oscar Peralta Alejo
793 S 2150 E
Room 88
Declo, ID 83323
Authorized Signature

11/12/2024 Check 505248 $2,136.57

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505249
Payroll Check
Pay this amount: One thousand seven hundred twenty-four dollars and twenty-one cents *** $ ** 1,724.21
To the order of: 197614 2000 1982 505249 11969
Cesar J Perez Lopez
2451 E 300S
Declo, ID 83323
Authorized Signature
11-07
GG Si

11/08/2024 Check 505249 $1,724.21

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505250
Payroll Check
Pay this amount: One thousand eight hundred fifty dollars and seventy-four cents ******* $ ** 1,850.74
To the order of Julia Cesar Perez Zarnic
Authorized Signature

11/18/2024 Check 505250 $1,850.74

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505251
Payroll Check
Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents **** $ ** 1,876.66
Authorized Signature

11/07/2024 Check 505251 $1,876.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505252
Payroll Check
Pay this amount: Two thousand seventy-eight dollars and three cents ******************** $ ** 2,078.03
Authorized Signature

11/07/2024 Check 505252 $2,078.03

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505253
Payroll Check
Pay this amount: One thousand six hundred ninety-three dollars and forty-five cents **** $ ** 1,693.45
Authorized Signature

11/13/2024 Check 505253 $1,693.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505254
Payroll Check
Pay this amount: Two thousand sixty-nine dollars and thirty-six cents ****************** $ ** 2,069.36
Authorized Signature

11/13/2024 Check 505254 $2,069.36

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505255
Payroll Check
Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents **** $ ** 1,876.66
Authorized Signature

11/19/2024 Check 505255 $1,876.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505256
Payroll Check
Pay this amount: One thousand eight hundred eighteen dollars and forty-five cents ****** $ ** 1,818.45
Authorized Signature

11/07/2024 Check 505256 $1,818.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505257
Payroll Check
Pay this amount: Two thousand one hundred eighty-nine dollars and ten cents ************* $ ** 2,189.10
Authorized Signature

11/07/2024 Check 505257 $2,189.10

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 61 |

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505258
Payroll Check
Pay this amount: One thousand eight hundred four dollars and twenty-five cents *********
$ ** 1,804.25
To the order of: 197614 2000 1923 505258 11979
Yonet B Quispe Churampi
2601 E 300 S
Declo, ID 83323
Authorized Signature

11/07/2024 Check 505258 $1,804.25

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505259
Payroll Check
Pay this amount: One thousand nine hundred fifty-seven dollars and fifty cents *********
$ ** 1,957.50
To the order of: 197614 2000 1924 505259 11979
Hugo Quispe Huaman
20608 6Th St
Rupert, ID 83350
Authorized Signature

11/12/2024 Check 505259 $1,957.50

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505260
Payroll Check
Pay this amount: Two thousand one hundred twenty-five dollars and eighty-four cents ****
$ ** 2,125.84
To the order of: 197614 2000 844 505260 11980
Javier Quispe Tunqui
793 S 2150 E
House #2 Unit C
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505260 $2,125.84

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505261
Payroll Check
Pay this amount: One thousand nine hundred seventy-eight dollars and eleven cents ******
$ ** 1,978.11
To the order of: 197614 2000 1738 505261 11981
Anderson Yover Ramos Curi
2601 E 300 S
Declo, ID 83323
Authorized Signature

11/13/2024 Check 505261 $1,978.11

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505262
Payroll Check
Pay this amount: Two thousand two hundred twenty-three dollars and six cents ***********
$ ** 2,223.06
To the order of: 197614 2000 836 505262 11982
Agerdo J. Ramos Paz
2550 E 325 S
Declo, ID 83323
Authorized Signature

11/06/2024 Check 505262 $2,223.06

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505263
Payroll Check
Pay this amount: One thousand nine hundred seventy-one dollars and thirty-two cents ****
$ ** 1,971.32
To the order of: 197614 2000 1667 505263 11983
Yordy Antony Ramos Rojas
2601 E 300 S
Declo, ID 83323
Authorized Signature

11/08/2024 Check 505263 $1,971.32

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505264
Payroll Check
Pay this amount: One thousand six hundred seventy-five dollars and seventy cents *******
$ ** 1,675.70
To the order of: 197614 2000 2000 505264 11984
Jesé Rodriguez Salgado
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/19/2024 Check 505264 $1,675.70

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505265
Payroll Check
Pay this amount: Two thousand two hundred five dollars and fifty-seven cents ************
$ ** 2,205.57
To the order of: 197614 2000 1781 505265 11985
Nelber Rodriguez Velasque
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/07/2024 Check 505265 $2,205.57

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date: November 5, 2024
Check Number: 505266
Payroll Check

Pay this amount: One thousand nine hundred ninety-three dollars and fifty-eight cents ** $ ** 1,993.58

To the order of: Cesar Rojas Corb
2601 E 300 S
Declo, ID 83323

Authorized Signature

11/12/2024 Check 505266 $1,993.58

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date: November 5, 2024
Check Number: 505267
Payroll Check

Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents **** $ ** 1,876.66

To the order of: Heber Obed Roman Mesa
2601 E 300 S
Declo, ID 83323

Authorized Signature

11/13/2024 Check 505267 $1,876.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date: November 5, 2024
Check Number: 505268
Payroll Check

Pay this amount: Two thousand one hundred eighty-eight dollars and eighty-one cents **** $ ** 2,188.81

To the order of: Kevin Ruiz Rojas
793 S 2150 E
Unit C
Declo, ID 83323

Authorized Signature

11/06/2024 Check 505268 $2,188.81

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date: November 5, 2024
Check Number: 505269
Payroll Check

Pay this amount: One thousand nine hundred fifty-seven dollars and forty-six cents ***** $ ** 1,957.46

To the order of: Joaquin Nanpe Santiago
1418 Elva Ave
Burley, ID 83318

Authorized Signature

11/12/2024 Check 505269 $1,957.46

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date: November 5, 2024
Check Number: 505270
Payroll Check

Pay this amount: One thousand six hundred ninety-three dollars and forty-five cents **** $ ** 1,693.45

To the order of: Jesus Serlano Ignacio
2451 E 300 S
Declo, ID 83323

Authorized Signature

11/12/2024 Check 505270 $1,693.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date: November 5, 2024
Check Number: 505271
Payroll Check

Pay this amount: One thousand nine hundred fifty-seven dollars and fifty cents ********* $ ** 1,957.50

To the order of: Roger Truefos Pariona
2601 E 300 S
Declo, ID 83323

Authorized Signature

11/12/2024 Check 505271 $1,957.50

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date: November 5, 2024
Check Number: 505272
Payroll Check

Pay this amount: One thousand eight hundred eighty dollars and fifty-one cents ********* $ ** 1,880.51

To the order of: Alcides Uribe Inga
793 E 2150 S
Unit B
Declo, ID 83323

Authorized Signature

11/07/2024 Check 505272 $1,880.51

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date: November 5, 2024
Check Number: 505273
Payroll Check

Pay this amount: One thousand eight hundred eighteen dollars and forty-five cents ****** $ ** 1,818.45

To the order of: Mario Uribe Inga
2451 E 300 S
Declo, ID 83323

Authorized Signature

11/08/2024 Check 505273 $1,818.45

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 5, 2024 — Check Number 505274 — Payroll Check

Pay this amount: Nine hundred forty dollars and eleven cents — $ ** 940.11

To the order of: Alex Vilcapoma Oxco, 2451 E 300 S, Declo, ID 83323

Authorized Signature

11/15/2024 Check 505274 $940.11

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 5, 2024 — Check Number 505275 — Payroll Check

Pay this amount: One thousand eight hundred fourteen dollars and fifty cents — $ ** 1,814.50

To the order of: Eddy Daam Garcia Ramirez, 1410 N. Lincoln Ave, Jerome, ID 83338

Authorized Signature

11/08/2024 Check 505275 $1,814.50

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 5, 2024 — Check Number 505276 — Payroll Check

Pay this amount: Two thousand four hundred twenty-two dollars and ninety-two cents — $ ** 2,422.92

To the order of: Jaime Linares, 250 W Ave A, Wendell, ID 83355

Authorized Signature

11/06/2024 Check 505276 $2,422.92

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 5, 2024 — Check Number 505277 — Payroll Check

Pay this amount: One thousand nine hundred forty-one dollars and five cents — $ ** 1,941.05

To the order of: Carlos Humberto Perez Pardo, 2914 S 1300 E, Hagerman, ID 83332

Authorized Signature

11/06/2024 Check 505277 $1,941.05

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 5, 2024 — Check Number 505278 — Payroll Check

Pay this amount: Two thousand three hundred thirty-nine dollars and ninety-two cents — $ ** 2,339.92

To the order of: Alejandro Sandoval, 916 Bob Cat Drive, Jerome, ID 83338

Authorized Signature

11/06/2024 Check 505278 $2,339.92

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 5, 2024 — Check Number 505279 — Payroll Check

Pay this amount: Two thousand one hundred thirty-nine dollars and nineteen cents — $ ** 2,139.19

To the order of: Reyes Soria-Caballero, 1005 N Buchanan St #16, Jerome, ID 83338

Authorized Signature

11/08/2024 Check 505279 $2,139.19

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 5, 2024 — Check Number 505280 — Payroll Check

Pay this amount: One thousand nine hundred fifty-three dollars and fifty-four cents — $ ** 1,953.54

To the order of: Armando Sotelo, 510 W 5th St, Shoshone, ID 83352

Authorized Signature

11/08/2024 Check 505280 $1,953.54

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 5, 2024 — Check Number 505281 — Payroll Check

Pay this amount: Two thousand one hundred eighty-three dollars and seventy cents — $ ** 2,183.70

To the order of: Julio Freddi Valdez Tarrillo, 7601 W Black Canyon Hwy, Emmett, ID 83617

Authorized Signature

11/12/2024 Check 505281 $2,183.70

Statements Page 65 of 128

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 64

## CHECK IMAGES (Continued)

11/12/2024 Check 505282 $1,421.52

11/08/2024 Check 505283 $2,044.34

11/07/2024 Check 505284 $1,654.16

11/07/2024 Check 505285 $2,179.16

11/26/2024 Check 505286 $2,107.26

11/07/2024 Check 505287 $2,052.88

11/06/2024 Check 505288 $2,237.02

11/12/2024 Check 505289 $1,997.63

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date November 5, 2024
Check Number 505290
Payroll Check

Pay this amount: One thousand six hundred eighty-seven dollars and sixty-nine cents ****
$ ** 1,687.69

To the order of: Fidel Cruz Arcos
313 N Lincoln Ave
Jerome, ID 83338

Authorized Signature

11/07/2024 Check 505290 $1,687.69

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date November 5, 2024
Check Number 505291
Payroll Check

Pay this amount: Two thousand fifty-seven dollars and six cents ************************
$ ** 2,057.06

To the order of: Gabriel Gomez
220 E 400 N
Jerome, ID 83338

Authorized Signature

11/06/2024 Check 505291 $2,057.06

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date November 5, 2024
Check Number 505292
Payroll Check

Pay this amount: One thousand eight hundred thirty-eight dollars and sixty cents *******
$ ** 1,838.60

To the order of: Juan Manuel Gomez
215 Ave K
Jerome, ID 83338

Authorized Signature

11/06/2024 Check 505292 $1,838.60

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date November 5, 2024
Check Number 505293
Payroll Check

Pay this amount: Two thousand forty dollars and ninety-six cents **********************
$ ** 2,040.96

To the order of: Beril Gomez Martinez
215 Ave K
Jerome, ID 83338

Authorized Signature

11/08/2024 Check 505293 $2,040.96

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date November 5, 2024
Check Number 505294
Payroll Check

Pay this amount: One thousand seven hundred seventy-one dollars and fifty-six cents ****
$ ** 1,771.56

To the order of: Luis Alfredo Lopez
1316 15th Ave E
Jerome, ID 83338

Authorized Signature

11/07/2024 Check 505294 $1,771.56

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date November 5, 2024
Check Number 505295
Payroll Check

Pay this amount: Two thousand dollars and fifty-two cents *****************************
$ ** 2,000.52

To the order of: Juan Perez Alvaro
214 E 400 N
Jerome, ID 83338

Authorized Signature

11/06/2024 Check 505295 $2,000.52

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date November 5, 2024
Check Number 505296
Payroll Check

Pay this amount: Two thousand ninety-six dollars and eighty-two cents ******************
$ ** 2,096.82

To the order of: Genaro Rivera
580 East Ave A
Wendell, ID 83355

Authorized Signature

11/06/2024 Check 505296 $2,096.82

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date November 5, 2024
Check Number 505297
Payroll Check

Pay this amount: Two thousand two hundred nine dollars and twelve cents ***************
$ ** 2,209.12

To the order of: Hector Rodriguez Alvarado
230 Teton Dr
Jerome, ID 83338-5096

Authorized Signature

11/19/2024 Check 505297 $2,209.12

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505298
Payroll Check
Pay this amount: Two thousand nine hundred eighty-seven dollars and fifty-three cents **
$ ** 2,987.53
To the order of: Gustavo Barragan, 914 E Main St, Apt D, Jerome, ID 83338
Authorized Signature

11/06/2024 Check 505298 $2,987.53

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505299
Payroll Check
Pay this amount: Two thousand six hundred twenty dollars and forty-one cents ***********
$ ** 2,620.41
To the order of: Jesus Barragan, 339 W 100 N, Jerome, ID 83338
Authorized Signature

11/13/2024 Check 505299 $2,620.41

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505300
Payroll Check
Pay this amount: One thousand seven hundred forty-six dollars and eighty-two cents *****
$ ** 1,746.82
To the order of: Jose Alfredo Corrory Romero, 725 18Th Ave, Jerome, ID 83338
Authorized Signature

11/07/2024 Check 505300 $1,746.82

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505301
Payroll Check
Pay this amount: Two thousand three hundred eighty-one dollars and eighty cents ********
$ ** 2,381.80
To the order of: Ramon A. Carpon, 747 E 400 S, Jerome, ID 83338
Authorized Signature

11/07/2024 Check 505301 $2,381.80

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505302
Payroll Check
Pay this amount: Three thousand one hundred seventy-six dollars and forty-five cents ***
$ ** 3,176.45
To the order of: Francisco Gonzalez, 926 21st Street East, Jerome, ID 83338
Authorized Signature

