Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      Robert.richards@dentons.com
      Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>    Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Chapter 11<br><br>[NO HEARING REQUIRED]<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
|---|---|

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 – Page 1

**JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024**

Johnson May (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of November 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A. The Firm is Local Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B. The Firm billed a total of $10,170.00 in fees and expenses during the Application Period. The total fees represent 26.70 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| November 1-30, 2024 | $10,170.00 | $0.00 | $10,170.00 |

C. Accordingly, the Firm seeks allowance of interim compensation in the amount of $7,627.50 at this time. This total is comprised as follows: $7,627.50 (75% of the fees for services rendered) plus $0.00 (100% of the expenses incurred).

D. Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E.     Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

F.     The Firm no longer holds funds in its client trust account on behalf of the Debtor, as previous applications exceeded the initial retainer payment from the Debtor. The Debtor will pay the full requested amount of $7,627.50 from its accounts at its discretion.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: December 30, 2024

          /s/ Matt Christensen
JOHNSON MAY
Matthew T. Christensen

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 30th day of December, 2024, I caused to be served a true and correct copy of the foregoing JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

    /s/ Matt Christensen
Matthew T. Christensen

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| DATE | PROF | DESCRIPTION | UNITS | RATE | VALUE |
| **B110 CASE ADMINISTRATION** | | | | | |
| 11/6/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Phone call with client team (.8); emails with Alex Caval re: AMEX claim amounts (.2). | 1.00 | $425.00 | $425.00 |
| 11/7/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Call with client team (.3); call with RAF counsel (.5). | 0.80 | $425.00 | $340.00 |
| 11/8/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Teams call with Sandton counsel (.5); emails with client and others (.3). | 0.80 | $425.00 | $340.00 |
| 11/11/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Call with client and professionals (.5); prepare and file Mtn to Shorten Time and Notice of Hearings (.4); call with client (.5). | 1.40 | $425.00 | $595.00 |
| 11/14/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Daily phone call with client team (.7); followup on exclusivity stipulation (.2). | 0.90 | $425.00 | $382.50 |
| 11/19/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Prepare and file Status Report (includes time for discussion with co-counsel) (.5); update and file Stip re: exclusivity and submit proposed order (.3). | 0.80 | $425.00 | $340.00 |
| 11/20/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Daily call with clients (.5); follow-up emails with clients and others re: 11/21 hearing (.3). | 0.80 | $425.00 | $340.00 |
| 11/21/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Call with client team (.7); attend status hearing (.5). | 1.20 | $425.00 | $510.00 |
| 11/22/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Call with client team (.7); review and update MORs (.3). | 1.00 | $425.00 | $425.00 |
| 11/25/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Daily call with client team (.4); call with Sandton's counsel (.5). | 0.90 | $425.00 | $382.50 |
| 11/25/2024 | Allison Daniels | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Analyze and finalize Black Pine Cattle October MOR. | 0.10 | $150.00 | $15.00 |
| 11/25/2024 | Allison Daniels | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Analyze and finalize Millenkamp Enterprises October MOR. | 0.10 | $150.00 | $15.00 |
| 11/25/2024 | Allison Daniels | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Analyze and finalize Idaho Jersey Girls Jerome Dairy October MOR. | 0.10 | $150.00 | $15.00 |
| 11/25/2024 | Allison Daniels | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Analyze and finalize Idaho Jersey Girls October MOR. | 0.10 | $150.00 | $15.00 |
| 11/25/2024 | Allison Daniels | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Analyze and finalize Goose Ranch October MOR. | 0.10 | $150.00 | $15.00 |
| 11/25/2024 | Allison Daniels | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Analyze and finalize Millenkamp Family October MOR. | 0.10 | $150.00 | $15.00 |
| 11/25/2024 | Allison Daniels | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Analyze and finalize Millenkamp Properties II October MOR. | 0.10 | $150.00 | $15.00 |
| 11/25/2024 | Allison Daniels | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Analyze and finalize Millenkamp Properties October MOR. | 0.10 | $150.00 | $15.00 |
| 11/25/2024 | Allison Daniels | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Analyze and finalize East Valley Cattle October MOR. | 0.10 | $150.00 | $15.00 |
| 11/25/2024 | Allison Daniels | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Analyze Millenkamp Cattle October bank statements (1.1); Finalize Millenkamp Cattle October MOR (0.1). | 1.20 | $150.00 | $180.00 |
| 11/26/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Call with client team (.3); call with UCC professionals (.3). | 0.60 | $425.00 | $255.00 |
| 11/4/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Call with clients (.3); call with Rabo counsel (.5). | 0.80 | $425.00 | $340.00 |
| 11/5/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Phone call with client (.3); phone call with co-counsel (.3). | 0.60 | $425.00 | $255.00 |
| 11/18/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Call with client team (.5) | 0.50 | $425.00 | $212.50 |
| 11/29/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Initial Review of Mtn for Ch. 11 Trustee. | 0.40 | $425.00 | $170.00 |
| | | Total: | 14.60 | | $5,627.50 |
| **B150 MEETING AND COMMUNICATIONS W/CREDITORS** | | | | | |
| 11/12/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Call with MetLife counsel (.5); call with Rabo counsel (.3). | 0.80 | $425.00 | $340.00 |
| 11/13/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Call with UCC team. (.4); call with MetLife attorneys (.2). | 0.60 | $425.00 | $255.00 |
| 11/15/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Review letter from RAF counsel (.2); emails with client and other creditors (.2). | 0.40 | $425.00 | $170.00 |
| 11/19/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Call with UCC professionals (.5); call with Sandton counsel (.2); call with Glanbia's counsel (.1). | 0.80 | $425.00 | $340.00 |
| | | Total: | 2.60 | | $1,105.00 |
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 11/6/2024 | Allison Daniels | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Analyze October time entries (0.5); Prepare Exhibit B to October Fee Application (0.3). | 0.80 | $150.00 | $120.00 |
| 11/6/2024 | Allison Daniels | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK        Prepare October Cover Sheet (0.2); Prepare October Notice of Fee Application (0.2). | 0.40 | $150.00 | $60.00 |

