Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Tel/Fax: (208) 667-2900
Email: banderson@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
      golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtors. | Case No. 24-40158-NGH<br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | |

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2024 THROUGH <u>NOVEMBER 30, 2024</u>**

O'Melveny & Myers LLP (the "<u>Firm</u>") hereby submits its Cover Sheet Application (the "<u>Application</u>") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the period November 1, 2024 and ending November 20, 2024 (the "<u>Application Period</u>") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "<u>Order Establishing Interim Fee Procedures</u>"). In support of the Application, the Firm respectfully represents as follows:

1. The Firm is counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "<u>Debtor</u>"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of $53,801.17 in fees and expenses during the Application Period. The total fees represent 51.7 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| November 1, 2024 – November 30, 2024 | $53,801.17 | $0.00 | $53,801.17 |

3.      Accordingly, the Firm seeks allowance of interim compensation in the amount of $40,350.88 at this time. This total is comprised as follows: $53,801.17 (75% of the fees for services rendered; no expenses incurred).

4.      Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: December 30, 2024

*/s/ Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

*/s/ Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 - 4

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 30th day of December 2024.    /s/ *Bruce A. Anderson*
                                          Bruce A. Anderson

## Exhibit A

Invoices

# O'Melveny

O'Melveny & Myers LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071-2899

T: +1 213 430 6000
F: +1 213 430 6407
omm.com

DAN NOBLE
MILLENKAMP CATTLE UNSECURED CREDITORS'
COMMITTEE
P.O. BOX 475
RUPERT, ID 83350

December 26, 2024

**MILLENKAMP CATTLE CHAPTER 11**

For Professional Services Rendered Through November 30, 2024

| | |
|---|---:|
| Total Fees | $63,295.50 |
| Less 15% Discount | (9,494.33) |
| **Total Fees After Adjustment** | **$53,801.17** |
| **Total Current Invoice** | **$53,801.17** |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

12/10/24
Invoice: 1194475
Page No. 2

# MILLENKAMP CATTLE CHAPTER 11

For Professional Services Rendered Through November 30, 2024

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| **B120 ASSET ANALYSIS & RECOVERY** | | | | |
| 11/04/24 | D LEAL | CORRESPONDENCE W/ N. MOLNER AND D. KELLY RE: CONTERRA AND UCC CLAIMS; | 0.2 | 172.00 |
| 11/04/24 | N MOLNER | COMMUNICATIONS WITH G. OLIVERA REGARDING RECOVERY ANALYSIS RESEARCH | 0.1 | 107.00 |
| 11/04/24 | D KELLY | REVIEW AND ANALYZE CONTERRA LOAN AGREEMENT/INTERCREDITORS RE: EOD WATERFALL | 1.8 | 1,926.00 |
| 11/05/24 | D KELLY | REVIEW CONTERRA DOCUMENTS RE: EOD WATERFALL/EQUITY PAYOUT PROVISION (2.7); DRAFT SUMMARY RE: SAME (1.1); EMAILS RE: SAME (.5) | 4.3 | 4,601.00 |
| 11/05/24 | N MOLNER | ANALYZE CONTERRA LOAN DOCUMENTS TO DETERMINE PRIORITY | 0.2 | 214.00 |
| 11/05/24 | G OLIVERA | REVIEW, ANALYZE, AND EDIT LIEN REVIEW MEMO | 0.9 | 1,138.50 |
| 11/07/24 | N MOLNER | REVIEW AND ANALYZE CONTERRA LOAN DOCUMENTS TO DETERMINE LOAN PRIORITY | 0.5 | 535.00 |
| 11/07/24 | N MOLNER | DRAFT MEMO REGARDING CONTERRA LOAN PRIORITY | 0.5 | 535.00 |
| 11/07/24 | D KELLY | ANALYSIS RE: CONTERRA MEZZ DEBT | 1.2 | 1,284.00 |
| 11/08/24 | N MOLNER | REVISE CONTERRA LOAN ANALYSIS MEMO PER COMMENTS FROM G. OLIVERA | 1.0 | 1,070.00 |
| Total | **B120 ASSET ANALYSIS & RECOVERY** | | **10.7** | **11,582.50** |
| **B150 MEETINGS OF & COMMUNICATION W/ CREDITORS** | | | | |
| 11/01/24 | J GURULE | UCC MEETING | 0.4 | 554.00 |
| 11/01/24 | N MOLNER | ATTEND WEEKLY CALL WITH UCC AND OMM TEAM | 0.4 | 428.00 |
| 11/01/24 | G OLIVERA | PARTICIPATE IN WEEKLY CONFERENCE CALL WITH THE CREDITORS' COMMITTEE | 0.4 | 506.00 |
| 11/01/24 | M KREMER | PREPARE FOR (.3) AND ATTEND WEEKLY COMMITTEE CALL (.4) | 0.7 | 983.50 |
| 11/05/24 | N MOLNER | ATTEND WEEKLY CALL WITH UCC MEMBERS AND OMM TEAM | 0.5 | 535.00 |
| 11/05/24 | J GURULE | WEEKLY UCC MEETING | 0.5 | 692.50 |
| 11/05/24 | G OLIVERA | PARTICIPATE IN WEEKLY COMMITTEE MEETING | 0.5 | 632.50 |
| 11/05/24 | M KREMER | WEEKLY CALL WITH UCC | 0.5 | 702.50 |
| 11/11/24 | G OLIVERA | DRAFT AND EDIT SUMMARY FOR COMMITTEE RE: RECENTLY FILED PLEADINGS | 0.6 | 759.00 |
| 11/13/24 | J GURULE | WEEKLY UCC MEETING | 0.9 | 1,246.50 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

