Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Tel/Fax: (208) 667-2900
Email: banderson@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
        golivera@omm.com

*Attorneys for the Official Committee of*
*Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 - 1

| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome |
| ☐ Idaho Jersey Girls Jerome Dairy | Dairy) |

## ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION FOR THE MONTH OF NOVEMBER 2024

Armory Securities, LLC (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation for the month of November 2024 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1.      The Firm is financial advisor to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2.      The Firm billed a total of $45,620.00 in fees during the Application Period. The total fees represent 86.00 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Total |
|--------|------|-------|
| November | $45,620.00 | $45,620.00 |

3.      Accordingly, the Firm seeks allowance of interim compensation in the amount of $34,215.00 at this time. This total is comprised as follows: $34,215.00 (75% of the fees for services rendered).

4.      Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: December 30, 2024

*/s/ Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

*/s/ Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 30th day of December 2024.        */s/ Bruce A. Anderson*
                                                                    Bruce A. Anderson

## Exhibit A

Invoices

**Armory Securities, LLC**

200 N Pacific Coast Hwy Ste 1525
El Segundo, CA 90245



## INVOICE

BILL TO
Millenkamp Cattle, Inc.

| | |
|---|---|
| INVOICE | 1243 |
| DATE | 11/30/2024 |
| TERMS | Due on receipt |
| DUE DATE | 12/01/2024 |

| DESCRIPTION | AMOUNT |
|---|---|
| Professional Services Rendered Through November 30, 2024 | 45,620.00 |

Please remit payment to:
Armory Securities, LLC
Attn: Janna Spears
200 N Pacific Coast Highway, Ste 1525
El Segundo, CA 90245
(310) 220-8400
Tax I.D. # 20-8998058

**BALANCE DUE**    **$45,620.00**

Or wire funds to:
Bank Name: JP Morgan Chase
Branch: San Francisco, CA
ABA/SWIFT #: 321-081-669
Account #: 80006011938
Account Name: Armory Securities, LLC

