Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax: (208) 667-2900
Email: banderson@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
       golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

## NOTICE OF ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION FOR THE MONTH OF NOVEMBER 2024

### TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during November 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered during the Application Period.

Pursuant to the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtors, and the Official Committee of Unsecured Creditors.

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2024 - 2

DATE OF MAILING: December 30, 2024

|  |  |
|---|---|
| Date: December 30, 2024 | */s/ Julian Gurule*<br>O'MELVENY & MYERS LLP<br>Julian Gurule |
|  | */s/ Bruce A. Anderson*<br>ELSAESSER ANDERSON, CHTD.<br>Bruce A. Anderson |
|  | *Attorneys for the Official Committee of Unsecured Creditors* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2024, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |

| | |
|---|---|
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 30th day of December 2024.

                                                               */s/ Bruce A. Anderson*
                                                               Bruce A. Anderson

## Exhibit A

Invoices

**Armory Securities, LLC**

200 N Pacific Coast Hwy Ste 1525
El Segundo, CA 90245



# INVOICE

| BILL TO | | |
|---|---|---|
| Millenkamp Cattle, Inc. | INVOICE | 1243 |
| | DATE | 11/30/2024 |
| | TERMS | Due on receipt |
| | DUE DATE | 12/01/2024 |

| DESCRIPTION | AMOUNT |
|---|---:|
| Professional Services Rendered Through November 30, 2024 | 45,620.00 |

| | BALANCE DUE | **$45,620.00** |
|---|---|---:|

Please remit payment to:
 Armory Securities, LLC
 Attn: Janna Spears
 200 N Pacific Coast Highway, Ste 1525
 El Segundo, CA 90245
 (310) 220-6400
 Tax I.D. # 20-8996056

Or wire funds to:
 Bank Name: JP Morgan Chase
 Branch: San Francisco, CA
 ABA/SWIFT #: 321-081-669
 Account #: 80006011938
 Account Name: Armory Securities, LLC

Armory Securities, LLC
Invoice: 1243
Page No. 2

**Millenkamp Cattle**
**For Professional Services Rendered Through November 30, 2024**

| Date | Description | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 11/1/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 11/1/2024 | Prepare and distribute UCC report | Douglas | McDonald | 1 | 795.00 |
| 11/1/2024 | Kander call | Dave | Clark | 0.5 | 397.50 |
| 11/1/2024 | Call with Kander | Jeff | Choi | 0.5 | 237.50 |
| 11/1/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 11/1/2024 | variance analysis | Martin | Manasherob | 2 | 750.00 |
| 11/1/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 11/7/2024 | Review weekly report | Douglas | McDonald | 0.5 | 397.50 |
| 11/7/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 11/8/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 11/8/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 11/8/2024 | Meeting with Kander | Jeff | Choi | 0.5 | 237.50 |
| 11/8/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 11/8/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 11/13/2024 | Follow-up on revised plan considerations | Douglas | McDonald | 0.5 | 397.50 |
| 11/14/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 11/14/2024 | Review model of Sandton proposal | Douglas | McDonald | 1 | 795.00 |
| 11/14/2024 | Weekly variance review and prep for UCC meeting | Douglas | McDonald | 1 | 795.00 |
| 11/14/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 11/14/2024 | Meeting with Kander | Jeff | Choi | 0.5 | 237.50 |
| 11/14/2024 | Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 11/14/2024 | Plan of Reorganization Analysis | Jeff | Choi | 6 | 2,850.00 |
| 11/14/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 11/14/2024 | variance analysis WE 11.08 | Martin | Manasherob | 2.5 | 937.50 |
| 11/15/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 11/15/2024 | variance analysis notes / clean up | Martin | Manasherob | 1 | 375.00 |
| 11/18/2024 | Plan Sync Up with Julian at OMM | Douglas | McDonald | 0.5 | 397.50 |
| 11/18/2024 | Messages to financial advisors | Douglas | McDonald | 0.25 | 198.75 |
| 11/18/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 11/19/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 11/20/2024 | Call to David Heida and type notes | Douglas | McDonald | 0.75 | 596.25 |
| 11/20/2024 | Type notes from Juanita MET call | Douglas | McDonald | 0.5 | 397.50 |
| 11/20/2024 | Plan of Reorganization Analysis | Jeff | Choi | 2 | 950.00 |
| 11/21/2024 | Armory Kander DIP Budget and Variance Call | Dave | Clark | 0.5 | 397.50 |
| 11/21/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 11/21/2024 | Review weekly cash report | Douglas | McDonald | 0.5 | 397.50 |
| 11/21/2024 | Call with Julian on hearing prep | Douglas | McDonald | 0.25 | 198.75 |
| 11/21/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 11/21/2024 | Prep for Millenkamp Omnibus Hearing | Martin | Manasherob | 0.5 | 187.50 |
| 11/21/2024 | Prep - Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.25 | 93.75 |
| 11/21/2024 | variance report WE 11.15 | Martin | Manasherob | 3 | 1,125.00 |
| 11/21/2024 | Plan Summary updates | Martin | Manasherob | 3.5 | 1,312.50 |
| 11/21/2024 | Meeting with Kander | Jeff | Choi | 0.5 | 237.50 |
| 11/21/2024 | Plan of Reorganization Analysis | Jeff | Choi | 1 | 475.00 |
| 11/21/2024 | Prep for UCC Meeting | Jeff | Choi | 0.5 | 237.50 |
| 11/21/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 11/21/2024 | Prep for Millenkamp Omnibus Hearing | Melissa | Chu | 0.5 | 262.50 |
| 11/25/2024 | Armory / Kander - MillenKamp Catchup | Douglas | McDonald | 0.5 | 397.50 |
| 11/25/2024 | Review financial model | Douglas | McDonald | 0.5 | 397.50 |
| 11/25/2024 | Armory / Kander - MillenKamp Catchup | Martin | Manasherob | 0.5 | 187.50 |
| 11/25/2024 | Meeting with Kander | Jeff | Choi | 0.5 | 237.50 |
| 11/25/2024 | Variance Analysis | Jeff | Choi | 2 | 950.00 |
| 11/25/2024 | Armory / Kander - MillenKamp Catchup | Melissa | Chu | 0.5 | 262.50 |
| 11/25/2024 | Preparation and Review of case materials | Melissa | Chu | 1 | 525.00 |
| 11/26/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| | **Business Analysis** | | | | **26,815.00** |
| 11/21/2024 | Millenkamp Omnibus Hearing (Telephonic) | Douglas | McDonald | 0.5 | 397.50 |
| 11/21/2024 | Millenkamp Omnibus Hearing (Telephonic) | Martin | Manasherob | 0.5 | 187.50 |
| 11/21/2024 | Omnibus hearing | Jeff | Choi | 0.5 | 237.50 |
| 11/21/2024 | Millenkamp Omnibus Hearing (Telephonic) | Melissa | Chu | 0.5 | 262.50 |
| | **Case Administration** | | | | **1,085.00** |
| 11/13/2024 | Review of October hours | Martin | Manasherob | 1 | 375.00 |

