UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

ORDER APPROVING STIPULATION BETWEEN RABO AGRIFINANCE LLC AND THE DEBTORS RESOLVING DISCLOSURE STATEMENT HEARING DATES MOTION AND RESCHEDULING THE DEBTORS' CURRENT DISCLOSURE STATEMENT HEARING DATE. - 1

59797.0007.17964926.1

# ORDER APPROVING STIPULATION BETWEEN RABO AGRIFINANCE LLC AND THE DEBTORS RESOLVING DISCLOUSRE STATEMENT HEARING DATES MOTION AND RESCHEDULING THE DEBTORS' CURRENT DISCLOSURE STATEMENT HEARING DATE

Before the Court is the *Stipulation Between Rabo AgriFinance LLC and the Debtors Resolving Disclosure Statement Hearing Dates Motion and Rescheduling the Debtors' Current Disclosure Statement Hearing Date* (Dkt. No. 821) (the "Stipulation"). Based on the agreement of the parties as stated in the Stipulation, and for other good cause appearing; **IT IS HEREBY ORDERED**:

1. The Stipulation (Dkt. No. 821) is **APPROVED**; and

2. The hearing on the *Disclosure Statement for Chapter 11 Plan [of] Reorganization of Millenkamp Cattle, Inc. and its Related Affiliates (Dkt. No. 777)* (the "Disclosure Statement"), presently set for January 29, 2025, at 9:00 a.m. (MT) in person, per the Notice of Hearing at Dkt. No. 778, is **VACATED**; and

3. Hearing on the Disclosure Statement and any other disclosure statements to be filed in these bankruptcy cases shall be held on March 6 and 7, 2025, at 9:00 a.m. (MT), in person **at the United States Courthouse located 550 W. Fort Street, Boise Idaho, Courtroom 5**;[1] and

4. Any parties in interest who wish to file a disclosure statement in these bankruptcy cases shall do so with sufficient time in order for those competing disclosure statements to

---

[1] Language added by Court.

ORDER APPROVING STIPULATION BETWEEN RABO AGRIFINANCE LLC AND THE DEBTORS RESOLVING DISCLOSURE STATEMENT HEARING DATES MOTION AND RESCHEDULING THE DEBTORS' CURRENT DISCLOSURE STATEMENT HEARING DATE - 2

59797.0007.17964926.1

be considered by the Court on March 6 and 7, 2025, as required under the Federal Rules of Bankruptcy Procedure; and

5. Based on the parties' agreement stated in the Stipulation, the hearing on the *Motion to Establish Time for Filing Competing Disclosure Statement and Chapter 11 Plan (Dkt. No. 805)*, as set in the Notice of Hearing at Dkt. No. 806, is **VACATED**. //end of text//

DATED: December 23, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Submitted by:

/s/ Brent R. Wilson

_____
Brent R. Wilson, ISB No. 8936
Hawley Troxell Ennis & Hawley LLP
Attorneys for Rabo AgriFinance LLC

Approved:

/s/ Krystal R. Mikkilineni (email auth.)

_____
Krystal R. Mikkilineni
Dentons
Attorneys for the Debtors

ORDER APPROVING STIPULATION BETWEEN RABO AGRIFINANCE LLC AND THE DEBTORS RESOLVING DISCLOSURE STATEMENT HEARING DATES MOTION AND RESCHEDULING THE DEBTORS' CURRENT DISCLOSURE STATEMENT HEARING DATE - 3

59797.0007.17964926.1