Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
        golivera@omm.com

*Attorneys for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>                    Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATEMENT IN SUPPORT OF CRO MOTION – 1

| | |
|---|---|
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome |
| ☐ Idaho Jersey Girls Jerome Dairy | Dairy) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATEMENT
IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY ROBERT
MARCUS AS CHIEF RESTRUCTURING OFFICER**

The Official Committee of Unsecured Creditors of Millenkamp Cattle, Inc., *et al.* (the "Committee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, hereby submits this statement in support of the *Debtors' Application to Employ Robert Marcus as Chief Restructuring Officer* [Dkt. No. 791] (the "CRO Motion"),[1] and respectfully states as follows:

**BACKGROUND**

1.  On December 10, 2024, the Debtors filed the CRO Motion seeking to employ Robert Marcus of Kander, LLC ("Marcus") as the chief restructuring officer ("CRO") of the Debtors. The Debtors assert that Marcus is knowledgeable about the facts of the case and the interested parties, and that Marcus has extensive experience and knowledge in agribusiness, debtor and creditor rights, and business restructuring and reorganization. CRO Motion ¶ 7. In his declaration attached to the CRO Motion (the "Marcus Dec." or "Marcus Declaration"), Marcus asserts that he has previously "been employed as a CRO, asset manager, receiver, and trustee in multiple cases in which MetLife, Rabo, Sandton, and Conterra have been involved in as lenders." Marcus Dec. ¶ 8.b. The Debtors assert that the retention of Marcus as CRO of the Debtors is in the best interests of the Debtors, their estates, and their creditors. CRO Motion ¶ 9.

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the CRO Motion.

## THE COMMITTEE'S STATEMENT

2. The Committee believes that the relief sought in the CRO Motion is in the best interests of the Debtors, their estates, and their creditors.

3. The Debtors' proposed CRO brings specialized expertise in restructuring and operating complex agribusiness ventures like the Debtors' business and experience in working effectively with the Debtors' secured creditors. Notably, the Kander firm has an established working relationship with the Debtors and has demonstrated its ability to collaborate productively. Marcus' role as CRO is crucial in developing and implementing a strategic plan to maximize asset value and ensure an equitable distribution to creditors. As the deadline for parties in interest to propose plans approaches, it is critical that Marcus begin work as soon as possible.

4. The Committee believes that Marcus' independent perspective and focused approach will enhance the Debtors' operational efficiency, improve stakeholder communication, and expedite the restructuring process. These efforts will ultimately increase the likelihood of a successful reorganization that benefits all parties-in-interest.

5. Therefore, the Committee supports the retention of Robert Marcus as CRO of the Debtors.

[*Remainder of this page intentionally left blank.*]

Date: January 2, 2025                                O'MELVENY & MYERS LLP

/s/ *Julian Gurule*
JULIAN GURULE

-and-

ELSAESSER ANDERSON, CHTD.

/s/ *Bruce A. Anderson*
BRUCE A. ANDERSON

*Attorneys for the Official Committee of Unsecured Creditors*

OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATEMENT IN SUPPORT OF CRO MOTION - 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2025, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 2nd day of January 2025.

          */s/Bruce A. Anderson*
          Bruce A. Anderson