Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENES FOR THE MONTH OF DECEMBER 2024 – PAGE 1

**NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing December 1, 2024, and ending December 31, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtor, and any Official Committee of Unsecured Creditors appointed herein.

/

/

/

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: January 6, 2025.

DATE: January 6, 2025           /s/ Matt Christensen
                                JOHNSON MAY
                                Matthew T. Christensen

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 6th day of January, 2025, I caused to be served a true and correct copy of the foregoing NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Bunge Canada
c/o David D. Farrell, Esq.
One Bank Plaza
Suite 2700
St. Louis, MO 63101

Nikolaus F. Schandlbauer
20 F Street NW
Suite 500
Washington, DC 20001

W. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606

Scott F. Gautier
1800 Century Park East
Ste. 1500
Los Angeles, CA 90067

Zachery J. McCraney
Holland & Hart
PO Box 2527
800 W. Main St., Suite 1750
Boise, ID 83701

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg, LLP
919 Market St
Suite 1000
Wilmington, DE 19801

Michael R. Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Suite 200
Omaha, NE 68130

Wilbur Ellis Nutrition-Rangen
c/o Tony Champion
PO Box 706
115 13th Ave. South
Buhl, ID 83316

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENES FOR THE MONTH OF DECEMBER 2024 – PAGE 5

| | |
|---|---|
| Viterra USA Grain, LLC<br>Viterra USA Ingredients, LLC<br>c/o Alicia Burns<br>1331 Capitol Ave.<br>Omaha, NE 68102 | Land View, Inc.<br>c/o Dan Noble<br>PO Box 475<br>Rupert, ID 83350 |

          /s/ Matt Christensen
   Matthew T. Christensen

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
　　　　jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
　　　　Robert.richards@dentons.com
　　　　Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | [NO HEARING REQUIRED] |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 – Page 1

**JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024**

Johnson May (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of December 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures").  In support of the Application, the Firm respectfully represents as follows:

A.     The Firm is Local Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.     The Firm billed a total of $19,057.52 in fees and expenses during the Application Period. The total fees represent 48.60 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| December 1-31, 2024 | $18,237.50 | $820.02 | $19,057.52 |

C.     Accordingly, the Firm seeks allowance of interim compensation in the amount of **$14,498.15** at this time. This total is comprised as follows: $13,678.13 (75% of the fees for services rendered) plus $820.02 (100% of the expenses incurred).

D.     Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

   E. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

   F. The Firm no longer holds funds in its client trust account on behalf of the Debtor, as previous applications exceeded the initial retainer payment from the Debtor. The Debtor will pay the full requested amount of $14,498.15 from its accounts at its discretion.

   **WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

   DATE: January 6, 2025

               /s/ Matt Christensen
               JOHNSON MAY
               Matthew T. Christensen

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January, 2025, I caused to be served a true and correct copy of the foregoing JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 – Page 4

