Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      Robert.richards@dentons.com
      Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒  ALL DEBTORS<br><br>☐  Millenkamp Cattle, Inc.<br><br>☐  Idaho Jersey Girls<br><br>☐  East Valley Cattle<br><br>☐  Millenkamp Properties<br><br>☐  Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>          Dairy) |

| ☐ Millenkamp Family | |
|---|---|
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

## SECOND APPLICATION FOR ALLOWANCE OF
## INTERIM FEES AND COSTS FOR COUNSEL

Matthew T. Christensen, of the firm Johnson May (the "Applicant"), applies to the court for allowance of attorneys' fees and costs pursuant to 11 U.S.C. § 331. Applicant respectfully states and represents to the Court that:

1.     Applicant is local counsel for Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), the above-named Debtors in Possession, and makes this application for allowance of compensation for professional services rendered, and for reimbursement for actual necessary costs and expenses incurred since the commencement of this case, from August 1, 2024, to December 31, 2024 (the "Second Interim Period").

2.     All services for which compensation is requested by the Applicant were performed for and on behalf of said Debtors, and not on behalf of any committee, creditor, or other person. Each attorney involved in the services for which compensation is requested are specifically identified on the attached **Exhibit A** and incorporated herein by reference.

3.     Payment of the attorneys' fees and costs and the payment of these fees and costs should be made pursuant to the Engagement Letter attached to the Application to Employ Local Co-Counsel as Exhibit A (Dkt. No. 4).

SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES & COSTS FOR COUNSEL – Page 2

4.      Applicant, or other members of Johnson May, has rendered services to the Debtors in the manner described on the attached **Exhibit B**, which is by this reference made a part hereof.

5.      Further, the Applicant sustained, and incurred expenses and/or costs described and itemized in the statement attached hereto as **Exhibit B**, in connection with applicant's function and activities as attorney for the Debtors. A narrative summary of professionals' fees and expenses is attached hereto as **Exhibit C**.

6.      The fees requested by this Application shall not be shared with any other party outside the Applicant's law firm.

7.      The Applicant does not currently hold funds in a client trust account for the Debtors with which to pay the fees requested.  The outstanding fees and costs allowed will be paid (or have been paid) by the Debtors from operations. The Debtors will make payment of the Applicant's outstanding fees and costs as permitted under the approved cash collateral budgets (Dkt. No. 815).

8.      The rate of compensation of the attorneys was detailed in the Engagement Letter attached to the Application to Employ Local Co-Counsel as Exhibit A, which application was approved by Court order on May 24, 2024 (Dkt. No. 322). In conformity with that rate, the reasonable value of the services rendered by the Applicant as attorney for the Debtors in this case, including costs/expenses and disbursements incurred, since the last application for interim fees was filed is $51,677.50.  Of that amount, there remains (or will remain, assuming the November and December Cover Sheet Applications are paid) $12,919.36 in unpaid amounts (representing the 25% held back from the monthly Cover Sheet applications).

9.      Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing

SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES & COSTS FOR COUNSEL – Page 3

Interim Fee Procedures"), the Applicant has incurred and the Debtors have paid the following fees

and expenses.

| | August 2024 | September 2024 | October 2024 | November 2024 | December 2024 |
|---|---|---|---|---|---|
| Fees Incurred | $6,395.00 | $6,257.50 | $10,617.50 | $10,170.00 | $18,237.50 |
| Total Fees Paid Pursuant to Order Establishing Interim Procedures (75% of Fees) | $4,796.25 | $4,693.13 | $7,963.13 | $7,627.50 (Not yet paid – pending objection period) | $13,678.13 (Not yet paid – pending objection period) |
| Total Expenses Incurred & Paid Pursuant to Order Establishing Interim Procedures (100% of Expenses) | $0.00 | $0.00 | $0.00 | $0.00 | $820.02 (Not yet paid – pending objection period) |

10.     The Applicant does not currently hold any further amount in a trust account.  The

remainder of the fees and expenses paid during this Second Interim Period were paid from the

Debtors' ongoing operations.

11.     During the Second Interim Period, the Applicant was paid a total of $38,758.14 in

fees and $820.02 in expenses (including the amounts paid in January for the November &

December Cover Sheet Applications).  The total outstanding in fees due during the Second Interim

Period is $12,919.36, which represents the 25% held back pursuant to the Order Establishing

Interim Procedures.

12.     The Applicant requests Court approval of the total fees incurred of $51,677.50 and

total expenses incurred of $820.02 during the Second Interim Period.  The Applicant further

requests the Court allow payment of the outstanding unpaid fees incurred during the Second

Interim Period, totaling $12,919.36, to be paid by the Debtors.

13.    The Debtors have reviewed this application and approved the application and amounts requested.

WHEREFORE, the applicant prays that an allowance be made in the sum of $52,497.52 for time and services rendered on the Debtors' behalf during this Second Interim Period as part of the expenses of the representation of the Debtors in the above-named bankruptcy case and the Debtors be allowed to pay the outstanding 25% of fees held back, totaling $12,919.36.

