# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br>MILLENKAMP CATTLE, INC | CASE NO: 24-40158-NGH<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 842 |

On 1/7/2025, I did cause a copy of the following documents, described below,

Notice of Second Application for Allowance of Interim Fees and Costs for Counsel ECF Docket Reference No. 842

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/7/2025

/s/ Matt Christensen
Matt Christensen  7213
mtc@johnsonmaylaw.com
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, ID  83702
208 384 8588
mtc@johnsonmaylaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| IN RE: | CASE NO: 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 842 |

On 1/7/2025, a copy of the following documents, described below,

Notice of Second Application for Allowance of Interim Fees and Costs for Counsel ECF Docket Reference No. 842

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/7/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Matt Christensen
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, ID  83702

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DO NOT SERVICE were not served via First Class USPS Mail Service.
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING          KRYSTAL R  MIKKILINENI                A SCOTT JACKSON TRUCKING INC
09768                                     DENTONS DAVIS BROWN                   CO WILLIAMS MESERVY  LARSEN LLP
CASE 24-40158-NGH                         215 10TH ST                           POST OFFICE BOX 168
DISTRICT OF IDAHO                         STE 1300                              153 EAST MAIN STREET
TWIN FALLS                                DES MOINES IA 50309-3616              JEROME ID 83338-2332
TUE JAN  7 08-59-42 MST 2025




AAA COW COMFORT LLC                       ABS GLOBAL                            ARNOLD MACHINERY COMPANY
PO BOX 307                                1525 RIVER RD                         2975 WEST 2100 SOUTH
KIMBERLY ID 83341-0307                    DEFOREST WI 53532-2430                SALT LAKE CITY UT 84119-1273




AD HOC COMMITTEE OF CORN SILAGE GROWERS   ADDISON BIOLOGICAL LABORATORY INC     AIRGAS USA LLC
153 EAST MAIN STREET                      507 NORTH CLEVELAND ST                PO BOX 734445
PO BOX 168                                FAYETTE MO 65248-1083                 CHICAGO IL 60673-4445
JEROME ID 83338-0168




AIRGAS USA LLC                            ALEXANDER K REED                      AMALGAMATED SUGAR
110 WEST 7TH ST SUITE 1400                4296 N 2100 E                         1951 S SATURN WAY
TULSA OK 74119-1077                       FILER ID 83328-5046                   STE 100
                                                                                BOISE ID 83709-2924




AMERICAN CALF PRODUCTS (GOLDEN STATE      AMERICAN EXPRESS NATIONAL BANK        AMORY SECURITIES LLC
MIXING                                    CO BECKET AND LEE LLP                 200 NORTH PACIFIC HWY
425 D STREET                              PO BOX 3001                           SUITE 1525
TURLOCK CA 95380-5452                     MALVERN  PA 19355-0701                EL SEGUNDO CA 90245




BRUCE A ANDERSON                          AUTOMATION WERX LLC                   AUTOMATION WERX LLC
320 EAST NEIDER AVENUE                    MORROW  FISCHER PLLC                  PO BOX 3066
SUITE 102                                 4 OGDEN AVENUE                        IDAHO FALLS ID 83403-3066
COEUR DALENE ID 83815-6007                NAMPA ID 83651-2371




CO DAVID A COLEMAN B  H FARMING           B  H FARMING AN IDAHO GENERAL         BS R DESIGN SUPPLIES
COLEMAN RITCHIE  JACOBSON                 PARTNERSHIP                           198 LOCUST ST S
PO BOX 525                                PO BOX 123                            TWIN FALLS ID 83301-7832
TWIN FALLS ID 83303-0525                  RUPERT ID 83350-0123




RICHARD BERNARD                           RON C BINGHAM II                      BLUE CROSS OF IDAHO
1177 AVENUE OF THE AMERICAS               3424 PEACHTREE ROAD NE                CO D BLAIR CLARK ATTY
41ST FLOOR                                SUITE 1600                            967 PARKCENTER BLVD 282
NEW YORK NY 10036-2714                    ATLANTA GA 30326-1139                 BOISE ID 83706-6721




BLUE CROSS OF IDAHO                       BLUE CROSS OF IDAHO HEALTH SERVICE INC  BO STEVENSON DBA BA FARMS
CO D BLAIR CLARK ATTORNEY                 CO LAW OFFICE OF D BLAIR CLARK PC     1001 S 1900 E
967 E PARKCENTER BLVD 282                 967 EAST PARKCENTER BOULEVARD 282     HAZELTON ID 83335-5451
BOISE ID 83706-6721                       BOISE ID 83706-6721
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled NOT SERVED were not served via First Class USPS Mail Service.

