Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        robert.richards@dentons.com
        tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>       Debtor.<br>_____<br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No.  24-40158-NGH<br><br>Chapter 11<br><br> [NO HEARING REQUIRED]<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy) |

#4289331

## DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024

Dentons Davis Brown (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of December 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.      The Firm is counsel for Millenkamp Cattle, Inc. and its affiliated debtors, the debtors in the above captioned case (the "Debtors"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.      The Firm billed a total of $56,003.03 in fees and expenses during the Application Period. The total fees represent 142 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| December 1-31, 2024 | $45,095.00 | $10,908.03 | $56,003.03 |

C.      Accordingly, the Firm seeks allowance of interim compensation in the amount of $44,729.28 at this time. This total is comprised as follows: $33,821.25 (75% of the fees for services rendered) plus $10,908.03 (100% of the expenses incurred).

D.      Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application  Period,

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtors are authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtors are authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtors compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: January 8, 2025                              /s/ *Krystal R. Mikkilineni*
                                                   DENTONS DAVIS BROWN
                                                   Krystal R. Mikkilineni


                                                   /s/ *Matt T. Christensen*
                                                   JOHNSON MAY
                                                   Matt T. Christensen

CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on this 8th day of January, 2025, I caused to be served a true and correct copy of the foregoing DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

Andrew J. Schoulder                andrew.schoulder@nortonrosefulbright.com
Sheila R. Schwager                 sschwager@hawleytroxell.com
Louis V. Spiker                    louis.spiker@millernash.com
Matthew A. Sturzen                 matt@shermlaw.com
Meredith L. Thielbahr              mthielbahr@grsm.com
Kim J. Trout                       ktrout@trout-law.com
Brent R. Wilson                    bwilson@hawleytroxell.com

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada                       Viterra USA Grain, LLC
c/o Greg Zemaitis                  Viterra USA Ingredients, LLC
1391 Timberlake Manor Parkway      c/o Alicia Burns
Chesterfield, MO 63017             1331 Capitol Ave.
                                   Omaha, NE 68102

J.D. Heiskell Holding, LLC         Land View, Inc.
c/o Tyler (Tab) Berger             c/o Dan Noble
17220 Wright St., Ste 200          P.O. Box 475
Omaha, NE 68130                    Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316


                                   /s/ *Krystal R. Mikkilineni*
                                   Krystal R. Mikkilineni

**DENTONS**

**In Account With**

## DENTONS DAVIS BROWN PC
**Attorneys and Counselors at Law**
**215 10th Street, Suite 1300**
**Des Moines, IA 50309-3993**
**(515) 288-2500**
**Federal I.D. No. 42-1343884**

**Millenkamp Cattle, Inc.**                                      Statement: 1589235
**Bill Millenkamp**                                              Date: 1/7/2025
**471 N 300th Rd W**
**Jerome, Idaho 83338**

**Re: 9020530-188653 - Ch 11 Bankruptcy**

## Professional Fees

| | | | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/02/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan, and motion to appoint trustee (.5); emails to/from David Heida regarding amended schedule (.2) | B110 | 0.70 | 290.50 |
| 12/02/2024 | KMIK | Review MetLife's witness list and exhibit list (.2) | B190 | 0.20 | 83.00 |
| 12/02/2024 | KMIK | Review email from Sheila Schwager regarding Rabo reconciled claim (.1) | B310 | 0.10 | 41.50 |
| 12/02/2024 | KMIK | Call with MetLife counsel and co-counsel regarding status update, plan, and motion to appoint trustee (.5) | B150 | 0.50 | 207.50 |
| 12/02/2024 | KMIK | Review and revise November invoice (.5) | B160 | 0.50 | 207.50 |
| 12/02/2024 | KMIK | Email client regarding language for Western States claim (.1) | B320 | 0.10 | 41.50 |
| 12/02/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan strategy, and motion to appoint trustee and Rabo's friday filings (.5) | B110 | 0.50 | 142.50 |
| 12/02/2024 | KMIK | Review O'Melveny's October fee app (.1) | B160 | 0.10 | 41.50 |
| 12/03/2024 | GMAT | Drafting November fee app (.4); drafting Interim Fee App August-November (1); email to Tirzah regarding fee apps (.1) | B160 | 1.50 | 315.00 |
| 12/03/2024 | TROU | Call with client, Kander and co-counsel regarding prep for hearing and trustee motion, etc (.5) | B110 | 0.50 | 142.50 |
| 12/03/2024 | KMIK | Draft Kander September fee app and notice (.6) | B160 | 0.60 | 249.00 |
| 12/03/2024 | KMIK | Review Conterra's notice of intent to present evidence (.1) | B190 | 0.10 | 41.50 |
| 12/03/2024 | KMIK | Prep equity cushion exhibits for hearing on cash collateral (.8); review exhibit list (.1); call with Matt Christensen regarding exhibits for hearing (.2) | B190 | 1.10 | 456.50 |
| 12/03/2024 | TROU | Review Conterra's notice of intent to present evidence (.1); review rabo's motion to appoint chapter 11 trustee (.5) | B190 | 0.60 | 171.00 |

