UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br>MILLENKAMP CATTLE, INC.,<br>    Debtors.<br><br>Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Chapter 11 Cases<br><br>Jointly Administered With Case Nos.:<br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

ORDER APPROVING FIRST APPLICATION OF ARMORY SECURITIES LLC
FOR INTERIM COMPENSATION

THIS MATTER came before the Court at the hearing on January 9, 2025, upon the First Application of Armory Securities, LLC for Allowance and Payment of Interim Compensation for the Period May 23, 2024 through July 31, 2024, (Docket #755)("Application") filed on December 3, 2024 and served on December 3, 2024; notice given with no objections filed; after inquiry and adjustment by the Court and for good cause shown:

IT IS HEREBY ORDERED THAT:

1. Pursuant to 11 U.S.C. § 331, the Interim Fee Application is APPROVED, as adjusted;

2. Armory Securities LLC is hereby awarded fees in the amount of $155,280.00 (reduced from $157,276.00); and

3. Debtor is authorized to pay the unpaid fees of $37,323.00 (reduced from $39,319.00) as allowed by the Court for the Application period.

//end of txt//

ORDER APPROVING FIRST APPLICATION OF ARMORY SECURITIES LLC
FOR INTERIM COMPENSATION - 1

DATED: January 10, 2025



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Submitted by:
BRUCE A. ANDERSON
Local Co-Counsel to the Official Committee of Unsecured Creditors

ORDER APPROVING FIRST APPLICATION OF ARMORY SECURITIES LLC
FOR INTERIM COMPENSATION - 2