# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br>MILLENKAMP CATTLE, INC.,<br>　　　　Debtors. | Case No. 24-40158-NGH<br><br>Chapter 11 Cases |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

## ORDER APPROVING FIRST INTERIM APPLICATION FOR COMPENSATION OF ELSAESSER ANDERSON

THIS MATTER came before the Court at the hearing on January 9, 2025, upon the First Interim Application for Compensation of Elsaesser Anderson Chtd., (Docket #765)("Application") filed on December 3, 2024 and served on December 3, 2024; and notice given with no objections filed; and for good cause shown:

IT IS HEREBY ORDERED THAT:

1.　Pursuant to 11 U.S.C. § 331, the Interim Fee Application is APPROVED;

2.　Elsaesser Anderson Chtd. is hereby awarded fees in the amount of $18,060.00 and expenses in the amount of $1,274.42 for a total of $19,334.42; and

3.　Debtor is authorized to pay the unpaid fees of $4,514.92 as allowed by the Court for the Application period.

//end of txt//

ORDER APPROVING FIRST INTERIM APPLICATION FOR COMPENSATION OF ELSAESSER ANDERSON  -  1

DATED: January 10, 2025



_____

NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Submitted by:
BRUCE A. ANDERSON
Local Co-Counsel to the Official Committee of Unsecured Creditors

ORDER APPROVING FIRST INTERIM APPLICATION FOR COMPENSATION OF
ELSAESSER ANDERSON  -  2