Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
|---|---|
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises) |

DEBTORS' OBJECTION TO APPLICATIONF OR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM (Forbes Partners) – Page 1

| | |
|---|---|
| ☐ Millenkamp Properties II | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Millenkamp Family | |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**DEBTORS' OBJECTION TO APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM (Forbes Partners)**

The Debtors, by and through their counsel of record, object to the Application for Allowance and Payment of 503(B)(1) Administrative Expense Claim filed by Forbes Partners (Doc. No. 818 – the "Application), as follows:

1. The Debtors incorporate the objections outlined in the Unsecured Creditors Committee's Objection to the Application (Doc. No. 855) as if fully set forth herein.

2. Despite referencing sections 330 and 331 of the Bankruptcy Code, the Application appears to be a request for professional fees dressed up as a request for administrative expense. To the extent the Court treats the Application as a request for professional fees, Forbes Partners has failed to address the factors outlined in Sections 330 or 331 of the Bankruptcy Code and the Application should be denied on that basis.

3. The Application appears to be based on a contract signed by the Debtors and Forbes Partners, and purports to be based on post-petition Debtor-in-Possession financing obtained by the Debtors from Sandton. However, the Debtors assert that any DIP financing from Sandton was

DEBTORS' OBJECTION TO APPLICATIONF OR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM (Forbes Partners) – Page 2

obtained prior to any work by Forbes Partners and was not included in the contract with Forbes Partners.

4.    Further, the Debtors assert that Forbes Partners performed no work or services to locate or secure the DIP financing from Sandton – that financing had been located and obtained prior to any contact from Forbes Partners to Sandton.  Accordingly, the Debtors assert that the requested compensation does not meet the reasonable or "actual necessary services" requirements of Section 330.

5.    The Debtors reserve any and all other arguments and objections to any proper fee application filed by Forbes Partners related to the Debtor-in-Possession financing obtained from Sandton.

WHEREFORE, the Debtors respectfully request the Court deny the Application for the reasons set forth herein, and grant such other and further relief as may be just and equitable.

DATED this 13th day of January 2025.

JOHNSON MAY

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtors

DEBTORS' OBJECTION TO APPLICATIONF OR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM (Forbes Partners) – Page 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January 2025, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

DEBTORS' OBJECTION TO APPLICATIONF OR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM (Forbes Partners) – Page 4

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian M. Rothschild | brothschild@parsonsbehle.com |

Any others as listed on the Court's ECF Notice.

                ____/s/ Matt Christensen_____

                Matthew T. Christensen