UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>      Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

## ORDER APPROVING DENTONS DAVIS BROWN'S SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES

This matter having come before this Court on Dentons Davis Brown's ("Dentons") Second Application for Allowance of Interim Fees ("Second Interim Fee Application") (Docket No. 761) filed by the Debtors in the above captioned chapter 11 cases (the "Cases"). The Court, having reviewed the Second Interim Fee Application, and after due deliberation and consideration, and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b); that venue of this proceeding and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; that due and proper notice to all parties in interest was appropriate under the circumstances, and no further notice is necessary; that no objections were filed to the Second Interim Fee Application; that cause exists to approve

#4284835

the relief requested in the Second Interim Fee Application to the extent set forth below; and that, upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore:

    IT IS HEREBY ORDERED as follows:

1. The Second Interim Fee Application is APPROVED.

2. The total fees incurred by Dentons in the amount of $145,314.00 and total expenses incurred by Dentons in the amount of $9,523.74 during the Second Interim Period are hereby approved.

3. The outstanding fees incurred during the Second Interim Period, totaling $36,328.50, are hereby approved to be paid by the Debtors.//end of text//

DATED: January 14, 2025



_____

NOAH G. HILLEN

Chief U.S. Bankruptcy Judge

Order submitted by: Krystal R. Mikkilineni, attorney for the Debtors

Approved as to Form:

/s/ *Brett R. Cahoon*

Brett R. Cahoon, Office of the United States Trustee