# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 1/14/2025 |
| Case: 24–40158–NGH | Form ID: pdf108 | Total: 143 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | CNH Industrial Capital America LLC |
| cr | MWI Veterinary Supply Inc. |
| cr | McAlvain Concrete, Inc. |
| cr | JOHN DEERE FINANCIAL |
| cr | Rocky Mountain Agronomics, Inc. |
| cr | Official Committee Of Unsecured Creditors |
| cr | Brandy Ann Bartholomew |
| aty | O'Melveny & Myers LLP |
| fa | Kander, LLC |
| cr | Aden Brook Trading Corp |

TOTAL: 10

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Adam Aiken Lewis | alewis@mofo.com |
| aty | Alexandra O Caval | alex@cavallawoffice.com |
| aty | Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| aty | Brent Russel Wilson | bwilson@hawleytroxell.com |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brian Faria | brian@sawtoothlaw.com |
| aty | Brian Michael Rothschild | brothschild@parsonsbehle.com |
| aty | Britta E Warren | britta.warren@bhlaw.com |
| aty | Bruce A. Anderson | baafiling@eaidaho.com |
| aty | Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| aty | Connor Bray Edlund | edlund@mwsslawyers.com |
| aty | D Blair Clark | dbc@dbclarklaw.com |
| aty | Daniel C Green | dan@racineolson.com |
| aty | David A Coleman | david@colemanjacobsonlaw.com |
| aty | David T Krueck | dkrueck@hawleytroxell.com |
| aty | David W. Gadd | dwg@magicvalleylaw.com |
| aty | Eric R Clark | eclark101@hotmail.com |
| aty | Evan Thomas Roth | evan@sawtoothlaw.com |
| aty | Gabriel Luis Olivera | golivera@omm.com |
| aty | Gery W Edson | gedson@gedson.com |
| aty | Heidi Buck Morrison | heidi@racineolson.com |
| aty | Holly Roark | holly@roarklawboise.com |
| aty | James Niemeier | jniemeier@mcgrathnorth.com |
| aty | James Justin May | jjm@johnsonmaylaw.com |
| aty | Janine Patrice Reynard | janine@averylaw.net |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| aty | Jed W. Manwaring | jwm@elamburke.com |
| aty | John O'Brien | jobrien@spencerfane.com |
| aty | John D Munding | john@mundinglaw.com |
| aty | John F Kurtz, Jr | jfk@kurtzlawllc.com |
| aty | Jon B Evans | evans.jb@dorsey.com |
| aty | Joseph Mark Wager, Jr. | wager@mwsslawyers.com |
| aty | Julian Gurule | jgurule@omm.com |
| aty | Karyn Lloyd | klloyd@grsm.com |
| aty | Kim J Trout | ktrout@trout–law.com |
| aty | Kimbell D Gourley | kgourley@idalaw.com |
| aty | Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| aty | Laura E Burri | lburri@morrowfischer.com |
| aty | Louis V. Spiker | louis.spiker@millernash.com |
| aty | Mark Bradford Perry | mbp@perrylawpc.com |
| aty | Matthew Kremer | mkremer@omm.com |
| aty | Matthew A Sturzen | matt@shermlaw.com |
| aty | Matthew T. Christensen | mtc@johnsonmaylaw.com |
| aty | Matthew W Grimshaw | matt@grimshawlawgroup.com |
| aty | Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| aty | Miranda K. Russell | mrussell@mofo.com |
| aty | Morton R. Branzburg | mbranzburg@klehr.com |
| aty | Oren B. Haker | oren.haker@bhlaw.com |
| aty | Rhett Michael Miller | rmiller@magicvalley.law |
| aty | Robert A Faucher | rfaucher@hollandhart.com |
| aty | Robert E Richards | robert.richards@dentons.com |
| aty | Scott C Powers | spowers@spencerfane.com |
| aty | Sheila Rae Schwager | sschwager@hawleytroxell.com |
| aty | Thomas E Dvorak | ted@givenspursley.com |

| | | |
|---|---|---|
| aty | Tirzah R. Roussell | tirzah.roussell@dentons.com |
| aty | William K Carter | kentcarter@grsm.com |
| aty | William Reed Cotten | wrc@idlawfirm.com |
| aty | Zachary Fairlie | zfairlie@spencerfane.com |

