Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor.<br><br>Filing relates to:<br><br>☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br>Chapter 11<br><br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 - 1**

# GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024

Givens Pursley LLP (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of December 2024 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Dkt. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.  The Firm is Special Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor") by virtue of the Application to Employ Special Counsel for Debtor in Possession (Dkt. 511) and the Court's Order Authorizing Employment of Special Counsel (Dkt. 577), entered on August 27, 2024. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.  The Firm billed a total of $4,812.00 in fees and expenses during the Application Period. The total fees represent 13.80 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| December 1-31, 2024 | $4,812.00 | $0.00 | $4,812.00 |

C.  Accordingly, the Firm seeks allowance of interim compensation in the amount of $3,609.00 at this time. This total is comprised as follows: $3,609.00 (75% of the fees for services rendered) and $0.00 in costs (100% of the expenses incurred).

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 - 2**

D.  Attached hereto as **Exhibit A** is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E.  Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

F.  The Firm does not have any funds in its client trust account on behalf of the Debtor. Accordingly, the Debtor will pay the full requested amount of $3,609.00 from its accounts at its discretion.

WHEREFORE, the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATED this 15th day of January, 2025.

GIVENS PURSLEY LLP

By  /s/ Thomas E. Dvorak
    Thomas E. Dvorak – Of the Firm
    Special Counsel for the Debtors

`

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day January, 2025, I filed the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**Morton R. Branzburg**
mbranzburg@klehr.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**William K. Carter**
kentcarter@grsm.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 - 4**

| | |
|---|---|
| **Brian Faria**<br>brian@sawtoothlaw.com | **Robert A Faucher**<br>rfaucher@hollandhart.com<br>boiseintaketeam@hollandhart.com<br>spturner@hollandhart.com |
| **David W. Gadd**<br>dwg@magicvalleylaw.com<br>jfb@magicvalleylaw.com | **Kimbell D. Gourley**<br>kgourley@idalaw.com/<br>shudson@idalaw.com |
| **Daniel C. Green**<br>dan@racineolson.com<br>mcl@racinelaw.net | **Matthew W. Grimshaw**<br>matt@grimshawlawgroup.com |
| **Julian Gurule**<br>jgurule@omm.com<br>julian-gurule-5732@ecf.pacerpro.com | **Matthew Kremer**<br>mkremer@omm.com<br>matthew-kremer-0858@ecf.pacerpro.com |
| **David T. Krueck**<br>dkrueck@perkinscoie.com<br>jdeshaw@perkinscoie.com<br>docketboi@perkinscoie.com | **John F. Kurtz**<br>jfk@kurtzlawllc.com,<br>tnd@kurtzlawllc.com |
| **Adam Aiken Lewis**<br>alewis@mofo.com | **Karyn Lloyd**<br>klloyd@grsm.com |
| **Jed W. Manwaring**<br>jmanwaring@evanskeane.com<br>duskin@evanskeane.com | **J. Justin May**<br>jjm@johnsonmaylaw.com<br>cjc@johnsonmaylaw.com<br>lnh@johnsonmaylaw.com |
| **Krystal R. Mikkilineni**<br>krystal.mikkilineni@dentons.com<br>gabby.mathias@dentons.com | **Rhett Michael Miller**<br>rmiller@magicvalley.law |
| **John D. Munding**<br>john@mundinglaw.com | **Jason R. Naess**<br>Jason.r.naess@usdoj.gov |
| **James Niemeier**<br>jniemeier@mcgrathnorth.com | **John O'Brien**<br>jobrien@spencerfane.com<br>anissly@spencerfane.com<br>dperea@spencerfane.com |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 - 5**

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
DECEMBER 2024 - 6**

| | |
|---|---|
| **Joseph Mark Wager** | **Brent R. Wilson** |
| wager@mwsslawyers.com | bwilson@hawleytroxell.com |
| wstewart@mwsslawyers.com | amay@hawleytroxell.com |
| seannegan@sneganlaw.con | |
| reception@mwsslawyers.com | |

AND, I FURTHER CERTIFY that on such date I served the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024** on the following non-CM/ECF Registered Participants in the manner indicated:

| | |
|---|---|
| Millenkamp Cattle, Inc<br>471 North 300 West<br>Jerome, ID 83338 | (X) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |
| Richard Bernard<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036 | (X) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |
| Ron C. Bingham<br>3424 Peachtree Road NE, Ste. 1600<br>Atlanta, GA 30326 | (X) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |
| Morton R Branzburg<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market St., Ste. 1400<br>Philadelphia, PA 19103 | (X) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |
| Bunge Canada C/O David D. Farrell<br>David D. Farrell. Esq.<br>One Bank Plaza, Ste. 2700<br>St. Louis, MO 63101 | (X) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |
| W. Kent Carter<br>One North Franklin, Ste. 800<br>Chicago, IL 60606 | (X) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |

| | |
|---|---|
| Davis Livestock, Inc.<br>780 E Cannibal Rd<br>Lewiston, UT 84320 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Scott F. Gautier<br>1800 Century Park East, Ste. 1500<br>Los Angeles, CA 90067 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Oren Buchanan Haker<br>Black Helterline LLP<br>805 SW Broadway, Ste. 1900<br>Portland, OR 97205 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Zachery J McCraney<br>Holland & Hart<br>P.O. Box 2527<br>800 W Main Street, Ste 1750<br>Boise, ID 83701 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Cooper Norman<br>P.O. Box 5399<br>Twin Falls, ID 83303 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Domenic E Pacitti<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Ste. 1000<br>Wilmington, DE 19801 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Nikolaus F Schandlbauer<br>20 F Street NW, Ste. 500<br>Washington DC, 20001 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Michael R Stewart<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 - 8**

| | |
|---|---|
| Summit Ag Appraisal Inc<br>995 S 1150 E<br>Albion, ID 83311 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker<br>6400 S Fiddlers Green Circle, Ste. 850<br>Greenwood Village, CO 80111 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

