Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH<br>Chapter 11 |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR DECEMBER 2024 - 1**

**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR
ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR DECEMBER 2024**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR,S COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER
INTERESTED PARTIES**

  **PLEASE TAKE NOTICE** that the professionals listed on **Exhibit A** hereto (the "Professionals") have applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing December 1, 2024, and ending December 31, 2024 (the "Application Period").  As detailed on Exhibit A, the Professionals seek allowance and payment of interim compensation for 75% of fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

  Pursuant to the *Order Establishing Interim Fee and Expense Reimbursement Procedures* (Dkt. 303), entered on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States trustee, the Debtors, and any Official Committee of Unsecured Creditors appointed herein.

  If any objection is timely filed and served, the Debtors will pay the Professionals whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

  DATE OF MAILING January 15, 2025.

DATED this 15th day of January, 2025.

GIVENS PURSLEY LLP


By  /s/ Thomas E. Dvorak
       Thomas E. Dvorak – Of the Firm
       Special Counsel for the Debtors

`

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of January, 2025, I filed the foregoing **NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR DECEMBER 2024** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Morton R. Branzburg**
mbranzburg@klehr.com

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**William K. Carter**
kentcarter@grsm.com

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**Brian Faria**
brian@sawtoothlaw.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**Adam Aiken Lewis**
alewis@mofo.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**John D. Munding**
john@mundinglaw.com

**James Niemeier**
jniemeier@mcgrathnorth.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Karyn Lloyd**
klloyd@grsm.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
DECEMBER  2024 - 5**

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-
9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
DECEMBER  2024 - 6**

**Joseph Mark Wager**                          **Brent R. Wilson**
wager@mwsslawyers.com                          bwilson@hawleytroxell.com
wstewart@mwsslawyers.com                        amay@hawleytroxell.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

    AND, I FURTHER CERTIFY that on such date I served the foregoing **NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR DECEMBER 2024** on the following non-CM/ECF Registered Participants in the manner indicated:

Millenkamp Cattle, Inc                  (X) U.S. Mail, Postage Prepaid
471 North 300 West                      ( ) Hand Delivered
Jerome, ID 83338                        ( ) Overnight Mail
                                        ( ) Facsimile

Richard Bernard                         (X) U.S. Mail, Postage Prepaid
1177 Avenue of the Americas             ( ) Hand Delivered
41st Floor                              ( ) Overnight Mail
New York, NY 10036                      ( ) Facsimile

Ron C. Bingham                          (X) U.S. Mail, Postage Prepaid
3424 Peachtree Road NE, Ste. 1600       ( ) Hand Delivered
Atlanta, GA 30326                       ( ) Overnight Mail
                                        ( ) Facsimile

Morton R Branzburg                      (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP     ( ) Hand Delivered
1835 Market St., Ste. 1400              ( ) Overnight Mail
Philadelphia, PA 19103                  ( ) Facsimile

Bunge Canada C/O David D. Farrell       (X) U.S. Mail, Postage Prepaid
David D. Farrell. Esq.                  ( ) Hand Delivered
One Bank Plaza, Ste. 2700               ( ) Overnight Mail
St. Louis, MO 63101                     ( ) Facsimile

W. Kent Carter                          (X) U.S. Mail, Postage Prepaid
One North Franklin, Ste. 800            ( ) Hand Delivered
Chicago, IL 60606                       ( ) Overnight Mail
                                        ( ) Facsimile

Davis Livestock, Inc.                     (X) U.S. Mail, Postage Prepaid
780 E Cannibal Rd                         ( ) Hand Delivered
Lewiston, UT 84320                        ( ) Overnight Mail
                                          ( ) Facsimile


Scott F. Gautier                          (X) U.S. Mail, Postage Prepaid
1800 Century Park East, Ste. 1500         ( ) Hand Delivered
Los Angeles, CA 90067                     ( ) Overnight Mail
                                          ( ) Facsimile


Oren Buchanan Haker                       (X) U.S. Mail, Postage Prepaid
Black Helterline LLP                      ( ) Hand Delivered
805 SW Broadway, Ste. 1900                ( ) Overnight Mail
Portland, OR 97205                        ( ) Facsimile


Zachery J McCraney                        (X) U.S. Mail, Postage Prepaid
Holland & Hart                            ( ) Hand Delivered
P.O. Box 2527                             ( ) Overnight Mail
800 W Main Street, Ste 1750               ( ) Facsimile
Boise, ID 83701


Cooper Norman                             (X) U.S. Mail, Postage Prepaid
P.O. Box 5399                             ( ) Hand Delivered
Twin Falls, ID 83303                      ( ) Overnight Mail
                                          ( ) Facsimile


