Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
       golivera@omm.com

*Attorneys for the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| In re:<br>MILLENKAMP CATTLE, INC.,<br><center>Debtors.</center> | Case No. 24-40158-NGH |
|---|---|
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

NOTICE ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 - 1

**NOTICE OF ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION
FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024</u>**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "<u>Professional(s)</u>") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing December 1, 2024 and ending December 31, 2024 (the "<u>Application Period</u>"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtors, and the Official Committee of Unsecured Creditors.

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

Date: January 16, 2025

                                          */s/Bruce A. Anderson*
                                          ELSAESSER ANDERSON, CHTD.
                                          Bruce A. Anderson

                                          *Attorneys for the Official Committee
                                          of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 16, 2025, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | eclark@eclarkattorney.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| William Reed Cotten | wrc@idlawfirm.com |
| Thomas E. Dvorak | ted@givenspursley.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| David W. Gadd | dwg@magicvalleylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Oren B. Haker | oren.haker@bhlaw.com |
| R. Ron Kerl | ron@cooper-larsen.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalleylaw.com |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Gabriel Luis Olivera | golivera@omm.com |
| Mark Bradford Perry | mbp@perrylawpc.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Brian Michael Rothschild | broschild@parsonsbehle.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Joseph Mark Wager | wager@mwsslawyers.com |
| Britta E. Warren | britta.warren@bhlaw.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 16th day of January 2025.    */s/ Bruce A. Anderson*
                                         Bruce A. Anderson

NOTICE ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 - 3

**<u>Exhibit A</u>**

Invoice

# Elsaesser Anderson, Chtd.
## 320 East Neider Suite 102, Coeur d'Alene, ID 83815

**Millenkamp Cattle, Inc. UCC**  
Attn: Dan Noble and Greg Zematis  
Jerome, ID 83338

**Invoice # 18228**

Invoice Date: 01/16/25  
Services Through: 12/31/24

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **004 - Millenkamp UCC (Professional Services)** | | | |
| | | **04 Case Administration: Coordination and compliance activities not specifically covered by another category.** | | | |
| | | **Reporting: Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.** | | | |
| 12/02/24 | BA | Review RABO's Motion to Appoint Chapter 11 Trustee (Docket 748). | 0.30 | 400.00 | $120.00 |
| 12/03/24 | BA | Review UCC's draft Notice of the Official Committee of Unsecured Creditors Reservation of Rights (related documents [707] Motion to Extend/Limit Exclusivity Period, [716] Motion to Use Cash Collateral, [748] Motion to Appoint Chapter 11 Trustee) and comments to Nicole Molner (.3); memos to and from Nicole Molner regarding hearing date (.1); receive and review revised Notice and file (.1). | 0.50 | 400.00 | $200.00 |
| 12/04/24 | BA | Memo to Gabriel Olivera regarding attendance at hearing and my unavailability (.1); memo from and to Gabriel Olivera regarding availability (.1); review docket sheet for state court matter and forward to Gabriel Olivera (.1); receive and review RABO exhibits for upcoming hearing (.1); memo from Gabriel Olivera regarding upcoming hearing (.1). | 0.50 | 400.00 | $200.00 |
| 12/06/24 | BA | Review motion in limine (.2). | 0.20 | 400.00 | $80.00 |
| 12/12/24 | BA | Attend Court's oral ruling (.6). | 0.60 | 400.00 | $240.00 |
| 12/18/24 | BA | Receive and review Notice of Debtors' Monthly Report of Equipment and/or Machinery Purchased/Sold (.1). | 0.10 | 400.00 | $40.00 |
| 12/19/24 | BA | Receive and review Order Denying Motion to Appoint A Chapter 11 Trustee (#814) and Order Granting Debtors Third Motion for Continued Use of Cash Collateral (#815)(.1). | 0.10 | 400.00 | $40.00 |
| | | | Hours | | 2.30 |
| | | | Labor: | | $920.00 |
| | | | Invoice Amount: | | $920.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **007 (Professional Services)** | | | |
| | | **007 - Preparation of employment and fee applications for self or others; motions to establish interim procedures.** | | | |

Telephone/Fax: (208) 667-2900

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/24 | BA | Review Armory Securities LLC First Interim Application for Compensation (.4); make comments on application and suggest changes to be made and memo to Nicole Molner (.3). | 0.70 | 400.00 | $280.00 |
| 12/03/24 | BA | Finalize and file First Interim Application for Compensation of Elsaesser Anderson and Notice (1.0); review First Interim Application for Compensation for Armory and several memos to and from Nichole Molner with suggested changes and questions (1.25); draft notice of hearing for Amory application (.25); memos from Nicole Molner (7) and responses (.5). | 3.00 | 400.00 | $1,200.00 |
| 12/18/24 | BA | Prepare and file Elsaesser Anderson motion for interim distribution (November 2024) and notice (.5). | 0.50 | 400.00 | $200.00 |
| 12/20/24 | BA | Review Armory's cover sheet motion for interim distribution and notice and file same (.4). | 0.40 | 400.00 | $160.00 |
| 12/26/24 | BA | Memo from Gabriel Olivera with O'Melveny Myers' and Armory's Motions for Interim Distribution for November 2024 and notices, review of same (.5). | 0.50 | 400.00 | $200.00 |
|  |  |  | Hours | | 5.10 |
|  |  |  | Labor: | | $2,040.00 |
|  |  |  | Invoice Amount: | | $2,040.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|

In Reference To: **008 - Review of Fee and Employment Applications (Professional Services)**

**Fee/Employment Objections: Review of and objections to the employment and fee applications of others.**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/18/24 | BA | Review Application to Employ Robert Marcus as Chief Restructuring Officer filed by Debtor and Notice of Hearing (#791 and #808) (.2). | 0.20 | 400.00 | $80.00 |
| 12/20/24 | BA | Receive and review Forbes Securities Application for Compensation (#818)(.1). | 0.10 | 400.00 | $40.00 |
|  |  |  | Hours | | 0.30 |
|  |  |  | Labor: | | $120.00 |
|  |  |  | Invoice Amount: | | $120.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|

In Reference To: **12 - Plan and Disclosure Statement (Professional Services)**

**12 - Plan and Disclosure Statement - Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the allowance and objections to allowance of claims.**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/17/24 | BA | Review RABO's motion to establish time for filing plan and disclosure statements (Dockets #805 and #806) (.3). | 0.30 | 400.00 | $120.00 |
| 12/18/24 | BA | Receive and review Order denying motion to extend exclusivity (.1). | 0.10 | 400.00 | $40.00 |
| 12/19/24 | BA | Receive and review Debtor's Objection to RABO's Motion to Establish Time to file Plan and Disclosure Statement (#816)(.2). | 0.20 | 400.00 | $80.00 |
| 12/20/24 | BA | Review Stipulation between Debtor and Rabo regarding Disclosure Statement filing and hearing (.2). | 0.20 | 400.00 | $80.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
|  |  |  |  | Hours | 0.80 |
|  |  |  |  | Labor: | $320.00 |
|  |  |  |  | Invoice Amount: | $320.00 |
|  |  |  |  | Total Hours: | 8.50 |
|  |  |  |  | Total Labor: | $3,400.00 |
|  |  |  |  | **Total Invoice Amount:** | **$3,400.00** |
|  |  |  |  | **Total Amount Due:** | **$3,400.00** |

## Timekeeper Summary

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| Bruce Anderson | 8.50 | @ 400.000 | 3,400.00 |

Telephone/Fax: (208) 667-2900