# FIRST FEDERAL

First Federal Savings Bank PO Box 249 Twin Falls, ID 83303-0249
Return Service Requested

00000048 MFFSIFST010125035828 01 000000000 0060258 023
MILLENKAMP CATTLE, INC.
DEBTOR IN POSSESSION CASE 24-40158-NGH
471 N 300 W
JEROME ID 83338-5078

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Check/Items Enclosed | 378 |
| Page | 1 |

## Customer Service Information

**Visit us Online:** www.BankFirstFed.com

**Customer Support:** 208-733-4222
1-800-278-9435
Call us Monday-Thursday 8:00am to 6:00pm Friday 8:00am-
6:30pm and Saturday 10:00am-2:00pm

**Written Inquiries:**
FFSB PO Box 249 Twin Falls, ID. 83303

**24/7 Banking:** 208-733-0778

**Join us on Facebook or Instagram!**

---

## BUSINESS WITH INTEREST

**Account Number: XXXXXX7877**

Account Owner(s):   MILLENKAMP CATTLE, INC.

### Balance Summary

| | |
|---|---|
| Beginning Balance as of 12/01/2024 | $3,089,653.17 |
| + Deposits and Credits  (28) | $19,685,077.29 |
| − Withdrawals and Debits  (502) | $20,565,743.67 |
| Ending Balance as of 12/31/2024 | $2,208,986.79 |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $3,732,907.00 |
| Minimum Balance for Period | $1,237,806.00 |

### Earnings Summary

| | |
|---|---|
| Interest for Period Ending 12/31/2024 | $158.52 |
| Interest Paid Year to Date | $965.94 |
| Average Rate for Period | 0.05% |
| Number of Days for Average Rate | 31 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Deposits |
|---|---|---|
| Dec 02 | GLANBIA INC./PROD PAYRL IDAHO JERSEY GIRLS - J | 83,976.68 |
| Dec 02 | GLANBIA INC./PROD PAYRL IDAHO JERSEY GIRLS BAR | 1,179,734.42 |
| Dec 02 | GLANBIA INC./PROD PAYRL IDAHO JERSEY GIRLS BAR | 4,447,899.89 |
| Dec 02 | REMOTE DEPOSIT | 537,891.74 |
| Dec 03 | GOOGLE/ACCTVERIFY MILLENKAMP CATTLE INC | 0.45 |
| Dec 03 | INTERNET BANKING TRANSFER FROM DD 7893   RES TO OPER | 115.35 |
| Dec 09 | REMOTE DEPOSIT | 1,045,365.94 |
| Dec 11 | REMOTE DEPOSIT | 294,165.37 |
| Dec 13 | INTL WIRE FROM SUMMIT LIVESTOCK LTD | 665,000.00 |
| Dec 13 | INTL WIRE FROM SUMMIT LIVESTOCK LTD | 665,000.00 |
| Dec 17 | BANK OF AMERICA/ACCTVERIFY WILLIAM JOHN MIL | 0.24 |
| Dec 17 | BANK OF AMERICA/ACCTVERIFY WILLIAM JOHN MIL | 0.33 |
| Dec 17 | INTL WIRE FROM SUMMIT LIVESTOCK LTD | 3,640.00 |
| Dec 17 | WIRE FROM CBRE CAPITAL MARKETS OF TEXAS, LP | 72,678.66 |
| Dec 17 | REMOTE DEPOSIT | 710,936.13 |




Member
FDIC

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK REGISTER TO YOUR STATEMENT BALANCE.**

**BALANCE YOUR CHECKBOOK REGISTER FIRST:**
1. CHECK OFF IN YOUR REGISTER THE CHECKS AND DEPOSITS LISTED ON THIS STATEMENT.

2. MAKE THE FOLLOWING ADJUSTMENTS TO YOUR CHECKBOOK REGISTER: **ADD** ANY DEPOSITS OR OTHER CREDITS (CREDIT LINE TRANSFERS, CREDIT MEMOS, AUTOMATIC TRANSFERS, ETC.) APPEARING ON THIS STATEMENT WHICH YOU HAVE NOT PREVIOUSLY ADDED.

SUBTRACT FROM YOUR CHECKBOOK REGISTER BALANCE ANY CHECKS OR OTHER CHARGES (AUTOMATIC CREDIT LINE PAYMENTS, HANDLING CHARGES, DEBIT MEMOS, ETC.) APPEARING ON THIS STATEMENT WHICH YOU HAVE NOT PREVIOUSLY DEDUCTED.

SUBTRACT FROM YOUR CHECKBOOK REGISTER BALANCE THE SERVICE CHARGE (IF ANY) APPEARING ON THIS STATEMENT.

3. LIST ALL CHECKS NOT YET PAID BY THE BANK

| CHECKS OUTSTANDING | | | CHECKS OUTSTANDING | | |
|---|---|---|---|---|---|
| CHECKING | AMOUNT | | CHECKING | AMOUNT | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTAL THEM** | | | TOTAL CHECKS OUTSTANDING | $ | |

4. ENDING BALANCE AS SHOWN ON THE FRONT OF THIS STATEMENT.                      $ _____

5. ADD DEPOSIT NOT CREDITED ON THIS STATEMENT.                                  (+) _____

6. SUBTRACT TOTAL CHECKS OUTSTANDING.                                           (+) _____

                                                                         SUBTOTAL _____

7. SUBTRACT CHECKBOOK BALANCE AFTER COMPLETING STEPS 1 AND 2 ABOVE.
                                                                              (-) _____

8. TO FIND THE DIFFERENCE (IF ANY):
   1. Check the addition and subtraction in your checkbook register.       **TOTAL $** _____
   2. Make certain the amount of all checks and deposits have been entered in your checkbook correctly.                    (-) $ _____
   3. Make certain no check was issued without being entered in your register

### IMPORTANT INFORMATION

FORGERIES, ALTERATION, OR UNAUTHORIZED CHECKS: Please examine your statement and check images in a prompt manner. If you discover any forgeries, alterations, or unauthorized checks, you must notify us within 30 days from when the statement is first sent or made available. When notifying us, please include all relevant facts pertaining to the item(s). We may request that this notification be in writing.

DIRECT DEPOSIT: If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number listed on the front of this statement.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CHECKING, SAVINGS, ATM, DEBIT CARD, OR OTHER ELECTRONIC TRANSFERS: If you think your statement or receipt is wrong, or if you need more information about a transfer on your statement or receipt, we must hear from you no later than 60 days (30 days for paper checks or drafts) after we sent you the FIRST statement on which the error or problem appeared. Telephone or write us at the number or address listed at the bottom of this page
   - Tell us your name and account number.
   - Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
   - Tell us the dollar amount of the suspected error
We will tell you the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error,so that you will have the use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from point of sale debit card transactions, the time to resolve the investigation is 90 days.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT STATEMENT: If you think your statement is wrong, or if you need more information about a transaction on your statement, write to us at the address shown at the bottom of this page as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, provide the following information:
   - Your name and account number
   - The dollar amount of the suspected error
   - Date the transaction occurred
   - Describe the error if you can and explain why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating but you are still obligated to pay the parts of your statement that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

LINE OF CREDIT AVERAGE DAILY BALANCE CALCULATION: To calculate the average daily balance, we take the beginning balance of your account each day, add any new advances, and subtract any payments, credits and unpaid finance charges. This gives us a daily balance. Then we add all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This is your average daily balance. The "finance charge" begins from the date of each advance.

