| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 42 |

## CHECK IMAGES (Continued)



12/09/2024    Check 506063    $1,891.02



12/09/2024    Check 506064    $2,149.97



12/10/2024    Check 506065    $1,994.52



12/11/2024    Check 506066    $2,049.59



12/06/2024    Check 506067    $1,993.64



12/09/2024    Check 506068    $1,757.00



12/10/2024    Check 506069    $1,845.41



12/09/2024    Check 506070    $2,009.89

| Account Number | XXXXXX7885 |
|---|---|
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 43 |

## CHECK IMAGES (Continued)



12/09/2024    Check 506071    $1,752.74



12/10/2024    Check 506072    $1,876.66



12/11/2024    Check 506073    $1,745.41



12/10/2024    Check 506074    $1,778.51



12/0...



12/09/2024    Check 506076    $1,886.88



12/09/2024    Check 506077    $1,742.66



12/10/2024    Check 506078    $1,957.46

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 44 |

## CHECK IMAGES (Continued)



12/09/2024    Check 506079    $1,902.41



12/09/2024    Check 506080    $1,873.27



12/13/2024    Check 506081    $1,902.41



12/10/2024    Check 506082    $1,992.18



12/09/2024    Check 506083    $1,964.40



12/09/2024    Check 506084    $1,941.35



12/10/2024    Check 506085    $841.17

12/09/2024    Check 506086    $1,682.71

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 45 |

## CHECK IMAGES (Continued)



12/09/2024    Check 506087    $1,809.70



12/09/2024    Check 506088    $1,898.75



12/09/2024    Check 506089    $1,704.27



12/09/2024    Check 506090    $1,619.75




12/09/2024    Check 506091    $1,586.65



12/09/2024    Check 506092    $1,650.88



12/09/2024    Check 506093    $1,574.79



12/06/2024    Check 506094    $1,686.11

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 46 |

## CHECK IMAGES (Continued)



12/09/2024    Check 506095    $1,533.54



12/09/2024    Check 506096    $1,765.03



12/09/2024    Check 506097    $1,904.20



12/06/2024    Check 506098    $1,768.86



12/06/2024    Check 506099    $1,650.91



12/09/2024    Check 506100    $1,448.60



12/10/2024    Check 506101    $1,619.15



12/06/2024    Check 506102    $1,540.21

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 47 |

## CHECK IMAGES (Continued)



12/09/2024    Check 506103    $1,501.94



12/09/2024    Check 506104    $1,705.77



12/06/2024    Check 506105    $1,694.06



12/09/2024    Check 506106    $1,463.13



12/09/2024    Check 506107    $612.63



12    21.48



12/09/2024    Check 506109    $1,773.46



12/09/2024    Check 506110    $1,524.77

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 48 |

## CHECK IMAGES (Continued)



12/10/2024    Check 506111    $1,639.82



12/09/2024    Check 506112    $1,817.73



12/09/2024    Check 506113    $1,661.98



12/10/2024    Check 506114    $2,075.77



12/13/2024    Check 506115    $1,678.45



12/06/2024    Check 506116    $1,678.41

12/12/2024    Check 506117    $1,719.74



12/10/2024    Check 506118    $1,876.66

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 49 |

## CHECK IMAGES (Continued)



12/09/2024    Check 506119    $1,749.81



12/12/2024    Check 506120    $1,671.53



12/13/2024    Check 506121    $1,818.45



12/10/2024    Check 506122    $1,876.66



12/06/2024    Check 506123    $1,676.15



12/10/2024    Check 506124    $2,075.77



12/11/2024    Check 506125    $2,218.95



12/12/2024    Check 506126    $1,742.66

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 50 |

## CHECK IMAGES (Continued)



12/12/2024    Check 506127    $1,639.16



12/11/2024    Check 506128    $1,876.66



12/09/2024    Check 506129    $1,818.45



