Robert A. Faucher (ISB #4745)
Christopher C. McCurdy (ISB #8552)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750|
P.O. Box 2527
Boise, ID 83701-2527
Telephone:  (208) 342-5000
Facsimile:   (208) 343-8869
rfaucher@hollandhart.com
ccmccurdy@hollandhart.com
zjmccraney@hollandhart.com

*Attorneys for Glanbia Foods, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In re: <br><br> MILLENKAMP CATTLE, INC., <br><br> Debtor. | Case No. 24-40158-NGH <br><br> Chapter 11 |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Christopher C. McCurdy and Zachery J. McCraney, of the law firm Holland & Hart LLP, hereby enter their appearances in this case on behalf of Glanbia Foods, Inc. and appear in substitution of Robert A. Faucher of the law firm Holland & Hart LLP. Christopher C. McCurdy and Zachery J. McCraney hereby request that they be copied electronically on all filings and notices in this matter.

All mailings should be addressed as follows:

    Christopher C. McCurdy
    Zachery J. McCraney
    HOLLAND & HART LLP
    800 W. Main Street, Suite 1750
    P.O. Box 2527
    Boise, ID  83701-2527
    Email: ZJMcCraney@hollandhart.com
       CCMcCurdy@hollandhart.com

NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL - 1

DATED this 28th day of January, 2025.

        HOLLAND & HART LLP

        By: /s/ Christopher C. McCurdy
            Christopher C. McCurdy, for the firm

        HOLLAND & HART LLP

        By: /s/ Zachery J. McCraney
            Zachery J. McCraney, for the firm

        HOLLAND & HART LLP

        By: /s/ Robert A. Faucher
           Robert A. Faucher, of the firm

        *Attorneys for Glanbia Foods, Inc.*

NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL - 2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of January, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Adam Aiken Lewis lewis@mofo.com
Alexandra O Caval alex@cavallawoffice.com
Andrew J. Schoulder andrew.schoulder@nortonrosefulbright.com
Brent Russel Wilson bwilson@hawleytroxell.com
Brett R Cahoon ustp.region18.bs.ecf@usdoj.gov
Brian Faria brian@sawtoothlaw.com
Brian Michael Rothschild brothschild@parsonsbehle.com
Britta E Warren britta.warren@bhlaw.com
Bruce A. Anderson baafiling@eaidaho.com
Cheryl Rambo cheryl.rambo@isp.idaho.gov
Connor Bray Edlund edlund@mwsslawyers.com
D Blair Clark dbc@dbclarklaw.com
Daniel C Green dan@racineolson.com
David A Coleman david@colemanjacobsonlaw.com
David T Krueck dkrueck@hawleytroxell.com
David W. Gadd dwg@magicvalleylaw.com
Eric R Clark eclark101@hotmail.com, eclark@ericrclarkattorney.com
Evan Thomas Roth evan@sawtoothlaw.com
Gabriel Luis Olivera golivera@omm.com
Gery W Edson gedson@gedson.com
Heidi Buck Morrison heidi@racineolson.com
Holly Roark holly@roarklawboise.com
James Niemeier jniemeier@mcgrathnorth.com
James Justin May jjm@johnsonmaylaw.com
Janine Patrice Reynard janine@averylaw.net
Jason Ronald Naess Jason.r.naess@usdoj.gov
Jed W. Manwaring jwm@elamburke.com
John O'Brien jobrien@spencerfane.com
John D Munding john@mundinglaw.com
John F Kurtz, Jr. jfk@kurtzlawllc.com
Jon B Evans evans.jb@dorsey.com
Joseph Mark Wager, Jr. wager@mwsslawyers.com
Julian Gurule jgurule@omm.com
Karyn Lloyd klloyd@grsm.com
Kim J Trout ktrout@trout-law.com
Kimbell D Gourley kgourley@idalaw.com
Krystal R. Mikkilineni krystal.mikkilineni@dentons.com
Laura E Burri lburri@morrowfischer.com
Louis V. Spiker louis.spiker@millernash.com
Mark Bradford Perry mbp@perrylawpc.com
Matthew Kremer mkremer@omm.com
Matthew A Sturzen matt@shermlaw.com

NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL - 3

Matthew T. Christensen mtc@johnsonmaylaw.com
Matthew W Grimshaw matt@grimshawlawgroup.com
Meredith Leigh Thielbahr mthielbahr@grsm.com
Miranda K. Russell mrussell@mofo.com
Morton R. Branzburg mbranzburg@klehr.com
Oren B. Haker oren.haker@bhlaw.com
R Ron Kerl AgriFinance LLC Ron@cooper-larsen.com
Rhett Michael Miller rmiller@magicvalley.law
Robert E Richards robert.richards@dentons.com
Scott C Powers spowers@spencerfane.com
Sheila Rae Schwager sschwager@hawleytroxell.com
Thomas E Dvorak ted@givenspursley.com
Tirzah R. Roussell tirzah.roussell@dentons.com
US Trustee ustp.region18.bs.ecf@usdoj.gov
William K Carter kentcarter@grsm.com
William Reed Cotten wrc@idlawfirm.com
Zachary Fairlie zfairlie@spencerfane.com

/s/ Zachery J. McCraney
Zachery J. McCraney
for HOLLAND & HART LLP

34074801_v1

NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL - 4