Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tele/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
         golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>   Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 - 1

| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome |
| ☐ Idaho Jersey Girls Jerome Dairy | Dairy) |

### ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024

Armory Securities, LLC (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the period December 1 through December 31, 2024 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1. The Firm is financial advisor to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of $77,811.32 in fees and expenses during the Application Period. The total fees represent 130.92 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| December 1-31, 2024 | $75,621.40 | $2,189.92 | $77,811.32 |

3. Accordingly, the Firm seeks allowance of interim compensation in the amount of $58,905.97 at this time. This total is comprised as follows: $56,716.05 (75% of the fees for services rendered) plus $2,189.92 (100% of the expenses incurred).

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 - 2

4. Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: January 28, 2025

*/s/ Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

*/s/ Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 28, 2025, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 28th day of January 2025.

/s/ Bruce A. Anderson
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

## Exhibit A

Invoices

**Armory Securities, LLC**
200 N Pacific Coast Hwy Ste 1525
El Segundo, CA 90245



# INVOICE

| BILL TO | | |
|---|---|---|
| Millenkamp Cattle, Inc. | INVOICE | 1261 |
| | DATE | 12/31/2024 |
| | TERMS | Due on receipt |
| | DUE DATE | 12/31/2024 |

| DESCRIPTION | AMOUNT |
|---|---|
| Professional Services Rendered Through December 31, 2024 | 75,621.40 |
| Disbursements | 2,189.92 |

