Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
       golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

### NOTICE OF ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024

### TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing December 1, 2024 and ending December 31, 2024 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtors, and the Official Committee of Unsecured Creditors.

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER
2024 - 2

DATE OF MAILING: January 28, 2025

Date: January 28, 2025

/s/ *Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

/s/ *Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2025, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 - 4

| | |
|---|---|
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 28th day of January 2025.

                                                                                                */s/ Bruce A. Anderson*
                                                             ELSAESSER ANDERSON, CHTD.
                                                             Bruce A. Anderson

## Exhibit A

Invoices

**Armory Securities, LLC**
200 N Pacific Coast Hwy Ste 1525
El Segundo, CA  90245



# INVOICE

**BILL TO**
Millenkamp Cattle, Inc.

| | |
|---|---|
| INVOICE | 1261 |
| DATE | 12/31/2024 |
| TERMS | Due on receipt |
| DUE DATE | 12/31/2024 |

| DESCRIPTION | AMOUNT |
|---|---:|
| Professional Services Rendered Through December 31, 2024 | 75,621.40 |
| Disbursements | 2,189.92 |



BALANCE DUE       **$77,811.32**

Armory Securities, LLC
Invoice: 1261
Page No. 1

**Millenkamp Cattle**
For Professional Services Rendered Through December 31, 2024

| Date | Description | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 12/2/2024 | MillenKamp Catchup | Melissa | Chu | 0.5 | 262.50 |
| 12/16/2024 | Schedule CRO meeting for UCC members | Douglas | McDonald | 0.5 | 397.50 |
| 12/24/2024 | UCC quick check-in with OMM | Douglas | McDonald | 0.17 | 135.15 |
| 12/30/2024 | Millenkamp committee update | Douglas | McDonald | 0.5 | 397.50 |
| | **Advisory** | | | | **1,192.65** |
| 12/1/2024 | Read plan and disclosure statement | Douglas | McDonald | 1 | 795.00 |
| 12/1/2024 | Plan of Reorganization Analysis | Jeff | Choi | 2 | 950.00 |
| 12/2/2024 | Plan of Reorganization / Liquidation Analysis | Jeff | Choi | 5 | 2,375.00 |
| 12/2/2024 | Updated plan & liquidation analysis deck and buyer profiles | Martin | Manasherob | 5 | 1,875.00 |
| 12/2/2024 | Variance analysis WE 11.24 | Martin | Manasherob | 1.5 | 562.50 |
| 12/2/2024 | MillenKamp Catchup with Team. Discuss presentation for UCC. | Douglas | McDonald | 0.5 | 397.50 |
| 12/2/2024 | Research buyer targets and profile | Douglas | McDonald | 2 | 1,590.00 |
| 12/2/2024 | Review Rabo Motion and develop talking points for UCC call | Douglas | McDonald | 1 | 795.00 |
| 12/2/2024 | Team discussion on next steps | Dave | Clark | 0.25 | 198.75 |
| 12/2/2024 | MillenKamp Catchup | Martin | Manasherob | 0.5 | 187.50 |
| 12/3/2024 | Plan of Reorganization / Liquidation Analysis | Jeff | Choi | 1 | 475.00 |
| 12/3/2024 | Cattlefax Long-term Outlook | Douglas | McDonald | 2 | 1,590.00 |
| 12/3/2024 | Discuss plan alternatives with Nick Tell | Douglas | McDonald | 0.5 | 397.50 |
| 12/3/2024 | Updated plan & liquidation analysis deck and buyer profiles pt 2 | Martin | Manasherob | 6 | 2,250.00 |
| 12/4/2024 | Research potential buyers | Douglas | McDonald | 1.5 | 1,192.50 |
| 12/4/2024 | Work on UCC presentation | Douglas | McDonald | 1 | 795.00 |
| 12/4/2024 | Plan of Reorganization / Liquidation Analysis | Jeff | Choi | 1 | 475.00 |
