Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
         golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO**

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
|---|---|
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

### O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024

O'Melveny & Myers LLP (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the period December 1, 2024 and ending December 31, 2024 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1. The Firm is counsel to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of $99,751.22 in fees and expenses during the Application Period. The total fees represent 79.4 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| December 1, 2024 – December 31, 2024 | $88,276.54 | $11,474.68 | $99,751.22 |

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 - 2

3.  Accordingly, the Firm seeks allowance of interim compensation in the amount of $77,682.09 at this time. This total is comprised as follows: $66,207.41 (75% of the fees for services rendered) plus $11,474.68 (100% of the expenses incurred).

4.  Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5.  Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: January 29, 2025

*/s/ Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

*/s/ Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 29 2025, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2024 - 4

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 29th day of January 2025.            */s/Bruce A. Anderson*
                                                                           Bruce A. Anderson

**Exhibit A**

Invoices

# O'Melveny

O'Melveny & Myers LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071-2899

T: +1 213 430 6000
F: +1 213 430 6407
omm.com

January 29, 2025

**MILLENKAMP CATTLE CHAPTER 11**

For Professional Services Rendered Through December 31, 2024

| | |
|---|---|
| Total Fees | $103,854.75 |
| Less 15% Discount | (15,578.21) |
| **Total Fees After Adjustment** | **$88,276.54** |
| Total Disbursements | $11,474.68 |
| **Total Current Invoice** | **$99,751.22** |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

01/29/25  
Invoice: 1197378  
Page No. 2

# MILLENKAMP CATTLE CHAPTER 11

For Professional Services Rendered Through December 31, 2024

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| **B120 ASSET ANALYSIS & RECOVERY** | | | | |
| 12/16/24 | N MOLNER | REVIEW AND REVISE LIEN REVIEW MEMO | 1.0 | 1,070.00 |
| 12/17/24 | G OLIVERA | EDITS TO LIEN REVIEW MEMORANDUM | 0.6 | 759.00 |
| 12/18/24 | D LEAL | CONFERENCE WITH T. EVANS RE: MORTGAGE REVIEW | 0.2 | 172.00 |
| 12/18/24 | D LEAL | REVIEW OF MORTGAGES RE: VALIDITY | 1.2 | 1,032.00 |
| 12/18/24 | D LEAL | CORRESPONDENCE WITH G. OLIVERA AND D. KELLY RE: MORTGAGE REVIEW | 0.3 | 258.00 |
| 12/18/24 | T EVANS | DISCUSSIONS WITH D. LEAL REGARDING MORTGAGES | 0.6 | 855.00 |
| 12/18/24 | D KELLY | REVIEW REVISED MEMO RE: MORTGAGE QUESTIONS (0.1), CORRESPONDENCE RE: SAME (0.1) | 0.2 | 214.00 |
| 12/18/24 | G OLIVERA | CONFER WITH OMM TEAM RE: LIEN REVIEW ANALYSIS | 0.4 | 506.00 |
| 12/19/24 | G OLIVERA | EDIT LIEN REVIEW MEMORANDUM | 0.3 | 379.50 |
| **Total** | **B120 ASSET ANALYSIS & RECOVERY** | | **4.8** | **5,245.50** |
| **B150 MEETINGS OF & COMMUNICATION W/ CREDITORS** | | | | |
| 12/03/24 | G OLIVERA | DRAFT AGENDA FOR COMMITTEE MEETING | 0.2 | 253.00 |
| 12/04/24 | G OLIVERA | EDIT AGENDA FOR COMMITTEE MEETING | 0.2 | 253.00 |
| 12/04/24 | N MOLNER | ATTEND WEEKLY CALL WITH COMMITTEE AND OMM TEAM | 0.6 | 642.00 |
| 12/04/24 | M KREMER | PREPARE FOR AND ATTEND STANDING COMMITTEE CALL | 0.6 | 843.00 |
| 12/04/24 | G OLIVERA | PARTICIPATE IN WEEKLY CONFERENCE CALL WITH THE COMMITTEE | 0.6 | 759.00 |
| 12/05/24 | M KREMER | CALL WITH METLIFE RE: CH. 11 TRUSTEE MOTION AND UPCOMING HEARING | 0.4 | 562.00 |
| 12/08/24 | G OLIVERA | CONFERENCE CALL WITH COUNSEL FOR RABO RE: PLAN ISSUES | 0.9 | 1,138.50 |
| 12/08/24 | M KREMER | CALL WITH OMM TEAM AND RABO RE: UPCOMING HEARING | 0.9 | 1,264.50 |
| 12/08/24 | J GURULE | CONFERENCE CALL WITH COUNSEL FOR RABO AND OMM TEAM RE HEARING | 0.9 | 1,246.50 |
| 12/09/24 | G OLIVERA | CONFERENCE CALL WITH UNSECURED CREDITORS' COMMITTEE RE: PENDING MATTERS | 0.6 | 759.00 |
| 12/09/24 | N MOLNER | ATTEND MEETING WITH COMMITTEE AND OMM TEAM REGARDING DECEMBER 10 AND 11 HEARING | 0.6 | 642.00 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

