Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com
       bwilson@hawleytroxell.com

Andrew Schoulder (Admitted Pro Hac Vice)
Francisco Vazquez (Pending Pro Hac Vice Admittance)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: 208.318.3030
Email: Andrew.schoulder@nortonrosefulbright.com
       Francisco.vazquez@nortonrosefulbright.com

Attorneys for Rabo AgriFinance LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
|---|---|
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

APPLICATION FOR ADMISSION PRO HAC VICE - 1

59797.0007.18166761.1

5/06
Form: Pro Hac Vice

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

Millenkamp Cattle, Inc.
_____
         Debtor

Case No.  24-40158-NGH
Chapter No. 11
APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Bankruptcy Rule 9010.1 of the United States Bankruptcy Court for the District of Idaho, Francisco Vazquez, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Rabo AgriFinance LLC.

The applicant hereby attests under penalty of perjury, as follows:

1. Applicant resides in New York, and practices at the following address and phone number Norton Rose Fulbright, 1301 Avenue of the Americas, New York, NY 10019-6022; (212) 318-30

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| State of New Jersey | 01/05/1995 |
| State of New York | 08/21/1996 |
| United States District Court, Southern District of New York | 1997 |
| United States District Court, Eastern District of New York | 1997 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other courts.

5. Sheila R. Schwager, a member in good standing of the bar of this court, of the firm of Hawley Troxell Ennis & Hawley LLP, practices at the following office address and phone number: P.O. Box 1617, Boise, Idaho 83701-1617; (208) 344-6000.

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes.  Said designee hereby consents to this designation by signing this application.

Dated this 2nd day of February, 2025.

/s/ Francisco Vazquez
Applicant

/s/ Sheila R. Schwager
Designee

Signed under penalty of perjury.

APPLICATION FOR ADMISSION PRO HAC VICE - 2

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 3rd day of February, 2025, I electronically filed the foregoing APPLICATION FOR ADMISSION PRO HAC VICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine Patrice Reynard | janine@averylaw.net |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com |
| Zachary Fairlie | zfairlie@spencerfance.com |
| John O'Brien | jobrien@spencerfane.com |
| Gery W. Edson | gedson@gedson.com |
| Aaron Bell | abell@evanskeane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Karen Lloyd | klloyd@grsm.com |
| James Justin May | jjm@johnsonmaylaw.com |
| Rhett Michael Miller | rmiller@magicvalley.law |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |

APPLICATION FOR ADMISSION PRO HAC VICE - 3

59797.0007.18166761.1

| | |
|---|---|
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| John F. Kurtz, Jr. | jfk@kurtzlaw.com |
| And any others receiving cm/ecf notices | |

_____
Sheila R. Schwager

APPLICATION FOR ADMISSION PRO HAC VICE - 4

59797.0007.18166761.1