Janine P. Reynard (ISB #6030)
AVERY LAW
3090 E. Gentry Way, Ste 250
Meridian, ID 83642
Telephone: (208) 639-9400
Facsimile: (208) 994-3182
Email: janine@averylaw.net

-and-

Lorenzo Marinuzzi (admitted *pro hac vice*)
Raff Ferraioli (admitted *pro hac vice*)
Miranda Russell (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: LMarinuzzi@mofo.com
       RFerraioli@mofo.com
       MRussell@mofo.com

*Attorneys for East Valley Development, LLC*

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With Case Nos.: |
| ☒ ALL DEBTORS | 24-40159-NGH (Idaho Jersey Girls) |
| | 24-40160-NGH (East Valley Cattle) |
| ☐ Millenkamp Cattle, Inc. | 24-40161-NGH (Millenkamp Properties) |
| | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Idaho Jersey Girls | 24-40163-NGH (Millenkamp Family) |
| | 24-40164-NGH (Goose Ranch) |
| ☐ East Valley Cattle | 24-40166-NGH (Black Pine Cattle) |
| | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Properties | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Millenkamp Family | |
| | Chapter 11 Cases |
| ☐ Goose Ranch | |

1

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Lorenzo Marinuzzi of the firm Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-9601, hereby substitutes as counsel of record for East Valley Development, LLC ("EVD"), in the place and stead of Adam A. Lewis.

DATED this 3rd day of February, 2025.

        MORRISON & FOERSTER LLP

        */s/ Lorenzo Marinuzzi*
        Lorenzo Marinuzzi (admitted *pro hac vice*)
        *Attorney for East Valley Development, LLC*

        */s/ Adam A. Lewis*
        Adam A. Lewis (admitted *pro hac vice*) (Retired)
        *Former Attorney for East Valley Development, LLC*

<u>CERTIFICATE OF SERVICE</u>

COMES NOW, Janine P. Reynard, and hereby certifies that on February 3 2025, I electronically filed this Notice of Substitution of Counsel, on the CM/ECF system, which sent electronic notice to the following persons:

| | |
|---|---|
| Daniel C Green | dan@racineolson.com, mcl@racinelaw.net |
| Matthew W Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T Krueck | dkrueck@hawleytroxell.com |
| John F Kurtz, Jr | jfk@kurtzlawllc.com |
| Karyn Lloyd | klloyd@grsm.com |
| William K. Carter | kentcarter@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| James Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett Michael Miller | rmiller@magicvalley.law |
| John D Munding | john@mundinglaw.com |
| Jason Ronald Naess AUST | Jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Gabriel Luis Olivera | golivera@omm.com |
| Mark Bradford Perry | mbp@perrylawpc.com |
| Oren B. Haker | oren.haker@bhlaw.com |
| Britta E. Warren | britta.warren@bhlaw.com |
| Scott C Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Robert E Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila Rae Schwager | sschwager@hawleytroxell.com, jbrocious@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A Sturzen | matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| Kim J Trout | ktrout@trout-law.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Joseph Mark Wager, Jr. | wager@mwsslawyers.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com |
| Bruce Anderson | baafiling@eaidaho.com |
| Laura Burri | lburri@morrowfischer.com |
| David Coleman | david@colemanjacobsonlaw.com |

| | |
|---|---|
| Eric R Clark | eclark101@hotmail.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| W. Kent Carter | kentcarter@grsm.com |
| Matthew T. Christensen | mtc@johnsonmay.com |
| Thomas E. Dvorak | ted@givenspursley.com |
| Christopher McCurdy | ccmccurdy@hollandhart.com |
| Zachery J. McCraney | zjmccraney@hollandhart.com |
| Gery Edson | gedson@gedson.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Connor Bray Edlund | edlund@mwsslawyers.com |
| Kimbell Gourley | kgourley@idalaw.com |
| Alexandra Caval | alex@cavallawoffice.com |
| David W Gadd | dwg@magicvalleylaw.com |
| Brian Faria | brian@sawtoothlaw.com |
| Heidi Buck Morrison | heidi@racineolson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| William Reed Cotton | wrc@idlawfirm.com |

And, I further certify that, on February 3, 2025, I served a true and correct copy of the above-referenced documents, upon the following person(s) by mailing with the necessary postage affixed thereto:

Bunge Canada
c/o David Farrell, Esq.
One Bank Plaza, Ste 2700
St. Louis, MO 63101

Davis Livestock, Inc.
780 E. Cannibal Rd
Lewiston, UT 84320

The Forbes Securities Group, LLC
Dba Forbes Partners as Investment Banker
6400 S Fiddlers Green Circle, Ste 850
Greenwood Village, CO 80111

Amory Securities LLC
200 North Pacific Highway, Ste 1525
El Segundo, CA 90245

Theodore Isbell
Expert Consulting Services
2694 E 750 S
Declo, ID 83323

Gale W. Harding and Associates
329 W 7th S
Rexburg, ID 83440

Kander, LLC
2538 Carrolwood Road
Naperville, IL 60540

Lance Vandemark
Expert Consulting Services
2694 E 750 S
Declo, ID 83323

Dated: February 3, 2025

*/s/ Janine P. Reynard*
Janine P. Reynard