# EXHIBIT E

|  |  | 3/31/2025 Forecast | Est. Ch 7 Recovery | Est. Liquidation Proceeds (Dark Dairy) |  |
|---|---|---:|---|---:|---|
| Assets |  |  |  |  |  |
|  | Cash | $ 7,253 | 0% | $ - | Assumed Used up in Wind Down |
|  | Accounts Receivable | 10,567 | 60% | 6,340 | Collectibility issues with EVD and Calf Ranch Customers in Wind Down |
|  | Feed Inventory | 23,444 | 25% | 5,861 | Used up in Wind Down, significant discount on silage/haylage in pits |
|  | Investment in Growing Crops | 1,967 | 0% | - | Included in land sales |
|  | Steer Inventory | 9,560 | FMV | 10,476 | 12,184 head with avg weight of 400lbs at $2.1 blended price per lb |
|  | Medicine & Fuel Inventory | 1,000 | 0% | - | Used up in Wind Down |
|  | Prepaid Expenses | 73 | 0% | - |  |
|  | Dairy Herd |  |  |  |  |
|  |   Cows | 54,408 | FMV | 82,800 | 41,172 head at $2,150 per head (Davis) (20% Cull Rate at $1,000) plus beef cows 2,500 @ $1,500 |
|  |   Heifers | 40,116 | FMV | 42,710 | 34,168 head at $1,250 per head (Davis) |
|  | Real Property | 299,624 |  |  |  |
|  |   Moonshine Ranch |  | FMV | 6,500 | Appraisal |
|  |   Goose Ranch |  | FMV | 12,000 | Appraisal |
|  |   McGregor & Ridgeway |  | FMV | 5,400 | Appraisal |
|  |   Canyon Lands |  | FMV | 16,000 | Appraisal |
|  |   German Dairy |  | FMV | 4,100 | Appraisal |
|  |   Jersey Girls Dairy |  | FMV | 2,700 | Appraisal |
|  |   Calf Ranch |  | FMV |  |  |
|  |    Land |  | FMV | 9,668 | 75% of Appraisal |

| | | | | | |
|---|---|---|---|---|---|
| Improvements | | FMV | | 5,853 | 30% of Appraisal |
| **East Valley Dairy** | | FMV | | | |
| Land | | FMV | | 73,593 | 75% of Appraisal |
| Improvements | | FMV | | 80,269 | 25% of Appraisal |
| Machinery, Trucks, Trailers & Equipment | 42,382 | FMV | | 20,451 | Harding Appraisal |
| Accumulated Depreciation | (79,397) | 0% | | - | |
| Deposits | 1,602 | 0% | | - | |
| Lease Assets | 4,024 | 0% | | - | |
| Investment in Affiliated Entities | 3,679 | 25% | | 920 | |
| Investment in Patron's Equity | 1,311 | 25% | | 328 | |
| Loan Fees | 1,410 | 0% | | - | |
| Less Sale Costs | | | | (28,379) | 7.5% cost of sale |
| Net Admin & Operating Expenses Through Wind Down | | | | (10,000) | Estimated Feed, Vet, Utility, Labor, net of milk check |
| | $ 423,023 | | | $ 347,590 | |
| | | | | | |
| **Liabilities** | | | | | |
| **Administrative Expense Claims** | | | | | |
| Professional Fees | | | | 2,140 | |
| Priority and 503(b)9 Payments | | | | 5,305 | |
| Post Petition Accounts Payable | | | | 3,000 | |
| Trustee Fees | | | | | |
| | | | | | |
| **Secured Debt** | | | | | |
| Sandton | | | | 22,291 | |
| Rabobank | | | | 90,952 | |
| MetLife | | | | 184,178 | |
| Conterra | | | | 19,002 | |
| Prepetition Accounts Payable with Liens | | | | 3,602 | |
| Pre Petition Accrued Fees & Interest | | | | 3,631 | |
| Post Petition Default Rate Interest (Rabo) | | | | 4,716 | |
| Post Petition Professional Fees (Secured Lenders) | | | | 4,250 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total Available for Unsecured Pre-Petition Payables and Contingent Claims** | | | | | | $ | 4,523 | |
| | | | | | | | | |
| Unsecured Pre-petition payables | | | | | | $ | 27,925 | |
| Contingent Rexel/ Platte Electric Claim | | | | | | | 504 | |
| Contingent East Valley Claim | | | | | | | 107,000 | Assumes property is sold without EVD lease in place |
| | | | | | | $ | 135,429 | |
| | | | | | | | | |
| **Recovery %** | | | | | | | **3.34%** | |