# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 2/5/2025 |
| Case: 24–40158–NGH | Form ID: pdf108 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust     US Trustee            ustp.region18.bs.ecf@usdoj.gov
aty     Brett R Cahoon        ustp.region18.bs.ecf@usdoj.gov
aty     Jason Ronald Naess    Jason.r.naess@usdoj.gov
aty     Matthew T. Christensen    mtc@johnsonmaylaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Millenkamp Cattle, Inc    471 North 300 West    Jerome, ID 83338

TOTAL: 1