Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>   Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

STIPULATION REGARDING SETTLEMENT CONFERENCE AND RESETTING HEARINGS – Page 1

|  |  |
|---|---|
| ☐ Millenkamp Family <br> ☐ Goose Ranch <br> ☐ Black Pine Cattle <br> ☐ Millenkamp Enterprises <br> ☐ Idaho Jersey Girls Jerome Dairy | Chapter 11 Cases |

# STIPULATION REGARDING SETTLEMENT CONFERENCE AND RESETTING HEARINGS

The Debtors in Possession Millenkamp Cattle, Inc., by and through its counsel of record, JOHNSON MAY, and various other parties, by and through their counsel of record, stipulate as follows:

1. The Parties have conferred and agree that a settlement conference may assist the Parties in resolving the outstanding confirmation issues and could save the parties the expense of litigating the issues at a full evidentiary hearing or trial.

2. The Parties further agree that Judge Whitman L. Holt serve as a settlement conference judge should he be willing and available.

3. Thus, the Parties request the Court order the Parties to participate in a settlement conference to mediate the issues between the Parties, and that, if possible, the settlement conference take place in person in the Seattle area at a mutually agreeable date and time.

4. The parties anticipate the settlement conference taking place in Seattle on March 6 and 7, 2025. Accordingly, the parties stipulate to the Court vacating the currently set March 6 and 7, 2025, hearing.

5. The parties agree that the Court may reset the Disclosure Statement to take place on April 3 and 4, 2025, starting at 9am each day. This will be an in-person hearing at the U.S. Courthouse located in Boise, Idaho.

6. The parties agree that the Court may reset the status conference currently set for March 6, 2025, to March 13, 2025 at 12:30 pm (MT). This will be a telephonic hearing.

DATED this 4th day of February, 2025.

                */s/ Matt Christensen*
MATTHEW T. CHRISTENSEN
Attorney for Debtor in Possession

DATED this 4th day of February, 2025.

                */s/ Ron Bingham (via email)*
RON C. BINGHAM
Attorney for Metropolitan Life Insurance Company and MetLife Real Estate Lending LLC

DATED this 4th day of February, 2025.

                */s/ Sheila Schwager (via email)*
SHEILA R. SCHWAGER
Attorney for Rabo AgriFinance LLC, as Agent

DATED this 4th day of February, 2025.

                */s/ John O'Brien (via email)*
JOHN O'BRIEN
Attorney for Conterra

STIPULATION REGARDING SETTLEMENT CONFERENCE AND RESETTING HEARINGS – Page 3

DATED this 5th day of February, 2025.

          /s/ Gabriel Olivera (via email)
GABRIEL L. OLIVERA
Attorney for the Unsecured Creditors Committee

DATED this 4th day of February, 2025.

          /s/ John Kurtz (via email)
JOHN F. KURTZ
Attorney for Sandton

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February, 2025, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| William K. Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | Eclark101@hotmail.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| James Neimeier | jniemeier@mcgrathnorth.com |
| Gabriel L. Olivera | golivera@omm.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Miranda K. Russell | mrussell@mofo.com |

STIPULATION REGARDING SETTLEMENT CONFERENCE AND RESETTING HEARINGS – Page 5

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Joseph M. Wager | wager@mwsslawyers.com |

Any others as listed on the Court's ECF Notice.


   /s/ Matt Christensen
MATTHEW T. CHRISTENSEN