Case 24-40158-NGH    Doc 889-2    Filed 02/05/25    Entered 02/05/25 15:33:27    Desc
Exhibit Exhibit B - Liquidation Analysis    Page 1 of 1

EXHIBIT B

|  | 5/31/25 Forecast | Est. Ch 7 Recovery | Est. Liquidation Proceeds (Dark Dairy) |
|---|---:|:---:|---:|
| **Assets** |  |  |  |
| Cash | $ 9,877 | 0% | $ - |
| Accounts Receivable | 9,083 | 60% | 5,450 |
| Feed Inventory | 23,444 | 25% | 5,861 |
| Investment in Growing Crops | 1,967 | 0% | - |
| Steer Inventory | 9,560 | FMV | 10,476 |
| Medicine & Fuel Inventory | 1,000 | 0% | - |
| Prepaid Expenses | 73 | 0% | - |
| Dairy Herd |  |  |  |
|   Cows | 54,408 | FMV | 82,800 |
|   Heifers | 40,116 | FMV | 42,710 |
| Real Property | 299,624 |  |  |
|   Moonshine Ranch |  | FMV | 6,500 |
|   Goose Ranch |  | FMV | 12,000 |
|   McGregor & Ridgeway |  | FMV | 5,400 |
|   Canyon Lands |  | FMV | 16,000 |
|   German Dairy |  | FMV | 4,100 |
|   Jersey Girls Dairy |  | FMV | 2,700 |
|   Calf Ranch |  | FMV |  |
|     Land |  | FMV | 9,668 |
|     Improvements |  | FMV | 5,853 |
|   East Valley Dairy |  | FMV |  |
|     Land |  | FMV | 73,593 |
|     Improvements |  | FMV | 80,269 |
| Machinery, Trucks, Trailers & Equipment | 42,382 | FMV | 10,226 |
| Accumulated Depreciation | (79,397) | 0% | - |
| Deposits | 1,602 | 0% | - |
| Lease Assets | 4,024 | 0% | - |
| Investment in Affiliated Entities | 3,679 | 25% | 920 |
| Investment in Patron's Equity | 1,311 | 25% | 328 |
| Loan Fees | 1,410 | 0% | - |
| Less Sale Costs |  |  | (27,612) |
| Net Admin & Operating Expenses Through Wind Down |  |  | (10,000) |
|  | $ 424,163 |  | $ 337,240 |
|  |  |  |  |
| **Liabilities** |  |  |  |
| **Administrative Expense Claims** |  |  |  |
| Administrative Claims - 503(b)(9) |  |  | 5,238 |
| Post Petition Payables |  |  | 3,000 |
| Professional Fee Claims |  |  | 2,140 |
| Priority Tax Claims |  |  | 67 |
| Trustee Fees |  |  |  |
| Sandton |  |  | 22,939 |
|  |  |  |  |
| **Secured Debt** |  |  |  |
| Rabobank |  |  | 88,950 |
| MetLife |  |  | 180,635 |
| Conterra |  |  | 19,009 |
| Class 2: Corn Silage Group Secured Claims |  |  | 640 |
| Class 3: Outstanding Other Secured Claims |  |  | 2,856 |
| Class 6: John Deere Financial Secured Claim |  |  | 120 |
| Class 7: Western States Cat Secured Claim |  |  | 40 |
| Class 8: Rexel USA, Inc. d/b/a Platt Electric Supply Claim |  |  | - |
| Pre Petition Accrued Fees & Interest |  |  | 4,605 |
| Post Petition Default Rate Interest (Rabo) - *Disputed* |  |  | 5,503 |
| Post Petition Professional Fees (Rabo) - *Disputed* |  |  | 6,715 |
| Post Petition Professional Fees (Secured Lenders) |  |  | 3,050 |
|  |  |  |  |
| **Total Available for Unsecured Pre-Petition Payables and Contingent Claims** |  |  | $ (8,265) |
|  |  |  |  |
| Class 13: General Unsecured Claims |  |  | $ 27,925 |
| Contingent East Valley Claim |  |  | 107,000 |
|  |  |  | $ 134,925 |
|  |  |  |  |
| **Recovery %** |  |  | 0.00% |