Case 24-40158-NGH    Doc 889-4    Filed 02/05/25    Entered 02/05/25 18:37:27    Desc
Exhibit Exhibit D - List of General Unsecured Claims    Page 1 of 5

EXHIBIT D

| Creditor | Claim Amount |
|---|---|
| A&K Trucking | $ 12,296.17 |
| AAA CowComfort, LLC | $ 48,013.58 |
| ABS Global, Inc. | $ 629,767.46 |
| Addison Biological Lab | $ 26,490.00 |
| Aden Brook Trading Corp. | $ 557,742.06 |
| ADM National Nutrition | $ 30,705.10 |
| Ag-Rows, Inc. | $ 61,022.20 |
| Ah-Zet Dairy | $ 629.75 |
| Airgas USA LLC | 8385.68 |
| All Wireless Communications | $ - |
| Allegiance Dairy Services | $ 536.23 |
| Al-Mar Dairy | $ 55,800.00 |
| Amalgamated Sugar | $ - |
| American Calf Products | $ - |
| American Express | $ 176,422.91 |
| AMI Supply | $ 84.15 |
| Arnold Machinery | $ 205,590.00 |
| Automation Werx | $ 251,143.50 |
| B&H Farming | $ - |
| Badger Bearing PTP, Inc. | $ 12,518.53 |
| Bear Necessities Portable Restrooms | $ - |
| Black Cat Dairy | $ 51,150.00 |
| Black Eagle Construction LLC | $ - |
| Black Pine Construction, LLC | $ 3,030.00 |
| BLN Huettig Farms | $ - |
| Boyce Equipment & Parts Co., Inc. | $ 10,191.19 |
| Brandi Bartholomew | |
| Brett Jensen Farms | $ 318,774.70 |
| BS&R Design & Supplies | $ 1,574.29 |
| BUNGE Canada | $ 1,159,843.85 |
| Burks Tractor | $ - |
| Butte Irrigation | $ 204,689.93 |
| Capital One | $ - |
| Carne I Corp. | $ 307,140.22 |
| Cellco Partnership dba Verizon | $ 6,040.84 |
| CenturyTel Service Group dba Century Link | $ 171.80 |
| Ciocca Dairy | $ 933.75 |
| Circle C Equipment | $ 15,129.59 |
| Citi Cards | $ - |
| Clear Lakes Products | $ 687,272.04 |
| Clear Water Products | $ 658,702.40 |

| | |
|---|---|
| Coastline Equipment | $ 7,457.35 |
| Colonial Life Processing Center | $ - |
| Commodities Plus | $ 20,472.00 |
| Connie Lapaseotes, Ltd. | |
| Conrad & Bischoff Inc. | $ - |
| Dairy Tech | $ 28,925.49 |
| Daniels Manufacturing | $ 65.98 |
| Daritech | $ 1,219.12 |
| Darling Ingredients | $ 23,841.60 |
| David Clark/Clark Ambulatory | $ 8,163.70 |
| Department of Treasury - Internal Revenue Service | $ 121,449.35 |
| Diamond B Dairy | $ 16,550.00 |
| Double V, LLC | $ 7,350.00 |
| Eagle View East | $ 1,392.50 |
| Eagle View Farms | $ 4,214.50 |
| East Valley Development, LLC | $ - |
| Eide Bailey | $ 214,291.60 |
| Electrical Werx & Construction | $ 81,740.51 |
| Element Heating & Cooling | $ 34,813.00 |
| Elevation Electric | $ 609,199.60 |
| Evans Plumbing | $ 10,624.12 |
| Farmore | $ 37,220.97 |
| Fastenal Company | $ - |
| Fergusun Enterprises, Inc. | $ 6,880.07 |
| Floyd Lilly Company, Inc. | $ 216.74 |
| Franklin Building Supply | $ 4,833.63 |
| Fredin Brothers, Inc. | |
| G.J. Verti-line Pumps, Inc. | $ 157,413.31 |
| Galeno's Trucking | $ 2,324.64 |
| Gem State Welders Supply, Inc. | $ 2,862.68 |
| Givens Pursley LLP | $ 109,955.03 |
| Great America Financial | $ - |
| Green Source Automation | $ 390,780.83 |
| Harper Family Partnership | $ 213,802.20 |
| Hatfield Manufacturing, Inc. | $ 1,729.75 |
| Heeringa Construction | $ 19,500.00 |
| High Desert Dairy System | $ 754.22 |
| Holesinksy Farms, LLC | $ 226,291.80 |
| IBA Magic Valley Dairy System | $ 3,191.74 |
| Idaho Dept of Lands | $ 546.12 |
| Idaho Power | $ - |
| Idaho State Tax Commission | $ 169.56 |
| Idaho Udder Health Systems | $ 322.00 |

