Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com
       bwilson@hawleytroxell.com

Andrew Schoulder (Admitted Pro Hac Vice)
Francisco Vazquez (Admitted Pro Hac Vice)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: 208.318.3030
Email: Andrew.schoulder@nortonrosefulbright.com
Francisco.vazquez@nortonrosefulbright.com

Attorneys for Rabo AgriFinance LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | |
|---|---|
| MILLENKAMP CATTLE, INC., | Case No. 24-40158-NGH |
| Debtor. | Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

      NOTICE IS HEREBY GIVEN that Francisco Vazquez of NORTON ROSE FULBRIGHT US LLP, hereby enters an appearance on behalf of creditor Rabo AgriFinance LLC, and hereby

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 1

59797.0007.18161903.1

requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to, and served upon:

>Francisco Vazquez
>Francisco.vazquez@nortonrosefulbright.com
>NORTON ROSE FULBRIGHT US LLP
>1301 Avenue of the Americas
>New York, NY 10019-6022

The foregoing requests all notices, copies, and pleadings referred to in Federal Rule of Bankruptcy Procedure 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

Dated: February 6, 2025

>Respectfully submitted,
>
>NORTON ROSE FULBRIGHT US LLP
>
>By: */s/ Francisco Vazquez*
>    Francisco Vazquez (Admitted Pro Hac Vice)
>    Attorneys for Rabo AgriFinance LLC

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 2

59797.0007.18161903.1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine Patrice Reynard | janine@averylaw.net |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com |
| Zachary Fairlie | zfairlie@spencerfance.com |
| John O'Brien | jobrien@spencerfane.com |
| Gery W. Edson | gedson@gedson.com |
| Aaron Bell | abell@evanskeane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Karen Lloyd | klloyd@grsm.com |
| James Justin May | jjm@johnsonmaylaw.com |
| Rhett Michael Miller | rmiller@magicvalley.law |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 3

59797.0007.18161903.1

| | |
|---|---|
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| John F. Kurtz, Jr. | jfk@kurtzlaw.com |
| And any others receiving cm/ecf notices | |

/s/ *Francisco Vazquez*
Francisco Vazquez

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 4

59797.0007.18161903.1