# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 2/6/2025 |
| Case: 24–40158–NGH | Form ID: pdf042 | Total: 296 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | CNH Industrial Capital America LLC |
| cr | MWI Veterinary Supply Inc. |
| cr | McAlvain Concrete, Inc. |
| cr | JOHN DEERE FINANCIAL |
| cr | Rocky Mountain Agronomics, Inc. |
| cr | Official Committee Of Unsecured Creditors |
| cr | Brandy Ann Bartholomew |
| aty | O'Melveny & Myers LLP |
| fa | Kander, LLC |
| cr | Aden Brook Trading Corp |
| 5339219 | #3924637 |
| 5337874 | Badger Bearing PTP, Inc |
| 5350001 | MWI Veterinary Supply |
| 5346022 | Rexel USA, Inc. dba Platt Electric Supply |

TOTAL: 14

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Alexandra O Caval | alex@cavallawoffice.com |
| aty | Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| aty | Brent Russel Wilson | bwilson@hawleytroxell.com |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brian Faria | brian@sawtoothlaw.com |
| aty | Brian Michael Rothschild | brothschild@parsonsbehle.com |
| aty | Britta E Warren | britta.warren@bhlaw.com |
| aty | Bruce A. Anderson | baafiling@eaidaho.com |
| aty | Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| aty | Christopher C. McCurdy | ccmccurdy@hollandhart.com |
| aty | Connor Bray Edlund | edlund@mwsslawyers.com |
| aty | D Blair Clark | dbc@dbclarklaw.com |
| aty | Daniel C Green | dan@racineolson.com |
| aty | David A Coleman | david@colemanjacobsonlaw.com |
| aty | David A. Heida | david@heidalawoffice.com |
| aty | David T Krueck | dkrueck@hawleytroxell.com |
| aty | David W. Gadd | dwg@magicvalleylaw.com |
| aty | Eric R Clark | eclark101@hotmail.com |
| aty | Evan Thomas Roth | evan@sawtoothlaw.com |
| aty | Francisco Vazquez | francisco.vazquez@nortonrosefulbright.com |
| aty | Gabriel Luis Olivera | golivera@omm.com |
| aty | Gery W Edson | gedson@gedson.com |
| aty | Heidi Buck Morrison | heidi@racineolson.com |
| aty | Holly Roark | holly@roarklawboise.com |
| aty | James Niemeier | jniemeier@mcgrathnorth.com |
| aty | James Justin May | jjm@johnsonmaylaw.com |
| aty | Janine Patrice Reynard | janine@averylaw.net |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| aty | Jed W. Manwaring | jwm@elamburke.com |
| aty | John O'Brien | jobrien@spencerfane.com |
| aty | John D Munding | john@mundinglaw.com |
| aty | John F Kurtz, Jr | jfk@kurtzlawllc.com |
| aty | Jon B Evans | evans.jb@dorsey.com |
| aty | Joseph Mark Wager, Jr. | wager@mwsslawyers.com |
| aty | Julian Gurule | jgurule@omm.com |
| aty | Karyn Lloyd | klloyd@grsm.com |
| aty | Kim J Trout | ktrout@trout–law.com |
| aty | Kimbell D Gourley | kgourley@idalaw.com |
| aty | Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| aty | Laura E Burri | lburri@morrowfischer.com |
| aty | Louis V. Spiker | louis.spiker@millernash.com |
| aty | Mark Bradford Perry | mbp@perrylawpc.com |
| aty | Matthew Kremer | mkremer@omm.com |
| aty | Matthew A Sturzen | matt@shermlaw.com |
| aty | Matthew T. Christensen | mtc@johnsonmaylaw.com |
| aty | Matthew W Grimshaw | matt@grimshawlawgroup.com |
| aty | Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| aty | Miranda K. Russell | mrussell@mofo.com |
| aty | Morton R. Branzburg | mbranzburg@klehr.com |
