Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        robert.richards@dentons.com
        tirzah.roussell@dentons.com

Attorneys for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No.  24-40158-NGH |
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4410597

**NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET
APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE MONTH OF JANUARY 2025**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, COUNSEL**

**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER**

**INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing January 1, 2025, and ending January 31, 2025 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtors, and any Official Committee of Unsecured Creditors appointed herein.

/

/

/

NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE MONTH OF JANUARY 2025 – PAGE 2

If an objection is timely filed and served, the Debtors will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: February 10, 2025.

DATE: February 10, 2025

/s/ *Krystal R. Mikkilineni*

DENTONS DAVIS BROWN
Krystal R. Mikkilineni

/s/ *Matt T. Christensen*

JOHNSON MAY
Matt T. Christensen

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 10th day of February, 2025, I caused to be served a true and correct copy of the foregoing NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Bunge Canada
c/o David D. Farrell, Esq.
One US Bank Plaza
Suite 2700
St. Louis, MO 63101

Nikolaus F. Schandlbauer
20 F Street NW
Suite 500
Washington, DC 20001

W. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606

Scott F. Gautier
1800 Century Park East
Ste. 1500
Los Angeles, CA 90067

Zachery J. McCraney
Holland & Hart
PO Box 2527
800 W. Main St., Suite 1750
Boise, ID 83701

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg, LLP
919 Market St
Suite 1000
Wilmington, DE 19801

Michael R. Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Suite 200
Omaha, NE 68130

Wilbur Ellis Nutrition-Rangen
c/o Tony Champion
PO Box 706
115 13th Ave. South
Buhl, ID 83316

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE MONTH OF JANUARY 2025 – PAGE 5

Viterra USA Grain, LLC          Land View, Inc.
Viterra USA Ingredients, LLC    c/o Dan Noble
c/o Alicia Burns                PO Box 475
1331 Capitol Ave.             Rupert, ID 83350
Omaha, NE 68102


/s/ *Krystal R. Mikkilineni*
Krystal R. Mikkilineni

NOTICE OF DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE MONTH OF JANUARY 2025 – PAGE 6

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        robert.richards@dentons.com
        tirzah.roussell@dentons.com

Attorneys for the Debtors

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | [NO HEARING REQUIRED] |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

#4407065

**DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE
AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE MONTH OF JANUARY 2025**

Dentons Davis Brown (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of January 2025 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.      The Firm is counsel for Millenkamp Cattle, Inc. and its affiliated debtors, the debtors in the above captioned case (the "Debtors"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.      The Firm billed a total of $30,713.00 in fees and expenses during the Application Period. The total fees represent 81.4 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| January 1-31, 2025 | $30,700.50 | $12.50 | $30,713.00 |

C.      Accordingly, the Firm seeks allowance of interim compensation in the amount of $23,037.88 at this time. This total is comprised as follows: $23,025.38 (75% of the fees for services rendered) plus $12.50 (100% of the expenses incurred).

D.      Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E.      Pursuant to the Order Establishing Interim Fee Procedures, the Debtors are authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtors are authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtors compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: February 10, 2025          /s/ *Krystal R. Mikkilineni*
                                 DENTONS DAVIS BROWN
                                 Krystal R. Mikkilineni


                                 /s/ *Matt T. Christensen*
                                 JOHNSON MAY
                                 Matt T. Christensen

**DENTONS**

**In Account With**

**EXHIBIT A**

### DENTONS DAVIS BROWN PC
**Attorneys and Counselors at Law**
**215 10th Street, Suite 1300**
**Des Moines, IA 50309-3993**
**(515) 288-2500**
**Federal I.D. No. 42-1343884**

Millenkamp Cattle, Inc.                                       Statement: 1591938
Bill Millenkamp                                               Date: 2/6/2025
471 N 300th Rd W
Jerome, Idaho 83338

