Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 – PAGE 1

### NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing January 1, 2025, and ending January 31, 2025 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtor, and any Official Committee of Unsecured Creditors appointed herein.

/

/

/

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: February 10, 2025.

DATE: February 10, 2025             ___/s/ Matt Christensen_____
                                    JOHNSON MAY
                                    Matthew T. Christensen
                                    Counsel for the Debtors

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 10th day of February 2025, I caused to be served a true and correct copy of the foregoing NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Bunge Canada
c/o David D. Farrell, Esq.
One Bank Plaza
Suite 2700
St. Louis, MO 63101

Nikolaus F. Schandlbauer
20 F Street NW
Suite 500
Washington, DC 20001

W. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606

Scott F. Gautier
1800 Century Park East
Ste. 1500
Los Angeles, CA 90067

Zachery J. McCraney
Holland & Hart
PO Box 2527
800 W. Main St., Suite 1750
Boise, ID 83701

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg, LLP
919 Market St
Suite 1000
Wilmington, DE 19801

Michael R. Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Suite 200
Omaha, NE 68130

Wilbur Ellis Nutrition-Rangen
c/o Tony Champion
PO Box 706
115 13th Ave. South
Buhl, ID 83316

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
MONTH OF JANUARY 2025 – PAGE 5

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

Land View, Inc.
c/o Dan Noble
PO Box 475
Rupert, ID 83350

                                /s/ Matt Christensen
                                Matthew T. Christensen

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       robert.richards@dentons.com
       tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | [NO HEARING REQUIRED] |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 – Page 1

# JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025

Johnson May (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of January 2025 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.   The Firm is Local Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.   The Firm billed a total of $11,682.50 in fees and expenses during the Application Period. The total fees represent 32.60 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| January 1-31, 2025 | $11,682.50 | $0.00 | $11,682.50 |

C.   Accordingly, the Firm seeks allowance of interim compensation in the amount of **$8,761.88** at this time. This total is comprised as follows: $8,761.88 (75% of the fees for services rendered) plus $0.00 (100% of the expenses incurred).

D.   Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period,

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 – Page 2

the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

F. The Firm no longer holds funds in its client trust account on behalf of the Debtor, as previous applications exceeded the initial retainer payment from the Debtor. The Debtor will pay the full requested amount of $8,761.88 from its accounts at its discretion.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: February 10, 2025

                                            /s/ Matt Christensen
                                      JOHNSON MAY
                                      Matthew T. Christensen
                                      Attorney for the Debtors

Case 24-40158-NGH    Doc 902    Filed 02/10/25    Entered 02/10/25 08:54:01    Desc Main
Document      Page 10 of 13

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 10th day of February, 2025, I caused to be served a true and correct copy of the foregoing JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 – Page 4

