Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com
      bwilson@hawleytroxell.com

Andrew J. Schoulder (*admitted pro hac vice*)
Francisco Vazquez (*admitted pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212.318.3030
Email: andrew.schoulder@nortonrosefulbright.com
      francisco.vazquez@nortonrosefulbright.com

Attorneys for Rabo AgriFinance LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
|---|---|
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

NOTICE OF RABO AGRIFINANCE LLC'S DISCLOSURE STATEMENT HEARING - 1

59797.0007.18189056.3

| ☐ Millenkamp Enterprises | Chapter 11 Cases |
| ☐ Idaho Jersey Girls Jerome Dairy | |

## NOTICE OF RABO AGRIFINANCE LLC'S DISCLOSURE STATEMENT HEARING

YOU ARE HEREBY NOTIFIED that the Secured Creditor Rabo AgriFinance LLC, in its capacity as agent and lender ("**RAF**"), has filed its proposed *Disclosure Statement for Chapter 11 for Millenkamp Cattle, Inc., and its Related Affiliates Proposed by Plan Proponents* (Dkt. No. 879, together with all attachments, the "**RAF Disclosure Statement**"), containing information concerning the Debtors in Possession and an explanation of the proposed *Chapter 11 Plan for Millenkamp Cattle, Inc., and its Related Debtor Affiliates Proposed by Plan Proponents* (Dkt. 880).

YOU ARE FURTHER NOTIFIED that a hearing to determine whether such statement contains adequate information as required by 11 U.S.C. § 1125, will be held before the Honorable Noah G. Hillen, on **April 3, and 4, 2025, at 9:00 a.m., mountain time**, or as soon thereafter as the hearing may be held. This hearing wil be in person at the United States Courthouse, 550 W. Fort Street, Boise, Idaho 83724.

Written objections and/or proposed modifications to RAF's Disclosure Statement must be filed not less than seven (7) days prior to the time set for the hearing.

YOU ARE FURTHER NOTIFIED that if the RAF Disclosure Statement is approved by the Court, a copy of the Order will be provided to all parties in interest along with the proposed Chapter 11 Plan of Reorganization, presented by RAF.

NOTICE OF RABO AGRIFINANCE LLC'S DISCLOSURE STATEMENT
HEARING - 2

59797.0007.18189056.3

Dated: February 13, 2025

HAWLEY TROXELL ENNIS & HAWLEY LLP

*/s/ Sheila R. Schwager*

Sheila R. Schwager, ISB No. 5059
Attorneys for Rabo AgriFinance LLC

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 13th day of February, 2025, I electronically filed the foregoing **NOTICE OF RABO AGRIFINANCE LLC'S DISCLOSURE STATEMENT HEARING** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| | |
|---|---|
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi Buck Morrison | heidi@racineolson.com, mandy@racineolson.com |
| Laura E Burri | lburri@morrowfischer.com; klee@morrowfischer.com |
| Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K Carter | kentcarter@grsm.com |
| Alexandra O Caval | alex@cavallawoffice.com;R71985@notify.bestcase.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com, |
| D Blair Clark | dbc@dbclarklaw.com, mbc@dbclarklaw.com |
| Eric R Clark | eclark101@hotmail.com, eclark@ericrclarkattorney.com |
| David A Coleman | david@colemanjacobsonlaw.com |
| William Reed Cotten | wrc@idlawfirm.com; bcl@idlawfirm.com |
| Thomas E Dvorak | ted@givenspursley.com; kad@givenspursley.com |
| Connor Bray Edlund | edlund@mwsslawyers.com, lemieux@mwsslawyers.com |
| Gery W Edson | gedson@gedson.com, tfurey@gedson.com |
| Jon B Evans | evans.jb@dorsey.com, sattler.carla@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| David W. Gadd | dwg@magicvalleylaw.com, |
| Kimbell D Gourley | kgourley@idalaw.com, shudson@idalaw.com |
| Daniel C Green | dan@racineolson.com, mcl@racinelaw.net |
| Matthew W Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com, julian-gurule-5732@ecf.pacerpro.com |
| Oren B. Haker | oren.haker@bhlaw.com |
| David A. Heida | david@heidalawoffice.com, eshippy@whitepeterson.com |
| R Ron Kerl | Ron@cooper-larsen.com, connie@cooper-larsen.com |
| Matthew Kremer | mkremer@omm.com, matthew-kremer-0858@ecf.pacerpro.com |
| David T Krueck | dkrueck@hawleytroxell.com, |
| John F Kurtz, Jr | jfk@kurtzlawllc.com, tnd@kurtzlawllc.com |
| Adam Aiken Lewis | alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jwm@elamburke.com, jh@elamburke.com |
| James Justin May | jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com |
| Zachery James McCraney | zjmccraney@hollandhart.com, cmcarvalho@hollandhart.com |

