Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com
bwilson@hawleytroxell.com

Andrew J. Schoulder (*admitted pro hac vice*)
Francisco Vazquez (*admitted pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212.318.3030
Email: andrew.schoulder@nortonrosefulbright.com
francisco.vazquez@nortonrosefulbright.com

Attorneys for Rabo AgriFinance LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

CERTIFICATE OF SERVICE - 1

59797.0007.18204943.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of February 2025, I caused to be served the *Disclosure Statement for Chapter 11 for Millenkamp Cattle, Inc. and its Related Debtor Affiliates Proposed by Plan Proponents* (Dkt. 879), and the *Chapter 11 Plan for Millenkamp Cattle, Inc. and its Related Debtor Affiliates Proposed by Plan Proponents* (Dkt. 880), on the CM/ECF Registered Participants via electronic notice; and on February 13, 2025, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), I caused to be served the *Disclosure Statement for Chapter 11 for Millenkamp Cattle, Inc. and its Related Debtor Affiliates Proposed by Plan Proponents* (Dkt. 879), and the *Chapter 11 Plan for Millenkamp Cattle, Inc. and its Related Debtor Affiliates Proposed by Plan Proponents* (Dkt. 880), and the *Notice of Rabo AgriFinance LLC's Disclosure Statement Hearing* (Dkt. 905), to those identified on the attached **Exhibit A**, via first class mail with postage prepaid.

Dated: February 13, 2025

HAWLEY TROXELL ENNIS & HAWLEY LLP

*/s/ Sheila R. Schwager*
Sheila R. Schwager, ISB No. 5059
Attorneys for Rabo AgriFinance LLC

CERTIFICATE OF SERVICE - 2

59797.0007.18204943.1

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that on this 13th day of February, 2025, I electronically filed the foregoing **CERTIFICATE OF SERVICE** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| | |
|---|---|
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi Buck Morrison | heidi@racineolson.com, mandy@racineolson.com |
| Laura E Burri | lburri@morrowfischer.com; klee@morrowfischer.com |
| Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K Carter | kentcarter@grsm.com |
| Alexandra O Caval | alex@cavallawoffice.com;R71985@notify.bestcase.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com, |
| D Blair Clark | dbc@dbclarklaw.com, mbc@dbclarklaw.com |
| Eric R Clark | eclark101@hotmail.com, eclark@ericrclarkattorney.com |
| David A Coleman | david@colemanjacobsonlaw.com |
| William Reed Cotten | wrc@idlawfirm.com; bcl@idlawfirm.com |
| Thomas E Dvorak | ted@givenspursley.com; kad@givenspursley.com |
| Connor Bray Edlund | edlund@mwsslawyers.com, lemieux@mwsslawyers.com |
| Gery W Edson | gedson@gedson.com, tfurey@gedson.com |
| Jon B Evans | evans.jb@dorsey.com, sattler.carla@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| David W. Gadd | dwg@magicvalleylaw.com, |
| Kimbell D Gourley | kgourley@idalaw.com, shudson@idalaw.com |
| Daniel C Green | dan@racineolson.com, mcl@racinelaw.net |
| Matthew W Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com, julian-gurule-5732@ecf.pacerpro.com |
| Oren B. Haker | oren.haker@bhlaw.com |
| David A. Heida | david@heidalawoffice.com, eshippy@whitepeterson.com |
| R Ron Kerl | Ron@cooper-larsen.com, connie@cooper-larsen.com |
| Matthew Kremer | mkremer@omm.com, matthew-kremer-0858@ecf.pacerpro.com |
| David T Krueck | dkrueck@hawleytroxell.com, |
| John F Kurtz, Jr | jfk@kurtzlawllc.com, tnd@kurtzlawllc.com |
| Adam Aiken Lewis | alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jwm@elamburke.com, jh@elamburke.com |
| James Justin May | jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com |
| Zachery James McCraney | zjmccraney@hollandhart.com, cmcarvalho@hollandhart.com |
| Christopher C. McCurdy | ccmccurdy@hollandhart.com; njhammond@hollandhart.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |

CERTIFICATE OF SERVICE - 3

| | |
|---|---|
| Rhett Michael Miller | rmiller@magicvalley.law |
| John D Munding | john@mundinglaw.com |
| Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com, anissly@spencerfane.com |
| Gabriel Luis Olivera | golivera@omm.com, gabriel-olivera-3960@ecf.pacerpro.com |
| Mark Bradford Perry | mbp@perrylawpc.com, |
| Scott C Powers | spowers@spencerfane.com, mwatson@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine Patrice Reynard | janine@averylaw.net, |
| Robert E Richards | robert.richards@dentons.com, docket.general.lit.chi@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Brian Michael Rothschild | brothschild@parsonsbehle.com, |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com, miranda-russell-6809@ecf.pacerpro.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A Sturzen | matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com, ckaiser@grsm.com |
| Kim J Trout | ktrout@trout-law.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Francisco Vazquez | francisco.vazquez@nortonrosefulbright.com |
| Joseph Mark Wager, Jr. | wager@mwsslawyers.com |
| Britta E Warren | britta.warren@bhlaw.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com, mreinhart@hawleytroxell.com |

And any others as listed on the Court's ECF Notice. In addition, this Certificate of Service was mailed to those identified attached **Exhibit A**.

*/s/ Sheila R. Schwager*
Sheila R. Schwager

CERTIFICATE OF SERVICE - 4

59797.0007.18204943.1

## EXHIBIT A

Millenkamp Cattle, Inc.
471 North 300 West
Jerome, Idaho 83338-5078

East Valley Cattle, LLC
741 North 300 West
Jerome, Idaho 83338-5078

Millenkamp Properties II LLC
471 North 300 West
Jerome, Idaho 83338-5078

Goose Ranch LLC
471 North 300 West
Jerome, Idaho 83338-5078

Millenkamp Enterprises LLC
471 North 300 West
Jerome, Idaho 83338-5078

Official Committee of Unsecured Creditors
c/o O'Melveny & Merys LLP
400 South Hope Street, Suite 1900
Los Angeles, California 90071

Official Committee of Unsecured Creditors
c/o O'Melveny & Merys LLP
1301 Avenue of the Americas, Suite 1700
New York, New York 10019

Idaho Jersey Girls LLC
471 North 300 West
Jerome, Idaho 83338-5078

Millenkamp Properties, L.L.C.
471 North 300 West
Jerome, Idaho 83338-5078

Millenkamp Family LLC
471 North 300 West
Jerome, Idaho 83338-5078

Black Pine Cattle LLC
471 North 300 West
Jerome, Idaho 83338-5078

Idaho Dairy Girls Jerome Dairy LLC
471 North 300 West
Jerome, Idaho 83338-5078

Securities and Exchange Commission
100 F. Street, NE
Washington, DC 20549

CERTIFICATE OF SERVICE - 5

59797.0007.18204943.1