Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com
        bwilson@hawleytroxell.com

Andrew J. Schoulder (pro hac vice)
Francisco Vazquez (pro hac vice)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212.318.3030
Email: andrew.schoulder@nortonrosefulbright.com
        francisco.vazquez@nortonrosefulbright.com

Attorneys for Rabo AgriFinance LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

1

59797.0007.18208429.1

| | |
|---|---|
| ☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Chapter 11 Cases |

### NOTICE OF EXTENSION OF REORGANIZATION TOGGLE DATE

Rabo AgriFinance LLC, in its capacity as agent and secured lender (the "Plan Proponents"), by and through its attorneys of record, hereby files this *Notice of Extension of Reorganization Toggle Date* extending the Toggle Date to **March 8, 2025**.

On February 3, 2025, the Plan Proponents filed the *Disclosure Statement for Chapter 11 for Millenkamp Cattle, Inc. and its Related Debtor Affiliates Proposed by Plan Proponents (Dkt. No. 879)* (the "Disclosure Statement") and the *Chapter 11 Plan for Millenkamp Cattle, Inc. and its Related Debtor Affiliates Proposed by the Plan Proponents (Dkt. No. 880)* (the "Toggle Plan").[1]

The Toggle Plan provides for the Reorganization Toggle as a means for implementation of the Toggle Plan. *See* Toggle Plan at Article 5 (pgs. 70-77). The Toggle Date upon which the Reorganization Toggle must be elected by the Debtors Millenkamp Cattle, Inc., *et al.* is today, February 14, 2025. *See* Toggle Plan at ¶ 6.1.1 (pg. 77).

In light of the *Order Referring Case to Settlement Judge and Vacating Hearing (Dkt. No. 903)*, the Plan Proponents hereby amend and modify the Toggle Plan to extend the Toggle Date from February 14, 2025, to March 8, 2025.

---

[1] All capitalized terms herein, unless otherwise indicated, have the same meaning as defined in the Disclosure Statement and the Toggle Plan.

NOTICE OF EXTENSION OF REORGANIZATION TOGGLE DATE - 2

59797.0007.18208429.1

Dated: February 14, 2025

HAWLEY TROXELL ENNIS & HAWLEY LLP

/s/ Brent R. Wilson
_____
Brent R. Wilson, ISB No. 8936
Attorneys for Rabo AgriFinance LLC

NOTICE OF EXTENSION OF REORGANIZATION TOGGLE DATE - 3

59797.0007.18208429.1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of February, 2025, I electronically filed the foregoing NOTICE OF EXTENSION OF REORGANIZATION TOGGLE DATE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine Patrice Reynard | janine@averylaw.net |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com |
| Zachary Fairlie | zfairlie@spencerfance.com |
| John O'Brien | jobrien@spencerfane.com |
| Gery W. Edson | gedson@gedson.com |
| Aaron Bell | abell@evanskeane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Karen Lloyd | klloyd@grsm.com |
| James Justin May | jjm@johnsonmaylaw.com |
| Rhett Michael Miller | rmiller@magicvalley.law |
| Robert E. Richards | robert.richards@dentons.com |

NOTICE OF EXTENSION OF REORGANIZATION TOGGLE DATE - 4

59797.0007.18208429.1

| | |
|---|---|
| Holly Roark | holly@roarklawboise.com |
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| John F. Kurtz, Jr. | jfk@kurtzlaw.com |

And any others receiving cm/ecf notices

/s/ Brent R. Wilson
Brent R. Wilson

NOTICE OF EXTENSION OF REORGANIZATION TOGGLE DATE - 5

59797.0007.18208429.1