Janine P. Reynard (ISB #6030)
AVERY LAW
3090 E. Gentry Way, Ste 250
Meridian, ID 83642
Telephone:  (208) 639-9400
Facsimile:  (208) 994-3182
Email:  janine@averylaw.net

-and-

Lorenzo Marinuzzi (admitted *pro hac vice*)
Raff Ferraioli (admitted *pro hac vice*)
Miranda Russell (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Email:  LMarinuzzi@mofo.com
        RFerraioli@mofo.com
        MRussell@mofo.com

*Attorneys for East Valley Development, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
|---|---|
| Filing Relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Family | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

NOTICE OF HEARING

PLEASE TAKE NOTICE that on the 13th day of March, 2025, at the hour of 12:30 p.m., *East Valley Development's Motion for Relief from the automatic Stay to Proceed with Arbitration* will be called for hearing by the Honorable Chief Judge Noah G. Hillen. Pursuant to General Order No. 360, this hearing will be conducted telephonically. Parties shall call into the number below at least ten (10) minutes prior to the start of the hearing. The courtroom deputy will take roll after which your phone should be placed on mute until the case is called. Once you are finished with your call you may hang up.

    Judge Hillen's Conference Number: 1-669-254-5252
    Access Code: 160-5422-0978

Dated: February 14, 2025

AVERY LAW

*/s/ Janine P. Reynard*
Janine P. Reynard (ISB #6030)

 -AND-

MORRISON & FOERSTER LLP
Lorenzo Marinuzzi (admitted pro hac vice)
Raff Ferraioli (admitted pro hac vice)
Miranda Russell (admitted pro hac vice)

*Attorneys for East Valley Development, LLC*