Janine P. Reynard (ISB #6030)
AVERY LAW
3090 E. Gentry Way, Ste 250
Meridian, ID 83642
Telephone: (208) 639-9400
Facsimile: (208) 994-3182
Email: janine@averylaw.net

-and-

Lorenzo Marinuzzi (admitted *pro hac vice*)
Raff Ferraioli (admitted *pro hac vice*)
Miranda Russell (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: LMarinuzzi@mofo.com
       RFerraioli@mofo.com
       MRussell@mofo.com

*Attorneys for East Valley Development, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
|---|---|
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Family | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

1

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

## CERTIFICATE OF SERVICE

COMES NOW, Janine P. Reynard, and hereby certifies that on February 14, 2025, I electronically filed *East Valley Development's Motion for Relief from the Automatic Stay to Proceed with Arbitration* (Doc 908) and a *Notice of Hearing* (Doc 909), on the CM/ECF system, which sent electronic notice to the following persons:

| | |
|---|---|
| Daniel C Green | dan@racineolson.com, mcl@racinelaw.net |
| Matthew W Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T Krueck | dkrueck@hawleytroxell.com |
| John F Kurtz, Jr | jfk@kurtzlawllc.com |
| Karyn Lloyd | klloyd@grsm.com |
| William K. Carter | kentcarter@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| James Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett Michael Miller | rmiller@magicvalley.law |
| John D Munding | john@mundinglaw.com |
| Jason Ronald Naess AUST | Jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Gabriel Luis Olivera | golivera@omm.com |
| Mark Bradford Perry | mbp@perrylawpc.com |
| Oren B. Haker | oren.haker@bhlaw.com |
| Britta E. Warren | britta.warren@bhlaw.com |
| Scott C Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Robert E Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

2

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila Rae Schwager | sschwager@hawleytroxell.com, jbrocious@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A Sturzen | matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| Kim J Trout | ktrout@trout-law.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Joseph Mark Wager, Jr. | wager@mwsslawyers.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com |
| Bruce Anderson | baafiling@eaidaho.com |
| Laura Burri | lburri@morrowfischer.com |
| David Coleman | david@colemanjacobsonlaw.com |
| Eric R Clark | eclark101@hotmail.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| W. Kent Carter | kentcarter@grsm.com |
| Matthew T. Christensen | mtc@johnsonmay.com |
| Thomas E. Dvorak | ted@givenspursley.com |
| Christopher McCurdy | ccmccurdy@hollandhart.com |
| Zachery J. McCraney | zjmccraney@hollandhart.com |
| Gery Edson | gedson@gedson.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Connor Bray Edlund | edlund@mwsslawyers.com |
| Kimbell Gourley | kgourley@idalaw.com |
| Alexandra Caval | alex@cavallawoffice.com |
| David W Gadd | dwg@magicvalleylaw.com |
| Brian Faria | brian@sawtoothlaw.com |
| Heidi Buck Morrison | heidi@racineolson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| William Reed Cotton | wrc@idlawfirm.com |

    And, I further certify that, on February 14, 2025, I served a true and correct copy of the above-referenced documents, upon the following person(s) by mailing with the necessary postage affixed thereto:

Bunge Canada
c/o David Farrell, Esq.
One Bank Plaza, Ste 2700
St. Louis, MO 63101

Davis Livestock, Inc.
780 E. Cannibal Rd
Lewiston, UT 84320

The Forbes Securities Group, LLC
Dba Forbes Partners as Investment Banker
6400 S Fiddlers Green Circle, Ste 850
Greenwood Village, CO 80111

Theodore Isbell
Expert Consulting Services
2694 E 750 S
Declo, ID 83323

Gale W. Harding and Associates
329 W 7th S
Rexburg, ID 83440

Kander, LLC
2538 Carrolwood Road
Naperville, IL 60540

3

| | |
|---|---|
| Amory Securities LLC<br>200 North Pacific Highway, Ste 1525<br>El Segundo, CA 90245 | Lance Vandemark<br>Expert Consulting Services<br>2694 E 750 S<br>Declo, ID 83323 |
| Dated: February 14, 2025 | */s/ Janine P. Reynard*<br>Janine P. Reynard |

4