Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>　　　　Debtor. | Case No. 24-40158-NGH<br>Chapter 11 |
| Filing relates to:<br><br>☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JANUARY 2025 - 1**

**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR
ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR JANUARY 2025**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR,S COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER
INTERESTED PARTIES**

**PLEASE TAKE NOTICE** that the professionals listed on **Exhibit A** hereto (the "Professionals") have applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing January 1, 2025, and ending January 31, 2025 (the "Application Period"). As detailed on Exhibit A, the Professionals seek allowance and payment of interim compensation for 75% of fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee and Expense Reimbursement Procedures* (Dkt. 303), entered on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States trustee, the Debtors, and any Official Committee of Unsecured Creditors appointed herein.

If any objection is timely filed and served, the Debtors will pay the Professionals whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING February 18, 2025.

DATED this 18th day of February, 2025.

GIVENS PURSLEY LLP


By  /s/ Thomas E. Dvorak
    Thomas E. Dvorak – Of the Firm
    Special Counsel for the Debtors

`

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of February, 2025, I filed the foregoing **NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JANUARY 2025** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Morton R. Branzburg**
mbranzburg@klehr.com

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**William K. Carter**
kentcarter@grsm.com

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**Brian Faria**
brian@sawtoothlaw.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Adam Aiken Lewis**
alewis@mofo.com

**Karyn Lloyd**
klloyd@grsm.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**John D. Munding**
john@mundinglaw.com

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**James Niemeier**
jniemeier@mcgrathnorth.com

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JANUARY 2025 - 5**

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-
9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**Joseph Mark Wager**
wager@mwsslawyers.com
wstewart@mwsslawyers.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

**Brent R. Wilson**
bwilson@hawleytroxell.com
amay@hawleytroxell.com

      AND, I FURTHER CERTIFY that on such date I served the foregoing **NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JANUARY 2025** on the following non-CM/ECF Registered Participants in the manner indicated:

Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID 83338

    (X) U.S. Mail, Postage Prepaid
    ( ) Hand Delivered
    ( ) Overnight Mail
    ( ) Facsimile

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

    (X) U.S. Mail, Postage Prepaid
    ( ) Hand Delivered
    ( ) Overnight Mail
    ( ) Facsimile

Ron C. Bingham
3424 Peachtree Road NE, Ste. 1600
Atlanta, GA 30326

    (X) U.S. Mail, Postage Prepaid
    ( ) Hand Delivered
    ( ) Overnight Mail
    ( ) Facsimile

Morton R Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market St., Ste. 1400
Philadelphia, PA 19103

    (X) U.S. Mail, Postage Prepaid
    ( ) Hand Delivered
    ( ) Overnight Mail
    ( ) Facsimile

Bunge Canada C/O David D. Farrell
David D. Farrell. Esq.
One Bank Plaza, Ste. 2700
St. Louis, MO 63101

    (X) U.S. Mail, Postage Prepaid
    ( ) Hand Delivered
    ( ) Overnight Mail
    ( ) Facsimile

W. Kent Carter
One North Franklin, Ste. 800
Chicago, IL 60606

    (X) U.S. Mail, Postage Prepaid
    ( ) Hand Delivered
    ( ) Overnight Mail
    ( ) Facsimile

Davis Livestock, Inc.                          (X) U.S. Mail, Postage Prepaid
780 E Cannibal Rd                              ( ) Hand Delivered
Lewiston, UT 84320                             ( ) Overnight Mail
                                               ( ) Facsimile


Scott F. Gautier                               (X) U.S. Mail, Postage Prepaid
1800 Century Park East, Ste. 1500              ( ) Hand Delivered
Los Angeles, CA 90067                          ( ) Overnight Mail
                                               ( ) Facsimile


Oren Buchanan Haker                            (X) U.S. Mail, Postage Prepaid
Black Helterline LLP                           ( ) Hand Delivered
805 SW Broadway, Ste. 1900                     ( ) Overnight Mail
Portland, OR 97205                             ( ) Facsimile


