Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
Suzanne Jaderholm, ISB: 12555
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
jjm@johnsonmaylaw.com
sj@johnsonmaylaw.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Suzanne Jaderholm enters her appearance on behalf of all Jointly Administered Debtors, Millenkamp Cattle, Inc., Idaho Jersey Girls, LLC, East Valley Cattle, LLC, Millenkamp Properties, LLC, Millenkamp Properties II, LLC, Millenkamp Family, LLC, Goose Ranch, LLC, Black Pine Cattle, LLC, Millenkamp Enterprises, LLC, and Idaho Jersey

NOTICE OF APPEARANCE – Page 1

Girls Jerome Dairy, LLC, in the above-captioned matter, and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to and served upon:

>Suzanne Jaderholm
>JOHNSON MAY
>199 N. Capitol Blvd., Suite 200
>Phone: (208) 384-8588
>Fax: (208) 629-2157
>Email: sj@johnsonmaylaw.com

The foregoing requests all notices, copies, and pleadings referred to in Bankruptcy Rule 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED this 20th day of February 2025.

>JOHNSON MAY
>
>/s/ Suzanne Jaderholm
>SUZANNE JADERHOLM
>Attorney for Debtors

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of February 2025, I caused to be served a true and correct copy of the foregoing NOTICE OF APPEARANCE electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Adam A. Lewis | alewis@mofo.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| Brian Faria | brian@sawtoothlaw.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Connor B. Edlund | edlund@mwsslawyers.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Daniel C. Green | dan@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| Eric R. Clark | Eclark101@hotmail.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Gabriel L. Olivera | golivera@omm.com |
| Gery W. Edson | gedson@gedson.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Holly Roark | holly@roarklawboise.com |
| James Niemeier | jniemeier@mcgrathnorth.com |
| Janine P. Reynard | janine@averylaw.net |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| John D. Munding | john@mundinglaw.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| John O'Brien | jobrien@spencerfane.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Joseph M. Wager | wager@mwsslawyers.com |
| Julian Gurule | jgurule@omm.com |
| Karyn Lloyd | klloyd@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Matthew Kremer | mkremer@omm.com |

NOTICE OF APPEARANCE – Page 3

| | |
|---|---|
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Miranda K. Russell | mrussell@mofo.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Scott C. Powers | spowers@spencerfane.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| William K. Carter | kentcarter@grsm.com |
| Zachary Fairlie | zfairlie@spencerfane.com |

Any others as listed on the Court's ECF Notice.


        /s/ Suzanne Jaderholm
        Suzanne Jaderholm

NOTICE OF APPEARANCE – Page 4