Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
        golivera@omm.com

*Attorneys for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| In re:<br>MILLENKAMP CATTLE, INC.,<br><br>                               Debtors. | Case No. 24-40158-NGH |
|---|---|
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 -

**ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

Elsaesser Anderson, Chtd. (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the period January 1, 2025 through January 31, 2025 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1. The Firm is counsel to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of $3,960.00 in fees and $159.58 in expenses during the Application Period. The total fees represent 10.00 (0.10 at no charge) hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| January 1, 2025 – January 31, 2025 | $ 3,960.00 | $ 159.58 | $ 4,119.58 |

3. Accordingly, the Firm seeks allowance of interim compensation in the amount of **$3,129.58** at this time. This total is comprised as follows: $2,970.00 (75% of the fees for services rendered) plus $159.58 (100% of the expenses incurred). Expenses were incurred prior to Application Period and not included in any previous applications.

4. Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours

ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 -

billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: February 20, 2025

/s/Bruce A. Anderson
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorney for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2025, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | eclark@eclarkattorney.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| William Reed Cotten | wrc@idalawfirm.com |
| Thomas E. Dvorak | ted@givenspursley.com |
| Connor B. Edlund | edlund@mwsslawyers.com |

ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 -

| | |
|---|---|
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| David W. Gadd | dwg@magicvalleylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Oren B. Haker | oren.haker@bhlaw.com |
| David A. Heida | david@heidalawoffice.com |
| Suzanne Jaderholm | sj@johnsonmaylaw.com |
| R. Ron Kerl | ron@cooper-larsen.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalleylaw.com |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Gabriel Luis Olivera | golivera@omm.com |
| Mark Bradford Perry | mbp@perrylawpc.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Brian Michael Rothschild | broschild@parsonsbehle.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Francisco Vazquez | francisco.vazquez@nortonrosefulbright.com |
| Joseph Mark Wager | wager@mwsslawyers.com |
| Britta E. Warren | britta.warren@bhlaw.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 20th day of February 2025.

/s/ Bruce A. Anderson
Bruce A. Anderson

ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 -

**<u>Exhibit A</u>**

Invoice

**Elsaesser Anderson, Chtd.**    **EXHIBIT A**

320 East Neider Suite 102, Coeur d'Alene, ID 83815

**Millenkamp Cattle, Inc. UCC**    **Invoice # 18336**
Attn:  Dan Noble and Greg Zematis
Jerome, ID 83338

Invoice Date: 02/20/25
Services Through: 01/31/25

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | 004 - Millenkamp UCC (Professional Services) | | | |
| | | **04 Case Administration:  Coordination and compliance activities not specifically covered by another category.** | | | |
| | | **Reporting:  Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.** | | | |
| 01/08/25 | BA | Review all matters set for hearing tomorrow including Elsaesser Anderson 1st Interim Application for Compensation, Debtor's Application for Compensation, Armory Securities Application for Compensation and Debtor's Application to Employ Restructuring Chief Officer (.5). | 0.50 | 400.00 | $200.00 |
| 01/09/25 | BA | Attend hearing (telephonically) regarding various matters (1.1). | 1.10 | 400.00 | $440.00 |
| 01/10/25 | BA | Review Debtor's Status Report (Docket # 846)(.2). | 0.20 | 400.00 | $80.00 |
| | | | Hours | | 1.80 |
| | | | Labor: | | $720.00 |
| | | | Invoice Amount: | | $720.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | 007 (Professional Services) | | | |
| | | **007 - Preparation of employment and fee applications for self or others; motions to establish interim procedures.** | | | |
| 01/02/25 | BA | Memo to Matt Christensen regarding interim distribution approval (.2); memo from Krystal Mikkilineni (.1)(no charge). | 0.20 | 400.00 | $80.00 |
| 01/03/25 | BA | Memo from Krystal Mikkilineni (.1)(no charge). | 0.10 | 0.00 | $0.00 |
| 01/09/25 | BA | Memo to Matt Kremer regarding Elsaesser Anderson Application for Compensation (.1); memo from and to Matt Kremer regarding Elsaessr Anderson Application for Compensation (.1); memo from Krystal Mikkilineni regarding changes in amounts on fee application (.1); draft proposed order regarding Armory Interim Application for Compensation reflecting reduction made by the Judge in Court and send to Matt Kremer and Gabriel Olivera for review (.75). | 1.05 | 400.00 | $420.00 |
| 01/10/25 | BA | Memo from Gabriel Olivera regarding Armory Securities proposed Order and submit (.2); draft and submit proposed Order regarding Elsaesser Anderson Application for Compensation (.4). | 0.60 | 400.00 | $240.00 |
| 01/13/25 | BA | Receive and review Armory Order and forward to Committee Counsel (.1). | 0.10 | 400.00 | $40.00 |

