Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com
        bwilson@hawleytroxell.com

Andrew J. Schoulder (*admitted pro hac vice*)
Francisco Vazquez (*admitted pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212.318.3030
Email: andrew.schoulder@nortonrosefulbright.com
        francisco.vazquez@nortonrosefulbright.com

Attorneys for Rabo AgriFinance LLC

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

NOTICE OF RABO AGRIFINANCE LLC'S DISCLOSURE STATEMENT
HEARING - 1

☐ Millenkamp Enterprises
☐ Idaho Jersey Girls Jerome Dairy

Chapter 11 Cases

## NOTICE OF RABO AGRIFINANCE LLC'S DISCLOSURE STATEMENT HEARING

YOU ARE HEREBY NOTIFIED that the Secured Creditor Rabo AgriFinance LLC, in its capacity as agent and lender ("**RAF**"), has filed its proposed *Disclosure Statement for Chapter 11 for Millenkamp Cattle, Inc., and its Related Affiliates Proposed by Plan Proponents* (Dkt. No. 879, together with all attachments, the "**RAF Disclosure Statement**"), containing information concerning the Debtors in Possession and an explanation of the proposed *Chapter 11 Plan for Millenkamp Cattle, Inc., and its Related Debtor Affiliates Proposed by Plan Proponents* (Dkt. 880).

YOU ARE FURTHER NOTIFIED that a hearing to determine whether such statement contains adequate information as required by 11 U.S.C. § 1125, will be held before the Honorable Noah G. Hillen, on **April 3, and 4, 2025, at 9:00 a.m., mountain time**, or as soon thereafter as the hearing may be held. This hearing wil be in person at the United States Courthouse, 550 W. Fort Street, Boise, Idaho 83724.

Written objections and/or proposed modifications to RAF's Disclosure Statement must be filed not less than seven (7) days prior to the time set for the hearing.

YOU ARE FURTHER NOTIFIED that if the RAF Disclosure Statement is approved by the Court, a copy of the Order will be provided to all parties in interest along with the proposed Chapter 11 Plan of Reorganization, presented by RAF.

59797.0007.18189056.3

Dated: February 13, 2025

HAWLEY TROXELL ENNIS & HAWLEY LLP

Sheila R. Schwager, ISB No. 5059
Attorneys for Rabo AgriFinance LLC

NOTICE OF RABO AGRIFINANCE LLC'S DISCLOSURE STATEMENT
HEARING - 3

59797.0007.18189056.3

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 13th day of February, 2025, I electronically filed the foregoing **NOTICE OF RABO AGRIFINANCE LLC'S DISCLOSURE STATEMENT HEARING** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| | |
|---|---|
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi Buck Morrison | heidi@racineolson.com, mandy@racineolson.com |
| Laura E Burri | lburri@morrowfischer.com; klee@morrowfischer.com |
| Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K Carter | kentcarter@grsm.com |
| Alexandra O Caval | alex@cavallawoffice.com;R71985@notify.bestcase.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com, |
| D Blair Clark | dbc@dbclarklaw.com, mbc@dbclarklaw.com |
| Eric R Clark | eclark101@hotmail.com, eclark@ericrclarkattorney.com |
| David A Coleman | david@colemanjacobsonlaw.com |
| William Reed Cotten | wrc@idlawfirm.com; bcl@idlawfirm.com |
| Thomas E Dvorak | ted@givenspursley.com; kad@givenspursley.com |
| Connor Bray Edlund | edlund@mwsslawyers.com, lemieux@mwsslawyers.com |
| Gery W Edson | gedson@gedson.com, tfurey@gedson.com |
| Jon B Evans | evans.jb@dorsey.com, sattler.carla@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| David W. Gadd | dwg@magicvalleylaw.com, |
| Kimbell D Gourley | kgourley@idalaw.com, shudson@idalaw.com |
| Daniel C Green | dan@racineolson.com, mcl@racinelaw.net |
| Matthew W Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com, julian-gurule-5732@ecf.pacerpro.com |
| Oren B. Haker | oren.haker@bhlaw.com |
| David A. Heida | david@heidalawoffice.com, eshippy@whitepeterson.com |
| R Ron Kerl | Ron@cooper-larsen.com, connie@cooper-larsen.com |
| Matthew Kremer | mkremer@omm.com, matthew-kremer-0858@ecf.pacerpro.com |
| David T Krueck | dkrueck@hawleytroxell.com, |
| John F Kurtz, Jr | jfk@kurtzlawllc.com, tnd@kurtzlawllc.com |
| Adam Aiken Lewis | alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jwm@elamburke.com, jh@elamburke.com |
| James Justin May | jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com |
| Zachery James McCraney | zjmccraney@hollandhart.com, cmcarvalho@hollandhart.com |

NOTICE OF RABO AGRIFINANCE LLC'S DISCLOSURE STATEMENT
HEARING - 4

59797.0007.18189056.3

| | |
|---|---|
| Christopher C. McCurdy | ccmccurdy@hollandhart.com; njhammond@hollandhart.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com |
| Rhett Michael Miller | rmiller@magicvalley.law |
| John D Munding | john@mundinglaw.com |
| Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com, anissly@spencerfane.com |
| Gabriel Luis Olivera | golivera@omm.com, gabriel-olivera-3960@ecf.pacerpro.com |
| Mark Bradford Perry | mbp@perrylawpc.com |
| Scott C Powers | spowers@spencerfane.com, mwatson@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine Patrice Reynard | janine@averylaw.net, |
| Robert E Richards | robert.richards@dentons.com, docket.general.lit.chi@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Brian Michael Rothschild | brothschild@parsonsbehle.com, |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com, miranda-russell-6809@ecf.pacerpro.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A Sturzen | matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com, ckaiser@grsm.com |
| Kim J Trout | ktrout@trout-law.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Francisco Vazquez | francisco.vazquez@nortonrosefulbright.com |
| Joseph Mark Wager, Jr. | wager@mwsslawyers.com |
| Britta E Warren | britta.warren@bhlaw.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com, mreinhart@hawleytroxell.com |

And any others as listed on the Court's ECF Notice.  In addition, the Notice was mailed to those identified on the attached Creditor's Matrix where indicated, which is attached hereto as Exhibit A.

Sheila R. Schwager

NOTICE OF RABO AGRIFINANCE LLC'S DISCLOSURE STATEMENT
HEARING - 5

59797.0007.18189056.3

abel Matrix for local noticing
976-8
ase 24-40158-NGH
istrict of Idaho
win Falls
hu Feb 13 10:44:37 MST 2025

Krystal R Mikkilineni
215 10th St
Ste 1300
Des Moines, IA 50309-3616

Scott Jackson Trucking, Inc.
c/o Williams Meservy & Larsen, LLP
Post Office Box 168
153 East Main Street
Jerome, ID 83338-2332

AA Cow Comfort LLC
Box 307
imberly, ID 83341-0307

ABS Global
1525 River Rd.
DeForest, WI 53532-2430

ARNOLD MACHINERY COMPANY
2975 West 2100 South
Salt Lake City, UT 84119-1273

d Hoc Committee of Corn Silage Growers
53 East Main Street
Box 168
erome, ID 83338-0168

Addison Biological Laboratory, INC.
507 North Cleveland St.
Fayette, MO 65248-1083

Airgas USA LLC
PO Box 734445
Chicago, IL 60673-4445

irgas USA, LLC
10 West 7th St. Suite 1400
ulsa, OK 74119-1077

Alexander K. Reed
4296 N 2100 E
Filer, ID 83328-5046

Amalgamated Sugar
1951 S Saturn Way
Ste 100
Boise, ID 83709-2924

merican Calf Products (Golden State Mixing,
25 D Street
urlock, CA 95380-5452

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amory Securities LLC
200 North Pacific Hwy
Suite 1525
El Segundo, CA 90245

ruce A. Anderson
20 East Neider Avenue
uite 102
oeur d'Alene, ID 83815-6007

Automation Werx, LLC
Morrow & Fischer, PLLC
4 Ogden Avenue
Nampa, ID 83651-2371

Automation Werx, LLC
PO Box 3066
Idaho Falls, ID 83403-3066

/o David A. Coleman B & H Farming
oleman, Ritchie & Jacobson
BOX 525
WIN FALLS, ID 83303-0525

B & H Farming, an Idaho General Partnership
PO Box 123
Rupert, ID 83350-0123

BS R Design Supplies
198 Locust St S
Twin Falls, ID 83301-7832

ichard Bernard
177 Avenue of the Americas
1st Floor
ew York, NY 10036-2714

Ron C Bingham II
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326-1139

Blue Cross of Idaho
c/o D Blair Clark, Atty
967 Parkcenter Blvd #282
Boise, ID 83706-6721

lue Cross of Idaho
/o D. Blair Clark, Attorney
67 E. Parkcenter Blvd., #282
oise, ID 83706-6721

Blue Cross of Idaho Health Service, Inc
c/o Law Office of D. Blair Clark PC
967 East Parkcenter Boulevard, #282
Boise, ID 83706-6721

Bo Stevenson dba B&A Farms
1001 S 1900 E
Hazelton, ID 83335-5451

randy A. Bartholomew
/O Eric R. Clark, Attorney
.O. Box 2504
agle, ID 83616-9118

Morton R Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market St
Suite 1400
Philadelphia, PA 19103-2945

Heidi Buck Morrison
Racine Olson, PLLP
201 East Center Street
Pocatello, ID 83201-6329

unge Canada
/o David D. Farrell
HOMPSON COBURN LLP
ne US Bank Plaza, Suite 2700
t. Louis, Missouri 63101-1693

Bunge Canada c/o David D. Farrell
David D. Farrell Esq.
THOMPSON COBURN LLP
One US Bank Plaza
Suite 2700
St. Louis, MO 63101-1616

Burks Tractor Company, Inc
300 Kimberly Road
Twin Falls, ID 83301-8516

urks Tractor Company, Inc.
ren B. Haker
lack Helterline LLP
05 SW Broadway Suite 1900
ortland, OR 97205-3359

