**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.<br><br>Debtor. | Case No. 24-40158-NGH<br><br>Chapter 11 |

**ORDER AUTHORIZING EMPLOYMENT OF ROBERT MARCUS**

This matter having come before the Court on the Application to Employ Robert Marcus as Chief Restructuring Officer, (Docket No. 791 - the "Application"), filed by Millenkamp Cattle, Inc. ("Debtor") on December 10, 2024, and no objections having been filed to the Application to Employ; a hearing on the matter having occurred on January 9, 2025, and good cause appearing therefore,

IT IS HEREBY ORDERED, that the Application to Employ is GRANTED, with employment effective December 10, 2024.  Specifically, Marcus is authorized and empowered to (among other things):

i. perform typical CRO duties which include and are not limited to oversight of the day-to-day operations of the Debtors and management of the restructuring process;

ii. advise and assist the Debtors' management team in the operation of their business;

iii. execute and file on behalf of the Debtors all motions, applications, pleadings and other papers or documents as necessary in connection with the Chapter 11 Cases, with a view to the successful administration of such cases;

iv. in the name of, and on behalf of, the Debtors, to negotiate, make, execute and deliver, either jointly or severally, all debtors-in-possession documents related to the restructuring, reorganization, or sale of the Debtors and/or their assets, and any

      and all amendments, supplements, modifications, extensions, replacements, agreements, documents, and instruments relating to the foregoing, subject to the requisite Bankruptcy Court approval;

v. in the name of, and on behalf of, the Debtors to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses in each case as in the CRO's business judgment, which shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the foregoing services, subject to any requisite Bankruptcy Court approval;

vi. advise and assist the Debtors in the operation of their business, evaluate and monitor the values of the Debtors; assets and liabilities outstanding, and help implement a restructuring and asset monetization plan to maximize the financial recovery for creditors and other parties with an economic interest in the Debtors;

vii. Assist in conducting bankruptcy related claims management and reconciliation processes;

viii. Participate in formulating, developing, negotiating and implementing a reorganization and/or liquidation plan;

ix. Assist in communications and negotiations with parties involved in any bankruptcy proceedings (including any advisors to those parties);

x. Testify in and prepare for hearings.

\\end of text\\

DATED: February 25, 2025



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order Submitted by:
Matthew T. Christensen
Attorney for Debtors in Possession


Approved as to form:

___/s/ Brett Cahoon (via email)_____
Brett R. Cahoon
Attorney for the Acting United States Trustee