# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 2/25/2025 |
| Case: 24–40158–NGH | Form ID: pdf116 | Total: 145 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | CNH Industrial Capital America LLC |
| cr | MWI Veterinary Supply Inc. |
| cr | McAlvain Concrete, Inc. |
| cr | JOHN DEERE FINANCIAL |
| cr | Rocky Mountain Agronomics, Inc. |
| cr | Official Committee Of Unsecured Creditors |
| cr | Brandy Ann Bartholomew |
| aty | O'Melveny & Myers LLP |
| fa | Kander, LLC |
| cr | Aden Brook Trading Corp |

TOTAL: 10

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Alexandra O Caval | alex@cavallawoffice.com |
| aty | Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| aty | Brent Russel Wilson | bwilson@hawleytroxell.com |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brian Faria | brian@sawtoothlaw.com |
| aty | Brian Michael Rothschild | brothschild@parsonsbehle.com |
| aty | Britta E Warren | britta.warren@bhlaw.com |
| aty | Bruce A. Anderson | baafiling@eaidaho.com |
| aty | Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| aty | Christopher C. McCurdy | ccmccurdy@hollandhart.com |
| aty | Connor Bray Edlund | edlund@mwsslawyers.com |
| aty | D Blair Clark | dbc@dbclarklaw.com |
| aty | Daniel C Green | dan@racineolson.com |
| aty | David A Coleman | david@colemanjacobsonlaw.com |
| aty | David A. Heida | david@heidalawoffice.com |
| aty | David T Krueck | dkrueck@hawleytroxell.com |
| aty | David W. Gadd | dwg@magicvalleylaw.com |
| aty | Eric R Clark | eclark101@hotmail.com |
| aty | Evan Thomas Roth | evan@sawtoothlaw.com |
| aty | Francisco Vazquez | francisco.vazquez@nortonrosefulbright.com |
| aty | Gabriel Luis Olivera | golivera@omm.com |
| aty | Gery W Edson | gedson@gedson.com |
| aty | Heidi Buck Morrison | heidi@racineolson.com |
| aty | Holly Roark | holly@roarklawboise.com |
| aty | James Niemeier | jniemeier@mcgrathnorth.com |
| aty | James Justin May | jjm@johnsonmaylaw.com |
| aty | Janine Patrice Reynard | janine@averylaw.net |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| aty | Jed W. Manwaring | jwm@elamburke.com |
| aty | John O'Brien | jobrien@spencerfane.com |
| aty | John D Munding | john@mundinglaw.com |
| aty | John F Kurtz, Jr | jfk@kurtzlawllc.com |
| aty | Jon B Evans | evans.jb@dorsey.com |
| aty | Joseph Mark Wager, Jr. | wager@mwsslawyers.com |
| aty | Julian Gurule | jgurule@omm.com |
| aty | Karyn Lloyd | klloyd@grsm.com |
| aty | Kim J Trout | ktrout@trout–law.com |
| aty | Kimbell D Gourley | kgourley@idalaw.com |
| aty | Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| aty | Laura E Burri | lburri@morrowfischer.com |
| aty | Louis V. Spiker | louis.spiker@millernash.com |
| aty | Mark Bradford Perry | mbp@perrylawpc.com |
| aty | Matthew Kremer | mkremer@omm.com |
| aty | Matthew A Sturzen | matt@shermlaw.com |
| aty | Matthew T. Christensen | mtc@johnsonmaylaw.com |
| aty | Matthew W Grimshaw | matt@grimshawlawgroup.com |
| aty | Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| aty | Miranda K. Russell | mrussell@mofo.com |
| aty | Morton R. Branzburg | mbranzburg@klehr.com |
| aty | Oren B. Haker | oren.haker@bhlaw.com |
| aty | Rhett Michael Miller | rmiller@magicvalley.law |
| aty | Scott C Powers | spowers@spencerfane.com |
| aty | Sheila Rae Schwager | sschwager@hawleytroxell.com |
| aty | Suzanne Jaderholm | sj@johnsonmaylaw.com |

| | | |
|---|---|---|
| aty | Thomas E Dvorak | ted@givenspursley.com |
| aty | Tirzah R. Roussell | tirzah.roussell@dentons.com |
| aty | William K Carter | kentcarter@grsm.com |
| aty | William Reed Cotten | wrc@idlawfirm.com |
| aty | Zachary Fairlie | zfairlie@spencerfane.com |
| aty | Zachery James McCraney | zjmccraney@hollandhart.com |

