Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
golivera@omm.com

*Attorneys for the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH<br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | |

NOTICE OF O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 - 1

| | |
|---|---|
| ☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**NOTICE OF O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION
FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, AND ALL
OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing January 1, 2025 and ending January 31, 2025 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtors, and the Official Committee of Unsecured Creditors.

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

NOTICE OF O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 - 2

Date: February 27, 2025

*/s/ Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

*/s/ Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2025, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |

NOTICE OF O'MELVENY & MYERS LLP'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 - 4

| | |
|---|---|
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 27th day of February 2025.

/s/ *Bruce A. Anderson*
Bruce A. Anderson

# **Exhibit A**

Invoices

**O'Melveny**

O'Melveny & Myers LLP  
400 South Hope Street  
18th Floor  
Los Angeles, CA 90071-2899

T: +1 213 430 6000  
F: +1 213 430 6407  
omm.com

February 26, 2025

**MILLENKAMP CATTLE CHAPTER 11**

For Professional Services Rendered Through January 31, 2025

| | |
|---|---:|
| Total Fees | $94,901.50 |
| Less 15% Discount | (14,235.23) |
| **Total Fees After Adjustment** | **$80,666.27** |
| Total Disbursements | $27.95 |
| **Total Current Invoice** | **$80,694.22** |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11  
02/26/25  
Invoice: 1199627  
Page No. 2

## MILLENKAMP CATTLE CHAPTER 11

For Professional Services Rendered Through January 31, 2025

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| **B120 ASSET ANALYSIS & RECOVERY** | | | | |
| 01/14/25 | G OLIVERA | DRAFT EXECUTIVE SUMMARY OF LIEN REVIEW | 0.8 | 1,100.00 |
| 01/14/25 | G OLIVERA | COMMUNICATIONS WITH OMM TEAM RE: LIEN REVIEW | 0.2 | 275.00 |
| 01/15/25 | D KELLY | REVIEW/REVISE LIEN REVIEW PRESENTATION DOCUMENTS | 1.0 | 1,215.00 |
| 01/15/25 | D KELLY | REVIEW SECURITY DOCUMENTS | 1.1 | 1,336.50 |
| **Total** | **B120 ASSET ANALYSIS & RECOVERY** | | **3.1** | **3,926.50** |
| **B150 MEETINGS OF & COMMUNICATION W/ CREDITORS** | | | | |
| 01/01/25 | G OLIVERA | DRAFT AGENDA FOR COMMITTEE MEETING | 0.2 | 275.00 |
| 01/02/25 | G OLIVERA | ATTEND WEEKLY STANDING CALL WITH THE COMMITTEE | 0.6 | 825.00 |
| 01/02/25 | J GURULE | UCC WEEKLY CALL | 0.6 | 957.00 |
| 01/02/25 | G OLIVERA | EMAIL COMMITTEE RE: PENDING PLAN MATTERS | 0.1 | 137.50 |
| 01/02/25 | M KREMER | WEEKLY CALL WITH UCC | 0.6 | 945.00 |
| 01/10/25 | J GURULE | WEEKLY UCC MEETING | 0.7 | 1,116.50 |
| 01/10/25 | G OLIVERA | ATTEND WEEKLY STANDING CALL WITH THE UNSECURED CREDITORS' COMMITTEE | 0.7 | 962.50 |
| 01/14/25 | J GURULE | CONFERENCE CALL WITH D. NOBLE (COMMITTEE MEMBER) RE BILL MILLENKAMP MEETING | 0.2 | 319.00 |
| 01/15/25 | G OLIVERA | DRAFT AGENDA FOR STANDING UCC CALL | 0.2 | 275.00 |
| 01/16/25 | G OLIVERA | PREPARE ANALYSIS FOR STANDING MEETING WITH UNSECURED CREDITORS | 0.7 | 962.50 |
| 01/16/25 | N MOLNER | ATTEND WEEKLY MEETING WITH COMMITTEE AND OMM TEAM | 1.0 | 1,215.00 |
| 01/16/25 | J GURULE | WEEKLY UCC MEETING DISCUSS PLAN TERM SHEETS | 1.0 | 1,595.00 |
| 01/16/25 | G OLIVERA | EMAIL COMMITTEE RE: STANDING MEETING | 0.2 | 275.00 |
| 01/16/25 | M KREMER | WEEKLY CALL WITH UCC | 1.0 | 1,575.00 |
| 01/17/25 | G OLIVERA | COMMUNICATIONS WITH COMMITTEE RE: PLAN STRATEGY | 0.3 | 412.50 |
| 01/20/25 | G OLIVERA | DRAFT AGENDA FOR STANDING MEETING WITH UCC | 0.2 | 275.00 |
| 01/21/25 | N MOLNER | ATTEND WEEKLY CALL WITH OMM TEAM, ARMORY TEAM, AND COMMITTEE | 0.8 | 972.00 |
| 01/21/25 | J GURULE | WEEKLY UCC MEETING | 0.8 | 1,276.00 |

