Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
        golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTHS OF JANUARY 2025 - 1

| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome |
| ☐ Idaho Jersey Girls Jerome Dairy | Dairy) |

# ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025

Armory Securities, LLC (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation for the period January 1 through January 31, 2025 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1. The Firm is financial advisor to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered during the Application Period.

2. The Firm billed a total of $47,331.40 in fees during the Application Period. The total fees represent 84 hours expended during the period covered by this Application. These fees break down as follows:

| Period | Fees | Total |
|---|---|---|
| January 1–31, 2025 | $47,331.40 | $47,331.40 |

3. Accordingly, the Firm seeks allowance of interim compensation in the amount of $35,498.55 at this time. This total is comprised as follows: $35,498.55 (75% of the fees for services rendered).

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 - 2

4.     Attached as **Exhibit A** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5.     Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: February 27, 2025

/s/ *Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

/s/ *Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 27, 2025, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

ARMORY SECURITIES, LLC'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2025 - 4

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 27th day of February 2025.              /s/ *Bruce A. Anderson*
                                                   Bruce A. Anderson

## Exhibit A

Invoices

**Armory Securities, LLC**

200 N Pacific Coast Hwy Ste 1525
El Segundo, CA 90245



# INVOICE

BILL TO
Millenkamp Cattle, Inc.

| | |
|---|---|
| INVOICE | 1307 |
| DATE | 01/31/2025 |
| TERMS | Due on receipt |
| DUE DATE | 01/31/2025 |

| DESCRIPTION | AMOUNT |
|---|---|
| Professional Services Rendered Through January 31, 2025 | 47,331.40 |

