UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

IN RE:

MILLENKAMP CATTLE, INC

CASE NO: 24-40158-NGH

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 924

On 2/27/2025, I did cause a copy of the following documents, described below,

Notice of Application for Interim Professional Compensation with Application for Interim Professional Compensation
ECF Docket Reference No. 924

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/27/2025

/s/ Krystal R. Mikkilineni
Krystal R. Mikkilineni  AT0011814

Dentons Davis Brown
215 10th St
Des Moines, IA  50309
515 288 2500
krystal.mikkilineni@dentons.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

IN RE:

MILLENKAMP CATTLE, INC

CASE NO: 24-40158-NGH

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 924

On 2/27/2025, a copy of the following documents, described below,

Notice of Application for Interim Professional Compensation with Application for Interim Professional Compensation
ECF Docket Reference No. 924

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/27/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Krystal R. Mikkilineni
Dentons Davis Brown
215 10th St
Des Moines, IA  50309

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
09768
CASE 24-40158-NGH
DISTRICT OF IDAHO
TWIN FALLS
THU FEB 27 09-03-25 MST 2025

KRYSTAL R MIKKILINENI
DENTONS DAVIS BROWN
215 10TH ST
STE 1300
DES MOINES IA 50309-3616

A SCOTT JACKSON TRUCKING INC
CO WILLIAMS MESERVY  LARSEN LLP
POST OFFICE BOX 168
153 EAST MAIN STREET
JEROME ID 83338-2332

AAA COW COMFORT LLC
PO BOX 307
KIMBERLY ID 83341-0307

ABS GLOBAL
1525 RIVER RD
DEFOREST WI 53532-2430

ARNOLD MACHINERY COMPANY
2975 WEST 2100 SOUTH
SALT LAKE CITY UT 84119-1273

AD HOC COMMITTEE OF CORN SILAGE GROWERS
153 EAST MAIN STREET
PO BOX 168
JEROME ID 83338-0168

ADDISON BIOLOGICAL LABORATORY INC
507 NORTH CLEVELAND ST
FAYETTE MO 65248-1083

AIRGAS USA LLC
PO BOX 734445
CHICAGO IL 60673-4445

AIRGAS USA LLC
110 WEST 7TH ST SUITE 1400
TULSA OK 74119-1077

ALEXANDER K REED
4296 N 2100 E
FILER ID 83328-5046

AMALGAMATED SUGAR
1951 S SATURN WAY
STE 100
BOISE ID 83709-2924

AMERICAN CALF PRODUCTS (GOLDEN STATE
MIXING
425 D STREET
TURLOCK CA 95380-5452

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMORY SECURITIES LLC
200 NORTH PACIFIC HWY
SUITE 1525
EL SEGUNDO CA 90245

BRUCE A ANDERSON
320 EAST NEIDER AVENUE
SUITE 102
COEUR DALENE ID 83815-6007

AUTOMATION WERX LLC
MORROW  FISCHER PLLC
4 OGDEN AVENUE
NAMPA ID 83651-2371

AUTOMATION WERX LLC
PO BOX 3066
IDAHO FALLS ID 83403-3066

CO DAVID A COLEMAN B  H FARMING
COLEMAN RITCHIE  JACOBSON
PO BOX 525
TWIN FALLS ID 83303-0525

B  H FARMING AN IDAHO GENERAL
PARTNERSHIP
PO BOX 123
RUPERT ID 83350-0123

BS R DESIGN SUPPLIES
198 LOCUST ST S
TWIN FALLS ID 83301-7832

RICHARD BERNARD
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK NY 10036-2714

RON C BINGHAM II
3424 PEACHTREE ROAD NE
SUITE 1600
ATLANTA GA 30326-1139

BLUE CROSS OF IDAHO
CO D BLAIR CLARK ATTY
967 PARKCENTER BLVD 282
BOISE ID 83706-6721

BLUE CROSS OF IDAHO
CO D BLAIR CLARK ATTORNEY
967 E PARKCENTER BLVD 282
BOISE ID 83706-6721

BLUE CROSS OF IDAHO HEALTH SERVICE INC
CO LAW OFFICE OF D BLAIR CLARK PC
967 EAST PARKCENTER BOULEVARD 282
BOISE ID 83706-6721

BO STEVENSON DBA BA FARMS
1001 S 1900 E
HAZELTON ID 83335-5451

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled as CM/ECF SERVICE were not served via First Class USPS Mail Service.

BRANDY A BARTHOLOMEW
CO ERIC R CLARK ATTORNEY
PO BOX 2504
EAGLE ID 83616-9118

MORTON R BRANZBURG
KLEHR HARRISON HARVEY BRANZBURG LLP
1835 MARKET ST
SUITE 1400
PHILADELPHIA PA 19103-2945

HEIDI BUCK MORRISON
RACINE OLSON PLLP
201 EAST CENTER STREET
POCATELLO ID 83201-6329

BUNGE CANADA
CO DAVID D FARRELL
THOMPSON COBURN LLP
ONE US BANK PLAZA SUITE 2700
ST LOUIS MISSOURI 63101-1693

BUNGE CANADA CO DAVID D FARRELL
DAVID D FARRELL ESQ
ONE US BANK PLAZA
SUITE 2700
ST LOUIS MO 63101-1616

BURKS TRACTOR COMPANY INC
3140 KIMBERLY ROAD
TWIN FALLS ID 83301-8516

BURKS TRACTOR COMPANY INC
OREN B HAKER
BLACK HELTERLINE LLP
805 SW BROADWAY SUITE 1900
PORTLAND OR 97205-3359

LAURA E BURRI
MORROW  FISCHER PLLC
4 OGDEN AVENUE
83651
NAMPA ID 83651-2371

CNH INDUSTRIAL CAPITAL AMERICA LLC
KENT CARTERGORDON REES
ONE NORTH FRANKLIN SUITE 800
CHICAGO IL 60606-3422

BRETT R CAHOON
DOJUST
550 WEST FORT ST
STE 698
BOISE ID 83724-0101

CAPITOL ONE
PO BOX 60599
CITY OF INDUSTRY CA 91716-0599

(P)CARNE I CORP
134 E HIGHWAY 81
BURLEY ID 83318-5427

W KENT CARTER
ONE NORTH FRANKLIN
SUITE 800
CHICAGO IL 60606-3422

WILLIAM K CARTER
GORDON REES SCULLY MANSUKHANI LLP
ONE NORTH WACKER
SUITE 1600
CHICAGO IL 60606-2874

ALEXANDRA O CAVAL
CAVAL LAW OFFICE PC
POB 1716
TWIN FALLS ID 83303-1716

CELLCO PARTNERSHIP DBA VERIZON WIRELESS
WILLIAM M VERMETTE
22001 LOUDOUN COUNTY PKWY
ASHBURN VA 20147-6122

(P)CENTURYTEL SERVICE GROUP LLC DBA
CENTURYLI
931 14TH STREET 9TH FLOOR
DENVER CO 80202-2994

MATTHEW T CHRISTENSEN
199 N CAPITOL BLVD
STE 200
BOISE ID 83702-6197

MATTHEW T CHRISTENSEN
JOHNSON MAY PLLC
199 N CAPITOL BLVD
SUITE 200
BOISE ID 83702-6197

CHRISTOPHER CAMARDELLO
1031 MENDOTA HEIGHTS ROAD
ST PAUL MN 55120-1419

CITI CARDS
PO BOX 78019
PHOENIX AZ 85062-8019

D BLAIR CLARK
967 E PARKCENTER BOULEVARD 282
BOISE ID 83706-6721

ERIC R CLARK
PO BOX 2504
EAGLE ID 83616-9118

CLINT D THOMPSON
298 N 200 W
JEROME ID 83338-5372

COASTLINE EQUIPMENT COMPANY
2000 E OVERLAND RD
MERIDIAN ID 83642-6665

DAVID A COLEMAN
PO BOX 525
TWIN FALLS ID 83303-0525

COLONIAL LIFE
PROCESSING CENTER
PO BOX 1365
COLUMBIA SC 29202-1365

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled as NOTICE ONLY are no longer served via First Class USPS Mail Service.

CONNIE LAPASEOTES LTD
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

CONRAD BISHCOFF INC
2251 N HOLMES
PO BOX 50106
IDAHO FALLS ID 83405-0106

CONTERRA HOLDINGS LLC DBA CONTERRA AG
CAP
SPENCER FANE
1700 LINCOLN STREET
SUITE 2000
DENVER CO 80203-4554

CONTERRA HOLDINGS LLC DBA CONTERRA AG
CAPIT
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

WILLIAM REED COTTEN
ROBINSON  COTTEN
PO BOX 396
616 FREMONT STREET
RUPERT ID 83350-1611

DAIMLER TRUCK FINANCIAL SERVICES USA
LLC
CO RANDALL P MROCZYNSKI
COOKSEY TOOLEN GAGE DUFFY  WOOG
535 ANTON BOULEVARD SUITE 1000
COSTA MESA CA 92626-7664

DAIRY TECH LLC
1031 MENDOTA HEIGHTS ROAD
ST PAUL MN 55120-1419

DARITECH
8540 BENSON RD
LYNDEN WA 98264-9711

DAVID CLARK
CLARK AMBULATORY CLINIC INC
1019 E 1020 S
ALBION ID 83311

DAVIS LIVESTOCK INC
780 E CANNIBAL RD
LEWISTON UT 84320-2038

DOUGLAS J GRANT
2050 E 500 S
HAZELTON ID 83335-5006

DUSTY BROW FARMS INC
2601 E 1100 S
HAZELTON ID 83335-5623

THOMAS E DVORAK
POB 2720
BOISE ID 83701-2720

EAST VALLEY DEVELOPMENT LLC
CO AVERY LAW
3090 E GENTRY WAY STE 250
MERIDIAN ID 83642-3596

EAST VALLEY DEVELOPMENT LLC
CO ADAM LEWIS ESQ
MORRISON  FOERSTER LLP
425 MARKET ST
SAN FRANCISCO CA 94105-2482

CONNOR BRAY EDLUND
MCCONNELL WAGNER SYKES  STACEY PLLC
827 E PARK BLVD
STE 201
BOISE ID 83712-7782

GERY W EDSON
POB 448
BOISE ID 83701-0448

EDWARD CHOJNACKY
298 N 100 W
JEROME ID 83338-5406

EIDE BAILLY LLP
4310 17TH AVE S
FARGO ND 58103-3339

ELECTRICAL WERX  CONSTRUCTION LLC
PO BOX 3066
IDAHO FALLS ID 83403-3066

ELEVATION ELECTRIC LLC
485 S IDAHO ST
WENDELL ID 83355-5241

ERIC CLARK
CLARK ASSOCIATES
PO BOX 2504
EAGLE ID 83616-9118

JON B EVANS
DORSEY  WHITNEY LLP
101 S CAPITOL BLVD
SUITE 1100
BOISE ID 83702-7710

EVANS PLUMBING
111 GULF STREAM LANE
HAILEY ID 83333-7725

ZACHARY FAIRLIE
SPENCER FANE
1000 WALNUT
STE 1400
KANSAS CITY MO 64106-2168

ZACHARY FAIRLIE
SPENCER FANE LLP
1000 WALNUT STREET
SUITE 1400
KANSAS CITY MO 64106-2168

BRIAN FARIA
SAWTOOTH LAW OFFICES PLLC
1101 W RIVER STREET SUITE 110
83702
BOISE ID 83702-7067

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled as CM/ECF SERVICE were not served via First Class USPS Mail Service.

FARMERS BANK
PO BOX 392
BUHL ID 83316-0392

FASTENAL COMPANY
2001 THEURER BLVD
ATTN- LEGAL
WINONA MN 55987-9902

RAFF FERRAIOLI
MORRISON  FOERSTER LLP
250 WEST 55TH STREET
NEW YORK NY 10019-0050

FREDIN BROTHERS INC
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

(P)GJ VERTILINE PUMPS INC
PO BOX 892
TWIN FALLS ID 83303-0892

DAVID W GADD
STOVER GADD  ASSOCIATES PLLC
905 SHOSHONE ST N
PO BOX 1428
TWIN FALLS ID 83303-1428

GALE W HARDING AND ASSOCIATES
329 W 7TH S
REXBURG ID 83440-9600

SCOTT F GAUTIER
1800 CENTURY PARK EAST
STE 1500
LOS ANGELES CA 90067-1501

GIVENS PURSLEY LLP
GIVENS PURSLEY LLP
601 W BANNOCK
PO BOX 2720
BOISE ID 83701-2720

GLANBIA FOODS INC
CO ROBERT A FAUCHER
POB 2527
BOISE ID 83701-2527

KIMBELL D GOURLEY
POB 1097
BOISE ID 83701-1097

GRANT  HAGAN INC
PO BOX 326
HAZELTON ID 83335-0326

GRANT 4D FARMS LLC
707 E 600 N
RUPERT ID 83350-9466

GREATAMERICA FINANCIAL SERVICES
CORPORATION
ATTN PEGGY UPTON
625 FIRST ST SE
CEDAR RAPIDS IA 52401-2030

DANIEL C GREEN
RACINE OLSON PLLP
201 EAST CENTER
PO BOX 1391
POCATELLO ID 83204-1391

GREEN SOURCE AUTOMATION LLC
3506 MOORE ROAD
CERES CA 95307-9402

MATTHEW W GRIMSHAW
GRIMSHAW LAW GROUP PC
800 W MAIN STREET STE 1460
BOISE ID 83702-5983

JULIAN GURULE
400 SOUTH HOPE STREET
SUITE 1900
LOS ANGELES CA 90071-2811

JULIAN GURULE
OMELVENY  MEYERS LLP
400 SOUTH HOPE STREET
SUITE 1900
LOS ANGELES CA 90071-2811

JULIAN GURULE
OMELVENY  MYERS LLP
400 SOUTH HOPE STREET
STE 18TH FLOOR
LOS ANGELES CA 90071-2801

OREN B HAKER
BLACK HELTERLINE LLP
805 SW BROADWAY
SUITE 1900
PORTLAND OR 97205-3359

HATFIELD MANUFACTURING INC
1823 SHOESTRING RD
GOODING ID 83330-5361

HEERINGA CONSTRUCTION LLC
18521 E QUEEN CREEK RD
105-481
QUEEN CREEK AZ 85142-5864

DAVID A HEIDA
HEIDA LAW OFFICE PLLC
PO BOX 216
KIMBERLY ID 83341-0216

HOLLIFIELD RANCHES INC
22866 HIGHWAY 30
HANSEN ID 83334-5028

IRS
CENTRALIZED INSOLVENCY OPER
PO BOX 7346
PHILADELPHIA PA 19101-7346

IDAHO AGCREDIT
CO DANIEL C GREEN
RACINE OLSON PLLP
P O BOX 1391
POCATELLO ID 83204-1391

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled as CM/ECF SERVICE were not served via First Class USPS Mail Service.

