UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.<br><br>Debtor. | Case No. 24-40158-NGH<br><br>Chapter 11 |

### ORDER AUTHORIZING EMPLOYMENT OF ROBERT MARCUS

This matter having come before the Court on the Application to Employ Robert Marcus as Chief Restructuring Officer, (Docket No. 791 - the "Application"), filed by Millenkamp Cattle, Inc. ("Debtor") on December 10, 2024, and no objections having been filed to the Application to Employ; a hearing on the matter having occurred on January 9, 2025, and good cause appearing therefore,

IT IS HEREBY ORDERED, that the Application to Employ is GRANTED, with employment effective December 10, 2024. Specifically, Marcus is authorized and empowered to (among other things):

i. perform typical CRO duties which include and are not limited to oversight of the day-to-day operations of the Debtors and management of the restructuring process;

ii. advise and assist the Debtors' management team in the operation of their business;

iii. execute and file on behalf of the Debtors all motions, applications, pleadings and other papers or documents as necessary in connection with the Chapter 11 Cases, with a view to the successful administration of such cases;

iv. in the name of, and on behalf of, the Debtors, to negotiate, make, execute and deliver, either jointly or severally, all debtors-in-possession documents related to the restructuring, reorganization, or sale of the Debtors and/or their assets, and any

|      | |
|------|--|
|      | and all amendments, supplements, modifications, extensions, replacements, agreements, documents, and instruments relating to the foregoing, subject to the requisite Bankruptcy Court approval; |
| v.   | in the name of, and on behalf of, the Debtors to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses in each case as in the CRO's business judgment, which shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the foregoing services, subject to any requisite Bankruptcy Court approval; |
| vi.  | advise and assist the Debtors in the operation of their business, evaluate and monitor the values of the Debtors; assets and liabilities outstanding, and help implement a restructuring and asset monetization plan to maximize the financial recovery for creditors and other parties with an economic interest in the Debtors; |
| vii. | Assist in conducting bankruptcy related claims management and reconciliation processes; |
| viii.| Participate in formulating, developing, negotiating and implementing a reorganization and/or liquidation plan; |
| ix.  | Assist in communications and negotiations with parties involved in any bankruptcy proceedings (including any advisors to those parties); |
| x.   | Testify in and prepare for hearings. |

\\end of text\\

DATED: February 25, 2025



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order Submitted by:
Matthew T. Christensen
Attorney for Debtors in Possession

Approved as to form:

\_\_\_/s/ Brett Cahoon (via email)_____
Brett R. Cahoon
Attorney for the Acting United States Trustee

United States Bankruptcy Court

District of Idaho

In re: Case No. 24-40158-NGH
Millenkamp Cattle, Inc Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8  User: admin  Page 1 of 7
Date Rcvd: Feb 25, 2025  Form ID: pdf116  Total Noticed: 72

