Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
Suzanne Jaderholm, ISB: 12555
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
jjm@johnsonmaylaw.com
sj@johnsonmaylaw.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With Case Nos.: |
| ☒ ALL DEBTORS | |
| ☐ Millenkamp Cattle, Inc. | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Idaho Jersey Girls | 24-40160-NGH (East Valley Cattle) |
| ☐ East Valley Cattle | 24-40161-NGH (Millenkamp Properties) |
| ☐ Millenkamp Properties | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Idaho Jersey Girls Jerome Dairy | |
| | Chapter 11 Cases |

DEBTORS' OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY – Page 1

## **DEBTORS' OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

The Debtors, by and through their counsel of record, JOHNSON MAY, respond to the Motion for Relief from Automatic Stay (Docket No. 908 – the "Motion") filed by East Valley Development, LLC ("EVD"), as follows:

The Motion seeks relief from the automatic stay for in order for EVD to respond to an arbitration complaint filed by the Debtor, including asserting counterclaims against the Debtor. Since the Motion was filed, the Debtor has withdrawn the arbitration complaint and filed an Adversary Proceeding complaint in this Court (*see* Docket No. 935; Adv. Case No. 25-08003-NGH). Due to the withdrawal of the arbitration complaint, there is nothing for EVD to respond to that is outside the scope of the pending adversary case, and therefore stay relief is unnecessary.

DATED this 28th day of February 2025.

JOHNSON MAY

/s/ Matthew T. Christensen
MATTHEW T. CHRISTENSEN
Counsel for Debtor

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 28th day of February 2025, I caused to be served a true and correct copy of DEBTORS' OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Suzanne Jaderholm | sj@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Adam A. Lewis | alewis@mofo.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| Brian Faria | brian@sawtoothlaw.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Connor B. Edlund | edlund@mwsslawyers.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Daniel C. Green | dan@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| Eric R. Clark | Eclark101@hotmail.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Gabriel L. Olivera | golivera@omm.com |
| Gery W. Edson | gedson@gedson.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Holly Roark | holly@roarklawboise.com |
| James Niemeier | jniemeier@mcgrathnorth.com |
| Janine P. Reynard | janine@averylaw.net |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| John D. Munding | john@mundinglaw.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| John O'Brien | jobrien@spencerfane.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Joseph M. Wager | wager@mwsslawyers.com |
| Julian Gurule | jgurule@omm.com |
| Karyn Lloyd | klloyd@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Mark B. Perry | mbp@perrylawpc.com |

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Matthew Kremer | mkremer@omm.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Miranda K. Russell | mrussell@mofo.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| Scott C. Powers | spowers@spencerfane.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| William K. Carter | kentcarter@grsm.com |
| Zachary Fairlie | zfairlie@spencerfane.com |

Any others as listed on the Court's ECF Notice.

/s/ Matthew T. Christensen
MATTHEW T. CHRISTENSEN