Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
Suzanne Jaderholm, ISB: 12555
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com
       sj@johnsonmaylaw.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>　　　　Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒　ALL DEBTORS<br><br>☐　Millenkamp Cattle, Inc.<br>☐　Idaho Jersey Girls<br>☐　East Valley Cattle<br>☐　Millenkamp Properties<br>☐　Millenkamp Properties II<br>☐　Millenkamp Family<br>☐　Goose Ranch<br>☐　Black Pine Cattle<br>☐　Millenkamp Enterprises<br>☐　Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>　　　　　　　Dairy)<br><br>Chapter 11 Cases |

**COOPER NORMAN'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES**

Lance Fenton, of Cooper Norman (the "Applicant"), applies to the Court for allowance of professional fees and costs pursuant to 11 U.S.C. § 331. Applicant respectfully states and represents to the Court that:

1. Applicant is the accountant for Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), the above-named Debtors in Possession, and makes this application for allowance of compensation for professional services rendered, and for reimbursement for actual necessary costs and expenses incurred between May 24, 2024 and January 31, 2025 (the "First Interim Period").

2. All services for which compensation is requested by the Applicant were performed for and on behalf of said Debtors, and not on behalf of any committee, creditor, or other person. Each professional involved in the services for which compensation is requested are specifically identified on the attached **Exhibit A** and incorporated herein by reference.

3. Payment of the professional fees and costs should be made pursuant to the Engagement Letter attached as Exhibit A to the Application to Employ Cooper Norman as Accountant (Docket No. 331).

4. Applicant, or other members of Cooper Norman, have rendered services to the Debtors in the manner described on the attached **Exhibit B**, which is by this reference made a part hereof.

5. Further, the Applicant sustained, and incurred expenses and/or costs described and itemized in the statement attached hereto as **Exhibit B**, in connection with Applicant's function and activities as accountant for the Debtors. A narrative summary of professional fees and expenses is attached hereto as **Exhibit C**.

6. The fees requested by this Application shall not be shared with any other party outside the Applicant's firm.

COOPER NORMAN'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES – Page 2

7. The Applicant is currently holding a retainer in the amount of $50,000.00 The outstanding fees and costs allowed will be paid first from the retainer and then by the Debtors from operations. The Debtors will make payment of the Applicant's outstanding fees and costs after deduction from the retainer as permitted under the approved cash collateral budget (Docket No. 524).

8. The rate of compensation of the Applicant was detailed in the Engagement Letter attached as Exhibit A to the Application to Employ Cooper Norman which the Court approved on August 14, 2024 (Docket No. 554).

9. The Applicant did not submit monthly fee applications pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures").  As such, the full amount of the Applicant's fees and costs during the First Interim Period is still outstanding and is detailed in Exhibit B.

10. The total outstanding in fees and expenses due during the First Interim Period is $212,204.05. The total outstanding expenses due during the First Interim Period is $750.58.

11. The Applicant requests Court approval of the total fees incurred of $212,204.05, and the total expenses incurred of $750.58 during the First Interim Period.  The Applicant further requests the Court allow payment of the outstanding fees and expenses incurred during the First Interim Period to be paid from the retainer, currently totaling $50,000.00. There will be $0.00 remaining in the retainer after the application of the fees and expenses incurred during the First Interim Period.

12. The Debtors have reviewed this application and approved the application and amounts requested.

WHEREFORE, the Applicant prays that an allowance be made in the sum of $212,954.63 for time and services rendered on the Debtors' behalf during this First Interim Period as part of the

COOPER NORMAN'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES – Page 3

expenses of the representation of the Debtors in the above-named bankruptcy case and payment of 100% of fees totaling $212,954.63.

DATED this 4th day of March 2025.

*(signature)*
LANCE FENTON, CPA
Cooper Norman

### ACCOMODATION FILING

This document is being filed by Matthew Christensen as an accommodation to Cooper Norman which is not registered to file electronically with the United States Bankruptcy Court for the District of Idaho.

DATED this 4th day of March, 2025.

/s/ Matthew T. Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtors

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 4th day of March 2025, I caused to be served a true and correct copy of COOPER NORMAN'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Suzanne Jaderholm | sj@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Adam A. Lewis | alewis@mofo.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| Brian Faria | brian@sawtoothlaw.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Connor B. Edlund | edlund@mwsslawyers.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Daniel C. Green | dan@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| Eric R. Clark | Eclark101@hotmail.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Gabriel L. Olivera | golivera@omm.com |
| Gery W. Edson | gedson@gedson.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Holly Roark | holly@roarklawboise.com |
| James Niemeier | jniemeier@mcgrathnorth.com |
| Janine P. Reynard | janine@averylaw.net |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| John D. Munding | john@mundinglaw.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| John O'Brien | jobrien@spencerfane.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Joseph M. Wager | wager@mwsslawyers.com |
| Julian Gurule | jgurule@omm.com |
| Karyn Lloyd | klloyd@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Matthew A. Sturzen | matt@shermlaw.com |

