Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
Suzanne Jaderholm, ISB: 12555
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
jjm@johnsonmaylaw.com
sj@johnsonmaylaw.com

Attorneys for the Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |
|---|---|

NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR ACCOUNTANT and NOTICE OF HEARING RE: SAME – PAGE 1

## NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR ACCOUNTANT & NOTICE OF HEARING RE: SAME

PLEASE TAKE NOTICE that Cooper Norman, accountant for Debtor in Possession, Millenkamp Cattle, Inc. ("Debtor"), has filed a First Application for Allowance of Interim Fees and Costs for Accountant (Dkt. No. 938 - the "Application") for the requested fees and costs for Cooper Norman in the amount of $212,954.63. The fees and costs required are related to accounting services as further described in Exhibit B of the Application.

The projects have allowed the Debtors to prepare required financial reports, and otherwise keep operations moving forward.

The Application has been reviewed and approved by the Debtor. A copy of the Application is on file with the above-captioned Court as Docket No. 938, together with supporting documents. Any party desiring information as to the details of the Application may request the same from the Clerk of the Court, from the court's online PACER information system at www.pacer.gov, or from the undersigned counsel.

YOU ARE HEREBY NOTIFIED that written objection of the Application should be filed with the court within twenty-one (21) days of the date of service of this notice. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served upon the movant. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief in the Application and may grant the relief without further notice of hearing. Any such objection should be filed with the U.S. Bankruptcy Court at the United States Courthouse, 550 W. Fort St., Boise, ID 83724 or electronically filed using the CM/ECF Filer system at https://ecf.edb.uscourts.gov.

YOU ARE FURTHER NOTIFIED that a hearing will be held on the Application on the 10th day of April, 2025, at 1:30 p.m. (MT). This will be a telephonic hearing. All parties should call the court's conference line at least 10 minutes prior to the hearing:

Conference Dialin:    1-669-254-5252

Meeting ID:    160-5422-0978

DATED this 4th day of March 2025.

JOHNSON MAY

/s/ Matthew T. Christensen
MATTHEW T. CHRISTENSEN
Counsel for Debtor

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 4th day of March 2025, I caused to be served a true and correct copy of NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR ACCOUNTANT electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Suzanne Jaderholm | sj@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Adam A. Lewis | alewis@mofo.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| Brian Faria | brian@sawtoothlaw.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Connor B. Edlund | edlund@mwsslawyers.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Daniel C. Green | dan@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| Eric R. Clark | Eclark101@hotmail.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Gabriel L. Olivera | golivera@omm.com |
| Gery W. Edson | gedson@gedson.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Holly Roark | holly@roarklawboise.com |
| James Niemeier | jniemeier@mcgrathnorth.com |
| Janine P. Reynard | janine@averylaw.net |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| John D. Munding | john@mundinglaw.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| John O'Brien | jobrien@spencerfane.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Joseph M. Wager | wager@mwsslawyers.com |
| Julian Gurule | jgurule@omm.com |
| Karyn Lloyd | klloyd@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Mark B. Perry | mbp@perrylawpc.com |

NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR ACCOUNTANT and NOTICE OF HEARING RE: SAME – PAGE 4

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Matthew Kremer | mkremer@omm.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Miranda K. Russell | mrussell@mofo.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Scott C. Powers | spowers@spencerfane.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| William K. Carter | kentcarter@grsm.com |
| Zachary Fairlie | zfairlie@spencerfane.com |

Any others as listed on the Court's ECF Notice.

/s/ Matthew T. Christensen
MATTHEW T. CHRISTENSEN