# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| IN RE: | CASE NO: 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 939 |

On 3/4/2025, I did cause a copy of the following documents, described below,

Notice of First Application for Allowance of Interim Fees and Costs for Accountant and Notice of Hearing  ECF Docket Reference No. 939

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/4/2025

/s/ Matthew T. Christensen
Matthew T. Christensen  7213

Johnson May
199 N. Capitol Blvd Suite 200
Boise, ID  83702
208 384 8588
crb@johnsonmaylaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>MILLENKAMP CATTLE, INC | CASE NO: 24-40158-NGH<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 939 |

On 3/4/2025, a copy of the following documents, described below,

Notice of First Application for Allowance of Interim Fees and Costs for Accountant and Notice of Hearing  ECF Docket Reference No. 939

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/4/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Matthew T. Christensen
Johnson May
199 N. Capitol Blvd Suite 200
Boise, ID  83702

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DO NOT SERVICE were not served via First Class USPS Mail Service.
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING          KRYSTAL R  MIKKILINENI              A SCOTT JACKSON TRUCKING INC
09768                                     DENTONS DAVIS BROWN                 CO WILLIAMS MESERVY  LARSEN LLP
CASE 24-40158-NGH                         215 10TH ST                         POST OFFICE BOX 168
DISTRICT OF IDAHO                         STE 1300                            153 EAST MAIN STREET
TWIN FALLS                                DES MOINES IA 50309-3616            JEROME ID 83338-2332
TUE MAR  4 10-18-30 MST 2025



AAA COW COMFORT LLC                       ABS GLOBAL                          ARNOLD MACHINERY COMPANY
PO BOX 307                                1525 RIVER RD                       2975 WEST 2100 SOUTH
KIMBERLY ID 83341-0307                    DEFOREST WI 53532-2430              SALT LAKE CITY UT 84119-1273




AD HOC COMMITTEE OF CORN SILAGE GROWERS   ADDISON BIOLOGICAL LABORATORY INC   AIRGAS USA LLC
153 EAST MAIN STREET                      507 NORTH CLEVELAND ST              PO BOX 734445
PO BOX 168                                FAYETTE MO 65248-1083               CHICAGO IL 60673-4445
JEROME ID 83338-0168




AIRGAS USA LLC                            ALEXANDER K REED                    AMALGAMATED SUGAR
110 WEST 7TH ST SUITE 1400                4296 N 2100 E                       1951 S SATURN WAY
TULSA OK 74119-1077                       FILER ID 83328-5046                 STE 100
                                                                              BOISE ID 83709-2924



AMERICAN CALF PRODUCTS (GOLDEN STATE      AMERICAN EXPRESS NATIONAL BANK      AMORY SECURITIES LLC
MIXING                                    CO BECKET AND LEE LLP               200 NORTH PACIFIC HWY
425 D STREET                              PO BOX 3001                         SUITE 1525
TURLOCK CA 95380-5452                     MALVERN  PA 19355-0701              EL SEGUNDO CA 90245




BRUCE A ANDERSON                          AUTOMATION WERX LLC                 AUTOMATION WERX LLC
320 EAST NEIDER AVENUE                    MORROW  FISCHER PLLC                PO BOX 3066
SUITE 102                                 4 OGDEN AVENUE                      IDAHO FALLS ID 83403-3066
COEUR DALENE ID 83815-6007                NAMPA ID 83651-2371




CO DAVID A COLEMAN B  H FARMING           B  H FARMING AN IDAHO GENERAL       BS R DESIGN SUPPLIES
COLEMAN RITCHIE  JACOBSON                 PARTNERSHIP                         198 LOCUST ST S
PO BOX 525                                PO BOX 123                          TWIN FALLS ID 83301-7832
TWIN FALLS ID 83303-0525                  RUPERT ID 83350-0123




RICHARD BERNARD                           RON C BINGHAM II                    BLUE CROSS OF IDAHO
1177 AVENUE OF THE AMERICAS               3424 PEACHTREE ROAD NE              CO D BLAIR CLARK ATTY
41ST FLOOR                                SUITE 1600                          967 PARKCENTER BLVD 282
NEW YORK NY 10036-2714                    ATLANTA GA 30326-1139               BOISE ID 83706-6721




