Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
Suzanne Jaderholm, ISB: 12555
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
          jjm@johnsonmaylaw.com
          sj@johnsonmaylaw.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>    Debtor.<br><br>Filing relates to:<br><br>☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | Case No.  24-40158-NGH<br><br>Chapter 11<br><br><br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the professional(s) listed on **Exhibit A** hereto (the "Professional(s)") has applied to the United States Bankruptcy Court for the District of Idaho for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing February 1, 2025, and ending February 28, 2025 (the "Application Period"). As detailed on **Exhibit A**, the Professional(s) seek allowance and payment of interim compensation for 75% of the fees for services rendered, plus 100% of the interim expenses incurred during the Application Period.

Pursuant to the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within fourteen (14) calendar days after the date of mailing of this notice on the Office of the United States Trustee, the Debtor, and any Official Committee of Unsecured Creditors appointed herein.

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: March 5, 2025.

DATE: March 5, 2025

   /s/ Matt Christensen_____
JOHNSON MAY
Matthew T. Christensen
Counsel for the Debtors

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025 – PAGE 2

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 5th day of March 2025, I caused to be served a true and correct copy of the foregoing NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Ron C. Bingham
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

Bunge Canada
c/o David D. Farrell, Esq.
One Bank Plaza
Suite 2700
St. Louis, MO 63101

Nikolaus F. Schandlbauer
20 F Street NW
Suite 500
Washington, DC 20001

W. Kent Carter
One North Franklin
Suite 800
Chicago, IL 60606

Scott F. Gautier
1800 Century Park East
Ste. 1500
Los Angeles, CA 90067

Zachery J. McCraney
Holland & Hart
PO Box 2527
800 W. Main St., Suite 1750
Boise, ID 83701

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg, LLP
919 Market St
Suite 1000
Wilmington, DE 19801

Michael R. Stewart
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Suite 200
Omaha, NE 68130

Wilbur Ellis Nutrition-Rangen
c/o Tony Champion
PO Box 706
115 13th Ave. South
Buhl, ID 83316

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

NOTICE OF JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025 – PAGE 4

Viterra USA Grain, LLC  
Viterra USA Ingredients, LLC  
c/o Alicia Burns  
1331 Capitol Ave.  
Omaha, NE 68102  

Land View, Inc.  
c/o Dan Noble  
PO Box 475  
Rupert, ID 83350  

      /s/ Matt Christensen  
      Matthew T. Christensen

Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
Suzanne Jaderholm, ISB: 12555
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com
      sj@johnsonmaylaw.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE INC.<br><br>    Debtor.<br><br>Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br>Chapter 11<br><br>[NO HEARING REQUIRED]<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE
AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE MONTH OF FEBRUARY 2025**

Johnson May (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of February 2025 (the "Application Period") in accordance with the *Order Establishing*

*Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Docket No. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A. The Firm is Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B. The Firm billed a total of $23,709.39 in fees and expenses during the Application Period. The total fees represent 75.40 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| February 1-28, 2025 | $23,112.50 | $596.89 | $23,709.39 |

C. Accordingly, the Firm seeks allowance of interim compensation in the amount of **$17,931.27** at this time. This total is comprised as follows: $17,334.38 (75% of the fees for services rendered) plus $596.89 (100% of the expenses incurred).

D. Attached as **Exhibit "A"** hereto is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days

after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

      F.      The Firm no longer holds funds in its client trust account on behalf of the Debtor, as previous applications exceeded the initial retainer payment from the Debtor. The Debtor will pay the full requested amount of $17,931.27 from its accounts at its discretion.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATE: March 5th 2025

          /s/ Matt Christensen
JOHNSON MAY
Matthew T. Christensen
Attorney for the Debtors

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025 – Page 3

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 5th day of March, 2025, I caused to be served a true and correct copy of the foregoing JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

JOHNSON MAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025 – Page 4

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on this such date I caused my staff to serve the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

Bunge Canada
c/o Greg Zemaitis
1391 Timberlake Manor Parkway
Chesterfield, MO 63017

Viterra USA Grain, LLC
Viterra USA Ingredients, LLC
c/o Alicia Burns
1331 Capitol Ave.
Omaha, NE 68102

J.D. Heiskell Holding, LLC
c/o Tyler (Tab) Berger
17220 Wright St., Ste 200
Omaha, NE 68130

Land View, Inc.
c/o Dan Noble
P.O. Box 475
Rupert, ID 83350

Wilbur Ellis Nutrition – Rangen
c/o Tony Champion
P.O. Box 706
115 13th Ave. So.
Buhl, ID 83316

