## United States Bankruptcy Court
## Eastern District of Washington

THE CHINOOK TOWER BUILDING
402 E. YAKIMA AVE., SUITE 200
YAKIMA, WA 98901

WHITMAN L. HOLT                                                                            TELEPHONE – (509) 576-6122
UNITED STATES BANKRUPTCY JUDGE                                                 FAX – (509) 576-6101

March 10, 2025

**VIA CM/ECF DOCKETING**

Hon. Noah G. Hillen
U.S. Bankruptcy Court for the District of Idaho
James A. McClure Federal Building and Courthouse
550 W. Fort St.
Boise, ID 83724

Re: <u>Status Report About Settlement Efforts in Case No. 24-40158-NGH</u>

Dear Chief Judge Hillen:

On February 10, 2025, you appointed me to serve as a settlement judge in *In re Millenkamp Cattle, Inc, et al.*, Lead Case No. 24-40158-NGH (Bankr. D. Idaho).[1] I write to report on my work as Settlement Judge.

On March 6 and March 7, 2025, I conducted a confidential in-person settlement conference among the various parties referenced in the prefatory language of my order docketed at ECF No. 915. The settlement process allowed the debtors to reach agreement with some—but not all—of the parties regarding the terms of a consensual plan. I have not scheduled further settlement conferences at this time, but indicated to the parties that I am not yet ending my work as Settlement Judge in this matter and could schedule further settlement conferences (likely via Zoom) if the applicable parties believe doing so would be a productive exercise.

Sincerely,

Whitman L. Holt
United States Bankruptcy Judge

---

[1] ECF No. 903. Capitalized terms used in this letter have the meanings ascribed to those terms by your appointment order.