Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
         golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II) |

SUPPLEMENT TO SECOND APPLICATION OF O'MELVENY & MYERS LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2024 THROUGH NOVEMBER 30, 2024 - 1

| | |
|---|---|
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Idaho Jersey Girls Jerome Dairy | |

**SUPPLEMENT TO SECOND APPLICATION OF O'MELVENY & MYERS LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2024 THROUGH NOVEMBER 30, 2024**

The Official Committee of Unsecured Creditors of Millenkamp Cattle, Inc., *et al*. (the "Committee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, hereby submits this supplement to the *Second Application of O'Melveny & Myers LLP for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period August 1, 2024 through November 30, 2024* [ECF No. 893] (the "Second Interim Fee Application"), and respectfully states as follows:

**BACKGROUND**

1. On May 24, 2024, Committee filed an application to employ O'Melveny & Myers LLP ("OMM") as counsel (the "Employment Application") pursuant to section 328(a) of the Bankruptcy Code.

2. On July 22, 2024, the Court granted the Employment Application pursuant to section 328(a) of the Bankruptcy Code [ECF No. 511].

3. On May 16, 2024, the Court entered the *Order Establishing Interim Fee and Expense Reimbursement Procedures* [ECF No. 303] (the "Interim Fee Procedures"), which set forth the form and procedures for estate professional to request payment of fees and expenses.

4. On August 29, 2024, OMM filed its first interim fee application covering the period of May 21, 2024 through July 31, 2024 (the "First Interim Fee Application") [ECF No. 585], in

which OMM requested allowance of total fees and costs in the amount of $371,370.87. As disclosed in the First Interim Fee Application, pursuant to the Order Establishing Interim Fee Procedures, the Debtors paid OMM a total of $215,722.63, which represented 75% of fees and 100% of expenses for the first interim period.

5.  After a hearing on the First Interim Fee Application, the Court entered an Order approving all of OMM's expenses in the amount of $2,310.65 and awarded fees in the amount of $100,000 [ECF No. 660]. Under the Court's Order approving the First Interim Fee Application, any amounts not approved will be set for an evidentiary hearing at a later date.

6.  On February 6, 2025, OMM filed its Second Interim Fee Application seeking payment of fees totaling $495,702.98 and expenses totaling $9,544.68 for the four-month period.

7.  On February 27, 2025, Jonas V. Anderson, the Acting United States Trustee (the "U.S. Trustee") filed the *United States Trustee's Objection to Second Application of O'Melveny & Myers LLP for Allowance and Payment of Interim Compensation and Reimbursement of Expenses* [ECF No. 930] (the "U.S. Trustee's Objection").[1]

## SUPPLEMENT TO SECOND INTERIM FEE APPLICATION

8.  OMM indicated on its Second Interim Fee Application that it had requested, but had not been paid, the fees and expenses requested in the Cover Sheet Applications during the Second Interim Period. After filing the Second Interim Fee Application, and pursuant to the Interim Fee Procedures, the Debtors paid OMM $381,32.92 in fees and expenses, which constitutes 75% of the fees and all of the expenses requested in the Second Interim Period.

9.  The U.S. Trustee and the Committee have conferred regarding the Second Interim Fee Application and the U.S. Trustee's Objection. The U.S. Trustee has agreed to adjourn the U.S.

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Second Interim Fee Application and the U.S. Trustee's Objection, as applicable.

SUPPLEMENT TO SECOND APPLICATION OF O'MELVENY & MYERS LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2024 THROUGH NOVEMBER 30, 2024 - 3

Trustee's Objection to the final evidentiary hearing on OMM's fees. OMM will request that such evidentiary hearing be set for a date following the confirmation hearing in these cases. In the interim, OMM and the U.S. Trustee have agreed to seek to consensually resolve the issues identified by the U.S. Trustee's Objection.

10.

Date: March 11, 2025

*/s/ Julian Gurule*
O'MELVENY & MYERS LLP
Julian Gurule

*/s/ Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2025, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 11th day of March 2025.

/s/ *Bruce A. Anderson*
Bruce A. Anderson