Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Attorneys for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br>MILLENKAMP CATTLE, INC.,<br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

DEBTORS' RESPONSE TO UNSECURED CREDITORS COMMITTEE'S PROFESSIONALS'
SECOND INTERIM FEE APPLICATIONS – Page 1

## DEBTORS' RESPONSE TO UNSECURED CREDITORS COMMITTEE'S PROFESSIONALS' SECOND INTERIM FEE APPLICATIONS

Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), by and through their counsel of record, provides the following clarification to the Second Application of O'Melveny & Myers LLP for Allowance and Payment of Interim Compensation and Reimbursement of Expenses (Docket No. 893 – the "OMM Application") and the Second Application of Armory Securities LLC for Allowance and Payment of Interim Compensation (Docket No, 894 – the "Armory Application") prior to the March 13, 2025, hearing.

The Court previously entered an Order Establishing Interim Fee Application and Expense Reimbursement Procedures (Docket No. 303), which allowed for monthly fee applications and payments. Additionally, both OMM and Armory previously filed a First Interim Application for fees and expenses which were previously addressed by the court.

*OMM Summary*

OMM has billed $1,057,063.97 through January 2025. As of March 11, 2025, OMM has been paid $660,427.74, which is equivalent to 75% of Fees + 100% of Expenses for May through November. OMM has not yet been paid the remaining 25% of Fees for May through November, not have they been paid any amounts for December through January. The outstanding balance to OMM through January 2025 is $396,636.23.

*Armory Summary*

Armory has billed $573,116.51 through January 2025. As of March 11, 2025, Armory has been paid $295,857.94, which is equivalent to all of May through July (allowed by the Court pursuant to the first interim fee application) and 75% of Fees and 100% of Expenses for August & September 2024. Armory has not yet been paid for the remaining 25% of Fees for August or September, and has not been paid anything for October through January. Armory's outstanding

balance is currently $275,262.57. ($1,996.00 was disallowed at the hearing on Armory's first interim fee application and is therefore subtracted from this outstanding balance.)

While the Debtors do not object to the current interim fee applications, the Debtors reserve all objections to any final fee application filed by OMM or Armory.

DATED this 11th day of March, 2025.

        JOHNSON MAY

        */s/ Matt Christensen*
        _____
        MATTHEW T. CHRISTENSEN
        Attorney for the Debtors

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2025, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

DEBTORS' RESPONSE TO UNSECURED CREDITORS COMMITTEE'S PROFESSIONALS' SECOND INTERIM FEE APPLICATIONS – Page 4

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.


     /s/ Matt Christensen
MATTHEW T. CHRISTENSEN