Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
jjm@johnsonmaylaw.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

DEBTORS' STATUS REPORT FOR MARCH 2025 OMNIBUS HEARING – Page 1

**DEBTORS' STATUS REPORT FOR MARCH 2025 OMNIBUS HEARING**

Millenkamp Cattle, Inc. (together with its affiliated entities, the "Debtors" or "Millenkamp Cattle"), by and through their counsel of record, and pursuant to the Court's Order (Docket No. 725), provides the following status report prior to the March 13, 2025, omnibus status hearing:

1. *The status of administration of the Estates*.

The Debtors continue to operate and generate income. They are current on all reporting requirements (including weekly reporting to the parties and Monthly Operating Reports). The Debtors previously filed a Second Amended Plan and Second Amended Disclosure Statement. The Debtors also recently participated in a judicial settlement conference with all relevant parties, and anticipate filing a Third Amended Plan and Third Amended Disclosure Statement based on that settlement conference. The Third Amended Plan incorporates certain agreed-upon changes with parties as a result of the settlement conference.

2. *Any upcoming motions or other relief that the Debtors anticipate seeking*.

The Disclosure Statement is currently set for hearing on April 3 and 4, 2025. The Debtors anticipate still hearing the Third Amended Disclosure Statement at that hearing. Based on that hearing timing, the Debtors intend to inquire about potential confirmation hearing dates in late May 2025.

The Debtors initiated an adversary proceeding against East Valley Development ("EVD"), based on issues related to the digester project on the East Valley Dairy property near Declo, Idaho. EVD has not yet filed an Answer in that proceeding, and that adversary case continues to progress.

The Debtors believe the outstanding issues between nearly all creditors parties have been addressed in the upcoming Third Amended Plan. The Debtors remain committed to ongoing

DEBTORS' STATUS REPORT FOR MARCH 2025 OMNIBUS HEARING – Page 2

discussions with creditors who remain opposed to the proposed Third Amended Plan and Disclosure Statement.

Also pending for the March 13, 2025, hearing are 3 motions:

A. An application for compensation for O'Melveny & Myers (the UCC's counsel) (Docket No. 893). The US Trustee filed an objection to this Application. The Debtors have filed a response to that application.

B. An application for compensation for Armory Securities (the UCC's financial advisor) (Docket No. 894). No objections were filed to this Application, but the Debtors' response also applies to this application.

C. A Motion for Relief from Stay filed by EVD (Docket No. 908). The Debtors objected to this motion, as it relates to the arbitration which has since been dismissed and therefore the stay relief motion is moot.

3. *Any other matters of which the Debtors believe the Court should be aware*.

The court previously approved the Debtors' continued use of cash collateral through the end of April, 2025. Based on the re-scheduling of the Disclosure Statement and confirmation hearing, the Debtors anticipate there will be an additional cash collateral motion made. Depending on the timing of a final confirmation hearing, the Debtors anticipate a chance the continued cash collateral use will be stipulated to by the parties.

DATED this 11th day of March, 2025.

JOHNSON MAY

*/s/ Matt Christensen*

MATTHEW T. CHRISTENSEN
Attorney for the Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2025, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.


      /s/ Matt Christensen
MATTHEW T. CHRISTENSEN