**MORRISON FOERSTER**

707 WILSHIRE BOULEVARD
SUITE 6000
LOS ANGELES
CALIFORNIA 90017-3543

TELEPHONE: 213.892.5200
FACSIMILE: 213.892.5454

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI, NEW
YORK, PALO ALTO, SAN DIEGO, SAN
FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

March 6, 2025

Writer's Direct Contact
+1 (213) 892-5551
GKoltun@mofo.com

Via E-Mail
tedservice@givenspursley.com
jasonblakley@givenspursley.com

Thomas E. Dvorak
Jason J. Blakley
Givens Pursley LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720

Re:  Unauthorized Modifications to FAN Header Manifold at EVD Manure Separation Facility

Dear Counsel:

We are legal counsel to East Valley Development, LLC ("EVD"). We are writing to you in your capacity as outside counsel to East Valley Cattle, LLC ("EVC") and Millenkamp Cattle, Inc. (collectively, "Millenkamp"), regarding Millenkamp's ongoing dangerous and unlawful attempts to modify equipment at the Manure Separation Facility that is the subject of the Ground Lease between EVD and EVC. On behalf of EVD, we hereby demand that Millenkamp *immediately cease and desist* from any further activity relating to modifications of the FAN Header Manifold at the Manure Separation Facility building ("MSF").

We understand that on March 4, 2024, Millenkamp's contractors -- Ridgeline and Farmore -- began work at the MSF to modify the FAN Header Manifold without EVD's permission, including cutting and welding activities without having obtained a hot work permit, without personal protective equipment ("PPE") and without even a nearby fire extinguisher. Millenkamp's contractors also started drilling into the concrete base where the separators are installed, raising concerns about the integrity of the surrounding equipment and the impact on EVD's operations. EVD's operators were forced to evacuate the building for their own safety, and the ongoing activity by Millenkamp's contactors has interfered with EVD's ability to address routine operational issues at the MSF.

The MSF is an OSHA-regulated facility. Millenkamp was expressly instructed (via e-mail) not to access the building without proper OSHA compliance procedures, including checking-

sf-6612153

**MORRISON FOERSTER**

Thomas E. Dvorak
Jason J. Blakley
March 6, 2025
Page Two

in and wearing the required PPE. But Millenkamp's contractors disregarded those procedures. Furthermore, EVD has never had the opportunity to vet the unapproved design with its safety team or the engineer of record, creating the potential for unsafe working conditions and improper alteration of the existing equipment.

Millenkamp has no right, contractual or otherwise, to make the alterations it is attempting to make on a unilateral basis (even apart from the obvious safety issues). Millenkamp complains about the quantity of bedding produced by the MSF, but the alterations it is trying to make will not change the quantity of material produced (we note that Millenkamp has not been able to keep up with the volume of material already being produced). Regardless, however, the FAN Header Manifold cannot be altered without first having both agreement of the parties and approval of the engineer of record. Furthermore, aside from the fact that neither the Ground Lease nor the Manure Supply Agreement gives Millenkamp the right to make unilateral changes to the project design, if any such unilateral changes are made to the FAN Header Manifold, it risks voiding the warranty for all workmanship in the Manure Separation Facility and voiding the byproduct specification requirements.

EVD previously advised on February 28, 2025 via e-mail to Millenkamp that it has itself commissioned plans to modify the FAN Header Manifold in a manner similar to what Millenkamp is apparently now attempting to do without approved plans. Millenkamp has not responded to EVD's modification request from the February 28, 2025 email. As indicated above, the modifications will not materially increase the production of bedding; they will simply reduce the cost of operating the MSF, which of course EVD already bears. EVD is prepared to share the completed design with Millenkamp and work in good faith to proceed to make the modifications on an expeditious basis once approved by all relevant parties. But EVD is not willing to allow changes to be made on a haphazard and unsafe basis, without approved plans.

This will also confirm what EVD has previously advised Millenkamp, which is that EVD will not pause operations at the MSF in order to allow Millenkamp's contractors to conduct installation of any unapproved alterations.

Please advise us as soon as possible and in no event later than the close of business on Friday, March 7, 2025 whether or not Millenkamp, through its contractors, intends to continue work at the MSF over EVD's objections. If Millenkamp does not commit to cease and desist from further unauthorized activities, then EVD will have no choice but to seek expedited relief to order Millenkamp and its contractors to cease and desist so that EVD's operators can safely return to the MSF and continue their work.

sf-6612153

**MORRISON FOERSTER**

Thomas E. Dvorak
Jason J. Blakley
March 6, 2025
Page Three

EVD hereby reserves any and all rights as against Millenkamp and its contractors with regard to the unauthorized work that has been performed to date, and any damages incurred as a result thereof.

Sincerely,

*/s/ Gregory B. Koltun*

Gregory B. Koltun

sf-6612153