Janine P. Reynard (ISB #6030)
AVERY LAW
3090 E. Gentry Way, Ste 250
Meridian, ID 83642
Telephone: (208) 639-9400
Facsimile: (208) 994-3182
Email: janine@averylaw.net

-and-

Lorenzo Marinuzzi (admitted *pro hac vice*)
Raff Ferraioli (admitted *pro hac vice*)
Miranda Russell (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: LMarinuzzi@mofo.com
        RFerraioli@mofo.com
        MRussell@mofo.com

*Attorneys for East Valley Development, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Family | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

1

| |
|---|
| ☐ Goose Ranch |
| ☐ Black Pine Cattle |
| ☐ Millenkamp Enterprises |
| ☐ Idaho Jersey Girls Jerome Dairy |

## CERTIFICATE OF SERVICE

COMES NOW, Janine P. Reynard, and hereby certifies that on March 11, 2025, I electronically filed *East Valley Development's Amended Motion for Relief from the Automatic Stay to Proceed with Arbitration* (Doc 950), on the CM/ECF system, which sent electronic notice to the following persons:

| | |
|---|---|
| Daniel C Green | dan@racineolson.com, mcl@racinelaw.net |
| Matthew W Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T Krueck | dkrueck@hawleytroxell.com |
| John F Kurtz, Jr | jfk@kurtzlawllc.com |
| Karyn Lloyd | klloyd@grsm.com |
| William K. Carter | kentcarter@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| James Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett Michael Miller | rmiller@magicvalley.law |
| John D Munding | john@mundinglaw.com |
| Jason Ronald Naess AUST | Jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Gabriel Luis Olivera | golivera@omm.com |
| Mark Bradford Perry | mbp@perrylawpc.com |
| Oren B. Haker | oren.haker@bhlaw.com |
| Britta E. Warren | britta.warren@bhlaw.com |
| Scott C Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Robert E Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |

| | |
|---|---|
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila Rae Schwager | sschwager@hawleytroxell.com, jbrocious@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A Sturzen | matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| Kim J Trout | ktrout@trout-law.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Joseph Mark Wager, Jr. | wager@mwsslawyers.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com |
| Bruce Anderson | baafiling@eaidaho.com |
| Laura Burri | lburri@morrowfischer.com |
| David Coleman | david@colemanjacobsonlaw.com |
| Eric R Clark | eclark101@hotmail.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| W. Kent Carter | kentcarter@grsm.com |
| Matthew T. Christensen | mtc@johnsonmay.com |
| Thomas E. Dvorak | ted@givenspursley.com |
| Christopher McCurdy | ccmccurdy@hollandhart.com |
| Zachery J. McCraney | zjmccraney@hollandhart.com |
| Gery Edson | gedson@gedson.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Connor Bray Edlund | edlund@mwsslawyers.com |
| Kimbell Gourley | kgourley@idalaw.com |
| Alexandra Caval | alex@cavallawoffice.com |
| David W Gadd | dwg@magicvalleylaw.com |
| Brian Faria | brian@sawtoothlaw.com |
| Heidi Buck Morrison | heidi@racineolson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| William Reed Cotton | wrc@idlawfirm.com |

Dated: March 11, 2025                                      */s/ Janine P. Reynard*
                                                                               Janine P. Reynard