Janine P. Reynard (ISB #6030)
AVERY LAW
3090 E. Gentry Way, Ste 250
Meridian, ID 83642
Telephone: (208) 639-9400
Facsimile: (208) 994-3182
Email: janine@averylaw.net

-and-

Lorenzo Marinuzzi (admitted *pro hac vice*)
Raff Ferraioli (admitted *pro hac vice*)
Miranda Russell (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: LMarinuzzi@mofo.com
         RFerraioli@mofo.com
         MRussell@mofo.com

*Attorneys for East Valley Development, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
|---|---|
| Filing Relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Family | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

MOTION TO SHORTEN TIME

East Valley Development, LLC ("EVD"), by and through its undersigned attorneys, hereby moves this court for an order shortening the required time for the Preliminary Hearing on *East Valley Development's Amended Motion for Relief from the Automatic Stay to Proceed with Arbitration*, pursuant to Fed. R. Bankr. P. 9006(c) such that a hearing may be held on March 13, 2025 at 12:30 p.m. This hearing will be conducted telephonically.

EVD's original stay relief motion, filed on February 14, 2025 at Docket No. 908, is set to be heard on March 13, 2025. Recent developments required EVD to prepare and file an Amended Motion on an expedited basis. For judicial efficiency and prompt attention to the pending matter, EVD prays this court will grant the Motion to Shorten Time for the Amended stay relief request to be addressed.

Dated: March 11, 2025

AVERY LAW

*/s/ Janine P. Reynard*
Janine P. Reynard (ISB #6030)

-AND-

MORRISON & FOERSTER LLP
Lorenzo Marinuzzi (admitted pro hac vice)
Raff Ferraioli (admitted pro hac vice)
Miranda Russell (admitted pro hac vice)

*Attorneys for East Valley Development, LLC*