Janine P. Reynard (ISB #6030)
AVERY LAW
3090 E. Gentry Way, Ste 250
Meridian, ID 83642
Telephone: (208) 639-9400
Facsimile: (208) 994-3182

-and-

Lorenzo Marinuzzi (admitted *pro hac vice*)
Raff Ferraioli (admitted *pro hac vice*)
Miranda Russell (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email:  LMarinuzzi@mofo.com
        RFerraioli@mofo.com
        MRussell@mofo.com

*Attorneys for East Valley Development, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., | |
| Debtor. | |
| Filing relates to: | Jointly Administered With Case Nos.: |
| ☒ ALL DEBTORS | 24-40159-NGH (Idaho Jersey Girls) |
| ☐ Millenkamp Cattle, Inc. | 24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |
| ☐ Idaho Jersey Girls | 24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family) |
| ☐ East Valley Cattle | 24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle) |
| ☐ Millenkamp Properties | 24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Millenkamp Family | |
| ☐ Goose Ranch | Chapter 11 Cases |
| ☐ Black Pine Cattle | |

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

## SUPPLEMENT TO EAST VALLEY DEVELOPMENT'S AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH ARBITRATION

East Valley Development, LLC ("EVD"), by and through its undersigned attorneys, hereby files this supplement to its *Amended Motion for Relief from the Automatic Stay to Proceed with Arbitration* [Docket No. 950] (the "Amended Motion"). Pursuant to the Amended Motion, EVD seeks an order from this Court confirming that EVD may seek emergency injunctive relief before the American Arbitration Association (the "AAA") without violating the Automatic Stay or, in the alternative, granting limited relief from the Automatic Stay to seek such relief. To supplement the facts set forth in the Amended Motion to reflect yesterday's events, EVD respectfully states as follows:

### SUPPLEMENT TO AMENDED MOTION

1. Pursuant to the Amended Motion, EVD endeavored to prevent the Debtors and their contractors from performing physical modifications to the FAN Header Manifold without EVD's consent, and without the consent of the engineer-of-record. EVD was deeply concerned that these unauthorized modifications would violate OSHA requirements and result in an indefinite shut down of the Manure Separation Facility, and that any work would likely have to be redone given that the Debtors' intended modifications had no engineering approval. EVD also knew that this unauthorized work was likely to result in the voiding of the contractor's warranty on the Manure Separation Facility.

2. Unfortunately, even though EVD pleaded with the Debtors to not perform these unauthorized modifications, they did so on Tuesday, March 11 over EVD's strenuous objections. Specifically, on March 10, the Debtors informed EVD that they were shutting down one of the

2

facility's buildings at 9:00 a.m. the following day to complete their work to the FAN Header Manifold.  In response, EVD reiterated to the Debtors that they would not shut down operations at the facility because the Debtors' work was unauthorized and shutting down power risked damage to the facility.

3. On March 11, the Debtors' contractor notified one of EVD's operators that they would be entering the facility in 30 minutes and shutting down the feed pumps.  The Debtors' contractors then ignored all of EVD's instructions and objections and unilaterally shut off power to the facility to complete the unauthorized modifications.  Thus, the unauthorized work that formed the basis of EVD's Amended Motion was completed.

4. As a result of the Debtors' unauthorized work, EVD has been forced to shut down operations at the facility completely.  Operations cannot resume until the engineer-of-record has reviewed and approved all of the work performed by the Debtors and EVD has filed the required OSHA reporting documents, among other things.  Furthermore, it is unclear if the facility can even resume operations with the Debtors' modifications; the work may have to be redesigned and redone.  The contractor for the Manure Separation Facility has issued written notice to EVD that the Debtors' unauthorized work "voids our warranty on the thickened manure system upstream of the screw presses" and "[i]t does not look like the new header is adequately supported[,] causing unknown stresses through the line into the sections that were installed by [the contractor]."  EVD has noticed other obvious errors in the modifications done by the Debtors' vendors that will at a minimum require correction, and possibly a complete removal of the work performed.

5. Accordingly, at this time EVD cannot operate the Manure Supply Facility and has "locked out" the facility so that it cannot be restarted until the various issues are addressed.

3

Because the Debtors have already performed the work that EVD sought to restrain, EVD no longer asks the Court to confirm that EVD may seek expedited relief from the AAA to prevent the work from being done. But EVD will need the Debtors' full cooperation in assessing the damage that has been done and taking the steps required to get the facility back into operation as soon as possible and thus believes that expedited stay relief is still needed.

6. Additionally, EVD respectfully requests to use tomorrow's hearing as a status conference to set an expedited briefing schedule and reserve a hearing date for EVD's forthcoming motion to compel arbitration of the Complaint as well as all of EVD's claims relating to the FAN Header Manifold dispute.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 12, 2025          MORRISON & FOERSTER LLP

*/s/ Raff Ferraioli*
Lorenzo Marinuzzi (admitted *pro hac vice*)
Raff Ferraioli (admitted *pro hac vice*)
Miranda Russell (admitted *pro hac vice*)

-AND-

AVERY LAW

*/s/ Janine P. Reynard*
Janine P. Reynard (ISB #6030)
*Attorneys for East Valley Development, LLC*