# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| IN RE: | CASE NO: 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 954 |

On 3/13/2025, I did cause a copy of the following documents, described below,

Amended Motion For Approval of Compromise ECF Docket Reference No. 954

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/13/2025

/s/ David Heida
David Heida  6980
Attorney for Debtor
Heida Law Office, PLLC
P.O. Box 216
Kimberly, ID  83341
208 320 2569
david@heidalawoffice.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>MILLENKAMP CATTLE, INC | CASE NO: 24-40158-NGH<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 954 |

On 3/13/2025, a copy of the following documents, described below,

Amended Motion For Approval of Compromise ECF Docket Reference No. 954

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/13/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David Heida
Heida Law Office, PLLC
P.O. Box 216
Kimberly, ID  83341

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled NO/FCM SERVICE were not served via First Class USPS Mail Service.
CASE INFO
```

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>09768<br>CASE 24-40158-NGH<br>DISTRICT OF IDAHO<br>TWIN FALLS<br>WED MAR 12 16-46-10 MDT 2025 | KRYSTAL R MIKKILINENI<br>DENTONS DAVIS BROWN<br>215 10TH ST<br>STE 1300<br>DES MOINES IA 50309-3616 | A SCOTT JACKSON TRUCKING INC<br>CO WILLIAMS MESERVY  LARSEN LLP<br>POST OFFICE BOX 168<br>153 EAST MAIN STREET<br>JEROME ID 83338-2332 |
| AAA COW COMFORT LLC<br>PO BOX 307<br>KIMBERLY ID 83341-0307 | ABS GLOBAL<br>1525 RIVER RD<br>DEFOREST WI 53532-2430 | ARNOLD MACHINERY COMPANY<br>2975 WEST 2100 SOUTH<br>SALT LAKE CITY UT 84119-1273 |
| AD HOC COMMITTEE OF CORN SILAGE GROWERS<br>153 EAST MAIN STREET<br>PO BOX 168<br>JEROME ID 83338-0168 | ADDISON BIOLOGICAL LABORATORY INC<br>507 NORTH CLEVELAND ST<br>FAYETTE MO 65248-1083 | AIRGAS USA LLC<br>PO BOX 734445<br>CHICAGO IL 60673-4445 |
| AIRGAS USA LLC<br>110 WEST 7TH ST SUITE 1400<br>TULSA OK 74119-1077 | ALEXANDER K REED<br>4296 N 2100 E<br>FILER ID 83328-5046 | AMALGAMATED SUGAR<br>1951 S SATURN WAY<br>STE 100<br>BOISE ID 83709-2924 |
| AMERICAN CALF PRODUCTS (GOLDEN STATE MIXING<br>425 D STREET<br>TURLOCK CA 95380-5452 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | AMORY SECURITIES LLC<br>200 NORTH PACIFIC HWY<br>SUITE 1525<br>EL SEGUNDO CA 90245 |
| BRUCE A ANDERSON<br>320 EAST NEIDER AVENUE<br>SUITE 102<br>COEUR DALENE ID 83815-6007 | AUTOMATION WERX LLC<br>MORROW  FISCHER PLLC<br>4 OGDEN AVENUE<br>NAMPA ID 83651-2371 | AUTOMATION WERX LLC<br>PO BOX 3066<br>IDAHO FALLS ID 83403-3066 |
| CO DAVID A COLEMAN B  H FARMING<br>COLEMAN RITCHIE  JACOBSON<br>PO BOX 525<br>TWIN FALLS ID 83303-0525 | B  H FARMING AN IDAHO GENERAL PARTNERSHIP<br>PO BOX 123<br>RUPERT ID 83350-0123 | BS R DESIGN SUPPLIES<br>198 LOCUST ST S<br>TWIN FALLS ID 83301-7832 |
| RICHARD BERNARD<br>1177 AVENUE OF THE AMERICAS<br>41ST FLOOR<br>NEW YORK NY 10036-2714 | RON C BINGHAM II<br>3424 PEACHTREE ROAD NE<br>SUITE 1600<br>ATLANTA GA 30326-1139 | BLUE CROSS OF IDAHO<br>CO D BLAIR CLARK ATTY<br>967 PARKCENTER BLVD 282<br>BOISE ID 83706-6721 |
