Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone/Fax: (208) 667-2900
Email: brucea@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
       golivera@omm.com

*Attorneys for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br>MILLENKAMP CATTLE, INC.,<br><br>                      Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025 - 1

**ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

Elsaesser Anderson, Chtd. (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the period February 1, 2025 through February 28, 2025 (the "Application Period") in accordance with the Order Establishing Interim Fee Application And Expense Reimbursement Procedures entered by the Court on May 16, 2024 (the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

1. The Firm is counsel to the Official Committee of Unsecured Creditors (the "Committee") for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of $2,820.00 in fees and $140.40 in expenses during the Application Period. The total fees represent 7.05 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| February 1, 2025 – February 28, 2025 | $ 2,820.00 | $ 140.40 | $2,960.40 |

3. Accordingly, the Firm seeks allowance of interim compensation in the amount of **$2,255.40** at this time. This total is comprised as follows: $2,115.00 (75% of the fees for services rendered) plus $140.40 (100% of the expenses incurred). Expenses were incurred prior to Application Period and not included in any previous applications.

4. Attached as **Exhibit A** is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed,

and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

5. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

**WHEREFORE,** the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

Date: March 13, 2025

/s/Bruce A. Anderson
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorney for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2025, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | eclark@eclarkattorney.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| William Reed Cotten | wrc@idalawfirm.com |
| Thomas E. Dvorak | ted@givenspursley.com |
| Connor B. Edlund | edlund@mwsslawyers.com |

ELSAESSER ANDERSON, CHTD.'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025 - 3

| | |
|---|---|
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| David W. Gadd | dwg@magicvalleylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Oren B. Haker | oren.haker@bhlaw.com |
| David A. Heida | david@heidalawoffice.com |
| Suzanne Jaderholm | sj@johnsonmaylaw.com |
| R. Ron Kerl | ron@cooper-larsen.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalleylaw.com |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Gabriel Luis Olivera | golivera@omm.com |
| Mark Bradford Perry | mbp@perrylawpc.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Brian Michael Rothschild | broschild@parsonsbehle.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Francisco Vazquez | francisco.vazquez@nortonrosefulbright.com |
| Joseph Mark Wager | wager@mwsslawyers.com |
| Britta E. Warren | britta.warren@bhlaw.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 20th day of March 1325.

