Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH<br>Chapter 11 |
| Filing relates to:<br><br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025 - 1**

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025**

Givens Pursley LLP (the "Firm") hereby submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Month of February 2025 (the "Application Period") in accordance with the *Order Establishing Interim Fee And Expense Reimbursement Procedures* entered by the Court on May 16, 2024 (Dkt. 303 - the "Order Establishing Interim Fee Procedures"). In support of the Application, the Firm respectfully represents as follows:

A. The Firm is Special Counsel for Millenkamp Cattle, Inc., the debtor in the above captioned case (the "Debtor") by virtue of the Application to Employ Special Counsel for Debtor in Possession (Dkt. 511) and the Court's Order Authorizing Employment of Special Counsel (Dkt. 577), entered on August 27, 2024. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

B. The Firm billed a total of $8,681.50 in fees and expenses during the Application Period. The total fees represent 24.40 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| February 1-28, 2025 | $8,681.50 | $0.00 | $8,681.50 |

C. Accordingly, the Firm seeks allowance of interim compensation in the amount of $6,511.13 at this time. This total is comprised as follows: $6,511.13 (75% of the fees for services rendered) and $0.00 in costs (100% of the expenses incurred).

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025 - 2**

D. Attached hereto as **Exhibit A** is a schedule showing the name of each professional who performed services in connection with this case during the Application Period, the hours billed, and the hourly rate charged, together with a description of the expenses incurred in the Application Period, broken down by category.

E. Pursuant to the Order Establishing Interim Fee Procedures, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within fourteen (14) calendar days after the date of mailing of the notice of this Application. If such an objection is filed, the Debtor is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

F. The Firm does not have any funds in its client trust account on behalf of the Debtor. Accordingly, the Debtor will pay the full requested amount of $6,511.13 from its accounts at its discretion.

WHEREFORE, the Firm respectfully requests that the Debtor compensate the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Interim Fee Procedures.

DATED this 14th day of March, 2025.

GIVENS PURSLEY LLP

By /s/ Thomas E. Dvorak
    Thomas E. Dvorak – Of the Firm
    Special Counsel for the Debtors

`

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day March, 2025, I filed the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**Morton R. Branzburg**
mbranzburg@klehr.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**William K. Carter**
kentcarter@grsm.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**W. Reed Cotton**
wrc@idlawfirm.com
bcl@idlawfirm.com
bjh@idlawfirm.com
cottenwr98259@notify.bestcase.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025 - 4**

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**Zachary Fairlie**
zfairlie@spencerfane.com

**Brian Faria**
brian@sawtoothlaw.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**Oren B. Haker**
oren.haker@bhlaw.com

**David A. Heida**
david@heidalawoffice.com
eshippy@whitepeterson.com

**Suzanne Jaderholm**
sj@johnsonmaylaw.com

**R. Ron Kerl**
Ron@cooper-larsen.com
connie@cooper-larsen.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Adam Aiken Lewis**
alewis@mofo.com

**Karyn Lloyd**
klloyd@grsm.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
jh@evanskeane.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025 - 5**

**Zachery James McCraney**
zjmccraney@hollandhart.com
cmcarvalho@hollandhart.com
intaketeam@hollandhart.com

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**John D. Munding**
john@mundinglaw.com

**James Niemeier**
jniemeier@mcgrathnorth.com

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Christopher C. McCurdy**
ccmccurdy@hollandhart.com
njhammond@hollandhart.com
intaketeam@hollandhart.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Brian Michael Rothschild**
brothschild@parsonsbehle.com
ecf@parsonsbehle.com
Boisedocket@parsonsbehle.com

**Miranda K. Russell**
mrussell@mofo.com

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF
FEBRUARY 2025 - 6**

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**Francisco Vazquez**
francisco.vazquez@nortonrosefulbright.com

