Brian M. Rothschild, ISB #9462
**PARSONS BEHLE & LATIMER**
800 West Main Street, Suite 1300
Boise, ID 83702
Telephone: (208) 562-4900
Fax: (208) 562-4901
Email: brothschild@parsonsbehle.com

*Attorneys for The Forbes Securities Group LLC d/b/a Forbes Partners*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC., *et al.*,<br><br>Debtors. | Case No. 24-40158-NGH<br><br>**STATUS REPORT REGARDING APPLICATION FOR ALLOWANCE AND PAYMENT OF 503(b)(1) ADMINISTRATIVE EXPENSE CLAIM**<br><br>Jointly Administered with Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases<br><br>Chief Judge Noah G. Hillen |

4937-2004-4841

In accordance with the Court's February 18, 2025 docket text (ECF 914), requesting a status report regarding the *Application for Allowance and Payment of 503(b)(1) Administrative Expense Claim* (ECF 818) filed by The Forbes Securities Group LLC, d/b/a Forbes Partners ("**Forbes**"), Forbes by and through counsel, hereby supplies the following information.

Forbes is in communication and working with Debtors' counsel in hopes of a resolution. Forbes anticipates filing an *Amended First and Final Application for Allowance and Payment of Compensation and Designation as a 503(b)(2) Administrative Claim* seeking, under sections 327(a), 330, 503(b)(2), and 507(a)(2) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2002(c)(2) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for allowance and payment of $1,125,000 as compensation and designation as an administrative expense claim for services provided to the Debtors.

Forbes believes the Amended Application will resolve the objections posited by the Official Committee of Unsecured Creditors (ECF 855) and by the Debtors (ECF 856).

DATED: March 14, 2025

                                              **PARSONS BEHLE & LATIMER**

                                              /s/ Brian M. Rothschild
                                              Brian M. Rothschild

                                              *Attorneys for The Forbes Securities Group LLC d/b/a Forbes Partners*

4937-2004-4841

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, I electronically filed with the Clerk of Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following:

- **Bruce A. Anderson**    baafiling@eaidaho.com
- **Morton R. Branzburg**    mbranzburg@klehr.com
- **Heidi Buck Morrison**    heidi@racineolson.com, mandy@racineolson.com
- **Laura E Burri**    lburri@morrowfischer.com, klee@morrowfischer.com
- **Brett R Cahoon**    ustp.region18.bs.ecf@usdoj.gov
- **William K Carter**    kentcarter@grsm.com
- **Alexandra O Caval**    alex@cavallawoffice.com, R71985@notify.bestcase.com
- **Matthew T. Christensen**    mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com
- **D Blair Clark**    dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com
- **Eric R Clark**    eclark101@hotmail.com, eclark@ericrclarkattorney.com
- **David A Coleman**    david@colemanjacobsonlaw.com
- **William Reed Cotten**    wrc@idlawfirm.com, bcl@idlawfirm.com;bjh@idlawfirm.com;cottenwr98259@notify.bestcase.com
- **Thomas E Dvorak**    ted@givenspursley.com, s274@givenspursley.com;kad@givenspursley.com
- **Connor Bray Edlund**    edlund@mwsslawyers.com, lemieux@mwsslawyers.com
- **Gery W Edson**    gedson@gedson.com, tfurey@gedson.com
- **Jon B Evans**    evans.jb@dorsey.com, sattler.carla@dorsey.com
- **Zachary Fairlie**    zfairlie@spencerfane.com
- **Brian Faria**    brian@sawtoothlaw.com
- **David W. Gadd**    dwg@magicvalleylaw.com, jfb@magicvalleylaw.com
- **Kimbell D Gourley**    kgourley@idalaw.com, shudson@idalaw.com
- **Daniel C Green**    dan@racineolson.com, mcl@racinelaw.net
- **Matthew W Grimshaw**    matt@grimshawlawgroup.com
- **Julian Gurule**    jgurule@omm.com, julian-gurule-5732@ecf.pacerpro.com
- **Oren B. Haker**    oren.haker@bhlaw.com
- **David A. Heida**    david@heidalawoffice.com, eshippy@whitepeterson.com
- **Suzanne Jaderholm**    sj@johnsonmaylaw.com
- **R Ron Kerl**    Ron@cooper-larsen.com, connie@cooper-larsen.com
- **Matthew Kremer**    mkremer@omm.com, matthew-kremer-0858@ecf.pacerpro.com
- **David T Krueck**    dkrueck@hawleytroxell.com, jdeshaw@perkinscoie.com;docketboi@perkinscoie.com
- **John F Kurtz**    jfk@kurtzlawllc.com, tnd@kurtzlawllc.com
- **Adam Aiken Lewis**    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com

4937-2004-4841

- **Karyn Lloyd** klloyd@grsm.com
- **Jed W. Manwaring** jwm@elamburke.com, jh@elamburke.com
- **James Justin May** jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;lnh@johnsonmaylaw.com
- **Zachery James McCraney** zjmccraney@hollandhart.com, cmcarvalho@hollandhart.com;intaketeam@hollandhart.com
- **Christopher C. McCurdy** ccmccurdy@hollandhart.com, njhammond@hollandhart.com;intaketeam@hollandhart.com
- **Krystal R. Mikkilineni** krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com
- **Rhett Michael Miller** rmiller@magicvalley.law
- **John D Munding** john@mundinglaw.com
- **Jason Ronald Naess** Jason.r.naess@usdoj.gov
- **James Niemeier** jniemeier@mcgrathnorth.com
- **John O'Brien** jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com
- **Gabriel Luis Olivera** golivera@omm.com, gabriel-olivera-3960@ecf.pacerpro.com
- **Mark Bradford Perry** mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com
- **Scott C Powers** spowers@spencerfane.com, mwatson@spencerfane.com
- **Cheryl Rambo** cheryl.rambo@isp.idaho.gov
- **Janine Patrice Reynard** janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com
- **Holly Roark** holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net
- **Evan Thomas Roth** evan@sawtoothlaw.com
- **Brian Michael Rothschild** brothschild@parsonsbehle.com, ecf@parsonsbehle.com;Boisedocket@parsonsbehle.com
- **Tirzah R. Roussell** tirzah.roussell@dentons.com
- **Miranda K. Russell** mrussell@mofo.com, miranda-russell-6809@ecf.pacerpro.com
- **Andrew J. Schoulder** andrew.schoulder@nortonrosefulbright.com, nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com
- **Sheila Rae Schwager** sschwager@hawleytroxell.com, jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com
- **Louis V. Spiker** louis.spiker@millernash.com, louis.spiker@millernash.com
- **Matthew A Sturzen** matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com
- **Meredith Leigh Thielbahr** mthielbahr@grsm.com, ckaiser@grsm.com
- **Kim J Trout** ktrout@trout-law.com
- **US Trustee** ustp.region18.bs.ecf@usdoj.gov
- **Francisco Vazquez** francisco.vazquez@nortonrosefulbright.com

4

4937-2004-4841

- **Joseph Mark Wager**   wager@mwsslawyers.com, wstewart@mwsslawyers.com;seannegan@sneganlaw.com;reception@mwsslawyers.com
- **Britta E Warren**   britta.warren@bhlaw.com
- **Brent Russel Wilson**   bwilson@hawleytroxell.com, mreinhart@hawleytroxell.com

DATED: March 14, 2025

                                                /s/ Brian M. Rothschild
                                                  Brian M. Rothschild

4937-2004-4841