UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

IN RE:

Millenkamp Cattle, Inc.　　　　　　　　　Case No. 24-40158-NGH

　　Debtor

Filing relates to:　　　　　　　　　　　　Jointly Administered With Case Nos.

　X　ALL DEBTORS　　　　　　　　　　24-40159-NGH (Idaho Jersy Girls)
　　　　　　　　　　　　　　　　　　　　24-40160-NGH (East Valley Cattle)
☐ Millenkamp Cattle, Inc.　　　　　　　　24-40161-NGH (Millenkamp Properties)
　　　　　　　　　　　　　　　　　　　　24-40162-NGH (Millenkamp Properties II)
☐ Idaho Jersey Girls　　　　　　　　　　 24-40163-NGH (Millenkamp Family)
　　　　　　　　　　　　　　　　　　　　24-40164-NGH (Goose Ranch)
☐ East Valley Cattle　　　　　　　　　　 24-40166-NGH (Black Pine Cattle)
　　　　　　　　　　　　　　　　　　　　24-40167-NGH (Millenkamp Enterprises)
☐ Millenkamp Properties　　　　　　　　 24-40165-NGH (Idaho Jersey Girls Jerome Dairy)

☐ Millenkamp Properties II

☐ Millenkamp Family

☐ Goose Ranch　　　　　　　　　　　　Chapter 11 Cases

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

**OBJECTION TO MOTION TO SHORTEN TIME FOR NOTICE OF HEARING (ON THIRD AMENDED DISCLOSURE STATEMENT)**

Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC ("Conterra") by and through its attorneys, Spencer Fane LLP, for its Objection To Motion To Shorten Time For Notice Of Hearing (On Third Amended Disclosure Statement) states as follows:

1. On March 17, 2025 the Debtors filed their Third Amended Disclosure Statement and related Plan at Doc # 965. (the "Third Disclosure Statement").

2. The Third Disclosure Statement and related Plan is over 300 pages. While earlier drafts were distributed, the Third Disclosure Statement is new and different.

3. Also on March 17, 2025 the Debtors filed their Motion to Shorten Time For Notice of Hearing. The Notice proposed a hearing on April 3, 2025 to take up the Third Disclosure Statement. Doc # 968

4. The Debtors also filed a Notice of Disclosure Statement Hearing proposing an objection deadline of 7 days before the proposed April 3, 2025 hearing. Doc # 967. Therefore, the written objection deadline would fall on or about March 26, 2025.

5. It therefore appears that the Debtors are proposing that creditors have just 9 calendar days (7 business days) to review and comment on the 300-page Third Disclosure Statement and related Plan.

6. Conterra has been working the Debtors in good faith. However, not all necessary ancillary documents are prepared and approved, and it is not likely that they will be prepared and approved by March 26, 2025. In addition, Conterra does not believe all of its input has found its way into the Third Disclosure Statement and related Plan.

7. Conterra shares Rabo's concerns that the Motion to Shorten time does not leave creditors with adequate time to review and comment on the Third Disclosure Statement.

8. B.R. 2002(b) requires 28-days' notice for filings objections to the disclosure statements.

9. B.R. 9006(c) permits reduction of notice for good cause. The Debtors have not shown good cause to shorten the objection deadline from 28 days to 9 days.

10. At the March 13, 2025 status conference Met stated its position that any delay in the disclosure statement hearing should not extend the dates and milestones stated in drafts of disclosure statements Debtors' counsel distributed prior to the filing of the Third Disclosure Statement. Conterra concurs with Met: the deadlines and milestones stated in drafts circulated among counsel should not be extended even if approval of the Third Disclosure Statement is delayed until after April 3, 2025.

WHEREFORE, Conterra submits its Objection To Motion To Shorten Time For Notice Of Hearing (On Third Amended Disclosure Statement).

DATED March 18, 2025.

Respectfully submitted,

SPENCER FANE LLP

*/s/John O'Brien*
John O'Brien (*Pro Hac Vice Pending*)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO  80203-4554
Telephone: 303-839-3800
Email:  jobrien@spencerfane.com

Scott C. Powers #9958
Spencer Fane LLP
10 Exchange Place, 11th Floor
Salt Lake City, UT 84111
Telephone: 801-322-9164
Email: spowers@spencerfane.com

Zachary Fairlie (*Pro Hac Vice*)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106-2140
Telephone:  816-474-8100
Fax:  816-474-3216
Email:  zfairlie@spencerfane.com

Attorneys for Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Rooster Capital IV LLC

DE 9871440.1

## CERTIFICATE OF SERVICE

  The undersigned certifies that on March 18, 2025 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Bruce Anderson | brucea@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| W. Kent Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Thomas E. Dvorak | tedservice@givenspursley.com |
| Gery W. Edson | gedson@gedson.com |
| John Brian (JB) Evans | Evans.jb@dorsey.com |
| Brian A. Faria | brian@sawtoothlaw.com |
| David D. Farrell | dfarrell@thompsoncoburn.com |
| Scott D. Fink | sfink@weltman.com |
| David W. Gadd | dwg@magicvalleylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Zachery J. McCraney | ZJMcCraney@hollandhart.com |
| Christopher McCurdy | ccmccurdy@hollandhart.com |
| Krystal Mikkilineni | Krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| Heidi Buck Morrison | heidi@racineolson.com |
| John D. Munding | John@Mundinglaw.com |
| James J. Niemeier | jniemeier@mcgrathnorth.com |
| Gabriel L. Olivera | golivera@omm.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| W. Reed Cotten | wrc@idlawfirm.com |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | Robert.richards@dentons.com |

DE 9871440.1

| | |
|---|---|
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| Miranda Russell | mrussell@mofo.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Steven F. Schossberg | sschossberger@trout-law.com |
| Andrew Schoulder | Andrew.Schoulder@nortonrosefulbright.com |
| Louis Spiker | Louis.spiker@millernash.com |
| Richard L. Stacey | stacey@mwsslawyers.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| U.S. Trustee | Ustp.region18.bs.ecf@usdoj.gov |
| Joseph M. Wager | wager@mwsslawyers.com |
| Arnold Wagner | wagner@mwsslawyers.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Rothschild | brothschild@parsonsbehle.com |

/s/*John O'Brien*
John O'Brien