Thomas E. Dvorak, ISB No. 5043
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com

Special Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>      Debtor.<br><br>---<br><br>Filing relates to:<br><br>☒  ALL DEBTORS<br>☐  Millenkamp Cattle, Inc.<br>☐  Idaho Jersey Girls<br>☐  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☐  Millenkamp Family<br>☐  Goose Ranch<br>☐  Black Pine Cattle<br>☐  Millenkamp Enterprises<br>☐  Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br>Chapter 11<br><br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**DEBTORS' APPLICATION TO EMPLOY ROB EZOLD**
**OF VERTEX AS AN EXPERT WITNESS - 1**

## DEBTORS' APPLICATION TO EMPLOY ROB EZOLD OF VERTEX AS AN EXPERT WITNESS

---

**Notice of Debtors' Application to Employ Rob Ezold of Vertex as an Expert Witness and Opportunity to Object and for a Hearing**

<u>No Objection</u>. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

Hearing on Objection. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

COME NOW Millenkamp Cattle, Inc. ("<u>Millenkamp Cattle</u>") and its affiliated debtors and debtors in possession (collectively, "<u>Debtors</u>") in the above-captioned chapter 11 case (the "<u>Chapter 11 Case</u>"), by and through its undersigned counsel, hereby respectfully submit this Application to Employ Rob Ezold of Vertex as an Expert Witness (the "<u>Application</u>"). In support of this Application, Debtors respectfully represent as follows:

### JURISDICTION

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of the Application is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue is also proper under 28 U.S.C. §§ 1408 and 1409.

3.      The statutory bases for the relief requested herein are Sections 327(a) and 328 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016.

## BACKGROUND

4.      On April 2, 2024 (the "Petition Date"), Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for District of Idaho (the "Court") commencing the Chapter 11 Cases. Debtors have continued in the management and operation of their businesses and properties as debtors-in-possession pursuant to Bankruptcy Code Sections 1107(a) and 1108.

5.      On May 14, 2024, the Office of the United States Trustee appointed an official committee of unsecured creditors pursuant to 11 U.S.C. Section 1102(2a).  Dkt. 297.

6.      Debtors are ten affiliates that collectively own and operate several businesses, including a calf ranch raising approximately 50,000 calves located in Jerome, Idaho; a dairy heifer feedlot in Declo, Idaho, raising approximately 60,000 head of dairy cattle; a dairy operation at the Declo facility where the dairy cattle are milked several times a day; farming operations in Jerome, Twin Falls and Cassia counties; and custom harvest & trucking throughout the Magic Valley.

7.      Through ten entities, Debtors operate as a single enterprise, which includes common usage of debt and banking facilities.

8.      Millenkamp Cattle is the primary entity from which all operations are directed, the revenues received, and the payables disbursed. Millenkamp Cattle is the operational entity which owns all of the cattle, feed, and equipment used to care for the cattle, employs the employees, and receives and disburses the majority of the monies. Millenkamp Cattle does not own any real property.

9.      On October 24, 2024, after application by Debtors, the Court entered its Order Granting Debtors' Application to Employ Lance VanDemark and Theodore Isbell of Vertex as

**DEBTORS' APPLICATION TO EMPLOY ROB EZOLD
OF VERTEX AS AN EXPERT WITNESS - 3**

Expert Witnesses (Dkt. 688). This Order authorized Debtors' employment of Lance VanDemark and Theodore Isebell and their employer Vertex ("Vertex"), as expert witnesses on behalf of the Debtor.

10.     Debtors wish to employ Rob Ezold ("Ezold") of Vertex as an expert witness in the pending adversary proceeding entitled *East Valley Cattle, LLC and Millenkamp Cattle, Inc. v. East Valley Development, LLC*, Adversary Case No. 25-08003-NGH. The subject of such adversary proceeding is a digester dispute between Debtors and East Valley Development ("Digester Dispute"), pursuant to Bankruptcy Code Section 327(a), at the expense of Debtors' estates.

11.     It is anticipated that both Ezold will be an additional primary contact for Vertex and will primarily provide expert witness services for Debtors, including testifying in Court in the Digester Dispute.

12.     Ezold will render services to Debtors under the terms as set forth in the Engagement Agreement attached hereto as **Exhibit A**. Debtors note that the Engagement Agreement was drafted as between Vertex and Debtors' special counsel, Givens Pursley LLP, for privilege purposes, which is common in matters such as this.

13.     Ezold understands that compensation is subject to approval of this Court and intends to apply for compensation and reimbursement for fees incurred and costs advanced in conformity with Bankruptcy Code Sections 330 and 331.

## QUALIFICATIONS OF PROFESSIONALS

14.     Debtors have selected Ezold because of his considerable knowledge and expertise in these matters subject of the Digester Dispute. The Declaration of Rob Ezold, attached hereto as

**DEBTORS' APPLICATION TO EMPLOY ROB EZOLD
OF VERTEX AS AN EXPERT WITNESS - 4**

**Exhibit B**, identifies Ezold's extensive experience as a Senior Forensic Mechanical Engineer and contains a copy of his curriculum vitae.

## SERVICES TO BE RENDERED

15.     The employment of Ezold is necessary to assist Debtors as expert witnesses in the Digester Dispute.

16.     Subject to the Court's approval of this Application, Ezold is willing to assist Debtors as expert witnesses in the Digester Dispute. Debtors do not intend, nor do Debtors believe, the services proposed to be rendered by Ezold will be duplicative of the services to be rendered to Debtors' by other its professionals that employed on its behalf.

## PROFESSIONAL COMPENSATION

17.     The rates of Vertex are as outlined on the engagement letter.  *See* Exhibit A.

18.     Ezold will charge his hourly rate of $395/hour for his services as an expert witness in the Digester Dispute.

19.     These fees will be paid by Debtors as Debtors of the services provided by Ezold.

20.     Ezold, to the best of his knowledge and information, nor any other representative of Vertex, has been promised any compensation for professional services rendered or to be rendered in any capacity in connection with Debtors' Chapter 11 Case or the Digester Dispute, other than as permitted by the Bankruptcy Code.

21.     Ezold has not received any prepetition retainer to guarantee payment of his services and costs in connection with Debtors' Chapter 11 Case or the Digester Dispute.

22.     Ezold has not agreed to share compensation received in connection with Debtors' Chapter 11 Case or the Digester Dispute with any other person, except as permitted by Section

**DEBTORS' APPLICATION TO EMPLOY ROB EZOLD
OF VERTEX AS AN EXPERT WITNESS - 5**

504(b) of the Bankruptcy Code and Bankruptcy Rule 2016 in respect of the sharing of compensation among members of Vertex.

## DISINTERESTEDNESS OF PROFESSIONALS

23.     Ezold and Vertex have undertaken a detailed search to determine, and to disclose, whether any of them represent or has represented any significant creditors or insiders of Debtors. In connection with its proposed retention by Debtors in this case, Ezold and Vertex conducted a search of their client database to determine whether they have any current or past relationships with any of Debtors' significant creditors or insiders.  Neither Ezold or Vertex have any connection with Debtors, their affiliates, their creditors or insiders, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee.

24.     Except as otherwise set forth in the Declaration, and based on the database search described above, Ezold and Vertex are not aware of any past or current representation of any other individual or entity which is a creditor or insider of Debtors.

25.     To the best of their knowledge and information, Ezold and Vertex do not have any interest "adverse" to Debtors or their estates as that term is used in Bankruptcy Code Section 327.

26.     To the best of their knowledge and information, Ezold and Vertex are each a "disinterested person" as that term is defined in Bankruptcy Code Section 101(14).

27.     Ezold and Vertex will conduct a continuing inquiry to ascertain whether there exists any situation that would affect its status as a person having no interest adverse to Debtors or their estates or that would affect the respective statuses Ezold and Vertex as a disinterested person.

**DEBTORS' APPLICATION TO EMPLOY ROB EZOLD**
**OF VERTEX AS AN EXPERT WITNESS - 6**

Ezold and Vertex will file supplemental disclosures or affidavits with this Court at such time as any such additional disclosures are appropriate or required.

WHEREFORE, Debtors respectfully request that they be authorized, pursuant to Bankruptcy Code Section 327 and Bankruptcy Rule 2014 to employ Ezold as an expert witness for the Digester Dispute; and for such other and further relief as may be just and equitable under the circumstances.

DATED this 18th day of March, 2025.

