Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Attorneys for the Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., <br><br>Debtor. | |
| Filing relates to: <br><br>☒ ALL DEBTORS <br>☐ Millenkamp Cattle, Inc. <br>☐ Idaho Jersey Girls <br>☐ East Valley Cattle <br>☐ Millenkamp Properties <br>☐ Millenkamp Properties II <br>☐ Millenkamp Family <br>☐ Goose Ranch <br>☐ Black Pine Cattle <br>☐ Millenkamp Enterprises <br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.: <br><br>24-40159-NGH (Idaho Jersey Girls) <br>24-40160-NGH (East Valley Cattle) <br>24-40161-NGH (Millenkamp Properties) <br>24-40162-NGH (Millenkamp Properties II) <br>24-40163-NGH (Millenkamp Family) <br>24-40164-NGH (Goose Ranch) <br>24-40166-NGH (Black Pine Cattle) <br>24-40167-NGH (Millenkamp Enterprises) <br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) <br><br>Chapter 11 Cases |

NOTICE OF THIRD AMENDED PLAN & THIRD AMENDED DISCLOSURE STATEMENT
and NOTICE OF HEARING – Page 1

### NOTICE OF THIRD AMENDED PLAN and
### THIRD AMENDED DISCLOSURE STATEMENT

YOU ARE HEREBY NOTIFIED that the Debtors have filed a Third Amended Plan (Docket No. 965 - the "3rd Amended Plan") and a Third Amended Disclosure Statement (Docket No. 966 - the "3rd Amended Disclosure Statement") on March 17, 2025. Copies of these documents are available on the U.S. Courts PACER filing system (www.pacer.gov), or by contacting Debtors' counsel, Matt Christensen (mtc@johnsonmaylaw.com; (208) 384-8588). The 3rd Amended Disclosure Statement contains information concerning the Debtors in Possession, an explanation of the 3rd Amended Plan, and an explanation of the business activities and financial information of the Debtors.

### NOTICE OF DISCLOSURE STATEMENT HEARING

YOU ARE HEREBY NOTIFIED that a hearing to determine whether the 3rd Amended Disclosure Statement contains adequate information as required by Section 1125 of Title 11 United States Code, will be held before the Honorable Noah G. Hillen on the **3rd day of April, 2025, at 9:00 a.m. (mountain time)**, or as soon thereafter as the hearing may be held.[1] The hearing will continue to April 4, 2025, if necessary. This will be an in-person hearing held at the U.S. Courthouse located at 550 W. Fort Street, Boise ID 83724.

Written objections and/or proposed modifications to the 3rd Amended Disclosure Statement must be filed not less than seven (7) days prior to the time set for hearing.

---

[1] This date and time is subject to the Court entering an order shortening time for notice of this hearing.

NOTICE OF THIRD AMENDED PLAN & THIRD AMENDED DISCLOSURE STATEMENT and NOTICE OF HEARING – Page 2

YOU ARE FURTHER NOTIFIED that if the 3rd Amended Disclosure Statement is approved by the Court, a copy of the Order will be provided to all parties in interest along with the proposed Plan of reorganization.

YOU ARE FURTHER NOTIFIED that the hearing upon the adequacy of the 3rd Amended Disclose Statement may be adjourned from time to time by announcement made in open court without further written notice to parties in interest.

DATED this 17th day of March, 2025.

JOHNSON MAY

*/s/ Matt Christensen*

MATTHEW T. CHRISTENSEN

Attorney for the Debtors

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 17th day of March, 2025, I caused to be served a true and correct copy of the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Faria | brian@sawtoothlaw.com |
| Robert A. Foucher | rfaucher@hollandhart.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Holly Roark | holly@roarklawboise.com |
| Evan R. Roth | evan@sawtoothlaw.com |
| Bruce A. Anderson | baafiling@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| William K. Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Eric R. Clark | Eclark101@hotmail.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| James Neimeier | jniemeier@mcgrathnorth.com |
| Gabriel L. Olivera | golivera@omm.com |

NOTICE OF THIRD AMENDED PLAN & THIRD AMENDED DISCLOSURE STATEMENT
and NOTICE OF HEARING – Page 4

| | |
|---|---|
| Mark B. Perry | mbp@perrylawpc.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Louis V. Spiker | louis.spiker@millernash.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Joseph M. Wager | wager@mwsslawyers.com |

Any others as listed on the Court's ECF Notice.

    /s/ Matt Christensen
MATTHEW T. CHRISTENSEN

United States Bankruptcy Court

District of Idaho

In re:  Case No. 24-40158-NGH

Millenkamp Cattle, Inc  Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8 User: admin Page 1 of 10
Date Rcvd: Mar 17, 2025 Form ID: pdf042 Total Noticed: 205

