UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br>MILLENKAMP CATTLE, INC.,<br>　　　Debtors. | Case No. 24-40158-NGH<br><br>Chapter 11 Cases |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With Case Nos.:<br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**ORDER APPROVING SECOND APPLICATION OF O'MELVENY & MYERS LLP FOR INTERIM COMPENSATION**

This matter came before the Court at the hearing on March 13, 2025, upon the *Second Application of O'Melveny & Myers LLP for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period August 1, 2024 through November 30, 2024* [Docket No. 893] (the "Application") filed on February 6, 2025 and served on February 6, 2025; notice given with only the objection of the United States Trustee [Docket No. 930] (the "U.S. Trustee's Objection") having been filed; after hearing before the Court and for good cause shown:

**IT IS HEREBY ORDERED**:

1.　　The Application is APPROVED, on an interim basis, as follows: O'Melveny & Myers LLP is awarded fees and expenses in the amount of $113,411.98.

2.　　Any amounts not so approved shall be set for evidentiary hearing at a later date,

along with the U.S. Trustee's Objection.

3.  The Court's approval of the Application, as set forth herein, is made pursuant to 11 U.S.C. § 331 and the amounts awarded for compensation and expenses are subject to reconsideration in connection with a final fee application in this case.

//end of text//

DATED: March 20, 2025



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by:
Julian Gurule
O'Melveny & Myers LLP
Attorney for the Official Committee of Unsecured Creditors
Approved as to form:


*/s/ Brett R. Cahoon*
Brett R. Cahoon
Office of the United States Trustee