# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 3/20/2025 |
| Case: 24–40158–NGH | Form ID: pdf016 | Total: 293 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| cr | CNH Industrial Capital America LLC |
| cr | MWI Veterinary Supply Inc. |
| cr | McAlvain Concrete, Inc. |
| cr | JOHN DEERE FINANCIAL |
| cr | Rocky Mountain Agronomics, Inc. |
| cr | Official Committee Of Unsecured Creditors |
| cr | Brandy Ann Bartholomew |
| aty | O'Melveny & Myers LLP |
| fa | Kander, LLC |
| cr | Aden Brook Trading Corp |
| 5339219 | #3924637 |
| 5337874 | Badger Bearing PTP, Inc |
| 5350001 | MWI Veterinary Supply |
| 5346022 | Rexel USA, Inc. dba Platt Electric Supply |

TOTAL: 14

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Alexandra O Caval | alex@cavallawoffice.com |
| aty | Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| aty | Brent Russel Wilson | bwilson@hawleytroxell.com |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brian Faria | brian@sawtoothlaw.com |
| aty | Brian Michael Rothschild | brothschild@parsonsbehle.com |
| aty | Britta E Warren | britta.warren@bhlaw.com |
| aty | Bruce A. Anderson | baafiling@eaidaho.com |
| aty | Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| aty | Christopher C. McCurdy | ccmccurdy@hollandhart.com |
| aty | Connor Bray Edlund | edlund@mwsslawyers.com |
| aty | D Blair Clark | dbc@dbclarklaw.com |
| aty | Daniel C Green | dan@racineolson.com |
| aty | David A Coleman | david@colemanjacobsonlaw.com |
| aty | David A. Heida | david@heidalawoffice.com |
| aty | David T Krueck | dkrueck@hawleytroxell.com |
| aty | David W. Gadd | dwg@magicvalleylaw.com |
| aty | Eric R Clark | eclark101@hotmail.com |
| aty | Evan Thomas Roth | evan@sawtoothlaw.com |
| aty | Francisco Vazquez | francisco.vazquez@nortonrosefulbright.com |
| aty | Gabriel Luis Olivera | golivera@omm.com |
| aty | Gery W Edson | gedson@gedson.com |
| aty | Heidi Buck Morrison | heidi@racineolson.com |
| aty | Holly Roark | holly@roarklawboise.com |
| aty | James Niemeier | jniemeier@mcgrathnorth.com |
| aty | James Justin May | jjm@johnsonmaylaw.com |
| aty | Janine Patrice Reynard | janine@averylaw.net |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| aty | Jed W. Manwaring | jwm@elamburke.com |
| aty | John O'Brien | jobrien@spencerfane.com |
| aty | John D Munding | john@mundinglaw.com |
| aty | John F Kurtz, Jr | jfk@kurtzlawllc.com |
| aty | Jon B Evans | evans.jb@dorsey.com |
| aty | Joseph Mark Wager, Jr. | wager@mwsslawyers.com |
| aty | Julian Gurule | jgurule@omm.com |
| aty | Karyn Lloyd | klloyd@grsm.com |
| aty | Kim J Trout | ktrout@trout–law.com |
| aty | Kimbell D Gourley | kgourley@idalaw.com |
| aty | Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| aty | Laura E Burri | lburri@morrowfischer.com |
| aty | Louis V. Spiker | louis.spiker@millernash.com |
| aty | Mark Bradford Perry | mbp@perrylawpc.com |
| aty | Matthew Kremer | mkremer@omm.com |
| aty | Matthew A Sturzen | matt@shermlaw.com |
| aty | Matthew T. Christensen | mtc@johnsonmaylaw.com |
| aty | Matthew W Grimshaw | matt@grimshawlawgroup.com |
| aty | Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| aty | Miranda K. Russell | mrussell@mofo.com |
