# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>       Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

**ORDER APPROVING SECOND APPLICATION OF ARMORY SECURITIES LLC FOR PAYMENT OF INTERIM COMPENSATION**

Having reviewed the Second Application of Armory Securities, LLC for Allowance and Payment of Interim Compensation for the Period of August 1, 2024 through November 30, 2024 (Docket No. 894) ("Application"), no objections having been filed or heard, a hearing on the Application having been held on March 13, 2025, and good cause shown:

IT IS HEREBY ORDERED that the Application is APPROVED, and the Applicant is authorized to receive payment for fees in the amount of $290,697.79 for time and services

1

rendered on the Committee's behalf during the Second Interim Period and (ii) payment is approved for the outstanding amounts owed to the Applicant, totaling $150,119.85.

xx end of text xx

DATED: March 20, 2025



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Submitted by: /s/ Bruce A. Anderson
Elsaesser Anderson, Chtd.
Attorneys for the Unofficial Committee of Unsecured Creditors

Approved as to form:

*/s/ Brett R. Cahoon*
Brett R. Cahoon
Attorney for the Acting United States Trustee