# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 3/20/2025 |
| Case: 24–40158–NGH | Form ID: pdf016 | Total: 293 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | CNH Industrial Capital America LLC |
| cr | MWI Veterinary Supply Inc. |
| cr | McAlvain Concrete, Inc. |
| cr | JOHN DEERE FINANCIAL |
| cr | Rocky Mountain Agronomics, Inc. |
| cr | Official Committee Of Unsecured Creditors |
| cr | Brandy Ann Bartholomew |
| aty | O'Melveny & Myers LLP |
| fa | Kander, LLC |
| cr | Aden Brook Trading Corp |
| 5339219 | #3924637 |
| 5337874 | Badger Bearing PTP, Inc |
| 5350001 | MWI Veterinary Supply |
| 5346022 | Rexel USA, Inc. dba Platt Electric Supply |

TOTAL: 14

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Alexandra O Caval | alex@cavallawoffice.com |
| aty | Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| aty | Brent Russel Wilson | bwilson@hawleytroxell.com |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brian Faria | brian@sawtoothlaw.com |
| aty | Brian Michael Rothschild | brothschild@parsonsbehle.com |
| aty | Britta E Warren | britta.warren@bhlaw.com |
| aty | Bruce A. Anderson | baafiling@eaidaho.com |
| aty | Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| aty | Christopher C. McCurdy | ccmccurdy@hollandhart.com |
| aty | Connor Bray Edlund | edlund@mwsslawyers.com |
| aty | D Blair Clark | dbc@dbclarklaw.com |
| aty | Daniel C Green | dan@racineolson.com |
| aty | David A Coleman | david@colemanjacobsonlaw.com |
| aty | David A. Heida | david@heidalawoffice.com |
| aty | David T Krueck | dkrueck@hawleytroxell.com |
| aty | David W. Gadd | dwg@magicvalleylaw.com |
| aty | Eric R Clark | eclark101@hotmail.com |
| aty | Evan Thomas Roth | evan@sawtoothlaw.com |
| aty | Francisco Vazquez | francisco.vazquez@nortonrosefulbright.com |
| aty | Gabriel Luis Olivera | golivera@omm.com |
| aty | Gery W Edson | gedson@gedson.com |
| aty | Heidi Buck Morrison | heidi@racineolson.com |
| aty | Holly Roark | holly@roarklawboise.com |
| aty | James Niemeier | jniemeier@mcgrathnorth.com |
| aty | James Justin May | jjm@johnsonmaylaw.com |
| aty | Janine Patrice Reynard | janine@averylaw.net |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |
| aty | Jed W. Manwaring | jwm@elamburke.com |
| aty | John O'Brien | jobrien@spencerfane.com |
| aty | John D Munding | john@mundinglaw.com |
| aty | John F Kurtz, Jr | jfk@kurtzlawllc.com |
| aty | Jon B Evans | evans.jb@dorsey.com |
| aty | Joseph Mark Wager, Jr. | wager@mwsslawyers.com |
| aty | Julian Gurule | jgurule@omm.com |
| aty | Karyn Lloyd | klloyd@grsm.com |
| aty | Kim J Trout | ktrout@trout–law.com |
| aty | Kimbell D Gourley | kgourley@idalaw.com |
| aty | Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| aty | Laura E Burri | lburri@morrowfischer.com |
| aty | Louis V. Spiker | louis.spiker@millernash.com |
| aty | Mark Bradford Perry | mbp@perrylawpc.com |
| aty | Matthew Kremer | mkremer@omm.com |
| aty | Matthew A Sturzen | matt@shermlaw.com |
| aty | Matthew T. Christensen | mtc@johnsonmaylaw.com |
| aty | Matthew W Grimshaw | matt@grimshawlawgroup.com |
