# GIVENS PURSLEY LLP

Attorneys and Counselors at Law

601 W. Bannock Street
PO Box 2720
Boise, ID 83701
Telephone: 208-388-1200
Facsimile: 208-388-1300

www.givenspursley.com

Thomas E. Dvorak
(208) 388-1245
ted@givenspursley.com

Taylor J. Barton
Charlie S. Baser
Jeff S. Beelaert
Christopher J. Beeson
Jason J. Blakley
Clint R. Bolinder
Jeff W. Bower
Preston N. Carter
Chynna K. Castoro
Jeremy C. Chou
Charlotte V. Cunnington
Joshua C. Dickinson

Amber N. Dina
Bradley J. Dixon
Thomas E. Dvorak
Morgan D. Goodin
Don Z. Gray
Brian J. Holleran
Kersti H. Kennedy
Elizabeth A. Koeckeritz
Neal A. Koskella
Michael P. Lawrence
Franklin G. Lee
Matthew E. Liebertz

Kimberly D. Maloney
Kenneth R. McClure
Alex P. McLaughlin
Melodie A. McQuade
Megann E. Meier
Christopher H. Meyer
L. Edward Miller
Judson B. Montgomery
Deborah E. Nelson
Randall A. Peterman
Blake W. Ringer
Michael O. Roe

James B. Smith
Danielle M. Strollo
Marcus H. Waterman
Robert B. White
Michael V. Woodhouse

Kenneth L. Pursley (1940-2015)
James A. McClure (1924-2011)
Raymond D. Givens (1917-2008)

March 19, 2025

*Via Email*
Gregory B. Koltun
Morrison & Foerster LLP
707 Wilshire Blvd., Ste. 6000
Los Angeles, CA  90017
GKoltun@mofo.com

   Re:  East Valley Cattle-Millenkamp Cattle / East Valley Development, LLC ("EVD")

Dear Mr. Koltun:

   This letter is a follow up to my letter dated March 7, 2025.  In that letter, I made it clear that unless EVD immediately recommenced operation of the Manure Separation Facility ("MSF"), Millenkamp Cattle, Inc. ("Millenkamp Cattle") and East Valley Cattle, LLC ("EVC") would treat EVD as being in default under the Manure Supply Agreement ("MSA") and Ground Lease according to the terms of those documents.

   On or about Tuesday, March 11, 2025, and Thursday, March 13, 2025, EVD locked Millenkamp Cattle out of the MSF and ceased all operations of the same.  Consequently, Millenkamp Cattle was again forced to step in and run the MSF pursuant to its self-help remedy. EVD's complete failure to operate the MSF for the last several days is a material breach of the MSA and the Ground Lease, and Millenkamp Cattle and EVC are treating EVD's refusal to operate the MSF as a complete abandonment under the MSA and Ground Lease.

   As you well know, Section 2.8 of the MSA plainly states:

> Except as otherwise explicitly provided in this Agreement, Developer will be responsible for all Facility operational costs. Excluding temporary shut downs due to maintenance, repair, emergencies, or in the ordinary course of business, Developer shall, on a continuous basis (i.e., 24 hours per day, 7 days per week), (a) operate the Facility so as to not create any material disruption to the operations of the Farm Business and in fulfillment of the terms and conditions of this Agreement, and (b) operate and maintain the Manure Separation Facilities in accordance with Section 6.4.2. . . .

18835600.2

March 19, 2025
Page 2

> **For the avoidance of any doubt, Developer shall be obligated in all events to operate the Manure Separation Facilities 24 hours a day and 7 days a week and Developer acknowledges and agrees that such operation, as more fully described in Section 6.4.2, is an essential term of this Agreement.**

MSA § 2.8 (emphasis added).  Section 6.4.2 of the MSA provides:

> Beginning on the date that the Manure Separation Facilities are installed, commissioned and operational, Developer shall be solely responsible for, and bear the cost of, operating, maintaining, repairing and replacing the Manure Separation Facilities in a good and workmanlike manner in accordance with the operation and maintenance standards of the manufacturer of the Manure Separation Facilities. **Without limiting the foregoing, Developer shall operate and maintain the Manure Separation Facilities to extract the maximum amounts of NPK Solids. Developer shall operate the Manure Separation Facilities on a continuous basis (i.e., 24 hours per day, 7 days per week), including during an Outage, except during unanticipated downtime beyond the reasonable control of Developer, or Force Majeure events, which precludes operation of the Manure Separation Facilities.** Developer and Dairy agree to develop an optimization and maintenance, repair and replacement plan, including a budget and inventory of maintenance, repair, and replacement parts, so as to minimize the number of disruptions in the operation of the same (and Developer shall keep the replacement parts identified in such optimization plan on hand at the Facility). Developer's operations plans shall include provisions and criteria for prompt response to make repairs and otherwise keep the Manure Separation Facilities operating continuously and in a manner to meet the Byproduct Standards. The cost of maintenance, repair, and replacement parts required by the Manure Separation Facilities shall be Developer's sole cost and expense. **In the event that Developer fails to operate, maintain, repair and/or replace the Manure Separation Facilities in accordance with this Section 6.4.2, Dairy may (subject to the same conditions and requirements of Dairy as would apply to Self-Help Measures under Section 11.6.3) undertake such operation, maintenance, and/or repair at Developer's expense, and Developer shall promptly reimburse Dairy for all costs and expenses incurred by Dairy thereof.** Developer and Dairy acknowledge and agree that Dairy shall incur no expense and suffer no liability whatsoever with respect to the operation, maintenance, repair and/or replacement of the Manure Separation Facilities.

18835600.2  [11054.187]

March 19, 2025
Page 3

MSA § 6.4.2 (emphasis added).

As you also know, the Ground Lease contains similar language.  Exhibit E to the Ground Lease provides:

> The Manure Separation Facilities shall be designed and constructed with adequate capacity to process all suitable manure from the dairy and include an appropriate amount of redundancy to avoid shutdowns due to mechanical or other failure.
>
> . . .
>
> Tenant agrees and is and shall be unconditionally obligated to construct, install and commission the Manure Separation Facilities in accordance with the MSF Plans (as defined herein) at its sole cost and expense on or before October 31st, 2022 and to thereafter operate, maintain and repair the Manure Separation Facilities in accordance with this Lease and the MSA.
>
> . . .
>
> Tenant understands that ongoing operation of the Temporary Facilities and completion of the Manure Separation Facilities is critically important to the dairy operations and Tenant agrees that construction of the Manure Separation Facilities shall take precedent and priority over construction of the Project.

Ground Lease, Ex. E.

EVD's failure and refusal to operate the MSF is a material breach of the MSA and the Ground Lease.  As such, demand is hereby made that EVD provide adequate assurances that it will immediately recommence operation of the MSF by no later than Friday, March 21, 2025.  If EVD fails to provide adequate assurance, Millenkamp Cattle and EVC will treat the MSA and Ground Lease as terminated and will immediately seek all available legal remedies.

My client reserves all rights.

Sincerely,

Thomas E. Dvorak

TED/slc
cc:      Client

18835600.2  [11054.187]