# MORRISON FOERSTER

707 WILSHIRE BOULEVARD
SUITE 6000
LOS ANGELES
CALIFORNIA 90017-3543

TELEPHONE: 213.892.5200
FACSIMILE: 213.892.5454

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI, NEW
YORK, PALO ALTO, SAN DIEGO, SAN
FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

March 20, 2025

Writer's Direct Contact
+1 (213) 892-5551
GKoltun@mofo.com

Via E-Mail
tedservice@givenspursley.com

Thomas E. Dvorak
Givens Pursley LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720

Re:  East Valley Cattle-Millenkamp Cattle / East Valley Development, LLC

Dear Mr. Dvorak:

This is to respond to your March 19, 2025 letter on behalf of East Valley Cattle and Millenkamp Cattle (collectively "Dairy") demanding that East Valley Development, LLC ("EVD") "provide adequate assurances that it will immediately recommence operation of the MSF by no later than Friday, March 21, 2025."

***EVD stands ready, willing and able to recommence operation of the MSF as soon as can reasonably be done in accordance with applicable law and safety standards. Please advise me when the Dairy and its contractors will allow EVD to begin that process, in which case EVD will begin immediately.***

To be clear, EVD would still be operating the MSF fully in accordance with the governing contract documents if not for the Dairy's reckless and illegal conduct. In fact, EVD was doing so until March 4, 2025, when the Dairy's contractors began to implement unauthorized modifications to the FAN Header Manifold in dewatering building of the MSF facility, without an approved design, without equipment lockout and without a valid hot work permit. This was a blatant violation of OSHA regulations, and forced EVD's operators to vacate the MSF building to ensure their safety.

The Dairy's contractors would not listen to EVD's safety-related instructions. The Dairy proceeded to perform welding operations toward installing a completely unapproved modification to the FAN Header Manifold, despite the fact that the Dairy previously

sf-6639948

**MORRISON FOERSTER**

Thomas E. Dvorak
March 20, 2025
Page Two

approved the design that was in operation (and that was functioning just fine, in accordance with the manufacturer's suggested modification).

The Dairy has no right under the Ground Lease or the Manure Supply Agreement to modify the approved design of FAN Header Manifold (or any other equipment) without EVD's approval. In fact, the Ground Lease specifically provides that "[i]f there are any material changes to the MSF Plans, Landlord and Tenant shall comply with the design process described on Exhibit G-1 hereto." Exhibit G-1 provides for design "in accordance with applicable design codes per the standard of care for an industrial anaerobic digester (AD) facility," and provides for Dairy (Landlord) approval of EVD's design (not vice versa). Here, the Dairy made unilateral changes itself, without sharing any details with EVD as to a proposed design (if there was even a design).[1]

On March 4, 2025, the Dairy made demand on EVD to power down the dewatering building to accommodate installation of the unapproved modified Header Manifold and then to restart it upon replacement of the header. EVD advised the Dairy in no uncertain terms that it could not do that, not only because the design modification was never shared with or approved by EVD but also because of the myriad safety issues arising from this unauthorized work (and installation would void the warranty).

Shockingly, the Dairy then unilaterally actuated valves and tripped circuit breakers in an effort to shut the system down in order to perform the unauthorized modifications against EVD's admonitions. The Dairy's contractors were neither trained nor authorized to properly shut down the process and created a dangerous condition by interfering with the energized equipment while in operation.

