Janine P. Reynard (ISB #6030)
AVERY LAW
3090 E. Gentry Way, Ste 250
Meridian, ID 83642
Telephone: (208) 639-9400
Facsimile: (208) 994-3182
Email: janine@averylaw.net

-and-

Lorenzo Marinuzzi (admitted *pro hac vice*)
Raff Ferraioli (admitted *pro hac vice*)
Miranda Russell (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: LMarinuzzi@mofo.com
       RFerraioli@mofo.com
       MRussell@mofo.com

*Attorneys for East Valley Development, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing Relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Family | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |

☐ Goose Ranch

☐ Black Pine Cattle

☐ Millenkamp Enterprises

☐ Idaho Jersey Girls Jerome Dairy

## MOTION TO SHORTEN TIME

East Valley Development, LLC ("EVD"), by and through its undersigned attorneys, hereby moves this court for an order shortening the required time for the Preliminary Hearing on *East Valley Development's Second Amended Motion for Relief from the Automatic Stay to Proceed with Arbitration* (the "Second Amended Motion"), pursuant to Fed. R. Bankr. P. 9006(c), such that a hearing may be held the week of March 24, 2025, subject to the Court's availability. EVD is prepared to go forward on the Second Amended Motion at the telephonic hearing on March 24, 2025, at 2:30 p.m. (MT), but acknowledges that the Court and other parties in interest may need more time. EVD therefore respectfully requests that this Motion to Shorten be set for hearing on March 24, 2025, at 2:30 p.m. (MT) so that, subject to this Court's availability, the parties can identify a mutually agreeable time to hear the Second Amended Motion on Thursday, March 27 or Friday, March 28, 2025, which would give the Debtors ample time to prepare and file an updated objection, if any. This hearing would be conducted telephonically.

Although EVD believes that a decision on the Second Amended Motion is needed as soon as possible, EVD submits that notice should in the alternative be shortened to permit the Second Amended Motion to go forward on April 3 or April 4, when the Debtors already have a hearing scheduled. EVD's counsel will be in Boise, Idaho for the in-person hearing, or the hearing could proceed telephonically with respect to the Second Amended Motion.

EVD's original stay relief motion, filed on February 14, 2025 at Docket No. 908, was set to be heard on March 13, 2025. Recent developments required EVD to prepare and file an Amended Motion on March 11, 2025 at Docket No. 950 and a supplement thereto at Docket No. 956, on an expedited basis, and further developments required EVD to prepare and file the Second Amended Motion. The Debtors have been on notice that the Second Amended Motion was forthcoming and, as set forth in more detail in the Second Amended Motion, expedited relief is necessary given the urgency of the issues between the parties, *i.e.*, the Debtors' unauthorized takeover and operation of EVD's Manure Separation Facility. For judicial efficiency and prompt attention to the pending matter, EVD prays this court will grant the Motion to Shorten Time for the Second Amended stay relief request to be addressed.

Dated: March 21, 2025                          AVERY LAW

*/s/ Janine P. Reynard*
Janine P. Reynard (ISB #6030)

 -AND-

MORRISON & FOERSTER LLP
Lorenzo Marinuzzi (admitted pro hac vice)
Raff Ferraioli (admitted pro hac vice)
Miranda Russell (admitted pro hac vice)

*Attorneys for East Valley Development, LLC*