John F. Kurz, Jr., ISB #2396
KURTZ LAW, PLLC
910 W. Main Street, Suite 364
Boise, ID 83702
Telephone: 208.287.8125
Facsimile: 208.287.8130
Email: jfk@kurtzlawllc.com

Richard J. Bernard (pro hac vice)
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, Flr. 41
New York, NY 10036
Telephone: 212.248.3263
Email: richard.bernard@faegredrinker.com

Michael R. Stewart (pro hac vice)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN
Telephone: 612.766.7928
Email: michael.stewart@faegredrinker.com

Attorneys for Sandton Capital Partners LP

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☒ ALL DEBTORS<br><br>☐ Millenkamp Cattle, Inc.<br><br>☐ Idaho Jersey Girls<br><br>☐ East Valley Cattle | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

DMS_US.370138408.1

| | |
|---|---|
| ☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☐ Millenkamp Family<br><br>☐ Goose Ranch<br><br>☐ Black Pine Cattle<br><br>☐ Millenkamp Enterprises<br><br>☐ Idaho Jersey Girls Jerome Dairy | Chapter 11 Cases |

**SANDTON CAPITAL SOLUTIONS MASTER FUND VI, LP'S
STATEMENT IN SUPPORT OF DEBTORS' MOTION TO SHORTEN TIME FOR
NOTICE OF HEARING**

Sandton Capital Solutions Master Fund VI, LP ("Sandton" or the "DIP Lender"), by and through its attorneys of record, hereby supports the Motion to Shorten Time for Notice of Hearing (Dkt. No. 968) (the "Motion"), filed on March 17, 2025 by the Debtors Millenkamp Cattle, Inc. *et al.* (the "Debtors").

The Motion seeks to shorten time for a hearing to approve the Disclosure Statement for Third Amended Chapter 11 Plan [of] Reorganization of Millenkamp Cattle, Inc. and Its Related Affiliates (Dkt. No. 966) (the "Disclosure Statement"), which the Debtors also filed on March 17, 2025. The Motion is set for hearing on March 24, 2025, at 2:30 p.m. (MT) as a telephonic hearing. Dkt. No. 969.

Sandton, in its capacity as DIP Lender under the Final Order Authorizing the Debtors to (A) Obtain Post-Petition Financing; and (B) Granting Adequate Protection to Pre-Petition Secured Lenders (Dkt. No. 305), supports the Debtors' Motion seeking to shorten the notice period for the

DMS_US.370138408.1

Court's consideration of the Disclosure Statement from the required 28 days to 17 days in advance of the Disclosure Statement Hearing scheduled for Thursday, April 3, 2025.

Good cause exists to grant the Debtors' Motion under Fed. R. Bankr. P. 9006(c)(1) to shorten the 28-day notice period provided by Fed. R. Bankr. P. 2002(b). First, the parties have had a meaningful opportunity to review and ample time to consider whether the Amended Disclosure Statement (Dkt. No. 889), filed more than thirty days ago on February 5, 2025, contains adequate information under 11 U.S.C. § 1125(a). As most recently filed, the Disclosure Statement filed by the Debtors along with the Motion is presented in redline format allowing any party-in-interest to ascertain any changes made to the disclosure statement since the February 5, 2025 Amended Disclosure Statement was filed. Second, the Debtor's Disclosure Statement and related plan incorporate important timing and sequencing events material to all parties-in-interest including Sandton in its capacity as the DIP Lender. Cause exists to permit a modest shortening of the 28-day notice period to preserve and not unnecessarily delay the timelines and sequences proposed by the Debtors in the Disclosure Statement and related plan.

Finally, as the Court is aware and as described by the Motion, the Court ordered a settlement conference pursuant to which "[t]he settlement process allowed the debtors to reach agreement with some–but not all–of the parties regarding the terms of a consensual plan." Status Report About Settlement Efforts in Case No. 24-40158-NGH (Dkt. No. 945). As described in the Motion, several changes to the proposed Chapter 11 Plan required amendments to the Disclosure Statement because of the settlement conference attended by numerous parties-in-interest. Under the circumstances, the prejudice to parties entitled to notice is minimal if the Court grants the Motion when weighed against the clear benefit of adhering to the Debtors' proposed schedule and the good cause articulated by the Debtors to shorten the Rule 2002(b) 28-day period by a modest

10 days as authorized and committed to the sound discretion of the Court under Fed. R. Bankr. P. 9006(c)(1).

Based on the foregoing, Sandton, in its capacity as DIP Lender, respectfully requests that the Motion be Granted.

Respectfully submitted,

Dated:  March 21, 2025

**KURTZ LAW, LLC**

*/s/* John F. Kurtz, Jr.
John F. Kurtz, Jr (#2396)
Attorneys for Sandton Capital Solutions Master Fund VI, LP

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/* Richard J. Bernard
Richard J. Bernard, *pro hac vice*
Michael R. Stewart, *pro hac vice*
Attorneys for Sandton Capital Solutions Master Fund VI, LP

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 21st day of March, 2025, I electronically filed the foregoing **STATEMENT IN SUPPORT OF DEBTORS' MOTION TO SHORTEN TIME FOR NOTICE OF HEARING** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

AND any others receiving cm/ecf notice in the above captioned matter.

                                                   /s/ John F. Kurtz, Jr.
                                                   John F. Kurtz, Jr.

DMS_US.370138408.1