Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900
Facsimile: (208) 667-2150
Email: banderson@eaidaho.com

Julian Gurule (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

-and-

Matthew Kremer (Admitted *Pro Hac Vice*)
Gabriel L. Olivera (Admitted *Pro Hac Vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com
           golivera@omm.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>                    Debtors. | Case No. 24-40158-NGH |
| Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle | Jointly Administered With Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties) |

THE UNSECURED CREDITORS' COMMITTEE'S JOINDER TO DEBTORS' RESISTANCE TO EAST VALLEY DEVELOPMENT'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS, OR, IN THE ALTERNATIVE, FOR EQUITABLE RELIEF - 1

| | |
|---|---|
| ☐ Millenkamp Properties | 24-40162-NGH (Millenkamp Properties II) |
| ☐ Millenkamp Properties II | 24-40163-NGH (Millenkamp Family) |
| ☐ Millenkamp Family | 24-40164-NGH (Goose Ranch) |
| ☐ Goose Ranch | 24-40166-NGH (Black Pine Cattle) |
| ☐ Black Pine Cattle | 24-40167-NGH (Millenkamp Enterprises) |
| ☐ Millenkamp Enterprises | 24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |
| ☐ Idaho Jersey Girls Jerome Dairy | |

# THE UNSECURED CREDITORS' COMMITTEE'S
# JOINDER TO DEBTORS' MOTION TO SHORTEN TIME FOR
# NOTICE OF HEARING ON THIRD AMENDED DISCLOSURE STATEMENT

The official committee of unsecured creditors (the "Committee") of Millenkamp Cattle, Inc. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases respectfully joins the arguments made in the *Motion to Shorten Time for Notice of Hearing* [ECF No. 968] (the "Motion").[1]

## JOINDER

1. The Committee hereby adopts and incorporates by reference the legal arguments set forth in the Motion in lieu of submitting a supplemental brief.

2. The Committee supports the Debtors' request to shorten time for notice of hearing on the Debtors' *Disclosure Statement for Third Amended Chapter 11 Plan [of] Reorganization of Millenkamp Cattle, Inc. and its Related Affiliates* [ECF No. 966] (the "Third Amended Disclosure Statement") filed on March 17, 2025 to allow the hearing on the Third Amended Disclosure Statement proceed on April 3, 2025 (the "Disclosure Statement Hearing"). The Third Amended Disclosure Statement reflects changes made to the *Third Amended Plan of Reorganization of Millenkamp Cattle, Inc. and its Related Debtor Affiliates, dated March 17, 2025* [ECF No. 965] (the "Plan") as the result of productive negotiations among the parties at the settlement conference held on March 5 and 6, 2025.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Resistance.

THE UNSECURED CREDITORS' COMMITTEE'S JOINDER TO DEBTORS' MOTION TO SHORTEN TIME FOR NOTICE OF HEARING ON THIRD AMENDED DISCLOSURE STATEMENT - 2

Document      Page 3 of 5

3. Under Bankruptcy Rule 9006(c), the Court may shorten the time for notice upon a showing of good cause. As set forth in the Motion and herein, there is good cause to shorten notice for hearing on the Third Amended Disclosure Statement. Expediting these proceedings is crucial ensure an efficient resolution of the case. Further delays will cause continued uncertainty and potentially adverse effects on the Debtors' stakeholders, including general unsecured creditors. The Committee is committed to facilitating a timely and efficient progression of the case. Minimizing delays will better serve the interests of creditors and other parties and limit administrative expenses by allowing the case to progress to confirmation where any remaining confirmation or Plan-related issues can be properly heard and resolved.

4. Therefore, for these reasons and the reasons set forth in the Motion, the Committee believes that it is in the best interest of all parties involved to proceed with the Disclosure Statement Hearing scheduled for April 3, 2025.

**WHEREFORE,** the Committee joins the Debtors' Motion and respectfully requests that the Court proceed with the Disclosure Statement Hearing, and grant such other and further relief as is just and proper.

Date: March 21, 2025

/s/ Julian Gurule
O'MELVENY & MYERS LLP
Julian Gurule

/s/ Bruce A. Anderson
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson

*Attorneys for the Official Committee of Unsecured Creditors*

THE UNSECURED CREDITORS' COMMITTEE'S JOINDER TO DEBTORS' MOTION TO SHORTEN TIME FOR NOTICE OF HEARING ON THIRD AMENDED DISCLOSURE STATEMENT - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2025, I electronically filed with the Clerk of the Court a copy of the foregoing in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| William K. Carter | kentcarter@grsm.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Connor B. Edlund | edlund@mwsslawyers.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| John D. Munding | john@mundinglaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Cheryl Rambo | cheryl.rambo@isp.idaho.gov |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | robert.richards@dentons.com |
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Miranda K. Russell | mrussell@mofo.com |
| Andrew J. Schoulder | andrew.schoulder@nortonrosefulbright.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Louis V. Spiker | louis.spiker@millernash.com |

THE UNSECURED CREDITORS' COMMITTEE'S JOINDER TO DEBTORS' MOTION TO SHORTEN TIME FOR NOTICE OF HEARING ON THIRD AMENDED DISCLOSURE STATEMENT - 4

| | |
|---|---|
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Kim J. Trout | ktrout@trout-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Dated this 21st day of March 2025.  /s/ *Bruce A. Anderson*
ELSAESSER ANDERSON, CHTD.
Bruce A. Anderson