UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtors.<br><br>Filing relates to:<br>☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | Case No. 24-40158-NGH<br><br><br><br><br>Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

## ORDER APPROVING DENTONS' THIRD AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION

This matter having come before this Court on Dentons Davis Brown's ("Dentons") Third and Final Application for Allowance and Payment of Compensation ("Fee Application") (Docket No. 933) filed by Krystal Mikkilineni in the above captioned chapter 11 cases (the "Cases"). The Court, having reviewed the Fee Application, and after due deliberation and consideration, and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b); that venue of this proceeding and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; that the Fee Application was served on February 27, 2025 to all parties in interest; that due and proper notice was appropriate under the circumstances, and no further notice is necessary; that no objections were filed to the

#4514056

Fee Application; that cause exists to approve the relief requested in the Fee Application to the extent set forth below; and that, upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED as follows:

1. The Fee Application is APPROVED.

2. The total fees incurred by Dentons in the amount of $545,518.00 and costs in the amount of $53,085.02 from the Fee Application are hereby approved on a final basis; The amount of $55,040.42 in total outstanding fees and expenses is approved to be paid by the Debtors to Dentons. //end of text//

DATED: April 2, 2025



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by: Krystal Mikkilineni, former attorney for the Debtors

Approved as to Form:

/s/Brett R. Cahoon
_____
Brett R. Cahoon, Office of the United States Trustee