UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

IN RE:

Millenkamp Cattle, Inc.                         Case No.  24-40158-NGH

    Debtor

Filing relates to:                              Jointly Administered With Case Nos.

   X  ALL DEBTORS                           24-40159-NGH (Idaho Jersy Girls)
                                               24-40160-NGH (East Valley Cattle)
   ☐  Millenkamp Cattle, Inc.               24-40161-NGH (Millenkamp Properties)
                                               24-40162-NGH (Millenkamp Properties II)
   ☐  Idaho Jersey Girls                    24-40163-NGH (Millenkamp Family)
                                               24-40164-NGH (Goose Ranch)
   ☐  East Valley Cattle                    24-40166-NGH (Black Pine Cattle)
                                               24-40167-NGH (Millenkamp Enterprises)
   ☐  Millenkamp Properties                 24-40165-NGH (Idaho Jersey Girls Jerome Dairy)

   ☐  Millenkamp Properties II

   ☐  Millenkamp Family

   ☐  Goose Ranch                           Chapter 11 Cases

   ☐  Black Pine Cattle

   ☐  Millenkamp Enterprises

   ☐  Idaho Jersey Girls Jerome Dairy

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Scott C. Powers of Spencer Fane LLP, pursuant to Bankruptcy Rules 9010(b) and 2002(g)(i), hereby enters his appearance in this action on behalf of Fredin Brothers, Inc. ("Fredin Brothers"), Prime Ridge Beef LLC ("Prime Ridge") and Connie Lapaseotes, Ltd ("Lapaseotes"), creditors and parties in interest herein, and requests that all notices, pleadings and other documents filed or served in this case, including all notices described in Bankruptcy Rule 2002, be sent to him at the address below.

Neither this Entry of Appearance nor any subsequent appearance, pleading, claims, or suit is intended to waive: (i) Conterra's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) Conterra's right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related thereto, (iii) Conterra's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Conterra is or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Bank expressly reserves.

DATED May 22, 2025.

Respectfully submitted,

SPENCER FANE LLP

*/s/Scott C. Powers*
Scott C. Powers #9958
Spencer Fane LLP
10 Exchange Place, 11th Floor
Salt Lake City, UT 84111
Telephone: 801-322-9164
Email: spowers@spencerfane.com

Attorneys for Fredin Brothers, Inc., Prime Ridge Beef LLC, and Connie Lapaseotes, Ltd

# CERTIFICATE OF SERVICE

    The undersigned certifies that on May 22, 2025 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Bruce Anderson | brucea@eaidaho.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Laura E. Burri | lburri@morrowfischer.com |
| W. Kent Carter | kentcarter@grsm.com |
| Alexandra O. Caval | alex@cavallawoffice.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Thomas E. Dvorak | tedservice@givenspursley.com |
| Gery W. Edson | gedson@gedson.com |
| John Brian (JB) Evans | Evans.jb@dorsey.com |
| Brian A. Faria | brian@sawtoothlaw.com |
| David D. Farrell | dfarrell@thompsoncoburn.com |
| Scott D. Fink | sfink@weltman.com |
| David W. Gadd | dwg@magicvalleylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Julian Gurule | jgurule@omm.com |
| Matthew Kremer | mkremer@omm.com |
| David T. Krueck | dkrueck@perkinscoie.com |
| John F. Kurtz | jfk@kurtzlawllc.com |
| Adam A. Lewis | alewis@mofo.com |
| Karyn Lloyd | klloyd@grsm.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| J. Justin May | jjm@johnsonmaylaw.com |
| Zachery J. McCraney | ZJMcCraney@hollandhart.com |
| Christopher McCurdy | ccmccurdy@hollandhart.com |
| Krystal Mikkilineni | Krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| Heidi Buck Morrison | heidi@racineolson.com |
| John D. Munding | John@Mundinglaw.com |
| James J. Niemeier | jniemeier@mcgrathnorth.com |
| Gabriel L. Olivera | golivera@omm.com |
| Mark B. Perry | mbp@perrylawpc.com |
| Cheryl Rambo | Cheryl.rambo@isp.idaho.gov |
| W. Reed Cotten | wrc@idlawfirm.com |
| Janine P. Reynard | janine@averylaw.net |
| Robert E. Richards | Robert.richards@dentons.com |

DE 10043560.1

| | |
|---|---|
| Holly Roark | holly@roarklawboise.com |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | Tirzah.roussell@dentons.com |
| Miranda Russell | mrussell@mofo.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Steven F. Schossberg | sschossberger@trout-law.com |
| Andrew Schoulder | Andrew.Schoulder@nortonrosefulbright.com |
| Louis Spiker | Louis.spiker@millernash.com |
| Richard L. Stacey | stacey@mwsslawyers.com |
| Matthew A. Sturzen | matt@shermlaw.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| U.S. Trustee | Ustp.region18.bs.ecf@usdoj.gov |
| Joseph M. Wager | wager@mwsslawyers.com |
| Arnold Wagner | wagner@mwsslawyers.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Brian Rothschild | brothschild@parsonsbehle.com |

/s/ *Scott C. Powers*
Scott C. Powers