Brian M. Rothschild, ISB #9462
**PARSONS BEHLE & LATIMER**
800 West Main Street, Suite 1300
Boise, ID 83702
Telephone: (208) 562-4900
Fax: (208) 562-4901
Email: brothschild@parsonsbehle.com

*Attorneys for the Court-Appointed Investment Banker, The Forbes Securities Group LLC d/b/a Forbes Partners*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC., *et al.*,<br><br>Debtors. | Case No. 24-40158-NGH<br><br>**DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL UNDER Fed. R. Bankr. P. 8009**<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases<br><br>Chief Judge Noah G. Hillen |

The Forbes Securities Group LLC, d/b/a Forbes Partners ("**Forbes**"), by and through undersigned counsel, under Fed. R. Bankr. P. 8009, hereby (I) provides its statement of issues on

appeal and (II) designates the Record on Appeal and requests that the same be transmitted to the United Stated District Court for the District of Idaho for Civil Docket Case # 1:25-cv-00687-AKB.

## I. STATEMENT OF ISSUES ON APPEAL

Forbes makes the following statement of the issues on appeal:

> Whether the Bankruptcy Court erred when denying Forbes' Application for Compensation where the Court had previously approved Forbes' employment under the terms of the Engagement Letter under 11 U.S.C. §§ 327 and 328, and the Engagement Letter unambiguously provides that Forbes shall be compensated as a percentage of any financing the Debtor obtained during the compensation period, and it is undisputed that the Debtor obtained financing during the compensation period.

## II. DESIGNATION OF RECORD ON APPEAL

Forbes designates the pleadings, transcripts, exhibits, and the Record on Appeal and requests that the same be transmitted to the United Stated District Court for the District of Idaho for Civil Docket Case # 1:25-cv-00687-AKB:

| Description | Dkt No. | Date |
|---|---|---|
| Chapter 11 Voluntary Petition Non-Individual filed | 1 | 04/02/2024 |
| Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) Filed by Debtor Millenkamp Cattle, Inc | 24 | 04/02/2024 |
| Interim Order Authorizing Debtors to Obtain Post-Petition Financing | 206 | 04/19/2024 |
| Application to Employ The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker | 272 | 05/06/2024 |
| Certificate of Service | 274 | 05/07/2024 |
| Final Order Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Granting Adequate Protection to Pre-Petition Secured Lenders | 305 | 05/17/2024 |
| Statement of No Objection - In accordance with LBR 2002-2(d)(3) the moving party hereby certifies that no objection has been filed or received to the motion/application filed as Doc. Number 272. Filed by Debtor Millenkamp Cattle, Inc (RE: related document(s)272 Application to Employ The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker .). (Roussell, Tirzah) | 359 | 05/31/2024 |
| Order Granting Application to Employ The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker | 372 | 06/05/2024 |
| Order on Amended Motion to Allow and Pay 503(b)(9) Claims; Motion for Approval to Prepay vendors; Motion for Approval to enter into post petition equipment lease; and Motion for Authority to Advance on the DIP Facility | 450 | 06/21/2024 |
| Application for Compensation for The Forbes Securities Group LLC d/b/a Forbes Partners, Consultant | 818 | 12/20/2024 |
| Certificate of Service | 822 | 12/20/2024 |
| Objection to (related document(s): 818) Filed by Debtor Millenkamp Cattle, Inc (RE: related document(s)818 Application for Compensation for The Forbes Securities Group LLC | 856 | 01/13/2025 |
| Amended Application for Compensation of First and Final Application for Allowance and Payment of Compensation and Designation as a 503 (b)(2) Administrative Expense Claim for The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker, Financial Advisor, Fee: $1,125,000 | 1000 | 03/27/2025 |
| Notice of (related documents 1000 Application for Compensation) Filed by Broker The Forbes Securities Group LLC | 1001 | 03/27/2025 |
| Certificate of Service | 1002 | 03/27/2025 |