11/06/2024 Check 505302 $3,176.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505303
Payroll Check
Pay this amount: Two thousand five hundred sixty-three dollars and seventy-three cents *
$ ** 2,563.73
To the order of: Manuel Herrera Carrillo, 300 W Ave D #18, Jerome, ID 83338
Authorized Signature

11/07/2024 Check 505303 $2,563.73

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505304
Payroll Check
Pay this amount: Two thousand six hundred forty-nine dollars and forty-four cents ******
$ ** 2,649.44
To the order of: Miguel Lagunas Villa, 812 E Ave I, Jerome, ID 83338
Authorized Signature

11/07/2024 Check 505304 $2,649.44

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024
Check Number 505305
Payroll Check
Pay this amount: Two thousand three hundred forty-eight dollars and eighty-one cents ***
$ ** 2,348.81
To the order of: Jorge Lizarraga, 332 N Wendell St, Wendell, ID 83355
Authorized Signature

11/07/2024 Check 505305 $2,348.81

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505306
Payroll Check
Pay this amount: Three thousand one hundred forty-six dollars and twenty-nine cents ****
$ ** 3,146.29
To the order of: 197614 700 1241 505306 12026
Abraham Lopez Rodriguez
381 Bob Barton Rd #D
Jerome, ID 83338
Authorized Signature

11/08/2024 Check 505306 $3,146.29

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505307
Payroll Check
Pay this amount: Three thousand one hundred eleven dollars and forty-two cents *********
$ ** 3,111.42
To the order of: 197614 700 146 505307 12027
Israel Macha Cueva
1200 4th Ave E
Jerome, ID 83338
Authorized Signature

11/13/2024 Check 505307 $3,111.42

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505308
Payroll Check
Pay this amount: Three thousand eighty-six dollars and fifty-six cents *****************
$ ** 3,086.56
To the order of: 197614 700 1201 505308 12028
Wilfredo Meza
2053 E 3000 S
Wendell, ID 83355
Authorized Signature

11/06/2024 Check 505308 $3,086.56

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWINFALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505309
Payroll Check
Pay this amount: Two thousand two hundred nineteen dollars and twenty-seven cents ******
$ ** 2,219.27
To the order of: 197614 700 462 505309 12029
[illegible]
PO Box 546
Gooding, ID 83330
Authorized Signature

11/07/2024 Check 505309 $2,219.27

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505310
Payroll Check
Pay this amount: Two thousand six hundred fifty-two dollars and twenty-seven cents *****
$ ** 2,652.27
To the order of: 197614 700 1232 505310 12030
Manuel Oswaldo Muro Sanchez
1720 E 400 S
Jerome, ID 83338
Authorized Signature

11/12/2024 Check 505310 $2,652.27

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505311
Payroll Check
Pay this amount: Two thousand four hundred eighty-nine dollars and seventeen cents *****
$ ** 2,489.17
To the order of: 197614 700 41 505311 12031
Ismael Pedraza Jorge
37 N 400 W
Jerome, ID 83338
Authorized Signature

11/07/2024 Check 505311 $2,489.17

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505312
Payroll Check
Pay this amount: Two thousand five hundred ninety-three dollars and sixty-six cents ****
$ ** 2,593.66
To the order of: 197614 700 1376 505312 12032
Azael Perez Barrera
120 W Ave F Apt C-107
Jerome, ID 83338
Authorized Signature

11/13/2024 Check 505312 $2,593.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 5, 2024
Check Number: 505313
Payroll Check
Pay this amount: Three thousand two hundred seventy dollars and fifteen cents **********
$ ** 3,270.15
To the order of: 197614 700 202 505313 12033
Roel Quinones Cerros
520 E Ave F
Jerome, ID 83338
Authorized Signature

11/07/2024 Check 505313 $3,270.15

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505314
Payroll Check
Pay the Two thousand nine hundred fifteen dollars and ninety-four cents *******
$ ** 2,915.94
To the order of Saul Quinonez Inga
2283 E 6100 S
Wendell, ID 83355
Authorized Signature

11/19/2024 Check 505314 $2,915.94

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505315
Payroll Check
Pay the Two thousand nine hundred fifty-three dollars and thirty-four cents ***
$ ** 2,953.34
To the order of Hernan Ramirez Cante
725 18Th Ave E
Jerome, ID 83338
Authorized Signature

11/08/2024 Check 505315 $2,953.34

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505316
Payroll Check
Pay the Two thousand nine hundred ninety-five dollars and two cents ***********
$ ** 2,995.02
To the order of German A Ramirez Cordero
725 18Th Ave E
Jerome, ID 83338
Authorized Signature

11/12/2024 Check 505316 $2,995.02

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505317
Payroll Check
Pay the Two thousand seven hundred forty-eight dollars and seventy-one cents **
$ ** 2,748.71
To the order of Hiram Gerardo Saenz
1181 S 14Th ve
Ontario, OR 97914
Authorized Signature

11/06/2024 Check 505317 $2,748.71

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505318
Payroll Check
Pay the Two thousand nine hundred eighty-one dollars and sixty-four cents *****
$ ** 2,981.64
To the order of Elder Gilberto Sanchez Flores
725 18Th Ave E
Jerome, ID 83338
Authorized Signature

11/08/2024 Check 505318 $2,981.64

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505319
Payroll Check
Pay the Two thousand nine hundred seventy-one dollars and seventeen cents *****
$ ** 2,971.17
To the order of Rony Alfonso Sanchez Flores
725 18Th Ave E
Jerome, ID 83338
Authorized Signature

11/08/2024 Check 505319 $2,971.17

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505320
Payroll Check
Pay the Two thousand eight hundred fifty-nine dollars and sixty-one cents *****
$ ** 2,859.61
To the order of Ramon Torres
556 6Th Ave E
Wendell, ID 83355
Authorized Signature

11/06/2024 Check 505320 $2,859.61

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 5, 2024
Check Number 505321
Payroll Check
Pay the Two thousand nine dollars and ninety-two cents **********************
$ ** 2,009.92
To the order of Jose J. Acosta Vera
1008 N. Lincoln AVE
Jerome, ID 83338
Authorized Signature

11/18/2024 Check 505321 $2,009.92

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505322

Payroll Check

Pay this amount: Two thousand six hundred eight dollars and zero cents ****************  $ ** 2,608.00

To the order of: Isaaci Alvarez
926 Trinity Road
Jerome, ID 83338

Authorized Signature

11/12/2024 Check 505322 $2,608.00

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505323

Payroll Check

Pay this amount: One thousand eight hundred zero dollars and eighty-one cents **********  $ ** 1,800.81

To the order of: Saul Andrade
269 E 600 N
Jerome, ID 83338

Authorized Signature

11/07/2024 Check 505323 $1,800.81

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505324

Payroll Check

Pay this amount: Two thousand fifty-two dollars and seventy-five cents *****************  $ ** 2,052.75

To the order of: Luis Fernando Cervantes Estrada
914 Bazanas Apt C
Jerome, ID 83338

Authorized Signature

11/12/2024 Check 505324 $2,052.75

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505325

Payroll Check

Pay this amount: One thousand six hundred sixty-two dollars and forty-nine cents *******  $ ** 1,662.49

To the order of: Jose Chavez Vaca
2806 S 1600 E
Wendell, ID 83355

Authorized Signature

11/07/2024 Check 505325 $1,662.49

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505326

Payroll Check

Pay this amount: One thousand eight hundred six dollars and twenty six cents ***********  $ ** 1,806.26

To the order of: Jose Cordero Fernandez
613 6th Ave W
Jerome, ID 83338

Authorized Signature

11/07/2024 Check 505326 $1,806.26

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505327

Payroll Check

Pay this amount: One thousand nine hundred twenty-two dollars and fifty-four cents *****  $ ** 1,922.54

To the order of: Martin Dominguez
227 4th Avenue E
Jerome, ID 83338

Authorized Signature

11/06/2024 Check 505327 $1,922.54

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505328

Payroll Check

Pay this amount: One thousand seven hundred eighty-seven dollars and ninety-one cents **  $ ** 1,787.91

To the order of: Brandon R. Garcia
705 E Ave K
Jerome, ID 83338

Authorized Signature

11/07/2024 Check 505328 $1,787.91

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 5, 2024
Check Number: 505329

Payroll Check

Pay this amount: One thousand six hundred sixty-two dollars and fifty-six cents ********  $ ** 1,662.56

To the order of: Eusebio Gutierrez-Carrillo
308 West Ave B
Wendell, ID 83355

Authorized Signature

11/07/2024 Check 505329 $1,662.56

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024 Check Number 505330
Payroll Check
Pay this amount: Two thousand two hundred five dollars and thirty cents **************** $ ** 2,205.30
To the order of Pablo Herrera Ramirez
1511 E 2900 S
Wendell, ID 83355
Authorized Signature

11/08/2024 Check 505330 $2,205.30

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024 Check Number 505331
Payroll Check
Pay this amount: One thousand five hundred twenty dollars and seventy-five cents ****** $ ** 1,520.75
To the order of Adan Jimenez Lopez
225 E Ave K Apt 3
Jerome, ID 83338
Authorized Signature

11/06/2024 Check 505331 $1,520.75

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024 Check Number 505332
Payroll Check
Pay this amount: One thousand nine hundred twelve dollars and thirty-seven cents ****** $ ** 1,912.37
To the order of Juan Lopez
13 W 300 N
Jerome, ID 83338
Authorized Signature

11/12/2024 Check 505332 $1,912.37

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024 Check Number 505333
Payroll Check
Pay this amount: Two thousand one hundred twenty-three dollars and nine cents ********* $ ** 2,123.09
To the order of Mateo Lopez
1600 N Date St
Jerome, ID 83338
Authorized Signature

11/07/2024 Check 505333 $2,123.09

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024 Check Number 505334
Payroll Check
Pay this amount: One thousand seven hundred ninety-six dollars and fifty-two cents ***** $ ** 1,796.52
To the order of Alfredo Lopez Leyva
301 W Ave F
Jerome, ID 83338
Authorized Signature

11/08/2024 Check 505334 $1,796.52

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024 Check Number 505335
Payroll Check
Pay this amount: One thousand five hundred eighty-seven dollars and thirty cents ******* $ ** 1,587.30
To the order of Ivan Montiel
405 W 500 N
Jerome, ID 83338
Authorized Signature

11/06/2024 Check 505335 $1,587.30

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024 Check Number 505336
Payroll Check
Pay this amount: One thousand nine hundred two dollars and eighty-nine cents *********** $ ** 1,902.89
To the order of Miguel A. Nicolas
405 W 500 N
Jerome, ID 83338
Authorized Signature

11/12/2024 Check 505336 $1,902.89

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
paylocity
Check Date November 5, 2024 Check Number 505337
Payroll Check
Pay this amount: Two thousand thirty-four dollars and sixty-nine cents **************** $ ** 2,034.69
To the order of Alvaro Ocaranza
437 W Ave K
Jerome, ID 83338
Authorized Signature

11/06/2024 Check 505337 $2,034.69

Account Number          XXXXXX7885
Statement Date          11/29/2024
Statement Thru Date     12/01/2024
Page                    71

## CHECK IMAGES (Continued)



11/07/2024    Check 505338    $1,788.03



11/08/2024    Check 505339    $2,217.98



11/08/2024    Check 505340    $2,144.74



11/08/2024    Check 505341    $1,794.91



11/07/2024    Check 505342    $2,088.67



11/08/2024    Check 505343    $2,100.54



11/06/2024    Check 505344    $2,275.61



11/07/2024    Check 505345    $2,140.48

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — FIRST FEDERAL SAVING, TWIN FALLS, ID — paylocity — Check Date November 5, 2024 — Check Number 505346 — Payroll Check

Pay the amount: One thousand nine hundred thirty-eight dollars and twenty-six cents *** $ ** 1,938.26

To the order of Luis Efren Valenzuela Romero, 936 S Buchanan St, Jerome, ID 83338

Authorized Signature

11/06/2024 Check 505346 $1,938.26

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — FIRST FEDERAL SAVING, TWIN FALLS, ID — paylocity — Check Date November 5, 2024 — Check Number 505347 — Payroll Check

Pay the amount: Two thousand three hundred thirty dollars and three cents ************ $ ** 2,330.03

To the order of Luis Castano Vera Llamas, 302 N Dale St, Jerome, ID 83338

Authorized Signature

11/12/2024 Check 505347 $2,330.03

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — FIRST FEDERAL SAVING, TWIN FALLS, ID — paylocity — Check Date November 5, 2024 — Check Number 505348 — Payroll Check

Pay the amount: Seven hundred thirty-four dollars and seventy cents ****************** $ ** 734.70

To the order of IDAHO STATE TAX COMMISSION, 440 FALLS AVE, TWIN FALLS, ID 83301

Authorized Signature

11/15/2024 Check 505348 $734.70

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — FIRST FEDERAL SAVING, TWIN FALLS, ID — paylocity — Check Date November 5, 2024 — Check Number 505349 — Payroll Check

Pay the amount: Four hundred sixteen dollars and twenty-six cents ******************** $ ** 416.26

To the order of Nolan Ryan Russell, 142 Blair Dr, Twin Falls, ID 83301

Authorized Signature

11/06/2024 Check 505349 $416.26

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — FIRST FEDERAL SAVING, TWIN FALLS, ID — paylocity — Check Date November 7, 2024 — Check Number 505350 — Payroll Check

Pay the amount: Three hundred eleven dollars and seven cents ************************ $ ** 311.07

To the order of Abel Alanya Machuca, 2595 E 300 S, Declo, ID 83323

Authorized Signature

11/12/2024 Check 505350 $311.07

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — FIRST FEDERAL SAVING, TWIN FALLS, ID — paylocity — Check Date November 7, 2024 — Check Number 505351 — Payroll Check

Pay the amount: One hundred twenty-nine dollars and twenty-nine cents ***************** $ ** 129.29

To the order of Joaquin Naupa Santiago, 1418 Elva Ave, Burley, ID 83318

Authorized Signature

11/15/2024 Check 505351 $129.29

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — FIRST FEDERAL SAVING, TWIN FALLS, ID — paylocity — Check Date November 19, 2024 — Check Number 505352 — Payroll Check

Pay the amount: One thousand eight hundred ninety-nine dollars and three cents ********** $ ** 1,899.03

To the order of Nolan Ryan Russell, 142 Blair Dr, Twin Falls, ID 83301

Authorized Signature

11/20/2024 Check 505352 $1,899.03

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — FIRST FEDERAL SAVING, TWIN FALLS, ID — paylocity — Check Date November 21, 2024 — Check Number 505353 — Payroll Check