| Date | Attorney | Description | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/7/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK file monthly fee app. | Finalize and | 0.30 | $425.00 | $127.50 |
| | | | **Total:** | **1.50** | | **$307.50** |
| **B190 OTHER CONTESTED MATTERS (EXCLUDING ASSUMPTION/REJECTION MOTIONS)** | | | | | | |
| 11/30/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK re: cases in Mtn for Ch. 11 Trustee.. | Research | 1.50 | $425.00 | $637.50 |
| | | | **Total:** | **1.50** | | **$637.50** |
| **B210 BUSINESS OPERATIONS** | | | | | | |
| 11/7/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK draft Mtn to Extend Exclusive Solicitation period (.4); prepare draft Mtn to Approve lease amendment (Burks Tractor) (.8). | Revise | 1.20 | $425.00 | $510.00 |
| 11/11/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK file Mtn re Amended Lease (.3); email client team re: 3rd cash collateral motion (.1). | Finalize and | 0.40 | $425.00 | $170.00 |
| 11/15/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK file Third Cash Collateral Motion (.7); prepare and file NOH re: same (.2). | Draft and | 0.90 | $425.00 | $382.50 |
| | | | **Total:** | **2.50** | | **$1,062.50** |
| **B320 PLAN & DISCLOSURE STATEMENT** | | | | | | |
| 11/4/2024 | Suzie Jaderholm | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK drafting Motion to extend solicitation period and notice of motion and hearing. | Completed | 1.20 | $200.00 | $240.00 |
| 11/11/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK file Exclusive Solicitation Motion (.3); prepare and file withdrawal of Disclosure Statement (.2). | Finalize and | 0.50 | $425.00 | $212.50 |
| 11/13/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK circulate Stip re: exclusivity (.3). | Prepare and | 0.30 | $425.00 | $127.50 |
| 11/9/2024 | Matt Christensen | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK re: post-petition priming liens. | Research | 2.00 | $425.00 | $850.00 |
| | | | **Total:** | **4.00** | | **$1,430.00** |
| | | | **GRAND TOTAL:** | **26.70** | | **10,170.00** |
| | | **Staff Summary:** | | | | |
| | Matt Christensen | Matthew T. Christensen | | 22.20 | $425.00 | $9,435.00 |
| | Suzie Jaderholm | Suzie Jaderholm | | 1.20 | $200.00 | $240.00 |
| | Allison Daniels | Allison R. Daniels | | 3.30 | $150.00 | $495.00 |
| | | | | 26.70 | | $10,170.00 |