12/10/24  
Invoice: 1194475  
Page No. 3

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/13/24 | J GURULE | CONFERENCE CALL WITH DEBTORS' ADVISORS RE PLAN STRATEGY | 0.5 | 692.50 |
| 11/15/24 | N MOLNER | ATTEND WEEKLY MEETING WITH COMMITTEE, OMM TEAM, AND ARMORY TEAM | 0.9 | 963.00 |
| 11/15/24 | G OLIVERA | PARTICIPATE IN WEEKLY COMMITTEE MEETING | 0.9 | 1,138.50 |
| 11/15/24 | M KREMER | MILLENKAMP WEEKLY COMMITTEE CALL | 0.9 | 1,264.50 |
| 11/21/24 | J GURULE | STANDING UCC MEETING | 0.4 | 554.00 |
| 11/21/24 | G OLIVERA | ATTEND STANDING COMMITTEE MEETING | 0.4 | 506.00 |
| 11/21/24 | G OLIVERA | DRAFT AGENDA FOR COMMITTEE MEETING | 0.2 | 253.00 |
| 11/21/24 | N MOLNER | ATTEND WEEKLY COMMITTEE AND OMM TEAM CALL | 0.4 | 428.00 |
| 11/26/24 | G OLIVERA | EMAIL CASE UPDATE TO THE UNSECURED CREDITORS' COMMITTEE | 0.4 | 506.00 |
| 11/30/24 | N MOLNER | DRAFT EMAIL TO COMMITTEE REGARDING RABO MOTION TO APPOINT CHAPTER 11 TRUSTEE | 0.2 | 214.00 |
| Total | B150 MEETINGS OF & COMMUNICATION W/ CREDITORS | | 10.6 | 13,559.00 |