Armory Securities, LLC
Invoice: 1243
Page No. 2

**Millenkamp Cattle**
**For Professional Services Rendered Through November 30, 2024**

| Date | Description | First Name | Last Name | Hours | Amount |
|------|-------------|------------|-----------|-------|--------|
| 11/1/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 11/1/2024 | Prepare and distribute UCC report | Douglas | McDonald | 1 | 795.00 |
| 11/1/2024 | Kander call | Dave | Clark | 0.5 | 397.50 |
| 11/1/2024 | Call with Kander | Jeff | Choi | 0.5 | 237.50 |
| 11/1/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 11/1/2024 | variance analysis | Martin | Manasherob | 2 | 750.00 |
| 11/1/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 11/7/2024 | Review weekly report | Douglas | McDonald | 0.5 | 397.50 |
| 11/7/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 11/8/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 11/8/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 11/8/2024 | Meeting with Kander | Jeff | Choi | 0.5 | 237.50 |
| 11/8/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 11/8/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 11/13/2024 | Follow-up on revised plan considerations | Douglas | McDonald | 0.5 | 397.50 |
| 11/14/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 11/14/2024 | Review model of Sandton proposal | Douglas | McDonald | 1 | 795.00 |
| 11/14/2024 | Weekly variance review and prep for UCC meeting | Douglas | McDonald | 1 | 795.00 |
| 11/14/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 11/14/2024 | Meeting with Kander | Jeff | Choi | 0.5 | 237.50 |
| 11/14/2024 | Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 11/14/2024 | Plan of Reorganization Analysis | Jeff | Choi | 6 | 2,850.00 |
| 11/14/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 11/14/2024 | variance analysis WE 11.08 | Martin | Manasherob | 2.5 | 937.50 |
| 11/15/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 11/15/2024 | variance analysis notes / clean up | Martin | Manasherob | 1 | 375.00 |
| 11/18/2024 | Plan Sync Up with Julian at OMM | Douglas | McDonald | 0.5 | 397.50 |
| 11/18/2024 | Messages to financial advisors | Douglas | McDonald | 0.25 | 198.75 |
| 11/18/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 11/19/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 11/20/2024 | Call to David Heida and type notes | Douglas | McDonald | 0.75 | 596.25 |
| 11/20/2024 | Type notes from Juanita MET call | Douglas | McDonald | 0.5 | 397.50 |
| 11/20/2024 | Plan of Reorganization Analysis | Jeff | Choi | 2 | 950.00 |
| 11/21/2024 | Armory Kander DIP Budget and Variance Call | Dave | Clark | 0.5 | 397.50 |
| 11/21/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 11/21/2024 | Review weekly cash report | Douglas | McDonald | 0.5 | 397.50 |
| 11/21/2024 | Call with Julian on hearing prep | Douglas | McDonald | 0.25 | 198.75 |
| 11/21/2024 | Armory Kander Millenkamp Omnibus Hearing | Martin | Manasherob | 0.5 | 187.50 |
| 11/21/2024 | Prep for Millenkamp Omnibus Hearing | Martin | Manasherob | 0.5 | 187.50 |
| 11/21/2024 | Prep - Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.25 | 93.75 |
| 11/21/2024 | variance report WE 11.15 | Martin | Manasherob | 3 | 1,125.00 |
| 11/21/2024 | Plan Summary updates | Martin | Manasherob | 3.5 | 1,312.50 |
| 11/21/2024 | Meeting with Kander | Jeff | Choi | 0.5 | 237.50 |
| 11/21/2024 | Plan of Reorganization Analysis | Jeff | Choi | 1 | 475.00 |
| 11/21/2024 | Prep for UCC Meeting | Jeff | Choi | 0.5 | 237.50 |
| 11/21/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 11/21/2024 | Prep for Millenkamp Omnibus Hearing | Melissa | Chu | 0.5 | 262.50 |
| 11/25/2024 | Armory / Kander - MillenKamp Catchup | Douglas | McDonald | 0.5 | 397.50 |
| 11/25/2024 | Review financial model | Douglas | McDonald | 0.5 | 397.50 |
| 11/25/2024 | Armory / Kander - MillenKamp Catchup | Martin | Manasherob | 0.5 | 187.50 |
| 11/25/2024 | Meeting with Kander | Jeff | Choi | 0.5 | 237.50 |
| 11/25/2024 | Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 11/25/2024 | Armory / Kander - MillenKamp Catchup | Melissa | Chu | 0.5 | 262.50 |
| 11/25/2024 | Preparation and Review of case materials | Melissa | Chu | 1 | 525.00 |
| 11/26/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| | **Business Analysis** | | | | **26,815.00** |
| 11/21/2024 | Millenkamp Omnibus Hearing (Telephonic) | Douglas | McDonald | 0.5 | 397.50 |
| 11/21/2024 | Millenkamp Omnibus Hearing (Telephonic) | Martin | Manasherob | 0.5 | 187.50 |
| 11/21/2024 | Omnibus hearing | Jeff | Choi | 0.5 | 237.50 |
| 11/21/2024 | Millenkamp Omnibus Hearing (Telephonic) | Melissa | Chu | 0.5 | 262.50 |
| | **Case Administration** | | | | **1,085.00** |
| 11/13/2024 | Review of October hours | Martin | Manasherob | 1 | 375.00 |