Armory Securities, LLC
Invoice: 1243
Page No.3

| Date | Description | First | Last | Hours | Amount |
|---|---|---|---|---|---|
| 11/14/2024 | Time entry review | Martin | Manasherob | 1 | 375.00 |
| 11/18/2024 | Janna Millenkamp billing discussion | Douglas | McDonald | 0.5 | 397.50 |
| 11/18/2024 | Janna Millenkamp billing discussion | Melissa | Chu | 0.5 | 262.50 |
| 11/18/2024 | Billing updates | Melissa | Chu | 1 | 525.00 |
| | **Fee/Employment Applications** | | | | **1,935.00** |
| 11/1/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 11/1/2024 | Millenkamp Debtors/UCC Professionals Standing Call - joined late | Dave | Clark | 0.5 | 397.50 |
| 11/1/2024 | UCC Meeting | Jeff | Choi | 0.75 | 356.25 |
| 11/1/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.75 | 281.25 |
| 11/5/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 11/5/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 11/5/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 1 | 375.00 |
| 11/5/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.75 | 281.25 |
| 11/5/2024 | Meeting with UCC Professionals | Jeff | Choi | 1 | 475.00 |
| 11/5/2024 | UCC Meeting | Jeff | Choi | 0.75 | 356.25 |
| 11/5/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| 11/13/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 11/13/2024 | Prep for Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.5 | 262.50 |
| 11/13/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.5 | 262.50 |
| 11/13/2024 | Prep for Millenkamp Debtors/UCC Professionals Standing Call | Jeff | Choi | 0.5 | 237.50 |
| 11/13/2024 | Professionals Meeting | Jeff | Choi | 0.5 | 237.50 |
| 11/13/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Dave | Clark | 0.5 | 397.50 |
| 11/13/2024 | Prep for Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 0.5 | 187.50 |
| 11/13/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 0.5 | 187.50 |
| 11/15/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 11/15/2024 | Review plan alternatives | Douglas | McDonald | 1.5 | 1,192.50 |
| 11/13/2024 | Prep for Millenkamp Debtors/UCC Professionals Standing Call | Jeff | Choi | 0.25 | 118.75 |
| 11/15/2024 | UCC Meeting | Jeff | Choi | 0.75 | 356.25 |
| 11/15/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.75 | 281.25 |
| 11/19/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 11/19/2024 | Millenkamp Debtors/UCC Professionals Standing Call - joined halfway through | Dave | Clark | 0.5 | 397.50 |
| 11/19/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 1 | 375.00 |
| 11/19/2024 | UCC Professionals Meeting | Jeff | Choi | 1 | 475.00 |
| 11/19/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| 11/21/2024 | Standing Committee Meeting | Dave | Clark | 0.5 | 397.50 |
| 11/21/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.5 | 397.50 |
| 11/21/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.5 | 187.50 |
| 11/21/2024 | UCC Meeting | Jeff | Choi | 0.5 | 237.50 |
| 11/26/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 1 | 375.00 |
| 11/26/2024 | UCC Meeting | Jeff | Choi | 1 | 475.00 |
| 11/26/2024 | UCC Professionals Meeting | Jeff | Choi | 1 | 475.00 |
| 11/26/2024 | Millenkamp Debtors/UCC Professionals Standing Call - joined halfway through | Dave | Clark | 0.5 | 397.50 |
| 11/26/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| | **Meetings of Creditors** | | | | **15,785.00** |
| **Total** | | | | **86** | **45,620.00** |

Armory Securities, LLC
Invoice: 1243
Page No.4

**Millenkamp Cattle**
**Timekeeper Summary Through November 30, 2024**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Dave Clark | Managing D | 795.00 | 3.50 | 2,782.50 |
| Douglas McDonald | Managing D | 795.00 | 17.50 | 13,912.50 |
| **Total for Managing Director** | | | **21.00** | **16,695.00** |
| Melissa Chu | Vice Presid | 525.00 | 10.00 | 5,250.00 |
| **Total for Vice President** | | | **10.00** | **5,250.00** |
| Jeff Choi | Senior Ass | 475.00 | 30.50 | 14,487.50 |
| **Total for Senior Associate** | | | **30.50** | **14,487.50** |
| Martin Manasherob | Analyst | 375.00 | 24.50 | 9,187.50 |
| **Total for Analyst** | | | **24.50** | **9,187.50** |
| **Total** | | | **86.00** | **45,620.00** |