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

/s/ Matt Christensen
Matthew T. Christensen

| EXHIBIT A |||||||
|---|---|---|---|---|---|
| DATE | PROF | DESCRIPTION | UNITS | RATE | VALUE |
| **B110 CASE ADMINISTRATION** | | | | | |
| 12/2/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Participate in client call (.5); call with MetLife counsel (.3). | 0.80 | $425.00 | $340.00 |
| 12/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Client phone call (.4); call with UCC professionals (.5); call with DHeida and KNofziger re: creditor treatment (.2). | 1.10 | $425.00 | $467.50 |
| 12/4/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Participate in client call (.4); call with Western States and counsel (.2) | 0.60 | $425.00 | $255.00 |
| 12/5/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Call with Sandton counsel (.5); call with co-counsel to coordinate 12/10 hearings (.4); call with Alex Caval re: demands and 12/10 hearing (.4); call with Grimshaw to discuss plan and 12/10 hearing (.2). | 1.50 | $425.00 | $637.50 |
| 12/6/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Participate in call with client team (.3); review, finalize and file Mtn in Limine, Mtn to shorten time and Notice of Hearing (1); review Rabo exhibits for stipulations or not (1); phone call with DHeida re: CRO (.1). | 2.40 | $425.00 | $1,020.00 |
| 12/9/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Meetings with clients, witnesses and other Millenkamp professionals to prepare for 12/10 hearing. | 8.50 | $425.00 | $3,612.50 |
| 12/11/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Debrief hearing with MTC (0.1); prepare for status conference (0.1) | 0.20 | $200.00 | $40.00 |
| 12/12/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Attend Status Conference and notate oral rulings on Cash Collateral, Exclusivity and Trustee Motions. | 0.60 | $200.00 | $120.00 |
| 12/17/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Review recording of 12/12 court hearing. | 0.50 | $0.00 | $0.00 |
| 12/19/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Phone call with co-counsel re: RAF motion (.2); review and comment on objection to RAF motion (.2). | 0.40 | $425.00 | $170.00 |
| 12/20/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Daily call with clients. | 0.40 | $425.00 | $170.00 |
| 12/23/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Attend Hearing on Motion to Establish Time for filing Competing Disclosure Statement and Chapter 11 Plan. | 0.20 | $200.00 | $40.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Analyze November bank statements and finalize MOR for Idaho Jersey Girls. | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Analyze November bank statements and finalize MOR for East Valley Cattle. | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Analyze November bank statements and finalize MOR for Millenkamp Properties. | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Analyze November bank statements and finalize MOR for Millenkamp Properties II. | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Analyze November bank statements and finalize MOR for Millenkamp Family. | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Analyze November bank statements and finalize MOR for Goose Ranch. | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Analyze November bank statements and finalize MOR for Idaho Jersey Girls Jerome Dairy. | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Analyze November bank statements and finalize MOR for Idaho Black Pine Cattle. | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Analyze November bank statements and finalize MOR for Millenkamp Enterprises. | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Analyze November bank statements and finalize MOR for Millenkamp Cattle. | 2.50 | $150.00 | $375.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Email correspondence to Lisa re UST's request for insurance renewal. | 0.10 | $150.00 | $15.00 |
| 12/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Review and respond to various emails re: payments and meeting with Conterra. | 0.30 | $425.00 | $127.50 |
| 12/27/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Review and respond to emails from client re: Forbes and Conterra. | 0.30 | $425.00 | $127.50 |
| 12/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Daily call with clients and professionals (.6). | 0.60 | $425.00 | $255.00 |
| 12/31/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Phone call with MetLife counsel. | 0.40 | $425.00 | $170.00 |
| | | Total: | 23.20 | | $8,212.50 |
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 12/4/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK           Analyze November time entries (0.2); Prepare November Cover Sheet Application for Allowance of Fees (0.1); Prepare Exhibit A to November Cover Sheet (0.2); Prepare Notice of Cover Sheet Application for Allowance of Fees (0.1). | 0.60 | $150.00 | $90.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/4/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Analyze time entries for Second Interim Period (0.3); Prepare Exhibit B to Second Interim Fee Application (1.1); Prepare Second Application for Interim Fees (0.5); Prepare Notice of Second Interim Fee Application (0.2); Prepare Order Approving Second Interim Fee Application (0.1). | 2.20 | $150.00 | $330.00 |
| 12/12/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Call with Kati/Rob re: CRO application (.2). | 0.20 | $425.00 | $85.00 |
| 12/17/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Call with UST re: CRO application (.2); call with UCC professionals and committee re: CRO application (.9). | 1.10 | $425.00 | $467.50 |
| 12/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Finalize and file Nov 2024 monthly fee app. | 0.30 | $425.00 | $127.50 |
| | | Total: | 4.40 | | $1,100.00 |
| **B210 BUSINESS OPERATIONS** | | | | | |
| 12/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Prepare exhibits and exhibit list for 12/10 hearing and circulate to other parties (2.3); phone call with DHeida re: exhibit (.2); phone calls with KMikkilineni re: exhibits (.2); prepare and file witness list (.3) | 3.00 | $425.00 | $1,275.00 |
| 12/10/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Prepare for hearing (1); travel to/from courthouse and attend hearing on various motions (includes time to meet with clients before/after hearing)(9); meet with professionals after hearing to discuss hearing and upcoming argument (.5). | 10.50 | $425.00 | $4,462.50 |
| 12/17/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Update and submit order re: third cash collateral motion (.2); prepare and submit order denying Mtn to Appoint Trustee (.2). | 0.40 | $425.00 | $170.00 |
| | | Total: | 13.90 | | $5,907.50 |
| **B230 FINANCING/CASH COLLECTIONS** | | | | | |
| 12/11/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Prepare closing argument on Trustee motion and coordinate closing arg on other motions with KMikkilineni (1); travel to/from and attend hearing on various motions (includes time to meet with clients and others before/after hearing) (4.2). | 5.20 | $425.00 | $2,210.00 |
| 12/18/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Finalize and submit order on Third Cash Collateral Motion (with signatures from parties). | 0.20 | $425.00 | $85.00 |
| | | Total: | 5.40 | | $2,295.00 |
| **B320 PLAN AND DISCLOSURE STATEMENT (INCLUDING BUSINESS PLAN)** | | | | | |
| 12/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Review proposed Amended Plan and DS and comment to co-counsel. | 0.80 | $425.00 | $340.00 |
| 12/23/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Call with RAF attorneys re: plan issues (.8); follow-up call with co-counsel (.1) | 0.90 | $425.00 | $382.50 |
| | | Total: | 1.70 | | $722.50 |
| | | **FEES TOTAL:** | 48.60 | | $18,237.50 |
| **COSTS** | | | | | |
| 12/1/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Certificate of service 11-15-24 | 1.00 | $316.20 | $316.20 |
| 12/1/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Certificate of service 11-11-24 | 1.00 | $316.20 | $316.20 |
| 12/10/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  Meals - Bardenay (hearing prep with clients) | 1.00 | $187.62 | $187.62 |
| | | Total: | 3.00 | | $820.02 |
| | | **GRAND TOTAL:** | 48.60 | | $19,057.52 |
| | | Staff Summary: | | | |
| | Matt Christensen | Matthew T. Christensen | 39.90 | $425.00 | $16,957.50 |
| | Matt Christensen | Matthew T. Christensen | 0.50 | $0.00 | $0.00 |
| | Suzie Jaderholm | Suzie Jaderholm | 1.00 | $200.00 | $200.00 |
| | Allison Daniels | Allison R. Daniels | 7.20 | $150.00 | $1,080.00 |
| | | | 48.60 | | $18,237.50 |