DATED this 7th day of January 2025.

JOHNSON MAY

_____/s/ Matthew T. Christensen_____
MATTHEW T. CHRISTENSEN
Attorney for Debtors

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 7th day of January 2025, I caused to be served a true and correct copy of the foregoing SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dblarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES & COSTS FOR COUNSEL – Page 6

Andrew J. Schoulder                 andrew.schoulder@nortonrosefulbright.com
Sheila R. Schwager                  sschwager@hawleytroxell.com
Louis V. Spiker                     louis.spiker@millernash.com
Matthew A. Sturzen                  matt@shermlaw.com
Meredith L. Thielbahr               mthielbahr@grsm.com
Kim J. Trout                        ktrout@trout-law.com
Brent R. Wilson                     bwilson@hawleytroxell.com

Any others as listed on the Court's ECF Notice.


                                            /s/ Matthew T. Christensen
                                            Matthew T. Christensen

# EXHIBIT A

## <u>SUMMARY SHEET</u>

Fees Previously Requested* :
    $117,411.00
Fees Previously Awarded:
    $117,411.00
Expenses Previously Requested:
    $16,788.11
Expenses Previously Awarded:
    $16,788.11

NAME OF APPLICANT:
Matthew T. Christensen

ROLE IN CASE: Attorney for Debtors

CURRENT APPLICATION:

Fees Requested:    $51,677.50
Expenses Requested:  $820.02
Total Requested:    $52,497.52
Fees Outstanding Requested to be Paid:
$12,919.37.

| Hours Billed | | | | |
|---|---|---|---|---|
| Name of Professional | Years in Practice | Current Application | Hourly Rate | Total for Application |
| Matthew T. Christensen | 19 years | 107.90 | $425.00 | $45,857.50 |
| Matthew T. Christensen | 19 years | 0.5 | $0.00 | $0.00 |
| Suzanne Jaderholm | 2 months | 6.60 | $200.00 | $1,320.00 |
| Allison R. Daniels | Paralegal | 30.00 | $150.00 | $4,500.00 |

\*      The fees/expenses previously requested, as outlined above, do not include amounts requested in monthly Cover Sheet Applications since the last interim fee application.  This Application includes time related to five (5) monthly cover sheet applications showing $51,677.50 in fees requested and $820.02 in expenses requested.  No objections to those Cover Sheet Applications were filed (or are anticipated), and pursuant to the Court's Order Approving Interim Fee Procedures, approximately 75% of the fees requested and 100% of the expenses requested will have been previously paid by the Debtor.