BRANDY A BARTHOLOMEW
CO ERIC R CLARK ATTORNEY
PO BOX 2504
EAGLE ID 83616-9118

MORTON R BRANZBURG
KLEHR HARRISON HARVEY BRANZBURG LLP
1835 MARKET ST
SUITE 1400
PHILADELPHIA PA 19103-2945

HEIDI BUCK MORRISON
RACINE OLSON PLLP
201 EAST CENTER STREET
POCATELLO ID 83201-6329

BUNGE CANADA
CO DAVID D FARRELL
THOMPSON COBURN LLP
ONE US BANK PLAZA SUITE 2700
ST LOUIS MISSOURI 63101-1693

BUNGE CANADA CO DAVID D FARRELL
DAVID D FARRELL ESQ
ONE US BANK PLAZA
SUITE 2700
ST LOUIS MO 63101-1616

BURKS TRACTOR COMPANY INC
3140 KIMBERLY ROAD
TWIN FALLS ID 83301-8516

BURKS TRACTOR COMPANY INC
OREN B HAKER
BLACK HELTERLINE LLP
805 SW BROADWAY SUITE 1900
PORTLAND OR 97205-3359

LAURA E BURRI
MORROW FISCHER PLLC
4 OGDEN AVENUE
83651
NAMPA ID 83651-2371

CNH INDUSTRIAL CAPITAL AMERICA LLC
KENT CARTERGORDON REES
ONE NORTH FRANKLIN SUITE 800
CHICAGO IL 60606-3422

BRETT R CAHOON
DOJUST
550 WEST FORT ST
STE 698
BOISE ID 83724-0101

CAPITOL ONE
PO BOX 60599
CITY OF INDUSTRY CA 91716-0599

(P)CARNE I CORP
134 E HIGHWAY 81
BURLEY ID 83318-5427

W KENT CARTER
ONE NORTH FRANKLIN
SUITE 800
CHICAGO IL 60606-3422

WILLIAM K CARTER
GORDON REES SCULLY MANSUKHANI LLP
ONE NORTH WACKER
SUITE 1600
CHICAGO IL 60606-2874

ALEXANDRA O CAVAL
CAVAL LAW OFFICE PC
POB 1716
TWIN FALLS ID 83303-1716

CELLCO PARTNERSHIP DBA VERIZON WIRELESS
WILLIAM M VERMETTE
22001 LOUDOUN COUNTY PKWY
ASHBURN VA 20147-6122

(P)CENTURYTEL SERVICE GROUP LLC DBA CENTURYLI
931 14TH STREET 9TH FLOOR
DENVER CO 80202-2994

MATTHEW T CHRISTENSEN
199 N CAPITOL BLVD
STE 200
BOISE ID 83702-6197

MATTHEW T CHRISTENSEN
JOHNSON MAY PLLC
199 N CAPITOL BLVD
SUITE 200
BOISE ID 83702-6197

CHRISTOPHER CAMARDELLO
1031 MENDOTA HEIGHTS ROAD
ST PAUL MN 55120-1419

CITI CARDS
PO BOX 78019
PHOENIX AZ 85062-8019

D BLAIR CLARK
967 E PARKCENTER BOULEVARD 282
BOISE ID 83706-6721

ERIC R CLARK
PO BOX 2504
EAGLE ID 83616-9118

CLINT D THOMPSON
298 N 200 W
JEROME ID 83338-5372

COASTLINE EQUIPMENT COMPANY
2000 E OVERLAND RD
MERIDIAN ID 83642-6665

DAVID A COLEMAN
PO BOX 525
TWIN FALLS ID 83303-0525

COLONIAL LIFE
PROCESSING CENTER
PO BOX 1365
COLUMBIA SC 29202-1365

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled to be excluded from service were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CONNIE LAPASEOTES LTD<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | CONRAD BISHCOFF INC<br>2251 N HOLMES<br>PO BOX 50106<br>IDAHO FALLS ID 83405-0106 | CONTERRA HOLDINGS LLC DBA CONTERRA AG CAP<br>SPENCER FANE<br>1700 LINCOLN STREET<br>SUITE 2000<br>DENVER CO 80203-4554 |
| CONTERRA HOLDINGS LLC DBA CONTERRA AG CAPIT<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | WILLIAM REED COTTEN<br>ROBINSON COTTEN<br>PO BOX 396<br>616 FREMONT STREET<br>RUPERT ID 83350-1611 | DAIMLER TRUCK FINANCIAL SERVICES USA LLC<br>CO RANDALL P MROCZYNSKI<br>COOKSEY TOOLEN GAGE DUFFY WOOG<br>535 ANTON BOULEVARD SUITE 1000<br>COSTA MESA CA 92626-7664 |
| DAIRY TECH LLC<br>1031 MENDOTA HEIGHTS ROAD<br>ST PAUL MN 55120-1419 | DARITECH<br>8540 BENSON RD<br>LYNDEN WA 98264-9711 | DAVID CLARK<br>CLARK AMBULATORY CLINIC INC<br>1019 E 1020 S<br>ALBION ID 83311 |