Millenkamp Cattle, Inc.
1/7/2025
Page: 2

Client: 9020530
Matter: 9020530-188653
Statement: 1589235

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/03/2024 | TROU | Review and revise Dentons' Interim Fee App (1.2); Review and revise notice regarding same (.2); Email Gabby regarding sending fee app to mailing company (.1); Emails with client regarding approval of Dentons Interim Fee App (.1) | B160 | 1.60 | 456.00 |
| 12/03/2024 | TROU | Research and draft Memo regarding appointment of chapter 11 Trustee and determine which exhibits are needed for trial (3.2); determine exhibits needed for exclusvity and cash collateral hearings (.4) | B190 | 3.60 | 1,026.00 |
| 12/03/2024 | TROU | Call with committee counsel, financial advisors, Kander, and co-counsel regarding status and hearing updates (.5) | B150 | 0.50 | 142.50 |
| 12/04/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan, and objection to trustee motion (.4); review and revise letter to Millenkamp Cattle regarding fiduciary duties (.3) | B110 | 0.70 | 290.50 |
| 12/04/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, prep for hearing, objection to trustee motion (.4) | B110 | 0.40 | 114.00 |
| 12/04/2024 | KMIK | Emails to/from Lisa Nelson regarding Conterra December adequate protection payment (.2) | B140 | 0.20 | 83.00 |
| 12/04/2024 | KMIK | Continue drafting amended plan and amended disclosure statement | B320 | 2.00 | 830.00 |
| 12/04/2024 | KMIK | Review Rabo's motion to appoint trustee | B190 | 0.70 | 290.50 |
| 12/04/2024 | TROU | Emails with Penske's counsel regarding Penske's plan treatment (.3); revise and finalize amended plan and amended disclosure statement (1.5); emails with Bill and Lisa regarding review and executing amended plan and disclosure statement for filing (.2) | B320 | 2.00 | 570.00 |
| 12/04/2024 | TROU | Review Rabo's witness and exhibit list (.3); start research and draft of Motion in Limine (1.3) | B190 | 1.60 | 456.00 |
| 12/04/2024 | TROU | Draft letter to Bill regarding fiduciary duties (1.2) | B110 | 1.20 | 342.00 |
| 12/05/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan, and hearing (.4); call with Matt Christensen regarding hearing prep (.3); review email from clerks' office regarding hearing dates for disclosure statement (.1) | B110 | 0.80 | 332.00 |
| 12/05/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan, and hearing prep (.4) | B110 | 0.40 | 114.00 |
| 12/05/2024 | KMIK | Call with Sandton's counsel and co-counsel regarding hearing (.5) | B150 | 0.50 | 207.50 |
| 12/05/2024 | KMIK | Review and revise notice of disclosure statement hearing (.2) | B320 | 0.20 | 83.00 |
| 12/05/2024 | KMIK | Prep for hearing (.2); review subpoena issued to Bill to testify at hearing (.1) | B190 | 0.30 | 124.50 |
| 12/05/2024 | TROU | research regarding appointment of chapter 11 trustee (1.5) | B190 | 1.50 | 427.50 |