TOTAL: 59

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db         Millenkamp Cattle, Inc       471 North 300 West        Jerome, ID 83338
cr         Rabo AgriFinance LLC         c/o Sheila R. Schwager        P.O. Box 1617         Boise, ID 83701
cr         Viterra USA Grain, LLC and Viterra USA Ingredients, LLC        c/o Racine Olson, PLLP        P.O. Box
           1391       Pocatello, ID 83204
cr         MetLife Real Estate Lending LLC        c/o Kimbell D. Gourley        10801 Mastin Blvd        Suite
           700        Overland Park, KS 66210
cr         Metropolitan Life Insurance Company        c/o Kimbell D. Gourley        10801 Mastin BLVD        Suite
           700        Overland Park, KS 66210
cr         Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC
           and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att       Spencer
           Fane       1700 Lincoln Street      Suite 2000       Denver, CO 80203
cr         Western States Equipment Co.       500 East Overland Road       Meridian, ID 83642
cr         c/o David A. Coleman Youree Land & Livestock, Inc.       Coleman, Ritchie & Jacobson       PO BOX
           525       TWIN FALLS, ID 83303–0525 UNITED STATES
cr         c/o David A. Coleman B & H Farming       Coleman, Ritchie & Jacobson       PO BOX 525       TWIN FALLS,
           ID 83303–0525 UNITED STATES
cr         East Valley Development, LLC       c/o Avery Law       3090 E Gentry Way, Ste 250       Meridian, ID 83642
cr         Land View, Inc.       P.O. Box 475       Rupert, ID 83350
cr         MWI Veterinarian Supply, Inc.       3041 W PASADENA DRIVE       Boise, ID 83705 UNITED STATES
cr         Raft River Rural Electric Cooperative, Inc.       c/o Rhett M. Miller       P.O. Box 910       Burley, ID 83318
cr         Viserion Grain, LLC       c/o Sawtooth Law Offices, PLLC       213 Canyon Crest Dr., Ste 200       Twin Falls,
           ID 83301 UNITED STATES
cr         Ad Hoc Committee of Corn Silage Growers       153 East Main Street       PO Box 168       Jerome, ID 83338
cr         Progressive Dairy Service & Supply Corp.       485 S IDAHO ST       WENDELL, ID 83355–5241
cr         Elevation Electric, LLC       485 S IDAHO ST       WENDELL, ID 83355–5241
cr         Bunge Canada C/O David D. Farrell       David D. Farrell. Esq.       One US Bank Plaza       Suite 2700       St.
           Louis, MO 63101
intp       Glanbia Foods Inc       c/o Robert A Faucher       POB 2527       Boise, ID 83701
intp       Sandton Capital Partners LP       16 W 46th Street, 1st Floor       New York, NY 10036
cr         Automation Werx, LLC       Morrow & Fischer, PLLC       4 Ogden Avenue       Nampa, ID 83651
cr         Wilbur–Ellis Company LLC       c/o Matthew A. Sturzen       P.O. Box 2247       Salem, OR 97308
cr         PerforMix Nutrition Systems, LLC       MUNDING, P.S.       309 E. FARWELL RD., STE 310       Spokane,
           WA 99218 UNITED STATES
cr         Idaho State Brand Department       700 S. Stratford Dr.       Meridian, ID 83642 UNITED STATES
cr         Moss Grain Partnership       c/o Rhett M. Miller       P.O. Box 910       Burley, ID 83318
cr         Moss Farms Operations, LLC       c/o Rhett M. Miller       P.O. Box 910       Burley, ID 83318
cr         United Electric Co–op, Inc.       c/o Rhett M. Miller       P.O. Box 910       Burley, ID 83318
cr         Standlee Ag Resources       c/o Miller Nash LLP       950 W Bannock St, Ste 1100       Boise, ID 83702
cr         Burks Tractor Company, Inc.       3140 Kimberly Road       Twin Falls, ID 83301
cr         Blue Cross of Idaho Health Service, Inc       c/o Law Office of D. Blair Clark PC       967 East Parkcenter
           Boulevard, #282       Boise, ID 83706 UNITED STATES
aty        Matthew T. Christensen       199 N. Capitol Blvd.       Ste 200       Boise, ID 83702
aty        Krystal R Mikkilineni       Dentons Davis Brown       215 10th St       Ste 1300       Des Moines, IA 50309
crcm       Bruce A. Anderson       320 East Neider Avenue       Suite 102       Coeur d'Alene, ID 83815
r          Schuil Ag Real Estate Inc       5020 W Mineral King Ave       Visalia, CA 93291