                                            */s/ Thomas E. Dvorak*
                                            Thomas E. Dvorak

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 - 9**

Exhibit A

Exhibit A

**Time Report from December 1-31, 2024**
Millenkamp Cattle (11054)

| Date | Initials | Professional Name | Units | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| **B160 - FEE/EMPLOYMENT APPLICATIONS** | | | | | | |
| 12/03/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to L. Nelson regarding expiration of objection period regarding October 2024 cover sheet application and to request payment. |
| 12/09/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to L. Nelson regarding status of Vertex's cover sheet application for September 2024 and request for payment. |
| 12/09/2024 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Prepare November 2024 cover sheet application and notice thereof for Givens Pursley. |
| 12/09/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Prepare for hearing regarding quarterly fee application for July-October 2024 for Givens Pursley. |
| 12/11/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence regarding November cover sheet application. |
| 12/12/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Review minute entry of bankruptcy hearing regarding interim fee application and correspond regarding order thereon. |
| 12/12/2024 | TED | Thomas E. Dvorak | 0.60 | $450.00 | $270.00 | Prepare for and participate in hearing on approval of motion for approval of fees and costs. |
| 12/13/2024 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Draft order granting first interim application for compensation. |
| 12/13/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence with B. Cahoon regarding proposed order on first interim fee application. |
| 12/13/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence with bankruptcy court regarding proposed order granting first interim fee application. |
| 12/13/2024 | KAD | Keri Moody | 0.80 | $215.00 | $172.00 | Review, revise, and code November 2024 time for fee application. |
| 12/13/2024 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Finalize and file November 2024 cover sheet application and notice thereof. |
| 12/13/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to L. Nelson regarding November 2024 cover sheet application and notice thereof. |
| 12/16/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Review and circulate order approving Givens Pursley's first interim application for compensation. |
| 12/16/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence L. Nelson regarding entered order approving Givens Pursley's first interim application for compensation and to discuss payment. |
| 12/23/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence regarding claims agent. |
| 12/23/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Exchange correspondence regarding payments. |
| | | | **4.90** | | **$1,194.50** | |
| **B210 - BUSINESS OPERATIONS** | | | | | | |
| 12/10/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Receive and review claim of lien. |
| 12/12/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Draft email to D. Heida regarding self help notice. |
| 12/12/2024 | TED | Thomas E. Dvorak | 0.10 | $450.00 | $45.00 | Telephone conference with D. Heida regarding self help notice. |
| 12/12/2024 | TED | Thomas E. Dvorak | 0.60 | $450.00 | $270.00 | Draft and revise notice of self help. |
| 12/12/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Conference with E. Miller regarding additional notice of self help. |
| 12/12/2024 | TED | Thomas E. Dvorak | 0.60 | $450.00 | $270.00 | Telephone conference with B. Millenkamp and D. Heida regarding additional notice of self help. |
| 12/13/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Receive and review response from M. Russell. |
| 12/13/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Finalize and send self help letter. |
| 12/18/2024 | TED | Thomas E. Dvorak | 0.50 | $450.00 | $225.00 | Receive and review response letter from M. Russell. |
| 12/19/2024 | CSB | Charlie Baser | 0.30 | $325.00 | $97.50 | Begin drafting email to D. Heida regarding Millenkamp CTA reporting requirements. |
| 12/19/2024 | CSB | Charlie Baser | 0.90 | $325.00 | $292.50 | Attention to Millenkamp CTA reporting requirements. |
| 12/19/2024 | TED | Thomas E. Dvorak | 0.10 | $450.00 | $45.00 | Communicate with D. Heida regarding self help letter. |
| 12/19/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Receive and review response regarding self help letter. |
| 12/19/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Receive and review response to self help demand from East Valley Development. |
| 12/19/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Review contract in light of counter allegations by East Valley Development. |
| 12/19/2024 | TED | Thomas E. Dvorak | 0.10 | $450.00 | $45.00 | Communicate with D. Heida regarding response to self help demand from East Valley Development. |
| 12/20/2024 | CSB | Charlie Baser | 0.90 | $325.00 | $292.50 | Draft email to D. Heida regarding research regarding entities complying with CTA reporting requirements. |
| 12/20/2024 | CSB | Charlie Baser | 1.00 | $325.00 | $325.00 | Research whether Millenkamp entities must comply with CTA reporting requirements. |
| | | | **7.10** | | **$2,807.50** | |

**L210 - PLEADINGS**

| Date | Init | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 12/05/2024 | TED | Thomas E. Dvorak | 1.20 | $450.00 | $540.00 | Review and revise arbitration demand and arbitration complaint. |
| 12/05/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Telephone conference with D. Heida regarding arbitration demand and arbitration complaint. |
| 12/06/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Telephone conference with D. Heida regarding changes to notice of default/arbitration demand. |
| | | | **1.80** | | **$810.00** | |
| | | | **13.80** | | **$4,812.00** | |

| | Init | Name | Staff Summary: Hours | Rate | Amount |
|---|---|---|---|---|---|
| | TED | Thomas E. Dvorak | 6.40 | $450.00 | $2,880.00 |
| | CSB | Charlie Baser | 3.10 | $325.00 | $1,007.50 |
| | KAD | Keri Moody | 4.30 | $215.00 | $924.50 |
| | | | **13.80** | | **$4,812.00** |