Domenic E Pacitti                         (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP       ( ) Hand Delivered
919 Market Street, Ste. 1000              ( ) Overnight Mail
Wilmington, DE 19801                      ( ) Facsimile


Nikolaus F Schandlbauer                   (X) U.S. Mail, Postage Prepaid
20 F Street NW, Ste. 500                  ( ) Hand Delivered
Washington DC, 20001                      ( ) Overnight Mail
                                          ( ) Facsimile


Michael R Stewart                         (X) U.S. Mail, Postage Prepaid
2200 Wells Fargo Center                   ( ) Hand Delivered
90 South Seventh Street                   ( ) Overnight Mail
Minneapolis, MN 55402                     ( ) Facsimile


**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
DECEMBER  2024 - 8**

| | |
|---|---|
| Summit Ag Appraisal Inc<br>995 S 1150 E<br>Albion, ID 83311 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| The Forbes Securities Group LLC, DBA Forbes<br>Partners as Investment Banker<br>6400 S Fiddlers Green Circle, Ste. 850<br>Greenwood Village, CO 80111 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

*/s/ Thomas E. Dvorak*
Thomas E. Dvorak

Exhibit A

Exhibit A

Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>      Debtor. | Case No. 24-40158-NGH<br>Chapter 11 |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 - 1**

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE MONTH OF DECEMBER 2024**

Givens Pursley LLP (the "Firm") hereby submits its Cover Sheet Application (the
"Application") for Allowance and Payment of Interim Compensation and Reimbursement of
Expenses for the Month of December 2024 (the "Application Period") in accordance with the *Order
Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16,
2024 (Dkt. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application,
the Firm respectfully represents as follows:

A.      The Firm is Special Counsel for Millenkamp Cattle, Inc., the debtor in the
above captioned case (the "Debtor") by virtue of the Application to Employ Special Counsel for
Debtor in Possession (Dkt. 511) and the Court's Order Authorizing Employment of Special
Counsel (Dkt. 577), entered on August 27, 2024. The Firm hereby applies to the Court for
allowance and payment of interim compensation for services rendered and reimbursement of
expenses incurred during the Application Period.

B.      The Firm billed a total of $4,812.00 in fees and expenses during the
Application Period. The total fees represent 13.80 hours expended during the period covered by
this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| December 1-31, 2024 | $4,812.00 | $0.00 | $4,812.00 |

C.      Accordingly, the Firm seeks allowance of interim compensation in the
amount of $3,609.00 at this time. This total is comprised as follows: $3,609.00 (75% of the fees
for services rendered) and $0.00 in costs (100% of the expenses incurred).

D.      Attached hereto as **Exhibit A** is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

F.      The Firm does not have any funds in its client trust account on behalf of the Debtor. Accordingly, the Debtor will pay the full requested amount of $3,609.00 from its accounts at its discretion.

WHEREFORE, the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATED this 15th day of January, 2025.

GIVENS PURSLEY LLP


By _/s/ Thomas E. Dvorak_____
    Thomas E. Dvorak – Of the Firm
    Special Counsel for the Debtors

`

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day January, 2025, I filed the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Morton R. Branzburg**
mbranzburg@klehr.com

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**William K. Carter**
kentcarter@grsm.com

**Alexandra O. Caval**
alex@cavallaoffice.com
R71985@notify.bestcase.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 - 4**

**Brian Faria**
brian@sawtoothlaw.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Adam Aiken Lewis**
alewis@mofo.com

**Karyn Lloyd**
klloyd@grsm.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**John D. Munding**
john@mundinglaw.com

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**James Niemeier**
jniemeier@mcgrathnorth.com

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-
9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**Joseph Mark Wager**
wager@mwsslawyers.com
wstewart@mwsslawyers.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

**Brent R. Wilson**
bwilson@hawleytroxell.com
amay@hawleytroxell.com

       AND, I FURTHER CERTIFY that on such date I served the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024** on the following non-CM/ECF Registered Participants in the manner indicated:

Millenkamp Cattle, Inc              (X) U.S. Mail, Postage Prepaid
471 North 300 West                ( ) Hand Delivered
Jerome, ID 83338                   ( ) Overnight Mail
                                       ( ) Facsimile

Richard Bernard                   (X) U.S. Mail, Postage Prepaid
1177 Avenue of the Americas       ( ) Hand Delivered
41st Floor                          ( ) Overnight Mail
New York, NY 10036               ( ) Facsimile