INFORMATION WE HAVE FURNISHED TO A CONSUMER REPORTING AGENCY ABOUT YOUR ACCOUNT(S): We may report information about t your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you feel we have made an error regarding the information we have reported, you have the right to dispute it by writing to First Federal at the address provided below. It will be important that you describe the information you feel is not accurate or is in dispute and the basis for your dispute, and include all documentation to support your dispute. If you believe the information you are disputing is a result of Identity Theft, please provide us with the Identity Theft Report you have filed with the Credit Bureaus.

TO OUR BUSINESS CUSTOMERS: Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed below.

ALL INQUIRIES regarding errors, transactions or any information on your statement can be obtained by calling us at (208) 733-4222 or writing to First Federal, PO Box 249, Twin Falls, Idaho 83303.

| Account Number | XXXXXX7877 |
|---|---|
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 2 |

## DEPOSITS AND OTHER CREDITS (Continued)

| Date | Description | Deposits |
|---|---|---|
| Dec 18 | GLANBIA INC./PROD PAYRL IDAHO JERSEY GIRLS - J | 67,222.91 |
| Dec 18 | GLANBIA INC./PROD PAYRL IDAHO JERSEY GIRLS BAR | 1,095,837.04 |
| Dec 18 | GLANBIA INC./PROD PAYRL IDAHO JERSEY GIRLS BAR | 4,351,363.03 |
| Dec 20 | DEPOSIT | 12,328.48 |
| Dec 20 | INNOVATIVE FOOD/ENTRY JERSEY GIRL #2 | 158,417.33 |
| Dec 20 | INNOVATIVE FOOD/ENTRY JERSEY GIRL #1 | 1,926,039.19 |
| Dec 20 | REMOTE DEPOSIT | 757,914.97 |
| Dec 23 | WIRE FROM EAST VALLEY DEVELOPMENT LLC | 97,481.96 |
| Dec 26 | REMOTE DEPOSIT | 207,308.47 |
| Dec 27 | WIRE FROM BANK OF STOCKTON | 1,000.00 |
| Dec 31 | INNOVATIVE FOOD/ENTRY JERSEY GIRL #2 | 140,349.72 |
| Dec 31 | INNOVATIVE FOOD/ENTRY JERSEY GIRL #1 | 1,163,250.47 |
| Dec 31 | INTEREST EARNED | 158.52 |

## MISCELLANEOUS WITHDRAWALS

| Date | Description | Withdrawals |
|---|---|---|
| Dec 02 | DTFS -0.00/D001367269 MILLENKAMP CATTLE | 26,368.83 |
| Dec 03 | WIRE TO CARNE I CORP | 43,561.21 |
| Dec 03 | WIRE TO DAVID CLARK DVM | 74,033.31 |
| Dec 03 | WIRE TO AMERICAN CALF | 90,393.70 |
| Dec 03 | WIRE TO AMALGAMATED | 100,000.00 |
| Dec 03 | WIRE TO LAND VIEW | 178,024.69 |
| Dec 03 | WIRE TO VITERRA/GAVILON | 400,000.00 |
| Dec 03 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 03 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 03 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 03 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 03 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 03 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 03 | INTERNET BANKING TRANSFER TO DD 7885  OPER TO PR | 1,200,000.00 |
| Dec 03 | VERIZON WIRELESS/PAYMENTS 0000000066578744700003 | 552.96 |
| Dec 03 | VERIZON WIRELESS/PAYMENTS 0000000066578744700002 | 724.73 |
| Dec 03 | VERIZON WIRELESS/PAYMENTS 0000000066578744700001 | 839.40 |
| Dec 03 | MWI VS COMPANY/WEB PYMNT 876428072 MILLENKAMP MILKERS LLC | 2,649.55 |
| Dec 03 | MWI VS COMPANY/WEB PYMNT 876428047 IDAHO JERSEY GIRLS MIL | 13,142.23 |
| Dec 03 | IDAHOSIF/WEB PYMNT 744652543 MILLENKAMP CATTLE | 30,826.00 |
| Dec 03 | MWI VS COMPANY/WEB PYMNT 876428087 MILLENKAMP CATTLE | 118,093.60 |
| Dec 03 | NAU PREMIUM/PAYMENT MILLENKAMP CATTLE, INC | 953,034.00 |
| Dec 04 | JDF ONE TIME TEL/JDFONETIME MILLENKAMP CATTLE | 2,532.55 |
| Dec 04 | JDF ONE TIME TEL/JDFONETIME MILLENKAMP CATTLE | 4,750.13 |
| Dec 04 | JDF ONE TIME TEL/JDFONETIME MILLENKAMP CATTLE | 5,029.24 |
| Dec 04 | CITI CARD ONLINE/PAYMENT 421556548281500 SUSIE J MILLENKAMP | 7,800.00 |
| Dec 05 | CITI CARD ONLINE/PAYMENT 431557345522956 SUSIE J MILLENKAMP | 3,200.00 |
| Dec 06 | WIRE TO RANGEN | 35,000.00 |
| Dec 06 | WIRE TO PERFORMIX | 51,348.16 |
| Dec 06 | WIRE TO JD HEISKELL | 77,201.50 |
| Dec 06 | WIRE TO CLEAR LAKES PRODUCTS | 86,911.23 |
| Dec 06 | WIRE TO ADEN BROOK | 139,428.71 |
| Dec 06 | WIRE TO H&M | 200,000.00 |
| Dec 06 | WIRE TO LAND VIEW | 280,025.72 |
| Dec 06 | WIRE TO LIBERTY BASIN LLC | 470,400.00 |
| Dec 06 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 06 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 06 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 06 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 06 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 06 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 06 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 06 | OUTGOING DOMESTIC WIRE FEE | 15.00 |