12/09/2024    Check 506130    $1,742.66



12/06/2024    Check 506131    $1,535.21



12/12/2024    Check 506132    $1,876.66



12/10/2024    Check 506133    $1,992.18



12/09/2024    Check 506134    $2,077.99

## CHECK IMAGES (Continued)



12/10/2024    Check 506135    $1,889.74



12/09    u.30



12/09/2024    Check 506137    $1,425.17



12/09/2024    Check 506138    $1,902.41



12/12/2024    Check 506139    $1,678.45



12/09/2024    Check 506140    $1,588.42



12/10/2024    Check 506141    $1,678.50

12/10/2024    Check 506142    $1,941.43

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 52 |

## CHECK IMAGES (Continued)



12/10/2024    Check 506143    $1,745.41



12/10/2024    Check 506144    $1,660.71



12/11/2024    Check 506145    $1,818.41



12/09/2024    Check 506146    $1,801.98



12/10/2024    Check 506147    $2,139.69



12/10/2024    Check 506148    $1,818.45



12/06/2024    Check 506149    $1,922.68



12/11/2024    Check 506150    $1,725.56

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 53 |

## CHECK IMAGES (Continued)



12/09/2024    Check 506151    $1,719.74



12/10/2024    Check 506152    $1,742.66



12/09/2024    Check 506153    $1,662.02



12/10/2024    Check 506154    $1,957.55



12/12/2024    Check 506155    $1,835.76



12/11/2024    Check 506156    $1,818.33



12/18/2024    Check 506157    $1,678.08



12/10/2024    Check 506158    $1,632.82

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 54 |

## CHECK IMAGES (Continued)



12                                    902.41



12/11/2024    Check 506160    $1,662.16



12/11/2024    Check 506161    $1,678.37



12/17/2024    Check 506162    $1,742.66



12/06/2024    Check 506163    $1,818.45



12/09/2024    Check 506164    $1,902.41



12/10/2024    Check 506165    $1,876.66



12/30/2024    Check 506166    $1,719.74

## CHECK IMAGES (Continued)



12/11/2024    Check 506167    $1,745.41



12/11/2024    Check 506168    $1,742.66



12/10/2024    Check 506169    $1,880.41



12/11/2024    Check 506170    $1,902.41



12/11/2024    Check 506171    $1,876.66



12/10/2024    Check 506172    $2,009.93



12/11/2024    Check 506173    $1,665.28



12/11/2024    Check 506174    $1,818.45

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 56 |

## CHECK IMAGES (Continued)



12/10/2024    Check 506175    $1,742.70



12/10/2024    Check 506176    $1,930.30



12/09/2024    Check 506177    $1,902.41



12/1    6



12/10/2024    Check 506179    $1,579.16



12/10/2024    Check 506180    $1,553.45



12/10/2024    Check 506181    $1,523.86



12/09/2024    Check 506182    $1,742.66

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 57 |

## CHECK IMAGES (Continued)



12/10/2024    Check 506183    $1,678.45



12/12/2024    Check 506184    $1,742.70



12



12/09/2024    Check 506186    $1,818.45



12/10/2024    Check 506187    $1,742.66



12/09/2024    Check 506188    $1,381.99



12/16/2024    Check 506189    $1,868.47



12/11/2024    Check 506190    $1,845.28

## CHECK IMAGES (Continued)



12/10/2024    Check 506191    $1,667.54



12/11/2024    Check 506192    $1,719.74



12/10/2024    Check 506193    $1,742.66



12/10/2024    Check 506194    $1,941.43



12/12/2024    Check 506195    $1,553.45



12/10/2024    Check 506196    $1,876.66



12/18/2024    Check 506197    $2,007.65



12/13/2024    Check 506198    $1,678.45

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 59 |

## CHECK IMAGES (Continued)



12/06/2024    Check 506199    $1,883.94



12/10/2024    Check 506200    $1,538.26



12/11/2024    Check 506201    $1,678.45