**BALANCE DUE** **$77,811.32**




Armory Securities, LLC
Invoice: 1261
Page No. 1

Millenkamp Cattle
For Professional Services Rendered Through December 31, 2024

| Date | Description | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 12/2/2024 | MillenKamp Catchup | Melissa | Chu | 0.5 | 262.50 |
| 12/16/2024 | Schedule CRO meeting for UCC members | Douglas | McDonald | 0.5 | 397.50 |
| 12/24/2024 | UCC quick check-in with OMM | Douglas | McDonald | 0.17 | 135.15 |
| 12/30/2024 | Millenkamp committee update | Douglas | McDonald | 0.5 | 397.50 |
| | **Advisory** | | | | **1,192.65** |
| 12/1/2024 | Read plan and disclosure statement | Douglas | McDonald | 1 | 795.00 |
| 12/1/2024 | Plan of Reorganization Analysis | Jeff | Choi | 2 | 950.00 |
| 12/2/2024 | Plan of Reorganization / Liquidation Analysis | Jeff | Choi | 5 | 2,375.00 |
| 12/2/2024 | Updated plan & liquidation analysis deck and buyer profiles | Martin | Manasherob | 5 | 1,875.00 |
| 12/2/2024 | Variance analysis WE 11.24 | Martin | Manasherob | 1.5 | 562.50 |
| 12/2/2024 | MillenKamp Catchup with Team. Discuss presentation for UCC. | Douglas | McDonald | 0.5 | 397.50 |
| 12/2/2024 | Research buyer targets and profile | Douglas | McDonald | 2 | 1,590.00 |
| 12/2/2024 | Review Rabo Motion and develop talking points for UCC call | Douglas | McDonald | 1 | 795.00 |
| 12/2/2024 | Team discussion on next steps | Dave | Clark | 0.25 | 198.75 |
| 12/2/2024 | MillenKamp Catchup | Martin | Manasherob | 0.5 | 187.50 |
| 12/3/2024 | Plan of Reorganization / Liquidation Analysis | Jeff | Choi | 1 | 475.00 |
| 12/3/2024 | Cattlefax Long-term Outlook | Douglas | McDonald | 2 | 1,590.00 |
| 12/3/2024 | Discuss plan alternatives with Nick Tell | Douglas | McDonald | 0.5 | 397.50 |
| 12/3/2024 | Updated plan & liquidation analysis deck and buyer profiles pt 2 | Martin | Manasherob | 6 | 2,250.00 |
| 12/4/2024 | Research potential buyers | Douglas | McDonald | 1.5 | 1,192.50 |
| 12/4/2024 | Work on UCC presentation | Douglas | McDonald | 1 | 795.00 |
| 12/4/2024 | Plan of Reorganization / Liquidation Analysis | Jeff | Choi | 1 | 475.00 |
| 12/5/2024 | Hearing prep | Douglas | McDonald | 1 | 795.00 |
| 12/5/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 12/6/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 12/6/2024 | Meeting with Kander | Jeff | Choi | 0.5 | 237.50 |
| 12/6/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 12/6/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 12/7/2024 | Read debtors objection and prepare for hearing | Douglas | McDonald | 1 | 795.00 |
| 12/11/2024 | Amended Reorg Plan review | Melissa | Chu | 3 | 1,575.00 |
| 12/11/2024 | Objection review | Melissa | Chu | 3 | 1,575.00 |
| 12/12/2024 | Millenkamp - Internal Discussion | Douglas | McDonald | 0.5 | 397.50 |
| 12/12/2024 | Exhibit Review | Jeff | Choi | 1 | 475.00 |
| 12/12/2024 | Millenkamp - Internal Discussion | Martin | Manasherob | 0.5 | 187.50 |
| 12/13/2024 | Call with Kander | Jeff | Choi | 0.5 | 237.50 |
| 12/13/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 12/13/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 12/13/2024 | Call with Julian on UCC Plan alternatives and CRO meeting. Send email on CRO meeting times. | Douglas | McDonald | 0.5 | 397.50 |
| 12/19/2024 | Alternative Plan analysis | Dave | Clark | 1 | 795.00 |
| 12/18/2024 | Plan analysis | Jeff | Choi | 3 | 1,425.00 |
| 12/19/2024 | Plan analysis | Jeff | Choi | 5 | 2,375.00 |
| 12/20/2024 | Call with Kander | Jeff | Choi | 0.5 | 237.50 |
| 12/16/2024 | variance analysis for WE 12.08 | Martin | Manasherob | 2 | 750.00 |
| 12/17/2024 | variance analysis for WE 12.08 | Martin | Manasherob | 1.5 | 562.50 |
| 12/18/2024 | variance analysis for WE 12.08 | Martin | Manasherob | 2 | 750.00 |
| 12/18/2024 | MillenKamp - Internal Sync | Martin | Manasherob | 0.5 | 187.50 |
| 12/19/2024 | variance analysis for WE 12.15 | Martin | Manasherob | 3 | 1,125.00 |
| 12/20/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 12/20/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| | **Business Analysis** | | | | **34,003.75** |
| 12/10/2024 | Millenkamp - Cash Collateral Hearing (Day 1) | Douglas | McDonald | 3 | 2,385.00 |
| 12/10/2024 | Trustee Motion and Cash Collateral Hearing (Day 1) | Douglas | McDonald | 3 | 2,385.00 |
| 12/11/2024 | Millenkamp Hearing (day 2) | Douglas | McDonald | 4 | 3,180.00 |
| 12/11/2024 | Internal discussion | Melissa | Chu | 1 | 525.00 |
| 12/12/2024 | Court Omnibus Call | Dave | Clark | 0.5 | 397.50 |
| 12/12/2024 | Omnibus Hearing | Jeff | Choi | 1 | 475.00 |
| 12/12/2024 | FW: [Millenkamp] Omnibus Hearing | Martin | Manasherob | 1 | 375.00 |
| 12/12/2024 | Hearing | Melissa | Chu | 0.5 | 262.50 |
| 12/12/2024 | Millenkamp - Internal Discussion | Melissa | Chu | 0.5 | 262.50 |
| 12/12/2024 | Hearing preparation, case docket review | Melissa | Chu | 3 | 1,575.00 |
| 12/18/2024 | MillenKamp - Internal Sync | Melissa | Chu | 0.5 | 262.50 |
| 12/18/2024 | Preparation and document review | Melissa | Chu | 1 | 525.00 |
| | **Case Administration** | | | | **12,610.00** |
| 12/11/2024 | Work on case summary for UCC | Douglas | McDonald | 3 | 2,385.00 |
| 12/13/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 12/16/2024 | variance analysis | Jeff | Choi | 2 | 950.00 |
| | **Data Analysis** | | | | **3,732.50** |
| 12/11/2024 | Expense reports from hearing travel | Douglas | McDonald | 0.5 | 397.50 |
| 12/13/2024 | Time entries and review | Melissa | Chu | 0.5 | 262.50 |
| 12/24/2024 | Update year-end billing with controller and submit fee apps | Douglas | McDonald | 0.5 | 397.50 |
| 12/26/2024 | Correspondence with Kander | Douglas | McDonald | 0.25 | 198.75 |
| | **Fee/Employment Applications** | | | | **1,256.25** |