| 12/5/2024 | Hearing prep | Douglas | McDonald | 1 | 795.00 |
| 12/5/2024 | Variance Analysis | Jeff | Choi | 1 | 475.00 |
| 12/6/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 12/6/2024 | Meeting with Kander | Jeff | Choi | 0.5 | 237.50 |
| 12/6/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 12/6/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 12/7/2024 | Read debtors objection and prepare for hearing | Douglas | McDonald | 1 | 795.00 |
| 12/11/2024 | Amended Reorg Plan review | Melissa | Chu | 3 | 1,575.00 |
| 12/11/2024 | Objection review | Melissa | Chu | 3 | 1,575.00 |
| 12/12/2024 | Millenkamp - Internal Discussion | Douglas | McDonald | 0.5 | 397.50 |
| 12/12/2024 | Exhibit Review | Jeff | Choi | 1 | 475.00 |
| 12/12/2024 | Millenkamp - Internal Discussion | Martin | Manasherob | 0.5 | 187.50 |
| 12/13/2024 | Call with Kander | Jeff | Choi | 0.5 | 237.50 |
| 12/13/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 12/13/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| 12/13/2024 | Call with Julian on UCC Plan alternatives and CRO meeting. Send email on CRO meeting times. | Douglas | McDonald | 0.5 | 397.50 |
| 12/19/2024 | Alternative Plan analysis | Dave | Clark | 1 | 795.00 |
| 12/18/2024 | Plan analysis | Jeff | Choi | 3 | 1,425.00 |
| 12/19/2024 | Plan analysis | Jeff | Choi | 5 | 2,375.00 |
| 12/20/2024 | Call with Kander | Jeff | Choi | 0.5 | 237.50 |
| 12/16/2024 | variance analysis for WE 12.08 | Martin | Manasherob | 2 | 750.00 |
| 12/17/2024 | variance analysis for WE 12.08 | Martin | Manasherob | 1.5 | 562.50 |
| 12/18/2024 | variance analysis for WE 12.08 | Martin | Manasherob | 2 | 750.00 |
| 12/18/2024 | MillenKamp - Internal Sync | Martin | Manasherob | 0.5 | 187.50 |
| 12/19/2024 | variance analysis for WE 12.15 | Martin | Manasherob | 3 | 1,125.00 |
| 12/20/2024 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 12/20/2024 | Armory Kander Millenkamp DIP Budget Call | Melissa | Chu | 0.5 | 262.50 |
| | **Business Analysis** | | | | **34,003.75** |
| 12/10/2024 | Millenkamp - Cash Collateral Hearing (Day 1) | Douglas | McDonald | 3 | 2,385.00 |
| 12/10/2024 | Trustee Motion and Cash Collateral Hearing (Day 1) | Douglas | McDonald | 3 | 2,385.00 |
| 12/11/2024 | Millenkamp Hearing (day 2) | Douglas | McDonald | 4 | 3,180.00 |
| 12/11/2024 | Internal discussion | Melissa | Chu | 1 | 525.00 |
| 12/12/2024 | Court Omnibus Call | Dave | Clark | 0.5 | 397.50 |
| 12/12/2024 | Omnibus Hearing | Jeff | Choi | 1 | 475.00 |
| 12/12/2024 | FW: [Millenkamp] Omnibus Hearing | Martin | Manasherob | 1 | 375.00 |
| 12/12/2024 | Hearing | Melissa | Chu | 0.5 | 262.50 |
| 12/12/2024 | Millenkamp - Internal Discussion | Melissa | Chu | 0.5 | 262.50 |
| 12/12/2024 | Hearing preparation, case docket review | Melissa | Chu | 3 | 1,575.00 |
| 12/18/2024 | MillenKamp - Internal Sync | Melissa | Chu | 0.5 | 262.50 |
| 12/18/2024 | Preparation and document review | Melissa | Chu | 1 | 525.00 |
| | **Case Administration** | | | | **12,610.00** |
| 12/11/2024 | Work on case summary for UCC | Douglas | McDonald | 3 | 2,385.00 |
| 12/13/2024 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 12/16/2024 | variance analysis | Jeff | Choi | 2 | 950.00 |
| | **Data Analysis** | | | | **3,732.50** |
| 12/11/2024 | Expense reports from hearing travel | Douglas | McDonald | 0.5 | 397.50 |
| 12/13/2024 | Time entries and review | Melissa | Chu | 0.5 | 262.50 |
| 12/24/2024 | Update year-end billing with controller and submit fee apps | Douglas | McDonald | 0.5 | 397.50 |
| 12/26/2024 | Correspondence with Kander | Douglas | McDonald | 0.25 | 198.75 |
| | **Fee/Employment Applications** | | | | **1,256.25** |