01/29/25
Invoice: 1197378
Page No. 3

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/10/24 | G OLIVERA | COMMUNICATIONS WITH COMMITTEE MEMBERS AND OMM TEAM RE: DECEMBER HEARING STRATEGY | 0.4 | 506.00 |
| 12/13/24 | M KREMER | WEEKLY UPDATE CALL WITH COMMITTEE (.6); PREPARE FOR THE SAME (.2) | 0.8 | 1,124.00 |
| 12/13/24 | J GURULE | ATTEND POST-HEARING UCC MEETING | 0.6 | 831.00 |
| 12/13/24 | N MOLNER | ATTEND CALL WITH COMMITTEE REGARDING COURT'S RULINGS ON EXCLUSIVITY MOTION, TRUSTEE MOTION, AND CASH COLLATERAL MOTION | 0.6 | 642.00 |
| 12/13/24 | G OLIVERA | PARTICIPATE IN STANDING COMMITTEE MEETING | 0.6 | 759.00 |
| 12/19/24 | G OLIVERA | DRAFT AGENDA FOR UCC MEETING | 0.2 | 253.00 |
| 12/19/24 | G OLIVERA | DRAFT SUMMARY OF RABO CALL ON PLAN ISSUES FOR COMMITTEE | 0.3 | 379.50 |
| 12/20/24 | G OLIVERA | PARTICIPATE IN WEEKLY STANDING CALL WITH THE COMMITTEE | 1.0 | 1,265.00 |
| 12/20/24 | G OLIVERA | EDIT PRESENTATION FOR THE COMMITTEE RE: LATEST PLAN ISSUES | 0.5 | 632.50 |
| 12/20/24 | N MOLNER | ATTEND MEETING WITH OMM TEAM, ARMORY TEAM, AND COMMITTEE MEMBERS | 1.0 | 1,070.00 |
| 12/20/24 | J GURULE | UCC MEETING RE PLAN ISSUES | 1.0 | 1,385.00 |
| 12/24/24 | G OLIVERA | EMAIL COMMITTEE UPDATE OF PENDING MATTERS | 0.2 | 253.00 |
| 12/24/24 | G OLIVERA | DRAFT AGENDA FOR UCC STANDING | 0.2 | 253.00 |
| Total | B150 MEETINGS OF & COMMUNICATION W/ CREDITORS | | 13.9 | 17,715.50 |

**B160 FEE/EMPLOYMENT APPLICATIONS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/24 | N MOLNER | REVISE ARMORY FEE APPLICATION | 0.2 | 214.00 |
| 12/03/24 | N MOLNER | REVISE ARMORY FEE APPLICATION PER COMMENTS FROM B. ANDERSON | 0.4 | 428.00 |
| 12/09/24 | G OLIVERA | EDIT OMM NOVEMBER 2024 BILL | 0.7 | 885.50 |
| 12/10/24 | G OLIVERA | EDITS TO OMM'S NOVEMBER 2024 BILL | 0.3 | 379.50 |
| 12/12/24 | G OLIVERA | REVIEW RABO'S RESERVATION OF RIGHTS RE: ESTATE PROFESSIONAL FEES | 0.1 | 126.50 |
| 12/16/24 | G OLIVERA | COMMUNICATIONS WITH COMMITTEE RE: OMM AND ARMORY FEES | 0.4 | 506.00 |
| 12/19/24 | G OLIVERA | REVIEW AND FINALIZE ARMORY'S OCTOBER 2024 FEE APPLICATION | 0.2 | 253.00 |
| 12/26/24 | G OLIVERA | EDIT COVER SHEET AND NOTICE FOR ARMORY'S NOV. 2024 BILL | 0.4 | 506.00 |
| 12/26/24 | G OLIVERA | DRAFT COVER SHEET AND NOTICE FOR O'MELVENY'S NOV. 2024 BILL | 0.7 | 885.50 |
| Total | B160 FEE/EMPLOYMENT APPLICATIONS | | 3.4 | 4,184.00 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