| | |
|---|---:|
| J&C Hoof Trimming, Inc. | $ 43,417.00 |
| J.D. Heiskell & Co. | $ 619,291.96 |
| James Farrell & Company | $ 44,041.20 |
| JF Farms, Inc. | $ 205,674.88 |
| JP Morgan Chase | $ 14,410.79 |
| K&R Rental, Inc. | $ 80.00 |
| Kinghorn Medical LLC | $ 135.00 |
| Landview Inc. | $ 8,219,236.00 |
| Leedstone | $ 14,777.79 |
| Liberty Basin LLC | $ - |
| Llanos Trucking LLC | $ 52,590.00 |
| Macrae Custom Farming | $ 85,224.00 |
| Magaw Industries | $ 351.45 |
| Magic Valley Equipment, Inc. | $ 156.02 |
| Magic Valley Hydraulics & Repair LLC | $ 4,628.58 |
| McAlvain Concrete, Inc. c/o Big-D Companies | $ - |
| Merck Animal Health/Allflex | $ 88,768.22 |
| MicroProteins | $ 174,851.69 |
| Minidoka Irrigation District | $ - |
| Napa Auto Parts | $ 39,093.50 |
| Nelson Farms LLC | $ 94,000.00 |
| Nevin, Benjamin, McKay & Barlett | $ 215.00 |
| Norco, Inc. | $ 46.38 |
| North Side Canal Company | $ - |
| Novoa Trucking | $ 42,313.70 |
| Overhead Door | $ 9,180.00 |
| Pacific Steel & Recylcing | $ 58,101.65 |
| Pan American Life Insurance | $ - |
| Penn Millers Insurance Co. c/o Chubb Agribusiness | $ - |
| Pivot Man Inc./Robin Jones | $ 822.51 |
| Premier Truck Group (PTG of Idaho LLC) (Penske) | $ 77,722.48 |
| Prime Ridge Beef, LLC | $ - |
| Pro Rentals & Sales | $ 20,705.49 |
| Pro Tech Service Company | $ 245.12 |
| Progressive Dairy Service & Supply | $ 133,421.55 |
| Quality Truss | $ 5,207.18 |
| Quill Corporation | $ 592.38 |
| Raft River Highway District | $ 217,606.50 |
| Raft River Rural Electric | $ - |
| Rangen (Wilbur-Ellis) | $ 528,827.61 |
| Riveron RTS, LLC | $ - |
| Rocky Mountain Agronomics | $ 724,567.94 |

| Creditor | Amount |
|---|---:|
| Rocky Mountain Pharma | $ 300.00 |
| Rogers Machinery | $ 40,001.71 |
| S&O Mata Trucking, LLC | $ 24,090.00 |
| Schaeffer Manufacturing Co. | $ 55,482.70 |
| Schmidt Cattle Hauling | $ 300.00 |
| Schow's Auto Parts & Truck Center/Interstate Billing Service, Inc. | $ 46,569.15 |
| SeCon, LLC | $ 121,800.00 |
| Select Sires Mid America, Inc. | $ 57,471.71 |
| Silva Brothers | $ 15,475.00 |
| SiteOne Landscape | $ 34,493.64 |
| Six States Distributors Inc. | $ 295.39 |
| Sprinkler Shop Inc. | $ 11,866.50 |
| ST Genetics | $ 67,106.89 |
| State Insurance Fund | $ - |
| Stotz Equipment | $ 30.26 |
| Streamline Precision | $ 43,090.25 |
| Stukenholtz Laboratory | $ 1,470.00 |
| T.L.K. Dairy Inc. | $ 20,646.75 |
| Tacoma Screw Products | $ 26,645.49 |
| Taqueria Tamazula Trucking | $ 25,498.00 |
| The Dairy Solutions Group | $ 289,003.41 |
| TMG Services | $ 1,291.08 |
| Toshiba Financial Services | $ - |
| Triple B Farms | $ 124,965.00 |
| Twin Falls Canal Co. | $ - |
| Udder Health Systems | $ 5,713.10 |
| Uline | $ - |
| United Electric Coop | $ - |
| United Wholesale Mortgage | $ 2,101.78 |
| Urgent Care of Jerome | $ 626.35 |
| US Commodities LLC | $ 103,274.64 |
| V&M Trucking LLC | $ 17,710.00 |
| Valley Wide Coop | $ 389,201.60 |
| Vanden Bosch Inc. | $ 863.58 |
| Vandyk Dairy | $ 67,100.00 |
| Vantage Dairy Supplies LLC | $ 37,995.54 |
| Viserion Grain LLC | $ 3,528,281.42 |
| Viterra Grain LLC | $ 2,620,644.28 |
| WAG Services | $ 231,036.76 |
| WageWorks Inc. | $ 582.25 |
| Watts Hydraulic & Repair | $ 20,723.92 |
| Watts Machine & Fabrication | $ 53,077.80 |
| Webb Nursery | $ 18.11 |

| | | |
|---|---|---:|
| Wendell Truck and Auto | $ | 3,126.49 |
| Westec Concrete Cutting LLC | $ | 1,675.00 |
| Western Construction | $ | 2,622.47 |
| Western Waste Services | $ | - |
| Westway Feed Products | $ | 313,884.04 |
| Xavier Farm Services LLC | $ | 63,895.20 |
| Young Automotive Group | $ | 26,649.87 |
| **TOTAL GENERAL UNSECURED CLAIMS** | **$** | **27,891,358.33** |