| aty | Oren B. Haker | oren.haker@bhlaw.com |

| | | |
|---|---|---|
| aty | Rhett Michael Miller | rmiller@magicvalley.law |
| aty | Robert E Richards | robert.richards@dentons.com |
| aty | Scott C Powers | spowers@spencerfane.com |
| aty | Sheila Rae Schwager | sschwager@hawleytroxell.com |
| aty | Thomas E Dvorak | ted@givenspursley.com |
| aty | Tirzah R. Roussell | tirzah.roussell@dentons.com |
| aty | William K Carter | kentcarter@grsm.com |
| aty | William Reed Cotten | wrc@idlawfirm.com |
| aty | Zachary Fairlie | zfairlie@spencerfane.com |
| aty | Zachery James McCraney | zjmccraney@hollandhart.com |

TOTAL: 61

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Millenkamp Cattle, Inc        471 North 300 West        Jerome, ID 83338
cr        Rabo AgriFinance LLC        c/o Sheila R. Schwager        P.O. Box 1617        Boise, ID 83701
cr        Viterra USA Grain, LLC and Viterra USA Ingredients, LLC        c/o Racine Olson, PLLP        P.O. Box 1391        Pocatello, ID 83204
cr        MetLife Real Estate Lending LLC        c/o Kimbell D. Gourley        10801 Mastin Blvd        Suite 700        Overland Park, KS 66210
cr        Metropolitan Life Insurance Company        c/o Kimbell D. Gourley        10801 Mastin BLVD        Suite 700        Overland Park, KS 66210
cr        Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att        Spencer Fane        1700 Lincoln Street        Suite 2000        Denver, CO 80203
cr        Western States Equipment Co.        500 East Overland Road        Meridian, ID 83642
cr        c/o David A. Coleman Youree Land & Livestock, Inc.        Coleman, Ritchie & Jacobson        PO BOX 525        TWIN FALLS, ID 83303–0525 UNITED STATES
cr        c/o David A. Coleman B & H Farming        Coleman, Ritchie & Jacobson        PO BOX 525        TWIN FALLS, ID 83303–0525 UNITED STATES
cr        East Valley Development, LLC        c/o Avery Law        3090 E Gentry Way, Ste 250        Meridian, ID 83642
cr        Land View, Inc.        P.O. Box 475        Rupert, ID 83350
cr        MWI Veterinarian Supply, Inc.        3041 W PASADENA DRIVE        Boise, ID 83705 UNITED STATES
cr        Raft River Rural Electric Cooperative, Inc.        c/o Rhett M. Miller        P.O. Box 910        Burley, ID 83318
cr        Viserion Grain, LLC        c/o Sawtooth Law Offices, PLLC        213 Canyon Crest Dr., Ste 200        Twin Falls, ID 83301 UNITED STATES
cr        Ad Hoc Committee of Corn Silage Growers        153 East Main Street        PO Box 168        Jerome, ID 83338
cr        Progressive Dairy Service & Supply Corp.        485 S IDAHO ST        WENDELL, ID 83355–5241
cr        Elevation Electric, LLC        485 S IDAHO ST        WENDELL, ID 83355–5241
cr        Bunge Canada C/O David D. Farrell        David D. Farrell. Esq.        One US Bank Plaza        Suite 2700        St. Louis, MO 63101
intp        Glanbia Foods Inc        c/o Robert A Faucher        POB 2527        Boise, ID 83701
intp        Sandton Capital Partners LP        16 W 46th Street, 1st Floor        New York, NY 10036
cr        Automation Werx, LLC        Morrow & Fischer, PLLC        4 Ogden Avenue        Nampa, ID 83651
cr        Wilbur–Ellis Company LLC        c/o Matthew A. Sturzen        P.O. Box 2247        Salem, OR 97308