Re: 9020530-188653 - Ch 11 Bankruptcy

## Professional Fees

| Date | | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/02/2025 | KMIK | Emails to/from John O'Brien regarding CAFO (.2); email John O'Brien regarding availability for client call (.1); call with committee counsel and FAs, Kander, and co-counsel regarding status update, Conterra plan, party discussions, plan strategy, CRO engagement, and Forbes admin expense motion (.6); review email from John O'Brien regarding budget (.1); emails to/from Rogers Machinery regarding plan voting (.2) | B150 | 1.20 | 552.00 |
| 01/02/2025 | KMIK | Email client regarding CAFO permit (.1); call with client, Kander, and co-counsel regarding status update, CAFO, plan strategy, and meeting with Conterra (.4); email Sandton's counsel regarding term sheet (.1) | B110 | 0.60 | 276.00 |
| 01/02/2025 | KMIK | Review Committee's statement of support of CRO application (.1); emails to/from Bruce Anderson regarding October and November fee apps and interim distribution (.2) and email Lisa Nelson regarding same (.1) | B160 | 0.40 | 184.00 |
| 01/02/2025 | TROU | Call with committee counsel and FAs, Kander, and co-counsel regarding status update, Conterra's plan, , plan strategy, CRO and Forbes motion (.6) | B150 | 0.60 | 189.00 |
| 01/02/2025 | TROU | Call with client, Kander, and co-counsel regarding status update, CAFO, plan strategy, and meeting with Conterra (.4) | B110 | 0.40 | 126.00 |
| 01/02/2025 | TROU | Review Committee's statement of support of CRO application (.1) | B160 | 0.10 | 31.50 |
| 01/02/2025 | TROU | Attention to emails from David regarding CAFO (.2) | B110 | 0.20 | 63.00 |
| 01/03/2025 | KMIK | Review Court notice regarding January 9th hearing (.1); correspondence with Bill Millenkamp regarding Conterra meeting (.2) | B110 | 0.30 | 138.00 |
| 01/03/2025 | KMIK | Emails to/from John O'Brien regarding meeting with business representatives (.2) | B150 | 0.20 | 92.00 |
| 01/03/2025 | KMIK | Email Bruce Anderson regarding wire for fees (.1) | B160 | 0.10 | 46.00 |
| 01/03/2025 | TROU | Review Court notice regarding January 9th hearing (.1) | B110 | 0.10 | 31.50 |

Millenkamp Cattle, Inc.