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

/s/ Matt Christensen
Matthew T. Christensen

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 – Page 5

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| **DATE** | **PROF** | **DESCRIPTION** | **UNITS** | **RATE** | **VALUE** |
| **B110 CASE ADMINISTRATION** | | | | | |
| 1/2/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Call with client team (.4); call with UCC professionals (.5). | 0.90 | $425.00 | $382.50 |
| 1/3/2025 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Attend Case Strategy meeting with MTC; Discuss fee application and objection to banker's fee application. | 0.10 | $150.00 | $15.00 |
| 1/6/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Update call with co-counsel. | 0.20 | $425.00 | $85.00 |
| 1/7/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Call with client team re: financial models. | 0.30 | $425.00 | $127.50 |
| 1/8/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Call with client team re: Conterra proposal and other issues (.5); prepare and file status report for 1/9 hearing (.2). | 0.70 | $425.00 | $297.50 |
| 1/9/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Call with client team (.2); call with MetLife counsel (.3). | 0.50 | $425.00 | $212.50 |
| 1/15/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Daily call with clients and other professionals (.3); call with Rob, Ken, Krystal re: RAF plan (.7); review RAF term sheet (.4). | 1.40 | $425.00 | $595.00 |
| 1/16/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Call with client team re issues (.4); call with ASchoulder re: RAF proposal (.3). | 0.70 | $425.00 | $297.50 |
| 1/20/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Call with client team (.4); call with co-counsel (.1); emails to RAF counsel re: document requests and meeting (.2). | 0.70 | $425.00 | $297.50 |
| 1/21/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Participate in call with UCC advisors (.6); phone call with co-counsel (.2); emails with RAF attorneys re: review of RAF proposal (.2). | 1.00 | $425.00 | $425.00 |
| 1/22/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Daily call with client team (.6); review email from Eric Clark and forward to clients (.1); call with Rob Marcus (.9) | 1.60 | $425.00 | $680.00 |
| 1/22/2025 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Analyze Idaho Jersey Girls December MOR and prepare for filing. | 0.20 | $150.00 | $30.00 |
| 1/22/2025 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Analyze East Valley Cattle December MOR and prepare for filing. | 0.20 | $150.00 | $30.00 |
| 1/22/2025 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Analyze Millenkamp Properties December MOR and prepare for filing. | 0.20 | $150.00 | $30.00 |
| 1/22/2025 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Analyze Millenkamp Properties II December MOR and prepare for filing. | 0.20 | $150.00 | $30.00 |
| 1/22/2025 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Analyze Millenkamp Family December MOR and prepare for filing. | 0.20 | $150.00 | $30.00 |
| 1/22/2025 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Analyze Goose Ranch December MOR and prepare for filing. | 0.20 | $150.00 | $30.00 |
| 1/22/2025 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Analyze Idaho Jersey Girls Jerome Dairy December MOR and prepare for filing. | 0.20 | $150.00 | $30.00 |
| 1/22/2025 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Analyze Black Pine Cattle December MOR and prepare for filing. | 0.20 | $150.00 | $30.00 |
| 1/22/2025 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Analyze Millenkamp Enterprises December MOR and prepare for filing. | 0.20 | $150.00 | $30.00 |
| 1/22/2025 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Analyze Millenkamp Cattle December MOR and accompanying bank statements (3.0); Finalize December MOR for filing (0.1). | 3.10 | $150.00 | $465.00 |
| 1/23/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Call with RAF attorneys and KMikkilineni (.4); call with KM (.2); follow-up call with ASchoulder (.3) | 0.90 | $425.00 | $382.50 |
| 1/24/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Participate in client call (1.2); follow-up call with KM (.1). | 1.30 | $425.00 | $552.50 |
| 1/27/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Prepare Notice of Appearance. | 0.10 | $150.00 | $15.00 |
| 1/27/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Call with Rob Marcus re: various issues (.6); call with co-counsel re: issues (.3); call with SSchwager (.1); emails with SSchwager (.1); emails with court clerk re: mediation scheduling (.2). | 1.30 | $425.00 | $552.50 |
| 1/17/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Call with client team (.5); call with Metlife (.5); receipt and review proposed plan terms from Met (.3). | 1.30 | $425.00 | $552.50 |
| 1/28/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Call with CRO and KM (1.3); emails with arbitration counsel (.2); call with client and arbitration counsel (.4); call with Western States attorney (.2); emails with RAF counsel re: plan ballots and submissions (.1). | 2.20 | $425.00 | $935.00 |
| 1/29/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK Call with client team (.5); call with MetLife attorneys (.4). | 0.90 | $425.00 | $382.50 |
| | | **Total:** | **21.00** | | **$7,522.50** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **B120 ASSET ANALYSIS AND RECOVERY** | | | | | | | |
| | 1/24/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Continue research re enforceability of intercreditor agmts in BK. | 2.00 | $425.00 | $850.00 |
| | 1/3/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Review & Research re: intercreditor agreements. | 2.40 | $425.00 | $1,020.00 |
| | | | | **Total:** | **4.40** | | **$1,870.00** |
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | | | | |
| | 1/6/2025 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Analyze December time entries (0.5); Prepare Exhibit A to December Fee Application (0.5). | 1.00 | $150.00 | $150.00 |
| | 1/6/2025 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Prepare December Cover Sheet (0.5); Prepare December Notice of December Fee Application (0.2). | 0.70 | $150.00 | $105.00 |
| | 1/6/2025 | ARD | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Revise Exhibit B to Johnson May's Second Interim Application for Fees and Costs (0.6); Revise Second Application of Interim Fees (0.2); Revise Notice of Second Interim Fee Application (0.2); Revise Order Approving Second Interim Fee Application (0.1). | 1.10 | $150.00 | $165.00 |
| | 1/6/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Update and file monthly fee app for Dec 2024 (.3); review and send to client for review 2nd interim fee app (.5). | 0.80 | $425.00 | $340.00 |
| | 1/7/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Finalize and file 2nd Interim Fee App. | 0.10 | $425.00 | $42.50 |
| | 1/9/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Attend hearing on CRO application and fee applications. | 0.80 | $425.00 | $340.00 |
| | | | | **Total:** | **4.50** | | **$1,142.50** |
| **B170 FEE/EMPLOYMENT OBJECTIONS** | | | | | | | |
| | 1/13/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Prepare and file Objection to Forbes Partners fee application. | 0.40 | $425.00 | $170.00 |
| | | | | **Total:** | **0.40** | | **$170.00** |
| **B185 ASSUMPTION/REJECTION OF LEASES AND CONTRACTS** | | | | | | | |
| | 1/24/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Emails with Western States attorney and client re: settlement of WS claim. | 0.30 | $425.00 | $127.50 |
| | | | | **Total:** | **0.30** | | **$127.50** |
| **B320 PLAN AND DISCLOSURE STATEMENT (INCLUDING BUSINESS PLAN)** | | | | | | | |
| | 1/31/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Call with CRO and KM (.6); review new plan model from Kati (.3); follow-up call with Marcus (.3). | 1.20 | $425.00 | $510.00 |
| | 1/13/2025 | MTC | 16641-001 - Millenkamp Cattle, Inc. - Chapter 11 BK | Call with Rabo counsel re: potential plan terms. | 0.80 | $425.00 | $340.00 |
| | | | | **Total:** | **2.00** | | **$850.00** |
| | | | | | | | |
| | | | | **FEES TOTAL:** | **32.60** | | **$11,682.50** |
| | | | | | | | |
| | | | | Staff Summary: | | | |
| | | Matt Christensen | | Matthew T. Christensen | 24.70 | $425.00 | $10,497.50 |
| | | Allison Daniels | | Allison R. Daniels | 7.90 | $150.00 | $1,185.00 |
| | | | | | 32.60 | | $11,682.50 |