NOTICE OF RABO AGRIFINANCE LLC'S DISCLOSURE STATEMENT
HEARING - 4

59797.0007.18189056.3

| | |
|---|---|
| Christopher C. McCurdy | ccmccurdy@hollandhart.com; njhammond@hollandhart.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Rhett Michael Miller | rmiller@magicvalley.law |
| John D Munding | john@mundinglaw.com |
| Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com, anissly@spencerfane.com |
| Gabriel Luis Olivera | golivera@omm.com, gabriel-olivera-3960@ecf.pacerpro.com |
| Mark Bradford Perry | mbp@perrylawpc.com, |
| Scott C Powers | spowers@spencerfane.com, mwatson@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine Patrice Reynard | janine@averylaw.net, |
| Robert E Richards | robert.richards@dentons.com, docket.general.lit.chi@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Brian Michael Rothschild | brothschild@parsonsbehle.com, |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com, miranda-russell-6809@ecf.pacerpro.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A Sturzen | matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com, ckaiser@grsm.com |
| Kim J Trout | ktrout@trout-law.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Francisco Vazquez | francisco.vazquez@nortonrosefulbright.com |
| Joseph Mark Wager, Jr. | wager@mwsslawyers.com |
| Britta E Warren | britta.warren@bhlaw.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com, mreinhart@hawleytroxell.com |

And any others as listed on the Court's ECF Notice. In addition, the Notice was mailed to those identified on the attached Creditor's Matrix where indicated, which is attached hereto as <u>Exhibit A</u>.

_/s/ Sheila R. Schwager_
Sheila R. Schwager

NOTICE OF RABO AGRIFINANCE LLC'S DISCLOSURE STATEMENT
HEARING - 5

59797.0007.18189056.3

```
Label Matrix for local noticing          Krystal Rileah Mitchell              A1 Scott Jackson Trucking, Inc
0976-8                                   Dentons Davis Brown                  c/o Williams Meservy & Larsen, LLP
Case 24-40158-NGH                        215 10th St                          Post Office Box 168
District of Idaho                        Ste 1300                             153 East Main Street
Twin Falls                               Des Moines, IA 50309-3616            Jerome, ID 83338-2332
Thu Feb 13 10:44:37 MST 2025

AA Cow Comfort LLC                       ABS Global                           ARNOLD MACHINERY COMPANY
PO Box 307                               1525 River Rd.                       2975 West 2100 South
Kimberly, ID 83341-0307                  DeForest, WI 53532-2430              Salt Lake City, UT 84119-1273


Ad Hoc Committee of Corn Silage Growers  Addison Biological Laboratory, INC.  Airgas USA LLC
153 East Main Street                     507 North Cleveland St.              PO Box 734445
PO Box 168                               Fayette, MO 65248-1083               Chicago, IL 60673-4445
Jerome, ID 83338-0168


Airgas USA, LLC                          Alexander K. Reed                    Amalgamated Sugar
110 West 7th St. Suite 1400              4296 N 2100 E                        1951 S Saturn Way
Tulsa, OK 74119-1077                     Filer, ID 83328-5046                 Ste 100
                                                                              Boise, ID 83709-2924


American Calf Products (Golden State Mixing, American Express National Bank   Amory Securities LLC
25 D Street                              c/o Becket and Lee LLP               200 North Pacific Hwy
Turlock, CA 95380-5452                   PO Box 3001                          Suite 1525
                                         Malvern  PA 19355-0701               El Segundo, CA 90245


Bruce A. Anderson                        Automation Werx, LLC                 Automation Werx, LLC
820 East Neider Avenue                   Morrow & Fischer, PLLC               PO Box 3066
Suite 102                                4 Ogden Avenue                       Idaho Falls, ID 83403-3066
Coeur d'Alene, ID 83815-6007             Nampa, ID 83651-2371


c/o David A. Coleman B & H Farming       B & H Farming, an Idaho General Partnership  BS R Design Supplies
Coleman, Ritchie & Jacobson              PO Box 123                           198 Locust St S
PO BOX 525                               Rupert, ID 83350-0123                Twin Falls, ID 83301-7832
TWIN FALLS, ID 83303-0525


Richard Bernard                          Ron C Bingham II                     Blue Cross of Idaho
1177 Avenue of the Americas              3424 Peachtree Road NE               c/o D Blair Clark, Atty
1st Floor                                Suite 1600                           967 Parkcenter Blvd #282
New York, NY 10036-2714                  Atlanta, GA 30326-1139               Boise, ID 83706-6721


Blue Cross of Idaho                      Blue Cross of Idaho Health Service, Inc  Bo Stevenson dba B&A Farms
c/o D. Blair Clark, Attorney             c/o Law Office of D. Blair Clark PC  1001 S 1900 E
967 E. Parkcenter Blvd., #282            967 East Parkcenter Boulevard, #282  Hazelton, ID 83335-5451
Boise, ID 83706-6721                     Boise, ID 83706-6721


Randy A. Bartholomew                     Morton R Branzburg                   Heidi Buck Morrison
c/o Eric R. Clark, Attorney              Klehr Harrison Harvey Branzburg LLP  Racine Olson, PLLP
P.O. Box 2504                            1835 Market St                       201 East Center Street
Eagle, ID 83616-9118                     Suite 1400                           Pocatello, ID 83201-6329
                                         Philadelphia, PA 19103-2945
```

Bunge Canada
c/o David D. Farrell
THOMPSON COBURN LLP
One US Bank Plaza, Suite 2700
St. Louis, Missouri 63101-1693

Bunge Canada C/O David D Farrell
David D. Farrell, Esq.
One US Bank Plaza
Suite 2700
St. Louis, MO 63101-1616