Zachery J McCraney                             (X) U.S. Mail, Postage Prepaid
Holland & Hart                                 ( ) Hand Delivered
P.O. Box 2527                                  ( ) Overnight Mail
800 W Main Street, Ste 1750                    ( ) Facsimile
Boise, ID 83701


Cooper Norman                                  (X) U.S. Mail, Postage Prepaid
P.O. Box 5399                                  ( ) Hand Delivered
Twin Falls, ID 83303                           ( ) Overnight Mail
                                               ( ) Facsimile


Domenic E Pacitti                              (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP            ( ) Hand Delivered
919 Market Street, Ste. 1000                   ( ) Overnight Mail
Wilmington, DE 19801                           ( ) Facsimile


Nikolaus F Schandlbauer                        (X) U.S. Mail, Postage Prepaid
20 F Street NW, Ste. 500                       ( ) Hand Delivered
Washington DC, 20001                           ( ) Overnight Mail
                                               ( ) Facsimile


Michael R Stewart                              (X) U.S. Mail, Postage Prepaid
2200 Wells Fargo Center                        ( ) Hand Delivered
90 South Seventh Street                        ( ) Overnight Mail
Minneapolis, MN 55402                          ( ) Facsimile


**NOTICE OF GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
JANUARY 2025 - 8**

Summit Ag Appraisal Inc                              (X) U.S. Mail, Postage Prepaid
995 S 1150 E                                         ( ) Hand Delivered
Albion, ID 83311                                     ( ) Overnight Mail
                                                     ( ) Facsimile

The Forbes Securities Group LLC, DBA Forbes          (X) U.S. Mail, Postage Prepaid
Partners as Investment Banker                        ( ) Hand Delivered
6400 S Fiddlers Green Circle, Ste. 850               ( ) Overnight Mail
Greenwood Village, CO 80111                          ( ) Facsimile


                                    _____/s/ Thomas E. Dvorak_____
                                    Thomas E. Dvorak

Exhibit A

Exhibit A

Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | |
| MILLENKAMP CATTLE, INC., | Case No. 24-40158-NGH |
| | Chapter 11 |
| Debtor. | |
| Filing relates to: | |
| | Jointly Administered With |
| ☒ ALL DEBTORS | Case Nos.: |
| ☐ Millenkamp Cattle, Inc. | |
| ☐ Idaho Jersey Girls | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ East Valley Cattle | 24-40160-NGH (East Valley Cattle) |
| ☐ Millenkamp Properties | 24-40161-NGH (Millenkamp Properties) |
| ☐ Millenkamp Properties II | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Family | 24-40163-NGH (Millenkamp Family) |
| ☐ Goose Ranch | 24-40164-NGH (Goose Ranch) |
| ☐ Black Pine Cattle | 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Enterprises | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Idaho Jersey Girls Jerome Dairy | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 - 1**

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE MONTH OF JANUARY 2025**

Givens Pursley LLP (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses the Month of January 2025 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Dkt. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A.     The Firm is Special Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor") by virtue of the Application to Employ Special Counsel for Debtor in Possession (Dkt. 511) and the Court's Order Authorizing Employment of Special Counsel (Dkt. 577), entered on August 27, 2024. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B.     The Firm billed a total of $12,018.33 in fees and expenses during the Application Period. The total fees represent 32.30 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| January 1-31, 2025 | $11,551.00 | $467.33[1] | $12,018.33 |

---

[1] The expenses included in this January 2025 cover sheet are from dates in December 2024 but were not included on the Firm's December 2024 cover sheet application (Dkt. 858).

C.       Accordingly, the Firm seeks allowance of interim compensation in the amount of $9,130.58 at this time. This total is comprised as follows: $8,663.25 (75% of the fees for services rendered) and $467.33 in costs (100% of the expenses incurred).