Telephone/Fax: (208) 667-2900

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 01/15/25 | BA | Work on Interim Distribution request (.5). | 0.80 | 400.00 | $320.00 |
| 01/16/25 | BA | Finalize and file Motion for Interim Distribution for Elsaesser Anderson (#860) and Notice (#861). | 0.75 | 400.00 | $300.00 |
| 01/28/25 | BA | Memo from Gabriel Olivera with Cover Sheet Application for Armory Securities and review of same (.6); file same and response to Gabriel Olivera (.2). | 0.80 | 400.00 | $320.00 |
| 01/29/25 | BA | Review O'Melveny & Myers Cover Sheet Application sent by Gabriel Olivera (.6); file same and respond to Gabriel Olivera (.2). | 0.80 | 400.00 | $320.00 |

|  |  |  | Hours | 5.20 |
|---|---|---|---|---|
|  |  |  | Labor: | $2,040.00 |
|  |  |  | Invoice Amount: | $2,040.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|

In Reference To:  **008 - Review of Fee and Employment Applications (Professional Services)**

**Fee/Employment Objections: Review of and objections to the employment and fee applications of others.**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 01/02/25 | BA | Memo from Gabriel Olivera and review UCC's statement in support of Debtor's application to employ chief restructuring officer (.5); memo to Gabriel Olivera regarding statement (.1); memo to Gabriel Olivera approving and filing same (.3); memo from and to Nicole Molner regarding filing and changes made (.2). | 1.10 | 400.00 | $440.00 |
| 01/13/25 | BA | Review UCC's draft Objection to Forbes Application for Compensation (.2); contact Mel Battle for hearing date on objection to Forbes application for Compensation (.1); draft notice of hearing (not used)(.3); memo to Matt Christensen and Krystal Mikkilineni regarding setting hearing on objections (.2); second memo to Matt and Krystal regarding same (.1); memo from Gabriel Olivera on Forbes objection (.1); memo from Gabriel Olivera on Forbes objection (.1); memo to Gabriel Olivera on Forbes objection (.1); memo from Gabriel Olivera on Forbes objection (.1). | 1.30 | 400.00 | $520.00 |
| 01/15/25 | BA | Memo from Matt Christensen regarding Forbes objection (.1); memo to Gabriel Olivera regarding setting hearing on Forbes objection (.1). | 0.20 | 400.00 | $80.00 |
| 01/16/25 | BA | Memo to Matt Christensen and Krystal Mikkilineni regarding setting hearing on objections after review of corrective entry files by Court. (.3) | 0.30 | 400.00 | $120.00 |
| 01/21/25 | BA | Additional memo to Matt Christensen and Krystal Mikkilineni regarding objection to Forbes Application for Compensation and setting hearing on objections (.1). | 0.10 | 400.00 | $40.00 |

|  |  |  | Hours | 3.00 |
|---|---|---|---|---|
|  |  |  | Labor: | $1,200.00 |
|  |  |  | Invoice Amount: | $1,200.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|

In Reference To:  **200 - Expenses (Expenses)**

**Expenses**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/04/24 | BA | Copying/printing: Notice of Hearing 762 (Armory) and Notice of Hearing 768 (Elsaesser Anderson) (5 pages to 101 recipients) | 505.00 | 0.17 | $85.85 |
| 12/04/24 | BA | Postage: Notice of Hearing 762 (Armory) and Notice of Hearing 768 (Elsaesser Anderson) (101 recipients) | 101.00 | 0.73 | $73.73 |

|  |  |
|---|---|
| Invoice Amount: | $159.58 |
| Total Hours: | 10.00 |
| Total Labor: | $3,960.00 |
| Total Expenses: | $159.58 |
| **Total Invoice Amount:** | **$4,119.58** |
| **Total Amount Due:** | **$4,119.58** |

## Timekeeper Summary

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| Bruce Anderson | 0.10 | @ 0.000 | 0.00 |
| Bruce Anderson | 9.90 | @ 400.000 | 3,960.00 |