Laura E Burri
Morrow & Fischer, PLLC
4 Ogden Avenue
83651
Nampa, ID 83651-2371

CNH Industrial Capital America LLC
Kent Carter/Gordon Rees
One North Franklin, Suite 800
Chicago, IL 60606-3422

rett R Cahoon
NJ-UST
60 West Fort St.
te 698
ise, ID 83724-0101

Capitol One
PO Box 60599
City of Industry, CA 91716-0599

(p)CARNE I CORP
134 E HIGHWAY 81
BURLEY ID 83318-5427

. Kent Carter
ne North Franklin
uite 800
hicago, IL 60606-3422

William K Carter
Gordon Rees Scully Mansukhani, LLP
One North Wacker
Suite 1600
Chicago, IL 60606-2874

Alexandra O Caval
Caval Law Office, P.C.
POB 1716
Twin Falls, ID 83303-1716

allco Partnership d/b/a Verizon Wireless
illiam M Vermette
2001 Loudoun County PKWY
shburn, VA 20147-6122

(p)CENTURYTEL SERVICE GROUP LLC DBA CENTURYLI
931 14TH STREET 9TH FLOOR
DENVER CO 80202-2994

Matthew T. Christensen
199 N. Capitol Blvd.
Ste 200
Boise, ID 83702-6197

atthew T. Christensen
ohnson May, PLLC
99 N. Capitol Blvd
uite 200
ise, ID 83702-6197

Christopher Camardello
1031 Mendota Heights Road
St. Paul, MN 55120-1419

Citi Cards
PO Box 78019
Phoenix, AZ 85062-8019

Blair Clark
57 E. Parkcenter Boulevard #282
ise, ID 83706-6721

Eric R Clark
P.O. Box 2504
Eagle, ID 83616-9118

Clint D. Thompson
298 N 200 W
Jerome, ID 83338-5372

astline Equipment Company
000 E Overland Rd
eridian, ID 83642-6665

David A Coleman
PO Box 525
Twin Falls, ID 83303-0525

Colonial Life
Processing Center
PO Box 1365
Columbia, SC 29202-1365

onnie Lapaseotes, Ltd.
/o John O'Brien
pencer Fane
700 Lincoln Street, Suite 2000
enver, CO 80203-4554

Conrad Bishcoff Inc
2251 N Holmes
PO Box 50106
Idaho Falls, ID 83405-0106

Conterra Holdings, LLC d/b/a Conterra Ag Ca
Spencer Fane
1700 Lincoln Street
Suite 2000
Denver, CO 80203-4554

onterra Holdings, LLC dba Conterra Ag Capit
/o John O'Brien
pencer Fane
700 Lincoln Street, Suite 2000
enver, CO 80203-4554

William Reed Cotten
ROBINSON & COTTEN
P.O. Box 396
616 Fremont Street
Rupert, ID 83350-1611

Daimler Truck Financial Services USA LLC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664

airy Tech, LLC
031 Mendota Heights Road
. Paul, MN 55120-1419

Lynden, WA 98264-9711

ambulatory Clinic, Inc.
1019 E 1020 S
Albion, ID 83311

vis Livestock, Inc.
30 E Cannibal Rd
wiston, UT 84320-2038

Douglas J. Grant
2050 E 500 S
Hazelton, ID 83335-5006

Dusty Brow Farms, Inc.
2601 E 1100 S
Hazelton, ID 83335-5623

homas E Dvorak
OB 2720
ise, ID 83701-2720

East Valley Development, LLC
c/o Avery Law
3090 E Gentry Way, Ste 250
Meridian, ID 83642-3596

East Valley Development, LLC
c/o Adam Lewis, Esq.
Morrison & Foerster LLP
425 Market St.
San Francisco CA 94105-2482

onnor Bray Edlund
Connell, Wagner, Sykes, & Stacey PLLC
27 E. Park Blvd.
e 201
ise, ID 83712-7782

Gery W Edson
POB 448
Boise, ID 83701-0448

Edward Chojnacky
298 N 100 W
Jerome, ID 83338-5406

ide Bailly LLP
310 17th Ave S
argo, ND 58103-3339

Electrical Werx & Construction, LLC
PO Box 3066
Idaho Falls, ID 83403-3066

Elevation Electric, LLC
485 S IDAHO ST
WENDELL, ID 83355-5241

ric Clark
lark Associates
Box 2504
gle, ID 83616-9118

Jon B Evans
Dorsey & Whitney LLP
101 S Capitol Blvd
Suite 1100
Boise, ID 83702-7710

Evans Plumbing
111 Gulf Stream Lane
Hailey, ID 83333-7725

achary Fairlie
pencer Fane
00 Walnut
e 1400
nsas City, MO 64106-2168

Zachary Fairlie
Spencer Fane LLP
1000 Walnut Street
Suite 1400
Kansas City, MO 64106-2168

Brian Faria
Sawtooth Law Offices, PLLC
1101 W. River Street, Suite 110
83702
Boise, ID 83702-7067

armers Bank
Box 392
hl, ID 83316-0392

Fastenal Company
2001 Theurer Blvd.
ATTN: LEGAL
Winona, MN 55987-9902

Raff Ferraioli
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-0050

redin Brothers, Inc.
o John O'Brien
pencer Fane
700 Lincoln Street, Suite 2000
enver, CO 80203-4554

(p)GJ VERTILINE PUMPS INC
PO BOX 892
TWIN FALLS ID 83303-0892

David W. Gadd
Stover, Gadd & Associates, PLLC
905 Shoshone St. N.
P.O. Box 1428
Twin Falls, ID 83303-1428

ale W. Harding and Associates
29 W 7th S
exburg, ID 83440-9600

Scott F Gautier
1800 Century Park East
Ste 1500
Los Angeles, CA 90067-1501

Givens Pursley LLP
Givens Pursley LLP
601 W. Bannock
P.O. Box 2720
Boise, ID 83701-2720

lanbia Foods Inc
/o Robert A Faucher
OB 2527
oise, ID 83701-2527

Kimberli A Gourley
625(?)
Boise, ID 83701-1097

Glanbia(?) Foods Inc
PO Box 326
Hazelton, ID 83335-0326

cant 4-D Farms LLC
17 E 600 N
pert, ID 83350-9466

GreatAmerica Financial Services Corporation
ATTN: Peggy Upton
625 First St. SE
Cedar Rapids, IA 52401-2030

Daniel C Green
Racine Olson, PLLP
201 East Center
PO Box 1391
Pocatello, ID 83204-1391

reen Source Automation, LLC
506 Moore Road
eres, CA 95307-9402

Matthew W Grimshaw
Grimshaw Law Group, P.C.
800 W. Main Street, Ste. 1460
Boise, ID 83702-5983

Julian Gurule
400 South Hope Street
Suite 1900
Los Angeles, CA 90071-2811

ulian Gurule
'Melveny & Meyers LLP
00 South Hope Street
uite 1900
os Angeles, CA 90071-2811

Julian Gurule
O'Melveny & Meyers LLP
400 South Hope Street
Ste 18th Floor
Los Angeles, CA 90071-2801

Oren B. Haker
Black Helterline LLP
805 SW Broadway
Suite 1900
Portland, OR 97205-3359

atfield Manufacturing Inc
323 Shoestring Rd
ooding, ID 83330-5361

Heeringa Construction LLC
18521 E Queen Creek Rd
#105-481
Queen Creek, AZ 85142-5864

David A Heida
Heida Law Office, PLLC
Po Box 216
Kimberly, ID 83341-0216

ollifield Ranches, Inc.
2866 Highway 30
ansen, ID 83334-5028

IRS
Centralized Insolvency Oper.
PO Box 7346
Philadelphia, PA 19101-7346

Idaho AgCredit
c/o Daniel C. Green
Racine Olson, PLLP
P. O. Box 1391
Pocatello, ID 83204-1391

idaho Dept of Lands
O Box 83720
oise, ID 83720-0003

Idaho Materials & Construction
c/o Miller Nash LLP
950 W Bannock St, Ste 1100
Boise, ID 83702-6140

Idaho State Brand Department
700 S. Stratford Dr.
Meridian, ID 83642-6202

idaho State Tax Commission
O Box 36
oise, ID 83722-0036

(p)INNOVATIVE FOOD SOLUTIONS USA LLC
134 E HIGHWAY 81
BURLEY ID 83318-5427

Interstate Billing Service, Inc
PO box 2250
Decatur, AL 35609-2250

heodore Isbell
xpert Consulting Services
694 E 750 S
clo, ID 83323-6001

J&C Hoof Trimming Inc.
3690 N 2570 E
Twin Falls, ID 83301-1004

J.D. Heiskell Holdings, LLC
17220 Wright St, Ste 200
Omaha, NE 68130-4667

OHN DEERE FINANCIAL
/o Weltman, Weinberg & Reis Co., L.P.A.
55 Keynote Circle
leveland, OH 44131-1829

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

ake Millenk...
719 River Road
...hl, ID 83316-5302

James Harrell...
c/o ...
Suite 520
Bellevue, WA 98005-4467

Jean A. Thompson
...
Jerome, ID 83338-5363

Jeffrey E. Rolig
... Box 5455
...win Falls, ID 83303-5455

Jeffrey J. Grieve
P.O. Box 366
Twin Falls, ID 83303-0366

John Deere Construction and Forestry Compar...
c/o Weltman, Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131-1829

...ohn Deere Financial, f.s.b.
...o Weltman, Weinberg & Reis Co., L.P.A.
...65 Keynote Circle
...leveland, OH 44131-1829

K R Rental Inc
256 A South 600 W
Heyburn, ID 83336-9750

Kander LLC
2538 Carrolwood Road
Naperville, IL 60540-8395

...eith D. and Janet Carlson
...366 E 3800 N
...ansen, ID 83334-5012

Kenworth Sales Company, Inc.
c/o Benoit Law
P.O. Box 366
Twin Falls, ID 83303-0366

Kinghorn Medical LLC
248 S Cole Rd
Boise, ID 83709-0934

...raus Farms, LLC
...55 South 400 West
...pert, ID 83350-9672

Matthew Kremer
7 Times Square
New York, NY 10036-6524

Matthew Kremer
O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022

...avid T Krueck
...awley Troxell Ennis & Halwey LLP
...77 W. Main St.
...uite 500
...te 200
...se, ID 83702-6030