TOTAL: 61

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Millenkamp Cattle, Inc    471 North 300 West    Jerome, ID 83338
cr      Rabo AgriFinance LLC    c/o Sheila R. Schwager    P.O. Box 1617    Boise, ID 83701
cr      Viterra USA Grain, LLC and Viterra USA Ingredients, LLC    c/o Racine Olson, PLLP    P.O. Box 1391    Pocatello, ID 83204
cr      MetLife Real Estate Lending LLC    c/o Kimbell D. Gourley    10801 Mastin Blvd    Suite 700    Overland Park, KS 66210
cr      Metropolitan Life Insurance Company    c/o Kimbell D. Gourley    10801 Mastin BLVD    Suite 700    Overland Park, KS 66210
cr      Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att    Spencer Fane    1700 Lincoln Street    Suite 2000    Denver, CO 80203
cr      Western States Equipment Co.    500 East Overland Road    Meridian, ID 83642
cr      c/o David A. Coleman Youree Land & Livestock, Inc.    Coleman, Ritchie & Jacobson    PO BOX 525    TWIN FALLS, ID 83303–0525 UNITED STATES
cr      c/o David A. Coleman B & H Farming    Coleman, Ritchie & Jacobson    PO BOX 525    TWIN FALLS, ID 83303–0525 UNITED STATES
cr      East Valley Development, LLC    c/o Avery Law    3090 E Gentry Way, Ste 250    Meridian, ID 83642
cr      Land View, Inc.    P.O. Box 475    Rupert, ID 83350
cr      MWI Veterinarian Supply, Inc.    3041 W PASADENA DRIVE    Boise, ID 83705 UNITED STATES
cr      Raft River Rural Electric Cooperative, Inc.    c/o Rhett M. Miller    P.O. Box 910    Burley, ID 83318
cr      Viserion Grain, LLC    c/o Sawtooth Law Offices, PLLC    213 Canyon Crest Dr., Ste 200    Twin Falls, ID 83301 UNITED STATES
cr      Ad Hoc Committee of Corn Silage Growers    153 East Main Street    PO Box 168    Jerome, ID 83338
cr      Progressive Dairy Service & Supply Corp.    485 S IDAHO ST    WENDELL, ID 83355–5241
cr      Elevation Electric, LLC    485 S IDAHO ST    WENDELL, ID 83355–5241
cr      Bunge Canada C/O David D. Farrell    David D. Farrell. Esq.    One US Bank Plaza    Suite 2700    St. Louis, MO 63101
intp      Glanbia Foods Inc    c/o Robert A Faucher    POB 2527    Boise, ID 83701
intp      Sandton Capital Partners LP    16 W 46th Street, 1st Floor    New York, NY 10036
cr      Automation Werx, LLC    Morrow & Fischer, PLLC    4 Ogden Avenue    Nampa, ID 83651
cr      Wilbur–Ellis Company LLC    c/o Matthew A. Sturzen    P.O. Box 2247    Salem, OR 97308
cr      PerforMix Nutrition Systems, LLC    MUNDING, P.S.    309 E. FARWELL RD., STE 310    Spokane, WA 99218 UNITED STATES
cr      Idaho State Brand Department    700 S. Stratford Dr.    Meridian, ID 83642 UNITED STATES
cr      Moss Grain Partnership    c/o Rhett M. Miller    P.O. Box 910    Burley, ID 83318
cr      Moss Farms Operations, LLC    c/o Rhett M. Miller    P.O. Box 910    Burley, ID 83318
cr      United Electric Co–op, Inc.    c/o Rhett M. Miller    P.O. Box 910    Burley, ID 83318
cr      Standlee Ag Resources    c/o Miller Nash LLP    950 W Bannock St, Ste 1100    Boise, ID 83702
cr      Burks Tractor Company, Inc.    3140 Kimberly Road    Twin Falls, ID 83301
cr      Blue Cross of Idaho Health Service, Inc    c/o Law Office of D. Blair Clark PC    967 East Parkcenter Boulevard, #282    Boise, ID 83706 UNITED STATES
aty      Matthew T. Christensen    199 N. Capitol Blvd.    Ste 200    Boise, ID 83702
aty      Krystal R Mikkilineni    Dentons Davis Brown    215 10th St    Ste 1300    Des Moines, IA 50309
crcm      Bruce A. Anderson    320 East Neider Avenue    Suite 102    Coeur d'Alene, ID 83815
r      Schuil Ag Real Estate Inc    5020 W Mineral King Ave    Visalia, CA 93291
app      Gale W. Harding and Associates    329 W 7th S    Rexburg, ID 83440
app      Davis Livestock, Inc.    780 E Cannibal Rd    Lewiston, UT 84320
br      The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker    6400 S Fiddlers Green Circle    Suite 850    Greenwood Village, CO 80111
cr      Rexel USA, Inc dba Platt Electric Supply    McConnell Wagner Sykes + Stacey PLLC    827 E. Park Blvd, Ste. 201    Boise, ID 83712
cr      Amalgamated Sugar Company    1951 S. Saturn Way    Suite 100    Boise, ID 83709
aty      Bruce A. Anderson    320 East Neider Avenue    Suite 102    Coeur d'Alene, ID 83815
intp      William Millenkamp    471 N 300 W    Jerome, ID 83338
cr      Valley Wide Cooperative Inc.    c/o David W. Gadd, Stover, Gadd & Assoc.    P.O. Box 1428    Twin Falls, ID 83303–1428
intp      Idaho AgCredit    c/o Daniel C. Green    Racine Olson, PLLP    P. O. Box 1391    Pocatello, ID 83201
aty      Julian Gurule    O'Melveny & Meyers LLP    400 South Hope Street    Suite 1900    Los Angeles, CA 90071
acc      Cooper Norman    PO Box 5399    Twin Falls, ID 83303
app      Summit Ag Appraisal Inc    995 S 1150 E    Albion, ID 83311
fa      Amory Securities LLC    200 North Pacific Hwy    Suite 1525    El Segundo, CA 90245
sp      Givens Pursley LLP    Givens Pursley LLP    601 W. Bannock    P.O. Box 2720    Boise, ID 83701–2720 UNITED STATES
sp      David A Heida    Heida Law Office, PLLC    Po Box 216    Kimberly, ID 83341
fa      Kander LLC    2538 Carrolwood Road    Naperville, IL 60540
wit      Lance Vandemark    Expert Consulting Services    2694 E 750 S    Declo, ID 83323