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

02/26/25
Invoice: 1199627
Page No. 3

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/21/25 | G OLIVERA | PARTICIPATE IN WEEKLY STANDING CALL WITH THE COMMITTEE | 0.8 | 1,100.00 |
| 01/21/25 | M KREMER | CALL WITH UCC RE: PLAN ALTERNATIVES/TERMS SHEET | 0.8 | 1,260.00 |
| 01/27/25 | G OLIVERA | DRAFT AGENDA FOR MILLENKAMP UCC STANDING CALL | 0.2 | 275.00 |
| 01/28/25 | J GURULE | WEEKLY UCC MEETING | 0.9 | 1,435.50 |
| 01/28/25 | G OLIVERA | PARTICIPATE IN WEEKLY STANDING CALL WITH THE COMMITTEE | 0.9 | 1,237.50 |
| 01/28/25 | M KREMER | WEEKLY CALL WITH UCC | 0.9 | 1,417.50 |
| 01/28/25 | N MOLNER | ATTEND WEEKLY MEETING WITH OMM TEAM, ARMORY TEAM, AND COMMITTEE | 0.9 | 1,093.50 |
| 01/29/25 | G OLIVERA | COMMUNICATIONS WITH COMMITTEE MEMBERS RE: PLAN STRATEGY | 0.3 | 412.50 |
| **Total** | **B150 MEETINGS OF & COMMUNICATION W/ CREDITORS** | | **15.6** | **22,602.00** |

**B160 FEE/EMPLOYMENT APPLICATIONS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/08/25 | M KREMER | CALL WITH D. MCDONALD RE: HEARING (.2); PREPARE FOR SAME (.3) | 0.5 | 787.50 |
| 01/09/25 | M KREMER | PREPARE FOR HEARING ON ARMORY INTERIM FEE APPLICATION | 0.3 | 472.50 |
| 01/21/25 | G OLIVERA | REVIEW AND REVISE O'MELVENY'S DECEMBER 2024 BILL | 0.6 | 825.00 |
| 01/23/25 | G OLIVERA | REVIEW AND REVISE OMM'S DECEMBER 2024 BILL | 0.1 | 137.50 |
| 01/27/25 | G OLIVERA | REVIEW AND REVISE OMM DECEMBER 2024 BILL | 0.2 | 275.00 |
| 01/28/25 | G OLIVERA | REVIEW AND REVISE ARMORY DECEMBER 2024 COVER SHEET | 0.4 | 550.00 |
| 01/29/25 | G OLIVERA | EMAIL ARMORY TEAM RE: INTERIM FEE APPLICATION | 0.1 | 137.50 |
| 01/29/25 | G OLIVERA | REVIEW AND REVISE O'MELVENY'S SECOND INTERIM FEE APPLICATION | 1.1 | 1,512.50 |
| 01/29/25 | G OLIVERA | DRAFT OMM'S DECEMBER 2024 COVER SHEET AND NOTICE | 0.7 | 962.50 |
| 01/29/25 | N MOLNER | DRAFT SECOND INTERIM FEE APPLICATION | 1.5 | 1,822.50 |
| 01/31/25 | G OLIVERA | EMAIL OMM TEAM RE: SECOND INTERIM FEE APPLICATION | 0.1 | 137.50 |
| **Total** | **B160 FEE/EMPLOYMENT APPLICATIONS** | | **5.6** | **7,620.00** |