| | |
|---|---|
| **BALANCE DUE** | **$47,331.40** |

Please remit payment to





Armory Securities, LLC
Invoice: 1307
Page No. 2

Millenkamp Cattle
For Professional Services Rendered Through January 31, 2025

| Date | Notes | First Name | Last Name | Hours | Amount |
|---|---|---|---|---|---|
| 1/2/2025 | Prep for UCC Professionals Call | Dave | Clark | 1 | 795.00 |
| 1/2/2025 | Variance analysis for WE 12.22.2024 | Martin | Manasherob | 2.5 | 937.50 |
| 1/3/2025 | Review of financing alternatives targets | Douglas | McDonald | 0.5 | 397.50 |
| 1/9/2025 | Call with Forbes regarding UBS and Invesco | Douglas | McDonald | 0.5 | 397.50 |
| 1/9/2025 | Variance & Plan Analysis | Jeff | Choi | 3 | 1,425.00 |
| 1/9/2025 | Variance analysis for WE 01.05 | Martin | Manasherob | 2.33 | 873.75 |
| 1/9/2025 | Preparation for Omnibus hearing | Melissa | Chu | 1 | 525.00 |
| 1/10/2025 | Prep for Weekly call with Kander | Dave | Clark | 0.5 | 397.50 |
| 1/10/2025 | Weekly call with Kander to discuss cashflow. CRO joined the call. | Dave | Clark | 0.5 | 397.50 |
| 1/10/2025 | Additional call with CRO. Update on call earlier today. Variance analysis. Discussion with CRO and Sources and Uses of a potential Plan. | Dave | Clark | 0.67 | 532.65 |
| 1/10/2025 | Prep for Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.25 | 198.75 |
| 1/10/2025 | Armory Kander Millenkamp DIP Budget Call - Discussion with Rob Marcus | Douglas | McDonald | 0.5 | 397.50 |
| 1/10/2025 | Draft report for UCC call | Douglas | McDonald | 1 | 795.00 |
| 1/10/2025 | Prep for UCC call | Jeff | Choi | 0.25 | 118.75 |
| 1/10/2025 | Call with Kander | Jeff | Choi | 0.5 | 237.50 |
| 1/10/2025 | Armory Kander Millenkamp DIP Budget Call | Martin | Manasherob | 0.5 | 187.50 |
| 1/14/2025 | Weekly call with Advisors and CRO now. | Dave | Clark | 0.5 | 397.50 |
| 1/14/2025 | Initial review of Rabo Plan and OMM Term Sheet | Dave | Clark | 0.5 | 397.50 |
| 1/14/2025 | Prep for UCC call | Jeff | Choi | 0.5 | 237.50 |
| 1/14/2025 | Prep materials before UCC call | Martin | Manasherob | 0.5 | 187.50 |
| 1/14/2025 | UCC professionals call - prep before call | Melissa | Chu | 0.5 | 262.50 |
| 1/15/2025 | Review of Rabo Toggle Plan. Summarize Rabo Toggle Plan for UCC | Dave | Clark | 1.5 | 1,192.50 |
| 1/15/2025 | Draft UCC and Rabo term sheet summaries | Douglas | McDonald | 1 | 795.00 |
| 1/15/2025 | Rabo toggle term sheet summary materials | Jeff | Choi | 3 | 1,425.00 |
| 1/16/2025 | Review Rabo plan term sheet and prep for UCC call on Rabo plan | Douglas | McDonald | 0.5 | 397.50 |
| 1/17/2025 | Follow-up with Jeff on Armory Kander Millenkamp DIP Budget Call and communicate UCC requests for CRO | Douglas | McDonald | 0.5 | 397.50 |
| 1/17/2025 | Review comments from committee on UCC term sheet | Douglas | McDonald | 0.5 | 397.50 |
| 1/17/2025 | Call with Kander to discuss weekly variance analysis | Jeff | Choi | 0.5 | 237.50 |
| 1/17/2025 | Armory Kander Millenkamp DIP Budget Call with Kander | Martin | Manasherob | 0.5 | 187.50 |
| 1/20/2025 | Weekly variance analysis and presentation materials | Jeff | Choi | 2 | 950.00 |
| 1/20/2025 | Conterra scenario model analysis and presentation materials | Jeff | Choi | 4 | 1,900.00 |
| 1/20/2025 | Draft variance report work for WE 01.12 | Martin | Manasherob | 2.75 | 1,031.25 |
| 1/21/2025 | Millenkamp - Scenario Analysis | Douglas | McDonald | 0.5 | 397.50 |
| 1/21/2025 | Millenkamp - Scenario Analysis | Martin | Manasherob | 0.5 | 187.50 |
| 1/24/2025 | Prep for Kander call | Dave | Clark | 0.5 | 397.50 |
| 1/24/2025 | Call with Kander. Detaile discussion with Ron on revised Debtors Plan and treatment of GUCs | Dave | Clark | 0.5 | 397.50 |
| 1/24/2025 | Armory Kander Millenkamp DIP Budget Call prep | Douglas | McDonald | 0.25 | 198.75 |
| 1/24/2025 | Armory Kander Millenkamp DIP Budget Call | Douglas | McDonald | 0.5 | 397.50 |
| 1/24/2025 | Call with Kander to review weekly variance analysis | Jeff | Choi | 0.5 | 237.50 |
| 1/24/2025 | Armory Kander Millenkamp DIP Budget Call with Kander | Martin | Manasherob | 0.5 | 187.50 |
| 1/27/2025 | Weekly variance analysis | Jeff | Choi | 2 | 950.00 |
| 1/27/2025 | variance report for WE 01.19 | Martin | Manasherob | 2.5 | 937.50 |
| 1/31/2025 | Call with Ken, Rob and Katie to go over the revised plan and priorty cashflows | Dave | Clark | 1 | 795.00 |
| 1/31/2025 | Prep for Kander call | Douglas | McDonald | 1 | 795.00 |
| 1/31/2025 | Review 5-year plan model from Kander | Douglas | McDonald | 1 | 795.00 |
| 1/31/2025 | Call with Kander to go over new Debtors' Plan and model assumptions - joined late due to conflict | Jeff | Choi | 0.5 | 237.50 |
| 1/31/2025 | Armory Kander Millenkamp DIP Budget Call with Kander, joined meeting late | Martin | Manasherob | 0.5 | 187.50 |
| | **Business Analysis** | | | | **26,106.40** |
| 1/9/2025 | Omnibus Hearing // Armory First Interim Fee Application // CRO Motion (Telephonic/Zoom) | Dave | Clark | 0.75 | 596.25 |
| 1/9/2025 | Omnibus Hearing // Armory First Interim Fee Application // CRO Motion (Telephonic/Zoom) | Douglas | McDonald | 1 | 795.00 |