IDAHO DEPT OF LANDS
PO BOX 83720
BOISE ID 83720-0003

IDAHO MATERIALS  CONSTRUCTION
CO MILLER NASH LLP
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

IDAHO STATE BRAND DEPARTMENT
700 S STRATFORD DR
MERIDIAN ID 83642-6202

IDAHO STATE TAX COMMISSION
PO BOX 36
BOISE ID 83722-0036

(P)INNOVATIVE FOOD SOLUTIONS USA LLC
134 E HIGHWAY 81
BURLEY ID 83318-5427

INTERSTATE BILLING SERVICE INC
PO BOX 2250
DECATUR AL 35609-2250

THEODORE ISBELL
EXPERT CONSULTING SERVICES
2694 E 750 S
DECLO ID 83323-6001

JC HOOF TRIMMING INC
3690 N 2570 E
TWIN FALLS ID 83301-1004

JD HEISKELL HOLDINGS LLC
17220 WRIGHT ST STE 200
OMAHA NE 68130-4667

JOHN DEERE FINANCIAL
CO WELTMAN WEINBERG  REIS CO LPA
965 KEYNOTE CIRCLE
CLEVELAND OH 44131-1829

JP MORGAN CHASE
PO BOX 6294
CAROL STREAM IL 60197-6294

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO NATIONAL BANKRUPTCY SERVICES LLC
PO BOX 9013
ADDISON TEXAS 75001-9013

SUZANNE JADERHOLM
JOHNSON MAY
199 N CAPITAL BLVD
SUITE 200
BOISE ID 83702-6197

JAKE MILLENKAMP
1719 RIVER ROAD
BUHL ID 83316-5302

JAMES FARRELL  CO
13810 SE EASTGATE WAY
SUITE 520
BELLEVUE WA 98005-4467

JEAN L THOMPSON
255 N 250 W
JEROME ID 83338-5363

JEFFREY E ROLIG
PO BOX 5455
TWIN FALLS ID 83303-5455

JEFFREY J GRIEVE
PO BOX 366
TWIN FALLS ID 83303-0366

JOHN DEERE CONSTRUCTION AND FORESTRY
COMPANY
CO WELTMAN WEINBERG  REIS CO LPA
965 KEYNOTE CIRCLE
CLEVELAND OH 44131-1829

JOHN DEERE FINANCIAL FSB
CO WELTMAN WEINBERG  REIS CO LPA
965 KEYNOTE CIRCLE
CLEVELAND OH 44131-1829

K R RENTAL INC
256 A SOUTH 600 W
HEYBURN ID 83336-9750

KANDER LLC
2538 CARROLWOOD ROAD
NAPERVILLE IL 60540-8395

KEITH D AND JANET CARLSON
3866 E 3800 N
HANSEN ID 83334-5012

KENWORTH SALES COMPANY INC
CO BENOIT LAW
PO BOX 366
TWIN FALLS ID 83303-0366

KINGHORN MEDICAL LLC
248 S COLE RD
BOISE ID 83709-0934

KRAUS FARMS LLC
165 SOUTH 400 WEST
RUPERT ID 83350-9672

MATTHEW KREMER
7 TIMES SQUARE
NEW YORK NY 10036-6524

USPS FIRST-CLASS MAIL DOCUMENTS
Parties with names struck through or labeled as CM/ECF SERVICE were not served via First Class USPS Mail Service.

MATTHEW KREMER
OMELVENY  MYERS LLP
1301 AVENUE OF THE AMERICAS
SUITE 1700
NEW YORK NY 10019-6022

DAVID T KRUECK
HAWLEY TROXELL ENNIS  HALWEY LLP
877 W MAIN ST
SUITE 500
STE 200
BOISE ID 83702-6030

JOHN F KURTZ JR
KURTZ LAW PLLC
910 W MAIN
SUITE 364
BOISE ID 83702-5740

LES SCHWAB TIRE CENTERS OF IDAHO LLC
PO BOX 5350
BEND OR 97708-5350

(P)LAND VIEW INC
ATTN DAN NOBLE
P O BOX 475
RUPERT ID 83350-0475

LAND VIEW INC
CO GERY W EDSON
PO BOX 448
BOISE ID 83701-0448

KARYN LLOYD
GORDON REES SCULLY MANSUKHANI LLP
999 W MAIN STREET
100
BOISE ID 83702-9001

KARYN LLOYD
GORDON REES SCULLY MANSUKHANI LLP
999 W MAIN STREET 100
BOISE ID 83702-9001

MWI VETERINARIAN SUPPLY INC
3041 W PASADENA DRIVE
BOISE ID 83705-4776

JED W MANWARING
ELAM  BURKE PA
251 E FRONT STREET
PO BOX 1539
STE 300
BOISE ID 83701-1539

ROBERT MARCUS
KANDER LLC
341 N LAFAYETTE ST
MACOMB IL 61455-1505

LORENZO MARINUZZI
MORRISON  FOERSTER LLP
250 WEST 55TH STREET
NEW YORK NY 10019-0050

JAMES JUSTIN MAY
JOHNSON MAY
199 N CAPITOL BLVD
STE 200
BOISE ID 83702-6197

ZACHERY JAMES MCCRANEY
HOLLAND  HART LLP
800 W MAIN ST 1750
STE 1750
BOISE ID 83702-5974

CHRISTOPHER C MCCURDY
HOLLAND  HART LLP
800 WEST MAIN STREET
STE 1750
BOISE ID 83702-5974

MERCK ANIMAL HEALTH
ATTN LEGAL DEPTANIMAL HEALTH
126 EAST LINCOLN AVENUE
PO BOX 2000
RAHWAY NJ 07065-0900

METLIFE REAL ESTATE LENDING LLC
CO KIMBELL D GOURLEY
10801 MASTIN BLVD
SUITE 700
OVERLAND PARK KS 66210-1673

METLIFE REAL ESTATE LENDING LLC
CO RON C BINGHAM II ESQ
ADAMS AND REESE LLP
3424 PEACHTREE ROAD NE SUITE 1600
ATLANTA GEORGIA 30326-1139

METROPOLITAN LIFE INSURANCE COMPANY
CO KIMBELL D GOURLEY
10801 MASTIN BLVD
SUITE 700
OVERLAND PARK KS 66210-1673

METROPOLITAN LIFE INSURANCE COMPANY A
NEW Y
CO RON C BINGHAM II ESQ
ADAMS AND REESE LLP
3424 PEACHTREE ROAD NE SUITE 1600
ATLANTA GEORGIA 30326-1139

MICHAEL CHOJNACKY
51 W 600 N
JEROME ID 83338-5016

WILLIAM MILLENKAMP
471 N 300 W
JEROME ID 83338-5078

DEBTOR
MILLENKAMP CATTLE INC
471 NORTH 300 WEST
JEROME ID 83338-5078

RHETT MICHAEL MILLER
PARSONS LOVELAND SHIRLEY  LINDSTROM
PO BOX 910
BURLEY ID 83318-0910

MILNER HAY
1154 W 200 S
MURTAUGH ID 83344-5388

MOSS FARMS OPERATIONS LLC
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

MOSS GRAIN PARTNERSHIP
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

MOSS GRAIN PARTNERSHIP
301 SCOTT AVE SUITE 4
RUPERT ID 83350-5100

JOHN D MUNDING
MUNDING PS
309 E FARWELL RD
STE 310
SPOKANE WA 99218-8209

NAPA AUTO PARTS
PO BOX 1425
TWIN FALLS ID 83303-1425

JASON RONALD NAESS
DOJUST
550 WEST FORT ST
STE 698
BOISE ID 83724-0101

JAMES NIEMEIER
MCGRATH NORTH
1601 DODGE STREET
SUITE 3700
OMAHA NE 68102-1627

JAMES J NIEMEIER
MCGRATH NORTH MULLIN  KRATZ PC LLO
1601 DODGE STREET
STE 3700
OMAHA NE 68102-1650

COOPER NORMAN
PO BOX 5399
TWIN FALLS ID 83303-5399

JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET
STE 2000
DENVER CO 80203-4554

JOHN OBRIEN
SPENCER FANE LLP
1700 LINCOLN STEET
SUITE 2000
DENVER CO 80203-4554

GABRIEL L OLIVERA
7 TIMES SQUARE
NEW YORK NY 10036-6524

GABRIEL LUIS OLIVERA
OMELVENY  MYERS LLP
1301 AVENUE OF THE AMERICAS
STE 1700
NEW YORK NY 10019-6022

OVERHEAD DOOR
489 S LOCUST
TWIN FALLS ID 83301-7849

PTG OF IDAHO LLC
CO HOLLAND N ONEIL FOLEY  LARDNER L
2021 MCKINNEY AVENUE STE 1600
DALLAS TX 75201-3340

DOMENIC E PACITTI
KLEHR HARRISON HARVEY BRANZBURG LLP
919 MARKET STREET
SUITE 1000
WILMINGTON DE 19801-3030

PAN AMERICAN LIFE INSURANCE
1778 N PLANO RD
STE 310
RICHARDSON TX 75081-1958

PERFORMIX NUTRITION SYSTEMS
2201 N 20TH STREET
NAMPA ID 83687-6849

PERFORMIX NUTRITION SYSTEMS LLC
MUNDING PS
309 E FARWELL RD STE 310
SPOKANE WA 99218-8209

MARK BRADFORD PERRY
PERRY LAW PC
POB 637
BOISE ID 83701-0637

PIVOT MAN INC
ROBIN JONES
PO BOX 355
PAUL ID 83347-0355

SCOTT C POWERS
SPENCER FANE LLP
10 EXCHANGE PLACE 11TH FLR
SALT LAKE CITY UT 84111-2824

PRIME RIDGE BEEF LLC
CO JOHN OBRIEN
SPENCER FANE
1700 LINCOLN STREET SUITE 2000
DENVER CO 80203-4554

PRO RENTALS  SALES
PO BOX 5450
C12
KALISPELL MT 59903-5450

PRO TECH SERVICE COMPANY
1550 KIMBERLY RD
TWIN FALLS ID 83301-7341

PROGRESSIVE DAIRY SERVICE  SUPPLIES
CORP
485 S IDAHO ST
WENDELL ID 83355-5241

PROGRESSIVE DAIRY SERVICE  SUPPLY CORP
485 S IDAHO ST
WENDELL ID 83355-5241

QUILL CORPORATION
PO BOX 102419
COLUMBIA SC 29224-2419

RABO AGRIFINANCE LLC
CO SHEILA R SCHWAGER
PO BOX 1617
BOISE ID 83701-1617

USPS FIRST CLASS MAIL RECIPIENTS
Parties with names struck through or labeled as CM/ECF SERVICE were sent this notice via First Class USPS Mail Service.

RABO AGRIFINANCE LLC AS ADMINISTRATIVE
AGEN
CO SHEILA SCHWAGER
HAWLEY TROXELL ENNIS  HAWLEY LLP
PO BOX 1617
BOISE ID 83701-1617

RAFT RIVER RURAL ELECTRIC COOPERATIVE
INC
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

CHERYL RAMBO
IDAHO STATE POLICE
700 S STRATFORD DR
MERIDIAN ID 83642-6242


REXEL USA INC DBA PLATT ELECTRIC SUPPLY
MCCONNELL WAGNER SYKES + STACEY PLLC
827 E PARK BLVD STE 201
BOISE ID 83712-7782

REXEL USA INC DBA PLATT ELECTRIC SUPPLY
827 E PARK BLVD STE 201
BOISE IDAHO 83712-7782

JANINE PATRICE REYNARD
AVERY LAW
3090 E GENTRY WAY
SUITE 250
MERIDIAN ID 83642-3596


HOLLY ROARK
ROARK LAW OFFICES
950 BANNOCK ST STE 1100
BOISE ID 83702-6140

ROARK LAW OFFICES
950 BANNOCK ST 11TH FL
BOISE ID 83702-5999

ROCKY MOUNTAIN AGRONOMICS
1912 WEST MAIN STREET
BURLEY ID 83318-1611


ROGERS MACHINERY COMPANY INC
PO BOX 230429
PORTLAND OR 97281-0429

EVAN THOMAS ROTH
1101 W RIVER ST STE 110
BOISE ID 83702-7067

BRIAN MICHAEL ROTHSCHILD
PARSONS BEHLE  LATIMER
201 SOUTH MAIN STREET SUITE 1800
SALT LAKE CITY UT 84111-2218


TIRZAH R ROUSSELL
DENTONS DAVIS BROWN PC
THE DAVIS BROWN TOWER
215 10TH STREET
SUITE 1300
DES MOINES IA 50309-3621

MIRANDA RUSSELL
MORRISON  FOERSTER LLP
250 WEST 55TH STREET
NEW YORK NY 10019-0050

MIRANDA K RUSSELL
MORRISON  FOERSTER LLP
250 WEST 55TH STREET
NEW YORK NY 10019-0050


SANDTON CAPITAL PARTNERS LP
16 W 46TH STREET 1ST FLOOR
NEW YORK NY 10036-4503

(P)SCHAEFFER MANUFACTURING COMPANY
ATTN DENIS MCCARTHY
2600 S BROADWAY
SAINT LOUIS MO 63118-1828

NIKOLAUS F SCHANDLBAUER
20 F STREET NW
SUITE 500
WASHINGTON DC 20001-6703


SCHMIDT CATTLE HAULING
848 E 3400 N
CASTLEFORD ID 83321-6422

ANDREW SCHOULDER
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022

ANDREW J SCHOULDER
NORTON ROSE FULBRIGHT US LLP
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022


SCHOWS TRUCK CENTER
PO BOX 2208
DECATUR AL 35609-2208

SCHUIL AG REAL ESTATE INC
5020 W MINERAL KING AVE
VISALIA CA 93291-5364

SHEILA RAE SCHWAGER
HAWLEY TROXELL ENNIS  HAWLEY LLP
877 MAIN STREET SUITE 200
PO BOX 1617
BOISE ID 83701-1617


SHEILA R SCHWAGER
HAWLEY TROXELL ENNIS  HAWLEY LLP
PO BOX 1617
BOISE ID 83701-1617

SIX STATES DISTRIBUTORS INC
29787 NETWORK PLACE
CHICAGO IL 60673-1297

LOUIS V SPIKER
MILLER NASH LLP
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

SPRINKLERSHOP INC
PO BOX 599
PAUL ID 83347-0599

ST GENETICS
INGURAN USA INC
22575 STATE HWY 6 SOUTH
NAVASOTA TX 77868-8297

STANDING 16 RANCH LAND COMPANY LLC
335 W 300 N
JEROME ID 83338-5217

STANDLEE AG RESOURCES
CO MILLER NASH LLP
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

STANDLEE AG RESOURCES
CO MILLER NASH LLP ATTN LOUIS SPIKER
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

STAR FALLS FARMS LLC
1908 E 1300 S
HAZELTON ID 83335-5428

STEEL RANCH LLC
2597 E 1100 S
HAZELTON ID 83335-5621

STEVEN R HOGAN II
409 S 17TH STREET 500
OMAHA NE 68102-2603

MICHAEL R STEWART
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS MN 55402-7508