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |
| aty | | Andrew Schoulder, 1301 Avenue of The Americas, New York, NY 10019-6022 |
| aty | + | David A. Heida, Heida Law Office, PLLC, P.O. Box 216, Kimberly, ID 83341, UNITED STATES 83341-0216 |
| aty | + | Domenic E Pacitti, Klehr Harrison Harvey Branzburg LLP, 919 Market Street, Suite 1000, Wilmington, DE 19801-3030 |
| aty | | Francisco Vazquez, Norton Rose Fulbright, 1301 Avenue if the Americas, New York, NY 10019-6022 |
| aty | + | Gabriel L Olivera, 7 Times Square, New York, NY 10036-6524 |
| aty | + | James J Niemeier, McGrath North Mullin & Kratz, PC LLO, 1601 Dodge Street, Ste 3700, Omaha, NE 68102-1650 |
| aty | + | John O'Brien, Spencer Fane LLP, 1700 Lincoln Steet, Suite 2000, Denver, CO 80203-4554 |
| aty | + | Julian Gurule, O'Melveny & Meyers LLP, 400 South Hope Street, Suite 1900, Los Angeles, CA 90071-2811 |
| aty | + | Julian Gurule, 400 South Hope Street, Suite 1900, Los Angeles, CA 90071-2811 |
| aty | + | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| aty | + | Lorenzo Marinuzzi, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | Matthew T. Christensen, 199 N. Capitol Blvd., Ste 200, Boise, ID 83702-6197 |
| aty | + | Michael R Stewart, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-7508 |
| aty | + | Miranda Russell, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | Morton R Branzburg, Klehr Harrison Harvey Branzburg LLP, 1835 Market St, Suite 1400, Philadelphia, PA 19103-2945 |
| aty | + | Nikolaus F Schandlbauer, 20 F Street NW, Suite 500, Washington DC 20001-6703 |
| aty | + | Raff Ferraioli, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | Richard Bernard, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| aty | + | Ron C Bingham, II, 3424 Peachtree Road NE, Suite 1600, Atlanta, GA 30326-1139 |
| aty | + | Scott F Gautier, 1800 Century Park East, Ste 1500, Los Angeles, CA 90067-1501 |
| aty | + | W. Kent Carter, One North Franklin, Suite 800, Chicago, IL 60606-3422 |
| aty | + | Zachary Fairlie, Spencer Fane LLP, 1000 Walnut Street, Suite 1400, Kansas City, MO 64106-2168 |
| cr | + | Ad Hoc Committee of Corn Silage Growers, 153 East Main Street, PO Box 168, Jerome, ID 83338-0168 |
| cr | + | Amalgamated Sugar Company, 1951 S. Saturn Way, Suite 100, Boise, ID 83709-2924 |
| fa | | Amory Securities LLC, 200 North Pacific Hwy, Suite 1525, El Segundo, CA 90245 |
| cr | + | Automation Werx, LLC, Morrow & Fischer, PLLC, 4 Ogden Avenue, Nampa, ID 83651-2371 |
| cr | + | Blue Cross of Idaho Health Service, Inc, c/o Law Office of D. Blair Clark PC, 967 East Parkcenter Boulevard, #282, Boise, ID 83706, UNITED STATES 83706-6721 |
| crcm | + | Bruce A. Anderson, 320 East Neider Avenue, Suite 102, Coeur d'Alene, ID 83815-6007 |
| cr | + | Bunge Canada C/O David D. Farrell, David D. Farrell. Esq., One US Bank Plaza, Suite 2700, St. Louis, MO 63101-1616 |
| cr | + | Burks Tractor Company, Inc., 3140 Kimberly Road, Twin Falls, ID 83301-8516 |
| cr | + | Conterra Holdings, LLC d/b/a Conterra Ag Capital a, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| sp | + | David A Heida, Heida Law Office, PLLC, Po Box 216, Kimberly, ID 83341-0216 |
| app | + | Davis Livestock, Inc., 780 E Cannibal Rd, Lewiston, UT 84320-2038 |
| cr | + | East Valley Development, LLC, c/o Avery Law, 3090 E Gentry Way, Ste 250, Meridian, ID 83642-3596 |
| cr | | Elevation Electric, LLC, 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| app | + | Gale W. Harding and Associates, 329 W 7th S, Rexburg, ID 83440-9600 |
| sp | + | Givens Pursley LLP, Givens Pursley LLP, 601 W. Bannock, P.O. Box 2720, Boise, ID 83701-2720 UNITED STATES 83701-2720 |
| intp | + | Glanbia Foods Inc, c/o Robert A Faucher, POB 2527, Boise, ID 83701-2527 |
| cr | + | Idaho State Brand Department, 700 S. Stratford Dr., Meridian, ID 83642, UNITED STATES 83642-6202 |
| fa | + | Kander LLC, 2538 Carrolwood Road, Naperville, IL 60540-8395 |
| wit | + | Lance Vandemark, Expert Consulting Services, 2694 E 750 S, Declo, ID 83323-6001 |
| cr | + | MWI Veterinarian Supply, Inc., 3041 W PASADENA DRIVE, Boise, ID 83705, UNITED STATES 83705-4776 |
| cr | + | MetLife Real Estate Lending LLC, c/o Kimbell D. Gourley, 10801 Mastin Blvd, Suite 700, Overland Park, KS 66210-1673 |

Case 24-40158-NGH   Doc 931   Filed 02/27/25   Entered 02/27/25 22:26:13   Desc
Imaged Certificate of Notice   Page 5 of 10

| District/off: 0976-8 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: pdf116 | Total Noticed: 72 |