COOPER NORMAN'S FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES – Page 5

| | |
|---|---|
| Matthew Kremer | mkremer@omm.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Miranda K. Russell | mrussell@mofo.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Scott C. Powers | spowers@spencerfane.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| William K. Carter | kentcarter@grsm.com |
| Zachary Fairlie | zfairlie@spencerfane.com |

      /s/ *Matt Christensen*
      MATTHEW T. CHRISTENSEN

# EXHIBIT A

**SUMMARY SHEET**

Fees Previously Requested:
  $0
Fees Previously Awarded:
  $0
Expenses Previously Requested:
  $0
Expenses Previously Awarded:
  $0

NAME OF APPLICANT:
Cooper Norman

ROLE IN CASE: Accountant for Debtors

CURRENT APPLICATION:

Fees Requested:      $212,204.05
Expenses Requested:  $750.58
Total Requested:     $212,954.63

| Name of Professional | Years in Practice | Hours Billed Current Application | Hourly Rate | Total for Application |
|---|---|---|---|---|
| Adam Thompson | 3 | 452.00 | $145.00 | $65,540.00 |
| Adam Thompson– ½ rate for travel | 3 | 3.00 | $72.50 | $217.50 |
| Rachel Tokhi | 15 | 166.20 | $320.00 | $53,184.00 |
| Tyson Bingham | 11 | 1.75 | $260.00 | $455.00 |
| Lance Fenton | 19 | 134.80 | $325.00 | $43,810.00 |
| Kevin Boyle | 1 | 228.30 | $120.00 | $27,396.00 |
| Ryan Mathews | 18 | 8.35 | $125.00 | $4,175.00 |
| Ashley Rivers | 5 | 18.10 | $190.00 | $3,439.00 |
| Emily Goodey | 2 | 14.54 | $165.00 | $2,399.10 |
| Erica Gardner | 2 | 79.41 | $145.00 | $11,514.45 |
| Beth Lange |  | 0.40 | $185.00 | $74.00 |
| Total |  | 1,106.85 |  | $212,204.05 |

# EXHIBIT B

# EXHIBIT C

## NARRATIVE SHEET

|  | Information Requested | Information Given |
|---|---|---|
| I. | **BACKGROUND:** The background information of the bankruptcy case, to the best of Applicant's knowledge is as follows: | |
| A. | Date the bankruptcy petition was filed. | April 2, 2024 |
| B. | Date of the "Order Authorizing Employment": | August 14, 2024 |
| C. | Date services commenced. | March 19, 2024 |
| D. | Rate Applicant charges its non-bankruptcy clients for similar services. | Same as above. |
| E. | Application is final or interim. | Interim. |
| F. | Time period of the services or expenses covered by the Application. | May 24, 2024 through January 31, 2025 |
|  |  |  |
| II. | **CASE STATUS:** To the best of the Applicant's knowledge, the financial condition and status of the case is as follows: | |
| A. | The amount of cash on hand or on deposit in the estate. | $8.59MM |
| B. | Amount and nature of accrued unpaid, administrative expenses. | To the best of the Applicant's knowledge, the only other unpaid administrative expenses are those of the estate's other professionals. To date, the estate has retained Johnson May as co-counsel, Dentons as co-counsel, Forbes as investment banker, Kander as financial advisor, Davis Livestock as livestock appraiser, Schuil Ag Real Estate as brokers opinion expert, Gale W. Harding & Associates as equipment and machinery appraiser, Summit Ag Appraisal as real estate appraiser, Givens Pursely as special counsel and Rob Marcus as CRO.  The Unsecured Creditors Committee has also incurred administrative expenses for its professionals. |
| C. | The amount of unencumbered funds in the estate. | The estate currently holds $ $8.59MM funds (which is a constantly changing and updating number).  While those funds are technically encumbered by the various lienholders in this case, they are |

|      |                                                                                                                                      |                                                                                                                                                                        |
|------|--------------------------------------------------------------------------------------------------------------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|      |                                                                                                                                      | available to pay the professional fees requested pursuant to the Cash Collateral Budget.                                                                               |
|      |                                                                                                                                      |                                                                                                                                                                        |
| III. | PROJECT SUMMARY: Description of each professional project or task for which compensation and reimbursement is sought:                |                                                                                                                                                                        |
| A.   | Description of projects.                                                                                                             | See Exhibit B attached hereto for a detailed description of what has been performed on behalf of the estate by the applicant and the fees and costs incurred in these projects. |
| B.   | Necessity of projects.                                                                                                               | Preparing Debtors' financial reports and audit planning and preparation.                                                                                               |
| C.   | Benefit of projects to the estate.                                                                                                   | The projects have allowed the Debtors to prepare required financial reports, and otherwise keep operations moving forward.                                             |
| D.   | Status of project.                                                                                                                   | Interim.                                                                                                                                                               |
| E.   | Identification of each person providing services on the projects.                                                                    | See the attached Exhibit A.                                                                                                                                            |
| F.   | Number of hours spent, the amount of compensation requested for each professional and para-professional.                             | See the attached Exhibit A.                                                                                                                                            |
| G.   | Itemized time and services entries.                                                                                                  | See the attached Exhibit B.                                                                                                                                            |