BLUE CROSS OF IDAHO                       BLUE CROSS OF IDAHO HEALTH SERVICE INC   BO STEVENSON DBA BA FARMS
CO D BLAIR CLARK ATTORNEY                 CO LAW OFFICE OF D BLAIR CLARK PC        1001 S 1900 E
967 E PARKCENTER BLVD 282                 967 EAST PARKCENTER BOULEVARD 282        HAZELTON ID 83335-5451
BOISE ID 83706-6721                       BOISE ID 83706-6721
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| BRANDY A BARTHOLOMEW<br>CO ERIC R CLARK ATTORNEY<br>PO BOX 2504<br>EAGLE ID 83616-9118 | MORTON R BRANZBURG<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>1835 MARKET ST<br>SUITE 1400<br>PHILADELPHIA PA 19103-2945 | HEIDI BUCK MORRISON<br>RACINE OLSON PLLP<br>201 EAST CENTER STREET<br>POCATELLO ID 83201-6329 |
| BUNGE CANADA<br>CO DAVID D FARRELL<br>THOMPSON COBURN LLP<br>ONE US BANK PLAZA SUITE 2700<br>ST LOUIS MISSOURI 63101-1693 | BUNGE CANADA CO DAVID D FARRELL<br>DAVID D FARRELL ESQ<br>ONE US BANK PLAZA<br>SUITE 2700<br>ST LOUIS MO 63101-1616 | BURKS TRACTOR COMPANY INC<br>3140 KIMBERLY ROAD<br>TWIN FALLS ID 83301-8516 |
| BURKS TRACTOR COMPANY INC<br>OREN B HAKER<br>BLACK HELTERLINE LLP<br>805 SW BROADWAY SUITE 1900<br>PORTLAND OR 97205-3359 | LAURA E BURRI<br>MORROW  FISCHER PLLC<br>4 OGDEN AVENUE<br>83651<br>NAMPA ID 83651-2371 | CNH INDUSTRIAL CAPITAL AMERICA LLC<br>KENT CARTERGORDON REES<br>ONE NORTH FRANKLIN SUITE 800<br>CHICAGO IL 60606-3422 |
| BRETT R CAHOON<br>DOJUST<br>550 WEST FORT ST<br>STE 698<br>BOISE ID 83724-0101 | CAPITOL ONE<br>PO BOX 60599<br>CITY OF INDUSTRY CA 91716-0599 | (P)CARNE I CORP<br>134 E HIGHWAY 81<br>BURLEY ID 83318-5427 |
| W KENT CARTER<br>ONE NORTH FRANKLIN<br>SUITE 800<br>CHICAGO IL 60606-3422 | WILLIAM K CARTER<br>GORDON REES SCULLY MANSUKHANI LLP<br>ONE NORTH WACKER<br>SUITE 1600<br>CHICAGO IL 60606-2874 | ALEXANDRA O CAVAL<br>CAVAL LAW OFFICE PC<br>POB 1716<br>TWIN FALLS ID 83303-1716 |
| CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN VA 20147-6122 | (P)CENTURYTEL SERVICE GROUP LLC DBA CENTURYLI<br>931 14TH STREET 9TH FLOOR<br>DENVER CO 80202-2994 | MATTHEW T CHRISTENSEN<br>199 N CAPITOL BLVD<br>STE 200<br>BOISE ID 83702-6197 |
| MATTHEW T CHRISTENSEN<br>JOHNSON MAY PLLC<br>199 N CAPITOL BLVD<br>SUITE 200<br>BOISE ID 83702-6197 | CHRISTOPHER CAMARDELLO<br>1031 MENDOTA HEIGHTS ROAD<br>ST PAUL MN 55120-1419 | CITI CARDS<br>PO BOX 78019<br>PHOENIX AZ 85062-8019 |
| D BLAIR CLARK<br>967 E PARKCENTER BOULEVARD 282<br>BOISE ID 83706-6721 | ERIC R CLARK<br>PO BOX 2504<br>EAGLE ID 83616-9118 | CLINT D THOMPSON<br>298 N 200 W<br>JEROME ID 83338-5372 |
| COASTLINE EQUIPMENT COMPANY<br>2000 E OVERLAND RD<br>MERIDIAN ID 83642-6665 | DAVID A COLEMAN<br>PO BOX 525<br>TWIN FALLS ID 83303-0525 | COLONIAL LIFE<br>PROCESSING CENTER<br>PO BOX 1365<br>COLUMBIA SC 29202-1365 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CONNIE LAPASEOTES LTD<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | CONRAD BISHCOFF INC<br>2251 N HOLMES<br>PO BOX 50106<br>IDAHO FALLS ID 83405-0106 | CONTERRA HOLDINGS LLC DBA CONTERRA AG CAP<br>SPENCER FANE<br>1700 LINCOLN STREET<br>SUITE 2000<br>DENVER CO 80203-4554 |