    /s/ Matt Christensen
Matthew T. Christensen

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| DATE | PROF | DESCRIPTION | UNITS | RATE | VALUE |
| **B110 CASE ADMINISTRATION** | | | | | |
| 2/3/2025 | Matt Christensen | Prepare draft status report (.3); phone call with KM re status report and timing of plan filing (.3); phone call with client team (.7); call with CRO to discuss plan terms (.4) | 1.70 | $425.00 | $722.50 |
| 2/3/2025 | Allison Daniels | Prepare Ballot for First Amended Plan. | 0.10 | $150.00 | $15.00 |
| 2/4/2025 | Matt Christensen | Attend status conference hearing (.5); phone call with CRO (.2); group call with client team (.3); phone call with KM (.2); Call with UCC professionals (.4) | 1.60 | $425.00 | $680.00 |
| 2/5/2025 | Allison Daniels | Email correspondence to Krystal & Tirzah re plan signature pages. | 0.10 | $150.00 | $15.00 |
| 2/10/2025 | Matt Christensen | Update call with client team (1.2); call with Andrew S re: various issues (.5); call with Rob M re: followup on Andrew and team call (.3). | 2.00 | $425.00 | $850.00 |
| 2/11/2025 | Matt Christensen | Zoom call with client team (.5); call with UCC professionals (1); calls with co-counsel (.2), Rob Marcus (.3) and ASchoulder (.2); calls and emails with Judge Holt's clerk (.3). | 2.50 | $425.00 | $1,062.50 |
| 2/14/2025 | Allison Daniels | Prepare Notice of Increased Rated Charged by Johnson May. | 0.20 | $0.00 | $0.00 |
| 2/14/2025 | Allison Daniels | Prepare letter to Client re 2025 rate increases. | 0.10 | $0.00 | $0.00 |
| 2/14/2025 | Matt Christensen | Phone call with MetLife attorneys (.5); email update to clients re: MetLife call (.2); call with CRO (.3). | 1.00 | $425.00 | $425.00 |
| 2/15/2025 | Matt Christensen | Calls with client, CRO, and co-counsel discussing updates and next steps. | 1.20 | $425.00 | $510.00 |
| 2/17/2025 | Matt Christensen | Call with client team (.9); emails with UCC attorneys (.1); call with Grimshaw re: Dentons withdrawal (.1). | 1.10 | $425.00 | $467.50 |
| 2/18/2025 | Allison Daniels | Attend Case Strategy Team Meeting; Discuss withdrawal of Dentons. | 1.00 | $150.00 | $150.00 |
| 2/18/2025 | Suzie Jaderholm | Case strategy meeting w/ MTC and ARD discussing amended plan, upcoming settlement conference, settlement conference memo, fee applications, drafting objections to fee requests, pending stay relief motion, and other misc. matters. (1.0) | 1.00 | $200.00 | $200.00 |
| 2/18/2025 | Matt Christensen | Update meeting with internal team re: various work tasks (1); call with Rob Marcus (.2). | 1.20 | $425.00 | $510.00 |
| 2/18/2025 | Suzie Jaderholm | Review email from MTC to interested parties with notes from phone call with Judge Holt re upcoming settlement conference details (0.1) | 0.10 | $0.00 | $0.00 |
| 2/19/2025 | Suzie Jaderholm | Review email from Sheila Schwager with production requests (0.1) | 0.10 | $200.00 | $20.00 |
| 2/19/2025 | Suzie Jaderholm | Review Order regarding judicial settlement conference entered by Judge Holt (0.1) | 0.10 | $200.00 | $20.00 |
| 2/19/2025 | Suzie Jaderholm | Revise Notice of Appearance to reflect updated parties in header and on ECF notice. | 0.20 | $200.00 | $40.00 |
| 2/19/2025 | Suzie Jaderholm | Email(s) from Kander and MTC re parties attending Settlement Conference and facilitating remote connection | 0.10 | $0.00 | $0.00 |
| 2/20/2025 | Suzie Jaderholm | Call with Client Team (0.7) | 0.70 | $200.00 | $140.00 |
| 2/20/2025 | Matt Christensen | Call with MetLIfe counsel (.2); daily call with client team (.8); respond to email inquiry from RAF (.1). | 1.10 | $425.00 | $467.50 |
| 2/20/2025 | Suzie Jaderholm | Review email from MTC to Shelia re Glanbia (0.1) | 0.10 | $0.00 | $0.00 |