| BLUE CROSS OF IDAHO<br>CO D BLAIR CLARK ATTORNEY<br>967 E PARKCENTER BLVD 282<br>BOISE ID 83706-6721 | BLUE CROSS OF IDAHO HEALTH SERVICE INC<br>CO LAW OFFICE OF D BLAIR CLARK PC<br>967 EAST PARKCENTER BOULEVARD 282<br>BOISE ID 83706-6721 | BO STEVENSON DBA BA FARMS<br>1001 S 1900 E<br>HAZELTON ID 83335-5451 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled NOT SERVED were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| BRANDY A BARTHOLOMEW<br>CO ERIC R CLARK ATTORNEY<br>PO BOX 2504<br>EAGLE ID 83616-9118 | MORTON R BRANZBURG<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>1835 MARKET ST<br>SUITE 1400<br>PHILADELPHIA PA 19103-2945 | HEIDI BUCK MORRISON<br>RACINE OLSON PLLP<br>201 EAST CENTER STREET<br>POCATELLO ID 83201-6329 |
| BUNGE CANADA<br>CO DAVID D FARRELL<br>THOMPSON COBURN LLP<br>ONE US BANK PLAZA SUITE 2700<br>ST LOUIS MISSOURI 63101-1693 | BUNGE CANADA CO DAVID D FARRELL<br>DAVID D FARRELL ESQ<br>ONE US BANK PLAZA<br>SUITE 2700<br>ST LOUIS MO 63101-1616 | BURKS TRACTOR COMPANY INC<br>3140 KIMBERLY ROAD<br>TWIN FALLS ID 83301-8516 |
| BURKS TRACTOR COMPANY INC<br>OREN B HAKER<br>BLACK HELTERLINE LLP<br>805 SW BROADWAY SUITE 1900<br>PORTLAND OR 97205-3359 | LAURA E BURRI<br>MORROW  FISCHER PLLC<br>4 OGDEN AVENUE<br>83651<br>NAMPA ID 83651-2371 | CNH INDUSTRIAL CAPITAL AMERICA LLC<br>KENT CARTERGORDON REES<br>ONE NORTH FRANKLIN SUITE 800<br>CHICAGO IL 60606-3422 |
| BRETT R CAHOON<br>DOJUST<br>550 WEST FORT ST<br>STE 698<br>BOISE ID 83724-0101 | CAPITOL ONE<br>PO BOX 60599<br>CITY OF INDUSTRY CA 91716-0599 | (P)CARNE I CORP<br>134 E HIGHWAY 81<br>BURLEY ID 83318-5427 |
| W KENT CARTER<br>ONE NORTH FRANKLIN<br>SUITE 800<br>CHICAGO IL 60606-3422 | WILLIAM K CARTER<br>GORDON REES SCULLY MANSUKHANI LLP<br>ONE NORTH WACKER<br>SUITE 1600<br>CHICAGO IL 60606-2874 | ALEXANDRA O CAVAL<br>CAVAL LAW OFFICE PC<br>POB 1716<br>TWIN FALLS ID 83303-1716 |
| CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN VA 20147-6122 | (P)CENTURYTEL SERVICE GROUP LLC DBA CENTURYLI<br>931 14TH STREET 9TH FLOOR<br>DENVER CO 80202-2994 | MATTHEW T CHRISTENSEN<br>199 N CAPITOL BLVD<br>STE 200<br>BOISE ID 83702-6197 |
| MATTHEW T CHRISTENSEN<br>JOHNSON MAY PLLC<br>199 N CAPITOL BLVD<br>SUITE 200<br>BOISE ID 83702-6197 | CHRISTOPHER CAMARDELLO<br>1031 MENDOTA HEIGHTS ROAD<br>ST PAUL MN 55120-1419 | CITI CARDS<br>PO BOX 78019<br>PHOENIX AZ 85062-8019 |
| D BLAIR CLARK<br>967 E PARKCENTER BOULEVARD 282<br>BOISE ID 83706-6721 | ERIC R CLARK<br>PO BOX 2504<br>EAGLE ID 83616-9118 | CLINT D THOMPSON<br>298 N 200 W<br>JEROME ID 83338-5372 |
| COASTLINE EQUIPMENT COMPANY<br>2000 E OVERLAND RD<br>MERIDIAN ID 83642-6665 | DAVID A COLEMAN<br>PO BOX 525<br>TWIN FALLS ID 83303-0525 | COLONIAL LIFE<br>PROCESSING CENTER<br>PO BOX 1365<br>COLUMBIA SC 29202-1365 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled BY FCM SERVICE were served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CONNIE LAPASEOTES LTD<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | CONRAD BISHCOFF INC<br>2251 N HOLMES<br>PO BOX 50106<br>IDAHO FALLS ID 83405-0106 | CONTERRA HOLDINGS LLC DBA CONTERRA AG CAP<br>SPENCER FANE<br>1700 LINCOLN STREET<br>SUITE 2000<br>DENVER CO 80203-4554 |