／s／ *Bruce A. Anderson*
Bruce A. Anderson

**<u>Exhibit A</u>**

Invoice

# Elsaesser Anderson, Chtd.
## 320 East Neider Suite 102, Coeur d'Alene, ID 83815

**EXHIBIT A**

**Millenkamp Cattle, Inc. UCC**
Attn: Dan Noble and Greg Zematis
Jerome, ID 83338

**Invoice # 18424**

Invoice Date: 03/12/25
Services Through: 02/28/25

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **004 - Millenkamp UCC (Professional Services)** | | | |
| | | **04 Case Administration: Coordination and compliance activities not specifically covered by another category.** | | | |
| | | **Reporting: Statement of financial affairs, schedules, monthly operating reports, and other accounting or reporting activities; contacts with the US Trustee not included in other categories.** | | | |
| 02/03/25 | BA | Review Status Report (#877). | 0.10 | 400.00 | $40.00 |
| 02/04/25 | BA | Attend hearing (telephonically) on various matters (.5). | 0.50 | 400.00 | $200.00 |
| 02/05/25 | BA | Receive Motion for Approval of Compromise (#884). | 0.20 | 400.00 | $80.00 |
| 02/11/25 | BA | Review Order Referring Case to Settlement Judge and Vacating Hearing (#903). | 0.10 | 400.00 | $40.00 |
| 02/14/25 | BA | Review RABO's Notice of Extension of Reorganization Toggle Date (#907) (.25); review Motion for Relief from Stay re Arbitration filed by Creditor East Valley Development, LLC (#908) (.25). | 0.50 | 400.00 | $200.00 |
| 02/20/25 | BA | Review several pleadings that came in during week. | 0.10 | 400.00 | $40.00 |
| 02/28/25 | BA | Review Adversary Complaint - Debtors vs. East Valley Development (#935). | 0.20 | 400.00 | $80.00 |
| | | | Hours | | 1.70 |
| | | | Labor: | | $680.00 |
| | | | Invoice Amount: | | $680.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **007 (Professional Services)** | | | |
| | | **007 - Preparation of employment and fee applications for self or others; motions to establish interim procedures.** | | | |
| 02/06/25 | BA | Review O'Melveny Second Interim Fee Application, prepare Notice of Hearing and get filed (.5); review Armory Securities Second Interim Fee Application and get filed (.5); memo to and from Gabriel Olivera regarding hearing times (.2); memos to and from Gabriel Olivera regarding cover sheet application (.2). | 1.40 | 400.00 | $560.00 |
| 02/20/25 | BA | Draft and file Motion for Interim Distribution and Notice for Elsaesser Anderson. | 1.00 | 400.00 | $400.00 |
| 02/26/25 | BA | Review and file O'Melveny coversheet application (.75); review and file Armory Securities coversheet application (.5). | 1.25 | 400.00 | $500.00 |

Telephone/Fax: (208) 667-2900

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
|  |  |  | Hours |  | 3.65 |
|  |  |  | Labor: |  | $1,460.00 |
|  |  |  | Invoice Amount: |  | $1,460.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **008 - Review of Fee and Employment Applications (Professional Services)** | | | |
| | | **Fee/Employment Objections: Review of and objections to the employment and fee applications of others.** | | | |
| 02/12/25 | BA | Memo from Gabriel Olivera regarding Forbes fee objection and memo Gabriel Olivera (.2); memo to Krystal R. Mikkilineni and Matthew Christensen regarding Forbes fee application (.3); memo from Matthew Christensen regarding Forbes fee application (.1); forward to UCC attorneys. | 0.60 | 400.00 | $240.00 |
| 02/19/25 | BA | Review Notice of Increased Rates Charged by Johnson May (#916) (.1). | 0.10 | 400.00 | $40.00 |
|  |  |  | Hours |  | 0.70 |
|  |  |  | Labor: |  | $280.00 |
|  |  |  | Invoice Amount: |  | $280.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **12 - Plan and Disclosure Statement (Professional Services)** | | | |
| | | **12 - Plan and Disclosure Statement - Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the allowance and objections to allowance of claims.** | | | |
| 02/03/25 | BA | Review Chapter 11 Plan and Disclosure Statement filed by RABO (#879 and #880)(.5). | 0.50 | 400.00 | $200.00 |
| 02/05/25 | BA | Review Amended Chapter 11 Plan and Amended Disclosure Statement filed by Debtor (#888 and #889)(.5). | 0.50 | 400.00 | $200.00 |
|  |  |  | Hours |  | 1.00 |
|  |  |  | Labor: |  | $400.00 |
|  |  |  | Invoice Amount: |  | $400.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **200 - Expenses (Expenses)** | | | |
| | | **Expenses** | | | |
| 02/06/25 | BA | Copy Charge: for Notices of Hearing for Applications for Compensation of O'Melveny Myers and Armory Securities ( | 324.00 | 0.19 | $61.56 |
| 02/06/25 | BA | Postage: Notices of Hearing (108 recipients at $0.73) | 108.00 | 0.73 | $78.84 |
|  |  |  | Invoice Amount: |  | $140.40 |

Telephone/Fax: (208) 667-2900

|  |  |
|---|---|
| Total Hours: | 7.05 |
| Total Labor: | $2,820.00 |
| Total Expenses: | $140.40 |
| **Total Invoice Amount:** | **$2,960.40** |
| **Total Amount Due:** | **$2,960.40** |

## Timekeeper Summary

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| Bruce Anderson | 7.05 | @ 400.000 | 2,820.00 |

Telephone/Fax: (208) 667-2900