**Joseph Mark Wager**
wager@mwsslawyers.com
wstewart@mwsslawyers.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

**Britta E. Warren**
britta.warren@bhlaw.com

**Brent R. Wilson**
bwilson@hawleytroxell.com
amay@hawleytroxell.com

AND, I FURTHER CERTIFY that on such date I served the foregoing **GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025** on the following non-CM/ECF Registered Participants in the manner indicated:

| | |
|---|---|
| Millenkamp Cattle, Inc<br>471 North 300 West<br>Jerome, ID 83338 | (X) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |
| Richard Bernard<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036 | (X) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025 - 7**

| | |
|---|---|
| Ron C. Bingham<br>3424 Peachtree Road NE, Ste. 1600<br>Atlanta, GA 30326 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Morton R Branzburg<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market St., Ste. 1400<br>Philadelphia, PA 19103 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Bunge Canada C/O David D. Farrell<br>David D. Farrell. Esq.<br>One Bank Plaza, Ste. 2700<br>St. Louis, MO 63101 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| W. Kent Carter<br>One North Franklin, Ste. 800<br>Chicago, IL 60606 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Davis Livestock, Inc.<br>780 E Cannibal Rd<br>Lewiston, UT 84320 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Scott F. Gautier<br>1800 Century Park East, Ste. 1500<br>Los Angeles, CA 90067 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Cooper Norman<br>P.O. Box 5399<br>Twin Falls, ID 83303 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Domenic E Pacitti<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Ste. 1000<br>Wilmington, DE 19801 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Nikolaus F Schandlbauer<br>20 F Street NW, Ste. 500<br>Washington DC, 20001 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025** - 8

| | |
|---|---|
| Michael R Stewart<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | (X) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |
| Summit Ag Appraisal Inc<br>995 S 1150 E<br>Albion, ID 83311 | (X) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |
| The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker<br>6400 S Fiddlers Green Circle, Ste. 850<br>Greenwood Village, CO 80111 | (X) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |

          */s/ Thomas E. Dvorak*
          Thomas E. Dvorak

**GIVENS PURSLEY LLP'S COVER SHEET APPLICATION FOR ALLOWANCE OF PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2025 - 9**