GIVENS PURSLEY LLP


By  /s/ Thomas E. Dvorak
    Thomas E. Dvorak – Of the Firm
    Special Counsel for the Debtors

**DEBTORS' APPLICATION TO EMPLOY ROB EZOLD
OF VERTEX AS AN EXPERT WITNESS - 7**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of March, 2025, I filed the foregoing **DEBTORS' APPLICATION TO EMPLOY ROB EZOLD OF VERTEX AS AN EXPERT WITNESS** through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Bruce A. Anderson**
baafiling@eaidaho.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Morton R. Branzburg**
mbranzburg@klehr.com

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Laura E Burri**
lburri@morrowfischer.com
klee@morrowfischer.com

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**William K. Carter**
kentcarter@grsm.com

**Alexandra O. Caval**
alex@cavallawoffice.com
R71985@notify.bestcase.com

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
crb@johnsonmaylaw.com

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com
G69536@notify.cincompass.com

**Eric R. Clark**
eclark101@hotmail.com
eclark@ericrclarkattorney.com

**David A. Coleman**
david@colemanjacobsonlaw.com

**W. Reed Cotton**
wrc@idlawfirm.com
bcl@idlawfirm.com
bjh@idlawfirm.com
cottenwr98259@notify.bestcase.com

**Connor Bray Edlund**
edlund@mwsslawyers.com
lemieux@mwsslawyers.com

**Gery W. Edson**
gedson@gedson.com
tfurey@gedson.com

**Jon B. Evans**
evans.jb@dorsey.com
sattler.carla@dorsey.com

**DEBTORS' APPLICATION TO EMPLOY ROB EZOLD
OF VERTEX AS AN EXPERT WITNESS - 8**

**Zachary Fairlie**
zfairlie@spencerfane.com

**Brian Faria**
brian@sawtoothlaw.com

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Kimbell D. Gourley**
kgourley@idalaw.com/
shudson@idalaw.com

**Daniel C. Green**
dan@racineolson.com
mcl@racinelaw.net

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com

**Julian Gurule**
jgurule@omm.com
julian-gurule-5732@ecf.pacerpro.com

**Oren B. Haker**
oren.haker@bhlaw.com

**David A. Heida**
david@heidalawoffice.com
eshippy@whitepeterson.com

**Suzanne Jaderholm**
sj@johnsonmaylaw.com

**R. Ron Kerl**
Ron@cooper-larsen.com
connie@cooper-larsen.com

**Matthew Kremer**
mkremer@omm.com
matthew-kremer-0858@ecf.pacerpro.com

**David T. Krueck**
dkrueck@perkinscoie.com
jdeshaw@perkinscoie.com
docketboi@perkinscoie.com

**John F. Kurtz**
jfk@kurtzlawllc.com,
tnd@kurtzlawllc.com

**Adam Aiken Lewis**
alewis@mofo.com

**Karyn Lloyd**
klloyd@grsm.com

**Jed W. Manwaring**
jmanwaring@evanskeane.com
jh@evanskeane.com

**J. Justin May**
jjm@johnsonmaylaw.com
cjc@johnsonmaylaw.com
lnh@johnsonmaylaw.com

**Zachery James McCraney**
zjmccraney@hollandhart.com
cmcarvalho@hollandhart.com
intaketeam@hollandhart.com

**Christopher C. McCurdy**
ccmccurdy@hollandhart.com
njhammond@hollandhart.com
intaketeam@hollandhart.com

**DEBTORS' APPLICATION TO EMPLOY ROB EZOLD
OF VERTEX AS AN EXPERT WITNESS - 9**

**Krystal R. Mikkilineni**
krystal.mikkilineni@dentons.com
gabby.mathias@dentons.com

**Rhett Michael Miller**
rmiller@magicvalley.law

**John D. Munding**
john@mundinglaw.com

**Jason R. Naess**
Jason.r.naess@usdoj.gov

**James Niemeier**
jniemeier@mcgrathnorth.com

**John O'Brien**
jobrien@spencerfane.com
anissly@spencerfane.com
dperea@spencerfane.com

**Gabriel Luis Olivera**
golivera@omm.com
gabriel-olivera-3960@ecf.pacerpro.com

**Mark Bradford Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

**Scott C. Powers**
spowers@spencerfane.com
mwatson@spencerfane.com

**Cheryl Rambo**
cheryl.rambo@isp.idaho.gov

**Janine P. Reynard**
janine@averylaw.net
averybklaw@gmail.com
boise@averylaw.net
twinfalls@averylaw.net
lawar78055@notify.bestcase.com

**Holly Roark**
holly@roarklawboise.com
courtnotices@roarklawoffices.com
RoarkLawOffices@jubileebk.net

**Evan Thomas Roth**
evan@sawtoothlaw.com

**Brian Michael Rothschild**
brothschild@parsonsbehle.com
ecf@parsonsbehle.com
Boisedocket@parsonsbehle.com

**Tirzah R. Roussell**
tirzah.roussell@dentons.com

**Miranda K. Russell**
mrussell@mofo.com

**Andrew J. Schoulder**
andrew.schoulder@nortonrosefulbright.com
nymcocalendaring@nortonrosefulbright.com
calendaring-nortonrose-
9955@ecf.pacerpro.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
jbrocious@hawleytroxell.com
mreinhart@hawleytroxell.com

**DEBTORS' APPLICATION TO EMPLOY ROB EZOLD
OF VERTEX AS AN EXPERT WITNESS - 10**

**Louis V. Spiker**
louis.spiker@millernash.com

**Matthew A. Sturzen**
matt@shermlaw.com
bjorn@shermlaw.com
gina@shermlaw.com

**Meredith Leigh Thielbahr**
mthielbahr@grsm.com
ckaiser@grsm.com

**Kim J. Trout**
ktrout@trout-law.com

**Francisco Vazquez**
francisco.vazquez@nortonrosefulbright.com

**Joseph Mark Wager**
wager@mwsslawyers.com
wstewart@mwsslawyers.com
seannegan@sneganlaw.con
reception@mwsslawyers.com

**Britta E. Warren**
britta.warren@bhlaw.com

**Brent R. Wilson**
bwilson@hawleytroxell.com
amay@hawleytroxell.com

AND, I FURTHER CERTIFY that on such date I served the foregoing **DEBTORS'
APPLICATION TO EMPLOY ROB EZOLD OF VERTEX AS AN EXPERT WITNESS** on
the following non-CM/ECF Registered Participants in the manner indicated:

Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID 83338

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Richard Bernard
1177 Avenue of the Americas
41st Floor
New York, NY 10036

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Ron C. Bingham
3424 Peachtree Road NE, Ste. 1600
Atlanta, GA 30326

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Morton R Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market St., Ste. 1400
Philadelphia, PA 19103

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

**DEBTORS' APPLICATION TO EMPLOY ROB EZOLD
OF VERTEX AS AN EXPERT WITNESS - 11**

Bunge Canada C/O David D. Farrell          (X) U.S. Mail, Postage Prepaid
David D. Farrell. Esq.                     ( ) Hand Delivered
One Bank Plaza, Ste. 2700                  ( ) Overnight Mail
St. Louis, MO 63101                        ( ) Facsimile

W. Kent Carter                             (X) U.S. Mail, Postage Prepaid
One North Franklin, Ste. 800               ( ) Hand Delivered
Chicago, IL 60606                          ( ) Overnight Mail
                                           ( ) Facsimile

Davis Livestock, Inc.                      (X) U.S. Mail, Postage Prepaid
780 E Cannibal Rd                          ( ) Hand Delivered
Lewiston, UT 84320                         ( ) Overnight Mail
                                           ( ) Facsimile

Scott F. Gautier                           (X) U.S. Mail, Postage Prepaid
1800 Century Park East, Ste. 1500          ( ) Hand Delivered
Los Angeles, CA 90067                      ( ) Overnight Mail
                                           ( ) Facsimile

Cooper Norman                              (X) U.S. Mail, Postage Prepaid
P.O. Box 5399                              ( ) Hand Delivered
Twin Falls, ID 83303                       ( ) Overnight Mail
                                           ( ) Facsimile

Domenic E Pacitti                          (X) U.S. Mail, Postage Prepaid
Klehr Harrison Harvey Branzburg LLP        ( ) Hand Delivered
919 Market Street, Ste. 1000               ( ) Overnight Mail
Wilmington, DE 19801                       ( ) Facsimile

Nikolaus F Schandlbauer                    (X) U.S. Mail, Postage Prepaid
20 F Street NW, Ste. 500                   ( ) Hand Delivered
Washington DC, 20001                       ( ) Overnight Mail
                                           ( ) Facsimile

Michael R Stewart                          (X) U.S. Mail, Postage Prepaid
2200 Wells Fargo Center                    ( ) Hand Delivered
90 South Seventh Street                    ( ) Overnight Mail
Minneapolis, MN 55402                      ( ) Facsimile

Summit Ag Appraisal Inc                    (X) U.S. Mail, Postage Prepaid
995 S 1150 E                               ( ) Hand Delivered
Albion, ID 83311                           ( ) Overnight Mail
                                           ( ) Facsimile