The following symbols are used throughout this certificate:
**Symbol  Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |
| aty | | Andrew Schoulder, 1301 Avenue of The Americas, New York, NY 10019-6022 |
| aty | + | David A. Heida, Heida Law Office, PLLC, P.O. Box 216, Kimberly, ID 83341, UNITED STATES 83341-0216 |
| aty | + | Domenic E Pacitti, Klehr Harrison Harvey Branzburg LLP, 919 Market Street, Suite 1000, Wilmington, DE 19801-3030 |
| aty | | Francisco Vazquez, Norton Rose Fulbright, 1301 Avenue if the Americas, New York, NY 10019-6022 |
| aty | + | Gabriel L Olivera, 7 Times Square, New York, NY 10036-6524 |
| aty | + | James J Niemeier, McGrath North Mullin & Kratz, PC LLO, 1601 Dodge Street, Ste 3700, Omaha, NE 68102-1650 |
| aty | + | John O'Brien, Spencer Fane LLP, 1700 Lincoln Steet, Suite 2000, Denver, CO 80203-4554 |
| aty | + | Julian Gurule, O'Melveny & Meyers LLP, 400 South Hope Street, Suite 1900, Los Angeles, CA 90071-2811 |
| aty | + | Julian Gurule, 400 South Hope Street, Suite 1900, Los Angeles, CA 90071-2811 |
| aty | + | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| aty | + | Lorenzo Marinuzzi, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | Matthew T. Christensen, 199 N. Capitol Blvd., Ste 200, Boise, ID 83702-6197 |
| aty | + | Michael R Stewart, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-7508 |
| aty | + | Miranda Russell, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | Morton R Branzburg, Klehr Harrison Harvey Branzburg LLP, 1835 Market St, Suite 1400, Philadelphia, PA 19103-2945 |
| aty | + | Nikolaus F Schandlbauer, 20 F Street NW, Suite 500, Washington DC 20001-6703 |
| aty | + | Raff Ferraioli, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | Richard Bernard, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| aty | + | Ron C Bingham, II, 3424 Peachtree Road NE, Suite 1600, Atlanta, GA 30326-1139 |
| aty | + | Scott F Gautier, 1800 Century Park East, Ste 1500, Los Angeles, CA 90067-1501 |
| aty | + | W. Kent Carter, One North Franklin, Suite 800, Chicago, IL 60606-3422 |
| aty | + | Zachary Fairlie, Spencer Fane LLP, 1000 Walnut Street, Suite 1400, Kansas City, MO 64106-2168 |
| cr | + | Ad Hoc Committee of Corn Silage Growers, 153 East Main Street, PO Box 168, Jerome, ID 83338-0168 |
| fa | | Amory Securities LLC, 200 North Pacific Hwy, Suite 1525, El Segundo, CA 90245 |
| cr | + | Automation Werx, LLC, Morrow & Fischer, PLLC, 4 Ogden Avenue, Nampa, ID 83651-2371 |
| cr | + | Blue Cross of Idaho Health Service, Inc, c/o Law Office of D. Blair Clark PC, 967 East Parkcenter Boulevard, #282, Boise, ID 83706, UNITED STATES 83706-6721 |
| crcm | + | Bruce A. Anderson, 320 East Neider Avenue, Suite 102, Coeur d'Alene, ID 83815-6007 |
| cr | + | Bunge Canada C/O David D. Farrell, David D. Farrell. Esq., One US Bank Plaza, Suite 2700, St. Louis, MO 63101-1616 |
| cr | + | Burks Tractor Company, Inc., 3140 Kimberly Road, Twin Falls, ID 83301-8516 |
| cr | + | Conterra Holdings, LLC d/b/a Conterra Ag Capital a, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| sp | + | David A Heida, Heida Law Office, PLLC, Po Box 216, Kimberly, ID 83341-0216 |
| app | + | Davis Livestock, Inc., 780 E Cannibal Rd, Lewiston, UT 84320-2038 |
| cr | + | East Valley Development, LLC, c/o Avery Law, 3090 E Gentry Way, Ste 250, Meridian, ID 83642-3596 |
| app | + | Gale W. Harding and Associates, 329 W 7th S, Rexburg, ID 83440-9600 |
| sp | + | Givens Pursley LLP, Givens Pursley LLP, 601 W. Bannock, P.O. Box 2720, Boise, ID 83701-2720 UNITED STATES 83701-2720 |
| intp | | Glanbia Foods Inc, c/o Robert A Faucher, POB 2527, Boise, ID 83701-2527 |
| cr | + | Idaho State Brand Department, 700 S. Stratford Dr., Meridian, ID 83642, UNITED STATES 83642-6202 |
| fa | + | Kander LLC, 2538 Carrolwood Road, Naperville, IL 60540-8395 |
| wit | + | Lance Vandemark, Expert Consulting Services, 2694 E 750 S, Declo, ID 83323-6001 |
| cr | + | MWI Veterinarian Supply, Inc., 3041 W PASADENA DRIVE, Boise, ID 83705, UNITED STATES 83705-4776 |
| cr | + | MetLife Real Estate Lending LLC, c/o Kimbell D. Gourley, 10801 Mastin Blvd, Suite 700, Overland Park, KS 66210-1673 |

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 2 of 10 |
| Date Rcvd: Mar 17, 2025 | Form ID: pdf042 | Total Noticed: 205 |