| aty | Morton R. Branzburg | mbranzburg@klehr.com |
| aty | Oren B. Haker | oren.haker@bhlaw.com |

```
aty         Rhett Michael Miller        rmiller@magicvalley.law
aty         Scott C Powers              spowers@spencerfane.com
aty         Sheila Rae Schwager         sschwager@hawleytroxell.com
aty         Suzanne Jaderholm           sj@johnsonmaylaw.com
aty         Thomas E Dvorak             ted@givenspursley.com
aty         Tirzah R. Roussell          tirzah.roussell@dentons.com
aty         William K Carter            kentcarter@grsm.com
aty         William Reed Cotten         wrc@idlawfirm.com
aty         Zachary Fairlie             zfairlie@spencerfane.com
aty         Zachery James McCraney      zjmccraney@hollandhart.com
```

                                                                                                TOTAL: 61

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

```
db          Millenkamp Cattle, Inc      471 North 300 West       Jerome, ID 83338
cr          Rabo AgriFinance LLC        c/o Sheila R. Schwager   P.O. Box 1617     Boise, ID 83701
cr          Viterra USA Grain, LLC and Viterra USA Ingredients, LLC    c/o Racine Olson, PLLP    P.O. Box 1391    Pocatello, ID 83204
cr          MetLife Real Estate Lending LLC    c/o Kimbell D. Gourley    10801 Mastin Blvd    Suite 700    Overland Park, KS 66210
cr          Metropolitan Life Insurance Company    c/o Kimbell D. Gourley    10801 Mastin BLVD    Suite 700    Overland Park, KS 66210
cr          Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att    Spencer Fane    1700 Lincoln Street    Suite 2000    Denver, CO 80203
cr          Western States Equipment Co.    500 East Overland Road    Meridian, ID 83642
cr          c/o David A. Coleman Youree Land & Livestock, Inc.    Coleman, Ritchie & Jacobson    PO BOX 525    TWIN FALLS, ID 83303–0525 UNITED STATES
cr          c/o David A. Coleman B & H Farming    Coleman, Ritchie & Jacobson    PO BOX 525    TWIN FALLS, ID 83303–0525 UNITED STATES
cr          East Valley Development, LLC    c/o Avery Law    3090 E Gentry Way, Ste 250    Meridian, ID 83642
cr          Land View, Inc.    P.O. Box 475    Rupert, ID 83350
cr          MWI Veterinarian Supply, Inc.    3041 W PASADENA DRIVE    Boise, ID 83705 UNITED STATES
cr          Raft River Rural Electric Cooperative, Inc.    c/o Rhett M. Miller    P.O. Box 910    Burley, ID 83318
cr          Viserion Grain, LLC    c/o Sawtooth Law Offices, PLLC    213 Canyon Crest Dr., Ste 200    Twin Falls, ID 83301 UNITED STATES
cr          Ad Hoc Committee of Corn Silage Growers    153 East Main Street    PO Box 168    Jerome, ID 83338
cr          Progressive Dairy Service & Supply Corp.    485 S IDAHO ST    WENDELL, ID 83355–5241
cr          Elevation Electric, LLC    485 S IDAHO ST    WENDELL, ID 83355–5241
cr          Bunge Canada C/O David D. Farrell    David D. Farrell. Esq.    One US Bank Plaza    Suite 2700    St. Louis, MO 63101
intp        Glanbia Foods Inc    c/o Robert A Faucher    POB 2527    Boise, ID 83701
intp        Sandton Capital Partners LP    16 W 46th Street, 1st Floor    New York, NY 10036
cr          Automation Werx, LLC    Morrow & Fischer, PLLC    4 Ogden Avenue    Nampa, ID 83651