| aty | Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| aty | Miranda K. Russell | mrussell@mofo.com |
| aty | Morton R. Branzburg | mbranzburg@klehr.com |
| aty | Oren B. Haker | oren.haker@bhlaw.com |

| | | |
|---|---|---|
| aty | Rhett Michael Miller | rmiller@magicvalley.law |
| aty | Scott C Powers | spowers@spencerfane.com |
| aty | Sheila Rae Schwager | sschwager@hawleytroxell.com |
| aty | Suzanne Jaderholm | sj@johnsonmaylaw.com |
| aty | Thomas E Dvorak | ted@givenspursley.com |
| aty | Tirzah R. Roussell | tirzah.roussell@dentons.com |
| aty | William K Carter | kentcarter@grsm.com |
| aty | William Reed Cotten | wrc@idlawfirm.com |
| aty | Zachary Fairlie | zfairlie@spencerfane.com |
| aty | Zachery James McCraney | zjmccraney@hollandhart.com |

TOTAL: 61

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Millenkamp Cattle, Inc | 471 North 300 West    Jerome, ID 83338 |
| cr | Rabo AgriFinance LLC | c/o Sheila R. Schwager    P.O. Box 1617    Boise, ID 83701 |
| cr | Viterra USA Grain, LLC and Viterra USA Ingredients, LLC | c/o Racine Olson, PLLP    P.O. Box 1391    Pocatello, ID 83204 |
| cr | MetLife Real Estate Lending LLC | c/o Kimbell D. Gourley    10801 Mastin Blvd    Suite 700    Overland Park, KS 66210 |
| cr | Metropolitan Life Insurance Company | c/o Kimbell D. Gourley    10801 Mastin BLVD    Suite 700    Overland Park, KS 66210 |
| cr | Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att | Spencer Fane    1700 Lincoln Street    Suite 2000    Denver, CO 80203 |
| cr | Western States Equipment Co. | 500 East Overland Road    Meridian, ID 83642 |
| cr | c/o David A. Coleman Youree Land & Livestock, Inc. | Coleman, Ritchie & Jacobson    PO BOX 525    TWIN FALLS, ID 83303–0525 UNITED STATES |
| cr | c/o David A. Coleman B & H Farming | Coleman, Ritchie & Jacobson    PO BOX 525    TWIN FALLS, ID 83303–0525 UNITED STATES |
| cr | East Valley Development, LLC | c/o Avery Law    3090 E Gentry Way, Ste 250    Meridian, ID 83642 |
| cr | Land View, Inc. | P.O. Box 475    Rupert, ID 83350 |
| cr | MWI Veterinarian Supply, Inc. | 3041 W PASADENA DRIVE    Boise, ID 83705 UNITED STATES |
| cr | Raft River Rural Electric Cooperative, Inc. | c/o Rhett M. Miller    P.O. Box 910    Burley, ID 83318 |
| cr | Viserion Grain, LLC | c/o Sawtooth Law Offices, PLLC    213 Canyon Crest Dr., Ste 200    Twin Falls, ID 83301 UNITED STATES |
| cr | Ad Hoc Committee of Corn Silage Growers | 153 East Main Street    PO Box 168    Jerome, ID 83338 |
| cr | Progressive Dairy Service & Supply Corp. | 485 S IDAHO ST    WENDELL, ID 83355–5241 |
| cr | Elevation Electric, LLC | 485 S IDAHO ST    WENDELL, ID 83355–5241 |
| cr | Bunge Canada C/O David D. Farrell | David D. Farrell. Esq.    One US Bank Plaza    Suite 2700    St. Louis, MO 63101 |
| intp | Glanbia Foods Inc | c/o Robert A Faucher    POB 2527    Boise, ID 83701 |
| intp | Sandton Capital Partners LP | 16 W 46th Street, 1st Floor    New York, NY 10036 |
| cr | Automation Werx, LLC | Morrow & Fischer, PLLC    4 Ogden Avenue    Nampa, ID 83651 |
| cr | Wilbur–Ellis Company LLC | c/o Matthew A. Sturzen    P.O. Box 2247    Salem, OR 97308 |