The modification then performed by the Dairy's contractors then not only voided T Diamond Bar's warranty upstream of the screw presses (as EVD explicitly told the Dairy would happen), but was done with obvious defects, including but not limited to the following:

- The piping support material selection is inadequate and does not align with the Dairy's previously imposed design standards on the project

---

[1] The Dairy has tried to justify its actions as permitted "self help" under Section 6.4.2 of the Manure Supply Agreement, but that has no application here for a variety of reasons, including (but not limited to) that (1) EVD operated the MSF in full compliance with the MSA, (2) the Dairy has no self help right to change an approved design and (3) as a condition to self help, "Dairy must make a determination, acting reasonably and in good faith, that such Self-Help Measures are necessary to protect the operation of the Farm Business (including, without limitation, compliance with all regulatory requirements applicable to the Farm Business operation)."

sf-6639948

**MORRISON FOERSTER**

Thomas E. Dvorak
March 20, 2025
Page Three

- Fitting/fastening of installed pipe to the equipment is improper and subject to eventual failure under pressure

- Critical equipment instruments meant to control the process and safety of the process were not reinstalled

Even on first inspection T Diamond Bar noted that "[i]t does not look like the new header is adequately supported causing unknown stresses through the line into the sections that were installed." There may well be more issues, EVD has not yet had the opportunity to inspect the unauthorized changes.

Given the unsafe condition created by the Dairy, EVD's contractor was forced to withdraw its personnel from the dewatering facility. Furthermore, after the unauthorized modifications were made without following appropriate safety procedures, EVD's contractor was forced to shut down the building and lock out the system, in accordance with EVD's written safety protocol. At this point, the Dairy, through its contractors, then committed further blatant OSHA violations by accessing the shuttered facility, cutting the locks, starting the screw presses and then attempting to start up the centrifuges (which apparently failed and error-ed out). Once again, EVD shut down the dewatering building and put a second set of locks to lockout the facility, *but the Dairy cut the locks again*.

Your March 19, 2025 letter demands that EVD immediately begin operation of the MSF facility. As stated above, EVD stands ready and willing to perform the steps necessary to get the MSF up and running as soon as can be done, consistent with applicable engineering and safety standards. For the reasons explained above, given the Dairy's actions, it is not possible simply to restart the MSF without ensuring that the facility is safe for operation. EVD therefore demands that the Dairy commit not to interfere with that process or take any further actions that will jeopardize the safety of the dewatering facility. Indeed, EVD itself has the right at this point to self help under Section 17.3 of the Ground Lease, providing that in the event of Landlord breach, "Tenant shall have the right to cure any such Landlord default by engaging in reasonable self-help remedies, or take any other action with respect to the Project which is reasonably necessary or desirable for Tenant to ensure the operation of the Project in the ordinary course of business, and Tenant shall be entitled to recover from Landlord any reasonable costs and expenses incurred . . .."

As far as the Dairy's threat to terminate the Ground Lease and the Manure Supply Agreement, there are no grounds for termination. Put simply, EVD operated the MSF fully in accordance with the governing documents *until the Dairy made that impossible*. Your letter contends that EVD is in violation of the Manure Supply Agreement because EVD is not currently operating the MSF. But that obligation does not apply "during unanticipated downtime beyond the reasonable control of Developer, or Force Majeure events, which

sf-6639948

**MORRISON FOERSTER**

Thomas E. Dvorak
March 20, 2025
Page Four

precludes operation of the Manure Separation Facilities," which obviously applies here. Even under general contract principles a party cannot claim breach where, as here, it caused the breach.

In addition, the Dairy's actions are in direct violation of any number of its obligations under the Manure Supply Agreement, including for example Section 10.1.8., providing that the "Dairy, its members, representatives, employees, agents, and invitees will not disturb or interfere with the operation of the Facility by Developer or Developer's representatives, employees, agents, and invitees," and Section 13.1.3, providing that the parties must "comply with any federal, state, or local law or regulation related to either Party's performance of this Agreement." EVD's obligations to operate the MSF is excused by the Dairy's conduct.

Finally, this will also confirm that EVD intends to hold the Dairy responsible for any and all consequences of the unilateral actions that the Dairy has taken in connection with modifying the FAN Header Manifold. EVD hereby reserves any and all rights as against the Dairy and its contractors with regard to the unauthorized work that has been performed to date, and any damages incurred as a result thereof.

Sincerely,

*Gregory Koltun*

Gregory B. Koltun

sf-6639948