| | | |
|---|---|---|
| Statement of No Objection - In accordance with LBR 2002-2(d)(3) the moving party hereby certifies that no objection has been filed or received to the motion/application filed as Doc. Number 1000. Filed by Broker The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker (RE: related document(s)1000 Amended Application for Compensation of First and Final Application for Allowance and Payment of Compensation and Designation as a 503 (b)(2) Administrative Expense Claim for The Forbes Securities Group LLC, DBA Forbes Partners as Investment). (Rothschild, Brian) | 1113 | 04/22/2025 |
| Objection to Professional Fees (related document(s): 1000) Filed by Debtor Millenkamp Cattle, Inc | 1115 | 04/22/2025 |
| Response to (related document(s): 1115 Objection to Professional Fees filed by Debtor Millenkamp Cattle, Inc) Filed by Broker The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker | 1165 | 05/01/2025 |
| Notice of Hearing Filed by Debtor Millenkamp Cattle, Inc (RE: related document(s)1000 Amended Application for Compensation of First and Final Application for Allowance and Payment of Compensation and Designation as a 503 (b)(2) Administrative Expense Claim for The Forbes Securities Group LLC, DBA Forbes Partners as Investment Banker, Financial Advisor, Fee: $1,125,000 | 1170 | 05/02/2025 |
| Order Confirming Debtors' Fifth Amended Plan of Reorganization | 1386 | 06/27/2025 |
| Amended Exhibit List and Witness List for Hearing re Amended First and Final Application for Allowance and Payment of Compensation and Designation as a 503(b)(2) Administrative Expense Claim Filed by Broker The Forbes Securities Group LLC | 1459 | 09/08/2025 |
| Witness List for Hearing re: Amended First and Final Application for Allowance and Payment Of Compensation and Designation as a 503(b)(2) Administrative Expense Claim Filed by Broker The Forbes Securities Group LLC | 1460 | 09/10/2025 |
| Transcript of Hearing (ordered – please transmit), hearing held 9/11/2025 | | 09/11/2025 |
| Exhibits admitted at 9/11/2025 hearing:<br>**Debtor exhibits 1132-1149, 1151, 1152, 1154**<br>**Forbes exhibits 11,000-11,128 (listed below)** | | 09/11/2025 |
| Memorandum Decision | 1543 | 11/18/2025 |
| Order Sustaining Objection to Professional Fees. | 1454 | 11/18/2025 |
| Notice of Appeal and Statement of Election to United States District Court - District of Idaho | 1556 | 12/03/2025 |

**Forbes Exhibits:**

| No. | Description |
|---|---|
| 11,000 | Forbes' Amended First and Final Application (the "Application") |
| 11,001 | Engagement Letter between Forbes and Millenkamp Cattle, Inc. (FORBES00003-10) |
| 11,002 | Forbes' Standard Terms and Conditions (FORBES00011-18) |
| 11,003 | January 28, 2025 email between Jon Wiley and James Morgan re "FW: Application for Fees – Millenkamp" (FORBES00019-20) |
| 11,004 | March 26, 2025 email between Jon Wiley and James Morgan re "Millenkamp – Declaration/Executed" (FORBES00040-45) |
| 11,005 | April 30, 2025 email between Jon Wiley and James Morgan re "RE: 24-40158 – hearing dates" (FORBES00049-50) |
| 11,006 | April 22, 2025 email between Jon Wiley and James Morgan re "RE: 24-20158-NGH Objection to Professional Fees (FORBES000051-61) |
| 11,007 | June 26, 2025 email between Jon Wiley and James Morgan re "Re: Millenkamp fee info" (FORBES000064-65) |
| 11,008 | April 5, 2025 email between Jon Wiley, Liam Narozanick, Braiden Miller and James Morgan re "Milkmen – My notes from Today's Update Call" (FORBES000035) |
| 11,009 | April 4, 2024 email between Jon Wiley, Liam Norazanick, Braiden Miller and James Morgan re "Milkmen – Process Update" (FORBES000036) |
| 11,010 | April 4, 2024 email between Jon Wiley, Liam Norazanick, Braiden Miller and James Morgan re "Milkmen – Summary of DIP Terms" (FORBES000037) |
| 11,011 | April 5, 2024 email between Jon Wiley and James Morgan re "Milmen – Updates" (FORBES000038) |
| 11,012 | April 17, 2024 email between Jon Wiley, James Morgan, Braidel Miller and Liam Norazanick re "Milkmen } Update Notes" (FORBES000039) |
| 11,013 | April 22, 2024 email between Jon Wiley, Liam Narozanick, Braiden Miller, James Morgan and David Heida re "RE: Follow Up – Forbes Partners Engagement Letter" (FORBES000069) |
| 11,014 | May 16, 2024 email between James Morgan Liam Naozanick, Braiden Miller and Jon Wiley re "RE: Milkmen – FP Engagement Letter" (FORBES000111-112) |
| 11,015 | June 5, 2024 email between Jon Wiley, Liam Narozanick, Braiden Miller and James Morgan re "RE: Milkmen Reporting" (FORBES000113) |
| 11,016 | August 28, 2024 email between Jon Wiley, Liam Narozanick, Braiden Miller and James Morgan re "UBS OC – Call" (FORBES000125) |
| 11,017 | May 23, 2024 email between Jame Morgan, Jon Wiley, Mike Thaman, Liam Narozanick, Braiden Miller, Bill Millenkamp and Mark Hoeman re "Fwd: Millenkamp Cattle" (FORBES000115-116) |
| 11,018 | March 25, 2024 email between Jon Wiley and Jordan Levy re "Re:" (FORBES00030-32) |
| 11,019 | April 16, 2024 email between Joran Levy and Jon Wiley re "RE:" (FORBES00033) |
| 11,020 | July 24, 2024 email between Jordan Levy and Jon Wiley re "RE" (FORBES00034) |