Pay the amount: Eight hundred eleven dollars and sixty-seven cents ******************** $ ** 811.67

To the order of Shawn L. Cafer, 1418 Stewart St, Anaconda, Montana 59711

Authorized Signature

11/26/2024 Check 505353 $811.67

Account Number      XXXXXX7885
Statement Date      11/29/2024
Statement Thru Date      12/01/2024
Page      73

## CHECK IMAGES (Continued)



11/20/2024      Check 505355      $2,172.51



11/25/2024      Check 505356      $1,593.44



11/22/2024      Check 505357      $1,604.86



11/21/2024      Check 505358      $1,712.13




11/21/2024      Check 505359      $1,663.97



11/21/2024      Check 505360      $1,604.13



11/21/2024      Check 505361      $1,635.09



11/25/2024      Check 505362      $1,535.72

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 20, 2024 Check Number 505363
Payroll Check
Pay this amount: One thousand six hundred sixty-five dollars and sixty-one cents ******* $ ** 1,665.61
To the order of Carmen Garcia Amador
416 E Ave C
Jerome, ID 83338
Authorized Signature

11/25/2024 Check 505363 $1,665.61

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 20, 2024 Check Number 505364
Payroll Check
Pay this amount: One thousand seven hundred sixty dollars and thirteen cents *********** $ ** 1,760.13
To the order of Francisco Gutierrez Saragez
Lincoln Ave 400 Apt #7
Jerome, ID 83338
Authorized Signature

11/25/2024 Check 505364 $1,760.13

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 20, 2024 Check Number 505365
Payroll Check
Pay this amount: One thousand eight hundred two dollars and thirty-nine cents ********** $ ** 1,802.39
To the order of Miguel Gutierrez-Hernandez
216 E Main Street
Jerome, ID 83338
Authorized Signature

11/26/2024 Check 505365 $1,802.39

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 20, 2024 Check Number 505366
Payroll Check
Pay this amount: One thousand seven hundred fifty-three dollars and twenty-three cents * $ ** 1,753.23
To the order of Erasto Hernandez Diaz
224 Teton Dr
Jerome, ID 83338
Authorized Signature

11/25/2024 Check 505366 $1,753.23

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 20, 2024 Check Number 505367
Payroll Check
Pay this amount: One thousand seven hundred fifty-five dollars and seventy-eight cents * $ ** 1,755.78
To the order of Otoniel Jerias Hernandez Guzman
110 N Lincoln Ave Trl F
Jerome, ID 83338
Authorized Signature

11/21/2024 Check 505367 $1,755.78

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 20, 2024 Check Number 505368
Payroll Check
Pay this amount: One thousand one hundred fifty-six dollars and fifty-nine cents ****** $ ** 1,156.59
To the order of Maria Jacobo Francisco
156 W 200 N
Jerome, ID 83338
Authorized Signature

11/25/2024 Check 505368 $1,156.59

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 20, 2024 Check Number 505369
Payroll Check
Pay this amount: One thousand four hundred twelve dollars and seventeen cents ********** $ ** 1,412.17
To the order of Mauricio Lopez Lopez
600 S Fillmore St Apt 16
Jerome, ID 83338
Authorized Signature

11/25/2024 Check 505369 $1,412.17

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 20, 2024 Check Number 505370
Payroll Check
Pay this amount: One thousand eight hundred forty-four dollars and sixty-one cents ***** $ ** 1,844.61
To the order of Javier Martinez Hernandez
295 N 400 W
Jerome, ID 83338
Authorized Signature

11/26/2024 Check 505370 $1,844.61

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 75

## CHECK IMAGES (Continued)

11/21/2024 Check 505371 $1,664.89

11/26/2024 Check 505372 $1,839.39

11/22/2024 Check 505373 $1,660.34

11/21/2024 Check 505374 $1,629.56

11/22/2024 Check 505375 $809.37

11/21/2024 Check 505376 $1,573.81

11/21/2024 Check 505377 $2,008.75

11/22/2024 Check 505378 $1,865.16

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 76

## CHECK IMAGES (Continued)

11/21/2024 Check 505379 $1,790.14

11/22/2024 Check 505381 $1,897.21

11/25/2024 Check 505383 $2,102.45

11/22/2024 Check 505384 $2,024.74

11/26/2024 Check 505385 $1,733.09

11/26/2024 Check 505386 $2,774.39

11/22/2024 Check 505387 $2,247.90

11/25/2024 Check 505388 $2,298.19

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — FIRST FEDERAL SAVING, TWIN FALLS, ID — Check Date: November 20, 2024 — Check Number: 505389 — Payroll Check

Pay this amount: Six hundred fifty-six dollars and thirteen cents — $ ** 656.13

To the order of: Jaime Jovanny Llanes Andrade, 250 W Ave A, Jerome, ID 83338

Authorized Signature

11/22/2024 Check 505389 $656.13

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — FIRST FEDERAL SAVING, TWIN FALLS, ID — Check Date: November 20, 2024 — Check Number: 505390 — Payroll Check

Pay this amount: One thousand seven hundred thirty-five dollars and twenty-one cents — $ ** 1,735.21

To the order of: Jorge Sanchez Ayala, 220 8th Ave E, Jerome, ID 83338

Authorized Signature

11/21/2024 Check 505390 $1,735.21

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — FIRST FEDERAL SAVING, TWIN FALLS, ID — Check Date: November 20, 2024 — Check Number: 505391 — Payroll Check

Pay this amount: Two thousand one hundred seventy-one dollars and eighty-four cents — $ ** 2,171.84

To the order of: Carlos Antonio Soto Leyva, 225 W Avenue E, Jerome, ID 83338

Authorized Signature

11/22/2024 Check 505391 $2,171.84

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — FIRST FEDERAL SAVING, TWIN FALLS, ID — Check Date: November 20, 2024 — Check Number: 505392 — Payroll Check

Pay this amount: One thousand eight hundred seventeen dollars and ninety-seven cents — $ ** 1,817.97

To the order of: Jorge Valdarre Bejarquez, 218 W Ave I Trailer #53, Jerome, ID 83338

Authorized Signature

11/25/2024 Check 505392 $1,817.97

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — FIRST FEDERAL SAVING, TWIN FALLS, ID — Check Date: November 20, 2024 — Check Number: 505393 — Payroll Check

Pay this amount: One thousand five hundred fifty-three dollars and five cents — $ ** 1,553.05

To the order of: Camilo Apodaca Verduzco, 152 E Ave A, Jerome, ID 83338

Authorized Signature

11/25/2024 Check 505393 $1,553.05

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — FIRST FEDERAL SAVING, TWIN FALLS, ID — Check Date: November 20, 2024 — Check Number: 505394 — Payroll Check

Pay this amount: One thousand eight hundred thirty-one dollars and seventy-eight cents — $ ** 1,831.78

To the order of: Jose Juan Ayala Carreno, 130 W Ave D, Jerome, ID 83338

Authorized Signature

11/22/2024 Check 505394 $1,831.78

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — FIRST FEDERAL SAVING, TWIN FALLS, ID — Check Date: November 20, 2024 — Check Number: 505395 — Payroll Check

Pay this amount: One thousand five hundred sixty-four dollars and eighty-three cents — $ ** 1,564.83

To the order of: Juvanny Bautista Hernandez, 1010 N Lincoln Ave Apt I, Jerome, ID 83338

Authorized Signature

11/21/2024 Check 505395 $1,564.83

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — FIRST FEDERAL SAVING, TWIN FALLS, ID — Check Date: November 20, 2024 — Check Number: 505396 — Payroll Check

Pay this amount: One thousand five hundred twelve dollars and sixty-six cents — $ ** 1,512.66

To the order of: Alejandro Cardenas Ortiz, 177 3rd Ave W, Wendell, ID 83355

Authorized Signature

11/25/2024 Check 505396 $1,512.66

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 78

## CHECK IMAGES (Continued)

11/22/2024 Check 505397 $1,745.19

11/22/2024 Check 505398 $1,722.10

11/21/2024 Check 505399 $1,663.51

11/22/2024 Check 505400 $1,423.29

11/25/2024 Check 505401 $1,568.38

11/21/2024 Check 505402 $1,735.67

11/21/2024 Check 505403 $1,597.93

11/25/2024 Check 505404 $1,699.54

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 20, 2024 Check Number 505406
Payroll Check
Pay this amount: One thousand eight hundred fifty-three dollars and thirty-seven cents * $ ** 1,853.37
To the order of: Cesar Vidal Loza Espinoza, 214 W 200 N, Jerome, ID 83338
Authorized Signature

11/22/2024 Check 505406 $1,853.37

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 20, 2024 Check Number 505407
Payroll Check
Pay this amount: One thousand seven hundred fifty-seven dollars and eleven cents ******* $ ** 1,757.11
To the order of: Juan Ibarra Lopez, 1981 Hillcrest Lane #D1, Burley, ID 83318
Authorized Signature

11/22/2024 Check 505407 $1,757.11

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 20, 2024 Check Number 505408
Payroll Check
Pay this amount: One thousand seven hundred thirteen dollars and zero cents ************ $ ** 1,713.00
To the order of: Juan Carlos Lopez Moreno, 302 E 600 N, Jerome, ID 83338
Authorized Signature

11/21/2024 Check 505408 $1,713.00

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 20, 2024 Check Number 505409
Payroll Check
Pay this amount: One thousand six hundred twenty dollars and eighty-seven cents ******** $ ** 1,620.87
To the order of: Manuel Lopez Perez, 600 S. Fillmore Apt 6, Jerome, ID 83338
Authorized Signature

11/25/2024 Check 505409 $1,620.87

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 20, 2024 Check Number 505410
Payroll Check
Pay this amount: One thousand six hundred seventy-nine dollars and seventy-three cents * $ ** 1,679.73
To the order of: Ananias Mendez Gonzalez, 302 E 600 N, Jerome, ID 83338
Authorized Signature

11/21/2024 Check 505410 $1,679.73

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 20, 2024 Check Number 505411
Payroll Check
Pay this amount: One thousand eight hundred five dollars and eighty-two cents ********** $ ** 1,805.82
To the order of: Noel G. Montejano, 1015 North 1st Street Trl #68, Jerome, ID 83338
Authorized Signature

11/22/2024 Check 505411 $1,805.82

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 20, 2024 Check Number 505412
Payroll Check
Pay this amount: One thousand eight hundred thirty-one dollars and fourteen cents ****** $ ** 1,831.14
To the order of: Manuel Moreno Feliciano, 216 Main St, Jerome, ID 83338
Authorized Signature

11/21/2024 Check 505412 $1,831.14

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING TWIN FALLS, ID
Check Date November 20, 2024 Check Number 505413
Payroll Check
Pay this amount: One thousand six hundred eighty-six dollars and forty-five cents ****** $ ** 1,686.45
To the order of: Simon Pedro Moreno Feliciano, 416 E Ave C, Jerome, ID 83338
Authorized Signature

11/21/2024 Check 505413 $1,686.45

Statements Page 81 of 128

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 80

## CHECK IMAGES (Continued)

11/21/2024 Check 505414 $1,603.21

11/22/2024 Check 505415 $2,055.81

11/25/2024 Check 505417 $1,573.37

11/21/2024 Check 505418 $1,700.79

11/22/2024 Check 505419 $1,565.64

11/22/2024 Check 505420 $1,509.16

11/21/2024 Check 505421 $1,633.21

11/25/2024 Check 505422 $1,728.37

## CHECK IMAGES (Continued)

11/22/2024 Check 505423 $1,692.31

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505424
Payroll Check
Pay this amount: One thousand seven hundred fifty-one dollars and fifty-six cents ******
$ ** 1,751.56
To the order of Rolando Vilchez Casas
324 3rd Ave West
Jerome, ID 83338
Authorized Signature

11/22/2024 Check 505424 $1,751.56

11/25/2024 Check 505425 $1,664.93

11/21/2024 Check 505426 $1,647.55

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505427
Payroll Check
Pay this amount: One thousand seven hundred three dollars and ninety-one cents *********
$ ** 1,703.91
To the order of Nestor Espinoza
300 E 600 N
Jerome, ID 83338
Authorized Signature

11/22/2024 Check 505427 $1,703.91

11/25/2024 Check 505428 $1,688.07

11/22/2024 Check 505429 $1,526.87

11/26/2024 Check 505430 $1,736.94

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505431
Payroll Check
Pay this amount: One thousand six hundred fifty-two dollars and thirty-seven cents *****
$ ** 1,652.37
To the order of Francisco Guzman Lopez
491 N 400 W
Jerome, ID 83338
Authorized Signature

11/21/2024 Check 505431 $1,652.37

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505432
Payroll Check
Pay this amount: One thousand six hundred sixty-nine dollars and seven cents **********
$ ** 1,669.07
To the order of Jose M Hernandez
1010 N Lincoln Ave E
Jerome, ID 83338
Authorized Signature

11/21/2024 Check 505432 $1,669.07

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505433
Payroll Check
Pay this amount: One thousand eight hundred seventeen dollars and eighty-two cents *****
$ ** 1,817.82
To the order of Jacinto Hernandez Perez
730 1ST Ave E
Jerome, ID 83338
Authorized Signature

11/26/2024 Check 505433 $1,817.82

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505434
Payroll Check
Pay this amount: One thousand four hundred eighty-eight dollars and thirty-four cents **
$ ** 1,488.34
To the order of Pedro Jimenez
471 N 300 W
Jerome, ID 83338
Authorized Signature

11/21/2024 Check 505434 $1,488.34

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505435
Payroll Check
Pay this amount: One thousand five hundred sixty-two dollars and sixty-five cents *****
$ ** 1,562.65
To the order of Amado Jimenez Cruz
301 S Elm St
Jerome, ID 83338
Authorized Signature

11/25/2024 Check 505435 $1,562.65

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505436
Payroll Check
Pay this amount: One thousand six hundred forty-one dollars and fifteen cents **********
$ ** 1,641.15
To the order of Bonifacio Jimenez Perez
600 N 300 E
Jerome, ID 83338
Authorized Signature

11/25/2024 Check 505436 $1,641.15

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505437
Payroll Check
Pay this amount: One thousand six hundred ninety-seven dollars and seventeen cents *****
$ ** 1,697.17
To the order of Gustavo Angel Jimenez Perez
PO Box 360
Wendell, ID 83355
Authorized Signature