**B160 FEE/EMPLOYMENT APPLICATIONS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/06/24 | N MOLNER | PREPARE CHART OF FILED FEE APPLICATIONS AND AMOUNTS PAID | 0.5 | 535.00 |
| 11/13/24 | N MOLNER | REVIEW AND COMMENT ON ARMORY FIRST INTERIM FEE APPLICATION | 1.4 | 1,498.00 |
| 11/20/24 | N MOLNER | REVIEW AND COMMENT ON ARMORY FEE APPLICATION | 0.6 | 642.00 |
| 11/22/24 | G OLIVERA | EMAIL ARMORY TEAM RE: INTERIM FEE APPLICATION | 0.2 | 253.00 |
| 11/22/24 | M KREMER | REVIEW ARMORY FEE APPLICATION | 0.2 | 281.00 |
| 11/22/24 | N MOLNER | REVISE COMMENTS TO ARMORY FIRST INTERIM FEE APP | 0.5 | 535.00 |
| 11/25/24 | G OLIVERA | REVIEW AND EDIT OMM'S OCTOBER 2024 BILL | 0.9 | 1,138.50 |
| 11/26/24 | G OLIVERA | EDIT OMM OCTOBER 2024 BILL | 0.3 | 379.50 |
| 11/26/24 | G OLIVERA | DRAFT OMM'S OCTOBER 2024 COVER SHEET AND FEE NOTICE | 0.7 | 885.50 |
| Total | B160 FEE/EMPLOYMENT APPLICATIONS | | 5.3 | 6,147.50 |

**B185 ASSUMPTION/REJECTION LEASES/CONTRACTS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/11/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' MOTION TO AMEND BURKS EQUIPMENT LEASE | 0.4 | 506.00 |
| Total | B185 ASSUMPTION/REJECTION LEASES/CONTRACTS | | 0.4 | 506.00 |

**B190 OTHER CONTESTED MATTERS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/21/24 | G OLIVERA | ATTEND NOVEMBER OMNIBUS HEARING | 0.5 | 632.50 |
| 11/21/24 | M KREMER | OMNIBUS HEARING | 0.5 | 702.50 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

12/10/24  
Invoice: 1194475  
Page No. 4

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/29/24 | G OLIVERA | REVIEW AND ANALYZE RABO'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE | 0.7 | 885.50 |
| 11/29/24 | N MOLNER | REVIEW AND ANALYZE RABO MOTION TO APPOINT CHAPTER 11 TRUSTEE | 0.6 | 642.00 |
| 11/29/24 | N MOLNER | DRAFT CLIENT-FACING SUMMARY OF RABO MOTION TO APPOINT CHAPTER 11 TRUSTEE | 0.4 | 428.00 |
| 11/30/24 | G OLIVERA | EDIT SUMMARY FOR COMMITTEE RE: RABO'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE | 0.3 | 379.50 |
| **Total** | **B190 OTHER CONTESTED MATTERS** | | **3.0** | **3,670.00** |

**B210 BUSINESS OPERATIONS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/12/24 | G OLIVERA | REVIEW AND ANALYZE NOTICE OF MILLENKAMP VEHICLE PURCHASE | 0.2 | 253.00 |
| **Total** | **B210 BUSINESS OPERATIONS** | | **0.2** | **253.00** |

**B230 FINANCING/CASH COLLATERAL**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/24 | G OLIVERA | REVIEW AND ANALYZE ARMORY ANALYSIS RE: WEEKLY VARIANCE REPORTING | 0.4 | 506.00 |
| 11/14/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' WEEKLY VARIANCE REPORTING | 0.6 | 759.00 |
| 11/15/24 | N MOLNER | DRAFT CLIENT-FACING SUMMARY OF THIRD MOTION TO USE CASH COLLATERAL | 0.5 | 535.00 |
| 11/15/24 | G OLIVERA | EDIT SUMMARY FOR THE COMMITTEE RE: DEBTORS' THIRD CASH COLLATERAL MOTION | 0.2 | 253.00 |
| 11/15/24 | G OLIVERA | COMMUNICATIONS WITH B. ANDERSON RE: CASH COLLATERAL HEARING | 0.2 | 253.00 |
| 11/15/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' THIRD CASH COLLATERAL MOTION | 0.3 | 379.50 |
| 11/20/24 | G OLIVERA | REVIEW DEBTORS' WEEKLY VARIANCE REPORTING | 0.4 | 506.00 |
| 11/29/24 | G OLIVERA | REVIEW RABO'S SUPPLEMENT TO OBJECTION TO DEBTORS' CONTINUED USE OF CASH COLLATERAL AND MOTION TO TERMINATE EXCLUSIVITY | 0.4 | 506.00 |
| **Total** | **B230 FINANCING/CASH COLLATERAL** | | **3.0** | **3,697.50** |