Armory Securities, LLC
Invoice: 1243
Page No.3

| Date | Description | First | Last | Hours | Amount |
|---|---|---|---|---|---|
| 11/14/2024 | Time entry review | Martin | Manasherob | 1 | 375.00 |
| 11/18/2024 | Janna Millenkamp billing discussion | Douglas | McDonald | 0.5 | 397.50 |
| 11/18/2024 | Janna Millenkamp billing discussion | Melissa | Chu | 0.5 | 262.50 |
| 11/18/2024 | Billing updates | Melissa | Chu | 1 | 525.00 |
| | **Fee/Employment Applications** | | | | **1,935.00** |
| 11/1/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 11/1/2024 | Millenkamp Debtors/UCC Professionals Standing Call - joined late | Dave | Clark | 0.5 | 397.50 |
| 11/1/2024 | UCC Meeting | Jeff | Choi | 0.75 | 356.25 |
| 11/1/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.75 | 281.25 |
| 11/5/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 11/5/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 11/5/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 1 | 375.00 |
| 11/5/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.75 | 281.25 |
| 11/5/2024 | Meeting with UCC Professionals | Jeff | Choi | 1 | 475.00 |
| 11/5/2024 | UCC Meeting | Jeff | Choi | 0.75 | 356.25 |
| 11/5/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| 11/13/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 11/13/2024 | Prep for Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.5 | 262.50 |
| 11/13/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.5 | 262.50 |
| 11/13/2024 | Prep for Millenkamp Debtors/UCC Professionals Standing Call | Jeff | Choi | 0.5 | 237.50 |
| 11/13/2024 | Professionals Meeting | Jeff | Choi | 0.5 | 237.50 |
| 11/13/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Dave | Clark | 0.5 | 397.50 |
| 11/13/2024 | Prep for Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 0.5 | 187.50 |
| 11/13/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 0.5 | 187.50 |
| 11/15/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 11/15/2024 | Review plan alternatives | Douglas | McDonald | 1.5 | 1,192.50 |
| 11/13/2024 | Prep for Millenkamp Debtors/UCC Professionals Standing Call | Jeff | Choi | 0.25 | 118.75 |
| 11/15/2024 | UCC Meeting | Jeff | Choi | 0.75 | 356.25 |
| 11/15/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.75 | 281.25 |
| 11/19/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 11/19/2024 | Millenkamp Debtors/UCC Professionals Standing Call - joined halfway through | Dave | Clark | 0.5 | 397.50 |
| 11/19/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 1 | 375.00 |
| 11/19/2024 | UCC Professionals Meeting | Jeff | Choi | 1 | 475.00 |
| 11/19/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| 11/21/2024 | Standing Committee Meeting | Dave | Clark | 0.5 | 397.50 |
| 11/21/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.5 | 397.50 |
| 11/21/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.5 | 187.50 |
| 11/21/2024 | UCC Meeting | Jeff | Choi | 0.5 | 237.50 |
| 11/26/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 1 | 375.00 |
| 11/26/2024 | UCC Meeting | Jeff | Choi | 1 | 475.00 |
| 11/26/2024 | UCC Professionals Meeting | Jeff | Choi | 1 | 475.00 |
| 11/26/2024 | Millenkamp Debtors/UCC Professionals Standing Call - joined halfway through | Dave | Clark | 0.5 | 397.50 |
| 11/26/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| | **Meetings of Creditors** | | | | **15,785.00** |
| **Total** | | | | **86** | **45,620.00** |

Armory Securities, LLC
Invoice: 1243
Page No.4

**Millenkamp Cattle**
**Timekeeper Summary Through November 30, 2024**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Dave Clark | Managing D | 795.00 | 3.50 | 2,782.50 |
| Douglas McDonald | Managing D | 795.00 | 17.50 | 13,912.50 |
| **Total for Managing Director** | | | **21.00** | **16,695.00** |
| Melissa Chu | Vice Presid | 525.00 | 10.00 | 5,250.00 |
| **Total for Vice President** | | | **10.00** | **5,250.00** |
| Jeff Choi | Senior Ass | 475.00 | 30.50 | 14,487.50 |
| **Total for Senior Associate** | | | **30.50** | **14,487.50** |
| Martin Manasherob | Analyst | 375.00 | 24.50 | 9,187.50 |
| **Total for Analyst** | | | **24.50** | **9,187.50** |
| **Total** | | | **86.00** | **45,620.00** |