# EXHIBIT B

## EXHIBIT B

| | DATE | PROF | MATTER ID/DESCRIPTION NARRATIVE | UNITS | RATE | VALUE |
|---|---|---|---|---|---|---|
| **B110 CASE ADMINISTRATION** | | | | | | |
| | 8/1/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Email correspondence to Lisa Nelson re needing statements showing $0 balances. | 0.10 | $150.00 | $15.00 |
| | 8/1/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Call with ASchoulder re: Formes "eyes only" meetings. | 0.20 | $425.00 | $85.00 |
| | 8/2/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Call with RBingham re: "eyes only" meetings. | 0.30 | $425.00 | $127.50 |
| | 8/5/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Participate in daily call with clients. | 0.50 | $425.00 | $212.50 |
| | 8/9/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Analyze Zion April bank account statements provided by Lisa Nelson (0.1); Email correspondence to Jeannette Henley re Zion statements and other accounts opened by the receiver (0.1). | 0.20 | $150.00 | $30.00 |
| | 8/13/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Call with UCC professionals (.5); call with clients and Forbes re: term sheets (.5); review and respond to various emails (.3). | 1.30 | $425.00 | $552.50 |
| | 8/15/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Prepare order re: 506(b) claims and circulate for approvals (.3); review docs and prepare for status hearing (.2); attend status conference (.4). | 0.90 | $425.00 | $382.50 |
| | 8/19/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Daily call with clients (.3). | 0.30 | $425.00 | $127.50 |
| | 8/20/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Prepare Amended App to Employ Kander (.2) and Dec of Ken N (.2); Emails with David H re: Heida Law App (.2); prepare and submit order re: Givens Pursley employment (.1). | 0.70 | $425.00 | $297.50 |
| | 8/20/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Daily call with clients (.5); call with UCC counsel (.4); call with Givens attorneys re: various topics (.6). | 1.50 | $425.00 | $637.50 |
| | 8/22/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Call with co-counsel re Forbes discussions and potential motions (.3); call with DColeman re: DIP account at First Federal (.2). | 0.50 | $425.00 | $212.50 |
| | 8/23/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Zoom call with clients and Forbes. | 0.70 | $425.00 | $297.50 |
| | 8/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Phone call with co-counsel re case status and upcoming issues. | 0.30 | $425.00 | $127.50 |
| | 8/30/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Prepare July MOR for Black Pine Cattle for filing. | 0.10 | $150.00 | $15.00 |
| | 8/30/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Prepare July MOR for East Valley Cattle for filing. | 0.10 | $150.00 | $15.00 |
| | 8/30/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Prepare July MOR for Goose Ranch for filing. | 0.10 | $150.00 | $15.00 |
| | 8/30/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Prepare July MOR for Idaho Jersey Girls for filing. | 0.10 | $150.00 | $15.00 |
| | 8/30/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Prepare July MOR for Idaho Jersey Girls Jerome Dairy for filing. | 0.10 | $150.00 | $15.00 |
| | 8/30/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Prepare July MOR for Millenkamp Enterprises for filing. | 0.10 | $150.00 | $15.00 |
| | 8/30/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Prepare July MOR for Millenkamp Family for filing. | 0.10 | $150.00 | $15.00 |
| | 8/30/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Prepare July MOR for Millenkamp Properties for filing. | 0.10 | $150.00 | $15.00 |
| | 8/30/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Prepare July MOR for Millenkamp Properties II for filing. | 0.10 | $150.00 | $15.00 |
| | 8/30/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Analyze Millenkamp Cattle July bank statements (3.0); Prepare Millenkamp Cattle July MOR for filing (0.2). | 3.20 | $150.00 | $480.00 |
| | 9/16/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Call with RAF counsel and Krystal (.5); follow-up call with Krystal (.3); call with clients to discuss RAF call and plan options (.7). | 1.50 | $425.00 | $637.50 |
| | 9/17/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Update RAF subpoena and communicate with SSchwager. | 0.40 | $425.00 | $170.00 |
| | 9/18/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Emails with client re: documents and reporting. | 0.40 | $425.00 | $170.00 |
| | 9/23/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Prepare and circulate Stipulation re 10/2 hearing and submit proposed order (.6); daily call with clients and other professionals (.5); review and respond to various emails re: plan terms and meetings (.3). | 1.40 | $425.00 | $595.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/24/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with client, counsel and FA (.3); call with UCC counsel (.4); call with client re: plan terms (.5); call with MetLife counsel re same (.5); review and redact term sheets from client (.4). | 2.10 | $425.00 | $892.50 |
| 9/25/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients and professionals (.7); various emails re: plan and related issues (.4). | 1.10 | $425.00 | $467.50 |
| 9/26/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Attend Case Strategy Meeting with MTC and SJ; Discuss upcoming hearing on fee applications. | 0.10 | $150.00 | $15.00 |
| 9/26/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Case strategy meeting with MTC and ARD; discuss upcoming hearing on fee applications | 0.10 | $150.00 | $15.00 |
| 9/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients (.3); review and respond to various emails re: plan terms and proposals (.5). | 0.80 | $425.00 | $340.00 |
| 9/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with clients and professionals (.3); review emails re: exit facility terms (.2); emails with clerk re DS hearing (.2). | 0.70 | $425.00 | $297.50 |
| 10/1/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Revise Certificate of Service for Amended Application to Employ Kander. | 0.10 | $150.00 | $15.00 |
| 10/1/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients (.4); call with UCC professionals (.4) | 0.80 | $425.00 | $340.00 |
| 10/1/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Confer with MTC in preparation for hearing on 10/02/2024 | 0.10 | $200.00 | $20.00 |
| 10/2/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare for (0.2) and attend (0.6) hearing regarding the Creditor Committee Application for Interim Professional Compensation (Doc. No 585). | 0.80 | $200.00 | $160.00 |
| 10/2/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Internal call with client and co-counsel discussing status of reconciliations, upcoming hearings, new cash collateral motion, possible amended plan, audit status, and MORs.(0.4); confer with local team regarding new tasks assigned (0.1). | 0.50 | $200.00 | $100.00 |
| 10/2/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare for (0.2) and attend (0.6) hearing regarding the Creditor Committee Application for Interim Professional Compensation (Doc. No 585); Debrief hearing with MTC and ARD (.1). | 0.90 | $200.00 | $180.00 |
| 10/2/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Confer with SLM re August MORs. | 0.10 | $150.00 | $15.00 |
| 10/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with clients and professionals (.5). | 0.50 | $425.00 | $212.50 |
| 10/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and prepare Millenkamp Properties II August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and prepare Millenkamp Properties August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and prepare Millenkamp Family August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and prepare Millenkamp Enterprises August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and prepare Idaho Jersey Girls August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and prepare Idaho Jersey Girls Jerome Dairy August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and prepare Goose Ranch August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and prepare East Valley Cattle August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and prepare Black Pine Cattle August MOR for filing. | 0.20 | $150.00 | $30.00 |
| 10/3/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Begin analyzing Millenkamp Cattle August MOR. | 1.30 | $150.00 | $195.00 |
| 10/4/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Continue analyzing Millenkamp Cattle bank statements for August MOR (1.0); Analyze and prepare August MOR for filing (0.2). | 1.20 | $150.00 | $180.00 |
| 10/7/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review emails and daily call with clients. | 0.50 | $425.00 | $212.50 |
| 10/9/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare and file status report (.3); email clerk re: same (.1); phone call and emails with clients (.5). | 0.90 | $425.00 | $382.50 |
| 10/10/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Attend status conference hearing. | 0.30 | $425.00 | $127.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with KM re: Mtn to Compel (.1); review docs and history of document production (.5); prepare Mtn to Compel Production (1.8); prepare Dec of MTC (.5); prepare and file NOH (.2). | 3.10 | $425.00 | $1,317.50 |