| DAVIS LIVESTOCK INC<br>780 E CANNIBAL RD<br>LEWISTON UT 84320-2038 | DOUGLAS J GRANT<br>2050 E 500 S<br>HAZELTON ID 83335-5006 | DUSTY BROW FARMS INC<br>2601 E 1100 S<br>HAZELTON ID 83335-5623 |
| THOMAS E DVORAK<br>POB 2720<br>BOISE ID 83701-2720 | EAST VALLEY DEVELOPMENT LLC<br>CO AVERY LAW<br>3090 E GENTRY WAY STE 250<br>MERIDIAN ID 83642-3596 | EAST VALLEY DEVELOPMENT LLC<br>CO ADAM LEWIS ESQ<br>MORRISON FOERSTER LLP<br>425 MARKET ST<br>SAN FRANCISCO CA 94105-2482 |
| CONNOR BRAY EDLUND<br>MCCONNELL WAGNER SYKES STACEY PLLC<br>827 E PARK BLVD<br>STE 201<br>BOISE ID 83712-7782 | GERY W EDSON<br>POB 448<br>BOISE ID 83701-0448 | EDWARD CHOJNACKY<br>298 N 100 W<br>JEROME ID 83338-5406 |
| ELECTRICAL WERX CONSTRUCTION LLC<br>PO BOX 3066<br>IDAHO FALLS ID 83403-3066 | ELEVATION ELECTRIC LLC<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 | ERIC CLARK<br>CLARK ASSOCIATES<br>PO BOX 2504<br>EAGLE ID 83616-9118 |
| JON B EVANS<br>DORSEY WHITNEY LLP<br>101 S CAPITOL BLVD<br>SUITE 1100<br>BOISE ID 83702-5958 | EVANS PLUMBING<br>111 GULF STREAM LANE<br>HAILEY ID 83333-7725 | ZACHARY FAIRLIE<br>SPENCER FANE<br>1000 WALNUT<br>STE 1400<br>KANSAS CITY MO 64106-2168 |
| ZACHARY FAIRLIE<br>SPENCER FANE LLP<br>1000 WALNUT STREET<br>SUITE 1400<br>KANSAS CITY MO 64106-2168 | BRIAN FARIA<br>SAWTOOTH LAW OFFICES PLLC<br>1101 W RIVER STREET SUITE 110<br>83702<br>BOISE ID 83702-7067 | FARMERS BANK<br>PO BOX 392<br>BUHL ID 83316-0392 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FASTENAL COMPANY                    ROBERT A FAUCHER                    FREDIN BROTHERS INC
2001 THEURER BLVD                   POB 2527                            CO JOHN OBRIEN
ATTN- LEGAL                         BOISE ID 83701-2527                 SPENCER FANE
WINONA MN 55987-9902                                                    1700 LINCOLN STREET SUITE 2000
                                                                        DENVER CO 80203-4554


(P)GJ VERTILINE PUMPS INC           DAVID W GADD                        GALE W HARDING AND ASSOCIATES
PO BOX 892                          STOVER GADD  ASSOCIATES PLLC        329 W 7TH S
TWIN FALLS ID 83303-0892            905 SHOSHONE ST N                   REXBURG ID 83440-9600
                                    PO BOX 1428
                                    TWIN FALLS ID 83303-1428


SCOTT F GAUTIER                     GIVENS PURSLEY LLP                  GLANBIA FOODS INC
1800 CENTURY PARK EAST              GIVENS PURSLEY LLP                  CO ROBERT A FAUCHER
STE 1500                            601 W BANNOCK                       POB 2527
LOS ANGELES CA 90067-1501           PO BOX 2720                         BOISE ID 83701-2527
                                    BOISE ID 83701-2720


KIMBELL D GOURLEY                   GRANT  HAGAN INC                    GRANT 4D FARMS LLC
POB 1097                            PO BOX 326                          707 E 600 N
BOISE ID 83701-1097                 HAZELTON ID 83335-0326              RUPERT ID 83350-9466