Millenkamp Cattle, Inc.
1/7/2025
Page: 3

Client: 9020530
Matter: 9020530-188653
Statement: 1589235

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/05/2024 | TROU | Email from Jessica B regarding word version of plan and disclosure statement (.1); Reivew notice of hearing for amended disclosure statement (.2); finalize amended disclosure statement and exhibits thereto (.5); emails with Lisa Nelson regarding amended plan and disclosure statement (.2); call with Lisa regarding same (.1); emails with Gabby regarding filing amended plan and disclosure statement (.2) | B320 | 1.30 | 370.50 |
| 12/05/2024 | TROU | Research and draft Motion in Limine (3.4) | B190 | 3.40 | 969.00 |
| 12/06/2024 | KMIK | Review and revise motion in limine (.8) | B190 | 0.80 | 332.00 |
| 12/06/2024 | KMIK | Call with client, Kander, and co-counsel regarding liquidation analysis, plan, and hearing strategy (.3); review email from David Heida regarding Sandton term sheet (.1); review email from Ken Nofziger regarding liquidation analysis (.1) | B110 | 0.50 | 207.50 |
| 12/06/2024 | KMIK | Review and revise memo regarding fiduciary duties (.2) and email client regarding same (.1) | B110 | 0.30 | 124.50 |
| 12/06/2024 | KMIK | Review Rabo's exhibit list (.2) | B190 | 0.20 | 83.00 |
| 12/06/2024 | KMIK | Continue review of Rabo's motion to appoint trustee (.6); review trustee's response to motion to appoint trustee (.1); review and revise objection to motion to appoint trustee (.2) | B190 | 0.90 | 373.50 |
| 12/06/2024 | TROU | Review email from David Heida regarding Sandton term sheet (.1); call with client, Kander, and co-counsel regarding liquidation analysis and hearing strategy (.3); review email from Ken regarding liquidation analysis (.1) | B110 | 0.50 | 142.50 |
| 12/06/2024 | TROU | Review Rabo's exhibit list (.2) | B190 | 0.20 | 57.00 |
| 12/06/2024 | TROU | Review Rabo's Motion to Appoint Chapter 11 Trustee (.4); Review Trustee's Motion regarding appointment of chapter 11 trustee (.2); research regarding appointment of chapter 11 trustee and draft objection to motion to appoint trustee (4.1) | B190 | 4.70 | 1,339.50 |
| 12/06/2024 | TROU | Prep for cash collateral. appointment of trustee, and exclusivity hearing (1.8) | B190 | 1.80 | 513.00 |
| 12/07/2024 | KMIK | Continue reviewing and revising objection to trustee motion (1.3); review Rabo's amended exhibit list (.1) | B190 | 1.40 | 581.00 |
| 12/07/2024 | KMIK | Prep for cash collateral hearing (.5) | B230 | 0.50 | 207.50 |
| 12/08/2024 | KMIK | Continue prepping for cash collateral and exclusivity hearing | B230 | 2.60 | 1,079.00 |
| 12/08/2024 | KMIK | Review email from Sheila Schwager regarding exhibits | B190 | 0.10 | 41.50 |
| 12/08/2024 | KMIK | Travel to Boise for hearing (billed at 1/2 rate) | B195 | 6.00 | 1,245.00 |
| 12/08/2024 | TROU | Travel to Boise for cash collateral, exclusivity, and trustee motion hearing (billed at 1/2 rate) | B195 | 6.00 | 855.00 |
| 12/08/2024 | TROU | Prepping for cash collateral, exclusivity and trustee motion hearing (3.5) | B230 | 3.50 | 997.50 |