app        Gale W. Harding and Associates       329 W 7th S       Rexburg, ID 83440
app        Davis Livestock, Inc.       780 E Cannibal Rd       Lewiston, UT 84320
br         The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker       6400 S Fiddlers Green
           Circle       Suite 850       Greenwood Village, CO 80111
cr         Rexel USA, Inc dba Platt Electric Supply       McConnell Wagner Sykes + Stacey PLLC       827 E. Park Blvd,
           Ste. 201       Boise, ID 83712
cr         Amalgamated Sugar Company       1951 S. Saturn Way       Suite 100       Boise, ID 83709
aty        Bruce A. Anderson       320 East Neider Avenue       Suite 102       Coeur d'Alene, ID 83815
intp       William Millenkamp       471 N 300 W       Jerome, ID 83338
cr         Valley Wide Cooperative Inc.       c/o David W. Gadd, Stover, Gadd & Assoc.       P.O. Box 1428       Twin
           Falls, ID 83303–1428
intp       Idaho AgCredit       c/o Daniel C. Green       Racine Olson, PLLP       P. O. Box 1391       Pocatello, ID 83201
aty        Julian Gurule       O'Melveny & Meyers LLP       400 South Hope Street       Suite 1900       Los Angeles, CA
           90071
acc        Cooper Norman       PO Box 5399       Twin Falls, ID 83303
app        Summit Ag Appraisal Inc       995 S 1150 E       Albion, ID 83311
fa         Amory Securities LLC       200 North Pacific Hwy       Suite 1525       El Segundo, CA 90245
sp         Givens Pursley LLP       Givens Pursley LLP       601 W. Bannock       P.O. Box 2720       Boise, ID
           83701–2720 UNITED STATES
sp         David A Heida       Heida Law Office, PLLC       Po Box 216       Kimberly, ID 83341
fa         Kander LLC       2538 Carrolwood Road       Naperville, IL 60540
wit        Lance Vandemark       Expert Consulting Services       2694 E 750 S       Declo, ID 83323
wit        Theodore Isbell       Expert Consulting Services       2694 E 750 S       Declo, ID 83323
aty        Adam A Lewis       Morrison & Foerster LLP       425 Market Street       San Francisco, CA 94105
```

| | | | | |
|---|---|---|---|---|
| aty | Andrew Schoulder | 1301 Avenue of The Americas | New York, NY 10019–6022 | |
| aty | Domenic E Pacitti | Klehr Harrison Harvey Branzburg LLP | 919 Market Street | Suite 1000    Wilmington, DE 19801 |
| aty | Gabriel L Olivera | 7 Times Square | New York, NY 10036 | |
| aty | James J Niemeier | McGrath North Mullin & Kratz, PC LLO | 1601 Dodge Street | Ste 3700    Omaha, NE 68102 |
| aty | John O'Brien | Spencer Fane LLP | 1700 Lincoln Steet    Suite 2000    Denver, CO 80203 | |
| aty | Julian Gurule | 400 South Hope Street    Suite 1900    Los Angeles, CA 90071 | | |
| aty | Karyn Lloyd | Gordon Rees Scully Mansukhani, LLP | 999 W Main Street    100    Boise, ID 83702 | |
| aty | Krystal R Mikkilineni | Dentons Davis Brown | 215 10th St    Ste 1300    Des Moines, IA 50309 | |
| aty | Matthew Kremer | 7 Times Square    New York, NY 10036 | | |
| aty | Michael R Stewart | 2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402 |
| aty | Miranda Russell | Morrison & Foerster LLP | 250 West 55th Street    New York, NY 10019 | |
| aty | Morton R Branzburg | Klehr Harrison Harvey Branzburg LLP | 1835 Market St | Suite 1400    Philadelphia, PA 19103 |
| aty | Nikolaus F Schandlbauer | 20 F Street NW    Suite 500    Washington DC 20001 | | |
| aty | Richard Bernard | 1177 Avenue of the Americas    41st Floor    New York, NY 10036 | | |
| aty | Robert E. Richards | 233 South Wacker Drive    Suite 5900    Chicago, IL 60606–6361 | | |
| aty | Ron C Bingham, II | 3424 Peachtree Road NE    Suite 1600    Atlanta, GA 30326 | | |
| aty | Scott F Gautier | 1800 Century Park East    Ste 1500    Los Angeles, CA 90067 | | |
| aty | Tirzah R. Roussell | 215 10th Street    Suite 1300    Des Moines, IA 50309 | | |
| aty | W. Kent Carter | One North Franklin    Suite 800    Chicago, IL 60606 | | |
| aty | Zachary Fairlie | Spencer Fane LLP | 1000 Walnut Street    Suite 1400    Kansas City, MO 64106 | |
| aty | Zachery J McCraney | Holland & Hart | Po Box 2527    800 W Main Street | Suite 1750    Boise, ID 83701 |

TOTAL: 74