Ron C. Bingham                   (X) U.S. Mail, Postage Prepaid
3424 Peachtree Road NE, Ste. 1600   ( ) Hand Delivered
Atlanta, GA 30326                ( ) Overnight Mail
                                         ( ) Facsimile

Morton R Branzburg              (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP  ( ) Hand Delivered
1835 Market St., Ste. 1400           ( ) Overnight Mail
Philadelphia, PA 19103            ( ) Facsimile

Bunge Canada C/O David D. Farrell   (X) U.S. Mail, Postage Prepaid
David D. Farrell. Esq.              ( ) Hand Delivered
One Bank Plaza, Ste. 2700           ( ) Overnight Mail
St. Louis, MO 63101              ( ) Facsimile

W. Kent Carter                    (X) U.S. Mail, Postage Prepaid
One North Franklin, Ste. 800      ( ) Hand Delivered
Chicago, IL 60606                ( ) Overnight Mail
                                       ( ) Facsimile

Davis Livestock, Inc.                              (X) U.S. Mail, Postage Prepaid
780 E Cannibal Rd                                  ( ) Hand Delivered
Lewiston, UT 84320                                 ( ) Overnight Mail
                                                   ( ) Facsimile


Scott F. Gautier                                   (X) U.S. Mail, Postage Prepaid
1800 Century Park East, Ste. 1500                  ( ) Hand Delivered
Los Angeles, CA 90067                              ( ) Overnight Mail
                                                   ( ) Facsimile


Oren Buchanan Haker                                (X) U.S. Mail, Postage Prepaid
Black Helterline LLP                               ( ) Hand Delivered
805 SW Broadway, Ste. 1900                         ( ) Overnight Mail
Portland, OR 97205                                 ( ) Facsimile


Zachery J McCraney                                 (X) U.S. Mail, Postage Prepaid
Holland & Hart                                     ( ) Hand Delivered
P.O. Box 2527                                      ( ) Overnight Mail
800 W Main Street, Ste 1750                        ( ) Facsimile
Boise, ID 83701


Cooper Norman                                      (X) U.S. Mail, Postage Prepaid
P.O. Box 5399                                      ( ) Hand Delivered
Twin Falls, ID 83303                               ( ) Overnight Mail
                                                   ( ) Facsimile


Domenic E Pacitti                                  (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP                ( ) Hand Delivered
919 Market Street, Ste. 1000                       ( ) Overnight Mail
Wilmington, DE 19801                               ( ) Facsimile


Nikolaus F Schandlbauer                            (X) U.S. Mail, Postage Prepaid
20 F Street NW, Ste. 500                           ( ) Hand Delivered
Washington DC, 20001                               ( ) Overnight Mail
                                                   ( ) Facsimile


Michael R Stewart                                  (X) U.S. Mail, Postage Prepaid
2200 Wells Fargo Center                            ( ) Hand Delivered
90 South Seventh Street                            ( ) Overnight Mail
Minneapolis, MN 55402                              ( ) Facsimile


**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
DECEMBER 2024 - 8**

Summit Ag Appraisal Inc                           (X) U.S. Mail, Postage Prepaid
995 S 1150 E                                      ( ) Hand Delivered
Albion, ID 83311                                  ( ) Overnight Mail
                                                  ( ) Facsimile

The Forbes Securities Group LLC, DBA Forbes       (X) U.S. Mail, Postage Prepaid
Partners as Investment Banker                     ( ) Hand Delivered
6400 S Fiddlers Green Circle, Ste. 850            ( ) Overnight Mail
Greenwood Village, CO 80111                       ( ) Facsimile


                                          _*/s/ Thomas E. Dvorak*_____
                                          Thomas E. Dvorak

Exhibit A

Exhibit A

**Time Report from December 1-31, 2024**
Millenkamp Cattle (11054)

| Date | Initials | Professional Name | Units | Rate | Amount | Narrative |
|------|----------|-------------------|-------|------|--------|-----------|
| | | | | | | |