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 3 |

## MISCELLANEOUS WITHDRAWALS (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Dec 06 | COLONIAL LIFE/PAY-IN FOR MILLENKAMP CATTLE INC | 3,199.14 |
| Dec 06 | MILLENKAMP CATTL/ACH PAYMEN MILLENKAMP CATTL | 13,052.96 |
| Dec 09 | WIRE TO AMERICAN CALF | 39,238.00 |
| Dec 09 | WIRE TO VITERRA/GAVILON | 400,000.00 |
| Dec 09 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 09 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 09 | CAPITAL ONE/CRCARDPMT WILLIAM J MILLENKAMP | 90.00 |
| Dec 09 | CITI CARD ONLINE/PAYMENT 421559036520737 SUSIE J MILLENKAMP | 8,300.00 |
| Dec 10 | WIRE TO CONTERRA R4014 | 21,998.84 |
| Dec 10 | WIRE TO MET LIFE | 72,678.66 |
| Dec 10 | WIRE TO CONTERRA SC10001 | 74,786.63 |
| Dec 10 | WIRE TO RABO | 363,021.36 |
| Dec 10 | WIRE TO MET LIFE | 784,664.55 |
| Dec 10 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 10 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 10 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 10 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 10 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 10 | DTFS -0.00/D001387873 MILLENKAMP CATTLE | 37,557.32 |
| Dec 10 | CNH IND CAP PYMT/PAYMENT MILLENKAMP CATTLE INC | 197,315.64 |
| Dec 11 | WIRE TO AMALGAMATED | 60,000.00 |
| Dec 11 | WIRE TO LAND VIEW | 235,839.45 |
| Dec 11 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 11 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 11 | CITI CARD ONLINE/PAYMENT 431562519150178 SUSIE J MILLENKAMP | 10,200.00 |
| Dec 12 | DEPOSITED CHECK RETURNED AND CHARGED BAC | 8,714.00 |
| Dec 12 | MWI VET SUPPLY/CORP PYMNT MILLENKAMP MILKERS LLC | 4,405.62 |
| Dec 12 | MWI VET SUPPLY/CORP PYMNT IDAHO JERSEY GIRLS MIL | 15,130.52 |
| Dec 12 | MWI VET SUPPLY/CORP PYMNT MILLENKAMP CATTLE | 122,771.55 |
| Dec 13 | WIRE TO LIBERTY BASIN LLC | 11,809.21 |
| Dec 13 | WIRE TO RANGEN | 40,000.00 |
| Dec 13 | WIRE TO AMERICAN CALF | 45,272.06 |
| Dec 13 | WIRE TO CARNE I CORP | 49,745.12 |
| Dec 13 | WIRE TO JD HEISKELL | 61,052.30 |
| Dec 13 | WIRE TO PERFORMIX | 72,244.50 |
| Dec 13 | WIRE TO CLEAR LAKES PRODUCTS | 107,659.08 |
| Dec 13 | WIRE TO ADEN BROOK | 144,189.22 |
| Dec 13 | WIRE TO LAND VIEW | 277,983.62 |
| Dec 13 | WIRE TO LIBERTY BASIN LLC | 482,720.00 |
| Dec 13 | INCOMING INTL WIRE FEE | 15.00 |
| Dec 13 | INCOMING INTL WIRE FEE | 15.00 |
| Dec 13 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 13 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 13 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 13 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 13 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 13 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 13 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 13 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 13 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 16 | WIRE TO VITERRA/GAVILON | 400,000.00 |
| Dec 16 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 16 | DEERE CREDIT SER/PAYMENTS MILLENKAMP CATTLE 5100 | 1,959.07 |
| Dec 16 | DEERE CREDIT SER/PAYMENTS MILLENKAMP CATTLE 5100 | 1,959.07 |
| Dec 16 | DEERE CREDIT SER/PAYMENTS MILLENKAMP CATTLE 5100 | 6,171.27 |
| Dec 17 | WIRE TO LAND VIEW | 241,808.66 |
| Dec 17 | INCOMING DOMESTIC WIRE FEE | 15.00 |
| Dec 17 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 17 | INCOMING INTL WIRE FEE | 15.00 |
| Dec 17 | BANK OF AMERICA/ACCTVERIFY WILLIAM JOHN MIL | 0.57 |

| | | |
|---|---|---|
| Account Number | | XXXXXX7877 |
| Statement Date | | 12/31/2024 |
| Statement Thru Date | | 01/01/2025 |
| Page | | 4 |

## MISCELLANEOUS WITHDRAWALS (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Dec 18 | WIRE TO PAN-AMERICA LIFE INS CO | 43,613.00 |
| Dec 18 | WIRE TO SANDTON-FAEGRE DRINKER BIDDLE & REA | 50,274.00 |
| Dec 18 | WIRE TO AMALGAMATED | 60,000.00 |
| Dec 18 | WIRE TO TRIPLE B FARMS LLC | 100,000.00 |
| Dec 18 | WIRE TO H&M | 100,000.00 |
| Dec 18 | WIRE TO CARNE I CORP | 131,397.46 |
| Dec 18 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 18 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 18 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 18 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 18 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 18 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 18 | INTERNET BANKING TRANSFER TO DD 7885   OPER TO PR | 1,200,000.00 |
| Dec 18 | BK OF AMER MC/ONLINE PMT MILLENKAMP,WILLIAM | 15,000.00 |
| Dec 18 | IDAHO DOT/2083322049 LISA NELSON | 112,596.75 |
| Dec 20 | WIRE TO JD HEISKELL | 5,375.76 |
| Dec 20 | WIRE TO ADEN BROOK | 28,269.27 |
| Dec 20 | WIRE TO RANGEN | 40,000.00 |
| Dec 20 | WIRE TO PERFORMIX | 58,159.80 |
| Dec 20 | WIRE TO KANDER LLC | 68,247.00 |
| Dec 20 | WIRE TO CLEAR LAKES PRODUCTS | 83,384.36 |
| Dec 20 | WIRE TO DAVID CLARK DVM | 100,000.00 |
| Dec 20 | WIRE TO LAND VIEW | 283,105.26 |
| Dec 20 | WIRE TO VITERRA/GAVILON | 450,000.00 |
| Dec 20 | WIRE TO LIBERTY BASIN LLC | 478,240.00 |
| Dec 20 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 20 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 20 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 20 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 20 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 20 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 20 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 20 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 20 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 20 | MWI VS COMPANY/WEB PYMNT 887775562 MILLENKAMP MILKERS LLC | 2,204.58 |
| Dec 20 | CITI CARD ONLINE/PAYMENT 431570263686656 SUSIE J MILLENKAMP | 16,300.00 |
| Dec 20 | MWI VS COMPANY/WEB PYMNT 887775577 IDAHO JERSEY GIRLS MIL | 65,735.47 |
| Dec 20 | MWI VS COMPANY/WEB PYMNT 887775537 MILLENKAMP CATTLE | 103,320.79 |
| Dec 23 | INCOMING DOMESTIC WIRE FEE | 15.00 |
| Dec 23 | CULLIGANWATERCON/2087332421 BILL SUSIE MILLENKAMP | 474.16 |
| Dec 23 | DEERE CREDIT SER/PAYMENTS MILLENKAMP CATTLE 5100 | 4,141.54 |
| Dec 24 | WIRE TO DENTON DAVIS BROWN | 21,461.31 |
| Dec 24 | WIRE TO LAND VIEW | 158,853.61 |
| Dec 24 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 24 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 24 | BK OF AMER MC/ONLINE PMT MILLENKAMP,WILLIAM | 3,000.00 |
| Dec 26 | WIRE TO MILLENKAMP-MECHANICS OPER | 901.79 |
| Dec 26 | WIRE TO DEL PITIC | 1,000.00 |
| Dec 26 | WIRE TO CARNE I CORP | 40,962.44 |
| Dec 26 | WIRE TO AMERICAN CALF | 42,668.05 |
| Dec 26 | WIRE TO AMALGAMATED | 60,000.00 |
| Dec 26 | WIRE TO ARMORY SECURITIES LLC | 77,087.96 |
| Dec 26 | WIRE TO ABS GLOBAL, INC. | 130,348.50 |
| Dec 26 | WIRE TO DAVIS LIVESTOCK | 256,277.00 |
| Dec 26 | WIRE TO LIBERTY BASIN LLC | 489,440.00 |
| Dec 26 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 26 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 26 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 26 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 26 | OUTGOING DOMESTIC WIRE FEE | 15.00 |

| | | |
|---|---|---|
| Account Number | | XXXXXX7877 |
| Statement Date | | 12/31/2024 |
| Statement Thru Date | | 01/01/2025 |
| Page | | 5 |