12/11/2024    Check 506202    $1,923.82



12/16/2024    Check 506203    $1,978.11



12/06/2024    Check 506204    $1,837.80



12/10/2024    Check 506205    $1,818.41



12/09/2024    Check 506206    $1,745.41

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 60 |

## CHECK IMAGES (Continued)



12/10/2024      Check 506207      $1,862.59



12/10/2024      Check 506208      $1,876.66



12/06/2024      Check 506209      $1,849.63



12/09/2024      Check 506210      $1,801.94



12/11/2024      Check 506211      $1,693.45



12/11/2024      Check 506212      $1,749.80



12/09/2024      Check 506213      $1,902.41



12/10/2024      Check 506214      $1,880.47

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 61 |

## CHECK IMAGES (Continued)



12/17/2024    Check 506215    $1,818.45



12/10/2024    Check 506216    $1,547.41



12/09/2024    Check 506217    $1,900.39



12/09/2024    Check 506218    $2,481.27



12/09/2024    Check 506219    $1,908.57



12/06/2024    Check 506220    $2,177.07



12/09/2024    Check 506221    $1,992.07



12/09/2024    Check 506222    $1,791.08

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 62 |

## CHECK IMAGES (Continued)



12/09/2024    Check 506223    $1,995.20



12/09/2024    Check 506224    $1,666.66



12/05/2024    Check 506225    $1,839.61



12/10/2024    Check 506226    $1,736.17



12/09/2024    Check 506227    $2,008.80



12/24/2024    Check 506228    $1,853.95



12/09/2024    Check 506229    $1,785.27



12                              72.46

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 63 |

# CHECK IMAGES (Continued)



12/09/2024    Check 506231    $2,011.84



12/09/2024    Check 506232    $1,955.23



12/06/2024    Check 506233    $1,660.64



12/09/2024    Check 506234    $1,553.17



12/09/2024    Check 506235    $1,946.23



12/09/2024    Check 506236    $1,838.26



12/06/2024    Check 506237    $1,879.67



12/09/2024    Check 506238    $1,843.92

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 64 |

## CHECK IMAGES (Continued)



12/06/2024    Check 506240    $2,523.54



12/10/2024    Check 506241    $2,154.16



12/09/2024    Check 506242    $2,473.83



12/09/2024    Check 506243    $2,230.35

12/06/2024    Check 506244    $2,828.91



12/09/2024    Check 506245    $2,254.40



12/09/2024    Check 506246    $2,348.35

12/09/2024    Check 506247    $2,187.41

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 65 |

## CHECK IMAGES (Continued)



12/09/2024    Check 506248    $2,593.95



12/09/2024    Check 506249    $2,202.13



12/06/2024    Check 506250    $2,611.48



12/09/2024    Check 506251    $2,075.35



12/12/2024    Check 506252    $2,280.45



12/06/2024    Check 506253    $2,255.86



12/10/2024    Check 506254    $2,317.23



12/09/2024    Check 506255    $2,806.18

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 66 |

# CHECK IMAGES (Continued)



12/27/2024    Check 506256    $2,444.39



12/09/2024    Check 506257    $2,439.15



12/09/2024    Check 506258    $2,241.96



12/06/2024    Check 506259    $2,382.53




12/09/2024    Check 506260    $2,463.31



12/09/2024    Check 506261    $2,514.45



12/06/2024    Check 506262    $2,182.96



12/12/2024    Check 506263    $2,003.85

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 67 |

## CHECK IMAGES (Continued)



12/06/2024    Check 506264    $2,250.92



12/06/2024    Check 506265    $1,605.41



12/09/2024    Check 506266    $1,846.29



12/10/2024    Check 506267    $1,637.74



12/09/2024    Check 506268    $1,683.46



12/06/2024    Check 506269    $1,796.10



12/09/2024    Check 506270    $1,789.70