| Date | Description | First | Last | Hours | Amount |
|---|---|---|---|---|---|
| 12/3/2024 | UCC Professionals Meeting | Jeff | Choi | 1 | 475.00 |
| 12/3/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Dave | Clark | 0.5 | 397.50 |
| 12/3/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 12/3/2024 | Draft UCC update presentation and review target list | Douglas | McDonald | 1 | 795.00 |
| 12/3/2024 | FW: Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 1 | 375.00 |
| 12/3/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| 12/4/2024 | Staning Committee Meeting | Dave | Clark | 0.75 | 596.25 |
| 12/4/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.5 | 397.50 |
| 12/4/2024 | UCC Meeting | Jeff | Choi | 1 | 475.00 |
| 12/4/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.5 | 187.50 |
| 12/9/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 12/9/2024 | Flight to Boise and Prep for Hearing | Douglas | McDonald | 3.5 | 2,782.50 |
| 12/9/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.75 | 281.25 |
| 12/10/2024 | Call with Dan Kokini at FTI | Douglas | McDonald | 0.5 | 397.50 |
| 12/10/2024 | UCC Meeting | Jeff | Choi | 4 | 1,900.00 |
| 12/12/2024 | FW: [Millenkamp] Omnibus Hearing | Douglas | McDonald | 1 | 795.00 |
| 12/13/2024 | Call with UCC to debrief on Hearing this week and Armory Kander DIP Budget call | Dave | Clark | 1 | 795.00 |
| 12/13/2024 | UCC Meeting | Jeff | Choi | 1 | 475.00 |
| 12/13/2024 | Teams re: Millenkamp Hearing Update / CRO | Martin | Manasherob | 0.75 | 281.25 |
| 12/13/2024 | Teams re: Millenkamp Hearing Update / CRO | Douglas | McDonald | 0.75 | 596.25 |
| 12/20/2024 | Standing UCC call | Dave | Clark | 1 | 795.00 |
| 12/17/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 12/17/2024 | Teams re: Millenkamp Committee / Potential CRO | Douglas | McDonald | 1 | 795.00 |
| 12/18/2024 | MillenKamp - Internal Sync | Douglas | McDonald | 0.5 | 397.50 |
| 12/18/2024 | Work on presentation | Douglas | McDonald | 2 | 1,590.00 |
| 12/19/2024 | FW: Millenkamp: RAF/UCC Discussion | Douglas | McDonald | 1 | 795.00 |
| 12/19/2024 | Work on presentation to UCC | Douglas | McDonald | 1 | 795.00 |
| 12/20/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 12/17/2024 | UCC Professionals call | Jeff | Choi | 0.5 | 237.50 |
| 12/17/2024 | UCC Call | Jeff | Choi | 1 | 475.00 |
| 12/20/2024 | UCC Professionals call | Jeff | Choi | 1 | 475.00 |
| 12/24/2024 | UCC Professionals call | Jeff | Choi | 1 | 475.00 |
| 12/17/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 0.5 | 187.50 |
| 12/17/2024 | Millenkamp Committee / Potential CRO | Martin | Manasherob | 1 | 375.00 |
| 12/20/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.75 | 281.25 |
| 12/24/2024 | FW: Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 1 | 375.00 |
| 12/17/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.5 | 262.50 |
| | **Meetings of Creditors** | | | | **22,826.25** |
| | **Total** | | | **130.92** | **75,621.40** |

Armory Securities, LLC
Invoice: 1261
Page No. 3

**Millenkamp Cattle**
**Timekeeper Summary Through December 31, 2024**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Dave Clark | Managing Director | 795 | 5 | 3,975.00 |
| Douglas McDonald | Managing Director | 795 | 44.17 | 35,115.15 |
| **Total for Managing Director** | | | **49.17** | **39,090.15** |
| Melissa Chu | Vice President | 525 | 16.5 | 8,662.50 |
| **Total for Vice President** | | | **16.5** | **8,662.50** |
| Jeff Choi | Senior Associate | 475 | 34 | 16,150.00 |
| **Total for Senior Associate** | | | **34** | **16,150.00** |
| Martin Manasherob | Analyst | 375 | 31.25 | 11,718.75 |
| **Total for Analyst** | | | **31.25** | **11,718.75** |
| **Total** | | | **130.92** | **75,621.40** |

Armory Securities, LLC
Invoice: 1261
Page No. 4

**Millenkamp Cattle**

**Disbursements**

| | |
|---|---:|
| Newspapers, Books | 395.00 |
| Out of Town Travel | 1,716.92 |
| Subscriptions | 78.00 |

**Total Disbursements**   **2,189.92**