| Date | Description | First | Last | Hours | Amount |
|---|---|---|---|---|---|
| 12/3/2024 | UCC Professionals Meeting | Jeff | Choi | 1 | 475.00 |
| 12/3/2024 | Millenkamp Debtors/UCC Professionals Standing Call | Dave | Clark | 0.5 | 397.50 |
| 12/3/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 12/3/2024 | Draft UCC update presentation and review target list | Douglas | McDonald | 1 | 795.00 |
| 12/3/2024 | FW: Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 1 | 375.00 |
| 12/3/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| 12/4/2024 | Staning Committee Meeting | Dave | Clark | 0.75 | 596.25 |
| 12/4/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.5 | 397.50 |
| 12/4/2024 | UCC Meeting | Jeff | Choi | 1 | 475.00 |
| 12/4/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.5 | 187.50 |
| 12/9/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 12/9/2024 | Flight to Boise and Prep for Hearing | Douglas | McDonald | 3.5 | 2,782.50 |
| 12/9/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.75 | 281.25 |
| 12/10/2024 | Call with Dan Kokini at FTI | Douglas | McDonald | 0.5 | 397.50 |
| 12/10/2024 | UCC Meeting | Jeff | Choi | 4 | 1,900.00 |
| 12/12/2024 | FW: [Millenkamp] Omnibus Hearing | Douglas | McDonald | 1 | 795.00 |
| 12/13/2024 | Call with UCC to debrief on Hearing this week and Armory Kander DIP Budget call | Dave | Clark | 1 | 795.00 |
| 12/13/2024 | UCC Meeting | Jeff | Choi | 1 | 475.00 |
| 12/13/2024 | Teams re: Millenkamp Hearing Update / CRO | Martin | Manasherob | 0.75 | 281.25 |
| 12/13/2024 | Teams re: Millenkamp Hearing Update / CRO | Douglas | McDonald | 0.75 | 596.25 |
| 12/20/2024 | Standing UCC call | Dave | Clark | 1 | 795.00 |
| 12/17/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 12/17/2024 | Teams re: Millenkamp Committee / Potential CRO | Douglas | McDonald | 1 | 795.00 |
| 12/18/2024 | MillenKamp - Internal Sync | Douglas | McDonald | 0.5 | 397.50 |
| 12/18/2024 | Work on presentation | Douglas | McDonald | 2 | 1,590.00 |
| 12/19/2024 | FW: Millenkamp: RAF/UCC Discussion | Douglas | McDonald | 1 | 795.00 |
| 12/19/2024 | Work on presentation to UCC | Douglas | McDonald | 1 | 795.00 |
| 12/20/2024 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 12/17/2024 | UCC Professionals call | Jeff | Choi | 0.5 | 237.50 |
| 12/17/2024 | UCC Call | Jeff | Choi | 1 | 475.00 |
| 12/20/2024 | UCC Professionals call | Jeff | Choi | 1 | 475.00 |
| 12/24/2024 | UCC Professionals call | Jeff | Choi | 1 | 475.00 |
| 12/17/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 0.5 | 187.50 |
| 12/17/2024 | Millenkamp Committee / Potential CRO | Martin | Manasherob | 1 | 375.00 |
| 12/20/2024 | Millenkamp - Standing Committee Meeting | Martin | Manasherob | 0.75 | 281.25 |
| 12/24/2024 | FW: Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 1 | 375.00 |
| 12/17/2024 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.5 | 262.50 |

**Meetings of Creditors**     22,826.25

**Total**     130.92     75,621.40

Armory Securities, LLC
Invoice: 1261
Page No. 3

**Millenkamp Cattle**
**Timekeeper Summary Through December 31, 2024**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Dave Clark | Managing Director | 795 | 5 | 3,975.00 |
| Douglas McDonald | Managing Director | 795 | 44.17 | 35,115.15 |
| **Total for Managing Director** | | | **49.17** | **39,090.15** |
| Melissa Chu | Vice President | 525 | 16.5 | 8,662.50 |
| **Total for Vice President** | | | **16.5** | **8,662.50** |
| Jeff Choi | Senior Associate | 475 | 34 | 16,150.00 |
| **Total for Senior Associate** | | | **34** | **16,150.00** |
| Martin Manasherob | Analyst | 375 | 31.25 | 11,718.75 |
| **Total for Analyst** | | | **31.25** | **11,718.75** |
| **Total** | | | **130.92** | **75,621.40** |

Armory Securities, LLC
Invoice: 1261
Page No. 4

**Millenkamp Cattle**

**Disbursements**

| | |
|---|---:|
| Newspapers, Books | 395.00 |
| Out of Town Travel | 1,716.92 |
| Subscriptions | 78.00 |
| **Total Disbursements** | **2,189.92** |