01/29/25  
Invoice: 1197378  
Page No. 4

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | **B190 OTHER CONTESTED MATTERS** | | | |
| 12/03/24 | G OLIVERA | EDIT RESERVATION OF RIGHTS FOR DEBTORS' MOTION FOR CONTINUED USE OF CASH COLLATERAL AND RABO'S CHAPTER 11 TRUSTEE MOTION | 0.2 | 253.00 |
| 12/03/24 | N MOLNER | DRAFT RESERVATION OF RIGHTS REGARDING EXCLUSIVITY MOTION, THIRD CASH COLLATERAL MOTION, AND CHAPTER 11 TRUSTEE MOTION | 0.5 | 535.00 |
| 12/04/24 | M KREMER | CONFER WITH OMM TEAM RE: HEARING PREP (.5); EMAIL WITH METLIFE RE: THE SAME (.2) | 0.7 | 983.50 |
| 12/05/24 | G OLIVERA | PREPARATIONS FOR CASH COLLATERAL AND EXCLUSIVITY HEARING | 0.6 | 759.00 |
| 12/07/24 | N MOLNER | RESEARCH NOTICE REQUIREMENTS FOR CHAPTER 11 TRUSTEE MOTIONS | 0.2 | 214.00 |
| 12/07/24 | N MOLNER | DRAFT CLIENT-FACING SUMMARY OF DEBTORS' OBJECTION TO THE RABO TRUSTEE MOTION | 0.6 | 642.00 |
| 12/07/24 | G OLIVERA | EDIT SUMMARY TO COMMITTEE RE: DEBTORS' OBJECTION TO RABO'S TRUSTEE MOTION | 0.2 | 253.00 |
| 12/07/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' OBJECTION TO RABO'S TRUSTEE MOTION | 0.6 | 759.00 |
| 12/08/24 | M KREMER | REVIEW DEBTORS OBJECTION TO TRUSTEE MOTION (.5); PREPARE FOR CONTESTED MATTER ON TRUSTEE MOTION, CASH COLLATERAL, AND EXCLUSIVITY (.7) | 1.2 | 1,686.00 |
| 12/08/24 | J GURULE | CONFERENCE CALL WITH M. KREMER RE HEARING STRATEGY | 0.1 | 138.50 |
| 12/09/24 | M KREMER | REVIEW PLEADINGS/EXHIBITS AND PREPARE FOR HEARING ON CASH COLLATERAL, EXCLUSIVITY, TRUSTEE MOTION | 1.2 | 1,686.00 |
| 12/09/24 | J GURULE | TELEPHONE CALL WITH D. MCDONALD RE HEARING STRATEGY | 0.3 | 415.50 |
| 12/10/24 | M KREMER | PREPARE FOR (.7); AND ATTEND HEARING ON CASH COLLATERAL EXTENSION, EXCLUSIVITY, AND APPOINTMENT OF CH. 11 TRUSTEE (7.5); FOLLOW-UP EMAILS/CALLS WITH COMMITTEE (.7); PREPARE FOR HEARING DAY 2 (.5) | 9.4 | 13,207.00 |
| 12/10/24 | G OLIVERA | COMMUNICATIONS WITH COMMITTEE AND PROFESSIONALS RE: CASH COLLATERAL, TRUSTEE, EXCLUSIVITY HEARING | 0.7 | 885.50 |
| 12/10/24 | J GURULE | CONFERENCE CALL WITH M. KREMER RE POST-HEARING STRATEGY | 0.2 | 277.00 |
| 12/10/24 | J GURULE | SECOND CONFERENCE CALL WITH M. KREMER RE HEARING STRATEGY | 0.1 | 138.50 |
| 12/11/24 | N MOLNER | REVIEW RABO PLEADINGS TO DETERMINE WHETHER NEW ARGUMENTS WERE ASSERTED AT DECEMBER 10 AND 11 HEARING | 0.4 | 428.00 |
| 12/11/24 | J GURULE | ATTN TO HEARING STRATEGY AND UPDATES | 0.2 | 277.00 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