cr        PerforMix Nutrition Systems, LLC        MUNDING, P.S.        309 E. FARWELL RD., STE 310        Spokane, WA 99218 UNITED STATES
cr        Idaho State Brand Department        700 S. Stratford Dr.        Meridian, ID 83642 UNITED STATES
cr        Moss Grain Partnership        c/o Rhett M. Miller        P.O. Box 910        Burley, ID 83318
cr        Moss Farms Operations, LLC        c/o Rhett M. Miller        P.O. Box 910        Burley, ID 83318
cr        United Electric Co–op, Inc.        c/o Rhett M. Miller        P.O. Box 910        Burley, ID 83318
cr        Standlee Ag Resources        c/o Miller Nash LLP        950 W Bannock St, Ste 1100        Boise, ID 83702
cr        Burks Tractor Company, Inc.        3140 Kimberly Road        Twin Falls, ID 83301
cr        Blue Cross of Idaho Health Service, Inc        c/o Law Office of D. Blair Clark PC        967 East Parkcenter Boulevard, #282        Boise, ID 83706 UNITED STATES
aty        Matthew T. Christensen        199 N. Capitol Blvd.        Ste 200        Boise, ID 83702
aty        Krystal R Mikkilineni        Dentons Davis Brown        215 10th St        Ste 1300        Des Moines, IA 50309
crcm        Bruce A. Anderson        320 East Neider Avenue        Suite 102        Coeur d'Alene, ID 83815
r        Schuil Ag Real Estate Inc        5020 W Mineral King Ave        Visalia, CA 93291
app        Gale W. Harding and Associates        329 W 7th S        Rexburg, ID 83440
app        Davis Livestock, Inc.        780 E Cannibal Rd        Lewiston, UT 84320
br        The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker        6400 S Fiddlers Green Circle        Suite 850        Greenwood Village, CO 80111
cr        Rexel USA, Inc dba Platt Electric Supply        McConnell Wagner Sykes + Stacey PLLC        827 E. Park Blvd, Ste. 201        Boise, ID 83712
cr        Amalgamated Sugar Company        1951 S. Saturn Way        Suite 100        Boise, ID 83709
aty        Bruce A. Anderson        320 East Neider Avenue        Suite 102        Coeur d'Alene, ID 83815
intp        William Millenkamp        471 N 300 W        Jerome, ID 83338
cr        Valley Wide Cooperative Inc.        c/o David W. Gadd, Stover, Gadd & Assoc.        P.O. Box 1428        Twin Falls, ID 83303–1428
intp        Idaho AgCredit        c/o Daniel C. Green        Racine Olson, PLLP        P. O. Box 1391        Pocatello, ID 83201
aty        Julian Gurule        O'Melveny & Meyers LLP        400 South Hope Street        Suite 1900        Los Angeles, CA 90071
acc        Cooper Norman        PO Box 5399        Twin Falls, ID 83303
app        Summit Ag Appraisal Inc        995 S 1150 E        Albion, ID 83311
fa        Amory Securities LLC        200 North Pacific Hwy        Suite 1525        El Segundo, CA 90245

| | | |
|---|---|---|
| sp | Givens Pursley LLP | Givens Pursley LLP    601 W. Bannock    P.O. Box 2720    Boise, ID 83701–2720 UNITED STATES |
| sp | David A Heida | Heida Law Office, PLLC    Po Box 216    Kimberly, ID 83341 |
| fa | Kander LLC | 2538 Carrolwood Road    Naperville, IL 60540 |
| wit | Lance Vandemark | Expert Consulting Services    2694 E 750 S    Declo, ID 83323 |
| wit | Theodore Isbell | Expert Consulting Services    2694 E 750 S    Declo, ID 83323 |