Client: 9020530

2/6/2025

Matter: 9020530-188653

Page: 2

Statement: 1591938

| | | | | | |
|---|---|---|---|---|---|
| 01/06/2025 | KMIK | Review email from Sheila Schwager regarding Rabo interest calculation for adequate protection payment (.1) and email Lisa Nelson regarding same (.1) | B140 | 0.20 | 92.00 |
| 01/06/2025 | KMIK | Review emails from John O'Brien regarding waste management plans and nutrient management plans (.1) and email David Heida regarding same (.1); call with client, Kander, and co-counsel regarding Conterra plan, Forbes fee app, and Sandton (.4) | B110 | 0.60 | 276.00 |
| 01/06/2025 | KMIK | Emails to/from Matt Kremer regarding Forbes engagement letter and terms and conditions (.3); review Johnson May's December fee app (.1) | B160 | 0.40 | 184.00 |
| 01/06/2025 | KMIK | Call with Sandton's counsel regarding terms sheet and Forbes fee app (.2) | B150 | 0.20 | 92.00 |
| 01/06/2025 | KMIK | Review and revise Dentons' December invoice for fee app | B160 | 0.50 | 230.00 |
| 01/06/2025 | GMAT | Drafting December fee app (.2); emails with Krystal and Tirzah regarding fee app (.1) | B160 | 0.30 | 70.50 |
| 01/06/2025 | TROU | Draft and finalize Cooper Norman Fee App (1.2) | B160 | 1.20 | 378.00 |
| 01/06/2025 | TROU | Review emails from Conterra's counsel regarding waste management plans and nutrient management plans (.1) call with client, Kander, and co-counsel regarding Conterra plan negotiations, Forbes fee app issues, and Sandton discussions (.4) | B110 | 0.50 | 157.50 |
| 01/07/2025 | TROU | Review Johnson May's Second Interim Fee App (.2) | B160 | 0.20 | 63.00 |
| 01/07/2025 | KMIK | Call with committee counsel and FA, co-counsel, and Kander regarding status update, plan, cash flows, and Forbes fee app (.4) | B150 | 0.40 | 184.00 |
| 01/07/2025 | GMAT | Drafting December fee app (.6); emails with Krystal regarding same (.1) | B160 | 0.70 | 164.50 |
| 01/07/2025 | KMIK | Call with Kander and co-counsel regarding cash flow models and plan (.3); emails to/from Lisa Nelson regarding property tax payment (.2) | B110 | 0.50 | 230.00 |
| 01/07/2025 | TROU | Call with committee counsel and FAs, Kander, and co-counsel regarding Forbes and plan status (.4) | B150 | 0.40 | 126.00 |
| 01/07/2025 | TROU | Call with Kander and co-counsel regarding cash flow models and plan (.3) | B110 | 0.30 | 94.50 |
| 01/07/2025 | TROU | Emails with Lisa Nelson regarding Cassia County Property Tax Issue (.3) | B110 | 0.30 | 94.50 |
| 01/08/2025 | GMAT | Updating claims analysis matrix (.1) | B310 | 0.10 | 23.50 |
| 01/08/2025 | KMIK | Review email from John O'Brien regarding rescheduled meeting with Conterra (.1) and email client and Kander regarding same (.1); call with client, Kander, and co-counsel regarding status hearing, Conterra plan, and confirmation (.5) | B110 | 0.70 | 322.00 |
| 01/08/2025 | KMIK | Emails to/from Ron Bingham regarding call to discuss plan (.2) | B150 | 0.20 | 92.00 |
| 01/08/2025 | KMIK | Review and revise Dentons' December fee app (.3) | B160 | 0.30 | 138.00 |

Millenkamp Cattle, Inc.    Client: 9020530
2/6/2025    Matter: 9020530-188653
Page: 3    Statement: 1591938

| Date | Atty | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/08/2025 | KMIK | Review and analyze Sandton term sheet for plan | B320 | 0.50 | 230.00 |
| 01/08/2025 | TROU | Call with client, Kander, and co-counsel regarding status hearing, Conterra plan, and confirmation (.5) | B110 | 0.50 | 157.50 |
| 01/09/2025 | KMIK | Review email from MetLife regarding interest calculations (.1) | B140 | 0.10 | 46.00 |
| 01/09/2025 | KMIK | Review affidavit and order of dismissal for criminal complaint against Bill Millenkamp (.2); call with client, Kander, and co-counsel regarding status update, criminal case dismissal, status hearing, and Conterra meeting (.2); appear at status conference and hearing on fee apps and CRO and hearing on adversary proceeding (.9); review notice of hearing held (.1); email counsel for secured parties and committee regarding dismissal of criminal complaint (.1) | B110 | 1.50 | 690.00 |
| 01/09/2025 | KMIK | Emails to/from Kati Churchill regarding Bruce Anderson's October and November fees (.2) and email Bruce Anderson regarding same (.1); email Brett Cahoon regarding proposed order for Dentons' second interim fee app (.1) | B160 | 0.40 | 184.00 |
| 01/09/2025 | TROU | Review affidavit and order of dismissal for criminal complaint against Bill Millenkamp (.2); call with client, Kander, and co-counsel regarding status update, status hearing, Conterra meeting, and criminal case (.2); attend status conference and hearing on CRO, fee apps, and hearing on adversary proceeding (.9); review notice of hearing held (.1) | B110 | 1.40 | 441.00 |
| 01/10/2025 | KMIK | Review email from John O'Brien regarding Conterra January adequate protection interest statements (.1) and email Lisa Nelson regarding same (.1) | B140 | 0.20 | 92.00 |
| 01/10/2025 | KMIK | Review email from Sheila Schwager regarding plan discussions (.1); review email from Sheila Schwager regarding property access (.1) | B150 | 0.20 | 92.00 |
| 01/10/2025 | KMIK | Emails to/from Sandton's counsel regarding perfection certificate (.2) and email client regarding same (.1) | B110 | 0.30 | 138.00 |
| 01/10/2025 | TROU | Add Rob Marcus to Dentons Direct (.1); email with David Heida regarding same (.1) | B110 | 0.20 | 63.00 |
| 01/13/2025 | KMIK | Call with Rabo counsel and co-counsel regarding Rabo's plan (.5); review email from Sheila Schwager regarding CFO (.1); emails to/from Michael Stewart regarding loan documentation (.2); call with Conterra, Conterra's counsel, CRO, Kander, client, and co-counsel regarding plan settlement discussions (1) | B150 | 1.80 | 828.00 |
| 01/13/2025 | KMIK | Review email from Brett Cahoon regarding proposed order for Dentons' second interim fee app (.1); review email from Gabe Olivera regarding Armory's interim fees (.1); review email from Bruce Anderson regarding October and November fees (.1) and email Lisa Nelson regarding same (.1); emails to/from Bruce Anderson regarding first interim fee app (.2) and email Lisa Nelson regarding same (.1); review Committee's objection to Forbes' application for allowance and payment of fees (.2) | B160 | 0.90 | 414.00 |
| 01/13/2025 | KMIK | Call with client, Kander, CRO, and co-counsel regarding status update, Conterra plan, Rabo plan, and strategy (1); call with Matt Christensen regarding plan strategy (.2) | B110 | 1.20 | 552.00 |
| 01/13/2025 | TROU | Review agenda from Conterra's counsel (.3); Call with Conterra, Conterra's counsel, CRO, Kander, client, and co-counsel regarding plan settlement discussions (1) | B150 | 1.30 | 409.50 |