Burks Tractor Company, Inc.
3140 Kimberly Road
Twin Falls, ID 83301-8516

Burks Tractor Company, Inc.
Loren B. Haker
Black Helterline LLP
805 SW Broadway Suite 1900
Portland, OR 97205-3359

Laura E Burri
Morrow & Fischer, PLLC
4 Ogden Avenue
83651
Nampa, ID 83651-2371

CNH Industrial Capital America LLC
Kent Carter/Gordon Rees
One North Franklin, Suite 800
Chicago, IL 60606-3422

Brett R Cahoon
DOJ-UST
550 West Fort St.
Ste 698
Boise, ID 83724-0101

Capitol One
PO Box 60599
City of Industry, CA 91716-0599

(p)CARNE I CORP
134 E HIGHWAY 81
BURLEY ID 83318-5427

D. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606-3422

William K Carter
Gordon Rees Scully Mansukhani, LLP
One North Wacker
Suite 1600
Chicago, IL 60606-2874

Alexandra O Caval
Caval Law Office, P.C.
POB 1716
Twin Falls, ID 83303-1716

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

(p)CENTURYTEL SERVICE GROUP LLC DBA CENTURYLI
931 14TH STREET 9TH FLOOR
DENVER CO 80202-2994

Matthew T. Christensen
199 N. Capitol Blvd.
Ste 200
Boise, ID 83702-6197

Matthew T. Christensen
Johnson May, PLLC
199 N. Capitol Blvd
Suite 200
Boise, ID 83702-6197

Christopher Camardello
1031 Mendota Heights Road
St. Paul, MN 55120-1419

Citi Cards
PO Box 78019
Phoenix, AZ 85062-8019

Blair Clark
57 E. Parkcenter Boulevard #282
Boise, ID 83706-6721

Eric R Clark
P.O. Box 2504
Eagle, ID 83616-9118

Clint D. Thompson
298 N 200 W
Jerome, ID 83338-5372

Coastline Equipment Company
300 E Overland Rd
Meridian, ID 83642-6665

David A Coleman
PO Box 525
Twin Falls, ID 83303-0525

Colonial Life
Processing Center
PO Box 1365
Columbia, SC 29202-1365

Connie Lapaseotes, Ltd.
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

Conrad Bishcoff Inc
2251 N Holmes
PO Box 50106
Idaho Falls, ID 83405-0106

Conterra Holdings, LLC d/b/a Conterra Ag Ca
Spencer Fane
1700 Lincoln Street
Suite 2000
Denver, CO 80203-4554

Conterra Holdings, LLC dba Conterra Ag Capit
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

William Reed Cotten
ROBINSON & COTTEN
P.O. Box 396
616 Fremont Street
Rupert, ID 83350-1611

Daimler Truck Financial Services USA LLC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664

airy Tech, LLC
031 Mendota Heights Road
. Paul, MN 55120-1419

Daritech
8540 Benson Rd
Lynden, WA 98264-9711

David Clark
Clark Ambulatory Clinic, Inc.
1019 E 1020 S
Albion, ID 83311

avis Livestock, Inc.
30 E Cannibal Rd
ewiston, UT 84320-2038

Douglas J. Grant
2050 E 500 S
Hazelton, ID 83335-5006

Dusty Brow Farms, Inc.
2601 E 1100 S
Hazelton, ID 83335-5623

omas E Dvorak
OB 2720
oise, ID 83701-2720

East Valley Development, LLC
c/o Avery Law
3090 E Gentry Way, Ste 250
Meridian, ID 83642-3596

East Valley Development, LLC
c/o Adam Lewis, Esq.
Morrison & Foerster LLP
425 Market St.
San Francisco CA 94105-2482

onnor Bray Edlund
cConnell, Wagner, Sykes, & Stacey PLLC
27 E. Park Blvd.
e 201
oise, ID 83712-7782

Gery W Edson
POB 448
Boise, ID 83701-0448

Edward Chojnacky
298 N 100 W
Jerome, ID 83338-5406

ide Bailly LLP
310 17th Ave S
argo, ND 58103-3339

Electrical Werx & Construction, LLC
PO Box 3066
Idaho Falls, ID 83403-3066

Elevation Electric, LLC
485 S IDAHO ST
WENDELL, ID 83355-5241

ric Clark
lark Associates
Box 2504
agle, ID 83616-9118

Jon B Evans
Dorsey & Whitney LLP
101 S Capitol Blvd
Suite 1100
Boise, ID 83702-7710

Evans Plumbing
111 Gulf Stream Lane
Hailey, ID 83333-7725

achary Fairlie
pencer Fane
00 Walnut
e 1400
ansas City, MO 64106-2168

Zachary Fairlie
Spencer Fane LLP
1000 Walnut Street
Suite 1400
Kansas City, MO 64106-2168

Brian Faria
Sawtooth Law Offices, PLLC
1101 W. River Street, Suite 110
83702
Boise, ID 83702-7067

armers Bank
Box 392
hl, ID 83316-0392

Fastenal Company
2001 Theurer Blvd.
ATTN: LEGAL
Winona, MN 55987-9902

Raff Ferraioli
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-0050

redin Brothers, Inc.
/o John O'Brien
pencer Fane
700 Lincoln Street, Suite 2000
enver, CO 80203-4554