D.       Attached hereto as **Exhibit A** is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E.       Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

F.       The Firm does not have any funds in its client trust account on behalf of the Debtor. Accordingly, the Debtor will pay the full requested amount of $9,130.58 from its accounts at its discretion.

WHEREFORE, the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATED this 18th day of February, 2025.

GIVENS PURSLEY LLP

By   /s/ Thomas E. Dvorak
      Thomas E. Dvorak – Of the Firm
      Special Counsel for the Debtors

`

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day February, 2025, I filed the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Morton R. Branzburg**
mbranzburg@klehr.com

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**William K. Carter**
kentcarter@grsm.com

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**Brian Faria**
brian@sawtoothlaw.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**Adam Aiken Lewis**
alewis@mofo.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
duskin@evanskeane.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**John D. Munding**
john@mundinglaw.com

**James Niemeier**
jniemeier@mcgrathnorth.com

**Robert A Faucher**
rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com
spturner@hollandhart.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Karyn Lloyd**
klloyd@grsm.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 - 6**

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Robert E. Richards**
robert.richards@dentons.com
docket.general.lit.chi@dentons.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-
9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
JANUARY 2025 - 7**

**Joseph Mark Wager**
wager@mwsslawyers.com
wstewart@mwsslawyers.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

**Brent R. Wilson**
bwilson@hawleytroxell.com
amay@hawleytroxell.com

AND, I FURTHER CERTIFY that on such date I served the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025** on the following non-CM/ECF Registered Participants in the manner indicated:

Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID 83338

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Ron C. Bingham
3424 Peachtree Road NE, Ste. 1600
Atlanta, GA 30326

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Morton R Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market St., Ste. 1400
Philadelphia, PA 19103

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Bunge Canada C/O David D. Farrell
David D. Farrell. Esq.
One Bank Plaza, Ste. 2700
St. Louis, MO 63101

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

W. Kent Carter
One North Franklin, Ste. 800
Chicago, IL 60606

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Davis Livestock, Inc.                          (X) U.S. Mail, Postage Prepaid
780 E Cannibal Rd                              (  ) Hand Delivered
Lewiston, UT 84320                             (  ) Overnight Mail
                                               (  ) Facsimile


Scott F. Gautier                               (X) U.S. Mail, Postage Prepaid
1800 Century Park East, Ste. 1500              (  ) Hand Delivered
Los Angeles, CA 90067                          (  ) Overnight Mail
                                               (  ) Facsimile


Oren Buchanan Haker                            (X) U.S. Mail, Postage Prepaid
Black Helterline LLP                           (  ) Hand Delivered
805 SW Broadway, Ste. 1900                     (  ) Overnight Mail
Portland, OR 97205                             (  ) Facsimile


Zachery J McCraney                             (X) U.S. Mail, Postage Prepaid
Holland & Hart                                 (  ) Hand Delivered
P.O. Box 2527                                  (  ) Overnight Mail
800 W Main Street, Ste 1750                    (  ) Facsimile
Boise, ID 83701


Cooper Norman                                  (X) U.S. Mail, Postage Prepaid
P.O. Box 5399                                  (  ) Hand Delivered
Twin Falls, ID 83303                           (  ) Overnight Mail
                                               (  ) Facsimile


Domenic E Pacitti                              (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP            (  ) Hand Delivered
919 Market Street, Ste. 1000                   (  ) Overnight Mail
Wilmington, DE 19801                           (  ) Facsimile


Nikolaus F Schandlbauer                        (X) U.S. Mail, Postage Prepaid
20 F Street NW, Ste. 500                       (  ) Hand Delivered
Washington DC, 20001                           (  ) Overnight Mail
                                               (  ) Facsimile


Michael R Stewart                              (X) U.S. Mail, Postage Prepaid
2200 Wells Fargo Center                        (  ) Hand Delivered
90 South Seventh Street                        (  ) Overnight Mail
Minneapolis, MN 55402                          (  ) Facsimile