John F Kurtz Jr
Kurtz Law PLLC
910 W. Main
Suite 364
Boise, ID 83702-5740

LES SCHWAB TIRE CENTERS OF IDAHO, LLC
PO BOX 5350
BEND, OR 97708-5350

...)LAND VIEW  INC
...TTN DAN NOBLE
...O BOX 475
...UPERT ID 83350-0475

Land View, Inc.
c/o Gery W. Edson
P.O. Box 448
Boise, ID 83701-0448

Karyn Lloyd
Gordon Rees Scully Mansukhani, LLP
999 W Main Street
100
Boise, ID 83702-9001

...aryn Lloyd
...ordon Rees Scully Mansukhani, LLP
...99 W. Main Street, #100
...oise, ID 83702-9001

MWI Veterinarian Supply, Inc.
3041 W PASADENA DRIVE
Boise, ID 83705-4776

Jed W. Manwaring
Elam & Burke, P.A.
251 E. Front Street
P.O. Box 1539
Ste 300
Boise, ID 83701-1539

...orenzo Marinuzzi
...orrison & Foerster LLP
...50 West 55th Street
...ew York, NY 10019-0050

James Justin May
Johnson May
199 N. Capitol Blvd.
Ste. 200
Boise, ID 83702-6197

Zachery James McCraney
Holland & Hart LLP
800 W Main St #1750
Ste #1750
Boise, ID 83702-5974

...hristopher C. McCurdy
...olland & Hart LLP
...00 West Main Street
...te 1750
...oise, ID 83702-5974

Merck Animal Health
Attn: Legal Dept-Animal Health
126 East Lincoln Avenue
Po Box 2000
Rahway, NJ 07065-0900

MetLife Real Estate Lending LLC
c/o Kimbell D. Gourley
10801 Mastin Blvd
Suite 700
Overland Park, KS 66210-1673

tLife Real Estate Lending, LLC
/o Ron C. Bingham, II, Esq.
dams and Reese LLP
424 Peachtree Road, NE, Suite 1600
tlanta, Georgia 30326-1139

Metropolitan Life Insurance Company
/o Kimberly Godfrey
10801 Mastin BLVD
Suite 700
Overland Park, KS 66210-1673

Metropolitan Life Insurance Company, a New
c/o Ron C. Bingham, II, Esq.
Adams and Reese LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326-1139

ichael Chojnacky
1 W 600 N
erome, ID 83338-5016

William Millenkamp
471 N 300 W
Jerome, ID 83338-5078

Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID 83338-5078

hett Michael Miller
arsons, Loveland, Shirley & Lindstrom,
.O. Box 910
urley, ID 83318-0910

Milner Hay
1154 W 200 S
Murtaugh, ID 83344-5388

Moss Farms Operations, LLC
c/o Rhett M. Miller
P.O. Box 910
Burley, ID 83318-0910

oss Grain Partnership
/o Rhett M. Miller
.O. Box 910
urley, ID 83318-0910

Moss Grain Partnership
301 Scott Ave. Suite 4
Rupert, ID 83350-5100

John D Munding
Munding, P.S.
309 E Farwell Rd
Ste 310
Spokane, WA 99218-8209

APA Auto Parts
.O. Box 1425
win Falls, ID 83303-1425

Jason Ronald Naess
DOJ-UST
550 West Fort St.
Ste 698
Boise, ID 83724-0101

James Niemeier
McGrath North
1601 Dodge Street
Suite 3700
Omaha, NE 68102-1627

ames J Niemeier
cGrath North Mullin & Kratz, PC LLO
601 Dodge Street
te 3700
maha, NE 68102-1650

Cooper Norman
PO Box 5399
Twin Falls, ID 83303-5399

John O'Brien
Spencer Fane
1700 Lincoln Street
Ste 2000
Denver, CO 80203-4554

ohn O'Brien
pencer Fane LLP
700 Lincoln Steet
uite 2000
enver, CO 80203-4554

Gabriel L Olivera
7 Times Square
New York, NY 10036-6524

Gabriel Luis Olivera
O'Melveny & Myers LLP
1301 Avenue of the Americas
Ste 1700
New York, NY 10019-6022

verhead Door
39 S. Locust
win Falls, ID 83301-7849

PTG of Idaho, LLC
c/o Holland N. O'Neil, Foley & Lardner L
2021 McKinney Avenue, Ste. 1600
Dallas, TX 75201-3340

Domenic E Pacitti
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801-3030

an American Life Insurance
778 N Plano Rd
te 310
ichardson, TX 75081-1958

PerforMix Nutrition Systems
2201 N 20th Street
Nampa, ID 83687-6849

PerforMix Nutrition Systems, LLC
MUNDING, P.S.
309 E. FARWELL RD., STE 310
Spokane, WA 99218-8209

ark Bradford Perry
erry Law, P.C.
OB 637
oise, ID 83701-0637

Pivot Man Inc
Robin Jones
PO Box 355
Paul, ID 83347-0355

Scott C Powers
Spencer Fane LLP
10 Exchange Place 11th Flr
Salt Lake City, UT 84111-2824

rime Ridge Beef LLC
/o John O'Brien
pencer Fane
700 Lincoln Street, Suite 2000
enver, CO 80203-4554

Pro Rentals & Sales
PO Box 5410
C12
Kalispell, MT 59903-5450

Pro-Tech Service Company
950 Kimberly Rd
Twin Falls, ID 83301-7341

Progressive Dairy Service & Supplies Corp.
85 S. Idaho St.
endell, ID 83355-5241

Progressive Dairy Service & Supply Corp.
485 S IDAHO ST
WENDELL, ID 83355-5241

Quill Corporation
PO Box 102419
Columbia, SC 29224-2419

abo AgriFinance LLC
/o Sheila R. Schwager
.O. Box 1617
oise, ID 83701-1617

Rabo AgriFinance LLC, as Administrative Agen
c/o Sheila Schwager
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701-1617

Raft River Rural Electric Cooperative, Inc.
c/o Rhett M. Miller
P.O. Box 910
Burley, ID 83318-0910

heryl Rambo
daho State Police
00 S. Stratford Dr.
eridian, ID 83642-6242

Rexel USA, Inc dba Platt Electric Supply
McConnell Wagner Sykes + Stacey PLLC
827 E. Park Blvd, Ste. 201
Boise, ID 83712-7782

Rexel USA, Inc dba Platt Electric Supply
827 E. Park Blvd, Ste. 201
Boise, Idaho 83712-7782

annine Patrice Reynard
very Law
090 E. Gentry Way
uite 250
eridian, ID 83642-3596

Robert E Richards
Dentons US LLP
233 South Wacker Drive
Ste 7800
Chicago, IL 60606-6459

Robert E. Richards
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6361

olly Roark
oark Law Offices
50 Bannock St. Ste. 1100
oise, ID 83702-6140

Roark Law Offices
950 Bannock St., 11th Fl.
Boise, ID 83702-5999

Rocky Mountain Agronomics
1912 West Main Street
Burley, ID 83318-1611

ogers Machinery Company, Inc.
0 Box 230429
ortland, OR 97281-0429

Evan Thomas Roth
1101 W. River St., Ste 110
Boise, ID 83702-7067

Brian Michael Rothschild
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111-2218

irzah R. Roussell
15 10th Street
uite 1300
es Moines, IA 50309-3616

Tirzah R. Roussell
Dentons Davis Brown PC
The Davis Brown Tower
215 10th Street
Suite 1300
Des Moines, IA 50309-3621

Miranda Russell
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-0050

iranda K. Russell
orrison & Foerster LLP
50 West 55th Street
ew York, NY 10019-0050

Sandton Capital Partners LP
16 W 46th Street, 1st Floor
New York, NY 10036-4503

(p)SCHAEFFER MANUFACTURING COMPANY
ATTN DENIS MCCARTHY
2600 S BROADWAY
SAINT LOUIS MO 63118-1828

ikolaus F Schandlbauer
0 F Street NW
uite 500
ashington DC 20001-6703

Schmidt Cattle Hauling
848 E 3400 N
Castleford, ID 83321-6422

Andrew Schoulder
1301 Avenue of The Americas
New York, NY 10019-6022

ndrew J. Schoulder
orton Rose Fulbright US LLP
301 Avenue of The Americas
ew York, NY 10019-6022

Schow's Truck Center
PO Box 2208
Decatur, AL 35609-2208

Schulz Ag Real Estate Inc
5020 W Mineral King Ave
Visalia, CA 93291-5364

eila Rae Schwager
awley Troxell Ennis & Hawley, LLP
77 Main Street, Suite 200
.O. Box 1617
oise, ID 83701-1617

Sheila R. Schwager
Hawley Troxell ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701-1617

Six States Distributors Inc
29787 Network Place
Chicago, IL 60673-1297

ouis V. Spiker
iller Nash LLP
50 W Bannock St, Ste 1100
oise, ID 83702-6140

SprinklerShop Inc
PO Box 599
Paul, ID 83347-0599

St. Genetics
Inguran USA, INC.
22575 State Hwy 6 South
Navasota, TX 77868-8297

anding 16 Ranch Land Company, LLC
35 W 300 N
erome, ID 83338-5217

Standlee Ag Resources
c/o Miller Nash LLP
950 W Bannock St, Ste 1100
Boise, ID 83702-6140

Standlee Ag Resources
c/o Miller Nash, LLP, Attn: Louis Spiker
950 W Bannock St, Ste 1100
Boise, ID 83702-6140

ar Falls Farms, LLC
908 E 1300 S
azelton, ID 83335-5428

Steel Ranch LLC
2597 E 1100 S
Hazleton, ID 83335-5621

Steven R. Hogan II
409 S. 17th Street #500
Omaha, NE 68102-2603

ichael R Stewart
200 Wells Fargo Center
) South Seventh Street
inneapolis, MN 55402-7508