| | | | | | |
|---|---|---|---|---|---|
| wit | Theodore Isbell | Expert Consulting Services | 2694 E 750 S | Declo, ID 83323 | |
| aty | David A. Heida | Heida Law Office, PLLC | P.O. Box 216 | Kimberly, ID 83341 UNITED STATES | |
| op | Robert Marcus | Kander LLC | 341 N Lafayette St | Macomb, IL 61455 | |
| aty | Andrew Schoulder | 1301 Avenue of The Americas | New York, NY 10019–6022 | | |
| aty | Domenic E Pacitti | Klehr Harrison Harvey Branzburg LLP | 919 Market Street | Suite 1000 | Wilmington, DE 19801 |
| aty | Francisco Vazquez | Norton Rose Fulbright | 1301 Avenue if the Americas | New York, NY 10019–6022 | |
| aty | Gabriel L Olivera | 7 Times Square | New York, NY 10036 | | |
| aty | James J Niemeier | McGrath North Mullin & Kratz, PC LLO | 1601 Dodge Street | Ste 3700 | Omaha, NE 68102 |
| aty | John O'Brien | Spencer Fane LLP | 1700 Lincoln Steet | Suite 2000 | Denver, CO 80203 |
| aty | Julian Gurule | 400 South Hope Street | Suite 1900 | Los Angeles, CA 90071 | |
| aty | Karyn Lloyd | Gordon Rees Scully Mansukhani, LLP | 999 W Main Street | 100 | Boise, ID 83702 |
| aty | Lorenzo Marinuzzi | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019 | |
| aty | Matthew Kremer | 7 Times Square | New York, NY 10036 | | |
| aty | Michael R Stewart | 2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402 | |
| aty | Miranda Russell | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019 | |
| aty | Morton R Branzburg | Klehr Harrison Harvey Branzburg LLP | 1835 Market St | Suite 1400 | Philadelphia, PA 19103 |
| aty | Nikolaus F Schandlbauer | 20 F Street NW | Suite 500 | Washington DC 20001 | |
| aty | Raff Ferraioli | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019 | |
| aty | Richard Bernard | 1177 Avenue of the Americas | 41st Floor | New York, NY 10036 | |
| aty | Ron C Bingham, II | 3424 Peachtree Road NE | Suite 1600 | Atlanta, GA 30326 | |
| aty | Scott F Gautier | 1800 Century Park East | Ste 1500 | Los Angeles, CA 90067 | |
| aty | W. Kent Carter | One North Franklin | Suite 800 | Chicago, IL 60606 | |
| aty | Zachary Fairlie | Spencer Fane LLP | 1000 Walnut Street | Suite 1400 | Kansas City, MO 64106 |

TOTAL: 74