**B170 FEE/EMPLOYMENT OBJECTIONS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/06/25 | M KREMER | EMAIL WITH K. MIKKILINENI RE: FORBES ENGAGEMENT LETTER (.2); REVIEW AND ANALYZE THE SAME (.3); CONFER WITH G. OLIVERA AND N. MOLNER RE: OBJECTION TO FORBES FEE (.2) | 0.7 | 1,102.50 |
| 01/10/25 | N MOLNER | DRAFT OPPOSITION TO FORBES FEE MOTION | 1.1 | 1,336.50 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

02/26/25  
Invoice: 1199627  
Page No. 4

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/10/25 | G OLIVERA | EDIT OBJECTION TO FORBES MOTION FOR ADMINISTRATIVE EXPENSE FEE | 0.4 | 550.00 |
| 01/10/25 | N MOLNER | RESEARCH SECTION 503(B)(1) STANDARDS AND SECTION 330 STANDARDS FOR OPPOSITION TO FORBES FEE MOTION | 0.5 | 607.50 |
| 01/13/25 | N MOLNER | REVISE OBJECTION TO FORBES FEE MOTION | 0.1 | 121.50 |
| 01/13/25 | G OLIVERA | FINALIZE UCC OBJECTION TO FORBES FEE APPLICATION | 0.4 | 550.00 |
| 01/13/25 | G OLIVERA | REVIEW DEBTORS' OBJECTION TO THE FORBES APPLICATION FOR FEES | 0.1 | 137.50 |
| 01/13/25 | M KREMER | REVIEW AND REVISE UCC OBJECTION TO FORBES ADMIN. MOTION | 0.4 | 630.00 |
| 01/14/25 | M KREMER | REVIEW DEBTOR OBJECTION TO FORBES AND EMAIL WITH OMM TEAM RE: THE SAME | 0.3 | 472.50 |
| 01/15/25 | M KREMER | REVIEW DEBTOR'S OBJECTION TO FORBES FEE AND EMAIL WITH DEBTORS' COUNSEL RE: THE SAME | 0.2 | 315.00 |
| **Total** | **B170 FEE/EMPLOYMENT OBJECTIONS** | | **4.2** | **5,823.00** |

**B190 OTHER CONTESTED MATTERS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/01/25 | G OLIVERA | EDIT COMMITTEE STATEMENT IN SUPPORT OF CRO MOTION | 0.3 | 412.50 |
| 01/01/25 | G OLIVERA | COMMUNICATION WITH OMM TEAM RE: CRO MOTION | 0.1 | 137.50 |
| 01/02/25 | G OLIVERA | COORDINATE FILING OF STATEMENT IN SUPPORT CRO MOTION | 0.1 | 137.50 |
| 01/02/25 | N MOLNER | REVISE STATEMENT IN SUPPORT OF CRO MOTION PER COMMENTS FROM COMMITTEE | 0.2 | 243.00 |
| 01/02/25 | M KREMER | REVIEW REVISED STATEMENT IN SUPPORT OF CRO | 0.2 | 315.00 |
| 01/08/25 | N MOLNER | DRAFT TALKING POINTS FOR JANUARY 9 HEARING | 0.8 | 972.00 |
| 01/08/25 | G OLIVERA | REVIEW DEBTORS' STATUS REPORT | 0.1 | 137.50 |
| 01/08/25 | G OLIVERA | EDIT TALKING POINTS FOR JANUARY 9 OMNIBUS HEARING | 0.2 | 275.00 |
| 01/09/25 | G OLIVERA | ATTEND JANUARY OMNIBUS HEARING | 0.9 | 1,237.50 |
| 01/09/25 | M KREMER | ATTEND OMNIBUS HEARING | 0.9 | 1,417.50 |
| **Total** | **B190 OTHER CONTESTED MATTERS** | | **3.8** | **5,285.00** |