| 1/9/2025 | Hourly rate fee benchmarking analysis | Douglas | McDonald | 1 | 795.00 |
| 1/9/2025 | Omnibus Hearing // Armory First Interim Fee Application // CRO Motion (Telephonic/Zoom) | Jeff | Choi | 1 | 475.00 |
| 1/9/2025 | Omnibus Hearing // Armory First Interim Fee Application // CRO Motion (Telephonic/Zoom) | Melissa | Chu | 1 | 525.00 |
| 1/9/2025 | Professional Fees comparable research | Melissa | Chu | 1 | 525.00 |
| 1/9/2025 | Comps research - professional fees in historical BK cases | Melissa | Chu | 2 | 1,050.00 |
| 1/15/2025 | Review December time entries | Martin | Manasherob | 0.75 | 281.25 |
| 1/24/2025 | Review of hours and billing | Melissa | Chu | 0.5 | 262.50 |
| | **Case Administration** | | | | **5,305.00** |
| 1/2/2025 | Meeting with Professionals and UCC | Dave | Clark | 0.5 | 397.50 |
| 1/2/2025 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 0.5 | 397.50 |
| 1/2/2025 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 1/2/2025 | Millenkamp Debtors/UCC Professionals Standing Call | Martin | Manasherob | 0.5 | 187.50 |
| 1/2/2025 | Millenkamp - Standing Committee Meeting with UCC | Martin | Manasherob | 0.75 | 281.25 |
| 1/2/2025 | Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.5 | 262.50 |
| 1/7/2025 | UCC Professionals call | Jeff | Choi | 1 | 475.00 |
| 1/7/2025 | Millenkamp Debtors/UCC Professionals Standing Call with UCC counsel | Martin | Manasherob | 1 | 375.00 |
| 1/7/2025 | Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| 1/10/2025 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 1/10/2025 | Call with UCC | Jeff | Choi | 0.75 | 356.25 |
| 1/10/2025 | Millenkamp - Standing Committee Meeting with UCC | Martin | Manasherob | 0.75 | 281.25 |
| 1/14/2025 | Millenkamp Debtors/UCC Professionals Standing Call - discuss progress with lenders and CRO rampup | Douglas | McDonald | 0.5 | 397.50 |
| 1/14/2025 | Call with UCC Professionals | Jeff | Choi | 0.5 | 237.50 |
| 1/14/2025 | Millenkamp Debtors/UCC Professionals Standing Call with UCC Counsel | Martin | Manasherob | 0.5 | 187.50 |
| 1/14/2025 | Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 0.5 | 262.50 |
| 1/16/2025 | UCC meeting, joined call halfway | Dave | Clark | 0.5 | 397.50 |
| 1/16/2025 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 1 | 795.00 |
| 1/16/2025 | Call with UCC | Jeff | Choi | 1 | 475.00 |
| 1/21/2025 | UCC Professionals Call | Dave | Clark | 1 | 795.00 |
| 1/21/2025 | Teams re: Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 1/21/2025 | UCC Professionals Call to discuss latest progress with CRO regarding Conterra and Rabo plans | Jeff | Choi | 1 | 475.00 |
| 1/21/2025 | Meeting with the UCC to provide plan of reorganization update / weekly variance analysis / Conterra scenario review | Jeff | Choi | 1 | 475.00 |
| 1/21/2025 | Millenkamp Debtors/UCC Professionals Standing Call with UCC counsel | Martin | Manasherob | 1 | 375.00 |
| 1/21/2025 | Millenkamp - Standing Committee Meeting with UCC | Martin | Manasherob | 0.75 | 281.25 |
| 1/21/2025 | Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| 1/24/2025 | Call with EVD legal (Mofo) and financial advisor (B.Riley) | Douglas | McDonald | 0.5 | 397.50 |
| 1/28/2025 | Call with the UCC - joined late | Dave | Clark | 0.5 | 397.50 |
| 1/28/2025 | Millenkamp Debtors/UCC Professionals Standing Call | Douglas | McDonald | 1 | 795.00 |
| 1/28/2025 | Millenkamp - Standing Committee Meeting | Douglas | McDonald | 0.75 | 596.25 |
| 1/28/2025 | UCC Professionals Call to discuss latest progress with CRO regarding Conterra and Rabo plans | Jeff | Choi | 1 | 475.00 |
| 1/28/2025 | Prep for UCC meeting | Jeff | Choi | 0.25 | 118.75 |
| 1/28/2025 | Meeting with the UCC to provide plan of update on latest Debtors plan of reorganization | Jeff | Choi | 0.75 | 356.25 |
| 1/28/2025 | Millenkamp Debtors/UCC Professionals Standing Call with UCC counsel | Martin | Manasherob | 1 | 375.00 |
| 1/28/2025 | Millenkamp - Standing Committee Meeting with UCC | Martin | Manasherob | 0.75 | 281.25 |
| 1/28/2025 | Millenkamp Debtors/UCC Professionals Standing Call | Melissa | Chu | 1 | 525.00 |
| 1/29/2025 | Plan correspondence with committee on 503(b)9 treatment | Douglas | McDonald | 0.5 | 397.50 |
| | **Meetings of Creditors** | | | | **15,920.00** |
| **Total** | | | | **84** | **47,331.40** |

Armory Securities, LLC  
Invoice: 1307  
Page No. 3

**Millenkamp Cattle**  
**Timekeeper Summary Through January 31, 2025**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Dave Clark | Managing Director | 795 | 10.42 | 8,283.90 |
| Douglas McDonald | Managing Director | 795 | 17.75 | 14,111.25 |
| **Total for Managing Director** | | | **28.17** | **22,395.15** |
| Melissa Chu | Vice President | 525 | 10 | 5,250.00 |
| **Total for Vice President** | | | **10** | **5,250.00** |
| Jeff Choi | Senior Associate | | 25 | 11,875.00 |
| **Total for Senior Associate** | | | **25** | **11,875.00** |
| Martin Manasherob | Analyst | | 20.83 | 7,811.25 |
| **Total for Analyst** | | | **20.83** | **7,811.25** |
| **Total** | | | | **47,331.40** |