STOTZ EQUIPMENT
2670 KIMBERLY RD E
TWIN FALLS ID 83301-7984

MATTHEW A STURZEN
SHERMAN SHERMAN JOHNNIE  HOYT LLP
693 CHEMEKETA STREET NE
SALEM OR 97301-3732

SUMMIT AG APPRAISAL INC
995 S 1150 E
ALBION ID 83311-9710

THE DAIRY SOLUTIONS GROUP
409 S 17TH STREET 500
OMAHA NE 68102-2603

THE FORBES SECURITIES GROUP LLC DBA
FORBES
6400 S FIDDLERS GREEN CIRCLE
SUITE 850
GREENWOOD VILLAGE CO 80111-4994

THE SPRINKLER SHOP
PO BOX 599
PAUL ID 83347-0599

MEREDITH LEIGH THIELBAHR
GORDON  REES  SEATTLE
701 FIFTH AVENUE
STE 2100
SEATTLE WA 98104-7084

TRIPLE C FARMS LLC
474 S 500 W
JEROME ID 83338-6027

KIM J TROUT
TROUT LAW PLLC
3778 PLANTATION RIVER DR STE 101
BOISE ID 83703-3086

US COMMODITIES LLC
730 SECOND AVENUE S SUITE 700
MINNEAPOLIS MN 55402-2480

US TRUSTEE
550 WEST FORT ST STE 698
BOISE ID 83724-0101

ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE WI 53158-3686

UNITED ELECTRIC COOP INC
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

VALLEY WIDE COOPERATIVE INC
CO DAVID W GADD STOVER GADD  ASSOC
PO BOX 1428
TWIN FALLS ID 83303-1428

VALLEY WIDE COOPERATIVE INC
CO DAVID W GADD
STOVER GADD  ASSOCIATES PLLC
PO BOX 1428
TWIN FALLS IDAHO 83303-1428

LANCE VANDEMARK
EXPERT CONSULTING SERVICES
2694 E 750 S
DECLO ID 83323-6001

FRANCISCO VAZQUEZ
NORTON ROSE FULBRIGHT
1301 AVENUE IF THE AMERICAS
NEW YORK NY 10019-6022

FRANCISCO VAZQUEZ
NORTON ROSE FULBRIGHT US LLP
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022

USPS FIRST CLASS MAIL RECIPIENTS
Parties with names struck through or labeled as "UNDELIVERABLE" were not served via First Class USPS Mail Service.

VISERION GRAIN LLC
385 BROADWAY ST
BOULDER CO 80305-3303

VISERION GRAIN LLC
CO SAWTOOTH LAW OFFICES PLLC
213 CANYON CREST DR STE 200
TWIN FALLS ID 83301-3053

VITERRA USA GRAIN LLC
1331 CAPITOL AVE
OMAHA NE 68102-1197

VITERRA USA GRAIN LLC AND VITERRA USA
INGRE
CO RACINE OLSON PLLP
PO BOX 1391
POCATELLO ID 83204-1391

VITERRA USA INGREDIENTS LLC
1331 CAPITOL AVE
OMAHA NE 68102-1197

WAG SERVICES INC
8121 W HARRISON ST
TOLLESON AZ 85353-3328

JOSEPH MARK WAGER JR
MCCONNELL WAGNER SYKES  STACEY
827 E PARK BLVD SUITE 201
BOISE ID 83712-7782

BRITTA E WARREN
BLACK HELTERLINE LLP
805 SW BROADWAY SUITE 1900
PORTLAND OR 97205-3359

WENDELL TRUCK AND AUTO
PO BOX 213
356 S IDAHO ST
WENDELL ID 83355-5209

WESTERN CONSTRUCTION INC
PO BOX 15569
BOISE ID 83715-5569

WESTERN STATES EQUIPMENT CO
500 EAST OVERLAND ROAD
MERIDIAN ID 83642-6606

WESTWAY FEED
BARR CREDIT SERVICES
3444 N COUNTRY CLUB RD
STE 200
TUCSON AZ 85716-0815

WILBURELLIS COMPANY LLC
CO MATTHEW A STURZEN
PO BOX 2247
SALEM OR 97308-2247

WILBURELLIS NUTRITION LLC
CO MATTHEW A STURZEN
PO BOX 2247
SALEM OR 97308-2247

WILLIAMS MESERVY  LARSEN
POST OFFICE BOX 168
153 EAST MAIN STREET
JEROME ID 83338-2332

BRENT RUSSEL WILSON
HAWLEY TROXELL ENNIS  HAWLEY LLP
877 MAIN STREET SUITE 200
BOISE ID 83702-6030

YOUNG CDJR OF BURLEY LLC
PO BOX 1530
LAYTON UT 84041-6553

YOUREE LAND  LIVESTOCK INC
3953 NORTH 3300 EAST
TWIN FALLS ID 83301-0348

CO DAVID A COLEMAN YOUREE LAND
LIVESTOCK
COLEMAN RITCHIE  JACOBSON
PO BOX 525
TWIN FALLS ID 83303-0525

Case 24-40158-NGH    Doc 924    Filed 02/27/25    Entered 02/27/25 07:57:22    Desc Main
Case 24-40158-NGH    Doc 924    Filed 02/27/25    Entered 02/27/25 07:57:22    Desc Main

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818 JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
    jjm@johnsonmaylaw.com

Attorneys for the Debtors

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300 Des Moines, IA
50309 Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
    robert.richards@dentons.com
    tirzah.roussell@dentons.com

Former Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40161-NGH (Millenkamp Properties)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

#4471571

**NOTICE OF THIRD AND FINAL APPLICATION FOR ALLOWANCE OF ALLOWANCE AND PAYMENT OF COMPENSATION**

| |
|---|
| **Notice of Third and Final Application for Allowance and Payment of Compensation and Opportunity to Object and for a Hearing**<br><br>No Objection. The court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.<br><br>Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.<br><br>Hearing on Objection. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing. |

PLEASE TAKE NOTICE that Dentons, former counsel of record for Debtors in Possession, Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), has filed a Third and Final Application for Allowance and Payment of Compensation (Dkt. No. 923 - the "Application") for final approval of the requested fees and costs for Dentons in the amount of $598,603.02 and payment of the outstanding fees and costs in the total amount of $55,040.42. The fees and costs required are related to the following:

- **Case Administration** was necessary in order to discuss various items with the client, co-counsel, financial advisor and other parties, as well as prepare and file required reports (IRR, MOR) and respond to continued emergency/interim motions, and related orders.

- **Asset Disposition** was necessary in order to maintain and collect documents regarding the potential sale of certain of the Debtors' assets and to prepare and file sale motions.

- **Relief from Stay/Adequate Protection Proceedings** was necessary to respond to opposing counsel and prepare responses to motions for relief from stay and motions

NOTICE OF THIRD AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION

- for adequate protection.

- **Meetings of and Communications with Creditors** was necessary to prepare for and attend conferences with creditors regarding matters related to the case, status updates, and negotiations, and correspond with creditors and counsel for creditors via phone call and/or email.

- **Fee/Employment Applications** was necessary in order to draft and prepare applications to employ and draft monthly fee applications.

- **Assumption/Rejection of Leases and Contracts** was necessary in order to review and respond to multiple creditor emails regarding the Debtors' intentions, and to correspond with co-counsel, financial advisor, and debtors regarding the same.

- **Other Contested Matters** was necessary in order to correspond with the Debtors, co-counsel, financial advisor, and creditors regarding multiple contested matters, including use of cash collateral, DIP approval, 503(b)(9) motion, critical vendor motion, and sale motion.

- **Non-Working Travel** was travel billed at ½ rate for travel to/from hearings.

- **Financing/Cash Collections** was necessary in order to correspond with multiple parties regarding the cash motions and draft and prepare extensive relevant interim and final motions, notices, and orders. Much of the initial stages of this case revolved around obtaining necessary approvals/consensus for using cash collateral to maintain operations.

- **Claims Administration and Objections** was necessary in order to review claims filed and evaluate potential objections to those claims.

- **Plan and Disclosure Statement** was necessary in order to correspond with co-counsel, Debtors, the CRO, and the financial advisor regarding the drafting of and strategy for the Chapter 11 Plan.

The projects have allowed the Debtors to prepare and file required reports, prepare for and attend required meetings, draft various applications and motions, and otherwise proceed towards confirmation of their Chapter 11 Plan.

The Application has been reviewed and approved by the Debtors. A copy of the Application is on file with the above-captioned Court as Docket No. 923, together with supporting documents. Any party desiring information as to the details of the Application may request the same from the Clerk of the Court, from the court's online PACER information system at www.pacer.gov, or from

NOTICE OF THIRD AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF
COMPENSATION

the undersigned counsel.

YOU ARE HEREBY NOTIFIED that written objections to the Application should be filed with the court within twenty-one (21) days of the date of service of this notice. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served upon the movant. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief in the Application and may grant the relief without further notice of hearing. Any such objection should be filed with the U.S. Bankruptcy Court at the United States Courthouse, 550 W. Fort St., Boise, ID 83724 or electronically filed using the CM/ECF Filer system at https://ecf.edb.uscourts.gov.

DATED this 27th day of February, 2025.

DENTONS DAVIS BROWN

/s/ *Krystal Mikkilineni*
KRYSTAL MIKKILINENI
Former Counsel for Debtors

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 27th day of February, 2025, I filed the foregoing NOTICE OF THIRD AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

Any others as listed on the Court's ECF Notice.

    I FURTHER CERTIFY that on this such date I served the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

    See attached mailing matrix.

/s/ *Krystal Mikkilineni*
Krystal Mikkilineni

NOTICE OF THIRD AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION

NOTICE OF THIRD AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
        jjm@johnsonmaylaw.com

Attorneys for the Debtors

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS

215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
        robert.richards@dentons.com
        tirzah.roussell@dentons.com

Former Attorneys for the Debtors

#4471579

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With |
| ☒ ALL DEBTORS | Case Nos.: |
| ☐ Millenkamp Cattle, Inc. | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Idaho Jersey Girls | 24-40160-NGH (East Valley Cattle) |
| ☐ East Valley Cattle | 24-40161-NGH (Millenkamp Properties) |
| | 24-40162-NGH (Millenkamp Properties II) |
| | 24-40163-NGH (Millenkamp Family) |
| | 24-40164-NGH (Goose Ranch) |

| | |
|---|---|
| ☐ Millenkamp Properties | 24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Properties II | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Family | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Goose Ranch | |
| ☐ Black Pine Cattle | Chapter 11 Cases |
| ☐ Millenkamp Enterprises | |
| ☐ Idaho Jersey Girls Jerome Dairy | |

### THIRD AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION

Krystal Mikkilineni, of the firm Dentons Davis Brown (the "Applicant"), applies to the Court for allowance of attorneys' fees and costs pursuant to 11 U.S.C. § 330. Applicant respectfully states and represents to the Court that:

1. Applicant was counsel for Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), the above-named Debtors in Possession, from the Petition Date through February 15, 2025. Applicant makes this application seeking (a) final approval of the fees and expenses awarded by this Court to Applicant on an interim basis on account of the First Interim Fee Application and Second Interim Fee Application; and (b) final approval of compensation for the period beginning December 1, 2024 through February 15, 2025 (the "Third Interim Period") (collectively referred to herein as the "Final Fee Application").

2. All services for which compensation is requested by the Applicant were performed for and on behalf of said Debtors, and not on behalf of any committee, creditor, or other person. Each attorney involved in the services for which compensation is requested are specifically identified in the attached **Exhibit A** and incorporated herein by reference.

3.      Payment of the attorneys' fees and costs and the payment of these fees and costs should be made pursuant to the Engagement Letter attached to the Application to Employ Counsel as Exhibit A (Dkt. No. 5).

4.      Applicant, or other members of Dentons, has rendered services to the Debtors in the manner described on the attached **Exhibit B**, which is by this reference made a part hereof.

5.      Further, the Applicant sustained, and incurred expenses and/or costs described and itemized in the statement attached hereto as **Exhibit B**, in connection with applicant's function and activities as attorney for the Debtors. A narrative summary of professionals' fees and expenses is attached hereto as **Exhibit C**.

6.      The fees requested by this Application shall not be shared with any other party outside the Applicant's law firm.

7.      The Applicant does not currently hold funds in a client trust account for the Debtors with which to pay the fees requested. The outstanding fees and costs allowed will be paid by the Debtors from operations. The Debtors will make payment of the Applicant's outstanding fees and costs as permitted under the approved cash collateral budget (Dkt. No. 815).

8.      The rate of compensation of the attorneys was detailed in the Engagement Letter attached to the Application to Employ Counsel as Exhibit A, which application was approved by Court order on May 24, 2024 (Dkt. No. 323). In conformity with that rate (which is subject to adjustment annually), the reasonable value of the services rendered by the Applicant as attorney for the Debtors in this case, including costs/expenses and disbursements incurred, since December 1, 2024 is $122,807.58. Of that amount, there remains $78,078.30 in unpaid amounts (representing the 25% held back from the December Cover Sheet applications and 100% of the amount owing for the January Cover Sheet application and for February).

9.      On August 8, 2024, Applicant filed an Application for Interim Compensation from April 2, 2024 to July 31, 2024 (the "First Interim Period") in the sum of $320,957.70 for time and services rendered on the Debtors' behalf during this First Interim Period as part of the expenses of the representation of the Debtors in the above-named bankruptcy case (Dkt No. 548). On September 18, 2024, the court entered an order approving the First Interim Fee Application (Dkt No. 617).

10.    On December 3, 2024, Applicant filed an Application for Interim Compensation from August 1, 2024 to November 30, 2024 (the "Second Interim Period") in the sum of $154,837.74 for time and services rendered on the Debtors' behalf during the Second Interim Period as part of the expenses of the representation of the Debtors in the above-named bankruptcy case (Dkt No. 761). On January 14, 2025, the Court entered an order approving the fees requested during the Second Interim Period (Dkt No. 857).

11.    The Applicant has incurred and the Debtors have paid the following fees and expenses incurred during the Third Interim Period.

| | December 2024 | January 2025 | February 2025 |
|---|---|---|---|
| Fees Incurred | $45,095.00 | $30,700.50 | $25,066.00 |
| Total Fees Paid Pursuant to Order Establishing Interim Procedures (75% of Fees) | $33,821.25 | $23,025.38 (Not yet paid – pending objection period) | $0 |
| Total Expenses Incurred & Paid Pursuant to Order Establishing Interim Procedures (100% of Expenses) | $10,908.03 | $12.50 (Not yet paid – pending objection period) | $11,025.55 (Not yet paid) |

12.    The Applicant does not currently hold any amount in trust. The fees and expenses paid during this Third Interim Period were paid from the Debtors' ongoing operations.

13.     The Applicant requests final Court approval of the total fees incurred and paid for the First Interim Period totaling $299,342.50 and final approval of the total expenses incurred and paid for the First Interim Period totaling $21,615.20.

14.     The Applicant further requests final Court approval of the total fees incurred and paid for the Second Interim Period totaling $145,314.00 and final approval of the total expenses incurred and paid for the Second Interim Period totaling $9,523.74.