| | | | |
|---|---|---|---|
| cr | | + | Metropolitan Life Insurance Company, c/o Kimbell D. Gourley, 10801 Mastin BLVD, Suite 700, Overland Park, KS 66210-1673 |
| cr | | + | Moss Farms Operations, LLC, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | | + | Moss Grain Partnership, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | | + | PerforMix Nutrition Systems, LLC, MUNDING, P.S., 309 E. FARWELL RD., STE 310, Spokane, WA 99218, UNITED STATES 99218-8209 |
| cr | | | Progressive Dairy Service & Supply Corp., 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| cr | | + | Rabo AgriFinance LLC, c/o Sheila R. Schwager, P.O. Box 1617, Boise, ID 83701-1617 |
| cr | | + | Raft River Rural Electric Cooperative, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | | + | Rexel USA, Inc dba Platt Electric Supply, McConnell Wagner Sykes + Stacey PLLC, 827 E. Park Blvd, Ste. 201, Boise, ID 83712-7782 |
| op | | + | Robert Marcus, Kander LLC, 341 N Lafayette St, Macomb, IL 61455-1505 |
| intp | | + | Sandton Capital Partners LP, 16 W 46th Street, 1st Floor, New York, NY 10036-4503 |
| r | | + | Schuil Ag Real Estate Inc, 5020 W Mineral King Ave, Visalia, CA 93291-5364 |
| cr | | + | Standlee Ag Resources, c/o Miller Nash LLP, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| app | | + | Summit Ag Appraisal Inc, 995 S 1150 E, Albion, ID 83311-9710 |
| br | | + | The Forbes Securities Group LLC, DBA Forbes Partne, 6400 S Fiddlers Green Circle, Suite 850, Greenwood Village, CO 80111-4994 |
| wit | | + | Theodore Isbell, Expert Consulting Services, 2694 E 750 S, Declo, ID 83323-6001 |
| cr | | + | United Electric Co-op, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | | | Valley Wide Cooperative Inc., c/o David W. Gadd, Stover, Gadd & Assoc., P.O. Box 1428, Twin Falls, ID 83303-1428 |
| cr | | + | Viserion Grain, LLC, c/o Sawtooth Law Offices, PLLC, 213 Canyon Crest Dr., Ste 200, Twin Falls, ID 83301, UNITED STATES 83301-3053 |
| cr | | + | Viterra USA Grain, LLC and Viterra USA Ingredients, c/o Racine Olson, PLLP, P.O. Box 1391, Pocatello, ID 83204-1391 |
| cr | | + | Western States Equipment Co., 500 East Overland Road, Meridian, ID 83642-6606 |
| cr | | + | Wilbur-Ellis Company LLC, c/o Matthew A. Sturzen, P.O. Box 2247, Salem, OR 97308-2247 |
| intp | | + | William Millenkamp, 471 N 300 W, Jerome, ID 83338-5078 |
| cr | | + | c/o David A. Coleman B & H Farming, Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| cr | | + | c/o David A. Coleman Youree Land & Livestock, Inc., Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |

TOTAL: 68

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: mkremer@omm.com | Feb 26 2025 03:20:00 | Matthew Kremer, 7 Times Square, New York, NY 10036-6524 |
| acc | + | Email/Text: ar@coopernorman.com | Feb 26 2025 03:20:00 | Cooper Norman, PO Box 5399, Twin Falls, ID 83303-5399 |
| intp | + | Email/Text: DAN@RACINELAW.NET | Feb 26 2025 03:20:00 | Idaho AgCredit, c/o Daniel C. Green, Racine Olson, PLLP, P. O. Box 1391, Pocatello, ID 83204-1391 |
| cr | | Email/Text: dann@lvf.com | Feb 26 2025 03:20:00 | Land View, Inc., P.O. Box 475, Rupert, ID 83350 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | O'Melveny & Myers LLP |
| cr | | Aden Brook Trading Corp |
| cr | | Brandy Ann Bartholomew |
| cr | | CNH Industrial Capital America LLC |
| cr | | JOHN DEERE FINANCIAL |
| fa | | Kander, LLC |
| cr | | MWI Veterinary Supply Inc. |
| cr | | McAlvain Concrete, Inc. |
| cr | | Official Committee Of Unsecured Creditors |
| cr | | Rocky Mountain Agronomics, Inc. |
| aty | *+ | Bruce A. Anderson, 320 East Neider Avenue, Suite 102, Coeur d'Alene, ID 83815-6007 |
| aty | ##+ | Karyn Lloyd, Gordon Rees Scully Mansukhani, LLP, 999 W Main Street, 100, Boise, ID 83702-9001 |

| District/off: 0976-8 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: pdf116 | Total Noticed: 72 |