| CONTERRA HOLDINGS LLC DBA CONTERRA AG CAPIT<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | WILLIAM REED COTTEN<br>ROBINSON  COTTEN<br>PO BOX 396<br>616 FREMONT STREET<br>RUPERT ID 83350-1611 | DAIMLER TRUCK FINANCIAL SERVICES USA LLC<br>CO RANDALL P MROCZYNSKI<br>COOKSEY TOOLEN GAGE DUFFY  WOOG<br>535 ANTON BOULEVARD SUITE 1000<br>COSTA MESA CA 92626-7664 |
| DAIRY TECH LLC<br>1031 MENDOTA HEIGHTS ROAD<br>ST PAUL MN 55120-1419 | DARITECH<br>8540 BENSON RD<br>LYNDEN WA 98264-9711 | DAVID CLARK<br>CLARK AMBULATORY CLINIC INC<br>1019 E 1020 S<br>ALBION ID 83311 |
| DAVIS LIVESTOCK INC<br>780 E CANNIBAL RD<br>LEWISTON UT 84320-2038 | DOUGLAS J GRANT<br>2050 E 500 S<br>HAZELTON ID 83335-5006 | DUSTY BROW FARMS INC<br>2601 E 1100 S<br>HAZELTON ID 83335-5623 |
| THOMAS E DVORAK<br>POB 2720<br>BOISE ID 83701-2720 | EAST VALLEY DEVELOPMENT LLC<br>CO AVERY LAW<br>3090 E GENTRY WAY STE 250<br>MERIDIAN ID 83642-3596 | EAST VALLEY DEVELOPMENT LLC<br>CO ADAM LEWIS ESQ<br>MORRISON  FOERSTER LLP<br>425 MARKET ST<br>SAN FRANCISCO CA 94105-2482 |
| CONNOR BRAY EDLUND<br>MCCONNELL WAGNER SYKES  STACEY PLLC<br>827 E PARK BLVD<br>STE 201<br>BOISE ID 83712-7782 | GERY W EDSON<br>POB 448<br>BOISE ID 83701-0448 | EDWARD CHOJNACKY<br>298 N 100 W<br>JEROME ID 83338-5406 |
| EIDE BAILLY LLP<br>4310 17TH AVE S<br>FARGO ND 58103-3339 | ELECTRICAL WERX  CONSTRUCTION LLC<br>PO BOX 3066<br>IDAHO FALLS ID 83403-3066 | ELEVATION ELECTRIC LLC<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 |
| ERIC CLARK<br>CLARK ASSOCIATES<br>PO BOX 2504<br>EAGLE ID 83616-9118 | JON B EVANS<br>DORSEY  WHITNEY LLP<br>101 S CAPITOL BLVD<br>SUITE 1100<br>BOISE ID 83702-7710 | EVANS PLUMBING<br>111 GULF STREAM LANE<br>HAILEY ID 83333-7725 |
| ZACHARY FAIRLIE<br>SPENCER FANE<br>1000 WALNUT<br>STE 1400<br>KANSAS CITY MO 64106-2168 | ZACHARY FAIRLIE<br>SPENCER FANE LLP<br>1000 WALNUT STREET<br>SUITE 1400<br>KANSAS CITY MO 64106-2168 | BRIAN FARIA<br>SAWTOOTH LAW OFFICES PLLC<br>1101 W RIVER STREET SUITE 110<br>83702<br>BOISE ID 83702-7067 |

```
USPS FIRST-CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DO NOT SERVICE were not served via First Class USPS Mail Service.

FARMERS BANK                        FASTENAL COMPANY                    RAFF FERRAIOLI
PO BOX 392                          2001 THEURER BLVD                   MORRISON  FOERSTER LLP
BUHL ID 83316-0392                  ATTN- LEGAL                         250 WEST 55TH STREET
                                    WINONA MN 55987-9902                NEW YORK NY 10019-0050


FREDIN BROTHERS INC                 (P)GJ VERTILINE PUMPS INC           DAVID W GADD
CO JOHN OBRIEN                      PO BOX 892                          STOVER GADD  ASSOCIATES PLLC
SPENCER FANE                        TWIN FALLS ID 83303-0892            905 SHOSHONE ST N
1700 LINCOLN STREET SUITE 2000                                          PO BOX 1428
DENVER CO 80203-4554                                                    TWIN FALLS ID 83303-1428


GALE W HARDING AND ASSOCIATES       SCOTT F GAUTIER                     GIVENS PURSLEY LLP
329 W 7TH S                         1800 CENTURY PARK EAST              GIVENS PURSLEY LLP
REXBURG ID 83440-9600               STE 1500                            601 W BANNOCK
                                    LOS ANGELES CA 90067-1501           PO BOX 2720
                                                                        BOISE ID 83701-2720