| 2/21/2025 | Suzie Jaderholm | Call with Client Team (0.3). | 0.30 | $200.00 | $60.00 |
| 2/21/2025 | Matt Christensen | Call with clients (.2). | 0.20 | $425.00 | $85.00 |
| 2/24/2025 | Suzie Jaderholm | Call with Client Team (0.5) | 0.50 | $200.00 | $100.00 |
| 2/24/2025 | Allison Daniels | Analyze and prepare for filing Millenkamp Properties' January MOR. | 0.20 | $150.00 | $30.00 |
| 2/24/2025 | Allison Daniels | Analyze and prepare for filing Millenkamp Properties II's January MOR. | 0.20 | $150.00 | $30.00 |
| 2/24/2025 | Allison Daniels | Analyze and prepare for filing Millenkamp Family's January MOR. | 0.20 | $150.00 | $30.00 |
| 2/24/2025 | Allison Daniels | Analyze and prepare for filing Millenkamp Enterprises' January MOR. | 0.20 | $150.00 | $30.00 |
| 2/24/2025 | Allison Daniels | Analyze and prepare for filing Idaho Jersey Girls' January MOR. | 0.20 | $150.00 | $30.00 |
| 2/24/2025 | Allison Daniels | Analyze and prepare for filing Idaho Jersey Girls Jerome Dairy's January MOR. | 0.20 | $150.00 | $30.00 |
| 2/24/2025 | Matt Christensen | Daily call with clients (.5); calls with Rob Marcus and ASchoulder re: FA meetings and updates (.7). | 1.20 | $425.00 | $510.00 |
| 2/24/2025 | Allison Daniels | Analyze and prepare for filing Goose Ranch's January MOR. | 0.20 | $150.00 | $30.00 |
| 2/24/2025 | Allison Daniels | Analyze and prepare for filing East Valley Cattle's January MOR. | 0.20 | $150.00 | $30.00 |
| 2/24/2025 | Allison Daniels | Analyze and prepare for filing Black Pine Cattle's January MOR. | 0.20 | $150.00 | $30.00 |
| 2/24/2025 | Allison Daniels | Analyze and prepare for filing Millenkamp Cattle's January MOR (3.2); Confer with MTC re "moonshine" (0.1). | 3.30 | $150.00 | $495.00 |
| 2/25/2025 | Matt Christensen | Daily call with clients (.2); review and update 506(b) order and email BWilson and JObrien re: same (.2); follow-up call with Rob Marcus (.2). | 0.60 | $425.00 | $255.00 |
| 2/25/2025 | Suzie Jaderholm | Call with Client Team (0.3) | 0.30 | $200.00 | $60.00 |
| 2/25/2025 | Suzie Jaderholm | Review emails regarding postponing UCC call (0.1) | 0.10 | $0.00 | $0.00 |
| 2/25/2025 | Suzie Jaderholm | Read Email correspondence from MTC and Scott D. Fink re John Deere Treatment in plan (0.2) | 0.20 | $0.00 | $0.00 |
| 2/26/2025 | Suzie Jaderholm | Call with client team discussing issues and communications with parties in interest. | 0.80 | $200.00 | $160.00 |
| 2/26/2025 | Suzie Jaderholm | Researching District of Idaho Case law re: Over Secured Creditor's Legal Fees | 0.40 | $200.00 | $80.00 |
| 2/26/2025 | Matt Christensen | Work on plan bullet point summary (2.2); daily call with client team (.8); prepare settlement statement outline (.3); finalize and submit 506(b) order (.1); draft email to Andrew Schoulder re: FA meetings (.4). | 3.80 | $425.00 | $1,615.00 |
| 2/27/2025 | Matt Christensen | Emails with CNH counsel re: plan treatment and attendance at settlement conf (.2); emails with clients re: RAF FA call (.3); participate in daily call with clients (.8); emails and phone call with RAF attorneys re FA calls (.5); emails with GP attorneys re: arbitration and adversary case (.2). | 2.00 | $425.00 | $850.00 |
| 2/27/2025 | Suzie Jaderholm | Call with Client Team | 0.80 | $200.00 | $160.00 |
| 2/27/2025 | Suzie Jaderholm | Discuss Status Conference and hearing on Fees with MTC and JJM (0.1) | 0.10 | $0.00 | $0.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/27/2025 | Suzie Jaderholm | Review email from MTC to Client team providing General Settlement Statement Outline and Outline of general plan terms with redlines for proposals from other parties (0.2); Email from David Heida re same (0.1) | 0.30 | $0.00 | $0.00 |