| CONTERRA HOLDINGS LLC DBA CONTERRA AG CAPIT<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | WILLIAM REED COTTEN<br>ROBINSON   COTTEN<br>PO BOX 396<br>616 FREMONT STREET<br>RUPERT ID 83350-1611 | DAIMLER TRUCK FINANCIAL SERVICES USA LLC<br>CO RANDALL P MROCZYNSKI<br>COOKSEY TOOLEN GAGE DUFFY   WOOG<br>535 ANTON BOULEVARD SUITE 1000<br>COSTA MESA CA 92626-7664 |
| DAIRY TECH LLC<br>1031 MENDOTA HEIGHTS ROAD<br>ST PAUL MN 55120-1419 | DARITECH<br>8540 BENSON RD<br>LYNDEN WA 98264-9711 | DAVID CLARK<br>CLARK AMBULATORY CLINIC INC<br>1019 E 1020 S<br>ALBION ID 83311 |
| DAVIS LIVESTOCK INC<br>780 E CANNIBAL RD<br>LEWISTON UT 84320-2038 | DOUGLAS J GRANT<br>2050 E 500 S<br>HAZELTON ID 83335-5006 | DUSTY BROW FARMS INC<br>2601 E 1100 S<br>HAZELTON ID 83335-5623 |
| THOMAS E DVORAK<br>POB 2720<br>BOISE ID 83701-2720 | EAST VALLEY DEVELOPMENT LLC<br>CO AVERY LAW<br>3090 E GENTRY WAY STE 250<br>MERIDIAN ID 83642-3596 | EAST VALLEY DEVELOPMENT LLC<br>CO ADAM LEWIS ESQ<br>MORRISON   FOERSTER LLP<br>425 MARKET ST<br>SAN FRANCISCO CA 94105-2482 |
| CONNOR BRAY EDLUND<br>MCCONNELL WAGNER SYKES   STACEY PLLC<br>827 E PARK BLVD<br>STE 201<br>BOISE ID 83712-7782 | GERY W EDSON<br>POB 448<br>BOISE ID 83701-0448 | EDWARD CHOJNACKY<br>298 N 100 W<br>JEROME ID 83338-5406 |
| EIDE BAILLY LLP<br>4310 17TH AVE S<br>FARGO ND 58103-3339 | ELECTRICAL WERX   CONSTRUCTION LLC<br>PO BOX 3066<br>IDAHO FALLS ID 83403-3066 | ELEVATION ELECTRIC LLC<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 |
| ERIC CLARK<br>CLARK ASSOCIATES<br>PO BOX 2504<br>EAGLE ID 83616-9118 | JON B EVANS<br>DORSEY   WHITNEY LLP<br>101 S CAPITOL BLVD<br>SUITE 1100<br>BOISE ID 83702-7710 | EVANS PLUMBING<br>111 GULF STREAM LANE<br>HAILEY ID 83333-7725 |
| ZACHARY FAIRLIE<br>SPENCER FANE<br>1000 WALNUT<br>STE 1400<br>KANSAS CITY MO 64106-2168 | ZACHARY FAIRLIE<br>SPENCER FANE LLP<br>1000 WALNUT STREET<br>SUITE 1400<br>KANSAS CITY MO 64106-2168 | BRIAN FARIA<br>SAWTOOTH LAW OFFICES PLLC<br>1101 W RIVER STREET SUITE 110<br>83702<br>BOISE ID 83702-7067 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| FARMERS BANK<br>PO BOX 392<br>BUHL ID 83316-0392 | FASTENAL COMPANY<br>2001 THEURER BLVD<br>ATTN- LEGAL<br>WINONA MN 55987-9902 | RAFF FERRAIOLI<br>MORRISON  FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-0050 |
| FREDIN BROTHERS INC<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 | (P)GJ VERTILINE PUMPS INC<br>PO BOX 892<br>TWIN FALLS ID 83303-0892 | DAVID W GADD<br>STOVER GADD  ASSOCIATES PLLC<br>905 SHOSHONE ST N<br>PO BOX 1428<br>TWIN FALLS ID 83303-1428 |
| GALE W HARDING AND ASSOCIATES<br>329 W 7TH S<br>REXBURG ID 83440-9600 | SCOTT F GAUTIER<br>1800 CENTURY PARK EAST<br>STE 1500<br>LOS ANGELES CA 90067-1501 | GIVENS PURSLEY LLP<br>GIVENS PURSLEY LLP<br>601 W BANNOCK<br>PO BOX 2720<br>BOISE ID 83701-2720 |