Exhibit A

**Time Report from February 1-28, 2025**
Millenkamp Cattle (11054)

| Date | Initials | Professional Name | Units | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| **B140 - RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS** | | | | | | |
| 02/14/2025 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Review motion for relief from stay and notice of hearing filed by East Valley Development. |
| 02/14/2025 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Exchange correspondence regarding motion for relief from stay and notice of hearing filed by East Valley Development. |
| 02/25/2025 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Follow up regarding East Valley Development's motion for relief from stay and response thereto. |
| | | | **0.50** | | **$107.50** | |
| **B160 - FEE/EMPLOYMENT APPLICATIONS** | | | | | | |
| 02/04/2025 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to L. Nelson regarding expiration of objection period regarding December 2024 cover sheet application and to request payment. |
| 02/10/2025 | KAD | Keri Moody | 0.10 | $215.00 | $21.50 | Correspondence regarding Vertex time for January 2025 fee application. |
| 02/14/2025 | KAD | Keri Moody | 0.90 | $215.00 | $193.50 | Review, revise, and code January 2025 time for fee application. |
| 02/18/2025 | KAD | Keri Moody | 0.60 | $215.00 | $129.00 | Draft and finalize January 2025 cover sheet application and notice thereof. |
| 02/18/2025 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Correspondence to L. Nelson regarding January 2025 cover sheet application and notice thereof. |
| 02/18/2025 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Further code January 2025 time for cover sheet application. |
| 02/18/2025 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Review monthly fees for January 2025 cover sheet application. |
| | | | **2.50** | | **$608.00** | |
| **L110 - FACT INVESTIGATION/DEVELOPMENT** | | | | | | |
| 02/06/2025 | PNC | Preston Carter | 2.00 | $400.00 | $800.00 | Review topics for discussion. |
| 02/06/2025 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Receive and review plumbing lien release. |
| 02/12/2025 | LEM | L. Edward Miller | 0.20 | $550.00 | $110.00 | Review D. Heida's email regarding meeting and respond. |
| 02/12/2025 | PNC | Preston Carter | 0.10 | $400.00 | $40.00 | Discussion with Idaho State Department of Agriculture. |
| 02/12/2025 | PNC | Preston Carter | 0.10 | $400.00 | $40.00 | Review correspondence regarding call with Department of Agriculture. |
| 02/14/2025 | PNC | Preston Carter | 0.20 | $400.00 | $80.00 | Conference with Idaho State Department of Agriculture's attorney regarding Idaho State Department of Agriculture's enforcement action against Simplot facilities and related topics. |
| 02/14/2025 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Review emails from D. Heida regarding recent defaults in operation. |
| 02/14/2025 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Telephone conference with D. Heida regarding defaults in operation. |
| 02/18/2025 | TED | Thomas E. Dvorak | 0.70 | $450.00 | $315.00 | Participate in telephone conference with M. Christensen and D. Heida regarding potential dismissal of arbitration and filing adversary proceeding. |
| 02/18/2025 | TED | Thomas E. Dvorak | 0.50 | $450.00 | $225.00 | Legal research on dismissal of arbitration without prejudice. |
| 02/18/2025 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Office conference regarding dismissal of arbitration without prejudice. |
| 02/18/2025 | JJB | Jason J. Blakley | 0.40 | $350.00 | $140.00 | Conduct research to determine process for withdrawing arbitration claim. |
| 02/18/2025 | LEM | L. Edward Miller | 0.10 | $550.00 | $55.00 | Call with B. Millenkamp regarding Digester defaults and arbitration. |
| 02/18/2025 | LEM | L. Edward Miller | 0.30 | $550.00 | $165.00 | Call with D. Heida regarding call with B. Millenkamp and Digester arbitration. |
| 02/25/2025 | JJB | Jason J. Blakley | 1.50 | $350.00 | $525.00 | Continue ascertaining the extent to which grounds exist for preliminary injunction and discuss the same with T. Dvorak and D. Heida. |

| Date | Initials | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 02/28/2025 | LEM | L. Edward Miller | 0.60 | $550.00 | $330.00 | Review Snake River Water Keepers complaint regarding river pollution. |
| 02/28/2025 | PNC | Preston Carter | 0.50 | $400.00 | $200.00 | Review Resource Conservation and Recovery Act complaint filed against Simplot based upon application of manure to fields pursuant to Nutrient Management Plan and storage of manure in agricultural lagoons. |
| 02/28/2025 | JJB | Jason J. Blakley | 1.30 | $350.00 | $455.00 | Continue ascertaining whether grounds exist to seek injunctive relief. |
| 02/28/2025 | LEM | L. Edward Miller | 0.30 | $550.00 | $165.00 | Call with D. Heida regarding correspondence from W. Flanagan. |
| | | | **10.00** | | **$4,185.00** | |

**L120 - ANALYSIS/STRATEGY**

| Date | Initials | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 02/03/2025 | JJB | Jason J. Blakley | 0.70 | $350.00 | $245.00 | Ascertain strategy as it concerns the topics of discussion for today's American Arbitration Association arbitration conference call, and engage in said conference call. |
| 02/05/2025 | DZG | Don Gray | 0.10 | $320.00 | $32.00 | Correspondence with T. Dvorak regarding case strategy. |
| 02/18/2025 | JJB | Jason J. Blakley | 0.40 | $350.00 | $140.00 | Call with D. Heida and bankruptcy counsel regarding strategy as it concerns proceeding with arbitration or through an adversarial proceeding. |
| 02/27/2025 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Conference with T. Dvorak regarding adversary complaint, pending motion for relief from stay by East Valley Development and related strategy, |
| | | | **1.40** | | **$460.00** | |