**DEBTORS' APPLICATION TO EMPLOY ROB EZOLD
OF VERTEX AS AN EXPERT WITNESS - 12**

The Forbes Securities Group LLC, DBA Forbes     (X) U.S. Mail, Postage Prepaid
Partners as Investment Banker                  ( ) Hand Delivered
6400 S Fiddlers Green Circle, Ste. 850       ( ) Overnight Mail
Greenwood Village, CO 80111             ( ) Facsimile

                            *_/s/Thomas E. Dvorak_*
                            Thomas E. Dvorak

**DEBTORS' APPLICATION TO EMPLOY ROB EZOLD
OF VERTEX AS AN EXPERT WITNESS - 13**

## **EXHIBIT A**
### **Engagement Agreement**

**DEBTORS' APPLICATION TO EMPLOY ROB EZOLD**
**OF VERTEX AS AN EXPERT WITNESS - 14**



March 17, 2025


Donald Z. Gray
Givens Pursley, LLP
601 W Bannock Street
Boise, Idaho 83702
dongray@givenspursley.com

**Re:**  **Expert Consulting Services – Millenkamp - Taurus Biogas**
**2694 E 750 S**
**Declo, Idaho 83323**
**VERTEX Proposal No. P.002529.25**

Dear Mr. Gray:

Pursuant to your request, The Vertex Companies, LLC (VERTEX) is pleased to present this proposal to you for expert consulting services associated with the above-referenced matter. Our proposal contains a Project Work Scope, Project Schedule, Fee Schedule, Terms and Conditions, and a Project Work Authorization.

**1.0   PROJECT WORK SCOPE**

Our services will include the following general tasks:

- Preliminary document assessment;
- Site inspection;
- Verbal Summary;
- Report of Findings

Potential additional services that are not included in the proposed budget:

- Calculation of damages (*if requested*)
- Deposition preparation and testimony (*if requested*)
- Trial preparation and testimony (*if requested*)

**2.0   PROJECT SCHEDULE**

VERTEX understands the need for timely completion of this project and is prepared to commence work upon receipt of the Project Work Authorization Form.


**3.0   FEE FOR SERVICES**

Expert Consulting Services – Millenkamp - Taurus Biogas
Proposal No. P.002529.25
March 17, 2025
Page 2 of 11

For this project, as defined in **Section 1.0 - Project Work Scope**, we anticipate an initial budget of **$15,000.00.** This is not a Lump Sum, all-inclusive budget. All work will be completed on a Time & Materials basis in accordance with the attached rates and may be adjusted.

The Client will be responsible for payment in accordance with the terms and conditions unless another party is specifically identified as the "Party Responsible for Payment". Vertex will not exceed the budget without prior approval from either the Party Responsible for Payment and/or the Client.

**4.0   TERMS AND CONDITIONS**

This agreement is subject to the attached General Terms and Conditions.

**5.0   PROJECT AUTHORIZATION**

Attached you will find a copy of the Project Work Authorization as Attachment A. Please sign and return it to VERTEX, the receipt of which shall constitute our notice to proceed.

Sincerely,
THE VERTEX COMPANIES, LLC

Ted Isbell, AIA
Senior Forensic Architect

Matthew Click, AIA
Vice President

Attachments:
    Attachment A – Project Work Authorization
    Attachment B – 2025 VERTEX Fee Schedule – Expert Forensic Support
    Attachment C – VERTEX General Terms and Conditions

**VERTEX**

Expert Consulting Services – Millenkamp - Taurus Biogas
Proposal No. P.002529.25
March 17, 2025
Page 3 of 11

**ATTACHMENT A - PROJECT WORK AUTHORIZATION**

SERVICES:          Expert Consulting Services

Matter:            Millenkamp Cattle – Taurus Biogas
Address:           2694 E 750 S., Declo, Idaho 83323
Cost:              **T&M Not to Exceed (NTE) $15,000.00 without prior authorization in accordance with the attached rates.**

CLIENT:            Givens Pursley, LLP
Contact:           Mr. Donald Z. Gray
Address:           601 W Bannock Street, Boise, Idaho 83702

TERMS AND CONDITIONS ACCEPTED BY: _____   Date: 3/17/2025
                                   (Signature – CLIENT)

CLIENT EMAIL:
DONGRAY@GIVENSPURSLEY.COM

■ Mark here if PAYOR ("Party Responsible for Payment") is different than CLIENT

BELOW MUST BE COMPLETED BY PAYOR (by either the **CLIENT** or the **Party Responsible for Payment**, e.g., insurance company, insured, property owner, other).

**Acknowledgement of Responsibility of Payment:**
Acknowledged, Approved and Agreed as to Obligations of   EAST VALLEY CATTLE, LLC ("Party Responsible for Payment") herein, including, but not limited to compensation obligations in Section 3.0 and the attached Standard Terms and Conditions.  As referenced in Section 3.0, work will be completed on a Time & Materials basis in accordance with the attached rates and may be adjusted.  VERTEX will not exceed the budget without prior approval from either the **Party Responsible for Payment and/or the Client.**

Company:     EAST VALLEY CATTLE, LLC
Address:     971 N. 300 W., JEROME, ID 83338
By:          WILLIAM J. MILLENKAMP
Title:       MANAGER
Date:        3/18/2025
Signature:   _____
Email:       BILL@MILLENKAMP.COM

**Address shown on Invoice (Mark One)**  ☐ CLIENT  ■ Party Responsible for Payment
**Email invoices to (Mark One)**  ☐ CLIENT  ☐ Party Responsible for Payment  ■ Both

This is a legal and binding contract between the PARTY RESPONSIBLE FOR PAYMENT, CLIENT and VERTEX as referenced in the attached proposal of this date and as described above. Please sign and return by email to: tisbell@vertexeng.com.

**VERTEX**

Expert Consulting Services – Millenkamp - Taurus Biogas
Proposal No. P.002529.25
March 17, 2025
Page 4 of 11

## ATTACHMENT B - 2025 VERTEX FEE SCHEDULE
## EXPERT FORENSIC SUPPORT

| LABOR CATEGORY | HOURLY RATE |
|---|---|
| Principal / PhD | $420 |
| Senior Electrical Engineer | $405 |
| Senior Architect / Engineer / Technical Expert | $395 |
| Senior Construction Consultant | $325 |
| Engineèr / Architect | $325 |
| Certified Industrial Hygienists (CIH) | $290 |
| Certified Safety Professional | $280 |
| Cost Estimating Consultant / Construction Consultant | $265 |
| Senior Fire Investigator | $250 |
| Fire Investigator | $225 |
| Technical Assistant / Analyst | $180 |
| Adminstrative Staff | $115 |

ARBITRATION, COURT, or DEPOSITION TESTIMONY

> ➤ 150% of the standard hourly billing rate to be billed in four-hour increments.

EXPENSES

> ➤ Expenses are billed at our cost. Typical expenses include airfare, hotels, meals (during overnight travel). Mileage to be reimbursed at IRS published rates plus 15% and are subject to change without notice. Subcontractor and vendor services will have a markup of 15%.

The fee schedule is subject to periodic increases typically on an annual basis at the start of the calendar year.



Expert Consulting Services – Millenkamp - Taurus Biogas
Proposal No. P.002529.25
March 17, 2025
Page 5 of 11

### ATTACHMENT C

### THE VERTEX COMPANIES, LLC
### GENERAL TERMS AND CONDITIONS

These General Terms and Conditions, including any Supplemental Terms and Conditions, are incorporated by reference into the Proposal (including any separately attached Fee Schedule) of The Vertex Companies, LLC ("VERTEX") for the performance of work and services ("Scope of Work") described in the Proposal for the benefit of CLIENT, and together shall constitute the agreement ("Agreement") between VERTEX and CLIENT under which the Scope of Work is to be performed by VERTEX for CLIENT. VERTEX must receive acceptance of the Proposal within ninety (90) days, or the Proposal will no longer be valid, unless otherwise agreed to in writing by VERTEX.  Any estimate of time and materials shall not be considered as a fixed price, but only an estimate (unless otherwise specifically stated in the Proposal).

**1.0  SCOPE OF WORK:**
a. The Scope of Work shall include all services provided by VERTEX which are reasonably necessary and appropriate for the effective and prompt fulfillment of VERTEX's obligations under the Agreement.

b. It is understood that the Scope of Work defined in the Proposal is based on the information provided by CLIENT. If this information is incomplete or inaccurate, or if unexpected conditions are discovered, the Scope of Work may change, even as the work is in progress. In addition, CLIENT may request additional services which will constitute a change in the Scope of Work. When a change in the Scope of Work is necessary, a written amendment to the Agreement shall be executed by CLIENT and VERTEX prior to VERTEX commencing the change in the work or services. If VERTEX believes an immediate change is necessary to protect human health or the environment, a written amendment incorporating the change shall be made as soon as is practicable, and CLIENT's consent to such amendments shall not be unreasonably withheld.