| | | |
|---|---|---|
| cr | + | Metropolitan Life Insurance Company, c/o Kimbell D. Gourley, 10801 Mastin BLVD, Suite 700, Overland Park, KS 66210-1673 |
| cr | + | Moss Farms Operations, LLC, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | Moss Grain Partnership, c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | PerforMix Nutrition Systems, LLC, MUNDING, P.S., 309 E. FARWELL RD., STE 310, Spokane, WA 99218, UNITED STATES 99218-8209 |
| cr | + | Rabo AgriFinance LLC, c/o Sheila R. Schwager, P.O. Box 1617, Boise, ID 83701-1617 |
| cr | + | Raft River Rural Electric Cooperative, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | + | Rexel USA, Inc dba Platt Electric Supply, McConnell Wagner Sykes + Stacey PLLC, 827 E. Park Blvd, Ste. 201, Boise, ID 83712-7782 |
| op | + | Robert Marcus, Kander LLC, 341 N Lafayette St, Macomb, IL 61455-1505 |
| intp | + | Sandton Capital Partners LP, 16 W 46th Street, 1st Floor, New York, NY 10036-4503 |
| r | + | Schuil Ag Real Estate Inc, 5020 W Mineral King Ave, Visalia, CA 93291-5364 |
| cr | + | Standlee Ag Resources, c/o Miller Nash LLP, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| app | + | Summit Ag Appraisal Inc, 995 S 1150 E, Albion, ID 83311-9710 |
| br | + | The Forbes Securities Group LLC, DBA Forbes Partne, 6400 S Fiddlers Green Circle, Suite 850, Greenwood Village, CO 80111-4994 |
| wit | + | Theodore Isbell, Expert Consulting Services, 2694 E 750 S, Declo, ID 83323-6001 |
| cr | + | United Electric Co-op, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| cr | | Valley Wide Cooperative Inc., c/o David W. Gadd, Stover, Gadd & Assoc., P.O. Box 1428, Twin Falls, ID 83303-1428 |
| cr | + | Viserion Grain, LLC, c/o Sawtooth Law Offices, PLLC, 213 Canyon Crest Dr., Ste 200, Twin Falls, ID 83301, UNITED STATES 83301-3053 |
| cr | + | Viterra USA Grain, LLC and Viterra USA Ingredients, c/o Racine Olson, PLLP, P.O. Box 1391, Pocatello, ID 83204-1391 |
| cr | + | Western States Equipment Co., 500 East Overland Road, Meridian, ID 83642-6606 |
| cr | + | Wilbur-Ellis Company LLC, c/o Matthew A. Sturzen, P.O. Box 2247, Salem, OR 97308-2247 |
| intp | + | William Millenkamp, 471 N 300 W, Jerome, ID 83338-5078 |
| cr | + | c/o David A. Coleman B & H Farming, Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| cr | + | c/o David A. Coleman Youree Land & Livestock, Inc., Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| 5338357 | + | A. Scott Jackson Trucking, Inc., c/o Williams Meservy & Larsen, LLP, Post Office Box 168, 153 East Main Street, Jerome, ID 83338-2332 |
| 5339172 | + | AAA Cow Comfort LLC, Po Box 307, Kimberly, ID 83341-0307 |
| 5339357 | + | ABS Global, 1525 River Rd., DeForest, WI 53532-2430 |
| 5352499 | + | ARNOLD MACHINERY COMPANY, 2975 West 2100 South, Salt Lake City, UT 84119-1273 |
| 5345130 | + | Addison Biological Laboratory, INC., 507 North Cleveland St., Fayette, MO 65248-1083 |
| 5341229 | + | Airgas USA, LLC, 110 West 7th St. Suite 1400, Tulsa, OK 74119-1077 |
| 5339859 | + | Alexander K. Reed, 4296 N 2100 E, Filer, ID 83328-5046 |
| 5339174 | + | Amalgamated Sugar, 1951 S Saturn Way, Ste 100, Boise, ID 83709-2924 |
| 5340188 | + | American Calf Products (Golden State Mixing, Inc.), 425 D Street, Turlock, CA 95380-5452 |
| 5336402 | + | Automation Werx, LLC, PO Box 3066, Idaho Falls, ID 83403-3066 |
| 5339552 | + | B & H Farming, an Idaho General Partnership, PO Box 123, Rupert, ID 83350-0123 |
| 5339175 | + | BS R Design Supplies, 198 Locust St S, Twin Falls, ID 83301-7832 |
| 5341673 | + | Blue Cross of Idaho, c/o D Blair Clark, Atty, 967 Parkcenter Blvd #282, Boise, ID 83706-6721 |
| 5341702 | + | Blue Cross of Idaho, c/o D. Blair Clark, Attorney, 967 E. Parkcenter Blvd., #282, Boise, ID 83706-6721 |
| 5339860 | + | Bo Stevenson dba B&A Farms, 1001 S 1900 E, Hazelton, ID 83335-5451 |
| 5345992 | + | Brandy A. Bartholomew, C/O Eric R. Clark, Attorney, P.O. Box 2504, Eagle, ID 83616-9118 |
| 5335094 | + | Bunge Canada, c/o David D. Farrell, THOMPSON COBURN LLP, One US Bank Plaza, Suite 2700, St. Louis, Missouri 63101-1693 |
| 5354690 | + | Burks Tractor Company, Inc., Oren B. Haker, Black Helterline LLP, 805 SW Broadway Suite 1900, Portland, OR 97205-3359 |
| 5350014 | + | CNH Industrial Capital America LLC, Kent Carter/Gordon Rees, One North Franklin, Suite 800, Chicago, IL 60606-3422 |
| 5339520 | + | Christopher Camardello, 1031 Mendota Heights Road, St. Paul, MN 55120-1419 |
| 5339861 | + | Clint D. Thompson, 298 N 200 W, Jerome, ID 83338-5372 |
| 5335499 | + | Coastline Equipment Company, 2000 E Overland Rd, Meridian, ID 83642-6665 |
| 5345020 | + | Connie Lapaseotes, Ltd., c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5339194 | + | Conrad Bishcoff Inc, 2251 N Holmes, PO Box 50106, Idaho Falls, ID 83405-0106 |
| 5338613 | + | Conterra Holdings, LLC dba Conterra Ag Capital as, c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5348879 | + | Daimler Truck Financial Services USA LLC, c/o Randall P. Mroczynski, Cooksey, Toolen, Gage, Duffy & Woog, 535 Anton Boulevard, Suite 1000, Costa Mesa, CA 92626-7664 |
| 5339521 | + | Dairy Tech, LLC, 1031 Mendota Heights Road, St. Paul, MN 55120-1419 |
| 5340867 | | David Clark, Clark Ambulatory Clinic, Inc., 1019 E 1020 S, Albion, ID 83311 |
| 5339862 | + | Douglas J. Grant, 2050 E 500 S, Hazelton, ID 83335-5006 |
| 5339863 | + | Dusty Brow Farms, Inc., 2601 E 1100 S, Hazelton, ID 83335-5623 |
| 5354704 | + | East Valley Development, LLC, c/o Adam Lewis, Esq., Morrison & Foerster LLP, 425 Market St., San Francisco CA 94105-2482 |
| 5339864 | + | Edward Chojnacky, 298 N 100 W, Jerome, ID 83338-5406 |
| 5336403 | + | Electrical Werx & Construction, LLC, PO Box 3066, Idaho Falls, ID 83403-3066 |
| 5336173 | + | Elevation Electric, LLC, 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5339196 | + | Eric Clark, Clark Associates, PO Box 2504, Eagle, ID 83616-9118 |