cr          Wilbur–Ellis Company LLC    c/o Matthew A. Sturzen    P.O. Box 2247    Salem, OR 97308
cr          PerforMix Nutrition Systems, LLC    MUNDING, P.S.    309 E. FARWELL RD., STE 310    Spokane, WA 99218 UNITED STATES
cr          Idaho State Brand Department    700 S. Stratford Dr.    Meridian, ID 83642 UNITED STATES
cr          Moss Grain Partnership    c/o Rhett M. Miller    P.O. Box 910    Burley, ID 83318
cr          Moss Farms Operations, LLC    c/o Rhett M. Miller    P.O. Box 910    Burley, ID 83318
cr          United Electric Co–op, Inc.    c/o Rhett M. Miller    P.O. Box 910    Burley, ID 83318
cr          Standlee Ag Resources    c/o Miller Nash LLP    950 W Bannock St, Ste 1100    Boise, ID 83702
cr          Burks Tractor Company, Inc.    3140 Kimberly Road    Twin Falls, ID 83301
cr          Blue Cross of Idaho Health Service, Inc    c/o Law Office of D. Blair Clark PC    967 East Parkcenter Boulevard, #282    Boise, ID 83706 UNITED STATES
aty         Matthew T. Christensen    199 N. Capitol Blvd.    Ste 200    Boise, ID 83702
aty         Krystal R Mikkilineni    Dentons Davis Brown    215 10th St    Ste 1300    Des Moines, IA 50309
crcm        Bruce A. Anderson    320 East Neider Avenue    Suite 102    Coeur d'Alene, ID 83815
r           Schuil Ag Real Estate Inc    5020 W Mineral King Ave    Visalia, CA 93291
app         Gale W. Harding and Associates    329 W 7th S    Rexburg, ID 83440
app         Davis Livestock, Inc.    780 E Cannibal Rd    Lewiston, UT 84320
br          The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker    6400 S Fiddlers Green Circle    Suite 850    Greenwood Village, CO 80111
cr          Rexel USA, Inc dba Platt Electric Supply    McConnell Wagner Sykes + Stacey PLLC    827 E. Park Blvd, Ste. 201    Boise, ID 83712
cr          Amalgamated Sugar Company    1951 S. Saturn Way    Suite 100    Boise, ID 83709
aty         Bruce A. Anderson    320 East Neider Avenue    Suite 102    Coeur d'Alene, ID 83815
intp        William Millenkamp    471 N 300 W    Jerome, ID 83338
cr          Valley Wide Cooperative Inc.    c/o David W. Gadd, Stover, Gadd & Assoc.    P.O. Box 1428    Twin Falls, ID 83303–1428
intp        Idaho AgCredit    c/o Daniel C. Green    Racine Olson, PLLP    P. O. Box 1391    Pocatello, ID 83201
aty         Julian Gurule    O'Melveny & Meyers LLP    400 South Hope Street    Suite 1900    Los Angeles, CA 90071
acc         Cooper Norman    PO Box 5399    Twin Falls, ID 83303
app         Summit Ag Appraisal Inc    995 S 1150 E    Albion, ID 83311
fa          Amory Securities LLC    200 North Pacific Hwy    Suite 1525    El Segundo, CA 90245
```

| | | |
|---|---|---|
| sp | Givens Pursley LLP     Givens Pursley LLP     601 W. Bannock     P.O. Box 2720     Boise, ID 83701–2720 UNITED STATES | |
| sp | David A Heida     Heida Law Office, PLLC     Po Box 216     Kimberly, ID 83341 | |
| fa | Kander LLC     2538 Carrolwood Road     Naperville, IL 60540 | |
| wit | Lance Vandemark     Expert Consulting Services     2694 E 750 S     Declo, ID 83323 | |
| wit | Theodore Isbell     Expert Consulting Services     2694 E 750 S     Declo, ID 83323 | |
| aty | David A. Heida     Heida Law Office, PLLC     P.O. Box 216     Kimberly, ID 83341 UNITED STATES | |