| cr | PerforMix Nutrition Systems, LLC | MUNDING, P.S.    309 E. FARWELL RD., STE 310    Spokane, WA 99218 UNITED STATES |
| cr | Idaho State Brand Department | 700 S. Stratford Dr.    Meridian, ID 83642 UNITED STATES |
| cr | Moss Grain Partnership | c/o Rhett M. Miller    P.O. Box 910    Burley, ID 83318 |
| cr | Moss Farms Operations, LLC | c/o Rhett M. Miller    P.O. Box 910    Burley, ID 83318 |
| cr | United Electric Co–op, Inc. | c/o Rhett M. Miller    P.O. Box 910    Burley, ID 83318 |
| cr | Standlee Ag Resources | c/o Miller Nash LLP    950 W Bannock St, Ste 1100    Boise, ID 83702 |
| cr | Burks Tractor Company, Inc. | 3140 Kimberly Road    Twin Falls, ID 83301 |
| cr | Blue Cross of Idaho Health Service, Inc | c/o Law Office of D. Blair Clark PC    967 East Parkcenter Boulevard, #282    Boise, ID 83706 UNITED STATES |
| aty | Matthew T. Christensen | 199 N. Capitol Blvd.    Ste 200    Boise, ID 83702 |
| aty | Krystal R Mikkilineni | Dentons Davis Brown    215 10th St    Ste 1300    Des Moines, IA 50309 |
| crcm | Bruce A. Anderson | 320 East Neider Avenue    Suite 102    Coeur d'Alene, ID 83815 |
| r | Schuil Ag Real Estate Inc | 5020 W Mineral King Ave    Visalia, CA 93291 |
| app | Gale W. Harding and Associates | 329 W 7th S    Rexburg, ID 83440 |
| app | Davis Livestock, Inc. | 780 E Cannibal Rd    Lewiston, UT 84320 |
| br | The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker | 6400 S Fiddlers Green Circle    Suite 850    Greenwood Village, CO 80111 |
| cr | Rexel USA, Inc dba Platt Electric Supply | McConnell Wagner Sykes + Stacey PLLC    827 E. Park Blvd, Ste. 201    Boise, ID 83712 |
| cr | Amalgamated Sugar Company | 1951 S. Saturn Way    Suite 100    Boise, ID 83709 |
| aty | Bruce A. Anderson | 320 East Neider Avenue    Suite 102    Coeur d'Alene, ID 83815 |
| intp | William Millenkamp | 471 N 300 W    Jerome, ID 83338 |
| cr | Valley Wide Cooperative Inc. | c/o David W. Gadd, Stover, Gadd & Assoc.    P.O. Box 1428    Twin Falls, ID 83303–1428 |
| intp | Idaho AgCredit | c/o Daniel C. Green    Racine Olson, PLLP    P. O. Box 1391    Pocatello, ID 83201 |
| aty | Julian Gurule | O'Melveny & Meyers LLP    400 South Hope Street    Suite 1900    Los Angeles, CA 90071 |
| acc | Cooper Norman | PO Box 5399    Twin Falls, ID 83303 |
| app | Summit Ag Appraisal Inc | 995 S 1150 E    Albion, ID 83311 |
| fa | Amory Securities LLC | 200 North Pacific Hwy    Suite 1525    El Segundo, CA 90245 |

| | | | | | |
|---|---|---|---|---|---|
| sp | Givens Pursley LLP | Givens Pursley LLP | 601 W. Bannock | P.O. Box 2720 | Boise, ID 83701–2720 UNITED STATES |
| sp | David A Heida | Heida Law Office, PLLC | Po Box 216 | Kimberly, ID 83341 | |
| fa | Kander LLC | 2538 Carrolwood Road | Naperville, IL 60540 | | |
| wit | Lance Vandemark | Expert Consulting Services | 2694 E 750 S | Declo, ID 83323 | |
| wit | Theodore Isbell | Expert Consulting Services | 2694 E 750 S | Declo, ID 83323 | |
| aty | David A. Heida | Heida Law Office, PLLC | P.O. Box 216 | Kimberly, ID 83341 UNITED STATES | |