| No. | Description |
|---|---|
| 11,021 | August 28, 2024 email between James Morgan, Jon Wiley and Jason Andreotes re "RE: Millenkamp – call follow up" (FORBES00062-63) |
| 11,022 | September 13, 2024 email between Jon Wiley and Robert Rice re "RE: Denver trip" (FORBES00067-68) |
| 11,023 | Email from Bill Millenkamp to Forbes with Sandton Capital Partners' term sheet (FORBES00117-24) |
| 11,024 | Project Milkmen Executive Summary Prepared by Forbes |
| 11,025 | Project Milkmen Process Letter Prepared by Forbes |
| 11,026 | March 18, 2024 email between Bill Millenkamp, Jon Wiley, Liam Narozanick, Adam Olivas and James Morgan re "Follow Up" |
| 11,027 | March 19, 2024 email between Liam Narozanick, Bill Millenkamp, Jon Wiley, James Morgan, Braiden Miller, Adam Olivas, Nicholas Harris, Kevin Wang and David Millenkamp re "RE: Millenkamp – Initial Data Requests" |
| 11,028 | March 19, 2024 email between David Millenkamp, Bill Millenkamp, Jon Wiley, Liam Narozanick, Braiden Miller, Adam Olivas and James Morgan re "Follow Ups – Availability" |
| 11,029 | March 19, 2024 email between Kristen Zubizaretta, Jon Wiley, Liam Narozanick, Braiden Miller, Adam Olivas, James Morgan, Bill Millenkamp and David Millenkamp re "Forbes Partners-Investment Banker" |
| 11,030 | March 19, 2024 email between Liam Narozanick, Bill Millenkamp, Jon Wiley, James Morgan, Braiden Miller, Adam Olivas, Nicholas Harris, Kevin Wang and David Millenkamp re "RE: Millenkamp – Initial Data Requests" |
| 11,031 | March 19, 2024 email between Mike Hayes, Rudi Verschueren, James Morgan, Bill Millenkamp, Liam Narozanick, Jon Wiley, Braiden Miller, Adam Olivas and David Millenkamp re "Forbes Partners-Investment Banker" |
| 11,032 | March 19, 2024 email between James Morgan, Bill Millenkamp, Jon Wiley, Liam Narozanick, Braiden Miller, Adam Olivas and Daivd Millenkamp re "RE: Forbes Partners-Investment Banker" |
| 11,033 | March 20, 2024 email between David Millenkamp, Bill Millenkamp, Jone Wiley, James Morgan, Braiden Miller, Adam Olivas, Nicholas Harris, Kevin Wang and Liam Narozanick re "RE: Millenkamp – Initial Data Requests" |
| 11,034 | March 20, 2024 email between David Millenkamp, Bill Millenkamp, Jon Wiley, Liam Narozanick, Braiden Miller, Adam Olivas and James Morgan re "Next Steps" |
| 11,035 | March 20, 2024 email between Bill Millenkamp, David Millenkamp and James Morgan re "5 30p – Call with Receiver" |
| 11,036 | March 20, 2024 email between David Millenkamp, Bill Millenkamp, Adam Olivas, Jon Wiley, Liam Narozanick, Braiden Miller and James Morgan re "Thank You, Updates and Next" |
| 11,037 | March 21, 2024 email between Liam Narozanick, Bill Millenkamp, Jon Wiley, James Morgan, Braiden Miller, Adam Olivas, Nicholas Harris, Kevin Wang and David Millenkamp re "RE: Millenkamp - Initial Data Requests" |
| 11,038 | March 21, 2024 email between James Morgan, Jon Wiley, Liam Norazanick, Braiden Miller, David Millenkamp, Bill Millenkamp and Matthew Christensen re "Re: Contact information" |