11/21/2024 Check 505437 $1,697.17

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505438
Payroll Check
Pay this amount: One thousand seven hundred twenty-three dollars and ninety-nine cents *
$ ** 1,723.99
To the order of Marcos Lopez Hernandez
302 E 600 N
Jerome, ID 83338
Authorized Signature

11/25/2024 Check 505438 $1,723.99

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 83

## CHECK IMAGES (Continued)

11/25/2024 Check 505439 $1,678.97

11/25/2024 Check 505440 $1,563.85

11/21/2024 Check 505441 $1,700.49

11/25/2024 Check 505442 $1,697.42

1

11/25/2024 Check 505444 $1,666.50

11/21/2024 Check 505445 $1,538.29

11/21/2024 Check 505446 $1,573.17

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 84

## CHECK IMAGES (Continued)

11/22/2024 Check 505447 $1,576.34

11/21/2024 Check 505448 $1,633.21

11/21/2024 Check 505449 $1,691.81

11/21/2024 Check 505450 $1,699.54

11/21/2024 Check 505451 $2,096.99

11/21/2024 Check 505452 $1,722.87

11/21/2024 Check 505453 $1,690.19

11/22/2024 Check 505454 $1,883.07

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 85 |

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505455
Payroll Check

Pay this amount: One thousand eight hundred ninety-seven dollars and eighty-five cents * $ ** 1,897.85

To the order of: 197614 1500 1732 505455 12205
Saul Alanya Machuca
2550 E 325 S
Declo, ID 83323

Authorized Signature

11/22/2024 Check 505455 $1,897.85

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505456
Payroll Check

Pay this amount: One thousand seven hundred ninety-two dollars and twenty-three cents ** $ ** 1,792.23

To the order of: 197614 1500 1706 505456 12206
Alberto Alazcano Balderas
793 S 2150 E
House #3 Unit E
Declo, ID 83323

Authorized Signature

11/22/2024 Check 505456 $1,792.23

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505457
Payroll Check

Pay this amount: One thousand eight hundred fifty-eight dollars and sixty cents ******** $ ** 1,858.60

To the order of: 197614 1500 1542 505457 12207
Gabriel Alazcano Balderas
793 S 2150 E
House #3 Unit F
Declo, ID 83323

Authorized Signature

11/22/2024 Check 505457 $1,858.60

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505458
Payroll Check

Pay this amount: One thousand six hundred eighty-three dollars and thirty-two cents **** $ ** 1,683.32

To the order of: 197614 1500 1741 505458 12208
Wilder Aparco Ramos
2550 E 325 S
Declo, ID 83323

Authorized Signature

11/22/2024 Check 505458 $1,683.32

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505459
Payroll Check

Pay this amount: One thousand four hundred forty-eight dollars and forty-five cents **** $ ** 1,448.45

To the order of: 197614 1500 2014 505459 12209
Rafael Aquino Cotera
793 E 2150 S
Declo, ID 83323

Authorized Signature

11/25/2024 Check 505459 $1,448.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505460
Payroll Check

Pay this amount: One thousand nine hundred two dollars and eighty-one cents ************ $ ** 1,902.81

To the order of: 197614 1500 1435 505460 12210
Gerson Didier Avalos Bautista
154 S 150 E
Burley, ID 83318

Authorized Signature

11-20
GGS

11/21/2024 Check 505460 $1,902.81

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505461
Payroll Check

Pay this amount: One thousand nine hundred eighteen dollars and eighty-one cents ******* $ ** 1,918.81

To the order of: 197614 1500 1910 505461 12211
Antonio Belin Paquiyauri
2601 E 300 S
Declo, ID 83323

Authorized Signature

11-20
GGS

11/21/2024 Check 505461 $1,918.81

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505462
Payroll Check

Pay this amount: One thousand seven hundred eighty-two dollars and one cents *********** $ ** 1,782.01

To the order of: 197614 1500 1631 505462 12212
Roman Cantaro Solano
793 S 2150 E
Unit A
Declo, ID 83323

Authorized Signature

11-20
GGS

11/21/2024 Check 505462 $1,782.01

## CHECK IMAGES (Continued)

11/21/2024 Check 505463 $1,875.84

11/21/2024 Check 505464 $1,966.85

11/22/2024 Check 505465 $1,777.79

11/25/2024 Check 505466 $1,896.41

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

Check Date November 20, 2024
Check Number 505467

Payroll Check

Pay this amount: One thousand eight hundred ninety-nine dollars and forty-one cents ***** $ ** 1,899.41

To the order of Eutiba Cordova Perez
2061 E 900 S Spc 4
Declo, ID 83323

Authorized Signature

11/21/2024 Check 505467 $1,899.41

11/25/2024 Check 505470 $1,958.89

11/26/2024 Check 505471 $1,187.62

11/22/2024 Check 505472 $1,892.86

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 87

## CHECK IMAGES (Continued)

11/21/2024 Check 505473 $1,885.85

11/ 05.42

11/22/2024 Check 505475 $2,065.82

11/21/2024 Check 505476 $1,647.02

11/22/2024 Check 505477 $1,899.85

11/22/2024 Check 505478 $1,569.12

11/21/2024 Check 505479 $1,433.12

11/21/2024 Check 505480 $1,751.10

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 88 |

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505481
Payroll Check
Pay this amount: One thousand eight hundred eighty-seven dollars and eighty-five cents * $ ** 1,887.85
To the order of Carlos Ider Guerra Damian
2350 E 300 S
Declo, ID 83323
Authorized Signature

11/27/2024 Check 505481 $1,887.85

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505482
Payroll Check
Pay this amount: One thousand three hundred twenty-one dollars and seventy-eight cents * $ ** 1,321.78
To the order of Jose C. Gutierrez Murillo
2600 E 300 S
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505482 $1,321.78

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505483
Payroll Check
Pay this amount: One thousand five hundred eighty-one dollars and ninety-six cents ***** $ ** 1,581.96
To the order of Jose Hernandez Bonilla
791 E 2150 S
Declo, ID 83323
Authorized Signature

11/26/2024 Check 505483 $1,581.96

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505484
Payroll Check
Pay this amount: One thousand eight hundred seventy-five dollars and eighty-four cents * $ ** 1,875.84
To the order of Raquel Hernandez Perez
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/21/2024 Check 505484 $1,875.84

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505485
Payroll Check
Pay this amount: One thousand four hundred dollars and thirty-one cents *********** $ ** 1,400.31
To the order of Roberto Hernandez Perez
915 W Main St
Burley, ID 83318
Authorized Signature

11/21/2024 Check 505485 $1,400.31

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505486
Payroll Check
Pay this amount: Two thousand three hundred fourteen dollars and sixty-eight cents ***** $ ** 2,314.68
To the order of Apolonio Haulre Inga
3350 E 325 S
Declo, ID 83323
Authorized Signature

11/22/2024 Check 505486 $2,314.68

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505487
Payroll Check
Pay this amount: One thousand seven hundred eighty-three dollars and ninety cents ****** $ ** 1,783.90
To the order of Gilmer Huaman Aguirre
793 S 2150 E
House #1 Unit A
Declo, ID 83323
Authorized Signature

11/22/2024 Check 505487 $1,783.90

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505488
Payroll Check
Pay this amount: One thousand eight hundred thirty-seven dollars and seventy-seven cents $ ** 1,837.77
To the order of Jhon Rhonald Huaman Aquino
793 S 2150 E
House #1 Unit A
Declo, ID 83350
Authorized Signature

11 77

Statements Page 90 of 128

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 89 |

## CHECK IMAGES (Continued)

11/21/2024 Check 505489 $1,586.86

11/26/2024 Check 505490 $1,886.73

11/29/2024 Check 505491 $1,997.81

11/29/2024 Check 505492 $2,347.47

11/22/2024 Check 505493 $1,953.29

11/26/2024 Check 505494 $1,859.21

11/21/2024 Check 505495 $2,363.64

11/21/2024 Check 505496 $1,948.87

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505497
Payroll Check

Pay this amount: Two thousand eighteen dollars and forty-two cents ********************
$ ** 2,018.42

To the order of: Saul Inga Fernandez
2602 E 100 S
Declo, ID 83323

Authorized Signature

11/25/2024 Check 505497 $2,018.42

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505498
Payroll Check

Pay this amount: One thousand six hundred eighty-five dollars and fifty-five cents *****
$ ** 1,685.55

To the order of: Samuel Inga Mantarana
2451 E 300 S
Declo, ID 83323

Authorized Signature

11/25/2024 Check 505498 $1,685.55

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505499
Payroll Check

Pay this amount: One thousand eight hundred seventy-two dollars and ninety-five cents **
$ ** 1,872.95

To the order of: Jose Luis Laguna Simeon
900 S Hwy 81 #902
Declo, ID 83323

Authorized Signature

11/26/2024 Check 505499 $1,872.95

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505500
Payroll Check

Pay this amount: One thousand eight hundred eighty-seven dollars and sixty-three cents *
$ ** 1,887.63

To the order of: Dario Lapa Samaniego
793 S 2150 E
House #1 Unit A
Declo, ID 83323

Authorized Signature

11/22/2024 Check 505500 $1,887.63

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505501
Payroll Check

Pay this amount: Two thousand twenty-six dollars and thirty-six cents ******************
$ ** 2,026.36

To the order of: Luis Miguel Lopez Gomez
2595 E 300 S
Declo, ID 83323

Authorized Signature

11/22/2024 Check 505501 $2,026.36

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505502
Payroll Check

Pay this amount: One thousand eight hundred sixty-nine dollars and seventy cents *******
$ ** 1,869.70

To the order of: Vladimir Jorge Lopez Inga
2267 E Yale Rd
Declo, ID 83323

Authorized Signature

11/26/2024 Check 505502 $1,869.70

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505503
Payroll Check

Pay this amount: One thousand eight hundred forty-four dollars and fifty-four cents ****
$ ** 1,844.54

To the order of: Reraldo Lopez Pino
2601 E 300 S
Declo, ID 83323

Authorized Signature

11/22/2024 Check 505503 $1,844.54

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505504
Payroll Check

Pay this amount: One thousand seven hundred eighty dollars and eighty-four cents *******
$ ** 1,780.84

To the order of: Javier Loreto Solis
2550 E 495 S
Declo, ID 83323

Signature

11/25/2024 Check 505504 $1,780.84

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 91 |

## CHECK IMAGES (Continued)

11/22/2024 Check 505505 $1,969.81

11/21/2024 Check 505506 $1,630.45

11/22/2024 Check 505507 $1,766.05

11/29/2024 Check 505509 $1,757.54

11/21/2024 Check 505510 $1,856.94

11/21/2024 Check 505511 $1,830.30

11/21/2024 Check 505512 $1,840.54

11/25/2024 Check 505513 $1,746.44

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 92 |

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505514
Payroll Check

Pay the amount: Two thousand thirty-three dollars and twenty-four cents *************** $ ** 2,033.24

To the order of: Cristian A. Orellana Diaz
793 S 2150 E
House #2 Unit D
Declo, ID 83323

Authorized Signature

11/22/2024 Check 505514 $2,033.24

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505515
Payroll Check

Pay the amount: One thousand seven hundred seventy-four dollars and sixty-eight cents * $ ** 1,774.68

To the order of: Bladimir Paccori Mauricio
68 N Clark St #15
Declo, ID 83323

Authorized Signature

11/21/2024 Check 505515 $1,774.68

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505516
Payroll Check

Pay the amount: One thousand three hundred twenty-seven dollars and fifty-two cents *** $ ** 1,327.52

To the order of: Pedro Perez Deara
415 E Main St
Burley, ID 83318

Authorized Signature

11/25/2024 Check 505516 $1,327.52

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505517
Payroll Check

Pay the amount: One thousand nine hundred ninety dollars and thirty-four cents ******** $ ** 1,990.34

To the order of: Orralio Perez Lopez
1327 Hansen Ave
Burley, ID 83318

Authorized Signature

11/21/2024 Check 505517 $1,990.34

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505518
Payroll Check

Pay the amount: One thousand eight hundred seventy-eight dollars and seventy-four cents $ ** 1,878.74

To the order of: Librado Perez Nunez
1519 Conant Ave
Burley, ID 83318

Authorized Signature

11/21/2024 Check 505518 $1,878.74

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505519
Payroll Check

Pay the amount: One thousand eight hundred eighty-five dollars and twenty-nine cents ** $ ** 1,885.29

To the order of: Nilton Revera Garcia
2550 E 325 S
Declo, ID 83323

Authorized Signature

11/25/2024 Check 505519 $1,885.29

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505520
Payroll Check

Pay the amount: One thousand eight hundred sixty dollars and seventeen cents ********** $ ** 1,860.17

To the order of: Frank Jheral Reyes Quinto
793 S 2150 E
Room 77
Declo, ID 83323

Authorized Signature

11/21/2024 Check 505520 $1,860.17

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505521
Payroll Check

Pay the amount: One thousand nine hundred twenty-seven dollars and thirty-two cents *** $ ** 1,927.32

To the order of: Elio Ruiz Quispe
2451 E 360 S
Declo, ID 83323

Authorized Signature

11/22/2024 Check 505521 $1,927.32

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 20, 2024 — Check Number 505522 — Payroll Check
Pay this amount: One thousand nine hundred twenty-four dollars and sixteen cents ****** $ ** 1,924.16
To the order of Isidro Ruiz Solis, 2350 East 455 South, Declo, ID 83323
Authorized Signature

11/25/2024 Check 505522 $1,924.16

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 20, 2024 — Check Number 505523 — Payroll Check
Pay this amount: Two thousand one dollars and forty-seven cents ********************** $ ** 2,001.47
To the order of Noe Ruiz-S, 417 S E Street, Rupert, ID 83350
Authorized Signature

11/22/2024 Check 505523 $2,001.47

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 20, 2024 — Check Number 505524 — Payroll Check
Pay this amount: One thousand seven hundred seventy-seven dollars and eighty-nine cents $ ** 1,777.89
To the order of Rudy Ramiro Saltachin DeLaCruz, 791 S 2150 E, House #1 Unit B, Declo, ID 83323
Authorized Signature

11/21/2024 Check 505524 $1,777.89

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 20, 2024 — Check Number 505525 — Payroll Check
Pay this amount: One thousand nine hundred seventy-nine dollars and eighty-three cents * $ ** 1,979.83
To the order of Elias Salvador Macha, 325 S 2550 E, Burley, ID 83323
Authorized Signature