**B320 PLAN & DISCLOSURE STATEMENT**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/24 | J GURULE | CONFERENCE CALL WITH M. KREMER RE PLAN STRATEGY | 0.1 | 138.50 |
| 11/04/24 | J GURULE | CONFERENCE CALL WITH M. KREMER RE PLAN STRATEGY | 0.3 | 415.50 |
| 11/04/24 | G OLIVERA | CONFER WITH OMM TEAM RE: PLAN STRATEGY | 0.2 | 253.00 |
| 11/04/24 | M KREMER | ADDRESS PLAN/DISCLOSURE ISSUES (.5); CALL WITH CONTERRA COUNSEL AND J. GURULE RE: CASE STATUS AND NEXT STEPS (.6) | 1.1 | 1,545.50 |
| 11/05/24 | J GURULE | WEEKLY CALL WITH DEBTORS' ADVISORS RE: PLAN STRATEGY | 0.4 | 554.00 |

# O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

12/10/24
Invoice: 1194475
Page No. 5

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/05/24 | G OLIVERA | PARTICIPATE IN MEETING WITH DEBTORS' COUNSEL RE: PLAN STRATEGY | 0.4 | 506.00 |
| 11/05/24 | M KREMER | ANALYSIS OF CONTERRA DEBT DOCUMENTS AND POTENTIAL CHALLENGES | 0.5 | 702.50 |
| 11/05/24 | M KREMER | WEEKLY CALL WITH DEBTORS' COUNSEL RE: PLAN STRATEGIES | 0.4 | 562.00 |
| 11/07/24 | G OLIVERA | EDIT MEMORANDUM RE: SECURED CREDITORS' RIGHTS IN CONNECTION WITH PLAN STRATEGY | 0.8 | 1,012.00 |
| 11/07/24 | G OLIVERA | COMMUNICATIONS WITH OMM TEAM RE: PLAN STRATEGY | 0.4 | 506.00 |
| 11/07/24 | G OLIVERA | REVIEW AND ANALYZE SECURED LENDERS' LOAN DOCUMENTATION IN CONNECTION WITH PLAN STRATEGY | 3.1 | 3,921.50 |
| 11/08/24 | G OLIVERA | EDIT MEMORANDUM RE: SECURED CREDITORS' RIGHTS IN CONNECTION WITH PLAN STRATEGY | 0.6 | 759.00 |
| 11/08/24 | M KREMER | REVIEW AND REVISE MEMORANDUM ON POTENTIAL SUBORDINATION ISSUES AND EMAILS WITH OMM TEAM | 1.2 | 1,686.00 |
| 11/10/24 | G OLIVERA | REVIEW, ANALYZE, AND MARK UP DEBTORS' DISCLOSURE STATEMENT | 2.1 | 2,656.50 |
| 11/11/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' MOTION TO EXTEND EXCLUSIVITY | 0.6 | 759.00 |
| 11/11/24 | M KREMER | EMAILS WITH J. GURULE AND G. OLIVERA RE: WITHDRAWAL OF DS/PLAN AND NEXT STEPS | 0.2 | 281.00 |
| 11/13/24 | G OLIVERA | PARTICIPATE IN WEEKLY CONFERENCE CALL WITH THE DEBTORS' COUNSEL RE: PLAN STRATEGY | 0.6 | 759.00 |
| 11/13/24 | G OLIVERA | PREPARE FOR MEETING WITH DEBTORS' COUNSEL RE: PENDING PLAN MATTERS | 0.3 | 379.50 |
| 11/13/24 | G OLIVERA | REVIEW STIPULATION RE: EXCLUSIVE SOLICITATION PERIOD | 0.2 | 253.00 |
| 11/14/24 | N MOLNER | ATTEND WEEKLY CALL WITH DEBTORS' PROFESSIONALS RE: PLAN STRATEGY | 0.6 | 642.00 |
| 11/15/24 | G OLIVERA | REVIEW AND ANALYZE RABO LETTER TO DEBTORS RE: PLAN FEASIBILITY | 0.3 | 379.50 |
| 11/15/24 | G OLIVERA | REVIEW AND EDIT DECK RE: PLAN STRATEGY AND WEEKLY VARIANCE | 0.4 | 506.00 |
| 11/19/24 | N MOLNER | ATTEND MEETING WITH DEBTORS AND PROFESSIONALS RE: PLAN STRATEGY | 0.5 | 535.00 |
| 11/19/24 | J GURULE | WEEKLY CALL W DEBTORS RE PLAN PROSPECTS | 0.5 | 692.50 |
| 11/19/24 | M KREMER | WEEKLY CALL WITH DEBTORS COUNSEL RE PLAN STRATEGY (.5); EMAILS WITH OMM TEAM RE: PLAN ALTERNATIVES (.2) | 0.7 | 983.50 |
| 11/21/24 | J GURULE | CONFERENCE CALL WITH D. MCDONALD RE PLAN STATUS | 0.2 | 277.00 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