| 10/15/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with MetLife attorneys (.4); call with John O'brien re: calf buyers claims (.6); call with RAF's counsel (1.2); call with client group (.5); call with committee counsel (.5); review/respond to various emails (.3); call with Kander re: plan projections (.4) | 3.90 | $425.00 | $1,657.50 |
| 10/16/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Client team call (.5); Emails with JB Evans re: Western States claim and plan treatment (.2) | 0.70 | $425.00 | $297.50 |
| 10/17/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Client team call (.4); call with RAF counsel (.3) | 0.70 | $425.00 | $297.50 |
| 10/18/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and respond to various emails (.6); prepare and circulate Stipulation to vacate/reset hearing (.3); call with RAF counsel re: hearing (.3) | 1.20 | $425.00 | $510.00 |
| 10/21/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Client team call (.5); emails re: order vacating hearing, update and file stipulation (.3); prepare and submit proposed order vacating hearing (.2); emails with RAF re: guardrails (.2) | 1.20 | $425.00 | $510.00 |
| 10/23/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Begin analyzing September MORs and bank statements. | 1.50 | $150.00 | $225.00 |
| 10/23/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Email correspondence to Kati Churchill re September bank statements. | 0.10 | $150.00 | $15.00 |
| 10/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Confer with MTC re September MORs (0.1); Confer with Kati Churchill re same (0.1). | 0.20 | $150.00 | $30.00 |
| 10/24/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Client team call (.3); call with UCC professionals (.4). | 0.70 | $425.00 | $297.50 |
| 10/25/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with client team (.5); review and respond to various emails (.4) | 0.90 | $425.00 | $382.50 |
| 10/28/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with client team (.4); phone call with Bill (.2). | 0.60 | $425.00 | $255.00 |
| 10/29/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with clients (.4); call with UCC people (.4); call with Rabo counsel (.6) | 1.40 | $425.00 | $595.00 |
| 10/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with Debtor professionals (.4); discuss 1121(c)(3) Motion with SJ (.2) | 0.60 | $425.00 | $255.00 |
| 10/31/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with client team (.4). | 0.40 | $425.00 | $170.00 |
| 10/31/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Case strategy meeting with MTC discussing motion to extend exclusivity periods | 0.10 | $200.00 | $20.00 |
| 11/6/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK  D5:D25<br>Phone call with client team (.8); emails with Alex Caval re: AMEX claim amounts (.2). | 1.00 | $425.00 | $425.00 |
| 11/7/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | 0.80 | $425.00 | $340.00 |
| 11/8/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | 0.80 | $425.00 | $340.00 |
| 11/11/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with client and professionals (.5); prepare and file Mtn to Shorten Time and Notice of Hearings (.4); call with client (.5). | 1.40 | $425.00 | $595.00 |
| 11/14/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily phone call with client team (.7); followup on exclusivity stipulation (.2). | 0.90 | $425.00 | $382.50 |
| 11/19/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare and file Status Report (includes time for discussion with co-counsel) (.5); update and file Stip re: exclusivity and submit proposed order (.3). | 0.80 | $425.00 | $340.00 |
| 11/20/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients (.5); follow-up emails with clients and others re: 11/21 hearing (.3). | 0.80 | $425.00 | $340.00 |
| 11/21/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with client team (.7); attend status hearing (.5). | 1.20 | $425.00 | $510.00 |
| 11/22/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with client team (.7); review and update MORs (.3). | 1.00 | $425.00 | $425.00 |
| 11/25/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with client team (.4); call with Sandton's counsel (.5). | 0.90 | $425.00 | $382.50 |
| 11/25/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and finalize Black Pine Cattle October MOR. | 0.10 | $150.00 | $15.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/25/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and finalize Millenkamp Enterprises October MOR. | 0.10 | $150.00 | $15.00 |
| 11/25/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and finalize Idaho Jersey Girls Jerome Dairy October MOR. | 0.10 | $150.00 | $15.00 |
| 11/25/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and finalize Idaho Jersey Girls October MOR. | 0.10 | $150.00 | $15.00 |
| 11/25/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and finalize Goose Ranch October MOR. | 0.10 | $150.00 | $15.00 |
| 11/25/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and finalize Millenkamp Family October MOR. | 0.10 | $150.00 | $15.00 |
| 11/25/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and finalize Millenkamp Properties II October MOR. | 0.10 | $150.00 | $15.00 |
| 11/25/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and finalize Millenkamp Properties October MOR. | 0.10 | $150.00 | $15.00 |
| 11/25/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze and finalize East Valley Cattle October MOR. | 0.10 | $150.00 | $15.00 |
| 11/25/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze Millenkamp Cattle October bank statements (1.1); Finalize Millenkamp Cattle October MOR (0.1). | 1.20 | $150.00 | $180.00 |
| 11/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with client team (.3); call with UCC professionals (.3). | 0.60 | $425.00 | $255.00 |
| 11/4/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with clients (.3); call with Rabo counsel (.5). | 0.80 | $425.00 | $340.00 |
| 11/5/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with client (.3); phone call with co-counsel (.3). | 0.60 | $425.00 | $255.00 |
| 11/18/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with client team (.5) | 0.50 | $425.00 | $212.50 |
| 11/29/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Initial Review of Mtn for Ch. 11 Trustee. | 0.40 | $425.00 | $170.00 |
| 12/2/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Participate in client call (.5); call with MetLife counsel (.3). | 0.80 | $425.00 | $340.00 |
| 12/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Client phone call (.4); call with UCC professionals (.5); call with DHeida and | 1.10 | $425.00 | $467.50 |
| 12/4/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Participate in client call (.4); call with Western States and counsel (.2) | 0.60 | $425.00 | $255.00 |
| 12/5/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with Sandton counsel (.5); call with co-counsel to coordinate 12/10 | 1.50 | $425.00 | $637.50 |
| 12/6/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Participate in call with client team (.3); review, finalize and file Mtn in Limine, | 2.40 | $425.00 | $1,020.00 |
| 12/9/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Meetings with clients, witnesses and other Millenkamp professionals to prepare | 8.50 | $425.00 | $3,612.50 |
| 12/11/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Debrief hearing with MTC (0.1); prepare for status conference (0.1) | 0.20 | $200.00 | $40.00 |
| 12/12/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Attend Status Conference and notate oral rulings on Cash Collateral, Exclusivity | 0.60 | $200.00 | $120.00 |
| 12/17/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review recording of 12/12 court hearing. | 0.50 | $0.00 | $0.00 |
| 12/19/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with co-counsel re: RAF motion (.2); review and comment on | 0.40 | $425.00 | $170.00 |
| 12/20/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients. | 0.40 | $425.00 | $170.00 |
| 12/23/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Attend Hearing on Motion to Establish Time for filing Competing Disclosure | 0.20 | $200.00 | $40.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze November bank statements and finalize MOR for Idaho Jersey Girls. | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze November bank statements and finalize MOR for East Valley Cattle. | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze November bank statements and finalize MOR for Millenkamp | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze November bank statements and finalize MOR for Millenkamp | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze November bank statements and finalize MOR for Millenkamp Family. | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze November bank statements and finalize MOR for Goose Ranch. | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze November bank statements and finalize MOR for Idaho Jersey Girls | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze November bank statements and finalize MOR for Idaho Black Pine | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze November bank statements and finalize MOR for Millenkamp | 0.20 | $150.00 | $30.00 |
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze November bank statements and finalize MOR for Millenkamp Cattle. | 2.50 | $150.00 | $375.00 |