GREATAMERICA FINANCIAL SERVICES     DANIEL C GREEN                      GREEN SOURCE AUTOMATION LLC
CORPORATION                         RACINE OLSON PLLP                   3506 MOORE ROAD
ATTN PEGGY UPTON                    201 EAST CENTER                     CERES CA 95307-9402
625 FIRST ST SE                     PO BOX 1391
CEDAR RAPIDS IA 52401-2030          POCATELLO ID 83204-1391


MATTHEW W GRIMSHAW                  JULIAN GURULE                       JULIAN GURULE
GRIMSHAW LAW GROUP PC               400 SOUTH HOPE STREET               OMELVENY  MEYERS LLP
800 W MAIN STREET STE 1460          SUITE 1900                          400 SOUTH HOPE STREET
BOISE ID 83702-5983                 LOS ANGELES CA 90071-2811           SUITE 1900
                                                                        LOS ANGELES CA 90071-2811


JULIAN GURULE                       OREN B HAKER                        HATFIELD MANUFACTURING INC
OMELVENY  MYERS LLP                 BLACK HELTERLINE LLP                1823 SHOESTRING RD
400 SOUTH HOPE STREET               805 SW BROADWAY                     GOODING ID 83330-5361
STE 18TH FLOOR                      SUITE 1900
LOS ANGELES CA 90071-2801           PORTLAND OR 97205-3359


HEERINGA CONSTRUCTION LLC           DAVID A HEIDA                       HOLLIFIELD RANCHES INC
18521 E QUEEN CREEK RD              HEIDA LAW OFFICE PLLC               22866 HIGHWAY 30
105-481                             PO BOX 216                          HANSEN ID 83334-5028
QUEEN CREEK AZ 85142-5864           KIMBERLY ID 83341-0216


IRS                                 IDAHO AGCREDIT                      IDAHO DEPT OF LANDS
CENTRALIZED INSOLVENCY OPER         CO DANIEL C GREEN                   PO BOX 83720
PO BOX 7346                         RACINE OLSON PLLP                   BOISE ID 83720-0003
PHILADELPHIA PA 19101-7346          P O BOX 1391
                                    POCATELLO ID 83204-1391
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
IDAHO MATERIALS  CONSTRUCTION         IDAHO STATE BRAND DEPARTMENT          IDAHO STATE TAX COMMISSION
CO MILLER NASH LLP                    700 S STRATFORD DR                    PO BOX 36
950 W BANNOCK ST STE 1100             MERIDIAN ID 83642-6202                BOISE ID 83722-0036
BOISE ID 83702-6140

(P)INNOVATIVE FOOD SOLUTIONS USA LLC  INTERSTATE BILLING SERVICE INC        THEODORE ISBELL
134 E HIGHWAY 81                      PO BOX 2250                           EXPERT CONSULTING SERVICES
BURLEY ID 83318-5427                  DECATUR AL 35609-2250                 2694 E 750 S
                                                                            DECLO ID 83323-6001

JC HOOF TRIMMING INC                  JD HEISKELL HOLDINGS LLC              JOHN DEERE FINANCIAL
3690 N 2570 E                         17220 WRIGHT ST STE 200               CO WELTMAN WEINBERG  REIS CO LPA
TWIN FALLS ID 83301-1004              OMAHA NE 68130-4667                   965 KEYNOTE CIRCLE
                                                                            CLEVELAND OH 44131-1829

(P)JPMORGAN CHASE BANK  N A           JPMORGAN CHASE BANK NA                JAKE MILLENKAMP
BANKRUPTCY MAIL INTAKE TEAM           SBMT CHASE BANK USA NA                1719 RIVER ROAD
700 KANSAS LANE FLOOR 01              CO NATIONAL BANKRUPTCY SERVICES LLC   BUHL ID 83316-5302
MONROE LA 71203-4774                  PO BOX 9013
                                      ADDISON TEXAS 75001-9013

JAMES FARRELL  CO                     JEAN L THOMPSON                       JEFFREY E ROLIG
13810 SE EASTGATE WAY                 255 N 250 W                           PO BOX 5455
SUITE 520                             JEROME ID 83338-5363                  TWIN FALLS ID 83303-5455
BELLEVUE WA 98005-4467

JEFFREY J GRIEVE                      JOHN DEERE CONSTRUCTION AND FORESTRY  JOHN DEERE FINANCIAL FSB
PO BOX 366                            COMPANY                               CO WELTMAN WEINBERG  REIS CO LPA
TWIN FALLS ID 83303-0366              CO WELTMAN WEINBERG  REIS CO LPA      965 KEYNOTE CIRCLE
                                      965 KEYNOTE CIRCLE                    CLEVELAND OH 44131-1829
                                      CLEVELAND OH 44131-1829