Millenkamp Cattle, Inc.
1/7/2025
Page: 4

Client: 9020530
Matter: 9020530-188653
Statement: 1589235

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 12/09/2024 | GMAT | Drafting cover sheet for Disclosure Statement filing | B320 | 0.10 | 21.00 |
| 12/09/2024 | KMIK | Continue prepping for cash collateral and exclusivity hearing and prep for trustee motion hearing | B190 | 10.80 | 4,482.00 |
| 12/09/2024 | TROU | Continue prepping for cash collateral and exclusivity hearing and trustee motion hearing (10.8) | B190 | 10.80 | 3,078.00 |
| 12/09/2024 | TROU | Drafting CRO Motion (1.5) | B160 | 1.50 | 427.50 |
| 12/10/2024 | KMIK | Continue prepping for hearing (2); appear at hearing (7) | B190 | 9.00 | 3,735.00 |
| 12/10/2024 | TROU | Continue prepping for hearing (2); appear at hearing (7) | B190 | 9.00 | 2,565.00 |
| 12/10/2024 | TROU | Finalize and file CRO Motion (.6) | B190 | 0.60 | 171.00 |
| 12/11/2024 | KMIK | Prep for hearing (1); negotiations with parties and client regarding plan (.5); appear at hearing (1.5) | B190 | 3.00 | 1,245.00 |
| 12/11/2024 | KMIK | Travel from hearing (2.5) (billed at 1/2 rate) | B195 | 2.50 | 518.75 |
| 12/11/2024 | TROU | Prep for hearing (1); negotiations with parties and client regarding plan (.5); appear at hearing (1.5) | B190 | 3.00 | 855.00 |
| 12/11/2024 | TROU | Travel from hearing (2.5) (billed at 1/2 rate) | B195 | 2.50 | 356.25 |
| 12/12/2024 | KMIK | Review Rabo's reservation of rights regarding interim fee distributions (.1) | B160 | 0.10 | 41.50 |
| 12/12/2024 | KMIK | Appear at oral ruling on trustee motion, cash collateral motion, and exclusivity motion (.5); recap of call with client (.2) | B190 | 0.70 | 290.50 |
| 12/12/2024 | KMIK | Call with Kati Churchill and Rob Marcus regarding CRO hearing (.1) | B110 | 0.10 | 41.50 |
| 12/12/2024 | TROU | Review Rabo's reservation of rights regarding interim fee distributions (.1) | B160 | 0.10 | 28.50 |
| 12/12/2024 | TROU | Appear at oral ruling on cash collateral motion, exclusivity motion, and trustee motion (.5) | B190 | 0.50 | 142.50 |
| 12/12/2024 | TROU | Email David and Lisa dial in information (.1) | B110 | 0.10 | 28.50 |
| 12/13/2024 | KMIK | Emails to/from Lisa Nelson regarding property taxes (.2); review email from Matt Kremer regarding meeting with CRO applicant (.1) and email Ken and Kati regarding same (.1); email Rob regarding meeting with committee (.1); review notice of hearing held (.1) | B110 | 0.60 | 249.00 |
| 12/13/2024 | KMIK | Review email from Sheila Schwager regarding proposed order on exclusivity motion (.1) and review of proposed order (.1) | B190 | 0.20 | 83.00 |
| 12/16/2024 | KMIK | Emails to/from Matt Kremer regarding call with proposed CRO and CRO hearing (.2) | B150 | 0.20 | 83.00 |
| 12/16/2024 | TROU | Review corrective entry regarding CRO app and review app (.2); Emails with Matt C regarding same (.1); attention to Givens Pursely's app for compensation (.2); emails with Cooper Norman regarding fee apps (.2) | B160 | 0.70 | 199.50 |