**B160 - FEE/EMPLOYMENT APPLICATIONS**

| Date | Initials | Professional Name | Units | Rate | Amount | Narrative |
|------|----------|-------------------|-------|------|--------|-----------|
| 12/03/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to L. Nelson regarding expiration of objection period regarding October 2024 cover sheet application and to request payment. |
| 12/09/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to L. Nelson regarding status of Vertex's cover sheet application for September 2024 and request for payment. |
| 12/09/2024 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Prepare November 2024 cover sheet application and notice thereof for Givens Pursley. |
| 12/09/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Prepare for hearing regarding quarterly fee application for July-October 2024 for Givens Pursley. |
| 12/11/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence regarding November cover sheet application. |
| 12/12/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Review minute entry of bankruptcy hearing regarding interim fee application and correspond regarding order thereon. |
| 12/12/2024 | TED | Thomas E. Dvorak | 0.60 | $450.00 | $270.00 | Prepare for and participate in hearing on approval of motion for approval of fees and costs. |
| 12/13/2024 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Draft order granting first interim application for compensation. |
| 12/13/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence with B. Cahoon regarding proposed order on first interim fee application. |
| 12/13/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence with bankruptcy court regarding proposed order granting first interim fee application. |
| 12/13/2024 | KAD | Keri Moody | 0.80 | $215.00 | $172.00 | Review, revise, and code November 2024 time for fee application. |
| 12/13/2024 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Finalize and file November 2024 cover sheet application and notice thereof. |
| 12/13/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to L. Nelson regarding November 2024 cover sheet application and notice thereof. |
| 12/16/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Review and circulate order approving Givens Pursley's first interim application for compensation. |
| 12/16/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence L. Nelson regarding entered order approving Givens Pursley's first interim application for compensation and to discuss payment. |
| 12/23/2024 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence regarding claims agent. |
| 12/23/2024 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Exchange correspondence regarding payments. |
| | | | **4.90** | | **$1,194.50** | |

**B210 - BUSINESS OPERATIONS**

| Date | Initials | Professional Name | Units | Rate | Amount | Narrative |
|------|----------|-------------------|-------|------|--------|-----------|
| 12/10/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Receive and review claim of lien. |
| 12/12/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Draft email to D. Heida regarding self help notice. |
| 12/12/2024 | TED | Thomas E. Dvorak | 0.10 | $450.00 | $45.00 | Telephone conference with D. Heida regarding self help notice. |
| 12/12/2024 | TED | Thomas E. Dvorak | 0.60 | $450.00 | $270.00 | Draft and revise notice of self help. |
| 12/12/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Conference with E. Miller regarding additional notice of self help. |
| 12/12/2024 | TED | Thomas E. Dvorak | 0.60 | $450.00 | $270.00 | Telephone conference with B. Millenkamp and D. Heida regarding additional notice of self help. |
| 12/13/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Receive and review response from M. Russell. |
| 12/13/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Finalize and send self help letter. |
| 12/18/2024 | TED | Thomas E. Dvorak | 0.50 | $450.00 | $225.00 | Receive and review response letter from M. Russell. |
| 12/19/2024 | CSB | Charlie Baser | 0.30 | $325.00 | $97.50 | Begin drafting email to D. Heida regarding Millenkamp CTA reporting requirements. |
| 12/19/2024 | CSB | Charlie Baser | 0.90 | $325.00 | $292.50 | Attention to Millenkamp CTA reporting requirements. |
| 12/19/2024 | TED | Thomas E. Dvorak | 0.10 | $450.00 | $45.00 | Communicate with D. Heida regarding self help letter. |
| 12/19/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Receive and review response regarding self help letter. |
| 12/19/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Receive and review response to self help demand from East Valley Development. |
| 12/19/2024 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Review contract in light of counter allegations by East Valley Development. |
| 12/19/2024 | TED | Thomas E. Dvorak | 0.10 | $450.00 | $45.00 | Communicate with D. Heida regarding response to self help demand from East Valley Development. |
| 12/20/2024 | CSB | Charlie Baser | 0.90 | $325.00 | $292.50 | Draft email to D. Heida regarding research regarding entities complying with CTA reporting requirements. |
| 12/20/2024 | CSB | Charlie Baser | 1.00 | $325.00 | $325.00 | Research whether Millenkamp entities must comply with CTA reporting requirements. |
| | | | **7.10** | | **$2,807.50** | |

**L210 - PLEADINGS**

| Date | | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 12/05/2024 | TED | Thomas E. Dvorak | 1.20 | $450.00 | $540.00 | Review and revise arbitration demand and arbitration complaint. |
| 12/05/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Telephone conference with D. Heida regarding arbitration demand and arbitration complaint. |
| 12/06/2024 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Telephone conference with D. Heida regarding changes to notice of default/arbitration demand. |
| | | | **1.80** | | **$810.00** | |
| | | | **13.80** | | **$4,812.00** | |

| | | Staff Summary: | | | |
|---|---|---|---|---|---|
| | TED | Thomas E. Dvorak | 6.40 | $450.00 | $2,880.00 |
| | CSB | Charlie Baser | 3.10 | $325.00 | $1,007.50 |
| | KAD | Keri Moody | 4.30 | $215.00 | $924.50 |
| | | | **13.80** | | **$4,812.00** |