## MISCELLANEOUS WITHDRAWALS (Continued)

| Date | Description | Withdrawals |
|---|---|---:|
| Dec 26 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 26 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 26 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 26 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 26 | MWI VS COMPANY/WEB PYMNT 890511907 MILLENKAMP MILKERS LLC | 2,532.58 |
| Dec 26 | MWI VS COMPANY/WEB PYMNT 890511892 IDAHO JERSEY GIRLS MIL | 29,097.31 |
| Dec 26 | MWI VS COMPANY/WEB PYMNT 890511912 MILLENKAMP CATTLE | 127,457.58 |
| Dec 27 | WIRE TO RANGEN | 40,000.00 |
| Dec 27 | WIRE TO JD HEISKELL | 55,174.50 |
| Dec 27 | WIRE TO PERFORMIX | 69,633.39 |
| Dec 27 | WIRE TO ADEN BROOK | 90,237.00 |
| Dec 27 | WIRE TO KRAUS FARMS | 100,000.00 |
| Dec 27 | WIRE TO CLEAR LAKES PRODUCTS | 135,780.76 |
| Dec 27 | WIRE TO KANSLLC/GOLD FILET TRUST 2000030 467 | 148,450.00 |
| Dec 27 | WIRE TO LAND VIEW | 178,695.82 |
| Dec 27 | WIRE TO VITERRA/GAVILON | 250,000.00 |
| Dec 27 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 27 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 27 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 27 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 27 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 27 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 27 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 27 | INCOMING DOMESTIC WIRE FEE | 15.00 |
| Dec 27 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 27 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 27 | VERIZON WIRELESS/PAYMENTS 0000000036572269500001 | 439.00 |
| Dec 27 | NORTHWESTERN MU/ISA PYMENT WILLIAM J MILLENKAMP | 1,118.28 |
| Dec 30 | STOP PAYMENT FEE | 30.00 |
| Dec 30 | WIRE TO ERASMO ACUNA LEYVA | 1,000.00 |
| Dec 30 | WIRE TO CONRAD & BISCHOFF | 41,800.00 |
| Dec 30 | WIRE TO ARMORY SECURITIES LLC | 63,489.98 |
| Dec 30 | WIRE TO H&M | 127,381.61 |
| Dec 30 | WIRE TO VITERRA/GAVILON | 400,000.00 |
| Dec 30 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 30 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 30 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 30 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 30 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 31 | WIRE TO LIBERTY BASIN LLC | 20,799.47 |
| Dec 31 | WIRE TO ABS GLOBAL, INC. | 101,995.00 |
| Dec 31 | WIRE TO DAVID CLARK DVM | 120,643.06 |
| Dec 31 | WIRE TO LAND VIEW | 179,332.68 |
| Dec 31 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 31 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 31 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 31 | OUTGOING DOMESTIC WIRE FEE | 15.00 |
| Dec 31 | DTFS -0.00/D001425242 MILLENKAMP CATTLE | 26,368.83 |
| Dec 31 | IDAHOSIF/WEB PYMNT 755037983 MILLENKAMP CATTLE | 61,420.00 |
| Dec 31 | CASH MANAGEMENT ACH MONTHLY FEE | 30.00 |
| Dec 31 | CASH MANAGEMENT WIRE MONTHLY FEE | 5.00 |
| Dec 31 | REMOTE DEPOSIT MONTHLY FEE | 45.00 |

| | | |
|---|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 6 |

## CHECKS

* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| Dec 09 | 100875 | 95,105.85 | Dec 10 | 101191 | 276.71 | Dec 17 | 101254 | 3,231.29 |
| Dec 04 | *100972 | 1,000.00 | Dec 02 | 101192 | 364.84 | Dec 11 | 101255 | 700.00 |
| Dec 04 | *100990 | 21,109.76 | Dec 03 | 101193 | 868.42 | Dec 12 | 101256 | 7,000.00 |
| Dec 10 | *101075 | 317.00 | Dec 03 | 101194 | 5,834.84 | Dec 12 | 101257 | 134,974.20 |
| Dec 04 | *101078 | 1,000.00 | Dec 04 | 101195 | 17,530.00 | Dec 12 | 101258 | 6,352.68 |
| Dec 10 | *101082 | 2,143.12 | Dec 03 | *101194 | 5,710.25 | Dec 19 | 101259 | 9,300.00 |
| Dec 04 | *101089 | 7,638.75 | Dec 09 | 101198 | 3,687.57 | Dec 30 | 101260 | 1,811.29 |
| Dec 11 | *101093 | 699.60 | Dec 03 | 101199 | 784.37 | Dec 20 | 101261 | 582.97 |
| Dec 03 | *101098 | 250.00 | Dec 02 | 101200 | 312.00 | Dec 17 | 101262 | 5,856.15 |
| Dec 02 | 101099 | 2,927.26 | Dec 10 | 101201 | 974.55 | Dec 27 | 101263 | 6,596.10 |
| Dec 03 | *101117 | 157.44 | Dec 05 | 101202 | 13,450.13 | Dec 23 | 101264 | 145.37 |
| Dec 03 | *101125 | 121,639.76 | Dec 03 | 101203 | 3,980.00 | Dec 23 | 101265 | 142.99 |
| Dec 03 | *101127 | 15,207.80 | Dec 10 | 101204 | 347.03 | Dec 17 | 101266 | 5,110.03 |
| Dec 03 | 101128 | 4,514.59 | Dec 03 | 101205 | 1,480.03 | Dec 17 | 101267 | 37,792.31 |
| Dec 03 | *101130 | 7,369.50 | Dec 03 | 101206 | 4,409.90 | Dec 17 | 101268 | 15,426.33 |
| Dec 03 | *101132 | 30,179.25 | Dec 02 | 101207 | 33,404.82 | Dec 20 | 101269 | 3,322.12 |
| Dec 03 | *101134 | 27,721.66 | Dec 04 | 101208 | 2,168.27 | Dec 20 | 101270 | 6,187.62 |
| Dec 02 | *101136 | 70.22 | Dec 04 | 101209 | 3,917.11 | Dec 18 | *101272 | 1,348.77 |
| Dec 06 | *101138 | 1,212.00 | Dec 04 | 101210 | 79,288.00 | Dec 16 | *101274 | 45,577.80 |
| Dec 03 | *101150 | 252,560.68 | Dec 20 | *101210 | 1,000.00 | Dec 23 | 101275 | 60.00 |
| Dec 03 | 101151 | 226.01 | Dec 13 | *101213 | 116,331.37 | Dec 19 | 101276 | 64,267.07 |
| Dec 12 | 101152 | 26,867.45 | Dec 13 | 101214 | 2,500.00 | Dec 23 | 101277 | 23,738.47 |
| Dec 03 | *101154 | 11,973.48 | Dec 24 | 101215 | 100,858.36 | Dec 23 | 101278 | 5,525.00 |
| Dec 02 | 101155 | 62,232.44 | Dec 12 | 101216 | 26,094.56 | Dec 18 | 101279 | 18,175.00 |
| Dec 09 | 101156 | 9,209.47 | Dec 16 | 101217 | 22,541.70 | Dec 18 | 101280 | 1,529.23 |
| Dec 04 | 101157 | 263.94 | Dec 11 | 101218 | 5,400.00 | Dec 18 | 101281 | 63.03 |
| Dec 03 | 101158 | 86,933.88 | Dec 10 | 101219 | 13,349.05 | Dec 18 | 101282 | 4,717.00 |
| Dec 03 | 101159 | 33,273.69 | Dec 12 | 101220 | 84,279.98 | Dec 23 | 101283 | 2,546.54 |
| Dec 09 | 101160 | 823.50 | Dec 12 | 101221 | 2,635.50 | Dec 20 | 101284 | 3,403.27 |
| Dec 09 | 101161 | 931.25 | Dec 11 | 101222 | 10,067.98 | Dec 16 | 101285 | 767.97 |
| Dec 03 | 101162 | 7,225.00 | Dec 11 | 101223 | 6,990.00 | Dec 30 | 101286 | 960.00 |
| Dec 10 | 101163 | 1,104.50 | Dec 20 | 101224 | 108.65 | Dec 18 | 101287 | 7,215.05 |
| Dec 10 | 101164 | 2,998.25 | Dec 10 | 101225 | 66.23 | Dec 18 | 101288 | 14,540.00 |
| Dec 04 | 101165 | 29,025.00 | Dec 23 | 101226 | 38,549.07 | Dec 23 | 101289 | 330.00 |
| Dec 24 | 101166 | 8,136.50 | Dec 10 | 101227 | 242.09 | Dec 18 | 101290 | 5,090.27 |
| Dec 03 | 101167 | 6,375.00 | Dec 11 | 101228 | 19,414.76 | Dec 16 | 101291 | 7,815.12 |
| Dec 04 | 101168 | 19,675.00 | Dec 12 | 101229 | 5,414.86 | Dec 20 | 101292 | 3,378.60 |
| Dec 06 | 101169 | 19,287.50 | Dec 12 | 101230 | 155.35 | Dec 17 | 101293 | 2,923.89 |
| Dec 03 | 101170 | 33,382.20 | Dec 12 | 101231 | 12,324.92 | Dec 19 | 101294 | 1,219.25 |
| Dec 03 | 101171 | 72,781.96 | Dec 10 | 101232 | 43,294.00 | Dec 19 | 101295 | 2,759.00 |
| Dec 04 | 101172 | 1,353.92 | Dec 12 | *101234 | 966.84 | Dec 17 | 101296 | 1,124.71 |
| Dec 03 | 101173 | 1,531.83 | Dec 11 | 101235 | 995.00 | Dec 31 | 101297 | 2,499.24 |
| Dec 03 | 101174 | 5,816.35 | Dec 19 | 101236 | 4,500.36 | Dec 17 | 101298 | 6,647.00 |
| Dec 03 | 101175 | 3,588.14 | Dec 12 | 101237 | 738.45 | Dec 24 | 101299 | 26,187.25 |
| Dec 03 | 101176 | 964.94 | Dec 11 | *101239 | 6,370.00 | Dec 17 | 101300 | 3,247.02 |
| Dec 03 | 101177 | 23,885.00 | Dec 13 | 101240 | 3,241.17 | Dec 17 | 101301 | 2,045.14 |
| Dec 05 | 101178 | 6,990.00 | Dec 11 | 101241 | 5,100.00 | Dec 17 | 101302 | 1,902.79 |
| Dec 03 | 101179 | 2,450.10 | Dec 09 | 101242 | 7,992.50 | Dec 20 | 101303 | 7,883.08 |
| Dec 11 | 101180 | 2,219.75 | Dec 12 | 101243 | 241.33 | Dec 23 | 101304 | 50.00 |
| Dec 03 | 101181 | 960.00 | Dec 13 | 101244 | 848.78 | Dec 16 | 101305 | 289.28 |
| Dec 03 | 101182 | 7,746.55 | Dec 11 | 101245 | 1,608.82 | Dec 16 | *101307 | 500.00 |
| Dec 04 | 101183 | 6,174.69 | Dec 11 | 101246 | 973.82 | Dec 24 | *101309 | 11,108.15 |
| Dec 09 | 101184 | 330.00 | Dec 11 | 101247 | 1,003.82 | Dec 19 | 101310 | 471.46 |
| Dec 05 | 101185 | 55,468.33 | Dec 13 | 101248 | 2,023.30 | Dec 17 | 101311 | 380.97 |
| Dec 11 | 101186 | 2,349.00 | Dec 17 | 101249 | 75,714.40 | Dec 19 | 101312 | 184.57 |
| Dec 02 | 101187 | 4,788.57 | Dec 12 | 101250 | 6,371.48 | Dec 19 | 101313 | 2,417.93 |
| Dec 04 | 101188 | 1,142.18 | Dec 12 | 101251 | 60,494.22 | Dec 24 | 101314 | 200.00 |
| Dec 06 | 101189 | 549.60 | Dec 17 | 101252 | 114,124.21 | Dec 18 | 101315 | 2,955.82 |
| Dec 09 | 101190 | 296.00 | Dec 19 | 101253 | 97,705.82 | Dec 23 | 101316 | 2,243.88 |