12/09/2024    Check 506271    $1,688.57

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 68 |

## CHECK IMAGES (Continued)



12/09/2024    Check 506272    $1,783.76



12/09/2024    Check 506273    $1,665.01



12/09/2024    Check 506274    $1,813.57



12/09/2024    Check 506275    $2,051.49



12/09/2024    Check 506276    $1,711.47



12/09/2024    Check 506277    $1,533.83



12/06/2024    Check 506278    $1,737.01



12/06/2024    Check 506279    $1,892.54

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 69 |

## CHECK IMAGES (Continued)



| 12/05/2024 | Check 506280 | $2,412.07 |



| 12/06/2024 | Check 506281 | $1,713.62 |

| 12/09/2024 | Check 506282 | $1,688.84 |



| 12/09/2024 | Check 506283 | $1,985.50 |

| 12/09/2024 | Check 506284 | $1,843.61 |



| 12/09/2024 | Check 506285 | $1,816.52 |

| 12/09/2024 | Check 506286 | $1,819.04 |

| 12/06/2024 | Check 506287 | $2,300.69 |

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 70 |

## CHECK IMAGES (Continued)



12/06/2024    Check 506288    $1,988.75



12/11/2024    Check 506289    $675.26



12/10/2024    Check 506290    $401.58



12/06/2024    Check 506291    $2,609.26



12/13/2024    Check 506292    $1,216.69



12/26/2024    Check 506293    $838.98



12/20/2024    Check 506295    $2,172.51



12/23/2024    Check 506296    $1,303.52

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 71 |

## CHECK IMAGES (Continued)



12/24



12/24/2024    Check 506298    $1,603.99



12/23/2024    Check 506299    $1,742.11



12/23/2024    Check 506300    $1,697.60



12/23/2024    Check 506301    $1,582.40



12/23/2024    Check 506302    $1,733.99



12/23/2024    Check 506303    $1,777.98



12/24/2024    Check 506304    $1,726.42

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 72 |

## CHECK IMAGES (Continued)



12/23/2024    Check 506305    $1,645.93



12/23/2024    Check 506306    $1,681.83



12/24/2024    Check 506307    $1,769.13



12/23/2024    Check 506308    $1,621.74



12/24/2024    Check 506309    $1,256.78



12/24/2024    Check 506310    $1,460.16



12/23/2024    Check 506311    $1,796.03



12/24/2024    Check 506312    $1,771.68

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 73 |

## CHECK IMAGES (Continued)



12/24/2024    Check 506313    $1,770.79



12/24/2024    Check 506314    $1,617.52



12/24/2024    Check 506315    $1,548.44



12/23/2024    Check 506316    $1,526.42



12/23/2024    Check 506317    $1,565.98



12/24/2024    Check 506318    $1,766.54



12/24/2024    Check 506319    $1,878.45

12/24/2024    Check 506320    $1,705.58

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 74 |

## CHECK IMAGES (Continued)



12/23/2024    Check 506321    $1,688.44



12/30/2024    Check 506323    $1,882.93



12/31/2024    Check 506324    $2,503.49



12/26/2024    Check 506325    $2,062.13



12/24/2024    Check 506326    $2,145.23



12/24/2024    Check 506327    $1,885.62



12/24/2024    Check 506328    $2,565.09



12/24/2024    Check 506329    $2,055.89

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 75 |

## CHECK IMAGES (Continued)



12/24/2024      Check 506331      $541.58



12/23/2024      Check 506333      $2,201.34



12/24/2024      Check 506334      $1,708.89



12/24/2024      Check 506335      $1,704.68



12/23/2024      Check 506336      $1,541.42

12/24/2024      Check 506337      $1,362.67



12/23/2024      Check 506338      $1,870.45



12/23/2024      Check 506339      $1,694.05

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 76 |

## CHECK IMAGES (Continued)



12/23/2024    Check 506340    $1,653.15



12/24/2024    Check 506341    $1,674.56