01/29/25
Invoice: 1197378
Page No. 5

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/11/24 | M KREMER | PREPARE FOR CLOSING STATEMENTS (.8); ATTEND HEARING ON CH. 11 TRUSTEE, CASH COLLATERAL, AND EXCLUSIVITY (2.4) | 3.2 | 4,496.00 |
| 12/12/24 | N MOLNER | DRAFT CLIENT-FACING SUMMARY OF OMNIBUS HEARING AND COURT'S RULINGS ON EXCLUSIVITY MOTION, TRUSTEE MOTION, AND CASH COLLATERAL MOTION | 0.3 | 321.00 |
| 12/12/24 | M KREMER | ATTEND OMNIBUS COURT HEARING | 0.5 | 702.50 |
| 12/12/24 | G OLIVERA | REVISE SUMMARY OF COURT RULINGS RE: EXCLUSIVITY, CASH COLLATERAL, AND TRUSTEE APPOINTMENT FOR THE COMMITTEE | 0.4 | 506.00 |
| 12/12/24 | G OLIVERA | ATTEND DECEMBER OMNIBUS HEARING | 0.5 | 632.50 |
| 12/16/24 | N MOLNER | DRAFT SUMMARY OF RABO MOTION TO SET COMPETING PLAN DEADLINE | 0.3 | 321.00 |
| 12/19/24 | G OLIVERA | REVIEW ORDER DENYING MOTION TO APPOINT A CHAPTER 11 TRUSTEE | 0.1 | 126.50 |
| 12/20/24 | M KREMER | REVIEW STIPULATION RE: DECEMBER HEARING AND EMAILS WITH OMM TEAM RE: THE SAME (.2); EMAIL WITH COMMITTEE RE: THE SAME (.2) | 0.4 | 562.00 |
| 12/23/24 | G OLIVERA | ATTEND HEARING | 0.1 | 126.50 |
| Total | B190 OTHER CONTESTED MATTERS | | 23.2 | 31,331.50 |

**B195 NON-WORKING TRAVEL**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/09/24 | M KREMER | NON-WORKING TRAVEL FROM NEW YORK TO IDAHO FOR HEARING (BILLED AT HALF TIME) | 3.2 | 4,566.25 |
| 12/11/24 | M KREMER | NON-WORKING TRAVEL BOISE TO NEW YORK (BILLED AT HALF TIME) | 3.5 | 4,917.50 |
| Total | B195 NON-WORKING TRAVEL | | 6.8 | 9,483.75 |

**B210 BUSINESS OPERATIONS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/09/24 | M KREMER | CALL WITH DEBTORS RE: CRO (.5); CALL WITH COMMITTEE RE: SAME (.6); REVIEW CRO PAPERS (.6) | 1.7 | 2,388.50 |
| 12/10/24 | G OLIVERA | EDIT SUMMARY FOR COMMITTEE RE: DEBTORS' MOTION TO APPOINT A CRO | 0.3 | 379.50 |
| 12/10/24 | G OLIVERA | REVIEW AND ANALYZE THE DEBTORS' MOTION TO APPOINT A CRO | 0.6 | 759.00 |
| 12/13/24 | M KREMER | CALL WITH K. MIKKILINENI RE: PROPOSED CRO (.3); REVIEW CRO ENGAGEMENT LETTER (.3) | 0.6 | 843.00 |
| 12/16/24 | M KREMER | EMAIL WITH K. MIKKILINENI RE: CRO MOTION (.2); PREPARE FOR MEETING WITH CRO (.3) | 0.5 | 702.50 |
| 12/17/24 | N MOLNER | ATTEND INTRODUCTORY CALL WITH PROPOSED CRO, OMM TEAM, DEBTORS PROFESSIONALS, AND COMMITTEE MEMBERS | 0.9 | 963.00 |
| 12/17/24 | M KREMER | COMMITTEE CALL WITH ROB MARCUS (PROPOSED CRO) (.9); FOLLOW-UP CALLS WITH OMM TEAM RE: THE SAME (.4) | 1.3 | 1,826.50 |
| 12/17/24 | J GURULE | INTERVIEW AND MEETING WITH DEBTORS CRO CANDIDATE | 0.9 | 1,246.50 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