| aty | David A. Heida | Heida Law Office, PLLC    P.O. Box 216    Kimberly, ID 83341 UNITED STATES |
| aty | Andrew Schoulder | 1301 Avenue of The Americas    New York, NY 10019–6022 |
| aty | Domenic E Pacitti | Klehr Harrison Harvey Branzburg LLP    919 Market Street    Suite 1000    Wilmington, DE 19801 |
| aty | Francisco Vazquez | Norton Rose Fulbright    1301 Avenue if the Americas    New York, NY 10019–6022 |
| aty | Gabriel L Olivera | 7 Times Square    New York, NY 10036 |
| aty | James J Niemeier | McGrath North Mullin & Kratz, PC LLO    1601 Dodge Street    Ste 3700    Omaha, NE 68102 |
| aty | John O'Brien | Spencer Fane LLP    1700 Lincoln Steet    Suite 2000    Denver, CO 80203 |
| aty | Julian Gurule | 400 South Hope Street    Suite 1900    Los Angeles, CA 90071 |
| aty | Karyn Lloyd | Gordon Rees Scully Mansukhani, LLP    999 W Main Street    100    Boise, ID 83702 |
| aty | Krystal R Mikkilineni | Dentons Davis Brown    215 10th St    Ste 1300    Des Moines, IA 50309 |
| aty | Lorenzo Marinuzzi | Morrison & Foerster LLP    250 West 55th Street    New York, NY 10019 |
| aty | Matthew Kremer | 7 Times Square    New York, NY 10036 |
| aty | Michael R Stewart | 2200 Wells Fargo Center    90 South Seventh Street    Minneapolis, MN 55402 |
| aty | Miranda Russell | Morrison & Foerster LLP    250 West 55th Street    New York, NY 10019 |
| aty | Morton R Branzburg | Klehr Harrison Harvey Branzburg LLP    1835 Market St    Suite 1400    Philadelphia, PA 19103 |
| aty | Nikolaus F Schandlbauer | 20 F Street NW    Suite 500    Washington DC 20001 |
| aty | Raff Ferraioli | Morrison & Foerster LLP    250 West 55th Street    New York, NY 10019 |
| aty | Richard Bernard | 1177 Avenue of the Americas    41st Floor    New York, NY 10036 |
| aty | Robert E. Richards | 233 South Wacker Drive    Suite 5900    Chicago, IL 60606–6361 |
| aty | Ron C Bingham, II | 3424 Peachtree Road NE    Suite 1600    Atlanta, GA 30326 |
| aty | Scott F Gautier | 1800 Century Park East    Ste 1500    Los Angeles, CA 90067 |
| aty | Tirzah R. Roussell | 215 10th Street    Suite 1300    Des Moines, IA 50309 |
| aty | W. Kent Carter | One North Franklin    Suite 800    Chicago, IL 60606 |
| aty | Zachary Fairlie | Spencer Fane LLP    1000 Walnut Street    Suite 1400    Kansas City, MO 64106 |
| aty | Zachery J McCraney | Holland & Hart    Po Box 2527    800 W Main Street    Suite 1750    Boise, ID 83701 |
| 5338201 | A K Trucking | 1897 E 990 S Hazelton, ID 83335    A. Scott Jackson Trucking PO Box 56 Jerom    A. Scott JacksonTrucking Inc PO Box 56 J    ABS Global Inc Box 22144 Network Place C    Addison Biological Lab 507 N Cleveland S    Aden Brook Trading Corp PO Box 217 Montgo |
| 5338357 | A. Scott Jackson Trucking, Inc. | c/o Williams Meservy & Larsen, LLP    Post Office Box 168    153 East Main Street    Jerome, ID 83338 |
| 5339172 | AAA Cow Comfort LLC | Po Box 307    Kimberly, ID 83341 |
| 5339357 | ABS Global | 1525 River Rd.    DeForest, WI 53532 |
| 5352499 | ARNOLD MACHINERY COMPANY | 2975 West 2100 South    Salt Lake City, UT 84119 |
| 5345130 | Addison Biological Laboratory, INC. | 507 North Cleveland St.    Fayette, MO 65248 |
| 5339173 | Airgas USA LLC | PO Box 734445    Chicago, IL 60673–4445 |