Millenkamp Cattle, Inc.
2/6/2025
Page: 4

Client: 9020530
Matter: 9020530-188653
Statement: 1591938

| 01/13/2025 | TROU | Call with client, Kander, CRO, and co-counsel regarding status update, Rabo, Conterra and strategy (1) | B110 | 1.00 | 315.00 |
|---|---|---|---|---|---|
| 01/13/2025 | TROU | Emails with Lisa Nelson regarding amount to be paid to Armory for fee app (.2); email committee counsel regarding objection to Forbes fee app (.1); Review Objection to Forbes Fee App (.2); Review Committee Objection to Forbes Fee App (.3) | B160 | 0.80 | 252.00 |
| 01/14/2025 | KMIK | Emails to/from Sheila Schwager regarding call to discuss plan (.2); call with Committee counsel and FAs, Kander, CRO, and co-counsel regarding status update, Conterra plan, Rabo plan, and strategy (.6) | B150 | 0.80 | 368.00 |
| 01/14/2025 | KMIK | Review debtors' objection to Forbes fees (.1); email Lisa Nelson regarding order granting Dentons' second interim fee app (.1) | B160 | 0.20 | 92.00 |
| 01/14/2025 | KMIK | Review email from Andrew Schoulder regarding Rabo's plan (.1) and email client and CRO regarding same (.1) | B320 | 0.20 | 92.00 |
| 01/14/2025 | TROU | Emails with Lisa Nelson regarding Armory Fee App payment amount and reduction of fees (.2) | B160 | 0.20 | 63.00 |
| 01/14/2025 | TROU | Call with Committee counsel and FAs, Kander, CRO, and co-counsel regarding status update, Conterra plan, and Rabo plan,.6); Review email from Andrew Schoulder regarding Rabo's plan (.1) | B150 | 0.70 | 220.50 |
| 01/15/2025 | KMIK | Call with client, Kander, and co-counsel regarding status update and Rabo plan (.4); email Rob Marcus regarding Rabo plan discussions (.1); review emails from Lisa Nelson, Rob Marcus, and co-counsel regarding equipment schedules (.2) | B110 | 0.70 | 322.00 |
| 01/15/2025 | KMIK | Emails to/from Lisa Nelson regarding Dentons' December invoice and fee app (.2); review Givens Pursley's December fee app (.1) | B160 | 0.30 | 138.00 |
| 01/15/2025 | KMIK | Continue review of Rabo plan (.7); call with Ken Nofziger, Rob Marcus, and Matt Christensen regarding Rabo plan (.7) | B320 | 1.40 | 644.00 |
| 01/15/2025 | TROU | Call with client, Kander, and co-counsel regarding status update and Rabo (.4) | B110 | 0.40 | 126.00 |
| 01/15/2025 | TROU | Review Rabo Plan (.5) | B320 | 0.50 | 157.50 |
| 01/16/2025 | KMIK | Call with client, Kander, CRO, and co-counsel regarding status update and Rabo plan (.4) | B110 | 0.40 | 184.00 |
| 01/16/2025 | KMIK | Review and revise research memo regarding plan issues (.5) and email Rob Marcus and client regarding same (.1) | B320 | 0.60 | 276.00 |
| 01/16/2025 | TROU | Research and Draft Memo regarding plan issues (3.9); Further research for plan and email to co-counsel regarding same (1.5) | B320 | 5.40 | 1,701.00 |
| 01/16/2025 | TROU | Call with client, Kander, CRO, and co-counsel regarding status update and Rabo plan (.4) | B110 | 0.40 | 126.00 |
| 01/17/2025 | KMIK | Call with client, CRO, Kander, and co-counsel regarding status update and plan strategy (.4) | B110 | 0.40 | 184.00 |
| 01/17/2025 | KMIK | Call with Met's counsel and co-counsel regarding Rabo's plan and Met's proposed plan terms (.5) | B150 | 0.50 | 230.00 |
| 01/17/2025 | TROU | Plan research and draft memo regarding interest rates (2.6); Pull and email Client cases from plan research memos (.5) | B320 | 3.10 | 976.50 |
| 01/17/2025 | TROU | Call with client, CRO, Kander, and co-counsel regarding status update and plan strategy (.4) | B110 | 0.40 | 126.00 |