(p)GJ VERTILINE PUMPS INC
PO BOX 892
TWIN FALLS ID 83303-0892

David W. Gadd
Stover, Gadd & Associates, PLLC
905 Shoshone St. N.
P.O. Box 1428
Twin Falls, ID 83303-1428

ale W. Harding and Associates
29 W 7th S
exburg, ID 83440-9600

Scott F Gautier
1800 Century Park East
Ste 1500
Los Angeles, CA 90067-1501

Givens Pursley LLP
Givens Pursley LLP
601 W. Bannock
P.O. Box 2720
Boise, ID 83701-2720

```
lanbia Foods Inc                    Kimbell D Gourley                    Grant & Hagan, Inc.
/o Robert A Faucher                 POB 1097                             P.O. Box 326
OB 2527                             Boise, ID 83701-1097                 Hazelton, ID 83335-0326
oise, ID 83701-2527


rant 4-D Farms LLC                  GreatAmerica Financial Services Corporation    Daniel C Green
07 E 600 N                          ATTN: Peggy Upton                    Racine Olson, PLLP
upert, ID 83350-9466                625 First St. SE                     201 East Center
                                    Cedar Rapids, IA 52401-2030          PO Box 1391
                                                                         Pocatello, ID 83204-1391


reen Source Automation, LLC         Matthew W Grimshaw                   Julian Gurule
506 Moore Road                      Grimshaw Law Group, P.C.             400 South Hope Street
eres, CA 95307-9402                 800 W. Main Street, Ste. 1460        Suite 1900
                                    Boise, ID 83702-5983                 Los Angeles, CA 90071-2811


ulian Gurule                        Julian Gurule                        Oren B. Haker
'Melveny & Meyers LLP               O'Melveny & Myers LLP                Black Helterline LLP
00 South Hope Street                400 South Hope Street                805 SW Broadway
uite 1900                           Ste 18th Floor                       Suite 1900
os Angeles, CA 90071-2811           Los Angeles, CA 90071-2801           Portland, OR 97205-3359


atfield Manufacturing Inc           Heeringa Construction LLC            David A Heida
323 Shoestring Rd                   18521 E Queen Creek Rd               Heida Law Office, PLLC
ooding, ID 83330-5361               #105-481                             Po Box 216
                                    Queen Creek, AZ 85142-5864           Kimberly, ID 83341-0216


ollifield Ranches, Inc.             IRS                                  Idaho AgCredit
2866 Highway 30                     Centralized Insolvency Oper.         c/o Daniel C. Green
ansen, ID 83334-5028                PO Box 7346                          Racine Olson, PLLP
                                    Philadelphia, PA 19101-7346          P. O. Box 1391
                                                                         Pocatello, ID 83204-1391


daho Dept of Lands                  Idaho Materials & Construction       Idaho State Brand Department
O Box 83720                         c/o Miller Nash LLP                  700 S. Stratford Dr.
oise, ID 83720-0003                 950 W Bannock St, Ste 1100           Meridian, ID 83642-6202
                                    Boise, ID 83702-6140


daho State Tax Commission           (p)INNOVATIVE FOOD SOLUTIONS USA LLC Interstate Billing Service, Inc
O Box 36                            134 E HIGHWAY 81                     PO box 2250
oise, ID 83722-0036                 BURLEY ID 83318-5427                 Decatur, AL 35609-2250


heodore Isbell                      J&C Hoof Trimming Inc.               J.D. Heiskell Holdings, LLC
xpert Consulting Services           3690 N 2570 E                        17220 Wright St, Ste 200
594 E 750 S                         Twin Falls, ID 83301-1004            Omaha, NE 68130-4667
eclo, ID 83323-6001


OHN DEERE FINANCIAL                 (p)JPMORGAN CHASE BANK  N A          JPMorgan Chase Bank, N.A.
/o Weltman, Weinberg & Reis Co., L.P.A.  BANKRUPTCY MAIL INTAKE TEAM     s/b/m/t Chase Bank USA, N.A.
55 Keynote Circle                   700 KANSAS LANE FLOOR 01             c/o National Bankruptcy Services, LLC
leveland, OH 44131-1829             MONROE LA 71203-4774                 P.O. Box 9013
                                                                         Addison, Texas 75001-9013
```