**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
JANUARY 2025 - 9**

| | |
|---|---|
| Summit Ag Appraisal Inc<br>995 S 1150 E<br>Albion, ID 83311 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| The Forbes Securities Group LLC, DBA Forbes<br>Partners as Investment Banker<br>6400 S Fiddlers Green Circle, Ste. 850<br>Greenwood Village, CO 80111 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

_/s/ Thomas E. Dvorak_
Thomas E. Dvorak

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
JANUARY 2025 - 10**

Exhibit A

Exhibit A

**Time Report from January 1-31, 2025**

Millenkamp Cattle (11054)

| Date | Initials | Professional Name | Units | Rate | Amount | Narrative |
|------|----------|-------------------|-------|------|--------|-----------|
| **B110 - CASE ADMINISTRATION** | | | | | | |
| 01/17/2025 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Telephone conference with D. Heida regarding filing considerations and pro hac vice appearance by East Valley Development in bankruptcy. |
| | | | **0.20** | | **$90.00** | |
| **B140 - RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS** | | | | | | |
| 01/28/2025 | JJB | Jason J. Blakley | 0.50 | $350.00 | $175.00 | Call with bankruptcy counsel and D. Heida regarding East Valley Development's request for stay relief to pursue claims in arbitration. |
| 01/28/2025 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence with M. Christensen and J. Blakley regarding arbitration and specific issues related thereto. |
| 01/28/2025 | JJB | Jason J. Blakley | 0.50 | $350.00 | $175.00 | Continue ascertaining strategy for response to East Valley Development for stay relief to pursue claims in the arbitration. |
| | | | **1.20** | | **$393.00** | |
| **B160 - FEE/EMPLOYMENT APPLICATIONS** | | | | | | |
| 01/03/2025 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to L. Nelson regarding expiration of time for objections to November 2024 fee application and request for payment. |
| 01/06/2025 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Correspondence regarding December cover sheet application for the firm and for expert witness. |
| 01/07/2025 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence regarding terms of employment as special counsel. |
| 01/07/2025 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Begin to prepare December cover sheet application. |
| 01/14/2025 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Draft November 2024 cover sheet application and notice thereof. |
| 01/14/2025 | KAD | Keri Moody | 0.70 | $215.00 | $150.50 | Review, revise, and code December 2024 time for fee application. |
| 01/15/2025 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to L. Nelson regarding December 2024 cover sheet application and notice thereof. |
| 01/15/2025 | KAD | Keri Moody | 0.40 | $215.00 | $86.00 | Finalize and file December 2024 cover sheet and notice thereof. |
| | | | **2.40** | | **$516.00** | |
| **B210 - BUSINESS OPERATIONS** | | | | | | |
| 01/23/2025 | CSB | Charlie Baser | 0.20 | $325.00 | $65.00 | Email correspondence with D. Heida in light of reinstated beneficial ownership reporting requirement. |
| | | | **0.20** | | **$65.00** | |
| **L110 - FACT INVESTIGATION/DEVELOPMENT** | | | | | | |
| 01/02/2025 | TED | Thomas E. Dvorak | 0.80 | $450.00 | $360.00 | Research on various claims made including Home Ownership and Equity Protection Act. |
| 01/06/2025 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Research history of Washington lawsuit regarding environmental issues. |
| 01/06/2025 | LEM | L. Edward Miller | 0.60 | $550.00 | $330.00 | Call with B. Millenkamp regarding environmental suits by DEQ. |
| 01/07/2025 | LEM | L. Edward Miller | 0.50 | $550.00 | $275.00 | Research history of Washington environmental suit regarding dairy per B. Millenkamp request. |
| 01/15/2025 | MWT | Martha W. Turner | 0.80 | $185.00 | $148.00 | Review and analyze post default correspondence. |
| 01/15/2025 | MWT | Martha W. Turner | 0.40 | $185.00 | $74.00 | Research applicable arbitration rules. |
| 01/27/2025 | JJB | Jason J. Blakley | 1.00 | $350.00 | $350.00 | Begin ascertaining content for discovery requests to East Valley Development. |
| | | | **4.30** | | **$1,647.00** | |
| **L112 - ANALYSIS/STRATEGY** | | | | | | |
| 01/07/2025 | PNC | Preston Carter | 0.30 | $400.00 | $120.00 | Strategize regarding possible actions to take in light of recent environmental lawsuits against dairies. |
| 01/10/2025 | PNC | Preston Carter | 1.10 | $400.00 | $440.00 | Review complaints and related documents to prepare for discussion with client. |
| 01/14/2025 | LEM | L. Edward Miller | 2.10 | $550.00 | $1,155.00 | Meeting and conference call with B. Millenkamp, P. Carter and D. Heida. |
| 01/14/2025 | PNC | Preston Carter | 0.10 | $400.00 | $40.00 | Outline talking points for meeting to identify proactive steps regarding recent lawsuits. |
| 01/15/2025 | LEM | L. Edward Miller | 0.50 | $550.00 | $275.00 | Further strategy call with B. Millenkamp. |
| 01/15/2025 | PNC | Preston Carter | 0.20 | $400.00 | $80.00 | Call with E. Miller regarding follow-up to strategy meeting. |
| 01/23/2025 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Office conference regarding next steps in mediation. |
| 01/24/2025 | JJB | Jason J. Blakley | 1.00 | $350.00 | $350.00 | Continue ascertaining strategy and process for arbitration. |