Stotz Equipment
2670 Kimberly Rd E
Twin Falls, ID 83301-7984

Matthew A Sturzen
Sherman Sherman Johnnie & Hoyt, LLP
693 Chemeketa Street NE
Salem, OR 97301-3732

mmit Ag Appraisal Inc
35 S 1150 E
lbion, ID 83311-9710

The Dairy Solutions Group
409 S. 17th Street #500
Omaha, NE 68102-2603

The Forbes Securities Group LLC, DBA Forbes
6400 S Fiddlers Green Circle
Suite 850
Greenwood Village, CO 80111-4994

e Sprinkler Shop
.O. Box 599
aul, ID 83347-0599

Meredith Leigh Thielbahr
Gordon & Rees - Seattle
701 Fifth Avenue
Ste 2100
Seattle, WA 98104-7084

Triple C Farms, LLC
474 S 500 W
Jerome, ID 83338-6027

im J Trout
rout Law, PLLC
778 Plantation River Dr., Ste. 101
oise, ID 83703-3086

US Commodities, LLC
730 Second Avenue S. Suite 700
Minneapolis, MN 55402-2480

US Trustee
550 West Fort St, Ste 698
Boise, ID 83724-0101

line
2575 Uline Drive
leasant Prairie, WI 53158-3686

United Electric Co-op, Inc.
c/o Rhett M. Miller
P.O. Box 910
Burley, ID 83318-0910

Valley Wide Cooperative Inc.
c/o David W. Gadd, Stover, Gadd & Assoc.
P.O. Box 1428
Twin Falls, ID 83303-1428

| | | |
|---|---|---|
| alley Wide Cooperative Inc<br>/o David W. Gadd<br>over, Gadd & Associates, PLLC<br>.O. Box 1428<br>win Falls, Idaho 83303-1428 | Vance Trademark Services<br>2694 E 750 S<br>Declo, ID 83323-6001 | Francisco Vazquez<br>Norton Rose Fulbright<br>1301 Avenue if the Americas<br>New York, NY 10019-6022 |
| rancisco Vazquez<br>orton Rose Fulbright US LLP<br>301 Avenue of the Americas<br>ew York, NY 10019-6022 | Viserion Grain LLC<br>385 Broadway St<br>Boulder, CO 80305-3303 | Viserion Grain, LLC<br>c/o Sawtooth Law Offices, PLLC<br>213 Canyon Crest Dr., Ste 200<br>Twin Falls, ID 83301-3053 |
| iterra USA Grain, LLC<br>331 Capitol Ave.<br>maha, NE 68102-1197 | Viterra USA Grain, LLC and Viterra USA Ingre<br>c/o Racine Olson, PLLP<br>P.O. Box 1391<br>Pocatello, ID 83204-1391 | Viterra USA Ingredients, LLC<br>1331 Capitol Ave.<br>Omaha, NE 68102-1197 |
| ag Services, Inc.<br>121 W HARRISON ST<br>olleson, AZ 85353-3328 | Joseph Mark Wager Jr.<br>McConnell Wagner Sykes & Stacey<br>827 E Park Blvd Suite 201<br>Boise, ID 83712-7782 | Britta E Warren<br>Black Helterline LLP<br>805 SW Broadway Suite 1900<br>Portland, OR 97205-3359 |
| endell Truck and Auto<br>O Box 213<br>56 S Idaho St<br>endell, ID 83355-5209 | Western Construction Inc<br>PO Box 15569<br>Boise, ID 83715-5569 | Western States Equipment Co.<br>500 East Overland Road<br>Meridian, ID 83642-6606 |
| estway Feed<br>ARR Credit Services<br>444 N Country Club Rd<br>te 200<br>ucson, AZ 85716-0815 | Wilbur-Ellis Company LLC<br>c/o Matthew A. Sturzen<br>P.O. Box 2247<br>Salem, OR 97308-2247 | Wilbur-Ellis Nutrition, LLC<br>c/o Matthew A. Sturzen<br>PO Box 2247<br>Salem, OR 97308-2247 |
| illiams, Meservy & Larsen<br>ost Office Box 168<br>53 East Main Street<br>erome, ID 83338-2332 | Brent Russel Wilson<br>Hawley Troxell Ennis & Hawley, LLP<br>877 Main Street, Suite 200<br>Boise, ID 83702-6030 | Young CDJR of Burley, LLC<br>PO Box 1530<br>Layton, UT 84041-6553 |
| ouree Land & Livestock Inc.<br>953 North 3300 East<br>win Falls, ID 83301-0348 | c/o David A. Coleman Youree Land & Livestock<br>Coleman, Ritchie & Jacobson<br>PO BOX 525<br>TWIN FALLS, ID 83303-0525 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| arne I Corp.<br>34 E. Highway 81<br>urley, ID 83318 | CenturyTel Service Group, LLC dba CenturyLin<br>Lumen Technologies Group<br>931 14th Street, 9th Floor (Attn: Legal-<br>Denver, CO 80202 | G.J. Verti-Line Pumps, Inc.<br>PO Box 892<br>Twin Falls, ID 83303-0892 |

JP Morgan Chase
PO Box
Carol Stream, IL 60197

Land View Inc
PO Box 475
Rupert, ID 83350

haeffer Manufacturing Company
/o Denis McCarthy
500 S Broadway
:. Louis, MO 63118

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.



)#3924637

(u)A K Trucking1897 E 990 S Hazelton, ID 8333
A. Scott Jackson TruckingPO Box 56 Jerom
A. Scott JacksonTrucking Inc PO Box 56 J
ABS Global Inc Box 22144 Network Place C
Addison Biological Lab 507 N Cleveland S
Aden Brook Trading CorpPO Box 217 Montgo

(u)Aden Brook Trading Corp

)Amalgamated Sugar Company
951 S. Saturn Way
uite 100
oise, ID 83709-2924

(d)Amalgamated Sugar Company
1951 S. Saturn Way, Suite 100
Boise, ID 83709-2924

(d)Bruce A. Anderson
320 East Neider Avenue
Suite 102
Coeur d'Alene, ID 83815-6007

)Badger Bearing PTP, Inc

(u)Brandy Ann Bartholomew

(d)Morton R. Branzburg
Klehr Harrison Harvey Branzburg, LLP
1835 Market Street
Suite 1400
Philadelphia, PA 19103-2945

)CNH Industrial Capital America LLC

(d)Conterra Holdings, LLC dba Conterra Ag Cap
c/o John O'Brien
Spencer Fane
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

(d)Elevation Electric, LLC
485 S. Idaho St.
Wendell, ID 83355-5241

)David A. Heida
eida Law Office, PLLC
.O. Box 216
imberly, ID 83341-0216

(d)David A. Heida
Heida Law Office, PLLC
P.O. Box 216
Kimberly, ID 83341-0216

(u)JOHN DEERE FINANCIAL

)Kander, LLC

(u)MWI Veterinary Supply

(du)MWI Veterinary Supply Inc.

)McAlvain Concrete, Inc.

(d)Krystal R Mikkilineni
Dentons Davis Brown
215 10th St
Ste 1300
Des Moines, IA 50309-3616

(d)Krystal R. Mikkilineni
Dentons Davis Brown
215 10th Street
Suite 1300
Des Moines, IA 50309-3616



)NameAddress1Address2Address3CityState2ip
16 & West805 W Idaho StSte 300Boise
)20 Window ServicePO Box 6056Twin F
& K Trucking1897 E 990 SHazeltonI
. Scott Jackson TruckingPO Box 56Je
. Scott JacksonTrucking IncPO Box 56

(u)o McIvehy & Myers SLLP    (u)Official Committee Of Unsecured Creditor

i)Oren B. Haker
lack Helterline LLP
)5 SW Broadway Suite 1900
ortland, OR 97205-3359

(d)Progressive Dairy Service & Supply Corp.
485 S. Idaho St.
Wendell, ID 83355-5241

(u)Rexel USA, Inc. dba Platt Electric Suppl

)Rocky Mountain Agronomics, Inc.

(d)Viserion Grain, LLC
385 Broadway Street
Boulder, CO 80305-3303

End of Label Matrix
Mailable recipients    262
Bypassed recipients     29
Total                  291

United States Bankruptcy Court

District of Idaho

In re:                                                                                    Case No. 24-40158-NGH

Millenkamp Cattle, Inc                                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8                                  User: admin                                  Page 1 of 11
Date Rcvd: Feb 18, 2025                               Form ID: pdf042                             Total Noticed: 206