**B210 BUSINESS OPERATIONS**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/25 | G OLIVERA | REVIEW AND ANALYZE ARMORY'S WEEKLY VARIANCE REPORTING SUMMARY | 0.4 | 550.00 |
| **Total** | **B210 BUSINESS OPERATIONS** | | **0.4** | **550.00** |

**B230 FINANCING/CASH COLLATERAL**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/21/25 | G OLIVERA | REVIEW AND EDIT ARMORY'S WEEKLY VARIANCE REPORT ANALYSIS | 0.2 | 275.00 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

02/26/25
Invoice: 1199627
Page No. 5

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/28/25 | G OLIVERA | REVIEW AND EDIT ARMORY'S WEEKLY DIP VARIANCE ANALYSIS | 0.2 | 275.00 |
| **Total** | **B230 FINANCING/CASH COLLATERAL** | | **0.4** | **550.00** |
| **B320 PLAN & DISCLOSURE STATEMENT** | | | | |
| 01/02/25 | G OLIVERA | ATTEND WEEKLY CONFERENCE CALL WITH DEBTORS' COUNSEL RE: PLAN STRATEGY | 0.5 | 687.50 |
| 01/02/25 | J GURULE | CALL WITH ARMORY AND OMM RE PLAN STRATEGY | 0.4 | 638.00 |
| 01/02/25 | J GURULE | CONFERENCE CALL WITH DEBTORS RE PLAN STRATEGY | 0.5 | 797.50 |
| 01/02/25 | J GURULE | CONFERENCE CALL WITH D. MCDONALD RE PLAN STRATEGY | 0.1 | 159.50 |
| 01/02/25 | M KREMER | DEBTORS/UCC WEEKLY CALL RE: PLAN STRATEGY | 0.5 | 787.50 |
| 01/07/25 | G OLIVERA | CONFER WITH ARMORY TEAM RE: PLAN ANALYSIS FOR COMMITTEE | 0.2 | 275.00 |
| 01/07/25 | G OLIVERA | CONFERENCE CALL WITH DEBTORS' COUNSEL RE: PLAN STRATEGY | 0.4 | 550.00 |
| 01/07/25 | N MOLNER | ATTEND MEETING WITH DEBTORS AND PROFESSIONALS RE: PLAN STRATEGY | 0.4 | 486.00 |
| 01/07/25 | M KREMER | WEEKLY CALL WITH DEBTORS' COUNSEL RE: PLAN STRATEGY (.4); DRAFT AND REVISE PLAN TERM SHEET (.4) | 0.8 | 1,260.00 |
| 01/08/25 | M KREMER | DRAFT AND REVISE UCC PLAN TERM SHEET | 1.8 | 2,835.00 |
| 01/09/25 | G OLIVERA | COMMUNICATION WITH ARMORY AND OMM TEAMS RE: PLAN STRATEGY AND ANALYSIS | 0.4 | 550.00 |
| 01/09/25 | M KREMER | REVIEW AND REVISE MILLENKAMP DECK RE: PLAN ALTERNATIVES/STATUS UPDATE | 0.5 | 787.50 |
| 01/10/25 | G OLIVERA | EDIT PRESENTATION FOR THE UCC RE: PLAN ISSUES | 0.8 | 1,100.00 |
| 01/10/25 | J GURULE | CONFERENCE CALL WITH M. KREMER RE PLAN REVISIONS | 0.3 | 478.50 |
| 01/13/25 | N MOLNER | REVISE UCC PLAN TERM SHEET | 1.1 | 1,336.50 |
| 01/13/25 | M KREMER | DRAFT AND REVISE MILLENKAMP UCC PLAN TERM SHEET (1.4); CALL WITH N. MOLNER RE: THE SAME (.2) | 1.6 | 2,520.00 |
| 01/14/25 | G OLIVERA | REVIEW DRAFT UCC PLAN TERM SHEET | 0.4 | 550.00 |
| 01/14/25 | G OLIVERA | COMMUNICATIONS WITH OMM AND ARMORY TEAMS RE: UCC PLAN TERM SHEET | 0.2 | 275.00 |
| 01/14/25 | G OLIVERA | CONFERENCE CALL WITH DEBTORS' COUNSEL RE: PLAN STRATEGY | 0.6 | 825.00 |
| 01/14/25 | N MOLNER | ATTEND WEEKLY MEETING WITH DEBTORS AND PROFESSIONALS RE: PLAN STRATEGY | 0.6 | 729.00 |
| 01/14/25 | M KREMER | REVIEW RABO TOGGLE PLAN TERM SHEET AND PREPARE ISSUES LIST RE: SAME | 1.3 | 2,047.50 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