15.     The Applicant further requests interim and final Court approval of the following fees and expenses incurred during the Third Interim Period:

    a.  Final approval of $33,821.25 in fees paid for December 2024;

    b.  Final approval of $10,908.03 in expenses paid for December 2024;

    c.  Final approval and payment of $11,273.75 in fees outstanding from December 2024;

    d.  Final approval of $23,025.38 in fees paid for January 2025[1];

    e.  Final approval of $12.50 in expenses paid for January 2025[2];

    f.  Final approval and payment of $7,675.12 in fees outstanding from January 2025 (assuming no objections to the January Cover Sheet Application and payment of the 75% in fees);

    g.  Final approval and payment of $25,066.00 in fees incurred and not yet paid for February 2025; and

    h.  Final approval and payment of $11,025.55 in expenses incurred and not yet paid for February 2025.

16.     The Debtors have reviewed this application and approved the Application and amounts requested.

WHEREFORE, the Applicant prays that the Court:

(a)  grant final approval of the total fees incurred during the First, Second, and Third Interim Periods, totaling $545,518.00;

(b)  grant final approval of the total expenses incurred during the First, Second, and Third Interim Periods, totaling $53,085.02; and

(c)  allow payment of the outstanding fees and expenses to be paid from the Debtors in the amount of $55,040.42.

DATED this 27th day of February, 2025

DENTONS DAVIS BROWN

/s/ Krystal Mikkilineni
KRYSTAL MIKKILINENI
Former Attorney for Debtors

/s/ Matthew T. Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtors

---

[1] The bar date for the January Cover Sheet Application has not yet passed. If no objections are filed by February 27, 2025, this amount will be paid by the Debtors pursuant to the interim fee procedures.

[2] The bar date for the January Cover Sheet Application has not yet passed. If no objections are filed by February 27, 2025, this amount will be paid by the Debtors pursuant to the interim fee procedures.

Case 24-40158-NGH    Doc 928    Filed 02/27/25    Entered 02/27/25 07:50:28    Desc Main
Document    Page 19 of 33

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 27th day of February, 2025, I caused to be served a true and correct copy of the foregoing NOTICE OF DENTONS DAVIS BROWN'S APPLICATION FOR INTERIM FEES electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Bunge Canada
c/o David D. Farrell, Esq.
One US Bank Plaza
Suite 2700
St. Louis, MO 63101

Nikolaus F. Schandlbauer
20 F Street NW
Suite 500
Washington, DC 20001

W. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606

Scott F. Gautier
1800 Century Park East
Ste. 1500
Los Angeles, CA 90067

Zachery J. McCraney
Holland & Hart
PO Box 2527
800 W. Main St., Suite 1750
Boise, ID 83701

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg, LLP
919 Market St
Suite 1000
Wilmington, DE 19801

Michael R. Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Suite 200
Omaha, NE 68130

Case 24-40158-NGH   Doc 929   Filed 02/27/25   Entered 02/27/25 07:50:28   Desc Main
Document      Page 20 of 33

Wilbur Ellis Nutrition-Rangen
c/o Tony Champion
PO Box 706
115 13th Ave. South
Buhl, ID 83316

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients,
LLC c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

Land View, Inc.
c/o Dan Noble
PO Box 475
Rupert, ID 83350

/s/ *Krystal Mikkilineni*

Krystal Mikkilineni

# EXHIBIT A

Case 24-40158-NGH   Doc 929   Filed 02/27/25   Entered 02/27/25 13:00:12   Desc Main
Document   Page 21 of 33

## SUMMARY SHEET

Fees Previously Requested*:
$444,656.50
Fees Previously Awarded:
$444,656.50
Expenses Previously Requested:
$31,138.94
Expenses Previously Awarded:
$31,138.94

NAME OF APPLICANT:
Krystal Mikkilineni

ROLE IN CASE: Attorney for Debtors

CURRENT APPLICATION:

Fees Requested:        $100,861.50
Expenses Requested: $21,946.08
Total Requested:        $122,807.58
Fees and Expenses Outstanding Requested
to be Paid:  $55,040.42

| Hours Billed | | | | |
|---|---|---|---|---|
| Name of Professional | Years in Practice | Current Application | Hourly Rate | Total for Application |
| Krystal Mikkilineni - 2024 | 11 years | 51 | $415.00 | $21,165.00 |
| Krystal Mikkilineni – ½ rate for travel | | 8.5 | $207.50 | $1,763.75 |
| Krystal Mikkilineni – 2025 | | 64.7 | $460.00 | $29,762.00 |
| Tirzah Roussell - 2024 | 5 years | 72.2 | $285.00 | $20,577.00 |
| Tirzah Roussell – ½ rate for travel | | 8.5 | $142.50 | $1,211.25 |
| Tirzah Roussell – 2025 | | 78.6 | $315.00 | $24,759.00 |
| Robert Richards | 36 Years | | $425.00 | $0 |
| Gabby Mathias – 2024 | Paralegal | 1.8 | $210.00 | $378.00 |
| Gabby Mathias – 2025 | | 5.3 | $235.00 | $1,245.50 |

# EXHIBIT B

*        The fees/expenses previously requested, as outlined above, do not include amounts requested in monthly Cover Sheet Applications.  To date, the Applicant has filed two (2) monthly cover sheet applications showing $75,795.50 in fees requested and $10,920.53 in expenses requested. No objections to those Cover Sheet Applications were filed (the bar date for the January Cover Sheet Application has not yet passed), and pursuant to the Court's Order Approving Interim Fee Procedures, 75% of the fees requested and 100% of the expenses requested have been previously paid by the Debtors (except the January and February fees and expenses. January fees and expenses will be paid if no objections are filed by February 27, 2025).

**DENTONS**

In Account With

**DENTONS DAVIS BROWN PC**
Attorneys and Counselors at Law
215 10th Street, Suite 1300
Des Moines, IA 50309-3993
(515) 288-2500
Federal I.D. No. 42-1343884

Millenkamp Cattle, Inc.
Bill Millenkamp
471 N 300th Rd W
Jerome, Idaho 83338

Statement: ▮
Date: 1/7/2025

Re: ▮ - Ch 11 Bankruptcy

## Professional Fees

| Date | Tmkr | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/02/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan, and motion to appoint trustee (.5); emails to/from David Heida regarding amended schedule (.2) | B110 | 0.70 | 290.50 |
| 12/02/2024 | KMIK | Review MetLife's witness list and exhibit list (.2) | B190 | 0.20 | 83.00 |
| 12/02/2024 | KMIK | Review email from Sheila Schwager regarding Rabo reconciled claim (.1) | B310 | 0.10 | 41.50 |
| 12/02/2024 | KMIK | Call with MetLife counsel and co-counsel regarding status update, plan, and motion to appoint trustee (.5) | B150 | 0.50 | 207.50 |
| 12/02/2024 | KMIK | Review and revise November invoice (.5) | B160 | 0.50 | 207.50 |
| 12/02/2024 | KMIK | Email client regarding language for Western States claim (.1) | B320 | 0.10 | 41.50 |
| 12/02/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan strategy, and motion to appoint trustee and Rabo's friday filings (.5) | B110 | 0.50 | 142.50 |
| 12/02/2024 | KMIK | Review O'Melveny's October fee app (.1) | B160 | 0.10 | 41.50 |
| 12/03/2024 | GMAT | Drafting November fee app (.4); drafting Interim Fee App August-November (1); email to Tirzah regarding fee apps (.1) | B160 | 1.50 | 315.00 |
| 12/03/2024 | TROU | Call with client, Kander and co-counsel regarding prep for hearing and trustee motion, etc (.5) | B110 | 0.50 | 142.50 |
| 12/03/2024 | KMIK | Draft Kander September fee app and notice (.6) | B160 | 0.60 | 249.00 |
| 12/03/2024 | KMIK | Review Conterra's notice of intent to present evidence (.1) | B190 | 0.10 | 41.50 |
| 12/03/2024 | KMIK | Prep equity cushion exhibits for hearing on cash collateral (.8); review exhibit list (.1); call with Matt Christensen regarding exhibits for hearing (.2) | B190 | 1.10 | 456.50 |
| 12/03/2024 | TROU | Review Conterra's notice of intent to present evidence (.1); review rabo's motion to appoint chapter 11 trustee (.5) | B190 | 0.60 | 171.00 |
| 12/03/2024 | TROU | Review and revise Dentons' Interim Fee App (1.2); Review and revise notice regarding same (.2); Email Gabby regarding sending fee app to mailing company (.1); Emails with client regarding approval of Dentons Interim Fee App (.1) | B160 | 1.60 | 456.00 |
| 12/03/2024 | TROU | Research and draft Memo regarding appointment of chapter 11 Trustee and determine which exhibits are needed for trial (3.2); determine exhibits needed for exclusivity and cash collateral hearings (.4) | B190 | 3.60 | 1,026.00 |
| 12/03/2024 | TROU | Call with committee counsel, financial advisors, Kander, and co-counsel regarding status and hearing updates (.5) | B150 | 0.50 | 142.50 |
| 12/04/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan, and objection to trustee motion (.4); review and revise letter to Millenkamp Cattle regarding fiduciary duties (.3) | B110 | 0.70 | 290.50 |
| 12/04/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, prep for hearing, objection to trustee motion (.4) | B110 | 0.40 | 114.00 |
| 12/04/2024 | KMIK | Emails to/from Lisa Nelson regarding Conterra December adequate protection payment (.2) | B140 | 0.20 | 83.00 |
| 12/04/2024 | KMIK | Continue drafting amended plan and amended disclosure statement | B320 | 2.00 | 830.00 |
| 12/04/2024 | KMIK | Review Rabo's motion to appoint trustee | B190 | 0.70 | 290.50 |
| 12/04/2024 | TROU | Emails with Penske's counsel regarding Penske's plan treatment (.3); review and finalize amended plan and amended disclosure statement (1.5); emails with Bill and Lisa regarding review and executing amended plan and disclosure statement for filing (.2) | B320 | 2.00 | 570.00 |
| 12/04/2024 | TROU | Review Rabo's witness and exhibit list (.3); start research and draft of Motion in Limine (1.3) | B190 | 1.60 | 456.00 |
| 12/04/2024 | TROU | Draft letter to Bill regarding fiduciary duties (1.2) | B110 | 1.20 | 342.00 |
| 12/05/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, plan, and hearing (.4); call with Matt Christensen regarding hearing prep (.3); review email from clerks' office regarding hearing dates for disclosure statement (.1) | B110 | 0.80 | 332.00 |
| 12/05/2024 | TROU | Call with client, Kander, and co-counsel regarding status update, plan, and hearing prep (.4) | B110 | 0.40 | 114.00 |
| 12/05/2024 | KMIK | Call with Sandton's counsel and co-counsel regarding hearing (.5) | B150 | 0.50 | 207.50 |
| 12/05/2024 | KMIK | Review and revise notice of disclosure statement hearing (.2) | B320 | 0.20 | 83.00 |
| 12/05/2024 | KMIK | Prep for hearing (.2); review subpoena issued to Bill to testify at hearing (.1) | B190 | 0.30 | 124.50 |
| 12/05/2024 | TROU | research regarding appointment of chapter 11 trustee (1.5) | B190 | 1.50 | 427.50 |

Case 24-40158-NGH   Doc 928   Filed 02/27/25   Entered 02/27/25 07:50:28   Desc Main
Document   Page 23 of 33

Millenkamp Cattle, Inc.
1/7/2025
Page: 3

Client:
Matter:
Statement:

| | | | | | |
|---|---|---|---|---|---|
| 12/05/2024 | TROU | Email from Jessica B regarding word version of plan and disclosure statement(.1); Reivew notice of hearing for amended disclosure statement (.2); finalize amended disclosure statement and exhibits thereto (.5); emails with Lisa Nelson regarding amended plan and disclosure statement (.2); call with Lisa regarding same (.1); emails with Gabby regarding filing amended plan and disclosure statement (.2) | B320 | 1.30 | 370.50 |
| 12/05/2024 | TROU | Research and draft Motion in Limine (3.4) | B190 | 3.40 | 969.00 |
| 12/06/2024 | KMIK | Review and revise motion in limine (.8) | B190 | 0.80 | 332.00 |
| 12/06/2024 | KMIK | Call with client, Kander, and co-counsel regarding liquidation analysis, plan, and hearing strategy (.3); review email from David Heida regarding Sandton term sheet (.1); review email from Ken Nofziger regarding liquidation analysis (.1) | B110 | 0.50 | 207.50 |
| 12/06/2024 | KMIK | Review and revise memo regarding fiduciary duties (.2) and email client regarding same (.1) | B110 | 0.30 | 124.50 |
| 12/06/2024 | KMIK | Review Rabo's exhibit list (.2) | B190 | 0.20 | 83.00 |
| 12/06/2024 | KMIK | Continue review of Rabo's motion to appoint trustee (.6); review trustee's response to motion to appoint trustee (.1); review and revise objection to motion to appoint trustee (.2) | B190 | 0.90 | 373.50 |
| 12/06/2024 | TROU | Review email from David Heida regarding Sandton term sheet (.1); call with client, Kander, and co-counsel regarding liquidation analysis and hearing strategy (.3); review email from Ken regarding liquidation analysis (.1) | B110 | 0.50 | 142.50 |
| 12/06/2024 | TROU | Review Rabo's exhibit list (.2) | B190 | 0.20 | 57.00 |
| 12/06/2024 | TROU | Review Rabo's Motion to Appoint Chapter 11 Trustee (.4); Review Trustee's Motion regarding appointment of chapter 11 trustee (.2); research regarding appointment of chapter 11 trustee and draft objection to motion to appoint trustee (4.1) | B190 | 4.70 | 1,339.50 |
| 12/07/2024 | KMIK | Continue reviewing and revising objection to trustee motion (1.3); review Rabo's amended exhibit list (.1) | B190 | 1.40 | 581.00 |
| 12/07/2024 | KMIK | Prep for cash collateral hearing (.5) | B230 | 0.50 | 207.50 |
| 12/08/2024 | KMIK | Continue prepping for cash collateral and exclusivity hearing | B230 | 2.60 | 1,079.00 |
| 12/08/2024 | KMIK | Review email from Sheila Schwager regarding exhibits | B190 | 0.10 | 41.50 |
| 12/08/2024 | KMIK | Travel to Boise for hearing (billed at 1/2 rate) | B195 | 6.00 | 1,245.00 |
| 12/08/2024 | TROU | Travel to Boise for cash collateral, exclusivity, and trustee motion hearing (billed at 1/2 rate) | B195 | 6.00 | 855.00 |
| 12/08/2024 | TROU | Prepping for cash collateral, exclusivity and trustee motion hearing (3.5) | B230 | 3.50 | 997.50 |
| 12/09/2024 | GMAT | Drafting cover sheet for Disclosure Statement filing | B320 | 0.10 | 21.00 |
| 12/09/2024 | KMIK | Continue prepping for cash collateral and exclusivity hearing and prep for trustee motion hearing | B190 | 10.80 | 4,482.00 |
| 12/09/2024 | TROU | Continue prepping for cash collateral and exclusivity hearing and trustee motion hearing (10.8) | B190 | 10.80 | 3,078.00 |
| 12/09/2024 | TROU | Drafting CRO Motion (1.5) | B160 | 1.50 | 427.50 |
| 12/10/2024 | KMIK | Continue prepping for hearing (2); appear at hearing (7) | B190 | 9.00 | 3,735.00 |
| 12/10/2024 | TROU | Continue prepping for hearing (2); appear at hearing (7) | B190 | 9.00 | 2,565.00 |
| 12/10/2024 | TROU | Finalize and file CRO Motion (.6) | B190 | 0.60 | 171.00 |
| 12/11/2024 | KMIK | Prep for hearing (1); negotiations with parties and client regarding plan (.5); appear at hearing (1.5) | B190 | 3.00 | 1,245.00 |
| 12/11/2024 | KMIK | Travel from hearing (2.5) (billed at 1/2 rate) | B195 | 2.50 | 518.75 |
| 12/11/2024 | TROU | Prep for hearing (1); negotiations with parties and client regarding plan (.5); appear at hearing (1.5) | B190 | 3.00 | 855.00 |
| 12/11/2024 | TROU | Travel from hearing (2.5) (billed at 1/2 rate) | B195 | 2.50 | 356.25 |
| 12/12/2024 | KMIK | Review Rabo's reservation of rights regarding interim fee distributions (.1) | B160 | 0.10 | 41.50 |
| 12/12/2024 | KMIK | Appear at oral ruling on cash collateral motion, and exclusivity motion (.5); recap of call with client (.2) | B190 | 0.70 | 290.50 |
| 12/12/2024 | KMIK | Call with Kati Churchill and Rob Marcus regarding CRO hearing (.1) | B110 | 0.10 | 41.50 |
| 12/12/2024 | TROU | Review Rabo's reservation of rights regarding interim fee distributions (.1) | B160 | 0.10 | 28.50 |
| 12/12/2024 | TROU | Appear at oral ruling on cash collateral motion, exclusivity motion, and trustee motion (.5) | B190 | 0.50 | 142.50 |
| 12/12/2024 | TROU | Email David and Lisa dial in information (.1) | B110 | 0.10 | 28.50 |
| 12/13/2024 | KMIK | Emails to/from Lisa Nelson regarding property taxes (.2); review email from Matt Kremer regarding meeting with CRO applicant (.1) and email Ken and Kati regarding same (.1); email Rob regarding meeting with committee (.1); review notice of hearing held (.1) | B110 | 0.60 | 249.00 |
| 12/13/2024 | KMIK | Review email from Sheila Schwager regarding proposed order on exclusivity motion (.1) and review of proposed order (.1) | B190 | 0.20 | 83.00 |
| 12/16/2024 | KMIK | Emails to/from Matt Kremer regarding call with proposed CRO and CRO hearing (.2) | B150 | 0.20 | 83.00 |
| 12/16/2024 | TROU | Review corrective entry regarding CRO app and review app (.2); Emails with Matt C regarding same (.1); attention to Givens Pursely's app for compensation (.2); emails with Cooper Norman regarding fee apps (.2) | B160 | 0.70 | 199.50 |