TOTAL: 10 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Aiken Lewis | on behalf of Creditor East Valley Development  LLC alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com |
| Alexandra O Caval | on behalf of Interested Party William Millenkamp alex@cavallawoffice.com  R71985@notify.bestcase.com |
| Andrew J. Schoulder | on behalf of Creditor Rabo AgriFinance LLC andrew.schoulder@nortonrosefulbright.com nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com |
| Brent Russel Wilson | on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com  mreinhart@hawleytroxell.com |
| Brett R Cahoon | on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov |
| Brian Faria | on behalf of Creditor Viserion Grain  LLC brian@sawtoothlaw.com |
| Brian Michael Rothschild | on behalf of Broker The Forbes Securities Group LLC  DBA Forbes Partners as Investment Banker brothschild@parsonsbehle.com, ecf@parsonsbehle.com;Boisedocket@parsonsbehle.com |
| Britta E Warren | on behalf of Defendant Burks Tractor Company  Inc. britta.warren@bhlaw.com |
| Britta E Warren | on behalf of Creditor Burks Tractor Company  Inc. britta.warren@bhlaw.com |
| Bruce A. Anderson | on behalf of Creditor Committee Bruce A. Anderson baafiling@eaidaho.com |
| Cheryl Rambo | on behalf of Creditor Idaho State Brand Department cheryl.rambo@isp.idaho.gov |
| Christopher C. McCurdy | on behalf of Interested Party Glanbia Foods Inc ccmccurdy@hollandhart.com njhammond@hollandhart.com;intaketeam@hollandhart.com |
| Connor Bray Edlund | on behalf of Creditor McAlvain Concrete  Inc. edlund@mwsslawyers.com, lemieux@mwsslawyers.com |
| D Blair Clark | on behalf of Creditor Blue Cross of Idaho Health Service  Inc dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com |
| Daniel C Green | on behalf of Interested Party Idaho AgCredit dan@racineolson.com  mcl@racinelaw.net |
| Daniel C Green | on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net |

District/off: 0976-8         User: admin                                Page 4 of 7
Date Rcvd: Feb 25, 2025      Form ID: pdf116                            Total Noticed: 72

David A Coleman
                   on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com

David A Coleman
                   on behalf of Creditor c/o David A. Coleman Youree Land & Livestock  Inc. david@colemanjacobsonlaw.com

David A Coleman
                   on behalf of Creditor Eagle Creek Northwest LLC david@colemanjacobsonlaw.com

David A. Heida
                   on behalf of Attorney David A. Heida david@heidalawoffice.com  eshippy@whitepeterson.com

David T Krueck
                   on behalf of Creditor Amalgamated Sugar Company dkrueck@hawleytroxell.com jdeshaw@perkinscoie.com;docketboi@perkinscoie.com

David W. Gadd
                   on behalf of Creditor Valley Wide Cooperative Inc. dwg@magicvalleylaw.com  jfb@magicvalleylaw.com

Eric R Clark
                   on behalf of Creditor Brandy Ann Bartholomew eclark101@hotmail.com  eclark@ericrclarkattorney.com

Eric R Clark
                   on behalf of Creditor Brandy Bartholomew eclark101@hotmail.com  eclark@ericrclarkattorney.com

Evan Thomas Roth
                   on behalf of Creditor Viserion Grain  LLC evan@sawtoothlaw.com

Francisco Vazquez
                   on behalf of Creditor Rabo AgriFinance LLC francisco.vazquez@nortonrosefulbright.com

Gabriel Luis Olivera
                   on behalf of Creditor Official Committee Of Unsecured Creditors golivera@omm.com  gabriel-olivera-3960@ecf.pacerpro.com

Gery W Edson
                   on behalf of Creditor Land View  Inc. gedson@gedson.com, tfurey@gedson.com

Heidi Buck Morrison
                   on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC heidi@racineolson.com, mandy@racineolson.com

Holly Roark
                   on behalf of Creditor Elevation Electric  LLC holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Holly Roark
                   on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

James Niemeier
                   on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com

James Justin May
                   on behalf of Debtor Millenkamp Cattle  Inc jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Janine Patrice Reynard
                   on behalf of Creditor East Valley Development  LLC janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Jason Ronald Naess
                   on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov

Jed W. Manwaring
                   on behalf of Creditor MWI Veterinarian Supply  Inc. jwm@elamburke.com, jh@elamburke.com

John O'Brien
                   on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

John D Munding
                   on behalf of Creditor PerforMix Nutrition Systems  LLC john@mundinglaw.com

John F Kurtz, Jr
                   on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com  tnd@kurtzlawllc.com

Jon B Evans
                   on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com  sattler.carla@dorsey.com

Joseph Mark Wager, Jr.
                   on behalf of Creditor Rexel USA  Inc dba Platt Electric Supply wager@mwsslawyers.com, wstewart@mwsslawyers.com;seannegan@sneganlaw.com;reception@mwsslawyers.com

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 5 of 7 |
| Date Rcvd: Feb 25, 2025 | Form ID: pdf116 | Total Noticed: 72 |

Julian Gurule
    on behalf of Creditor Official Committee Of Unsecured Creditors jgurule@omm.com  julian-gurule-5732@ecf.pacerpro.com

Karyn Lloyd
    on behalf of Creditor CNH Industrial Capital America LLC klloyd@grsm.com