GLANBIA FOODS INC                   KIMBELL D GOURLEY                   GRANT  HAGAN INC
CO ROBERT A FAUCHER                 POB 1097                            PO BOX 326
POB 2527                            BOISE ID 83701-1097                 HAZELTON ID 83335-0326
BOISE ID 83701-2527


GRANT 4D FARMS LLC                  GREATAMERICA FINANCIAL SERVICES     DANIEL C GREEN
707 E 600 N                         CORPORATION                         RACINE OLSON PLLP
RUPERT ID 83350-9466                ATTN PEGGY UPTON                    201 EAST CENTER
                                    625 FIRST ST SE                     PO BOX 1391
                                    CEDAR RAPIDS IA 52401-2030          POCATELLO ID 83204-1391


GREEN SOURCE AUTOMATION LLC         MATTHEW W GRIMSHAW                  JULIAN GURULE
3506 MOORE ROAD                     GRIMSHAW LAW GROUP PC               400 SOUTH HOPE STREET
CERES CA 95307-9402                 800 W MAIN STREET STE 1460          SUITE 1900
                                    BOISE ID 83702-5983                 LOS ANGELES CA 90071-2811


JULIAN GURULE                       JULIAN GURULE                       OREN B HAKER
OMELVENY  MEYERS LLP                OMELVENY  MYERS LLP                 BLACK HELTERLINE LLP
400 SOUTH HOPE STREET               400 SOUTH HOPE STREET               805 SW BROADWAY
SUITE 1900                          STE 18TH FLOOR                      SUITE 1900
LOS ANGELES CA 90071-2811           LOS ANGELES CA 90071-2801           PORTLAND OR 97205-3359


HATFIELD MANUFACTURING INC          HEERINGA CONSTRUCTION LLC           DAVID A HEIDA
1823 SHOESTRING RD                  18521 E QUEEN CREEK RD              HEIDA LAW OFFICE PLLC
GOODING ID 83330-5361               105-481                             PO BOX 216
                                    QUEEN CREEK AZ 85142-5864           KIMBERLY ID 83341-0216


HOLLIFIELD RANCHES INC              IRS                                 IDAHO AGCREDIT
22866 HIGHWAY 30                    CENTRALIZED INSOLVENCY OPER         CO DANIEL C GREEN
HANSEN ID 83334-5028                PO BOX 7346                         RACINE OLSON PLLP
                                    PHILADELPHIA PA 19101-7346          P O BOX 1391
                                                                        POCATELLO ID 83204-1391
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled NOT SERVED were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| IDAHO DEPT OF LANDS<br>PO BOX 83720<br>BOISE ID 83720-0003 | IDAHO MATERIALS  CONSTRUCTION<br>CO MILLER NASH LLP<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | IDAHO STATE BRAND DEPARTMENT<br>700 S STRATFORD DR<br>MERIDIAN ID 83642-6202 |
| IDAHO STATE TAX COMMISSION<br>PO BOX 36<br>BOISE ID 83722-0036 | (P)INNOVATIVE FOOD SOLUTIONS USA LLC<br>134 E HIGHWAY 81<br>BURLEY ID 83318-5427 | INTERSTATE BILLING SERVICE INC<br>PO BOX 2250<br>DECATUR AL 35609-2250 |
| THEODORE ISBELL<br>EXPERT CONSULTING SERVICES<br>2694 E 750 S<br>DECLO ID 83323-6001 | JC HOOF TRIMMING INC<br>3690 N 2570 E<br>TWIN FALLS ID 83301-1004 | JD HEISKELL HOLDINGS LLC<br>17220 WRIGHT ST STE 200<br>OMAHA NE 68130-4667 |