| 2/27/2025 | Suzie Jaderholm | Review email from Rob re John Deer concerns with Exhibits (0.1). | 0.10 | $0.00 | $0.00 |
| 2/28/2025 | Matt Christensen | Daily call with clients (.7); call with RMarcus re: fee applications and plan/settlement conf discussions (.3); update and send email to RAF attorneys re: ongoing FA calls (.2). | 1.20 | $425.00 | $510.00 |
| 2/6/2025 | Allison Daniels | Analyze January time entries (0.4); Prepare Exhibit A to January Fee Application (0.6); Prepare January Cover Sheet (0.2); Prepare Notice of January Fee Application (0.2). | 1.40 | $150.00 | $210.00 |
| 2/12/2025 | Matt Christensen | Review research re: DIP loan (.3); phone call with client team (.3); phone call with co-counsel (.2); call with Judge Holt's chambers (.5); compile docs and respond to RAF document request (.4). | 1.70 | $425.00 | $722.50 |
| | | **Total:** | **38.40** | | **$12,437.50** |
| **B140 RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS** | | | | | |
| 2/18/2025 | Matt Christensen | Call with clients and GP attorneys re: EVD stay relief motion. | 0.60 | $425.00 | $255.00 |
| 2/28/2025 | Matt Christensen | Prepare and file Objection to EVDs Mtn for Relief from Stay. | 0.30 | $425.00 | $127.50 |
| | | **Total:** | **0.90** | | **$382.50** |
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 2/10/2025 | Matt Christensen | Review and file monthly interim fee app. | 0.30 | $425.00 | $127.50 |
| 2/18/2025 | Allison Daniels | Email correspondence to Kati Churchill re Cooper Norman Fee Application. | 0.10 | $150.00 | $15.00 |
| 2/19/2025 | Matt Christensen | Review and approve Notice of fee increase | 0.10 | $425.00 | $42.50 |
| 2/19/2025 | Suzie Jaderholm | Review Cooper Norman Fee Spreadsheets | 0.40 | $200.00 | $80.00 |
| 2/19/2025 | Allison Daniels | Phone call with Kati Churchill re Cooper Norman Fee Application. | 0.60 | $150.00 | $90.00 |
| 2/19/2025 | Allison Daniels | Analyze documents provided for Cooper Norman Fee Application (3.0); Prepare Exhibit B to Cooper Norman Fee Application (2.3). | 5.30 | $150.00 | $795.00 |
| 2/19/2025 | Suzie Jaderholm | Discuss status of Cooper Norman Fee Application with ARd | 0.20 | $200.00 | $40.00 |
| 2/19/2025 | Allison Daniels | Attempted phone call to Lance Fenton re fee application (0.1); Attempted phone call to Ryan Matthews re fee application (0.1); Attempted phone call to Rachel Tokhi re fee application (0.1); Attempted phone call to Tyson Bingham re fee application (0.1);Attempted phone call to Ashley Rivers re fee application (0.1); Attempted phone call to Emily Goodey re fee application (0.1); Attempted phone call to Adam Thompson re fee application (0.1); Attempted phone call to Erica Gardner re fee application (0.1); Attempted phone call to Kevin Boyle re fee application (0.1); | 0.90 | $150.00 | $135.00 |
| 2/19/2025 | Suzie Jaderholm | Review email correspondence and documents provided from Dentons re Cooper Norman's Fee Application | 0.20 | $200.00 | $40.00 |
| 2/20/2025 | Suzie Jaderholm | Review emails between Lance Fenton at Cooper Norman and ARD re Fee Application (0.1). | 0.10 | $200.00 | $20.00 |
| 2/20/2025 | Allison Daniels | Analyze August, September, and October time entry report for Cooper Norman (1.0); Continue preparing Exhibit B to Cooper Norman Fee Application (2.5). | 3.50 | $150.00 | $525.00 |
| 2/20/2025 | Allison Daniels | Revise and format Exhibit B for Cooper Norman Fee Application. | 3.00 | $0.00 | $0.00 |
| 2/20/2025 | Allison Daniels | Email correspondence with Lance at Cooper Norman re Fee Application issues. | 0.20 | $150.00 | $30.00 |