| GLANBIA FOODS INC<br>CO ROBERT A FAUCHER<br>POB 2527<br>BOISE ID 83701-2527 | KIMBELL D GOURLEY<br>POB 1097<br>BOISE ID 83701-1097 | GRANT  HAGAN INC<br>PO BOX 326<br>HAZELTON ID 83335-0326 |
| GRANT 4D FARMS LLC<br>707 E 600 N<br>RUPERT ID 83350-9466 | GREATAMERICA FINANCIAL SERVICES<br>CORPORATION<br>ATTN PEGGY UPTON<br>625 FIRST ST SE<br>CEDAR RAPIDS IA 52401-2030 | DANIEL C GREEN<br>RACINE OLSON PLLP<br>201 EAST CENTER<br>PO BOX 1391<br>POCATELLO ID 83204-1391 |
| GREEN SOURCE AUTOMATION LLC<br>3506 MOORE ROAD<br>CERES CA 95307-9402 | MATTHEW W GRIMSHAW<br>GRIMSHAW LAW GROUP PC<br>800 W MAIN STREET STE 1460<br>BOISE ID 83702-5983 | JULIAN GURULE<br>400 SOUTH HOPE STREET<br>SUITE 1900<br>LOS ANGELES CA 90071-2811 |
| JULIAN GURULE<br>OMELVENY  MEYERS LLP<br>400 SOUTH HOPE STREET<br>SUITE 1900<br>LOS ANGELES CA 90071-2811 | JULIAN GURULE<br>OMELVENY  MYERS LLP<br>400 SOUTH HOPE STREET<br>STE 18TH FLOOR<br>LOS ANGELES CA 90071-2801 | OREN B HAKER<br>BLACK HELTERLINE LLP<br>805 SW BROADWAY<br>SUITE 1900<br>PORTLAND OR 97205-3359 |
| HATFIELD MANUFACTURING INC<br>1823 SHOESTRING RD<br>GOODING ID 83330-5361 | HEERINGA CONSTRUCTION LLC<br>18521 E QUEEN CREEK RD<br>105-481<br>QUEEN CREEK AZ 85142-5864 | DAVID A HEIDA<br>HEIDA LAW OFFICE PLLC<br>PO BOX 216<br>KIMBERLY ID 83341-0216 |
| HOLLIFIELD RANCHES INC<br>22866 HIGHWAY 30<br>HANSEN ID 83334-5028 | IRS<br>CENTRALIZED INSOLVENCY OPER<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IDAHO AGCREDIT<br>CO DANIEL C GREEN<br>RACINE OLSON PLLP<br>P O BOX 1391<br>POCATELLO ID 83204-1391 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled NO/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| IDAHO DEPT OF LANDS<br>PO BOX 83720<br>BOISE ID 83720-0003 | IDAHO MATERIALS  CONSTRUCTION<br>CO MILLER NASH LLP<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | IDAHO STATE BRAND DEPARTMENT<br>700 S STRATFORD DR<br>MERIDIAN ID 83642-6202 |
| IDAHO STATE TAX COMMISSION<br>PO BOX 36<br>BOISE ID 83722-0036 | (P)INNOVATIVE FOOD SOLUTIONS USA LLC<br>134 E HIGHWAY 81<br>BURLEY ID 83318-5427 | INTERSTATE BILLING SERVICE INC<br>PO BOX 2250<br>DECATUR AL 35609-2250 |
| THEODORE ISBELL<br>EXPERT CONSULTING SERVICES<br>2694 E 750 S<br>DECLO ID 83323-6001 | JC HOOF TRIMMING INC<br>3690 N 2570 E<br>TWIN FALLS ID 83301-1004 | JD HEISKELL HOLDINGS LLC<br>17220 WRIGHT ST STE 200<br>OMAHA NE 68130-4667 |
| JOHN DEERE FINANCIAL<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 | JP MORGAN CHASE<br>PO BOX 6294<br>CAROL STREAM IL 60197-6294 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO NATIONAL BANKRUPTCY SERVICES LLC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| SUZANNE JADERHOLM<br>JOHNSON MAY<br>199 N CAPITAL BLVD<br>SUITE 200<br>BOISE ID 83702-6197 | JAKE MILLENKAMP<br>1719 RIVER ROAD<br>BUHL ID 83316-5302 | JAMES FARRELL  CO<br>13810 SE EASTGATE WAY<br>SUITE 520<br>BELLEVUE WA 98005-4467 |
| JEAN L THOMPSON<br>255 N 250 W<br>JEROME ID 83338-5363 | JEFFREY E ROLIG<br>PO BOX 5455<br>TWIN FALLS ID 83303-5455 | JEFFREY J GRIEVE<br>PO BOX 366<br>TWIN FALLS ID 83303-0366 |