**L210 - PLEADINGS**

| Date | Initials | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 02/05/2025 | TED | Thomas E. Dvorak | 0.20 | $450.00 | $90.00 | Draft email to D. Heida regarding review of scheduling order. |
| 02/05/2025 | TED | Thomas E. Dvorak | 0.10 | $450.00 | $45.00 | Receive and review court's scheduling order. |
| 02/05/2025 | DZG | Don Gray | 0.20 | $320.00 | $64.00 | Review court's scheduling order. |
| 02/05/2025 | DZG | Don Gray | 0.20 | $320.00 | $64.00 | Correspondence with experts regarding new trial dates. |
| 02/28/2025 | JJB | Jason J. Blakley | 0.50 | $350.00 | $175.00 | Review and assimilate final draft of complaint and finalize letter to American Arbitration Association withdrawing arbitration claim. |
| 02/25/2025 | KAD | Keri Moody | 0.50 | $215.00 | $107.50 | Begin to draft adversary complaint. |
| 02/27/2025 | KAD | Keri Moody | 2.00 | $215.00 | $430.00 | Revise adversary complaint. |
| 02/27/2025 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Draft adversary cover sheet. |
| 02/27/2025 | KAD | Keri Moody | 0.20 | $215.00 | $43.00 | Draft adversary summons. |
| 02/28/2025 | KAD | Keri Moody | 0.30 | $215.00 | $64.50 | Finalize and file adversary complaint. |
| 02/28/2025 | TED | Thomas E. Dvorak | 1.50 | $450.00 | $675.00 | Draft and revise complaint. |
| 02/28/2025 | TED | Thomas E. Dvorak | 0.60 | $450.00 | $270.00 | Review and revise exhibits. |
| 02/28/2025 | TED | Thomas E. Dvorak | 0.60 | $450.00 | $270.00 | Telephone conferences with D. Heida regarding adversary proceeding. |
| 02/28/2025 | TED | Thomas E. Dvorak | 0.30 | $450.00 | $135.00 | Receive and review notice and email from East Valley Development. |
| | | | **7.40** | | **$2,476.00** | |

**B210 - BUSINESS OPERATIONS**

| Date | Initials | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 02/20/2025 | CSB | Charlie Baser | 0.10 | $325.00 | $32.50 | Email correspondence with D. Heida regarding Corporate Transparency Act filings. |
| 02/21/2025 | CSB | Charlie Baser | 0.10 | $325.00 | $32.50 | Email correspondence with D. Heida regarding Corporate Transparency Act filings. |
| 02/24/2025 | CSB | Charlie Baser | 0.80 | $325.00 | $260.00 | Prepare for call with D. Heida regarding Corporate Transparency Act compliance. |
| 02/25/2025 | CSB | Charlie Baser | 0.80 | $325.00 | $260.00 | Phone call and email correspondence with D. Heida regarding Corporate Transparency Act compliance and filing beneficial ownership reports. |
| 02/25/2025 | CSB | Charlie Baser | 0.80 | $325.00 | $260.00 | Research Corporate Transparency Act filing requirements. |
| | | | **2.60** | | **$845.00** | |
| | | | **24.40** | | **$8,681.50** | |

| | **Staff Summary:** | | | |
|---|---|---|---|---|
| LEM | L. Edward Miller | 1.50 | $550.00 | $825.00 |
| TED | Thomas E. Dvorak | 6.00 | $450.00 | $2,700.00 |
| PNC | Preston Carter | 2.90 | $400.00 | $1,160.00 |
| JJB | Jason J. Blakley | 4.80 | $350.00 | $1,680.00 |
| CSB | Charlie Baser | 2.60 | $325.00 | $845.00 |
| DZG | Don Gray | 0.50 | $320.00 | $160.00 |
| KAD | Keri Moody | 6.10 | $215.00 | $1,311.50 |
| | | **24.40** | | **$8,681.50** |