**2.0  RIGHT OF ENTRY AND REPRESENTATION OF PERMITTING:**
CLIENT grants to VERTEX the right of entry to the geographical location(s) where the services are to be performed ("Project Site") by its employees, agents, consultants, contractors and subcontractors, for the purpose of performing the services.  CLIENT represents that it has obtained the necessary permits and licenses for the services as described in the Proposal.  If CLIENT does not own the Project Site, CLIENT warrants and represents to VERTEX that it has the authority and permission of the owner and/or occupant of the Project Site to grant the right of entry to VERTEX.

**3.0  PAYMENT TERMS AND INVOICES:**
a. VERTEX will submit invoices to CLIENT monthly and a final bill upon completion of the services.  There shall be no retainage, unless otherwise agreed upon in the Agreement.  Payment is due within thirty (30) days from the invoice date, regardless of whether CLIENT has been reimbursed by any other party.  CLIENT agrees to pay interest of one and one-half percent (1-1/2%) per month (or the maximum allowed by law, whichever is lower), of the invoiced amount per month for any payment received by VERTEX more than thirty (30) calendar days from the date of the invoice.  If CLIENT objects to all or any portion of the invoice, CLIENT shall nevertheless timely pay the undisputed amount of such invoice and promptly advise VERTEX in writing within ten (10) days of receipt of invoice of the reasons for disputing any amount.  CLIENT and VERTEX will promptly resolve disputed items.

b. CLIENT is responsible for all fees and expenses incurred in preparation for and attendance at depositions, trial or other required testimony, including notices or subpoenas issued by opposing counsel, unless VERTEX has received from opposing counsel, advance payment or written confirmation to pay VERTEX's fees and expenses.  Upon notification of pending deposition, VERTEX will forward to CLIENT the rates and anticipated cost of the deposition, if requested.



Expert Consulting Services – Millenkamp - Taurus Biogas
Proposal No. P.002529.25
March 17, 2025
Page 6 of 11

c. CLIENT is responsible for all fees and expenses incurred by VERTEX in response to any request for production of documents. Upon notification of the request for production, VERTEX will forward to CLIENT the rates and the anticipated cost of complying with the request for production, if requested.

d. Unless otherwise agreed in writing, VERTEX shall be paid for any services additional to those set forth in the Agreement performed at CLIENT's request in accordance with the rates and charges set forth in the Proposal or Fee Schedule, if any.    Additional services requested by CLIENT shall be subject to and performed in accordance with these General Terms and Conditions and any Supplemental Terms and Conditions.

e. Should CLIENT fail to make payment on any invoice within thirty (30) days of receipt of such invoice, VERTEX may at any time, without waiving any other claim against CLIENT and without thereby incurring any liability to CLIENT, suspend any or all services in connection with the Agreement and/or retain any reports or other information until all outstanding amounts are paid in full or CLIENT provides VERTEX with adequate assurances of payment.  CLIENT shall pay any attorneys' fees, collection fees or other costs incurred in collecting any delinquent amounts.

f. To the extent VERTEX requires payment of a retainer fee, the amount of the fee shall be stated in the Proposal. The agreed upon retainer fee may be applied to the final invoice. The unused portion of the retainer will be refunded to CLIENT at the conclusion of the project.  A charge of 50% of the retainer amount will be incurred on any project that is cancelled without a minimum of $500 invoiced for professional services performed.  Should VERTEX be retained for longer than six months as of the date of the Agreement without professional services performed, CLIENT shall be charged 100% of the retainer amount.

**4.0   STANDARD OF CARE:**
The services shall be performed in accordance with generally accepted industry principles and practices, consistent with a level of care and skill ordinarily practiced by reputable members of the profession currently providing similar services under similar circumstances (the "Standard of Care").  EXCEPT AS SET FORTH HEREIN, VERTEX MAKES NO OTHER REPRESENTATION, GUARANTEE, OR WARRANTY, EXPRESSED OR IMPLIED, IN FACT OR BY LAW, CONCERNING ANY OF THE SERVICES WHICH MAY BE FURNISHED BY VERTEX TO CLIENT.  THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION OF THE SERVICES TO BE PERFORMED.  CLIENT agrees to give VERTEX written notice of any breach or default under this section and to give VERTEX a reasonable opportunity to cure such breach or default, without the payment of additional fees to VERTEX, as a condition precedent to any claim for damages.

**5.0   LIMITATION OF PROFESSIONAL LIABILITY:**
**CLIENT and VERTEX have discussed the risks and benefits of the project and the compensation to be paid to VERTEX.  To the maximum extent permitted by law, the total liability, in the aggregate, of VERTEX and its shareholders, officers, directors, affiliates, employees, subsidiaries, agents, independent professional associates, subcontractors, and consultants, and any of them, to CLIENT and any one claiming by, through or under CLIENT, for any and all injuries, claims, losses, expenses, or damages whatsoever arising out of or in any way related to VERTEX's services, the project or this Agreement, from any cause or causes whatsoever, including but not limited to, the negligence, errors, omissions, strict liability, breach of contract, misrepresentation, or breach of warranty of VERTEX or VERTEX's shareholders, officers, directors, employees, affiliates, subsidiaries, agents or independent professional associates, subcontractors, or consultants, or any of them, shall not exceed the total amount of payments CLIENT made to VERTEX  for the services rendered on this project.**

CLIENT acknowledges that (i) without the inclusion of the liability provision, VERTEX would not have performed the services; (ii) it has had the opportunity to negotiate the terms of this limitation of liability as part of an "arms-length transaction"; (iii) the limitation amount may differ from the amount of professional liability insurance required of VERTEX under this Agreement; and (iv) the limitation of liability provision is merely a limitation, and not an exculpation, of VERTEX's liability.

**6.0   INSURANCE:**
a. VERTEX represents that it will maintain the following forms and amounts of insurance.



Expert Consulting Services – Millenkamp - Taurus Biogas
Proposal No. P.002529.25
March 17, 2025
Page 7 of 11

(1)     Workers Compensation and Employers' Liability Insurance in compliance with the laws of the state having jurisdiction over the individual employee.

(2)     Professional Liability Insurance of at least $1,000,000.00 per claim/occurrence and $1,000,000.00 aggregate covering the professional activities VERTEX is performing under the Scope of Work.

(3)     Commercial general liability insurance policies of at least $1,000,000.00 per occurrence and $1,000,000.00 aggregate covering the activities VERTEX is performing under the Scope of Work.

(4)     Automobile liability insurance with coverage of at least $500,000 per occurrence.

b. Certificates for such policies of insurance shall be provided to CLIENT and CLIENT will be named as an additional insured on the Certificate(s) upon CLIENT's request, except on VERTEX's Workers Compensation and Professional Liability policies and where prohibited by law. CLIENT acknowledges that VERTEX will not be liable to CLIENT for any loss, damage, cost or expense which, in the aggregate, is greater than the amounts of VERTEX's insurance coverage limits, exclusions and conditions as set forth in such policies, except to the extent that VERTEX is found by a final judgment of a court of competent jurisdiction to have caused any loss, cost, damage or expense solely by reason of VERTEX's gross negligence. Claims against VERTEX based upon failure to perform in its professional acts in accordance with the Standard of Care required in Section 4.0 are limited by the provisions of Section 5.0.

**7.0   TERMINATION:**
a. Either party may suspend performance immediately upon becoming aware of a breach of the terms of this Agreement by the other party and provide written notice of its intention to terminate. The filing of a voluntary or involuntary bankruptcy petition, appointment of a receiver, assignment for the benefit of creditors or other similar acts of insolvency shall constitute a breach. Termination will become effective fourteen (14) days after receipt of the written notice by the breaching party unless the event(s) giving rise to the breach are remedied within that time frame, or the party seeking termination revokes its notice. CLIENT or VERTEX may immediately terminate this Agreement when it is determined that the work or services being performed is contrary to existing law.

b. Upon fourteen (14) days' written notice, CLIENT may, without cause, terminate this Agreement with VERTEX. If the Agreement is terminated without cause, VERTEX may recover from CLIENT payment for all services performed to the date of termination in accordance with this Agreement, and any proven loss, cost or expense in connection with the services, including those resulting from the termination. Upon receipt of such payment, VERTEX shall deliver to CLIENT all reports and documents pertaining to services performed up to termination.