| | | |
|---|---|---|
| 5339197 | + | Evans Plumbing, 111 Gulf Stream Lane, Hailey, ID 83333-7725 |
| 5339591 | + | Farmers Bank, PO Box 392, Buhl, ID 83316-0392 |
| 5345021 | + | Fredin Brothers, Inc., c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5339865 | + | Grant & Hagan, Inc., P.O. Box 326, Hazelton, ID 83335-0326 |
| 5339866 | + | Grant 4-D Farms LLC, 707 E 600 N, Rupert, ID 83350-9466 |
| 5345661 | + | Green Source Automation, LLC, 3506 Moore Road, Ceres, CA 95307-9402 |
| 5339198 | + | Hatfield Manufacturing Inc, 1823 Shoestring Rd, Gooding, ID 83330-5361 |
| 5353585 | + | Heeringa Construction LLC, 18521 E Queen Creek Rd, #105-481, Queen Creek, AZ 85142-5864 |
| 5339867 | + | Hollifield Ranches, Inc., 22866 Highway 30, Hansen, ID 83334-5028 |
| 5339199 | + | Idaho Dept of Lands, PO Box 83720, Boise, ID 83720-0003 |
| 5354954 | + | Idaho Materials & Construction, c/o Miller Nash LLP, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| 5339765 | + | Interstate Billing Service, Inc, PO box 2250, Decatur, AL 35609-2250 |
| 5345295 | + | J&C Hoof Trimming Inc., 3690 N 2570 E, Twin Falls, ID 83301-1004 |
| 5345360 | + | J.D. Heiskell Holdings, LLC, 17220 Wright St, Ste 200, Omaha, NE 68130-4667 |
| 5339201 | + | Jake Millenkamp, 1719 River Road, Buhl, ID 83316-5302 |
| 5349577 | + | James Farrell & CO, 13810 SE Eastgate Way, Suite 520, Bellevue, WA 98005-4467 |
| 5339868 | + | Jean L. Thompson, 255 N 250 W, Jerome, ID 83338-5363 |
| 5339202 | | Jeffrey E. Rolig, PO Box 5455, Twin Falls, ID 83303-5455 |
| 5345787 | | Jeffrey J. Grieve, P.O. Box 366, Twin Falls, ID 83303-0366 |
| 5339204 | + | K R Rental Inc, 256 A South 600 W, Heyburn, ID 83336-9750 |
| 5339205 | + | Keith D. and Janet Carlson, 3866 E 3800 N, Hansen, ID 83334-5012 |
| 5345788 | | Kenworth Sales Company, Inc., c/o Benoit Law, P.O. Box 366, Twin Falls, ID 83303-0366, , |
| 5339206 | + | Kinghorn Medical LLC, 248 S Cole Rd, Boise, ID 83709-0934 |
| 5345508 | + | Kraus Farms, LLC, 165 South 400 West, Rupert, ID 83350-9672, , |
| 5339541 | + | Land View, Inc., c/o Gery W. Edson, P.O. Box 448, Boise, ID 83701-0448 |
| 5350983 | + | Merck Animal Health, Attn: Legal Dept-Animal Health, 126 East Lincoln Avenue, Po Box 2000, Rahway, NJ 07065-0900 |
| 5349667 | + | MetLife Real Estate Lending, LLC, c/o Ron C. Bingham, II, Esq., Adams and Reese LLP, 3424 Peachtree Road, NE, Suite 1600, Atlanta, Georgia 30326-1139 |
| 5349670 | + | Metropolitan Life Insurance Company, a New York Co, c/o Ron C. Bingham, II, Esq., Adams and Reese LLP, 3424 Peachtree Road, NE, Suite 1600, Atlanta, Georgia 30326-1139 |
| 5339870 | + | Michael Chojnacky, 51 W 600 N, Jerome, ID 83338-5016 |
| 5369598 | + | Milner Hay, 1154 W 200 S, Murtaugh, ID 83344-5388 |
| 5345659 | + | Moss Grain Partnership, 301 Scott Ave. Suite 4, Rupert, ID 83350-5100 |
| 5341333 | + | NAPA Auto Parts, P.O. Box 1425, Twin Falls, ID 83303-1425 |
| 5354689 | + | Oren B. Haker, Black Helterline LLP, 805 SW Broadway Suite 1900, Portland, OR 97205-3359 |
| 5339207 | + | Overhead Door, 489 S. Locust, Twin Falls, ID 83301-7849 |
| 5344741 | + | PTG of Idaho, LLC, c/o Holland N. O'Neil, Foley & Lardner L, 2021 McKinney Avenue, Ste. 1600, Dallas, TX 75201-3340 |
| 5339208 | + | Pan American Life Insurance, 1778 N Plano Rd, Ste 310, Richardson, TX 75081-1958 |
| 5342126 | + | PerforMix Nutrition Systems, 2201 N 20th Street, Nampa, ID 83687-6849 |
| 5339209 | + | Pivot Man Inc, Robin Jones, PO Box 355, Paul, ID 83347-0355 |
| 5345022 | + | Prime Ridge Beef LLC, c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5356686 | + | Pro Rentals & Sales, PO Box 5450, C12, Kalispell, MT 59903-5450 |
| 5339210 | + | Pro Tech Service Company, 1550 Kimberly Rd, Twin Falls, ID 83301-7341 |
| 5346177 | + | Progressive Dairy Service & Supplies Corp., 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5336174 | + | Progressive Dairy Service & Supply Corp., 485 S. Idaho St., Wendell, ID 83355-5241 |
| 5345667 | | Rabo AgriFinance LLC, as Administrative Agent, c/o Sheila Schwager, Hawley Troxell Ennis & Hawley, LLP, P.O. Box 1617, Boise, ID 83701-1617 |
| 5346019 | + | Rexel USA, Inc dba Platt Electric Supply, 827 E. Park Blvd, Ste. 201, Boise, Idaho 83712-7782 |
| 5339211 | + | Roark Law Offices, 950 Bannock St., 11th Fl., Boise, ID 83702-5999 |
| 5343428 | + | Rocky Mountain Agronomics, 1912 West Main Street, Burley, ID 83318-1611 |
| 5336660 | | Rogers Machinery Company, Inc., PO Box 230429, Portland, OR 97281-0429 |
| 5339212 | + | Schmidt Cattle Hauling, 848 E 3400 N, Castleford, ID 83321-6422 |
| 5339213 | + | Schow's Truck Center, PO Box 2208, Decatur, AL 35609-2208 |
| 5345789 | | Sheila R. Schwager, Hawley Troxell ennis & Hawley LLP, P.O. Box 1617, Boise, ID 83701-1617 |
| 5339214 | + | Six States Distributors Inc, 29787 Network Place, Chicago, IL 60673-1297 |
| 5339215 | + | SprinklerShop Inc, PO Box 599, Paul, ID 83347-0599 |
| 5345131 | + | St. Genetics, Inguran USA, INC., 22575 State Hwy 6 South, Navasota, TX 77868-8297 |
| 5339872 | + | Standing 16 Ranch Land Company, LLC, 335 W 300 N, Jerome, ID 83338-5217 |
| 5339876 | + | Standlee Ag Resources, c/o Miller Nash, LLP, Attn: Louis Spiker, 950 W Bannock St, Ste 1100, Boise, ID 83702-6140 |
| 5339874 | + | Steel Ranch LLC, 2597 E 1100 S, Hazelton, ID 83335-5621 |
| 5354401 | + | Steven R. Hogan II, 409 S. 17th Street #500, Omaha, NE 68102-2603 |
| 5339216 | + | Stotz Equipment, 2670 Kimberly Rd E, Twin Falls, ID 83301-7984 |
| 5354402 | + | The Dairy Solutions Group, 409 S. 17th Street #500, Omaha, NE 68102-2603 |