| op | Robert Marcus     Kander LLC     341 N Lafayette St     Macomb, IL 61455 | |
| aty | Andrew Schoulder     1301 Avenue of The Americas     New York, NY 10019–6022 | |
| aty | Domenic E Pacitti     Klehr Harrison Harvey Branzburg LLP     919 Market Street     Suite 1000     Wilmington, DE 19801 | |
| aty | Francisco Vazquez     Norton Rose Fulbright     1301 Avenue if the Americas     New York, NY 10019–6022 | |
| aty | Gabriel L Olivera     7 Times Square     New York, NY 10036 | |
| aty | James J Niemeier     McGrath North Mullin & Kratz, PC LLO     1601 Dodge Street     Ste 3700     Omaha, NE 68102 | |
| aty | John O'Brien     Spencer Fane LLP     1700 Lincoln Steet     Suite 2000     Denver, CO 80203 | |
| aty | Julian Gurule     400 South Hope Street     Suite 1900     Los Angeles, CA 90071 | |
| aty | Karyn Lloyd     Gordon Rees Scully Mansukhani, LLP     999 W Main Street     100     Boise, ID 83702 | |
| aty | Lorenzo Marinuzzi     Morrison & Foerster LLP     250 West 55th Street     New York, NY 10019 | |
| aty | Matthew Kremer     7 Times Square     New York, NY 10036 | |
| aty | Michael R Stewart     2200 Wells Fargo Center     90 South Seventh Street     Minneapolis, MN 55402 | |
| aty | Miranda Russell     Morrison & Foerster LLP     250 West 55th Street     New York, NY 10019 | |
| aty | Morton R Branzburg     Klehr Harrison Harvey Branzburg LLP     1835 Market St     Suite 1400     Philadelphia, PA 19103 | |
| aty | Nikolaus F Schandlbauer     20 F Street NW     Suite 500     Washington DC 20001 | |
| aty | Raff Ferraioli     Morrison & Foerster LLP     250 West 55th Street     New York, NY 10019 | |
| aty | Richard Bernard     1177 Avenue of the Americas     41st Floor     New York, NY 10036 | |
| aty | Ron C Bingham, II     3424 Peachtree Road NE     Suite 1600     Atlanta, GA 30326 | |
| aty | Scott F Gautier     1800 Century Park East     Ste 1500     Los Angeles, CA 90067 | |
| aty | W. Kent Carter     One North Franklin     Suite 800     Chicago, IL 60606 | |
| aty | Zachary Fairlie     Spencer Fane LLP     1000 Walnut Street     Suite 1400     Kansas City, MO 64106 | |
| 5338201 | A K Trucking1897 E 990 S Hazelton, ID 83335     A. Scott Jackson TruckingPO Box 56 Jerom     A. Scott JacksonTrucking Inc PO Box 56 J     ABS Global Inc Box 22144 Network Place C     Addison Biological Lab 507 N Cleveland S     Aden Brook Trading CorpPO Box 217 Montgo | |
| 5338357 | A. Scott Jackson Trucking, Inc.     c/o Williams Meservy & Larsen, LLP     Post Office Box 168     153 East Main Street     Jerome, ID 83338 | |
| 5339172 | AAA Cow Comfort LLC     Po Box 307     Kimberly, ID 83341 | |
| 5339357 | ABS Global     1525 River Rd.     DeForest, WI 53532 | |
| 5352499 | ARNOLD MACHINERY COMPANY     2975 West 2100 South     Salt Lake City, UT 84119 | |
| 5345130 | Addison Biological Laboratory, INC.     507 North Cleveland St.     Fayette, MO 65248 | |
| 5339173 | Airgas USA LLC     PO Box 734445     Chicago, IL 60673–4445 | |
| 5341229 | Airgas USA, LLC     110 West 7th St. Suite 1400     Tulsa, OK 74119 | |
| 5339859 | Alexander K. Reed     4296 N 2100 E     Filer, ID 83328 | |
| 5339174 | Amalgamated Sugar     1951 S Saturn Way     Ste 100     Boise, ID 83709 | |