| op | Robert Marcus | Kander LLC | 341 N Lafayette St | Macomb, IL 61455 | |
| aty | Andrew Schoulder | 1301 Avenue of The Americas | New York, NY 10019–6022 | | |
| aty | Domenic E Pacitti | Klehr Harrison Harvey Branzburg LLP | 919 Market Street | Suite 1000 | Wilmington, DE 19801 |
| aty | Francisco Vazquez | Norton Rose Fulbright | 1301 Avenue if the Americas | New York, NY 10019–6022 | |
| aty | Gabriel L Olivera | 7 Times Square | New York, NY 10036 | | |
| aty | James J Niemeier | McGrath North Mullin & Kratz, PC LLO | 1601 Dodge Street | Ste 3700 | Omaha, NE 68102 |
| aty | John O'Brien | Spencer Fane LLP | 1700 Lincoln Steet | Suite 2000 | Denver, CO 80203 |
| aty | Julian Gurule | 400 South Hope Street | Suite 1900 | Los Angeles, CA 90071 | |
| aty | Karyn Lloyd | Gordon Rees Scully Mansukhani, LLP | 999 W Main Street | 100 | Boise, ID 83702 |
| aty | Lorenzo Marinuzzi | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019 | |
| aty | Matthew Kremer | 7 Times Square | New York, NY 10036 | | |
| aty | Michael R Stewart | 2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402 | |
| aty | Miranda Russell | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019 | |
| aty | Morton R Branzburg | Klehr Harrison Harvey Branzburg LLP | 1835 Market St | Suite 1400 | Philadelphia, PA 19103 |
| aty | Nikolaus F Schandlbauer | 20 F Street NW | Suite 500 | Washington DC 20001 | |
| aty | Raff Ferraioli | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019 | |
| aty | Richard Bernard | 1177 Avenue of the Americas | 41st Floor | New York, NY 10036 | |
| aty | Ron C Bingham, II | 3424 Peachtree Road NE | Suite 1600 | Atlanta, GA 30326 | |
| aty | Scott F Gautier | 1800 Century Park East | Ste 1500 | Los Angeles, CA 90067 | |
| aty | W. Kent Carter | One North Franklin | Suite 800 | Chicago, IL 60606 | |
| aty | Zachary Fairlie | Spencer Fane LLP | 1000 Walnut Street | Suite 1400 | Kansas City, MO 64106 |
| 5338201 | A K Trucking 1897 E 990 S Hazelton, ID 83335    A. Scott Jackson Trucking PO Box 56 Jerom    A. Scott JacksonTrucking Inc PO Box 56 J    ABS Global Inc Box 22144 Network Place C    Addison Biological Lab 507 N Cleveland S    Aden Brook Trading Corp PO Box 217 Montgo | | | | |
| 5338357 | A. Scott Jackson Trucking, Inc. | c/o Williams Meservy & Larsen, LLP | Post Office Box 168 | 153 East Main Street | Jerome, ID 83338 |
| 5339172 | AAA Cow Comfort LLC | Po Box 307 | Kimberly, ID 83341 | | |
| 5339357 | ABS Global | 1525 River Rd. | DeForest, WI 53532 | | |
| 5352499 | ARNOLD MACHINERY COMPANY | 2975 West 2100 South | Salt Lake City, UT 84119 | | |
| 5345130 | Addison Biological Laboratory, INC. | 507 North Cleveland St. | Fayette, MO 65248 | | |
| 5339173 | Airgas USA LLC | PO Box 734445 | Chicago, IL 60673–4445 | | |
| 5341229 | Airgas USA, LLC | 110 West 7th St. Suite 1400 | Tulsa, OK 74119 | | |
| 5339859 | Alexander K. Reed | 4296 N 2100 E | Filer, ID 83328 | | |
| 5339174 | Amalgamated Sugar | 1951 S Saturn Way | Ste 100 | Boise, ID 83709 | |
| 5345729 | Amalgamated Sugar Company | 1951 S. Saturn Way, Suite 100 | Boise, ID 83709 | | |