| No. | Description |
|---|---|
| 11,039 | March 21, 2024 email between James Morgan, Jon Wiley, Liam Narozanick, Braiden Miller and David Millenkamp re "FW: Millenkamp \| Forbes Partners Engagement Agreement" |
| 11,039a | Forbes Partners Standard Terms and Conditions |
| 11,039b | March 18, 2024 Forbes Partners engagement letter |
| 11,040 | Mach 21, 2024 email between David Millenkamp, Bill Millenkamp, Adam Olivas, Jon Wiley, Liam Narozanick, Braiden Miller and James Morgan re "Ampleo – Consent" |
| 11,041 | March 21, 2024 letter from Matthew McKinlay to Bill Millenkamp re "Re: Millenkamp Cattle, Inc. Engagement Agreement with Forbes Partners" |
| 11,041a | Millenkamp – Receiver's Instruction Letter Regarding Forbes (3-21-24) |
| 11,042 | March 21, 2024 email between David Heida, Bill Millenkamp, Matthew Christensen and James Morgan re "RE: Millenkamp \| Forbes Partners Engagement Agreement" |
| 11,042a | Project Milkmen – Financial Lenders updated March 22, 2024 |
| 11,043 | March 22, 2024 email between Matthew Christensen, Jone Wiley, James Morgan, Braiden Miller, Bill Millenkamp, David Millenkamp and Liam Narozanick re "Millenkamp \| Investor NDA" |
| 11,043a | Mutual Nondisclosure Agreement (unexecuted) |
| 11,044 | Mach 22, 2024 email between Liam Narozanick, Jon Wiley, James Morgan, Braiden Miller, Bill Millenkamp, David Millenkamp and Kristen Zubizarreta re "RE: Millenkamp \| Financial Q&A Follow-up" |
| 11,044a | Millenkamp Family LLC Book Asset Detail 12/01/23-12/31/23 |
| 11,044b | William and Susan Millenkamp Book Asset Detail 12/01/23-12/31/23 |
| 11,044c | William and Susan Millenkamp Book Asset Detail 12/01/23-12/31/23 |
| 11,044d | Millenkamp Cattle Inc. Book Asset Detail 12/01/23-12/31/23 |
| 11,045 | March 22, 2024 email between David Millenkamp, Bill Millenkamp, Jon Wiley, James Morgan, Liam Millenkamp and Braiden Miller re "Lender List Approval" |
| 11,045a | Confidentiality Agreement (unexecuted) |
| 11,046 | March 22, 2024 email between David Millenkamp and James Morgan re "RE: BMO Contacts" |
| 11,047 | March 22, 2024 email between Bill Millenkamp, David Millenkamp, Jon Wiley and James Morgan re "FW: Lender List Approval" |
| 11,047a | Confidentiality Agreement (unexecuted) |
| 11,048 | March 22, 2024 email between David Millenkamp, Bill Millenkamp, Jon Wiley, Liam Narozanick, Braiden Miller and James Morgan re "FW: Millenkamp \| Investor NDA |
| 11,048a | Confidentiality Agreement, executed by Bill Millenkamp March 24, 2024 |
| 11,049 | March 22, 2024 email between Bill Millenkamp, James Morgan, Jon Wiley, Liam Narozanick and Braiden Miller re "NDA Signature" |

| No. | Description |
|---|---|
| 11,050 | March 24, 2024 AdobeSign notification "Completed: You're copied on "Polen Capital Credit Lender NDA Form"" |
| 11,050a | Confidentiality Agreement, executed by Bill Millenkamp March 24, 2024 |
| 11,051 | March 24, 2024 email between Braiden Miller, Bill Millenkamp, Jon Wiley, James Morgan, Liam Narozanick and David Millenkamp re "RE: Lender List Approval" |
| 11,052 | March 25, 2024 email between David Millenkamp, Bill Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Narozanick re "Milkmen \| Crestline NDA" |
| 11,052a | Redlined Confidentiality and Non-Disclosure Agreement |
| 11,053 | March 24, 2024 email between Bill Millenkamp and Braiden Miller re "RE: Centre Lane – NDA" |
| 11,044 | March 25, 2025 email between Kristen Zubizaretta, David Millenkam, Bill Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Narozanick re "Millenkamp \| Additional Financial Questions" |
| 11,054a | Project Milkmen – Summary P&L |
| 11,055 | March 25, 2024 email between Bill Millenkamp, David Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Narozanick re "Milkmen \| Draft Executive Summary for Review" |
| 11,056 | March 25, 2025 email between Lian Narozanick, David Millenkam, Bill Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Kristen Zubizaretta re "Millenkamp \| Additional Financial Questions" |
| 11,056a | Millenkamp Herd Makeup 12/31/2023 |
| 11,057 | March 26, 2024 email between Jon Wiley, James Morgan, David Millenkamp, Rudi Verschueren, Bill Millenkamp, Liam Narozanick, Braiden Miller, Adam Olivas and Mike Hayes re "Re: Forbes Partners-Investment Banker" |
| 11,058 | March 26, 2024 email between David Millenkamp, Bill Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Narozanick re "RE: Milkmen \| Crestline NDA" |
| 11,059 | March 26, 2024 email between Bill Millenkamp, Daivd Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Narozanick re "Milkmen - General Atlantic Credit Redline" |
| 11,059a | Redlined Confidentiality and Non-Disclosure Agreement |
| 11,060 | March 26, 2024 email between Bill Millenkamp and Braiden Miller |
| 11,061 | March 26, 2024 email between Bill Millenkamp, David Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Narozanick re "Milkmen - General Atlantic Credit Redline" |
| 11,061a | Redlined Confidentiality and Non-Disclosure Agreement |
| 11,061b | Confidentiality and Non-Disclosure Agreement executed by WhiteHorse Management |
| 10-62 | March 26, 2024 email between David Millenkamp, Bill Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Narozanick re "FW: Milkmen \| Additional NDAs for Review" |