11/26/2024 Check 505525 $1,979.83

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 20, 2024 — Check Number 505526 — Payroll Check
Pay this amount: One thousand eight hundred seventy-one dollars and twenty-six cents *** $ ** 1,871.26
To the order of Moises Sanchez, 68 N. Clark St, Declo, ID 83323
Authorized Signature

11/22/2024 Check 505526 $1,871.26

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 20, 2024 — Check Number 505527 — Payroll Check
Pay this amount: One thousand eight hundred seven dollars and fifteen cents ************ $ ** 1,807.15
To the order of Aurelio Sanchez Diaz, 1310 Hansen Ave, Burley, ID 83318
Authorized Signature

11/22/2024 Check 505527 $1,807.15

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 20, 2024 — Check Number 505528 — Payroll Check
Pay this amount: One thousand eight hundred twenty-one dollars and ninety-two cents **** $ ** 1,821.92
To the order of Javier Sanchez Diaz, 2069 E Yale Rd, Declo, ID 83323
Authorized Signature

11/21/2024 Check 505528 $1,821.92

Millenkamp Cattle Inc, 471 N 300 W, Jerome, ID 83338 — First Federal Saving, Twin Falls, ID — Check Date November 20, 2024 — Check Number 505529 — Payroll Check
Pay this amount: One thousand nine hundred seventy-two dollars and sixty cents ********* $ ** 1,972.60
To the order of Olmer Santos Hussian, 2451 E 300 S, Declo, ID 83323
Authorized Signature

11/22/2024 Check 505529 $1,972.60

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505530
Payroll Check
Pay this amount: One thousand seven hundred twenty-one dollars and sixty-eight cents ***
$ ** 1,721.68
To the order of Jose Paul Soto Inga
793 S 2150 E
House 1 Unit A
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505530 $1,721.68

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505531
Payroll Check
Pay this amount: One thousand nine hundred forty-one dollars and thirty-nine cents *****
$ ** 1,941.39
To the order of Jorge Aurelio Soto Jimenez
793 S 2150 E
House #2 Unit C
Declo, ID 83323
Authorized Signature

11/2 941.39

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505532
Payroll Check
Pay this amount: One thousand nine hundred fourteen dollars and fifty-three cents ******
$ ** 1,914.53
To the order of Edson Soto Perez
325 E 2550 S
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505532 $1,914.53

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505533
Payroll Check
Pay this amount: One thousand seven hundred twenty-four dollars and forty seven cents **
$ ** 1,724.47
To the order of Marco Saylla Ccaloma
325 S 2550 E
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505533 $1,724.47

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505534
Payroll Check
Pay this amount: One thousand eight hundred zero dollars and twenty-five cents *********
$ ** 1,800.25
To the order of Gregorio Torres Molina
183 S Main Street
Malta, ID 83342
Authorized Signature

11/21/2024 Check 505534 $1,800.25

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505535
Payroll Check
Pay this amount: One thousand seven hundred ten dollars and three cents ****************
$ ** 1,710.03
To the order of Manuel Torres-Molina
897 S Hwy 81
Declo, ID 83323
Authorized Signature

11/21/2024 Check 505535 $1,710.03

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505536
Payroll Check
Pay this amount: One thousand eight hundred sixty-three dollars and thirty-three cents *
$ ** 1,863.33
To the order of Isaias Vargas Talpe
343 S 300 W
Heyburn, ID 83336
Authorized Signature

11/21/2024 Check 505536 $1,863.33

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505537
Payroll Check
Pay this amount: One thousand nine hundred three dollars and nineteen cents ************
$ ** 1,903.19
To the order of Nestor Ventura De La Cruz
793 E 2150 S
House #3 Unit F
Declo, ID 83323
Authorized Signature

11/27/2024 Check 505537 $1,903.19

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505538
Payroll Check

Pay this amount: Two thousand twenty dollars and eighty-two cents ********************* $ ** 2,020.82

To the order of: 197614 1600 774 505538 12288
Ever Jesus Alanya Pons
325 S 2550 E
Declo, ID 83323

Authorized Signature

11/22/2024 Check 505538 $2,020.82

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505539
Payroll Check

Pay this amount: Two thousand fifty-four dollars and twenty-two cents ***************** $ ** 2,054.22

To the order of: 197614 1600 822 505539 12289
Jenrry Aquino Damian
793 S 2150 E
House #1 Unit B
Declo, ID 83323

Authorized Signature

11/25/2024 Check 505539 $2,054.22

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505540
Payroll Check

Pay this amount: Two thousand ninety-five dollars and seventy-five cents *************** $ ** 2,095.75

To the order of: 197614 1600 1820 505540 12290
Jhim Aquino Damian
2451 E 300 S
Declo, ID 83323

Authorized Signature

11/27/2024 Check 505540 $2,095.75

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505541
Payroll Check

Pay this amount: Two thousand fifteen dollars and ninety-six cents ******************** $ ** 2,015.96

To the order of: 197614 1600 760 505541 12291
Yahaysun Chucas Inga
2600 E 300 S
Malta, ID 83342

Authorized Signature

11/21/2024 Check 505541 $2,015.96

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505542
Payroll Check

Pay this amount: One thousand seven hundred thirty-six dollars and seventy-six cents *** $ ** 1,736.76

To the order of: 197614 1600 1787 505542 12292
Roger Cristobal Angulo
325 E 2550 S
Declo, ID 83323

Authorized Signature

11/25/2024 Check 505542 $1,736.76

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505544
Payroll Check

Pay this amount: One thousand seven hundred fifty-nine dollars and ninety-four cents *** $ ** 1,759.94

To the order of: 197614 1600 840 505544 12294
Angel Adolfo Huaman Aquino
793 S 2150 E
House #1 Unit B
Declo, ID 83323

Authorized Signature

11/21/2024 Check 505544 $1,759.94

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505545
Payroll Check

Pay this amount: One thousand seven hundred six dollars and fifty-eight cents ********** $ ** 1,706.58

To the order of: 197614 1600 1670 505545 12295
Francisco Santiago Inga Macha
185 Main St
Malta, ID 83342

Authorized Signature

11/25/2024 Check 505545 $1,706.58

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505546
Payroll Check

Pay this amount: One thousand eight hundred eight dollars and sixty-seven cents ******* $ ** 1,808.67

To the order of: 197614 1600 583 505546 12296
Delfino Leon
1475 E 300 N
Jackson, ID 83350

Authorized Signature

11/22/2024 Check 505546 $1,808.67

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 96 |

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505547
Payroll Check

Pay this amount: One thousand nine hundred sixty-two dollars and six cents ************* $ ** 1,962.06

To the order of: 197614 1600 610 505547 12297
Geovanny Ordonez Simeta
2667 E Yale Rd
Declo, ID 83323

Authorized Signature

11/21/2024 Check 505547 $1,962.06

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505548
Payroll Check

Pay this amount: Two thousand forty-nine dollars and twenty-eight cents *************** $ ** 2,049.28

To the order of: 197614 1600 483 505548 12298
Guzman Angel Orihuela Quispe
2451 E 300 S
Declo, ID 83323

Authorized Signature

11/29/2024 Check 505548 $2,049.28

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505549
Payroll Check

Pay this amount: Two thousand one hundred twenty-three dollars and thirty-eight cents ** $ ** 2,123.38

To the order of: 197614 1600 1580 505549 12299
Richard Orihuela Quispe
2451 E 300 S
Declo, ID 83323

Authorized Signature

11/29/2024 Check 505549 $2,123.38

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505551
Payroll Check

Pay this amount: One thousand seven hundred seventy-seven dollars and ninety-four cents $ ** 1,777.94

To the order of: 197614 1700 619 505551 12301
Jose Aquino Colera
793 S 2150 E
Room #63
Declo, ID 83323

Authorized Signature

11/25/2024 Check 505551 $1,777.94

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505552
Payroll Check

Pay this amount: One thousand nine hundred twenty-seven dollars and eighty-seven cents * $ ** 1,927.87

To the order of: 197614 1700 1649 505552 12302
Nexo Roy Aquino Quinones
793 S 2150 E
Room #71
Declo, ID 83323

Authorized Signature

11/26/2024 Check 505552 $1,927.87

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505553
Payroll Check

Pay this amount: One thousand eight hundred sixty-four dollars and fifty-five cents **** $ ** 1,864.55

To the order of: 197614 1700 542 505553 12303
Antony Cerron Huaynalaya
793 S 2150 E
House #2 Unit D
Declo, ID 83323

Authorized Signature

11/22/2024 Check 505553 $1,864.55

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505554
Payroll Check

Pay this amount: One thousand nine hundred sixty-three dollars and seventy-one cents *** $ ** 1,963.71

To the order of: 197614 1700 713 505554 12304
Remigio Inga Damian
793 S 2150 E
Room #72
Declo, ID 83323

Authorized Signature

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505555
Payroll Check

Pay this amount: Two thousand one hundred two dollars and seventy-five cents *********** $ ** 2,102.75

To the order of: 197614 1700 730 505555 12305
Fisher Hinayas Macha
70 First Ave
Malta, ID 83342

Authorized Signature

11/26/2024 Check 505554 $1,963.71

11/27/2024 Check 505555 $2,102.75

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 97

## CHECK IMAGES (Continued)

11/29/2024 Check 505556 $2,039.51

11/22/2024 Check 505557 $1,854.50

11/21/2024 Check 505558 $1,937.17

11/21/2024 Check 505559 $2,044.39

11/21/2024 Check 505560 $1,900.96

11/21/2024 Check 505561 $1,879.74

11/22/2024 Check 505562 $1,982.60

11/27/2024 Check 505563 $1,989.25

Account Number    XXXXXX7885
Statement Date    11/29/2024
Statement Thru Date    12/01/2024
Page    98

## CHECK IMAGES (Continued)



11/21/2024    Check 505564    $1,941.87



11/21/2024    Check 505565    $1,862.12



11/21/2024    Check 505566    $1,884.35



11/29/2024    Check 505567    $2,046.68



11/22/2024    Check 505568    $2,392.84



11/21/2024    Check 505569    $2,044.91



11/21/2024    Check 505570    $1,989.98



11/25/2024    Check 505571    $1,883.22

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505572
Payroll Check

Pay this amount: Nine hundred seven dollars and twenty-eight cents ******************** $ ** 907.28

To the order of: Yerry Geery Iage Damian
793 S 2150 E
Room 7
Declo, ID 83323

Authorized Signature

11/22/2024 Check 505572 $907.28

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505573
Payroll Check

Pay this amount: One thousand six hundred forty-two dollars and fifty-four cents ****** $ ** 1,642.54

To the order of: Diego Fernando Julian DeLaCruz
793 E 2150 S
Declo, ID 83323

Authorized Signature

11/22/2024 Check 505573 $1,642.54

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505574
Payroll Check

Pay this amount: One thousand nine hundred thirty-one dollars and seventy cents ******** $ ** 1,931.70

To the order of: Emiliano Lopez Cruz
801 Crestview Rd
Hazelton, ID 83335

Authorized Signature

11/22/2024 Check 505574 $1,931.70

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505575
Payroll Check

Pay this amount: One thousand seven hundred ninety dollars and ninety-five cents ****** $ ** 1,790.95

To the order of: Luis F. Macias Macias
2600 E 800 S
Declo, ID 83323

Authorized Signature

11-20
GGS

11/21/2024 Check 505575 $1,790.95

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505576
Payroll Check

Pay this amount: One thousand eight hundred seventy-eight dollars and eighty-eight cents $ ** 1,878.88

To the order of: Manuel Mendez Lopez
748 Highland Ave
Burley, ID 83318

Authorized Signature

96

11/21/2024 Check 505576 $1,878.88

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505577
Payroll Check

Pay this amount: Two thousand four hundred thirty-two dollars and forty-seven cents **** $ ** 2,432.47

To the order of: Herberto Monreal
793 S 2150 E
House 1 Unit B
Declo, ID 83323

Authorized Signature

11/21/2024 Check 505577 $2,432.47

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505578
Payroll Check

Pay this amount: Two thousand eight hundred thirteen dollars and thirty-three cents **** $ ** 2,813.33

To the order of: Adam Montoya
191 W 2nd N
Po Box 86
Malta, ID 83342

Authorized Signature

11/22/2024 Check 505578 $2,813.33

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505579
Payroll Check

Pay this amount: One thousand six hundred eighty dollars and eight cents **************** $ ** 1,680.08

To the order of: Ricky R. Olsen
3341 East 1510 South
Malta, ID 83342

Authorized Signature

11/21/2024 Check 505579 $1,680.08

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505580
Payroll Check
Pay this amount: One thousand nine hundred twenty-six dollars and seventy-two cents ****
$ ** 1,926.72
To the order of David Ortiz
1451 Elm Ave
Burley, ID 83318
Authorized Signature

11/21/2024 Check 505580 $1,926.72

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505581
Payroll Check
Pay this amount: One thousand eight hundred seventy-eight dollars and sixty cents ******
$ ** 1,878.60
To the order of Luis Gabriel Palomino Garay
2595 E 300 S
Declo, ID 83323
Authorized Signature

11/29/2024 Check 505581 $1,878.60

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505582
Payroll Check
Pay this amount: One thousand nine hundred eighty-three dollars and seventy-six cents **
$ ** 1,983.76
To the order of Ronaldo Perez Diaz
2609 E Yale Rd
Declo, ID 83323
Authorized Signature

11/21/2024 Check 505582 $1,983.76

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505583
Payroll Check
Pay this amount: Two thousand one dollars and seventeen cents **************************
$ ** 2,001.17
To the order of Angel Perez Sanchez
132 Hansen Ave
Burley, ID 83318
Authorized Signature

11/27/2024 Check 505583 $2,001.17

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505584
Payroll Check
Pay this amount: Two thousand thirty-nine dollars and six cents ************************
$ ** 2,039.06
To the order of Ricardo Perez Sanchez
401 E Main #3
Burley, ID 83318
Authorized Signature

11/21/2024 Check 505584 $2,039.06

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505585
Payroll Check
Pay this amount: One thousand seven hundred ninety-six dollars and seventy-nine cents **
$ ** 1,796.79
To the order of Armando Edgar Quispe Inga
2451 E 300 S
Declo, ID 83323
Authorized Signature

1 6.79

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505586
Payroll Check
Pay this amount: Two thousand one hundred sixty dollars and eighty-seven cents *********
$ ** 2,160.87
To the order of Omar Resendiz Sanchez
2605 E 300 S
Declo, ID 83323
Authorized Signature