12/10/24
Invoice: 1194475
Page No. 6

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/26/24 | J GURULE | CONFERENCE CALL WITH A. BURNS RE PLAN STATUS | 0.2 | 277.00 |
| 11/26/24 | G OLIVERA | PARTICIPATE IN WEEKLY CONFERENCE CALL WITH DEBTORS' COUNSEL RE: PLAN STRATEGY | 0.3 | 379.50 |
| 11/26/24 | N MOLNER | ATTEND WEEKLY MEETING WITH OMM TEAM AND DEBTORS COUNSEL AND PROFESSIONALS RE: PLAN STRATEGY | 0.3 | 321.00 |
| 11/26/24 | M KREMER | WEEKLY CALL WITH DEBTORS COUNSEL RE: PLAN STRATEGY (.3); REVIEW AND REVISE SUMMARY TO COMMITTEE RE: PLAN (.2) | 0.5 | 702.50 |
| 11/29/24 | N MOLNER | REVIEW AND ANALYZE AMENDED PLAN | 0.5 | 535.00 |
| Total | | B320 PLAN & DISCLOSURE STATEMENT | 18.5 | 23,880.00 |
| Total | | | 51.7 | $63,295.50 |

Less 15% Discount                                                                                              (9,494.33)

Total Fees After Adjustment                                                                                    53,801.17

**Total Current Invoice**                                                                                      **$53,801.17**

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

12/10/24
Invoice: 1194475
Page No. 7

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| MATTHEW P. KREMER | Partner | 1,405.00 | 7.4 | 10,397.00 |
| JULIAN GURULE | Partner | 1,385.00 | 4.4 | 6,094.00 |
| **Total for Partner** | | | **11.8** | **16,491.00** |
| GABRIEL L. OLIVERA | Counsel | 1,265.00 | 21.3 | 26,944.50 |
| **Total for Counsel** | | | **21.3** | **26,944.50** |
| DECLAN P. KELLY | Associate | 1,070.00 | 7.3 | 7,811.00 |
| NICOLE MOLNER | Associate | 1,070.00 | 11.1 | 11,877.00 |
| DANIEL W. LEAL | Associate | 860.00 | 0.2 | 172.00 |
| **Total for Associate** | | | **18.6** | **19,860.00** |
| **Total** | | | **51.7** | **63,295.50** |