| Date | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/24/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Email correspondence to Lisa re UST's request for insurance renewal. | 0.10 | $150.00 | $15.00 |
| 12/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and respond to various emails re: payments and meeting with Conterra. | 0.30 | $425.00 | $127.50 |
| 12/27/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and respond to emails from client re: Forbes and Conterra. | 0.30 | $425.00 | $127.50 |
| 12/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Daily call with clients and professionals (.6). | 0.60 | $425.00 | $255.00 |
| 12/31/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with MetLife counsel. | 0.40 | $425.00 | $170.00 |
| | | **Total:** | **85.10** | | **30,405.00** |

**B140 RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS**

| Date | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/14/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK     Review and redline proposed stay relief stipulation and order re: McAlvain claims. | 0.30 | $425.00 | $127.50 |
| | | **Total:** | **0.30** | | **$127.50** |

**B150 MEETINGS AND COMMUNICATIONS W/CREDITORS**

| Date | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/8/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK     Call with client and others re: status. | 0.60 | $425.00 | $255.00 |
| 11/12/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with MetLife counsel (.5); call with Rabo counsel (.3). | 0.80 | $425.00 | $340.00 |
| 11/13/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with UCC team (.4); call with MetLife attorneys (.2). | 0.60 | $425.00 | $255.00 |
| 11/15/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review letter from RAF counsel (.2); emails with client and other creditors (.2). | 0.40 | $425.00 | $170.00 |
| 11/19/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with UCC professionals (.5); call with Sandton counsel (.2); call with Glanbia's counsel (.1). | 0.80 | $425.00 | $340.00 |
| | | **Total:** | **3.20** | | **$1,360.00** |