K R RENTAL INC                        KANDER LLC                            KEITH D AND JANET CARLSON
256 A SOUTH 600 W                     2538 CARROLWOOD ROAD                  3866 E 3800 N
HEYBURN ID 83336-9750                 NAPERVILLE IL 60540-8395              HANSEN ID 83334-5012

KENWORTH SALES COMPANY INC            KINGHORN MEDICAL LLC                  KRAUS FARMS LLC
CO BENOIT LAW                         248 S COLE RD                         165 SOUTH 400 WEST
PO BOX 366                            BOISE ID 83709-0934                   RUPERT ID 83350-9672
TWIN FALLS ID 83303-0366

MATTHEW KREMER                        MATTHEW KREMER                        DAVID T KRUECK
7 TIMES SQUARE                        OMELVENY  MYERS LLP                   HAWLEY TROXELL ENNIS  HALWEY LLP
NEW YORK NY 10036-6524                1301 AVENUE OF THE AMERICAS           877 W MAIN ST
                                      SUITE 1700                            SUITE 500
                                      NEW YORK NY 10019-6022                STE 200
                                                                            BOISE ID 83702-6030
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

JOHN F KURTZ JR
KURTZ LAW PLLC
910 W MAIN
SUITE 364
BOISE ID 83702-5740

LES SCHWAB TIRE CENTERS OF IDAHO LLC
PO BOX 5350
BEND OR 97708-5350

(P)LAND VIEW  INC
ATTN DAN NOBLE
P O BOX 475
RUPERT ID 83350-0475

LAND VIEW INC
CO GERY W EDSON
PO BOX 448
BOISE ID 83701-0448

ADAM A LEWIS
MORRISON   FOERSTER LLP
425 MARKET STREET
SAN FRANCISCO CA 94105-2482

ADAM AIKEN LEWIS
MORRISON   FOERSTER LLP
425 MARKET STREET
STE 32ND FLOOR
SAN FRANCISCO CA 94105-2467

KARYN LLOYD
GORDON REES SCULLY MANSUKHANI LLP
999 W MAIN STREET
100
BOISE ID 83702-9001

KARYN LLOYD
GORDON REES SCULLY MANSUKHANI LLP
999 W MAIN STREET 100
BOISE ID 83702-9001

MWI VETERINARIAN SUPPLY INC
3041 W PASADENA DRIVE
BOISE ID 83705-4776

JED W MANWARING
ELAM  BURKE PA
251 E FRONT STREET
PO BOX 1539
STE 300
BOISE ID 83701-1539

JAMES JUSTIN MAY
JOHNSON MAY
199 N CAPITOL BLVD
STE 200
BOISE ID 83702-6197

ZACHERY J MCCRANEY
HOLLAND   HART
PO BOX 2527
800 W MAIN STREET
SUITE 1750
BOISE ID 83702-5974

MERCK ANIMAL HEALTH
ATTN LEGAL DEPTANIMAL HEALTH
126 EAST LINCOLN AVENUE
PO BOX 2000
RAHWAY NJ 07065-0900

METLIFE REAL ESTATE LENDING LLC
CO KIMBELL D GOURLEY
10801 MASTIN BLVD
SUITE 700
OVERLAND PARK KS 66210-1673

METLIFE REAL ESTATE LENDING LLC
CO RON C BINGHAM II ESQ
ADAMS AND REESE LLP
3424 PEACHTREE ROAD NE SUITE 1600
ATLANTA GEORGIA 30326-1139

METROPOLITAN LIFE INSURANCE COMPANY
CO KIMBELL D GOURLEY
10801 MASTIN BLVD
SUITE 700
OVERLAND PARK KS 66210-1673

METROPOLITAN LIFE INSURANCE COMPANY A NEW Y
CO RON C BINGHAM II ESQ
ADAMS AND REESE LLP
3424 PEACHTREE ROAD NE SUITE 1600
ATLANTA GEORGIA 30326-1139