Millenkamp Cattle, Inc.
1/7/2025
Page: 5

Client: 9020530
Matter: 9020530-188653
Statement: 1589235

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 12/16/2024 | TROU | Emails from Committee Counsel regarding CRO call and moving weekly call tomorrow (.2) | B110 | 0.20 | 57.00 |
| 12/16/2024 | TROU | Attention to email from John O'brien regarding cash collateral order (.1) | B230 | 0.10 | 28.50 |
| 12/16/2024 | TROU | Attention to email from Gabriel Olivera regarding committe call with CRO (.1) | B110 | 0.10 | 28.50 |
| 12/17/2024 | KMIK | Review Rabo's motion to consider shortened notice time for disclosure statement (.2) and review notice of hearing regarding same (.1) | B320 | 0.30 | 124.50 |
| 12/17/2024 | KMIK | Review and revise notice of hearing on CRO application to employ (.1) | B160 | 0.10 | 41.50 |
| 12/17/2024 | KMIK | Call with committee counsel, committee, committee FA, Kander, Rob Marcus, and co-counsel regarding CRO application | B150 | 0.80 | 332.00 |
| 12/17/2024 | TROU | Review Rabo's motion to consider shortened notice time for disclosure statement (.2) and review notice of hearing regarding same (.1) | B320 | 0.30 | 85.50 |
| 12/17/2024 | TROU | Emails with Lisa Nelson regarding GreatAmerica (.3) | B300 | 0.30 | 85.50 |
| 12/17/2024 | TROU | Draft Notice of Hearing for CRO Motion (.4); Emails to client and co-counsel regarding same (.2); Revise and finalize Notice (.2) | B160 | 0.80 | 228.00 |
| 12/17/2024 | TROU | Review proposed order denying trustee motion (.2); review order denying exclusive period (.1) | B110 | 0.30 | 85.50 |
| 12/17/2024 | TROU | Review proposed order granting cash collateral (.2) | B230 | 0.20 | 57.00 |
| 12/17/2024 | TROU | Call with Committee counsel and FA's regarding status update, CRO call, and plan updates (.3) | B150 | 0.30 | 85.50 |
| 12/18/2024 | KMIK | Review emails from parties regarding cash collateral order (.2) | B230 | 0.20 | 83.00 |
| 12/18/2024 | KMIK | Emails to/from Matt Kremer regarding scheduling call with committee counsel and FAs (.2) | B150 | 0.20 | 83.00 |
| 12/18/2024 | KMIK | Review order granting Givens Pursley's interim fee app (.1); review Givens Pursley's November fee app (.1); review Bruce Anderson's interim fee app (.1) | B160 | 0.30 | 124.50 |
| 12/18/2024 | KMIK | Review email from Rob Marcus regarding follow up from call with Bill (.1); call with client, Kander, and co-counsel regarding status update, Rabo's motion to consider, and plan strategy (.3); review email from Rich Bernard regarding transcripts (.1) | B110 | 0.50 | 207.50 |
| 12/18/2024 | TROU | Review emails from several parties regarding cash collateral order (.2) | B230 | 0.20 | 57.00 |
| 12/18/2024 | TROU | Attention to order granting equipment motion (.2); Reivew list of equiment and vehicles for November and draft Notice of Monthly report of purchase/sales of equipment (1); email Notice to co-counsel (.1); revise Notice (.2); Emails with client regarding Notice (.2) | B110 | 1.60 | 456.00 |
| 12/18/2024 | TROU | Revise Certificate of Service for Notice of Hearing on CRO App (.3); emails with Erin C regarding same (.1) | B160 | 0.40 | 114.00 |
| 12/18/2024 | TROU | Call with client, Kander, and co-counsel regarding Rabo's motion to consider, status update, and plan strategy (.3) | B110 | 0.30 | 85.50 |