| | | |
|---|---|---|
| Account Number | | XXXXXX7877 |
| Statement Date | | 12/31/2024 |
| Statement Thru Date | | 01/01/2025 |
| Page | | 7 |

## CHECKS (Continued)

\* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| Dec 24 | *101318 | 7,575.25 | Dec 24 | 101361 | 88,497.80 | Dec 24 | 101406 | 19,823.92 |
| Dec 18 | 101319 | 2,054.84 | Dec 24 | *101364 | 23,034.29 | Dec 26 | 101407 | 749.76 |
| Dec 24 | *101321 | 237.51 | Dec 30 | 101365 | 95.60 | Dec 27 | 101408 | 1,810.22 |
| Dec 18 | 101322 | 1,237.64 | Dec 26 | *101367 | 1,681.21 | Dec 30 | 101409 | 2,970.00 |
| Dec 31 | 101323 | 35.00 | Dec 24 | 101368 | 1,391.82 | Dec 30 | *101411 | 1,675.38 |
| Dec 19 | 101324 | 55,350.31 | Dec 23 | 101369 | 817.59 | Dec 24 | 101412 | 2,675.00 |
| Dec 17 | 101325 | 553.75 | Dec 24 | 101370 | 2,307.55 | Dec 24 | *101414 | 3,455.35 |
| Dec 17 | 101326 | 84.79 | Dec 27 | 101371 | 62.01 | Dec 30 | *101416 | 19,797.38 |
| Dec 17 | 101327 | 3,150.45 | Dec 30 | 101372 | 1,275.00 | Dec 24 | 101417 | 560.94 |
| Dec 17 | 101328 | 4,445.31 | Dec 24 | 101373 | 5,892.81 | Dec 27 | 101418 | 4,559.93 |
| Dec 20 | 101329 | 2,288.79 | Dec 26 | 101374 | 15,340.00 | Dec 24 | 101419 | 2,344.00 |
| Dec 18 | 101330 | 567.86 | Dec 30 | 101375 | 739.54 | Dec 24 | 101420 | 675.00 |
| Dec 19 | 101331 | 8,800.00 | Dec 26 | *101377 | 389.91 | Dec 27 | 101421 | 3,478.43 |
| Dec 20 | *101333 | 236,020.83 | Dec 27 | 101378 | 21.00 | Dec 24 | 101422 | 6,552.92 |
| Dec 26 | 101334 | 43,939.42 | Dec 24 | 101379 | 4,385.33 | Dec 30 | 101423 | 46.00 |
| Dec 18 | 101335 | 811.60 | Dec 24 | 101380 | 310.00 | Dec 27 | 101424 | 602.00 |
| Dec 31 | *101337 | 30,350.00 | Dec 24 | *101382 | 4,150.35 | Dec 24 | *101427 | 9,425.91 |
| Dec 24 | 101338 | 6,254.44 | Dec 31 | 101383 | 1,115.55 | Dec 31 | 101428 | 65.00 |
| Dec 27 | *101340 | 58,506.57 | Dec 31 | *101385 | 26,094.56 | Dec 31 | 101429 | 3,484.27 |
| Dec 27 | *101342 | 2,550.00 | Dec 26 | 101386 | 70,200.00 | Dec 30 | 101430 | 6,375.00 |
| Dec 23 | 101343 | 2,061.76 | Dec 24 | 101387 | 42,085.80 | Dec 24 | 101431 | 17,150.00 |
| Dec 27 | 101344 | 247.78 | Dec 24 | 101388 | 243.42 | Dec 23 | 101432 | 700.00 |
| Dec 24 | 101345 | 330.00 | Dec 24 | 101389 | 7,150.00 | Dec 26 | *101434 | 1,697.40 |
| Dec 31 | 101346 | 50,989.12 | Dec 24 | 101390 | 392.44 | Dec 27 | *101436 | 779.58 |
| Dec 31 | *101348 | 108,829.64 | Dec 30 | 101391 | 91.76 | Dec 31 | *101439 | 32,541.01 |
| Dec 26 | 101349 | 4,093.88 | Dec 30 | 101392 | 558.00 | Dec 31 | 101440 | 31,004.28 |
| Dec 26 | 101350 | 7,656.49 | Dec 31 | 101393 | 15,544.88 | Dec 31 | 101441 | 100,000.00 |
| Dec 31 | 101351 | 39.91 | Dec 27 | 101394 | 307.40 | Dec 31 | *101448 | 5,399.23 |
| Dec 26 | *101353 | 25,644.41 | Dec 27 | 101395 | 750.00 | Dec 31 | *101453 | 10,075.00 |
| Dec 24 | 101354 | 20,493.85 | Dec 26 | 101396 | 1,000.00 | Dec 31 | 101454 | 50,280.90 |
| Dec 24 | 101355 | 46,333.89 | Dec 27 | *101398 | 1,650.00 | Dec 31 | 101455 | 3,880.14 |
| Dec 31 | 101356 | 9,134.86 | Dec 31 | *101400 | 91.33 | Dec 31 | *101460 | 14,187.35 |
| Dec 31 | 101357 | 2,693.52 | Dec 30 | 101401 | 15,762.00 | Dec 31 | 101461 | 765.05 |
| Dec 31 | 101358 | 13,134.51 | Dec 27 | 101402 | 2,180.00 | Dec 31 | *101466 | 4,349.38 |
| Dec 27 | 101359 | 2,353.65 | Dec 31 | *101404 | 25,981.83 | Dec 31 | *101471 | 566.50 |
| Dec 31 | 101360 | 2,442.61 | Dec 30 | 101405 | 3,175.00 | Dec 31 | *101476 | 35,288.40 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Dec 02 | 9,208,686.92 | Dec 11 | 2,339,135.84 | Dec 20 | 5,701,648.55 |
| Dec 03 | 5,221,054.72 | Dec 12 | 1,813,202.33 | Dec 23 | 5,717,589.14 |
| Dec 04 | 5,009,656.18 | Dec 13 | 1,725,402.60 | Dec 24 | 5,064,024.37 |
| Dec 05 | 4,930,547.72 | Dec 16 | 1,237,806.32 | Dec 26 | 3,841,032.15 |
| Dec 06 | 3,552,811.20 | Dec 17 | 1,499,446.91 | Dec 27 | 2,685,898.73 |
| Dec 09 | 4,032,143.00 | Dec 18 | 5,140,592.57 | Dec 30 | 1,996,790.19 |
| Dec 10 | 2,414,932.47 | Dec 19 | 4,893,616.80 | Dec 31 | 2,208,986.79 |