12/24/2024    Check 506342    $1,584.33



12/23/2024    Check 506343    $1,717.62



12/23/2024    Check 506344    $1,578.10



12/24/2024    Check 506345    $1,589.33



12/23/2024    Check 506346    $1,804.92

12/27/2024    Check 506347    $1,817.17

# CHECK IMAGES (Continued)



12/24/2024    Check 506348    $1,769.95



12/23/2024    Check 506349    $1,657.90



12/24/2024    Check 506350    $1,623.61



12/24/2024    Check 506351    $1,664.61



12/26/2024    Check 506352    $1,564.78



12/23/2024    Check 506353    $1,637.72



12/23/2024    Check 506354    $1,677.10



12/24/2024    Check 506355    $1,600.61

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 78 |

## CHECK IMAGES (Continued)



12/24/2024    Check 506356    $1,890.63



12/23/2024    Check 506357    $1,764.14

12/24/2024    Check 506358    $1,628.47



12/23/2024    Check 506359    $1,714.63

12/24/2024    Check 506360    $1,518.51



12    49.17



12/23/2024    Check 506362    $1,745.04

12/24/2024    Check 506363    $1,606.03

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 79 |

## CHECK IMAGES (Continued)



12/24/2024    Check 506365    $1,729.55



12/24/2024    Check 506366    $1,612.00



12/23/2024    Check 506367    $1,643.56



12/24/2024    Check 506368    $1,555.44



12/24/2024    Check 506369    $1,574.86



12/24/2024    Check 506370    $1,715.87



12/24/2024    Check 506371    $1,662.76

12/24/2024    Check 506372    $1,724.60

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 80 |

## CHECK IMAGES (Continued)



12/23/2024    Check 506373    $1,657.70



12/23/2024    Check 506374    $1,660.18



12/23/2024    Check 506375    $1,657.28



12/23/2024    Check 506376    $1,690.56



12/24/2024    Check 506377    $1,640.29



12/24/2024    Check 506378    $1,666.84



12/24/2024    Check 506379    $1,550.09



12/23/2024    Check 506380    $1,680.22

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 81 |

## CHECK IMAGES (Continued)



12/24/2024    Check 506381    $1,675.23



12/24/2024    Check 506382    $1,563.02



12/24/2024    Check 506383    $1,518.59



12/30/2024    Check 506384    $1,546.94




12/24/2024    Check 506385    $1,637.79



12/24/2024    Check 506386    $1,697.42



12/23/2024    Check 506387    $1,536.72



12/23/2024    Check 506388    $1,575.31

## CHECK IMAGES (Continued)



12/24/2024    Check 506389    $1,638.26



12/23/2024    Check 506390    $1,642.19



12/23/2024    Check 506391    $1,680.58



12/23/2024    Check 506392    $1,683.33





12/23/2024    Check 506393    $1,897.38



12/23/2024    Check 506394    $1,574.62



12/24/2024    Check 506395    $1,689.69



12/23/2024    Check 506396    $1,754.99

## CHECK IMAGES (Continued)



12/23/2024     Check 506397     $1,908.87



12/23/2024     Check 506398     $1,667.15



12/23/2024     Check 506399     $1,576.72



12/27/2024     Check 506400     $1,829.47



12/27/2024     Check 506401     $1,618.51



12/23/2024     Check 506402     $1,668.68



12/23/2024     Check 506403     $1,774.29



12/23/2024     Check 506404     $1,790.68

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 84 |

## CHECK IMAGES (Continued)



12/23/2024    Check 506405    $1,851.93



12/23/2024    Check 506406    $1,960.07



12/23/2024    Check 506407    $1,928.43



12/24/2024    Check 506408    $1,872.36



12/24/2024    Check 506409    $1,977.25



12/30/2024    Check 506410    $1,938.89



12/30/2024    Check 506411    $1,970.56



12/24/2024    Check 506412    $1,861.77

Account Number       XXXXXX7885
Statement Date        12/31/2024
Statement Thru Date   01/01/2025
Page                  85