01/29/25  
Invoice: 1197378  
Page No. 6

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/17/24 | G OLIVERA | CONFERENCE CALL WITH POTENTIAL CRO AND COMMITTEE MEMBERS RE: POTENTIAL CRO'S ROLE | 0.9 | 1,138.50 |
| 12/18/24 | M KREMER | EMAIL WITH R. MARCUS RE: UCC FOLLOW-UP QUESTIONS | 0.3 | 421.50 |
| 12/18/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' MONTHLY REPORT OF EQUIPMENT AND/OR MACHINERY PURCHASED/SOLD | 0.2 | 253.00 |
| 12/18/24 | G OLIVERA | COMMUNICATIONS WITH COMMITTEE, DEBTORS' COUNSEL, AND POTENTIAL CRO RE: CRO APPLICATION | 0.3 | 379.50 |
| 12/31/24 | M KREMER | REVIEW AND REVISE STATEMENT IN SUPPORT OF CRO | 0.5 | 702.50 |
| 12/31/24 | N MOLNER | DRAFT STATEMENT IN SUPPORT OF CRO MOTION | 0.9 | 963.00 |
| Total | B210 BUSINESS OPERATIONS | | 9.9 | 12,966.50 |

**B230 FINANCING/CASH COLLATERAL**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/24 | G OLIVERA | REVIEW AND ANALYZE THE DEBTORS' WEEKLY VARIANCE REPORTING | 0.4 | 506.00 |
| 12/09/24 | G OLIVERA | ASSIST WITH PREPARATIONS FOR CASH COLLATERAL HEARING | 0.8 | 1,012.00 |
| 12/09/24 | G OLIVERA | REVIEW RABO'S OPPOSITION TO DEBTORS' MOTION IN LIMINE FOR CASH COLLATERAL HEARING | 0.3 | 379.50 |
| 12/09/24 | G OLIVERA | REVIEW AND ANALYZE EXHIBITS FOR CASH COLLATERAL HEARING | 0.8 | 1,012.00 |
| 12/10/24 | G OLIVERA | CONFER WITH ARMORY TEAM RE: CASH COLLATERAL HEARING | 0.3 | 379.50 |
| 12/12/24 | G OLIVERA | ANALYSIS OF CASH COLLATERAL ISSUES | 0.8 | 1,012.00 |
| 12/17/24 | M KREMER | REVIEW CASH COLLATERAL ORDER AND EMAIL WITH M. CHRISTENSEN RE: THE SAME | 0.3 | 421.50 |
| 12/19/24 | G OLIVERA | REVIEW ORDER GRANTING DEBTORS THIRD MOTION FOR CONTINUED USE OF CASH COLLATERAL | 0.2 | 253.00 |
| Total | B230 FINANCING/CASH COLLATERAL | | 3.9 | 4,975.50 |

**B320 PLAN & DISCLOSURE STATEMENT**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/24 | G OLIVERA | EDIT PRESENTATION TO COMMITTEE RE: AMENDED PLAN AND SANDTON TERM SHEET | 0.6 | 759.00 |
| 12/02/24 | G OLIVERA | REVIEW AND ANALYZE DRAFT DISCLOSURE STATEMENT | 0.8 | 1,012.00 |
| 12/02/24 | G OLIVERA | REVIEW AND ANALYZE DRAFT AMENDED PLAN OF REORGANIZATION | 0.9 | 1,138.50 |
| 12/02/24 | J GURULE | CONFERENCE CALL WITH M. KREMER RE PLAN STRATEGY | 0.3 | 415.50 |
| 12/03/24 | G OLIVERA | PARTICIPATE IN WEEKLY CONFERENCE CALL WITH DEBTORS' COUNSEL RE: PLAN STRATEGY | 0.5 | 632.50 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