| 5341229 | Airgas USA, LLC | 110 West 7th St. Suite 1400    Tulsa, OK 74119 |
| 5339859 | Alexander K. Reed | 4296 N 2100 E    Filer, ID 83328 |
| 5339174 | Amalgamated Sugar | 1951 S Saturn Way    Ste 100    Boise, ID 83709 |
| 5345729 | Amalgamated Sugar Company | 1951 S. Saturn Way, Suite 100    Boise, ID 83709 |
| 5345775 | Amalgamated Sugar Company | 1951 S. Saturn Way, Suite 100    Boise, ID 83709 |
| 5340188 | American Calf Products (Golden State Mixing, Inc.) | 425 D Street    Turlock, CA 95380 |
| 5342707 | American Express National Bank | c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701 |
| 5342727 | American Express National Bank | c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701 |
| 5336402 | Automation Werx, LLC | PO Box 3066    Idaho Falls, ID 83401 |
| 5339552 | B & H Farming, an Idaho General Partnership | PO Box 123    Rupert, ID 83350 |
| 5339175 | BS R Design Supplies | 198 Locust St S    Twin Falls, ID 83301 |
| 5341673 | Blue Cross of Idaho | c/o D Blair Clark, Atty    967 Parkcenter Blvd #282    Boise, ID 83706 |
| 5341702 | Blue Cross of Idaho | c/o D. Blair Clark, Attorney    967 E. Parkcenter Blvd., #282    Boise, ID 83706 |
| 5339860 | Bo Stevenson dba B&A Farms | 1001 S 1900 E    Hazelton, ID 83335 |
| 5345992 | Brandy A. Bartholomew | C/O Eric R. Clark, Attorney    P.O. Box 2504    Eagle, ID 83616 |
| 5335094 | Bunge Canada | c/o David D. Farrell    THOMPSON COBURN LLP    One US Bank Plaza, Suite 2700    St. Louis, Missouri 63101 |
| 5354690 | Burks Tractor Company, Inc. | Oren B. Haker    Black Helterline LLP    805 SW Broadway Suite 1900    Portland, OR 97205 |
| 5350014 | CNH Industrial Capital America LLC | Kent Carter/Gordon Rees    One North Franklin, Suite 800    Chicago, IL 60606 |
| 5339191 | Capitol One | PO Box 60599    City of Industry, CA 91716 |
| 5345658 | Carne I Corp. | 134 E. Highway 81    Burley, ID 83318 |
| 5344923 | Cellco Partnership d/b/a Verizon Wireless | William M Vermette    22001 Loudoun County PKWY    Ashburn, VA 20147 |
| 5335227 | CenturyTel Service Group, LLC dba CenturyLink | Lumen Technologies Group    931 14th Street, 9th Floor    (Attn: Legal–BKY)    Denver, CO 80202 |
| 5339520 | Christopher Camardello | 1031 Mendota Heights Road    St. Paul, MN 55120 |
| 5339192 | Citi Cards | PO Box 78019    Phoenix, AZ 85062 |

| | | | | |
|---|---|---|---|---|
| 5339861 | Clint D. Thompson | 298 N 200 W | Jerome, ID 83338 | |
| 5335499 | Coastline Equipment Company | 2000 E Overland Rd | Meridian, ID 83642 | |
| 5339193 | Colonial Life | Processing Center | PO Box 1365 | Columbia, SC 29202–1365 |
| 5345020 | Connie Lapaseotes, Ltd. | c/o John O'Brien | Spencer Fane | 1700 Lincoln Street, Suite 2000    Denver, CO 80203 |
| 5339194 | Conrad Bishcoff Inc | 2251 N Holmes | PO Box 50106 | Idaho Falls, ID 83405 |
| 5338938 | Conterra Holdings, LLC dba Conterra Ag Capital as | c/o John O'Brien | Spencer Fane | 1700 Lincoln Street, Suite 2000    Denver, CO 80203 |
| 5338613 | Conterra Holdings, LLC dba Conterra Ag Capital as | c/o John O'Brien | Spencer Fane | 1700 Lincoln Street, Suite 2000    Denver, CO 80260 |
| 5348879 | Daimler Truck Financial Services USA LLC | c/o Randall P. Mroczynski | Cooksey, Toolen, Gage, Duffy & Woog    535 Anton Boulevard, Suite 1000    Costa Mesa, CA 92626 | |