Millenkamp Cattle, Inc.                                                                                    Client: 9020530
2/6/2025                                                                                              Matter: 9020530-188653
Page: 5                                                                                              Statement: 1591938

| 01/17/2025 | TROU | Attention to Metlife's proposed plan language (.3) | B320 | 0.30 | 94.50 |
|---|---|---|---|---|---|
| 01/17/2025 | TROU | Attention to email from Sheila regarding Rabo Aprraisal requests (.1) | B320 | 0.10 | 31.50 |
| 01/20/2025 | KMIK | Continue review of MetLife's proposed plan terms (.2) | B320 | 0.20 | 92.00 |
| 01/20/2025 | KMIK | Emails to/from John O'Brien regarding communications with Rob Marcus (.2) | B150 | 0.20 | 92.00 |
| 01/20/2025 | KMIK | Call with client, Kander, CRO, and co-counsel regarding status update, MORs, and plan strategy (.5) | B110 | 0.50 | 230.00 |
| 01/20/2025 | TROU | Call with client, Kander, CRO, and co-counsel regarding status update, MORs, and plan strategy (.5) | B110 | 0.50 | 157.50 |
| 01/21/2025 | KMIK | Review emails from Sheila Schwager regarding property document requests (.1); emails to/from Sheila Schwager and co-counsel regarding call to discuss Rabo plan (.2); review email from Andrew Schoulder regarding GUC payment in Rabo plan (.1); review email from Dan Kokini regarding Rabo plan model (.1); call with counsel and FA for committee, CRO, Kander, and co-counsel regarding status update and plan (.6) | B150 | 1.10 | 506.00 |
| 01/21/2025 | KMIK | Emails to/from David Heida regarding research question related to interest rate for impaired general unsecured claims (.2); review email from Kati Churchill regarding MORs (.1) | B110 | 0.30 | 138.00 |
| 01/21/2025 | KMIK | Review Elsaesser Anderson's December fee app (.1) | B160 | 0.10 | 46.00 |
| 01/21/2025 | KMIK | Review and revise Cooper Norman's first interim fee app (.5) | B160 | 0.50 | 230.00 |
| 01/21/2025 | TROU | Call with Committee counsel and FAs, Rob M, Ken N, and co-counsel regarding status update and plan (.6) | B150 | 0.60 | 189.00 |
| 01/21/2025 | TROU | Call with client, Ken and Kati, and Rob regarding update and strategy and further plan progess (.2) | B110 | 0.20 | 63.00 |
| 01/22/2025 | KMIK | Call with client, CRO, Kander, and co-counsel regarding status update and plan strategy (.7); review email from Eric Clark regarding personal injury lawsuit (.1) | B110 | 0.80 | 368.00 |
| 01/22/2025 | TROU | Call with client, CRO, Kander, and co-counsel regarding status update and plan strategy (.7) | B110 | 0.70 | 220.50 |
| 01/23/2025 | TROU | Call with Miranda Russell (East Valley Development Counsel) regarding EVD Arbitration Complaint (.2); Emails with Miranda Russell regarding same (.2) | B150 | 0.40 | 126.00 |
| 01/23/2025 | KMIK | Call with Rabo counsel and co-counsel regarding Rabo plan (.5) | B150 | 0.50 | 230.00 |
| 01/23/2025 | KMIK | Review email from David Heida regarding Met plan terms (.1) | B320 | 0.10 | 46.00 |
| 01/23/2025 | TROU | Call with Miranda Russell regarding EVD arbitration (.3); Emails with Miranda regarding same (.2) | B190 | 0.50 | 157.50 |
| 01/23/2025 | TROU | Email to Kati Chruchill regarding Cooper Norman fee app (.1); Finzalize Cooper Norman Fee App (.3) | B160 | 0.40 | 126.00 |