| | | |
|---|---|---|
| ake Millenkamp<br>719 River Road<br>ihl, ID 83316-5302 | James Farrell & Co<br>13810 SE Eastgate Way<br>Suite 520<br>Bellevue, WA 98005-4467 | Jean L. Thompson<br>255 N 250 W<br>Jerome, ID 83338-5363 |
| Jeffrey E. Rolig<br>P.O. Box 5455<br>Twin Falls, ID 83303-5455 | Jeffrey J. Grieve<br>P.O. Box 366<br>Twin Falls, ID 83303-0366 | John Deere Construction and Forestry Compan<br>c/o Weltman, Weinberg & Reis Co., L.P.A.<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 |
| John Deere Financial, f.s.b.<br>c/o Weltman, Weinberg & Reis Co., L.P.A.<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 | K R Rental Inc<br>256 A South 600 W<br>Heyburn, ID 83336-9750 | Kander LLC<br>2538 Carrolwood Road<br>Naperville, IL 60540-8395 |
| Keith D. and Janet Carlson<br>366 E 3800 N<br>Hansen, ID 83334-5012 | Kenworth Sales Company, Inc.<br>c/o Benoit Law<br>P.O. Box 366<br>Twin Falls, ID 83303-0366 | Kinghorn Medical LLC<br>248 S Cole Rd<br>Boise, ID 83709-0934 |
| Kraus Farms, LLC<br>55 South 400 West<br>Rupert, ID 83350-9672 | Matthew Kremer<br>7 Times Square<br>New York, NY 10036-6524 | Matthew Kremer<br>O'Melveny & Myers LLP<br>1301 Avenue of the Americas<br>Suite 1700<br>New York, NY 10019-6022 |
| David T Krueck<br>Hawley Troxell Ennis & Halwey LLP<br>877 W. Main St.<br>Suite 500<br>Ste 200<br>Boise, ID 83702-6030 | John F Kurtz Jr<br>Kurtz Law PLLC<br>910 W. Main<br>Suite 364<br>Boise, ID 83702-5740 | LES SCHWAB TIRE CENTERS OF IDAHO, LLC<br>PO BOX 5350<br>BEND, OR 97708-5350 |
| (p)LAND VIEW INC<br>ATTN DAN NOBLE<br>PO BOX 475<br>RUPERT ID 83350-0475 | Land View, Inc.<br>c/o Gery W. Edson<br>P.O. Box 448<br>Boise, ID 83701-0448 | Karyn Lloyd<br>Gordon Rees Scully Mansukhani, LLP<br>999 W Main Street<br>100<br>Boise, ID 83702-9001 |
| Karyn Lloyd<br>Gordon Rees Scully Mansukhani, LLP<br>999 W. Main Street, #100<br>Boise, ID 83702-9001 | MWI Veterinarian Supply, Inc.<br>3041 W PASADENA DRIVE<br>Boise, ID 83705-4776 | Jed W. Manwaring<br>Elam & Burke, P.A.<br>251 E Front Street<br>P.O. Box 1539<br>Ste 300<br>Boise, ID 83701-1539 |
| Lorenzo Marinuzzi<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019-0050 | James Justin May<br>Johnson May<br>199 N. Capitol Blvd.<br>Ste. 200<br>Boise, ID 83702-6197 | Zachery James McCraney<br>Holland & Hart LLP<br>800 W Main St #1750<br>Ste #1750<br>Boise, ID 83702-5974 |
| Christopher C. McCurdy<br>Holland & Hart LLP<br>800 West Main Street<br>Ste 1750<br>Boise, ID 83702-5974 | Merck Animal Health<br>Attn: Legal Dept-Animal Health<br>126 East Lincoln Avenue<br>Po Box 2000<br>Rahway, NJ 07065-0900 | MetLife Real Estate Lending LLC<br>c/o Kimbell D. Gourley<br>10801 Mastin Blvd<br>Suite 700<br>Overland Park, KS 66210-1673 |

| | | |
|---|---|---|
| MetLife Real Estate Lending, LLC<br>c/o Ron C. Bingham, II, Esq.<br>Adams and Reese LLP<br>3424 Peachtree Road, NE, Suite 1600<br>Atlanta, Georgia 30326-1139 | Metropolitan Life Insurance Company<br>c/o Kimbell D. Gourley<br>10801 Mastin BLVD<br>Suite 700<br>Overland Park, KS 66210-1673 | Metropolitan Life Insurance Company, a New<br>c/o Ron C. Bingham, II, Esq.<br>Adams and Reese LLP<br>3424 Peachtree Road, NE, Suite 1600<br>Atlanta, Georgia 30326-1139 |
| Michael Chojnacky<br>1 W 600 N<br>Jerome, ID 83338-5016 | William Millenkamp<br>471 N 300 W<br>Jerome, ID 83338-5078 | Millenkamp Cattle, Inc<br>471 North 300 West<br>Jerome, ID 83338-5078 |
| Rhett Michael Miller<br>Parsons, Loveland, Shirley & Lindstrom,<br>P.O. Box 910<br>Burley, ID 83318-0910 | Milner Hay<br>1154 W 200 S<br>Murtaugh, ID 83344-5388 | Moss Farms Operations, LLC<br>c/o Rhett M. Miller<br>P.O. Box 910<br>Burley, ID 83318-0910 |
| Moss Grain Partnership<br>c/o Rhett M. Miller<br>P.O. Box 910<br>Burley, ID 83318-0910 | Moss Grain Partnership<br>301 Scott Ave. Suite 4<br>Rupert, ID 83350-5100 | John D Munding<br>Munding, P.S.<br>309 E Farwell Rd<br>Ste 310<br>Spokane, WA 99218-8209 |
| NAPA Auto Parts<br>P.O. Box 1425<br>Twin Falls, ID 83303-1425 | Jason Ronald Naess<br>DOJ-UST<br>550 West Fort St.<br>Ste 698<br>Boise, ID 83724-0101 | James Niemeier<br>McGrath North<br>1601 Dodge Street<br>Suite 3700<br>Omaha, NE 68102-1627 |
| James J Niemeier<br>McGrath North Mullin & Kratz, PC LLO<br>1601 Dodge Street<br>Ste 3700<br>Omaha, NE 68102-1650 | Cooper Norman<br>PO Box 5399<br>Twin Falls, ID 83303-5399 | John O'Brien<br>Spencer Fane<br>1700 Lincoln Street<br>Ste 2000<br>Denver, CO 80203-4554 |
| John O'Brien<br>Spencer Fane LLP<br>1700 Lincoln Steet<br>Suite 2000<br>Denver, CO 80203-4554 | Gabriel L Olivera<br>7 Times Square<br>New York, NY 10036-6524 | Gabriel Luis Olivera<br>O'Melveny & Myers LLP<br>1301 Avenue of the Americas<br>Ste 1700<br>New York, NY 10019-6022 |
| Overhead Door<br>39 S. Locust<br>Twin Falls, ID 83301-7849 | PTG of Idaho, LLC<br>c/o Holland N. O'Neil, Foley & Lardner L<br>2021 McKinney Avenue, Ste. 1600<br>Dallas, TX 75201-3340 | Domenic E Pacitti<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801-3030 |
| Pan American Life Insurance<br>1778 N Plano Rd<br>Ste 310<br>Richardson, TX 75081-1958 | PerforMix Nutrition Systems<br>2201 N 20th Street<br>Nampa, ID 83687-6849 | PerforMix Nutrition Systems, LLC<br>MUNDING, P.S.<br>309 E. FARWELL RD., STE 310<br>Spokane, WA 99218-8209 |
| Mark Bradford Perry<br>Perry Law, P.C.<br>PB 637<br>Boise, ID 83701-0637 | Pivot Man Inc<br>Robin Jones<br>PO Box 355<br>Paul, ID 83347-0355 | Scott C Powers<br>Spencer Fane LLP<br>10 Exchange Place 11th Flr<br>Salt Lake City, UT 84111-2824 |