| Date | Initials | Professional Name | Units | Rate | Amount | Narrative |
|------|----------|-------------------|-------|------|--------|-----------|
| 01/27/2025 | JJB | Jason J. Blakley | 0.50 | $350.00 | $175.00 | Call with client and D. Heida to discuss strategy and matters related to arbitration. |
| 01/27/2025 | JJB | Jason J. Blakley | 1.50 | $350.00 | $525.00 | Review and assimilate contract documents in light of call with client and D. Heida and continue ascertaining strategy and next steps in arbitration. |
| 01/29/2025 | JJB | Jason J. Blakley | 0.30 | $350.00 | $105.00 | Call with counsel for East Valley Development to discuss pursuing arbitration claims in bankruptcy as an adversary proceeding. |
| 01/31/2025 | KAD | Keri Moody | 0.30 | $215.00 | $64.50 | Correspondence regarding proposed strategy for arbitration conference, specific issues for consideration relate to arbitration or alternative adversary proceeding, and response to area identified for discussion at the arbitration conference. |
| 01/31/2025 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Discuss arbitration complaint, arbitration conference and related strategy and action items. |
| | | | **8.40** | | **$3,507.50** | |

**L210 - PLEADINGS**

| Date | Initials | Professional Name | Units | Rate | Amount | Narrative |
|------|----------|-------------------|-------|------|--------|-----------|
| 01/02/2025 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Receive and review copy of complaint against Simplot for environmental damage. |
| 01/06/2025 | TED | Thomas E. Dvorak | 0.40 | $450.00 | $180.00 | Telephone conference with D. Heida regarding finalizing complaint. |
| 01/14/2025 | PNC | Preston Carter | 2.00 | $400.00 | $800.00 | Review complaint in citizen-suit. |
| 01/14/2025 | PNC | Preston Carter | 0.50 | $400.00 | $200.00 | Review complaint in IDEQ/ISDA enforcement action. |
| 01/14/2025 | PNC | Preston Carter | 0.90 | $400.00 | $360.00 | Review most recent pleadings to confirm status of RCRA claim. |
| 01/15/2025 | TED | Thomas E. Dvorak | 0.40 | $450.00 | $180.00 | Review potential exhibits to arbitration complaint. |
| 01/15/2025 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Conference with J. Blakley regarding finalizing arbitration filing. |
| 01/15/2025 | MWT | Martha W. Turner | 0.20 | $185.00 | $37.00 | Research applicable filing fee. |
| 01/15/2025 | MWT | Martha W. Turner | 0.50 | $185.00 | $92.50 | Review and revise demand for arbitration to include all such correspondence and exhibits. |
| 01/16/2025 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Telephone conference with D. Heida regarding arbitration complaint. |
| 01/16/2025 | TED | Thomas E. Dvorak | 0.90 | $450.00 | $405.00 | Draft and revise arbitration complaint. |
| 01/17/2025 | TED | Thomas E. Dvorak | 0.10 | $450.00 | $45.00 | Review and revise cover page for arbitration demand. |