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |
| aty | | Andrew Schoulder, 1301 Avenue of The Americas, New York, NY 10019-6022 |
| aty | + | David A. Heida, Heida Law Office, PLLC, P.O. Box 216, Kimberly, ID 83341, UNITED STATES 83341-0216 |
| aty | + | Domenic E Pacitti, Klehr Harrison Harvey Branzburg LLP, 919 Market Street, Suite 1000, Wilmington, DE 19801-3030 |
| aty | | Francisco Vazquez, Norton Rose Fulbright, 1301 Avenue if the Americas, New York, NY 10019-6022 |
| aty | + | Gabriel L Olivera, 7 Times Square, New York, NY 10036-6524 |
| aty | + | James J Niemeier, McGrath North Mullin & Kratz, PC LLO, 1601 Dodge Street, Ste 3700, Omaha, NE 68102-1650 |
| aty | + | John O'Brien, Spencer Fane LLP, 1700 Lincoln Steet, Suite 2000, Denver, CO 80203-4554 |
| aty | + | Julian Gurule, O'Melveny & Meyers LLP, 400 South Hope Street, Suite 1900, Los Angeles, CA 90071-2811 |
| aty | + | Julian Gurule, 400 South Hope Street, Suite 1900, Los Angeles, CA 90071-2811 |
| aty | + | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| aty | + | Lorenzo Marinuzzi, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | Matthew T. Christensen, 199 N. Capitol Blvd., Ste 200, Boise, ID 83702-6197 |
| aty | + | Michael R Stewart, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-7508 |
| aty | + | Miranda Russell, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | Morton R Branzburg, Klehr Harrison Harvey Branzburg LLP, 1835 Market St, Suite 1400, Philadelphia, PA 19103-2945 |
| aty | + | Nikolaus F Schandlbauer, 20 F Street NW, Suite 500, Washington DC 20001-6703 |
| aty | + | Raff Ferraioli, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | Richard Bernard, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| aty | | Robert E. Richards, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361 |
| aty | + | Ron C Bingham, II, 3424 Peachtree Road NE, Suite 1600, Atlanta, GA 30326-1139 |
| aty | + | Scott F Gautier, 1800 Century Park East, Ste 1500, Los Angeles, CA 90067-1501 |
| aty | + | Tirzah R. Roussell, 215 10th Street, Suite 1300, Des Moines, IA 50309-3616 |
| aty | + | W. Kent Carter, One North Franklin, Suite 800, Chicago, IL 60606-3422 |
| aty | + | Zachary Fairlie, Spencer Fane LLP, 1000 Walnut Street, Suite 1400, Kansas City, MO 64106-2168 |
| cr | | Ad Hoc Committee of Corn Silage Growers, 153 East Main Street, PO Box 168, Jerome, ID 83338-0168 |
| fa | | Amory Securities LLC, 200 North Pacific Hwy, Suite 1525, El Segundo, CA 90245 |
| cr | + | Automation Werx, LLC, Morrow & Fischer, PLLC, 4 Ogden Avenue, Nampa, ID 83651-2371 |
| cr | + | Blue Cross of Idaho Health Service, Inc, c/o Law Office of D. Blair Clark PC, 967 East Parkcenter Boulevard, #282, Boise, ID 83706, UNITED STATES 83706-6721 |
| crcm | + | Bruce A. Anderson, 320 East Neider Avenue, Suite 102, Coeur d'Alene, ID 83815-6007 |
| cr | + | Bunge Canada C/O David D. Farrell, David D. Farrell. Esq., One US Bank Plaza, Suite 2700, St. Louis, MO 63101-1616 |
| cr | + | Burks Tractor Company, Inc., 3140 Kimberly Road, Twin Falls, ID 83301-8516 |
| cr | + | Conterra Holdings, LLC d/b/a Conterra Ag Capital a, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| sp | + | David A Heida, Heida Law Office, PLLC, Po Box 216, Kimberly, ID 83341-0216 |
| app | + | Davis Livestock, Inc., 780 E Cannibal Rd, Lewiston, UT 84320-2038 |
| cr | + | East Valley Development, LLC, c/o Avery Law, 3090 E Gentry Way, Ste 250, Meridian, ID 83642-3596 |
| app | + | Gale W. Harding and Associates, 329 W 7th S, Rexburg, ID 83440-9600 |
| sp | + | Givens Pursley LLP, Givens Pursley LLP, 601 W. Bannock, P.O. Box 2720, Boise, ID 83701-2720 UNITED STATES 83701-2720 |
| intp | + | Glanbia Foods Inc, c/o Robert A Faucher, POB 2527, Boise, ID 83701-2527 |
| cr | + | Idaho State Brand Department, 700 S. Stratford Dr., Meridian, ID 83642, UNITED STATES 83642-6202 |
| fa | + | Kander LLC, 2538 Carrolwood Road, Naperville, IL 60540-8395 |
| wit | + | Lance Vandemark, Expert Consulting Services, 2694 E 750 S, Declo, ID 83323-6001 |

| District/off: 0976-8 | User: admin | Page 2 of 11 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: pdf042 | Total Noticed: 206 |

| | | |
|---|---|---|
| cr | + | MWI Veterinarian Supply, Inc., 3041 W PASADENA DRIVE, Boise, ID 83705, UNITED STATES 83705-4776 |
| cr | + | MetLife Real Estate Lending LLC, c/o Kimbell D. Gourley, 10801 Mastin Blvd, Suite 700, Overland Park, KS 66210-1673 |
| cr | + | Metropolitan Life Insurance Company, c/o Kimbell D. Gourley, 10801 Mastin BLVD, Suite 700, Overland Park, KS 66210-1673 |
| cr | + | Moss Farms Operations, LLC, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | Moss Grain Partnership, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | PerforMix Nutrition Systems, LLC, MUNDING, P.S., 309 E. FARWELL RD., STE 310, Spokane, WA 99218, UNITED STATES 99218-8209 |
| cr | + | Rabo AgriFinance LLC, c/o Sheila R. Schwager, P.O. Box 1617, Boise, ID 83701-1617 |
| cr | + | Raft River Rural Electric Cooperative, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | Rexel USA, Inc dba Platt Electric Supply, McConnell Wagner Sykes + Stacey PLLC, 827 E. Park Blvd, Ste. 201, Boise, ID 83712-7782 |
| intp | + | Sandton Capital Partners LP, 16 W 46th Street, 1st Floor, New York, NY 10036-4503 |
| r | + | Schuil Ag Real Estate Inc, 5020 W Mineral King Ave, Visalia, CA 93291-5364 |
| cr | + | Standlee Ag Resources, c/o Miller Nash LLP, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| app | + | Summit Ag Appraisal Inc, 995 S 1150 E, Albion, ID 83311-9710 |
| br | + | The Forbes Securities Group LLC, DBA Forbes Partne, 6400 S Fiddlers Green Circle, Suite 850, Greenwood Village, CO 80111-4994 |
| wit | + | Theodore Isbell, Expert Consulting Services, 2694 E 750 S, Declo, ID 83323-6001 |
| cr | + | United Electric Co-op, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | | Valley Wide Cooperative Inc., c/o David W. Gadd, Stover, Gadd & Assoc., P.O. Box 1428, Twin Falls, ID 83303-1428 |
| cr | + | Viserion Grain, LLC, c/o Sawtooth Law Offices, PLLC, 213 Canyon Crest Dr., Ste 200, Twin Falls, ID 83301, UNITED STATES 83301-3053 |
| cr | + | Viterra USA Grain, LLC and Viterra USA Ingredients, c/o Racine Olson, PLLP, P.O. Box 1391, Pocatello, ID 83204-1391 |
| cr | + | Western States Equipment Co., 500 East Overland Road, Meridian, ID 83642-6606 |
| cr | + | Wilbur-Ellis Company LLC, c/o Matthew A. Sturzen, P.O. Box 2247, Salem, OR 97308-2247 |
| intp | + | William Millenkamp, 471 N 300 W, Jerome, ID 83338-5078 |
| cr | + | c/o David A. Coleman B & H Farming, Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| cr | + | c/o David A. Coleman Youree Land & Livestock, Inc., Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| 5338357 | + | A. Scott Jackson Trucking, Inc., c/o Williams Meservy & Larsen, LLP, Post Office Box 168, 153 East Main Street, Jerome, ID 83338-2332 |
| 5339172 | + | AAA Cow Comfort LLC, Po Box 307, Kimberly, ID 83341-0307 |
| 5339357 | + | ABS Global, 1525 River Rd., DeForest, WI 53532-2430 |
| 5352499 | + | ARNOLD MACHINERY COMPANY, 2975 West 2100 South, Salt Lake City, UT 84119-1273 |
| 5345130 | + | Addison Biological Laboratory, INC., 507 North Cleveland St., Fayette, MO 65248-1083 |
| 5341229 | + | Airgas USA, LLC, 110 West 7th St. Suite 1400, Tulsa, OK 74119-1077 |
| 5339859 | + | Alexander K. Reed, 4296 N 2100 E, Filer, ID 83328-5046 |
| 5339174 | + | Amalgamated Sugar, 1951 S Saturn Way, Ste 100, Boise, ID 83709-2924 |
| 5340188 | + | American Calf Products (Golden State Mixing, Inc.), 425 D Street, Turlock, CA 95380-5452 |
| 5336402 | + | Automation Werx, LLC, PO Box 3066, Idaho Falls, ID 83403-3066 |
| 5339552 | + | B & H Farming, an Idaho General Partnership, PO Box 123, Rupert, ID 83350-0123 |
| 5339175 | + | BS R Design Supplies, 198 Locust St S, Twin Falls, ID 83301-7832 |
| 5341673 | + | Blue Cross of Idaho, c/o D Blair Clark, Atty, 967 Parkcenter Blvd #282, Boise, ID 83706-6721 |
| 5341702 | + | Blue Cross of Idaho, c/o D. Blair Clark, Attorney, 967 E. Parkcenter Blvd., #282, Boise, ID 83706-6721 |
| 5339860 | + | Bo Stevenson dba B&A Farms, 1001 S 1900 E, Hazelton, ID 83335-5451 |
| 5345992 | + | Brandy A. Bartholomew, C/O Eric R. Clark, Attorney, P.O. Box 2504, Eagle, ID 83616-9118 |
| 5335094 | + | Bunge Canada, c/o David D. Farrell, THOMPSON COBURN LLP, One US Bank Plaza, Suite 2700, St. Louis, Missouri 63101-1693 |
| 5354690 | + | Burks Tractor Company, Inc., Oren B. Haker, Black Helterline LLP, 805 SW Broadway Suite 1900, Portland, OR 97205-3359 |
| 5350014 | + | CNH Industrial Capital America LLC, Kent Carter/Gordon Rees, One North Franklin, Suite 800, Chicago, IL 60606-3422 |
| 5339520 | + | Christopher Camardello, 1031 Mendota Heights Road, St. Paul, MN 55120-1419 |
| 5339861 | + | Clint D. Thompson, 298 N 200 W, Jerome, ID 83338-5372 |
| 5335499 | + | Coastline Equipment Company, 2000 E Overland Rd, Meridian, ID 83642-6665 |
| 5345020 | + | Connie Lapaseotes, Ltd., c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5339194 | + | Conrad Bishcoff Inc, 2251 N Holmes, PO Box 50106, Idaho Falls, ID 83405-0106 |
| 5338613 | + | Conterra Holdings, LLC dba Conterra Ag Capital as, c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5348879 | + | Daimler Truck Financial Services USA LLC, c/o Randall P. Mroczynski, Cooksey, Toolen, Gage, Duffy & Woog, 535 Anton Boulevard, Suite 1000, Costa Mesa, CA 92626-7664 |
| 5339521 | + | Dairy Tech, LLC, 1031 Mendota Heights Road, St. Paul, MN 55120-1419 |
| 5340867 | | David Clark, Clark Ambulatory Clinic, Inc., 1019 E 1020 S, Albion, ID 83311 |
| 5339862 | + | Douglas J. Grant, 2050 E 500 S, Hazelton, ID 83335-5006 |
| 5339863 | + | Dusty Brow Farms, Inc., 2601 E 1100 S, Hazelton, ID 83335-5623 |
| 5354704 | + | East Valley Development, LLC, c/o Adam Lewis, Esq., Morrison & Foerster LLP, 425 Market St., San Francisco CA 94105-2482 |
| 5339864 | + | Edward Chojnacky, 298 N 100 W, Jerome, ID 83338-5406 |
| 5336403 | + | Electrical Werx & Construction, LLC, PO Box 3066, Idaho Falls, ID 83403-3066 |
| 5336173 | + | Elevation Electric, LLC, 485 S. Idaho St., Wendell, ID 83355-5241 |