02/26/25  
Invoice: 1199627  
Page No. 6

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/14/25 | M KREMER | DEBTOR/UCC WEEKLY CALL RE: PLAN STRATEGY | 0.6 | 945.00 |
| 01/14/25 | J GURULE | CONFERENCE CALL WITH COUNSEL FOR EVD RE: PLAN ISSUES | 0.2 | 319.00 |
| 01/14/25 | M KREMER | REVIEW UPDATED UCC TERM SHEET AND REVISE (.7); CALL WITH ARMORY RE: THE SAME (.4); EMAIL WITH COMMITTEE RE: THE SAME (.2) | 1.3 | 2,047.50 |
| 01/15/25 | G OLIVERA | REVIEW AND EDIT PRESENTATION TO COMMITTEE RE: RABO TOGGLE PLAN | 0.4 | 550.00 |
| 01/15/25 | N MOLNER | REVIEW AND ANALYZE PROPOSED RABO PLAN TERM SHEET | 0.3 | 364.50 |
| 01/15/25 | M KREMER | REVIEW AND REVISE COMMITTEE PLAN TERM SHEET | 0.5 | 787.50 |
| 01/17/25 | M KREMER | REVIEW AND REVISE TERM SHEET BASED ON COMMENTS FROM UCC MEMBERS | 0.3 | 472.50 |
| 01/21/25 | G OLIVERA | CONFERENCE CALL WITH DEBTORS' COUNSEL RE: PLAN STRATEGY | 0.6 | 825.00 |
| 01/21/25 | N MOLNER | ATTEND WEEKLY CALL WITH DEBTORS AND PROFESSIONALS RE: PLAN STRATEGY | 0.6 | 729.00 |
| 01/21/25 | N MOLNER | DRAFT COVER LETTER REGARDING UCC PLAN TERM SHEET DESCRIBING KEY POINTS | 0.3 | 364.50 |
| 01/21/25 | G OLIVERA | REVIEW AND EDIT UCC PLAN OF REORGANIZATION TERM SHEET | 0.8 | 1,100.00 |
| 01/21/25 | M KREMER | WEEKLY CALL WITH DEBTORS RE: PLAN | 0.6 | 945.00 |
| 01/21/25 | M KREMER | REVIEW REVISED PLAN MODEL (.4); REVIEW REVISED RABO TERM SHEET (.4); CALL WITH EVD COUNSEL RE: ALTERNATIVES (.3) | 1.1 | 1,732.50 |
| 01/22/25 | G OLIVERA | EDIT UCC PLAN TERM SHEET | 0.4 | 550.00 |
| 01/22/25 | N MOLNER | COMMUNICATIONS WITH J. CHOI REGARDING TERM SHEET PROPOSAL | 0.1 | 121.50 |
| 01/22/25 | J GURULE | REVIEW PLAN TERM SHEET | 0.3 | 478.50 |
| 01/22/25 | G OLIVERA | COMMUNICATIONS WITH OMM AND ARMORY TEAM RE: UCC PLAN TERM SHEET | 0.4 | 550.00 |
| 01/22/25 | M KREMER | REVIEW AND REVISE UCC TERM SHEET (.6); EMAILS WITH OMM TEAM RE: THE SAME (.2) | 0.8 | 1,260.00 |
| 01/24/25 | J GURULE | CONFERENCE CALL WITH COUNSEL FOR EVD RE PLAN, FINANCING | 0.7 | 1,116.50 |
| 01/24/25 | M KREMER | CALL WITH EVD RE: POTENTIAL PLAN ALTERNATIVES | 0.7 | 1,102.50 |
| 01/27/25 | G OLIVERA | CONFER WITH OMM AND ARMORY TEAMS RE: PLAN MATTERS | 0.3 | 412.50 |
| 01/27/25 | G OLIVERA | CONFERENCE CALL WITH OMM TEAM RE: PENDING PLAN MATTERS | 0.2 | 275.00 |
| 01/27/25 | M KREMER | EMAIL WITH EVD RE: PLAN TERMS (.2); CALL WITH CRO RE: SAME (.3) | 0.5 | 787.50 |