Case 24-40158-NGH Doc 928 Filed 02/27/25 Entered 02/27/25 07:50:28 Desc Main
Document Page 24 of 33

Millenkamp Cattle, Inc.
1/7/2025
Page: 5

Client:
Matter:
Statement:

| Date | Tkpr | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 12/16/2024 | TROU | Emails from Committee Counsel regarding CRO call and moving weekly call tomorrow (.2) | B110 | 0.20 | 57.00 |
| 12/16/2024 | TROU | Attention to email from John O'brien regarding cash collateral order (.1) | B230 | 0.10 | 28.50 |
| 12/16/2024 | TROU | Attention to email from Gabriel Olivera regarding committe call with CRO (.1) | B110 | 0.10 | 28.50 |
| 12/17/2024 | KMIK | Review Rabo's motion to consider shortened notice time for disclosure statement (.2) and review notice of hearing regarding same (.1) | B320 | 0.30 | 124.50 |
| 12/17/2024 | KMIK | Review and revise notice of hearing on CRO application to employ (.1) | B160 | 0.10 | 41.50 |
| 12/17/2024 | KMIK | Call with committee counsel, committee, committee FA, Kander, Rob Marcus, and co-counsel regarding CRO application | B150 | 0.80 | 332.00 |
| 12/17/2024 | TROU | Review Rabo's motion to consider shortened notice time for disclosure statement (.2) and review notice of hearing regarding same (.1) | B320 | 0.30 | 85.50 |
| 12/17/2024 | TROU | Emails with Lisa Nelson regarding GreatAmerica (.3) | B300 | 0.30 | 85.50 |
| 12/17/2024 | TROU | Draft Notice of Hearing for CRO Motion (.4); Emails to client and co-counsel regarding same (.2); Revise and finalize Notice (.2) | B160 | 0.80 | 228.00 |
| 12/17/2024 | TROU | Review proposed order denying trustee motion (.2); review order denying exclusive period (.1) | B110 | 0.30 | 85.50 |
| 12/17/2024 | TROU | Review proposed order granting cash collateral (.2) | B230 | 0.20 | 57.00 |
| 12/17/2024 | TROU | Call with Committee counsel and FA's regarding status update, CRO call, and plan updates (.3) | B150 | 0.30 | 85.50 |
| 12/18/2024 | KMIK | Review emails from parties regarding cash collateral order (.2) | B230 | 0.20 | 83.00 |
| 12/18/2024 | KMIK | Emails to/from Matt Kremer regarding scheduling call with committee counsel and FAs (.2) | B150 | 0.20 | 83.00 |
| 12/18/2024 | KMIK | Review order granting Givens Pursley's interim fee app (.1); review Givens Pursley's November fee app (.1); review Bruce Anderson's interim fee app (.1) | B160 | 0.30 | 124.50 |
| 12/18/2024 | KMIK | Review email from Rob Marcus regarding follow up from call with Bill (.1); call with client, Kander, and co-counsel regarding status update, Rabo's motion to consider, and plan strategy (.3); review email from Rich Bernard regarding transcripts (.1) | B110 | 0.50 | 207.50 |
| 12/18/2024 | TROU | Review emails from several parties regarding cash collateral order (.2) | B230 | 0.20 | 57.00 |
| 12/18/2024 | TROU | Attention to order granting equipment motion (.2); Reivew list of equiment and vehicles for November and draft Notice of Monthly report of purchase/sales of equipment (1); email Notice to co-counsel (.1); revise Notice (.2); Emails with client regarding Notice (.2) | B110 | 1.60 | 456.00 |
| 12/18/2024 | TROU | Revise Certificate of Service for Notice of Hearing on CRO App (.3); emails with Erin C regarding same (.1) | B160 | 0.40 | 114.00 |
| 12/18/2024 | TROU | Call with client, Kander, and co-counsel regarding Rabo's motion to consider, status update, and plan strategy (.3) | B110 | 0.30 | 85.50 |
| 12/18/2024 | TROU | Analyze Rabo's Motion to Set Disclosure Statement and Plan Bar Date (.4); Research regarding disclosure statement notice period (.5) | B320 | 0.90 | 256.50 |
| 12/19/2024 | KMIK | Emails to/from Sheila regarding call to discuss plan (.2); call with Committee counsel regarding status update (.2) | B150 | 0.40 | 166.00 |
| 12/19/2024 | KMIK | Review and revise objection to Rabo's motion to establish time (.7) | B320 | 0.70 | 290.50 |
| 12/19/2024 | KMIK | Review Elsaesser Anderson's November fee app (.1) | B160 | 0.10 | 41.50 |
| 12/19/2024 | KMIK | Review Conterra's competing plan (.3) and email to client and Kander regarding same (.1) | B320 | 0.40 | 166.00 |
| 12/19/2024 | TROU | Review order denying appointment of trustee (.2) | B190 | 0.20 | 57.00 |
| 12/19/2024 | TROU | Review Elsaesser Anderson's November fee app (.1) | B160 | 0.10 | 28.50 |
| 12/19/2024 | TROU | Review email from John O'brien regarding conterra's plan (.1); review conterra's plan (.4) | B320 | 0.50 | 142.50 |
| 12/19/2024 | TROU | Review order granting continued use of cash collateral (.2) | B230 | 0.20 | 57.00 |
| 12/19/2024 | TROU | Review Rabo's Motion to Shorten Bar Date for Disclosure Statement and Plan filing (.4); Research regarding shortening bar date for disclosure statement and disclosure statement hearing (1.8); Draft Objection to Rabo's Motion to Shorten Time (1) | B320 | 3.20 | 912.00 |
| 12/20/2024 | KMIK | Emails to/from Brent Wilson regarding continuance of disclosure statement hearing (.2) and email client and Kander regarding same (.1) | B320 | 0.30 | 124.50 |
| 12/20/2024 | KMIK | Review email from David Heida regarding Conterra's plan (.1) | B320 | 0.10 | 41.50 |
| 12/20/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, disclosure statement hearing, plan strategy, and Forbes fee app (.4) | B110 | 0.40 | 166.00 |
| 12/20/2024 | KMIK | Review Armory's October fee app (.1) | B160 | 0.10 | 41.50 |
| 12/20/2024 | KMIK | Review and revise stipulation and order regarding disclosure statement hearing (.2) and emails to/from Brent Wilson regarding same (.2) | B320 | 0.40 | 166.00 |
| 12/20/2024 | KMIK | Call with Ron Bingham regarding plan (.3) | B150 | 0.30 | 124.50 |
| 12/20/2024 | TROU | Attention to emails regarding disclosure statement hearing from Kander and co-counsel and review prospective dates (.2) | B320 | 0.20 | 57.00 |
| 12/20/2024 | TROU | Review email from David Heida regarding Conterra's plan (.1) | B320 | 0.10 | 28.50 |
| 12/20/2024 | TROU | Call with client, Kander, and co-counsel regarding status/plan strategy, disclosure statement hearing, and Forbes' fee app (.4) | B110 | 0.40 | 114.00 |
| 12/20/2024 | TROU | Emails with Cooper Norman regarding fee apps (.2); Drafting Cooper Norman Fee App for September (1); attention to Armory fee app (.2); Review Forbes' fee app and appearance of counsel (.5); Review Forbes engagement agreement (.3) | B160 | 2.20 | 627.00 |

Millenkamp Cattle, Inc.
1/7/2025
Page: 7

Client:
Matter:
Statement:

Case 24-40158-NGH   Doc 923   Filed 02/27/25   Entered 02/27/25 13:06:15   Desc Main
Document      Page 25 of 33

Millenkamp Cattle, Inc.
1/7/2025
Page: 7

Client:
Matter:
Statement:



| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/20/2024 | TROU | Review Stipulation regarding disclosure statement hearing (.2) | B320 | 0.20 | 57.00 |
| 12/21/2024 | TROU | Attention to email from John Obrien regarding plan budget (.1) | B230 | 0.10 | 28.50 |
| 12/23/2024 | TROU | Attend hearing regarding disclosure statement and stip between Rabo and Debtors (.2) | B320 | 0.20 | 57.00 |
| 12/26/2024 | KMIK | Review email from John O'Brien regarding meeting to discuss plan terms (.1) and email client and Kander regarding same (.1) | B320 | 0.20 | 83.00 |
| 12/26/2024 | KMIK | Call with David Heida regarding plan treatment (.2) | B320 | 0.20 | 83.00 |
| 12/26/2024 | KMIK | Emails to/from Lisa Nelson regarding Armory September fees (.2); review Forbes engagement agreement (.2) and email David Heida regarding same (.1) | B160 | 0.50 | 207.50 |
| 12/26/2024 | KMIK | Review change of address for Bill Millenkamp (.1); emails to/from Ken Nofziger and Lisa Nelson regarding KANS LLC (.2); review emails from Lisa Nelson and Ken Nofziger regarding accrued rent and fees (.1) | B110 | 0.40 | 166.00 |
| 12/26/2024 | KMIK | Review Conterra's revised plan (.3) | B320 | 0.30 | 124.50 |
| 12/26/2024 | TROU | Review email from John O'Brien regarding meeting to discuss plan terms (.1); attention to Conterr'a revised plan (.3); email John O'Brien word versions of amended plan and disclosure statement (.1) | B320 | 0.50 | 142.50 |
| 12/26/2024 | TROU | Attention to forbes fee app (.2); Review app to employ forbes and engagement agreement (.3); attention to emails from client and co-counsel regarding same (.1) | B160 | 0.60 | 171.00 |
| 12/28/2024 | KMIK | Review email from David Heida regarding Conterra's plan and strategy (.1) | B320 | 0.10 | 41.50 |
| 12/28/2024 | KMIK | Email John O'Brien regarding meeting with Conterra (.1) | B150 | 0.10 | 41.50 |
| 12/30/2024 | GMAT | Drafting Interim Fee App order | B160 | 0.20 | 42.00 |
| 12/30/2024 | KMIK | Review and revise proposed order for Dentons second interim fee app (.2) and email to/from UST regarding same (.2); review Armory's November fee app (.1); review O'Melveny & Myer's November fee app (.1) | B160 | 0.60 | 249.00 |
| 12/30/2024 | KMIK | Call with client, Kander, and co-counsel regarding status update, Conterra plan, secured lender discussions, and Forbes fee app (.7) | B110 | 0.70 | 290.50 |
| 12/30/2024 | KMIK | Emails to/from John O'Brien regarding CAFOs (.2) and email client regarding same (.1); email MetLife's counsel regarding status update (.1) | B150 | 0.40 | 166.00 |
| 12/30/2024 | TROU | Call with client, Kander, and co-counsel regarding Conterra plan, secured lender discussions, and Forbes fee app (.7) | B110 | 0.70 | 199.50 |
| 12/30/2024 | TROU | Review Armory's November fee app (.1); review O'Melveny & Myer's November fee app (.1); Review Dentons order regarding second interim fee app (.1) | B160 | 0.30 | 85.50 |
| 12/30/2024 | TROU | Attention to emails from John O'Brien regarding CAFO (.1); review emails from David Heida regarding same (.1) | B150 | 0.20 | 57.00 |
| 12/31/2024 | KMIK | Call with Ron Bingham and Matt Christensen regarding status update, plan, and settlement discussions (.5) | B150 | 0.50 | 207.50 |
| 12/31/2024 | TROU | Attention to emails John O'brien regarding call for plan discussions (.2) | B150 | 0.20 | 57.00 |

Sub-total Fees: $45,095.00

### Rate Summary

| | | |
|---|---|---|
| Krystal R. Mikkilineni | 8.50 hours at $207.50/hr | 1,763.75 |
| Krystal R. Mikkilineni | 51.00 hours at $415.00/hr | 21,165.00 |
| Tirzah R. Roussell | 8.50 hours at $142.50/hr | 1,211.25 |
| Tirzah R. Roussell | 72.20 hours at $285.00/hr | 20,577.00 |
| Gabby B. Mathias | 1.80 hours at $210.00/hr | 378.00 |
| Total hours: | 142.00 | |

### Expenses

| Date | Description | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 12/05/2024 | Third Party Printing and Mailing Fees | E108 | 1.00 | 2,122.82 | 2,122.82 |
| 12/06/2024 | Third Party Printing and Mailing Fees | E108 | 1.00 | 5,954.69 | 5,954.69 |
| 12/09/2024 | Third Party Printing and Mailing Fees | E108 | 1.00 | 318.68 | 318.68 |
| 12/20/2024 | Flight/Hotel for Millenkamp Hearing | E110 | 1.00 | 1,258.02 | 1,258.02 |
| 12/20/2024 | Flight/Hotel for Millenkamp Hearing | E110 | 1.00 | 1,253.82 | 1,253.82 |

Sub-total Expenses: $10,908.03

**Total Current Billing:** $56,003.03

Eff ective March 29, 2021, Dav is Brown Law Firm f ormally combined with Dentons to become Dentons Dav is Brown PC. Visit www.dentons.com/BusinessTerms f o f ind our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the material terms and conditions of any existing engagement agreement. Please contact y our law y er or other prof essional if y ou hav e questions about the Terms of Business or with any respect of y our representation.