Kim J Trout
    on behalf of Creditor Rocky Mountain Agronomics  Inc. ktrout@trout-law.com

Kimbell D Gourley
    on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com  shudson@idalaw.com

Kimbell D Gourley
    on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com  shudson@idalaw.com

Krystal R. Mikkilineni
    on behalf of Financial Advisor Kander  LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Laura E Burri
    on behalf of Creditor Automation Werx  LLC lburri@morrowfischer.com, klee@morrowfischer.com

Louis V. Spiker
    on behalf of Creditor Standlee Ag Resources louis.spiker@millernash.com  louis.spiker@millernash.com

Mark Bradford Perry
    on behalf of Creditor Burks Tractor Company  Inc. mbp@perrylawpc.com,
    info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com

Mark Bradford Perry
    on behalf of Defendant Burks Tractor Company  Inc. mbp@perrylawpc.com,
    info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com

Matthew Kremer
    on behalf of Creditor Official Committee Of Unsecured Creditors mkremer@omm.com  matthew-kremer-0858@ecf.pacerpro.com

Matthew A Sturzen
    on behalf of Creditor Wilbur-Ellis Company LLC matt@shermlaw.com  bjorn@shermlaw.com;gina@shermlaw.com

Matthew T. Christensen
    on behalf of Debtor Idaho Jersey Girls LLC mtc@johnsonmaylaw.com
    mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Enterprises LLC mtc@johnsonmaylaw.com
    mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Black Pine Cattle LLC mtc@johnsonmaylaw.com
    mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Family LLC mtc@johnsonmaylaw.com
    mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Goose Ranch LLC mtc@johnsonmaylaw.com
    mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com
    mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Cattle  Inc mtc@johnsonmaylaw.com,
    mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Properties II LLC mtc@johnsonmaylaw.com
    mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Properties  L.L.C. mtc@johnsonmaylaw.com,
    mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 6 of 7 |
| Date Rcvd: Feb 25, 2025 | Form ID: pdf116 | Total Noticed: 72 |

Matthew T. Christensen
    on behalf of Attorney Matthew T. Christensen mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor East Valley Cattle LLC mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew W Grimshaw
    on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com

Meredith Leigh Thielbahr
    on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com ckaiser@grsm.com

Miranda K. Russell
    on behalf of Creditor East Valley Development LLC mrussell@mofo.com, miranda-russell-6809@ecf.pacerpro.com

Morton R. Branzburg
    on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com

Oren B. Haker
    on behalf of Defendant Burks Tractor Company Inc. oren.haker@bhlaw.com

Oren B. Haker
    on behalf of Creditor Burks Tractor Company Inc. oren.haker@bhlaw.com

R Ron Kerl
    on behalf of Plaintiff Rabo AgriFinance LLC Ron@cooper-larsen.com connie@cooper-larsen.com

Rhett Michael Miller
    on behalf of Creditor United Electric Co-op Inc. rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Raft River Rural Electric Cooperative Inc. rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Moss Grain Partnership rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Creditor Moss Farms Operations LLC rmiller@magicvalley.law

Scott C Powers
    on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mwatson@spencerfane.com

Sheila Rae Schwager
    on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com

Suzanne Jaderholm
    on behalf of Debtor Millenkamp Cattle Inc sj@johnsonmaylaw.com

Thomas E Dvorak
    on behalf of Special Counsel Givens Pursley LLP ted@givenspursley.com s274@givenspursley.com;kad@givenspursley.com

Thomas E Dvorak
    on behalf of Debtor Millenkamp Cattle Inc ted@givenspursley.com, s274@givenspursley.com;kad@givenspursley.com

Tirzah R. Roussell
    on behalf of Realtor Schuil Ag Real Estate Inc tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Attorney Krystal R Mikkilineni tirzah.roussell@dentons.com

Tirzah R. Roussell
    on behalf of Appraiser Gale W. Harding and Associates tirzah.roussell@dentons.com

US Trustee
    ustp.region18.bs.ecf@usdoj.gov

William K Carter
    on behalf of Creditor CNH Industrial Capital America LLC kentcarter@grsm.com

William Reed Cotten
    on behalf of Creditor Aden Brook Trading Corp wrc@idlawfirm.com bcl@idlawfirm.com;bjh@idlawfirm.com;cottenwr98259@notify.bestcase.com

Zachary Fairlie
    on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com

| District/off: 0976-8 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: pdf116 | Total Noticed: 72 |

Zachery James McCraney      on behalf of Interested Party Glanbia Foods Inc zjmccraney@hollandhart.com cmcarvalho@hollandhart.com;intaketeam@hollandhart.com

TOTAL: 88