| JOHN DEERE FINANCIAL<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 | JP MORGAN CHASE<br>PO BOX 6294<br>CAROL STREAM IL 60197-6294 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO NATIONAL BANKRUPTCY SERVICES LLC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| SUZANNE JADERHOLM<br>JOHNSON MAY<br>199 N CAPITAL BLVD<br>SUITE 200<br>BOISE ID 83702-6197 | JAKE MILLENKAMP<br>1719 RIVER ROAD<br>BUHL ID 83316-5302 | JAMES FARRELL  CO<br>13810 SE EASTGATE WAY<br>SUITE 520<br>BELLEVUE WA 98005-4467 |
| JEAN L THOMPSON<br>255 N 250 W<br>JEROME ID 83338-5363 | JEFFREY E ROLIG<br>PO BOX 5455<br>TWIN FALLS ID 83303-5455 | JEFFREY J GRIEVE<br>PO BOX 366<br>TWIN FALLS ID 83303-0366 |
| JOHN DEERE CONSTRUCTION AND FORESTRY COMPANY<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 | JOHN DEERE FINANCIAL FSB<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 | K R RENTAL INC<br>256 A SOUTH 600 W<br>HEYBURN ID 83336-9750 |
| KANDER LLC<br>2538 CARROLWOOD ROAD<br>NAPERVILLE IL 60540-8395 | KEITH D AND JANET CARLSON<br>3866 E 3800 N<br>HANSEN ID 83334-5012 | KENWORTH SALES COMPANY INC<br>CO BENOIT LAW<br>PO BOX 366<br>TWIN FALLS ID 83303-0366 |
| KINGHORN MEDICAL LLC<br>248 S COLE RD<br>BOISE ID 83709-0934 | KRAUS FARMS LLC<br>165 SOUTH 400 WEST<br>RUPERT ID 83350-9672 | MATTHEW KREMER<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6524 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MATTHEW KREMER<br>OMELVENY   MYERS LLP<br>1301 AVENUE OF THE AMERICAS<br>SUITE 1700<br>NEW YORK NY 10019-6022 | DAVID T KRUECK<br>HAWLEY TROXELL ENNIS   HALWEY LLP<br>877 W MAIN ST<br>SUITE 500<br>STE 200<br>BOISE ID 83702-6030 | JOHN F KURTZ JR<br>KURTZ LAW PLLC<br>910 W MAIN<br>SUITE 364<br>BOISE ID 83702-5740 |
| LES SCHWAB TIRE CENTERS OF IDAHO LLC<br>PO BOX 5350<br>BEND OR 97708-5350 | (P)LAND VIEW   INC<br>ATTN DAN NOBLE<br>P O BOX 475<br>RUPERT ID 83350-0475 | LAND VIEW INC<br>CO GERY W EDSON<br>PO BOX 448<br>BOISE ID 83701-0448 |
| KARYN LLOYD<br>GORDON REES SCULLY MANSUKHANI LLP<br>999 W MAIN STREET<br>100<br>BOISE ID 83702-9001 | KARYN LLOYD<br>GORDON REES SCULLY MANSUKHANI LLP<br>999 W MAIN STREET 100<br>BOISE ID 83702-9001 | MWI VETERINARIAN SUPPLY INC<br>3041 W PASADENA DRIVE<br>BOISE ID 83705-4776 |
| JED W MANWARING<br>ELAM   BURKE PA<br>251 E FRONT STREET<br>PO BOX 1539<br>STE 300<br>BOISE ID 83701-1539 | ROBERT MARCUS<br>KANDER LLC<br>341 N LAFAYETTE ST<br>MACOMB IL 61455-1505 | LORENZO MARINUZZI<br>MORRISON   FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-0050 |
| JAMES JUSTIN MAY<br>JOHNSON MAY<br>199 N CAPITOL BLVD<br>STE 200<br>BOISE ID 83702-6197 | ZACHERY JAMES MCCRANEY<br>HOLLAND   HART LLP<br>800 W MAIN ST 1750<br>STE 1750<br>BOISE ID 83702-5974 | CHRISTOPHER C MCCURDY<br>HOLLAND   HART LLP<br>800 WEST MAIN STREET<br>STE 1750<br>BOISE ID 83702-5974 |
| MERCK ANIMAL HEALTH<br>ATTN LEGAL DEPTANIMAL HEALTH<br>126 EAST LINCOLN AVENUE<br>PO BOX 2000<br>RAHWAY NJ 07065-0900 | METLIFE REAL ESTATE LENDING LLC<br>CO KIMBELL D GOURLEY<br>10801 MASTIN BLVD<br>SUITE 700<br>OVERLAND PARK KS 66210-1673 | METLIFE REAL ESTATE LENDING LLC<br>CO RON C BINGHAM II ESQ<br>ADAMS AND REESE LLP<br>3424 PEACHTREE ROAD NE SUITE 1600<br>ATLANTA GEORGIA 30326-1139 |