| 2/21/2025 | Allison Daniels | Review email from Lance re travel time (0.1); Revise Exhibit B to Fee Application (0.2). | 0.30 | $150.00 | $45.00 |
| 2/21/2025 | Allison Daniels | Prepare Cooper Norman's First Application for Interim Fees (0.6); Prepare Notice of Fee Application (0.1). | 0.70 | $150.00 | $105.00 |
| 2/21/2025 | Suzie Jaderholm | Review of Cooper Norman Interim Fee App | 0.80 | $200.00 | $160.00 |
| 2/24/2025 | Suzie Jaderholm | Revise Fee application and notice of fee application | 0.60 | $200.00 | $120.00 |
| 2/25/2025 | Matt Christensen | Review and revise final fee app for Dentons (.2); prepare and submit order re: employment of CRO (.4); phone call with BCahoon re: order (.1). | 0.70 | $425.00 | $297.50 |
| | | **Total:** | **18.00** | | **$2,667.50** |
| **B170 FEE/EMPLOYMENT OBJECTIONS** | | | | | |
| 2/27/2025 | Matt Christensen | Review UST objection to OMM interim fee application and forward to client with comments. | 0.30 | $425.00 | $127.50 |
| | | **Total:** | **0.30** | | **$127.50** |
| **B190 OTHER CONTESTED MATTERS (EXCLUDING ASSUMPTION/REJECTION MOTIONS)** | | | | | |
| 2/18/2025 | Matt Christensen | Phone call with Judge Holt re: settlement conf logistics (.4); email details to clients after call (.1). | 0.50 | $425.00 | $212.50 |
| 2/27/2025 | Matt Christensen | Work on settlement conference statement. | 3.60 | $425.00 | $1,530.00 |
| 2/27/2025 | Matt Christensen | Review and redline proposed EVD Adversary complaint and Cover Sheet. | 0.60 | $425.00 | $255.00 |
| 2/28/2025 | Matt Christensen | Emails with GP and client re: EVD adversary case (.2); continue working on draft of Settlement Conf statement (2.7). | 2.90 | $425.00 | $1,232.50 |
| 2/28/2025 | Matt Christensen | Work on settlement statement. | 0.50 | $425.00 | $212.50 |
| | | **Total:** | **8.10** | | **$3,442.50** |
| **B320 PLAN AND DISCLOSURE STATEMENT (INCLUDING BUSINESS PLAN)** | | | | | |
| 2/4/2025 | Matt Christensen | Revise and edit 2nd Amended Plan (3.4); zoom call with client team to go over plan terms (1). | 4.40 | $425.00 | $1,870.00 |
| 2/5/2025 | Matt Christensen | Review and revise new Disclosure Statement (1); phone calls with co-counsel and CRO re: plan & DS (.4); group call with clients re: DS (.3); additional call with CRO re: plan and settlement conf (.5). | 2.20 | $425.00 | $935.00 |
| 2/25/2025 | Matt Christensen | Communicate with several creditors via email re: plan issues. | 0.50 | $425.00 | $212.50 |
| 2/25/2025 | Suzie Jaderholm | Review redline changes to Chapter 11 Plan provided by Ron Bingham. | 0.30 | $200.00 | $60.00 |
| 2/27/2025 | Matt Christensen | Review proposed plan changes from Sandton (.4); email Sandton re: phone call to discuss (.1); continue work on Plan Terms outline (1). | 1.50 | $425.00 | $637.50 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/28/2025 | Matt Christensen | Call with MetLife attorneys re: plan redlines (.8). | 0.80 | $425.00 | $340.00 |
| | | **Total:** | **9.70** | | **$4,055.00** |
| | | **FEES TOTAL:** | **75.40** | | **$23,112.50** |
| **COSTS** | | | | | |
| 2/1/2025 | | Certificate of Service 1-07-25 (Second App for Interim Compensation mailing) | 1.00 | | $319.92 |
| 2/19/2025 | | Airfare (March settlement conference) | 1.00 | | $276.97 |
| | | Total: | | | |
| | | **TOTAL COSTS:** | **2.00** | | **$596.89** |
| | | **GRAND TOTAL:** | **75.40** | | **$23,709.39** |
| | | Staff Summary: | | | |
| | MTC | Matthew T. Christensen | 43.90 | $425.00 | $18,657.50 |
| | SJ | Suzie Jaderholm | 7.80 | $200.00 | $1,560.00 |
| | SJ | Suzie Jaderholm | 1.10 | $0.00 | $0.00 |
| | ARD | Allison R. Daniels | 19.30 | $150.00 | $2,895.00 |
| | ARD | Allison R. Daniels | 3.30 | $0.00 | $0.00 |
| | | | 75.40 | | $23,112.50 |