| JOHN DEERE CONSTRUCTION AND FORESTRY COMPANY<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 | JOHN DEERE FINANCIAL FSB<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 | K R RENTAL INC<br>256 A SOUTH 600 W<br>HEYBURN ID 83336-9750 |
| KANDER LLC<br>2538 CARROLWOOD ROAD<br>NAPERVILLE IL 60540-8395 | KEITH D AND JANET CARLSON<br>3866 E 3800 N<br>HANSEN ID 83334-5012 | KENWORTH SALES COMPANY INC<br>CO BENOIT LAW<br>PO BOX 366<br>TWIN FALLS ID 83303-0366 |
| KINGHORN MEDICAL LLC<br>248 S COLE RD<br>BOISE ID 83709-0934 | KRAUS FARMS LLC<br>165 SOUTH 400 WEST<br>RUPERT ID 83350-9672 | MATTHEW KREMER<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6524 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MATTHEW KREMER<br>OMELVENY  MYERS LLP<br>1301 AVENUE OF THE AMERICAS<br>SUITE 1700<br>NEW YORK NY 10019-6022 | DAVID T KRUECK<br>HAWLEY TROXELL ENNIS  HALWEY LLP<br>877 W MAIN ST<br>SUITE 500<br>STE 200<br>BOISE ID 83702-6030 | JOHN F KURTZ JR<br>KURTZ LAW PLLC<br>910 W MAIN<br>SUITE 364<br>BOISE ID 83702-5740 |
| LES SCHWAB TIRE CENTERS OF IDAHO LLC<br>PO BOX 5350<br>BEND OR 97708-5350 | (P)LAND VIEW INC<br>ATTN DAN NOBLE<br>P O BOX 475<br>RUPERT ID 83350-0475 | LAND VIEW INC<br>CO GERY W EDSON<br>PO BOX 448<br>BOISE ID 83701-0448 |
| KARYN LLOYD<br>GORDON REES SCULLY MANSUKHANI LLP<br>999 W MAIN STREET<br>100<br>BOISE ID 83702-9001 | KARYN LLOYD<br>GORDON REES SCULLY MANSUKHANI LLP<br>999 W MAIN STREET 100<br>BOISE ID 83702-9001 | MWI VETERINARIAN SUPPLY INC<br>3041 W PASADENA DRIVE<br>BOISE ID 83705-4776 |
| JED W MANWARING<br>ELAM  BURKE PA<br>251 E FRONT STREET<br>PO BOX 1539<br>STE 300<br>BOISE ID 83701-1539 | ROBERT MARCUS<br>KANDER LLC<br>341 N LAFAYETTE ST<br>MACOMB IL 61455-1505 | LORENZO MARINUZZI<br>MORRISON  FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-0050 |
| JAMES JUSTIN MAY<br>JOHNSON MAY<br>199 N CAPITOL BLVD<br>STE 200<br>BOISE ID 83702-6197 | ZACHERY JAMES MCCRANEY<br>HOLLAND  HART LLP<br>800 W MAIN ST 1750<br>STE 1750<br>BOISE ID 83702-5974 | CHRISTOPHER C MCCURDY<br>HOLLAND  HART LLP<br>800 WEST MAIN STREET<br>STE 1750<br>BOISE ID 83702-5974 |
| MERCK ANIMAL HEALTH<br>ATTN LEGAL DEPTANIMAL HEALTH<br>126 EAST LINCOLN AVENUE<br>PO BOX 2000<br>RAHWAY NJ 07065-0900 | METLIFE REAL ESTATE LENDING LLC<br>CO KIMBELL D GOURLEY<br>10801 MASTIN BLVD<br>SUITE 700<br>OVERLAND PARK KS 66210-1673 | METLIFE REAL ESTATE LENDING LLC<br>CO RON C BINGHAM II ESQ<br>ADAMS AND REESE LLP<br>3424 PEACHTREE ROAD NE SUITE 1600<br>ATLANTA GEORGIA 30326-1139 |
| METROPOLITAN LIFE INSURANCE COMPANY<br>CO KIMBELL D GOURLEY<br>10801 MASTIN BLVD<br>SUITE 700<br>OVERLAND PARK KS 66210-1673 | METROPOLITAN LIFE INSURANCE COMPANY A NEW Y<br>CO RON C BINGHAM II ESQ<br>ADAMS AND REESE LLP<br>3424 PEACHTREE ROAD NE SUITE 1600<br>ATLANTA GEORGIA 30326-1139 | MICHAEL CHOJNACKY<br>51 W 600 N<br>JEROME ID 83338-5016 |
| WILLIAM MILLENKAMP<br>471 N 300 W<br>JEROME ID 83338-5078 | DEBTOR<br>MILLENKAMP CATTLE INC<br>471 NORTH 300 WEST<br>JEROME ID 83338-5078 | RHETT MICHAEL MILLER<br>PARSONS LOVELAND SHIRLEY  LINDSTROM<br>PO BOX 910<br>BURLEY ID 83318-0910 |