**8.0   ASSIGNS AND AMENDMENTS:**
This Agreement may be amended only by written instrument signed by both parties. CLIENT shall not assign this Agreement, or any reports or information generated pursuant to this Agreement without the written consent of VERTEX. Nothing under these General Terms and Conditions and corresponding Proposal shall be construed to give any rights or benefits to any person or entity other than the CLIENT and VERTEX, and all duties and responsibilities undertaken pursuant to this Agreement will be for the sole and exclusive benefit of the CLIENT and VERTEX and not for the benefit of any other person or entity.

**9.0   CONFLICTS:**
In the event of any conflict between the provisions and terms of the Proposal, the General Terms and Conditions, and the Supplemental Terms and Conditions, those conflicting terms shall be interpreted in accordance with the following priority: (1) Supplemental Terms and Conditions, (2) General Terms and Conditions, and (3) Proposal (with the written words of the Proposal taking precedence over the Fee Schedule, if one is attached).

**10.0   SAFETY:**
VERTEX's responsibility for the safety of persons on the Project Site shall be limited to its own personnel and its subcontractors and any other persons over whom VERTEX has control on the Project Site. This shall not be construed to relieve the CLIENT or any of its contractors from their responsibilities for maintaining a safe job site. Neither the professional activities of VERTEX, nor the presence of VERTEX's employees and its subcontractors shall be construed to imply that VERTEX has any responsibility for any activities on the Project Site performed by personnel other than



Expert Consulting Services – Millenkamp - Taurus Biogas
Proposal No. P.002529.25
March 17, 2025
Page 8 of 11

VERTEX's employees or subcontractors. VERTEX shall, if so requested, comply with the reasonable requirements of any applicable health and safety plan provided to it by CLIENT.

**11.0 CONTROL OF SITE:**
If the services to be performed under the Scope of Work are to be performed on property controlled by CLIENT, CLIENT acknowledges that it is now and shall remain in control of the Project Site at all times.

**12.0 EXISTING SITE INFORMATION:**
a. CLIENT shall furnish or cause to be furnished to VERTEX all information known to CLIENT that relates in any manner to soil conditions, subsurface hazards, man-made obstructions, or hazardous conditions or materials on the Project Site, including but not limited to, hazardous wastes, hazardous substances, underground storage tanks, ACM, pipelines and utility lines. VERTEX shall be entitled to rely upon the information provided by CLIENT. Failure to notify VERTEX of any of the above-listed subsurface hazards or conditions known to CLIENT shall result in CLIENT assuming full liability for any and all costs, expenses and damages incurred by VERTEX as a result of such failure. VERTEX shall not be liable for damage or injury arising from damage to subterranean structures, which are not called to VERTEX's attention or correctly shown on the documents furnished to VERTEX.

b. If the presence of an unanticipated hazardous substance or condition is discovered during the performance of the Scope of Work which could pose a hazard to VERTEX's employees, agents and subcontractors, VERTEX shall cease work and determine the necessary health and safety precautions to continue the Scope of Work. The cost of these necessary health and safety precautions shall be a change and shall be managed in accordance with Section 1.b.

**13.0 REPORTS AND OWNERSHIP OF DOCUMENTS/EVIDENCE:**
a. Upon final payment, VERTEX's report to CLIENT and the documents normally included in such reports shall be the property of CLIENT. All draft reports, field data, field notes, internal calculations, etc. are instruments of service, and shall remain the sole property of VERTEX. Reports will not, in whole or in part, be disseminated or conveyed to any other party, nor used by any other party in whole or in part, without the prior written consent of VERTEX, except as required by law. All reports and other work prepared by VERTEX for CLIENT shall be utilized solely for the intended purposes and the Project Site described in the Proposal. VERTEX will retain all pertinent records for a period of three (3) years following the submission of VERTEX's report to CLIENT. Such records will be available to CLIENT upon request at VERTEX's office during normal office hours on reasonable notice, and copies will be furnished by VERTEX to CLIENT for the total cost of reproduction of the same. After the expiration of the three (3) year period, the records will be maintained only on written instructions to do so and payment of a storage fee.

b. When requested, VERTEX will take possession of, and store for a period of one year, evidence that is pertinent to our investigation and report. CLIENT will be charged storage disposal fees for the storage disposal of all evidence.

**14.0 CONFIDENTIAL INFORMATION:**
VERTEX will hold as confidential all business and technical information obtained or generated in performing the services under this Agreement. VERTEX will not disclose such information without CLIENT's consent except to the extent required for: (1) performance of services under this Agreement; (2) compliance with professional standards of conduct for preservation of the public safety, health, and welfare; (3) compliance with any court order, statute, law, or governmental directive; and/or (4) protection of VERTEX against claims or liabilities arising from the performance of services under this Agreement. VERTEX's obligations hereunder shall not apply to information in the public domain or lawfully obtained on a non-confidential basis from others.

**15.0 FIELD MONITORING:**
If VERTEX's services include monitoring of work performed by other contractors, under no circumstances shall VERTEX have the right or obligation to stop or direct the contractor's work. VERTEX will only provide data and recommendations to CLIENT. VERTEX shall not assume responsibility for the contractor's means, methods, techniques, sequences, or procedures and VERTEX's services shall not relieve the contractor of its responsibilities for performing the work in accordance with the plans and specifications and applicable laws and regulations.



Continuous monitoring by VERTEX's employees does not mean that VERTEX is observing all activities of the contractor or any other activities on the Project Site.

**16.0 GOVERNING LAW/DISPUTE RESOLUTION:**

a. This Agreement is governed by and shall be interpreted in accordance with the laws of the State of Massachusetts, without regard to principles of conflicts of law.

b. All disputes between VERTEX and CLIENT under this Agreement shall be referred, upon notice by one party to the other party, to a senior manager of VERTEX designated by VERTEX, and a senior manager of CLIENT designated by CLIENT, for resolution on an informal basis as promptly as practicable. In the event the designated senior managers are unable to resolve the dispute within ten (10) days of receipt of the notice, or such other period to which the parties may jointly agree, then either party may exercise any remedy available at law or in equity. All negotiations pursuant to this clause shall be confidential and treated as compromise and settlement for purposes of the rules of evidence.

c. All legal actions by either party to the Agreement against the other party for breach of this Agreement, failure to perform under this Agreement in accordance with an applicable standard of care, indemnity, or contribution (however denominated) shall be barred two years from the day after the date on which the party bringing the action knew or reasonably should have known of the facts giving rise to the cause or causes of action; but in no event may any such claim be filed, commenced or otherwise asserted more than two years from the date on which VERTEX completes its services. Nothing in this Section shall be construed in any way to extend the time period for filing of a legal action under any applicable statute of limitation or repose.

d. Each party hereto irrevocably (i) submits to the exclusive jurisdiction of the federal and state courts located in Massachusetts and sitting in Boston; (ii) waives any objection which it may have to the laying of venue of any proceedings brought in any such court; and (iii) waives any claim that such proceedings have been brought in an inconvenient forum. EACH PARTY WAIVES, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY RIGHT IT MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY SUIT, ACTION OR PROCEEDING RELATING TO THIS AGREEMENT.

e. If any claim under this Agreement is submitted to litigation or arbitration, the prevailing party in such litigation or arbitration be entitled to recover all of its reasonable attorney's fees and court costs incurred in the prosecution or defense of the claim. In any event, the maximum amount recoverable under this paragraph will not exceed the maximum amount in Section 5.0.

**17.0 CONSEQUENTIAL DAMAGES:**

IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY OR ANY THIRD PARTY FOR ANY CONSEQUENTIAL, INCIDENTAL, PUNITIVE, OR INDIRECT DAMAGES INCLUDING, THOUGH NOT LIMITED TO, LOSS OF INCOME, LOSS OF PROFITS, LOSS OR RESTRICTION OF USE OF PROPERTY, LOSS OF GOODWILL, OR ANY OTHER BUSINESS LOSSES REGARDLESS AS TO WHETHER SUCH DAMAGES ARE CAUSED BY BREACH OF CONTRACT OR WARRANTY, NEGLIGENT ACT OR OMISSION OR OTHER WRONGFUL ACT. The provisions of this Section shall apply to the termination of this Agreement and shall survive such termination.

**18.0 SCHEDULE:**

VERTEX shall endeavor to meet all reasonably imposed project deadlines. CLIENT shall inform VERTEX of all pertinent deadlines and dates in order to effectively and efficiently carry out its scope of services. CLIENT shall endeavor to provide VERTEX with reasonable notice and time to complete and/or prepare for investigation, report(s) or other work product, depositions, trial, or other required testimony. Any work product or testimony requested of VERTEX by CLIENT on an expedited time schedule may be subject to increased fees as determined by VERTEX.