| | | |
|---|---|---|
| 5342832 | + | The Sprinkler Shop, P.O. Box 599, Paul, ID 83347-0599 |
| 5339875 | + | Triple C Farms, LLC, 474 S 500 W, Jerome, ID 83338-6027 |
| 5347829 | + | Valley Wide Cooperative Inc., c/o David W. Gadd, Stover, Gadd & Associates, PLLC, P.O. Box 1428, Twin Falls, Idaho 83303-1428 |
| 5347503 | + | Viserion Grain LLC, 385 Broadway St, Boulder, CO 80305-3303 |
| 5339554 | + | Viterra USA Grain, LLC, 1331 Capitol Ave., Omaha, NE 68102-1197 |
| 5339553 | + | Viterra USA Ingredients, LLC, 1331 Capitol Ave., Omaha, NE 68102-1197 |
| 5338166 | + | Wag Services, Inc., 8121 W HARRISON ST, Tolleson, AZ 85353-3328, , |
| 5339217 | + | Wendell Truck and Auto, PO Box 213, 356 S Idaho St, Wendell, ID 83355-5209 |
| 5339218 | + | Western Construction Inc, PO Box 15569, Boise, ID 83715-5569 |
| 5335378 | + | Westway Feed, BARR Credit Services, 3444 N Country Club Rd, Ste 200, Tucson, AZ 85716-0815 |
| 5341725 | + | Wilbur-Ellis Nutrition, LLC, c/o Matthew A. Sturzen, PO Box 2247, Salem, OR 97308-2247 |
| 5338356 | + | Williams, Meservy & Larsen, Post Office Box 168, 153 East Main Street, Jerome, ID 83338-2332 |
| 5342349 | + | Young CDJR of Burley, LLC, PO Box 1530, Layton, UT 84041-6553 |
| 5336406 | + | Youree Land & Livestock Inc., 3953 North 3300 East, Twin Falls, ID 83301-0348 |

TOTAL: 174

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| aty | + | Email/Text: mkremer@omm.com | Mar 17 2025 23:46:00 | Matthew Kremer, 7 Times Square, New York, NY 10036-6524 |
| acc | + | Email/Text: ar@coopernorman.com | Mar 17 2025 23:46:00 | Cooper Norman, PO Box 5399, Twin Falls, ID 83303-5399 |
| intp | + | Email/Text: DAN@RACINELAW.NET | Mar 17 2025 23:46:00 | Idaho AgCredit, c/o Daniel C. Green, Racine Olson, PLLP, P. O. Box 1391, Pocatello, ID 83204-1391 |
| cr | | Email/Text: dann@lvf.com | Mar 17 2025 23:45:00 | Land View, Inc., P.O. Box 475, Rupert, ID 83350 |
| 5339173 | ^ | MEBN | Mar 17 2025 23:27:40 | Airgas USA LLC, PO Box 734445, Chicago, IL 60673-4445 |
| 5342707 | | Email/PDF: bncnotices@becket-lee.com | Mar 18 2025 00:36:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5345658 | | Email/Text: tnelson@gibbygroup.com | Mar 17 2025 23:45:00 | Carne I Corp., 134 E. Highway 81, Burley, ID 83318 |
| 5335227 | | Email/Text: bankruptcylegal@lumen.com | Mar 17 2025 23:45:00 | CenturyTel Service Group, LLC dba CenturyLink, Lumen Technologies Group, 931 14th Street, 9th Floor (Attn: Legal-, Denver, CO 80202 |
| 5339191 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2025 00:18:14 | Capitol One, PO Box 60599, City of Industry, CA 91716-0599 |
| 5344923 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 17 2025 23:45:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 5339192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2025 00:19:47 | Citi Cards, PO Box 78019, Phoenix, AZ 85062-8019 |
| 5339193 | | Email/Text: fnrobinson@coloniallife.com | Mar 17 2025 23:45:00 | Colonial Life, Processing Center, PO Box 1365, Columbia, SC 29202-1365 |
| 5339195 | + | Email/Text: marlene@daritech.com | Mar 17 2025 23:46:00 | Daritech, 8540 Benson Rd, Lynden, WA 98264-9711 |
| 5379327 | + | Email/Text: CLLARSON@EIDEBAILLY.COM | Mar 17 2025 23:46:00 | Eide Bailly LLP, 4310 17th Ave S, Fargo, ND 58103-3339 |
| 5345915 | + | Email/Text: legal@fastenal.com | Mar 17 2025 23:46:00 | Fastenal Company, 2001 Theurer Blvd., ATTN: LEGAL, Winona, MN 55987-9902 |
| 5336661 | | Email/Text: sandy.gjv@gmail.com | Mar 17 2025 23:45:00 | G.J. Verti-Line Pumps, Inc., PO Box 892, Twin Falls, ID 83303-0892 |
| 5373370 | + | Email/Text: dpetersen@greatamerica.com | | |