| 5345729 | Amalgamated Sugar Company     1951 S. Saturn Way, Suite 100     Boise, ID 83709 | |
| 5345775 | Amalgamated Sugar Company     1951 S. Saturn Way, Suite 100     Boise, ID 83709 | |
| 5340188 | American Calf Products (Golden State Mixing, Inc.)     425 D Street     Turlock, CA 95380 | |
| 5342707 | American Express National Bank     c/o Becket and Lee LLP     PO Box 3001     Malvern PA 19355–0701 | |
| 5342727 | American Express National Bank     c/o Becket and Lee LLP     PO Box 3001     Malvern PA 19355–0701 | |
| 5336402 | Automation Werx, LLC     PO Box 3066     Idaho Falls, ID 83401 | |
| 5339552 | B & H Farming, an Idaho General Partnership     PO Box 123     Rupert, ID 83350 | |
| 5339175 | BS R Design Supplies     198 Locust St S     Twin Falls, ID 83301 | |
| 5341673 | Blue Cross of Idaho     c/o D Blair Clark, Atty     967 Parkcenter Blvd #282     Boise, ID 83706 | |
| 5341702 | Blue Cross of Idaho     c/o D. Blair Clark, Attorney     967 E. Parkcenter Blvd., #282     Boise, ID 83706 | |
| 5339860 | Bo Stevenson dba B&A Farms     1001 S 1900 E     Hazelton, ID 83335 | |
| 5345992 | Brandy A. Bartholomew     C/O Eric R. Clark, Attorney     P.O. Box 2504     Eagle, ID 83616 | |
| 5335094 | Bunge Canada     c/o David D. Farrell     THOMPSON COBURN LLP     One US Bank Plaza, Suite 2700     St. Louis, Missouri 63101 | |
| 5354690 | Burks Tractor Company, Inc.     Oren B. Haker     Black Helterline LLP     805 SW Broadway Suite 1900     Portland, OR 97205 | |
| 5350014 | CNH Industrial Capital America LLC     Kent Carter/Gordon Rees     One North Franklin, Suite 800     Chicago, IL 60606 | |
| 5339191 | Capitol One     PO Box 60599     City of Industry, CA 91716 | |
| 5345658 | Carne I Corp.     134 E. Highway 81     Burley, ID 83318 | |
| 5344923 | Cellco Partnership d/b/a Verizon Wireless     William M Vermette     22001 Loudoun County PKWY     Ashburn, VA 20147 | |
| 5335227 | CenturyTel Service Group, LLC dba CenturyLink     Lumen Technologies Group     931 14th Street, 9th Floor (Attn: Legal–BKY)     Denver, CO 80202 | |
| 5339520 | Christopher Camardello     1031 Mendota Heights Road     St. Paul, MN 55120 | |
| 5339192 | Citi Cards     PO Box 78019     Phoenix, AZ 85062 | |
| 5339861 | Clint D. Thompson     298 N 200 W     Jerome, ID 83338 | |
| 5335499 | Coastline Equipment Company     2000 E Overland Rd     Meridian, ID 83642 | |
| 5339193 | Colonial Life     Processing Center     PO Box 1365     Columbia, SC 29202–1365 | |

| ID | Name | Address |
|---|---|---|
| 5345020 | Connie Lapaseotes, Ltd. | c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203 |
| 5339194 | Conrad Bishcoff Inc | 2251 N Holmes    PO Box 50106    Idaho Falls, ID 83405 |
| 5338938 | Conterra Holdings, LLC dba Conterra Ag Capital as | c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203 |
| 5338613 | Conterra Holdings, LLC dba Conterra Ag Capital as | c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80260 |
| 5348879 | Daimler Truck Financial Services USA LLC | c/o Randall P. Mroczynski    Cooksey, Toolen, Gage, Duffy & Woog    535 Anton Boulevard, Suite 1000    Costa Mesa, CA 92626 |
| 5339521 | Dairy Tech, LLC | 1031 Mendota Heights Road    St. Paul, MN 55120 |