| 5345775 | Amalgamated Sugar Company | 1951 S. Saturn Way, Suite 100 | Boise, ID 83709 | | |
| 5340188 | American Calf Products (Golden State Mixing, Inc.) | 425 D Street | Turlock, CA 95380 | | |
| 5342707 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 5342727 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 5336402 | Automation Werx, LLC | PO Box 3066 | Idaho Falls, ID 83401 | | |
| 5339552 | B & H Farming, an Idaho General Partnership | PO Box 123 | Rupert, ID 83350 | | |
| 5339175 | BS R Design Supplies | 198 Locust St S | Twin Falls, ID 83301 | | |
| 5341673 | Blue Cross of Idaho | c/o D Blair Clark, Atty | 967 Parkcenter Blvd #282 | Boise, ID 83706 | |
| 5341702 | Blue Cross of Idaho | c/o D. Blair Clark, Attorney | 967 E. Parkcenter Blvd., #282 | Boise, ID 83706 | |
| 5339860 | Bo Stevenson dba B&A Farms | 1001 S 1900 E | Hazelton, ID 83335 | | |
| 5345992 | Brandy A. Bartholomew | C/O Eric R. Clark, Attorney | P.O. Box 2504 | Eagle, ID 83616 | |
| 5335094 | Bunge Canada | c/o David D. Farrell | THOMPSON COBURN LLP | One US Bank Plaza, Suite 2700 | St. Louis, Missouri 63101 |
| 5354690 | Burks Tractor Company, Inc. | Oren B. Haker | Black Helterline LLP | 805 SW Broadway Suite 1900 | Portland, OR 97205 |
| 5350014 | CNH Industrial Capital America LLC | Kent Carter/Gordon Rees | One North Franklin, Suite 800 | Chicago, IL 60606 | |
| 5339191 | Capitol One | PO Box 60599 | City of Industry, CA 91716 | | |
| 5345658 | Carne I Corp. | 134 E. Highway 81 | Burley, ID 83318 | | |
| 5344923 | Cellco Partnership d/b/a Verizon Wireless | William M Vermette | 22001 Loudoun County PKWY | Ashburn, VA 20147 | |
| 5335227 | CenturyTel Service Group, LLC dba CenturyLink | Lumen Technologies Group | 931 14th Street, 9th Floor (Attn: Legal–BKY) | Denver, CO 80202 | |
| 5339520 | Christopher Camardello | 1031 Mendota Heights Road | St. Paul, MN 55120 | | |
| 5339192 | Citi Cards | PO Box 78019 | Phoenix, AZ 85062 | | |
| 5339861 | Clint D. Thompson | 298 N 200 W | Jerome, ID 83338 | | |
| 5335499 | Coastline Equipment Company | 2000 E Overland Rd | Meridian, ID 83642 | | |
| 5339193 | Colonial Life | Processing Center | PO Box 1365 | Columbia, SC 29202–1365 | |

| ID | Name | Address |
|---|---|---|
| 5345020 | Connie Lapaseotes, Ltd. | c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203 |
| 5339194 | Conrad Bishcoff Inc | 2251 N Holmes    PO Box 50106    Idaho Falls, ID 83405 |
| 5338938 | Conterra Holdings, LLC dba Conterra Ag Capital as | c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203 |
| 5338613 | Conterra Holdings, LLC dba Conterra Ag Capital as | c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80260 |
| 5348879 | Daimler Truck Financial Services USA LLC | c/o Randall P. Mroczynski    Cooksey, Toolen, Gage, Duffy & Woog    535 Anton Boulevard, Suite 1000    Costa Mesa, CA 92626 |
| 5339521 | Dairy Tech, LLC | 1031 Mendota Heights Road    St. Paul, MN 55120 |
| 5339195 | Daritech | 8540 Benson Rd    Lynden, WA 98264 |
| 5340867 | David Clark | Clark Ambulatory Clinic, Inc.    1019 E 1020 S    Albion, ID 83311 |
| 5339862 | Douglas J. Grant | 2050 E 500 S    Hazelton, ID 83335 |