| No. | Description |
|---|---|
| 11,062a | Confidentiality Agreement (unexecuted) |
| 11,062b | Redlined Confidentiality and Non-Disclosure Agreement |
| 11,062c | Confidentiality and Non-Disclosure Agreement (Benefit Street Partners - unexecuted) |
| 11,062d | Confidentiality and Non-Disclosure Agreement (Colbeck Capital Management - unexecuted) |
| 11,062e | Redlined Confidentiality and Non-Disclosure Agreement |
| 11,062f | Confidentiality and Non-Disclosure Agreement (Gladstone Capital Corporation – unexecuted) |
| 11,063 | March 26, 2024 email between Liam Narozanick, Bill Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Dvid Millenkamp re "RE: Milkmen \| Whitehorse Redline" |
| 11,064 | March 26, 2024 email between Liam Narozanick, Bill Millenkamp, Jon Wiley, James Morgan, Braiden Miller and David Millenkamp re "RE: Milkmen - General Atlantic Credit Redline" |
| 11,065 | March 26, 2024 email between David Millenkamp, Bill Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Norazanick re "RE: Milkmen \| Draft Executive Summary for Review" |
| 11,066 | March 25, 2024 email between Liam Narozanick, David Millenkamp, Bill Millenkamp, Jon Wiley, James Morgan and Braiden Miller re "RE: Milkmen \| Draft Executive Summary for Review" |
| 11,066a | Redlined Confidentiality and Non-Disclosure Agreement (Platinum Equity Advisors) |
| 11,066b | Redlined Confidentiality and Non-Disclosure Agreement (Blue Torch Capital) |
| 11,067 | March 26, 2024 email between Bill Millenkamp and Braiden Miller re "RE: NDAs" |
| 11,068 | March 26, 2024 email between David Millenkamp, Bill Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Narozanick re "RE: Milkmen \| Draft Executive Summary for Review" |
| 11,068a | Millenkamp Cattle Sales by Customer Summary January 2020 through December 2023 |
| 11,069 | March 26, 2024 AdobeSign notification "Completed: You're copied on "Colbeck_Milkmen NDA - Partially Executed"" |
| 11,069a | Confidentiality and Non-Disclosure Agreement executed by Millenkamp Cattle (Colbeck Capital Management) |
| 11,070 | March 26, 2024 AdobeSign notification "Completed: You're copied on "CONFIDENTIALITY AND NONDISCLOSURE AGREEMENT"" |
| 11,070a | Confidentiality and Non-Disclosure Agreement executed by Millenkamp Cattle (Gladstone Capital) |
| 11,071 | March 26, 2024 AdobeSign notification "Completed: You're copied on ".""" |
| 11,071a | Confidentiality Agreement executed by Millenkamp Cattle (New State Advisors) |

| No. | Description |
|---|---|
| 11,072 | March 27, 2024 email between Bill Millenkamp, Liam Narozanick and Braiden Miller re "FW: Cassandra Dobos has copied you on NDA Project Milkmen - Benefit Street Partners - Partially Executed" |
| 11,072a | Confidentiality and Non-Disclosure Agreement (Benefit Street Partners – unexecuted) |
| 11,073 | March 27, 2024 email between Liam Narozanick, Bill Millenkamp, Jon Wiley, Jamse Morgan, Braiden Miller and David Millenkamp re "RE: Milkmen \| Draft Executive Summary for Review" |
| 11,074 | March 27, 2024 AdobeSign notification "Completed: You're copied on "Project Milkmen - NDA - MGG - Partially Executed"" |
| 11,075 | March 27, 2024 email between James Morgan, Bill Millenkamp, Adam Olivas and David Millenkamp re "RE: Update call" |
| 11,076 | March 27, 2024 email between Bill Millenkamp, Liam Narozanick and Braiden Miller re "FW: Cassandra Dobos has copied you on NDA Project Milkmen - Benefit Street Partners - Partially Executed." |
| 11,077 | March 28, 2024 email between Bill Millenkamp, Dvid Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Narozanick re "Milkmen \| Additional Redlines for Review" |
| 11,077a | Redlined Confidentiality and Non-Disclosure Agreement (Ares Capital Management) |
| 11,077b | MidCap Financial Confidentiality Agreement (unexecuted) |
| 11,078 | March 28, 2024 between Bill Millenkamp, David Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Narozanick re "RE: Millenkamp <> Forbes Update Call" |
| 11,079 | March 28, 2024 email between Liam Narozanick, Kristen Zubizarreta, Jon Wiley, James Morgan, Braiden Miller, Bill Millenkamp and David Millenkamp re "RE: Millenkamp \| Financial Requests" |
| 11,080 | March 28, 2024 email between David Millenkamp, Liam Narozanick, Bill Millenkamp, Jon Wiley, James Morgan and Braiden Miller re "RE: Milkmen \| Additional Redlines for Review" |
| 11,081 | March 28, 2024 email between David Millenkamp, Bill Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Narozanick re "RE: Milkmen \| General Atlantic Q&A" |
| 11,082 | March 28, 2024 email between Bill Millenkamp, Jon Wiley, James Morgan, Liam Narozanick and Braiden Miller re NDAs |
| 11,083 | March 28, 2024 email between David Millenkamp, Paul Erickson, James Morgan, Jon Wiley, Braiden Miller, Jim Davis, Jake Espenmiller, Bill Millenkamp and Liam Narozanick re "RE: Millenkamp/Forbes Meeting" |
| 11,084 | March 28, 2024 email between lisa@millenkamp.com, Bill Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Narozanick re "Millenkamp \| Historical Monthly Financials Request" |