11/21/2024 Check 505586 $2,160.87

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505587
Payroll Check
Pay this amount: One thousand eight hundred seventy-nine dollars and forty-seven cents *
$ ** 1,879.47
To the order of Miguel A. Reyna
PO Box 131
Malta, ID 83323
Authorized Signature

11/2

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 101

## CHECK IMAGES (Continued)

11/22/2024 Check 505588 $1,932.67

11/21/2024 Check 505589 $2,094.31

11/21/2024 Check 505590 $1,873.85

11/22/2024 Check 505591 $2,190.81

11/21/2024 Check 505592 $2,015.79

11/25/2024 Check 505593 $1,865.14

11/25/2024 Check 505594 $2,061.26

11/21/2024 Check 505595 $2,065.03

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 102 |

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505596
Payroll Check
Pay this amount: One thousand seven hundred thirty-six dollars and eighty-eight cents **
$ ** 1,736.88
To the order of Miguel Torres Hernandez
395 E 2150 S
House 1 Unit B
Declo, ID 83323
Authorized Signature

11/22/2024 Check 505596 $1,736.88

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505597
Payroll Check
Pay this amount: One thousand eight hundred forty-two dollars and ninety-four cents ****
$ ** 1,842.94
To the order of Abel Velazquez Garcia
745 Hiland
Burley, ID 83318
Authorized Signature

11/22/2024 Check 505597 $1,842.94

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505598
Payroll Check
Pay this amount: Two thousand one hundred sixty-four dollars and eighty-nine cents *****
$ ** 2,164.89
To the order of Francisco Victorino
377 S 200 W
#8
Rupert, ID 83350
Authorized Signature

11/22/2024 Check 505598 $2,164.89

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505599
Payroll Check
Pay this amount: Two thousand thirty-one dollars and eighty cents ********************
$ ** 2,031.80
To the order of Francisco S. Victorino
377 S 200 W
#8
Rupert, ID 83350
Authorized Signature

11/22/2024 Check 505599 $2,031.80

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505600
Payroll Check
Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents ****
$ ** 1,876.66
To the order of Victor F. Aguilar Cavero
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505600 $1,876.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505601
Payroll Check
Pay this amount: Two thousand forty-seven dollars and sixty-five cents *****************
$ ** 2,047.65
To the order of Efrain Aparco Ramos
1871 S 2470 E
Malta, ID 83342
Authorized Signature

11/25/2024 Check 505601 $2,047.65

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505602
Payroll Check
Pay this amount: One thousand six hundred seventy-eight dollars and forty-five cents ***
$ ** 1,678.45
To the order of Fray Alberto Aquino Cotera
2601 E 300 S
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505602 $1,678.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505603
Payroll Check
Pay this amount: One thousand nine hundred ninety-two dollars and eighteen cents *******
$ ** 1,992.18
To the order of Idel Helmoth Conlbo Francisco
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/22/2024 Check 505603 $1,992.18

Statements Page 104 of 128

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 103

## CHECK IMAGES (Continued)

11/26/2024 Check 505604 $1,886.88

11/26/2024 Check 505605 $2,007.65

11/25/2024 Check 505606 $1,818.41

11/25/2024 Check 505607 $1,745.41

11/21/2024 Check 505608 $1,726.94

11/22/2024 Check 505609 $1,745.41

11/25/2024 Check 505610 $1,992.18

11/25/2024 Check 505611 $1,964.40

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505612
Payroll Check
Pay this amount: One thousand nine hundred forty-one dollars and thirty-five cents *****
$ ** 1,941.35
To the order of: 197614 1500 2001 505612 12362
Manuel Batiz Gomez
741 Highland Ave
Burley, ID 83318
Authorized Signature

11/22/2024 Check 505612 $1,941.35

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505613
Payroll Check
Pay this amount: One thousand nine hundred forty-two dollars and three cents ***********
$ ** 1,942.03
To the order of: 197614 200 92 505613 12363
Alfredo Acosta Sanchez
603 N Fillmore St Trailer A
Jerome, ID 83338
Authorized Signature

11/26/2024 Check 505613 $1,942.03

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505614
Payroll Check
Pay this amount: One thousand six hundred eighty-three dollars and fifty-eight cents ***
$ ** 1,683.58
To the order of: 197614 200 353 505614 12364
Gustavo Baraza
909 22nd Ave E
Jerome, ID 83338
Authorized Signature

11/21/2024 Check 505614 $1,683.58

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505615
Payroll Check
Pay this amount: One thousand eight hundred ninety-three dollars and nine cents ********
$ ** 1,893.09
To the order of: 197614 200 1170 505615 12365
Julio Bernardo Bojorquez Lopez
407 Poverty Flats Ln
Jerome, ID 83338
Authorized Signature

11/21/2024 Check 505615 $183.09

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505616
Payroll Check
Pay this amount: One thousand nine hundred fifty-eight dollars and seventy-nine cents **
$ ** 1,958.79
To the order of: 197614 200 1134 505616 12366
David Cardoso Ortiz
312 S Elm St
Jerome, ID 83338

11/26/2024 Check 505616 $1,958.79

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505617
Payroll Check
Pay this amount: One thousand six hundred ninety dollars and fifty-six cents ***********
$ ** 1,690.56
To the order of: 197614 200 1275 505617 12367
Carlos Castillo Trejo
PO Box 360
Wendell, ID 83355
Authorized Signature

11/22/2024 Check 505617 $1,690.56

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505618
Payroll Check
Pay this amount: One thousand eight hundred six dollars and seventy cents **************
$ ** 1,806.70
To the order of: 197614 200 1236 505618 12368
Gerardo Cervantes
513 W B St
Shoshone, ID 83352
Authorized Signature

11/22/2024 Check 505618 $1,806.70

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505619
Payroll Check
Pay this amount: One thousand six hundred seventeen dollars and forty cents ************
$ ** 1,617.40
To the order of: 197614 200 1322 505619 12369
Jislfredo Chavez Quintero
703 18Th Ave E
Jerome, ID 83338
Authorized Signature

11/22/2024 Check 505619 $1,617.40

Statements Page 106 of 128

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 105

## CHECK IMAGES (Continued)

11/25/2024 Check 505620 $1,664.56

11/25/2024 Check 505621 $1,681.85

11/26/2024 Check 505622 $1,822.39

11/22/2024 Check 505623 $1,424.94

11/26/2024 Check 505625 $1,832.39

11/21/2024 Check 505626 $1,797.00

11/21/2024 Check 505627 $1,435.97

11/25/2024 Check 505628 $1,687.52

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 106

## CHECK IMAGES (Continued)

11/26/2024 Check 505629 $624.04

11/26/2024 Check 505630 $1,744.53

11/21/2024 Check 505631 $1,407.21

11/26/2024 Check 505632 $1,924.98

11/22/2024 Check 505633 $1,678.09

11/22/2024 Check 505634 $1,725.46

11/25/2024 Check 505635 $1,516.46

11/2

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 107 |

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505637
Payroll Check
Pay this amount: One thousand eight hundred two dollars and fifteen cents **************
$ ** 1,802.15
To the order of Martin Anastacio Santiz Hernandez
PO Box 360
Wendell, ID 83355
Authorized Signature

11/26/2024 Check 505637 $1,802.15

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505638
Payroll Check
Pay this amount: One thousand four hundred two dollars and fifty-eight cents ***********
$ ** 1,402.58
To the order of Jose S Soto
690 S Fillmore St #6
Jerome, ID 83338
Authorized Signature

11/25/2024 Check 505638 $1,402.58

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505639
Payroll Check
Pay this amount: One thousand eight hundred fifty-five dollars and fifty-one cents *****
$ ** 1,855.51
To the order of Antonio Sola Leyva
235 W Avenue E
Jerome, ID 83338
Authorized Signature

11/26/2024 Check 505639 $1,855.51

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505640
Payroll Check
Pay this amount: One thousand six hundred fifty dollars and forty-two cents ************
$ ** 1,650.42
To the order of Arturo Viana Aguilar
1010 N Lincoln Ave
Trlr F
Jerome, ID 83338
Authorized Signature

11/21/2024 Check 505640 $1,650.42

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505641
Payroll Check
Pay this amount: One thousand nine hundred forty-one dollars and forty-three cents *****
$ ** 1,941.43
To the order of Elias Aguilar Perez
PO Box 43
Malta, ID 83342
Authorized Signature

11/21/2024 Check 505641 $1,941.43

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505642
Payroll Check
Pay this amount: Two thousand ninety-one dollars and twenty-four cents ****************
$ ** 2,091.24
To the order of Orlandi Alanya Poma
2550 E 325 S
Declo, ID 83323
Authorized Signature

11/21/2024 Check 505642 $2,091.24

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505643
Payroll Check
Pay this amount: One thousand eight hundred seventy-three dollars and thirty-four cents
$ ** 1,873.34
To the order of Ramiro Alarcon Espinoza
793 E 2150 S
House 3
Declo, ID 83323
Authorized Signature

11/21/2024 Check 505643 $1,873.34

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505644
Payroll Check
Pay this amount: One thousand eight hundred eighteen dollars and forty-five cents ******
$ ** 1,818.45
To the order of Ronaldo Manuel Alejo Castro
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/26/2024 Check 505644 $1,818.45

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 108 |

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS ID

paylocity

Check Date: November 20, 2024
Check Number: 505645
Payroll Check

Pay this amount: One thousand eight hundred eighteen dollars and forty-one cents ******* $ ** 1,818.41

To the order of: 197614 2000 1996 505645 12395
Elvis Gerardo Alfaro Melchor
2667 E Yale Rd
Declo, ID 83323

Authorized Signature

11/21/2024 Check 505645 $1,818.41

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505646
Payroll Check

Pay this amount: One thousand eight hundred fifty dollars and seventy-four cents ******* $ ** 1,850.74

To the order of: 197614 2000 1871 505646 12396
Willian Aparco Ramos
1871 S 2470 E
Malta, ID 83342

Authorized Signature

11/26/2024 Check 505646 $1,850.74

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505647
Payroll Check

Pay this amount: One thousand seven hundred forty-two dollars and sixty-six cents ****** $ ** 1,742.66

To the order of: 197614 2000 1121 505647 12397
Nelber Aquino Cutora
1451 E 300 S
Declo, ID 83323

Authorized Signature

11/22/2024 Check 505647 $1,742.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505649
Payroll Check

Pay this amount: Two thousand seven dollars and sixty-five cents *********************** $ ** 2,007.65

To the order of: 197614 2000 1719 505649 12399
Ynber Baquerizo Correa
2601 E 300 S
Declo, ID 83323

Authorized Signature

11/25/2024 Check 505649 $2,007.65

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505650
Payroll Check

Pay this amount: One thousand eight hundred eighteen dollars and forty-five cents ****** $ ** 1,818.45

To the order of: 197614 2000 1969 505650 12400
Daniel Bautista Alanya
2667 Yale Rd
Declo, ID 83323

Authorized Signature

11/21/2024 Check 505650 $1,818.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505651
Payroll Check

Pay this amount: One thousand five hundred eighty-eight dollars and forty-two cents **** $ ** 1,588.42

To the order of: 197614 2000 1720 505651 12401
Carlos Eduardo Bautista Gonzalez
793 S 2150 E
House #3 Unit E
Declo, ID 83323

Authorized Signature

11/21/2024 Check 505651 $1,588.42

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505652
Payroll Check

Pay this amount: One thousand seven hundred seventy-five dollars and forty cents ******* $ ** 1,775.40

To the order of: 197614 2000 1775 505652 12402
Crispin Clemente Bautista Gonzalez
793 E 2150 S
House #3 Unit E
Declo, ID 83323

Authorized Signature

11/22/2024 Check 505652 $1,775.40

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505653
Payroll Check

Pay this amount: One thousand nine hundred thirty dollars and thirty-four cents ******** $ ** 1,930.34

To the order of: 197614 2000 294 505653 12403
Elias Aniceto Bautista Gonzalez
793 S 2150 E
House #3 Unit E
Declo, ID 83323

Authorized Signature

11/22/2024 Check 505653 $1,930.34

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 109 |

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505654
Payroll Check
Pay this amount: One thousand seven hundred eighty-three dollars and eighty-four cents *
$ ** 1,783.84
To the order of Jesus Bautista Gonzalez
793 S 2150 E
House #3 Unit E
Declo, ID 83323
Authorized Signature

11/22/2024 Check 505654 $1,783.84

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505655
Payroll Check
Pay this amount: One thousand eight hundred twenty-four dollars and four cents *********
$ ** 1,824.04
To the order of Anjel Bautista Salgado
793 S 2150 E
House #3 Unit E
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505655 $1,824.04

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505656
Payroll Check
Pay this amount: One thousand seven hundred sixty-eight dollars and four cents *********
$ ** 1,768.04
To the order of Hermelando Bautista Salgado
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505656 $1,768.04

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505658
Payroll Check
Pay this amount: One thousand six hundred seventy-eight dollars and forty-five cents ***
$ ** 1,678.45
To the order of Nilton Cristian Benito Condori
325 S 2550 E
Declo, ID 83323
Authorized Signature

11/22/2024 Check 505658 $1,678.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505660
Payroll Check
Pay this amount: One thousand six hundred sixty-five dollars and twenty cents **********
$ ** 1,665.20
To the order of Yoel Bruno Povis
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505660 $1,665.20

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505661
Payroll Check
Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents ****
$ ** 1,876.66
To the order of Urbano Caja Bravo
325 S 2550 E
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505661 $1,876.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505662
Payroll Check
Pay this amount: One thousand eight hundred sixty-one dollars and nineteen cents *******
$ ** 1,861.19
To the order of Gustavo Camac Povis
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/27/2024 Check 505662 $1,861.19

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505663
Payroll Check
Pay this amount: One thousand nine hundred forty-one dollars and thirty-nine cents *****
$ ** 1,941.39
To the order of Antoni Camayo Cerron
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505663 $1,941.39

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 110 |

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505664
Payroll Check
Pay this amount: One thousand eight hundred eighty-nine dollars and seventy-four cents *
$ ** 1,889.74
To the order of Roy Campos Orihuela
2667 E Yale Rd
Declo, ID 83323
Authorized Signature

11/26/2024 Check 505664 $1,889.74

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505665
Payroll Check
Pay this amount: One thousand nine hundred thirty dollars and thirty cents *************
$ ** 1,930.30
To the order of Edir Cruz Mendez
793 S 2150 E
House #2 Unit C
Declo, ID 83323
Authorized Signature