**B160 FEE/EMPLOYMENT APPLICATIONS**

| Date | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/6/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK     Analyze time and expense entries for the month of July (0.3); Prepare Exhibit A to Monthly Interim Fee Application for the Month of July (1.0); Prepare Cover Sheet for Fee Application (0.2); Prepare Notice of Fee Application (0.1). | 1.60 | $150.00 | $240.00 |
| 8/7/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK     Revise Exhibit A to Monthly Fee Application for July. | 0.50 | $150.00 | $75.00 |
| 8/7/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review interim fee app for Dentons (.2); review and file monthly fee app for JM (.3). | 0.50 | $425.00 | $212.50 |
| 8/7/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK     Prepare Application for Interim Fees (0.5); Analyze time entries for April - July (0.5); Prepare Exhibit B to Application for Interim Fees (2.0); Confer with MTC re duplicate time entries in the months of May and June (0.1); Revise Application for Interim Fees (0.2); Revise Exhibit B to Application for Interim Fees (0.5). | 3.80 | $150.00 | $570.00 |
| 8/9/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK     Confer with MTC re duplicate time entries (0.1); Revise Application for Interim Fees (0.3). | 0.40 | $150.00 | $60.00 |
| 8/9/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK     Phone call with co-counsel re: interim fee apps (.1); prepare App to Employ and Verified Statement for David Heida (.8); review and update spreadsheet for JM interim fee app (.4). | 1.30 | $425.00 | $552.50 |
| 8/9/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK     Daily call with client team (.4); various emails re: reporting and term sheets (.4). | 0.80 | $425.00 | $340.00 |
| 8/13/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and edit Summit Ag fee application. | 0.20 | $425.00 | $85.00 |
| 8/19/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and update interim fee app (1.0 figuring out math issues) (1.3); prepare and file Fee App and NOH (.3). | 0.60 | $425.00 | $255.00 |
| 9/9/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze August time entries for monthly fee application (0.2); Prepare Notice of Fee Application for August (0.1); Prepare Cover Sheet for August Monthly Fee Application (0.1); Prepare Exhibit A for August fee application (0.6). | 1.00 | $150.00 | $150.00 |
| 9/12/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Attend status conference and fee app hearing. | 0.40 | $425.00 | $170.00 |
| 9/13/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review, finalize and file August monthly fee app. | 0.40 | $425.00 | $170.00 |
| 9/17/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare and submit order approving interim fee app. | 0.20 | $425.00 | $85.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/2/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze time entries for the month September (0.1); Prepare Time Entries spreadsheet for September (0.6); Prepare Notice of Monthly Fee App (0.2); Prepare Notice of Monthly Fee App (0.2). | 1.10 | $150.00 | $165.00 |
| 10/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Research and respond to email from clerk re: Amended App to Employ Kander. | 0.30 | $425.00 | $127.50 |
| 10/7/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and submit monthly fee application. | 0.20 | $425.00 | $85.00 |
| 11/6/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze October time entries (0.5); Prepare Exhibit B to October Fee Application (0.3). | 0.80 | $150.00 | $120.00 |
| 11/6/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare October Cover Sheet (0.2); Prepare October Notice of Fee Application (0.2). | 0.40 | $150.00 | $60.00 |
| 11/7/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Finalize and file monthly fee app. | 0.30 | $425.00 | $127.50 |
| 12/4/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze November time entries (0.2); Prepare November Cover Sheet Application for Allowance of Fees (0.1); Prepare Exhibit A to November Cover Sheet (0.2); Prepare Notice of Cover Sheet Application for Allowance of Fees (0.1). | 0.60 | $150.00 | $90.00 |
| 12/4/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Analyze time entries for Second Interim Period (0.3); Prepare Exhibit B to Second Interim Fee Application (1.1); Prepare Second Application for Interim Fees (0.5); Prepare Notice of Second Interim Fee Application (0.2); Prepare Order Approving Second Interim Fee Application (0.1). | 2.20 | $150.00 | $330.00 |
| 12/12/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with Kati/Rob re: CRO application (.2). | 0.20 | $425.00 | $85.00 |
| 12/17/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with UST re: CRO application (.2); call with UCC professionals and committee re: CRO application (.9). | 1.10 | $425.00 | $467.50 |
| 12/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Finalize and file Nov 2024 monthly fee app. | 0.30 | $425.00 | $127.50 |
| | | **Total:** | **19.20** | | **$4,750.00** |
| **B185  ASSUMPTION/REJECTION OF LEASE/CONTRACT** | | | | | |
| 8/16/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Phone call with client re: EVD contract and motion to compel assumption/rejection. | 0.30 | $425.00 | $127.50 |
| 8/20/2024 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK                Phone call with Tom Devorak and Randy Peterman re Motion to Assume/Reject Lease concerns. | 0.20 | $150.00 | $30.00 |
| | | **Total:** | **0.50** | | **$157.50** |
| **B190  OTHER CONTESTED MATTERS (EXCLUDING ASSUMPTION/REJECTION MOTIONS** | | | | | |
| 11/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Research re: cases in Mtn for Ch. 11 Trustee.. | 1.50 | $425.00 | $637.50 |
| | | **Total:** | **1.50** | | **$637.50** |
| **B210  BUSINESS OPERATIONS** | | | | | |
| 10/11/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review Rabo objection to cash collateral (.2); discuss same with clients (.4); email Rabo counsel re: rescheduling call (.2). | 0.80 | $425.00 | $340.00 |
| 11/7/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Revise draft Mtn to Extend Exclusive Solicitation period (.4); prepare draft Mtn to Approve lease amendment (Burks Tractor) (.8). | 1.20 | $425.00 | $510.00 |
| 11/11/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Finalize and file Mtn re Amended Lease (.3); email client team re: 3rd cash collateral motion (.1). | 0.40 | $425.00 | $170.00 |
| 11/15/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Draft and file Third Cash Collateral Motion (.7); prepare and file NOH re: same (.2). | 0.90 | $425.00 | $382.50 |
| 12/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare exhibits and exhibit list for 12/10 hearing and circulate to other parties (2.3); phone call with DHeida re: exhibit (.2); phone calls with KMikkilineni re: exhibits (.2); prepare and file witness list (.3) | 3.00 | $425.00 | $1,275.00 |
| 12/10/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare for hearing (1); travel to/from courthouse and attend hearing on various motions (includes time to meet with clients before/after hearing)(9); meet with professionals after hearing to discuss hearing and upcoming argument (.5). | 10.50 | $425.00 | $4,462.50 |
| 12/17/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Update and submit order re: third cash collateral motion (.2); prepare and submit order denying Mtn to Appoint Trustee (.2). | 0.40 | $425.00 | $170.00 |