MICHAEL CHOJNACKY
51 W 600 N
JEROME ID 83338-5016

WILLIAM MILLENKAMP
471 N 300 W
JEROME ID 83338-5078

DEBTOR
MILLENKAMP CATTLE INC
471 NORTH 300 WEST
JEROME ID 83338-5078

RHETT MICHAEL MILLER
PARSONS LOVELAND SHIRLEY   LINDSTROM
PO BOX 910
BURLEY ID 83318-0910

MILNER HAY
1154 W 200 S
MURTAUGH ID 83344-5388

MOSS FARMS OPERATIONS LLC
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

MOSS GRAIN PARTNERSHIP
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

MOSS GRAIN PARTNERSHIP
301 SCOTT AVE SUITE 4
RUPERT ID 83350-5100

JOHN D MUNDING
MUNDING PS
309 E FARWELL RD
STE 310
SPOKANE WA 99218-8209

NAPA AUTO PARTS
PO BOX 1425
TWIN FALLS ID 83303-1425

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DO NOT SERVE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JASON RONALD NAESS<br>DOJUST<br>550 WEST FORT ST<br>STE 698<br>BOISE ID 83724-0101 | JAMES NIEMEIER<br>MCGRATH NORTH<br>1601 DODGE STREET<br>SUITE 3700<br>OMAHA NE 68102-1627 | JAMES J NIEMEIER<br>MCGRATH NORTH MULLIN  KRATZ PC LLO<br>1601 DODGE STREET<br>STE 3700<br>OMAHA NE 68102-1650 |
| COOPER NORMAN<br>PO BOX 5399<br>TWIN FALLS ID 83303-5399 | JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET<br>STE 2000<br>DENVER CO 80203-4554 | JOHN OBRIEN<br>SPENCER FANE LLP<br>1700 LINCOLN STEET<br>SUITE 2000<br>DENVER CO 80203-4554 |
| GABRIEL L OLIVERA<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6524 | GABRIEL LUIS OLIVERA<br>OMELVENY  MYERS LLP<br>1301 AVENUE OF THE AMERICAS<br>STE 1700<br>NEW YORK NY 10019-6022 | OVERHEAD DOOR<br>489 S LOCUST<br>TWIN FALLS ID 83301-7849 |
| PTG OF IDAHO LLC<br>CO HOLLAND N ONEIL FOLEY  LARDNER L<br>2021 MCKINNEY AVENUE STE 1600<br>DALLAS TX 75201-3340 | DOMENIC E PACITTI<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 MARKET STREET<br>SUITE 1000<br>WILMINGTON DE 19801-3030 | PAN AMERICAN LIFE INSURANCE<br>1778 N PLANO RD<br>STE 310<br>RICHARDSON TX 75081-1958 |
| PERFORMIX NUTRITION SYSTEMS<br>2201 N 20TH STREET<br>NAMPA ID 83687-6849 | PERFORMIX NUTRITION SYSTEMS LLC<br>MUNDING PS<br>309 E FARWELL RD STE 310<br>SPOKANE WA 99218-8209 | MARK BRADFORD PERRY<br>PERRY LAW PC<br>POB 637<br>BOISE ID 83701-0637 |
| PIVOT MAN INC<br>ROBIN JONES<br>PO BOX 355<br>PAUL ID 83347-0355 | SCOTT C POWERS<br>SPENCER FANE LLP<br>10 EXCHANGE PLACE 11TH FLR<br>SALT  LAKE CITY UT 84111-2824 | PRIME RIDGE BEEF LLC<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 |
| PRO RENTALS  SALES<br>PO BOX 5450<br>C12<br>KALISPELL MT 59903-5450 | PRO TECH SERVICE COMPANY<br>1550 KIMBERLY RD<br>TWIN FALLS ID 83301-7341 | PROGRESSIVE DAIRY SERVICE  SUPPLIES CORP<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 |
| PROGRESSIVE DAIRY SERVICE  SUPPLY CORP<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 | QUILL CORPORATION<br>PO BOX 102419<br>COLUMBIA SC 29224-2419 | RABO AGRIFINANCE LLC<br>CO SHEILA R SCHWAGER<br>PO BOX 1617<br>BOISE ID 83701-1617 |
| RABO AGRIFINANCE LLC AS ADMINISTRATIVE AGEN<br>CO SHEILA SCHWAGER<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>PO BOX 1617<br>BOISE ID 83701-1617 | RAFT RIVER RURAL ELECTRIC COOPERATIVE INC<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 | CHERYL RAMBO<br>IDAHO STATE POLICE<br>700 S STRATFORD DR<br>MERIDIAN ID 83642-6242 |