Millenkamp Cattle, Inc.
1/7/2025
Page: 6

Client: 9020530
Matter: 9020530-188653
Statement: 1589235

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/18/2024 | TROU | Analyze Rabo's Motion to Set Disclosure Statement and Plan Bar Date (.4); Research regarding disclosure statement notice period (.5) | B320 | 0.90 | 256.50 |
| 12/19/2024 | KMIK | Emails to/from Sheila regarding call to discuss plan (.2); call with Committee counsel regarding status update (.2) | B150 | 0.40 | 166.00 |
| 12/19/2024 | KMIK | Review and revise objection to Rabo's motion to establish time (.7) | B320 | 0.70 | 290.50 |
| 12/19/2024 | KMIK | Review Elsaesser Anderson's November fee app (.1) | B160 | 0.10 | 41.50 |
| 12/19/2024 | KMIK | Review Conterra's competing plan (.3) and email to client and Kander regarding same (.1) | B320 | 0.40 | 166.00 |
| 12/19/2024 | TROU | Review order denying appointment of trustee (.2) | B190 | 0.20 | 57.00 |
| 12/19/2024 | TROU | Review Elsaesser Anderson's November fee app (.1) | B160 | 0.10 | 28.50 |
| 12/19/2024 | TROU | Reivew email from John O'brien regarding conterra's plan (.1); review conterra's plan (.4) | B320 | 0.50 | 142.50 |
| 12/19/2024 | TROU | Review order granting continued use of cash collateral (.2) | B230 | 0.20 | 57.00 |
| 12/19/2024 | TROU | Review Rabo's Motion to Shorten Bar Date for Disclosure Statement and Plan filing (.4); Research regarding shortening bar date for disclosure statement and disclosure statement hearing (1.8); Draft Objection to Rabo's Motion to Shorten Time (1) | B320 | 3.20 | 912.00 |
| 12/20/2024 | KMIK | Emails to/from Brent Wilson regarding continuance of disclosure statement hearing (.2) and email client and Kander regarding same (.1) | B320 | 0.30 | 124.50 |
| 12/20/2024 | KMIK | Review email from David Heida regarding Conterra's plan (.1) | B320 | 0.10 | 41.50 |
| 12/20/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, disclosure statement hearing, plan strategy, and Forbes fee app (.4) | B110 | 0.40 | 166.00 |
| 12/20/2024 | KMIK | Review Armory's October fee app (.1) | B160 | 0.10 | 41.50 |
| 12/20/2024 | KMIK | Review and revise stipulation and order regarding disclosure statement hearing (.2) and emails to/from Brent Wilson regarding same (.2) | B320 | 0.40 | 166.00 |
| 12/20/2024 | KMIK | Call with Ron Bingham regarding plan (.3) | B150 | 0.30 | 124.50 |
| 12/20/2024 | TROU | Attention to emails regarding disclosure statement hearing from Kander and co-counsel and review prospective dates (.2) | B320 | 0.20 | 57.00 |
| 12/20/2024 | TROU | Review email from David Heida regarding Conterra's plan (.1) | B320 | 0.10 | 28.50 |
| 12/20/2024 | TROU | Call with client, Kander, and co-counsel regarding status/plan strategy, disclosure statement hearing, and Forbes' fee app (.4) | B110 | 0.40 | 114.00 |
| 12/20/2024 | TROU | Emails with Cooper Norman regarding fee apps (.2); Drafting Cooper Norman Fee App for September (1); attention to Armory fee app (.2); Review Forbes' fee app and appearance of counsel (.5); Review Forbes engagement agreement (.3) | B160 | 2.20 | 627.00 |