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 8 |

## CHECK IMAGES

---

**Virtual Deposit Ticket**

Millenkamp Cattle Inc
Deposit amount: 537891.74

| 12/02/2024 | Check 0 | $537,891.74 |
|---|---|---|

**Virtual Deposit Ticket**

Millenkamp Cattle Inc
Deposit amount: 1045365.94

| 12/09/2024 | Check 0 | $1,045,365.94 |
|---|---|---|

**Virtual Deposit Ticket**

Millenkamp Cattle Inc
Deposit amount: 294165.37

| 12/11/2024 | Check 0 | $294,165.37 |
|---|---|---|

**Virtual Deposit Ticket**

Millenkamp Cattle Inc
Deposit amount: 710936.13

| 12/17/2024 | Check 0 | $710,936.13 |
|---|---|---|



| 12/20/2024 | Check 0 | $12,328.48 |
|---|---|---|

**Virtual Deposit Ticket**

Millenkamp Cattle Inc
Deposit amount: 757914.97

| 12/20/2024 | Check 0 | $757,914.97 |
|---|---|---|

**Virtual Deposit Ticket**

Millenkamp Cattle Inc
Deposit amount: 207308.47

| 12/26/2024 | Check 0 | $207,308.47 |
|---|---|---|

MILLENKAMP CATTLE, INC.
DEBTOR IN POSSESSION CASE 24-40158-NGH
471 NORTH 300 WEST
JEROME ID 83338
(208) 324-2700

FIRST FEDERAL BANK
1915 S. LINCOLN AVE
JEROME ID 83338

100875

PAY TO THE ORDER OF    Butte Irrigation Inc

Ninety-Five Thousand One Hundred Five and 85/100

Butte Irrigation Inc
PO Box 790
Paul, ID 83347

10/23/2024

$ **95,105.85**

DOLLARS

MEMO

| 12/09/2024 | Check 100875 | $95,105.85 |
|---|---|---|

Account Number XXXXXX7877
Statement Date 12/31/2024
Statement Thru Date 01/01/2025
Page 9

## CHECK IMAGES (Continued)



12/04/2024    Check 100972    $1,000.00



12/04/2024    Check 100990    $21,109.76



12/10/2024    Check 101075    $317.00



12/04/2024    Check 101078    $1,000.00



12/10/2024    Check 101082    $2,143.12



12/04/2024    Check 101089    $7,638.75



12/11/2024    Check 101093    $699.60



12/03/2024    Check 101098    $250.00

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 10 |

## CHECK IMAGES (Continued)



12/02/2024    Check 101099    $2,927.26



12/03/2024    Check 101117    $157.44



12/03/2024    Check 101125    $121,639.76



12/03/2024    Check 101127    $15,207.80



12/03/2024    Check 101128    $4,514.59



12/03/2024    Check 101130    $7,369.50



12/03/2024    Check 101132    $30,179.25



12/03/2024    Check 101134    $27,721.66

Account Number            XXXXXX7877
Statement Date            12/31/2024
Statement Thru Date       01/01/2025
Page                      11

## CHECK IMAGES (Continued)



12/02/2024        Check 101136        $70.22



12/06/2024        Check 101138        $1,212.00



12/03/2024        Check 101150        $252,560.68



12/03/2024        Check 101151        $226.01



12/12/2024        Check 101152        $26,867.45



12/03/2024        Check 101154        $11,973.48



12/02/2024        Check 101155        $62,232.44



12/09/2024        Check 101156        $9,209.47

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 12 |

## CHECK IMAGES (Continued)



12/04/2024    Check 101157    $263.94



12/03/2024    Check 101158    $86,933.88



12/03/2024    Check 101159    $33,273.69



12/09/2024    Check 101160    $823.50



12/09/2024    Check 101161    $931.25



12/03/2024    Check 101162    $7,225.00



12/10/2024    Check 101163    $1,104.50



12/10/2024    Check 101164    $2,998.25

| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 13 |

## CHECK IMAGES (Continued)



12/04/2024    Check 101165    $29,025.00



12/24/2024    Check 101166    $8,136.50



12/03/2024    Check 101167    $6,375.00



12/04/2024    Check 101168    $19,675.00



12/06/2024    Check 101169    $19,287.50



12/03/2024    Check 101170    $33,382.20



12/03/2024    Check 101171    $72,781.96



12/04/2024    Check 101172    $1,353.92

Account Number     XXXXXX7877
Statement Date     12/31/2024
Statement Thru Date     01/01/2025
Page     14