## CHECK IMAGES (Continued)



12/23/2024    Check 506413    $1,893.97



12/23/2024    Check 506414    $1,844.93



12/23/2024    Check 506415    $1,781.12



1                                 38.40



12/24/2024    Check 506417    $1,750.08



12/23/2024    Check 506418    $1,784.12



12/24/2024    Check 506419    $1,705.13



12/30/2024    Check 506420    $1,743.43

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 86 |

## CHECK IMAGES (Continued)



12/26/2024    Check 506421    $1,899.41



12/30/2024    Check 506422    $1,934.65



12/23/2024    Check 506423    $1,521.71



12/30/2024    Check 506424    $2,097.09

12/26/2024    Check 506425    $1,723.02



12/23/2024    Check 506426    $1,746.44

12/27/2024    Check 506427    $1,853.48

12/23/2024    Check 506428    $1,335.40

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 87 |

## CHECK IMAGES (Continued)



12/24/2024    Check 506429    $2,050.93



12/26/2024    Check 506431    $2,467.92



12/24/2024    Check 506432    $1,856.99



12/23/2024    Check 506433    $2,229.36



12/23/2024    Check 506434    $1,819.46



12/24/2024    Check 506435    $2,283.00



12/23/2024    Check 506437    $1,835.15



12/23/2024    Check 506438    $1,895.29

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 88 |

## CHECK IMAGES (Continued)



12/23/2024    Check 506439    $1,968.00



12/30/2024    Check 506440    $1,965.94



12/23/2024    Check 506441    $1,808.62



12/24/2024    Check 506442    $1,863.00



12/23/2024    Check 506443    $2,035.02



12/23/2024    Check 506444    $1,622.61



12/23/2024    Check 506445    $1,776.95



12/23/2024    Check 506446    $1,626.37

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 89 |

## CHECK IMAGES (Continued)



12/23/2024    Check 506447    $1,846.71



12/23/2024    Check 506448    $1,813.08



12/23/2024    Check 506449    $1,862.98



12/27/2024    Check 506450    $1,913.75



12/23/2024    Check 506451    $1,824.40



12/23/2024    Check 506452    $1,742.66



12/23/2024    Check 506453    $1,992.94

12/23/2024    Check 506454    $2,007.82

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 90 |

## CHECK IMAGES (Continued)



12/23/2024   Check 506455   $1,703.51



12/23/2024   Check 506456   $1,868.17



12/27/2024   Check 506457   $1,932.99



12/26/2024   Check 506458   $1,899.15



12/24/2024   Check 506459   $879.78



12/24/2024   Check 506460   $1,973.96



12/23/2024   Check 506461   $1,939.54



12/24/2024   Check 506462   $1,913.50

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 91 |

## CHECK IMAGES (Continued)



12/24/2024     Check 506463     $1,918.11



12/23/2024     Check 506464     $1,845.83



12/27/2024     Check 506465     $1,933.48



12/23/2024     Check 506466     $1,869.99



12/23/2024     Check 506467     $1,804.50



12/30/2024     Check 506468     $543.25



12/30/2024     Check 506469     $1,851.20



12/23/2024     Check 506470     $1,983.03

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 92 |

## CHECK IMAGES (Continued)



12/24/2024    Check 506471    $1,920.15



12/24/2024    Check 506472    $1,846.77



12/26/2024    Check 506473    $1,909.30



12/23/2024    Check 506474    $1,859.50



12/



12/23/2024    Check 506477    $2,185.47



12/23/2024    Check 506478    $1,876.39



12/27/2024    Check 506479    $2,087.88

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 93 |

## CHECK IMAGES (Continued)



12/23/2024    Check 506480    $1,724.50



12/24/2024    Check 506481    $2,115.84



12/24/2024    Check 506482    $1,946.61