01/29/25  
Invoice: 1197378  
Page No. 7

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/03/24 | N MOLNER | ATTEND WEEKLY CALL WITH DEBTORS COUNSEL AND PROFESSIONALS RE: PLAN STRATEGY | 0.5 | 535.00 |
| 12/03/24 | J GURULE | CONFERENCE CALL WITH D. MCDONALD RE PLAN STRATEGY | 0.1 | 138.50 |
| 12/04/24 | G OLIVERA | EDIT PRESENTATION TO THE COMMITTEE RE: PROPOSED PLAN TREATMENT | 0.7 | 885.50 |
| 12/13/24 | G OLIVERA | CONFER WITH COMMITTEE MEMBER RE: PLAN ISSUES | 0.2 | 253.00 |
| 12/16/24 | G OLIVERA | REVIEW AND ANALYZE RABO'S MOTION TO SET DEADLINE TO FILE COMPETING PLAN | 0.4 | 506.00 |
| 12/17/24 | J GURULE | CONFERENCE CALL WITH D. MCDONALD AND M. KREMER RE PLAN STATUS | 0.2 | 277.00 |
| 12/17/24 | G OLIVERA | WEEKLY STANDING CALL WITH DEBTORS' PROFESSIONALS RE: PLAN MATTERS | 0.2 | 253.00 |
| 12/19/24 | G OLIVERA | REVIEW AND ANALYZE DEBTORS' OBJECTION TO RABO'S MOTION TO ESTABLISH TIME FOR FILING COMPETING DISCLOSURE STATEMENT AND PLAN | 0.2 | 253.00 |
| 12/19/24 | G OLIVERA | CONFERENCE CALL WITH RABO RE: PLAN ISSUES | 1.0 | 1,265.00 |
| 12/19/24 | G OLIVERA | CONFERENCE CALL WITH DEBTORS' COUNSEL RE: PLAN MATTERS | 0.2 | 253.00 |
| 12/19/24 | M KREMER | WEEKLY CALL WITH DEBTORS COUNSEL RE: PLAN UPDATES (.2); CALL WITH RABO RE: PLAN ALTERNATIVES (1.0); FOLLOW-UP EMAILS WITH OMM TEAM RE: THE SAME (.2) | 1.4 | 1,967.00 |
| 12/19/24 | J GURULE | CONFERENCE CALL WITH RABO RE: PLAN ISSUES (1.0); WEEKLY CALL WITH DEBTORS COUNSEL RE: PLAN UPDATES (.2) | 1.2 | 1,662.00 |
| 12/20/24 | G OLIVERA | COMMUNICATIONS WITH OMM AND ARMORY TEAM RE: PLAN ISSUES | 0.3 | 379.50 |
| 12/20/24 | M KREMER | PREPARE FOR AND ATTEND WEEKLY COMMITTEE MEETING (1.0); REVIEW AND REVISE PLAN DECK RE: ALTERNATIVES (.3) | 1.3 | 1,826.50 |
| 12/22/24 | M KREMER | EMAIL WITH M. RUSSELL OF MOFO RE: EVD PLAN CONSIDERATIONS | 0.2 | 281.00 |
| 12/23/24 | M KREMER | EMAIL WITH J. GURULE AND G. OLIVERA RE: EVD DISCUSSIONS (.2); REVIEW REVISED CONTERRA TERM SHEET (.2); EMAIL RE: SAME (.1) | 0.5 | 702.50 |
| 12/24/24 | G OLIVERA | EMAIL COUNSEL FOR THE DEBTORS RE: PENDING PLAN MATTERS | 0.1 | 126.50 |
| 12/30/24 | G OLIVERA | CONFERENCE CALL WITH COUNSEL FOR EAST VALLEY DEVELOPMENT RE: PLAN ISSUES | 0.7 | 885.50 |
| 12/30/24 | M KREMER | PREPARE FOR (.2) AND ATTEND CALL WITH EVD RE: PLAN ALTERNATIVES (.7); FOLLOW-UP EMAILS WITH OMM TEAM (.2) | 1.1 | 1,545.50 |
| Total | B320 PLAN & DISCLOSURE STATEMENT | | 13.6 | 17,952.50 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

01/29/25  
Invoice: 1197378  
Page No. 8

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| **Total** | | | **79.4** | **$103,854.75** |

| | |
|---|---|
| Less 15% Discount | (15,578.21) |
| **Total Fees After Adjustment** | **88,276.54** |

### Disbursements

| | |
|---|---|
| Copying | $193.75 |
| Expense Report Other (Incl. Out of Town Travel) | 2,340.09 |
| Meals | 205.36 |
| Online Research | 930.67 |
| Other Professionals | 7,804.81 |
| **Total Disbursements** | **$11,474.68** |

**Total Current Invoice** — **$99,751.22**

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

01/29/25  
Invoice: 1197378  
Page No. 9

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| TIM EVANS | Partner | 1,425.00 | 0.6 | 855.00 |
| MATTHEW P. KREMER | Partner | 1,405.00 | 35.7 | 50,228.75 |
| JULIAN GURULE | Partner | 1,385.00 | 6.1 | 8,448.50 |
| **Total for Partner** | | | **42.5** | **59,532.25** |
| GABRIEL L. OLIVERA | Counsel | 1,265.00 | 26.1 | 33,016.50 |
| **Total for Counsel** | | | **26.1** | **33,016.50** |
| DECLAN P. KELLY | Associate | 1,070.00 | 0.2 | 214.00 |
| NICOLE MOLNER | Associate | 1,070.00 | 9.0 | 9,630.00 |
| DANIEL W. LEAL | Associate | 860.00 | 1.7 | 1,462.00 |
| **Total for Associate** | | | **10.9** | **11,306.00** |
| **Total** | | | **79.4** | **103,854.75** |