| 5339521 | Dairy Tech, LLC | 1031 Mendota Heights Road | St. Paul, MN 55120 | |
| 5339195 | Daritech | 8540 Benson Rd | Lynden, WA 98264 | |
| 5340867 | David Clark | Clark Ambulatory Clinic, Inc. | 1019 E 1020 S | Albion, ID 83311 |
| 5339862 | Douglas J. Grant | 2050 E 500 S | Hazelton, ID 83335 | |
| 5339863 | Dusty Brow Farms, Inc. | 2601 E 1100 S | Hazelton, ID 83335 | |
| 5354704 | East Valley Development, LLC | c/o Adam Lewis, Esq. | Morrison & Foerster LLP | 425 Market St.    San Francisco CA 94105 |
| 5339864 | Edward Chojnacky | 298 N 100 W | Jerome, ID 83338 | |
| 5379327 | Eide Bailly LLP | 4310 17th Ave S | Fargo, ND 58103 | |
| 5336403 | Electrical Werx & Construction, LLC | PO Box 3066 | Idaho Falls, ID 83401 | |
| 5336173 | Elevation Electric, LLC | 485 S. Idaho St. | Wendell, ID 83355 | |
| 5339196 | Eric Clark | Clark Associates | PO Box 2504 | Eagle, ID 83616 |
| 5339197 | Evans Plumbing | 111 Gulf Stream Lane | Hailey, ID 83333 | |
| 5339591 | Farmers Bank | PO Box 392 | Buhl, ID 83316 | |
| 5345915 | Fastenal Company | 2001 Theurer Blvd. | ATTN: LEGAL | Winona, MN 55987 |
| 5345021 | Fredin Brothers, Inc. | c/o John O'Brien | Spencer Fane | 1700 Lincoln Street, Suite 2000    Denver, CO 80203 |
| 5336661 | G.J. Verti–Line Pumps, Inc. | PO Box 892 | Twin Falls, ID 83303–0892 | |
| 5339865 | Grant & Hagan, Inc. | P.O. Box 326 | Hazelton, ID 83335 | |
| 5339866 | Grant 4–D Farms LLC | 707 E 600 N | Rupert, ID 83350 | |
| 5373370 | GreatAmerica Financial Services Corporation | ATTN: Peggy Upton | 625 First St. SE | Cedar Rapids, IA 52401 |
| 5345661 | Green Source Automation, LLC | 3506 Moore Road | Ceres, CA 95307 | |
| 5339198 | Hatfield Manufacturing Inc | 1823 Shoestring Rd | Gooding, ID 83330 | |
| 5353585 | Heeringa Construction LLC | 18521 E Queen Creek Rd | #105–481 | Queen Creek, AZ 85142 |
| 5339867 | Hollifield Ranches, Inc. | 22866 Highway 30 | Hansen, ID 83334 | |
| 5340509 | IRS | Centralized Insolvency Oper. | PO Box 7346 | Philadelphia, PA 19101–7346 |
| 5339199 | Idaho Dept of Lands | PO Box 83720 | Boise, ID 83720 | |
| 5354954 | Idaho Materials & Construction | c/o Miller Nash LLP | 950 W Bannock St, Ste 1100 | Boise, ID 83702 |
| 5339526 | Idaho State Tax Commission | PO Box 36 | Boise, ID 83722 | |
| 5339200 | Innovative Food SolutionsUSA | Attn: Jordan Bowen | 134 E. Highway 81 | Burley, ID 83318 |
| 5339765 | Interstate Billing Service, Inc | PO box 2250 | Decatur, AL 35609 | |
| 5345295 | J&C Hoof Trimming Inc. | 3690 N 2570 E | Twin Falls, ID 83301 | |
| 5345360 | J.D. Heiskell Holdings, LLC | 17220 Wright St, Ste 200 | Omaha, NE 68130 | |
| 5339527 | JOHN DEERE FINANCIAL | c/o Weltman, Weinberg & Reis Co., L.P.A. | 965 Keynote Circle    Cleveland, OH 44131 | |
| 5339203 | JP Morgan Chase | PO Box 6294 | Carol Stream, IL 60197 | |
| 5338039 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | c/o National Bankruptcy Services, LLC    P.O. Box 9013    Addison, Texas 75001 | |
| 5338040 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | c/o National Bankruptcy Services, LLC    P.O. Box 9013    Addison, Texas 75001 | |
| 5339201 | Jake Millenkamp | 1719 River Road | Buhl, ID 83316 | |