Millenkamp Cattle, Inc.

2/6/2025

Page: 6

Client: 9020530

Matter: 9020530-188653

Statement: 1591938

| 01/24/2025 | KMIK | Call with client, CRO, Kander, and co-counsel regarding status update, EVD, personal injury lawsuit, and plan strategy (1.2) | B110 | 1.20 | 552.00 |
|---|---|---|---|---|---|
| 01/24/2025 | TROU | Call with client, CRO, Kander, and co-counsel regarding status update, personal injury lawsuit, EVD, and plan strategy (1.2) | B110 | 1.20 | 378.00 |
| 01/26/2025 | KMIK | Review email from John O'Brien regarding request for copy of arbitration complaint against EVD (.1) and email David Heida regarding same (.1) | B110 | 0.20 | 92.00 |
| 01/26/2025 | KMIK | Review email from Ron Bingham regarding status update on plan discussions (.1); emails to/from Miranda Russell regarding EVD's response to arbitration complaint (.2); emails to/from Mort Branzburg regarding status update on plan (.2) | B150 | 0.50 | 230.00 |
| 01/27/2025 | KMIK | Review emails from client and co-counsel regarding EVD and arbitration complaint (.2) | B110 | 0.20 | 92.00 |
| 01/27/2025 | KMIK | Review email from Andrew Schoulder regarding Rabo plan (.1) and email client regarding same (.1); review email from Rabo's counsel regarding Rabo's disclosure statement exhibits (.1) | B320 | 0.30 | 138.00 |
| 01/27/2025 | KMIK | Review email from EVD's counsel regarding stipulation for relief from stay (.1) | B150 | 0.10 | 46.00 |
| 01/27/2025 | KMIK | Continue analyzing and drafting amendment to plan (.5) | B320 | 0.70 | 322.00 |
| 01/27/2025 | TROU | Emails from EVD Counsel regarding lifting stay (.2) | B190 | 0.20 | 63.00 |
| 01/27/2025 | TROU | Review email from Andrew Schoulder regarding Rabo's Plan (.1); Review Rabo redlined Plan (.4) | B320 | 0.50 | 157.50 |
| 01/27/2025 | TROU | Review and pull cases regarding priming liens (1.0) | B320 | 1.00 | 315.00 |
| 01/28/2025 | KMIK | Call with CRO and co-counsel regarding plan strategy (1.5) | B320 | 1.50 | 690.00 |
| 01/28/2025 | KMIK | Call with committee counsel and FA, CRO, Kander, and co-counsel regarding status update and plan (1.6) | B150 | 1.60 | 736.00 |
| 01/28/2025 | TROU | Call with committee counsel and FA, CRO, Kander, and co-counsel regarding status update and plan (1.6) | B150 | 1.60 | 504.00 |
| 01/28/2025 | TROU | Call with Kander, client regarding plan (.4); Review updated plan models and revise plan (2.4) | B320 | 2.80 | 882.00 |
| 01/28/2025 | TROU | Review Armory Motion for Interim Distribution and Notice thereto (.2) | B160 | 0.20 | 63.00 |
| 01/29/2025 | KMIK | Emails to/from Ron Bingham regarding plan status update (.2); call with Met's counsel and co-counsel regarding plan and settlement discussions (.4) | B150 | 0.60 | 276.00 |
| 01/29/2025 | KMIK | Call with client, CRO, Kander, and co-counsel regarding plan strategy (.5); call with CRO regarding recap of call with Met (.1) | B110 | 0.60 | 276.00 |
| 01/29/2025 | TROU | Drafting Second Amended Plan (4.6); Call with client, CRO, Kander, and co-counsel regarding plan strategy (.5) | B320 | 5.10 | 1,606.50 |
| 01/29/2025 | TROU | Review O'Melveny Motion for Interim Distribution (.2) | B160 | 0.20 | 63.00 |
| 01/30/2025 | KMIK | Call with client, CRO, Kander, and co-counsel regarding status update and plan strategy (.4) | B110 | 0.40 | 184.00 |