| | | |
|---|---|---|
| Prime Ridge Beef LLC<br>c/o John O'Brien<br>Spencer Fane<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203-4554 | Pro Rentals & Sales<br>PO Box 5450<br>C12<br>Kalispell, MT 59903-5450 | Pro Tech Service Company<br>1550 Kimberly Rd<br>Twin Falls, ID 83301-7341 |
| Progressive Dairy Service & Supplies Corp.<br>485 S. Idaho St.<br>Wendell, ID 83355-5241 | Progressive Dairy Service & Supply Corp.<br>485 S IDAHO ST<br>WENDELL, ID 83355-5241 | Quill Corporation<br>PO Box 102419<br>Columbia, SC 29224-2419 |
| Rabo AgriFinance LLC<br>c/o Sheila R. Schwager<br>P.O. Box 1617<br>Boise, ID 83701-1617 | Rabo AgriFinance LLC, as Administrative Agen<br>c/o Sheila Schwager<br>Hawley Troxell Ennis & Hawley, LLP<br>P.O. Box 1617<br>Boise, ID 83701-1617 | Raft River Rural Electric Cooperative, Inc.<br>c/o Rhett M. Miller<br>P.O. Box 910<br>Burley, ID 83318-0910 |
| Cheryl Rambo<br>Idaho State Police<br>700 S. Stratford Dr.<br>Meridian, ID 83642-6242 | Rexel USA, Inc dba Platt Electric Supply<br>McConnell Wagner Sykes + Stacey PLLC<br>827 E. Park Blvd, Ste. 201<br>Boise, ID 83712-7782 | Rexel USA, Inc dba Platt Electric Supply<br>827 E. Park Blvd, Ste. 201<br>Boise, Idaho 83712-7782 |
| Janine Patrice Reynard<br>Avery Law<br>3090 E. Gentry Way<br>Suite 250<br>Meridian, ID 83642-3596 | Robert E Richards<br>Dentons US LLP<br>233 South Wacker Drive<br>Ste 7800<br>Chicago, IL 60606-6459 | Robert E. Richards<br>233 South Wacker Drive<br>Suite 5900<br>Chicago, IL 60606-6361 |
| Holly Roark<br>Roark Law Offices<br>950 Bannock St. Ste. 1100<br>Boise, ID 83702-6140 | Roark Law Offices<br>950 Bannock St., 11th Fl.<br>Boise, ID 83702-5999 | Rocky Mountain Agronomics<br>1912 West Main Street<br>Burley, ID 83318-1611 |
| Rogers Machinery Company, Inc.<br>PO Box 230429<br>Portland, OR 97281-0429 | Evan Thomas Roth<br>1101 W. River St., Ste 110<br>Boise, ID 83702-7067 | Brian Michael Rothschild<br>Parsons Behle & Latimer<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT 84111-2218 |
| Tirzah R. Roussell<br>215 10th Street<br>Suite 1300<br>Des Moines, IA 50309-3616 | Tirzah R. Roussell<br>Dentons Davis Brown PC<br>The Davis Brown Tower<br>215 10th Street<br>Suite 1300<br>Des Moines, IA 50309-3621 | Miranda Russell<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019-0050 |
| Miranda K. Russell<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019-0050 | Sandton Capital Partners LP<br>16 W 46th Street, 1st Floor<br>New York, NY 10036-4503 | (p)SCHAEFFER MANUFACTURING COMPANY<br>ATTN DENIS MCCARTHY<br>2600 S BROADWAY<br>SAINT LOUIS MO 63118-1828 |
| Nikolaus F Schandlbauer<br>F Street NW<br>Suite 500<br>Washington DC 20001-6703 | Schmidt Cattle Hauling<br>848 E 3400 N<br>Castleford, ID 83321-6422 | Andrew Schoulder<br>1301 Avenue of The Americas<br>New York, NY 10019-6022 |