| 01/17/2025 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Office conference with M. Turner regarding clerk's request to schedule trial and expert witness schedules. |
| 01/17/2025 | TED | Thomas E. Dvorak | 0.60 | $450.00 | $270.00 | Review and revise and finalize complaint. |
| 01/17/2025 | MWT | Martha W. Turner | 2.90 | $185.00 | $536.50 | Finalize and file demand for arbitration. |
| 01/20/2025 | DZG | Don Gray | 0.10 | $320.00 | $32.00 | Correspondence with Court regarding trial dates. |
| 01/22/2025 | JJB | Jason J. Blakley | 2.00 | $350.00 | $700.00 | Review and assimilate arbitration complaint and correspondence in file relevant to the claims asserted and begin ascertaining next steps with respect to arbitration process and strategy. |
| 01/23/2025 | JJB | Jason J. Blakley | 2.50 | $350.00 | $875.00 | Continue reviewing and assimilating arbitration complaint, identifying claims, reviewing contract documents to ascertain the proof necessary to establish validity of claims, and identifying the supporting evidence for each claim. |
| 01/24/2025 | JJB | Jason J. Blakley | 0.30 | $350.00 | $105.00 | Correspondence with D. Heida regarding arbitration matters. |
| 01/31/2025 | KAD | Keri Moody | 0.30 | $215.00 | $64.50 | Review arbitration complaint. |
| | | | **15.60** | | **$5,332.50** | |
| | | | **32.30** | | **$11,551.00** | |

| | | Staff Summary: | | | |
|---|-----|-------------------|-------|---------|-----------|
| | LEM | L. Edward Miller | 3.90 | $550.00 | $2,145.00 |
| | TED | Thomas E. Dvorak | 4.70 | $450.00 | $2,115.00 |
| | PNC | Preston Carter | 5.10 | $400.00 | $2,040.00 |
| | JJB | Jason J. Blakley | 10.10 | $350.00 | $3,535.00 |
| | CSB | Charlie Baser | 0.20 | $325.00 | $65.00 |
| | DZG | Don Gray | 0.10 | $320.00 | $32.00 |
| | KAD | Keri Moody | 3.40 | $215.00 | $731.00 |
| | MWT | Martha W. Turner | 4.80 | $185.00 | $888.00 |
| | | | **32.30** | | **$11,551.00** |

**Cost Report for January 2025 Cover Sheet Application**

Millenkamp Cattle (11054)

| Date | Narrative | Amount |
|------|-----------|-------:|
| 12/04/2024 | US Patent and Trademark Office -  File Request for Extension | $375.00 |
| 12/06/2024 | Registered mail to East Valley Development, LLC, Newport Beach, California | $11.82 |
| 12/06/2024 | Registered mail to W. Flanagan, VP, Strategic Development, East Valley Development, LLC, Newport Beach, California | $11.82 |
| 12/06/2024 | Registered mail to A. Lewis, M. Russell, Morrison & Foerster LLP, San Francisco, California | $11.82 |
| 12/13/2024 | Registered mail to East Valley Development, LLC, Newport Beach, California | $9.64 |
| 12/13/2024 | Registered mail to W. Flanagan, VP, Strategic Development, East Valley Development, LLC, Newport Beach, California | $9.64 |
| 12/13/2024 | Registered mail to A. Lewis, M. Russell, Morrison & Foerster LLP, San Francisco, California | $9.64 |
| 12/27/2024 | Elmore County, Copy of Complaint | $27.95 |
| | | **$467.33** |