District/off: 0976-8 | User: admin | Page 3 of 11
Date Rcvd: Feb 18, 2025 | Form ID: pdf042 | Total Noticed: 206

| | | |
|---|---|---|
| 5339196 | + | Eric Clark, Clark Associates, PO Box 2504, Eagle, ID 83616-9118 |
| 5339197 | + | Evans Plumbing, 111 Gulf Stream Lane, Hailey, ID 83333-7725 |
| 5339591 | + | Farmers Bank, PO Box 392, Buhl, ID 83316-0392 |
| 5345021 | + | Fredin Brothers, Inc., c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5339865 | + | Grant & Hagan, Inc., P.O. Box 326, Hazelton, ID 83335-0326 |
| 5339866 | + | Grant 4-D Farms LLC, 707 E 600 N, Rupert, ID 83350-9466 |
| 5345661 | + | Green Source Automation, LLC, 3506 Moore Road, Ceres, CA 95307-9402 |
| 5339198 | + | Hatfield Manufacturing Inc, 1823 Shoestring Rd, Gooding, ID 83330-5361 |
| 5353585 | + | Heeringa Construction LLC, 18521 E Queen Creek Rd, #105-481, Queen Creek, AZ 85142-5864 |
| 5339867 | + | Hollifield Ranches, Inc., 22866 Highway 30, Hansen, ID 83334-5028 |
| 5339199 | + | Idaho Dept of Lands, PO Box 83720, Boise, ID 83720-0003 |
| 5354954 | + | Idaho Materials & Construction, c/o Miller Nash LLP, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| 5339765 | + | Interstate Billing Service, Inc, PO box 2250, Decatur, AL 35609-2250 |
| 5345295 | + | J&C Hoof Trimming Inc., 3690 N 2570 E, Twin Falls, ID 83301-1004 |
| 5345360 | + | J.D. Heiskell Holdings, LLC, 17220 Wright St, Ste 200, Omaha, NE 68130-4667 |
| 5339201 | + | Jake Millenkamp, 1719 River Road, Buhl, ID 83316-5302 |
| 5349577 | + | James Farrell & CO, 13810 SE Eastgate Way, Suite 520, Bellevue, WA 98005-4467 |
| 5339868 | + | Jean L. Thompson, 255 N 250 W, Jerome, ID 83338-5363 |
| 5339202 | | Jeffrey E. Rolig, PO Box 5455, Twin Falls, ID 83303-5455 |
| 5345787 | | Jeffrey J. Grieve, P.O. Box 366, Twin Falls, ID 83303-0366 |
| 5339204 | + | K R Rental Inc, 256 A South 600 W, Heyburn, ID 83336-9750 |
| 5339205 | + | Keith D. and Janet Carlson, 3866 E 3800 N, Hansen, ID 83334-5012 |
| 5345788 | | Kenworth Sales Company, Inc., c/o Benoit Law, P.O. Box 366, Twin Falls, ID 83303-0366, , |
| 5339206 | + | Kinghorn Medical LLC, 248 S Cole Rd, Boise, ID 83709-0934 |
| 5345508 | + | Kraus Farms, LLC, 165 South 400 West, Rupert, ID 83350-9672, , |
| 5339541 | + | Land View, Inc., c/o Gery W. Edson, P.O. Box 448, Boise, ID 83701-0448 |
| 5350983 | + | Merck Animal Health, Attn: Legal Dept-Animal Health, 126 East Lincoln Avenue, Po Box 2000, Rahway, NJ 07065-0900 |
| 5349667 | + | MetLife Real Estate Lending, LLC, c/o Ron C. Bingham, II, Esq., Adams and Reese LLP, 3424 Peachtree Road, NE, Suite 1600, Atlanta, Georgia 30326-1139 |
| 5349670 | + | Metropolitan Life Insurance Company, a New York Co, c/o Ron C. Bingham, II, Esq., Adams and Reese LLP, 3424 Peachtree Road, NE, Suite 1600, Atlanta, Georgia 30326-1139 |
| 5339870 | + | Michael Chojnacky, 51 W 600 N, Jerome, ID 83338-5016 |
| 5369598 | + | Milner Hay, 1154 W 200 S, Murtaugh, ID 83344-5388 |
| 5345659 | + | Moss Grain Partnership, 301 Scott Ave. Suite 4, Rupert, ID 83350-5100 |
| 5341333 | + | NAPA Auto Parts, PO Box 1425, Twin Falls, ID 83303-1425 |
| 5354689 | + | Oren B. Haker, Black Helterline LLP, 805 SW Broadway Suite 1900, Portland, OR 97205-3359 |
| 5339207 | + | Overhead Door, 489 S. Locust, Twin Falls, ID 83301-7849 |
| 5344741 | + | PTG of Idaho, LLC, c/o Holland N. O'Neil, Foley & Lardner L, 2021 McKinney Avenue, Ste. 1600, Dallas, TX 75201-3340 |
| 5339208 | + | Pan American Life Insurance, 1778 N Plano Rd, Ste 310, Richardson, TX 75081-1958 |
| 5342126 | + | PerforMix Nutrition Systems, 2201 N 20th Street, Nampa, ID 83687-6849 |
| 5339209 | + | Pivot Man Inc, Robin Jones, PO Box 355, Paul, ID 83347-0355 |
| 5345022 | + | Prime Ridge Beef LLC, c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5356686 | + | Pro Rentals & Sales, PO Box 5450, C12, Kalispell, MT 59903-5450 |
| 5339210 | + | Pro Tech Service Company, 1550 Kimberly Rd, Twin Falls, ID 83301-7341 |
| 5346177 | + | Progressive Dairy Service & Supplies Corp., 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5336174 | + | Progressive Dairy Service & Supply Corp., 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5345667 | | Rabo AgriFinance LLC, as Administrative Agent, c/o Sheila Schwager, Hawley Troxell Ennis & Hawley, LLP, P.O. Box 1617, Boise, ID 83701-1617 |
| 5346019 | + | Rexel USA, Inc dba Platt Electric Supply, 827 E. Park Blvd, Ste. 201, Boise, Idaho 83712-7782 |
| 5339211 | + | Roark Law Offices, 950 Bannock St., 11th Fl., Boise, ID 83702-5999 |
| 5343428 | + | Rocky Mountain Agronomics, 1912 West Main Street, Burley, ID 83318-1611 |
| 5336660 | | Rogers Machinery Company, Inc., PO Box 230429, Portland, OR 97281-0429 |
| 5339212 | + | Schmidt Cattle Hauling, 848 E 3400 N, Castleford, ID 83321-6422 |
| 5339213 | + | Schow's Truck Center, PO Box 2208, Decatur, AL 35609-2208 |
| 5345789 | | Sheila R. Schwager, Hawley Troxell ennis & Hawley LLP, P.O. Box 1617, Boise, ID 83701-1617 |
| 5339214 | + | Six States Distributors Inc, 29787 Network Place, Chicago, IL 60673-1297 |
| 5339215 | + | SprinklerShop Inc, PO Box 599, Paul, ID 83347-0599 |
| 5345131 | + | St. Genetics, Inguran USA, INC., 22575 State Hwy 6 South, Navasota, TX 77868-8297 |
| 5339872 | + | Standing 16 Ranch Land Company, LLC, 335 W 300 N, Jerome, ID 83338-5217 |
| 5339876 | + | Standlee Ag Resources, c/o Miller Nash, LLP, Attn: Louis Spiker, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| 5339874 | + | Steel Ranch LLC, 2597 E 1100 S, Hazleton, ID 83335-5621 |
| 5354401 | + | Steven R. Hogan II, 409 S. 17th Street #500, Omaha, NE 68102-2603 |
| 5339216 | + | Stotz Equipment, 2670 Kimberly Rd E, Twin Falls, ID 83301-7984 |

District/off: 0976-8             User: admin             Page 4 of 11
Date Rcvd: Feb 18, 2025             Form ID: pdf042             Total Noticed: 206

| | | |
|---|---|---|
| 5354402 | + | The Dairy Solutions Group, 409 S. 17th Street #500, Omaha, NE 68102-2603 |
| 5342832 | + | The Sprinkler Shop, P.O. Box 599, Paul, ID 83347-0599 |
| 5339875 | + | Triple C Farms, LLC, 474 S 500 W, Jerome, ID 83338-6027 |
| 5347829 | + | Valley Wide Cooperative Inc., c/o David W. Gadd, Stover, Gadd & Associates, PLLC, P.O. Box 1428, Twin Falls, Idaho 83303-1428 |
| 5347503 | + | Viserion Grain LLC, 385 Broadway St, Boulder, CO 80305-3303 |
| 5339554 | + | Viterra USA Grain, LLC, 1331 Capitol Ave., Omaha, NE 68102-1197 |
| 5339553 | + | Viterra USA Ingredients, LLC, 1331 Capitol Ave., Omaha, NE 68102-1197 |
| 5338166 | + | Wag Services, Inc., 8121 W HARRISON ST, Tolleson, AZ 85353-3328, , |
| 5339217 | + | Wendell Truck and Auto, PO Box 213, 356 S Idaho St, Wendell, ID 83355-5209 |
| 5339218 | + | Western Construction Inc, PO Box 15569, Boise, ID 83715-5569 |
| 5335378 | + | Westway Feed, BARR Credit Services, 3444 N Country Club Rd, Ste 200, Tucson, AZ 85716-0815 |
| 5341725 | + | Wilbur-Ellis Nutrition, LLC, c/o Matthew A. Sturzen, PO Box 2247, Salem, OR 97308-2247 |
| 5338356 | + | Williams, Meservy & Larsen, Post Office Box 168, 153 East Main Street, Jerome, ID 83338-2332 |
| 5342349 | + | Young CDJR of Burley, LLC, PO Box 1530, Layton, UT 84041-6553 |
| 5336406 | + | Youree Land & Livestock Inc., 3953 North 3300 East, Twin Falls, ID 83301-0348 |