**O'Melveny**

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE
Matter Name: MILLENKAMP CATTLE CHAPTER 11

02/26/25
Invoice: 1199627
Page No. 7

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/28/25 | G OLIVERA | REVIEW AND ANALYZE AMENDED RABO PLAN TERM SHEET | 0.7 | 962.50 |
| 01/28/25 | N MOLNER | ATTEND WEEKLY MEETING WITH DEBTORS AND PROFESSIONALS RE: PLAN STRATEGY | 1.1 | 1,336.50 |
| 01/28/25 | M KREMER | REVIEW REVISED RABO TERM SHEET (.2); EMAILS WITH EVD RE: PLAN (.2) | 0.4 | 630.00 |
| 01/28/25 | G OLIVERA | CONFERENCE CALL WITH DEBTORS' COUNSEL RE: PLAN STRATEGY | 1.1 | 1,512.50 |
| 01/28/25 | M KREMER | WEEKLY CALL WITH DEBTORS COUNSEL RE: PLAN | 1.1 | 1,732.50 |
| 01/29/25 | G OLIVERA | RESEARCH ON THE TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS IN PLAN | 0.9 | 1,237.50 |
| 01/29/25 | M KREMER | CALL WITH LAND VIEW RE: 503(B)(9) PAYMENTS (.2); SEVERAL EMAILS WITH UCC RE: SAME (.3); CALL WITH CRO RE: THE SAME (.4) | 0.9 | 1,417.50 |
| 01/30/25 | M KREMER | EMAIL SUMMARY TO UCC RE: CRO DISCUSSIONS (.2); EMAIL WITH ARMORY TEAM RE: PLAN MODEL (.2); CALL WITH UCC MEMBERS RE: LATEST DEVELOPMENTS (.2) | 0.6 | 945.00 |
| 01/31/25 | M KREMER | CALL WITH R. MARCUS RE: 503(B)(9) CLAIMANTS AND OTHER PLAN TERMS (.5); REVIEW PLAN MODEL (.3) | 0.8 | 1,260.00 |
| Total | **B320 PLAN & DISCLOSURE STATEMENT** | | 33.0 | 48,545.00 |
| Total | | | 66.1 | $94,901.50 |

| | | |
|---|---|---|
| Less 15% Discount | | (14,235.23) |
| Total Fees After Adjustment | | 80,666.27 |

### Disbursements

| | |
|---|---|
| Copying | $7.70 |
| Document Production | 20.25 |
| **Total Disbursements** | **$27.95** |

**Total Current Invoice**  $80,694.22

O'Melveny

Client: MILLENKAMP CATTLE UNSECURED CREDITORS' COMMITTEE  
Matter Name: MILLENKAMP CATTLE CHAPTER 11

02/26/25  
Invoice: 1199627  
Page No. 8

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| JULIAN GURULE | Partner | 1,595.00 | 6.7 | 10,686.50 |
| MATTHEW P. KREMER | Partner | 1,575.00 | 23.5 | 37,012.50 |
| **Total for Partner** | | | **30.2** | **47,699.00** |
| GABRIEL L. OLIVERA | Counsel | 1,375.00 | 22.4 | 30,800.00 |
| **Total for Counsel** | | | **22.4** | **30,800.00** |
| DECLAN P. KELLY | Associate | 1,215.00 | 2.1 | 2,551.50 |
| NICOLE MOLNER | Associate | 1,215.00 | 11.4 | 13,851.00 |
| **Total for Associate** | | | **13.5** | **16,402.50** |
| **Total** | | | **66.1** | **94,901.50** |