Current statement due within 30 day s of statement date. Please disregard any prev iously paid amounts. Contact us at 515-246-7812 with any questions. Please include the statement number on y our check.

When y ou prov ide a check as pay ment, y ou authorize us either to use inf ormation f rom y our check to make a one-time electronic f und transf er f rom y our account or process the pay ment as a check transaction. When we use inf ormation f rom y our check to make an electronic f und transf er, f unds may be withdrawn f rom y our account as soon as the same day we receiv e y our pay ment, and y ou will not receiv e y our check back from y our f inancial institution.



**DENTONS**

In Account With

**DENTONS DAVIS BROWN PC**
Attorneys and Counselors at Law
215 10th Street, Suite 1300
Des Moines, IA 50309-3993
(515) 288-2500
Federal I.D. No. 42-1343884

Millenkamp Cattle, Inc.
Bill Millenkamp
471 N 300th Rd W
Jerome, Idaho 83338

Statement: ▮▮▮
Date: 2/6/2025

Re: ▮▮▮▮▮▮ - Ch 11 Bankruptcy

**Professional Fees**

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/02/2025 | KMIK | Emails to/from John O'Brien regarding CAFO (.2); email John O'Brien regarding availability for client call (.1); call with committee counsel and FAs, Kander, and co-counsel regarding status update, Conterra plan, party discussions, plan strategy, CRO engagement, and Forbes admin expense motion (.6); review email from John O'Brien regarding budget (.1); emails to/from Rogers Machinery regarding plan voting (.2) | B150 | 1.20 | 552.00 |
| 01/02/2025 | KMIK | Email client regarding CAFO permit (.1); call with client, Kander, and co-counsel regarding status update, CAFO, plan strategy, and meeting with Conterra (.4); email Sandton's counsel regarding term sheet (.1) | B110 | 0.60 | 276.00 |
| 01/02/2025 | KMIK | Review Committee's statement of support of CRO application (.1); emails to/from Bruce Anderson regarding October and November fee apps and interim distribution (.2) and email Lisa Nelson regarding same (.1) | B160 | 0.40 | 184.00 |
| 01/02/2025 | TROU | Call with committee counsel and FAs, Kander, and co-counsel regarding status update, Conterra's plan, , plan strategy, CRO and Forbes motion (.6) | B150 | 0.60 | 189.00 |
| 01/02/2025 | TROU | Call with client, Kander, and co-counsel regarding status update, CAFO, plan strategy, and meeting with Conterra (.4) | B110 | 0.40 | 126.00 |
| 01/02/2025 | TROU | Review Committee's statement of support of CRO application (.1) | B160 | 0.10 | 31.50 |
| 01/02/2025 | TROU | Attention to emails from David regarding CAFO (.2) | B110 | 0.20 | 63.00 |
| 01/03/2025 | KMIK | Review Court notice regarding January 9th hearing (.1); correspondence with Bill Millenkamp regarding Conterra meeting (.2) | B110 | 0.30 | 138.00 |
| 01/03/2025 | KMIK | Emails to/from John O'Brien regarding meeting with business representatives (.2) | B150 | 0.20 | 92.00 |
| 01/03/2025 | KMIK | Email Bruce Anderson regarding wire for fees (.1) | B160 | 0.10 | 46.00 |
| 01/03/2025 | TROU | Review Court notice regarding January 9th hearing (.1) | B110 | 0.10 | 31.50 |
| 01/06/2025 | KMIK | Review email from Sheila Schwager regarding Rabo interest calculation for adequate protection payment (.1) and email Lisa Nelson regarding same (.1) | B140 | 0.20 | 92.00 |
| 01/06/2025 | KMIK | Review emails from John O'Brien regarding waste management plans and nutrient management plans (.1) and email David Heida regarding same (.1); call with client, Kander, and co-counsel regarding Conterra plan, Forbes fee app, and Sandton (.4) | B110 | 0.60 | 276.00 |
| 01/06/2025 | KMIK | Emails to/from Matt Kremer regarding Forbes engagement letter and terms and conditions (.3); review Johnson May's December fee app (.1) | B160 | 0.40 | 184.00 |
| 01/06/2025 | KMIK | Call with Sandton's counsel regarding terms sheet and Forbes fee app (.2) | B150 | 0.20 | 92.00 |
| 01/06/2025 | KMIK | Review and revise Dentons' December invoice for fee app | B160 | 0.50 | 230.00 |
| 01/06/2025 | GMAT | Drafting December fee app (.2); emails with Krystal and Tirzah regarding fee app (.1) | B160 | 0.30 | 70.50 |
| 01/06/2025 | TROU | Draft and finalize Cooper Norman Fee App (1.2) | B160 | 1.20 | 378.00 |
| 01/06/2025 | TROU | Review emails from Conterra's counsel regarding waste management plans and nutrient management plans (.1) call with client, Kander, and co-counsel regarding Conterra plan negotiations, Forbes fee app issues, and Sandton discussions (.4) | B110 | 0.50 | 157.50 |
| 01/07/2025 | TROU | Review Johnson May's Second Interim Fee App (.2) | B160 | 0.20 | 63.00 |
| 01/07/2025 | KMIK | Call with committee counsel and FAs, co-counsel, and Kander regarding status update, plan, cash flows, and Forbes fee app (.4) | B150 | 0.40 | 184.00 |
| 01/07/2025 | GMAT | Drafting December fee app (.6); emails with Krystal regarding same (.1) | B160 | 0.70 | 164.50 |
| 01/07/2025 | KMIK | Call with Kander and co-counsel regarding cash flow models and plan (.3); emails to/from Lisa Nelson regarding property tax payment (.2) | B110 | 0.50 | 230.00 |
| 01/07/2025 | TROU | Call with committee counsel and FAs, Kander, and co-counsel regarding Forbes and plan issues (.4) | B150 | 0.40 | 126.00 |
| 01/07/2025 | TROU | Call with Kander and co-counsel regarding cash flow models and plan (.3) | B110 | 0.30 | 94.50 |
| 01/07/2025 | TROU | Emails with Lisa Nelson regarding Cassia County Property Tax Issue (.3) | B110 | 0.30 | 94.50 |
| 01/08/2025 | GMAT | Updating claims analysis matrix (.1) | B310 | 0.10 | 23.50 |
| 01/08/2025 | KMIK | Review email from John O'Brien regarding rescheduled meeting with Conterra (.1) and email client and Kander regarding same (.1); call with client, Kander, and co-counsel regarding status hearing, Conterra plan, and confirmation (.5) | B110 | 0.70 | 322.00 |
| 01/08/2025 | KMIK | Emails to/from Ron Bingham regarding call to discuss plan (.2) | B150 | 0.20 | 92.00 |
| 01/08/2025 | KMIK | Review and revise Dentons' December fee app (.3) | B160 | 0.30 | 138.00 |

Millenkamp Cattle, Inc.
2/6/2025
Page: 3

| Date | Init | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 01/08/2025 | KMIK | Review and analyze Sandton term sheet for plan | B320 | 0.50 | 230.00 |
| 01/08/2025 | TROU | Call with client, Kander, and co-counsel regarding status hearing, Conterra plan, and confirmation (.5) | B110 | 0.50 | 157.50 |
| 01/09/2025 | KMIK | Review email from MetLife regarding interest calculations (.1) | B140 | 0.10 | 46.00 |
| 01/09/2025 | KMIK | Review affidavit and order of dismissal for criminal complaint against Bill Millenkamp (.1); call with client, Kander, and co-counsel regarding status update, criminal case dismissal, status hearing, and Conterra meeting (.2); appear at status conference and hearing on fee apps and CRO and hearing on adversary proceeding (.9); review notice of hearing held (.1); email counsel for secured parties and committee regarding dismissal of criminal complaint(.1) | B110 | 1.50 | 690.00 |
| 01/09/2025 | KMIK | Emails to/from Kati Churchill regarding Bruce Anderson's October and November fees (.2) and email Bruce Anderson regarding same (.1); email Brett Cahoon regarding proposed order for Dentons' second interim fee app (.1) | B160 | 0.40 | 184.00 |
| 01/09/2025 | TROU | Review affidavit and order of dismissal for criminal complaint against Bill Millenkamp (.1); call with client, Kander, and co-counsel regarding status update, status hearing, Conterra meeting, and criminal case (.2); attend status conference and hearing on CRO, fee apps, and hearing on adversary proceeding (.9); review notice of hearing held (.1) | B110 | 1.40 | 441.00 |
| 01/10/2025 | KMIK | Review email from John O'Brien regarding Conterra January adequate protection interest statements (.1) and email Lisa Nelson regarding same (.1) | B140 | 0.20 | 92.00 |
| 01/10/2025 | KMIK | Review email from Sheila Schwager regarding plan discussions (.1); review email from Sheila Schwager regarding property access (.1) | B150 | 0.20 | 92.00 |
| 01/10/2025 | KMIK | Emails to/from Sandton's counsel regarding perfection certificate (.2) and email client regarding same (.1) | B110 | 0.30 | 138.00 |
| 01/10/2025 | TROU | Add Rob Marcus to Dentons Direct (.1); email with David Heida regarding same (.1) | B110 | 0.20 | 63.00 |
| 01/13/2025 | KMIK | Call with Rabo counsel and co-counsel regarding Rabo's plan (.5); review email from Sheila Schwager regarding CFO (.1); emails to/from Michael Stewart regarding loan documentation (.2); call with Conterra, Conterra's counsel, CRO, Kander, client, and co-counsel regarding plan settlement discussions (1) | B150 | 1.80 | 828.00 |
| 01/13/2025 | KMIK | Review email from Brett Cahoon regarding proposed order for Dentons' second interim fee app (.1); review email from Gabe Olivera regarding Armory's interim fees (.1); review email from Bruce Anderson regarding October and November fees (.1) and email Lisa Nelson regarding same (.1); emails to/from Bruce Anderson regarding first interim fee app (.2) and email Lisa Nelson regarding same (.1); review Committee's objection to Forbes' application for allowance and payment of fees (.2) | B160 | 0.90 | 414.00 |
| 01/13/2025 | KMIK | Call with client, Kander, CRO, and co-counsel regarding status update, Conterra plan, Rabo plan, and strategy (1); call with Matt Christensen regarding plan strategy (.2) | B110 | 1.20 | 552.00 |
| 01/13/2025 | TROU | Review agenda from Conterra's counsel (.3); Call with Conterra, Conterra's counsel, CRO, Kander, client, and co-counsel regarding plan settlement discussions (1) | B150 | 1.30 | 409.50 |
| 01/13/2025 | TROU | Call with client, Kander, CRO, and co-counsel regarding status update, Rabo, Conterra and strategy (1) | B110 | 1.00 | 315.00 |
| 01/13/2025 | TROU | Emails with Lisa Nelson regarding amount to be paid to Armory for fee app (.2); email committee counsel regarding objection to Forbes app (.1); Review Objection to Forbes Fee App (.2); Review Committee Objection to Forbes Fee App (.3) | B160 | 0.80 | 252.00 |
| 01/14/2025 | KMIK | Emails to/from Sheila Schwager regarding call to discuss plan (.2); call with Committee counsel and FAs, Kander, CRO, and co-counsel regarding status update, Conterra plan, Rabo plan, and strategy (.6) | B150 | 0.80 | 368.00 |
| 01/14/2025 | KMIK | Review debtors' objection to Forbes fees (.1); email Lisa Nelson regarding order granting Dentons' second interim fee app (.1) | B160 | 0.20 | 92.00 |
| 01/14/2025 | KMIK | Review email from Andrew Schoulder regarding Rabo's plan (.1) and email client and CRO regarding same (.1) | B320 | 0.20 | 92.00 |
| 01/14/2025 | TROU | Emails with Lisa Nelson regarding Armory Fee App payment amount and reduction of fees (.2) | B160 | 0.20 | 63.00 |
| 01/14/2025 | TROU | Call with Committee counsel and FAs, Kander, CRO, and co-counsel regarding status update, Conterra plan, and Rabo plan,.6); Review email from Andrew Schoulder regarding Rabo's plan (.1) | B150 | 0.70 | 220.50 |
| 01/15/2025 | KMIK | Call with client, Kander, and co-counsel regarding status update and Rabo plan (.4); email Rob Marcus regarding Rabo plan discussions (.1); review emails from Lisa Nelson, Rob Marcus, and co-counsel regarding equipment schedules (.2) | B110 | 0.70 | 322.00 |
| 01/15/2025 | KMIK | Emails to/from Sheila Schwager regarding Dentons' December invoice and fee app (.2); review Givens Pursley's December fee app (.1) | B160 | 0.30 | 138.00 |
| 01/15/2025 | KMIK | Continue review of Rabo plan (.7); call with Ken Nofziger, Rob Marcus, and Matt Christensen regarding Rabo plan (.7) | B320 | 1.40 | 644.00 |
| 01/15/2025 | TROU | Call with client, Kander, and co-counsel regarding status update and Rabo (.4) | B110 | 0.40 | 126.00 |
| 01/15/2025 | TROU | Review Rabo Plan (.5) | B320 | 0.50 | 157.50 |
| 01/16/2025 | KMIK | Call with client, Kander, CRO, and co-counsel regarding status update and Rabo plan (.4) | B110 | 0.40 | 184.00 |
| 01/16/2025 | KMIK | Review and revise research memo regarding plan issues (.5) and email Rob Marcus and client regarding same (.1) | B320 | 0.60 | 276.00 |
| 01/16/2025 | TROU | Research and Draft Memo regarding plan issues (3.9); Further research for plan and email to co-counsel regarding same (1.5) | B320 | 5.40 | 1,701.00 |
| 01/16/2025 | TROU | Call with client, Kander, CRO, and co-counsel regarding status update and Rabo plan (.4) | B110 | 0.40 | 126.00 |
| 01/17/2025 | TROU | Call with client, CRO, Kander, and co-counsel regarding status update and plan strategy (.4) | B110 | 0.40 | 184.00 |
| 01/17/2025 | KMIK | Call with Met's counsel and co-counsel regarding Rabo's plan and Met's proposed plan terms (.5) | B150 | 0.50 | 230.00 |
| 01/17/2025 | TROU | Plan research and draft memo regarding interest rates (2.6); Pull and email Client cases from plan research memos (.5) | B320 | 3.10 | 976.50 |
| 01/17/2025 | TROU | Call with client, CRO, Kander, and co-counsel regarding status update and plan strategy (.4) | B110 | 0.40 | 126.00 |