| METROPOLITAN LIFE INSURANCE COMPANY<br>CO KIMBELL D GOURLEY<br>10801 MASTIN BLVD<br>SUITE 700<br>OVERLAND PARK KS 66210-1673 | METROPOLITAN LIFE INSURANCE COMPANY A<br>NEW Y<br>CO RON C BINGHAM II ESQ<br>ADAMS AND REESE LLP<br>3424 PEACHTREE ROAD NE SUITE 1600<br>ATLANTA GEORGIA 30326-1139 | MICHAEL CHOJNACKY<br>51 W 600 N<br>JEROME ID 83338-5016 |
| WILLIAM MILLENKAMP<br>471 N 300 W<br>JEROME ID 83338-5078 | DEBTOR<br>MILLENKAMP CATTLE INC<br>471 NORTH 300 WEST<br>JEROME ID 83338-5078 | RHETT MICHAEL MILLER<br>PARSONS LOVELAND SHIRLEY   LINDSTROM<br>PO BOX 910<br>BURLEY ID 83318-0910 |
| MILNER HAY<br>1154 W 200 S<br>MURTAUGH ID 83344-5388 | MOSS FARMS OPERATIONS LLC<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 | MOSS GRAIN PARTNERSHIP<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DO NOT SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MOSS GRAIN PARTNERSHIP<br>301 SCOTT AVE SUITE 4<br>RUPERT ID 83350-5100 | JOHN D MUNDING<br>MUNDING PS<br>309 E FARWELL RD<br>STE 310<br>SPOKANE WA 99218-8209 | NAPA AUTO PARTS<br>PO BOX 1425<br>TWIN FALLS ID 83303-1425 |
| JASON RONALD NAESS<br>DOJUST<br>550 WEST FORT ST<br>STE 698<br>BOISE ID 83724-0101 | JAMES NIEMEIER<br>MCGRATH NORTH<br>1601 DODGE STREET<br>SUITE 3700<br>OMAHA NE 68102-1627 | JAMES J NIEMEIER<br>MCGRATH NORTH MULLIN  KRATZ PC LLO<br>1601 DODGE STREET<br>STE 3700<br>OMAHA NE 68102-1650 |
| COOPER NORMAN<br>PO BOX 5399<br>TWIN FALLS ID 83303-5399 | JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET<br>STE 2000<br>DENVER CO 80203-4554 | JOHN OBRIEN<br>SPENCER FANE LLP<br>1700 LINCOLN STEET<br>SUITE 2000<br>DENVER CO 80203-4554 |
| GABRIEL L OLIVERA<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6524 | GABRIEL LUIS OLIVERA<br>OMELVENY  MYERS LLP<br>1301 AVENUE OF THE AMERICAS<br>STE 1700<br>NEW YORK NY 10019-6022 | OVERHEAD DOOR<br>489 S LOCUST<br>TWIN FALLS ID 83301-7849 |
| PTG OF IDAHO LLC<br>CO HOLLAND N ONEIL FOLEY  LARDNER L<br>2021 MCKINNEY AVENUE STE 1600<br>DALLAS TX 75201-3340 | DOMENIC E PACITTI<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 MARKET STREET<br>SUITE 1000<br>WILMINGTON DE 19801-3030 | PAN AMERICAN LIFE INSURANCE<br>1778 N PLANO RD<br>STE 310<br>RICHARDSON TX 75081-1958 |
| PERFORMIX NUTRITION SYSTEMS<br>2201 N 20TH STREET<br>NAMPA ID 83687-6849 | PERFORMIX NUTRITION SYSTEMS LLC<br>MUNDING PS<br>309 E FARWELL RD STE 310<br>SPOKANE WA 99218-8209 | MARK BRADFORD PERRY<br>PERRY LAW PC<br>POB 637<br>BOISE ID 83701-0637 |
| PIVOT MAN INC<br>ROBIN JONES<br>PO BOX 355<br>PAUL ID 83347-0355 | SCOTT C POWERS<br>SPENCER FANE LLP<br>10 EXCHANGE PLACE 11TH FLR<br>SALT  LAKE CITY UT 84111-2824 | PRIME RIDGE BEEF LLC<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 |
| PRO RENTALS   SALES<br>PO BOX 5450<br>C12<br>KALISPELL MT 59903-5450 | PRO TECH SERVICE COMPANY<br>1550 KIMBERLY RD<br>TWIN FALLS ID 83301-7341 | PROGRESSIVE DAIRY SERVICE  SUPPLIES CORP<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 |
| PROGRESSIVE DAIRY SERVICE  SUPPLY CORP<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 | QUILL CORPORATION<br>PO BOX 102419<br>COLUMBIA SC 29224-2419 | RABO AGRIFINANCE LLC<br>CO SHEILA R SCHWAGER<br>PO BOX 1617<br>BOISE ID 83701-1617 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/DUP/EPIQ SERVICE have not been served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RABO AGRIFINANCE LLC AS ADMINISTRATIVE AGEN<br>CO SHEILA SCHWAGER<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>PO BOX 1617<br>BOISE ID 83701-1617 | RAFT RIVER RURAL ELECTRIC COOPERATIVE INC<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 | CHERYL RAMBO<br>IDAHO STATE POLICE<br>700 S STRATFORD DR<br>MERIDIAN ID 83642-6242 |