| MILNER HAY<br>1154 W 200 S<br>MURTAUGH ID 83344-5388 | MOSS FARMS OPERATIONS LLC<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 | MOSS GRAIN PARTNERSHIP<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MOSS GRAIN PARTNERSHIP<br>301 SCOTT AVE SUITE 4<br>RUPERT ID 83350-5100 | JOHN D MUNDING<br>MUNDING PS<br>309 E FARWELL RD<br>STE 310<br>SPOKANE WA 99218-8209 | NAPA AUTO PARTS<br>PO BOX 1425<br>TWIN FALLS ID 83303-1425 |
| JASON RONALD NAESS<br>DOJUST<br>550 WEST FORT ST<br>STE 698<br>BOISE ID 83724-0101 | JAMES NIEMEIER<br>MCGRATH NORTH<br>1601 DODGE STREET<br>SUITE 3700<br>OMAHA NE 68102-1627 | JAMES J NIEMEIER<br>MCGRATH NORTH MULLIN  KRATZ PC LLO<br>1601 DODGE STREET<br>STE 3700<br>OMAHA NE 68102-1650 |
| COOPER NORMAN<br>PO BOX 5399<br>TWIN FALLS ID 83303-5399 | JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET<br>STE 2000<br>DENVER CO 80203-4554 | JOHN OBRIEN<br>SPENCER FANE LLP<br>1700 LINCOLN STEET<br>SUITE 2000<br>DENVER CO 80203-4554 |
| GABRIEL L OLIVERA<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6524 | GABRIEL LUIS OLIVERA<br>OMELVENY  MYERS LLP<br>1301 AVENUE OF THE AMERICAS<br>STE 1700<br>NEW YORK NY 10019-6022 | OVERHEAD DOOR<br>489 S LOCUST<br>TWIN FALLS ID 83301-7849 |
| PTG OF IDAHO LLC<br>CO HOLLAND N ONEIL FOLEY  LARDNER L<br>2021 MCKINNEY AVENUE STE 1600<br>DALLAS TX 75201-3340 | DOMENIC E PACITTI<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 MARKET STREET<br>SUITE 1000<br>WILMINGTON DE 19801-3030 | PAN AMERICAN LIFE INSURANCE<br>1778 N PLANO RD<br>STE 310<br>RICHARDSON TX 75081-1958 |
| PERFORMIX NUTRITION SYSTEMS<br>2201 N 20TH STREET<br>NAMPA ID 83687-6849 | PERFORMIX NUTRITION SYSTEMS LLC<br>MUNDING PS<br>309 E FARWELL RD STE 310<br>SPOKANE WA 99218-8209 | MARK BRADFORD PERRY<br>PERRY LAW PC<br>POB 637<br>BOISE ID 83701-0637 |
| PIVOT MAN INC<br>ROBIN JONES<br>PO BOX 355<br>PAUL ID 83347-0355 | SCOTT C POWERS<br>SPENCER FANE LLP<br>10 EXCHANGE PLACE 11TH FLR<br>SALT LAKE CITY UT 84111-2824 | PRIME RIDGE BEEF LLC<br>CO JOHN OBRIEN<br>SPENCER FANE<br>1700 LINCOLN STREET SUITE 2000<br>DENVER CO 80203-4554 |
| PRO RENTALS   SALES<br>PO BOX 5450<br>C12<br>KALISPELL MT 59903-5450 | PRO TECH SERVICE COMPANY<br>1550 KIMBERLY RD<br>TWIN FALLS ID 83301-7341 | PROGRESSIVE DAIRY SERVICE  SUPPLIES CORP<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 |
| PROGRESSIVE DAIRY SERVICE  SUPPLY CORP<br>485 S IDAHO ST<br>WENDELL ID 83355-5241 | QUILL CORPORATION<br>PO BOX 102419<br>COLUMBIA SC 29224-2419 | RABO AGRIFINANCE LLC<br>CO SHEILA R SCHWAGER<br>PO BOX 1617<br>BOISE ID 83701-1617 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/HOF AGENCE Do not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RABO AGRIFINANCE LLC AS ADMINISTRATIVE AGEN<br>CO SHEILA SCHWAGER<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>PO BOX 1617<br>BOISE ID 83701-1617 | RAFT RIVER RURAL ELECTRIC COOPERATIVE INC<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 | CHERYL RAMBO<br>IDAHO STATE POLICE<br>700 S STRATFORD DR<br>MERIDIAN ID 83642-6242 |