**19.0 FAILURE TO FOLLOW RECOMMENDATIONS:**



Expert Consulting Services – Millenkamp - Taurus Biogas
Proposal No. P.002529.25
March 17, 2025
Page 10 of 11

CLIENT will not hold VERTEX liable for problems that may occur if VERTEX's recommendations are not followed and agrees to defend, indemnify, and hold VERTEX harmless from any claim or liability for injury or loss that results from failure to implement VERTEX's recommendations.

**20.0 DELAYS AND FORCE MAJEURE:**
VERTEX will charge CLIENT at standard rates for stand-by or non-productive time or for delays in VERTEX's work caused by CLIENT or CLIENT's contractors unless otherwise specifically provided for in the Agreement. .Neither CLIENT nor VERTEX shall hold the other responsible for damages or delays in performance caused by events beyond the control of the other party and which could not reasonably have been anticipated or prevented, including but not limited to, acts of governmental authorities, acts of God, materially different site conditions, wars, acts of terrorism, riots, rebellions, sabotage, fires, explosions, accidents, floods, strikes or other conceded acts of workers, lockouts, or changes in laws, regulations or ordinances. As referenced above, acts of governmental authorities shall include, but are not limited to, matters involving permit processing, environmental impact reports, dedications, general plans and amendments thereto, zoning matters, annexations, consolidations, conditional use permitting, building permitting, and enforcement actions, including but not limited to, enforcement environmental regulations. The party intending to invoke force majeure shall provide prompt notice to the other party.

**21.0 INDEMNIFICATION:**
a. In addition to the specific provisions set forth above, VERTEX will defend, indemnify and hold harmless CLIENT and its representatives, agents, employees, and successors and assigns from and against any and all claims, suits, actions, losses, penalties, fines, and damages of any nature whatsoever, including reasonable attorney's fees, expert witnesses fees, and consultant fees, and court costs but only to the extent arising or resulting from (1) VERTEX's breach of this Agreement; and/or (2) VERTEX's negligence or intentional misconduct.

b. In addition to the specific provisions set forth above, CLIENT will defend, indemnify and hold harmless VERTEX and its representatives, agents, employees, parents, affiliates, and successors and assigns from and against any and all claims, suits, actions, losses, penalties, fines, and damages of any nature whatsoever, including reasonable attorney's fees, expert witnesses fees, and consultant fees, and court costs arising or resulting from (1) CLIENT's breach of this Agreement; (2) CLIENT's negligence or intentional misconduct; and (3) the existence of any hazardous substance or condition at the site(s) where VERTEX is performing the work and services under the Scope of Work, unless the negligent conduct of VERTEX exacerbates and causes the spread of the hazardous substance(s) or the development of a hazardous condition.

**22.0 INDEPENDENT CONTRACTOR:**
In all matters relating to the performance of this Agreement, VERTEX is and shall remain an independent contractor and shall not be considered as a representative of the CLIENT or engaged in a partnership or joint venture with the CLIENT.

**23.0 SURVIVAL:**
The parties agree that the provisions of Sections 5, 6, 14, and 16 survive the completion and/or termination of this Agreement. In addition, all provisions of this Agreement allocating responsibility or liability between VERTEX and CLIENT shall survive the completion of services and/or termination of this Agreement.

**24.0 SEVERABILITY:**
Any provision of this Agreement later held to be unenforceable shall be deemed void, but all remaining provisions shall continue in force and shall be construed as a whole.

**25.0 TITLES:**
The titles used in this Agreement are for general reference only and are not part of the Agreement. Parties to this Agreement are advised to read each provision and rely on the guidance of legal counsel as necessary to help assure a complete understanding of all provisions and the obligations imposed through acceptance.



Expert Consulting Services – Millenkamp - Taurus Biogas
Proposal No. P.002529.25
March 17, 2025
Page 11 of 11

**26.0 MISCELLANEOUS:**

a. These General Terms and Conditions and any documents referenced herein constitute the entire Agreement between VERTEX and CLIENT. This Agreement supersedes all other agreements, oral or written. No cancellation, modification, amendment, deletion, addition, waiver, or other change in the Agreement shall have effect unless specifically set forth in writing signed by all parties.

b. This Agreement may be signed by the CLIENT or the CLIENT's authorized representative. Signatures may be submitted by e-mail and/or facsimile, and the signature so received shall have the same legal force as an original signature.

c. This Agreement may be executed in several counterparts, each of which will be deemed an original but all of which constitute one and the same instrument.

d. In the event this Agreement is not fully executed by both parties and CLIENT has accepted VERTEX's services, CLIENT's acceptance of services shall constitute consent to the terms of this Agreement and shall have the same binding effect as if signed by the parties.

**VERTEX**

## **EXHIBIT B**

## **DECLARATION OF ROB EZOLD IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY ROB EZOLD OF VERTEX AS AN EXPERT WITNESS**

STATE OF GEORGIA        )
                              ) ss
COUNTY OF Fulton        )

      **ROB EZOLD**, being first duly sworn upon oath, deposes, and says:

      1.      Attached hereto as **Exhibit 1** is a true and correct copy of my Curriculum Vitae detailing my extensive experience and education.

      2.      I have read the application of the Debtors for authority to employ and retain myself.

      3.      I am aware of a prior order of the Court approving the employment of Lance VanDemark, Theodore Isbell, and Vertex ("<u>Vertex</u>").

      4.      Neither myself or Vertex have received a retainer for our services.

      5.      I and Vertex have no connection with the Debtors other than our engagement to serve as expert witnesses in the adversary proceeding entitled *East Valley Cattle, LLC and Millenkamp Cattle, Inc. v. East Valley Development, LLC*, Adversary Case No. 25-08003-NGH, the subject of which is a digester dispute between East Valley Cattle, LLC and Millenkamp Cattle, Inc. (and all other Debtors as necessary) and East Valley Development ("<u>Digester Dispute</u>").

      6.      I and Vertex have no connection with any personnel employed in the Office of the United States Trustee, the creditors or any party in interest, nor with their respective attorneys or accountants, other than normal professional relationships with attorneys and accountants.

           a.  Vertex may have conducted business with certain creditors or investors in matters unrelated to the Debtors. None of that representation involves the Debtors or any claims against the Debtors.

**DEBTORS' APPLICATION TO EMPLOY ROB EZOLD
OF VERTEX AS AN EXPERT WITNESS - 15**

7.      I believe I and Vertex are disinterested persons as defined in 11 U.S.C. § 101(14) and represent no interest adverse to the Debtors in possession or bankruptcy estate in matters upon which I am to be engaged and believe that I can be employed in this case without any type of restriction.

8.      The fee arrangement to be charged by myself and other professionals at my office are outlined in the engagement agreement, a copy of which is attached to the Application to Employ as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.


_____*/s/ Rob Ezold*_____
Rob Ezold

**DEBTORS' APPLICATION TO EMPLOY ROB EZOLD
OF VERTEX AS AN EXPERT WITNESS - 16**

Exhibit 1

Exhibit 1



**Rob Ezold, PE**
**Sr. Forensic Mechanical Engineer**

E rezold@vertexeng.com
P 865.315.4945

## BIOGRAPHY

Mr. Ezold is a senior mechanical engineer with over 35 years of experience including expertise in central chilled water plant (variable primary and primary-secondary) and central steam plant (Biomass, Natural Gas, Coal, and CHP), design, operations, maintenance, and water treatment. Mr. Ezold has extensive retro-commissioning field experience with the optimization of building mechanical systems including VRF, HVAC, chilled water, hot water, steam, compressed air, submersible pumps, centrifugal pumps, vertical turbine line-shaft pumps, air/water balancing, and Direct Digital Control. Forensic investigation experience includes weld quality control and weld failure analysis, evaluating mechanical, electrical, and plumbing (MEP) failures in commercial and residential mechanical building systems, airports, industrial plants, food processing plants, hospitals, and educational facilities. Mr. Ezold is a licensed professional engineer in all 50 states, the District of Columbia, and is an active member of both ASHRAE and AEE.

Representative projects that Mr. Ezold has worked on as the Engineer of Record or as an expert/consultant include:

- **Central Energy Plants:** Oak Ridge National Laboratory, Oak Ridge, TN, March Air Force Base, Riverside, CA, United States Postal Service P&DC, Memphis, TN, United States Postal Service P&DC, Raleigh, NC.
- **HVAC Design Projects**: Multiple projects in all 50 states.
- **Weld Quality Control and Weld Failure Analysis:** California, Georgia, Louisiana, Oregon, Texas, Washington, and Ontario Canada.
- **Disputes & Dispute Resolution:** Multiple disputes in all 50 states.