| District/off: 0976-8 | User: admin | Page 5 of 10 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: pdf042 | Total Noticed: 205 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 17 2025 23:45:00 | GreatAmerica Financial Services Corporation, ATTN: Peggy Upton, 625 First St. SE, Cedar Rapids, IA 52401-2030 |
| 5339200 | | Email/Text: tnelson@gibbygroup.com | Mar 17 2025 23:45:00 | Innovative Food SolutionsUSA, Attn: Jordan Bowen, 134 E. Highway 81, Burley, ID 83318 |
| 5340509 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2025 23:45:00 | IRS, Centralized Insolvency Oper., PO Box 7346, Philadelphia, PA 19101-7346 |
| 5339526 | + | Email/Text: bankruptcynotices@tax.idaho.gov | Mar 17 2025 23:46:00 | Idaho State Tax Commission, PO Box 36, Boise, ID 83722-0036 |
| 5339527 | + | Email/Text: BKRMailOps@weltman.com | Mar 17 2025 23:46:00 | JOHN DEERE FINANCIAL, c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5339203 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2025 00:18:33 | JP Morgan Chase, PO Box 6294, Carol Stream, IL 60197-6294 |
| 5338039 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 17 2025 23:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5339016 | + | Email/Text: BKRMailOps@weltman.com | Mar 17 2025 23:46:00 | John Deere Construction and Forestry Company, c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5339015 | + | Email/Text: BKRMailOps@weltman.com | Mar 17 2025 23:46:00 | John Deere Financial, f.s.b., c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5345606 | + | Email/Text: ZyCredit.A.User@lesschwab.com | Mar 17 2025 23:46:00 | LES SCHWAB TIRE CENTERS OF IDAHO, LLC, PO BOX 5350, BEND, OR 97708-5350 |
| 5335058 | + | Email/Text: Bankruptcy@staples.com | Mar 17 2025 23:45:00 | Quill Corporation, PO Box 102419, Columbia, SC 29224-2419 |
| 5342352 | | Email/Text: accounting@schaefferoil.com | Mar 17 2025 23:45:00 | Schaeffer Manufacturing Company, c/o Denis McCarthy, 2600 S Broadway, St. Louis, MO 63118 |
| 5339873 | + | Email/Text: sff1300@protonmail.com | Mar 17 2025 23:46:00 | Star Falls Farms, LLC, 1908 E 1300 S, Hazelton, ID 83335-5428 |
| 5336530 | + | Email/Text: creditdept@agmotion.com | Mar 17 2025 23:46:00 | US Commodities, LLC, 730 Second Avenue S. Suite 700, Minneapolis, MN 55402-2480, , |
| 5342351 | + | Email/Text: arbankruptcy@uline.com | Mar 17 2025 23:46:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | O'Melveny & Myers LLP |
| cr | | Aden Brook Trading Corp |
| cr | | Brandy Ann Bartholomew |
| cr | | CNH Industrial Capital America LLC |
| cr | | JOHN DEERE FINANCIAL |
| fa | | Kander, LLC |
| cr | | MWI Veterinary Supply Inc. |
| cr | | McAlvain Concrete, Inc. |
| cr | | Official Committee Of Unsecured Creditors |
| cr | | Rocky Mountain Agronomics, Inc. |
| 5339219 | | #3924637 |
| 5338201 | | A K Trucking1897 E 990 S Hazelton, ID 83335, A. Scott Jackson TruckingPO Box 56 Jerom, A. Scott JacksonTrucking Inc PO Box 56 J, ABS Global Inc Box 22144 Network Place C, Addison Biological Lab 507 N Cleveland S, Aden Brook Trading CorpPO Box 217 Montgo |

| District/off: 0976-8 | User: admin | Page 6 of 10 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: pdf042 | Total Noticed: 205 |