| 5339195 | Daritech | 8540 Benson Rd    Lynden, WA 98264 |
| 5340867 | David Clark | Clark Ambulatory Clinic, Inc.    1019 E 1020 S    Albion, ID 83311 |
| 5339862 | Douglas J. Grant | 2050 E 500 S    Hazelton, ID 83335 |
| 5339863 | Dusty Brow Farms, Inc. | 2601 E 1100 S    Hazelton, ID 83335 |
| 5354704 | East Valley Development, LLC | c/o Adam Lewis, Esq.    Morrison & Foerster LLP    425 Market St.    San Francisco CA 94105 |
| 5339864 | Edward Chojnacky | 298 N 100 W    Jerome, ID 83338 |
| 5379327 | Eide Bailly LLP | 4310 17th Ave S    Fargo, ND 58103 |
| 5336403 | Electrical Werx & Construction, LLC | PO Box 3066    Idaho Falls, ID 83401 |
| 5336173 | Elevation Electric, LLC | 485 S. Idaho St.    Wendell, ID 83355 |
| 5339196 | Eric Clark | Clark Associates    PO Box 2504    Eagle, ID 83616 |
| 5339197 | Evans Plumbing | 111 Gulf Stream Lane    Hailey, ID 83333 |
| 5339591 | Farmers Bank | PO Box 392    Buhl, ID 83316 |
| 5345915 | Fastenal Company | 2001 Theurer Blvd.    ATTN: LEGAL    Winona, MN 55987 |
| 5345021 | Fredin Brothers, Inc. | c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203 |
| 5336661 | G.J. Verti–Line Pumps, Inc. | PO Box 892    Twin Falls, ID 83303–0892 |
| 5339865 | Grant & Hagan, Inc. | P.O. Box 326    Hazelton, ID 83335 |
| 5339866 | Grant 4–D Farms LLC | 707 E 600 N    Rupert, ID 83350 |
| 5373370 | GreatAmerica Financial Services Corporation | ATTN: Peggy Upton    625 First St. SE    Cedar Rapids, IA 52401 |
| 5345661 | Green Source Automation, LLC | 3506 Moore Road    Ceres, CA 95307 |
| 5339198 | Hatfield Manufacturing Inc | 1823 Shoestring Rd    Gooding, ID 83330 |
| 5353585 | Heeringa Construction LLC | 18521 E Queen Creek Rd    #105–481    Queen Creek, AZ 85142 |
| 5339867 | Hollifield Ranches, Inc. | 22866 Highway 30    Hansen, ID 83334 |
| 5340509 | IRS | Centralized Insolvency Oper.    PO Box 7346    Philadelphia, PA 19101–7346 |
| 5339199 | Idaho Dept of Lands | PO Box 83720    Boise, ID 83720 |
| 5354954 | Idaho Materials & Construction | c/o Miller Nash LLP    950 W Bannock St, Ste 1100    Boise, ID 83702 |
| 5339526 | Idaho State Tax Commission | PO Box 36    Boise, ID 83722 |
| 5339200 | Innovative Food SolutionsUSA | Attn: Jordan Bowen    134 E. Highway 81    Burley, ID 83318 |
| 5339765 | Interstate Billing Service, Inc | PO box 2250    Decatur, AL 35609 |
| 5345295 | J&C Hoof Trimming Inc. | 3690 N 2570 E    Twin Falls, ID 83301 |
| 5345360 | J.D. Heiskell Holdings, LLC | 17220 Wright St, Ste 200    Omaha, NE 68130 |
| 5339527 | JOHN DEERE FINANCIAL | c/o Weltman, Weinberg & Reis Co., L.P.A.    965 Keynote Circle    Cleveland, OH 44131 |
| 5339203 | JP Morgan Chase | PO Box 6294    Carol Stream, IL 60197 |
| 5338039 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A.    c/o National Bankruptcy Services, LLC    P.O. Box 9013    Addison, Texas 75001 |
| 5338040 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A.    c/o National Bankruptcy Services, LLC    P.O. Box 9013    Addison, Texas 75001 |
| 5339201 | Jake Millenkamp | 1719 River Road    Buhl, ID 83316 |
| 5349577 | James Farrell & CO | 13810 SE Eastgate Way    Suite 520    Bellevue, WA 98005 |
| 5339868 | Jean L. Thompson | 255 N 250 W    Jerome, ID 83338 |