| 5339863 | Dusty Brow Farms, Inc. | 2601 E 1100 S    Hazelton, ID 83335 |
| 5354704 | East Valley Development, LLC | c/o Adam Lewis, Esq.    Morrison & Foerster LLP    425 Market St.    San Francisco CA 94105 |
| 5339864 | Edward Chojnacky | 298 N 100 W    Jerome, ID 83338 |
| 5379327 | Eide Bailly LLP | 4310 17th Ave S    Fargo, ND 58103 |
| 5336403 | Electrical Werx & Construction, LLC | PO Box 3066    Idaho Falls, ID 83401 |
| 5336173 | Elevation Electric, LLC | 485 S. Idaho St.    Wendell, ID 83355 |
| 5339196 | Eric Clark | Clark Associates    PO Box 2504    Eagle, ID 83616 |
| 5339197 | Evans Plumbing | 111 Gulf Stream Lane    Hailey, ID 83333 |
| 5339591 | Farmers Bank | PO Box 392    Buhl, ID 83316 |
| 5345915 | Fastenal Company | 2001 Theurer Blvd.    ATTN: LEGAL    Winona, MN 55987 |
| 5345021 | Fredin Brothers, Inc. | c/o John O'Brien    Spencer Fane    1700 Lincoln Street, Suite 2000    Denver, CO 80203 |
| 5336661 | G.J. Verti–Line Pumps, Inc. | PO Box 892    Twin Falls, ID 83303–0892 |
| 5339865 | Grant & Hagan, Inc. | P.O. Box 326    Hazelton, ID 83335 |
| 5339866 | Grant 4–D Farms LLC | 707 E 600 N    Rupert, ID 83350 |
| 5373370 | GreatAmerica Financial Services Corporation | ATTN: Peggy Upton    625 First St. SE    Cedar Rapids, IA 52401 |
| 5345661 | Green Source Automation, LLC | 3506 Moore Road    Ceres, CA 95307 |
| 5339198 | Hatfield Manufacturing Inc | 1823 Shoestring Rd    Gooding, ID 83330 |
| 5353585 | Heeringa Construction LLC | 18521 E Queen Creek Rd    #105–481    Queen Creek, AZ 85142 |
| 5339867 | Hollifield Ranches, Inc. | 22866 Highway 30    Hansen, ID 83334 |
| 5340509 | IRS | Centralized Insolvency Oper.    PO Box 7346    Philadelphia, PA 19101–7346 |
| 5339199 | Idaho Dept of Lands | PO Box 83720    Boise, ID 83720 |
| 5354954 | Idaho Materials & Construction | c/o Miller Nash LLP    950 W Bannock St, Ste 1100    Boise, ID 83702 |
| 5339526 | Idaho State Tax Commission | PO Box 36    Boise, ID 83722 |
| 5339200 | Innovative Food SolutionsUSA | Attn: Jordan Bowen    134 E. Highway 81    Burley, ID 83318 |
| 5339765 | Interstate Billing Service, Inc | PO box 2250    Decatur, AL 35609 |
| 5345295 | J&C Hoof Trimming Inc. | 3690 N 2570 E    Twin Falls, ID 83301 |
| 5345360 | J.D. Heiskell Holdings, LLC | 17220 Wright St, Ste 200    Omaha, NE 68130 |
| 5339527 | JOHN DEERE FINANCIAL | c/o Weltman, Weinberg & Reis Co., L.P.A.    965 Keynote Circle    Cleveland, OH 44131 |
| 5339203 | JP Morgan Chase | PO Box 6294    Carol Stream, IL 60197 |
| 5338039 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A.    c/o National Bankruptcy Services, LLC    P.O. Box 9013    Addison, Texas 75001 |
| 5338040 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A.    c/o National Bankruptcy Services, LLC    P.O. Box 9013    Addison, Texas 75001 |
| 5339201 | Jake Millenkamp | 1719 River Road    Buhl, ID 83316 |
| 5349577 | James Farrell & CO | 13810 SE Eastgate Way    Suite 520    Bellevue, WA 98005 |
| 5339868 | Jean L. Thompson | 255 N 250 W    Jerome, ID 83338 |
| 5339202 | Jeffrey E. Rolig | PO Box 5455    Twin Falls, ID 83303–5455 |