| No. | Description |
|---|---|
| 11,085 | March 28, 2024 email between Bill Millenkamp, David Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Narozanick re "RE: Milkmen \| Blue Torch Capital Requests" |
| 11,086 | April 2, 2024 email between Jon Wiley and Bill Millenkamp re "Re: Conterra offer" |
| 11,087 | April 4, 2024 email between Liam Narozanick, Bill Millenkamp, Jon Wiley, James Morgan, Bariden Miller and David Millenkamp re "RE: Milkmen \| Searchlight Capital Redline" |
| 11,088 | April 4, 2024 email between Bill Millenkamp, Liam Narozanick and Braiden Miller re Carlyle NDA |
| 11,089 | April 16, 2024 email between Liam Narozanick, Braiden Miller, Bill Millenkamp, James Morgan, Jon Wiley and David Millenkamp re "RE: Bayside Approval" |
| 11,090 | April 17, 2024 email between Bill Millenkamp and Liam Narozanick re "RE: Millenkamp Catch-up" |
| 11,091 | April 17, 2024 email between Braide Miller, Bill Millenkamp, Liam Narozanick,, Jame Morgan, Jon Wiley and Daivd Millenkamp re "RE: Bayside NDA redline" |
| 11,092 | April 17, 2024 email between David Millenkamp, James Morgan, Jon Wiley, Braiden Miller, Bill Millenkamp and Liam Narozanick re "RE: Sandton Term Sheet" |
| 11,093 | April 22, 2024 email between James Morgan, Jon Wiley, Liam Narozanick, Braiden Miller, Bill Millenkamp and David Millenkamp re "RE: Follow Up - Forbes Partners Engagement Letter" |
| 11,093a | April 20, 2024 Notice of Intent to Serve Subpoenas (Doc 212) |
| 11,094 | April 24, 2024 email between Bill Millenkamp, Daivd Millenkamp, Liam Narozanick, James Morgan, Jon Wiley and Braiden Miller re "Bayside NDA" |
| 11,095 | May 2, 2024 email between James Morgan to David Millenkamp re "Report of Interested Parties" |
| 11,096 | May 2, 2024 email between David Millenkamp and James Morgan re "Project Milkmen - Update on Interested Parties" |
| 11,097 | May 3, 2024 email between David Millenkamp, Krystal Mikkilineni, Matthew Christsensen and James Morgan re "RE: Milkmen – FP Engagement Letter" |
| 11,098 | May 2, 2024 email between David Millenkamp, Jon Wiley, Liam Narozanick, Braiden Miller and James Morgan re "Forbes Partners Engagement - Follow Up" |
| 11,098a | Millenkamp Cattle Forbes Partners – List of Relationships |
| 11,099 | May 6, 2024 email between Tirzah Roussell, David Millenkamp, Krystal Mikkilineni, Jon Wiley, Liam Narozanick, Braiden Miller and James Morgan re "Millenkamp - App to Employ Forbes" |
| 11,099a | Debtors' Application to Employ The Forbes Securities Group LLC, dba Forbes Partners as Their Investment Banker |
| 11,100 | May 8, 2024 email between partners@forbes-partners.com, David Millenkamp and Lliam Narozanick re "RE: Milkmen \| Draft Executive Summary for Review" |
| 11,101 | May 9, 2024 email between Daivd Millenkamp and James Morgan (no subject) |