0.30

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505667
Payroll Check
Pay this amount: Two thousand fifty nine dollars and forty cents *********************
$ ** 2,059.40
To the order of Bryan Carlos Quito
2667 E Yale Rd
Declo, ID 83323
Authorized Signature

11/26/2024 Check 505667 $2,059.40

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505668
Payroll Check
Pay this amount: One thousand eight hundred eighteen dollars and forty-five cents ******
$ ** 1,818.45
To the order of Franklin Chuss Samaniego
2305 E 700 S
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505668 $1,818.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505669
Payroll Check
Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents ****
$ ** 1,876.66
To the order of Sorrores Rafael Chancasanampa Sincha
793 S 2150 E
Declo, ID 83342
Authorized Signature

11/25/2024 Check 505669 $1,876.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505670
Payroll Check
Pay this amount: One thousand nine hundred fifty-seven dollars and fifty-five cents ****
$ ** 1,957.55
To the order of Gerson Condori Camasca
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/27/2024 Check 505670 $1,957.55

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505671
Payroll Check
Pay this amount: One thousand nine hundred forty-one dollars and forty-three cents *****
$ ** 1,941.43
To the order of Eloy Nilton Condori Lalo
1118 Normal Ave
Burley, ID 83318
Authorized Signature

11/26/2024 Check 505671 $1,941.43

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505672
Payroll Check
Pay this amount: One thousand nine hundred two dollars and forty-one cents *************
$ ** 1,902.41
To the order of Edgar Eusebio Crespo Palomino
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/26/2024 Check 505672 $1,902.41

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505673
Payroll Check
Pay this amount: One thousand eight hundred eighteen dollars and forty-one cents *******
$ ** 1,818.41
To the order of Ruddy Cristobal Angulo
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505673 $1,818.41

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505675
Payroll Check
Pay this amount: One thousand nine hundred forty-one dollars and forty-three cents *****
$ ** 1,941.43
To the order of Esteban De La Cruz Gala
343 S 300 W
Heyburn, ID 83336
Authorized Signature

11/26/2024 Check 505675 $1,941.43

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505676
Payroll Check
Pay this amount: One thousand nine hundred sixty-seven dollars and nine cents **********
$ ** 1,967.09
To the order of Vanesa T. Diaz
2667 E Yale Rd
Declo, ID 83323
Authorized Signature

11/21/2024 Check 505676 $1,967.09

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505677
Payroll Check
Pay this amount: One thousand eight hundred eighteen dollars and forty-five cents ******
$ ** 1,818.45
To the order of Omar Fabio Flores Malpartida
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505677 $1,818.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505678
Payroll Check
Pay this amount: One thousand seven hundred ninety-nine dollars and fifteen cents ******
$ ** 1,799.15
To the order of Jose Flores Martinez
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/21/2024 Check 505678 $1,799.15

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505679
Payroll Check
Pay this amount: One thousand nine hundred two dollars and forty-one cents *************
$ ** 1,902.41
To the order of Wilbert Flores Moreno
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/26/2024 Check 505679 $1,902.41

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505680
Payroll Check
Pay this amount: One thousand seven hundred nineteen dollars and seventy-four cents ****
$ ** 1,719.74
To the order of Martin Gallardo Gonzalez
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505680 $1,719.74

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505681
Payroll Check
Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents ****
$ ** 1,876.66
To the order of Miguel Jordy Galvan Medina
2601 E 500 S
Declo, ID 83323
Authorized Signature

11/26/2024 Check 505681 $1,876.66

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505682
Payroll Check
Pay this amount: One thousand six hundred sixty-one dollars and ninety-eight cents *****
$ ** 1,661.98
To the order of: Juan Carlos Garcia Paucar
1118 Normal Ave #2
Burley, ID 83318
Authorized Signature

11/22/2024 Check 505682 $1,661.98

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505683
Payroll Check
Pay this amount: One thousand six hundred seventy-eight dollars and fifty-four cents ***
$ ** 1,678.54
To the order of: Diego Gonzales Bautista
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505683 $1,678.54

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505684
Payroll Check
Pay this amount: One thousand nine hundred eighty-three dollars and seventy-six cents **
$ ** 1,983.76
To the order of: Marco Gonzalez Martinez
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505684 $1,983.76

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505687
Payroll Check
Pay this amount: One thousand six hundred ninety-three dollars and forty-five cents ****
$ ** 1,693.45
To the order of: Frias Huaire Inga
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/27/2024 Check 505687 $1,693.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505688
Payroll Check
Pay this amount: One thousand seven hundred forty-five dollars and forty-one cents *****
$ ** 1,745.41
To the order of: Alfredo Victor Huaroc Chavez
793 S 2150 E
Room 82
Declo, ID 83323
Authorized Signature

11/27/2024 Check 505688 $1,745.41

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505689
Payroll Check
Pay this amount: One thousand five hundred thirty-two dollars and sixteen cents ********
$ ** 1,532.16
To the order of: Marcial Huaroc Chavez
2607 E Yale Rd
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505689 $1,532.16

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505691
Payroll Check
Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents ****
$ ** 1,876.66
To the order of: Lalo Huaynalaya Alvarado
2601 E 300 S
Declo, ID 83323
Authorized Signature

11/26/2024 Check 505691 $1,876.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505692
Payroll Check
Pay this amount: One thousand nine hundred nine dollars and three cents ****************
$ ** 1,909.03
To the order of: Pedersen Huaynalaya Parlona
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/22/2024 Check 505692 $1,909.03

| Account Number | XXXXXX7885 |
| --- | --- |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 113 |

## CHECK IMAGES (Continued)

11/25/2024 Check 505693 $1,678.45

11/26/2024 Check 505694 $1,902.41

11/26/2024 Check 505697 $1,902.41

11/25/2024 Check 505698 $1,829.60

11/21/2024 Check 505699 $1,665.20

11/25/2024 Check 505700 $1,745.41

11/22/2024 Check 505701 $1,742.66

11/22/2024 Check 505702 $1,861.94

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 114 |

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505703
Payroll Check

Pay this amount: One thousand seven hundred ninety-two dollars and eighty-eight cents ** $ ** 1,792.88

To the order of: Adolfo Macha Bruno, 1871 S 2470 E, Malta, ID 83342

Authorized Signature

11/22/2024 Check 505703 $1,792.88

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505705
Payroll Check

Pay this amount: One thousand seven hundred forty-two dollars and sixty-six cents ****** $ ** 1,742.66

To the order of: Carlos Ruben Mantari Huaroc, 2601 E 300 S, Declo, ID 83323

Authorized Signature

11/22/2024 Check 505705 $1,742.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505706
Payroll Check

Pay this amount: Two thousand seventy-five dollars and seventy-seven cents ************* $ ** 2,075.77

To the order of: Fernando G. Maravi Camposano, 325 S 2550 E, Declo, ID 83323

Authorized Signature

11/22/2024 Check 505706 $2,075.77

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505708
Payroll Check

Pay this amount: One thousand seven hundred forty-two dollars and sixty-six cents ****** $ ** 1,742.66

To the order of: Jesus Martin Susquillpo, 2451 E 300 S, Declo, ID 83323

Authorized Signature

11/22/2024 Check 505708 $1,742.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505709
Payroll Check

Pay this amount: One thousand six hundred five dollars and twenty-eight cents ********** $ ** 1,605.28

To the order of: Martin Martinez Gonzalez, 793 E 2150 S, Declo, ID 83323

Authorized Signature

11/26/2024 Check 505709 $1,605.28

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505710
Payroll Check

Pay this amount: One thousand six hundred ninety-three dollars and forty-five cents **** $ ** 1,693.45

To the order of: Kenedy Martinez Molina, 325 S 2550 E, Declo, ID 83323

Authorized Signature

11/27/2024 Check 505710 $1,693.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505711
Payroll Check

Pay this amount: One thousand seven hundred nine dollars and fourteen cents ************ $ ** 1,709.14

To the order of: Fernando Martinez Ruiz, 705 Oriental Ave Apt B, Burley, ID 83318

Authorized Signature

11/25/2024 Check 505711 $1,709.14

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505712
Payroll Check

Pay this amount: One thousand eight hundred seventy-six dollars and sixty-six cents **** $ ** 1,876.66

To the order of: Oliver Meza Camayo, 2667 E Yale Rd, Declo, ID 83323

Authorized Signature

11/22/2024 Check 505712 $1,876.66

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 115

## CHECK IMAGES (Continued)

11/25/2024 Check 505714 $2,007.65

11/25/2024 Check 505715 $1,588.42

11/26/2024 Check 505716 $1,678.49

11/26/2024 Check 505717 $1,876.66

11/22/2024 Check 505718 $2,078.03

11/22/2024 Check 505719 $1,731.56

11/22/2024 Check 505720 $1,742.66

11/25/2024 Check 505722 $1,850.74

Statements Page 117 of 128

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 116

## CHECK IMAGES (Continued)

11/26/2024 Check 505723 $1,849.84

11/27/2024 Check 505724 $1,801.98

11/25/2024 Check 505725 $1,553.45

11/25/2024 Check 505727 $1,876.66

11/26/2024 Check 505728 $1,678.49

11/22/2024 Check 505729 $1,883.94

11/26/2024 Check 505730 $1,674.25

11/22/2024 Check 505731 $1,538.46

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505732
Payroll Check
Pay this amount: One thousand six hundred twenty-eight dollars and thirty cents ******** $ ** 1,628.30
To the order of: 197614 2000 844 505732 12482
Javier Quispe Tunqui
793 S 2150 E
House #2 Unit C
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505732 $1,628.30

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505733
Payroll Check
Pay this amount: One thousand seven hundred ten dollars and four cents **************** $ ** 1,710.04
To the order of: 197614 2000 1238 505733 12483
Andersson Yover Ramos Curi
2601 E 300 S
Declo, ID 83323
Authorized Signature

11/26/2024 Check 505733 $1,710.04

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505734
Payroll Check
Pay this amount: One thousand eight hundred nineteen dollars and twenty-nine cents ***** $ ** 1,819.29
To the order of: 197614 2000 836 505734 12484
Agustin J. Ramos Paz
2559 E 325 S
Declo, ID 83323
Authorized Signature

11/21/2024 Check 505734 $1,819.29

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505735
Payroll Check
Pay this amount: One thousand eight hundred eighteen dollars and forty-one cents ****** $ ** 1,818.41
To the order of: 197614 2000 2010 505735 12485
Joel Rodriguez Salgado
793 E 2150 S
Declo, ID 83323
Authorized Signature
514 4-21

11/25/2024 Check 505735 $1,818.41

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505736
Payroll Check
Pay this amount: One thousand nine hundred two dollars and forty-one cents ************* $ ** 1,902.41
To the order of: 197614 2000 1781 505736 12486
Nelher Rodriguez Velasque
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/26/2024 Check 505736 $1,902.41

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505738
Payroll Check
Pay this amount: One thousand seven hundred forty-two dollars and sixty-six cents ****** $ ** 1,742.66
To the order of: 197614 2000 1685 505738 12488
Heber Obed Roman Meza
2601 E 300 S
Declo, ID 83323
Authorized Signature

11/22/2024 Check 505738 $1,742.66

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505739
Payroll Check
Pay this amount: Two thousand thirty-seven dollars and sixty-three cents *************** $ ** 2,037.63
To the order of: 197614 2000 1742 505739 12489
Kevin Ruiz Rojas
793 S 2150 E
Unit C
Declo, ID 83323
Authorized Signature

11/21/2024 Check 505739 $2,037.63

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505740
Payroll Check
Pay this amount: One thousand nine hundred forty-one dollars and thirty-nine cents ***** $ ** 1,941.39
To the order of: 197614 2000 1940 505740 12490
Joaquin Naupe Santiago
1418 Elva Ave
Burley, ID 83318
Authorized Signature

11/22/2024 Check 505740 $1,941.39

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505741
Payroll Check
Pay this amount: One thousand five hundred fifty-three dollars and forty-five cents ****
$ ** 1,553.45
To the order of: 197614 2000 2002 505741 12491
Jesus Sedano Ignacio
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505741 $1,553.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505742
Payroll Check
Pay this amount: One thousand four hundred seventy-six dollars and sixty-one cents *****
$ ** 1,476.61
To the order of: 197614 2000 3009 505742 12492
Jose Manuel Solis Acosta
793 E 2150 S
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505742 $1,476.61

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505743
Payroll Check
Pay this amount: One thousand seven hundred forty-five dollars and forty-one cents *****
$ ** 1,745.41
To the order of: 197614 2000 1922 505743 12493
Roger Trudos Parlone
2601 E 300 S
Declo, ID 83323
Authorized Signature

11/21/2024 Check 505743 $1,745.41

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505744
Payroll Check
Pay this amount: One thousand eight hundred eighty dollars and fifty-one cents *********
$ ** 1,880.51
To the order of: 197614 2000 1809 505744 12494
Alcides Uribe Inga
793 E 2150 S
Unit B
Declo, ID 83323
Authorized Signature

11/26/2024 Check 505744 $1,880.51

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505745
Payroll Check
Pay this amount: One thousand six hundred seventy-eight dollars and forty-five cents ***
$ ** 1,678.45
To the order of: 197614 2000 1992 505745 12495
Mario Uribe Inga
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505745 $1,678.45

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505746
Payroll Check
Pay this amount: One thousand five hundred twenty-nine dollars and eighty-eight cents **
$ ** 1,529.88
To the order of: 197614 2000 2013 505746 12496
Alex Vilcapoma Osco
2451 E 300 S
Declo, ID 83323
Authorized Signature

11/25/2024 Check 505746 $1,529.88

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505747
Payroll Check
Pay this amount: One thousand eight hundred twenty dollars and forty-nine cents ********
$ ** 1,820.49
To the order of: 197614 400 1150 505747 12497
Eddy Baam Garcia Ramirez
1410 N Lincoln Ave
Jerome, ID 83338
Authorized Signature

11/22/2024 Check 505747 $1,820.49

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505748
Payroll Check
Pay this amount: Two thousand five hundred ten dollars and twenty-eight cents **********
$ ** 2,510.28
To the order of: 197614 400 9 505748 12498
Jaime Linares
250 W Ave A
Wendell, ID 83355
Authorized Signature

11/21/2024 Check 505748 $2,510.28

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505749
Payroll Check

Pay this amount: One thousand nine hundred forty-one dollars and fifty-three cents *****