| | | | **Total:** | **17.20** | | **$7,310.00** |
|---|---|---|---|---|---|---|
| **B230 FINANCING/CASH COLLECTIONS** | | | | | | |
| 12/11/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare closing argument on Trustee motion and coordinate closing arg on other motions with KMikkilineni (1); travel to/from and attend hearing on various motions (includes time to meet with clients and others before/after hearing) (4.2). | | 5.20 | $425.00 | $2,210.00 |
| 12/18/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Finalize and submit order on Third Cash Collateral Motion (with signatures from parties). | | 0.20 | $425.00 | $85.00 |
| | | | **Total:** | **5.40** | | **$2,295.00** |
| **B320 PLAN/DISCLOSURE STATEMENT** | | | | | | |
| 9/2/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with DHeida and KMikkilineni re; plan options. | | 0.60 | $425.00 | $255.00 |
| 9/13/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Phone call with Krystal M re: updates on plan progress. | | 0.30 | $425.00 | $127.50 |
| 9/23/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and revise proposed plan - send to co-counsel for review. | | 1.20 | $425.00 | $510.00 |
| 9/26/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Further review of plan - email comments to co-counsel. | | 0.80 | $425.00 | $340.00 |
| 9/30/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review and make changes to Disclosure Statement (1.8); prepare Notice of Hearing on Disclosure Statement (.2). | | 2.00 | $425.00 | $850.00 |
| 10/30/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Began draft Motion to extend exclusivity period | | 0.30 | $200.00 | $60.00 |
| 10/31/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Continued drafting Motion to Extend Exclusivity Period | | 1.70 | $200.00 | $340.00 |
| 11/4/2024 | SJ | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Completed drafting Motion to extend solicitation period and notice of motion and hearing. | | 1.20 | $200.00 | $240.00 |
| 11/11/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Finalize and file Exclusive Solicitation Motion (.3); prepare and file withdrawal of Disclosure Statement (.2). | | 0.50 | $425.00 | $212.50 |
| 11/13/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Prepare and circulate Stip re: exclusivity (.3). | | 0.30 | $425.00 | $127.50 |
| 11/9/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Research re: post-petition priming liens. | | 2.00 | $425.00 | $850.00 |
| 12/3/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Review proposed Amended Plan and DS and comment to co-counsel. | | 0.80 | $425.00 | $340.00 |
| 12/23/2024 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Call with RAF attorneys re: plan issues (.8); follow-up call with co-counsel (.1) | | 0.90 | $425.00 | $382.50 |
| | | | **Total:** | **12.60** | | **$4,635.00** |
| **COSTS** | | | | | | |
| 12/1/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Certificate of service 11-15-24 | | 1.00 | $316.20 | $316.20 |
| 12/1/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Certificate of service 11-11-24 | | 1.00 | $316.20 | $316.20 |
| 12/10/2024 | | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK<br>Meals - Bardenay (hearing prep with clients) | | 1.00 | $187.62 | $187.62 |
| | | | **Total:** | **3.00** | | **$820.02** |
| | | | | | | |
| | | | **FEES TOTAL:** | **145.00** | | **51,677.50** |
| | | | | | | |
| | | | **GRAND TOTAL:** | **145.00** | | **$52,497.52** |
| | | | | | | |
| | | | | | | |
| | MTC | Matthew T. Christensen | | 107.90 | $425.00 | $45,857.50 |
| | MTC | Matthew T. Christensen | | 0.50 | $0.00 | $0.00 |
| | SJ | Suzanne Jaderholm | | 6.60 | $200.00 | $1,320.00 |
| | ARD | Allison R. Daniels | | 30.00 | $150.00 | $4,500.00 |
| | | | | 145.00 | | $51,677.50 |