USPS FIRST-CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled UNDELIVERABLE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| REXEL USA INC DBA PLATT ELECTRIC SUPPLY<br>MCCONNELL WAGNER SYKES + STACEY PLLC<br>827 E PARK BLVD STE 201<br>BOISE ID 83712-7782 | REXEL USA INC DBA PLATT ELECTRIC SUPPLY<br>827 E PARK BLVD STE 201<br>BOISE IDAHO 83712-7782 | JANINE PATRICE REYNARD<br>AVERY LAW<br>3090 E GENTRY WAY<br>SUITE 250<br>MERIDIAN ID 83642-3596 |
| ROBERT E RICHARDS<br>DENTONS US LLP<br>233 SOUTH WACKER DRIVE<br>STE 7800<br>CHICAGO IL 60606-6459 | ROBERT E RICHARDS<br>233 SOUTH WACKER DRIVE<br>SUITE 5900<br>CHICAGO IL 60606-6361 | HOLLY ROARK<br>ROARK LAW OFFICES<br>950 BANNOCK ST STE 1100<br>BOISE ID 83702-6140 |
| ROARK LAW OFFICES<br>950 BANNOCK ST 11TH FL<br>BOISE ID 83702-5999 | ROCKY MOUNTAIN AGRONOMICS<br>1912 WEST MAIN STREET<br>BURLEY ID 83318-1611 | ROGERS MACHINERY COMPANY INC<br>PO BOX 230429<br>PORTLAND OR 97281-0429 |
| EVAN THOMAS ROTH<br>1101 W RIVER ST STE 110<br>BOISE ID 83702-7067 | BRIAN MICHAEL ROTHSCHILD<br>PARSONS BEHLE  LATIMER<br>201 SOUTH MAIN STREET SUITE 1800<br>SALT LAKE CITY UT 84111-2218 | TIRZAH R ROUSSELL<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES IA 50309-3616 |
| TIRZAH R ROUSSELL<br>DENTONS DAVIS BROWN PC<br>THE DAVIS BROWN TOWER<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES IA 50309-3621 | MIRANDA RUSSELL<br>MORRISON  FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-0050 | MIRANDA K RUSSELL<br>MORRISON  FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-0050 |
| SANDTON CAPITAL PARTNERS LP<br>16 W 46TH STREET 1ST FLOOR<br>NEW YORK NY 10036-4503 | (P)SCHAEFFER MANUFACTURING COMPANY<br>ATTN DENIS MCCARTHY<br>2600 S BROADWAY<br>SAINT LOUIS MO 63118-1828 | NIKOLAUS F SCHANDLBAUER<br>20 F STREET NW<br>SUITE 500<br>WASHINGTON DC 20001-6703 |
| SCHMIDT CATTLE HAULING<br>848 E 3400 N<br>CASTLEFORD ID 83321-6422 | ANDREW SCHOULDER<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 | ANDREW J SCHOULDER<br>NORTON ROSE FULBRIGHT US LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 |
| SCHOWS TRUCK CENTER<br>PO BOX 2208<br>DECATUR AL 35609-2208 | SCHUIL AG REAL ESTATE INC<br>5020 W MINERAL KING AVE<br>VISALIA CA 93291-5364 | SHEILA RAE SCHWAGER<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>877 MAIN STREET SUITE 200<br>PO BOX 1617<br>BOISE ID 83701-1617 |
| SHEILA R SCHWAGER<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>PO BOX 1617<br>BOISE ID 83701-1617 | SIX STATES DISTRIBUTORS INC<br>29787 NETWORK PLACE<br>CHICAGO IL 60673-1297 | LOUIS V SPIKER<br>MILLER NASH LLP<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 |