Millenkamp Cattle, Inc.
1/7/2025
Page: 7

Client: 9020530
Matter: 9020530-188653
Statement: 1589235

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/20/2024 | TROU | Review Stipulation regarding disclosure statement hearing (.2) | B320 | 0.20 | 57.00 |
| 12/21/2024 | TROU | Attention to email from John Obrien regarding plan budget (.1) | B230 | 0.10 | 28.50 |
| 12/23/2024 | TROU | Attend hearing regarding disclosure statement and stip between Rabo and Debtors (.2) | B320 | 0.20 | 57.00 |
| 12/26/2024 | KMIK | Review email from John O'Brien regarding meeting to discuss plan terms (.1) and email client and Kander regarding same (.1) | B320 | 0.20 | 83.00 |
| 12/26/2024 | KMIK | Call with David Heida regarding plan treatment (.2) | B320 | 0.20 | 83.00 |
| 12/26/2024 | KMIK | Emails to/from Lisa Nelson regarding Armory September fees (.2); review Forbes engagement agreement (.2) and email David Heida regarding same (.1) | B160 | 0.50 | 207.50 |
| 12/26/2024 | KMIK | Review change of address for Bill Millenkamp (.1); emails to/from Ken Nofziger and Lisa Nelson regarding KANS LLC (.2); review emails from Lisa Nelson and Ken Nofziger regarding accrued rent and fees (.1) | B110 | 0.40 | 166.00 |
| 12/26/2024 | KMIK | Review Conterra's revised plan (.3) | B320 | 0.30 | 124.50 |
| 12/26/2024 | TROU | Review email from John O'Brien regarding meeting to discuss plan terms (.1); attention to Conterr'a revised plan (.3); email John O'brien word versions of amended plan and disclosure statement (.1) | B320 | 0.50 | 142.50 |
| 12/26/2024 | TROU | Attention to forbes fee app (.2); Review app to employ forbes and engagement agreement (.3); attention to emails from client and co-counsel regarding same (.1) | B160 | 0.60 | 171.00 |
| 12/28/2024 | KMIK | Review email from David Heida regarding Conterra's plan and strategy (.1) | B320 | 0.10 | 41.50 |
| 12/28/2024 | KMIK | Email John O'Brien regarding meeting with Conterra (.1) | B150 | 0.10 | 41.50 |
| 12/30/2024 | GMAT | Drafting Interim Fee App order | B160 | 0.20 | 42.00 |
| 12/30/2024 | KMIK | Review and revise proposed order for Dentons second interim fee app (.2) and email to/from UST regarding same (.2); review Armory's November fee app (.1); review O'Melveny & Myer's November fee app (.1) | B160 | 0.60 | 249.00 |
| 12/30/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, Conterra plan, secured lender discussions, and Forbes fee app (.7) | B110 | 0.70 | 290.50 |
| 12/30/2024 | KMIK | Emails to/from John O'Brien regarding CAFOs (.2) and email client regarding same (.1); email MetLife's counsel regarding status update (.1) | B150 | 0.40 | 166.00 |
| 12/30/2024 | TROU | Call with client, Kander, and co-counsel regarding Conterra plan, secured lender discussions, and Forbes fee app (.7) | B110 | 0.70 | 199.50 |
| 12/30/2024 | TROU | Review Armory's November fee app (.1); review O'Melveny & Myer's November fee app (.1); Review Dentons order regarding second interim fee app (.1) | B160 | 0.30 | 85.50 |
| 12/30/2024 | TROU | Attention to emails from John O'brien regarding CAFO (.1); review emails from David Heida regarding same (.1) | B150 | 0.20 | 57.00 |

Millenkamp Cattle, Inc.
1/7/2025
Page: 8

Client: 9020530
Matter: 9020530-188653
Statement: 1589235

| Date | | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/31/2024 | KMIK | Call with Ron Bingham and Matt Christensen regarding status update, plan, and settlement discussions (.5) | B150 | 0.50 | 207.50 |
| 12/31/2024 | TROU | Attention to emails from John O'brien regarding call for plan discussions (.2) | B150 | 0.20 | 57.00 |

Sub-total Fees:          $45,095.00

### Rate Summary

| Name | Hours/Rate | Amount |
|---|---|---|
| Krystal R. Mikkilineni | 8.50 hours at $207.50/hr | 1,763.75 |
| Krystal R. Mikkilineni | 51.00 hours at $415.00/hr | 21,165.00 |
| Tirzah R. Roussell | 8.50 hours at $142.50/hr | 1,211.25 |
| Tirzah R. Roussell | 72.20 hours at $285.00/hr | 20,577.00 |
| Gabby B. Mathias | 1.80 hours at $210.00/hr | 378.00 |

Total hours:          142.00

### Expenses

| Date | Description | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 12/05/2024 | Third Party Printing and Mailing Fees | E108 | 1.00 | 2,122.82 | 2,122.82 |
| 12/06/2024 | Third Party Printing and Mailing Fees | E108 | 1.00 | 5,954.69 | 5,954.69 |
| 12/09/2024 | Third Party Printing and Mailing Fees | E108 | 1.00 | 318.68 | 318.68 |
| 12/20/2024 | Flight/Hotel for Millenkamp Hearing | E110 | 1.00 | 1,258.02 | 1,258.02 |
| 12/20/2024 | Flight/Hotel for Millenkamp Hearing | E110 | 1.00 | 1,253.82 | 1,253.82 |

Sub-total Expenses:          $10,908.03

**Total Current Billing:          $56,003.03**

Effective March 29, 2021, Davis Brown Law Firm formally combined with Dentons to become Dentons Davis Brown PC. Visit www.dentons.com/BusinessTerms to find our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the material terms and conditions of any existing engagement agreement. Please contact your lawyer or other professional if you have questions about the Terms of Business or with any respect of your representation.

Current statement due within 30 days of statement date. Please disregard any previously paid amounts. Contact us at 515-246-7812 with any questions. Please include the statement number on your check.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.