## CHECK IMAGES (Continued)

12/03/2024     Check 101173     $1,531.83



12/03/2024     Check 101174     $5,816.35



12/03/2024     Check 101175     $3,588.14



12/03/2024     Check 101176     $964.94



12/03/2024     Check 101177     $23,885.00



12/05/2024     Check 101178     $6,990.00



12/03/2024     Check 101179     $2,450.10



12/11/2024     Check 101180     $2,219.75

Account Number XXXXXX7877
Statement Date 12/31/2024
Statement Thru Date 01/01/2025
Page 15

## CHECK IMAGES (Continued)



12/03/2024   Check 101181   $960.00



12/03/2024   Check 101182   $7,746.55



12/04/2024   Check 101183   $6,174.69



12/09/2024   Check 101184   $330.00



12/05/2024   Check 101185   $55,468.33



12/11/2024   Check 101186   $2,349.00



12/02/2024   Check 101187   $4,788.57



12/04/2024   Check 101188   $1,142.18

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 16 |

## CHECK IMAGES (Continued)



12/06/2024    Check 101189    $549.60



12/09/2024    Check 101190    $296.00



12/10/2024    Check 101191    $276.71



12/02/2024    Check 101192    $364.84



12/03/2024    Check 101193    $868.42



12/03/2024    Check 101194    $5,834.84



12/04/2024    Check 101195    $17,530.00



12/03/2024    Check 101197    $5,710.25

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 17 |

# CHECK IMAGES (Continued)



| 12/09/2024 | Check 101198 | $3,687.57 |
|---|---|---|

| 12/03/2024 | Check 101199 | $784.37 |
|---|---|---|




| 12/02/2024 | Check 101200 | $312.00 |
|---|---|---|

| 12/10/2024 | Check 101201 | $974.55 |
|---|---|---|




| 12/05/2024 | Check 101202 | $13,450.13 |
|---|---|---|

| 12/03/2024 | Check 101203 | $3,980.00 |
|---|---|---|




| 12/10/2024 | Check 101204 | $347.03 |
|---|---|---|

| 12/03/2024 | Check 101205 | $1,480.03 |
|---|---|---|

## CHECK IMAGES (Continued)



12/03/2024      Check 101206      $4,409.90



12/02/2024      Check 101207      $33,404.82



12/04/2024      Check 101208      $2,168.27



12/04/2024      Check 101209      $3,917.11



12/04/2024      Check 101210      $79,288.00



12/20/2024      Check 101210      $1,000.00



12/13/2024      Check 101214      $2,500.00

12/13/2024      Check 101213      $116,331.37

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 19 |

# CHECK IMAGES (Continued)



12/24/2024    Check 101215    $100,858.36



12/12/2024    Check 101216    $26,094.56



12/16/2024    Check 101217    $22,541.70



12/11/2024    Check 101218    $5,400.00



12/10/2024    Check 101219    $13,349.05



12/12/2024    Check 101220    $84,279.98



12/12/2024    Check 101221    $2,635.50

12/11/2024    Check 101222    $10,067.98

Account Number        XXXXXX7877
Statement Date        12/31/2024
Statement Thru Date   01/01/2025
Page                  20

## CHECK IMAGES (Continued)



12/11/2024      Check 101223      $6,990.00



12/20/2024      Check 101224      $108.65



12/10/2024      Check 101225      $66.23



12/23/2024      Check 101226      $38,549.07



12/10/2024      Check 101227      $242.09



12/11/2024      Check 101228      $19,414.76



12/12/2024      Check 101229      $5,414.86



12/12/2024      Check 101230      $155.35

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 21 |

## CHECK IMAGES (Continued)



12/12/2024     Check 101231     $12,324.92



12/10/2024     Check 101232     $43,294.00



12/12/2024     Check 101234     $966.84



12/11/2024     Check 101235     $995.00



12/19/2024     Check 101236     $4,500.36



12/12/2024     Check 101237     $738.45



12/11/2024     Check 101239     $6,370.00



12/13/2024     Check 101240     $3,241.17

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 22 |

## CHECK IMAGES (Continued)



12/11/2024     Check 101241     $5,100.00



12/09/2024     Check 101242     $7,992.50



12/12/2024     Check 101243     $241.33



12/13/2024     Check 101244     $848.78



12/11/2024     Check 101245     $1,608.82



12/11/2024     Check 101246     $973.82



12/11/2024     Check 101247     $1,003.82



12/13/2024     Check 101248     $2,023.30

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 23 |

## CHECK IMAGES (Continued)



12/17/2024    Check 101249    $75,714.40



12/12/2024    Check 101250    $6,371.48



12/12/2024    Check 101251    $60,494.22



12/17/2024    Check 101252    $114,124.21



12/19/2024    Check 101253    $97,705.82



12/17/2024    Check 101254    $3,231.29



12/11/2024    Check 101255    $700.00



12/12/2024    Check 101256    $7,000.00

## CHECK IMAGES (Continued)



12/12/2024    Check 101257    $134,974.20



12/12/2024    Check 101258    $6,352.68



12/19/2024    Check 101259    $9,300.00



12/30/2024    Check 101260    $1,811.29



12/20/2024    Check 101261    $582.97



12/17/2024    Check 101262    $5,856.15



12/27/2024    Check 101263    $6,596.10

12/23/2024    Check 101264    $145.37

## CHECK IMAGES (Continued)



12/23/2024        Check 101265        $142.99



12/17/2024        Check 101266        $5,110.03



12/17/2024        Check 101267        $37,792.31



12/17/2024        Check 101268        $15,426.33



12/20/2024        Check 101269        $3,322.12



12/20/2024        Check 101270        $6,187.62



12/18/2024        Check 101272        $1,348.77



12/16/2024        Check 101274        $45,577.80

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 26 |

# CHECK IMAGES (Continued)



12/23/2024    Check 101275    $60.00



12/19/2024    Check 101276    $64,267.07



12/23/2024    Check 101277    $23,738.47



12/23/2024    Check 101278    $5,525.00



12/18/2024    Check 101279    $18,175.00



12/18/2024    Check 101280    $1,529.23



12/18/2024    Check 101281    $63.03



12/18/2024    Check 101282    $4,717.00

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 27 |

## CHECK IMAGES (Continued)



12/23/2024    Check 101283    $2,546.54



12/20/2024    Check 101284    $3,403.27



12/16/2024    Check 101285    $767.97



12/30/2024    Check 101286    $960.00



12/18/2024    Check 101287    $7,215.05



12/18/2024    Check 101288    $14,540.00



12/23/2024    Check 101289    $330.00

12/18/2024    Check 101290    $5,090.27

## CHECK IMAGES (Continued)



12/16/2024     Check 101291     $7,815.12



12/20/2024     Check 101292     $3,378.60



12/17/2024     Check 101293     $2,923.89



12/19/2024     Check 101294     $1,219.25



12/19/2024     Check 101295     $2,759.00



12/17/2024     Check 101296     $1,124.71



12/31/2024     Check 101297     $2,499.24



12/17/2024     Check 101298     $6,647.00

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 29 |

## CHECK IMAGES (Continued)



12/24/2024   Check 101299   $26,187.25



12/17/2024   Check 101300   $3,247.02



12/17/2024   Check 101301   $2,045.14



12/17/2024   Check 101302   $1,902.79



12/20/2024   Check 101303   $7,883.08



12/23/2024   Check 101304   $50.00



12/16/2024   Check 101305   $289.28



12/16/2024   Check 101307   $500.00

## CHECK IMAGES (Continued)



12/24/2024    Check 101309    $11,108.15



12/19/2024    Check 101310    $471.46



12/17/2024    Check 101311    $380.97



12/19/2024    Check 101312    $184.57



12/19/2024    Check 101313    $2,417.93



12/24/2024    Check 101314    $200.00



12/18/2024    Check 101315    $2,955.82



12/23/2024    Check 101316    $2,243.88

Account Number    XXXXXX7877
Statement Date    12/31/2024
Statement Thru Date    01/01/2025
Page    31