12/23/2024    Check 506484    $1,942.25



12/30/2024    Check 506487    $2,043.94



12/24/2024    Check 506488    $1,926.81



12/24/2024    Check 506489    $1,934.87



12/27/2024    Check 506490    $1,888.35

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 94 |

# CHECK IMAGES (Continued)



12/24/2024     Check 506491     $1,977.80



12/26/2024     Check 506492     $2,194.39



12/30/2024     Check 506493     $2,061.63



12/23/2024     Check 506494     $2,095.71



12/24/2024     Check 506495     $1,451.62



12/23/2024     Check 506496     $1,965.89



12/30/2024     Check 506497     $1,912.75



12/30/2024     Check 506498     $1,883.51

## CHECK IMAGES (Continued)



12/23/2024   Check 506499   $1,998.41



12/26/2024   Check 506500   $1,999.36



12/23/2024   Check 506501   $1,953.67



12/23/2024   Check 506502   $1,871.13



12/24/2024   Check 506503   $1,883.02



12/26/2024   Check 506504   $1,963.62



12/24/2024   Check 506505   $2,079.35



12/23/2024   Check 506506   $2,136.96

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 96 |

## CHECK IMAGES (Continued)



12/23/2024    Check 506507    $1,916.72



12/23/2024    Check 506508    $1,861.99



12/24/2024    Check 506509    $1,743.43



12/23/2024    Check 506510    $1,619.47



12/24/2024    Check 506511    $1,751.26



12/23/2024    Check 506512    $1,830.41



12/23/2024    Check 506513    $1,889.91



12/23/2024    Check 506514    $2,387.03

## CHECK IMAGES (Continued)



12/24/2024      Check 506515      $2,747.79



12/24/2024      Check 506516      $1,051.61



12/23/2024      Check 506517      $1,717.43



12/24/2024      Check 506518      $1,631.00



12/24/2024      Check 506519      $1,972.73



12/23/2024      Check 506520      $2,087.70



12/30/2024      Check 506521      $1,843.74

12/23/2024      Check 506522      $2,017.61

## CHECK IMAGES (Continued)



12/24/2024     Check 506523     $2,024.94



12/23/2024     Check 506524     $2,135.15



12/24/2024     Check 506525     $1,912.66



12/24/2024     Check 506526     $591.83



12/24/2024     Check 506527     $2,024.94



12/24/2024     Check 506528     $1,775.01



12/24/2024     Check 506529     $1,742.06



12/23/2024     Check 506530     $2,048.58

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 99 |

## CHECK IMAGES (Continued)



12/30/2024    Check 506531    $2,029.16



12/30/2024    Check 506532    $1,892.61



12/23/2024    Check 506533    $1,883.21



12/23/2024    Check 506534    $1,815.59



12/23/2024    Check 506535    $1,958.14



12/24/2024    Check 506536    $2,057.15



12/24/2024    Check 506537    $1,876.66



12/26/2024    Check 506538    $1,902.41

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 100 |

## CHECK IMAGES (Continued)



12/23/2024    Check 506539    $1,398.50



12/23/2024    Check 506540    $1,886.88



12/23/2024    Check 506541    $1,876.66



12/24/2024    Check 506542    $1,818.41



12/23/2024    Check 506543    $1,902.41



12/24/2024    Check 506544    $1,990.00



12/27/2024    Check 506545    $1,902.41



12/26/2024    Check 506546    $1,861.19

| | |
|---|---|
| Account Number | XXXXXX7885 |
| Statement Date | 12/31/2024 |
| Statement Thru Date | 01/01/2025 |
| Page | 101 |

## CHECK IMAGES (Continued)



12/26/2024    Check 506547    $1,964.40



12/24/2024    Check 506548    $1,941.39



12/24/2024    Check 506549    $1,661.90



12/24/2024    Check 506550    $1,635.08



12/23/2024    Check 506551    $1,843.50



12/24/2024    Check 506552    $1,792.92



12/24/2024    Check 506553    $1,690.19



12/24/2024    Check 506554    $1,766.79