| 5349577 | James Farrell & CO | 13810 SE Eastgate Way | Suite 520 | Bellevue, WA 98005 |
| 5339868 | Jean L. Thompson | 255 N 250 W | Jerome, ID 83338 | |
| 5339202 | Jeffrey E. Rolig | PO Box 5455 | Twin Falls, ID 83303–5455 | |
| 5345787 | Jeffrey J. Grieve | P.O. Box 366 | Twin Falls, ID 83303–0366 | |
| 5339016 | John Deere Construction and Forestry Company | c/o Weltman, Weinberg & Reis Co., L.P.A. | 965 Keynote Circle    Cleveland, OH 44131 | |
| 5339015 | John Deere Financial, f.s.b. | c/o Weltman, Weinberg & Reis Co., L.P.A. | 965 Keynote Circle    Cleveland, OH 44131 | |
| 5339204 | K R Rental Inc | 256 A South 600 W | Heyburn, ID 83336 | |
| 5339205 | Keith D. and Janet Carlson | 3866 E 3800 N | Hansen, ID 83334 | |
| 5345788 | Kenworth Sales Company, Inc. | c/o Benoit Law | P.O. Box 366 | Twin Falls, ID 83303–0366    , |
| 5339206 | Kinghorn Medical LLC | 248 S Cole Rd | Boise, ID 83709 | |
| 5345508 | Kraus Farms, LLC | 165 South 400 West | Rupert, ID 83350    , | |
| 5345606 | LES SCHWAB TIRE CENTERS OF IDAHO, LLC | PO BOX 5350 | BEND, OR 97708 | |
| 5339541 | Land View, Inc. | c/o Gery W. Edson | P.O. Box 448 | Boise, ID 83701 |
| 5350983 | Merck Animal Health | Attn: Legal Dept–Animal Health | 126 East Lincoln Avenue | Po Box 2000    Rahway, NJ 07065 |
| 5349667 | MetLife Real Estate Lending, LLC | c/o Ron C. Bingham, II, Esq. | Adams and Reese LLP | 3424 Peachtree Road, NE, Suite 1600    Atlanta, Georgia 30326 |
| 5349670 | Metropolitan Life Insurance Company, a New York Co | c/o Ron C. Bingham, II, Esq. | Adams and Reese LLP    3424 Peachtree Road, NE, Suite 1600    Atlanta, Georgia 30326 | |
| 5339870 | Michael Chojnacky | 51 W 600 N | Jerome, ID 83338 | |

| | | | | |
|---|---|---|---|---|
| 5369598 | Milner Hay | 1154 W 200 S | Murtaugh, ID 83344 | |
| 5345659 | Moss Grain Partnership | 301 Scott Ave. Suite 4 | Rupert, ID 83350 | |
| 5341333 | NAPA Auto Parts | P.O. Box 1425 | Twin Falls, ID 83303 | |
| 5334742 | NameAddress1Address2Address3CityStateZip | 116 & West805 W Idaho StSte 300Boise | 2020 Window ServicePO Box 6056Twin F | A & K Trucking1897 E 990 SHazeltonI | A. Scott Jackson TruckingPO Box 56Je    A. Scott JacksonTrucking IncPO Box 56 |
| 5354689 | Oren B. Haker | Black Helterline LLP | 805 SW Broadway Suite 1900 | Portland, OR 97205 |
| 5339207 | Overhead Door | 489 S. Locust | Twin Falls, ID 83301 | |
| 5344741 | PTG of Idaho, LLC | c/o Holland N. O'Neil, Foley & Lardner LLP | 2021 McKinney Avenue, Ste. 1600 | Dallas, TX 75201 |
| 5339208 | Pan American Life Insurance | 1778 N Plano Rd | Ste 310 | Richardson, TX 75081 |
| 5342126 | PerforMix Nutrition Systems | 2201 N 20th Street | Nampa, ID 83687 | |
| 5339209 | Pivot Man Inc | Robin Jones | PO Box 355 | Paul, ID 8334 |
| 5345022 | Prime Ridge Beef LLC | c/o John O'Brien | Spencer Fane | 1700 Lincoln Street, Suite 2000    Denver, CO 80203 |
| 5356686 | Pro Rentals & Sales | PO Box 5450 | C12 | Kalispell, MT 59903 |
| 5339210 | Pro Tech Service Company | 1550 Kimberly Rd | Twin Falls, ID 83301 | |
| 5346177 | Progressive Dairy Service & Supplies Corp. | 485 S. Idaho St. | Wendell, ID 83355 | |
| 5336174 | Progressive Dairy Service & Supply Corp. | 485 S. Idaho St. | Wendell, ID 83355 | |