Millenkamp Cattle, Inc.                                                                    Client: 9020530
2/6/2025                                                                          Matter: 9020530-188653
Page: 7                                                                             Statement: 1591938

| 01/30/2025 | KMIK | Review and revise second amended plan | B320 | 2.00 | 920.00 |
|---|---|---|---|---|---|
| 01/30/2025 | TROU | Research regarding disputed claim reserves (1.5) | B320 | 1.50 | 472.50 |
| 01/30/2025 | TROU | Call with client, CRO, Kander, and co-counsel regarding status update and plan strategy (.4) | B110 | 0.40 | 126.00 |
| 01/31/2025 | KMIK | Call with CRO and co-counsel regarding plan strategy (.9); continue reviewing and revising amended plan (1) | B320 | 1.90 | 874.00 |
| 01/31/2025 | TROU | Review updated models (.5); Drafting Second Amended Plan (4.4); Call with Kati regarding models (.2); Call with Kander and client regarding plan strategy (.3); review Sandton DIP Agreement (.3); email Rob regarding same (.1) | B320 | 5.80 | 1,827.00 |

Sub-total Fees:    $30,700.50

### Rate Summary

| Krystal R. Mikkilineni | 35.50 hours at $460.00/hr | 16,330.00 |
|---|---|---|
| Tirzah R. Roussell | 44.80 hours at $315.00/hr | 14,112.00 |
| Gabby B. Mathias | 1.10 hours at $235.00/hr | 258.50 |

Total hours:    81.40

### Expenses

| | | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 01/16/2025 | Wire Fee | E107 | 1.00 | 6.25 | 6.25 |
| 01/30/2025 | Wire Fee | E107 | 1.00 | 6.25 | 6.25 |

Sub-total Expenses:    $12.50

**Total Current Billing:**    **$30,713.00**

Effective March 29, 2021, Davis Brown Law Firm formally combined with Dentons to become Dentons Davis Brown PC. Visit www.dentons.com/BusinessTerms to find our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the material terms and conditions of any existing engagement agreement. Please contact your lawyer or other professional if you have questions about the Terms of Business or with any respect of your representation.

Current statement due within 30 days of statement date. Please disregard any previously paid amounts. Contact us at 515-246-7812 with any questions.  Please include the statement number on your check.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 10th day of February, 2025, I caused to be served a true and correct copy of the foregoing DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

/s/ *Krystal R. Mikkilineni*
Krystal R. Mikkilineni

DENTONS DAVIS BROWN'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 – Page 5