Andrew J. Schoulder
Norton Rose Fulbright US LLP
1301 Avenue of The Americas
New York, NY 10019-6022

Schow's Truck Center
PO Box 2208
Decatur, AL 35609-2208

Schuil Ag Real Estate Inc
5020 W Mineral King Ave
Visalia, CA 93291-5364

Sheila Rae Schwager
Hawley Troxell Ennis & Hawley, LLP
877 Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617

Sheila R. Schwager
Hawley Troxell ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701-1617

Six States Distributors Inc
29787 Network Place
Chicago, IL 60673-1297

Louis V. Spiker
Miller Nash LLP
950 W Bannock St, Ste 1100
Boise, ID 83702-6140

SprinklerShop Inc
PO Box 599
Paul, ID 83347-0599

St. Genetics
Inguran USA, INC.
22575 State Hwy 6 South
Navasota, TX 77868-8297

Standing 16 Ranch Land Company, LLC
335 W 300 N
Jerome, ID 83338-5217

Standlee Ag Resources
c/o Miller Nash LLP
950 W Bannock St, Ste 1100
Boise, ID 83702-6140

Standlee Ag Resources
c/o Miller Nash, LLP, Attn: Louis Spiker
950 W Bannock St, Ste 1100
Boise, ID 83702-6140

Star Falls Farms, LLC
908 E 1300 S
Hazelton, ID 83335-5428

Steel Ranch LLC
2597 E 1100 S
Hazleton, ID 83335-5621

Steven R. Hogan II
409 S. 17th Street #500
Omaha, NE 68102-2603

Michael R Stewart
200 Wells Fargo Center
0 South Seventh Street
Minneapolis, MN 55402-7508

Stotz Equipment
2670 Kimberly Rd E
Twin Falls, ID 83301-7984

Matthew A Sturzen
Sherman Sherman Johnnie & Hoyt, LLP
693 Chemeketa Street NE
Salem, OR 97301-3732

Summit Ag Appraisal Inc
95 S 1150 E
Albion, ID 83311-9710

The Dairy Solutions Group
409 S. 17th Street #500
Omaha, NE 68102-2603

The Forbes Securities Group LLC, DBA Forbes
6400 S Fiddlers Green Circle
Suite 850
Greenwood Village, CO 80111-4994

The Sprinkler Shop
P.O. Box 599
Paul, ID 83347-0599

Meredith Leigh Thielbahr
Gordon & Rees - Seattle
701 Fifth Avenue
Ste 2100
Seattle, WA 98104-7084

Triple C Farms, LLC
474 S 500 W
Jerome, ID 83338-6027

Tim J Trout
Trout Law, PLLC
1778 Plantation River Dr., Ste. 101
Boise, ID 83703-3086

US Commodities, LLC
730 Second Avenue S. Suite 700
Minneapolis, MN 55402-2480

US Trustee
550 West Fort St, Ste 698
Boise, ID 83724-0101

Uline
2575 Uline Drive
Pleasant Prairie, WI 53158-3686

United Electric Co-op, Inc.
c/o Rhett M. Miller
P.O. Box 910
Burley, ID 83318-0910

Valley Wide Cooperative Inc.
c/o David W. Gadd, Stover, Gadd & Assoc.
P.O. Box 1428
Twin Falls, ID 83303-1428

| | | |
|---|---|---|
| alley Wide Cooperative Inc.<br>/o David W. Gadd<br>:over, Gadd & Associates, PLLC<br>.O. Box 1428<br>win Falls, Idaho 83303-1428 | Lance Vandemark<br>Expert Consulting Services<br>2694 E 750 S<br>Declo, ID 83323-6001 | Francisco Vazquez<br>Norton Rose Fulbright<br>1301 Avenue if the Americas<br>New York, NY 10019-6022 |
| rancisco Vazquez<br>orton Rose Fulbright US LLP<br>301 Avenue of the Americas<br>ew York, NY 10019-6022 | Viserion Grain LLC<br>385 Broadway St<br>Boulder, CO 80305-3303 | Viserion Grain, LLC<br>c/o Sawtooth Law Offices, PLLC<br>213 Canyon Crest Dr., Ste 200<br>Twin Falls, ID 83301-3053 |
| iterra USA Grain, LLC<br>331 Capitol Ave.<br>maha, NE 68102-1197 | Viterra USA Grain, LLC and Viterra USA Ingre<br>c/o Racine Olson, PLLP<br>P.O. Box 1391<br>Pocatello, ID 83204-1391 | Viterra USA Ingredients, LLC<br>1331 Capitol Ave.<br>Omaha, NE 68102-1197 |
| ag Services, Inc.<br>121 W HARRISON ST<br>olleson, AZ 85353-3328 | Joseph Mark Wager Jr.<br>McConnell Wagner Sykes & Stacey<br>827 E Park Blvd Suite 201<br>Boise, ID 83712-7782 | Britta E Warren<br>Black Helterline LLP<br>805 SW Broadway Suite 1900<br>Portland, OR 97205-3359 |
| endell Truck and Auto<br>) Box 213<br>56 S Idaho St<br>endell, ID 83355-5209 | Western Construction Inc<br>PO Box 15569<br>Boise, ID 83715-5569 | Western States Equipment Co.<br>500 East Overland Road<br>Meridian, ID 83642-6606 |
| estway Feed<br>ARR Credit Services<br>444 N Country Club Rd<br>:e 200<br>icson, AZ 85716-0815 | Wilbur-Ellis Company LLC<br>c/o Matthew A. Sturzen<br>P.O. Box 2247<br>Salem, OR 97308-2247 | Wilbur-Ellis Nutrition, LLC<br>c/o Matthew A. Sturzen<br>PO Box 2247<br>Salem, OR 97308-2247 |
| illiams, Meservy & Larsen<br>ost Office Box 168<br>53 East Main Street<br>erome, ID 83338-2332 | Brent Russel Wilson<br>Hawley Troxell Ennis & Hawley, LLP<br>877 Main Street, Suite 200<br>Boise, ID 83702-6030 | Young CDJR of Burley, LLC<br>PO Box 1530<br>Layton, UT 84041-6553 |
| ouree Land & Livestock Inc.<br>953 North 3300 East<br>win Falls, ID 83301-0348 | c/o David A. Coleman Youree Land & Livestock<br>Coleman, Ritchie & Jacobson<br>PO BOX 525<br>TWIN FALLS, ID 83303-0525 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| arne I Corp.<br>34 E. Highway 81<br>irley, ID 83318 | CenturyTel Service Group, LLC dba CenturyLin<br>Lumen Technologies Group<br>931 14th Street, 9th Floor (Attn: Legal-<br>Denver, CO 80202 | G.J. Verti-Line Pumps, Inc.<br>PO Box 892<br>Twin Falls, ID 83303-0892 |