TOTAL: 175

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: mkremer@omm.com | Feb 19 2025 02:00:00 | Matthew Kremer, 7 Times Square, New York, NY 10036-6524 |
| acc | + | Email/Text: ar@coopernorman.com | Feb 19 2025 02:00:00 | Cooper Norman, PO Box 5399, Twin Falls, ID 83303-5399 |
| intp | + | Email/Text: DAN@RACINELAW.NET | Feb 19 2025 02:00:00 | Idaho AgCredit, c/o Daniel C. Green, Racine Olson, PLLP, P. O. Box 1391, Pocatello, ID 83204-1391 |
| cr | | Email/Text: dann@lvf.com | Feb 19 2025 02:00:00 | Land View, Inc., P.O. Box 475, Rupert, ID 83350 |
| 5339173 | ^ | MEBN | Feb 19 2025 01:56:50 | Airgas USA LLC, PO Box 734445, Chicago, IL 60673-4445 |
| 5342707 | | Email/PDF: bncnotices@becket-lee.com | Feb 19 2025 02:17:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5345658 | | Email/Text: tnelson@gibbygroup.com | Feb 19 2025 02:00:00 | Carne I Corp., 134 E. Highway 81, Burley, ID 83318 |
| 5335227 | | Email/Text: bankruptcylegal@lumen.com | Feb 19 2025 02:00:00 | CenturyTel Service Group, LLC dba CenturyLink, Lumen Technologies Group, 931 14th Street, 9th Floor (Attn: Legal-, Denver, CO 80202 |
| 5339191 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2025 02:06:38 | Capitol One, PO Box 60599, City of Industry, CA 91716-0599 |
| 5344923 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 19 2025 02:00:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 5339192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2025 02:16:55 | Citi Cards, PO Box 78019, Phoenix, AZ 85062-8019 |
| 5339193 | | Email/Text: fnrobinson@coloniallife.com | Feb 19 2025 02:00:00 | Colonial Life, Processing Center, PO Box 1365, Columbia, SC 29202-1365 |
| 5339195 | + | Email/Text: marlene@daritech.com | Feb 19 2025 02:00:00 | Daritech, 8540 Benson Rd, Lynden, WA 98264-9711 |
| 5379327 | + | Email/Text: CLLARSON@EIDEBAILLY.COM | Feb 19 2025 02:00:00 | Eide Bailly LLP, 4310 17th Ave S, Fargo, ND 58103-3339 |
| 5345915 | + | Email/Text: legal@fastenal.com | Feb 19 2025 02:00:00 | Fastenal Company, 2001 Theurer Blvd., ATTN: LEGAL, Winona, MN 55987-9902 |
| 5336661 | | Email/Text: sandy.gjv@gmail.com | Feb 19 2025 02:00:00 | G.J. Verti-Line Pumps, Inc., PO Box 892, Twin Falls, ID 83303-0892 |

District/off: 0976-8       User: admin       Page 5 of 11

Date Rcvd: Feb 18, 2025       Form ID: pdf042       Total Noticed: 206

| | | | |
|---|---|---|---|
| 5373370 | + Email/Text: dpetersen@greatamerica.com | Feb 19 2025 02:00:00 | GreatAmerica Financial Services Corporation, ATTN: Peggy Upton, 625 First St. SE, Cedar Rapids, IA 52401-2030 |
| 5339200 | Email/Text: tnelson@gibbygroup.com | Feb 19 2025 02:00:00 | Innovative Food SolutionsUSA, Attn: Jordan Bowen, 134 E. Highway 81, Burley, ID 83318 |
| 5340509 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2025 02:00:00 | IRS, Centralized Insolvency Oper., PO Box 7346, Philadelphia, PA 19101-7346 |
| 5339526 | + Email/Text: bankruptcynotices@tax.idaho.gov | Feb 19 2025 02:00:00 | Idaho State Tax Commission, PO Box 36, Boise, ID 83722-0036 |
| 5339527 | + Email/Text: BKRMailOps@weltman.com | Feb 19 2025 02:00:00 | JOHN DEERE FINANCIAL, c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5339203 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 19 2025 02:16:59 | JP Morgan Chase, PO Box 6294, Carol Stream, IL 60197 |
| 5338039 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 19 2025 02:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5339016 | + Email/Text: BKRMailOps@weltman.com | Feb 19 2025 02:00:00 | John Deere Construction and Forestry Company, c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5339015 | + Email/Text: BKRMailOps@weltman.com | Feb 19 2025 02:00:00 | John Deere Financial, f.s.b., c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5345606 | + Email/Text: ZyCredit.A.User@lesschwab.com | Feb 19 2025 02:00:00 | LES SCHWAB TIRE CENTERS OF IDAHO, LLC, PO BOX 5350, BEND, OR 97708-5350 |
| 5335058 | + Email/Text: Bankruptcy@staples.com | Feb 19 2025 02:00:00 | Quill Corporation, PO Box 102419, Columbia, SC 29224-2419 |
| 5342352 | Email/Text: accounting@schaefferoil.com | Feb 19 2025 02:00:00 | Schaeffer Manufacturing Company, c/o Denis McCarthy, 2600 S Broadway, St. Louis, MO 63118 |
| 5339873 | + Email/Text: sff1300@protonmail.com | Feb 19 2025 02:00:00 | Star Falls Farms, LLC, 1908 E 1300 S, Hazelton, ID 83335-5428 |
| 5336530 | + Email/Text: creditdept@agmotion.com | Feb 19 2025 02:00:00 | US Commodities, LLC, 730 Second Avenue S. Suite 700, Minneapolis, MN 55402-2480, , |
| 5342351 | + Email/Text: arbankruptcy@uline.com | Feb 19 2025 02:00:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | O'Melveny & Myers LLP |
| cr | | Aden Brook Trading Corp |
| cr | | Brandy Ann Bartholomew |
| cr | | CNH Industrial Capital America LLC |
| cr | | JOHN DEERE FINANCIAL |
| fa | | Kander, LLC |
| cr | | MWI Veterinary Supply Inc. |
| cr | | McAlvain Concrete, Inc. |
| cr | | Official Committee Of Unsecured Creditors |
| cr | | Rocky Mountain Agronomics, Inc. |
| 5339219 | | #3924637 |
| 5338201 | | A K Trucking1897 E 990 S Hazelton, ID 83335, A. Scott Jackson TruckingPO Box 56 Jerom, A. Scott JacksonTrucking Inc PO Box 56 J, ABS Global Inc Box 22144 Network Place C, Addison Biological Lab 507 N Cleveland S, Aden Brook Trading |

| | | |
|---|---|---|
| | | CorpPO Box 217 Montgo |
| 5337874 | | Badger Bearing PTP, Inc |
| 5350001 | | MWI Veterinary Supply |
| 5334742 | | NameAddress1Address2Address3CityStateZip, 116 & West805 W Idaho StSte 300Boise, 2020 Window ServicePO Box 6056Twin F, A & K Trucking1897 E 990 SHazeltonI, A. Scott Jackson TruckingPO Box 56Je, A. Scott JacksonTrucking IncPO Box 56 |
| 5346022 | | Rexel USA, Inc. dba Platt Electric Supply |
| aty | *+ | Bruce A. Anderson, 320 East Neider Avenue, Suite 102, Coeur d'Alene, ID 83815-6007 |
| aty | *+ | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| cr | *+ | Amalgamated Sugar Company, 1951 S. Saturn Way, Suite 100, Boise, ID 83709-2924 |
| cr | * | Elevation Electric, LLC, 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| cr | * | Progressive Dairy Service & Supply Corp., 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| 5345729 | *+ | Amalgamated Sugar Company, 1951 S. Saturn Way, Suite 100, Boise, ID 83709-2924 |
| 5345775 | *+ | Amalgamated Sugar Company, 1951 S. Saturn Way, Suite 100, Boise, ID 83709-2924 |
| 5342727 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5338938 | *+ | Conterra Holdings, LLC dba Conterra Ag Capital as, c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5338040 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5354657 | *+ | Viserion Grain, LLC, 385 Broadway Street, Boulder, CO 80305-3303 |
| aty | ##+ | Karyn Lloyd, Gordon Rees Scully Mansukhani, LLP, 999 W Main Street, 100, Boise, ID 83702-9001 |

TOTAL: 16 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Aiken Lewis | |
| | on behalf of Creditor East Valley Development  LLC alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com |
| Alexandra O Caval | |
| | on behalf of Interested Party William Millenkamp alex@cavallawoffice.com  R71985@notify.bestcase.com |
| Andrew J. Schoulder | |
| | on behalf of Creditor Rabo AgriFinance LLC andrew.schoulder@nortonrosefulbright.com nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com |
| Brent Russel Wilson | |
| | on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com  mreinhart@hawleytroxell.com |
| Brett R Cahoon | |
| | on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov |
| Brian Faria | |
| | on behalf of Creditor Viserion Grain  LLC brian@sawtoothlaw.com |
| Brian Michael Rothschild | |
| | on behalf of Broker The Forbes Securities Group LLC  DBA Forbes Partners as Investment Banker brothschild@parsonsbehle.com, ecf@parsonsbehle.com;Boisedocket@parsonsbehle.com |
| Britta E Warren | |

District/off: 0976-8                             User: admin                                 Page 7 of 11
Date Rcvd: Feb 18, 2025                          Form ID: pdf042                          Total Noticed: 206