Millenkamp Cattle, Inc.
2/6/2025
Page: 5

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 01/17/2025 | TROU | Attention to Metlife's proposed plan language (.3) | B320 | 0.30 | 94.50 |
| 01/17/2025 | TROU | Attention to email from Sheila regarding Rabo Appraisal requests (.1) | B320 | 0.10 | 31.50 |
| 01/20/2025 | KMIK | Continue review of MetLife's proposed plan terms (.2) | B320 | 0.20 | 92.00 |
| 01/20/2025 | KMIK | Emails to/from John O'Brien regarding communications with Rob Marcus (.2) | B150 | 0.20 | 92.00 |
| 01/20/2025 | KMIK | Call with client, Kander, CRO, and co-counsel regarding status update, MORs, and plan strategy (.5) | B110 | 0.50 | 230.00 |
| 01/20/2025 | TROU | Call with client, Kander, CRO, and co-counsel regarding status update, MORs, and plan strategy (.5) | B110 | 0.50 | 157.50 |
| 01/21/2025 | KMIK | Review emails from Sheila Schwager regarding property document requests (.1); emails to/from Sheila Schwager and co-counsel regarding call to discuss Rabo plan (.2); review email from Andrew Schoulder regarding GUC payment in Rabo plan (.1); review email from Dan Kokini regarding Rabo plan model (.1); call with counsel and FA for committee, CRO, Kander, and co-counsel regarding status update and plan (.6) | B150 | 1.10 | 506.00 |
| 01/21/2025 | KMIK | Emails to/from David Heida regarding research question related to interest rate for impaired general unsecured claims (.2); review email from Kati Churchill regarding MORs (.1) | B110 | 0.30 | 138.00 |
| 01/21/2025 | KMIK | Review Elsaesser Anderson's December fee app (.1) | B160 | 0.10 | 46.00 |
| 01/21/2025 | KMIK | Review and revise Cooper Norman's first interim fee app (.5) | B160 | 0.50 | 230.00 |
| 01/21/2025 | TROU | Call with Committee counsel and FAs, Rob M, Ken N, and co-counsel regarding status update and plan (.6) | B150 | 0.60 | 189.00 |
| 01/21/2025 | TROU | Call with client, Ken and Kati, and Rob regarding update and strategy and further plan progess (.2) | B110 | 0.20 | 63.00 |
| 01/22/2025 | KMIK | Call with client, CRO, Kander, and co-counsel regarding status update and plan strategy (.7); review email from Eric Clark regarding personal injury lawsuit (.1) | B110 | 0.80 | 368.00 |
| 01/22/2025 | TROU | Call with client, CRO, Kander, and co-counsel regarding status update and plan strategy (.7) | B110 | 0.70 | 220.50 |
| 01/23/2025 | TROU | Call with Miranda Russell (East Valley Development Counsel) regarding EVD Arbitration Complaint (.2); Emails with Miranda Russell regarding same (.2) | B150 | 0.40 | 126.00 |
| 01/23/2025 | KMIK | Call with Rabo counsel and co-counsel regarding Rabo plan (.5) | B150 | 0.50 | 230.00 |
| 01/23/2025 | KMIK | Review email from David Heida regarding Met plan terms (.1) | B320 | 0.10 | 46.00 |
| 01/23/2025 | TROU | Call with Miranda Russell regarding EVD arbitration (.3); Emails with Miranda regarding same (.2) | B190 | 0.50 | 157.50 |
| 01/23/2025 | TROU | Email to Kati Chruchill regarding Cooper Norman fee app (.1); Finalize Cooper Norman Fee App (.3) | B160 | 0.40 | 126.00 |
| 01/24/2025 | KMIK | Call with client, CRO, Kander, and co-counsel regarding status update, EVD, personal injury lawsuit, and plan strategy (1.2) | B110 | 1.20 | 552.00 |
| 01/24/2025 | TROU | Call with client, CRO, Kander, and co-counsel regarding status update, personal injury lawsuit, EVD, and plan strategy (1.2) | B110 | 1.20 | 378.00 |
| 01/26/2025 | KMIK | Review email from John O'Brien regarding request for copy of arbitration complaint against EVD (.1) and email David Heida regarding same (.1) | B110 | 0.20 | 92.00 |
| 01/26/2025 | KMIK | Review email from Ron Bingham regarding status update on plan discussions (.1); emails to/from Miranda Russell regarding EVD's response to arbitration complaint (.2); emails to/from Mort Branzburg regarding status update on plan (.2) | B150 | 0.50 | 230.00 |
| 01/27/2025 | KMIK | Review emails from client and co-counsel regarding EVD and arbitration complaint (.2) | B110 | 0.20 | 92.00 |
| 01/27/2025 | KMIK | Review email from Andrew Schoulder regarding Rabo plan (.1) and email client regarding same (.1); review email from Rabo's counsel regarding Rabo's disclosure statement exhibits (.1) | B320 | 0.30 | 138.00 |
| 01/27/2025 | KMIK | Review email from EVD's counsel regarding stipulation for relief from stay (.1) | B150 | 0.10 | 46.00 |
| 01/27/2025 | KMIK | Continue analyzing and drafting amendment to plan (.5) | B320 | 0.70 | 322.00 |
| 01/27/2025 | TROU | Emails from EVD Counsel regarding lifting stay (.2) | B190 | 0.20 | 63.00 |
| 01/27/2025 | TROU | Review email from Andrew Schoulder regarding Rabo's Plan (.1); Review Rabo redlined Plan (.4) | B320 | 0.50 | 157.50 |
| 01/27/2025 | TROU | Review and pull cases regarding priming liens (1.0) | B320 | 1.00 | 315.00 |
| 01/28/2025 | KMIK | Call with CRO and co-counsel regarding plan strategy (1.5) | B320 | 1.50 | 690.00 |
| 01/28/2025 | KMIK | Call with committee counsel and FA, CRO, Kander, and co-counsel regarding status update and plan (1.6) | B150 | 1.60 | 736.00 |
| 01/28/2025 | TROU | Call with committee counsel and FA, CRO, Kander, and co-counsel regarding status update and plan (1.6) | B150 | 1.60 | 504.00 |
| 01/28/2025 | TROU | Call with Kander, client regarding plan (.4); Review updated plan models and revise plan (2.4) | B320 | 2.80 | 882.00 |
| 01/28/2025 | TROU | Review Armory Motion for Interim Distribution and Notice thereto (.2) | B160 | 0.20 | 63.00 |
| 01/29/2025 | KMIK | Emails to/from Ron Bingham regarding plan status update (.2); call with Met's counsel and co-counsel regarding plan and settlement discussions (.4) | B150 | 0.60 | 276.00 |
| 01/29/2025 | KMIK | Call with client, CRO, Kander, and co-counsel regarding plan strategy (.5); call with CRO regarding recap of call with Met (.1) | B110 | 0.60 | 276.00 |
| 01/29/2025 | TROU | Drafting Second Amended Plan (4.6); Call with client, CRO, Kander, and co-counsel regarding plan strategy (.5) | B320 | 5.10 | 1,606.50 |
| 01/29/2025 | TROU | Review O'Melveny Motion for Interim Distribution (.2) | B160 | 0.20 | 63.00 |
| 01/30/2025 | KMIK | Call with client, CRO, Kander, and co-counsel regarding status update and plan strategy (.4) | B110 | 0.40 | 184.00 |

| | | | | |
|---|---|---|---|---|
| 01/30/2025 KMIK | Review and revise second amended plan | B320 | 2.00 | 920.00 |
| 01/30/2025 TROU | Research regarding disputed claim reserves (1.5) | B320 | 1.50 | 472.50 |
| 01/30/2025 TROU | Call with client, CRO, Kander, and co-counsel regarding status update and plan strategy (.4) | B110 | 0.40 | 126.00 |
| 01/31/2025 KMIK | Call with CRO and co-counsel regarding plan strategy (.9); continue reviewing and revising amended plan (1) | B320 | 1.90 | 874.00 |
| 01/31/2025 TROU | Review updated models (.5); Drafting Second Amended Plan (4.4); Call with Kati regarding models (.2); Call with Kander and client regarding plan strategy (.3); review Sandton DIP Agreement (.3); email Rob regarding same (.1) | B320 | 5.80 | 1,827.00 |

Sub-total Fees: $30,700.50

### Rate Summary

| | | |
|---|---|---|
| Krystal R. Mikkilineni | 35.50 hours at $460.00/hr | 16,330.00 |
| Tirzah R. Roussell | 44.80 hours at $315.00/hr | 14,112.00 |
| Gabby B. Mathias | 1.10 hours at $235.00/hr | 258.50 |
| Total hours: | 81.40 | |

| Expenses | | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 01/16/2025 Wire Fee | | E107 | 1.00 | 6.25 | 6.25 |
| 01/30/2025 Wire Fee | | E107 | 1.00 | 6.25 | 6.25 |

Sub-total Expenses: $12.50

**Total Current Billing:** $30,713.00

Ef f ectiv e March 29, 2021, Dav is Brown Law Firm f ormally combined with Dentons to become Dentons Dav is Brown PC. Visit www.dentons.com/BusinessTerms to f ind our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the material terms and conditions of any existing engagement agreement. Please contact y our lawy er or other prof essional if y ou hav e questions about the Terms of Business or with any respect of y our representation.

Current statement due within 30 day s of statement date. Please disregard any prev iously paid amounts. Contact us at 515-246-7812 with any questions. Please include the statement number on y our check.

When y ou prov ide a check as pay ment, y ou authorize us either to use inf ormation f rom y our check to make a one-time electronic f und transf er f rom y our account or process the pay ment as a check transaction. When we use inf ormation f rom y our check to make an electronic f und transf er, f unds may be withdrawn f rom y our account as soon as the same day we receiv e y our pay ment, and y ou will not receiv e y our check back f rom y our f inancial institution.

## DENTONS DAVIS BROWN PC
**Attorneys and Counselors at Law**
215 10th Street, Suite 1300
Des Moines, IA 50309-3993
**(515) 288-2500**
Federal I.D. No. 42-1343884

Millenkamp Cattle, Inc.
Bill Millenkamp
471 N 300th Rd W
Jerome, Idaho 83338

Statement: ▉
Date: 2/19/2025

Re: ▉ - Ch 11 Bankruptcy

| Professional Fees | | Code | Hours | Amount |
|---|---|---|---|---|
| 02/01/2025 KMIK | Continue reviewing and revising second amended plan | B320 | 3.00 | 1,380.00 |
| 02/01/2025 TROU | Review and Revise Second Amended Plan (1.8); Emails from CRO regarding plan status (.2); Emails with co-counsel regarding same (.2) | B320 | 2.20 | 693.00 |
| 02/02/2025 KMIK | Review email from EVD counsel regarding arbitration complaint and lift stay (.1) | B190 | 0.10 | 46.00 |
| 02/02/2025 KMIK | Call with CRO, Kander, and co-counsel regarding plan revisions (1.5); continue reviewing and revising plan (.5) | B320 | 2.00 | 920.00 |
| 02/02/2025 TROU | Call with Kander and co-counsel regarding Plan (2.5) | B320 | 2.50 | 787.50 |
| 02/02/2025 TROU | Revising Second Amended Plan (3.8) | B320 | 3.80 | 1,197.00 |
| 02/02/2025 TROU | Review email from EVD counsel regarding relief from stay (.1); emails from co-counsel and CRO regarding same (.1) | B190 | 0.20 | 63.00 |
| 02/03/2025 KMIK | Call with client, Kander, CRO, and co-counsel regarding plan strategy (.7); continue reviewing and revising plan (.3) | B320 | 1.00 | 460.00 |
| 02/03/2025 KMIK | Review email from Ron Bingham regarding status hearing (.1) | B150 | 0.10 | 46.00 |
| 02/03/2025 TROU | Call with client, Kander, CRO, and co-counsel regarding plan strategy (.7); Review and Revise Plan (5.4); Call with Kati and Lisa regarding Plan Issues (.7); Calls with Kander and CRO regarding Plan (1.6); emails to Kati regarding Metlife Promissory Note Maturities (.2); emails with Matt regarding western states claim and treatment (.2); Email Kati regarding Rabo's Amended POCs (.1) | B320 | 8.90 | 2,803.50 |
| 02/03/2025 TROU | Emails with CRO and client regarding status hearing information and dial in information (.2) | B100 | 0.20 | 63.00 |
| 02/03/2025 TROU | Review status report from co-counsel (.2); Review Motion to Appear Pro Hac Vice filed by Norton Rose for Rabo (.1) | B110 | 0.30 | 94.50 |
| 02/04/2025 KMIK | Appear at status conference (.5); review stipulation for mediation (.1); review notice of hearing held (.1) | B110 | 0.70 | 322.00 |