| REXEL USA INC DBA PLATT ELECTRIC SUPPLY<br>MCCONNELL WAGNER SYKES + STACEY PLLC<br>827 E PARK BLVD STE 201<br>BOISE ID 83712-7782 | REXEL USA INC DBA PLATT ELECTRIC SUPPLY<br>827 E PARK BLVD STE 201<br>BOISE IDAHO 83712-7782 | JANINE PATRICE REYNARD<br>AVERY LAW<br>3090 E GENTRY WAY<br>SUITE 250<br>MERIDIAN ID 83642-3596 |
| HOLLY ROARK<br>ROARK LAW OFFICES<br>950 BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | ROARK LAW OFFICES<br>950 BANNOCK ST 11TH FL<br>BOISE ID 83702-5999 | ROCKY MOUNTAIN AGRONOMICS<br>1912 WEST MAIN STREET<br>BURLEY ID 83318-1611 |
| ROGERS MACHINERY COMPANY INC<br>PO BOX 230429<br>PORTLAND OR 97281-0429 | EVAN THOMAS ROTH<br>1101 W RIVER ST STE 110<br>BOISE ID 83702-7067 | BRIAN MICHAEL ROTHSCHILD<br>PARSONS BEHLE  LATIMER<br>201 SOUTH MAIN STREET SUITE 1800<br>SALT LAKE CITY UT 84111-2218 |
| TIRZAH R ROUSSELL<br>DENTONS DAVIS BROWN PC<br>THE DAVIS BROWN TOWER<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES IA 50309-3621 | MIRANDA RUSSELL<br>MORRISON  FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-0050 | MIRANDA K RUSSELL<br>MORRISON  FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-0050 |
| SANDTON CAPITAL PARTNERS LP<br>16 W 46TH STREET 1ST FLOOR<br>NEW YORK NY 10036-4503 | (P)SCHAEFFER MANUFACTURING COMPANY<br>ATTN DENIS MCCARTHY<br>2600 S BROADWAY<br>SAINT LOUIS MO 63118-1828 | NIKOLAUS F SCHANDLBAUER<br>20 F STREET NW<br>SUITE 500<br>WASHINGTON DC 20001-6703 |
| SCHMIDT CATTLE HAULING<br>848 E 3400 N<br>CASTLEFORD ID 83321-6422 | ANDREW SCHOULDER<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 | ANDREW J SCHOULDER<br>NORTON ROSE FULBRIGHT US LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 |
| SCHOWS TRUCK CENTER<br>PO BOX 2208<br>DECATUR AL 35609-2208 | SCHUIL AG REAL ESTATE INC<br>5020 W MINERAL KING AVE<br>VISALIA CA 93291-5364 | SHEILA RAE SCHWAGER<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>877 MAIN STREET SUITE 200<br>PO BOX 1617<br>BOISE ID 83701-1617 |
| SHEILA R SCHWAGER<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>PO BOX 1617<br>BOISE ID 83701-1617 | SIX STATES DISTRIBUTORS INC<br>29787 NETWORK PLACE<br>CHICAGO IL 60673-1297 | LOUIS V SPIKER<br>MILLER NASH LLP<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled UNDELIVERABLE were not served via First Class USPS Mail Service.

SPRINKLERSHOP INC
PO BOX 599
PAUL ID 83347-0599

ST GENETICS
INGURAN USA INC
22575 STATE HWY 6 SOUTH
NAVASOTA TX 77868-8297

STANDING 16 RANCH LAND COMPANY LLC
335 W 300 N
JEROME ID 83338-5217

STANDLEE AG RESOURCES
CO MILLER NASH LLP
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

STANDLEE AG RESOURCES
CO MILLER NASH LLP ATTN LOUIS SPIKER
950 W BANNOCK ST STE 1100
BOISE ID 83702-6140

STAR FALLS FARMS LLC
1908 E 1300 S
HAZELTON ID 83335-5428

STEEL RANCH LLC
2597 E 1100 S
HAZELTON ID 83335-5621

STEVEN R HOGAN II
409 S 17TH STREET 500
OMAHA NE 68102-2603

MICHAEL R STEWART