| REXEL USA INC DBA PLATT ELECTRIC SUPPLY<br>MCCONNELL WAGNER SYKES + STACEY PLLC<br>827 E PARK BLVD STE 201<br>BOISE ID 83712-7782 | REXEL USA INC DBA PLATT ELECTRIC SUPPLY<br>827 E PARK BLVD STE 201<br>BOISE IDAHO 83712-7782 | JANINE PATRICE REYNARD<br>AVERY LAW<br>3090 E GENTRY WAY<br>SUITE 250<br>MERIDIAN ID 83642-3596 |
| HOLLY ROARK<br>ROARK LAW OFFICES<br>950 BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | ROARK LAW OFFICES<br>950 BANNOCK ST 11TH FL<br>BOISE ID 83702-5999 | ROCKY MOUNTAIN AGRONOMICS<br>1912 WEST MAIN STREET<br>BURLEY ID 83318-1611 |
| ROGERS MACHINERY COMPANY INC<br>PO BOX 230429<br>PORTLAND OR 97281-0429 | EVAN THOMAS ROTH<br>1101 W RIVER ST STE 110<br>BOISE ID 83702-7067 | BRIAN MICHAEL ROTHSCHILD<br>PARSONS BEHLE  LATIMER<br>201 SOUTH MAIN STREET SUITE 1800<br>SALT LAKE CITY UT 84111-2218 |
| TIRZAH R ROUSSELL<br>DENTONS DAVIS BROWN PC<br>THE DAVIS BROWN TOWER<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES IA 50309-3621 | MIRANDA RUSSELL<br>MORRISON  FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-0050 | MIRANDA K RUSSELL<br>MORRISON  FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-0050 |
| SANDTON CAPITAL PARTNERS LP<br>16 W 46TH STREET 1ST FLOOR<br>NEW YORK NY 10036-4503 | (P)SCHAEFFER MANUFACTURING COMPANY<br>ATTN DENIS MCCARTHY<br>2600 S BROADWAY<br>SAINT LOUIS MO 63118-1828 | NIKOLAUS F SCHANDLBAUER<br>20 F STREET NW<br>SUITE 500<br>WASHINGTON DC 20001-6703 |
| SCHMIDT CATTLE HAULING<br>848 E 3400 N<br>CASTLEFORD ID 83321-6422 | ANDREW SCHOULDER<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 | ANDREW J SCHOULDER<br>NORTON ROSE FULBRIGHT US LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 |
| SCHOWS TRUCK CENTER<br>PO BOX 2208<br>DECATUR AL 35609-2208 | SCHUIL AG REAL ESTATE INC<br>5020 W MINERAL KING AVE<br>VISALIA CA 93291-5364 | SHEILA RAE SCHWAGER<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>877 MAIN STREET SUITE 200<br>PO BOX 1617<br>BOISE ID 83701-1617 |
| SHEILA R SCHWAGER<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>PO BOX 1617<br>BOISE ID 83701-1617 | SIX STATES DISTRIBUTORS INC<br>29787 NETWORK PLACE<br>CHICAGO IL 60673-1297 | LOUIS V SPIKER<br>MILLER NASH LLP<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SPRINKLERSHOP INC<br>PO BOX 599<br>PAUL ID 83347-0599 | ST GENETICS<br>INGURAN USA INC<br>22575 STATE HWY 6 SOUTH<br>NAVASOTA TX 77868-8297 | STANDING 16 RANCH LAND COMPANY LLC<br>335 W 300 N<br>JEROME ID 83338-5217 |
| STANDLEE AG RESOURCES<br>CO MILLER NASH LLP<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | STANDLEE AG RESOURCES<br>CO MILLER NASH LLP ATTN LOUIS SPIKER<br>950 W BANNOCK ST STE 1100<br>BOISE ID 83702-6140 | STAR FALLS FARMS LLC<br>1908 E 1300 S<br>HAZELTON ID 83335-5428 |
| STEEL RANCH LLC<br>2597 E 1100 S<br>HAZLETON ID 83335-5621 | STEVEN R HOGAN II<br>409 S 17TH STREET 500<br>OMAHA NE 68102-2603 | MICHAEL R STEWART<br>2200 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS MN 55402-7508 |
| STOTZ EQUIPMENT<br>2670 KIMBERLY RD E<br>TWIN FALLS ID 83301-7984 | MATTHEW A STURZEN<br>SHERMAN SHERMAN JOHNNIE  HOYT LLP<br>693 CHEMEKETA STREET NE<br>SALEM OR 97301-3732 | SUMMIT AG APPRAISAL INC<br>995 S 1150 E<br>ALBION ID 83311-9710 |