## EDUCATION/TRAINING

B.S., Mechanical Engineering, University of Rhode Island, 1986
ASHRAE Retro-Commissioning Short Course, 2011
AISC Galvanization for Corrosion Prevention Short Course, 2008
University of Alaska Anchorage, ES AC030 Fundamentals of Arctic Engineering, 2023

## LICENSES/CERTIFICATIONS

Professional Engineer (PE) – Mechanical, State of AK, AL, AR, AZ, CA, CO, CT, DC, DE, FL, GA, HI, IA, ID, IL, IN, KS, KY, LA, MA, MD, ME, MI, MN, MO, MS, MT, NC, ND, NE, NH, NJ, NM, NV, NY, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VA, VT, WA, WI, WV, WY
OSHA 10, HAZWOPER - 24 hour

## FORENSIC AND LITIGATION EXPERIENCE

Deposition and Expert Testimony in: CA, CO, FL, GA, MD, MS, NJ, TN, TX, WA
Expert Consultation/Opinions Provided in: AL, AZ, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, KY, LA, MA, MD, ME, MI, MN, MS, NC, ND, NH, NJ, NV, NY, OH, OK, OR, PA, RI, SC, SD, TN, TX, VA, WA, WY
Mechanical Engineer of Record for Projects in: CA, FL, GA, NC, TN

### Highlights

Professional Engineer

BS - Mechanical Engineering

### Qualified as an Expert in the Following Disciplines

Standard of Care
Design Professionals
HVAC
Compressed Air
Pumps
Chilled Water Plants
Cooling Towers
Steam Plants
Commissioning
Building Automation Systems
Code Compliance
Welding
General Contractors
Mechanical Subcontractors

### Expertise

Commissioning
Mechanical
Energy Management System Design, Installation & Support
Energy Management System O&M Training
Equipment Startups
Energy Certified Efficiency Auditing
Litigation Support & Expert Testimony (Energy)
Power Management Services
Bad Faith Claim
Construction Defect
Design Plans
Welding Quality and Failure Analysis
Litigation Support & Expert Testimony (Forensics)
Dev. Cooling Tower Water Mgt. Plan
Dev. of (Potable) Water Mgt. Plan



**ASSOCIATIONS**

American Society of Heating Refrigeration and Air Conditioning Engineers (ASHRAE)
Association of Energy Engineers (AEE)

**PUBLICATIONS/PRESENTATIONS**

Allstate Insurance Company Presentation – Residential MEP failures - July 2015

Auto Owners Insurance Company Presentation – Residential MEP failures - July 2015

Vertex Presentation - HVAC 101 - April 2018

Vertex Blog - HVAC Condenser Coil Hail Damage – Repair or Replace - May 2018

Vertex Blog - Building Commissioning – Why it Adds Value - July 2019

Vertex Blog - VRF Systems - June 2020

Vertex Presentation - VRF Systems - December 2020

Vertex Blog - Chiller Preventive Maintenance - Why it's Important - July 2021

Vertex Presentation - Chiller Preventive Maintenance - Why it's Important - October 2021

Vertex Blog – The Importance of Cooling Tower Preventive Maintenance – October 2022

Vertex Blog – Thermal Energy Storage for Chilled Water Systems – June 2023

L&N STEM Academy Presentation – Forensic Engineering – April 2024

Vertex Blog – VRF Installation and Commissioning – July 2024

Boy Scouts of America Presentation – Mechanical and Forensic Engineering – January 2025

**RELEVANT EXPERIENCE**

**Forensic Engineering | Hempler Food Group, LLC v. Associated Project Consultants, Inc.
DEPOSITION TESTIMONY (OCTOBER 2024) [13], EXPERT DISCLOSURE|** Case No: 19-2-01737-37
Superior Court of Washington in and for Whatcom County, Washington
Hempler Food Group, LLC v. Associated Project Consultants, Inc.
Forensic engineering investigation regarding the engineer of record for the design of a wastewater
treatment plant for the city of Ferndale, WA for Defendant (Attorney: Friedrich & Dishaw).

**Forensic Engineering | Omni Fort Worth Partnership, L.P. v. Blum Consulting Engineers, Inc., et al.
DEPOSITION TESTIMONY (APRIL 2024) [12], EXPERT REPORT |** Case No: 01-21-0017-8706
American Arbitration Association, Dallas, Texas
Omni Fort Worth Partnership, L.P. v Blum Consulting Engineers, Inc., et al.
Forensic engineering investigation regarding the design and failure of a domestic water system at the
34-story Omni Hotel in Fort Worth, TX for Plaintiff (Attorney: Rothberg PLLC).



**Forensic Engineering | Robert Taylor Cushman v. Axxiom Manufacturing, Inc. and Allredi, LLC**
**DEPOSITION TESTIMONY (FEBRUARY 2024) [11], EXPERT REPORT |** Case No: 22-C-4328-S1
State Court of Gwinnett County, State of Georgia
Robert Taylor Cushman v. Axxiom Manufacturing, Inc. and Allredi, LLC
Forensic engineering investigation regarding a pressure vessel accident for Defendant (Attorney: Pierson Ferdinand, LLP).

**Forensic Engineering | Oceana Bal Harbour Condo. Assoc., Inc. v. Nagelbush Mechanical, Inc., et al.**
**DEPOSITION TESTIMONY (JANUARY 2024) [10], EXPERT REPORT |** Case No: 2022-002387-CA-01
Circuit Court of the 11th Judicial Circuit, Miami Dade County, Florida
Oceana Bal Harbour Condominium Association, Inc. v. Nagelbush Mechanical, Inc., et al.
Forensic engineering investigation regarding the standard of care of a plumbing subcontractor for Defendant (Attorney: Rembold Hirschman).

**Forensic Engineering | Steadfast Insurance Co. v. Evoqua Water Technologies Canada, LTD., et al**
**DEPOSITION TESTIMONY (DECEMBER 2023) [9], EXPERT REPORT |** Case No: 21-A-05984-11
Superior Court of Gwinnett County, State of Georgia
Steadfast Insurance Co. v. Evoqua Water Technologies Canada, LTD., et al.
Forensic engineering investigation regarding accidental discharge of wastewater from bioreactor for Plaintiff (Attorney: Cozen O'Connor).

**Forensic Engineering | Monaco North Urban Renewal LLC v. A.J.D. Construction Co., Inc., et al**
**DEPOSITION TESTIMONY (NOVEMBER 2023) [8], EXPERT REPORT |** Docket Number: L-2812-18
Superior Court of New Jersey Law Division Hudson County
Monaco North Urban Renewal LLC v. A.J.D. Construction Co., Inc., et al.
Forensic engineering investigation regarding high rise residential tower HVAC design issues for Plaintiff (Attorneys: Lewis Brisbois Bisgaard & Smith LLP).

**Forensic Engineering | Scripps Health v. Nautilus Insurance Company, et al**
**DEPOSITION TESTIMONY (JANUARY 2023) [7] |** Case No. 3:21-cv-01634-AJB-LL
United States District Court, Southern District of California
Scripps Health vs. Nautilus Insurance Company, et al. Forensic engineering investigation regarding HVAC system and reported microbial growth at the Scripps Green Hospital for Plaintiff. (Attorneys: Selman Leichenger Eldon Hsu Newman & Moore LLP).

**Forensic Engineering | Innovative Refrigeration Systems, Inc. v. SWE, Inc.**
**DEPOSITION TESTIMONY (MARCH 2021) [6], EXPERT REPORT |** Case No. 2019-64067
District Court of Harris County Texas
Innovative Refrigeration Systems, Inc. v SWE, Inc.
Forensic engineering investigation regarding passivation of cooling tower for Defendant (Attorneys: Segal McCambridge Singer & Mahoney, LTD).

**Forensic Engineering | American Plant Food Corporation v. Millcreek Engineering Galena Park, TX**
**DEPOSITION TESTIMONY (AUGUST 2020) [5], EXPERT REPORT |** Case No. 02-19-0002-5291
American Arbitration Association, Harris County, State of Texas
American Plant Food Corporation v. Millcreek Engineering. Standard of care review of mechanical design and commissioning of an Ammonium Sulfate Compaction Plant for Defendant (Attorneys: SELTZER CHADWICK SOEFJE & LADIK, PLLC).



**Forensic Engineering | Ubieta v. The Augusta Group, LLC Denver, CO**
**DEPOSITION TESTIMONY (APRIL 2020) [4], EXPERT REPORT** | Case No. 2019CV30084
Denver County District Court
Michael Ubieta, et al v. The Augusta Group, LLC, et al
Standard of care review of mechanical documents for Defendant (Attorneys: McElroy, Deutsch, Mulvaney & Carpenter, LLP).