| | | |
|---|---|---|
| 5337874 | | Badger Bearing PTP, Inc |
| 5350001 | | MWI Veterinary Supply |
| 5334742 | | NameAddress1Address2Address3CityStateZip, 116 & West805 W Idaho StSte 300Boise, 2020 Window ServicePO Box 6056Twin F, A & K Trucking1897 E 990 SHazeltonI, A. Scott Jackson TruckingPO Box 56Je, A. Scott JacksonTrucking IncPO Box 56 |
| 5346022 | | Rexel USA, Inc. dba Platt Electric Supply |
| aty | *+ | Bruce A. Anderson, 320 East Neider Avenue, Suite 102, Coeur d'Alene, ID 83815-6007 |
| cr | *+ | Amalgamated Sugar Company, 1951 S. Saturn Way, Suite 100, Boise, ID 83709-2924 |
| cr | * | Elevation Electric, LLC, 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| cr | * | Progressive Dairy Service & Supply Corp., 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| 5345729 | *+ | Amalgamated Sugar Company, 1951 S. Saturn Way, Suite 100, Boise, ID 83709-2924 |
| 5345775 | *+ | Amalgamated Sugar Company, 1951 S. Saturn Way, Suite 100, Boise, ID 83709-2924 |
| 5342727 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5338938 | *+ | Conterra Holdings, LLC dba Conterra Ag Capital as, c/o John O'Brien, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| 5338040 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5354657 | *+ | Viserion Grain, LLC, 385 Broadway Street, Boulder, CO 80305-3303 |
| aty | ##+ | Karyn Lloyd, Gordon Rees Scully Mansukhani, LLP, 999 W Main Street, 100, Boise, ID 83702-9001 |

TOTAL: 16 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Aiken Lewis | on behalf of Creditor East Valley Development  LLC alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com |
| Alexandra O Caval | on behalf of Interested Party William Millenkamp alex@cavallawoffice.com  R71985@notify.bestcase.com |
| Andrew J. Schoulder | on behalf of Creditor Rabo AgriFinance LLC andrew.schoulder@nortonrosefulbright.com nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com |
| Brent Russel Wilson | on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com  mreinhart@hawleytroxell.com |
| Brett R Cahoon | on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov |
| Brian Faria | on behalf of Creditor Viserion Grain  LLC brian@sawtoothlaw.com |
| Brian Michael Rothschild | on behalf of Broker The Forbes Securities Group LLC  DBA Forbes Partners as Investment Banker brothschild@parsonsbehle.com, ecf@parsonsbehle.com;Boisedocket@parsonsbehle.com |
| Britta E Warren | on behalf of Defendant Burks Tractor Company  Inc. britta.warren@bhlaw.com |
| Britta E Warren | |

| District/off: 0976-8 | User: admin | Page 7 of 10 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: pdf042 | Total Noticed: 205 |

    on behalf of Creditor Burks Tractor Company Inc. britta.warren@bhlaw.com

Bruce A. Anderson
    on behalf of Creditor Committee Bruce A. Anderson baafiling@eaidaho.com

Cheryl Rambo
    on behalf of Creditor Idaho State Brand Department cheryl.rambo@isp.idaho.gov

Christopher C. McCurdy
    on behalf of Interested Party Glanbia Foods Inc ccmccurdy@hollandhart.com
    njhammond@hollandhart.com;intaketeam@hollandhart.com

Connor Bray Edlund
    on behalf of Creditor McAlvain Concrete Inc. edlund@mwsslawyers.com, lemieux@mwsslawyers.com

D Blair Clark
    on behalf of Creditor Blue Cross of Idaho Health Service Inc dbc@dbclarklaw.com,
    mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com

Daniel C Green
    on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net

Daniel C Green
    on behalf of Interested Party Idaho AgCredit dan@racineolson.com mcl@racinelaw.net

David A Coleman
    on behalf of Creditor c/o David A. Coleman Youree Land & Livestock Inc. david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor Eagle Creek Northwest LLC david@colemanjacobsonlaw.com

David A Coleman
    on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com

David A. Heida
    on behalf of Special Counsel David A Heida david@heidalawoffice.com eshippy@whitepeterson.com

David A. Heida
    on behalf of Attorney David A. Heida david@heidalawoffice.com eshippy@whitepeterson.com

David T Krueck
    on behalf of Creditor Amalgamated Sugar Company dkrueck@hawleytroxell.com
    jdeshaw@perkinscoie.com;docketboi@perkinscoie.com

David W. Gadd
    on behalf of Creditor Valley Wide Cooperative Inc. dwg@magicvalleylaw.com jfb@magicvalleylaw.com

Eric R Clark
    on behalf of Creditor Brandy Ann Bartholomew eclark101@hotmail.com eclark@ericrclarkattorney.com

Eric R Clark
    on behalf of Creditor Brandy Bartholomew eclark101@hotmail.com eclark@ericrclarkattorney.com

Evan Thomas Roth
    on behalf of Creditor Viserion Grain LLC evan@sawtoothlaw.com

Francisco Vazquez
    on behalf of Creditor Rabo AgriFinance LLC francisco.vazquez@nortonrosefulbright.com

Gabriel Luis Olivera
    on behalf of Creditor Official Committee Of Unsecured Creditors golivera@omm.com gabriel-olivera-3960@ecf.pacerpro.com

Gery W Edson
    on behalf of Creditor Land View Inc. gedson@gedson.com, tfurey@gedson.com

Heidi Buck Morrison
    on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC heidi@racineolson.com,
    mandy@racineolson.com

Holly Roark
    on behalf of Creditor Elevation Electric LLC holly@roarklawboise.com,
    courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Holly Roark
    on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com
    courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

James Niemeier
    on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com

James Justin May
    on behalf of Debtor Millenkamp Cattle Inc jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Case 24-40158-NGH    Doc 973    Filed 03/19/25    Entered 03/19/25 22:25:08    Desc
Imaged Certificate of Notice    Page 13 of 15

| District/off: 0976-8 | User: admin | Page 8 of 10 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: pdf042 | Total Noticed: 205 |

Janine Patrice Reynard
    on behalf of Creditor East Valley Development LLC janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Jason Ronald Naess
    on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov

Jed W. Manwaring
    on behalf of Creditor MWI Veterinarian Supply Inc. jwm@elamburke.com, jh@elamburke.com