| 5339202 | Jeffrey E. Rolig | PO Box 5455    Twin Falls, ID 83303–5455 |
| 5345787 | Jeffrey J. Grieve | P.O. Box 366    Twin Falls, ID 83303–0366 |
| 5339016 | John Deere Construction and Forestry Company | c/o Weltman, Weinberg & Reis Co., L.P.A.    965 Keynote Circle    Cleveland, OH 44131 |
| 5339015 | John Deere Financial, f.s.b. | c/o Weltman, Weinberg & Reis Co., L.P.A.    965 Keynote Circle    Cleveland, OH 44131 |
| 5339204 | K R Rental Inc | 256 A South 600 W    Heyburn, ID 83336 |
| 5339205 | Keith D. and Janet Carlson | 3866 E 3800 N    Hansen, ID 83334 |
| 5345788 | Kenworth Sales Company, Inc. | c/o Benoit Law    P.O. Box 366    Twin Falls, ID 83303–0366 , |
| 5339206 | Kinghorn Medical LLC | 248 S Cole Rd    Boise, ID 83709 |
| 5345508 | Kraus Farms, LLC | 165 South 400 West    Rupert, ID 83350 , |
| 5345606 | LES SCHWAB TIRE CENTERS OF IDAHO, LLC | PO BOX 5350    BEND, OR 97708 |
| 5339541 | Land View, Inc. | c/o Gery W. Edson    P.O. Box 448    Boise, ID 83701 |
| 5350983 | Merck Animal Health | Attn: Legal Dept–Animal Health    126 East Lincoln Avenue    Po Box 2000    Rahway, NJ 07065 |
| 5349667 | MetLife Real Estate Lending, LLC | c/o Ron C. Bingham, II, Esq.    Adams and Reese LLP    3424 Peachtree Road, NE, Suite 1600    Atlanta, Georgia 30326 |
| 5349670 | Metropolitan Life Insurance Company, a New York Co | c/o Ron C. Bingham, II, Esq.    Adams and Reese LLP    3424 Peachtree Road, NE, Suite 1600    Atlanta, Georgia 30326 |
| 5339870 | Michael Chojnacky | 51 W 600 N    Jerome, ID 83338 |
| 5369598 | Milner Hay | 1154 W 200 S    Murtaugh, ID 83344 |
| 5345659 | Moss Grain Partnership | 301 Scott Ave. Suite 4    Rupert, ID 83350 |
| 5341333 | NAPA Auto Parts | P.O. Box 1425    Twin Falls, ID 83303 |

| | | |
|---|---|---|
| 5334742 | NameAddress1Address2Address3CityStateZip    116 & West805 W Idaho StSte 300Boise    2020 Window ServicePO Box 6056Twin F    A & K Trucking1897 E 990 SHazeltonI    A. Scott Jackson TruckingPO Box 56Je    A. Scott JacksonTrucking IncPO Box 56 | |
| 5354689 | Oren B. Haker    Black Helterline LLP    805 SW Broadway Suite 1900    Portland, OR 97205 | |
| 5339207 | Overhead Door    489 S. Locust    Twin Falls, ID 83301 | |
| 5344741 | PTG of Idaho, LLC    c/o Holland N. O'Neil, Foley & Lardner LLP    2021 McKinney Avenue, Ste. 1600    Dallas, TX 75201 | |
| 5339208 | Pan American Life Insurance    1778 N Plano Rd    Ste 310    Richardson, TX 75081 | |
| 5342126 | PerforMix Nutrition Systems    2201 N 20th Street    Nampa, ID 83687 | |
| 5339209 | Pivot Man Inc    Robin Jones    PO Box 355    Paul, ID 8334 | |
| 5345022 | Prime Ridge Beef LLC    c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203 | |
| 5356686 | Pro Rentals & Sales    PO Box 5450    C12    Kalispell, MT 59903 | |
| 5339210 | Pro Tech Service Company    1550 Kimberly Rd    Twin Falls, ID 83301 | |
| 5346177 | Progressive Dairy Service & Supplies Corp.    485 S. Idaho St.    Wendell, ID 83355 | |
| 5336174 | Progressive Dairy Service & Supply Corp.    485 S. Idaho St.    Wendell, ID 83355 | |
| 5335058 | Quill Corporation    PO Box 102419    Columbia, SC 29224 | |