| 5345787 | Jeffrey J. Grieve | P.O. Box 366    Twin Falls, ID 83303–0366 |
| 5339016 | John Deere Construction and Forestry Company | c/o Weltman, Weinberg & Reis Co., L.P.A.    965 Keynote Circle    Cleveland, OH 44131 |
| 5339015 | John Deere Financial, f.s.b. | c/o Weltman, Weinberg & Reis Co., L.P.A.    965 Keynote Circle    Cleveland, OH 44131 |
| 5339204 | K R Rental Inc | 256 A South 600 W    Heyburn, ID 83336 |
| 5339205 | Keith D. and Janet Carlson | 3866 E 3800 N    Hansen, ID 83334 |
| 5345788 | Kenworth Sales Company, Inc. | c/o Benoit Law    P.O. Box 366    Twin Falls, ID 83303–0366 , |
| 5339206 | Kinghorn Medical LLC | 248 S Cole Rd    Boise, ID 83709 |
| 5345508 | Kraus Farms, LLC | 165 South 400 West    Rupert, ID 83350 , |
| 5345606 | LES SCHWAB TIRE CENTERS OF IDAHO, LLC | PO BOX 5350    BEND, OR 97708 |
| 5339541 | Land View, Inc. | c/o Gery W. Edson    P.O. Box 448    Boise, ID 83701 |
| 5350983 | Merck Animal Health | Attn: Legal Dept–Animal Health    126 East Lincoln Avenue    Po Box 2000    Rahway, NJ 07065 |
| 5349667 | MetLife Real Estate Lending, LLC | c/o Ron C. Bingham, II, Esq.    Adams and Reese LLP    3424 Peachtree Road, NE, Suite 1600    Atlanta, Georgia 30326 |
| 5349670 | Metropolitan Life Insurance Company, a New York Co | c/o Ron C. Bingham, II, Esq.    Adams and Reese LLP    3424 Peachtree Road, NE, Suite 1600    Atlanta, Georgia 30326 |
| 5339870 | Michael Chojnacky | 51 W 600 N    Jerome, ID 83338 |
| 5369598 | Milner Hay | 1154 W 200 S    Murtaugh, ID 83344 |
| 5345659 | Moss Grain Partnership | 301 Scott Ave. Suite 4    Rupert, ID 83350 |
| 5341333 | NAPA Auto Parts | P.O. Box 1425    Twin Falls, ID 83303 |

| ID | Name | Address |
|---|---|---|
| 5334742 | NameAddress1Address2Address3CityStateZip | 116 & West 805 W Idaho St Ste 300 Boise   2020 Window ServicePO Box 6056Twin F   A & K Trucking1897 E 990 SHazeltonI   A. Scott Jackson TruckingPO Box 56Je   A. Scott JacksonTrucking IncPO Box 56 |
| 5354689 | Oren B. Haker | Black Helterline LLP   805 SW Broadway Suite 1900   Portland, OR 97205 |
| 5339207 | Overhead Door | 489 S. Locust   Twin Falls, ID 83301 |
| 5344741 | PTG of Idaho, LLC | c/o Holland N. O'Neil, Foley & Lardner LLP   2021 McKinney Avenue, Ste. 1600   Dallas, TX 75201 |
| 5339208 | Pan American Life Insurance | 1778 N Plano Rd   Ste 310   Richardson, TX 75081 |
| 5342126 | PerforMix Nutrition Systems | 2201 N 20th Street   Nampa, ID 83687 |
| 5339209 | Pivot Man Inc | Robin Jones   PO Box 355   Paul, ID 8334 |
| 5345022 | Prime Ridge Beef LLC | c/o John O'Brien   Spencer Fane   1700 Lincoln Street, Suite 2000   Denver, CO 80203 |
| 5356686 | Pro Rentals & Sales | PO Box 5450   C12   Kalispell, MT 59903 |
| 5339210 | Pro Tech Service Company | 1550 Kimberly Rd   Twin Falls, ID 83301 |
| 5346177 | Progressive Dairy Service & Supplies Corp. | 485 S. Idaho St.   Wendell, ID 83355 |
| 5336174 | Progressive Dairy Service & Supply Corp. | 485 S. Idaho St.   Wendell, ID 83355 |
| 5335058 | Quill Corporation | PO Box 102419   Columbia, SC 29224 |