| No. | Description |
|---|---|
| 11,102 | May 14, 2024 email between James Morgan, Bill Millenkamp, Jon Wiley, and David Millenkamp re “re: Updates” |
| 11,103 | May 14, 2024 email between James Morgan, Bill Millenkamp, Jon Wiley, Liam Narozanick, Braiden Miller and David Millenkamp re “RE: Millenkamp Data Room - Follow Up Email” |
| 11,104 | May 16, 2024 email between James Morgan, David Millenkamp, Krystal Mikkilineni, Jon Wiley, Liam Narozanic, Braiden Miller and Matthew Christaisen re “RE: Milkmen - FP Engagement Letter” |
| 11,105 | May 21, 2024 email between James Morgan, Jon Wiley, Liam Narozanick and David Millenkamp re “Millenkamp Final Dip Order” |
| 11,105a | Final Order Authorizing the Debtors to (a) Obtain Post-Petition Financing; and (b) Granting Adequate Protection to Pre-Petition Secured Lenders (Doc 305) |
| 11,106 | May 23, 2024 email between Mark Hoeman, Jon Wiley, Mike Thaman and James Morgan re “RE: Millenkamp Cattle” |
| 11,107 | May 20, 2024 email between James Morgan, Bill Millenkamp, Adam Olivas, Jon Wiley, Liam Narozanick, Braiden Miler and David Millenkamp re “RE: Call Today” |
| 11,108 | June 5, 0224 email between James Morgan, Ken Nofziger, Kati P. Churchill, Jon Wiley, Braiden Miller, David Heida and Liam Narozanick re “Re: Millenkamp FA's/Investment Bank” |
| 11,109 | June 13, 2024 email between Lian Narozanick, Bill Millenkamp, Jon Wiley, James Morgan, Braiden Miller and David Millenkamp re” RE: Milkmen \| Add'l Investor for Review” |
| 11,110 | June 12, 2024 email between David Millenkamp and James Morgan re “Re: Kinder/ projections” |
| 11,111 | June 13, 2024 email between Kati Chruchill, Liam Narozanick, Jon Wiley, James Morgan,, Ken Nofzinger, Bill Millenkamp, David Heida and Braiden Miller re “RE: Cash Flow Model through 2026” |
| 11,112 | June 24, 2024 email between David Millenkamp, Bill Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Narozanick re “Re: Milkmen \| Additional Lenders for Approval” |
| 11,113 | June 25, 2024 email between David Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Narozanick re “Milk Price” |
| 11,114 | August 26, 2024 email between Braiden Miller, James Morgan, Liam Narozanick, Jon Wiley and David Millenkamp re “RE: UBS O'Connor - DD Follow Ups” |
| 11,115 | August 26, 2026 email between David Millenkamp and Braiden Miller re “Milkmen \| Customer List” |
| 11,115a | Millenkamp Cattle Income by Customer Summary January 2020 through December 2023 |
| 11,116 | August 16, 2024 email between Liam Narozanick, David Millenkamp, Ken Nofziger, Jon Wiley, James Morgan, Braiden Miller, Bill Millenkamp and Kati Churhill re “Re: Milkmen \| 5-year Forecast” |

| No. | Description |
|---|---|
| 11,1**17** | August 16, 2024 email between David Millenkamp, Ken Nofziger, Kati Churhcill, Jon Wiley, Jame Morgan, Braiden Miller, Bill Millenkamp and Liam Narozanick re "Re: Milkmen \| Add'l Lender Call" |
| 11,118 | August 16, 2026 email between Bill Millenkamp, David Millenkamp, James Morgan, Liam Narozanick, Braiden Miller and Jon Wiley re "Hoeman call" |
| 11,119 | August 15, 2024 email between David Millenkamp, lisa@millencamp.com, Jon Wiley, James Morgan, Braiden Miller and Liam Narozanick re "Milkmen \| Request List" |
| 11,119a | 2024 08 14 _ DD External v2.xlsx |
| 11,120 | August 15, 2024 email between Daivd Millenkamp, Jon Wiley, James Morgan, Braiden Miller, Liam Narozanick re "Re: Appraisals" |
| 11,121 | August 15, 2024 meeting invitation from Liam Narozanick re "Milkmen \| UBS DD" |
| 11,122 | August 14, 2024 email between Braiden Miller and David Millenkamp re "RE: Redlined NDA - BTG Pactual" |
| 11,123 | August 13, 2024 email between Matthew Christensen, James Morgan, ken@kanderllc.com, Kati Churchill, Krystal Mikkilineni, Tirzah Roussell, David Heida, Bill Millenkamp and Liam Narozanick re "Re: Term sheets" |
| 11,123a | Indicative Term Sheet_Redacted |
| 11,124 | August 12, 2024 email between David Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Narozanick re "Re: Milkmen \| Loan Document Uploads" |
| 11,125 | August 12, 2024 email between Liam Narozanick, Ken Nofziger, David Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Kati Churchill re "Re: Milkmen \| Other Revenue" |
| 11,125a | Other Receipts 2023 |
| 11,126 | August 11, 2024 email between David Millenkamp, Bill Millenkamp, Jon Wiley, James Morgan, Braiden Miller and Liam Norazanick re "Milkmen \| Whitehawk Capital NDA" |
| 11,126a | Confidentiality and Non-Disclosure Agreement (WhiteHawk Capital Partners – unexecuted) |
| 11,126b | Redlined Confidentiality and Non-Disclosure Agreement (WhiteHawk Capital Partners) |
| 11,127 | August 9, 2024 email between Braiden Miller, Liam Narozanick and David Millenkamp re "RE: FitzWalter Capital – NDA" |
| 11,128 | August 9, 2024 email between David Millenkamp, Jon Wiley, James Morgan, Braiden Miller, Liam Narozanick re "Milkmen \| Tax Follow-up" |

DATED this 6th day of April, 2026.