$ ** 1,941.53

To the order of: Carlos Humberto Perez Pardo
2914 S 1500 E
Hagerman, ID 83332

Authorized Signature

11/21/2024 Check 505749 $1,941.53

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505750
Payroll Check

Pay this amount: Two thousand one hundred ninety-one dollars and ninety-three cents ****

$ ** 2,191.93

To the order of: Alejandro Sandoval
916 Hob Cat Drive
Jerome, ID 83338

Authorized Signature

11/26/2024 Check 505750 $2,191.93

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505751
Payroll Check

Pay this amount: One thousand nine hundred ninety-four dollars and seventy-seven cents *

$ ** 1,994.77

To the order of: Reyes Soria-Caballero
1005 N Buchanan St
#16
Jerome, ID 83338

Authorized Signature

11/22/2024 Check 505751 $1,994.77

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505752
Payroll Check

Pay this amount: One thousand eight hundred fifty-eight dollars and ninety-five cents **

$ ** 1,858.95

To the order of: Artemio Sotelo
438 6Th Ave W
Wendell, ID 83355

Authorized Signature

11/26/2024 Check 505752 $1,858.95

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505753
Payroll Check

Pay this amount: One thousand eight hundred forty-nine dollars and three cents *********

$ ** 1,849.03

To the order of: Julio Freddi Valdez Tarrillo
7601 W Black Canyon Hwy
Emmett, ID 83617

Authorized Signature

11/21/2024 Check 505753 $1,849.03

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505754
Payroll Check

Pay this amount: One thousand seven hundred twenty-five dollars and twenty-two cents ***

$ ** 1,725.22

To the order of: Leonardo Alejos Ascencio
283 W 125 N
Jerome, ID 83338

Authorized Signature

11/26/2024 Check 505754 $1,725.22

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505755
Payroll Check

Pay this amount: One thousand nine hundred sixty-seven dollars and eight cents *********

$ ** 1,967.08

To the order of: Marco A. Carreno
903 5th Ave E
Jerome, ID 83338

Authorized Signature

11/22/2024 Check 505755 $1,967.08

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505756
Payroll Check

Pay this amount: One thousand six hundred forty-four dollars and forty-one cents ******

$ ** 1,644.41

To the order of: Gilberto Corona Garcia
1506 N McKinley
Jerome, ID 83338

Authorized Signature

11/25/2024 Check 505756 $1,644.41

Account Number XXXXXX7885
Statement Date 11/29/2024
Statement Thru Date 12/01/2024
Page 120

## CHECK IMAGES (Continued)

11/22/2024 Check 505757 $2,008.80

11/22/2024 Check 505759 $1,941.30

11/21/2024 Check 505760 $2,085.84

11/26/2024 Check 505761 $2,029.92

11/21/2024 Check 505762 $1,706.40

11/21/2024 Check 505763 $1,932.77

11/21/2024 Check 505764 $1,548.43

11/26/2024 Check 505765 $1,803.58

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505766
Payroll Check

Pay this amount: One thousand eight hundred thirty-four dollars and three cents ******** $ ** 1,834.03

To the order of: Luis Alfredo Lopez
1316 15th Ave E
Jerome, ID 83338

Authorized Signature

11/25/2024 Check 505766 $1,834.03

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

1825
− 410
− 160
1255

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505767
Payroll Check

Pay this amount: One thousand eight hundred forty-three dollars and seventy-six cents ** $ ** 1,843.76

To the order of: Juan Perez Alvaro
214 E 400 N
Jerome, ID 83338

Authorized Signature

11/21/2024 Check 505767 $1,843.76

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505768
Payroll Check

Pay this amount: Two thousand seven dollars and one cents ****************************** $ ** 2,007.01

To the order of: Genaro Rivera
530 East Ave A
Wendell, ID 83355

Authorized Signature

11/22/2024 Check 505768 $2,007.01

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505770
Payroll Check

Pay this amount: Two thousand seven hundred forty-four dollars and eighty-nine cents *** $ ** 2,744.89

To the order of: Gustavo Barragan
914 E Main St
Apt D
Jerome, ID 83338

Authorized Signature

11/21/2024 Check 505770 $2,744.89

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505771
Payroll Check

Pay this amount: Two thousand six hundred twenty-two dollars and thirty-nine cents ***** $ ** 2,622.39

To the order of: Jesus Barragan
339 W 500 N
Jerome, ID 83338

Authorized Signature

11/26/2024 Check 505771 $2,622.39

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

11/20/24

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505772
Payroll Check

Pay this amount: Two thousand seven hundred fifty-five dollars and five cents ********** $ ** 2,755.05

To the order of: Jose Alfredo Canery Romero
725 18Th Ave
Jerome, ID 83338

Authorized Signature

11/22/2024 Check 505772 $2,755.05

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505773
Payroll Check

Pay this amount: Two thousand four hundred ten dollars and ninety-eight cents ********** $ ** 2,410.98

To the order of: Ramon A. Garzon
747 E 400 S
Jerome, ID 83338

Authorized Signature

11/22/2024 Check 505773 $2,410.98

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338

FIRST FEDERAL SAVING
TWIN FALLS, ID

paylocity

Check Date: November 20, 2024
Check Number: 505774
Payroll Check

Pay this amount: Two thousand nine hundred twenty-seven dollars and ninety cents ******* $ ** 2,927.90

To the order of: Francisco Gonzalez
926 21st Street East
Jerome, ID 83338

Authorized Signature

11/21/2024 Check 505774 $2,927.90

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc VM 11/20/24
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505775
Payroll Check
Pay this amount: Two thousand one hundred seventy-two dollars and forty-four cents *****
$ ** 2,172.44
To the order of: Manuel Herrera Carrillo
300 W Ave D #18
Jerome, ID 83338
Authorized Signature

11/26/2024 Check 505775 $2,172.44

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505776
Payroll Check
Pay this amount: Two thousand four hundred three dollars and seventy-nine cents ********
$ ** 2,403.79
To the order of: Miguel Lagunas Villa
812 E Ave J
Jerome, ID 83338
Authorized Signature

11/22/2024 Check 505776 $2,403.79

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505777
Payroll Check
Pay this amount: Two thousand five hundred sixty-one dollars and forty-seven cents *****
$ ** 2,561.47
To the order of: Jorge Lizarraga
332 N Wendell St
Wendell, ID 83355
Authorized Signature

11/22/2024 Check 505777 $2,561.47

JM 11-20
Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505778
Payroll Check
Pay this amount: Two thousand seven hundred fifty-nine dollars and sixty-five cents ****
$ ** 2,759.65
To the order of: Abraham Lopez Rodriguez
381 Bob Barton Rd #D
Jerome, ID 83338
Authorized Signature

11/26/2024 Check 505778 $2,759.65

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505779
Payroll Check
Pay this amount: Two thousand seven hundred fifty-five dollars and sixty-eight cents ***
$ ** 2,755.68
To the order of: Israel Mucha Cueva
1200 4Th Ave E
Jerome, ID 83338
Authorized Signature

11/26/2024 Check 505779 $2,755.68

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505780
Payroll Check
Pay this amount: Two thousand seven hundred thirty-eight dollars and ninety-eight cents
$ ** 2,738.98
To the order of: Wilfredo Meza
2053 E 3000 S
Wendell, ID 83355
Authorized Signature

11/21/2024 Check 505780 $2,738.98

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505781
Payroll Check
Pay this amount: Two thousand three hundred ninety-two dollars and ninety-eight cents **
$ ** 2,392.98
To the order of: Rosendo Mireles
PO Box 546
Gooding, ID 83330
Authorized Signature

11/22/2024 Check 505781 $2,392.98

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date: November 20, 2024
Check Number: 505782
Payroll Check
Pay this amount: Two thousand two hundred fifty-nine dollars and ninety-five cents *****
$ ** 2,259.95
To the order of: Manuel Oswaldo Maro Sanchez
1720 E 400 S
Jerome, ID 83338
Authorized Signature

11/22/2024 Check 505782 $2,259.95

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505783
Payroll Check
Pay the amount Two thousand two hundred seventy-three dollars and seventy-six cents **
$ ** 2,273.76
To the order of Ismael Pedraza Jorge
37 N 400 W
Jerome, ID 83338
Authorized Signature

11/21/2024 Check 505783 $2,273.76

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505785
Payroll Check
Pay the amount Two thousand eight hundred eighty-four dollars and fifty-five cents ***
$ ** 2,884.55
To the order of Roel Quinonez Cerros
320 E Ave F
Jerome, ID 83338
Authorized Signature

11/25/2024 Check 505785 $2,884.55

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505786
Payroll Check
Pay the amount Two thousand six hundred nineteen dollars and eighty-six cents *******
$ ** 2,619.86
To the order of Saul Quinonez Ingo
2281 E 600 S
Wendell, ID 83355
Authorized Signature

11/26/2024 Check 505786 $2,619.86

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505787
Payroll Check
Pay the amount Two thousand six hundred ninety-six dollars and sixty-nine cents ******
$ ** 2,696.69
To the order of Hernan Ramirez Castro
725 18Th Ave E
Jerome, ID 83338
Authorized Signature

11/22/2024 Check 505787 $2,696.69

Millenkamp Cattle Inc pr 11/20/24
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505788
Payroll Check
Pay the amount Two thousand six hundred fifty-seven dollars and ninety-seven cents ***
$ ** 2,657.97
To the order of German A Ramirez Cordero
725 18Th Ave E
Jerome, ID 83338
Authorized Signature

11/26/2024 Check 505788 $2,657.97

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505789
Payroll Check
Pay the amount Two thousand four hundred eighty-six dollars and twenty-eight cents ***
$ ** 2,486.28
To the order of Hiram Gerardo Saenz
1187 S 14Th St
Ontario, OR 97914
Authorized Signature

11/21/2024 Check 505789 $2,486.28

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
11-20
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505790
Payroll Check
Pay the amount Two thousand seven hundred thirty-seven dollars and fifty-eight cents *
$ ** 2,737.58
To the order of Elder Gilberto Sanchez Flores
725 18Th Ave E
Jerome, ID 83338
Authorized Signature

11/26/2024 Check 505790 $2,737.58

Millenkamp Cattle Inc pr 11-20-24
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
paylocity
Check Date November 20, 2024
Check Number 505791
Payroll Check
Pay the amount Two thousand seven hundred eighty-five dollars and sixty-one cents ****
$ ** 2,785.61
To the order of Rony Alfonso Sanchez Flores
725 18Th Ave E
Jerome, ID 83338
Authorized Signature

11/26/2024 Check 505791 $2,785.61

## CHECK IMAGES (Continued)

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505792
Payroll Check
Pay this amount: Eight hundred three dollars and seven cents
$ ** 803.07
To the order of Ramon Torres
556 6Th Ave E
Wendell, ID 83355
Authorized Signature

11/21/2024 Check 505792 $803.07

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505793
Payroll Check
Pay this amount: One thousand nine hundred twenty-two dollars and ninety-seven cents
$ ** 1,922.97
To the order of Jose J. Acencio Vera
1008 N. Lincoln AVE
Jerome, ID 83338
Authorized Signature

11/22 97

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505794
Payroll Check
Pay this amount: Two thousand five hundred eight dollars and fifty-one cents
$ ** 2,508.51
To the order of Israel Alvarez
926 Trinity Road
Jerome, ID 83338
Authorized Signature

11/21/2024 Check 505794 $2,508.51

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505795
Payroll Check
Pay this amount: One thousand seven hundred thirteen dollars and sixty-two cents
$ ** 1,713.62
To the order of Saul Andrade
269 E 600 N
Jerome, ID 83338
Authorized Signature

11/22/2024 Check 505795 $1,713.62

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505796
Payroll Check
Pay this amount: One thousand eight hundred nine dollars and sixty-one cents
$ ** 1,809.61
To the order of Luis Fernando Cervantes Estrada
914 Buena Apt C
Jerome, ID 83338
Authorized Signature

11/26/2024 Check 505796 $1,809.61

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505797
Payroll Check
Pay this amount: One thousand seven hundred thirty-one dollars and five cents
$ ** 1,731.05
To the order of Jose Chavez Vaca
2816 S 1600 E
Wendell, ID 83355
Authorized Signature

11/25/2024 Check 505797 $1,731.05

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505798
Payroll Check
Pay this amount: One thousand seven hundred sixty-two dollars and eighty-seven cents
$ ** 1,762.87
To the order of Jose Cordero Fernandez
613 6th Ave W
Jerome, ID 83338
Authorized Signature

11/22/2024 Check 505798 $1,762.87

Millenkamp Cattle Inc
471 N 300 W
Jerome, ID 83338
FIRST FEDERAL SAVING
TWIN FALLS, ID
Check Date November 20, 2024
Check Number 505799
Payroll Check
Pay this amount: One thousand six hundred seventy-eight dollars and fifty-seven cents
$ ** 1,678.57
To the order of Martin Dominguez
227 4th Avenue E
Jerome, ID 83338
Authorized Signature

11/21/2024 Check 505799 $1,678.57

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 11/29/2024 |
| Statement Thru Date | 12/01/2024 |
| Page | 125 |

## CHECK IMAGES (Continued)

11/26/2024 Check 505800 $1,864.74

11/22/2024 Check 505801 $1,624.09

11/22/2024 Check 505802 $2,024.32

11/21/2024 Check 505803 $1,550.93

11/26/2024 Check 505804 $1,835.82

11/22/2024 Check 505805 $2,047.82

11/26/2024 Check 505806 $1,719.58

11/26/2024 Check 505807 $1,219.02

Account Number        XXXXXX7885
Statement Date        11/29/2024
Statement Thru Date   12/01/2024
Page                  126

## CHECK IMAGES (Continued)



11/21/2024    Check 505808    $1,756.40



11/25/2024    Check 505809    $1,956.81



11/20/2024    Check 505810    $2,585.95



11/21/2024    Check 505811    $1,582.98



11/21/2024    Check 505812    $1,833.70



11/26/2024    Check 505813    $1,875.65



11/26/2024    Check 505814    $1,809.81



11/22/2024    Check 505815    $1,952.42

## CHECK IMAGES (Continued)

11/22/2024 Check 505816 $1,709.89

11/21/2024 Check 505817 $2,285.48

11/22/2024 Check 505818 $1,971.57

11/20/2024 Check 505819 $1,009.37

11/25/2024 Check 505820 $2,031.15

11/22/2024 Check 505822 $903.91

11/22/2024 Check 505824 $1,627.13