# EXHIBIT C

## <u>NARRATIVE SHEET</u>

| | Information Requested | Information Given |
|---|---|---|
| I. | BACKGROUND:<br>The background information of the bankruptcy case, to the best of Applicant's knowledge is as follows: | |
| A. | Date the bankruptcy petition was filed. | April 2, 2024 |
| B. | Date of the "Order Authorizing Employment of Counsel": | May 24,2024 |
| C. | Date services commenced. | March 29, 2024 |
| D. | Rate Applicant charges its non-bankruptcy clients for similar services. | Same as bankruptcy clients: $195.00-$425.00 per hour for attorneys; $95.00-$175.00 per hour for paralegals. |
| E. | Application is final or interim. | Interim. |
| F. | Time period of the services or expenses covered by the Application. | August 1, 2024 through December 31, 2024 |
| | | |
| II. | CASE STATUS:<br>To the best of the Applicant's knowledge, the financial condition and status of the case is as follows: | |
| A. | The amount of cash on hand or on deposit in the estate. | No funds are being held in trust with the Applicant.  The amount on hand with the bankruptcy fluctuates daily, but is generally more than $1 million in available funds. |
| B. | Amount and nature of accrued unpaid, administrative expenses. | To the best of the Applicant's knowledge, the only other unpaid administrative expenses are those of the estate's other professionals. To date, the estate has retained Dentons Davis Brown as co-counsel, Kander as financial advisor, Forbes as investment banker, Cooper Norman as tax accountant, Davis Livestock as livestock appraiser, Schuil Ag Real Estate as brokers opinion expert, Gale W. Harding & Associates as equipment and machinery appraiser, Summit Ag Appraisal as real estate appraiser, and Givens Pursley as special counsel.  The Unsecured Creditors Committee has also incurred administrative expenses for its professionals.  The Applicant believes the |

| | | |
|---|---|---|
| | | Debtors are current on all administrative expenses requested by those professionals. |
| C. | The amount of unencumbered funds in the estate. | The estate currently holds in excess of $1,000,000.00 in funds (which is a constantly changing and updating number). While those funds are technically encumbered by the various lienholders in this case, they are available to pay the professional fees requested pursuant to the Cash Collateral Budget. |
| | | |
| III. | PROJECT SUMMARY: Description of each professional project or task for which compensation and reimbursement is sought: | |
| A. | Description of projects. | See Exhibit B attached hereto for a detailed description of what has been performed on behalf of the estate by the applicant and the fees and costs incurred in these projects. The project categories included: Case Administration, Asset Disposition, Relief from Stay/Adequate Protection Proceedings, Meetings of and Communications with Creditors, Fee/Employment Applications, Assumption/Rejection of Leases and Contracts, Other Contested Matters, Non-Working Travel, Financing/Cash Collections, Tax Issues, Claims Administration and Objections, and Plan and Disclosure Statement. |
| B. | Necessity of projects. | **Case Administration** was necessary in order to discuss various items with the client, co-counsel, financial advisor and other parties, as well as prepare and file required reports (IRR, MOR) and respond to extensive first day motions, continued emergency/interim motions, and related orders.<br><br>**Relief from Stay/Adequate Protection Proceedings** was necessary to respond to opposing counsel  and prepare responses to motions for relief from stay and motions for adequate protection. |

|  |  | **Meetings of and Communications with Creditors** was necessary to prepare for and attend conferences with creditors regarding matters related to the case, status updates, and negotiations, and correspond with creditors and counsel for creditors via phone call and/or email.<br><br>**Fee/Employment Applications** was necessary in order to draft and prepare applications to employ and draft monthly fee applications and this second interim fee application.<br><br>**Assumption/Rejection of Leases and Contracts** was necessary in order to review and respond to multiple creditor emails regarding the Debtors' intentions, and to correspond with co-counsel, financial advisor, and debtors regarding the same.<br><br>**Other Contested Matters** was necessary in order to correspond with the Debtors, co-counsel, financial advisor, and creditors regarding multiple contested matters.<br><br>**Business Operations/Financing/Cash Collections** was necessary in order to review certain financial statements provided by the Debtor and seek approval for continued use of cash collateral.<br><br>**Plan and Disclosure Statement** was necessary in order to correspond with co-counsel, Debtors, and the financial advisor regarding the drafting of and strategy for the Chapter 11 Plan and Amended Plan. |
| C. | Benefit of projects to the estate. | The projects have allowed the Debtors to prepare and file required reports, maintain documents for asset sales, attend required meetings, draft various applications and |

| | | |
|---|---|---|
| | | motions, analyze and draft the Plan, and otherwise keep operations moving forward. |
| D. | Status of project. | Interim. |
| E. | Identification of each person providing services on the projects. | See the attached Exhibit A. |
| F. | Number of hours spent, the amount of compensation requested for each professional and para-professional. | See the attached Exhibit A. |
| G. | Itemized time and services entries. | See the attached Exhibit B. |