USPS FIRST-CLASS MAILING RECIPIENTS
Parties with names struck through or labeled DM/HCP SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SPRINKLERSHOP INC<br>PO BOX 599<br>PAUL ID 83347-0599 | ST GENETICS<br>INGURAN USA INC<br>22575 STATE HWY 6 SOUTH<br>NAVASOTA TX 77868-8297 | STANDING 16 RANCH LAND COMPANY LLC<br>335 W 300 N<br>JEROME ID 83338-5217 |
| STANDLEE AG RESOURCES<br>CO MILLER NASH LLP<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | STANDLEE AG RESOURCES<br>CO MILLER NASH LLP ATTN LOUIS SPIKER<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | STAR FALLS FARMS LLC<br>1908 E 1300 S<br>HAZELTON ID 83335-5428 |
| STEEL RANCH LLC<br>2597 E 1100 S<br>HAZELTON ID 83335-5621 | STEVEN R HOGAN II<br>409 S 17TH STREET 500<br>OMAHA NE 68102-2603 | MICHAEL R STEWART<br>2200 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS MN 55402-7508 |
| STOTZ EQUIPMENT<br>2670 KIMBERLY RD E<br>TWIN FALLS ID 83301-7984 | MATTHEW A STURZEN<br>SHERMAN SHERMAN JOHNNIE  HOYT LLP<br>693 CHEMEKETA STREET NE<br>SALEM OR 97301-3732 | SUMMIT AG APPRAISAL INC<br>995 S 1150 E<br>ALBION ID 83311-9710 |
| THE DAIRY SOLUTIONS GROUP<br>409 S 17TH STREET 500<br>OMAHA NE 68102-2603 | THE FORBES SECURITIES GROUP LLC DBA FORBES<br>6400 S FIDDLERS GREEN CIRCLE SUITE 850<br>GREENWOOD VILLAGE CO 80111-4994 | THE SPRINKLER SHOP<br>PO BOX 599<br>PAUL ID 83347-0599 |
| MEREDITH LEIGH THIELBAHR<br>GORDON  REES  SEATTLE<br>701 FIFTH AVENUE<br>STE 2100<br>SEATTLE WA 98104-7084 | TRIPLE C FARMS LLC<br>474 S 500 W<br>JEROME ID 83338-6027 | KIM J TROUT<br>TROUT LAW PLLC<br>3778 PLANTATION RIVER DR STE 101<br>BOISE ID 83703-3086 |
| US COMMODITIES LLC<br>730 SECOND AVENUE S SUITE 700<br>MINNEAPOLIS MN 55402-2480 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~550 WEST FORT ST STE 698~~<br>~~BOISE ID 83724-0101~~ | ULINE<br>12575 ULINE DRIVE<br>PLEASANT PRAIRIE WI 53158-3686 |
| UNITED ELECTRIC COOP INC<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 | VALLEY WIDE COOPERATIVE INC<br>CO DAVID W GADD STOVER GADD  ASSOC<br>PO BOX 1428<br>TWIN FALLS ID 83303-1428 | VALLEY WIDE COOPERATIVE INC<br>CO DAVID W GADD<br>STOVER GADD  ASSOCIATES PLLC<br>PO BOX 1428<br>TWIN FALLS IDAHO 83303-1428 |
| LANCE VANDEMARK<br>EXPERT CONSULTING SERVICES<br>2694 E 750 S<br>DECLO ID 83323-6001 | VISERION GRAIN LLC<br>385 BROADWAY ST<br>BOULDER CO 80305-3303 | VISERION GRAIN LLC<br>CO SAWTOOTH LAW OFFICES PLLC<br>213 CANYON CREST DR STE 200<br>TWIN FALLS ID 83301-3053 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/HCP SERVICE have not been served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| VITERRA USA GRAIN LLC<br>1331 CAPITOL AVE<br>OMAHA NE 68102-1197 | VITERRA USA GRAIN LLC AND VITERRA USA INGRE<br>CO RACINE OLSON PLLP<br>PO BOX 1391<br>POCATELLO ID 83204-1391 | VITERRA USA INGREDIENTS LLC<br>1331 CAPITOL AVE<br>OMAHA NE 68102-1197 |
| WAG SERVICES INC<br>8121 W HARRISON ST<br>TOLLESON AZ 85353-3328 | JOSEPH MARK WAGER JR<br>MCCONNELL WAGNER SYKES  STACEY<br>827 E PARK BLVD SUITE 201<br>BOISE ID 83712-7782 | BRITTA E WARREN<br>BLACK HELTERLINE LLP<br>805 SW BROADWAY SUITE 1900<br>PORTLAND OR 97205-3359 |
| WENDELL TRUCK AND AUTO<br>PO BOX 213<br>356 S IDAHO ST<br>WENDELL ID 83355-5209 | WESTERN CONSTRUCTION INC<br>PO BOX 15569<br>BOISE ID 83715-5569 | WESTERN STATES EQUIPMENT CO<br>500 EAST OVERLAND ROAD<br>MERIDIAN ID 83642-6606 |
| WESTWAY FEED<br>BARR CREDIT SERVICES<br>3444 N COUNTRY CLUB RD<br>STE 200<br>TUCSON AZ 85716-0815 | WILBURELLIS COMPANY LLC<br>CO MATTHEW A STURZEN<br>PO BOX 2247<br>SALEM OR 97308-2247 | WILBURELLIS NUTRITION LLC<br>CO MATTHEW A STURZEN<br>PO BOX 2247<br>SALEM OR 97308-2247 |
| WILLIAMS MESERVY  LARSEN<br>POST OFFICE BOX 168<br>153 EAST MAIN STREET<br>JEROME ID 83338-2332 | BRENT RUSSEL WILSON<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>877 MAIN STREET SUITE 200<br>BOISE ID 83702-6030 | YOUNG CDJR OF BURLEY LLC<br>PO BOX 1530<br>LAYTON UT 84041-6553 |
| YOUREE LAND  LIVESTOCK INC<br>3953 NORTH 3300 EAST<br>TWIN FALLS ID 83301-0348 | CO DAVID A COLEMAN YOUREE LAND LIVESTOCK<br>COLEMAN RITCHIE  JACOBSON<br>PO BOX 525<br>TWIN FALLS ID 83303-0525 | |