# CHECK IMAGES (Continued)



12/24/2024    Check 101318    $7,575.25



12/18/2024    Check 101319    $2,054.84



12/24/2024    Check 101321    $237.51



12/18/2024    Check 101322    $1,237.64



12/31/2024    Check 101323    $35.00



12/19/2024    Check 101324    $55,350.31



12/17/2024    Check 101325    $553.75

12/17/2024    Check 101326    $84.79

| Account Number | XXXXXX7877 |
| --- | --- |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 32 |

## CHECK IMAGES (Continued)



12/17/2024   Check 101327   $3,150.45



12/17/2024   Check 101328   $4,445.31



12/20/2024   Check 101329   $2,288.79



12/18/2024   Check 101330   $567.86



12/19/2024   Check 101331   $8,800.00



12/20/2024   Check 101333   $236,020.83



12/26/2024   Check 101334   $43,939.42



12/18/2024   Check 101335   $811.60

Case 24-40158-NGH   Doc 869-2   Filed 01/22/25   Entered 01/22/25 17:15:24   Desc
Part 3   Page 34 of 45

Account Number          XXXXXX7877
Statement Date          12/31/2024
Statement Thru Date     01/01/2025
Page                    33

## CHECK IMAGES (Continued)



12/31/2024     Check 101337     $30,350.00



12/24/2024     Check 101338     $6,254.44



12/27/2024     Check 101340     $58,506.57



12/27/2024     Check 101342     $2,550.00



12/23/2024     Check 101343     $2,061.76



12/27/2024     Check 101344     $247.78



12/24/2024     Check 101345     $330.00



12/31/2024     Check 101346     $50,989.12

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 34 |

## CHECK IMAGES (Continued)



12/31/2024    Check 101348    $108,829.64



12/26/2024    Check 101349    $4,093.88



12/26/2024    Check 101350    $7,656.49



12/31/2024    Check 101351    $39.91



12/26/2024    Check 101353    $25,644.41



12/24/2024    Check 101354    $20,493.85



12/24/2024    Check 101355    $46,333.89



12/31/2024    Check 101356    $9,134.86

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 35 |

## CHECK IMAGES (Continued)



12/31/2024      Check 101357      $2,693.52



12/31/2024      Check 101358      $13,134.51



12/27/2024      Check 101359      $2,353.65



12/31/2024      Check 101360      $2,442.61



12/24/2024      Check 101361      $88,497.80



12/24/2024      Check 101364      $23,034.29



12/30/2024      Check 101365      $95.60



12/26/2024      Check 101367      $1,681.21

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 36 |

## CHECK IMAGES (Continued)



12/24/2024      Check 101368      $1,391.82



12/23/2024      Check 101369      $817.59

12/24/2024      Check 101370      $2,307.55

12/27/2024      Check 101371      $62.01



12/30/2024      Check 101372      $1,275.00

12/24/2024      Check 101373      $5,892.81



12/26/2024      Check 101374      $15,340.00

12/30/2024      Check 101375      $739.54



Account Number XXXXXX7877
Statement Date 12/31/2024
Statement Thru Date 01/01/2025
Page 37

## CHECK IMAGES (Continued)



12/26/2024    Check 101377    $389.91



12/27/2024    Check 101378    $21.00



12/24/2024    Check 101379    $4,385.33



12/24/2024    Check 101380    $310.00



12/24/2024    Check 101382    $4,150.35



12/31/2024    Check 101383    $1,115.55



12/31/2024    Check 101385    $26,094.56



12/26/2024    Check 101386    $70,200.00

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 38 |

## CHECK IMAGES (Continued)



12/24/2024      Check 101387      $42,085.80



12/24/2024      Check 101388      $243.42



12/24/2024      Check 101389      $7,150.00



12/24/2024      Check 101390      $392.44



12/30/2024      Check 101391      $91.76



12/30/2024      Check 101392      $558.00



12/31/2024      Check 101393      $15,544.88



12/27/2024      Check 101394      $307.40

| | |
|---|---|
| Account Number | XXXXXX7877 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 39 |

## CHECK IMAGES (Continued)



12/27/2024    Check 101395    $750.00



12/26/2024    Check 101396    $1,000.00



12/27/2024    Check 101398    $1,650.00



12/31/2024    Check 101400    $91.33



12/30/2024    Check 101401    $15,762.00



12/27/2024    Check 101402    $2,180.00



12/31/2024    Check 101404    $25,981.83



12/30/2024    Check 101405    $3,175.00

Account Number      XXXXXX7877
Statement Date      12/31/2024
Statement Thru Date      01/01/2025
Page      40

## CHECK IMAGES (Continued)



12/24/2024     Check 101406     $19,823.92



12/26/2024     Check 101407     $749.76



12/27/2024     Check 101408     $1,810.22



12/30/2024     Check 101409     $2,970.00



12/30/2024     Check 101411     $1,675.38



12/24/2024     Check 101412     $2,675.00



12/24/2024     Check 101414     $3,455.35

12/30/2024     Check 101416     $19,797.38

## CHECK IMAGES (Continued)



12/24/2024          Check 101417          $560.94



12/27/2024          Check 101418          $4,559.93



12/24/2024          Check 101419          $2,344.00



12/24/2024          Check 101420          $675.00



12/27/2024          Check 101421          $3,478.43



12/24/2024          Check 101422          $6,552.92



12/30/2024          Check 101423          $46.00



12/27/2024          Check 101424          $602.00

Account Number          XXXXXX7877
Statement Date              12/31/2024
Statement Thru Date      01/01/2025
Page                                     42

# CHECK IMAGES (Continued)



| 12/24/2024 | Check 101427 | $9,425.91 |



| 12/31/2024 | Check 101428 | $65.00 |



| 12/31/2024 | Check 101429 | $3,484.27 |



| 12/30/2024 | Check 101430 | $6,375.00 |



| 12/24/2024 | Check 101431 | $17,150.00 |



| 12/23/2024 | Check 101432 | $700.00 |



| 12/26/2024 | Check 101434 | $1,697.40 |



| 12/27/2024 | Check 101436 | $779.58 |

Account Number XXXXXX7877
Statement Date 12/31/2024
Statement Thru Date 01/01/2025
Page 43

## CHECK IMAGES (Continued)



12/31/2024   Check 101439   $32,541.01

12/31/2024   Check 101440   $31,004.28





12/31/2024   Check 101441   $100,000.00

12/31/2024   Check 101448   $5,399.23





12/31/2024   Check 101453   $10,075.00

12/31/2024   Check 101454   $50,280.90





12/31/2024   Check 101455   $3,880.14

12/31/2024   Check 101460   $14,187.35

| Account Number | XXXXXX7877 |
|---|---|
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 44 |

# CHECK IMAGES (Continued)



12/31/2024    Check 101461    $765.05



12/31/2024    Check 101466    $4,349.38



12/31/2024    Check 101471    $566.50



12/31/2024    Check 101476    $35,288.40