| 5335058 | Quill Corporation | PO Box 102419 | Columbia, SC 29224 | |
| 5345667 | Rabo AgriFinance LLC, as Administrative Agent | c/o Sheila Schwager | Hawley Troxell Ennis & Hawley, LLP | P.O. Box 1617    Boise, ID 83701−1617 |
| 5346019 | Rexel USA, Inc dba Platt Electric Supply | 827 E. Park Blvd, Ste. 201 | Boise, Idaho 83712 | |
| 5339211 | Roark Law Offices | 950 Bannock St., 11th Fl. | Boise, ID 83702 | |
| 5343428 | Rocky Mountain Agronomics | 1912 West Main Street | Burley, ID 83318 | |
| 5336660 | Rogers Machinery Company, Inc. | PO Box 230429 | Portland, OR 97281−0429 | |
| 5342352 | Schaeffer Manufacturing Company | c/o Denis McCarthy | 2600 S Broadway | St. Louis, MO 63118 |
| 5339212 | Schmidt Cattle Hauling | 848 E 3400 N | Castleford, ID 8332 | |
| 5339213 | Schow's Truck Center | PO Box 2208 | Decatur, AL 35609 | |
| 5345789 | Sheila R. Schwager | Hawley Troxell ennis & Hawley LLP | P.O. Box 1617 | Boise, ID 83701−1617 |
| 5339214 | Six States Distributors Inc | 29787 Network Place | Chicago, IL 60673 | |
| 5339215 | SprinklerShop Inc | PO Box 599 | Paul, ID 83347 | |
| 5345131 | St. Genetics | Inguran USA, INC. | 22575 State Hwy 6 South | Navasota, TX 77868 |
| 5339872 | Standing 16 Ranch Land Company, LLC | 335 W 300 N | Jerome, ID 83338 | |
| 5339876 | Standlee Ag Resources | c/o Miller Nash, LLP, Attn: Louis Spiker | 950 W Bannock St, Ste 1100 | Boise, ID 83702 |
| 5339873 | Star Falls Farms, LLC | 1908 E 1300 S | Hazelton, ID 83335 | |
| 5339874 | Steel Ranch LLC | 2597 E 1100 S | Hazleton, ID 83335 | |
| 5354401 | Steven R. Hogan II | 409 S. 17th Street #500 | Omaha, NE 68102 | |
| 5339216 | Stotz Equipment | 2670 Kimberly Rd E | Twin Falls, ID 83301 | |
| 5354402 | The Dairy Solutions Group | 409 S. 17th Street #500 | Omaha, NE 68102 | |
| 5342832 | The Sprinkler Shop | P.O. Box 599 | Paul, ID 83347 | |
| 5339875 | Triple C Farms, LLC | 474 S 500 W | Jerome, ID 83338 | |
| 5336530 | US Commodities, LLC | 730 Second Avenue S. Suite 700 | Minneapolis, MN 55402    , | |
| 5342351 | Uline | 12575 Uline Drive | Pleasant Prairie, WI 53158 | |
| 5347829 | Valley Wide Cooperative Inc. | c/o David W. Gadd | Stover, Gadd & Associates, PLLC | P.O. Box 1428    Twin Falls, Idaho 83301 |
| 5347503 | Viserion Grain LLC | 385 Broadway St | Boulder, CO 80305 | |
| 5354657 | Viserion Grain, LLC | 385 Broadway Street | Boulder, CO 80305 | |
| 5339554 | Viterra USA Grain, LLC | 1331 Capitol Ave. | Omaha, NE 68102 | |
| 5339553 | Viterra USA Ingredients, LLC | 1331 Capitol Ave. | Omaha, NE 68102 | |
| 5338166 | Wag Services, Inc. | 8121 W HARRISON ST | Tolleson, AZ 85353    , | |
| 5339217 | Wendell Truck and Auto | PO Box 213 | 356 S Idaho St | Wendell, ID 83355 |
| 5339218 | Western Construction Inc | PO Box 15569 | Boise, ID 83715 | |
| 5335378 | Westway Feed | BARR Credit Services | 3444 N Country Club Rd | Ste 200    Tucson, AZ 85716 |
| 5341725 | Wilbur−Ellis Nutrition, LLC | c/o Matthew A. Sturzen | PO Box 2247 | Salem, OR 97308 |
| 5338356 | Williams, Meservy & Larsen | Post Office Box 168 | 153 East Main Street | Jerome, ID 83338 |
| 5342349 | Young CDJR of Burley, LLC | PO Box 1530 | Layton, UT 84041 | |
| 5336406 | Youree Land & Livestock Inc. | 3953 North 3300 East | Twin Falls, ID 83301 | |

TOTAL: 221