Innovative Food Solutions USA
Attn: Jordan Bowen
134 E. Highway 81
Burley, ID 83318

JP Morgan Chase
PO Box 6294
Carol Stream, IL 60197

Lane View, Inc
P.O. Box 475
Rupert, ID 83350


Schaeffer Manufacturing Company
c/o Denis McCarthy
500 S Broadway
St. Louis, MO 63118


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| #3924637 | (u)A K Trucking 1897 E 990 S Hazelton, ID 8333 | (u)Aden Brook Trading Corp |
| | A. Scott Jackson Trucking PO Box 56 Jerom | |
| | A. Scott JacksonTrucking Inc PO Box 56 J | |
| | ABS Global Inc Box 22144 Network Place C | |
| | Addison Biological Lab 507 N Cleveland S | |
| | Aden Brook Trading Corp PO Box 217 Montgo | |
| (d)Amalgamated Sugar Company<br>1951 S. Saturn Way<br>Suite 100<br>Boise, ID 83709-2924 | (d)Amalgamated Sugar Company<br>1951 S. Saturn Way, Suite 100<br>Boise, ID 83709-2924 | (d)Bruce A. Anderson<br>320 East Neider Avenue<br>Suite 102<br>Coeur d'Alene, ID 83815-6007 |
| (d)Badger Bearing PTP, Inc | (u)Brandy Ann Bartholomew | (d)Morton R. Branzburg<br>Klehr Harrison Harvey Branzburg, LLP<br>1835 Market Street<br>Suite 1400<br>Philadelphia, PA 19103-2945 |
| (d)CNH Industrial Capital America LLC | (d)Conterra Holdings, LLC dba Conterra Ag Cap<br>c/o John O'Brien<br>Spencer Fane<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203-4554 | (d)Elevation Electric, LLC<br>485 S. Idaho St.<br>Wendell, ID 83355-5241 |
| (d)David A. Heida<br>Heida Law Office, PLLC<br>P.O. Box 216<br>Kimberly, ID 83341-0216 | (d)David A. Heida<br>Heida Law Office, PLLC<br>P.O. Box 216<br>Kimberly, ID 83341-0216 | (u)JOHN DEERE FINANCIAL |
| (d)Kander, LLC | (u)MWI Veterinary Supply | (du)MWI Veterinary Supply Inc. |
| (d)McAlvain Concrete, Inc. | (d)Krystal R Mikkilineni<br>Dentons Davis Brown<br>215 10th St<br>Ste 1300<br>Des Moines, IA 50309-3616 | (d)Krystal R. Mikkilineni<br>Dentons Davis Brown<br>215 10th Street<br>Suite 1300<br>Des Moines, IA 50309-3616 |



```
)NameAddress1Address2Address3CityStateZip        (u)O'Melveny & Myers LLP              (u)Official Committee Of Unsecured Creditor
16 & West805 W Idaho StSte 300Boise
)20 Window ServicePO Box 6056Twin F
& K Trucking1897 E 990 SHazeltonI
. Scott Jackson TruckingPO Box 56Je
. Scott JacksonTrucking IncPO Box 56

)Oren B. Haker                                   (d)Progressive Dairy Service & Supply Corp.    (u)Rexel USA, Inc. dba Platt Electric Suppl
lack Helterline LLP                              485 S. Idaho St.
)5 SW Broadway Suite 1900                        Wendell, ID 83355-5241
)rtland, OR 97205-3359


)Rocky Mountain Agronomics, Inc.                 (d)Viserion Grain, LLC                End of Label Matrix
                                                 385 Broadway Street                  Mailable recipients   262
                                                 Boulder, CO 80305-3303               Bypassed recipients    29
                                                                                      Total                 291
```