                            on behalf of Defendant Burks Tractor Company  Inc. britta.warren@bhlaw.com

Britta E Warren
                            on behalf of Creditor Burks Tractor Company  Inc. britta.warren@bhlaw.com

Bruce A. Anderson
                            on behalf of Creditor Committee Bruce A. Anderson baafiling@eaidaho.com

Cheryl Rambo
                            on behalf of Creditor Idaho State Brand Department cheryl.rambo@isp.idaho.gov

Christopher C. McCurdy
                            on behalf of Interested Party Glanbia Foods Inc ccmccurdy@hollandhart.com
                            njhammond@hollandhart.com;intaketeam@hollandhart.com

Connor Bray Edlund
                            on behalf of Creditor McAlvain Concrete  Inc. edlund@mwsslawyers.com, lemieux@mwsslawyers.com

D Blair Clark
                            on behalf of Creditor Blue Cross of Idaho Health Service  Inc dbc@dbclarklaw.com,
                            mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.c
                            om

Daniel C Green
                            on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net

Daniel C Green
                            on behalf of Interested Party Idaho AgCredit dan@racineolson.com  mcl@racinelaw.net

David A Coleman
                            on behalf of Creditor c/o David A. Coleman Youree Land & Livestock  Inc. david@colemanjacobsonlaw.com

David A Coleman
                            on behalf of Creditor Eagle Creek Northwest LLC david@colemanjacobsonlaw.com

David A Coleman
                            on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com

David A. Heida
                            on behalf of Attorney David A. Heida david@heidalawoffice.com  eshippy@whitepeterson.com

David T Krueck
                            on behalf of Creditor Amalgamated Sugar Company dkrueck@hawleytroxell.com
                            jdeshaw@perkinscoie.com;docketboi@perkinscoie.com

David W. Gadd
                            on behalf of Creditor Valley Wide Cooperative Inc. dwg@magicvalleylaw.com  jfb@magicvalleylaw.com

Eric R Clark
                            on behalf of Creditor Brandy Ann Bartholomew eclark101@hotmail.com  eclark@ericrclarkattorney.com

Eric R Clark
                            on behalf of Creditor Brandy Bartholomew eclark101@hotmail.com  eclark@ericrclarkattorney.com

Evan Thomas Roth
                            on behalf of Creditor Viserion Grain  LLC evan@sawtoothlaw.com

Francisco Vazquez
                            on behalf of Creditor Rabo AgriFinance LLC francisco.vazquez@nortonrosefulbright.com

Gabriel Luis Olivera
                            on behalf of Creditor Official Committee Of Unsecured Creditors golivera@omm.com  gabriel-olivera-3960@ecf.pacerpro.com

Gery W Edson
                            on behalf of Creditor Land View  Inc. gedson@gedson.com, tfurey@gedson.com

Heidi Buck Morrison
                            on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC heidi@racineolson.com,
                            mandy@racineolson.com

Holly Roark
                            on behalf of Creditor Elevation Electric  LLC holly@roarklawboise.com,
                            courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Holly Roark
                            on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com
                            courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

James Niemeier
                            on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com

James Justin May
                            on behalf of Debtor Millenkamp Cattle  Inc jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;lnh@johnsonmaylaw.com

District/off: 0976-8                                          User: admin                                          Page 8 of 11
Date Rcvd: Feb 18, 2025                                    Form ID: pdf042                                    Total Noticed: 206

Janine Patrice Reynard
    on behalf of Creditor East Valley Development  LLC janine@averylaw.net,
averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Jason Ronald Naess
    on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov

Jed W. Manwaring
    on behalf of Creditor MWI Veterinary Supply  Inc. jwm@elamburke.com, jh@elamburke.com

John O'Brien
    on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding
SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com,
anissly@spencerfane.com;dperea@spencerfane.com

John D Munding
    on behalf of Creditor PerforMix Nutrition Systems  LLC john@mundinglaw.com

John F Kurtz, Jr
    on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com  tnd@kurtzlawllc.com

Jon B Evans
    on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com  sattler.carla@dorsey.com

Joseph Mark Wager, Jr.
    on behalf of Creditor Rexel USA  Inc dba Platt Electric Supply wager@mwsslawyers.com,
wstewart@mwsslawyers.com;seannegan@sneganlaw.com;reception@mwsslawyers.com

Julian Gurule
    on behalf of Creditor Official Committee Of Unsecured Creditors jgurule@omm.com  julian-gurule-5732@ecf.pacerpro.com

Karyn Lloyd
    on behalf of Creditor CNH Industrial Capital America LLC klloyd@grsm.com

Kim J Trout
    on behalf of Creditor Rocky Mountain Agronomics  Inc. ktrout@trout-law.com

Kimbell D Gourley
    on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com  shudson@idalaw.com

Kimbell D Gourley
    on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com  shudson@idalaw.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Cattle  Inc krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Black Pine Cattle LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Family LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Financial Advisor Kander  LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Attorney Krystal R Mikkilineni krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Enterprises LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Properties  L.L.C. krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Idaho Jersey Girls LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Goose Ranch LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Properties II LLC krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

Krystal R. Mikkilineni
    on behalf of Debtor East Valley Cattle  LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Laura E Burri
    on behalf of Creditor Automation Werx  LLC lburri@morrowfischer.com, klee@morrowfischer.com

Louis V. Spiker

on behalf of Creditor Standlee Ag Resources louis.spiker@millernash.com  louis.spiker@millernash.com

Mark Bradford Perry

on behalf of Creditor Burks Tractor Company  Inc. mbp@perrylawpc.com,
info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com

Mark Bradford Perry

on behalf of Defendant Burks Tractor Company  Inc. mbp@perrylawpc.com,
info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com

Matthew Kremer

on behalf of Creditor Official Committee Of Unsecured Creditors mkremer@omm.com  matthew-kremer-0858@ecf.pacerpro.com

Matthew A Sturzen

on behalf of Creditor Wilbur-Ellis Company LLC matt@shermlaw.com  bjorn@shermlaw.com;gina@shermlaw.com

Matthew T. Christensen

on behalf of Debtor East Valley Cattle  LLC mtc@johnsonmaylaw.com,
mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen

on behalf of Debtor Idaho Jersey Girls LLC mtc@johnsonmaylaw.com
mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen

on behalf of Debtor Millenkamp Enterprises LLC mtc@johnsonmaylaw.com
mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen

on behalf of Debtor Black Pine Cattle LLC mtc@johnsonmaylaw.com
mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen

on behalf of Debtor Millenkamp Family LLC mtc@johnsonmaylaw.com
mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen

on behalf of Debtor Goose Ranch LLC mtc@johnsonmaylaw.com
mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen

on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com
mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen

on behalf of Debtor Millenkamp Cattle  Inc mtc@johnsonmaylaw.com,
mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen

on behalf of Debtor Millenkamp Properties II LLC mtc@johnsonmaylaw.com
mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen

on behalf of Debtor Millenkamp Properties  L.L.C. mtc@johnsonmaylaw.com,
mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen

on behalf of Attorney Matthew T. Christensen mtc@johnsonmaylaw.com
mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew W Grimshaw

on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com

Meredith Leigh Thielbahr

on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com  ckaiser@grsm.com

Miranda K. Russell

on behalf of Creditor East Valley Development  LLC mrussell@mofo.com, miranda-russell-6809@ecf.pacerpro.com

Morton R. Branzburg

on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com

Oren B. Haker
on behalf of Creditor Burks Tractor Company  Inc. oren.haker@bhlaw.com

Oren B. Haker
on behalf of Defendant Burks Tractor Company  Inc. oren.haker@bhlaw.com

R Ron Kerl
on behalf of Plaintiff Rabo AgriFinance LLC Ron@cooper-larsen.com  connie@cooper-larsen.com

Rhett Michael Miller
on behalf of Creditor Moss Farms Operations  LLC rmiller@magicvalley.law

Rhett Michael Miller
on behalf of Creditor United Electric Co-op  Inc. rmiller@magicvalley.law

Rhett Michael Miller
on behalf of Creditor Raft River Rural Electric Cooperative  Inc. rmiller@magicvalley.law

Rhett Michael Miller
on behalf of Creditor Moss Grain Partnership rmiller@magicvalley.law

Robert E Richards
on behalf of Debtor Millenkamp Cattle  Inc robert.richards@dentons.com, docket.general.lit.chi@dentons.com

Scott C Powers
on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding
SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com,
mwatson@spencerfane.com

Sheila Rae Schwager
on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com

Thomas E Dvorak
on behalf of Special Counsel Givens Pursley LLP ted@givenspursley.com  s274@givenspursley.com;kad@givenspursley.com

Thomas E Dvorak
on behalf of Debtor Millenkamp Cattle  Inc ted@givenspursley.com, s274@givenspursley.com;kad@givenspursley.com

Tirzah R. Roussell
on behalf of Debtor Millenkamp Properties  L.L.C. tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Millenkamp Cattle  Inc tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Millenkamp Enterprises LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Idaho Jersey Girls LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Millenkamp Properties II LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Black Pine Cattle LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Realtor Schuil Ag Real Estate Inc tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Millenkamp Family LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor East Valley Cattle  LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Debtor Goose Ranch LLC tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Attorney Krystal R Mikkilineni tirzah.roussell@dentons.com

Tirzah R. Roussell
on behalf of Appraiser Gale W. Harding and Associates tirzah.roussell@dentons.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

William K Carter
on behalf of Creditor CNH Industrial Capital America LLC kentcarter@grsm.com

District/off: 0976-8

User: admin

Page 11 of 11

Date Rcvd: Feb 18, 2025

Form ID: pdf042

Total Noticed: 206

William Reed Cotten
on behalf of Creditor Aden Brook Trading Corp wrc@idlawfirm.com
bcl@idlawfirm.com;bjh@idlawfirm.com;cottenwr98259@notify.bestcase.com

Zachary Fairlie
on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding
SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com

Zachery James McCraney
on behalf of Interested Party Glanbia Foods Inc zjmccraney@hollandhart.com
cmcarvalho@hollandhart.com;intaketeam@hollandhart.com

TOTAL: 109