Millenkamp Cattle, Inc.
2/19/2025
Page: 2

Client:
Matter:
Statement:

| Date | Atty | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 02/04/2025 | KMIK | Call with client, CRO, Kander, and co-counsel regarding plan (.4); call with Committee counsel and FA, CRO, Kander, and co-counsel regarding plan (.4); continue reviewing and revising plan (.5); call with David Heida, Rob Marcus, and Matt Christensen regarding revisions to plan (1) | B320 | 2.30 | 1,058.00 |
| 02/04/2025 | TROU | Appear at status conference (.5); review stipulation for mediation (.1); review notice of hearing held (.1) | B110 | 0.70 | 220.50 |
| 02/04/2025 | TROU | Call with client, CRO, Kander, and co-counsel regarding plan status (.4); call with Committee counsel and FAs, CRO, Kander, and co-counsel regarding plan (.4); Review Rabo's Plan (.5) | B320 | 1.30 | 409.50 |
| 02/04/2025 | KMIK | Review O'Melveny's December fee app (.1); review Armory's December fee app (.1) | B160 | 0.20 | 92.00 |
| 02/04/2025 | TROU | Drafting Disclosure Statement (4.7); Email to Matt and Krystal regarding same (.1); Review emails from CRO regarding changes to Plan and DS (.2); Further review DS and Plan regarding those changes (.5); email from Matt C regarding stip for settlement (.1) | B320 | 5.60 | 1,764.00 |
| 02/04/2025 | TROU | Reviewing Rabo's Plan and disclosure statement (.4) | B320 | 0.40 | 126.00 |
| 02/05/2025 | KMIK | Continue reviewing and revising plan and disclosure statement | B320 | 0.50 | 230.00 |
| 02/05/2025 | GMAT | Revising Disclosure Statement and Chapter 11 Plan (4) | B320 | 4.00 | 940.00 |
| 02/05/2025 | TROU | Review edits to Plan and incorporate into disclosure statement (1.1); Emails with Matt C regarding Disclosure Statement revisions (.2); Revise Disclosure Statement (.8); Revise Plan (.3); Email to client, Kander and CRO regarding drafts of Plan and Disclosure Statement (.1); Email Kati C regarding budget exhibit status (.1); Email CRO redline of Plan (.1); Emails with Gabby regarding TOC for Plan and Disclosure Statement (.2); Final review and revisions to TOC to Plan and Disclosure Statement (.2); Calls with Matt C regarding plan and disclosure statement (.2); Email clients, Kander, and CRO final copies of plan, disclosure statement and exhibits (.2); Finalize signature pages and prepare exhibits for filing plan and Disclosure Statement (.5); Email clients, Kander, and CRO filed copies of Plan and Disclosure Statement (.1) | B320 | 4.70 | 1,480.50 |
| 02/06/2025 | KMIK | Call with client, Kander, CRO, and co-counsel regarding status update and strategy (.4); review emails from Mike Hayes and Rob Marcus regarding terms sheet (.2); review certificate of service for disclosure statement notice (.1) | B110 | 0.70 | 322.00 |
| 02/06/2025 | KMIK | Review and revise notice of hearing on disclosure statement (.2) | B320 | 0.20 | 92.00 |
| 02/06/2025 | KMIK | Review and revise Dentons' January invoice (.5) | B160 | 0.50 | 230.00 |
| 02/06/2025 | KMIK | Email counsel for secured lenders and committee regarding word versions of plan and disclosure statement (.2); emails to/from Andrew Schoulder regarding plan (.2); call with Andrew Schoulder regarding plan issues (.5) | B150 | 0.90 | 414.00 |
| 02/06/2025 | KMIK | Draft waiver of technical default under DIP loan agreement (.2) and emails to/from Kati Churchill regarding same (.2) | B230 | 0.40 | 184.00 |
| 02/06/2025 | GMAT | Drafting January fee app (.2) | B160 | 0.20 | 47.00 |
| 02/06/2025 | TROU | Call with client, Kander, CRO, and co-counsel regarding status update, plan filing, and strategy moving forward (.4); review emails from Mike Hayes and CRO regarding terms sheet (.1) | B110 | 0.50 | 157.50 |
| 02/06/2025 | TROU | Draft Notice of Hearing for Disclosure Statement hearing (.4); review finalized notice and email Gabby to file (.1) | B320 | 0.50 | 157.50 |
| 02/07/2025 | KMIK | Continue reviewing and revising waiver of technical default (.1); emails to/from Kati regarding waiver language (.2); emails to/from Sandton's counsel regarding waiver (.2) | B230 | 0.50 | 230.00 |
| 02/07/2025 | KMIK | Emails to/from Gabriel Olivera regarding O'Melveny's August through November fee apps and payment (.2) and email Lisa Nelson regarding same (.1); emails to/from Bruce Anderson regarding December fee app payment (.2) and email Lisa Nelson regarding same (.1); review and revise Dentons' January fee app and notice (.2); review Armory's second interim fee app (.1); review O'Melveny's second interim fee app (.1) | B160 | 1.00 | 460.00 |
| 02/07/2025 | KMIK | Email client, CRO, and Kander regarding recap of call with Rabo's counsel regarding plan (.3) | B110 | 0.30 | 138.00 |
| 02/07/2025 | TROU | Review emails from CRO and co-counsel regarding discussions with Rabo (.2); review emails from Kati and co-counsel regarding technical waiver (.2); review email from Rich Bernard regarding waiver (.1) | B110 | 0.50 | 157.50 |
| 02/07/2025 | TROU | Emails from O'Melveny regarding fee apps (.1); Review email from CRO regarding same (.1) | B160 | 0.20 | 63.00 |
| 02/10/2025 | KMIK | Call with client, CRO, Kander, and co-counsel regarding status update, EVD, and plan strategy (1.3) | B110 | 1.30 | 598.00 |
| 02/10/2025 | TROU | Attention to emails regarding communication with Rabo from FTI and Kander (.1); review order vacating disclosure statement hearing (.1) | B110 | 0.20 | 63.00 |
| 02/11/2025 | KMIK | Review order vacating disclosure statement and setting settlement conference (.1) | B320 | 0.10 | 46.00 |
| 02/11/2025 | KMIK | Call with client, Kander, CRO, and co-counsel regarding status update and strategy (.5) | B110 | 0.50 | 230.00 |
| 02/11/2025 | KMIK | Call with committee counsel and FAs, Kander, CRO, and co-counsel regarding status update, plan, and mediation (1) | B150 | 1.00 | 460.00 |
| 02/11/2025 | KMIK | Review emails from Lisa Nelson and Kati Churchill regarding payment of O'Melveny's fees (.2); emails to/from Kati Churchill regarding Kander September fee app (.2) | B160 | 0.40 | 184.00 |
| 02/11/2025 | KMIK | Research regarding DIP loan and plan (.9); call with Bill Millenkamp regarding plan (1) | B320 | 1.90 | 874.00 |
| 02/12/2025 | KMIK | Call with client, Kander, CRO, and co-counsel regarding status update and plan strategy (.5); review court's notice of objection deadline for motion to approve compromise (.1) | B110 | 0.60 | 276.00 |
| 02/12/2025 | KMIK | Research and analysis regarding lender liability claims and treatment of DIP loan in plan (3.5) | B320 | 3.50 | 1,610.00 |
| 02/12/2025 | KMIK | Review email from Andrew Schoulder regarding Rabo's financial advisor (.1) | B150 | 0.10 | 46.00 |
| 02/12/2025 | TROU | Review status request filed by court (.2); review emails from co-counsel and other parties regarding settlement conference call (.2); attention to emails regarding FTI and Rabo's new FA (.1) | B110 | 0.50 | 157.50 |

Case 24-40158-NGH   Doc 928   Filed 02/27/25   Entered 02/27/25 13:08:16   Desc Main
Document   Page 31 of 33

Millenkamp Cattle, Inc.
2/19/2025
Page: 4

| Date | Initials | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/13/2025 | KMIK | Continue researching and analyzing plan issues and lender liability claims | B320 | 1.20 | 552.00 |
| 02/13/2025 | KMIK | Review email from counsel for committee regarding plan terms (.1) | B150 | 0.10 | 46.00 |
| 02/13/2025 | KMIK | Call and emails with Kati Churchill regarding Cooper Norman fees (.2) | B160 | 0.20 | 92.00 |
| 02/13/2025 | KMIK | Call with Rob Marcus regarding status update and strategy for plan (.5) | B110 | 0.50 | 230.00 |
| 02/13/2025 | KMIK | Research regarding plan and interest rate for impaired unsecured claims (3) | B320 | 3.00 | 1,380.00 |
| 02/13/2025 | TROU | Review emails from David and co-counsel regarding fee objection research (.2) | B110 | 0.20 | 63.00 |
| 02/14/2025 | KMIK | Call with counsel for MetLife and co-counsel regarding status update and plan (.4) | B150 | 0.40 | 184.00 |
| 02/14/2025 | TROU | Review EVD's Motion for Relief from Stay (.2) | B190 | 0.20 | 63.00 |
| 02/14/2025 | TROU | Attention to emails from various parties regarding settlement conference call and mediation (.2) | B110 | 0.20 | 63.00 |

Sub-total Fees: $25,066.00

**Rate Summary**

| | | | |
|---|---|---|---|
| Krystal R. Mikkilineni | 29.20 hours at $460.00/hr | | 13,432.00 |
| Tirzah R. Roussell | 33.80 hours at $315.00/hr | | 10,647.00 |
| Gabby B. Mathias | 4.20 hours at $235.00/hr | | 987.00 |
| Total hours: | 67.20 | | |

EXHIBIT C

**Expenses**

| Date | Description | Code | Units | Price | Amount |
|---|---|---|---|---|---|
| 02/10/2025 | Third Party Mailing/Printing fees | B320 | 1.00 | 8,902.55 | 8,902.55 |
| 02/19/2025 | Third Party Printing and Mailing | A111 | 1.00 | 2,123.00 | 2,123.00 |

Fees for Final Fee App - Estimated     Sub-total Expenses: $11,025.55

Total Current Billing: $36,091.55

Effective March 29, 2021, Dav is Brown Law Firm f ormally combined with Dentons to become Dentons Dav is Brown PC. Visit www.dentons.com/BusinessTerms to f ind our Terms of Business, which will apply to our relationship to the extent that it is not inconsistent with the material terms and conditions of any existing engagement agreement. Please contact y our lawy er or other prof essional if y ou hav e questions about the Terms of Business or with any respect of y our representation.

Current statement due within 30 day s of statement date. Please disregard any prev iously paid amounts. Contact us at 515-246-7812 with any questions. Please include the statement number on y our check.

When y ou prov ide a check as pay ment, y ou authorize us either to use inf ormation f rom y our check to make a one-time electronic f und transf er f rom y our account or process the pay ment as a check transaction. When we use inf ormation f rom y our check to make an electronic f und transf er, f unds may be withdrawn f rom y our account as soon as the same day we receiv e y our pay ment, and y ou will not receiv e y our check back from y our f inancial institution.

Case 24-40158-NGH   Doc 929   Filed 02/27/25   Entered 02/27/25 13:0...   Desc Main
Document       Page 32 of 33

<u>N</u><u>ARRATIVE SHEET</u>

| | Information Requested | Information Given |
|---|---|---|
| I. | BACKGROUND:<br>The background information of the bankruptcy case, to the best of Applicant's knowledge is as follows: | |
| A. | Date the bankruptcy petition was filed. | April 2, 2024 |
| B. | Date of the "Order Authorizing Employment of Counsel": | May 24, 2024 |
| C. | Date services commenced. | March 19, 2024 |
| D. | Rate Applicant charges its non-bankruptcy clients for similar services. | Krystal Mikkilineni - $460.00 per hour<br>Tirzah Roussell - $315.00 per hour |
| | 2025 Rates | Krystal Mikkilineni - $460.00 per hour<br>Tirzah Roussell – $315.00 per hour |
| E. | Application is final or interim. | Interim and Final |
| F. | Time period of the services or expenses covered by the Application. | Interim: December 1, 2024 through February 15, 2025<br>Final: April 2, 2024 through February 15, 2025 |
| II. | CASE STATUS:<br>To the best of the Applicant's knowledge, the financial condition and status of the case is as follows: | |
| A. | The amount of cash on hand or on deposit in the estate. | No funds are being held in trust with the Applicant. |
| B. | Amount and nature of accrued unpaid, administrative expenses. | To the best of the Applicant's knowledge, the only other unpaid administrative expenses are those of the estate's other professionals. To date, the estate has retained Johnson May as co-counsel, Kander as financial advisor, Rob Marcus as Chief Restructuring Officer, Forbes as investment banker, Cooper Norman as tax accountant, Davis Livestock as livestock appraiser, Schuil Ag Real Estate as brokers opinion expert, Gale W. Harding & Associates as equipment and machinery appraiser, Summit Ag Appraisal as real estate appraiser, and Givens Pursely as special counsel. The Unsecured Creditors Committee has also incurred administrative expenses for its professionals. The Applicant believes |

| | | the Debtors are current on all administrative expenses requested by those professionals. |
|---|---|---|
| C. | The amount of unencumbered funds in the estate. | The estate currently holds in excess of $1,000,000.00 in funds (which is a constantly changing and updating number). While those funds are technically encumbered by the various lienholders in this case, they are available to pay the professional fees requested pursuant to the Cash Collateral Budget. |
| III. | PROJECT SUMMARY:<br>Description of each professional project or task for which compensation and reimbursement is sought: | |
| A. | Description of projects. | See Exhibit B attached hereto for a detailed description of what has been performed on behalf of the estate by the applicant and the fees and costs incurred in these projects. The project categories included: Case Administration, Asset Disposition, Relief from Stay/Adequate Protection Proceedings, Meetings of and Communications with Creditors, Fee/Employment Applications, Assumption/Rejection of Leases and Contracts, Other Contested Matters, Non-Working Travel, Financing/Cash Collections, Tax Issues, Claims Administration and Objections, and Plan and Disclosure Statement. |
| B. | Necessity of projects. | **Case Administration** was necessary in order to discuss various items with the client, co-counsel, financial advisor and other parties, as well as prepare and file required reports (IRR, MOR) and respond to continued emergency/interim motions, and related orders.<br><br>**Asset Disposition** was necessary in order to maintain and collect documents regarding the potential sale of certain of the Debtors' assets and to prepare and file sale motions. |

| | | **Relief from Stay/Adequate Protection Proceedings** was necessary to respond to opposing counsel and prepare responses to motions for relief from stay and motions for adequate protection.<br><br>**Meetings of and Communications with Creditors** was necessary to prepare for and attend conferences with creditors regarding matters related to the case, status updates, and negotiations, and correspond with creditors and counsel for creditors via phone call and/or email.<br><br>**Fee/Employment Applications** was necessary in order to draft and prepare applications to employ and draft monthly and interim fee applications.<br><br>**Assumption/Rejection of Leases and Contracts** was necessary in order to review and respond to multiple creditor emails regarding the Debtors' intentions, and to correspond with co-counsel, financial advisor, and debtors regarding the same.<br><br>**Other Contested Matters** was necessary in order to correspond with the Debtors, co-counsel, financial advisor, and creditors regarding multiple contested matters, including use of cash collateral, DIP approval, 503(b)(9) motion, critical vendor motion, and sale motion.<br><br>**Non-Working Travel** was travel billed at ½ rate for travel to/from hearings.<br><br>**Financing/Cash Collections** was necessary in order to correspond with multiple parties regarding the cash motions and draft and prepare extensive relevant interim and final motions, notices, and orders. Much of the initial stages of this case revolved around | |
| --- | --- | --- | --- |

| | | |
| --- | --- | --- |
| | | obtaining necessary approvals/consensus for using cash collateral to maintain operations.<br><br>**Claims Administration and Objections** was necessary in order to review claims filed and evaluate potential objections to those claims.<br><br>**Plan and Disclosure Statement** was necessary in order to correspond with co-counsel, Debtors, the CRO, and the financial advisor regarding the drafting of and strategy for the Chapter 11 Plan. |
| C. | Benefit of projects to the estate. | The projects have allowed the Debtors to prepare and file required reports, maintain documents, attend required meetings, draft various applications and motions, analyze and draft the Plan, and otherwise keep operations moving forward. |
| D. | Status of project. | Interim. |
| E. | Identification of each person providing services on the projects. | See the attached Exhibit A. |
| F. | Number of hours spent, the amount of compensation requested for each professional and para-professional. | See the attached Exhibit A. |
| G. | Itemized time and services entries. | See the attached Exhibit B. |