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS MN 55402-7508

STOTZ EQUIPMENT
2670 KIMBERLY RD E
TWIN FALLS ID 83301-7984

MATTHEW A STURZEN
SHERMAN SHERMAN JOHNNIE  HOYT LLP
693 CHEMEKETA STREET NE
SALEM OR 97301-3732

SUMMIT AG APPRAISAL INC
995 S 1150 E
ALBION ID 83311-9710

THE DAIRY SOLUTIONS GROUP
409 S 17TH STREET 500
OMAHA NE 68102-2603

THE FORBES SECURITIES GROUP LLC DBA
FORBES
6400 S FIDDLERS GREEN CIRCLE
SUITE 850
GREENWOOD VILLAGE CO 80111-4994

THE SPRINKLER SHOP
PO BOX 599
PAUL ID 83347-0599

MEREDITH LEIGH THIELBAHR
GORDON  REES  SEATTLE
701 FIFTH AVENUE
STE 2100
SEATTLE WA 98104-7084

TRIPLE C FARMS LLC
474 S 500 W
JEROME ID 83338-6027

KIM J TROUT
TROUT LAW PLLC
3778 PLANTATION RIVER DR STE 101
BOISE ID 83703-3086

US COMMODITIES LLC
730 SECOND AVENUE S SUITE 700
MINNEAPOLIS MN 55402-2480

US TRUSTEE
550 WEST FORT ST STE 698
BOISE ID 83724-0101

ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE WI 53158-3686

UNITED ELECTRIC COOP INC
CO RHETT M MILLER
PO BOX 910
BURLEY ID 83318-0910

VALLEY WIDE COOPERATIVE INC
CO DAVID W GADD STOVER GADD  ASSOC
PO BOX 1428
TWIN FALLS ID 83303-1428

VALLEY WIDE COOPERATIVE INC
CO DAVID W GADD
STOVER GADD  ASSOCIATES PLLC
PO BOX 1428
TWIN FALLS IDAHO 83303-1428

LANCE VANDEMARK
EXPERT CONSULTING SERVICES
2694 E 750 S
DECLO ID 83323-6001

FRANCISCO VAZQUEZ
NORTON ROSE FULBRIGHT
1301 AVENUE IF THE AMERICAS
NEW YORK NY 10019-6022

FRANCISCO VAZQUEZ
NORTON ROSE FULBRIGHT US LLP
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled NOT SERVED were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| VISERION GRAIN LLC<br>385 BROADWAY ST<br>BOULDER CO 80305-3303 | VISERION GRAIN LLC<br>CO SAWTOOTH LAW OFFICES PLLC<br>213 CANYON CREST DR STE 200<br>TWIN FALLS ID 83301-3053 | VITERRA USA GRAIN LLC<br>1331 CAPITOL AVE<br>OMAHA NE 68102-1197 |
| VITERRA USA GRAIN LLC AND VITERRA USA INGRE<br>CO RACINE OLSON PLLP<br>PO BOX 1391<br>POCATELLO ID 83204-1391 | VITERRA USA INGREDIENTS LLC<br>1331 CAPITOL AVE<br>OMAHA NE 68102-1197 | WAG SERVICES INC<br>8121 W HARRISON ST<br>TOLLESON AZ 85353-3328 |
| JOSEPH MARK WAGER JR<br>MCCONNELL WAGNER SYKES   STACEY<br>827 E PARK BLVD SUITE 201<br>BOISE ID 83712-7782 | BRITTA E WARREN<br>BLACK HELTERLINE LLP<br>805 SW BROADWAY SUITE 1900<br>PORTLAND OR 97205-3359 | WENDELL TRUCK AND AUTO<br>PO BOX 213<br>356 S IDAHO ST<br>WENDELL ID 83355-5209 |
| WESTERN CONSTRUCTION INC<br>PO BOX 15569<br>BOISE ID 83715-5569 | WESTERN STATES EQUIPMENT CO<br>500 EAST OVERLAND ROAD<br>MERIDIAN ID 83642-6606 | WESTWAY FEED<br>BARR CREDIT SERVICES<br>3444 N COUNTRY CLUB RD<br>STE 200<br>TUCSON AZ 85716-0815 |
| WILBURELLIS COMPANY LLC<br>CO MATTHEW A STURZEN<br>PO BOX 2247<br>SALEM OR 97308-2247 | WILBURELLIS NUTRITION LLC<br>CO MATTHEW A STURZEN<br>PO BOX 2247<br>SALEM OR 97308-2247 | WILLIAMS MESERVY   LARSEN<br>POST OFFICE BOX 168<br>153 EAST MAIN STREET<br>JEROME ID 83338-2332 |
| BRENT RUSSEL WILSON<br>HAWLEY TROXELL ENNIS   HAWLEY LLP<br>877 MAIN STREET SUITE 200<br>BOISE ID 83702-6030 | YOUNG CDJR OF BURLEY LLC<br>PO BOX 1530<br>LAYTON UT 84041-6553 | YOUREE LAND   LIVESTOCK INC<br>3953 NORTH 3300 EAST<br>TWIN FALLS ID 83301-0348 |
| CO DAVID A COLEMAN YOUREE LAND LIVESTOCK<br>COLEMAN RITCHIE   JACOBSON<br>PO BOX 525<br>TWIN FALLS ID 83303-0525 | | |