| THE DAIRY SOLUTIONS GROUP<br>409 S 17TH STREET 500<br>OMAHA NE 68102-2603 | THE FORBES SECURITIES GROUP LLC DBA FORBES<br>6400 S FIDDLERS GREEN CIRCLE<br>SUITE 850<br>GREENWOOD VILLAGE CO 80111-4994 | THE SPRINKLER SHOP<br>PO BOX 599<br>PAUL ID 83347-0599 |
| MEREDITH LEIGH THIELBAHR<br>GORDON  REES  SEATTLE<br>701 FIFTH AVENUE<br>STE 2100<br>SEATTLE WA 98104-7084 | TRIPLE C FARMS LLC<br>474 S 500 W<br>JEROME ID 83338-6027 | KIM J TROUT<br>TROUT LAW PLLC<br>3778 PLANTATION RIVER DR STE 101<br>BOISE ID 83703-3086 |
| US COMMODITIES LLC<br>730 SECOND AVENUE S SUITE 700<br>MINNEAPOLIS MN 55402-2480 | US TRUSTEE<br>550 WEST FORT ST STE 698<br>BOISE ID 83724-0101 | ULINE<br>12575 ULINE DRIVE<br>PLEASANT PRAIRIE WI 53158-3686 |
| UNITED ELECTRIC COOP INC<br>CO RHETT M MILLER<br>PO BOX 910<br>BURLEY ID 83318-0910 | VALLEY WIDE COOPERATIVE INC<br>CO DAVID W GADD STOVER GADD  ASSOC<br>PO BOX 1428<br>TWIN FALLS ID 83303-1428 | VALLEY WIDE COOPERATIVE INC<br>CO DAVID W GADD<br>STOVER GADD  ASSOCIATES PLLC<br>PO BOX 1428<br>TWIN FALLS IDAHO 83303-1428 |
| LANCE VANDEMARK<br>EXPERT CONSULTING SERVICES<br>2694 E 750 S<br>DECLO ID 83323-6001 | FRANCISCO VAZQUEZ<br>NORTON ROSE FULBRIGHT<br>1301 AVENUE IF THE AMERICAS<br>NEW YORK NY 10019-6022 | FRANCISCO VAZQUEZ<br>NORTON ROSE FULBRIGHT US LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/HCP/SERVICE Pmg not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| VISERION GRAIN LLC<br>385 BROADWAY ST<br>BOULDER CO 80305-3303 | VISERION GRAIN LLC<br>CO SAWTOOTH LAW OFFICES PLLC<br>213 CANYON CREST DR STE 200<br>TWIN FALLS ID 83301-3053 | VITERRA USA GRAIN LLC<br>1331 CAPITOL AVE<br>OMAHA NE 68102-1197 |
| VITERRA USA GRAIN LLC AND VITERRA USA INGRE<br>CO RACINE OLSON PLLP<br>PO BOX 1391<br>POCATELLO ID 83204-1391 | VITERRA USA INGREDIENTS LLC<br>1331 CAPITOL AVE<br>OMAHA NE 68102-1197 | WAG SERVICES INC<br>8121 W HARRISON ST<br>TOLLESON AZ 85353-3328 |
| JOSEPH MARK WAGER JR<br>MCCONNELL WAGNER SYKES  STACEY<br>827 E PARK BLVD SUITE 201<br>BOISE ID 83712-7782 | BRITTA E WARREN<br>BLACK HELTERLINE LLP<br>805 SW BROADWAY SUITE 1900<br>PORTLAND OR 97205-3359 | WENDELL TRUCK AND AUTO<br>PO BOX 213<br>356 S IDAHO ST<br>WENDELL ID 83355-5209 |
| WESTERN CONSTRUCTION INC<br>PO BOX 15569<br>BOISE ID 83715-5569 | WESTERN STATES EQUIPMENT CO<br>500 EAST OVERLAND ROAD<br>MERIDIAN ID 83642-6606 | WESTWAY FEED<br>BARR CREDIT SERVICES<br>3444 N COUNTRY CLUB RD<br>STE 200<br>TUCSON AZ 85716-0815 |
| WILBURELLIS COMPANY LLC<br>CO MATTHEW A STURZEN<br>PO BOX 2247<br>SALEM OR 97308-2247 | WILBURELLIS NUTRITION LLC<br>CO MATTHEW A STURZEN<br>PO BOX 2247<br>SALEM OR 97308-2247 | WILLIAMS MESERVY  LARSEN<br>POST OFFICE BOX 168<br>153 EAST MAIN STREET<br>JEROME ID 83338-2332 |
| BRENT RUSSEL WILSON<br>HAWLEY TROXELL ENNIS  HAWLEY LLP<br>877 MAIN STREET SUITE 200<br>BOISE ID 83702-6030 | YOUNG CDJR OF BURLEY LLC<br>PO BOX 1530<br>LAYTON UT 84041-6553 | YOUREE LAND  LIVESTOCK INC<br>3953 NORTH 3300 EAST<br>TWIN FALLS ID 83301-0348 |
| CO DAVID A COLEMAN YOUREE LAND LIVESTOCK<br>COLEMAN RITCHIE  JACOBSON<br>PO BOX 525<br>TWIN FALLS ID 83303-0525 | | |