**Forensic Engineering | Biscayne 21 Condominium, Inc. v. Absolute Plumbing, LLC Miami, FL**
**DEPOSITION TESTIMONY (AUGUST 2018) [3], EXPERT REPORT** | Case No. 2017-002052 CA 44
Circuit Court of the 11th Judicial Circuit, Miami Dade County, Florida
Biscayne 21 Condominium, Inc. v. Absolute Plumbing, LLC
Standard of care review of chilled water system design for Plaintiff (Attorneys: Quintairos, Prieto, Wood & Boyer, P.A. Attorneys at Law).


**Forensic Engineering | ENGlobal US Inc. v. NASCO Houston, TX**
**DEPOSITION TESTIMONY (APRIL 2018) [2], EXPERT REPORT** | Case No. 4:16-cv-02746
US District Court for the Southern District of Texas Houston Division
ENGlobal US, Inc. v. NASCO
Standard of care review of mechanical engineering design of biomass boiler for Defendant (Attorneys: J. Diamond and Associates, PLLC).


**Forensic Investigation | Hancock Medical Center Bay St Louis, MS**
**DEPOSITION TESTIMONY (APRIL 2014) [1], EXPERT REPORT**
Forensic investigation of the design and operational defects of an automatic sliding glass door at Hancock Medical Center for Defendant.


**Forensic Engineering | Walsh Global, LLC v. The United States of America Oslo, Norway**
**EXPERT WITNESS VIRTUAL MEDIATION (APRIL 2021) EXPERT REPORT** | Case No. 17-667
Walsh Global, LLC v. The United States of America
Standard of care review of mechanical engineering design of multiple MEP systems at The US Embassy in Oslo, Norway for Plaintiff. (Attorneys: Fox Rothschild LLP).


**Forensic Engineering Analysis - Chilled Water / Fan Coil HVAC | Park Tanglewood Riverdale, MD**
**EXPERT WITNESS VIRTUAL ARBITRATION (FEBRUARY 2021) EXPERT REPORT** | Case No. AAA No. 01-19-0004-1099, Tanglewood Venture, L.P. v. Blumentals Architecture, Inc, et al.
Standard of care review of mechanical design of HVAC system for Plaintiff (Attorneys: Samek, Werther & Mills, LLC).


**Forensic Engineering | FHP Tectonics Corporation v. Platt Rogers Company Fairfax, VA**
**EXPERT REPORT |** Civil Action No: 1:24-cv-426-PTG-WBP
US District Court for the Eastern District of Viginia
FHP Tectonics Corporation v. Platt Rogers Company
Standard of care review of mechanical design of a heliport fueling system for the Fairfax County Police Department in Fairfax, VA for Plaintiff (Attorneys: Watt, Tieder, Hoffar & Fitzgerald, LLP).


**Forensic Engineering | Bankers Standard v. J. G. Comfort Control, Austin, TX**
**EXPERT REPORT** | Case No. D-1-GN-18-004567, Bankers Standard v. J.G. Comfort Control
Standard of care review of mechanical design and installation of a residential HVAC system for Defendant (Attorneys: Chamberlain McHaney, PLLC).

**VERTEX**

**Forensic Engineering | Formosa Plastics Corporation v. Catamaran Solutions, Point Comfort, TX**

**EXPERT REPORT** | AAA Case No. 01-23-0001-8792, Formosa Plastics Corporation v. Catamaran Solutions. Cause and Origin Investigation regarding weld quality control and weld failure resulting in a fire at a petrochemical processing plant for Defendant (Attorneys: Thompson Coe).

**Cause & Origin Investigation | Klickitat and North Wasco PUD v. Timberland, McNary Dam, WA**

Cause and origin investigation of a weld failure on an overhead crane at McNary Dam, Benton County, WA.

**Cause & Origin Investigation | Vimy Memorial Bridge, Ottawa Canada**

Cause and origin investigation of a welding quality control issues on the Vimy Memorial Bridge in Ottawa, Canada.

**Cause & Origin Investigation | Chiller Failure Kapolei, HI**

Cause and origin investigation involving evaporator freeze and rupture on two Carrier air cooled rotary screw chillers on Oahu, Project included a cost review for replacement of both units and the installation of temporary chillers.

**Cause & Origin Investigation | Ice Rink Chiller Failure Staten Island, NY**

Cause and origin investigation involving an ammonia chiller failure on Staten Island. Project included a cost review for replacement of the chiller and the under ice cold loop and heating loop piping.

**Investigate Cooling Tower Liner Failure | TECO Houston, TX**

Forensic Engineering Investigation of cooling tower concrete basin liner failure for Thermal Energy Corporation (TECO) in Houston, TX.

**Central Chilled Water and Hot Water Plant Design and Commissioning | March AFB, Riverside, CA**

Provided the design, construction management, and commissioning for a new HVAC system for Building 600 at March AFB in Riverside, CA.  The project included the demolition of two air cooled chillers, associated chilled water pumps, two gas fired hot water boilers, associated hot water pumps, two air handling units, and a pneumatic control system.  A new variable primary chilled water plant, new constant volume hot water plant, new VAV air handling units, and a new DDC system were designed and installed for Building 600.  This turnkey project included demolition, engineering design, construction management, start-up, and commissioning of all new mechanical systems for the Air Force.

**Chilled Water Plant and HVAC System Design | USPS, Memphis, TN**

Provided the mechanical design for a new HVAC system and central chilled water plant at the United States Postal Service Processing and Distribution Center in Memphis, TN.

**Chilled Water Plant Design | USPS, Raleigh, NC**

Provided the mechanical design for a new central chilled water plant at the United States Postal Service Processing and Distribution Center in Raleigh, NC.

**Cause & Origin Investigation | Fuel Dispenser Fire, Captain Cook, Hawaii**

Cause and origin investigation of a fuel dispenser fire in Captain Cook, Hawaii.



**HVAC DDC System Malfunction - Cause and Origin investigation | MetLife Building, Atlanta, GA**
Cause and origin forensic investigation of an HVAC DDC system malfunction at the MetLife Building

**Cause and Origin Investigation | Residential Mold Intrusion, Atlanta, GA**
Cause and origin forensic Investigation of HVAC system malfunction and mold intrusion for a residence.

**Boiler Explosion Cause and Origin Investigation | Westin Peachtree Hotel, Atlanta, GA**
Cause and origin forensic Investigation of a boiler explosion at the Westin Peachtree Hotel.

**Cause and Origin Investigation | Residential Fire Investigation, Atlanta, GA**
Investigated HVAC condensing unit malfunction which resulted in a house fire.

**Forensic Investigation - Cause and Origin of Failure | Georgia Pacific, Brewton, AL**
Cause and Origin Investigation of a sulfuric acid valve failure resulting in injuries (Expert for the defendant, Georgia Pacific).

**Investigation of Fire Suppression System | Corcoran Management Company Weymouth MA.**
Investigation of fire sprinkler system which accidentally discharged resulting in water damage.

**Fire Sprinkler System Evaluation | KB2 Management LLC Las Olas, FL**
Analysis of sprinkler system for five story condominium in Las Olas, FL.

**Forensic Cause & Origin Investigation | AIRCO Mechanical, San Antonio, TX**
Forensic Cause & Origin Investigation of lift station design and maintenance history.

**Sprinkler system failure C&O evaluation | Arrow Building Denver, CO**
Determine Cause and Origin of failed Victaulic coupling from a branch sprinkler pipe.

**Forensic Investigation - Cause and Origin | Cherokee Ford, Woodstock, GA**
Cause and origin forensic investigation, Ford F-350 blown engine at Cherokee Ford.

**Toshiba Extrusion Machine Accident Investigation | Murray Plastics, Atlanta, GA**
Toshiba extrusion machine malfunction and accident investigation at Murray Plastics.

**Investigate sprinkler head impact and accidental discharge | Oakridge Village North Andover, MA**
Determine Cause and Origin of sprinkler head accidental discharge.

**EXHIBIT C**
**Proposed Order**

**ORDER GRANTING DEBTORS' APPLICATION TO EMPLOY ROB EZOLD AS AN EXPERT WITNESS**

The Debtors' *Application to Employ Rob Ezold as an Expert Witness* (the "Application"); and the Court, having reviewed the Application, finds that the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Application was sent on March 18, 2025, and was sufficient under the circumstances and that no further notice need be given; and the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing, therefore

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Application is GRANTED and the Debtors are authorized to employ Rob Ezold under the terms as set forth in the Application.

2.      The Application was appropriate under the circumstances and in compliance with the Bankruptcy Code and Bankruptcy Rules.

3.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

//end of text//

Order submitted by:

Thomas E. Dvorak, ISB No. 5043, Special Counsel for the Debtor

**DEBTORS' APPLICATION TO EMPLOY ROB EZOLD**
**OF VERTEX AS AN EXPERT WITNESS - 17**