John O'Brien
    on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com

John D Munding
    on behalf of Creditor PerforMix Nutrition Systems LLC john@mundinglaw.com

John F Kurtz, Jr
    on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com tnd@kurtzlawllc.com

Jon B Evans
    on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com sattler.carla@dorsey.com

Joseph Mark Wager, Jr.
    on behalf of Creditor Rexel USA Inc dba Platt Electric Supply wager@mwsslawyers.com, wstewart@mwsslawyers.com;seannegan@sneganlaw.com;reception@mwsslawyers.com

Julian Gurule
    on behalf of Creditor Official Committee Of Unsecured Creditors jgurule@omm.com julian-gurule-5732@ecf.pacerpro.com

Karyn Lloyd
    on behalf of Creditor CNH Industrial Capital America LLC klloyd@grsm.com

Kim J Trout
    on behalf of Creditor Rocky Mountain Agronomics Inc. ktrout@trout-law.com

Kimbell D Gourley
    on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com shudson@idalaw.com

Kimbell D Gourley
    on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com shudson@idalaw.com

Krystal R. Mikkilineni
    on behalf of Financial Advisor Kander LLC krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Laura E Burri
    on behalf of Creditor Automation Werx LLC lburri@morrowfischer.com, klee@morrowfischer.com

Louis V. Spiker
    on behalf of Creditor Standlee Ag Resources louis.spiker@millernash.com louis.spiker@millernash.com

Mark Bradford Perry
    on behalf of Creditor Burks Tractor Company Inc. mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com

Mark Bradford Perry
    on behalf of Defendant Burks Tractor Company Inc. mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com

Matthew Kremer
    on behalf of Creditor Official Committee Of Unsecured Creditors mkremer@omm.com matthew-kremer-0858@ecf.pacerpro.com

Matthew A Sturzen
    on behalf of Creditor Wilbur-Ellis Company LLC matt@shermlaw.com bjorn@shermlaw.com;gina@shermlaw.com

Matthew T. Christensen
    on behalf of Debtor East Valley Cattle LLC mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Idaho Jersey Girls LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Enterprises LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Black Pine Cattle LLC mtc@johnsonmaylaw.com

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 9 of 10 |
| Date Rcvd: Mar 17, 2025 | Form ID: pdf042 | Total Noticed: 205 |

| | |
|---|---|
| | mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Family LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Goose Ranch LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Cattle  Inc mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Properties II LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Plaintiff Millenkamp Cattle  Inc mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Debtor Millenkamp Properties  L.L.C. mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew T. Christensen | on behalf of Attorney Matthew T. Christensen mtc@johnsonmaylaw.com mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com |
| Matthew W Grimshaw | on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com |
| Meredith Leigh Thielbahr | on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com  ckaiser@grsm.com |
| Miranda K. Russell | on behalf of Creditor East Valley Development  LLC mrussell@mofo.com, miranda-russell-6809@ecf.pacerpro.com |
| Morton R. Branzburg | on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com |
| Oren B. Haker | on behalf of Creditor Burks Tractor Company  Inc. oren.haker@bhlaw.com |
| Oren B. Haker | on behalf of Defendant Burks Tractor Company  Inc. oren.haker@bhlaw.com |
| R Ron Kerl | on behalf of Plaintiff Rabo AgriFinance LLC Ron@cooper-larsen.com  connie@cooper-larsen.com |
| Rhett Michael Miller | on behalf of Creditor Moss Farms Operations  LLC rmiller@magicvalley.law |
| Rhett Michael Miller | on behalf of Creditor United Electric Co-op  Inc. rmiller@magicvalley.law |
| Rhett Michael Miller | on behalf of Creditor Raft River Rural Electric Cooperative  Inc. rmiller@magicvalley.law |
| Rhett Michael Miller | on behalf of Creditor Moss Grain Partnership rmiller@magicvalley.law |
| Scott C Powers | on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mwatson@spencerfane.com |
| Sheila Rae Schwager | on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com |

jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com

Suzanne Jaderholm

    on behalf of Debtor Millenkamp Cattle  Inc sj@johnsonmaylaw.com

Thomas E Dvorak

    on behalf of Plaintiff East Valley Cattle  LLC ted@givenspursley.com, s274@givenspursley.com;kad@givenspursley.com

Thomas E Dvorak

    on behalf of Special Counsel Givens Pursley LLP ted@givenspursley.com  s274@givenspursley.com;kad@givenspursley.com

Thomas E Dvorak

    on behalf of Debtor Millenkamp Cattle  Inc ted@givenspursley.com, s274@givenspursley.com;kad@givenspursley.com

Thomas E Dvorak

    on behalf of Plaintiff Millenkamp Cattle  Inc ted@givenspursley.com, s274@givenspursley.com;kad@givenspursley.com

Tirzah R. Roussell

    on behalf of Realtor Schuil Ag Real Estate Inc tirzah.roussell@dentons.com

Tirzah R. Roussell

    on behalf of Attorney Krystal R Mikkilineni tirzah.roussell@dentons.com

Tirzah R. Roussell

    on behalf of Appraiser Gale W. Harding and Associates tirzah.roussell@dentons.com

US Trustee

    ustp.region18.bs.ecf@usdoj.gov

William K Carter

    on behalf of Creditor CNH Industrial Capital America LLC kentcarter@grsm.com

William Reed Cotten

    on behalf of Creditor Aden Brook Trading Corp wrc@idlawfirm.com
    bcl@idlawfirm.com;bjh@idlawfirm.com;cottenwr98259@notify.bestcase.com

Zachary Fairlie

    on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding
    SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com

Zachery James McCraney

    on behalf of Interested Party Glanbia Foods Inc zjmccraney@hollandhart.com
    cmcarvalho@hollandhart.com;intaketeam@hollandhart.com

TOTAL: 92