| 5345667 | Rabo AgriFinance LLC, as Administrative Agent    c/o Sheila Schwager    Hawley Troxell Ennis & Hawley, LLP    P.O. Box 1617    Boise, ID 83701–1617 | |
| 5346019 | Rexel USA, Inc dba Platt Electric Supply    827 E. Park Blvd, Ste. 201    Boise, Idaho 83712 | |
| 5339211 | Roark Law Offices    950 Bannock St., 11th Fl.    Boise, ID 83702 | |
| 5343428 | Rocky Mountain Agronomics    1912 West Main Street    Burley, ID 83318 | |
| 5336660 | Rogers Machinery Company, Inc.    PO Box 230429    Portland, OR 97281–0429 | |
| 5342352 | Schaeffer Manufacturing Company    c/o Denis McCarthy    2600 S Broadway    St. Louis, MO 63118 | |
| 5339212 | Schmidt Cattle Hauling    848 E 3400 N    Castleford, ID 8332 | |
| 5339213 | Schow's Truck Center    PO Box 2208    Decatur, AL 35609 | |
| 5345789 | Sheila R. Schwager    Hawley Troxell ennis & Hawley LLP    P.O. Box 1617    Boise, ID 83701–1617 | |
| 5339214 | Six States Distributors Inc    29787 Network Place    Chicago, IL 60673 | |
| 5339215 | SprinklerShop Inc    PO Box 599    Paul, ID 83347 | |
| 5345131 | St. Genetics    Inguran USA, INC.    22575 State Hwy 6 South    Navasota, TX 77868 | |
| 5339872 | Standing 16 Ranch Land Company, LLC    335 W 300 N    Jerome, ID 83338 | |
| 5339876 | Standlee Ag Resources    c/o Miller Nash, LLP, Attn: Louis Spiker    950 W Bannock St, Ste 1100    Boise, ID 83702 | |
| 5339873 | Star Falls Farms, LLC    1908 E 1300 S    Hazelton, ID 83335 | |
| 5339874 | Steel Ranch LLC    2597 E 1100 S    Hazleton, ID 83335 | |
| 5354401 | Steven R. Hogan II    409 S. 17th Street #500    Omaha, NE 68102 | |
| 5339216 | Stotz Equipment    2670 Kimberly Rd E    Twin Falls, ID 83301 | |
| 5354402 | The Dairy Solutions Group    409 S. 17th Street #500    Omaha, NE 68102 | |
| 5342832 | The Sprinkler Shop    P.O. Box 599    Paul, ID 83347 | |
| 5339875 | Triple C Farms, LLC    474 S 500 W    Jerome, ID 83338 | |
| 5336530 | US Commodities, LLC    730 Second Avenue S. Suite 700    Minneapolis, MN 55402    , | |
| 5342351 | Uline    12575 Uline Drive    Pleasant Prairie, WI 53158 | |
| 5347829 | Valley Wide Cooperative Inc.    c/o David W. Gadd    Stover, Gadd & Associates, PLLC    P.O. Box 1428    Twin Falls, Idaho 83301 | |
| 5347503 | Viserion Grain LLC    385 Broadway St    Boulder, CO 80305 | |
| 5354657 | Viserion Grain, LLC    385 Broadway Street    Boulder, CO 80305 | |
| 5339554 | Viterra USA Grain, LLC    1331 Capitol Ave.    Omaha, NE 68102 | |
| 5339553 | Viterra USA Ingredients, LLC    1331 Capitol Ave.    Omaha, NE 68102 | |
| 5338166 | Wag Services, Inc.    8121 W HARRISON ST    Tolleson, AZ 85353    , | |
| 5339217 | Wendell Truck and Auto    PO Box 213    356 S Idaho St    Wendell, ID 83355 | |
| 5339218 | Western Construction Inc    PO Box 15569    Boise, ID 83715 | |
| 5335378 | Westway Feed    BARR Credit Services    3444 N Country Club Rd    Ste 200    Tucson, AZ 85716 | |
| 5341725 | Wilbur–Ellis Nutrition, LLC    c/o Matthew A. Sturzen    PO Box 2247    Salem, OR 97308 | |
| 5338356 | Williams, Meservy & Larsen    Post Office Box 168    153 East Main Street    Jerome, ID 83338 | |
| 5342349 | Young CDJR of Burley, LLC    PO Box 1530    Layton, UT 84041 | |
| 5336406 | Youree Land & Livestock Inc.    3953 North 3300 East    Twin Falls, ID 83301 | |

TOTAL: 218