| 5345667 | Rabo AgriFinance LLC, as Administrative Agent | c/o Sheila Schwager   Hawley Troxell Ennis & Hawley, LLP   P.O. Box 1617   Boise, ID 83701–1617 |
| 5346019 | Rexel USA, Inc dba Platt Electric Supply | 827 E. Park Blvd, Ste. 201   Boise, Idaho 83712 |
| 5339211 | Roark Law Offices | 950 Bannock St., 11th Fl.   Boise, ID 83702 |
| 5343428 | Rocky Mountain Agronomics | 1912 West Main Street   Burley, ID 83318 |
| 5336660 | Rogers Machinery Company, Inc. | PO Box 230429   Portland, OR 97281–0429 |
| 5342352 | Schaeffer Manufacturing Company | c/o Denis McCarthy   2600 S Broadway   St. Louis, MO 63118 |
| 5339212 | Schmidt Cattle Hauling | 848 E 3400 N   Castleford, ID 8332 |
| 5339213 | Schow's Truck Center | PO Box 2208   Decatur, AL 35609 |
| 5345789 | Sheila R. Schwager | Hawley Troxell ennis & Hawley LLP   P.O. Box 1617   Boise, ID 83701–1617 |
| 5339214 | Six States Distributors Inc | 29787 Network Place   Chicago, IL 60673 |
| 5339215 | SprinklerShop Inc | PO Box 599   Paul, ID 83347 |
| 5345131 | St. Genetics | Inguran USA, INC.   22575 State Hwy 6 South   Navasota, TX 77868 |
| 5339872 | Standing 16 Ranch Land Company, LLC | 335 W 300 N   Jerome, ID 83338 |
| 5339876 | Standlee Ag Resources | c/o Miller Nash, LLP, Attn: Louis Spiker   950 W Bannock St, Ste 1100   Boise, ID 83702 |
| 5339873 | Star Falls Farms, LLC | 1908 E 1300 S   Hazelton, ID 83335 |
| 5339874 | Steel Ranch LLC | 2597 E 1100 S   Hazleton, ID 83335 |
| 5354401 | Steven R. Hogan II | 409 S. 17th Street #500   Omaha, NE 68102 |
| 5339216 | Stotz Equipment | 2670 Kimberly Rd E   Twin Falls, ID 83301 |
| 5354402 | The Dairy Solutions Group | 409 S. 17th Street #500   Omaha, NE 68102 |
| 5342832 | The Sprinkler Shop | P.O. Box 599   Paul, ID 83347 |
| 5339875 | Triple C Farms, LLC | 474 S 500 W   Jerome, ID 83338 |
| 5336530 | US Commodities, LLC | 730 Second Avenue S. Suite 700   Minneapolis, MN 55402   , |
| 5342351 | Uline | 12575 Uline Drive   Pleasant Prairie, WI 53158 |
| 5347829 | Valley Wide Cooperative Inc. | c/o David W. Gadd   Stover, Gadd & Associates, PLLC   P.O. Box 1428   Twin Falls, Idaho 83301 |
| 5347503 | Viserion Grain LLC | 385 Broadway St   Boulder, CO 80305 |
| 5354657 | Viserion Grain, LLC | 385 Broadway Street   Boulder, CO 80305 |
| 5339554 | Viterra USA Grain, LLC | 1331 Capitol Ave.   Omaha, NE 68102 |
| 5339553 | Viterra USA Ingredients, LLC | 1331 Capitol Ave.   Omaha, NE 68102 |
| 5338166 | Wag Services, Inc. | 8121 W HARRISON ST   Tolleson, AZ 85353   , |
| 5339217 | Wendell Truck and Auto | PO Box 213   356 S Idaho St   Wendell, ID 83355 |
| 5339218 | Western Construction Inc | PO Box 15569   Boise, ID 83715 |
| 5335378 | Westway Feed | BARR Credit Services   3444 N Country Club Rd   Ste 200   Tucson, AZ 85716 |
| 5341725 | Wilbur–Ellis Nutrition, LLC | c/o Matthew A. Sturzen   PO Box 2247   Salem, OR 97308 |
| 5338356 | Williams, Meservy & Larsen | Post Office Box 168   153 East Main Street   Jerome, ID 83338 |
| 5342349 | Young CDJR of Burley, LLC | PO Box 1530   Layton, UT 84041 |
| 5336406 | Youree Land & Livestock Inc. | 3953 North 3300 East   Twin Falls, ID 83301 |

TOTAL: 218