**PARSONS BEHLE & LATIMER**

/s/ Brian M. Rothschild

**BRIAN M. ROTHSCHILD**

*Attorneys for Court-Appointed Investment Banker, The Forbes Securities Group LLC d/b/a Forbes Partners*

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2026, I caused a true and correct copy of the foregoing to be served by filing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following counsel of record:

- **Bruce A. Anderson** baafiling@eaidaho.com
- **Morton R. Branzburg** mbranzburg@klehr.com
- **Heidi Buck Morrison** heidi@racineolson.com, mandy@racineolson.com
- **Laura E Burri** lburri@morrowfischer.com, klee@morrowfischer.com
- **Brett R Cahoon** ustp.region18.bs.ecf@usdoj.gov
- **William K Carter** kentcarter@grsm.com
- **Alexandra O Caval** alex@cavallawoffice.com, R71985@notify.bestcase.com
- **Matthew T. Christensen** mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com
- **D Blair Clark** dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com
- **Eric R Clark** eclark101@hotmail.com, eclark@ericrclarkattorney.com
- **David A Coleman** david@colemanjacobsonlaw.com
- **Thomas E Dvorak** ted@givenspursley.com, s274@givenspursley.com;kad@givenspursley.com
- **Connor Bray Edlund** edlund@mwsslawyers.com, lemieux@mwsslawyers.com
- **Gery W Edson** gedson@gedson.com, tfurey@gedson.com
- **Jon B Evans** evans.jb@dorsey.com, sattler.carla@dorsey.com
- **Zachary Fairlie** zfairlie@spencerfane.com
- **Brian Faria** brian@sawtoothlaw.com
- **Robert A Faucher** rfaucher@hollandhart.com, intaketeam@hollandhart.com;spturner@hollandhart.com
- **David W. Gadd** dwg@magicvalleylaw.com, jfb@magicvalleylaw.com
- **Kimbell D Gourley** kgourley@idalaw.com, shudson@idalaw.com
- **Daniel C Green** dan@racineolson.com, mcl@racinelaw.net
- **Matthew W Grimshaw** matt@grimshawlawgroup.com
- **Julian Gurule** jgurule@omm.com, julian-gurule-5732@ecf.pacerpro.com
- **Oren B. Haker** oren.haker@bhlaw.com
- **R Ron Kerl** Ron@cooper-larsen.com, connie@cooper-larsen.com
- **Matthew Kremer** mkremer@omm.com, matthew-kremer-0858@ecf.pacerpro.com
- **David T Krueck** dkrueck@hawleytroxell.com, jdeshaw@perkinscoie.com;docketboi@perkinscoie.com
- **John F Kurtz** jfk@kurtzlawllc.com, tnd@kurtzlawllc.com
- **Adam Aiken Lewis** alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- **Karyn Lloyd** klloyd@grsm.com
- **Jed W. Manwaring** jwm@elamburke.com, jh@elamburke.com
- **James Justin May** jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;lnh@johnsonmaylaw.com

- **Krystal R. Mikkilineni** krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com
- **Rhett Michael Miller** rmiller@magicvalley.law
- **John D Munding** john@mundinglaw.com
- **Jason Ronald Naess** Jason.r.naess@usdoj.gov
- **James Niemeier** jniemeier@mcgrathnorth.com
- **John O'Brien** jobrien@spencerfane.com, anissly@spencerfane.com;dperea@spencerfane.com
- **Gabriel Luis Olivera** golivera@omm.com, gabriel-olivera-3960@ecf.pacerpro.com
- **Mark Bradford Perry** mbp@perrylawpc.com, info@perrylawpc.com;tlh@perrylawpc.com;plr@perrylawpc.com;jks@perrylawpc.com;tay@perrylawpc.com
- **Scott C Powers** spowers@spencerfane.com, mwatson@spencerfane.com
- **Cheryl Rambo** cheryl.rambo@isp.idaho.gov
- **Janine Patrice Reynard** janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com
- **Robert E Richards** robert.richards@dentons.com, docket.general.lit.chi@dentons.com
- **Holly Roark** holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net
- **Evan Thomas Roth** evan@sawtoothlaw.com
- **Tirzah R. Roussell** tirzah.roussell@dentons.com
- **Miranda K. Russell** mrussell@mofo.com
- **Andrew J. Schoulder** andrew.schoulder@nortonrosefulbright.com, nymcocalendaring@nortonrosefulbright.com,calendaring-nortonrose-9955@ecf.pacerpro.com
- **Sheila Rae Schwager** sschwager@hawleytroxell.com, jbrocious@hawleytroxell.com;mreinhart@hawleytroxell.com
- **Louis V. Spiker** louis.spiker@millernash.com, louis.spiker@millernash.com
- **Matthew A Sturzen** matt@shermlaw.com, bjorn@shermlaw.com;gina@shermlaw.com
- **Meredith Leigh Thielbahr** mthielbahr@grsm.com, ckaiser@grsm.com
- **Kim J Trout** ktrout@trout-law.com
- **US Trustee** ustp.region18.bs.ecf@usdoj.gov
- **Joseph Mark Wager** wager@mwsslawyers.com, wstewart@mwsslawyers.com;seannegan@sneganlaw.com;reception@mwsslawyers.com
- **Britta E Warren** britta.warren@bhlaw.com
- **Brent Russel Wilson** bwilson@hawleytroxell.com, mreinhart@hawleytroxell.com

*/s/ Brian M. Rothschild*
Brian Rothschild